UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, ELAINE CRESPO, HADIYAH JACKSON, and CLAUDIA KINDLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>GOOGLE LLC<br><br>Defendant(s). | Case No. 5:20-cv-5146<br><br>CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☒ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: <u>July 28, 2020</u>     NAME: <u>Lesley E. Weaver</u>

COUNSEL FOR (OR "PRO SE"): <u>Plaintiffs</u>

<u>/s/ Lesley E. Weaver</u>
Signature

United States District Court
Northern District of California

**CERTIFICATE OF SERVICE**

I, Lesley E. Weaver, hereby certify that on July 28, 2020 I caused a copy of this PLAINTIFFS' CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION to be personally served on Defendant Google LLC at the following address:

GOOGLE LLC
C/O Corporation Service Company d/b/a CSC - Lawyers Incorporating Service
(C1592199)
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA 95833

Executed this 28th day of July, 2020, at Oakland, California.

*/s/ Lesley Weaver*
Lesley E. Weaver