UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　　Defendants. | Case No. 20-CV-03664-LHK<br><br>**ORDER RELATING CASES**<br><br>Re: Dkt. No. 45 |

Having considered the Referral for Purposes of Determining Relationship, ECF No. 45, and good cause appearing:

The Court hereby finds the instant case, *Brown v. Google LLC*, Case No. 5:20-CV-03664-LHK, to be related to *Calhoun v. Google LLC*, Case No. 5:20-CV-05146-BLF, and directs that the Clerk reassign the above-referenced action to the undersigned Judge of the Court.

**IT IS SO ORDERED.**

Dated: August 5, 2020

　　　　　　　　　　　　　　　　_Lucy H. Koh_____
　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　United States District Judge