Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

PATRICK CALHOUN, et al.,  )
         Plaintiff(s),  )  Case No: 5:20-cv-05146
v.  )
GOOGLE LLC  )  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)
         Defendant(s).  )

I, Josef Ansorge, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Google LLC in the above-entitled action. My local co-counsel in this case is Viola Trebicka, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
1300 I Street NW, Suite 900
Washington, D.C. 20005

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

MY TELEPHONE # OF RECORD:
(202) 538-8000

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(213) 443-3000

MY EMAIL ADDRESS OF RECORD:
josefansorge@quinnemanuel.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
violatrebicka@quinnemanuel.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 252846.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/11/20

                                        Josef Ansorge
                                        APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Josef Ansorge is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                UNITED STATES DISTRICT/MAGISTRATE JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Josef Teboho Ansorge*

was duly qualified and admitted on November 11, 2019 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,**
I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 1, 2020.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.