1
2
3
4
5
6
7
8
9
10
11
12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, ELAINE CRESPO, HADIYAH JACKSON and CLAUDIA KINDLER, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 5:20-cv-5146-LHK<br><br>**[PROPOSED] CASE MANAGEMENT ORDER NO. 1 AND INITIAL DISCOVERY PLAN** |

**Plaintiffs' Counsel:**
**Defendant's Counsel:**

An initial case management conference was held on September 9, 2020.

A further case management conference is set for _____, at _____ to further set the case schedule through class certification. The parties shall file their supplemental joint case management statement by _____ _____.

The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Deadline to Exchange Initial Disclosures | September 9, 2020 |
| Deadline to File Status Update Regarding Stipulated Protective Order | September 23, 2020 |
| Deadline to File Status Update Regarding Stipulated ESI Protocol | September 23, 2020 |
| Defendant's Motion to Dismiss | **Mot**.: October 5, 2020<br>**Opp'n**: November 9, 2020<br>**Reply**: November 30, 2020 |
| Hearing on Motion to Dismiss | |
| Supplemental Joint CMC Statement | |
| Further Case Management Conference | |
| Deadline to Add New Parties | 30 days after decision on Motion to Dismiss |

**IT IS SO ORDERED.**

_____        _____
DATE                                                                          HON. LUCY H. KOH
                                                                                       UNITED STATES DISTRICT JUDGE