**BOIES SCHILLER FLEXNER LLP**
JOANNA WRIGHT (*pro hac pending*)
jwright@bsfllp.com
ANDREW VILLACASTIN (*pro hac pending*)
avillacastin@bsfllp.com
55 Hudson Yards, 20th Floor
New York, New York 10001
Telephone:   (212) 446-2300
Facsimile:   (212) 446-2350

**BOIES SCHILLER FLEXNER LLP**
MARK C. MAO (SBN 236165)
mmao@bsfllp.com
BEKO REBLITZ-RICHARDSON (SBN 238027)
brichardson@bsfllp.com
ANTONIO L. INGRAM, II (SBN 300528)
aingram@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, California 94104
Telephone:   (415) 293-6800
Facsimile:   (415) 293-6899

*Attorneys for Amici Curiae*
*Andrew Yang and the Data Dividend Project*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, ELAINE CRESPO, HADIYAH JACKSON and CLAUDIA KINDLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-05146-LHK<br><br>**NOTICE OF APPERANCE BY MARK C. MAO** |

**TO ALL PARTIES AND THEIR COUNSELS OF RECORD:**

PLEASE TAKE NOTICE that Mark C. Mao of Boies Schiller Flexner LLP, 44 Montgomery Street, 41st Floor, San Francisco, CA 94104 a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of *Amici Curiae* Andrew Yang and the Data Dividend Project in the above referenced matter.

Dated:  November 10, 2020

BOIES SCHILLER FLEXNER LLP

By: */s/ Mark C. Mao*
    Mark C. Mao
    Attorney for *Amici Curiae* Andrew Yang and Data Dividend Project