**BOIES SCHILLER FLEXNER LLP**
JOANNA WRIGHT (*pro hac vice pending*)
jwright@bsfllp.com
ANDREW VILLACASTIN (*pro hac vice pending*)
avillacastin@bsfllp.com
55 Hudson Yards, 20th Floor
New York, New York 10001
Telephone:    (212) 446-2300
Facsimile:    (212) 446-2350

**BOIES SCHILLER FLEXNER LLP**
MARK C. MAO (SBN 236165)
mmao@bsfllp.com
BEKO REBLITZ-RICHARDSON (SBN 238027)
brichardson@bsfllp.com
ANTONIO L. INGRAM, II (SBN 300528)
aingram@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, California 94104
Telephone:    (415) 293-6800
Facsimile:    (415) 293-6899

*Attorneys for Amici Curiae
Andrew Yang and the Data Dividend Project*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, ELAINE CRESPO, HADIYAH JACKSON and CLAUDIA KINDLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-05146-LHK<br><br>**MOTION OF ANDREW YANG AND DATA DIVIDEND PROJECT FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN OPPOSITION TO GOOGLE'S MOTION TO DISMISS COMPLAINT**<br><br>Judge:    Hon. Lucy H. Koh<br>Hearing Date: February 18, 2021<br>Time:    1:30 p.m.<br>Courtroom:    8, 4th Floor |

## MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF

Andrew Yang and the Data Dividend Project respectfully request leave to file the attached brief as *amici curiae* in opposition to Google's Motion to Dismiss. Counsel for Mr. Yang and the Data Dividend Project have reviewed Google's Motion to Dismiss and believe they can assist the Court in resolving a key issue Google raises in its motion: whether consumers have a property interest in their personal data under California law.

Andrew Yang, Esq., is a former 2020 U.S. presidential candidate, and his ideas helped give rise to the Data Dividend Project ("DDP"). The DDP is dedicated to taking back control of consumers' personal data. Mr. Yang chaired the Advisory Board for Californians for Consumer Privacy ("CCP"). The CCP sponsored the passage of several key laws governing consumer privacy rights, including the California Consumer Privacy Act ("CCPA") in June 2018, and the California Privacy Rights Act ("CPRA") in November 2020. *Amici*'s expertise in privacy, technology, and consumer rights, knowledge of the CCPA, and their firsthand involvement with the passage of the CPRA confirm that consumers have a property interest in their data.

"The district court has broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved." *Sonoma Falls Developers, LLC v. Nevada Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003). The proposed brief attached as Exhibit 1 to this Motion supplements the Parties' briefs, and will aid the Court's resolution of Google's Motion to Dismiss.

For the foregoing reasons, Andrew Yang and the DDP respectfully request leave to file the attached *amicus* brief. Plaintiffs consent to *Amici's* proposed filing; Defendant declines to consent.

Dated: November 10, 2020                    Respectfully Submitted,

By:   */s/ Joanna Wright*
      JOANNNA WRIGHT

*Attorney for Amici Curiae*
*Andrew Yang and the Data Dividend Project*