| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (Cal. Bar No.191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 994607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>*lweaver@bfalaw.com* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>*andrewschapiro@quinnemanuel.com*<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401 |
| **KAPLAN FOX & KILSHEIMER LLP**<br>David A. Straite (admitted *pro hac vice*)<br>Aaron L. Schwartz (admitted *pro hac vice*)<br>850 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980<br>Fax: (212) 687-7715<br>*dstraite@kaplanfox.com* | Stephen A. Broome (CA Bar No. 314605)<br>*stephenbroome@quinnemanuel.com*<br>Viola Trebicka (CA Bar No. 269526)<br>*violatrebicka@quinnemanuel.com*<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100 |
| Laurence D. King (Cal. Bar No. 206423)<br>Mario Choi (Cal. Bar No. 243409)<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Tel.: (415) 772-4700<br>Fax: (415) 772-4707 | *Counsel for Defendant; additional counsel listed in signature blocks below* |
| **SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>Mitchell M. Breit (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>*jaybarnes@simmonsfirm.com* | |

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS AND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS; NON-OPPOSITION TO AMICI CURIAE'S MOTION FOR LEAVE** |

On November 10, 2020, proposed *amici curiae* Andrew Yang, Esq. and the Data Dividend Project (the "DDP") jointly moved for leave to file an amicus brief, ECF No. 71 ("Motion for Leave"); ECF No. 71-1 (proposed "Brief of *Amici*"), addressing Google's arguments regarding whether personal information can qualify as property under two California statutes (larceny, Count 13, and UCL, Count 14). *See* Motion to Dismiss dated Oct. 5, 2020 (the "MTD," ECF No. 57). As represented in the Motion for Leave, Plaintiffs Patrick Calhoun, Elaine Crespo, Hadiyah Jackson and Claudia Kindler ("Plaintiffs') consented, while Defendant Google LLC declined to consent. Motion for Leave at 1.

Upon review of the Brief of *Amici*, Defendant does not oppose the Motion for Leave. *NGV Gaming, Ltd. v. Upstream Point Molate*, LLC, 355 F. Supp. 2d 1061, 1068 (N.D. Cal. 2005) ("District Courts frequently welcome amicus briefs from non-parties"). Plaintiffs also do not oppose Google's request for extended page limits and deadline to file its forthcoming Reply in further support of the MTD to address points raised in the Brief of *Amici*. *See FTC v. Qualcomm Inc.*, 5:17-cv-0220-LHK, order dated May 15, 2017 (N.D. Cal. 2017) (granting additional pages in Reply to respond to amicus briefs). The parties therefore STIPULATE AND AGREE as follows:

1. No party will oppose the Motion for Leave, ECF No. 71.
2. The parties request that Google's deadline to file its Reply brief in further support of its Motion to Dismiss (the forthcoming "Reply") be extended to December 3, 2020, which amends this Court's Case Management Order dated September 3, 2020 (ECF No. 45).
3. The parties also request that the page limit for Google's Reply be extended to 18 pages (amending this Court's Order dated September 18, 2020, ECF No. 51).

The Court has scheduled oral argument on Google's MTD for February 18, 2021, and today's stipulation will not impact that date or any other date currently set in the case.

[counsel signatures on next page]

| | |
|---|---|
| Dated: November 11, 2020<br><br>**BLEICHMAR FONTI & AULD LLP**<br><br>By:     */s/ Lesley Weaver*<br>Lesley Weaver (Cal. Bar No. 191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 994607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>aornelas@bfalaw.com<br>jsamra@bfalaw.com<br><br>**KAPLAN FOX & KILSHEIMER LLP**<br><br>By:     */s/ David A. Straite*<br>David A. Straite (admitted *pro hac vice*)<br>Aaron L. Schwartz (admitted *pro hac vice*)<br>850 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 687-1980<br>Facsimile: (212) 687-7714<br>dstraite@kaplanfox.com<br><br>Laurence D. King (State Bar No. 206423)<br>Mario Choi (State Bar No. 243409)<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Tel.:    (415) 772-4700<br>Fax:    (415) 772-4707<br>lking@kaplanfox.com<br><br>**SIMMONS HANLY CONROY LLC**<br><br>By:     */s/ Mitchell M. Breit*<br>Mitchell M. Breit (admitted *pro hac vice*)<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>mbreit@simmonsfirm.com<br>jaybarnes@simmonsfirm.com<br><br>*Counsel for Plaintiffs* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>By:     */s/ Andrew H. Schapiro*<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>Jomaire Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100<br><br>Josef Ansorge (admitted *pro hac vice*)<br>josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Washington D.C., 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100<br><br>Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Fax: (415) 875-6700<br><br>Thao Thai (CA Bar No. 324672)<br>thaothai@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Tel: (650) 801-5000<br>*Counsel for Defendant* |

**PURSUANT TO STIPULATION:**

1. The Court hereby GRANTS the November 10, 2020 Motion of Andrew Yang, Esq. and the Data Dividend Project for Leave to file an amicus brief (ECF No. 71). The proposed brief currently docketed at ECF No. 71-1 shall be deemed filed.

2. The Court hereby EXTENDS Google's deadline to file its Reply brief in further support of its Motion to Dismiss (the forthcoming "Reply") from November 30, 2020 to December 3, 2020 (amending this Court's Case Management Order dated September 3, 2020, ECF No. 45).

3. The Court also hereby EXTENDS the page limit for Google's Reply to 18 pages (amending this Court's Order dated September 18, 2020, ECF No. 51).

DATED: November 13, 2020

_Lucy H. Koh_
THE HONORABLE LUCY H. KOH
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Andrew H. Schapiro, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of November, 2020, at Chicago, Illinois.

By  */s/ Andrew H. Schapiro*
Andrew H. Schapiro
*Counsel on behalf of Google*

## CERTIFICATE OF SERVICE

I, Andrew H. Schapiro, hereby certify that on November 11, 2020 I caused a copy of this STIPULATION EXTENDING PAGE LIMITS AND DEADLINE TO FILE REPLY ISO MTD be filed via CM/ECF which will effect service on counsel of record for all parties.

By  /s/ Andrew H. Schapiro
Andrew H. Schapiro
*Counsel on behalf of Google*