# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CALHOUN, et al.

    Plaintiff(s),

v.

GOOGLE LLC

    Defendant(s).

Case No: 5:20-cv-05146-LHK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, **Andrew Villacastin**, an active member in good standing of the bar of **New York Supreme Court**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing **Amici Curiae Andrew Yang and the Data Dividend Project** in the above-entitled action. My local co-counsel in this case is **Mark C. Mao**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 55 Hudson Yards<br>New York, NY. 10001 | 44 Montgomery Street, 41st Floor<br>San Francisco, CA. 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 446-2300 | (415) 293-6800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| avillacastin@bsfllp.com | mmao@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **5089669**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/09/2020

                                            */s/ Andrew Villacastin*
                                                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Andrew Villacastin** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 16, 2020

                                            *Lucy H. Koh*
                          UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE