| | |
|---|---|
| 1   **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (Cal. Bar No.191305)<br>2   Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>3   555 12th Street, Suite 1600<br>Oakland, CA 994607<br>4   Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>5   *lweaver@bfalaw.com* | **QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>*andrewschapiro@quinnemanuel.com*<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401 |

**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 994607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**KAPLAN FOX & KILSHEIMER LLP**
David A. Straite (admitted *pro hac vice*)
Aaron L. Schwartz (admitted *pro hac vice*)
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980
Fax: (212) 687-7715
*dstraite@kaplanfox.com*

Laurence D. King (Cal. Bar No. 206423)
Mario Choi (Cal. Bar No. 243409)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Tel.: (415) 772-4700
Fax: (415) 772-4707

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
Mitchell M. Breit (admitted *pro hac vice*)
An Truong (*pro hac vice* to be sought)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
*dianedoolittle@quinnemanuel.com*
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant; additional counsel
listed in signature blocks below*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>**FIRST SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND AMENDED DISCOVERY PLAN**<br><br>**CIVIL L.R. 16-10(d)**<br>**FRCP 16 & 26(f)**<br><br>**Next CMC: December 9, 2020, 2 p.m.** |

The parties, having met and conferred, submit this Supplemental Joint Case Management Conference Statement ("Joint CMC Statement") pursuant to Civil Local Rule 16-10(d) and the November 1, 2018 Standing Order for All Judges of the Northern District of California, retaining the paragraph topic names used therein. This Joint CMC Statement reports updates since the prior joint CMC statement dated September 2, 2020 (Dkt. No. 44).  Accompanying this Joint CMC Statement is a proposed Case Management Order No. 2 which includes an Amended Proposed Discovery Plan.

**MOTIONS (paragraph 4)**

a. <u>Prior Motions Decided Since the Last Joint CMC Statement</u>: Several motions for admission *pro hac vice* have been filed, Dkt. Nos. 46, 47, 53, 63, 64, all of which have been granted. Dkt. Nos. 48, 49, 74, 77, 78.  Google filed an administrative motion to extend page limits for the Motion to Dismiss and related briefing, Dkt. No. 50, which the Court denied on September 18, 2020, instead ordering the parties to select 10 priority claims.  Dkt. No. 51.  The parties identified the 10 priority claims (and confirmed California choice of law) on September 25, 2020.  Dkt. No. 54. On November 10, 2020, *amici curiae* Andrew Yang, Esq. and the Data Dividend Project moved for leave to file an *amicus* brief related to Google's motion to dismiss plaintiffs' statutory larceny and UCL claims.  Dkt. No. 71 (motion for leave); Dkt. No. 71-1 (proposed *amicus* brief).  The following day, Google agreed not to oppose the motion for leave in exchange for additional time and pages for its forthcoming Reply in Further Support of Motion to Dismiss to address the *amicus* brief.  Dkt. No. 73. Plaintiffs agreed and the Court approved the stipulation on November 13, 2020, granted *amici's* motion for leave, and deemed the proposed *amicus* brief filed.  Dkt. No. 76.

b. <u>Pending Motions</u>: On October 5, 2020, Google filed a Motion to Dismiss the ten priority claims ("MTD," Dkt. No. 57) and a Request for Judicial Notice (Dkt. No. 58).  On November 9, 2020 Plaintiffs filed their opposition, Dkt. No. 67, and a Request for Judicial Notice (Dkt. No. 66).  Google's reply is due on December 3, 2020, and a hearing on the MTD is set for February 18, 2021.

c. <u>Anticipated Motions</u>: Plaintiffs anticipate moving for class certification, see Section 9 below and accompanying proposed case management order. Google also anticipates moving for

summary judgment, opposing plaintiffs' motion for class certification, and/or filing a motion to deny class certification.

**AMENDMENT OF PLEADINGS (paragraph 5)**

Plaintiffs do not anticipate amending the complaint prior to the Court's ruling on Google's MTD. The deadline to amend or to add new parties is 30 days after the Court's ruling on the MTD. *See* Case Management Order dated September 3, 2020 ("CMO No. 1," Dkt. No. 45).

**EVIDENCE PRESERVATION (paragraph 6)**

The parties represent that they have taken steps to preserve evidence relevant to this litigation. The parties similarly have reviewed the Northern District of California Guidelines Relating to the Discovery of ESI and, pursuant to Fed. R. Civ. P. 26(f), have discussed generally the preservation of relevant evidence. The status of a draft proposed ESI Protocol is discussed in Section 8 below.

**DISCLOSURES (paragraph 7)**

The parties exchanged initial disclosures on September 9, 2020.

