**BOIES SCHILLER FLEXNER LLP**
JOANNA WRIGHT (*admitted pro hac vice*)
jwright@bsfllp.com
ANDREW VILLACASTIN (*admitted pro hac vice*)
avillacastin@bsfllp.com
55 Hudson Yards, 20th Floor
New York, New York 10001
Telephone:     (212) 446-2300
Facsimile:     (212) 446-2350

**BOIES SCHILLER FLEXNER LLP**
MARK C. MAO (SBN 236165)
mmao@bsfllp.com
BEKO REBLITZ-RICHARDSON (SBN 238027)
brichardson@bsfllp.com
ANTONIO L. INGRAM, II (SBN 300528)
aingram@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, California 94104
Telephone:     (415) 293-6800
Facsimile:     (415) 293-6899

*Attorneys for Amici Curiae
Andrew Yang and the Data Dividend Project*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, ELAINE CRESPO, HADIYAH JACKSON and CLAUDIA KINDLER, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>         vs.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 5:20-cv-05146-LHK<br><br>**MOTION FOR LEAVE TO PRESENT ORAL ARGUMENT OF ANDREW YANG AND THE DATA DIVIDEND PROJECT AS *AMICI CURIAE* IN OPPOSITION TO GOOGLE'S MOTION TO DISMISS COMPLAINT**<br><br>Judge:            Hon. Lucy H. Koh<br>Hearing Date: February 18, 2021<br>Time:             1:30 p.m.<br>Courtroom:   8, 4th Floor |

1  Andrew Yang Esq., and the Data Dividend Project (collectively, "*amici*"), respectfully move for leave to participate in oral argument in opposition to Google's motion to dismiss complaint on February 18, 2021 at 1:30 p.m. Plaintiffs do not oppose this motion. Defendant opposes this motion.

*Amici* moves this Court for an order permitting counsel for *amici curiae* to present oral argument in opposition to Google's motion to dismiss complaint. *Amici's* expertise in privacy, technology, and consumer rights, knowledge of the California Consumer Privacy Act ("CCPA"), and their firsthand involvement with the passage of the California Privacy Rights Act ("CPRA") allow them to confirm that consumers have a property interest in their data.  Plaintiffs' allegations in connection with Counts 13 and 14 are consistent with these established principles, and properly state a claim for theft of Plaintiffs' personal property in the form of personal data.

*Amici* are uniquely positioned to answer any questions about the property interest found in personal data.  "The classic role of amicus curiae is to assist a court in a case of public interest by supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration."  *California by & through Becerra v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1163–64 (N.D. Cal. 2019) (quotation marks and citations omitted).  *See also, Arena v. Intuit Inc.*, No. 19-cv-02546-CRB, 2020 U.S. Dist. LEXIS 237163, at *7 (N.D. Cal. Dec. 14, 2020) (court permitting *amici's* oral argument).

For these reasons, *amici* respectfully request leave to present oral argument pertaining to the property interests found in personal data.

Dated: February 4, 2021          Respectfully Submitted,

By:  /s/ Joanna Wright

JOANNA WRIGHT
jwright@bsfllp.com
ANDREW VILLACASTIN
avillacastin@bsfllp.com
55 Hudson Yards, 20th Floor

New York, New York 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

MARK C. MAO (SBN 236165)
mmao@bsfllp.com
BEKO REBLITZ-RICHARDSON (SBN 238027)
brichardson@bsfllp.com
ANTONIO L. INGRAM, II (SBN 300528)
aingram@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, California 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

*Attorneys for Amici Curiae*
*Andrew Yang and the Data Dividend Project*