**BOIES SCHILLER FLEXNER LLP**
JOANNA WRIGHT (*admitted pro hac vice*)
jwright@bsfllp.com
ANDREW VILLACASTIN (*admitted pro hac vice*)
avillacastin@bsfllp.com
55 Hudson Yards, 20th Floor
New York, New York 10001
Telephone:     (212) 446-2300
Facsimile:     (212) 446-2350

**BOIES SCHILLER FLEXNER LLP**
MARK C. MAO (SBN 236165)
mmao@bsfllp.com
BEKO REBLITZ-RICHARDSON (SBN 238027)
brichardson@bsfllp.com
ANTONIO L. INGRAM, II (SBN 300528)
aingram@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, California 94104
Telephone:     (415) 293-6800
Facsimile:     (415) 293-6899

*Attorneys for Amici Curiae*
*Andrew Yang and the Data Dividend Project*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, ELAINE CRESPO, HADIYAH JACKSON and CLAUDIA KINDLER, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>             vs.<br><br>GOOGLE LLC,<br><br>                  Defendant. | Case No. 5:20-cv-05146-LHK<br><br>**DECLARATION OF ANTONIO L. INGRAM II IN SUPPORT OF MOTION FOR LEAVE TO PRESENT ORAL ARGUMENT OF ANDREW YANG AND THE DATA DIVIDEND PROJECT AS *AMICI CURIAE* IN OPPOSITION TO GOOGLE'S MOTION TO DISMISS COMPLAINT**<br><br>Judge:                Hon. Lucy H. Koh<br>Hearing Date:   February 18, 2021<br>Time:                 1:30 p.m.<br>Courtroom:       8, 4th Floor |

## DECLARATION OF ANTONIO L. INGRAM II

I, Antonio L. Ingram II, hereby declares as follows.

1. I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2. I make this declaration in support of the motion for leave to present oral argument of Andrew Yang and the Data Dividend Project as *Amici Curiae* in opposition to Google's motion to dismiss complaint.

3. I am a litigation associate employed by Boies Schiller Flexner LLP.

4. I sought and received leave from plaintiffs' counsel to file a stipulation under Civil L.R. 7-12.

5. I sought leave from defense counsel to seek consent to file a stipulation under Civil L.R. 7-12.

6. Defense counsel denied my request, a true and accurate copy is attached as **Exhibit A**, and therefore I was unable to file a stipulation under Civil L.R. 7-12.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of February, 2021.

                                                                                    */s/ Antonio Ingram*
                                                                                    Antonio Ingram