# EXHIBIT A

**From:** Andrew Schapiro [mailto:andrewschapiro@quinnemanuel.com]
**Sent:** Wednesday, January 27, 2021 7:54 PM
**To:** Antonio Ingram <aingram@BSFLLP.com>
**Subject:** Re: Consent for Amici Curiae to Present Oral Argument in Calhoun et al. v. Google LLC

Hi Antonio. We have considered your request but we do not consent.

Regards,

Andy Schapiro

On Jan 25, 2021, at 12:57 PM, Antonio Ingram <aingram@bsfllp.com> wrote:

**[EXTERNAL EMAIL]**

Thank you.

**From:** Andrew Schapiro [mailto:andrewschapiro@quinnemanuel.com]
**Sent:** Monday, January 25, 2021 10:56 AM
**To:** Antonio Ingram <aingram@bsfllp.com>
**Subject:** RE: Consent for Amici Curiae to Present Oral Argument in Calhoun et al. v. Google LLC

Hi – sorry – I overlooked this email.  We'll consult and get back to you this week.

**From:** Antonio Ingram [mailto:aingram@bsfllp.com]
**Sent:** Tuesday, January 19, 2021 5:02 PM
**To:** Andrew Schapiro <andrewschapiro@quinnemanuel.com>
**Subject:** Re: Consent for Amici Curiae to Present Oral Argument in Calhoun et al. v. Google LLC

**[EXTERNAL EMAIL]**

Andrew:

I hope this email finds you well.  My name is Antonio and I am a BSF associate who worked on the Yang/DDP amicus brief.  We would like for one of our BSF partners, Joanna Wright, to participate in the oral argument on 2/18/21 in *Calhoun et al v. Google LLC.*  As amici curiae, we must seek leave from the court for this to occur.  We have drafted a stipulation and proposed order to Judge Koh seeking leave to present oral argument.  Please see the attached stipulation and proposed order.  Please let us know if you consent to the stipulation.

Antonio

**Antonio L. Ingram II**
Associate

**BOIES SCHILLER FLEXNER** LLP

44 Montgomery St.
41st Floor
San Francisco, CA 94104
(d)  415 293 6888
(m) 415 293 6800
aingram@bsfllp.com
www.bsfllp.com

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this co