UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, ELAINE CRESPO, HADIYAH JACKSON and CLAUDIA KINDLER, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case No. 5:20-cv-05146-LHK<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO PRESENT ORAL ARGUMENT**<br><br>Judge:            Hon. Lucy H. Koh<br>Hearing Date:  February 18, 2021<br>Time:           1:30 p.m.<br>Courtroom:    8, 4th Floor |

## **[PROPOSED] ORDER**

Upon consideration of the motion for leave to present oral argument of Andrew Yang and the Data Dividend Project as *amici curiae* in opposition to Google's motion to dismiss complaint, it is hereby **ORDERED** that the motion is **GRANTED**. The Clerk is directed to calendar *amici's* oral argument.

Dated: _____                      _____
                                                HON. LUCY H. KOH
                                                UNITED STATES DISTRICT COURT JUDGE