**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, ELAINE CRESPO, HADIYAH JACKSON, and CLAUDIA KINDLER, on behalf of all similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 5:20-cv-5146-LHK-SVK |

## DECLARATION OF ANDRE GOLUEKE

1. I am a Discovery Manager within the Legal Department at Google LLC. I make this declaration based on personal knowledge and information provided to me by Google colleagues, and, if called to testify, I could and would competently testify to such facts.

2. I understand Plaintiffs are requesting Google suspend the normal business retention and deletion protocols of all log files that may have captured information from users who appear to be in the United States and used the Chrome browser—without sync enabled—to visit a website that used Google's Analytics or Ad Manager services.

3. Plaintiffs' preservation demand implicates certain My Activity, Analytics, and Display Ad logs. My Activity logs include data related to user visits to web pages that use Google's Analytics or Ad Manager services and that is linked to a user's Google Account. Analytics logs include data Google receives through, and stores on behalf of, Google Analytics customers when a user visits the customers' web pages. Display Ad logs include data Google receives when a user visits a site that uses Google's advertising services.

4. These logs store information about user visits in protocol buffer records. A protocol buffer is a means of serializing structured data such that, through the use of special generated source code, it can be written and read to and from a variety of data streams using a variety of coding languages. Access to the data is limited on a need-to-know basis. █████████████████
████████████

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

5. The My Activity logs are ▮▮▮▮▮ The Analytics and Display Ad logs are of two types: ▮▮▮▮▮

6. Data in ▮▮▮▮▮ is subject to individual user controls. Users can set retention periods and delete individual entries on their My Activity page at https://myactivity.google.com/myactivity. When a user deletes data on their My Activity page, ▮▮▮▮▮ including Analytics and Display Ad logs. Google Analytics customers are in control of what data is sent to Google Analytics, including data stored in logs.

7. Each of these three categories above include multiple logs with overlapping information. The logs implicated by Plaintiffs' preservation demand consist of extremely large amounts of data stored on Google's servers in ▮▮▮▮▮ Logs for each of these categories contain ▮▮▮ of entries for every day.

8. The infrastructures that house these logs have been built over time to comply with Google's legal, contractual, and privacy-related obligations. These infrastructures are complex and have multiple teams of engineers dedicated to maintaining them; they are not simple data structures. Similarly, the retention periods on each of these logs are also carefully calibrated to align with Google's legal obligations, contractual obligations, as well as disclosures made to users. Suspending the retention period on any of these logs is a complex process, and accomplishing the task would take ▮▮▮ of engineering effort.

9. In the ordinary course of business, Google does not maintain My Activity, Analytics, and Display Ad logs ▮▮▮▮▮ Separating out ▮▮▮▮▮ would require writing new scripts that would take ▮▮▮ to create properly and without unintended consequences.

10. The logs implicated by Plaintiffs' preservation demand are extraordinarily burdensome to preserve, search, and manage. Google estimates that the total size of the implicated

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

1. Display Ads logs is ▇▇▇▇ and more than ▇▇▇▇ Just one
2. of the Analytics logs implicated by Plaintiffs' preservation demand is ▇▇▇▇ a
3. separate Analytics log consists of more than ▇▇▇▇ Practically, this would mean
4. that Google would have to store an estimated ▇▇▇▇ of additional data every
5. ▇▇▇▇—and add the equivalent of ▇▇▇▇ to its
6. server space every month.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 17th day of February 2021 at Oakland, California.

By _/s/ André Golueke_
Andre Golueke

---

[1] 1000 Megabyte make up one (1) Gigabyte (GB); 1000 GB make up one (1) Terabyte (TB); 1000 TB make up one (1) Petabyte (PB); 1000 PB make up one (1) Exabyte (EB).