IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PATRICK CALHOUN, ELAINE CRESPO, HADIYAH JACKSON, and CLAUDIA KINDLER, on behalf of all similarly situated,

    Plaintiffs,

v.

GOOGLE LLC,

    Defendant.

Case No. 5:20-cv-5146-LHK-SVK

## DECLARATION OF ERIC GONZALES

1. I am Senior Vice President of Sales at Epiq. I make this declaration based on personal knowledge and information provided to me by Epiq colleagues, and, if called to testify, I could and would competently testify to such facts.

2. Google has asked us to opine on whether it would be possible for Epiq to host, process, and/or produce one Exabyte of data.

3. Epiq is one of the largest eDiscovery vendors in the world, with 30 years of experience hosting, maintaining, accessing, reviewing, and facilitating the production of significant volumes of critical data for its clients. Epiq has a global daily processing capacity of approximately 15 Terabytes, processes more than 70 Terabytes per month, and has dozens of Petabytes of Global Data Capacity.

4. In our 30-year history as a leading global provider of discovery services, having to process and produce such data volumes (an Exabyte) would be unprecedented and would create an unprecedented economic burden. Epiq has never processed such a volume of data for a single case.

5. I declare under penalty of perjury that the foregoing is true and correct.

1  Executed on the 17th day of February 2021 at Morristown, NJ.

2

3

4                                                        BY: _____

5                                                              ERIC GONZALES

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28