# EXHIBIT 4

## Activity controls

The data saved in your account helps give you more personalized experiences across all Google





Choose an auto-delete option for your Web & App Activity

○ Auto-delete activity older than 3 months
and manually delete any time

⦿ Auto-delete activity older than 18 months
and manually delete any time

○ Auto-delete activity older than 36 months
and manually delete any time

○ Don't auto-delete



 How long is right for you?

The activity you keep can improve your experience anywhere you use your Google Account. What you search, read, and watch can work together to help you get things done faster, discover new content, and pick up where you left off.

Cancel    **Next**