# EXHIBIT 5



# Web & App Activity

Your Web & App Activity includes the things you do on Google services, like Maps, Search, and Play. It can also include things you do on sites, apps, and devices that use Google services or your voice and audio recordings. The activity you keep is used to give you more personalized experiences, like faster searches and more helpful app and content recommendations.

You can see your activity, delete it manually, or choose to delete it automatically using the controls on this page. Learn more



**Saving activity**
Your Web & App Activity is on
Saving audio is off



**Auto-delete (On)**
Deleting activity older than 18 months

Only you can see this data. Google protects your privacy and security. Learn more



Search your activity

Filter by date & product          Delete