1 **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2  Andrew H. Schapiro (admitted *pro hac vice*)  Josef Ansorge (admitted *pro hac vice*)
   andrewschapiro@quinnemanuel.com              josefansorge@quinnemanuel.com
3  191 N. Wacker Drive, Suite 2700              1300 I Street NW, Suite 900
   Chicago, IL 60606                            Washington D.C., 20005
4  Telephone: (312) 705-7400                    Telephone: (202) 538-8000
5  Facsimile: (312) 705-7401                    Facsimile: (202) 538-8100

6  Stephen A. Broome (CA Bar No. 314605)        Jonathan Tse (CA Bar No. 305468)
   stephenbroome@quinnemanuel.com               jonathantse@quinnemanuel.com
7  Viola Trebicka (CA Bar No. 269526)           50 California Street, 22nd Floor
   violatrebicka@quinnemanuel.com               San Francisco, CA 94111
8  865 S. Figueroa Street, 10th Floor           Telephone: (415) 875-6600
9  Los Angeles, CA 90017                        Facsimile: (415) 875-6700
   Telephone: (213) 443-3000
10 Facsimile: (213) 443-3100

11 Jomaire Crawford (admitted *pro hac vice*)   Thao Thai (CA Bar No. 324672)
   jomairecrawford@quinnemanuel.com             thaothai@quinnemanuel.com
12 51 Madison Avenue, 22nd Floor                555 Twin Dolphin Drive, 5th Floor
13 New York, NY 10010                           Redwood Shores, CA 94065
   Telephone: (212) 849-7000                    Telephone: (650) 801-5000
14 Facsimile: (212) 849-7100                    Facsimile: (650) 801-5100

15 *Counsel for Defendant Google LLC*

16 **UNITED STATES DISTRICT COURT
17 NORTHERN DISTRICT OF CALIFORNIA
   SAN JOSE DIVISION**

18

19 PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,   Case No. 5:20-cv-5146-LHK-SVK

20     Plaintiffs,                              **[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE
21     v.                                       MOTION TO SEAL THE COURTROOM FOR HEARING ON MOTION FOR A
22 GOOGLE LLC,                                  PROTECTIVE ORDER (DKT. 109)**
       Defendant.
23                                              Referral: Hon. Susan van Keulen, USMJ
24                                              Hearing Date: March 5, 2021
                                                Hearing Time: 9:30 a.m.
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Administrative Motion to Seal the Courtroom for Hearing on Motion for a Protective Order (Dkt. 109) (the "Motion"). Having considered the Google's Motion, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** the Motion.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Motion, the Motion is **GRANTED**.

**IT IS SO ORDERED**.

DATED: _____

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge