UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 20-cv-05146-LHK   (SVK)<br><br>**ORDER ON GOOGLE'S MOTION FOR PROTECTIVE ORDER**<br><br>Re: Dkt. Nos. 102, 109 |

On March 5, 2021, the Court held a discovery hearing on the issues raised in the joint discovery submission, subsequent briefing, and this Court's order of March 3, 2021. *See* Dkt. 102, 109, 125. The hearing was sealed upon a showing of good cause. *See* Dkt. 124.

For the reasons discussed on the record, the parties are ordered to meet and confer regarding a narrow production of documents referenced in Dkt. 118-5 ¶ 7 in advance of a Rule 30(b)6 deposition of Defendant on the topics identified in Dkt. 125. The document production and deposition are to be completed within 30 days of the date of this order.

**SO ORDERED.**

Dated: March 5, 2021

SUSAN VAN KEULEN
United States Magistrate Judge