| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (Cal. Bar No.191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>*lweaver@bfalaw.com* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>*andrewschapiro@quinnemanuel.com*<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401 |
| **KAPLAN FOX & KILSHEIMER LLP**<br>David A. Straite (admitted *pro hac vice*)<br>Aaron L. Schwartz (admitted *pro hac vice*)<br>850 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980<br>Fax: (212) 687-7715<br>*dstraite@kaplanfox.com* | Stephen A. Broome (CA Bar No. 314605)<br>*stephenbroome@quinnemanuel.com*<br>Viola Trebicka (CA Bar No. 269526)<br>*violatrebicka@quinnemanuel.com*<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100 |
| Laurence D. King (Cal. Bar No. 206423)<br>Mario Choi (Cal. Bar No. 243409)<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Tel.: (415) 772-4700<br>Fax: (415) 772-4707 | *Counsel for Defendant; additional counsel listed in signature blocks below* |
| **SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>Mitchell M. Breit (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>*jaybarnes@simmonsfirm.com* | |

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br>　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br>　　Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF MARCH 5 HEARING TRANSCRIPT**<br><br>Hon. Susan van Keulen, USMJ |

1  WHEREAS, on February 17, 2021, Google filed its Motion for a Protective Order (Dkt. 109) ("Motion") and its Administrative Motion to Seal Portions of Google's Motion for a Protective Order and Supporting Declaration (Dkt. 108);

WHEREAS, on March 2, 2021, Google filed its Administrative Motion to Seal the Courtroom for Hearing on Motion for a Protective Order (Dkt. 109) (Dkt. 123), where Google proposed that "the Court seal the March 5 hearing and that Google will file a motion to seal the March 5 transcript after the sealed hearing to redact any confidential information";

WHEREAS, on March 3, 2021, the Court granted Google's Administrative Motion to Seal the Courtroom for Hearing on Motion for a Protective Order (Dkt. 109) (Dkt. 124);

WHEREAS, on March 5, 2021, the Court conducted the hearing on Google's Motion under seal;

WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings] cannot be generated without an order from the assigned judge"[1];

WHEREAS, the parties agree that the transcript, which contains material designated by Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," may be released to counsel of record in this matter, who are authorized to view this material under the First Modified Stipulated Protective Order Governing Exchange of Confidential Discovery Material as Modified by the Court (Dkt. 61);

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that the complete transcript of the March 5 hearing on Google's Motion may be released to counsel of record in this matter.

---

[1] https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

| | | |
|---|---|---|
|1|DATED: March 5, 2021| |
|2|**BLEICHMAR FONTI & AULD LLP**|**QUINN EMANUEL URQUHART & SULLIVAN, LLP**|
|3| | |
|4|By: */s/ Lesley Weaver*<br>Lesley Weaver (Cal. Bar No. 191305)|By: */s/ Andrew H. Schapiro*<br>Andrew H. Schapiro (admitted pro hac vice)|
| |Angelica M. Ornelas (Cal. Bar No. 285929)|andrewschapiro@quinnemanuel.com|
|5|Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600|191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606|
|6|Oakland, CA 94607<br>Tel.: (415) 445-4003|Telephone: (312) 705-7400|
|7|Fax: (415) 445-4020<br>*lweaver@bfalaw.com*|Facsimile: (312) 705-7401|
|8|*aornelas@bfalaw.com*<br>*jsamra@bfalaw.com*|Stephen A. Broome (CA Bar No. 314605)<br>sb@quinnemanuel.com|
|9| |Viola Trebicka (CA Bar No. 269526)|
|10|**KAPLAN FOX & KILSHEIMER LLP**|violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor|
|11|By: */s/ David A. Straite*|Los Angeles, CA 90017<br>Telephone: (213) 443-3000|
|12|David A. Straite (admitted *pro hac vice*)<br>Aaron L. Schwartz (admitted *pro hac vice*)|Facsimile: (213) 443-3100|
| |850 Third Avenue| |
|13|New York, NY 10022<br>Telephone: (212) 687-1980|Jomaire Crawford (admitted pro hac vice)<br>jomairecrawford@quinnemanuel.com|
|14|Facsimile: (212) 687-7714<br>*dstraite@kaplanfox.com*|51 Madison Avenue, 22nd Floor<br>New York, NY 10010|
|15| |Telephone: (212) 849-7000|
|16|Laurence D. King (State Bar No. 206423)<br>Mario Choi (State Bar No. 243409)|Facsimile: (212) 849-7100|
|17|1999 Harrison Street, Suite 1560<br>Oakland, CA 94612|Josef Ansorge (admitted pro hac vice)<br>josefansorge@quinnemanuel.com|
|18|Tel.: (415) 772-4700<br>Fax: (415) 772-4707|1300 I Street NW, Suite 900<br>Washington D.C., 20005|
|19|*lking@kaplanfox.com*|Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100|
|20|**SIMMONS HANLY CONROY LLC**| |
|21|By: */s/ Jay Barnes*|Jonathan Tse (CA Bar No. 305468)|
| |Mitchell M. Breit (admitted *pro hac vice*)|jonathantse@quinnemanuel.com|
|22|Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)|50 California Street, 22nd Floor<br>San Francisco, CA 94111|
|23|112 Madison Avenue, 7th Floor<br>New York, NY 10016|Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700|
|24|Tel.: (212) 784-6400<br>Fax: (212) 213-5949| |
|25|*mbreit@simmonsfirm.com*<br>*jaybarnes@simmonsfirm.com*|Thao Thai (CA Bar No. 324672)<br>thaothai@quinnemanuel.com|
|26| |555 Twin Dolphin Drive, 5th Floor|
|27|*Counsel for Plaintiffs*|Redwood Shores, CA 94065<br>Telephone: (650) 801-5000|
|28| |Facsimile: (650) 801-5100|

*Attorneys for Defendant Google LLC*

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Date: _____, 2021

                                                  Hon. Susan van Keulen
                                                  United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Andrew H. Schapiro, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of March, 2021, at Chicago, Illinois.

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro