1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2  Andrew H. Schapiro (admitted *pro hac vice*)
   andrewschapiro@quinnemanuel.com
3  191 N. Wacker Drive, Suite 2700
   Chicago, IL 60606
4  Telephone: (312) 705-7400
5  Facsimile: (312) 705-7401

   Josef Ansorge (admitted *pro hac vice*)
   josefansorge@quinnemanuel.com
   1300 I Street NW, Suite 900
   Washington D.C., 20005
   Telephone: (202) 538-8000
   Facsimile: (202) 538-8100

6  Stephen A. Broome (CA Bar No. 314605)
   stephenbroome@quinnemanuel.com
7  Viola Trebicka (CA Bar No. 269526)
   violatrebicka@quinnemanuel.com
8  865 S. Figueroa Street, 10th Floor
9  Los Angeles, CA 90017
   Telephone: (213) 443-3000
10 Facsimile: (213) 443-3100

   Jonathan Tse (CA Bar No. 305468)
   jonathantse@quinnemanuel.com
   50 California Street, 22nd Floor
   San Francisco, CA 94111
   Telephone: (415) 875-6600
   Facsimile: (415) 875-6700

11 Jomaire Crawford (admitted *pro hac vice*)
   jomairecrawford@quinnemanuel.com
12 51 Madison Avenue, 22nd Floor
13 New York, NY 10010
   Telephone: (212) 849-7000
14 Facsimile: (212) 849-7100

   Thao Thai (CA Bar No. 324672)
   thaothai@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
   Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

15 *Counsel for Defendant Google LLC*

16
17                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN JOSE DIVISION**
18

19 | PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, | Case No. 5:20-cv-5146-LHK-SVK |
|---|---|
20 | Plaintiffs, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE MARCH 5, 2021 HEARING TRANSCRIPT (DKT. 137)** |
21 | v. | |
22 | GOOGLE LLC, | |
23 | Defendant. | Referral: Hon. Susan van Keulen, USMJ |

24
25
26
27
28

# [PROPOSED] ORDER

Before the Court is Defendant Google LLC's Administrative Motion to Seal Portions of the March 5, 2021 hearing transcript (Dkt. 137). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Court's Ruling on Motion to Seal | Basis for Sealing Portion of Document |
|---|---|---|
| March 5, 2021 Hearing Transcript | GRANTED as to redacted portions at 7:19-21; 7:23-24; 8:1-2; 8:3-4; 8:21-22; 8:23-24; 9:7; 9:13-14; 9:15-17; 9:19-20; 10:5-7; 10:10-11; 10:20-21; 10:25-11:1; 11:2-3; 11:4-7; 11:8-9; 11:10-11; 11:12-13; 11:17-18; 12:3-6; 12:9-15; 12:22-25; 13:6-8; 13:15-17; 13:25-14:6; 14:13-17; 14:19-20; 16:18-22; 17:2-11; 17:24-25; 18:1-5; 18:7-9; 18:14-17; 18:19-22; 18:25-19:2; 19:3; 19:7-12; 19:13-14; 19:15-16; 19:17; 19:18-19; 19:21-23; 19:24-20:3; 20:4-5; 20:6; 20:7; 20:8; 20:9-10; 20:11-20; 20:21-22; 20:25-21:2; 21:9-10; 21:12-13; 22:7-12; 22:16-21; 22:23-23:3; 23:7-11; 23:16-18; 23:19; 23:20; 23:21; 23:22-24:3; 24:5-6; 24:8-9; 24:13-14; 27:20; 27:21-22; 27:23-24; 27:25-28:2; 28:3-4; 28:5-6; 28:8-9; 28:17; 28:18-20; 28:22-25; 33:1; 33:21; 33:23-25; 34:1; 35:2-3; 35:6; 35:13; 37:19-20; 39:13-14; 39:16-17; 43:23-24; 43:25-44:2 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's operations and consumer data, including the various types of data logs maintained by Google, the size of those logs, which logs are linked to a user's Google Account, the cost in money and man-hours for suspending retention periods for those logs, and Google's ability to preserve and/or produce the log data, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED.**

DATED: _____

SUSAN VAN KEULEN
United States Magistrate Judge