UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-CV-05146-LHK <br><br> **ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** <br><br> Re: Dkt. No. 150 |

The Court DENIES Google's motion for leave to file a motion for partial reconsideration of the Court's order granting in part and denying in part Google's motion to dismiss, ECF No. 150.

**IT IS SO ORDERED.**

Dated: April 2, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No. 20-CV-05146-LHK
ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION