**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

| | |
|---|---|
| Andrew H. Schapiro (admitted *pro hac vice*) | Josef Ansorge (admitted *pro hac vice*) |
| andrewschapiro@quinnemanuel.com | josefansorge@quinnemanuel.com |
| 191 N. Wacker Drive, Suite 2700 | 1300 I Street NW, Suite 900 |
| Chicago, IL 60606 | Washington D.C., 20005 |
| Telephone: (312) 705-7400 | Telephone: (202) 538-8000 |
| Facsimile: (312) 705-7401 | Facsimile: (202) 538-8100 |
| | |
| Stephen A. Broome (CA Bar No. 314605) | Jonathan Tse (CA Bar No. 305468) |
| stephenbroome@quinnemanuel.com | jonathantse@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | 50 California Street, 22nd Floor |
| violatrebicka@quinnemanuel.com | San Francisco, CA 94111 |
| 865 S. Figueroa Street, 10th Floor | Telephone: (415) 875-6600 |
| Los Angeles, CA 90017 | Facsimile: (415) 875-6700 |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |
| | |
| Jomaire Crawford (admitted *pro hac vice*) | Thao Thai (CA Bar No. 324672) |
| jomairecrawford@quinnemanuel.com | thaothai@quinnemanuel.com |
| 51 Madison Avenue, 22nd Floor | 555 Twin Dolphin Drive, 5th Floor |
| New York, NY 10010 | Redwood Shores, CA 94065 |
| Telephone: (212) 849-7000 | Telephone: (650) 801-5000 |
| Facsimile: (212) 849-7100 | Facsimile: (650) 801-5100 |

*Counsel for Defendant Google LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br>     Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>**[PROPOSED]** ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE MARCH 5, 2021 HEARING TRANSCRIPT (DKT. 137)<br><br>Referral:  Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Administrative Motion to Seal Portions of the March 5, 2021 hearing transcript (Dkt. 137). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to Be Sealed | Court's Ruling on Motion to Seal | Basis for Sealing Portion of Document |
|---|---|---|
| March 5, 2021 Hearing Transcript | GRANTED as to redacted portions at 7:19-21; 7:23-24; 8:1-2; 8:3-4; 8:21-22; 8:23-24; 9:7; 9:13-14; 9:15-17; 9:19-20; 10:5-7; 10:10-11; 10:20-21; 10:25-11:1; 11:2-3; 11:4-7; 11:8-9; 11:10-11; 11:12-13; 11:17-18; 12:3-6; 12:9-15; 12:22-25; 13:6-8; 13:15-17; 13:25-14:6; 14:13-17; 14:19-20; 16:18-22; 17:2-11; 17:24-25; 18:1-5; 18:7-9; 18:14-17; 18:19-22; 18:25-19:2; 19:3; 19:7-12; 19:13-14; 19:15-16; 19:17; 19:18-19; 19:21-23; 19:24-20:3; 20:4-5; 20:6; 20:7; 20:8; 20:9-10; 20:11-20; 20:21-22; 20:25-21:2; 21:9-10; 21:12-13; 22:7-12; 22:16-21; 22:23-23:3; 23:7-11; 23:16-18; 23:19; 23:20; 23:21; 23:22-24:3; 24:5-6; 24:8-9; 24:13-14; 27:20; 27:21-22; 27:23-24; 27:25-28:2; 28:3-4; 28:5-6; 28:8-9; 28:17; 28:18-20; 28:22-25; 33:1; 33:21; 33:23-25; 34:1; 35:2-3; 35:6; 35:13; 37:19-20; 39:13-14; 39:16-17; 43:23-24; 43:25-44:2 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's operations and consumer data, including the various types of data logs maintained by Google, the size of those logs, which logs are linked to a user's Google Account, the cost in money and man-hours for suspending retention periods for those logs, and Google's ability to preserve and/or produce the log data, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED.**

DATED: April 5, 2021

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge