UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>GOOGLE LLC, <br><br>　　　　　Defendant. | Case No.  20-cv-05146-LHK   (SVK) <br><br>**ORDER TO PROVIDE FURTHER INFORMATION RE PARTIES' DISCOVERY SUBMISSION** <br><br>Re: Dkt. No. 164 |

　　　　The Parties must file the discovery requests and responses identified in issues 1.3, 1.4, 1.5, 1.8, 1.9, 2.3, 2.4 and 2.6 of Dkt. 164 by close of business today, April 26.  If the Parties' continuing robust meet and confer efforts resolve any of the issues in Dkt. 164, the Parties are to promptly notify the Court.

　　　　**SO ORDERED.**

Dated: April 26, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge