UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al., <br> Plaintiffs, <br> v. <br> GOOGLE LLC, <br> Defendant. | Case No. 20-cv-05146-LHK (SVK) <br><br> **DISCOVERY ORDER FOLLOWING APRIL 29, 2021 HEARING** <br><br> Dkt. Nos. 164, 166 |

The Parties appeared on April 29, 2021 for a hearing regarding discovery issues set forth at Dkt. Nos. 164 and 166. The Court's rulings and the status of unresolved disputes are set forth in Exhibit A. The Court has reserved May 26, 2021 at 1:30 p.m. for a further discovery conference on disputed issues that are ripe for adjudication. The Parties are to submit an updated summary chart identifying the disputes on May 20, 2021.

All other deadlines are as set forth in the attached order.

**SO ORDERED.**

Dated: April 30, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge