UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al., <br> Plaintiffs, <br> v. <br> GOOGLE LLC, <br> Defendant. | Case No. 20-cv-05146-LHK (SVK) <br><br> **PROTECTIVE ORDER RE DATA LOG RETENTION** <br><br> Dkt. Nos. 102, 109 |

Based upon the facts currently before the Court, the Court **ORDERS** that Google need not suspend its standard retention periods applicable to data logs that reflect event-level data of Chrome users in the United States. This Order is without prejudice to Plaintiffs' ability to raise a challenge based upon new evidence not currently before the Court.

**SO ORDERED.**

Dated: April 30, 2021

SUSAN VAN KEULEN
United States Magistrate Judge