UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No.  20-cv-05146-LHK   (SVK)<br><br>**INTERIM DISCOVERY ORDER RE MAY 6, 2021 JOINT SUBMISSION**<br><br>Re: Dkt. No. 178 |

The Court is in receipt of the Parties' joint submission at Dkt. 178. To assist the Parties' continuing meet and confer efforts, the Court ORDERS as provided in Ex. A.

**SO ORDERED.**

Dated: May 10, 2021

SUSAN VAN KEULEN
United States Magistrate Judge