UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-05146-LHK (SVK)<br><br>**ORDER ON JOINT DISCOVERY LETTER BRIEFS RE (1) ADDITIONS TO GOOGLE'S ESI CUSTODIANS AND (2) ADDITIONAL 30(B)(6) DEPOSITION OF GOOGLE**<br><br>Re: Dkt. Nos. 187, 189 |

The Court is in receipt of the Parties' joint submissions at Dkt. Nos. 187 and 189. The Court ORDERS as provided in Ex. A.

**SO ORDERED.**

Dated: May 13, 2021

SUSAN VAN KEULEN
United States Magistrate Judge