**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Mitchell M. Breit (admitted *pro hac vice*)
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*mbreit@simmonsfirm.com*
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 993-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-05146-LHK-SVK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF NICHOLAS GENOVA** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nicholas Genova voluntarily dismisses without prejudice his individual claims against Defendant Google LLC in the above-captioned matter. Plaintiff's dismissal is without prejudice to participating and/or recovering as a class member in this action. Defendant has not yet served its answer nor a motion for summary judgment.

Dated: May 14, 2021

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **DICELLO LEVITT GUTZLER LLC** |
| /s/ Lesley Weaver | /s/ David A. Straite |
| Lesley Weaver (Cal. Bar No.191305) | David A. Straite (admitted *pro hac vice*) |
| Angelica M. Ornelas (Cal. Bar No. 285929) | One Grand Central Place |
| Joshua D. Samra (Cal. Bar No. 313050) | 60 E. 42nd Street, Suite 2400 |
| 555 12th Street, Suite 1600 | New York, NY 10165 |
| Oakland, CA 94607 | Tel.: (646) 993-1000 |
| Tel.: (415) 445-4003 | *dstraite@dicellolevitt.com* |
| Fax: (415) 445-4020 | |
| *lweaver@bfalaw.com* | Amy E. Keller (admitted *pro hac vice*) |
| *aornelas@bfalaw.com* | Ten North Dearborn Street, 6th Fl. |
| *jsamra@bfalaw.com* | Chicago, Illinois 60602 |
| | Tel.: (312) 214-7900 |
| **SIMMONS HANLY CONROY LLC** | *akeller@dicellolevitt.com* |
| /s/ Jay Barnes | |
| Mitchell M. Breit (admitted *pro hac vice*) | |
| Jason 'Jay' Barnes (admitted *pro hac vice*) | |
| An Truong (admitted *pro hac vice*) | |
| Eric Johnson (admitted *pro hac vice*) | |
| 112 Madison Avenue, 7th Floor | |
| New York, NY 10016 | |
| Tel.: (212) 784-6400 | |
| Fax: (212) 213-5949 | |
| *mbreit@simmonsfirm.com* | |
| *jaybarnes@simmonsfirm.com* | |
| *atruong@simmonsfirm.com* | |
| *ejohnson@simmonsfirm.com* | |
| | |
| *Counsel for Plaintiffs* | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on May 14, 2021, the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE was filed electronically via the Court's electronic filing system and notice was sent to all counsel of record.

　　　　　　　　　　　　　　　　　　　/s/ An Truong
　　　　　　　　　　　　　　　　　　　An Truong