**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, ELAINE CRESPO, HADIYAH JACKSON, CLAUDIA KINDLER, LEROY RANDOLPH, Dr. CORINICE WILSON, Dr. RODNEY JOHNSON, MICHAEL HENRY, NICHOLAS GENOVA, and JOSÉ MARÍA de GUZMÁN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-05146-LHK-SVK<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF FIRST AMENDED COMPLAINT** |

Pursuant to Civil Local Rules 79-5 and 7-11, Plaintiffs filed an Administrative Motion to File Under Seal the following portions of Plaintiffs' First Amended Class Action Complaint against Google LLC (the "Motion"). Having considered Plaintiffs' Administrative Motion and the supporting declaration of Lesley E. Weaver dated April 16, 2021, and good cause appearing, the Court hereby GRANTS the motion and ORDERS the following materials remain filed under seal.

| FAC Page:Line(s) | Text Sought to be Sealed | Ruling |
|---|---|---|
| 4:11; 5:3-4; 6:24-25; 36:2; 36:24-27; 37:1-20; 39:6-7; 43:18; 45:18 | Plaintiffs' web browsing history and information | GRANTED/~~DENIED~~ |
| 35:15-25; 39:14-26; 43:1-16 | Plaintiffs' Google Account Name and email address | GRANTED/~~DENIED~~ |
| 36:6-11; 36:14-21; 38:1-7; 38:13-19; 40:4-17; 41:1-10; 41:14-27; 42:1-10; 44:1-13; 45:1-15 | HTTP logs identifying: User Agent information linked to IP addresses; Client ID; Session or Persistent Cookies; and Other web browsing data | GRANTED/~~DENIED~~ |

**IT IS SO ORDERED.**

Dated: May 19, 2021

*Lucy H. Koh*

HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE