**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br>    Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>**GOOGLE'S CLARIFICATION FOR EXHIBIT B OF ITS ADMINISTRATIVE MOTION TO SEAL JOINT LETTER BRIEF RE: PLAINTIFFS' ADDITIONAL 30(B)(6) DEPOSITION IN RESPONSE TO DKT. 204**<br><br>Referral: Hon. Susan van Keulen, USMJ |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Google LLC ("Google") moved on May 12, 2021 to seal certain portions of the parties' Joint Letter Brief Re: Plaintiffs' Additional 30(b)(6) Deposition ("Joint Letter Brief"), Exhibit A, and Exhibit B, all of which contain non-public, sensitive confidential and proprietary business information that could affect Google's competitive standing and may expose Google and its employee to increased security risks if publicly disclosed (Dkt. 188). On May 25, 2021, the Court granted Google's motion to seal the Joint Letter Brief and Exhibit A but sought "an explanation of the existing unredacted versions of Exhibit B (Dkt. 188-8 and 188-9)." Dkt. 204.

The parties filed the Joint Letter Brief (Dkt. 189) in response to the Court's May 10, 2021 Order (Dkt. 181-1), requiring the Parties "to jointly submit a transcript of the disputed 30(b)(6) deposition, with highlighting as to the questions/answers Plaintiffs claim are insufficient and highlighting in a different color as to the questions/answers Defendant claims are sufficient." Dkt. 181-1 at 1. In accordance with the Court's instruction, the parties highlighted the deposition transcript at issue, with Google's highlighting in green, Plaintiffs' highlighting in yellow, and the passages highlighted by both parties in blue (Dkt. 189), which is reflected in Dkt. 188-9. However, since the deposition transcript at issue itself contained highly sensitive, confidential information that Google sought to be sealed but already had highlighting from both parties, Google filed a separate version of the deposition transcript at issue with Google's proposed redactions highlighted (Dkt. 188-8), which is reflected in Google's redacted filing of Exhibit B of the Joint Letter Brief (Dkt. 189-2). Accordingly, for purposes of Google's motion to seal, Dkt. 188-8 is the appropriate document to consider.

| Document | Portions to be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Exhibit B | Portions Highlighted in Yellow at 9:11, 36:1-3, 36:8-37:5, 37:9-38:1, 39:24-40:6, 42:25-43:2, 43:8-12, 43:17-19, 43:21-44:14, 46:2-19, 46:21-47:4, 47:16-25, 49:1-3, 49:12-50:2, 52:13-19, 54:16-56:2, 57:2-59:9, 59:13-14, 59:24-61:10, 62:4-19, 62:23-24, 63:17-64:13, 65:23-67:1, 67:5, 67:13-68:6, 69:2-11, 69:14-18, 69:20-22, 70:1-5, 70:18-71:3, 71:23-78:5, 78:7-18, 78:23-79:13, 79:16-17, 79:19-80:11, 80:17-24, 81:1- | Google |

| | | |
|---|---|---|
| | 3, 81:5-17, 81:22-82:3, 83:13-20, 84:1-2, 84:5-6, 84:8-85:12, 86:14-87:21, 88:15-22, 89:4-25, 90:2-22, 90:25-91:2, 92:10-93:14, 93:18-22, 93:24-97:8, 97:18-24, 98:3-4, 98:7-100:21, 100:25-101:4, 101:6-102:20, 103:3-12, 103:16-107:25, 108:5-9, 108:13-110:13, 110:16-25, 111:2-14, 111:18-22, 111:24-113:7, 113:19-20, 113:23-114:5, 114:7-14, 121:7-122:5, 122:8-17, 128:7-8, 128:16-19, 142:24-143:9, 143:15-144:25, 149:4-24, 183:17-190:2, 191:4-200:18, 200:23-202:1, 202:6-8, 202:10-203:25, 204:8-206:14, 206:18-207:14, 207:19-20, 207:24-208:6, 209:16-213:10, 213:18-19, 213:24- 216:2, 228:23-234:5, 235:20-236:16, 236:19-239:5, 241:14-243:19, 252:12-17, 254:9-15, 254:20-255:22, 258:10-259:19, 261:25-262:15, 263:8-24, 264:11-265:25, 266:3-13, 266:17-20, 267:17-268:14, 269:3-270:14, 271:6-274:21, 274:24-277:10, 277:13-283:12, 283:17-25, 285:2-286:7, 286:13-289:6, 290:2-292:4, 292:7-24, 293:1-297:14, 297:19-298:2, 298:6, 298:17-299:1, 299:7-14, 299:20-22, 300:19-24, 301;1-308:7, 308:16-310:3, 310:6-25, 311:2-315:7, 315:15-25, 317:1-22, 319:21-320:20, 321;6-322:13, 325:25-328:19, 329:2-333:19, 334:8-337:5, 337:13-339:15, 340:9-341:13, 342:8-12, 342:15-25, 343:2-12, 343:16-344:17; Index, pp. 7, 8, 20, 22, 25, 28, 29, 33, 35, 39, 42, 47, 65 | |

For the foregoing reasons and the reasons stated in Google's motion to seal (Dkt. 188), Google respectfully requests that the Court seal the highlighted portions of Exhibit B of the Joint Letter Brief (Dkt. 188-8).

| | | |
|---|---|---|
| 1 | DATED: June 1, 2021 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | By   */s/ Andrew H. Schapiro* |
| 3 | | Andrew H. Schapiro (admitted *pro hac vice*) |
| | | andrewschapiro@quinnemanuel.com |
| 4 | | 191 N. Wacker Drive, Suite 2700 |
| | | Chicago, IL 60606 |
| 5 | | Telephone: (312) 705-7400 |
| 6 | | Facsimile: (312) 705-7401 |
| 7 | | Stephen A. Broome (CA Bar No. 314605) |
| | | stephenbroome@quinnemanuel.com |
| 8 | | Viola Trebicka (CA Bar No. 269526) |
| | | violatrebicka@quinnemanuel.com |
| 9 | | 865 S. Figueroa Street, 10th Floor |
| | | Los Angeles, CA 90017 |
| 10 | | Telephone: (213) 443-3000 |
| 11 | | Facsimile: (213) 443-3100 |
| 12 | | Diane M. Doolittle (CA Bar No. 142046) |
| | | dianedoolittle@quinnemanuel.com |
| 13 | | 555 Twin Dolphin Drive, 5th Floor |
| | | Redwood Shores, CA 94065 |
| 14 | | Telephone: (650) 801-5000 |
| 15 | | Facsimile: (650) 801-5100 |
| 16 | | Josef Ansorge (admitted *pro hac vice*) |
| | | josefansorge@quinnemanuel.com |
| 17 | | 1300 I. Street, N.W., Suite 900 |
| | | Washington, D.C. 20005 |
| 18 | | Telephone: 202-538-8000 |
| | | Facsimile: 202-538-8100 |
| 19 | | |
| 20 | | Jomaire A. Crawford (admitted *pro hac vice*) |
| | | jomairecrawford@quinnemanuel.com |
| 21 | | 51 Madison Avenue, 22nd Floor |
| | | New York, NY 10010 |
| 22 | | Telephone: (212) 849-7000 |
| | | Facsimile: (212) 849-7100 |
| 23 | | Jonathan Tse (CA Bar No. 305468) |
| | | jonathantse@quinnemanuel.com |
| 24 | | 50 California Street, 22nd Floor |
| 25 | | San Francisco, CA 94111 |
| | | Telephone: (415) 875-6600 |
| 26 | | Facsimile: (415) 875-6700 |
| 27 | | *Attorneys for Defendant Google LLC* |
| 28 | | |