1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL EXHIBIT B OF JOINT LETTER BRIEF RE: ADDITIONAL 30(B)(6) DEPOSITION**<br><br>Referral: Hon. Susan van Keulen, USMJ |

# [PROPOSED] ORDER

Before the Court is Defendant Google LLC's Clarification for Exhibit B of its Administrative Motion to Seal Joint Letter Brief Re: Plaintiffs' Additional 30(b)(6) Deposition In Response to Dkt. 204 ("the Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document Sought to be Sealed | Party Claiming Confidentiality | Court's Ruling on Motion to Seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Exhibit B | Google | GRANTED as to redacted portions at 9:11, 36:1-3, 36:8-37:5, 37:9-38:1, 39:24-40:6, 42:25-43:2, 43:8-12, 43:17-19, 43:21-44:14, 46:2-19, 46:21-47:4, 47:16-25, 49:1-3, 49:12-50:2, 52:13-19, 54:16-56:2, 57:2-59:9, 59:13-14, 59:24-61:10, 62:4-19, 62:23-24, 63:17-64:13, 65:23-67:1, 67:5, 67:13-68:6, 69:2-11, 69:14-18, 69:20-22, 70:1-5, 70:18-71:3, 71:23-78:5, 78:7-18, 78:23-79:13, 79:16-17, 79:19-80:11, 80:17-24, 81:1-3, 81:5-17, 81:22-82:3, 83:13-20, 84:1-2, 84:5-6, 84:8-85:12, 86:14-87:21, 88:15-22, 89:4-25, 90:2-22, 90:25-91:2, 92:10-93:14, 93:18-22, 93:24-97:8, 97:18-24, 98:3-4, 98:7-100:21, 100:25- | Narrowly tailored to protect highly confidential and proprietary information regarding Google's internal systems and operations, including details related to the various types of identifiers / cookies Google uses internally and their proprietary functions, the various types of data logs maintained by Google, including the information contained in those logs, and the role and responsibilities of its employee as they relate to internal, proprietary Google services, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

| | | | 101:4, 101:6-102:20, 103:3-12, 103:16-107:25, 108:5-9, 108:13-110:13, 110:16-25, 111:2-14, 111:18-22, 111:24-113:7, 113:19-20, 113:23-114:5, 114:7-14, 121:7-122:5, 122:8-17, 128:7-8, 128:16-19, 142:24-143:9, 143:15-144:25, 149:4-24, 183:17-190:2, 191:4-200:18, 200:23-202:1, 202:6-8, 202:10-203:25, 204:8-206:14, 206:18-207:14, 207:19-20, 207:24-208:6, 209:16-213:10, 213:18-19, 213:24-216:2, 228:23-234:5, 235:20-236:16, 236:19-239:5, 241:14-243:19, 252:12-17, 254:9-15, 254:20-255:22, 258:10-259:19, 261:25-262:15, 263:8-24, 264:11-265:25, 266:3-13, 266:17-20, 267:17-268:14, 269:3-270:14, 271:6-274:21, 274:24-277:10, 277:13-283:12, 283:17-25, 285:2-286:7, 286:13-289:6, 290:2-292:4, 292:7-24, 293:1-297:14, 297:19-298:2, 298:6, 298:17-299:1, 299:7-14, | |

| | | | |
|---|---|---|---|
| | | 299:20-22, 300:19-24, 301;1-308:7, 308:16-310:3, 310:6-25, 311:2-315:7, 315:15-25, 317:1-22, 319:21-320:20, 321;6-322:13, 325:25-328:19, 329:2-333:19, 334:8-337:5, 337:13-339:15, 340:9-341:13, 342:8-12, 342:15-25, 343:2-12, 343:16-344:17; Index, pp. 7, 8, 20, 22, 25, 28, 29, 33, 35, 39, 42, 47, 65 | |

**SO ORDERED.**

DATED: _____

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge