UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 20-cv-05146-LHK (SVK)<br><br>**ORDER ON MAY 26, 2021 JOINT DISCOVERY SUBMISSION**<br><br>Re: Dkt. No. 206 |

　　　　Exhibit A sets forth the Court's rulings on the Parties' May 26, 2021 joint submission regarding discovery disputes (Dkt. 206) and includes a schedule for further briefing on specified issues. In addition, the Court has reserved **August 12, 2021 at 9:30 a.m.** for a further discovery conference on disputed issues that are ripe for adjudication. The parties are to jointly submit an updated summary chart identifying the disputes on **August 2, 2021**.

　　　　**SO ORDERED.**

Dated: June 8, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge