**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-05146-LHK-SVK<br><br>**DECLARATION OF AN TRUONG IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

**DECLARATION OF AN TRUONG**

I, An Truong, hereby declare under penalty of perjury:

1. I am an attorney who has been admitted to practice before this Court *pro hac vice* in the above-captioned matter.

2. I am a attorney with the law firm Simmons Hanly Conroy, LLC, who, along with the law firms Bleichmar Fonti & Auld LLP and Dicello Levitt Gutzler, LLP represent Plaintiffs in the above-captioned matter.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

4. I submit this declaration in accordance with Civil Local Rules 79-5(d) and (e) in support of Plaintiffs' Administrative Motion to Seal:

| | Document | Text Sought to be Sealed |
|---|---|---|
| 1 | Plaintiffs' Notice of Motion and Motion to Compel, and Memorandum of Points and Authorities in Support thereof | Page i, Lines 8, 9, 12, 27, 28<br>Page 2, Lines 18, 19, 20-28<br>Page 3, Lines 2-5, 10-11, 15, 22-26<br>Page 6, Lines 27-28<br>Page 7, Lines 2-28<br>Page 8, Lines 1-3, 5-7, 10-24, 27<br>Page 9, Line 16<br>Page 10, Lines 14-17, 20-23, 25-26 |
| 2 | Declaration of Jay Barnes in Support of Plaintiffs' Motion to Compel | Page 2, Line 17<br>Page 3, Line 2-3, 5-8 |
| 3 | Exhibit A to the Declaration of Jay Barnes | Entire Document |
| 4 | Exhibit B to the Declaration of Jay Barnes | Entire Document |
| 5 | Exhibit C to the Declaration of Jay Barnes | Entire Document |
| 6 | Exhibit D to the Declaration of Jay Barnes | Entire Document |
| 7 | Exhibit E to the Declaration of Jay Barnes | Entire Document |
| 8 | Exhibit F to the Declaration of Jay Barnes | Entire Document |
| 9 | Exhibit G to the Declaration of Jay Barnes | Entire Document |

| 10 | Proposed Order on Motion to Compel | Page 1 lines 5, 6, 10 |

5. On October 15, 2020, the Court entered the operative Stipulated Protective Order in this matter. The Protective Order allows a party to designate documents produced during Discovery "Confidential" or "Highly Confidential – Attorneys' Eyes Only." Dkt. No. 61, ¶ 2.15. The Protective Order prohibits a party from filing materials so designated in the public record. *Id.* ¶ 12.4.

6. Plaintiffs' Motion to Compel and the Declaration of Jay Barnes and Exhibits thereto and proposed order thereon, contain, summarize, or otherwise reflect material Defendant Google LLC has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of June, 2021, at New York, New York.

/s/ *An Truong*
An Truong

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of June, 2021, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

**CERTIFICATE OF SERVICE**

I, Lesley E. Weaver, hereby certify that on June 23, 2021, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filings to be delivered to counsel for Defendant Google LLC via electronic mail.

*/s/ Lesley E. Weaver*
Lesley E. Weaver