**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-05146-LHK-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

# [PROPOSED] ORDER

Having considered Plaintiffs' Administrative Motion, the declaration filed by the Designating Party, Google LLC, and good cause appearing, the Court hereby GRANTS the motion and ORDERS the following materials remain filed under seal.

| | Document | Text Sought to be Sealed | Basis for Sealing Portion of Document | Ruling |
|---|---|---|---|---|
| 1 | Plaintiffs' Notice of Motion and Motion to Compel, and Memorandum of Points and Authorities in Support thereof | Page i, Lines 8, 9, 12, 27, 28<br>Page 2, Lines 18, 19, 20-28<br>Page 3, Lines 2-5, 10-11, 15, 22-26<br>Page 6, Lines 27-28<br>Page 7, Lines 2-28<br>Page 8, Lines 1-3, 5-7, 10-24, 27<br>Page 9, Line 16<br>Page 10, Lines 14-17, 20-23, 25-26 | Contains, Summarizes or Reflects Material Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order | GRANTED |
| 2 | Declaration of Jay Barnes in Support of Plaintiffs' Motion to Compel | Page 2, Line 17<br>Page 3, Line 2-3, 5-8 | Contains, Summarizes or Reflects Material Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order | GRANTED |
| 3 | Exhibit A to the Declaration of Jay Barnes | Entire Document | Contains Information Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order | GRANTED |
| 4 | Exhibit B to the Declaration of Jay Barnes | Entire Document | Contains, Summarizes or Reflects Material Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order | GRANTED |

| | | | | |
|---|---|---|---|---|
| 5 | Exhibit C to the Declaration of Jay Barnes | Entire Document | Contains, Summarizes or Reflects Material Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order | GRANTED |
| 6 | Exhibit D to the Declaration of Jay Barnes | Entire Document | Contains, Summarizes or Reflects Material Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order | GRANTED |
| 7 | Exhibit E to the Declaration of Jay Barnes | Entire Document | Contains, Summarizes or Reflects Material Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order | GRANTED |
| 8 | Exhibit F to the Declaration of Jay Barnes | Entire Document | Contains, Summarizes or Reflects Material Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order | GRANTED |
| 9 | Exhibit G to the Declaration of Jay Barnes | Entire Document | Contains, Summarizes or Reflects Material Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order | GRANTED |
| 10 | Proposed Order on Motion to Compel | Page 1, Lines 5, 6, 10 | Contains, Summarizes or Reflects Material Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order | GRANTED |

1  **IT IS SO ORDERED.**

2

3  Dated: _____    _____
4                                    HON. SUSAN VAN KEULEN
                                     UNITED STATES MAGISTRATE JUDGE