UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT, et al.<br><br>      Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 21-CV-02155-LHK<br><br>**ORDER GRANTING MOTIONS TO RELATE; CONSOLIDATING CASES; SETTING CASE SCHEDULE**<br><br>Re: Dkt. Nos. 36, 42, 49 |

The Court GRANTS: (1) Meaghan Delahunty, Meaghan Cornelius, and John Kevranian's motion to relate *Delahunty v. Google*, No. 21-CV-03360-LHK (N.D. Cal. filed May 5, 2021), to the above captioned case, ECF No. 36; and (2) Salvatore Toronto's motion to relate *Toronto v. Google*, No. 21-CV-03725-LHK (N.D. Cal. filed May 18, 2021) to the above captioned case and to *Delahunty v. Google,* ECF No. 49. The Court also concludes that *Delahunty v. Google* and *Toronto v. Google* are related to *Brown v. Google*, No. 20-CV-03664-LHK (N.D. Cal. filed June 2, 2020) and *Calhoun v. Google*, No. 20-CV-05146-LHK (N.D. Cal. filed July 27, 2020) pursuant to Civil Local Rule 3-12(b).

The Court consolidates *Hewitt v. Google*, *Delahunty v. Google*, and *Toronto v. Google*.

The Court sets the following deadlines in these consolidated cases:

| | |
|---|---|
| Filing of Motions for Appointment of Interim Lead Plaintiffs' Counsel | Motions: July 16, 2021<br>Oppositions, if any: July 23, 2021<br>Hearing: August 5, 2021 at 1:30 p.m. |
| Filing of Consolidated Class Action Complaint | August 27, 2021 |
| Further Case Management Conference. | September 8, 2021 at 2:00 p.m. |
| Filing of Response, likely a Motion to Dismiss | Motion to Dismiss: October 1, 2021<br>Opposition: October 29, 2021<br>Reply: November 19, 2021<br>Hearing: December 9, 2021 at 1:30 p.m. |

In the instant case, the Court denies as moot Plaintiffs' administrative motion to set a briefing schedule on Rule 42(a) and 23(g) motions, ECF No. 42. Finally, the Court continues the June 30, 2021 Case Management Conference to September 8, 2021 at 2:00 p.m. The parties shall file a joint case management statement by September 1, 2021.

**IT IS SO ORDERED.**

Dated: June 24, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No. 21-CV-02155-LHK
ORDER GRANTING MOTIONS TO RELATE; CONSOLIDATING CASES; SETTING CASE SCHEDULE