UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION | CASE NO. 21-cv-2155-YGR<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR TARGETED USE OF CALHOUN DISCOVERY IN IN RE GOOGLE RTB**<br><br>Re: Dkt. No. 206 |
| PATRICK CALHOUN, ET AL.<br>            Plaintiffs,<br>     v.<br>GOOGLE, LLC,<br>            Defendant. | CASE NO. 20-cv-5146-YGR<br><br>Re: Dkt. No. 693 |

Pending before the Court are a series of plaintiffs' motions to allow for materials produced in *Calhoun v. Google*, 20-cv-5146 ("the Calhoun action") to be used in *In re Google RTB Consumer Privacy Litigation*, 21-cv-2155. [1]

Having considered the filings and then consulted with the Magistrate Judges DeMarchi and van Kuelen, the motion is **DENIED WITHOUT PREJUDICE**. In order to ensure that all judges are operating with full information, the Court authorizes Lesley E. Weaver only to present discovery from the Calhoun action under seal to Judge DeMarchi for the purposes of demonstrating (i) the

---

[1] The Administrative Motions to file Under Seal at Dkt. No 207 in *In re Google RTB Consumer Privacy Litigation* and Dkt. Nos. 692, 711, and 723 in the Calhoun Action are hereby **GRANTED** because the information contains Google's confidential business information. The Court seals the requested information for the limited purpose of the pending motions. This Order does not mean that future requests to seal this information will be automatically given.
.

need for discovery in this action or (ii) that the defendant has misrepresented the nature or existence of certain information to Judge DeMarchi. When a document is filed under seal on the Court's docket, the other party does not have access to the sealed filing. Therefore, any document filed under seal shall also be served on Google without service and/or access to the other plaintiffs' lawyers in either case. Should Judge DeMarchi determine that the discovery should have been produced in this action, she may authorize disclosure to the plaintiffs generally.

This Order terminates Docket Numbers 206 and 207 in 21-cv-2155 and Docket Numbers 692, 711, and 723 in 20-5146.

**IT IS SO ORDERED.**

Dated: June 24, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**