Pages 1 - 34

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Susan van Keulen, Magistrate Judge

PATRICK CALHOUN, et al.,          )
                                  )
          Plaintiffs,             )
                                  )
  VS.                             )    **NO. C 20-05146 LHK (SVK)**
                                  )
GOOGLE LLC,                       )
                                  )
          Defendant.              )
_____  )

San Jose, California
Thursday, July 8, 2021

**TRANSCRIPT OF ZOOM WEBINAR PROCEEDINGS OF THE OFFICIAL
ELECTRONIC SOUND RECORDING 9:30 - 10:17 a.m.**

**APPEARANCES VIA ZOOM**:

For Plaintiffs:
                    BLEICHMAR, FONTI & AULD LLP
                    555 12th Street - Suite 1600
                    Oakland, California  94607
                **BY: ANNE K. DAVIS, ATTORNEY AT LAW**

                    DICELLO LEVITT GUTZLER LLC
                    One Grand Central Place
                    60 East 42nd Street - Suite 2400
                    New York, New York  10165
                **BY: DAVID A. STRAITE, ATTORNEY AT LAW**


                    SIMMONS HANLY CONROY LLC
                    112 Madison Avenue - 7th Floor
                    New York, New York  10016
                **BY: JASON 'JAY' BARNES, ATTORNEY AT LAW**


Transcribed By:     Marla F. Knox, RPR, CRR, RMR
                    United States Official Court Reporter

```
 1   APPEARANCES VIA ZOOM:   (CONT'D)

 2   For Defendant:
                              QUINN EMANUEL URQUHART & SULLIVAN, LLP
 3                            191 North Wacker Drive - Suite 2700
                              Chicago, Illinois  60606
 4                     BY:    ANDREW H. SCHAPIRO, ATTORNEY AT LAW

 5
                              QUINN EMANUEL URQUHART & SULLIVAN LLP
 6                            51 Madison Avenue
                              New York, New York  10010
 7                     BY:    JOMAIRE A. CRAWFORD, ATTORNEY AT LAW

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   **Thursday - July 8, 2021**                    **9:30 a.m.**

2                   **P R O C E E D I N G S**

3                      ---oOo---

4       **THE CLERK:**  Calling case 20-CV-5146, Calhoun, et al.

5   versus Google LLC.

6       Counsel, please identify yourselves for the record

7   beginning with Plaintiff.

8       **MR. STRAITE:**  Good morning, Your Honor, David Straite

9   with DiCello Levitt & Gutzler in New York for Plaintiffs.

10      Joining me is Jay Barnes from Simmons Hanly Conroy; also

11  Anne Davis with Bleichmar Fonti.

12      **THE COURT:**  Thank you.  Good morning, Counsel.

13      And for the Defendants today?

14      **MR. SCHAPIRO:**  Andrew Schapiro for Quinn Emanuel for

15  Google.

16      **MS. CRAWFORD:**  And Jomaire Crawford from Quinn

17  Emanuel, also for Google.

18      **THE COURT:**  All right.  Thank you for being here.

19      I asked that we have the lead counsel and the ESI

20  liaisons.

21      I'm in receipt of the parties' status report that I had

22  asked for regarding ESI -- the ESI disputes.

23      I have got a very thorough blow-by-blow chronology, but

24  that's what I asked for.  So thank you.

25      Let me be sure I'm understanding this correctly.  By my

1    count, there are 25 custodians that have been identified; the

2    18 plus the 7 added from a previous order excluding directors

3    and officers from that very limited search that we had.  I'm

4    doing that intentionally.

5         So there are 25 custodians, and there are 24 search terms

6    that have been agreed to, 14 and 10.

7         Are those -- are those numbers correct?  That's my first

8    question.

9         Mr. Straite, I'm going to start with you.  Then I will

10   turn to you, Mr. Schapiro.  Yes or no?

11        **MR. STRAITE:**  Yes, Your Honor, thank you, with two

12   small clarifications.

13        Number one, you said there were 25 named custodians.  I

14   think it is actually 24 plus one to be named at a future draft

15   pick.

16        So it is the custodian of documents relating to the

17   valuation and monetization of user PI.  That custodian is not

18   yet named.  So the number is correct, 25.  We would count those

19   as 24 plus one.

20        **THE COURT:**  Okay.  And the category on the "to be

21   named," say that for me again.

22        **MR. STRAITE:**  That would be documents related to the

23   valuation and monetization of user PI.

24        **THE COURT:**  Okay.

25        **MR. STRAITE:**  I believe that came from your May 13th

1   order.

2          **THE COURT:**  Yeah, it sounds -- sounds about right.

3   And with regards to the terms, is that the right --

4          **MR. STRAITE:**  That's in progress.  We received a

5   letter -- a very helpful letter last night, Your Honor, at

6   about 11:30 p.m. Eastern/8:30 p.m. Pacific from Google with

7   some interesting proposals.  So that number may be in flux

8   regarding what is disputed and what is not disputed.

9      We are still digesting the letter.  They did provide some

10  final hit counts we had been requesting, so we are very pleased

11  to see it.

12     And that is something that we will need to discuss with

13  Jomaire and her team maybe later today or tomorrow, but the

14  number is in flux.

15         **THE COURT:**  Okay.  But before you got the letter from

16  Google, were there 24 terms that had been agreed to?

17         **MR. STRAITE:**  I believe so, Your Honor, yes.  And Anne

18  Davis will correct me if I have that off, but I think that's

19  correct the -- that's the correct number.

20         **THE COURT:**  Okay.  Hearing no corrections, Mr. --

21         **MR. SCHAPIRO:**  Well --

22         **THE COURT:**  No, no, no, I'm coming to you,

23  Mr. Schapiro.

24         **MR. SCHAPIRO:**  I thought you meant corrections from

25  me.  Sorry.

1    **THE COURT:** Now, now, now. Okay. So with regards to

2    custodians, 24 and one to be named; is that correct? And if I

3    should be directing this to Ms. Crawford, I'm happy to do that,

4    whoever -- thank you, Ms. Crawford.

5    **MS. CRAWFORD:** Yes, Your Honor, 24 custodians is the

6    current count.

7    **THE COURT:** Okay. And prior to the proposal from

8    Google yesterday, search terms -- agreed upon search terms, 24;

9    is that the right number?

10    **MS. CRAWFORD:** More or less, Your Honor.

11    I will also say that there have been additional terms that

12    Google has one of its own volition -- we've mentioned in the

13    submission. So there are additional terms that we are running

14    so that we continue to review documents while these outstanding

15    disputes are being negotiated and resolved between the parties

16    and with the Court's assistance as well.

17    **THE COURT:** But as far as the Plaintiffs know, there

18    are 24 terms; is that fair?

19    **MS. CRAWFORD:** Yes, Your Honor, that is fair.

20    **THE COURT:** Okay. All right. All right.

21    All right. Then with that -- let me just make a note

22    here.

23    (Pause in the proceedings.)

24    **THE COURT:** Then is it correct then, as the parties

25    have been trying to get some traction on the custodians and the

