1   Laurence D. King (SBN 206423)
    Mario M. Choi (SBN 243409)
2   **KAPLAN FOX & KILSHEIMER LLP**
    1999 Harrison Street, Suite 1560
3   Oakland, CA 94612
    Telephone: (415) 772-4700
4   Facsimile: (415) 772-4707
    lking@kaplanfox.com
5   mchoi@kaplanfox.com

6   Aaron L. Schwartz (admitted *pro hac vice*)
    **KAPLAN FOX & KILSHEIMER LLP**
7   850 Third Avenue
    New York, NY 10022
8   Tel.: (212) 687-1980
    Fax: (212) 687-7715
9   aschwartz@kaplanfox.com

10  *Attorneys for Plaintiffs*

11

12                    **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
13                        **SAN JOSE DIVISION**

14

15  PATRICK CALHOUN, *et al.*,          Case No. 5:20-cv-05146-LHK-SVK

16                  Plaintiffs,
                                        **NOTICE OF WITHDRAWAL**
17       v.                             **OF ATTORNEY**

18  GOOGLE LLC,

19                  Defendant.

20

21

22

23

24

25

26

27

28

                                        Case No. 20-cv-05146-LHK-SVK
NOTICE OF WITHDRAWAL OF ATTORNEY MARIO M. CHOI

1    **TO:  THE COURT, COUNSEL, AND ALL PARTIES OF RECORD:**

2         **PLEASE TAKE NOTICE** that after July 9, 2021, Mario M. Choi will no longer be

3    affiliated with the law firm of Kaplan Fox & Kilsheimer LLP and therefore hereby withdraws as

4    counsel for Plaintiffs in this action.  Plaintiffs will continue to be represented by other attorneys

5    on the record for Kaplan Fox & Kilsheimer LLP in this action.

6

7     DATED: July 9, 2021                    **KAPLAN FOX & KILSHEIMER LLP**

8                                    By:    /s/ *Mario M. Choi*
                                              Mario M. Choi
9
                                         Laurence D. King
10                                       Mario M. Choi
                                         1999 Harrison Street, Suite 1560
11                                       Oakland, CA 94612
                                         Telephone:  415-772-4700
12                                       Facsimile:   415-772-4707

13                                       Aaron L. Schwartz (admitted *pro hac vice*)
                                         **KAPLAN FOX & KILSHEIMER LLP**
14                                       850 Third Avenue
                                         New York, NY 10022
15                                       Tel.: (212) 687-1980
                                         Fax: (212) 687-7715
16
                                         *Attorneys for Plaintiffs*
17

18

19

20

21

22

23

24

25

26

27

28