**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 993-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Ten North Dearborn Street
Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>**NOTICE OF WITHDRAWAL OF MITCHELL M. BREIT AS COUNSEL FOR PLAINTIFFS** |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT Mitchell M. Breit, formerly of Simmons Hanly Conroy LLC and currently of Milberg Coleman Bryson Phillips Grossman, PLLC, hereby withdraws as counsel of record for all Plaintiffs in the above-styled action. All other attorneys will continue as counsel of record for Plaintiffs.

Respectfully submitted this 9th day of August 2021.

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

By:   */s/ Mitchell M. Breit*
Mitchell M. Breit
100 Garden City Plaza
Garden City, NY 11530
Tel.: (347) 668-8445
mbreit@milberg.com

- 2 -

*Calhoun, et al. v. Google LLC*, 5:20-cv-5146-LHK-SVK
NOTICE OF WITHDRAWAL OF MITCHELL M. BREIT AS COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I, Mitchell M. Breit, hereby certify that on August 9, 2021, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.

/s/ Mitchell M. Breit
Mitchell M. Breit