UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-cv-05146-LHK (SVK) <br><br> **ORDER ON ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** <br><br> Re: Dkt. Nos. 225, 232 |

Before the Court are administrative motions to file under seal materials submitted in connection with discovery disputes in this case. Dkt. Nos. 225, 232; *see also* Dkt. 229.

Courts recognize a "general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Communs., Inc.*, 435 U.S. 589, 597 & n.7 (1978)). A request to seal court records therefore starts with a "strong presumption in favor of access." *Kamakana*, 447 F.3d at 1178 (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). The standard for overcoming the presumption of public access to court records depends on the purpose for which the records are filed with the court. A party seeking to seal court records relating to motions that are "more than tangentially related to the underlying cause of action" must demonstrate "compelling reasons" that support secrecy. *Ctr. For Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016). For records attached to motions that re "not related, or only tangentially related, to the merits of the case," the lower "good cause" standard of Rule 26(c) applies. *Id.*; *see also Kamakana*, 447 F.3d at 1179. A party moving to seal court records must also comply with the procedures established by Civil Local Rule 79-5.

Here, the "good cause" standard applies because the information the parties seek to seal was submitted to the Court in connection with discovery-related motions, rather than a motion that concerns the merits of the case. The Court may reach different conclusions regarding sealing

these documents under different standards or in a different context. Having considered the motions to seal, supporting declarations, and the pleadings on file, and good cause appearing, the Court **ORDERS** as follows:

**1.     ECF 225**

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Plaintiffs' Notice of Motion and Motion to Compel, and Memorandum of Points and Authorities in Support thereof (Dkt. 225-1). | GRANTED as to redacted portions at Page i, lines 9, 12 Page 2, lines 27 Page 3, lines 2-3 Page 6, lines 16-17, 19-20, 22, 27-28 Page 7, lines 3-28 Page 8, 1-3, 10-24, 27 Page 9, line 16 Page 10, lines 15, 17, 20-23, 26 | Narrowly tailored to protect confidential technical information regarding features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, the various types of logs maintained by Google, and information contained in those logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Declaration of Jay Barnes in Support of Plaintiffs' Motion to Compel (Dkt. 225-2). | GRANTED as to redacted portions at Page 3, lines 5-8 | Narrowly tailored to protect confidential technical information regarding features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, the various types of logs maintained by Google, and information contained in those logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

| Exhibit A to the Declaration of Jay Barnes (Dkt. 225-5). | GRANTED as to the document in its entirety. | Contains confidential technical information regarding the operation of Google's products and systems, including the various types of Google's internal identifiers/cookies and their proprietary functions, the various types of logs maintained by Google, and information contained in those logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| --- | --- | --- |
| Exhibit B to the Declaration of Jay Barnes (Dkt. 225-6). | GRANTED as to the document in its entirety | Contains confidential technical information regarding features of Google's operations and consumer data, information regarding the various types of logs maintained by Google, and information contained in those logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit C to the Declaration of Jay Barnes (Dkt. 225-7). | GRANTED as to the document in its entirety | Contains confidential technical information regarding features of Google's confidential technical information regarding the various types of logs maintained by Google, and information contained in those logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit D to the Declaration of Jay Barnes (Dkt. 225-8). | GRANTED as to the document in its entirety | Contains confidential technical information regarding features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and |

| | | |
|---|---|---|
| | | is not generally known to the public or Google's competitors. |
| Exhibit E to the Declaration of Jay Barnes (Dkt. 225-9). | GRANTED as to the document in its entirety | Contains confidential technical information regarding features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, the various types of logs maintained by Google, and information contained in those logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit F to the Declaration of Jay Barnes (Dkt. 225-10). | GRANTED as to the document in its entirety | Contains confidential technical information regarding features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, the various types of logs maintained by Google, and information contained in those logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit G to the Declaration of Jay Barnes (Dkt. 225-11). | GRANTED as to the document in its entirety | Contains confidential technical information regarding Google's internal policies regarding data retention that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Proposed Order on Motion to Compel (Dkt. 225-12). | GRANTED as to redacted portions at Page 1, lines 7, 10 | Narrowly tailored to protect confidential technical information regarding features of Google's operations and consumer data, including the various types of logs maintained by Google and including the various types of Google's internal |

| | |
|---|---|
| | identifiers/cookies that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

