1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6

7    PATRICK CALHOUN, et al.,                    Case No.  20-cv-05146-LHK   (SVK)

8              Plaintiffs,

9         v.                                     **ORDER ON AUGUST 2, 2020 JOINT**
                                                 **DISCOVERY SUBMISSION**
10   GOOGLE LLC,                                 Re: Dkt. No. 253

11             Defendant.

12        Exhibit A sets forth the Court's rulings on the Parties' August 2, 2021 joint submission

13   regarding discovery disputes (Dkt. 253).  In addition, the Court **ORDERS** as follows:

14        1.  The Parties are to promptly submit a proposed stipulation to Judge Koh for an

15            extension of the fact discovery cutoff to **January 21, 2022** and making other

16            schedule adjustments as necessary.

17        2.  Dispute 1.13 (concerning clean room access) is **REFERRED** to the Special

18            Master.

19        3.  On the ESI dispute (*see* Dkt. 251), the Parties are ordered to meet and confer

20            immediately.  By **August 16, 2021**, the Parties must either (1) submit a list of the

21            remaining search terms in dispute, or (2) notify the Court if the dispute is resolved.

22            As guidance for the Parties' meet and confer, the Court advises that:  (1) Google

23            should provide de-duplicated hit counts if feasible; (2) the Court is not amenable to

24            an arbitrary cap on the number of search terms; and (3) the Parties' negotiations

25            should take into account the October 6, 2021 deadline to complete document

26            productions.

27        4.  By **August 13, 2021,** each side in each case may select up to three of the remaining

28            disputes in the August 2 submission (ECF 253) for the Court to address in due

United States District Court
Northern District of California

1    course.

2    5.  The Court has reserved **September 30, 2021 at 9:30 a.m.** for a further discovery

3        conference on disputed issues that are ripe for adjudication.  By **noon on**

4        **September 24, 2021,** the parties are to file a joint statement in which each side may

5        identify two issues for resolution at the September 30 conference.  Issues are to be

6        set forth in the customary, SUMMARY, chart format

7    **SO ORDERED.**

8    Dated: August 12, 2021

9

10                                                       SUSAN VAN KEULEN
11                                                       United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California