**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 994607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel: (312) 214-7900
Akeller@dicellolevitt.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
Mitchell M. Breit (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-05146-LHK-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SUBMITTING [PROPOSED] REDACTIONS TO TRANSCRIPT OF JUNE 2, 2021 HEARING**<br><br>Judge:   Honorable Susan van Keulen |

1  Pursuant to Civil Local Rule 6-2, this joint stipulation is entered into between Plaintiffs and
2  Google LLC ("Google"), collectively referred to as the "Parties."
3  WHEREAS, on June 1, 2021, Google filed its Administrative Motion to Seal the Courtroom
4  for Hearing on Joint Submission (Dkt. 177) in *Brown et al. v. Google*, 5:20-cv-03664-LHK-SVK as
5  Dkt. 182;
6  WHEREAS, on June 1, 2021, the Court granted Google's Administrative Motion to Seal the
7  Courtroom for Hearing on Joint Submission, and ordered that "[w]ithin 7 business days of receipt
8  of the transcript of the June 2 hearing, the Parties must jointly submit proposed redactions to the
9  transcript." *Brown et al. v. Google*, 5:20-cv-03664-LHK-SVK at Dkt. 183;
10  WHEREAS, the Parties received the Hearing Transcript on June 7, 2021 and the deadline to
11  submit the redactions pursuant to the Court's July 15, 2021 order (Dkt. No. 248) is August 12, 2021;
12  WHEREAS, the Parties will exchange proposed redactions to the Hearing Transcript and
13  confer in good faith on the information to be redacted prior to filing;
14  WHEREAS, the Parties agree that an extension of time to submit redactions to the Hearing
15  Transcript will enable the Parties to reach an agreement on the information to be redacted;
16  NOW THEREFORE, the Parties stipulate to extend the deadline by which the Parties shall
17  submit proposed redactions to the Hearing Transcript, to August 19, 2021.

18
19  DATED:  August 12, 2021
20

21  **BLEICHMAR FONTI & AULD LLP**                **QUINN EMANUEL URQUHART &**
22                                                **SULLIVAN, LLP**

23  By:      /s/                                   By:  /s/ *Andrew H. Schapiro*
    Lesley Weaver (Cal. Bar No. 191305)            Andrew H. Schapiro (admitted pro hac vice)
24  Angelica M. Ornelas (Cal. Bar No. 285929)      andrewschapiro@quinnemanuel.com
    Joshua D. Samra (Cal. Bar No. 313050)          191 N. Wacker Drive, Suite 2700
25  555 12th Street, Suite 1600                    Chicago, IL 60606
    Oakland, CA 94607                              Telephone: (312) 705-7400
26  Tel.: (415) 445-4003                           Facsimile: (312) 705-7401
    Fax: (415) 445-4020
27  lweaver@bfalaw.com
    aornelas@bfalaw.com                            Stephen A. Broome (CA Bar No. 314605)
28  jsamra@bfalaw.com                              sb@quinnemanuel.com

-1-   Case No. 5:20-cv-05146-LHK-SVK
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
PROPOSED REDACTIONS

| | |
|---|---|
| **DiCELLO LEVITT GUTZLER LLC**<br><br>By:     /s/<br>David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place<br>60 E. 42nd St., Suite 2400<br>New York, NY 10165<br>Telephone: (646) 933-1000<br>dstraite@kaplanfox.com<br><br>Amy E. Keller (admitted *pro hac vice*)<br>Adam Prom (admitted *pro hac vice*)<br>Ten North Dearborn Street, 6th Fl.<br>Chicago, Illinois 60602<br>Tel.: (312) 214-7900<br>*Akeller@dicellolevitt.com*<br><br>**SIMMONS HANLY CONROY LLC**<br><br>By:     /s/<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>mbreit@simmonsfirm.com<br>jaybarnes@simmonsfirm.com<br><br>*Counsel for Plaintiffs* | Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Jomaire Crawford (admitted pro hac vice)<br>jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Josef Ansorge (admitted pro hac vice)<br>josefansorge@quinnemanuel.com<br>Carly Spilly (admitted pro hac vice)<br>carlspilly@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Washington D.C., 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br><br>Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>*Attorneys for Defendant Google LLC* |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Stipulation And [Proposed] Order Extending Time For Submitting [Proposed] Redactions to the transcript of the June 2, 2021 hearing. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: August 12, 2021					By	  /s/ Andrew H. Schapiro
							Andrew H. Schapiro
							*Counsel on behalf of Google*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The deadline for the Parties to file their proposed redactions to the June 2, 2021 hearing transcript shall be extended to August 19, 2021.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
Hon. Susan van Keulen
United States Magistrate Judge