**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-05146-LHK-SVK<br><br>**DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

### DECLARATION OF LESLEY E. WEAVER

I, Lesley E. Weaver, hereby declare under penalty of perjury:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am also the Partner in Charge of the California office of Bleichmar Fonti & Auld LLP, and co-counsel for Plaintiffs in the above-captioned matter.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. I submit this declaration in accordance with Civil Local Rules 79-5(d) and (e) in support of Plaintiffs' Administrative Motion to Seal:

|   | Document | Text Sought to be Sealed |
|---|---|---|
| 1 | Plaintiffs' Response to Google's Statement re Identification of Discovery Disputes for Resolution | Page 1, lines 24-27<br>Page 2, lines 9-20 |

4. On October 15, 2020, the Court entered the operative Stipulated Protective Order in this matter. The Protective Order allows a party to designate documents produced during Discovery "Confidential" or "Highly Confidential – Attorneys' Eyes Only." Dkt. No. 61, ¶ 2.15. The Protective Order prohibits a party from filing materials so designated in the public record. *Id.* ¶ 12.4.

5. Plaintiffs' Response contains, summarizes, or reflects material that Google has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 16, 2021

/s/ *Lesley E. Weaver*
Lesley E. Weaver