**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
lweaver@bfalaw.com

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
jaybarnes@simmonsfirm.com

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br>    Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>**STATEMENT IN RESPONSE TO DKT. 283 RE: ESI SEARCH TERMS**<br><br>Referral: Hon. Susan van Keulen, USMJ |

August 24, 2021

**Submitted via ECF**

Magistrate Judge Susan van Keulen
San Jose Courthouse
Courtroom 6 - 4th Floor
280 South 1st Street
San Jose, CA 95113

    Re:    Statement in Response To Dkt. 283 re: ESI Search Terms
              *Calhoun v. Google LLC*, Case No. 5:20-cv-5146-LHK-SVK (N.D. Cal.)

Dear Magistrate Judge van Keulen:

      Pursuant to Your Honor's August 20, 2021 order requesting revised hit counts (Dkt. No. 283), Plaintiffs and Google LLC ("Google") jointly submit this statement containing a table that provides revised hit counts for the adjusted terms as set forth in the order. The parties would like to clarify that the adjusted terms that Google tested appear in Rows 3, 4, 7, 8, and 16 of Dkt. 277-1 (and correspond to Disputed Search Term Nos. 3, 4, 9, 10, and 23).

| ROW # FROM DKT. 277-1 | TERM # | ADJUSTMENT | ADJUSTED TERM | HIT COUNT[1] | HIT COUNT (WITH FAMILIES)[2] |
|---|---|---|---|---|---|
| 3. | 3. | Google's proposal, adjusting the "/15" to "/50" | (Chrome OR Admanager OR "ad manager") /50 (collect* OR share OR sharing OR shared OR shares OR transmit OR transmits OR transmitted OR transmitting OR transmittals OR transmission OR transmissions) /50 (specification OR specifications OR spec OR specs OR design OR designs OR designed OR synced OR sync OR unsync*) | 68,588 | 75,644 |
| 4. | 4. | Google's proposal, adjusting the "/15" to "AND" | (Chrome OR sync) AND (study OR studies OR survey OR surveys OR "focus group" OR "focus groups" OR tested OR "user experience" OR UX OR UI OR engagement OR "A/B" OR split OR bucket OR multivariate OR "multi-variate" OR "multi variate") AND (privacy OR data OR PI OR PII) | 465,310 | 522,970 |
| 7. | 9. | Google's proposal, adjusting the "/15" to "/50" | Chrome /50 ("third-party" OR "third parties" OR "third-parties" OR 3P OR "3rd party" OR "3rd parties" OR cookie*) /50 (end* OR deprecat* OR block*) | 41,254 | 44,707 |
| 8. | 10. | Google's proposal, adjusting the "/15" to "AND" | (Chrome OR sync OR ChromeSync) AND (UX OR "user experience" OR UI OR "focus group" OR "focus groups" OR "A/B" OR split OR bucket OR multivariate OR multi-variate OR "multi variate") AND (privacy OR data OR PI OR PII) | 381,316 | 431,741 |
| 16. | 23. | Google's proposal, adjusting the "/15" to "AND" | (Complain* OR question* OR quer* OR inquir* OR concern OR concerns) AND (privacy OR security OR "user data") AND (Chrome OR sync* OR "x-client" OR "x client") | 418,573 | 460,609 |

---

[1] "Hit Counts" refers to the number of documents that are pulled in for a particular search term.

[2] "Hit Count (With Families)" refers to the number of documents that are pulled in, with families, for a particular search term.

| | |
|---|---|
| | Respectfully, |
| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Lesley Weaver* <br> Lesley E. Weaver (Cal. Bar No. 191305) <br> Angelica M. Ornelas (Cal. Bar No. 285929) <br> Joshua D. Samra (Cal. Bar No. 313050) <br> 555 12th Street, Suite 1600 <br> Oakland, CA 994607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com <br> aornelas@bfalaw.com <br> jsamra@bfalaw.com | By: */s/ Andrew H. Schapiro* <br> Andrew H. Schapiro (admitted *pro hac vice*) <br> andrewschapiro@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Tel: (312) 705-7400 <br> Fax: (312) 705-7401 <br><br> Stephen A. Broome (CA Bar No. 314605) <br> stephenbroome@quinnemanuel.com <br> Viola Trebicka (CA Bar No. 269526) <br> violatrebicka@quinnemanuel.com <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> Tel: (213) 443-3000 <br> Fax: (213) 443-3100 |
| **DICELLO LEVITT GUTZLER LLC** | |
| By: */s/ David Straite* <br> David A. Straite (admitted *pro hac vice*) <br> One Grand Central Place <br> 60 East 42nd Street, Suite 2400 <br> New York, New York 10165 <br> Tel.: (646) 933-1000 <br> dstraite@dicellolevitt.com <br><br> Amy E. Keller (admitted *pro hac vice*) <br> Adam Prom (admitted *pro hac vice*) <br> Ten North Dearborn Street, 6th Fl. <br> Chicago, Illinois 60602 <br> Tel.: (312) 214-7900 <br> akeller@dicellolevitt.com | Jomaire Crawford (admitted *pro hac vice*) <br> jomairecrawford@quinnemanuel.com <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Tel: (212) 849-7000 <br> Fax: (212) 849-7100 <br><br> Josef Ansorge (admitted *pro hac vice*) <br> josefansorge@quinnemanuel.com <br> 1300 I Street NW, Suite 900 <br> Washington D.C., 20005 <br> Tel: (202) 538-8000 <br> Fax: (202) 538-8100 |
| **SIMMONS HANLY CONROY LLC** | |
| By: */s/ Jay Barnes* <br> Jason 'Jay' Barnes (admitted *pro hac vice*) <br> An Truong (admitted *pro hac vice*) <br> Eric Johnson (admitted *pro hac vice*) <br> 112 Madison Avenue, 7th Floor <br> New York, NY 10016 <br> Tel.: (212) 784-6400 <br> Fax: (212) 213-5949 <br> mbreit@simmonsfirm.com <br> jaybarnes@simmonsfirm.com | Jonathan Tse (CA Bar No. 305468) <br> jonathantse@quinnemanuel.com <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Tel: (415) 875-6600 <br> Fax: (415) 875-6700 <br><br> *Counsel for Defendant* |
| *Counsel for Plaintiffs* | |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this submission. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: August 24, 2021                    By: */s/ Andrew H. Schapiro*
                                              Andrew H. Schapiro