1
2
3
4
5
6
7
8
9
10
11   UNITED STATES DISTRICT COURT
12   NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
13
14   PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,

Case No. 5:20-cv-5146-LHK-SVK

15   **[PROPOSED] ORDER GRANTING MOTION TO SEAL**
16   Plaintiffs,
17   v.

Referral: Hon. Susan van Keulen, USMJ

18   GOOGLE LLC,
19   Defendant.
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Before the Court is Defendant Google LLC's Administrative Motion To Seal Opposition To Plaintiffs' Motion To Compel Production of Regulator Documents Re: Dispute 1.4. Having considered the motion to seal, supporting declarations, and pleadings on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to Be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Opposition To Plaintiffs' Motion To Compel Production of Regulator Documents Re: Dispute 1.4 | GRANTED as to redacted portions at Page 2, lines 19-24; Page 3, lines 1-2 | The redacted portions contain Google's confidential information regarding its products and systems, including the various types of Google's internal projects and identifiers as well as Google's confidential business information that was requested by the State of Texas and State of Arizona in confidence, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such highly confidential information reveals Google's internal strategy and systems regarding various important products and nonpublic investigations thereto and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. The redacted portions also contain, summarize or reflect material designated, Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order.<br><br>Public disclosure of such highly confidential information could affect Google's competitive standing as competitors may alter their system designs and practices relating to competing products, time strategic litigation, or otherwise unfairly compete with Google. It may also place Google at an increased risk of cyber security threats, as third parties may seek to use the information to compromise Google's internal projects. |

**SO ORDERED.**

DATED: _____     _____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge