UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>    Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF REGULATORY DOCUMENTS**<br><br>Referral:  Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion To Compel Production of Regulator Documents ("Motion"). Having considered the parties' briefing, supporting declarations, and exhibits, the Court **ORDERS** as follows:

The Court hereby **DENIES** Plaintiffs' Motion requiring Google to produce the requested transcripts, responses to interrogatories, and documents produced in response to RFPs.

The Court hereby **GRANTS** Google's proposed compromise to produce the relevant, non-privileged documents from the TX AG and AZ AG productions that hit on the search string <Chrome /50 privacy>.

**THEREFORE, IT IS ORDERED** that Plaintiffs' Motion is **DENIED**.

**IT IS SO ORDERED**.

DATED: _____

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge