UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No.  20-cv-05146-LHK   (SVK)<br><br>**REDACTION ORDER** |

   The Court's order on Plaintiffs' motion to control regulator documents (Dkt. 299) has been filed under seal because it contains information that is the subject of a motion to seal.  The parties are ordered to meet and confer and submit joint proposed redactions to the Court's order (to the extent any redaction is required) and a proposed order by **September 15, 2021**.  If no proposed redactions are received by 11:59 p.m. on September 15, 2021, the Court will unseal the order in its entirety.

   **SO ORDERED.**

Dated: September 8, 2021

                     _____
                       SUSAN VAN KEULEN
                       United States Magistrate Judge