# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-05146-LHK-SVK<br><br>**DECLARATION OF ADAM PROM IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

**DECLARATION OF ADAM PROM**

I, Adam Prom, hereby declare under penalty of perjury:

1. I am an attorney who has been admitted to practice before this Court *pro hac vice* in the above-captioned matter.

2. I am an attorney with the law firm DiCello Levitt Gutzler LLC, who, along with the law firms Bleichmar Fonti & Auld LLP and Simmons Hanly Conroy, LLC represent Plaintiffs in the above-captioned matter.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

4. I submit this declaration in accordance with Civil Local Rules 79-5(d) and (e) in support of Plaintiffs' Administrative Motion to Seal:

| | Document | Text Sought to be Sealed Page:Line(s) |
|---|---|---|
| 1 | Plaintiffs' Second Amended Complaint | 4:11; 7:1-2; 35:1-12; 35:14; 35:18-22; 36:1-6; 36:10-13; 37:1-20; 38:1-7; 38:13-19; 39:6-7; 39:14-26; 40:4-16; 41:1-10; 41:14-26; 42:1-9. |

5. On May 19, 2021, the Court granted Plaintiffs' Administrative Motion to Seal Portions of Plaintiffs' First Amended Complaint. Dkt. No. 198.

6. Plaintiffs' proposed Second Amended Complaint, which contains the same information previously sealed by the Court with respect to Plaintiffs' First Amended Complaint is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of September, 2021, at Chicago, Illinois.

/s/ *Adam Prom*
Adam Prom

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, David A. Striate, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of September, 2021, at New York, New York.

*/s/ David A. Straite*
David A. Straite

PROM DECL. ISO
PLS. ADMIN. MOT. TO SEAL                 2                 CASE NO. 5:20-CV-5146-LHK-SVK

# CERTIFICATE OF SERVICE

I, David A. Straite, hereby certify that on September 10, 2021, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filings to be delivered to counsel for Defendant Google LLC via electronic mail.

/s/ David A. Straite
David A. Straite