1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 5:20-cv-5146-LHK-SVK

**[PROPOSED] ORDER GRANTING JOINT SUBMISSION IN RESPONSE TO DKTS. 299, 300 RE: SEALING PORTIONS OF SEPTEMBER 8, 2021 ORDER**

Referral:  Hon. Susan van Keulen, USMJ

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Submission Regarding Sealing Portions of the of the September 8, 2021 Order on Plaintiffs' Motion to Compel Regulator Documents. Having considered the parties' statements and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to Be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| September 8, 2021 Order (Dkt. 299) | GRANTED as to redacted portions at:<br><br>page 2, line 20 | Narrowly tailored to protect confidential business information related to Google's internal systems and related personnel that could affect Google's competitive standing and may expose Google to increased security risks if publicly disclosed, regarding Google's internal systems and related personnel that Google does not share publicly. Specifically, this information provides details related to depositions of Google personnel testifying on Google's behalf related to Google's internal systems that was requested by the State of Arizona in confidence, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED**.

DATED: _____    _____

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge

Case No. 5:20-cv-05146-LHK-SVK
[PROPOSED] ORDER RE: SEALING PORTIONS OF SEPTEMBER 8, 2021 ORDER