**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 5:20-cv-05146-LHK-SVK<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Administrative Motion, the declaration filed by the Designating Party, and good cause appearing, the Court hereby GRANTS the motion and ORDERS the following materials remain filed under seal.

| | Document | Text Sought to be Sealed<br><br>Page: Line(s) | Basis for Sealing Portion of Document | Ruling |
|---|---|---|---|---|
| 1 | Plaintiffs' Second Amended Complaint | 4:11; 7:1-2; 35:1-12; 35:14; 35:18-22; 36:1-6; 36:10-13; 37:1-20; 38:1-7; 38:13-19; 39:6-7; 39:14-26; 40:4-16; 41:1-10; 41:14-26; 42:1-9. | Dkt. No. 198 | GRANTED |

**IT IS SO ORDERED.**

Dated: September 17, 2021

*Lucy H. Koh*

HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE