**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>**DECLARATION OF JONATHAN TSE IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION TO SUBSTITUTE PLAINTIFFS**<br><br>Judge: Hon. Lucy H. Koh<br>Courtroom: 8<br>Hearing Date: Jan. 6, 2022<br>Hearing Time: 1:30 PM |

I, Jonathan Tse, declare as follows:

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 79-5, I submit this declaration in support of Defendant Google LLC's Administrative Motion To Seal certain portions of Exhibits A and C of Google's Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to Substitute Plaintiffs ("Opposition").

3. The information requested to be sealed in Exhibits A and C of the Opposition contain, summarize, or otherwise reflect material Plaintiffs have designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," which I have provided below in accordance with Civil Local Rules 79-5(d) and (e).

| Document | Portions to be Filed Under Seal |
|---|---|
| Ex. A to the Opposition | Portions Highlighted in Yellow at: 6:1, 6:8, 6:14, 6:15, 6:21, 6:24, 8:3, 8:4, 8:6, 8:7, 8:8 |
| Ex. C to the Opposition | Portions Highlighted in Yellow at: 7:13, 7:21-22, 8:1, 8:7, 8:14 |

4. I expect that Plaintiffs will submit a declaration in support of sealing and/or redacting this material to the appropriate extent pursuant to Civil Local Rule 79-5(e).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California on September 24, 2021.

DATED: September 24, 2021        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    */s/ Jonathan Tse*
Jonathan Tse

*Attorney for Defendant*