1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11
12  PATRICK CALHOUN et al., on behalf of        Case No. 5:20-cv-05146-LHK-SVK
    themselves and all others similarly situated,
13                                              **[PROPOSED] ORDER DENYING
         Plaintiffs,                            PLAINTIFFS' MOTION TO
14                                              SUBSTITUTE PLAINTIFFS**
         v.
15
    GOOGLE LLC,
16
         Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

-1-                              Case No. 5:20-cv-05146-LHK-SVK

**[PROPOSED] ORDER**

Having considered Defendant Google LLC's ("Google's") Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to Substitute Plaintiffs (Dkt. 303), the Declaration of Jomaire Crawford in Support of Google's Opposition to Plaintiffs' Motion to Substitute Plaintiffs, and the exhibits attached thereto, the Court hereby ORDERS that Plaintiffs' Motion to Substitute Plaintiffs is DENIED.

**IT IS SO ORDERED**.

DATED: _____

THE HONORABLE LUCY H. KOH
United States District Judge