**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-05146-LHK-SVK<br><br>**DECLARATION OF DAVID A. STRAITE IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL** |

# DECLARATION OF DAVID A. STRAITE

I, David A. Straite, hereby declare under penalty of perjury:

1. I am an attorney who has been admitted to practice before this Court *pro hac vice* in the above-captioned matter.

2. I am an attorney with the law firm DiCello Levitt Gutzler LLC, who, along with the law firms Bleichmar Fonti & Auld LLP and Simmons Hanly Conroy, LLC represent Plaintiffs in the above-captioned matter.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

4. I submit this declaration in accordance with Civil Local Rules 79-5(d) and (e) as an attorney for the "Designating Party," as that term is used in those Rules. I also submit this declaration in support of Defendant' Administrative Motion to Seal, which was filed at Dkt. No. 318.

5. On September 24, 2021, Defendant filed an administrative motion to file under seal portions of Exhibits A and C to Defendant's Opposition to Motion to Substitute Plaintiffs. On the same day, I received unredacted service copies of those exhibits.

6. I have reviewed that documents that Defendant seeks to file under seal pursuant to Civil Local Rule 79-5, unredacted copies of which have been filed at Dkt. Nos. 318-4 and 318-6. Based on my review, there is good cause to seal the following information:

|   | Document | Text Sought to be Sealed Page:Line(s) |
|---|----------|---------------------------------------|
| 1 | Ex. A to the Opposition | 6:1, 6:8, 6:14, 6:15, 6:21, 6:24, 8:3, 8:4, 8:6, 8:7, 8:8 |
| 2 | Ex. C to the Opposition | 7:13, 7:21-22, 8:1, 8:7, 8:14 |

7. On May 19, 2021, the Court granted Plaintiffs' Administrative Motion to Seal Portions of Plaintiffs' First Amended Complaint, including Plaintiffs' Google Account Names and email addresses. Dkt. No. 198.

8. The portions of Exhibits A and C sought to be sealed by Defendant contain the same type of information previously sealed by the Court.

9. I approve of the proposed order submitted by Defendant on September 24, 2021, granting Defendant's administrative motion to file under seal the above-listed portions of Exhibits A and C to Defendant's Opposition to Motion to Substitute Plaintiffs, filed as Dkt. 318.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of September, 2021, at New York, New York.

/s/ *David A. Straite*
David A. Straite

**CERTIFICATE OF SERVICE**

I, David A. Straite, hereby certify that on September 28, 2021, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.

/s/ David A. Straite
David A. Straite