UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 311)<br><br>Judge:        Hon. Lucy H. Koh<br>Courtroom:    8 |

-1-    Case No. 5:20-cv-05146-LHK-SVK
[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 311)

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Motion to Remove Incorrectly Filed Document (Dkt. 311) ("Motion").  Having considered the Motion and supporting papers, the Court hereby **GRANTS** the Motion

**SO ORDERED.**

DATED: September 29, 2021

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
United States District Judge