UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL<br><br>Judge: Hon. Lucy H. Koh<br>Courtroom: 8 |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Administrative Motion To Seal certain portions of the Fifth Supplemental Joint Case Management Statement. Having considered the motion to seal, supporting declarations, and pleadings on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to Be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Joint Case Management Statement | GRANTED as to redacted portions at 8:17-18 | The redacted portions contain Google's confidential information regarding its products and systems, including details related to Google's internal operations related to internal identifiers, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such highly confidential information reveals Google's internal strategy and systems regarding various important products and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3.<br><br>Public disclosure of such highly confidential information could affect Google's competitive standing as competitors may alter their system designs and practices relating to competing products, time strategic litigation, or otherwise unfairly compete with Google. It may also place Google at an increased risk of cyber security threats, as third parties may seek to use the information to compromise Google's internal systems and operations. |

**SO ORDERED.**

DATED: September 29, 2021

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
United States District Judge