UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM FOR HEARING ON JOINT SUBMISSION (DKT. 314)**<br><br>Referral: Hon. Susan van Keulen, USMJ<br>Hearing Date: September 30, 2021<br>Hearing Time: 9:30 A.M. |

|   |   |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | Before the Court is Defendant Google LLC's Administrative Motion to Seal the Courtroom |
| 3 | for Hearing on Joint Submission (the "Motion"). Having considered Google's Motion, argument by |
| 4 | counsel, and all other matters properly considered by this Court, the Court finds there is good cause |
| 5 | to **GRANT** the Motion. |
| 6 | **THEREFORE, IT IS ORDERED** that, for the reasons stated in the Motion, the Motion is |
| 7 | **GRANTED**. |
| 9 | **IT IS SO ORDERED**. |

DATED:  September 30, 2021

*[signature: Susan van Keulen]*

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge