UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No.  20-cv-05146-LHK   (SVK)<br><br>**ORDER ON MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 273, 280, 288, 289, 293, 296, 308, 313 |

Before the Court are several administrative motions to file under seal materials associated with discovery disputes in this case. Dkt. 273, 280, 288, 289, 293, 296, 308, 313; *see also* Dkt. 284, 291, 295.

Courts recognize a "general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Communs., Inc.*, 435 U.S. 589, 597 & n.7 (1978)). A request to seal court records therefore starts with a "strong presumption in favor of access." *Kamakana*, 447 F.3d at 1178 (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). The standard for overcoming the presumption of public access to court records depends on the purpose for which the records are filed with the court. A party seeking to seal court records relating to motions that are "more than tangentially related to the underlying cause of action" must demonstrate "compelling reasons" that support secrecy. *Ctr. For Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016). For records attached to motions that re "not related, or only tangentially related, to the merits of the case," the lower "good cause" standard of Rule 26(c) applies. *Id.*; *see also Kamakana*, 447 F.3d at 1179. A party moving to seal court records must also comply with the procedures established by Civil Local Rule 79-5.

Here, the "good cause" standard applies because the information the parties seek to seal was submitted to the Court in connection with discovery-related motions, rather than a motion that concerns the merits of the case. The Court may reach different conclusions regarding sealing these documents under different standards or in a different context. Having considered the motions to seal, supporting declarations, and the pleadings on file, and good cause appearing, the Court **ORDERS** as follows:

1. **Dkt. 273**

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Plaintiffs' Response to Google's Statement re Identification of Discovery Disputes for Resolution | GRANTED as to redacted portions at: Page 1, lines 24-26 Page 2, lines 9-11, 13-14, 18-20 | Narrowly tailored to protect confidential technical information regarding the operations of Google's products and systems and confidential business information that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

2. **Dkt. 280**

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| June 2, 2021 Hearing Transcript | GRANTED as to redacted portions at: 13:2, 13:8, 13:11, 32:18-20, 34:10, 34:23-25, 36:23-37:3, 37:8-11, 37:15-16, 37:19-20, 37:22-24, 38:3-5, 46:3-11, 46:14-15, 46:17-23, 46:25, 47:1, 70:20, 70:24, 71:2. | Narrowly tailored to protect confidential technical information regarding features of Google's internal systems and operations, including Google's internal policies, internal data structures, internal identifiers/cookies and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

### 3. Dkt. 288

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| August 12, 2021 Hearing Transcript | GRANTED as to redacted portions at: 12:22-24; 14:3; 53:23 | Narrowly tailored to protect confidential technical information regarding features of Google's internal systems and operations, including Google's internal data structures, internal identifiers and their proprietary functions, as well as plaintiff health information that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

### 4. Dkt. 289

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Plaintiffs' Notice of Motion and Motion to Compel, and Memorandum of Points and Authorities in Support thereof (Dkt. 290) | GRANTED as to redacted portions at: Page 1, Lines 20, 22-25, 28; Page 2, Lines 2-6, 11-14, 16-20, 22-23, 26-27; Page 3, Lines 24-27; Page 4, Lines 3 | Narrowly tailored to protect confidential technical information regarding the operation of Google's products and systems, including information related to Google's internal project and Google's confidential business information that was requested by the State of Texas, State of Arizona, and the FTC in confidence that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Declaration of David A. Straite in Support of Plaintiffs' Motion to Compel (Dkt. 291) | GRANTED as to redacted portions at: Page 2, Lines 18-19, 21-22, 24-25, 27-28; Page 3, Lines 2-3, 11-12, 14-15, 17-18, 20-21, 23-26 | Narrowly tailored to protect Google's confidential business information that was requested by the State of Texas, State of Arizona, and the FTC in confidence that Google maintains as confidential in the ordinary course of its business and is not |

|  |  | generally known to the public or Google's competitors. |
|---|---|---|
| Exhibit A to the Declaration of David A. Straite | GRANTED as to Entire Document | Contains Google's confidential technical information regarding the operation of Google's products and systems, including Google's logs, internal data structures, internal identifiers/cookies and their proprietary functions and Google's confidential business information that was requested by the State of Texas in confidence that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit B to the Declaration of David A. Straite | GRANTED as to Entire Document | Contains Google's confidential business information that was requested by the State of Texas in confidence that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit C to the Declaration of David A. Straite | GRANTED as to Entire Document | Contains Google's confidential business information that was requested by the State of Texas in confidence that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit D to the Declaration of David A. Straite | GRANTED as to Entire Document | Contains Google's confidential business information that was requested by the State of Texas in confidence that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

| Exhibit E to the Declaration of David A. Straite | GRANTED as to Entire Document | Contains Google's confidential technical information regarding the operation of Google's products and systems, including Google's logs, internal data structures, internal identifiers and projects, internal groups, and Google's confidential business information that was requested by the State of Texas in confidence that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| --- | --- | --- |
| Exhibit F to the Declaration of David A. Straite | GRANTED as to Entire Document | Contains Google's confidential business information that was requested by the State of Texas in confidence that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit I to the Declaration of David A. Straite | GRANTED as to Entire Document | Contains Google's confidential business information that was requested by the State of Arizona in confidence that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit J to the Declaration of David A. Straite | GRANTED as to Entire Document | Contains Google's confidential business information that was requested by the State of Arizona in confidence that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit K to the Declaration of David A. Straite | GRANTED as to Entire Document | Contains Google's confidential technical information regarding the operation of Google's products and systems, including Google's internal identifiers and |

| | | projects and their proprietary functions, and Google's confidential business information that was requested by the State of Arizona in confidence that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
|---|---|---|
| Exhibit L to the Declaration of David A. Straite | GRANTED as to Entire Document | Contains Google's confidential technical information regarding the operation of Google's products and systems, including Google's internal identifiers, cookies, and projects and their proprietary functions and Google's confidential business information that was requested by the State of Arizona in confidence that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Proposed Order on Motion to Compel | GRANTED as to Entire Document | Contains Google's confidential business information that was requested by the State of Texas, State of Arizona, and the FTC in confidence that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

5. **Dkt. 293**

| **Document Sought to be Sealed** | **Court's Ruling on Motion to Seal** | **Reason(s) for Court's Ruling** |
|---|---|---|
| Joint Submission in Response to Dkt. 276 re Logs Preservation | GRANTED as to redacted portions at: page 2, lines 3-12; | Narrowly tailored to protect confidential technical information regarding features of Google's internal systems and |

|  | page 3, lines 3, 7-12, 16-18, 21-23, 25, 27; page 5, lines 9-16, 19, 24-25; page 6, lines 4-6, 8-13, 17-18, 28. | operations, including the various types of Google's data logs and information contained in those logs, internal data structures, internal identifiers and their proprietary functions, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

6. **Dkt. 296**

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Opposition To Plaintiffs' Motion To Compel Production of Regulator Documents Re: Dispute 1.4 | GRANTED as to redacted portions at Page 2, lines 19-24; Page 3, lines 1-2 | Narrowly tailored to protect confidential information regarding Google's products and systems, including the various types of Google's internal projects and identifiers as well as Google's confidential business information that was requested by the State of Texas and State of Arizona in confidence, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

7. **Dkt. 308**

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| September 8, 2021 Order (Dkt. 299) | GRANTED as to redacted portions at: page 2, line 20 | Narrowly tailored to protect confidential business information related to Google's internal systems and related personnel which Google maintains as confidential in the ordinary course of its business and is not generally |

| | | known to the public or Google's competitors. |

**8.     Dkt. 313**

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Joint Submission in Response to Dkt. 262 re Status of Discovery Disputes | GRANTED as to redacted portions at 3, 4, 5, 10, 14 | Narrowly tailored to protect confidential information regarding Google's products and systems, including details related to Google's internal cookies, identifiers, practices, and logs, including internal operations related to internal identifiers, as well as nonpublic regulatory investigations, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED.**

Dated: September 30, 2021

_/s/ Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge