UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK CALHOUN, et al.,

    Plaintiffs,

v.

GOOGLE LLC,

    Defendant.

Case No. 20-cv-05146-LHK   (SVK)

**ORDER FOLLOWING SEPTEMBER 30, 2021 DISCOVERY HEARING**

Re: Dkt. No. 314

The Court held a discovery hearing by Zoom on September 30, 2021. Based on consideration of the Parties' submissions and arguments at the hearing, the Court **ORDERS** as follows:

1. **Dispute 2.1**: The Court and Parties concur that this dispute relates to Dispute 1.1 regarding competing proposals for a preservation plan. Dispute 1.1 and this Dispute 2.1 are hereby **referred to Special Master Brush for resolution**, following resolution of the current production issues.

2. **Dispute 2.13**: The Court and the Parties concur that this dispute relates to Google's proposed Order Limiting Discovery. The Court finds it appropriate at this stage of the case and in light of the discovery that has occurred so far to impose limits on discovery. Accordingly, the Parties are to engage in a robust meet and confer in person or by video or phone to reach compromises on those limits. The Parties must file, and submit a Word version by email, a single joint proposed order by **noon on October 8, 2021.** The proposed order should include numbered bullets and interleave the Parties' positions on areas of disagreement.

3. **Dispute 2.16**: The Parties are ordered to meet and confer regarding production of additional email addresses utilized by Plaintiffs in the relevant time period.

4. **Dispute 1.15**: Plaintiffs characterize this dispute as the most critical to the case. Google argues that this is a belated effort to broaden the scope of discovery. At issue is the identification and production of data reflecting allegedly unauthorized transmittals of personal data to Google.com (or Google Search or Google Ads). Plaintiffs point to the FAC detailing such transmittals; Google points to the scope of discovery over the past nine months, focusing on data received by Google Display Ads (or Google Doubleclick) and Google Analytics. The Court has reviewed the Parties' submissions and arguments of counsel as well as the FAC. Although there are allegations of transmittals of personal information to Google.com, nearly all such allegations also include substantial allegations of transmittals to Google Display Ads or Google Analytics. Simply put, each and every transmission, whether or not authorized, neither can nor should be the subject of discovery in this case. Litigation of the size and magnitude of this action requires selection of discovery targets which allow the Parties the opportunity to prove their claims or defenses to a trier of fact within the bounds of Federal Rule of Civil Procedure 26. Accordingly, Plaintiffs' request 1.15 is DENIED.

**SO ORDERED.**

Dated: October 1, 2021

SUSAN VAN KEULEN
United States Magistrate Judge