UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>**[PROPOSED]** ORDER GRANTING GOOGLE LLC'S MOTION TO EXTEND TIME TO FILE ITS MOTION FOR PROTECTIVE ORDER AGAINST PLAINTIFFS' NON-PARTY SUBPOENA ON ERNST & YOUNG LLP<br><br>Referral: Hon. Susan van Keulen, USMJ |

1

**[PROPOSED] ORDER**

2   Before the Court is Defendant Google LLC's Motion to Extend Time to File Its Motion for

3 Protective Order Against Plaintiffs' Non-Party Subpoena on Ernst & Young LLP ("Motion"). Having

4 considered the Motion and supporting papers, the Court **GRANTS** the Motion. If the parties are

5 unable to resolve their disputes related to Plaintiffs' non-party subpoena on Ernst & Young, the parties

6 shall file a joint letter brief not to exceed five double-spaced pages by 4 p.m. pacific on October 20,

7 2021.

8

9   **IT IS SO ORDERED.**

10

11

12  DATED: October 14, 2021                                    _____

13                                                              HON. SUSAN VAN KEULEN
                                                                United States Magistrate Judge