EXHIBIT C

1

2

3

4

5

6

7

8

9

10

11  **IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12  **SAN JOSE DIVISION**

13

PATRICK CALHOUN, et al., on behalf of              Case No. 5:20-cv-05146-LHK-SVK
14  themselves and all others similarly situated,

**DECLARATION OF DAVID A. STRAITE**
15        Plaintiffs,                              **IN SUPPORT OF PLAINTIFFS' MOTION**
**FOR CLASS CERTIFICATION,**
16        v.                                       **APPOINTMENT OF CLASS**
**REPRESENTATIVES AND CLASS**
17  GOOGLE LLC,                                    **COUNSEL**

18        Defendant.

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF DAVID STRAITE**

I, DAVID STRAITE, hereby declare under penalty of perjury:

1.      I am an attorney admitted to practice before this Court *pro hac vice* in the above-captioned matter.

2.      I am a partner at the law firm DiCello Levitt Gutzler LLC ("DLG"), who, along with the law firms Bleichmar Fonti & Auld LLP, and Simmons Hanly Conroy, LLC, represent Plaintiffs in the above-captioned matter.

3.      I submit this Declaration in support of Plaintiffs' Motion for Class Certification, including the motion to appoint David A. Straite of DiCello Levitt Gutzler LLC, Lesley E. Weaver of Bleichmar Fonti & Auld LLP, and Jay Barnes of Simmons Hanly Conroy, LLC as lead class counsel ("Lead Counsel").  I have personal knowledge of the matters set forth herein, based upon my active supervision and participation in all material aspects of the litigation.

4.      As proposed Lead Counsel in this case, I, with the support of my firm, have expended considerable time, energy, and resources to investigate and identify the potential claims in this action and litigate those claims once filed.  I am fully committed to continuing to pursue the claims on behalf of Plaintiffs and the other members of the proposed class.

5.      As set forth below, I have significant experience managing complex class actions related to data breaches, internet privacy, and cybersecurity, and my law firm has the necessary resources and knowledge to handle the logistics of resolving this case, and of taking it to trial, if necessary.

**The Proposed Team**

6.      I submit this declaration in support of the aforementioned motion to appoint Lead Counsel.  Proposed Lead Counsel are all leaders in the class action bar, particularly those related to internet privacy; have vast experience doing so; and are a proven effective and efficient team.

7.      I personally conceived of this case with my co-counsel and investigated claims for several months prior to filing, resulting in the inclusion of detailed HTTP logs in the nearly 100-page complaint filed under seal.  All three firms have put in thousands of hours litigating the case

thus far.

8.      Proposed Lead Counsel have proven to the court and opposing counsel that we are an effective and efficient team in this area of law.  For example, in the motion to dismiss hearing in this case, the Court thanked counsel for its "very, very helpful" insights and answers to questions in this area of law.

9.      In addition, proposed Lead Counsel have run this case leanly with an eye towards efficiency.  We have no steering committee, executive committee or liaison counsel, just our three firms.  Proposed Lead Counsel also took the initiative to propose an efficiency protocol immediately after the Court's ruling on the Motion to Dismiss, without being prompted to do so by the Court.  Under that protocol, we hold weekly meetings to ensure that all tasks are assigned appropriately and there is no duplication of effort. Our associates at the three firms have open lines of communication with each other and are encouraged to (and in fact do) reach out directly to further reduce the risk of any duplication of efforts in this case..

**Experience in Class Actions, Complex Litigation, and the Types of Claims Asserted Here**

*Personal Experience*

10.      I just celebrated my 25th year of practicing law, and I believe I have emerged as a leading attorney in the areas of cybersecurity and data privacy and the nation's leading voice for the recognition of property interests in personal data.  I am one of the few data privacy and cybersecurity litigators who is also an IAPP-Certified Information Privacy Professional (US), which gives me a unique perspective when representing plaintiffs injured in data breaches and other cybersecurity incidents.  I have served in leadership roles in some of the most high-profile cases in the unfolding field of consumer data privacy and cybersecurity.  These include:

- *In re: Facebook Internet Tracking Litigation*, 956 F.3d 589 (9th Cir. 2020): In perhaps the most pertinent precedent that this Court might consider regarding several of the claims of the plaintiffs in this case, I was co-lead counsel for this case, and successfully argued before the 9th Circuit Court of Appeals that the plaintiffs in that case had sufficiently pleaded real, cognizable harm under Article III when they alleged that Facebook surreptitiously retrieved, stored, and used data personal data through users' internet browsers. For the first time, in that case, the 9th Circuit recognized economic harm for the theft of personal data even where the data does not diminish in value after the illegal copying.

The Court also found under the Wiretap Act that Facebook is not a "party to the communication" being intercepted (splitting with other circuits) a decision that the Supreme Court declined to review.

- *In re Google RTB Consumer Privacy Litig.,* 5:21-cv-02155-LHK (N.D. Cal.): This past summer, I was part of the six-person leadership team appointed to lead the consolidated privacy cases challenging Google's broadcast of user data in Google's online Ad Exchange. The plaintiffs allege that when an internet user visits a website running behavioral ads through Google's Ad Exchange, Google re-broadcasts large amounts of user data during the bid request, exposing this sensitive data to potential ad buyers in an auction process called "real time bidding" or "RTB." These ad buyers include advertisers and publishers, but also include hedge funds, political campaigns, and even the government. The plaintiffs allege that this exposure violates Google's contractual promise to Account Holders not to sell their personal information, and also violates California law forbidding the sale of personal information without consent.

- *In re: Apple Device Performance Litigation*, 5:18-md-02827 (N.D. Cal.) (settlement approved March 18, 2021): In this case before Judge Davila, my former firm served as co-lead counsel, and I personally successfully argued for the extraterritorial application of the Computer Fraud and Abuse Act, resulting in the largest Computer Fraud and Abuse Act settlement in history.

- *Rodriguez v. Universal Prop. & Cas. Ins. Co.*, 16-cv-60442 (S.D. Fla.) (Settlement approved July 31, 2017): I was lead counsel in this case, which was the first data privacy class action suit ever filed under seal to address a dangerous website vulnerability under Court supervision. Representing a class of 600,000 consumers, we managed to enter into sealed litigation and conducted protracted negotiations and settlement discussions with the defendants, all the while ensuring that security vulnerabilities that exposed sensitive customer information did not become public knowledge.

11.     I spent the first half of my career on the defense side, including almost seven years in the New York office Skadden Arps Slate Meagher & Flom LLP. More recently, I have dedicated my entire career to assisting those wronged in cybersecurity incidents, data breaches, and I have achieved substantial results. I have continued to push for recognition of a property interest in personal, private data, and consistently worked to protect consumers from new and ever-evolving corporate practices designed to relieve them of those interests. I am uniquely suited to represent the putative plaintiff class in this case, and I have extensive experience working with the proposed Lead Counsel. As a result, the Court can be confident in my ability, the abilities of my firm, and the abilities of the other proposed Lead Counsel, to adequately and aggressively represent the interests of the Plaintiffs and the other members of the proposed class.

*DiCello Levitt Gutzler LLC*

12.     DLG is a national trial firm with offices in Chicago, New York, Washington D.C., Cleveland, Detroit, St. Louis, and Birmingham.  During DLG's meteoric four years, the firm has grown to more than 30 attorneys and assembled some of the biggest names in the country in consumer data privacy, data breach and cybersecurity litigation, and been recognized thoroughly by peers and opponents alike.

13.     DLG has won several laurels in relevant practice areas over the last two years, including being named *Law360*'s 2020 "Practice Group of the Year" for Cybersecurity and Data Privacy; *Law360's* 2020   "Practice Group of the Year" for Class Action Litigation; a "Top Plaintiffs' Firm" and "Nationally Recommended" for 2021 by Benchmark Litigation; a "Band 1" Mainly Plaintiffs law firm by Chambers USA; and the 2020 "Privacy/Data Breach Practice Group of the Year" by National Law Journal 2020 Elite Trial Lawyers.  This past summer 2021, three DLG attorneys won Public Justice's prestigious "Trial Lawyer of the Year" award for their landmark civil rights victory in *Black v. Hicks*, which arose out of heartbreaking police brutality and corruption in the city of East Cleveland, Ohio.

14.     The DLG Technology Privacy, and Cybersecurity Practice Group, which is comprised of award-winning, experienced, knowledgeable attorneys defining the contours and pressing the boundaries of this area of law, is presently representing classes of plaintiffs in several other MDLs, including *In re Blackbaud Inc. Customer Data Security Breach Litigation,* No. 20-mn-02972 (D.S.C.) and *In re Marriott International, Inc., Customer Data Security Breach Litigation,* No. 19-md-02879 (D. Md.).

15.     DLG is a leader in national multidistrict class litigation. Other cases in which DLG lawyers at currently or have served as lead, co-lead, special assistant attorneys general, or on the Plaintiffs' Executive and/or Steering Committees include:

- *In re Commonwealth Edison Company Illinois Consumer Fraud Litigation,* No. 2020-CH-05138
- *In re Blackbaud Inc. Customer Data Security Breach Litigation,* No. 20-mn-02972 (D.S.C.)
- *In re Facebook Internet Tracking Litigation,* No. 12-md-02314 (N.D. Cal.), 17-17846 (9th Cir.), No. 20-727 (S. Ct.)
- *Dana Nessel on Behalf of the People of the State of Michigan v. 3M Company, et al.,* No. 21-

- 4 -                Case No. 5:21-cv-02155-LHK-SVK

cv-00205 (W.D. Mich.)

- *In re American Medical Collection Agency, Inc., Customer Data Security Breach Litigation,* No. 19-md-2904 (D.N.J.)
- *In re Marriott International, Inc., Customer Data Security Breach Litigation,* No. 19-md-02879 (D. Md.)
- *T.S. Kao, Inc., et al. v. North American Bancard, LLC, et al.,* No. 16-cv-4219 (N.D. Ga.)
- *In re Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation,* No. 18-md-02828 (D. Or.)
- *In re Apple Inc. Device Performance Litigation,* No. 18-md-02827 (N.D. Cal.)
- *In re Polaris Marketing, Sales Practices, and Products Liability Litigation,* No. 18-cv-0939 (D. Minn.)
- *In re Equifax, Inc. Customer Data Security Breach Litigation,* No. 17-MD-02800 (N.D. Ga.), No. 20-10249 (11th Cir.)
- *State of New Mexico, ex rel. Hector H. Balderas v. Takata Corporation,* No. D-101-CV-2017-00176 (Santa Fe 1st Jud. Dist., N.M.)
- *Champs Sports Bar & Grill v. Mercury Payment Systems, LLC,* No. 16-cv-00012 (N.D. Ga.)
- *Sloan v. General Motors LLC,* No. 16-cv-07244 (N.D. Cal.)
- *Rodriguez v. Universal Property & Casualty Insurance Co.,* No. 16-cv-60442 (S.D. Fla.)
- *State of New Mexico, ex rel. Hector H. Balderas v. Volkswagen Group of America,* No. D-101-CV-2016-00131 (Santa Fe 1st Jud. Dist., N.M.)
- *In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation,* No. 15-md-2672 (N.D. Cal.)
- *In re General Motors LLC Ignition Switch Litigation,* No. 14-md-2543 (S.D.N.Y.)
- *In re Navistar MaxxForce Litigation,* No. 14-cv-10318 (N.D. Ill.)
- *In re Yahoo! Mail Litigation,* No. 13-cv-04980 (N.D. Cal.)
- *NCUA v. RBS Securities, Inc.,* No. 13-cv-6726 (S.D.N.Y.)
- *In re Adobe Systems, Inc. Privacy Litigation,* No. 13-cv-05226 (N.D. Cal.)
- *In re CSO Hedge Fund Litigation,* No. 12-cv-07717 (S.D.N.Y.)
- *CMFG Life Ins. Co. v. RBS Sec. Inc.,* No. 12-cv-037 (W.D. Wis.)
- *Roberts v. Electrolux Home Products, Inc.,* No. 12-cv-1644 (C.D. Cal.)
- *In re Google, Inc. Cookie Placement Consumer Privacy Litigation,* No. 12-md-02358 (D. Del.)
- *In re Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation,* MDL No. 2284 (E.D. Pa.)
- *In re Sony Gaming Networks and Customer Data Security Breach Litigation,* No. 11-md-02258 (S.D. Cal.)

16.     DLG's history of leadership appointments illustrates that DLG has the institutional resources and experienced attorneys necessary to manage this case.  DLG has and will continue to commit resources to this action until final resolution.

17.     DLG is also a *trial firm*, as opposed to a litigation firm. Nowhere is this more apparent than in the firm's innovative DiCello Levitt Trial Advocacy Center.  DLG approaches client cases from a trial-first perspective, identifying and analyzing critical issues at all stages of litigation, which enables DLG to fine-tune its approach, mobilize our team, engage the right resources, and dictate the path to victory in each of our cases.

18.     The DiCello Levitt Trial Advocacy Center proactively assists in all aspects of litigation strategy, framing, and trial preparation, with an in-house focus grouping and mock jury practice, using those tools to streamline cases, refine case messaging, and focus discovery on message-specific issues from the outset of litigation.

19.     Through its trial-first approach—having led more than 100 focus groups and four major trials in the past year alone—the firm crafts practical and effective legal and business solutions for its clients. This distinctive focus group practice also assists the firm's attorneys in preparing for trial, allowing them to capture the jury's attention on the key issues as they continuously hone oral and closing arguments, and simulate trials and oral arguments in a courtroom setting.  The firm's in-house operations allow for dramatic cost and resource savings in the cases that the firm's attorneys handle and ensures that each case the firm takes on is "trial-ready."  These dramatic cost and resource savings benefit the firm's clients (and, in class cases, the other class members), leaving additional funds to be distributed to them from any recoveries.

20.     DLG is a trial-ready firm prepared to represent the class in this case, and to carry through that forceful advocacy to whatever resolution is in the best interest of the class.

21.     Additional information regarding DLG can be found on the firm's website, (www.dicellolevitt.com) and also in the firm's resume, which is being submitted concurrently herewith as **Exhibit A**.

### The Resources Counsel Will Commit to Representing the Class

22.     My firm is committed to bringing all of the resources necessary to successfully represent the proposed class.

23.     My firm is uniquely suitable for acting as Lead Counsel in this case.  I am supported by DLG's Technology, Privacy and Cybersecurity Practice Group ("TPCG"), members of which have been appointed lead or co-lead counsel in several of the world's largest data privacy class action lawsuits, including the multidistrict litigations against Equifax, Marriott, Blackbaud, and others.

24.     The TPCG has cemented itself among the nation's premier technology litigation

STRAITE DECL. ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

practices, including being one of only five firms named "Cybersecurity and Data Privacy Practice Group of the Year" by *Law360* in December 2020 (a list that included both plaintiff and defense firms).

25.     The TPCG is made up of several partners and associates at DLG, including Amy Keller, Adam Levitt, Adam Prom, and Sharon Cruz.

26.     Ms. Keller, a partner in DLG's Chicago office and chair of the TPCG, was appointed lead counsel in *In re Equifax Inc. Customer Data Security Breach Litigation*, which resulted in what the District Court in that case called the "largest and most comprehensive recovery in a data breach case in U.S. history by several orders of magnitude." *In re Equifax Inc. Customer Data Sec. Breach Litig.*, No. 1:17-MD-2800-TWT, 2020 WL 256132, at *6 (N.D. Ga. Mar. 17, 2020).  I have her full support and assistance in representing the Plaintiffs and the other members of the proposed class, as well as associates well-versed in cyber security and data privacy law.

27.     Ms. Keller has won significant awards for her work, including being named to the 2021 Elite Women of the Plaintiffs Bar, a subsection of the 2021 Elite Trial Lawyers, selected by a partnership between *The National Law Journal and American Lawyer Media*.  She was just one of eleven recipients nationwide.

28.     Mr. Levitt, a co-founding partner of the firm, is one of the nation's leading advocates for plaintiffs in class action, mass tort, public client, and commercial litigation, particularly in consumer protection, automotive defect, agricultural, antitrust, and securities litigation.  Mr. Levitt is the President of Class Action Trial Lawyers, an elected member of the American Law Institute, and an Advisory Board member of the Duke Center for Judicial Studies.  He has led dozens of nationwide class actions, including more than twenty MDLs and many data breach and privacy cases such as *Sony, Adobe,* and *Michaels,* and has been recognized as a "pioneer" in the data security and privacy field by Judge James Ware, former Chief Judge of the Northern District of California.

29.     Above all, DLG is a trial firm, and takes on every case with the expectation that the case may only be resolved at trial.  This provides a two-fold benefit: first, DLG attorneys are

experienced trial litigators who take a trial-first approach, ensuring that each case is built to win at trial from the ground up; and second, because DLG attorneys approach each case as if it will go to trial, they are consistently prepared to negotiate, modify, and hone down triable issues with the Court and with opposing counsel to preserve judicial efficiency while ferociously advocating on behalf of their clients.

30.     Combined, DLG has more than 30 attorneys in offices around the country, most of whom focus their practice on data privacy, cybersecurity, and/or consumer protection.  If I am appointed as Co-Lead Counsel, DLG has the litigation knowledge and trial experience to ensure that the proposed class has the best attorneys and outside assistance (experts) available, and that the class is not pushed into an unfavorable position for fear of taking the case to trial.

31.     DLG also understands the need to prosecute this case efficiently.  This Court has already seen the efficiency that DLG and the other proposed Lead Counsel have demonstrated through the filing and entry of a Time & Expense order and by cooperatively dividing labor.  The three firms have committed (and will continue to commit) significant time and resources to prosecuting this case, including expert witnesses.

32.     Since filing the case, DLG and the other proposed Lead Counsel have been actively moving the case forward.  This generally includes:

- Vetting plaintiffs;

- Investigating and filing multiple iterations of the Complaint;

- Briefing a motion to dismiss filed by Google;

- Serving extensive discovery upon Google, including multiple sets of requests for production, interrogatories, and requests for admission;

- Responding to voluminous discovery served by Google, including multiple sets of requests for production, interrogatories, and requests for admission;

- Reviewing Google's voluminous document productions;

- Defending depositions of the named plaintiffs;

- Exchanging almost daily correspondence and engaging in innumerable calls for purposes of meeting and conferring with Google's counsel regarding discovery disputes;

- Addressing numerous discovery disputes with the Court and Special Master through briefing and conferences;

- Taking depositions of Google witnesses, including three Rule 30(b)(6) depositions; and

- Engaging and working with experts.

33.     DLG is committed to using its resources to efficiently and effectively litigate this action.  DLC will continue to adequately fund and staff the litigation with the other proposed Lead Counsel.  We have the resources and experiences necessary to ensure the best possible outcome for the named Plaintiffs and other Class members.

34.     I am aware of no conflicts of interest or other matters that would prevent my firm from continuing to prosecute this matter competently and diligently.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14th day of October, 2021, at New York, New York.


*/s/ David A. Straite*
David A. Straite

# EXHIBIT A



DICELLO LEVITT GUTZLER

Justice in all its

# DIMENSIONS



One of the Top 5 **"Cybersecurity/Data Privacy Practice Groups of the Year"** – *Law360* (December 2020)

One of the Top 7 **"Class Action Practice Groups of the Year"** – *Law360* (December 2020)

Winner, **"Law Firm of the Year – Cybersecurity and Data Privacy"** – *National Law Journal*'s *Elite Trial Lawyer Awards* (2020)

One of Eleven "**Elite Women of the Plaintiffs' Bar,**" Amy Keller, Chair of the firm's Cybersecurity and Data Privacy Practice Group – *National Law Journal*'s *Elite Trial Lawyer Awards* (2020 & 2021)

# $16B+

Won for Clients

Appointed to lead

# 15

Multidistrict litigations (MDLs)
in the last four years alone

## Awards & Recognitions

 

**Law 360
2020 Practice
Group of the Year**

Class Action
Cybersecurity



**Benchmark Litigation
2021 Nationally
Recommended**

Top Plaintiffs' Firm



**Chambers USA
Band 1**

Litigation:
Mainly Plaintiffs



**National Law Journal
2020 Elite Trial Lawyers**

Privacy/Data Breach,
Practice Group of the Year



NOTED AS

"An extraordinary plaintiffs' firm..."

"...top of the line in litigation strategy and
representing clients zealously."

— Chambers & Partners

Since its founding four years ago, DiCello Levitt Gutzler LLC has played a significant role in the advancement of a number of sophisticated, technology-based legal theories and cases.  In 2020, *Law360* recognized the firm as one of the top five cybersecurity and data privacy practices in the country,[1] and *The National Law Journal* recognized the firm's technology practice group as the "Privacy/Data Breach Practice Group of the Year."[2]  The firm's technology practice group's attorneys have been an integral part of some of the largest and most important privacy and cybersecurity cases in the country.  Practice group chair Amy Keller is currently leading data privacy class actions against hotel conglomerate Marriott International and cloud computing provider Blackbaud, and recently led the innovative, $1.4 billion omnibus settlement against Equifax, which included global resolution of class claims as well as claims brought by state attorneys general, the Federal Trade Commission, and the Consumer Financial Protection Bureau.

DiCello Levitt's practice grew in 2021, with the addition of David Straite, a well-respected data privacy attorney who has made a name for himself leading a number of important Internet technology cases.  Mr. Straite successfully argued in the Ninth Circuit for the recognition of economic damages in Internet privacy cases in *In re: Facebook Internet Tracking Litigation*, a decision called a "watershed" moment in data privacy litigation by one prominent defense firm.[3]  Mr. Straite has also worked cooperatively with defendants and courts to fashion real privacy and security reforms, including in *In re: Yahoo Mail Litigation* and *Rodriguez v. Universal Property & Casualty Insurance Co.*, which was the first-ever class action filed under seal and under court supervision to give the defendant time to fix a dangerous security issue prior to unsealing.  And firm co-founder Adam Levitt is one of the original pioneers of Internet privacy law, leading the class in *In re: DoubleClick, Inc. Privacy Litigation* more than 20 years ago, and successfully arguing *In re: Pharmatrak, Inc. Privacy Litigation* in the First Circuit.

Representing institutional investors, individuals, businesses, and public clients, the firm's attorneys have successfully prosecuted and settled numerous complex cases and class actions, resulting in billions of dollars in recoveries for their clients and other class members.  With offices across the country, the firm's attorneys have successfully led—and are presently leading—many large class and multidistrict actions, including against industry titans such as Apple, Intel, and General Motors, and representing businesses and investors in arbitrations and litigation in multiple courts.

---

[1] Law360 Names Practice Groups of the Year, *Law360* (Nov. 29, 2020), https://www.law360.com/articles/1327476; Allison Grande, Cybersecurity & Privacy Group of the Year: DiCello Levitt, *Law360* (Dec. 7, 2020), https://www.law360.com/articles/1327006/cybersecurity-privacy-group-of-the-year-dicello-levitt.

[2] 2020 Honorees, *The National Law Journal*, https://www.event.law.com/nationallawjournal-etl/honorees (last accessed June 7, 2021).

[3] June 2020: Facebook, Cookies and Data Privacy: A Watershed Moment?, *JDSupra* (July 7, 2020), https://www.jdsupra.com/legalnews/june-2020-facebook-cookies-and-data-27641/.

# Our Attorneys



**David Straite, CIPP/US**
Partner

EMAIL:
dstraite@dicellolevitt.com

EDUCATION
Villanova University School of
Law, J.D., *magna cum laude*
(1996), Managing Editor, *Law
Review* and Order of the Coif

Tulane University, Murphy
Institute of Political Economy,
B.A. (1993)

*David is a certified technology and data privacy attorney, a national leader in the recent recognition of property rights in personal data, and a fierce advocate for privacy rights and investor rights.*

David is the nation's leading voice for the recognition of property rights in personal data, a 10-year effort culminating in the Ninth Circuit's landmark April 2020 decision in *In re: Facebook Internet Tracking Litigation*, and the Northern District of California's March 2021 decision in *Calhoun v. Google*, both of which he argued. David also successfully argued for the extraterritorial application of the Computer Fraud and Abuse Act in 2019 in *In re: Apple Device Performance Litigation*, and filed the first-ever data privacy class action under seal to address a dangerous website vulnerability under Court supervision in *Rodriguez v. Universal Prop. & Cas. Ins. Co.* As M.*I.T. Technology Review* magazine put it in 2012, David is "something of a pioneer" in the field. He also protects investors in securities, corporate governance, and hedge fund litigation in federal court and in the Delaware Court of Chancery, admitted to practice in both New York and Delaware.

David is an adjunct professor at Yeshiva University's Sy Syms School of Business, teaching Business Law and Ethics every fall semester since 2015. He has co-authored *Google and the Digital Privacy Perfect Storm* in E-Commerce Law Reports (UK) (2013), authored *Netherlands: Amsterdam Court of Appeal Approves Groundbreaking Global Settlements Under the Dutch Act on the Collective Settlement of Mass Claims*, in The International Lawyer's annual "International Legal Developments in Review" (2009), and was a contributing author for Maher M. Dabbah & K.P.E. Lasok, QC, Merger Control Worldwide (2005). He speaks frequently on topics related to both privacy and investor protection.

Prior to joining the firm, David helped launch the US offices of London-based Stewarts Law LLP, where he was the global head of investor protection litigation. Prior to Stewarts Law, he worked in the Delaware office of Grant & Eisenhofer and the New York office of Skadden Arps, and most recently the New York office of Kaplan Fox.

**PRACTICE AREAS**
- Appellate Litigation
- Securities and Financial Services Litigation
- Data, Privacy, and Technology Litigation

**HONORS**
- IAPP-Certified Information Privacy Professional (US) (2019-present)
- 500 Leading Plaintiffs' Financial Lawyers in the U.S., Lawdragon (2019-present)
- SuperLawyers, Metro New York, Class Actions (2019-present)

**David Straite,**
*continued*

### SELECTED WRITINGS AND PRESENTATIONS

- Featured panelist, "Emerging Opt-Out Mechanisms and the Data Dividend," Co-hosted by the IAPP and the Asian-Pacific American Bar Association of Silicon Valley (March 2021).
- Featured panelist, "Balancing Government Investigation and Class Action Following a Data Breach" seminar at the Southern District of New York, hosted by the Federal Bar Council and moderated by the Hon. Naomi Reice Buchwald (January 2020).
- Featured panelist, "Recent Developments in Cybersecurity and Data Privacy" seminar at the Southern District of New York, hosted by the Federal Bar Council and moderated by the late Hon. Deborah Batts. (March 2018)
- Featured panelist, "Data Privacy and Article III Standing" panel at the Federal Bar Council's 2017 Winter Meeting with Dean Erwin Chemerinsky and moderated by the Hon. Lorna Schofield.
- Featured speaker, St. John's University "Cyber Law" CLE weekend (February 2016)
- Featured panelist, February 6, 2013 meeting of the National Association of Public Pension Attorneys in Washington, D.C. ("Structuring Investments - Do I get to Go to the Cayman Islands?") (February 2013)

### MEMBERSHIPS

- American Bar Association – Section of Litigation (Privacy and Data Security committee) and Section of Business Law
- Delaware Bar Association
- New York American Inn of Court (Master of the Bench)
- Internet Society
- Member, International Association of Privacy Professionals

### BAR ADMISSIONS

Delaware, District of Columbia, New Jersey, New York, Pennsylvania

# Representative Cases

The Firm's attorneys have extensive experience litigating a wide variety of complex and multidistrict litigation cases across the country.  Ranging from cybersecurity and privacy cases to financial frauds involving novel damages modeling, the firm's broad experience levels, combined with an in-house mock jury and focus group practice, ensure that the firm can litigate the most complicated matters.

| REPRESENTATIVE CASES | | |
|---|---|---|
| *In re Commonwealth Edison Company Illinois Consumer Fraud Litigation,* No. 2020-CH-05138 | Class action brought on behalf of more than four million class members harmed by a bribery scheme, resulting in billions of dollars in damages. | Co-Lead Counsel |
| *In re Blackbaud Inc. Customer Data Security Breach Litigation,* No. 20-mn-02972 (D.S.C.) | Nationwide data breach of cloud-based company that processed charitable contributions for not-for-profit entities. | Co-Lead Counsel |
| *In re Facebook Internet Tracking Litigation,* No. 12-md-02314 (N.D. Cal.), 17-17846 (9th Cir.), No. 20-727 (S. Ct.) | Nationwide class action related to use of plug-ins to track user browser history on third-party websites, selling information to advertisers to generate revenue. | Co-Lead Counsel |
| *Dana Nessel on Behalf of the People of the State of Michigan v. 3M Company, et al.*, No. 21-cv-00205 (W.D. Mich.) | Appointed Special Assistant Attorneys General to represent the State of Michigan against manufacturers and companies which polluted the state with polyfluoroalkyl chemicals. | Special Assistant Attorneys General |
| *In re American Medical Collection Agency, Inc., Customer Data Security Breach Litigation,* No. 19-md-2904 (D.N.J.) | Data breach affecting millions of patients whose personal information in laboratory records was exposed by a collections company. | Co-Lead Counsel |
| *In re Marriott International, Inc., Customer Data Security Breach Litigation,* No. 19-md-02879  (D. Md.) | Data breach affecting nearly 400 million people. | Co-Lead Counsel |
| *T.S. Kao, Inc., et al. v. North American Bancard, LLC, et al.*, No. 16-cv-4219 (N.D. Ga.) | Nationwide settlement for $15 million for merchants who were overcharged for credit card processing services. | Co-Lead Counsel |

| | | |
|---|---|---|
| *In re Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation*, No. 18-md-02828 (D. Or.) | Nationwide class action related to security flaws in Intel-manufactured CPUs. | Plaintiffs' Steering Committee |
| *In re Apple Inc. Device Performance Litigation*, No. 18-md-02827 (N.D. Cal.) | International class action concerning device performance throttling; settlement of up to $500 million. | Co-Lead Counsel<br>Plaintiffs' Executive Committee |
| *In re Polaris Marketing, Sales Practices, and Products Liability Litigation*, No. 18-cv-0939 (D. Minn.) | Nationwide class action against off-road vehicle manufacturer related to design defects impacting driver safety. | Co-Lead Counsel |
| *In re Equifax, Inc. Customer Data Security Breach Litigation*, No. 17-MD-02800 (N.D. Ga.), No. 20-10249 (11th Cir.) | Data breach affecting nearly 150 million people; settlement of $1.5 billion affirmed in pertinent part by Eleventh Circuit. | Co-Lead Counsel |
| *State of New Mexico, ex rel. Hector H. Balderas v. Takata Corporation*, No. D-101-CV-2017-00176 (Santa Fe 1st Jud. Dist., N.M.) | Consumer protection lawsuit brought by state attorney general involving defective and dangerous airbags. | Counsel by Special Commission |
| *Champs Sports Bar & Grill v. Mercury Payment Systems, LLC*, No. 16-cv-00012 (N.D. Ga.) | Card processing fee class action resulting in nationwide settlement of $52 million for small businesses. | Co-Lead Counsel |
| *Sloan v. General Motors LLC*, No. 16-cv-07244 (N.D. Cal.) | Excessive oil consumption defect class action. | Co-Lead Counsel |
| *Rodriguez v. Universal Property & Casualty Insurance Co.*, No. 16-cv-60442 (S.D. Fla.) | Class action on behalf of more than 600,000 consumers related to website security issue; settlement approved in July 2017. | Co-Lead Counsel |
| *State of New Mexico, ex rel. Hector H. Balderas v. Volkswagen Group of America*, No. D-101-CV-2016-00131 (Santa Fe 1st Jud. Dist., N.M.) | Consumer protection lawsuit related to corporation's use of defeat device to circumvent state consumer and environmental laws. | Counsel by Special Commission |
| *In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation*, No. 15-md-2672 (N.D. Cal.) | Vehicle emissions/defeat device class action litigation resulting in over $16 billion in total settlements for consumers. | Plaintiffs' Steering Committee |
| *In re General Motors LLC Ignition Switch Litigation*, No. 14-md-2543 (S.D.N.Y.) | Ignition switch defect class action. | Executive Committee |

| | | |
|---|---|---|
| *In re Navistar MaxxForce Litigation*, No. 14-cv-10318 (N.D. Ill.) | Nationwide truck emissions control system defect class action; $135 million nationwide settlement. | Co-Lead Counsel |
| *In re Yahoo! Mail Litigation,* No. 13-cv-04980 (N.D. Cal.) | Class action regarding defendant's former practice of scanning incoming and outgoing mail for content; settlement approved August 2016. | Member of Co-Lead Team |
| *NCUA v. RBS Securities, Inc.*, No. 13-cv-6726 (S.D.N.Y.) | Securities litigation related to residential mortgage-backed securities; accepted offer of judgment for $129.6 million, plus fees | Represented Government Agency |
| *In re Adobe Systems, Inc. Privacy Litigation*, No. 13-cv-05226 (N.D. Cal.) | Data breach affecting 38 million customer accounts. | Executive Committee |
| *In re CSO Hedge Fund Litigation*, No. 12-cv-07717 (S.D.N.Y.) | Class action on behalf of hedge fund investors; $13.5 million settlement approved in January 2016. | Co-Lead Counsel |
| *CMFG Life Ins. Co. v. RBS Sec. Inc., No. 12-cv-037* (W.D. Wis.) | Securities litigation related to residential mortgage-backed securities; recovery amounts confidential. | Counsel for Large Wisconsin Corporation |
| *Roberts v. Electrolux Home Products, Inc.*, No. 12-cv-1644 (C.D. Cal.) | Defective dryer class action resulting in $35.5 million nationwide settlement. | Co-Lead Counsel |
| *In re Google, Inc. Cookie Placement Consumer Privacy Litigation*, No. 12-md-02358 (D. Del.) | Class action on behalf of Safari users whose privacy controls were circumvented by defendant; member of appellate team. | Plaintiffs' Steering Committee |
| *In re Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2284 (E.D. Pa.) | Tree and shrub damage from defective herbicide class action resulting in $550 million settlement. | Co-Lead Counsel |
| *In re Sony Gaming Networks and Customer Data Security Breach Litigation*, No. 11-md-02258 (S.D. Cal.) | Data breach case affecting 77 million accounts. | Co-Lead Counsel |
| *In re Michaels Stores Pin Pad Litigation*, No. 11-cv-3350 (N.D. Ill.) | Data breach lawsuit concerning compromised payment information. | Co-Lead Counsel |

| | | |
|---|---|---|
| *In re StarLink Corn Products Liability Litigation*, No. 01-md-1403 (N.D. Ill.) | Biotechnology class action concerning contamination of U.S. corn supply with unapproved genetically modified trait resulting in $110 million settlement. | Co-Lead Counsel |
| *In re Genetically Modified Rice Litigation*, No. 06-md-1811 (E.D. Mo.) | Biotechnology mass tort concerning contamination of U.S. rice supply resulting in aggregate settlements exceeding $1.1 billion. | Co-Lead Counsel |
| *In re Porsche Cars Plastic Coolant Tubes Litigation*, No. 11-md-2233 (S.D. Ohio) | Nationwide class action involving defective engine coolant tubes resulting in $45 million settlement. | Co-Lead Counsel |
| *In re: Reebok Easytone Litigation*, No. 10-CV-11977 (D. Mass.) | False advertising class action resulting in $25 million, non-reversionary settlement fund. | Class Counsel |
| *In re Pharmatrak, Inc. Privacy Litigation*, No. 00-cv-11672 (D. Mass.) | Internet privacy lawsuit related to collection of personal information without consent. | Co-Lead Counsel |
| *NCUA v. Barclays Capital, Inc.*, No. 13-cv-6727 (S.D.N.Y.) & No. 12-cv-1631 (D. Kan.) | Securities litigation related to residential mortgage-backed securities; settled for $325 million combined. | Represented Government Agency |
| *NCUA v. Wachovia Capital Markets LLC*, No. 13-cv-6719 (S.D.N.Y.) & No. 11-2649 (D. Kan.) | Securities litigation related to residential mortgage-backed securities; settled for $53 million combined. | Represented Government Agency |
| *NCUA v. Morgan Stanley & Co., Inc.*, No. 13-cv-6705 (S.D.N.Y.) & No. 13-cv-2418 (D. Kan.) | Securities litigation related to residential mortgage-backed securities; settled for $225 million combined. | Represented Government Agency |
| *NCUA v. RBS Securities, Inc., et al.*, No. 11-cv-2340 (D. Kan.) & No. 11-cv-5887 (C.D. Cal.) | Securities litigation related to residential mortgage-backed securities; settled for $1.1 billion. | Represented Government Agency |
| *Monsanto Co. v. Syngenta Seeds, Inc.*, No. 07-cv-543 (E.D. Mo) | Breach of licensing agreement related to access to Monsanto's newest patented soybean technology; resulted in favorable settlement agreement. | Represented Large Biotechnology Corporation |

| | | |
|---|---|---|
| *Gulf Power v. Peabody*, No. 06-cv-270 (N.D. Fla.) | Defending breach of coal supply agreement; tried to successful verdict. | Represented Large Energy Company |
| *Monsanto Co. v. Delta & Pine Land Company* | Confidential arbitration re licensing fees and obligations related Monsanto's patented cotton technology. | Represented Large Biotechnology Corporation |
| *Monsanto Co. v. Syngenta Seeds, Inc.*, No. 2107CC-01361 (Missouri State Court, St. Louis County) | Licensing dispute related to Monsanto's patented soybean technology; tried to successful verdict; received all remedies sought, including declaratory judgment and injunctive relief. | Represented Large Biotechnology Corporation |
| *Monsanto Co. v. Garst Seed Co.*, No. 2104CC-04999 (Missouri State Court – St. Louis County) | Breach of contract case.  Won summary judgment. | Represented Large Biotechnology Corporation |
| *In re DoubleClick, Inc. Privacy Litigation*, No. 00-cv-0641 (S.D.N.Y.) | Internet privacy class action. | Co-Lead Counsel |
| *Supnick v. Amazon.com, Inc.*, No. C00-0221P (W.D. Wash.) | Internet privacy lawsuit related to installation of tracking software. | Co-Lead Counsel |
| *Monsanto Co. v. E.I. du Pont De Nemours & Co. Inc.*, No. 00-cv-00952 (E.D. Mo.) | Patent infringement lawsuit; tried to successful $1 billion verdict, the fourth-largest patent-infringement jury verdict in U.S. history | Represented Large Biotechnology Corporation |

# Additional Members of the Firm

Our attorneys successfully try cases across the spectrum of privacy and data breach litigation, financial fraud and securities litigation, public litigation, class actions, defective drug and device cases, catastrophic injuries, and other areas of law.  The firm boasts an impressive roster of additional attorneys.



**Mark A. DiCello**
Partner

EMAIL:
madicello@dicellolevitt.com

EDUCATION
Cleveland-Marshall College of Law, J.D.

University of Dayton, B.A.

*One of the nation's leading plaintiffs' attorneys, Mark regularly acts as lead and co-lead counsel in major personal injury and mass tort actions, with substantial recoveries for victims of injustice.*

Mark DiCello has established a national practice representing victims ranging from individuals suffering catastrophic personal injuries to classes of plaintiffs affected by harmful medical devices, pharmaceutical products, chemicals, and automobiles. In recent years, he has been appointed co-lead counsel in massive multidistrict litigation involving defective pelvic mesh devices and was appointed to a plaintiffs' committee in a products liability litigation over metal hip implants, which ultimately led to over \$12 billion in settlements. Always seeking to improve his craft, he has completed the curriculum of the Trial Lawyers College.

Mr. DiCello holds leadership positions in the Association of Plaintiffs' Interstate Trucking Lawyers of America, as well as The National Trial Lawyers. Mark is frequently asked to speak to gatherings of trial lawyers, and has addressed national organizations on topics ranging from defective medical devices, medical malpractice, environmental catastrophes, and advanced trial skills.



**Adam J. Levitt**
Partner

EMAIL:
alevitt@dicellolevitt.com

EDUCATION
Northwestern University Pritzker School of Law, J.D.

*Adam operates one of the nation's leading commercial litigation practices, having achieved billions in recoveries for his clients.*

A founding partner of DiCello Levitt, Adam Levitt is one of the nation's leading advocates for plaintiffs in commercial litigation, class actions, mass torts, and public client cases.  He has extensive experience leading multidistrict and other nationwide complex litigation lawsuits, with a substantial focus on deceptive trade practices, insurance, financial fraud, sophisticated technology issues, and new approaches to compound legal issues.

A leader in the field of developing novel approaches to damages methodologies, Mr. Levitt has recovered billions of dollars for clients and class members.  As co-lead counsel in three of the largest biotechnology class actions in history, he recovered more than \$1.7 billion for class members: *In re Genetically Modified Rice Litig.* (E.D. Mo.) (securing settlements exceeding \$1.1 billion); *In re Imprelis Herbicide, Sales Practice and Products Liability Litig.* (E.D. Pa.) (\$550 million settlement); and *In re StarLink Corn Products Liability Litig.* (N.D. Ill.) (\$110 million settlement).  In those cases, Mr. Levitt devised the market loss damages model used in every similar case since

Columbia College, Columbia University, A.B., *magna cum laude*

*StarLink*.  His legal writing related to these novel theories and damages modeling earned Mr. Levitt the Burton Award for Finest Law Firm Writer (2017) and the American Agricultural Law Association's Professional Scholarship Award (2017).

Recognized as a "pioneer" in litigation involving complex technology issues by Judge James Ware, former Chief Judge of the United States District Court for the Northern District of California, Mr. Levitt has served in leadership roles in a variety of multidistrict class action cases related to sophisticated frauds committed through the use of technology.  For example, Mr. Levitt was recently appointed to the Plaintiffs' Steering Committee in the nationwide class action against Intel Corp. related to security vulnerabilities in the company's ubiquitous CPUs.  *In re: Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation* (D. Or.).

Nationally recognized as an authority on class action litigation, Mr. Levitt is the President of Class Action Trial Lawyers, an elected member of the American Law Institute and the Economic Club of Chicago and serves on advisory boards for the Duke Law Center for Judicial Studies, the American Constitution Society, and the Institute for Consumer Antitrust Studies. He has testified before the Illinois Supreme Court Rules Committee on class action practice and chairs an annual class action litigation conference in Chicago. Mr. Levitt has an "AV" rating from Martindale-Hubbell and has been named an Illinois Super Lawyer every year since 2012.



**Greg Gutzler**
Partner

EMAIL:
ggutzler@dicellolevitt.com

EDUCATION
University of Michigan Law School, J.D.

University of California, Berkeley, B.A.

***Greg is a well-respected litigator, having represented both corporate clients and consumers in the largest cases in the country.***

Mr. Gutzler is an experienced trial lawyer with a track record of results in high-stakes cases, handling all aspects of complex commercial litigation, including securities fraud, antitrust, Lanham Act, whistleblower, ERISA, RICO, patent infringement, breach of contract, unfair competition, and appraisal litigation.  Greg has litigated extensively on both the plaintiff and defense side, working at his own boutique firm, as well as one of the nation's most prestigious plaintiffs' firms, and before that, as a partner of an Am Law 100 defense firm.  Greg is a trusted advocate, chosen by clients when they need candid, creative, and aggressive approaches to create business solutions and decisive litigation successes.

Greg represents hedge funds, private equity funds, venture capitalists, individuals, companies, and governmental entities in complex lawsuits in federal and state court, and arbitration, across the United States and internationally.  Greg currently represents a series of hedge funds and private equity investors in multiple commercial arbitrations in the finance sectors, involving damages in the billions.



**Amy Keller**
Partner

EMAIL:
akeller@dicellolevitt.com

EDUCATION
The John Marshall Law School
(n/k/a The University of Illinois at
Chicago School of Law), J.D.

*The John Marshall Law Review*,
Administrative Editor (vol. 41)

University of Michigan, B.A.

*Amy Keller has built a national reputation as a zealous consumer advocate, directing litigation strategy in nationwide class actions.*

Amy Keller has experience successfully litigating a variety of complex litigation cases in leadership positions across the United States at the district, appellate, and Supreme Court levels. As the Firm's technology practice Chair, Ms. Keller is the youngest woman ever appointed to serve as co-lead class counsel in a nationwide class action. In the multidistrict litigation pending against Equifax related to its 2017 data breach, Ms. Keller represents nearly 150 million class members and helped to secure a $1.5-billion settlement, working alongside state and federal regulators to enact business practice changes. *In re Equifax, Inc. Customer Data Security Breach Litig.*, No. 17-md-02800 (N.D. Ga.). In another case, Ms. Keller represents nearly 300 million consumers. *In re Marriott International, Inc. Customer Data Security Breach Litig.*, No. 19-md-02879 (D. Md.). She is presently co-leading three other MDLs, including two other data breach and privacy cases.

Ms. Keller is a member of the American Law Institute, is recognized by Illinois Super Lawyers as a "Rising Star," and is a board member and Executive Committee member of the Public Justice Foundation. She is a Steering Committee member of the Sedona Conference's Working Group 11, which focuses on litigation issues surrounding technology, privacy, and data security.

Ms. Keller is a *National Law Journal* Plaintiff Trailblazer, and was named a "Top 40 Under 40" trial lawyer in Illinois by National Trial Lawyers. She is also on the Chicago Bar Association's annual Bar Show production team, now in its 98th year, and is the President of the Chicago Art Deco Society, where she has been recognized for her leadership in landmark preservation efforts.



**Robert F. DiCello**
Partner

EMAIL:
rfdicello@dicellolevitt.com

EDUCATION
Cleveland-Marshall College of Law,
J.D.

*A powerful storyteller and trial lawyer, Robert has earned multi-million-dollar recoveries for victims.*

Mr. DiCello has extensive experience advocating for clients in mass tort and class action litigation, in addition to maintaining a growing practice focused on curbing police misconduct, government abuse, and catastrophic injury. He represents victims of police abuse around the country, earning jury verdicts of $22 million in 2016, $8.7 million in 2017, and $50 million in 2019 (recently affirmed) for various cases involving police misconduct. A powerful storyteller before juries, he also frequently represents clients before appellate courts.

Working in the largest prosecutor's office in the country out of law school—the Cuyahoga County Prosecutor's Office—Mr. DiCello rose to manage as many as eight prosecutors in four different courts. During that time, he tried more than 40 jury trials, involving major felonies from financial crimes to violent crimes to drug offenses.

He received a master's degree in music from Northwestern University, and his law degree from Cleveland-Marshall College of Law, where he served as

Northwestern University, M.A.

University of Dayton, B.A.



**Kenneth P. Abbarno**
Partner

EMAIL:
kabbarno@dicellolevitt.com

EDUCATION
Cleveland-Marshall College of Law,
J.D.

Canisius College, B.A.



**F. Franklin Amanat**
Partner

EMAIL:
dfamanat@dicellolevitt.com

EDUCATION
Harvard Law School, J.D. *cum laude*

University of Pennsylvania, B.A.
*summa cum laude*

Editor, *The Harvard Law Review*,
Volumes 103-04

Editor-in-Chief of *The Cleveland State Law Review*.  In 2014, he attended and completed the curriculum of the Trial Lawyer's College.

***Kenneth has led multiple million-dollar trials involving medical malpractice, products liability, and transportation claims.***

Ken Abbarno's practice includes a wide range of civil litigation including, but not limited to, catastrophic injury cases (wrongful death, medical malpractice, birth/brain injury and nursing home negligence), transportation industry litigation, toxic torts, products liability, professional liability, employer intentional tort, and other complex litigation. Ken has tried well over 50 civil lawsuits, handling cases in Ohio, Illinois, Pennsylvania, West Virginia, Virginia, Kentucky, Indiana and New York. With over 25 years of experience in handling catastrophic injury claims, Ken has been involved in multiple million-dollar damage trials, over a hundred cases with exposure in excess of $1 million.

Ken has been selected as an Ohio Super Lawyer from 2010 to 2019, named Inside Business Leading Lawyer, Transportation Lawyer of Year in Cleveland and The Best Lawyers in America. Ken has a Superb Avvo rating of 10 out of 10.

***Frank Amanat has almost three decades of litigation expertise, shepherding the largest single recovery the Department of Justice has ever obtained in a civil penalty action under FIRREA.***

Frank Amanat is a veteran litigator with over 29 years of experience in a broad range of complex legal matters, with particular expertise in areas of constitutional and administrative law, as well as class action litigation, financial fraud, regulatory fraud, health care fraud, pharmaceutical litigation, False Claims Act litigation, civil rights, bankruptcy, and immigration. He regularly addresses legal issues of considerable complexity and importance, and litigates significant questions of constitutional, statutory, and common law.  He specializes in representing victims of fraudulent and illegal conduct, as well as whistleblowers, governmental entities, and other plaintiffs, in a wide range of complex litigation, including class actions and multidistrict litigation, focusing on financial and securities fraud, health care fraud, civil rights, mass torts, and other commercial litigation.

Prior to joining DiCello Levitt Gutzler, Frank spent 24 years at the Department of Justice, including more than two decades as an Assistant United States Attorney and then Senior Counsel at the U.S. Attorney's Office for the Eastern District of New York (Brooklyn), plus stints at the Office of Legal Policy and the Office of Immigration Litigation. From 2013 to 2018, Frank served as lead counsel for the Government in the successful investigation and prosecution of Barclays Bank and two of its former executives for fraud in connection with the sale of residential mortgage-backed securities (RMBS); the $2 billion settlement, reached in early 2018, is the largest single recovery the

Department of Justice has ever obtained in a civil penalty action filed under FIRREA.



**Bruce D. Bernstein**
Partner

EMAIL:
bbernstein@dicellolevitt.com

EDUCATION
The George Washington University Law School, J.D.

University of Vermont, B.S., *summa cum laude*

***Bruce Bernstein has successfully handled a wide range of commercial litigation including suits at all levels, including before the U.S. Supreme Court.***

As a Trial Attorney in the Civil Fraud Section of the U.S. Department of Justice, Bruce investigated, litigated, and resolved complex qui tam actions asserting claims under the False Claims Act.  In addition, on behalf of the United States, he oversaw the litigation of a large action, pending in Germany, asserting securities fraud-type claims against a multinational automobile manufacturer, which was brought to recover losses incurred by the Federal Thrift Savings Plan, one of the largest defined contribution plans in the world.  In private practice, he successfully litigated some of the largest securities fraud actions ever filed.  Bruce was a pivotal member of the team that secured significant decisions from the Third Circuit and U.S. Supreme Court in the securities class action against Merck & Co., Inc., which arose out of Merck's alleged misrepresentations about the cardiovascular safety of its painkiller drug Vioxx.  That action was ultimately resolved for more than $1 billion, which at the time of its resolution, was the largest securities recovery ever achieved on behalf of investors against a pharmaceutical company.



**Daniel R. Ferri**
Partner

EMAIL:
dferri@dicellolevitt.com

EDUCATION
University of Illinois College of Law, J.D., *magna cum laude*

New York University, B.A., *cum laude*

***Daniel litigates consumer class actions, public client cases, and other complex commercial lawsuits.***

Mr. Ferri represents clients in a wide array of matters, litigating contract, patent, trade secret, copyright and antitrust disputes in federal and state courts throughout the country.  He currently serves as appointed counsel for the State of New Mexico in a variety of matters, enforcing the State's unfair practices act, and also represents individuals in multi-state class actions involving consumer fraud, breach of warranty, and violations of ERISA and RICO.

An experienced litigator in technology issues, Mr. Ferri has represented plaintiffs asserting class claims against Volkswagen arising from the carmaker's "defeat devices" to evade federal and statewide emissions standards.  He has also represented inventors and companies in intellectual property disputes throughout the country, acknowledging the importance of a trade secrets to advancing a business's interests and growing.  *See, e.g., Research Frontiers Inc. v. E Ink Corp.*, Case No. 13-cv-01231 (D. Del.) and *Cascades Computer Innovation LLC v. RPX Corp.*, No. 12-cv-01143 (N.D. Cal.).

A thoughtful contributor to the bar's ongoing discussion of important legal issues, Mr. Ferri frequently offers legal analysis to fellow practitioners seeking clarity on complex subjects.  Mr. Ferri is a volunteer with the Chicago Lawyers Committee for Human Rights.



**Daniel R. Flynn**
Partner

EMAIL:
dflynn@dicellolevitt.com

EDUCATION
Indiana University Maurer
School of Law, J.D., *cum laude*

Illinois Wesleyan University,
B.A.

*Dan has dedicated his career to protecting the environment and ensuring that people are afforded a safe and healthful place to work.*

Dan's work includes the representation of governmental entities, individual consumers, and corporate clients—all with one primary goal in mind: ensuring the protection of human health and the environment.  His stewardship ensures not only that polluters be held responsible for contamination and clean-up, but that corporate entities understand their responsibilities under state and federal environmental laws.  As a result of Dan's advocacy in counseling clients on compliance, his corporate clients lead their respective industries in environmental stewardship efforts under a number of rules and regulations including the Clean Water Act (CWA), the Clean Air Act (CAA), the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA), the Emergency Planning and Community Right-to-Know Act (EPCRA), and the Resource Conservation and Recovery Act (RCRA).  Most recently, Dan joined a team of other DiCello Levitt attorneys and appointed Special Assistant Attorneys General to file lawsuits against polluters in the State of Michigan, seeking to hold them responsible for contaminating the environment with poly- and perfluoroalkyl chemicals, sometimes referred to as "forever chemicals."



**Chris Stombaugh**
Partner

EMAIL:
cstombaugh@dicellolevitt.com

EDUCATION
Drake University School of Law,
J.D., *with honors*

University of Wisconsin, B.A.

*Chris uses a multidisciplinary approach to trial advocacy through the use of cognitive neuroscience.*

Mr. Stombaugh concentrates his practice in the areas of personal injury, wrongful death, medical negligence and product liability. He has been a consistent thought leader on applying cognitive neuroscience techniques to trial advocacy as a trial lawyer and as a frequent instructor to other trial lawyers trial lawyers for most of his 25-year career.

His expertise has led to several record setting jury verdicts, often seven and eight figures. The Wisconsin native's professional passion is to empower deserving people to have their stories heard and cared about by juries in courtrooms across America.

A member of the Wisconsin Association for Justice since 1997, Mr. Stombaugh served as the organization's President for the 2014 term. He is also a member of the Iowa Association for Justice as well as the American Association for Justice. He has been chosen as a Wisconsin Super Lawyer every year since 2010 and has a 10/10 Avvo Rating. He speaks regularly to state bar and trial lawyer associations nationwide on modern and effective trial advocacy.



**John E. Tangren**
Partner

EMAIL:
jtangren@dicellolevitt.com

EDUCATION
University of Chicago Law School,
J.D.

University of Chicago, B.A.

*John has gained widespread recognition as an extraordinary attorney with particular success in nationwide consumer and antitrust class actions.*

John Tangren maintains a national practice in consumer class action litigation, with vast experience in the field of automotive defect litigation. Mr. Tangren—who has spent the last decade advocating for plaintiffs—is presently leading DiCello Levitt's efforts in several nationwide class cases, including *Sloan v. Gen. Motors LLC* (N.D. Cal.) and *In re Polaris Mktg., Sales Practices, and Prods. Liab. Litig.* (D. Minn.).

Mr. Tangren has also successfully represented consumer plaintiffs on the appellate level. He played a significant role in the briefing for two impactful Seventh Circuit decisions in the class action field: *Messner v. Northshore University HealthSystem*, 669 F.3d 802 (7th Cir. 2012), which reversed the district court's denial of class certification and has been cited in over 400 cases since then for its guidance regarding class certification; and *In re Text Messaging Antitrust Litigation*, 630 F.3d 622 (7th Cir. 2010), which was decided on the briefs in an opinion written by Judge Posner. In both cases, Mr. Tangren crafted successful narratives regarding highly technical facts (in the health care and cellular services contexts) and applied them to complex areas of law (the sufficiency of complaint allegations and class certification showings) in such a way as to demonstrate to the appeals court why the consumer plaintiffs should carry the day.



**Diandra "Fu" Debrosse
Zimmermann**
Partner

EMAIL:
fu@dicellolevitt.com

EDUCATION
Case Western Reserve University
School of Law, J.D.

City College of the City University
of New York, B.A., *summa cum
laude*

*Fu fights for those who have been wronged—whether an individual or public entity—and over her career has recovered hundreds of millions for those impacted.*

Diandra ("Fu") Debrosse Zimmermann represents people and public entities who have been injured by wrongful conduct, whether as a result of a defective medical device or drug, environmental contamination, or civil rights abuses. She has been nationally recognized throughout her career for having successfully litigated mass tort, class action, product liability, discrimination, and civil sexual assault claims. She presently serves on the executive committee representing farmers and other individuals injured by Paraquat, a powerful chemical that has been tied to Parkinson's. *In re Paraquat Prods. Liab. Litig.*, No. 21-md-03004 (S.D. Ill.). Earlier in her career, Zimmermann represented dozens of cities and counties in Alabama, Georgia, and Mississippi against opioid manufacturers and distributors. She has also recovered more than $30 million in damages for victims of catastrophic personal injury, product liability, employment discrimination, and civil sexual assault claims.

Fu is a member of the firm's public client, environmental, mass tort, and civil rights practice groups. She has earned several accolades over the course of her career, including her inclusion in The National Trial Lawyers: Top 100, and selected as a Top Woman Attorney by B-Metro magazine. Fu is fluent in French, Spanish, and Haitian Creole.



**Mark M. Abramowitz**
Senior Counsel

EMAIL:
mabramowitz@dicellolevitt.com

EDUCATION
The University of Toledo College of Law, J.D.

University of Guelph, B.A.

*Mark is an emerging leader in national mass tort and technology litigation.*

Mark M. Abramowitz has established a national profile in class action and mass tort litigation, having represented plaintiffs in actions involving automotive and Internet technology issues. He has been selected to serve on national discovery review teams and participated in national mediations, resolving hundreds of cases and distributing millions of dollars to clients injured by corporations. *See In re Imprelis Herbicide, Sales Practice and Products Liability Litig.* (E.D. Pa.).

Outside of his own cases, Mr. Abramowitz actively investigates ways to integrate technology into the practice of law. Regularly consulted on cloud-based systems, discovery technology, the Internet of Things, and litigation concerning the storage and security of data, Mr. Abramowitz is developing a reputation as an authority on computing issues. *See Electronics in the Courtroom*, 29th Annual accredited CLE (2016); *How to manage a mass tort inventory*, OAJ Annual Convention (2015); *Professional Conduct – efiling*, 27th Annual CLE Update (2014); *Marketing & Electronic Communications*, 26th Annual Accredited CLE (2013).

More recently, Mr. Abramowitz has been a member of the Sedona Conference and has been selected to participate in their drafting of a Biometric Privacy Primer for the Data Security and Privacy Liability working group.



**Mark Hamill**
Senior Counsel

EMAIL:
mhamill@dicellolevitt.com

EDUCATION
University of Illinois College of Law, J.D., *magna cum laude*

New York University, B.A., *cum laude*

*Mark represents plaintiffs in all aspects of direct and class actions.*

Mr. Hamill concentrates on commercial, antitrust, securities, and consumer cases, often taking a lead role with expert witnesses in finance, accounting, and economics topics. He also serves as eDiscovery counsel in many of his cases, leveraging his depth of experience in this area as an attorney, and as an eDiscovery project manager serving Fortune 500 and major accounting firm clients in large-scale, high intensity projects.

Prior to joining the firm, Mr. Hamill represented Direct Action Purchaser plaintiffs in antitrust cases, advancing their interests and coordinating with counsel in parallel actions. He also represented shareholders in securities class actions at a securities boutique firm in New York, including a Chinese reverse merger case where his deposition and class certification work were instrumental to achieving a favorable settlement for the class.

Before taking on eDiscovery projects and plaintiff representations, Mr. Hamill practiced law with some of Chicago's most prominent firms, where he served on trial and arbitration hearing teams in antitrust and accounting cases.



**Laura Reasons**
Senior Counsel

EMAIL:
mlreasons@dicellolevitt.com

EDUCATION
Chicago-Kent College of Law, J.D.
*Order of the Coif*

Washington University in St. Louis,
B.A.

*Laura has over a decade of experience as a labor and employment attorney in matters ranging from workplace discrimination matters to counseling on compliance and best practices.*

Previously representing companies in collective and class action lawsuits under the Fair Labor Standards Act and state wage and hour laws, Ms. Reasons' experience spans multiple industries, including healthcare and hospitality. Now, as a plaintiffs' attorney, Ms. Reasons' experience has given her a unique perspective that translates well into pursuing justice for individual claimants.

Before joining private practice, Ms. Reasons served as a judicial extern to the Honorable George W. Lindberg of the Northern District of Illinois. She also has a history of performing pro bono work and community service. Throughout her career, she has served as a Public Interest Law Initiative (PILI) fellow at Domestic Violence Legal Clinic, having previously served on the organization's young professionals board. She has also represented individuals in immigration cases pro bono, including asylum seekers who were persecuted in their home countries for their sexual orientation and political party affiliation, DACA applicants, and incarcerated individuals.



**Justin S. Abbarno**
Associate

EMAIL:
jabbarno@dicellolevitt.com

EDUCATION
The Ohio State University Moritz College of Law, J.D.

The University of Dayton, B.A.,
*summa cum laude*

*Justin believes solving a client's problem begins with the ability to actively listen and engage with their experience.*

Justin Abbarno is an aggressive, creative, results-oriented trial lawyer whose practice focuses primarily on medical negligence, personal injury, and sexual assault cases. He is steadfast in his devotion to seeking justice and works to hold individuals and businesses accountable for the harms that his clients have suffered.

During law school, Justin was a key member of The Ohio State University's award-winning Moritz College of Law's Mock Trial Team. He also received the Michael F. Colley Award, as a top mock trial performer in the 2020 graduating class and was named "Best Attorney" during the 2019 Ohio Attorney General's Mock Trial Competition. Prior to law school, Justin graduated from the University of Dayton, *summa cum laude*, where he was elected to serve the undergraduate student body as a Representative for the UD Student Government Association. Justin was also a member of UD's NCAA Division 1 FCS Football program and was named to the Pioneer Football League's All-Academic Team.



**Eli Hare**
Associate

EMAIL:
ehare@dicellolevitt.com

EDUCATION
Tulane University School of Law, J.D.

University of Alabama, University Honors College, *cum laude*

***Eli litigates complex commercial, environmental, and civil rights cases and has represented public entities involving multi-billion dollar contractual disputes.***

Eli Hare is a trial lawyer with experience litigating complex commercial, environmental, and white-collar criminal cases, Jones Act admiralty claims, and financial services matters in state and federal courts across the southeast. Eli represents individuals, businesses, and municipalities and has represented public entities in complex litigation involving multi-billion dollar contractual disputes.

Prior to joining DiCello Levitt, Eli worked with a prominent national plaintiff's firm where he represented individuals injured by wrongful conduct, environmental contamination, and civil right abuses. He also previously worked at a large regional defense firm where he represented businesses, municipalities, and nonprofit organizations through all stages of litigation. Prior to commencing his legal practice, Eli served as a judicial extern to a federal judge in the Northern District of Alabama.



**Sharon Cruz**
Associate

EMAIL:
scruz@dicellolevitt.com

EDUCATION
Indiana University Robert H. McKinney School of Law, J.D.

Indiana University-Purdue University at Indianapolis, B.A.

***Sharon is a seasoned criminal prosecutor and investigator specializing in privacy compliance, data management, and cybercrimes.***

Sharon Cruz is an associate in DiCello Levitt's Chicago office. She has issued and enforced hundreds of subpoenas to Facebook, Google, and other major corporations in her cybercriminal investigations. Her expertise in prosecuting Internet crimes is buttressed by years of experience in the tech field, helping her educate stakeholders, law enforcement officers, and healthcare providers on cyber safety, blockchain technology, and the dark web.

In her previous position as Assistant Attorney General for the State of Illinois's High Tech Crimes Bureau, Sharon played a pivotal role in task forces aimed at combatting human trafficking. She has prosecuted numerous child sexual exploitation cases and argued precedent-setting points of tech privacy law as it intersects with criminal activity. As a Cook County Assistant State's Attorney, she tried hundreds of assault, sexual assault, theft, and DUI trials to verdict as first chair.

Sharon's portfolio of expertise also includes prosecuting environmental crimes. As Lead Counsel for Illinois in two state environmental investigations, she secured substantial fines for the State and Illinois citizens.



**Megan McKenzie**
Associate

EMAIL:
mmckenzie@dicellolevitt.com

EDUCATION
Georgetown University Law
Center, J.D.

Harvard College, B.A

*Megan represents people and businesses fighting to correct injury and holding corporations and individual actors alike accountable for their misconduct.*

Megan McKenzie is a litigator with experience in the public and private sectors, including government enforcement investigations, private fiduciary and securities actions, partnership disputes, and reputational matters. She combines this breadth of perspective with her creativity and determination to understand client needs and goals and ultimately get results.
Her practice focuses on complex civil litigation, white-collar crime, and defamation actions. She also works tirelessly to secure justice for victims of sex trafficking and sexual abuse. In addition, Megan has a passion for constitutional law, specifically First Amendment speech and Fourth Amendment privacy issues.

During law school, she worked with the SEC's Enforcement Division as well as with a copyright collective management organization. Prior to law school, Megan worked at the U.S. Attorney's Office for the Eastern District of New York to help secure a $2 billion settlement against Barclays related to the 2008 financial crisis and residential mortgage backed securities



**Adam Prom**
Associate

EMAIL:
aprom@dicellolevitt.com

EDUCATION
The University of Texas Law
School, J.D.

Marquette University, B.A

*Adam Prom employs his skills as a trial attorney to achieve favorable results for his clients.*

Beyond his frequent trial work in the Circuit Court of Cook County, Law Division, Adam Prom's practice is focused on representing plaintiffs in complex litigation in federal courts across the United States.

He has been deeply involved in nationwide class actions regarding the use of sophisticated damages modeling in consumer product and vehicle defect lawsuits, where he played a key role in motion practice regarding plaintiffs' expert witnesses, class certification, and summary judgment. *See, e.g., Elward, et al. v. Electrolux Home Products, Inc.* (N.D. Ill.); *Ryseweyk, et al. v. Sears Holdings Corp., et al.* (N.D. Ill.); and *Catalano, et al. v. BMW of North America, et al.* (S.D.N.Y.) (resulted in nationwide settlement). He also represented plaintiffs in an ERISA class action concerning misclassification of insurance agents. *Jammal, et al. v. American Family Ins. Group, et al.* (N.D. Ohio).

Mr. Prom has demonstrated a commitment to serving underrepresented communities, volunteering as a mentor for high school students at the Legal Prep Charter Academy, a free, open-enrollment public high school in the West Garfield Park neighborhood of Chicago.

Prior to joining DiCello Levitt, Mr. Prom served as a judicial extern to a federal judge in the Northern District of Illinois and a federal magistrate judge in the Eastern District of Wisconsin.



**Peter Soldato**
Associate

EMAIL:
psoldato@dicellolevitt.com

EDUCATION
University of Chicago Law School,
J.D.

Butler University, B.A

*Peter Soldato is a skilled trial attorney, representing a wide range of clients seeking justice.*

A steadfast trial lawyer, Peter has extensive experience advocating for clients in high-stakes courtroom settings.  He began his career in the public sector, prosecuting cases on behalf of the government, and then representing individuals against the government. He leverages this experience—having tried more than 35 cases to a jury—in order to protect the interests of individuals, businesses, and public entities in a wide range of disputes.

Peter prides himself on applying the most advanced methods of trial advocacy in arguing a client's case to judge or jury.  As a graduate of the Trial Lawyer's College, Peter employs focus group analysis and an in-depth understanding of cognitive neuroscience in advocating effectively on behalf of clients.

Outside of the office, Peter dedicates his time teaching the art of trial advocacy and communication to future generations of trial lawyers, working previously with the Indiana Bar Foundation, and now the Ohio Center for Law-Related Education.



**James Ulwick**
Associate

EMAIL:
julwick@dicellolevitt.com

EDUCATION
Loyola University Chicago, J.D., *cum laude*

Kenyon College, B.A.

*Previously representing insurance companies, James brings his experience to help consumers navigate complex litigation against corporate tortfeasors.*

James Ulwick is an associate in DiCello Levitt's Chicago office with experience litigating complex commercial cases and actions involving serious injuries. He represents individuals, businesses, and public entities in a wide range of disputes, protecting their interests in state and federal courts across the country.

Prior to joining the firm, James was an insurance defense attorney, representing individuals, corporations, and local municipalities through all stages of litigation.  He has successfully argued for the dismissal of several suits, including their subsequent appeals in multiple state courts of appeal, and has successfully obtained favorable resolutions for his clients through dispositive motions, mediation, and settlement.

James joined the firm because he wanted to pivot his focus from defending insurance companies to protecting consumers and those injured by corporate malfeasance.  He is presently assisting on a number of technology-related cases for the firm, helping to interpret complex issues concerning insurance coverage in addition to briefing and discovery matters.

Outside of the office, James has focused on assisting in the development of the next generation of trial and appellate litigators by coaching the Loyola University Chicago National Health Law Moot Court Team.

# Our Work

## CLASS ACTION & MULTIDISTRICT LITIGATION

The attorneys at DiCello Levitt are a dedicated group of individuals who have broad experience representing consumers, patients, small business owners, and other individuals seeking to hold companies responsible for putting profits over safety, and obfuscation over transparency.  We have been repeatedly recognized as one of the top plaintiffs'-side trial and litigation firms in the U.S. because of our vigorous pursuit of justice for our clients, routinely securing "best-in-class" results, either through settlements or, more than most firms, by winning at trial.

**Areas of Concentration**

- Antitrust
- Environmental
- Financial Services
- Products Liability
- Securities
- Technology & Cybersecurity
- Toxic Substances

### 300M Customers' Data Breached

Partner Amy Keller was appointed as Co-Lead Counsel in this nationwide class action lawsuit, in which more than 300 million people whose personal information was exposed in a four-year long data breach of a guest reservation database.

*In re Marriott International, Inc., Customer Data Sec. Breach Litig.*, MDL No. 2879 (D. Md.)

### $52 Million for Small Businesses in Card Processing Fee Class Action

Mike Bowers, Georgia's former Attorney General, characterized a settlement obtained by DiCello Levitt partners Adam Levitt and Amy Keller on behalf of small business owners against a major credit card processor as a "work of art," and "one of the best pieces of legal work I have ever observed."

*Champs Sports Bar & Grill v. Mercury Payment Systems, LLC*, No. 16-cv-00012 (N.D. Ga)

### Landmark Appellate Court Victory That May Shape the Future of Privacy Litigation

Representing consumers who used the Facebook social networking platform, firm partner David Straite achieved a landmark victory in the Ninth Circuit when it recognized that Facebook's monetization of improperly-collected user data can constitute an economic injury, and that plaintiffs' plausibly alleged wiretap claims against the technology giant.

*In re Facebook, Inc. Internet Tracking Litig.*, 956 F.3d 589 (9th Cir. 2020), *cert. denied* 141 S. Ct. 1684 (2021).

## PUBLIC CLIENT

DiCello Levitt's public client litigation team regularly delivers best-in-class results for    the states, cities, and other municipalities that it represents. Our team has represented, and is presently representing, its public clients in a wide range of front-page litigation, including against  Volkswagen  for its diesel emissions fraud scandal, against Takata and various auto manufacturers  for  misrepresentations  and  omissions  relating  to  dangerously  defective airbags, and against nearly two dozen chemical manufacturers relating to their production, sale, and use of deadly PFAS and AFFF chemicals—perhaps the widest ranging and most serious environmental litigation in recent U.S. history.

### Top-Dollar Award on Per-Vehicle Basis for State AG Client

In  a  product  liability  and  false  advertising lawsuit  against  several  major  automobile manufacturers, DiCello Levitt, after years of aggressive litigation, obtained a settlement for one of its state clients    for almost 400% more, on a per-vehicle basis, than a multistate group obtained and for almost 200% more than the next closest state engaged in private litigation obtained from those same defendants.

> *State of New Mexico, ex rel. Hector H. Balderas v. Volkswagen Group of America, Inc., et al.*, No. D-101-CV-2016-00131 (Santa Fe Cty.)

### Multi-Million Dollar Award to State of New Mexico for Airbag Safety Violation

DiCello Levitt represents the State of New Mexico in litigation against Honda and other automobile manufacturers who sold vehicles with dangerous Takata airbag inflators in the state, successfully resulting  in  settlements  of  millions  of  dollars for  the  benefit  of  the  state—including  one settlement  that  was  600%  higher,  on  a  per-vehicle basis, than a multistate group was able to obtain.

> *State of New Mexico v. Takata Corporation, et al.*, No. D-101-CV-2017-00176 (Santa Fe Cty.)

## COMMERCIAL LITIGATION

DiCello Levitt harnesses its distinctive capabilities in "bet-the-company" litigation and trial practice to formulate and implement effective litigation strategies for corporations, investment funds, and individuals with substantial economic loss claims. From high- profile contract disputes in the airline industry and other sectors, to massive securities and financial services cases, to lawsuits for egregious market manipulation, we stand out among law firms for our willingness to take on financial risk and venture cases with our clients as we obtain justice for them.

# Landmark Cases

## THE LARGEST CONSUMER DATA BREACH SETTLEMENT IN HISTORY

DiCello Levitt partner Amy Keller became the youngest woman ever appointed to lead a nationwide multidistrict litigation in the massive Equifax data breach, which exposed the sensitive personal information of nearly 150 million consumers. Included in the settlement were a cash fund of up to $505 million, a commitment from Equifax to invest $1 billion in security changes, and a guarantee that Equifax would cover credit monitoring for every single class member.

*In re Equifax, Inc. Customer Data Security Breach Litigation*, MDL No. 2800 (N.D. Ga.)

## GROUNDBREAKING SUCCESS IN DEFECTIVE DIESEL ENGINES

DiCello Levitt attorneys Adam Levitt, John Tangren, Amy Keller, and Adam Prom served as Co-Lead Counsel in the high-profile class action litigation against Navistar. The firm helped a class of truck consumers reach a $135 million settlement to resolve multidistrict litigation in Illinois federal court, alleging the company knowingly sold defective diesel engines. Per the settlement,  class members were able to choose a "no questions asked" cash payment of up to $2,500 per truck;  a  $10,000 rebate off of the best negotiated purchase price of a new truck; or provable out-of-pocket damages of up to $15,000 per truck.

*In re Navistar MaxxForce Engines Marketing, Sales Practices and Products Liability Litigation*, No. 14-cv-10318 (N.D. Ill.)

## ONE OF THE MOST SIGNIFICANT CIVIL RIGHTS VERDICTS IN HISTORY

DiCello Levitt attorneys Robert F. "Bobby" DiCello, Mark DiCello, and Justin Hawal achieved one of the most significant civil rights verdicts in history when a jury awarded firm client, Arnold Black, $50 million in a case against the City of East Cleveland, in a lawsuit involving brazen police misconduct after officers detained, beat, and imprisoned him for four days after a routine traffic stop—a verdict that has been affirmed by the Ohio Court of Appeals and for which the Ohio Supreme Court has declined further review.

*Black v. Hicks*, No. CV-14-826010 (Ohio C.P., Cuyahoga Cty.)

## THE MOST IMPORTANT ENVIRONMENTAL LITIGATION OF OUR TIME

DiCello Levitt's environmental litigation team has been retained by several states to investigate and litigate those states' claims regarding widespread pollution from a group of contaminants known as   PFAS (per- and polyfluoroalkyl substances). This group of ubiquitous and harmful contaminants has  been used in thousands of applications globally, including well-known consumer goods such as Teflon  and Scotchgard, a multitude of industrial applications, and certain fire-fighting foams (AFFF). DiCello  Levitt's  litigation  efforts seek to hold some of the largest chemical companies in the world accountable for their culpable conduct and to recover on behalf of its state clients the funds and resources   necessary to address contamination caused by PFAS and AFFF contaminants and protect public health, natural resources, and the environment.





## DLG CARES

In 2021, DiCello Levitt Gutzler launched DLG Cares, a charitable foundation dedicated to providing increased access to justice in the U.S. and around the world. DLG Cares partners with nonprofits whose work is focused on increasing legal services to the underserved through meaningful financial contributions and educational efforts.

DLG Cares' first partner is Justice Defenders, a nonprofit organization that provides legal education programs to prisoners in Kenya and Uganda to create greater access to justice in their communities.  Thorough a substantial, multi-year commitment to Justice Defenders, the firm hopes to facilitate and enhance their efforts and improve the lives of those imprisoned in African countries.

## THE DICELLO LEVITT TRIAL ADVOCACY CENTER

One of our firm's proudest innovations is the DiCello Levitt Trial Advocacy Center. Litigation firms are common in the U.S., but DiCello Levitt is a trial firm. We approach client cases from a trial-first perspective, identifying and analyzing critical issues at all stages of a litigation, enabling us to fine-tune our approach, mobilize our team, engage the right resources, and dictate the path to victory in each of our cases.

We created the Trial Center to address how the digital universe has reshaped the way people process information, how today's jurors make decisions, and what truly motivates them at their core. Using a proprietary system, we survey, test, intuit, and then re-test to grasp the nuances of a jury's mindset; pursuing the truth with a scientific focus on what persuades, what connects, and what wins.

**Birmingham**
T:  205-855-5700

**New York**
T:  646-933-1000

**Chicago**
T: 312-214-7900

**St. Louis**
T:  314-332-1500

**Cleveland**
T:  440-953-8888

**Washington, DC**
T:  202-975-2288

**Detroit**
T:  313-488-0144

**DiCelloLevitt.com**

