UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-05146-LHK   (SVK)<br><br>**ORDER ON ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL SEAL**<br><br>Re: Dkt. Nos. 359, 360, 361 |

Before the Court are several administrative motions to file under seal materials associated with discovery disputes in this case. Dkt. 359, 360, 361; *see also* Dkt. 365.

Courts recognize a "general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Communs., Inc.*, 435 U.S. 589, 597 & n.7 (1978)). A request to seal court records therefore starts with a "strong presumption in favor of access." *Kamakana*, 447 F.3d at 1178 (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). The standard for overcoming the presumption of public access to court records depends on the purpose for which the records are filed with the court. A party seeking to seal court records relating to motions that are "more than tangentially related to the underlying cause of action" must demonstrate "compelling reasons" that support secrecy. *Ctr. For Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016). For records attached to motions that re "not related, or only tangentially related, to the merits of the case," the lower "good cause" standard of Rule 26(c) applies. *Id.*; *see also Kamakana*, 447 F.3d at 1179. A party moving to seal court records must also comply with the procedures established by Civil Local Rule 79-5.

1  Here, the "good cause" standard applies because the information the parties seek to seal
2  was submitted to the Court in connection with discovery-related motions, rather than a motion that
3  concerns the merits of the case. The Court may reach different conclusions regarding sealing
4  these documents under different standards or in a different context. Having considered the
5  motions to seal, supporting declarations, and the pleadings on file, and good cause appearing, the
6  Court **ORDERS** as follows:

### 1. Dkt. 359

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| October 20, 2021 Special Master's Report | GRANTED as to redacted portions at:<br><br>Page 5, line 10;<br><br>Exhibit A, Page 1, Column "Special Master's Order", lines 11-17; 19<br><br>Exhibit A, Page 3, Column "Special Master's Order", lines 15-16, 20, 38-41, 43 | Narrowly tailored to protect confidential and proprietary information regarding sensitive features of Google's internal systems and operations, including details about internal identifiers, projects, and data structures, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

### 2. Dkt. 360

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Plaintiffs' Objections to (and Motion to Modify) the Special Master's Sealed Recommendations and Order dated October 20, 2021 | GRANTED as to redacted portions at:<br><br>Page 2, Lines 8-11, 14-15, 27-28<br>Page 3, Lines 8, 11, 24, 26-27<br>Page 4, Lines 1-5, 8-9, 17, 20, 25-27<br>Page 5, Lines 11, 14 | Narrowly tailored to protect confidential and proprietary information regarding Google's internal systems and operations, including details related to the various types of identifiers, cookies, and projects Google uses internally and their proprietary functions. |

| | | | |
|---|---|---|---|
| Ex. A to Plaintiffs' Objections, the Declaration of Zubair Shafiq dated October 27, 2021 | GRANTED as to redacted portions at:<br><br>Page 3, Lines 8-9, 11-13, 15-24, 27-28;<br>Page 4, Lines 1-23;<br>Page 5, Lines 1-21;<br>Page 6, Lines 1-27;<br>Page 7, Lines 1-24, 26-27;<br>Page 8, Lines 2-22;<br>Page 9, Lines 1-10;<br>Page 10, Lines 1-28;<br>Page 11, Lines 1-6, 9-24;<br>Page 12, Lines 1-28;<br>Page 13, Lines 1-26;<br>Page 14, Lines 1-28 | | Narrowly tailored to protect confidential and proprietary information regarding Google's internal systems and operations, including details related to the various types of identifiers, cookies, and projects Google uses internally and their proprietary functions. |
| Ex. B to Plaintiffs' Objections, the Declaration of David Straite dated October 27, 2021 | GRANTED as to redacted portions at:<br><br>Page 1, Lines 1-5, 16-17, 26;<br>Page 2, Lines 16, 20-21, 24, 27-28;<br>Page 3, Lines 1, 7, 11-23, 25;<br>Page 4, Lines 3-4, 23, 26-28;<br>Page 5, Lines 1-6, 9, 14, 16, 17;<br>Page 6, Lines 2-4, 7-15, 17, 19-21, 24;<br>Page 7, Lines 2, 6, 9-10;<br>Page 8, Lines 2-3, 6-17, 22-23, 25;<br>Page 9, Lines 1, 7, 9, 13-14, 23, 27-28;<br>Page 10, Lines 2-3, 25;<br>Page 11, Line 18 | | Narrowly tailored to protect confidential and proprietary information regarding Google's internal systems and operations, including details related to the various types of identifiers, cookies, and projects Google uses internally and their proprietary functions. |

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Ex. C to Plaintiffs' Objections, GOOG-CALH-00027768 to GOOG-CALH-00027771 | GRANTED as to Entire Document | Contains confidential and proprietary information regarding Google's internal systems and operations, including details related to the various types of identifiers, cookies, and projects Google uses internally and their proprietary functions. |
| Proposed Order | GRANTED as to redacted portions at:<br><br>Page 4, Lines 9-15, 17, 24, 28;<br>Page 5, Lines 3, 5, 15;<br>Page 6, Lines 13-16, 19-23, 25;<br>Page 7, Lines 2, 5. | Narrowly tailored to protect confidential and proprietary information regarding Google's internal systems and operations, including details related to the various types of identifiers, cookies, and projects Google uses internally and their proprietary functions. |

3.  **Dkt. 361**

| Document Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Google's Responses and Objections to Special Master's Report and Orders on Referred Discovery Issues | GRANTED as to redacted portions at:<br><br>1:6; 1:9; 3:2-3; 3:5; 3:8-10; 3:13; 3:17-19; 4:4-6; 4:10; 4:20-21; 5:7-11; 5:13; 5:20-21 | Narrowly tailored to protect confidential and proprietary information regarding sensitive features of Google's internal systems and operations, including details related to various types of Google's internal identifiers, projects, data logs, and data structures related to its products and services, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit 1 | GRANTED as to the entire document | Contains confidential and proprietary information regarding sensitive features of Google's internal systems and operations, including details related to various types of Google's internal identifiers, projects, data logs, and data structures related to its products and services, that Google maintains as confidential in the ordinary course of its business and |

| | | | |
|---|---|---|---|
| | | | is not generally known to the public or Google's competitors. |
| | Exhibit 2 | GRANTED as to the entire document | Contains confidential and proprietary information regarding sensitive features of Google's internal systems and operations, including details related to Google's internal logs data and data usage policies, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| | Exhibit 3 | GRANTED as to the entire document | Contains confidential and proprietary information regarding sensitive features of Google's internal systems and operations, including details related to Google's internal identifiers and data usage policies, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| | Exhibit 4 | GRANTED as to the entire document | Contains confidential and proprietary information regarding sensitive features of Google's internal systems and operations, including details related to various types of Google's internal logs and their usage policies related to its products and services, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**SO ORDERED.**

Dated: November 12, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge