UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-05146-LHK (SVK)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR PROTECTIVE ORDER**<br><br>Re: Dkt. No. 350 |

The Court has evaluated the Parties' joint submission and exhibits regarding Plaintiffs' subpoena to non-party Ernst & Young ("E&Y"), the relevant Rules of Civil Procedure and the discovery history over which this Court has presided. The Court determines that this matter may be resolved without oral argument. Civil L.R. 7-1(b). Accordingly, the Court **ORDERS** as follows as to each of the requests for production set forth in Dkt. 352-4:

Request No. 1: Motion overruled.

Request No. 2: Motion overruled.

Request No. 3: Motion granted in part. The request is limited to E&Y documents sufficient to identify Google's average annual revenue per user in the relevant time period.

Request No. 4: Request is overbroad and not proportional to the needs of the case. Motion granted.

Request No. 5: Motion granted in part. The request is limited to E&Y policies, practices, guidelines and manuals from the relevant time period relating to the stated subject matter.

Request No. 6: Request is overbroad and not proportional to the needs of the case. Motion granted.

Request No. 7: Request is overbroad and not proportional to the needs of the case. Motion granted.

Request No. 8: Request is overbroad and not proportional to the needs of the case.  Motion granted.

Request No. 9:  Motion is granted in part.  The request is limited to identification, assessment or evaluation of the stated subject matter by E&Y during the relevant time period.

Request No. 10:  Request is overbroad and irrelevant and as such is not proportional to the needs of the case.  Motion granted.

The Court further **ORDERS** E&Y to produce responsive documents in accordance with the Order above by **November 30, 2021**.

**SO ORDERED.**

Dated: November 16, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge

2