**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-05146-LHK-SVK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME FOR NON-PARTY SUBPOENA ON ERNST & YOUNG TO COMPLY WITH PLAINTIFFS' SUBPOENA |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Unopposed Motion To Enlarge Time For Non-Party Ernst & Young LLP (E&Y) To Comply With Plaintiffs' Subpoena. Having considered the motion and supporting papers, the Court GRANTS the Motion to extend the deadline for E&Y to comply with Plaintiffs' subpoena to the following:

1. By no later than December 7, 2021, E&Y will make an initial production of documents consisting of workpapers; and

2. By no later than December 22, 2021, E&Y will produce all other documents and electronically stored information responsive to Plaintiffs' subpoena, as modified by the Court's order.

**IT IS SO ORDERED.**

Dated: November 29, 2021

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE