UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 20-cv-05146-LHK   (SVK)<br><br>**ORDER IN RESPONSE TO ADMINISTRATIVE MOTION**<br><br>Re: Dkt. No. 396 |

The Court is in receipt of Plaintiffs' Administrative Motion for an expedited briefing schedule on various discovery disputes. In light of the Court's unavailability during the period December 8-14, no further briefing on the Administrative Motion will be required, and the Court **ORDERS** the Parties to proceed as follows:

1. The Parties are to meet and confer, in person or by video conference, immediately upon receipt of this Order to resolve the outstanding scheduling issues. Participants in the meet and confer process MUST have authority to negotiate and compromise to resolve the outstanding issues.

2. Any remaining issues relating to the scheduling of the Fair, Felt or Shuh depositions must be filed with the Court in three page joint statement **NO LATER THAN 3 p.m. on Monday, December 6, 2021.**[1] If a deposition is needed for specific briefing, Plaintiffs must provide the briefing schedule. For witness Felt, Defendant must confirm that the relevant document production is complete or provide a date certain as to completion of the production.

---

[1] The Parties in this action have often failed to respond to specific time deadlines in this Court's orders. Briefing after the appointed time will **not** be considered by the Court.

3. Any remaining issues relating to the production of documents (disputes nos. 2, 3 in Dkt. 396), must be filed with the Court in a five page joint statement **NO LATER than 5 p.m. on Monday, December 6, 2021**.

4. Any remaining issues relating to custodians Pichai and Varian must be filed with the Court in three page joint statement **NO LATER THAN 5 p.m. on Monday, December 6, 2021.**

**SO ORDERED.**

Dated: December 4, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge

2