**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 5:20-cv-5146-LHK-SVK

**DECLARATION OF VIOLA TREBICKA IN SUPPORT OF GOOGLE'S MOTION TO STRIKE REPORT OF PLAINTIFFS' DAMAGES EXPERT RUSSELL MANGUM, III, PH.D**

The Honorable Lucy H. Koh
Courtroom 8 – 4th Floor
Date: February 17, 2022
Time: 1:30 p.m.
Amended Complaint Filed: April 16, 2021

**DECLARATION OF VIOLA TREBICKA**

I, Viola Trebicka, declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California and admitted to practice in the Northern District of California by this Court. I make this declaration of personal knowledge, unless noted otherwise, and if called as a witness could and would testify competently hereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of the December 7, 2021 deposition of Russell Magnum, III, Ph.D.

3. Attached hereto **Exhibit 2** is a true and correct copy of Plaintiffs' Responses and Objections to Defendant's Second Set of Interrogatories (Nos. 6-9), served on behalf of Plaintiffs Patrick Calhoun, Elaine Crespo, and Claudia Kindler, and former Plaintiff Hadiyah Jackson.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiffs' Responses and Objections to Defendant's First and Second Set of Interrogatories (Nos. 1-9), served on behalf of Plaintiffs Corinice Wilson, Rodney Johnson, and Michael Henry, and former Plaintiffs LeRoy Randolph and José María de Guzmán.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report of Tülin Erdem, Ph.D. dated December 22, 2021.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Expert Report of Bruce A. Strombom, dated December 22, 2021.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the transcript of the July 5, 2021 deposition of Plaintiff Claudia Kindler.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the transcript of the July 21, 2021 deposition of Plaintiff Elaine Crespo.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the transcript of the August 9, 2021 deposition of Plaintiff Michael Henry.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the transcript of the October 25, 2021 deposition of Plaintiff Corinice Wilson.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the transcript of the October 23, 2021 deposition of Plaintiff Rodney Johnson.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the transcript of the November 16, 2021 deposition of Leslie John.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on December 22, 2021.

By: *\/s\/ Viola Trebicka*
Viola Trebicka