1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2  Andrew H. Schapiro (admitted *pro hac vice*)   Josef Ansorge (admitted *pro hac vice*)
   andrewschapiro@quinnemanuel.com              josefansorge@quinnemanuel.com
3  191 N. Wacker Drive, Suite 2700              1300 I Street NW, Suite 900
   Chicago, IL 60606                            Washington D.C., 20005
4  Telephone: (312) 705-7400                    Telephone: (202) 538-8000
   Facsimile: (312) 705-7401                    Facsimile: (202) 538-8100
5
   Stephen A. Broome (CA Bar No. 314605)        Jonathan Tse (CA Bar No. 305468)
6  stephenbroome@quinnemanuel.com               jonathantse@quinnemanuel.com
   Viola Trebicka (CA Bar No. 269526)           50 California Street, 22nd Floor
7  violatrebicka@quinnemanuel.com               San Francisco, CA 94111
   Alyssa G. Olson (CA Bar No. 305705)          Telephone: (415) 875-6600
8  alyolson@quinnemanuel.com                    Facsimile: (415) 875-6700
   865 S. Figueroa Street, 10th Floor
9  Los Angeles, CA 90017
   Telephone: (213) 443-3000
10 Facsimile: (213) 443-3100

11 Jomaire Crawford (admitted *pro hac vice*)   Sara Jenkins (CA Bar No. 230097)
   jomairecrawford@quinnemanuel.com             sarajenkins@quinnemanuel.com
12 51 Madison Avenue, 22nd Floor                555 Twin Dolphin Drive, 5th Floor
   New York, NY 10010                           Redwood Shores, CA 94065
13 Telephone: (212) 849-7000                    Telephone: (650) 801-5000
   Facsimile: (212) 849-7100                    Facsimile: (650) 801-5100
14
   *Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>**DECLARATION OF STEPHEN A. BROOME IN SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Lucy H. Koh<br>Courtroom 8 – 4th Floor<br>Date: February 17, 2022<br>Time: 1:30 p.m.<br>Amended Complaint Filed: April 16, 2021 |

**DECLARATION OF STEPHEN A. BROOME**

I, Stephen A. Broome, declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California and admitted to practice in the Northern District of California by this Court. I make this declaration of personal knowledge, unless noted otherwise, and if called as a witness could and would testify competently hereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Yiling Chen, Ph.D. dated December 22, 2021.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report of Tülin Erdem, Ph.D. dated December 22, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Expert Report of Professor Paul Schwartz in support of Google LLC's Opposition to Plaintiffs' motion for Class Certification dated December 22, 2021.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report of Bruce A. Strombom dated December 22, 2021.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Expert Report of Georgios Zervas, PhD da.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiffs' Amended Responses and Objections to Defendant's First Set of Interrogatories (Nos. 1-5), served on behalf of Plaintiffs Patrick Calhoun, Elaine Crespo, and Claudia Kindler, and former Plaintiff Hadiyah Jackson.

8. Attached hereto **Exhibit 7** is a true and correct copy of Plaintiffs' Responses and Objections to Defendant's Second Set of Interrogatories (Nos. 6-9), served on behalf of Plaintiffs Patrick Calhoun, Elaine Crespo, and Claudia Kindler, and former Plaintiff Hadiyah Jackson.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Plaintiffs' Amended Responses and Objections to Defendant's Second Set of Interrogatories (No. 6), served on behalf

of Plaintiffs Patrick Calhoun, Elaine Crespo, and Claudia Kindler, and former Plaintiff Hadiyah Jackson.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Plaintiffs' Second Amended Responses and Objections to Defendant's Amended Interrogatory No. 7, served on behalf of Plaintiffs Patrick Calhoun, Elaine Crespo, Claudia Kindler, Corinice Wilson, Rodney Johnson, and Michael Henry.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Plaintiffs' Responses and Objections to Defendant's First and Second Set of Interrogatories (Nos. 1-9), served on behalf of Plaintiffs Corinice Wilson, Rodney Johnson, and Michael Henry, and former Plaintiffs LeRoy Randolph and José María de Guzmán.

12. Attached hereto as **Exhibit** 11 is a true and correct copy of Plaintiffs' Responses and Objections to Defendant's Amended First Set of Requests for Admissions, Nos. 1A and 1B, served on behalf of Plaintiffs Patrick Calhoun, Elaine Crespo, Claudia Kindler, Corinice Wilson, Rodney Johnson, and Michael Henry and former Plaintiffs Hadiyah Jackson, LeRoy Randolph, and José María de Guzmán.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Plaintiffs' Amended Responses and Objections to Defendant's Second Set of Requests for Admissions (Nos. 3-4, 6, 8, 13), served on behalf of Plaintiffs Patrick Calhoun, Elaine Crespo, and Claudia Kindler, and former Plaintiff Hadiyah Jackson.

14. Attached hereto as **Exhibit 13** is a true and correct copy of Plaintiffs' Responses and Objections to Defendant's First and Second Set of Requests for Admissions (Nos. 1-14), served on behalf of Plaintiffs Corinice Wilson, Rodney Johnson, and Michael Henry, and former Plaintiffs LeRoy Randolph and José María de Guzmán.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Plaintiffs' Responses and Objections to Defendant's Sixth Set of Interrogatories (Nos. 17-18), served on behalf of Plaintiffs  Patrick Calhoun, Elaine Crespo, Claudia Kindler, Corinice Wilson, Rodney Johnson, and Michael Henry.

1       16.     Attached hereto as **Exhibit 15** is a true and correct copy of Google's Amended

2  Responses and Objections to Plaintiffs' First Set of Interrogatories (No. 5).

3       17.     Attached hereto as **Exhibit** 16 is a true and correct copy of excerpts from the

4  transcript of the October 4, 2021 deposition of Google's Alexei Svitkine.

5       18.     Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from the

6  transcript of the July 5, 2021 deposition of Plaintiff Claudia Kindler.

7       19.     Attached hereto as **Exhibit 18** is a true and correct copy of excerpts from the

8  transcript of the July 21, 2021 deposition of Plaintiff Elaine Crespo.

9       20.     Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from the

10 transcript of the July 19, 2021 deposition of Plaintiff Patrick Calhoun.

11      21.     Attached hereto as **Exhibit 20** is a true and correct copy of excerpts from the

12 transcript of the August 9, 2021 deposition of Plaintiff Michael Henry.

13      22.     Attached hereto as **Exhibit 21** is a true and correct copy of excerpts from the

14 transcript of the October 25, 2021 deposition of Plaintiff Corinice Wilson.

15      23.     Attached hereto as **Exhibit 22** is a true and correct copy of excerpts from the

16 transcript of the October 23, 2021 deposition of Plaintiff Rodney Johnson.

17      24.     Attached hereto as **Exhibit 23** is a true and correct copy of the transcript of the

18 November 8, 2021 deposition of Joseph Turow.

19      25.     Attached hereto as **Exhibit 24** is a true and correct copy of the transcript of the

20 November 16, 2021 deposition of Leslie John.

21      26.     Attached hereto as **Exhibit 25** is a true and correct copy of the transcript of the

22 November 30, 2021 deposition of Richard Smith.

23      27.     Attached hereto as **Exhibit 26** is a true and correct copy of the transcript of the

24 December 9, 2021 deposition of Zubair Shafiq.

25      28.     Attached hereto as **Exhibit 27** is a true and correct copy of the transcript of the

26 December 7, 2021 deposition of Russell Magnum.

27

28

29. Attached hereto as **Exhibit 28** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS00027760-61. The document is an email Google sent to Plaintiff Claudia Kindler on December 27, 2020.

30. Attached hereto as **Exhibit 29** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS00027796-98. The document is an email Google sent to Plaintiff Patrick Calhoun on December 27, 2020.

31. Attached hereto as **Exhibit 30** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS00027816-18. The document is an email Google sent to Plaintiff Patrick Calhoun on July 9, 2020.

32. Attached hereto as **Exhibit 31** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS00027832-39. The document is an email Google sent to Plaintiff Patrick Calhoun on May 12, 2018.

33. Attached hereto as **Exhibit 32** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS00027895-96. The document is an email Google sent to Plaintiff Elaine Crespo on December 31, 2019.

34. Attached hereto as **Exhibit 33** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS00028213-14. The document is an email Google sent to Plaintiff Michael Henry on December 26, 2020.

35. Attached hereto as **Exhibit 34** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS00028239-41. This document is an email Google sent to Plaintiff Michael Henry on July 10, 2020.

36. Attached hereto as **Exhibit 35** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS00028309-15. This document is an email Google sent to Plaintiff Michael Henry on May 12, 2018.

37. Attached hereto as **Exhibit 36** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS00028816-17. This document is an email Google sent to Plaintiff Michael Henry on June 9, 2015.

1  38. Attached hereto as **Exhibit 37** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS00029079-85. This document is an email Google sent to Plaintiff Rodney Johnson on May 12, 2018.

39. Attached hereto as **Exhibit 38** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS00029135-36. This document is an email Google sent to Plaintiff Rodney Johnson on June 10, 2015.

40. Attached hereto as **Exhibit 39** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS00029145-53. This document is an email Google sent to Plaintiff Rodney Johnson on May 12, 2018.

41. Attached hereto as **Exhibit 40** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS00029185-87. This document is an email Google sent to Plaintiff Rodney Johnson on July 9, 2020.

42. Attached hereto as **Exhibit 41** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS00034252-53. This document is an email Google sent to Plaintiff Rodney Johnson on December 27, 2020.

43. Attached hereto as **Exhibit 42** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS00029263-65. This document is an email Google sent to Plaintiff Corinice Wilson on July 9, 2020.

44. Attached hereto as **Exhibit 43** is a true and correct copy of a document produced by Plaintiffs in this action as PLAINTIFFS00029274-76. This document is an email Google sent to Plaintiff Corinice Wilson on December 22, 2020.

45. Attached hereto as **Exhibit 44** is a true and correct copy of Bleichmar Fonti & Auld LLP's Privacy Policy available at https://www.bfalaw.com/privacy that counsel for Google accessed on August 31, 2021 and added highlighting to for the purposes of this declaration.

46. Attached hereto as **Exhibit 45** is a true and correct copy of DiCello Levitt Gutzler's Privacy Policy available at https://dicellolevitt.com/privacy-policy/ that counsel for Google accessed on August 31, 2021 and added highlighting to for the purposes of this declaration.

47.     Attached hereto as **Exhibit 46** is a true and correct copy of Simmons Hanly Conroy's Privacy Policy available at https://www.simmonsfirm.com/privacy-policy/ that counsel for Google accessed on August 31, 2021 and added highlighting to for the purposes of this declaration.

48.     Attached hereto as **Exhibit 47** is a true and correct copy of a screenshot of the Dicello Levitt Gutzler's website (http://www.dicellolevitt.com), using Chrome's developer tool to show the "Sources" (including third-party scripts) in the website's source code, that counsel for Google accessed on July 14, 2021.

49.     Attached hereto as **Exhibit 48** is a true and correct copy of a screenshot of the Bleichmar Fonti & Auld LLP's Website (http://www.bfalaw.com), using Chrome's developer tool to show the "Sources" (including third-party scripts) in the website's source code, that counsel for Google accessed on July 14, 2021.

50.     Attached hereto as **Exhibit 49** is a true and correct copy of an article dated September 24, 2013, available at https://slate.com/technology/2013/09/how-google-uses-cookies-its-so-much-more-complicated-than-we-think.html, that counsel for Google accessed on October 6, 2021 and added highlighting to for the purposes of this declaration.

51.     Attached hereto as **Exhibit 50** is a true and correct copy of an article dated December 23, 2019, available at https://www.bounteous.com/insights/2019/12/23/how-google-analytics-uses-cookies-identify-users/, that counsel for Google accessed on October 6, 2021 and added highlighting to for the purposes of this declaration.

52.     Attached hereto as **Exhibit 51** is a true and correct copy of an article dated February 19, 2014, available at https://lifehacker.com/which-browser-is-better-for-privacy-1525895782, that counsel for Google accessed on October 6, 2021 and added highlighting to for the purposes of this declaration.

53.     Attached hereto as **Exhibit 52** is a true and correct copy of an article dated April 22, 2018, available at https://www.wsj.com/articles/who-has-more-of-your-personal-data-than-facebook-try-google-1524398401, that counsel for Google accessed on October 6, 2021 and added highlighting to for the purposes of this declaration.

54. Attached hereto as **Exhibit 53** is a true and correct copy of an article dated August 21, 2018, available at https://money.cnn.com/2018/08/21/technology/google-data-collection/index.html, that counsel for Google accessed on October 6, 2021 and added highlighting to for the purposes of this declaration.

55. Attached hereto as **Exhibit 54** is a true and correct copy of an article dated February 5, 2020, available at https://www.theregister.com/2020/02/05/google_chrome_id_numbers/, that counsel for Google accessed on October 6, 2021 and added highlighting to for the purposes of this declaration.

56. Attached hereto as **Exhibit 55** is a true and correct copy of an article dated May 30, 2018, available at https://www.fastcompany.com/90174010/bye-chrome-why-im-switching-to-firefox-and-you-should-too, that counsel for Google accessed on October 6, 2021 and added highlighting to for the purposes of this declaration.

57. Attached hereto as **Exhibit 56** is a true and correct copy of an article dated December 29, 2017, available at https://www.wkyc.com/article/news/nation-now/curb-how-facebook-google-and-amazon-use-your-personal-data-in-a-quick-privacy-clean-up/465-95df1278-2005-4cf4-8435-3fbcd3f4b183, that counsel for Google accessed on October 6, 2021 and added highlighting to for the purposes of this declaration.

58. Attached hereto as **Exhibit 57** is a true and correct copy of an article dated July 19, 2019, available at https://clark.com/technology/google-chrome-do-not-track/, that counsel for Google accessed on October 6, 2021 and added highlighting to for the purposes of this declaration.

59. Attached hereto as **Exhibit 58** is a true and correct copy of an article available at (https://spreadprivacy.com/how-anonymous-is-duckduckgo/) that counsel for Google accessed on October 6, 2021 and added highlighting to for the purposes of this declaration.

60. Attached hereto as **Exhibit 59** is a true and correct copy of the webpage available at www.Macys.com that counsel for Google accessed on October 7, 2021 and added highlighting to for the purposes of this declaration.

61. Attached hereto as **Exhibit 60** is a true and correct copy of the webpage available at www.Puma.com that counsel for Google accessed on October 7, 2021 and added highlighting to for the purposes of this declaration.

62. Attached hereto as **Exhibit 61** is a true and correct copy of the cookie settings available at www.Starbucks.com that counsel for Google accessed on October 7, 2021 and added highlighting to for the purposes of this declaration.

63. Attached hereto as **Exhibit 62** is a true and correct copy of the webpage available at www.Weather.com that counsel for Google accessed on October 7, 2021 and added highlighting to for the purposes of this declaration.

64. Attached hereto as **Exhibit 63** is a true and correct copy of the webpage available at https://www.scientificamerican.com/page/privacy-policy/ that counsel for Google accessed on October 6, 2021 and added highlighting to for the purposes of this declaration.

65. Attached hereto as **Exhibit 64** is a true and correct copy of the webpage available at https://blog.didomi.io/en that counsel for Google accessed on October 6, 2021 and added highlighting to for the purposes of this declaration.

66. Attached hereto as **Exhibit 65** is a true and correct copy of the webpage available at https://partners.cpeople.ru/en/ that counsel for Google accessed on October 6, 2021 and added highlighting to for the purposes of this declaration.

67. Attached hereto as **Exhibit 66** is a true and correct copy of Macy's Notice of Privacy Practices available at https://customerservice-macys.com/articles/macys-and-macyscom-notice-of-privacy-practices#Cookies that counsel for Google accessed on October 7, 2021 and added highlighting to for the purposes of this declaration.

68. Attached hereto as **Exhibit 67** is a true and correct copy of Puma's Privacy Policy available at https://us.puma.com/us/en/privacy-policy/PRIVACY_POLICY.html that counsel for Google accessed on October 7, 2021 and added highlighting to for the purposes of this declaration.

69. Attached hereto as **Exhibit 68** is a true and correct copy of The Weather Channel's Privacy Policy available at https://weather.com/en-US/twc/privacy-policy that counsel for Google accessed on October 7, 2021 and added highlighting to for the purposes of this declaration.

1  70. Attached hereto as **Exhibit 69** is a true and correct copy of the webpage available
2  at www.Zoom.us that counsel for Google accessed on October 7, 2021 and added highlighting to
3  for the purposes of this declaration.
4  71. Attached hereto as **Exhibit 70** is a true and correct copy of the webpage available
5  at www.chick-fil-a.com as it existed on October 6, 2021 that counsel for Google accessed through
6  the Wayback Machine on October 7, 2021 and added highlighting to for the purposes of this
7  declaration.
8  72. Attached hereto as **Exhibit 71** is a true and correct copy of an article dated
9  February 12, 2021, available at https://www.rd.com/article/google-my-activity/, that counsel for
10 Google accessed on November 1, 2021 and added highlighting to for the purposes of this
11 declaration.
12 73. Attached hereto as **Exhibit 72** is a true and correct copy of an article dated August
13 2, 2020, available at https://www.wired.com/story/incognito-mode-explainer/, that counsel for
14 Google accessed on December 20, 2021 and added highlighting to for the purposes of this
15 declaration.
16 74. Attached hereto as **Exhibit 73** is a true and correct copy of The New York Times'
17 Privacy Policy, available at https://www.nytimes.com/privacy/privacy-policy, that counsel for
18 Google accessed on December 20, 2021.
19 75. Attached hereto as **Exhibit 74** is a true and correct copy of Capital One's Privacy
20 Policy, available at https://www.capitalone.com/privacy/online-privacy-policy, that counsel for
21 Google accessed on December 21, 2021.
22 76. Attached hereto as **Exhibit 75** is a true and correct copy of Hotwire.com's Privacy
23 Policy, available at https://www.hotwire.com/en/content/privacy-policy?cc=us, that counsel for
24 Google accessed on December 21, 2021.
25 77. Attached hereto as **Exhibit 76** is a true and correct copy of Green Dot's Privacy
26 Policy, available at
27 https://www.greendot.com/content/dam/greendot/legal/about/docs/greendottechnologyprivacystate
28 ment8.pdf, that counsel for Google accessed on December 21, 2021.

78. Attached hereto as **Exhibit 77** is a true and correct copy of Shein's Privacy Policy, available at https://us.shein.com/Privacy-Security-Policy-a-282.html, that counsel for Google accessed on July 21, 2021.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on December 22, 2021.

By:  */s/ Stephen A. Broome*
      Stephen A. Broome