**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**DiCELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
*jomairecrawford@quinnemanuel.com*
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Counsel for Defendant; additional counsel listed in signature blocks below*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated, | Case No. 5:20-cv-5146-LHK-SVK |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING GOOGLE'S NEW TERMS OF SERVICE** |
| v. | Civil L.R. 6-1(b); 6-2(a) |
| GOOGLE LLC, | Judge: Honorable Lucy H. Koh |
| Defendant. | |

WHEREAS, Google LLC ("Google") has announced new Terms of Service (the "New TOS") governing the relationship between Google and users of various Google Services; and

WHEREAS, the effective date of the New TOS is planned for January 5, 2022; and

WHEREAS, Google contends that use of Chrome qualifies as use of a Google Service to which the New TOS will apply; and

WHEREAS, this litigation involves a putative class of Chrome users; and

WHEREAS, the New TOS adds a new provision that "Google isn't liable for . . . punitive damages"; and

WHEREAS, the New TOS also adds a new provision that "Google's total liability arising out of or relating to these terms is limited to the greater of (1) $200 or (2) the fees paid to use the relevant services in the 12 months before the dispute"; and

WHEREAS, the parties conferred and agreed that the New TOS shall not apply to extinguish or limit claims in this existing ligation as follows;

NOW, THEREFORE, the Parties stipulate as follows, subject to Court approval:

1.  Google's New TOS does not release, extinguish or limit any claims for punitive damages in the *Calhoun* litigation that existed prior to January 5, 2022, either for named plaintiffs or putative class members.

2.  The $200 liability cap in Google's New TOS shall not apply in the *Calhoun* litigation to limit claims that existed prior to January 5, 2022, either for the named plaintiffs or putative class members.

3.  Plaintiffs' Motions (the Motion to Shorten Time and Expedite Hearing, Dkt. No. 419, and Plaintiffs' Motion for Emergency Relief pursuant to Rule 23(d), Dkt. No. 418) are agreed withdrawn.

Dated: December 30, 2021

**BLEICHMAR FONTI & AULD LLP**

By:    */s/ Lesley Weaver*
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**DICELLO LEVITT GUTZLER**

By:    */s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Levitt (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*alevitt@dicellolevitt.com*
*aprom@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**

By:    */s/ Jason Barnes*
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

By:    */s/ Stephen A. Broome*
Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Jomaire Crawford (admitted *pro hac vice*)
*jomairecrawford@quinnemanuel.com*
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

Josef Ansorge (admitted *pro hac vice*)
*josefansorge@quinnemanuel.com*
1300 I Street NW, Suite 900
Washington D.C., 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
*jonathantse@quinnemanuel.com*
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

*Counsel for Defendant*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, David A. Straite, attest that concurrence in the filing of this document has been obtained

from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of December, 2021, at Marbletown, New York.


/s/ David A. Straite
David A. Straite

### [PROPOSED] ORDER

Pursuant to stipulation of the Parties, the Court hereby ORDERS:

1. Google's New TOS does not release, extinguish or limit any claims for punitive damages in the *Calhoun* litigation that existed prior to January 5, 2022, either for named plaintiffs or putative class members.

2. The $200 liability cap in Google's New TOS shall not apply in the *Calhoun* litigation to limit claims that existed prior to January 5, 2022, either for the named plaintiffs or putative class members.

3. Plaintiffs' Motion to Shorten Time and Expedite Hearing (Dkt. No. 419) and Motion for Emergency Relief pursuant to Rule 23(d) have been withdrawn and are therefore DENIED AS MOOT.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Date: _____

_____
HON. LUCY H. KOH
United States District Court Judge