**DISCOVERY (paragraph 8)**

a. **Case Schedule:** The parties held their initial Rule 26(f) discovery planning conference by video on August 26, 2020 and have conferred on discovery topics several times since then. The Court approved the parties' initial discovery plan with dates through resolution of the MTD, see CMO No. 1, Dkt. No. 45. The parties now propose additional case management dates in the accompanying proposed CMO No. 2.

b. **Written Discovery:** Plaintiffs served document requests and interrogatories on August 31, 2020. Google served its responses and objections on September 30, 2020. The parties have conferred via video several times since then to discuss and resolve disputes and evaluate whether sequencing of some discovery might be possible. In addition, some objections/disputes might get resolved through the ESI Protocol, see subsection (d) below.

Google served document requests, interrogatories and RFAs on the four named plaintiffs on November 18, 2020 and the deadline to serve objections and responses is December 18, 2020.

      c.     **Protective Order:**  The parties were able to agree on all terms of a protective order, which Magistrate Judge Susan van Keulen approved on October 2, 2020.  Dkt. No. 56.  The Court modified one provision of the order two weeks later on October 15, 2020 (procedure for amending).  Dkt. No. 61.  The order incorporates the standard claw-back process under FRCP 26(b)(5)(B) for inadvertently produced privileged documents, and the parties plan to enter into an additional stipulation to present to the Court.

      d.     **ESI Protocol**:  On August 24, 2020, Plaintiffs sent Google a draft proposed protocol governing the preservation and production of ESI.  The parties identified and resolved several disputed points but reached impasse on a few others.  The parties are preparing a joint submission per Judge van Keulen's individual practices governing discovery disputes.

**SCHEDULING (paragraph 17)**

Other than the upcoming CMC scheduled for December 9, 2020, the only other hearing on calendar is the February 18, 2021 hearing on the MTD.  The parties jointly propose additional dates to govern discovery and other case events in the accompanying proposed CMO No. 2.

**DISCLOSURE OF NON-PARTY INTERESTED ENTITITES OR PERSONS (para. 19)**

Plaintiffs filed their certifications pursuant to Civil L.R. 3-15 on July 27, 2020.  *See* Dkt. No. 5.  Google filed its corporate disclosure statement on November 30, 2020.  *See* Dkt. No. 79.

**OTHER MATTERS (paragraph 21)**

Consistent with local practice, Plaintiffs have adopted a time and expense efficiency protocol for plaintiffs' counsel in this action and propose submitting it to the Court for entry in this action.

Dated: December 2, 2020

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br><br>By:   */s/ Lesley Weaver*<br>Lesley Weaver (Cal. Bar No. 191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 994607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>*lweaver@bfalaw.com*<br>*aornelas@bfalaw.com*<br>*jsamra@bfalaw.com*<br><br>**KAPLAN, FOX & KILSHEIMER LLP**<br><br>By:   */s/ David A. Straite*<br>David A. Straite (admitted *pro hac vice*)<br>Aaron L. Schwartz (admitted *pro hac vice*)<br>850 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 687-1980<br>Facsimile: (212) 687-7714<br>*dstraite@kaplanfox.com*<br><br>Laurence D. King (State Bar No. 206423)<br>Mario Choi (State Bar No. 243409)<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Tel.:   (415) 772-4700<br>Fax:   (415) 772-4707<br>*lking@kaplanfox.com*<br><br>**SIMMONS HANLY CONROY LLC**<br><br>By:   */s/ Mitchell M. Breit*<br>Mitchell M. Breit (admitted *pro hac vice*)<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Eric Johnson (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>*mbreit@simmonsfirm.com*<br>*jaybarnes@simmonsfirm.com*<br><br>*Counsel for Plaintiffs* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>By:   */s/ Andrew H. Schapiro*<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>*andrewschapiro@quinnemanuel.com*<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>*stephenbroome@quinnemanuel.com*<br>Viola Trebicka (CA Bar No. 269526)<br>*violatrebicka@quinnemanuel.com*<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>Jomaire Crawford (admitted *pro hac vice*)<br>*jomairecrawford@quinnemanuel.com*<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100<br><br>Josef Ansorge (admitted *pro hac vice*)<br>*josefansorge@quinnemanuel.com*<br>1300 I Street NW, Suite 900<br>Washington D.C., 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100<br><br>Jonathan Tse (CA Bar No. 305468)<br>*jonathantse@quinnemanuel.com*<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Fax: (415) 875-6700<br><br>Thao Thai (CA Bar No. 324672)<br>*thaothai@quinnemanuel.com*<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Tel: (650) 801-5000<br>Fax: (650) 801-5100<br><br>*Counsel for Defendant* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, David A. Straite, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of December, 2020, at Marbletown, New York.

*/s/ David A. Straite*
David A. Straite

**CERTIFICATE OF SERVICE**

I, David A. Straite, hereby certify that on December 2, 2020, I caused a copy of this FIRST SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT to be filed via CM/ECF which will effect service on counsel of record for all parties.

Executed this 2nd day of December, 2020, at Marbletown, New York.

*/s/ David A. Straite*
David A. Straite