```
1   agreed upon terms, that those 24 terms have not yet been run
2   over the 25 custodians that -- that broad running has not yet
3   occurred; is that right?
4       Let me start with you, Ms. Crawford.
5       MS. CRAWFORD:  Those terms have been run across the
6   universe of agreed upon -- of 24 roughly custodians.
7       For the original 18 custodians, the terms that were just
8   referenced have been run against their ESI and have largely
9   been reviewed.
10      Documents have been produced in response to those search
11  terms, and I believe this week Google commenced its review of
12  search terms for the newly added ESI custodians.
13      So those that were subject to the Court's later order.
14      THE COURT:  Okay.  So the 24 terms, according to
15  Google -- and I will come back to you in a moment,
16  Mr. Straite -- the 24 terms have been run over the 18
17  custodians, and those documents reviewed and that production is
18  under way; is that right?
19      MS. CRAWFORD:  For the 18, yes, the 18 --
20      THE COURT:  Yes.
21      MS. CRAWFORD:  -- original custodians, yes,
22  Your Honor.
23      THE COURT:  And when will that -- is that production
24  complete or is there an ETA for completion of that production?
25      MS. CRAWFORD:  We are making -- so since the
```

1    submission went in on the 25th, we made a custodial document

2    production on the 28th.  Another custodial document production

3    is going to be made this coming Friday.

4        I believe that within the next two weeks subsequent to

5    that production, we should have completed our review and

6    production of all documents yielded by those original set of

7    terms for the 18 custodians.

8        **THE COURT:**  Okay.  That's very helpful.  Thank you.

9        All right.  And then with regards to the seven custodians,

10   what is the status?

11       Have terms been run over those or is that where there has

12   been a dispute over which terms, et cetera?

13       **MS. CRAWFORD:**  Google has agreed to run the original

14   terms that it proposed for the 18 original custodians, so the

15   terms that we proposed back in January.

16       **THE COURT:**  Okay.  So I want to stay focused on the 24

17   terms because that's -- that's what the parties have agreed on.

18       I appreciate there is more history and Google had and

19   there was some back-and-forth and some addition.

20       So if it is only a subset of the 24 terms, say that but --

21       **MS. CRAWFORD:**  So --

22       **THE COURT:**  I just want to be very clear.

23       **MS. CRAWFORD:**  That's it, Your Honor.  Because the

24   14 -- originally proposed 14 terms, and Plaintiffs came back

25   and made a counterproposal, which we are still negotiating.

1    So what Google is agreeing to do in the interim is to run

2    the original terms that Google's proposed for its own 18

3    original custodians across the new custodians.

4    And so those are 14 terms that Google is currently

5    reviewing documents for the additional custodians.

6    **THE COURT:**  All right.  And then with regards to the

7    10 terms that Google has not run over the seven custodians,

8    Mr. Straite, what is the status -- from Plaintiffs'

9    perspective -- with regards to those?

10    **MR. STRAITE:**  Thank you, Your Honor.  We were happy to

11    hear that some of the search terms are being applied to the new

12    custodians.  That is helpful to know.

13    One point of clarification it would be helpful to know the

14    answer to --

15    **THE COURT:**  Answer my question first, Mr. Straite.

16    **MR. STRAITE:**  So, yeah, there are still obviously

17    disputes that are not completed.

18    Plaintiffs proposed 48 additional search strings on

19    February 3rd.  Of those 48 that we proposed --

20    **THE COURT:**  No.

21    **MR. STRAITE:**  I apologize, Your Honor.

22    **THE COURT:**  Mr. Straite, I don't want the history.  I

23    have distilled it down.  We are going to be very focused on

24    next steps, okay.

25    And what I want to know is Google is running its 14

1    original terms over those seven.  That leaves 10 terms that are

2    not being run over those seven of the 24 terms.

3        What is the status from Plaintiffs' perspective as to

4    those 10 terms?

5        Is it your position those should be run over the seven or

6    is that -- have you gotten a proposal from Google that you want

7    to work on?

8        Tell me where the Plaintiffs are as to those 10 terms.

9            **MR. STRAITE:**  We would propose that all terms

10   including the 10 be applied to the new custodians.

11           **THE COURT:**  Okay.  And is that from -- to your

12   understanding, is that currently being discussed or negotiated

13   with Google?

14           **MR. STRAITE:**  Yes.

15           **THE COURT:**  Okay.  And are those 10 terms, was that

16   part of Google's proposal, from your perspective, that you

17   received last night?

18           **MR. STRAITE:**  No.

19           **THE COURT:**  Okay.  All right.

20       Ms. Crawford, back to you.  With regards to those 10

21   terms, it's Google's position that those shouldn't be run over

22   the other seven?  Is that it?

23           **MS. CRAWFORD:**  No, Your Honor, it is not.

24       What Google is willing to do -- because there are -- and I

25   don't want to tread into ground that Your Honor is not ready to

discuss yet -- but since there are -- the entirety of
Plaintiffs' counterproposal includes terms that are not yet
resolved.

We are happy to take whatever universe -- the agreed upon
universe of terms that we settle upon and apply those on a
going forward basis.

The reason we thought --

**THE COURT:**  Yeah, we are not going to wait, though.
There has been too much waiting; too much time lapse.

**MS. CRAWFORD:**  Sure.

**THE COURT:**  Okay.  Understood.  Understood.

Okay.  And I appreciate that there is -- that there is
still disputes around terms, et cetera.

Now, describe for me -- I have a -- a -- I'm sure either
side would view it as a blunt instrument fixed to this issue.
But -- and I think both sides would probably view it that way;
but before we get there, Ms. Crawford, in -- in succinct terms,
in bottom line terms -- I think you have picked up on my focus
here today -- tell me what Google's proposal was to Plaintiffs
last night.

**MS. CRAWFORD:**  The proposal that we made reiterated
what we set forth in our submission, Your Honor, which is that
in order to start negotiating the 6-and-a-half million hits
that Plaintiffs' counterproposal currently captures, the
parties need a target in order to arrive at a more manageable

1  review universe.

2      We propose that that target be 650 -- sorry -- 350,000

3  document hits.  So that when Plaintiffs take the data that we

4  provided, the metrics, and work to (audio interruption) the

5  terms, we are working with an ultimate goal, an ultimate target

6  in mind.

7      And that is the proposal -- part of the proposal and most

8  important part of the proposal that was made to Plaintiffs'

9  Counsel yesterday.

10     We also provided additional hit report data to inform that

11  exercise, and we advised on a date certain by which we would

12  provide, per the protocol, descriptions of non-responsive

13  documents that were captured by recently agreed upon terms.

14          **THE COURT:**  Okay.  Okay.  All right.

15          **MS. CRAWFORD:**  All done with an eye towards, again,

16  helping the parties move forward expeditiously in resolving

17  these disputes.

18          **THE COURT:**  Yeah.  Unfortunately, that hasn't -- that

19  hasn't worked; and there is plenty of responsibility for that

20  on both sides.

21     There is, I think, the chronology and obviously my

22  involvement in these disputes over the past several months.

23  There continues to be overreach from the Plaintiffs and a

24  reticence on behalf of Google.

25     And we are going to break this log jam now, and we are

1    going to just set some numbers in terms of numbers of

2    custodians and terms.

3         And I'm going to give you-all a little bit of time to fine

4    tune exactly what those are, but then that's going to be --

5    there is going -- we are going to get it run, and we are going

6    to get productions out.  And the Plaintiffs will have to manage

7    that process obviously on their end.

8         And then -- and then we will -- I will entertain a

9    constructive discussion on some of the caps and limitations

10   that was the essence of Google's proposal to me.

11        But it is too early.  It is premature to be setting caps

12   in my view at this time, but we have got to get a number of

13   custodians and a number of terms and get this log jam going.

14        So here is what we are going to do:  We are at, as I said,

15   by my count 25 custodians.

16        And for any additional custodians -- for some number of

17   additional custodians, Mr. Straite, are the Plaintiffs still in

18   a position where they are looking to Google to identify that it

19   is Google who knows who those are -- people are or does

20   Plaintiff have custodians -- specific custodians for

21   identification?

22        **MR. STRAITE:**  Thank you, Your Honor.  The process is

23   still iterative.  There are no current disputes regarding

24   additional custodians.

25        Google proposed the first batch.  Plaintiffs have proposed

an additional batch.  Your Honor back in May kind of split the

baby.  There are no current disputes regarding custodians.

     We will have another batch to propose as we continue to

review the documents, but right now there are currently no

disputes.

     We are all focused on the search term today.  So happily

the dispute process for custodians is working.

          THE COURT:  Okay.  All right.

     But -- well, that's -- that's the Plaintiffs' perspective.

It is working as to the 24 and -- but if I'm understanding what

Google is saying is we need a set of custodians to complete our

work on search terms or am I not understanding that to be

Google's position?  Ms. Crawford?

          MS. CRAWFORD:  Google hasn't taken the position that

additional custodians must be proposed now in order for us to

resolve search term disputes.

          THE COURT:  Okay.

          MS. CRAWFORD:  We can take the two in parallel.  I

think the point that we wanted to emphasize for the Court is

that at some point we will just need to know that Plaintiffs

have identified for us the whole universe of custodians so that

we can apply the terms and begin reviewing and producing

documents, but we are --

          THE COURT:  Well, and that's -- yes, at some point

there will have to be a deadline for -- custodians will need to

1 | be identified by date X.  But we are not -- we are not at the

2 | point yet to set that deadline.

3 |     However, we are not going to hold back and not run the

4 | search terms until all custodians are identified.

5 |     We are going to get the search term issue addressed and

6 | get those run over all current custodians.  And then if there

7 | are some additional custodians, we will be sure that there is a

8 | process for getting those addressed.

9 |     **MS. CRAWFORD:**  And that's the process, Your Honor, we

10 | think has proceeded.

11 |     Google has never taken the position that we won't run

12 | terms until additional custodians are identified.  Quite the

13 | opposite.

14 |     We are eager to continue to review and produce documents

15 | so getting resolution on the search terms for the original

16 | custodians and the additional custodians will expedite that

17 | process that we have contemplated.

18 |     **THE COURT:**  Okay.  Then let's turn to search terms.

19 |     Mr. Straite, again, we are at 24.  And does Plaintiff have

20 | an additional set of search terms that are either in the queue

21 | or under negotiation?  What is the status from Plaintiffs'

22 | perspective?

23 |     **MR. STRAITE:**  Thank you, Your Honor.  Yes, we did get

24 | the hit counts last night finally for some of the additional

25 | disputed terms.

1          **THE COURT:**  And how many additional disputed terms are
2   there?

3          **MR. STRAITE:**  Digesting last night 27, Your Honor.

4          **THE COURT:**  Twenty-seven additional new terms that are
5   in dispute.

6          **MR. STRAITE:**  Well, these are -- of the original 48
7   proposed a few months ago, 27 are still in dispute.

8          **THE COURT:**  So, outside of the 24 -- okay, we are past
9   the 24 search terms that I have been talking about -- in
10  addition to that, Plaintiffs have proposed 48?

11         **MR. STRAITE:**  Your Honor, 48 -- Plaintiffs proposed 48
12  on top of the 14 original.  So that means we have the current
13  24 plus there are 27 disputed.

14         **THE COURT:**  Okay.

15         **MR. STRAITE:**  That number, Your Honor, will fall in a
16  way --

17         **THE COURT:**  Hang on.  Hang on.

18         **MR. STRAITE:**  Sorry.

19         **THE COURT:**  So Plaintiffs' focus now -- what Plaintiff
20  is focused on is 27 disputed terms, and that -- that's what you
21  are driving for.  And I'm going to let you finish your thought
22  as to why that is going to fall.

23      But that's your universe of what is in -- what you have
24  asked for and what is in dispute and what you are trying to
25  achieve.  It is 27; is that right?

1           **MR. STRAITE:**  Yes, Your Honor, of the original

2   proposed.

3           **THE COURT:**  In addition to -- and this is separate and

4   apart from the 24 terms that have been agreed to; is that

5   correct?

6           **MR. STRAITE:**  Yes, Your Honor.

7           **THE COURT:**  Okay.  All right.  Now, you were about to

8   explain why it is 27 but decreasing.

9           **MR. STRAITE:**  Yes, but decreasing.  So we did receive

10  updated hit counts last night, Your Honor.  The hit count

11  process will be very useful.

12      So for example, one of the disputed terms -- we call it

13  number 5 -- it shows more than 600,000 document hits including

14  the families; 600,000 hits of which zero are unique.

15      Literally every document that is captured by that term --

16  it is a fairly important term.  It's chrome and privacy or sync

17  or chrome sync -- comes up with a lot of important documents in

18  short.

19      But every single one is captured by another hit term.  So

20  we can safely remove that term.  Now, it goes down to 26 and

21  literally zero documents fall out, but 600,000 hits fall out.

22      So there are really smart iterative ways -- we can have

23  this conversation -- we can reduce the burdens for Google

24  without losing documents that we know will be important to the

25  case.

```
 1        That conversation can now start in earnest.  And we can

 2   take Your Honor's queues that this should be done with more

 3   speed, and we absolutely will.

 4        Now we have the data to do that.  So that number 27 will

 5   fall.

 6             THE COURT:  Okay.  How long do Plaintiffs need to

 7   review that input last night and get back to Google?  Five

 8   days?

 9             MR. STRAITE:  How long, Your Honor.

10             THE COURT:  Five days?

11             MR. STRAITE:  Yes, not a problem.

12             MS. CRAWFORD:  Your Honor --

13             THE COURT:  And as far as -- I'm coming to you

14   Ms. Crawford.  Don't worry.  You are next.

15        And as far as you know, Mr. Straite, are there still

16   issues and disputes on the syntax issue or have the parties

17   moved pass that and now it is about hit counts or you don't

18   know that?

19             MR. STRAITE:  Again, still digesting last night's

20   letter --

21             THE COURT:  I understand.

22             MR. STRAITE:  -- but it looks like we are very close

23   to resolution on the syntax issues.

24             THE COURT:  Okay.

25             MR. STRAITE:  I would propose if after digesting the
```

1    letter if there are still one or two remaining issues, we could

2    also be on the five-day plan, if that's helpful.

3              THE COURT:  Okay.  Ms. Crawford, it sounds like a

4    constructive proposal from Google to Plaintiffs.  I'm going to

5    come back to hit counts generally in a moment but --

6              MR. STRAITE:  And, Your Honor, just to clarify, a

7    question you had asked earlier regarding whether there are more

8    in queue, obviously we have had now a few depositions.  And new

9    documents have just been produced.

10        We are learning new lingo.  So obviously as we understand

11   how the engineers at Google speak, we are in the process of

12   putting together additional proposed terms.

13        We didn't see Your Honor's call for sensible caps in the

14   process, so Plaintiffs propose that we are not going to be

15   producing requested batches every week.

16        We will limit the number of batches, but we are in the

17   process of coming together with a new batch of proposed terms

18   based on the new language that we are learning that the

19   engineers speak in these documents and these depositions.

20             THE COURT:  I understand that.  I appreciate that.

21        As I say, we are going to re-- there will be a deadline.

22   We can't keep this process open forever, but you do need an

23   opportunity to at least look at productions and respond; but we

24   are not there yet.

25        Ms. Crawford, I had turned to you.  With regards to

1    Google's proposal to Plaintiffs last night, I think in all, you

2    know, they need some time to work through that.

3        But does that -- so there are 27 terms in dispute, and

4    Google has provided some additional information.

5        And if you get a response from Plaintiffs in five days, it

6    would seem like Google could look at that; work with that and

7    get back to Plaintiffs in a similar timeframe, hopefully

8    driving all along -- driving this to a resolution on

9    outstanding search terms?  Does that sound sensible?  Is there

10   some concern?

11       **MS. CRAWFORD:**  It sounds sensible, Your Honor.

12       I did want to respond to the example that Mr. Straite

13   provided for us a few moments ago as it relates to one of the

14   specific search terms.

15       I think that it would be helpful if we just for a moment

16   recognized that the process that Mr. Straite identified for

17   culling certain search strings from their proposal, I don't see

18   how that would reduce the overall burden, as they've described

19   it, if, for example, Google is refusing to run an overly broad

20   term Priva.  Priva with an asterisk is a term that pulls in

21   over a million documents by itself.

22       So by running that overly broad search string, yes, it

23   will ensure that terms like the one Mr. Straite identified

24   produced zero unique hits; but it doesn't address this

25   threshold concern that we have that overly broad indiscriminate

terms like the ones that would eliminate other search strings are improper.

So I'm happy to look at whatever counterproposal comes our way.  I just wanted to preview for Your Honor that if we are eliminating narrower terms -- so in favor of overly broad terms -- we are still going to be back at our -- the same starting point, which is that the proposal is overly broad, facially speaking.

The 6-and-a-half million hits are what we were hoping to really put a dent in through part of the negotiation.  And eliminating terms with zero unique hits unfortunately won't get us there.

**THE COURT:**  I understand that.

It is -- it is one of the tools.  And let's turn to hit counts because they can be very helpful and informative.

When you look at the ESI order, which we are not rewriting.  Could you use some tweaking.  Could use some finesse to be sure, from both sides -- but, you know, it addresses -- you know, the parties will negotiate the use of hit reports as provided in the following sections.

And there are some provisions.  You know, the responding party will provide hit reports for unique hits.

But it's all subject to but the use of hit reports is to be negotiated, as discussed above.

And I think you are all familiar with that.  I always get

1    the Roman.  It is in section 6(b) and then small Roman numerals

2    one, two and three.

3        Because if someone proposes a term like, you know,

4    "chrome," for example, that's -- you don't even have to run

5    a -- you don't have to run a hit report.

6        I mean, you can say, look, the -- it's everywhere, and

7    it's going to pull in so many documents.  Even to run a hit

8    report, so much of that is beyond the scope of the case.

9        Now, I'm using an extreme example.  And, of course, it's a

10   continuum, and I -- I appreciate and understand from the

11   Defendant's point of view is you are undoubtedly going to view

12   more of those terms at that end of the continuum than

13   Plaintiffs are, which is this is so out of bounds and so broad,

14   you shouldn't even be running hit counts.

15       Whereas, of course, Plaintiff is like, give us hit counts

16   and then we will know and we can throw stuff out.

17       You both have to let go of that a bit.  And you are going

18   to run some -- from Google's perspective -- what looked like

19   overly broad terms for hit counts so Plaintiffs can see and

20   negotiations can move on from there.

21       Similarly, Plaintiffs, you are going to have to be

22   sensible and let go of some of these incredibly broad terms.

23   Formulate something more narrow for Google to run a more

24   meaningful search on.  All right.

25       Both parties -- and, you know, you get locked into your

1   positions.  Everybody has got to move, okay.

2      The use of hit counts is -- it's -- it's somewhat fluid,

3   but ultimately -- ultimately, they are -- can be a useful data

4   point.

5      And if I have to order -- if we get stuck again on hit

6   count -- excuse me -- on search terms, then I'm going to pick a

7   number; and that's how many additional terms there are going to

8   be.  And, you know, you will -- then you will have to run them.

9      So let's -- let's be more constructive than that.  I'm

10  going to put down the blunt instrument I was going to use for

11  today's process because it sounds like the parties on

12  custodians are in a good spot.

13     And at least there is some progress on search terms but we

14  are going to keep it very limited.

15     I want this resolved in ten days.  So, Plaintiffs, if you

16  can get back to Google faster than five days, you should do

17  that.

18     And, Google, take a good look at what the -- hard look at

19  what the Plaintiffs have countered; and then get on the phone

20  and -- you know, sleeves rolled up -- meet with the right folks

21  with authority to negotiate and to resolve the search term

22  disputes.

23     And it certainly sounds like we have got the right people

24  here.  So let's be sure that the right folks on each team are

25  empowered that way.

1    And if we -- if there -- if you cannot come to an

2  agreement, then it will be August, which means our next

3  dispute -- not -- don't apply this to our large summary chart

4  discovery hearing -- but the next ESI fight you will show up in

5  my courtroom in person.

6    I will give you the same instructions, and you will go

7  down the hall to a conference room; and you will work it out.

8  Just like we used to do in the old days because that's --

9  Counsel, you will come to an agreement.  The conference rooms

10  don't have any windows.

11    So that's where this will head.  This log jam will be

12  broken -- is broken now, now.  All right.  I think message is

13  received.

14    Ms. Crawford, I may have cut you off; and I know you have

15  something to add.  Don't worry, Mr. Straite, I'm coming back.

16    **MS. CRAWFORD:**  Yes, Your Honor, I appreciate that.

17    I just wanted to -- if we wind up having to negotiate a

18  number of terms -- I think I heard Your Honor say that at some

19  point if we got to this point, you might require that we run a

20  certain number of search terms.

21    And I just want to request clarification around that

22  because as you know, there may be a single search term that is

23  pulling in or amounts to several hundred discrete searches.

24    So, for example, for the 49 terms that they have

25  requested, it amounts to 16,000 deconstructed searches; 16,000

1   individual searches.

2       So, you know, I just wanted to clarify that in the event

3   we agree on -- if the Court is inclined to order a number of

4   search terms, that it account for the number of search strings

5   and searches that Google would have to run because a single

6   search may actually result in --

7       **THE COURT:**  I'm not -- I am not going to manage it at

8   that level, all right.  It is going to be a term, all right.

9   It is going to be a number of terms.

10      I think of it broadly as it is in the ESI order.  And, you

11  know, you have got your custodians; and you have got your list

12  of terms, and you run those terms over the custodians and, you

13  know, out come an insane number of documents.

14      I am not going to manage it and entertain argument on the

15  microscopic level.  And I do appreciate that that's -- that

16  that's the reality of the process and the technology, but that

17  is something for the parties to have very frank discussions

18  about.

19      But there is no question, there are a lot of documents at

20  issue here.  And, you know, this search and document production

21  is large.  It is going to be large.

22      The objective is not to keep it small.  It is to obviously

23  keep it relevant and in proportion, but those are -- those are

24  fluid goals.

25      It's as always in this -- in discovery.  And with

1    production having taken as long as it has taken, you know, it's

2    hard -- it's hard until -- until those productions start and

3    the documents get out, it is very hard to restrain that.

4         MR. SCHAPIRO:  Your Honor, may I be heard for one

5    moment?

6         THE COURT:  Yes, you may, Mr. Schapiro.

7         MR. SCHAPIRO:  Just very briefly.  And hopefully it

8    won't come to this, but because we want to -- I suppose we can

9    frame it now is that this would be something that would be

10   really problematic for us.

11        I understand the impulse entirely and it makes perfect

12   sense to say it is not the role of a Federal Magistrate Judge

13   to be involved in arguing about specific search terms, privacy

14   with an asterisk, or whatever it is.

15        But to the extent that there is a need to draw a bright

16   line using some figures, we believe that hit counts have to be

17   a part of that, not just a number of search terms.

18        We have made great progress with the --

19        THE COURT:  I don't disagree, Mr. Schapiro.

20        MR. SCHAPIRO:  Okay, cool.  Then I'm done.

21        THE COURT:  The hit counts have to be provided.  The

22   hit counts -- google has to provide the hit counts.  You know,

23   you can't:  Oh, that's too big.  I can't do hit counts.  But if

24   you are not -- but, Judge, you have to consider hit counts.  So

25   I mean, you can't have it both ways.

1      Now maybe you have moved past -- maybe the hit count issue

2  is no longer at the forefront, and that's -- that would be it.

3           **MS. CRAWFORD:**  Your Honor --

4           **THE COURT:**  (Audio interruption) Ms. Crawford's --

5  (audio interruption) that's fine.

6           **MS. CRAWFORD:**  Hit counts provided back in May,

7  Your Honor, and they were supplemented last night.

8      So Google is not resting on any objection to providing hit

9  report data, but rather we do think that the use of the data

10  should inform next steps.  And we look forward to the proposal

11  we will get in the next five days.

12           **THE COURT:**  To be sure.  But providing hit reports in

13  May and again in mid-July is what is truly troubling to the

14  Court.

15      Now, again -- again -- there is plenty on both sides as to

16  why this has been in an unduly long and laborious process.

17      I'm just saying, I'm looking at the calendar, and I'm

18  talking with Judge Koh about the calendar.  And that's why we

19  are having this discussion.

20      Mr. Straite?

21           **MS. CRAWFORD:**  Your Honor --

22           **THE COURT:**  Mr. Straite, you are up for a comment.

23  Hang on, hang on, Ms. Crawford.  Mr. Straite?

24           **MR. STRAITE:**  Thank you, Your Honor.  It is more of a

25  question.  One thing that would be useful in the next five and

 1  ten days to get this resolved -- I have no doubt that we

 2  will -- it will be useful to get a clarification on the

 3  definition of these hit counts.

 4      So if a search term appears in a document twice and that

 5  document, there are ten copies of it, will Google say that

 6  that's one hit count?  Will they say it is two?  Will they say

 7  it is 10 or will they say it's 20?

 8      I don't think we have clarification.  That is a huge

 9  question when we have 10 copies of documents.  I would love to

10  know the answer.  Maybe that is something we can discuss or

11  maybe you have an answer now.  That will be useful for the next

12  ten days and going forward for the rest of the case.

13      **THE COURT:**  Is there de-duping involved in the hit

14  count process or is it just we are going to run this term and

15  see what happens or do you know, Ms. Crawford?

16      **MS. CRAWFORD:**  I believe that it is pre de-duping

17  because the database that we are running this information

18  against, it's the stage -- it is a staging database.  And so

19  this is all pre de-duplication.  De-duplication happens once

20  the documents are exported for review.

21      However, if a document -- if a term appears multiple times

22  within the body of a single document, that is considered one

23  document hit; and those are the metrics we have provided.

24      **THE COURT:**  Yeah, that was always my understanding.

25  In fact, I would be a little embarrassed now if it was

```
1    something different after litigating all these years.

2         Yeah, because you have a document and the term is in

3    there, so if it is in there once or five times, that document

4    goes into the hit pile.  But there could be multiple copies of

5    it.

6         And, yeah, I think de-duping is obviously later in the

7    process.  Mr. Straite?

8         MR. STRAITE:  Thanks, Your Honor.  If there is an

9    opportunity during our negotiations to -- after we get the hit

10   count numbers, to then somehow apply the de-duplifying -- I'm

11   not sure that is a word -- if we could de-duplicate and then

12   get a more realistic number, that may be a better

13   representation of the search terms.

14        If it is not possible, I understand.

15        THE COURT:  It would be, Mr. Straite; but you are

16   going to have to just sort of make some rough estimates as to

17   there are probably some duplicates of all documents and have

18   that discussion because the de-duping process before you have

19   selected the documents is -- we are not going to go there.

20   That is cart before the horse.

21        MR. STRAITE:  Thank you.

22        THE COURT:  But I'm sure in your negotiations -- we've

23   got a lot of good experience and -- a lot of good experience

24   here, and I'm confident the parties can constructively work

25   through this.
```

1    So let's get the search term issue addressed, and let's

2    get the -- the 24 terms -- I'm just looking back at my notes --

3    the 24 terms should be run over all 25 custodians, whether it

4    is 24 or 25, okay.

5    So let's take that up a notch.

6                        (Pause in proceedings.)

7            THE COURT:  And let's -- in the next -- as part of the

8    next 10-day process, Ms. Crawford, I want Google to give an

9    ETA -- ETA for, you know, review and production of that.

10   Understanding that, you know, a large part, the 24 over

11   the 18, that's almost -- production is almost done.

12   Now you have -- you have run or you are running 14 of the

13   24 over the additional 7.  So you are going to run the

14   additional 10.  So let's get an ETA as to production of --

15   completion of production.  Okay.  And I'm going to assume

16   that --

17           MS. CRAWFORD:  Your Honor --

18           THE COURT:  -- that will continue on the -- it sounds

19   like it has been on the two-week --

20           MS. CRAWFORD:  It has, Your Honor.

21           THE COURT:  -- two-week turn.  So I'm not going to

22   speed that up yet because I know about the review process, but

23   I am keeping Judge Koh informed of, you know, the mechanics and

24   what is going on.

25   So let's get, as I say, all 24 terms over all current 25

1  custodians.  Let's get an ETA from Google on that production,

2  the 24 over 25 production completion.

3                      (Pause in proceedings.)

4       **THE COURT:**  And then let's get -- have a response from

5  Plaintiffs, as I said, no more than five days.  Do it sooner if

6  you can.

7       Similarly, Google, look at that and engage with

8  Plaintiffs; and let's see if we can get this resolved; not

9  still be fighting unless maybe the fight is quite small.

10                     (Pause in proceedings.)

11      **THE COURT:**  I'm just making a note here.  Ten-day for

12  exchange on the additional, we are talking about, 27 terms.

13  And that number will probably -- will be decreasing as the

14  Plaintiffs work through the issue, at least by one as we know.

15      Okay.  And then if you have not -- let me just check the

16  calendar here.  Where did I run us out to?  Excuse me.

17                     (Pause in proceedings.)

18      **THE COURT:**  Okay.  So that gets us out, Monday, the

19  19th, okay.  All right.  Then you -- let's see.

20                     (Pause in proceedings.)

21      **THE COURT:**  Okay.  If you -- you keep working that

22  out.  You get me a submission.  You can each have a page, one

23  page each, submission of dispute.

24      And if you -- if it is a list of terms -- if you need to

25  attach a list of terms, you can do that separately by Noon on

1   the 23rd.

2        What I'd really want is a joint status report from the

3   parties by Noon on the 23rd.

4        And to the extent that there is still open disputes on the

5   27 terms, then you can each have a page to argue your position

6   on that dispute.

7        How about that?  Let's do it that way.

8                      (Pause in proceedings.)

9        **THE COURT:**  Any questions on next steps?  And when I

10  get the -- you know, I'm going to be looking at that production

11  completion date from Google.

12       And after I get the next status report, then I will invite

13  proposals on deadlines and limitations.

14       Okay.  Anything not clear on that in terms of next steps,

15  Mr. Straite?

16       **MR. STRAITE:**  No.  Thank you, Your Honor.

17       We appreciate you spelling this out.  I think the parties

18  are very close already; but with this extra guidance, I have a

19  high degree of confidence that either we will have a joint

20  submission on the 23rd or one or two small impasses to report.

21       **THE COURT:**  And a day in a conference room ahead of

22  you.  Ms. Crawford?

23       **MR. STRAITE:**  (Inaudible).

24       **THE COURT:**  To be sure.  Any questions, Ms. Crawford?

25       **MS. CRAWFORD:**  No questions from my end, Your Honor.

```
 1   I think that there might be a future question I have as it
 2   relates to providing hit reports in the event of syntax-related
 3   issue to search terms.  We are not there yet.
 4       That's why there was a delay in providing hit report data
 5   from our perspective.  But we can take that up when additional
 6   search terms are proposed.  I understand from Mr. Straite that
 7   that will be in the not too distant future.
 8           THE COURT:  Okay.  Good.  Let me say on the syntax
 9   wars -- and that's how I -- that's my note in the margin of
10   your chronology.  I drew a big line through a large section of
11   it.  Parties engaged in syntax wars -- and I appreciate there
12   is a dispute as to whether something was, in fact, a syntax
13   error or something else.
14       I expect the Plaintiffs -- to the extent there have been
15   syntax issues -- truly syntax -- you know, you can't run that
16   search using those asterisks and exclamation points in that
17   order; doesn't work -- I expect Plaintiffs have learned through
18   the process and have kept that legitimate guidelines in mind.
19       And I also expect that Google will not be using syntax
20   errors to address what is really an issue of over breadth,
21   different issue.  Okay.
22       So I don't really expect to see anymore syntax disputes.
23   I expect you will have worked those out.  Plus, now you have a
24   process because you know I'm going to make you sit down with
25   your syntax people.  Those are the IT people; probably not
```

1    members of the legal field.

2        Okay.  I think that that has addressed the issues.  I will

3    issue a short order memorializing our timelines here today.

4        I want to thank everyone for getting prepared and for

5    getting your sleeves rolled up.

6        Let's keep this moving, and we are going to drive it to

7    close.  All right.  Excellent.  All right.  Everyone, have a

8    good day.  Thank you very much.

9            **MR. STRAITE:**  Thank you, Your Honor.

10           **MR. SCHAPIRO:**  Thank you, Judge.

11           **MS. CRAWFORD:**  Thank you.

12               (Proceedings adjourned at 10:17 a.m.)

13                       ---oOo---

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    __CERTIFICATE OF REPORTER__

3          I certify that the foregoing is a true and correct

4    transcript, to the best of my ability, of the official

5    electronic sound recording provided to me by the U.S. District

6    Court, Northern District of California, of the proceedings

7    taken on the date and time previously stated in the

8    above-entitled matter.

9          I further certify that I am neither counsel for, related

10   to, nor employed by any of the parties to the action in which

11   this proceeding was taken; and, further, that I am not

12   financially nor otherwise interested in the outcome of the

13   action.

14

15   DATE:   Thursday, July 8, 2021

16

17

18

19   _____

20          Marla F. Knox, RPR, CRR, RMR
            United States Court Reporter

21

22

23

24

25