### 2. ECF 232

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Opposition To Plaintiffs' Motion To Compel Production of Plaintiffs' Information; | GRANTED as to redacted portions at<br><br>Page 1, lines 15-16<br>Page 5, lines 19-24<br><br>Page 6, lines 8, 13, 21, 23-28<br><br>Page 7, lines 1-2, 4-10, 12-27<br><br>Page 8, lines 2-13<br><br>Page 9, lines 14-16 | Narrowly tailored to protect confidential technical information regarding features of Google's operations and consumer data, including the various types of Google's internal identifiers/cookies and their proprietary functions, the various types of logs maintained by Google, and information contained in those logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Ex. 1, June 21, 2021 Google Letter to Plaintiffs | GRANTED as to redacted portions at Exhibit A, pages 3-13 | Contains confidential technical information regarding highly sensitive features of Google's operations and consumer data, including the Google's internal identifiers/cookies, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Also contains Plaintiffs' Personally Identifiable Information. |
| Ex. 3, the April 9, 2021 deposition transcript of David Monsees | GRANTED as to redacted portions at 9:11, 36:1-3, 36:8-37:5, 37:9-38:1, 39:24-40:6, 42:25-43:2, 43:8-12, 43:17-19, 43:21-44:14, | Narrowly tailored to protect highly confidential and proprietary information regarding Google's internal systems and operations, including details related to the various types of identifiers / cookies Google uses internally and |

| | | |
|---|---|---|
| | 46:2-19, 46:21-47:4, 47:16-25, 49:1-3, 49:12-50:2, 52:13-19, 54:16-56:2, 57:2-59:9, 59:13-14, 59:24-61:10, 62:4-19, 62:23-24, 63:17-64:13, 65:23-67:1, 67:5, 67:13-68:6, 69:2-11, 69:14-18, 69:20-22, 70:1-5, 70:18-71:3, 71:23-78:5, 78:7-18, 78:23-79:13, 79:16-17, 79:19-80:11, 80:17-24, 81:1-3, 81:5-17, 81:22-82:3, 83:13-20, 84:1-2, 84:5-6, 84:8-85:12, 86:14-87:21, 88:15-22, 89:4-25, 90:2-22, 90:25-91:2, 92:10-93:14, 93:18-22, 93:24-97:8, 97:18-24, 98:3-4, 98:7-100:21, 100:25-101:4, 101:6-102:20, 103:3-12, 103:16-107:25, 108:5-9, 108:13-110:13, 110:16-25, 111:2-14, 111:18-22, 111:24-113:7, 113:19-20, 113:23-114:5, 114:7-14, 121:7-122:5, 122:8-17, 128:7-8, 128:16-19, 142:24-143:9, 143:15-144:25, 149:4-24, 183:17-190:2, 191:4-200:18, 200:23-202:1, 202:6-8, 202:10-203:25, 204:8-206:14, 206:18-207:14, 207:19-20, 207:24-208:6, 209:16-213:10, 213:18-19, | their proprietary functions, the various types of data logs maintained by Google, including the information contained in those logs, and the role and responsibilities of its employee as they relate to internal, proprietary Google services, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

| | |
|---|---|
| | 213:24-216:2, 228:23-234:5, 235:20-236:16, 236:19-239:5, 241:14-243:19, 252:12-17, 254:9-15, 254:20-255:22, 258:10-259:19, 261:25-262:15, 263:8-24, 264:11-265:25, 266:3-13, 266:17-20, 267:17-268:14, 269:3-270:14, 271:6-274:21, 274:24-277:10, 277:13-283:12, 283:17-25, 285:2-286:7, 286:13-289:6, 290:2-292:4, 292:7-24, 293:1-297:14, 297:19-298:2, 298:6, 298:17-299:1, 299:7-14, 299:20-22, 300:19-24, 301;1-308:7, 308:16-310:3, 310:6-25, 311:2-315:7, 315:15-25, 317:1-22, 319:21-320:20, 321;6-322:13, 325:25-328:19, 329:2-333:19, 334:8-337:5, 337:13-339:15, 340:9-341:13, 342:8-12, 342:15-25, 343:2-12, 343:16-344:17; <br> Index, pp. 7, 8, 20, 22, 25, 28, 29, 33, 35, 39, 42, 47, 65 | |

**SO ORDERED.**

Dated: August 11, 2021

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge