# Exhibit 17

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., *on behalf of themselves and all others similarly situated*,<br><br>               Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>               Defendant. | Case No. 5:20-cv-05146-LHK-SVK |

# EXPERT REPORT OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# October 14, 2021

# EXPERT REPORT OF RICHARD M. SMITH

## I.  QUALIFICATIONS AND BACKGROUND

1.     I am currently the owner and a consultant with Boston Software Forensics LLC of Boston, Massachusetts.  For approximately the last 15 years, I have been providing consulting services to the legal industry.  These consulting services primarily involve the analysis of software systems to understand how they operate.  My consulting services have been employed in areas such as IP-related litigation and privacy and security reviews.  Previously I have worked at the Privacy Foundation as the chief technology officer (CTO) and I was a founder and CEO of Phar Lap Software, Inc.  I have a Bachelor of Science degree in Computer Science from North Carolina State University, class of 1974.  I began working in the computer software field in 1972.

2.     Many of the cases which I have worked on as a consultant involve the review of source code for Web applications, mobile apps, and Web services.  I have also done extensive testing of the communication protocols between client software and server software in these cases.

3.     I have been retained by counsel for Plaintiffs as an expert in this litigation and I submit this expert report in support of Plaintiffs' Motion for Class Certification. My hourly rate is $400.

4.     I understand that Plaintiffs allege that Chrome is sending data to Google when users have not enabled a functionality called "Sync" on the Chrome platform, as well as when "Sync" is disabled.

5.     In this expert report, I have analyzed data transfers between the Chrome Browser and Google-associated Web sites under various circumstances.  I have also analyzed the operation of the Sync feature of the Chrome browser.

6.     Attached as **Attachment A** is my up-to-date Curriculum Vitae.

7.     Attached as **Attachment B** is a list of cases and matters in which I have provided consulting or expert testimony since 2016.

8.     In preparation for my work in this matter, I have reviewed the materials identified in **Attachment C**.

9.    **Attachment D** contains the Google documents and deposition referenced in this report.

10.    I reserve the right to supplement and amend this expert report as necessary and upon the receipt of additional information that is made available to me, as well as to develop materials and exhibits as appropriate for use in helping to demonstrate and explain my opinions in the event that I am asked to provide in-person testimony.

## II.    ASSIGNMENT

11.    I have been asked to test and record data transmissions from the Chrome browser to Google when a Chrome user has enabled Sync, has not enabled Sync, and has disabled Sync.

## III.    MY CONCLUSIONS

12.    As explained in the remainder of this expert report, I have made the following conclusions about the operation of the Chrome browser and its transmission of personal information to Google servers:

A.    The Chrome browser works the same for all Chrome users.

B.    The Chrome browser is designed to transmit a Chrome user's personal information and communications from Chrome to Google servers regardless of whether the user enables Chrome Sync or not.

C.    The Chrome browser does in fact transmit a Chrome user's personal information and communications from Chrome to Google servers regardless of whether the user enables Sync or not.

D.    The Chrome browser reports to Google on a regular basis the state of Chrome Sync and what extensions a user has installed to their Chrome browser.

## IV.    DEVELOPER TOOLS FOR OBSERVING DATA TRANSMISSIONS BETWEEN CHROME AND WEB SERVERS

13.    Although the Chrome web-browser is designed to appear to users as a single flow of communications, in reality, anytime the Chrome browser is used, there are thousands of data transmissions that are not visible to the user that occur in the background. However, as explained below there are a variety of developer tools available which can capture and save HTTP requests and responses as a user's communications with websites via Chrome. These tools can, among other things, record the data flow and make it visible.

Case No. 5:20-cv-05146-LHK-SVK
Expert Report R. Smith

14.     One such tool is the Fiddler Web debugging proxy.  Fiddler is available for download and documented at the Web site: https://www.telerik.com/fiddler.  Fiddler can save HTTP requests and responses in a variety of file formats for later analysis.  One such format for saving HTTP requests and responses is the SAZ file format.

15.     Most of the HTTP requests and responses in this expert report were captured by Fiddler. In some cases, HTTP requests and responses excerpted from Fiddler capture files have been reformatted ("pretty printed") for improved readability.

16.     The Chrome browser also includes DevTools for analyzing Web pages that are being displayed by a Chrome browser. These tools are documented by Google at https://developers.google.com/web/tools/chrome-devtools/. The Chrome developer tools operate in much the same way as Fiddler. However, I have chosen Fiddler because it is generally easier to use and better for illustrating the data transmissions at issue in this case.

## V.     THE CHROME WEB BROWSER

17.     The Chrome Web browser is a software application and service that runs on computing devices such as laptop computers, desktop computers, tablet computers, and smart phones. Internet users can use the Chrome browser to send, receive, and view electronic communications on the Internet.

18.     The Chrome browser consists of software and user interfaces that work by taking communications inputted by users through keystrokes and button clicks and transmitting data and information to servers for Web sites with which Chrome users communicate, and, contemporaneously, receiving and displaying responsive communications from Web sites back to Chrome users.

19.     Using, among other things, demonstratives from Fiddler captures (explained in more detail above in *Developer Tools for observing the communications between a Web browser and Web servers*), this section and those that follow explain and illustrate how Chrome sends its users' personal information to Google regardless of whether the user has enabled the Sync function or not, or disabled it.

20.     Unless otherwise noted, all of the data transmissions of personal information from Chrome to Google described or illustrated below occur even when a user has not enabled Sync or disabled Sync in their Chrome browser.

**A.     Basics of Chrome Browser Communications**

21.     Web pages and component files of Web pages are identified by Uniform Resource Locators (URLs).  The URL of a Web page is typically shown in the address bar of a browser.[1]

22.     An   example   of   a   URL   from   the   Wells   Fargo   Web   site   is https://www.wellsfargo.com/online-banking/?linkLoc=fn.  This URL contains the following fields:

| Protocol – https: | The protocol field specifies that the URL is accessed by a browser using the Hypertext Transfer Protocol (HTTP). Browsers and Web servers typically use HTTP to transfer files and other resources.  They may also use the HTTPS protocol which is an extension of HTTP that uses encryption to provide secure communications between browsers and Web servers. The HTTP protocol is specified in the document RFC7231, *Hypertext Transfer Protocol (HTTP/1.1): Semantics and Content* which is available at https://tools.ietf.org/html/rfc7231. |
|---|---|
| Host name – www.wellsfargo.com | The host name identifies a Web site where a file or resource can be found.  In this case, the host name is www.wellsfargo.com which identifies the Web server for the Wells Fargo Web site. |
| Path - /online-banking | The path identifies where a file or resource can be found on a Web server.  It is typical practice for Web sites to include a plain-language description or summary of the content of a Web page in the path.  In this example, the path identifies a Web page which describes the online banking services of Wells Fargo. Search engines, such as Google, index words found in paths in addition to the information of pages.  See *Understanding SEO Friendly URL Syntax Practices* at https://searchengineland.com/seo-friendly-url-syntax-practices-134218. |
| Query string | A query string provides a list of parameters which a Web server can use for a variety of purposes such as: 1.   Retrieve information from a database based on the query string parameters. |

---

[1] The syntax of URLs is described in the document RFC3986, *Uniform Resource Identifier (URI): Generic Syntax*, which is available at https://tools.ietf.org/html/rfc3986.

|  | 2. Save information provided by a Web form; or<br>3. Save information provided by a Web page or another Web server<br><br>A query string is optional in a URL.  If a query string is present, it starts with a question mark ("?") character.  The question mark character is followed by a list of one or more name/value pairs which are separated by ampersand ("&") characters.  Each name/value pair includes an equal sign ("=").  The name of parameter appears on the left side of the equal sign while the string on the right side of the equal sign is the associated value.<br><br>The Wells Fargo URL contains a single query string parameter named "linkLoc" which has a value of "fn".<br><br>The meaning of parameter names and values of a query string are determined by the software which generates a URL and the software at a Web server which processes the URL.<br><br>One use for query strings is to hold a search string when searching at a Web site or search engine.  For example, searching for the phrase "lost checks" at the Wells Fargo Web site, generates the following URL for the search result page:<br><br>https://www.wellsfargo.com/search/search?q=lost%20checks&linkLoc=fn<br><br>In a query string, spaces can be represented as the string "%20" or as a plus sign ("+").  See *HTML URL Encoding Reference* at https://www.w3schools.com/tags/ref_urlencode.asp. |
|---|---|

**B.      The Initial Handshake and Open Communications Channel**

23.      When a user types text into the toolbar of their Chrome browser and hits ENTER or clicks on a hyperlink to instruct Chrome to carry out their communication, Chrome will transmit data and information associated with the user's communication to the Web server of the Web site to whom the user's communication is directed. In a successful Internet communication, a connection will be made between Chrome and the Web site server. Through this "handshake," a communications channel will be opened that will stay open so long as the user remains on the Web page or Web site in question. The data transmissions described below do not occur in a linear orderly fashion as described, but instead happen through packet-switching technology where data packets are constantly and contemporaneously transmitted and re-directed between the browser,

the Web site server, and, where Google source code is present, to Google. One can observe the contemporaneous nature of this data flow via the programs described below. It is my understanding that modern telephone communications utilize the same packet-switching technology. Thus even a recording of the data transmitted will appear linear, in fact the communications are contemporaneous.

24. In his deposition that I reviewed, Google employee and representative David Monsees explained that the open nature of the handshake can be seen in Fiddler recordings that indicate "Connection: keep-alive," which Monsees said, "in standard internet terminology, the 'keep-alive' would meant when it connects to the server, it will keep the connection open to stream information back and forth between the client and the server." Attachment D-5: Google 30(b)(6) Dep. (Monsees Vol. I) 224:17-25. When Monsees uses the word "client" he is referring to a user's computing device.

### C. How Chrome Transmits User Communications to Web sites

25. Chrome transmits user communications through HTTP and HTTPS protocols.

26. In these protocols, when a user types keystrokes into the toolbar and hits ENTER or clicks their mouse to send a communication, the Chrome browser takes the user's communication and transmits it to the Web server for the Web site with which the user intends to communicate through a GET request for the file or resource identified by a URL associated with the user's communication.

27. The following excerpt from the Fiddler capture file "wf-checking-2021-09-13.saz" shows an HTTP GET request transmitted from the Chrome browser to Wells Fargo upon a Chrome's user communication seeking the Wells Fargo checking account page at the URL https://www.wellsfargo.com/checking/?linkLoc=fn.

```
Request #96

GET https://www.wellsfargo.com/checking/?linkLoc=fn HTTP/1.1
Host: www.wellsfargo.com
Connection: keep-alive
sec-ch-ua: "Google Chrome";v="93", " Not;A Brand";v="99", "Chromium";v="93"
sec-ch-ua-mobile: ?0
sec-ch-ua-platform: "Windows"
```

Upgrade-Insecure-Requests: 1
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/93.0.4577.82 Safari/537.36
Accept:
text/html,application/xhtml+xml,application/xml;q=0.9,image/avif,image/webp,im
age/apng,*/*;q=0.8,application/signed-exchange;v=b3;q=0.9
Sec-Fetch-Site: same-origin
Sec-Fetch-Mode: navigate
Sec-Fetch-User: ?1
Sec-Fetch-Dest: document
Referer: https://www.wellsfargo.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: INLANG=EN; wfacookie=11202109130943571546073920; WesdAksn=A3g8C-
B7AQAAIWShAjh6gc7kHJA9wlDbZ7JHi3dVCHLciu_Mfa32DLsQk1RYAVkt4BOucvlowH8AAEB3AAAA
AA|1|0|3b4c0553197386306788aa8b52579802ae5da752; __gdic=ktivlo7n7svcijf6mv;
___r124934=0.839082674807; _cls_v=8c51733e-9394-4890-a98b-cffb2984229e;
_gcl_au=1.1.1743487229.1631551441; _ga=GA1.2.771619134.1631551441;
_gid=GA1.2.79975660.1631551441;
aam_uuid=52760307683007044782728987075281363169;
_evga_26b2={%22uuid%22:%225916579d5b95880b%22}; aam_seg=seg%3D9255082;
ndsid=ndsaprznpgmes3ktj5fzj3; LOCATION=NY|10009; SameSite=None;
CookiesAreEnabled=yes; wcmcookiehp=B8D4FACAF6E47AB4B728B497A585197A;
ISD_WWWAF_COOKIE=!Cwev5U1WNhSA+NNX3qcNrMyVQhQrJ//U9SyCo9frvjX4EJhXY7U7uiOSI7co
mZvETUfjMsimNu18MMI=; ADRUM_BTa=R:27|g:f9868440-995d-489c-910a-
1f0c4584fa8f|n:customer1_e2ac6dad-45c5-4fb1-ba3e-0fd665d694f7;
ADRUM_BT1=R:27|i:1467|e:137; ___tk124934=0.7600938026743655; _cls_s=c7219d25-
363b-4671-abc3-bea5c1a89211:1;
utag_main=v_id:017be00b41b3000cbabf2f16c98b03072001b06a00bd0$_sn:3$_se:18$_ss:
0$_st:1631570020944$ses_id:1631567970711%3Bexp-session$_pn:10%3Bexp-session;
_gat_gtag_UA_107148943_1=1; AMCVS_1BAA15F354F731E60A4C98A4%40AdobeOrg=1;
AMCV_1BAA15F354F731E60A4C98A4%40AdobeOrg=-
1124106680%7CMCMID%7C52751796442828781572725318382043093746%7CMCAAMLH-
1632173021%7C7%7CMCAAMB-
1632173021%7CRKhpRz8krg2tLO6pguXWp5olkAcUniQYPHaMWWgdJ3xzPWQmdj0y%7CMCCIDH%7C-
1554008866%7CMCOPTOUT-1631575421s%7CNONE%7CvVersion%7C5.2.0%7CMCIDTS%7C18884;
LSESSIONID=eyJpIjoiUWsyM2o3WE9nZlVFRUtpTnRsSzMwZz09IiwiZSI6I1RYRXlJNStEbXpzZmR
Sa1dcLzN5enNwNkVGOEhHenFaY21OODB5QUI5Q3JFaEw5RlNicmNZIa3I1UFIzeFdIdnhZcDFUb0JZU
mhxbTdHak5KOFNzTEFBRnRRTN042SUVQYVlUV0JnTUpYdUtRY3JVMdXBxUU1kejdjWlRzWlpyT1RcL2M
4N2V2bE1KR3RMbnpPc1h4eWVLVWtzVXpcL1Nzb3lppT05yZmVCb2loRmppZa1JwOGx1VzhBbFFRSdUo0b
zNMM1UwWSJ9.6855ceeb3e64c31d.OTFlZTRmMDkwMmY3OTljMWNhMTY4YTUwNWZiYTMxOTUwOTQ4N
mZmNzg0ZGUyNTdjjODc5YzIyMTNlNTg2YjNkZA%3D%3D;
ADRUM=s=1631568223769&r=https%3A%2F%2Fwww.wellsfargo.com%2F%3F0;
_4c_=XVNNj5swEP0rK59D4i9snFu1Xa1WWq16qXqMMB4CCsHIEOh2l2f%2FeMQlJWg6W5%2Fm9N54Z8
0WmClqyZUqwVGWcC63pihzgsyfbL1J0cR3jcgoN2ZJqGLp%2Bu9lM07SeoGn6Mg97vy78cUNWZCrzw
vtDDchkjFPOqGGCGilSzVKpqBaGUySeegjvfr8H94bJSZk3PSAM7VgH3x6hHRD9EbxDsPBu9jNrxtZ
RPPzBMOEy7jvknIphN3x2kTSBferdAQ8cjHUBu6l2QzWr57xXtIJ6X8UUjGYz3AUMeKygbp2f7jK8%
2Fx29yaRRiDZ5u991AUpEXj4QqPK%2BAvfy%2FIEAhjb4CevE4LkK%2FghPRiDqsbHk12zYY4hyCGF
mYdTXw6WMx85ecZzJP0ex%2BnFuNO5ev%2B1%2Bvn3HSGumGDZdrueRpkzKeN74Im%2BiNQ77vCK%2
FLxNXOBPOuDHY1AHHmylJ44eMULvr6LF3hYYCbJLRkidSKpVYq4rEKJcywWmWgSGLpxFcY0qhDZqM9
eKhjSiVAJ643NpEWi7Rg9qEZgwsvjybFvnNg6Wa4tvBx3i9F8uWa3XN1ZHdyRk%2BWs7TdCHLWxHdu
LAf6JpljzULtbAv80qgvcnko0rjr8H4f6rz%2BS8%3D;
___so124934=eyJsc2giOjE4NjY3NjE2ODlUsIz1ZmVycmVyIjoiaHR0cHM6Ly93d3cud2VsbHNmYX
Jnby5jb20vIiwiZSI6eyJuIjozLCJhIjpbeyIyMCI6dHJ1ZSwic3IiOiJodHRwczovL3d3dy53Wxxs
c2ZhcmdvLmVubVvbS9vYXYZPY29uLmljbybjy9LCiYMCdLCJyaWQiOjAuOTEyMzgxMTEzODY4MTQ1OXsIn

```
NvdCI6ImxvZ2luIiwic2QiOm51bGwsInNkYyI6bnVsbCwiciI6ImxvZ2luIiwiYWZwIjp0cnVlLCJj
aXNpZyI6MjI5MjM1Nzg1NywibiI6MSwiYyI6MSwibWNjIjozOSwibWSiOltdfQ%3D%3D
```

28.    As described below, names of cookies are highlighted in <mark>blue</mark>.

29.    The HTTP GET request transmitted from Chrome to Wells Fargo includes user communications in the form of URLs, file paths, query strings, button clicks, and cookies as I will describe in further detail below.

30.    The HTTP GET requests transmitted from Chrome consist of a series of text lines. The first text line specifies that a GET request is being made and includes the file path of the Web page being requested without the protocol and host name fields. As explained above, the typical naming convention is that the file path contains a plain-language description or summary of the content of a Web page in the path.

31.    The remaining text lines of the request are known as HTTP headers. These headers specify additional information for the request. For example, the "Host" header indicates that a request is directed to Wells Fargo at "www.wellsfargo.com"

32.    The "User-Agent" HTTP header identifies the browser making the request which is Chrome version 93. It also indicates that the Chrome browser is running on a Windows 10 PC.

33.    Other HTTP headers, such as "Accept", "Accept-Encoding", and "Accept-Language" convey the format of a Web page to be returned by the Web site server to the user's browser. Other HTTP headers, such as "Connection" and "Upgrade-Insecure-Requests" are used to control the network connection between a browser and Web server.

34.    The "Referer"[2] header specifies the URL of the Web page or Web site that contained the link that was clicked on to get to the requested Web page. In this case, the link was on the Wells Fargo home page at https://www.wellsfargo.com/. The "Referer" header may also contain the URL of a Web page or IFRAME that an HTTP request is made from when a component such as an image or script file of the Web page or IFRAME is fetched. The URL in the "Referer" header is called the referrer or referring URL.

---

[2] In the HTTP protocol, the "referer" header is misspelled. The correct spelling is "referrer".

35. The "Cookie" HTTP header is described below.

36. The Chrome browser also attaches a header called the X-Client-Data header to transmissions that are directed or re-directed to Google properties. The X-Client-Data header is unique to the Chrome browser and described below. In brief here, it contains data that enables the identification of the sender even without third-party cookies.

**D. How Web site Responsive Communications are Transmitted Back to Chrome Users**

37. When a Web site server receives a GET request transmission for Chrome, it will send a response that includes source code with instructions commanding the browser on how to render the page and where to send certain information.

38. The following is what the HTTP response from Wells Fargo Web server back to Chrome looks like when the URL https://www.wellsfargo.com/checking/?linkLoc=fn has been requested by a Chrome user:

```
HTTP/1.1 200
Date: Mon, 13 Sep 2021 21:23:44 GMT
Server: Server
Content-Security-Policy: default-src https: 'unsafe-inline'; img-src https:
data: 'unsafe-inline'; frame-ancestors 'self' *.wellsfargo.com; base-uri
'none'; object-src 'self'; font-src https: data:; script-src 'nonce-
3e085c45-e97c-4480-bf69-00984073bdb6' https: ; report-uri
https://ort.wellsfargo.com/reporting/csp
Content-Security-Policy-Report-Only: default-src https:; img-src https:
data:; frame-ancestors 'self' *.wellsfargo.com; base-uri 'none'; object-src
'self'; font-src https: data:; style-src https: 'unsafe-inline'; script-src
'nonce-3e085c45-e97c-4480-bf69-00984073bdb6' 'self'
https://*.wellsfargo.com https://*.wfinterface.com;report-uri
https://ort.wellsfargo.com/reporting/csp
Strict-Transport-Security: max-age=31536000;includeSubDomains
X-Frame-Options: SAMEORIGIN
X-Content-Type-Options: nosniff
X-XSS-Protection: 1; mode=block
pragma: no-cache
cache-control: no-cache, no-store, max-age=0
expires: -1
Content-Type: text/html;charset=UTF-8
Content-Language: en-US
Content-Length: 49198
Keep-Alive: timeout=15, max=87
Connection: Keep-Alive
Set-Cookie: ADRUM_BTa=R:27|g:f9868440-995d-489c-910a-
1f0c4584fa8f|n:customer1_e2ac6dad-45c5-4fb1-ba3e-0fd665d694f7; Expires=Thu,
01-Jan-1970 00:00:10 GMT; Path=/; Secure; SameSite=Lax; Httponly
```

Case No. 5:20-cv-05146-LHK-SVK
EXPERT REPORT R. SMITH

```
Set-Cookie: ADRUM_BT1=R:27|i:1467|e:137; Expires=Thu, 01-Jan-1970 00:00:10
GMT; Path=/; Secure; SameSite=Lax; Httponly
Set-Cookie: ADRUM_BTa=R:27|g:f3ef36a7-42af-480f-a584-bf7cc663a4e4;
Expires=Mon, 13-Sep-2021 21:24:14 GMT; Path=/; Secure; SameSite=Lax;
Httponly
Set-Cookie: ADRUM_BTa=R:27|g:f3ef36a7-42af-480f-a584-
bf7cc663a4e4|n:customer1_e2ac6dad-45c5-4fb1-ba3e-0fd665d694f7; Expires=Mon,
13-Sep-2021 21:24:14 GMT; Path=/; Secure; SameSite=Lax; Httponly
Set-Cookie: SameSite=None; Expires=Mon, 13-Sep-2021 21:24:14 GMT; Path=/;
Secure; SameSite=Lax; Httponly
Set-Cookie: ADRUM_BT1=R:27|i:256194; Expires=Mon, 13-Sep-2021 21:24:14 GMT;
Path=/; Secure; SameSite=Lax; Httponly
Set-Cookie: ADRUM_BT1=R:27|i:256194|e:144; Expires=Mon, 13-Sep-2021
21:24:14 GMT; Path=/; Secure; SameSite=Lax; Httponly
Set-Cookie: wcmcookiewf=05B9EFFC6E3E9AD1E8B06F4FBF73D97C;
Domain=www.wellsfargo.com; Path=/; Secure; HttpOnly; SameSite=Lax
Set-Cookie:
ISD_WCM_COOKIE=!Lsu8f44EI6v6/OIM/4YZNqA+fgfT3s5pUJtguYNacM1J18T3x9s+VpESS2e
qWLuztGmdmCVb4YxGM0Q=; path=/; Httponly; Secure
```

39.     An HTTP response includes communications from a Web site to a user in the response file as described in this section.  The communications may also include the setting of one or more cookies as described in the section *Browser Cookies on Chrome*.

40.     An HTTP response consists of a series of lines of text similar to an HTTP request. The first line of the HTTP response is called a status line which indicates if a file has been successfully fetched by a Web server or not, and if not, what kind of error has occurred.

41.     A status code of 200 indicates that a Web page exists and was successfully returned in the HTTP GET response.

42.      The status line is followed by HTTP header lines which provide information about the file being returned in the HTTP response.  The following table describes these HTTP header lines in more detail:

| Content-Type | indicates what kind of file has been returned in the response.  In this case, it is an HTML file which uses the "UTF-8" character set. |
|---|---|
| Content-Length | indicates that the returned HTML file is 49,198  bytes in length. |
| Date | Indicates the date and time of the HTTP response |
| cache-control | Used to control caching of a file by a browser |

43.     HTML ("Hypertext Markup Language") is a standard markup language which tells a Web browser what is to be displayed for a Web page and how to format it on the screen.

44.     An HTML file consists of a series of HTML tags which are denoted by angle brackets ("< [text or tag] >") which enclose text or other HTML tags.  The following table shows examples of HTML tags from the HTML file for the Wells Fargo search results Web page:

| | |
|---|---|
| `<!DOCTYPE html>`<br>`<html`<br>`xmlns="http://www.w3.org/1999/xhtml"`<br>`class="no-js" lang="en">`<br><br>`…`<br>`</html>` | Marks the beginning and end of the HTML. |
| `<head>`<br>`…`<br><br>`</head>` | Marks the beginning and end of the head section of the HTML.  An HTML head section typically contains information about a Web page and formatting information. |
| `<title>Checking Accounts: Open Online Today \| Wells Fargo</title>` | Specifies the title of the Web page which is "Wells Fargo - Search Our Site" |
| `<link rel="stylesheet" type="text/css" href="https://www.wellsfargo.com/css/template/global.css">` | Specifies a link to formatting information |
| `<body>`<br><br>`...`<br><br>`</body>` | Marks the beginning and end of the HTML body of the Web page. |

45.     JavaScript code can also be used in a Web page to provide additional functionality in a Web page. For example, JavaScript code may be used to:

a.      Format a Web page based on the characteristics of the device;

b.      Validate form data before it is sent to a Web server;

c.      Provide user-interface elements such as menus, animated buttons, etc.; or,

d.      Track user activity as described in the following sections of this expert report.

46.     HTTP requests may also be used to disclose hidden tracking information to Google as described below in the section entitled *Tracking Pixels*.  The tracking information is disclosed to Google via Google JavaScript code in a Web page that is not visible to users.  The Google tracking information can be sent while a Web page is being loaded and while a user interacts with a Web page such as scrolling the Web page or clicking on a link on the Web page.

47.     In addition to GET requests, the HTTP protocol also supports HTTP POST requests.  An HTTP POST request is used on a Web page to send information to a Web site.  This information can come from a form on a Web page which has been filled out by a user or from information collected by JavaScript code running on a Web page.  The destination on the Web site where the information is to be sent is identified in a HTTP POST request as a URL.  The information to be submitted from Chrome to the Web site is placed after the final HTTP header line of a POST request.  A blank text line is used to separate the HTTP header and the submitted information.

## VI.     BROWSER COOKIES ON CHROME

48.     Chrome implements a feature of the HTTP protocol called cookies.  The cookie feature allows a Web site to save small pieces of text, known as cookies, in Chrome and in the file system of a user's computer.  Once set, cookies are returned to a Web site in future HTTP requests.

49.     To set a cookie, a Web site includes a Set-Cookie HTTP response header in an HTTP response.  In its simplest form, the Set-Cookie HTTP response includes a cookie name and cookie value separated by an equal sign ("=") character.  For example:

Set-Cookie: id=84798432753

This example instructs Chrome to save a cookie named "id" with a value of "84798432753".  In future HTTP requests to the Web site that set the "id" cookie, the cookie name and value will be returned to the Web site using a Cookie HTTP request header:

Cookie: id=84798432753

50.     Some of the uses of cookies by Web sites include:

    a.      Track login status of a user at a Web site;

    b.      Track the state of a shopping cart at a Web site;

    c.      Gather statistics about how an individual user is using a Web site;

    d.      Gather aggregate statistics about how multiple users are using a Web site;

    e.      Customize Web pages for users based on their past usage of a Web site;
            or,

f.   Provide user-specific information held by a Web site to Web pages.  Such information might include account information, search results, email messages, and so on.

51.   Cookies also have options associated with them which a Web site can set when a cookie is created.  These options include:

| Expires=*date* | Specifies a time and date when a cookie expires and is to be deleted by a Web browser |
| Max-age=*seconds* | An alternative to "Expires" which specifies the maximum number of seconds a cookie exists before it expires and is to be deleted by a Web browser. |
| Secure | Indicates that a cookie is only to be transmitted in a secure HTTPS request |
| HttpOnly | Indicates that a cookie is not available from JavaScript.  Used to mitigate cross-site scripting attacks. |
| Domain=domain | Specifies the domains that a cookie can be sent to. |
| Path=path | Limits the sending of a cookie to a particular URL path of a Web site |

52.   If neither an Expires or Max-age option is specified for a cookie, then the cookie is called a session cookie.  A session cookie automatically expires when a browser is closed or if someone leaves a Web site and does not return in a short time.

53.   Unlike a session cookie, a persistent cookie is designed to stay around for some time after a user exits their browser or turns off their computer.  A persistent cookie is specified using the Expires and/or Max-age options.

54.   A persistent cookie allows a user to be tracked over a period of time.

55.   The following is an example of a cookie being set at the Wells Fargo Web site by a Set-Cookie HTTP response header:

```
Set-Cookie:  wfacookie=112021090806100112017711153;  domain=.wellsfargo.com;
path=/; expires=6 Sep 2031 13:10:01 GMT; secure=true; SameSite=Lax; HttpOnly
```

56.   The following parameters are set for the cookie by the Set-Cookie response header:

| wfacookie | Name of the cookie |
| 112021090806100112017711153 | Value of the cookie |
| domain=.wellsfargo.com | Domain that the cookie is associated with |
| path=/ | Path at Wells Fargo Web site where the cookie can be used |
| expires=6 Sep 2031 13:10:01 GMT | Expiration date of the cookie |
| secure=true | Indicates that a secure connection is required for the cookie |
| SameSite=Lax | Specifies when a cookie is sent in cross-site requests |

| HttpOnly | Indicates that the cookie can only be used with the HTTP protocol and cannot be accessed via JavaScript |
|---|---|

57.     A Chrome browser can hold cookies from many different Web sites.  Each Web site can set multiple cookies, each identified by a unique name.

## A.     First-Party Cookies

58.     When additional files of a Web page are fetched from the same server as the Web page itself, the HTTP GET requests for the additional files will include the same cookies as the Web page.  These cookies are called "first-party cookies".

59.     For example, when the Wells Fargo home page references the style sheet homepage_ret.css, the wfacookie cookie name and value are included in the HTTP GET request in an HTTP Cookie header:

```
GET https://www.wellsfargo.com/css/home/homepage_ret.css HTTP/1.1
Host: www.wellsfargo.com
Connection: keep-alive
sec-ch-ua: "Google Chrome";v="93", " Not;A Brand";v="99", "Chromium";v="93"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/93.0.4577.63 Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: text/css,*/*;q=0.1
Sec-Fetch-Site: same-origin
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: style
Referer: https://www.wellsfargo.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie:              ADRUM_BTa=R:0|g:39456ebb-293e-4302-b3e9-
8d72a967cfbb|n:customer1_e2ac6dad-45c5-4fb1-ba3e-0fd665d694f7;
SameSite=None;     ADRUM_BT1=R:0|i:251351|e:4;      CookiesAreEnabled=yes;
INLANG=EN;                          wfacookie=11202109080610011201771153;
wcmcookiehp=3EAE9C9EBB7D654639E36490D86923C0;
ISD_WWWAF_COOKIE=!IuyEUuR4y6pNz/rFi9/HduW6YAvc6K5p7blYJzhKOYpZGerE8PcAyi/
7KV9K1sHMctjJk7Kl69ypnA4=
```

The wfacookie cookie name and value are highlighted in blue.

60.     The Chrome browser will only send back a cookie in an HTTP header to the Web site that set the cookie or to a related Web site. For example, the Wells Fargo cookie will only be sent, in the cookie headers, from Chrome in an HTTP request to a wellsfargo.com Web server. The Wells Fargo cookie will not be sent, in the cookie headers, to other Web sites such as

www.google.com. However, as explained below, Google has developed ways around these security protocols[3] by writing JavaScript source code that extracts and sends first-party cookie data to Google through a re-directed GET or POST request rather than the traditional path through which cookie information flows – the cookie headers.

### B. Third-Party Cookies

61. When a user's communication with a first party Web site on Chrome is redirected to Google by Google JavaScript source code, the Chrome transmission to Google will include Google cookies if available. These cookies are called "third-party cookies".

62. In addition, JavaScript code from Google which runs inside of a Web page is able to access the first-party cookies associated with the domain of the Web page that have not been marked as "httponly".

63. Google JavaScript code can also create, read, and update its own first-party cookies associated with the domain of the Web page. These first-party cookies can be used as a replacement for third-party cookies if a user has configured Chrome to block third-party cookies.

64. For example, Google JavaScript source code on the Wells Fargo Web page commands the Chrome browser to redirect the content of the user's communication to the Google DoubleClick ad network. As the following redirected HTTP GET request shows, this re-direction includes information about the substance of the Web page and a Google DoubleClick cookie.

```
GET
https://2549153.fls.doubleclick.net/activityi;src=2549153;type=allv40;cat=a
ll_a00;ord=235665274350;gtm=2od2o0;auiddc=1220515757.1631106604;u1=11202109
080610011201771153;u5=n;u8=WWW;u11=PRODUCTION;u18=6407530857713256762432707
3362132898428;u19=GA1.2.835402449.1631106604;u23=DESKTOP;~oref=https%3A%2F%
2Fwww.wellsfargo.com%2F? HTTP/1.1
Host: 2549153.fls.doubleclick.net
Connection: keep-alive
sec-ch-ua: "Google Chrome";v="93", " Not;A Brand";v="99", "Chromium";v="93"
sec-ch-ua-mobile: ?0
sec-ch-ua-platform: "Windows"
Upgrade-Insecure-Requests: 1
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/93.0.4577.63 Safari/537.36
```

---

[3] See *Cross-origin data storage access* at https://developer.mozilla.org/en-US/docs/Web/Security/Same-origin_policy#cross-origin_data_storage_access.

```
Accept:
text/html,application/xhtml+xml,application/xml;q=0.9,image/avif,image/webp
,image/apng,*/*;q=0.8,application/signed-exchange;v=b3;q=0.9
X-Client-Data:
CIi2yQEIpLbJAQjBtskBCKmdygEI7/LLAQiz+MsBCJ75ywEIov7LAQi//ssBCJ7/ywE=
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: navigate
Sec-Fetch-Dest: iframe
Referer: https://www.wellsfargo.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: IDE=AHWqTUmumOxwKydznCcXPGxe7x5BCP7drrDNnMZ-
Q10bKORb24Eac8Jy0lGDbteQ
```

65.     The cookie marked in green above does not contain the Wells Fargo "wfacookie"
cookie because the redirected HTTP GET request is going to the Google
2549153.fls.doubleclick.net   Web server as specified in the HTTP Host header and not to a
wellsfargo.com Web server.

66.     This re-directed transmission of an HTTP GET request to the Google DoubleClick
server on the Wells Fargo home page occurs through the commands of Google source code and is
an example of a hidden tracker as described below in the section entitled *Tracking Pixels*.

67.     The DoubleClick cookie marked in green is an example of third-party cookie.

## VII.   TRACKING PIXELS

68.     Chrome also transmits data to Google through invisible tracking pixels. When
certain Google JavaScript source code is present on a page, the Chrome browser will automatically
fetch JavaScript code from a Google property that, in turn commands the Chrome browser to fetch
an invisible tracking pixel, which are also called "Web bugs" or "Web beacons." The following is
an example of an HTTP GET request to fetch a Google DoubleClick tracking pixel on the Wells
Fargo home page via the Chrome browser from the Fiddler capture file "all-not-signed-in.saz":

```
Request #2901

GET
https://2549153.fls.doubleclick.net/activityi;src=2549153;type=allv40;cat
=all_a00;ord=3919333514376;gtm=2od8g0;auiddc=2057874067.1633470282;u1=112
0211005144439158054681 4;u5=n;u8=WWW;u11=PRODUCTION;u18=560152831982811698
1006123982756124685 0;u19=GA1.2.1981110713.1633470282;u23=DESKTOP;~oref=ht
tps%3A%2F%2Fwww.wellsfargo.com%2F? HTTP/1.1
Host: 2549153.fls.doubleclick.net
Connection: keep-alive
```

```
sec-ch-ua: "Chromium";v="94", "Google Chrome";v="94", ";Not A
Brand";v="99"
sec-ch-ua-mobile: ?0
sec-ch-ua-platform: "Windows"
Upgrade-Insecure-Requests: 1
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/94.0.4606.71 Safari/537.36
Accept:
text/html,application/xhtml+xml,application/xml;q=0.9,image/avif,image/we
bp,image/apng,*/*;q=0.8,application/signed-exchange;v=b3;q=0.9
X-Client-Data:
CKy1yQEIkbbJAQimtskBCMS2yQEIqZ3KAQjv8ssBCJ75ywEI3YTMAQjnhMwBCLWFzAEI24XMA
RiOnssB
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: navigate
Sec-Fetch-Dest: iframe
Referer: https://www.wellsfargo.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: IDE=AHWqTUlTu5-
v9cp3v8iY5G5ddLY5u6YrzyOYPEO0rNstC9fGHiupLIUOmGXC89srtGk
```

69.     The returned image file for a tracking pixel is typically 1 by 1 pixel in size, i.e. a single dot on a screen, which is either never displayed or hidden from view.

70.     The purpose of Google's tracking pixel is to provide tracking information about the Chrome user and the Web site to Google, in this case, Google DoubleClick.   The tracking information is provided to Google in the redirected HTTP GET request for the tracking pixel.

71.     The following information is provided for tracking purposes to Google when Google source code commands Chrome to fetch Google tracking pixels:

   a.     The IP address associated with a user's browser. IP addresses are described in the next section;

   b.     A URL which typically contains coded information about the Web page being visited, a user's browser, and/or the user of the Web site;

   c.     The referring URL which is typically the URL of the Web page or Web site being tracked;

   d.     Identification of the browser being used by the visitor in the "user-agent" HTTP header;

   e.     Any browser cookies which have been set previously by the third-party server (optional);

   f.     First-party cookies passed as parameters in URLs or query strings; and,

   g.     The X-Client-Data header, as described below, for specific Google servers.

72.　In the URL for the Google DoubleClick tracking pixel, examples of URL parameters sent from Chrome to Google in the URL include:

```
https://2549153.fls.doubleclick.net/activityi;src=2549153;type=allv40;cat=all_a00;o
rd=3919333514376;gtm=2od8g0;auiddc=2057874067.1633470282;u1=11202110051444391580546
814;u5=n;u8=WWW;u11=PRODUCTION;u18=56015283198281169810061239827561246850;u19=GA1.2
.1981110713.1633470282;u23=DESKTOP;~oref=https%3A%2F%2Fwww.wellsfargo.com%2F?
```

| Parameter name | Value |
| --- | --- |
| auiddc | Value of the _gcl_au cookie |
| U19 | Value of the _ga cookie |
| oref | URL of the Wells Fargo home page: http://www.wellsfargo.com/ |

73.　The same kind of tracking information sent from Chrome to Google via tracking pixels can also be included in other kinds of re-directed HTTP requests from Chrome to Google:

    a.　HTTP POST requests used for making API calls

    b.　HTTP GET requests for JavaScript files;

    c.　HTTP GET requests for hidden IFRAMEs;

    d.　HTTP GET requests for visible IFRAMEs;

    e.　HTTP GET requests for visible images; or,

    f.　HTTP GET requests which are redirected to fetch other tracking pixels.

## VIII.　IP ADDRESSES

74.　IP addresses are used to route messages on the Internet. An IP address is a number which identifies a computer which is attached on the Internet.

75.　Based on my review of documents produced in this litigation, it is my understanding that Google keeps a record of IP addresses that is has associated with a Google Account holder. For example, I was provided with a ███████████████████ sheet for Claudia Kindler that showed IP addresses Google had associated with her ████████████████ account. Attachment D-1: GOOG-CALH-00027547.

76.　Chrome sends the IP address of a user to Google.com for every example in this expert report.

## IX.    COOKIE SYNCHING

77.    Google has designed JavaScript code that can send a first-party cookie value in a tracking pixel to Google even if an individual has attempted to block third-party cookies.

78.    Google deploys such source code at the Mercury News Web site.  For example, the first-party cookie called "_ga" is set by www.mercurynews.com cookie. The _ga cookie contains a unique identified number that is sent from Chrome to Google DoubleClick in a re-directed tracking pixel transmission through a data parameter called "cid" as the following Fiddler captures illustrate from the file "mercury-news.not-signed-in.2021-09-13.saz":

```
Request #1787

GET https://www.mercurynews.com/2020/05/24/qa-mental-health-tips-for-
handling-the-pandemic/ HTTP/1.1
Host: www.mercurynews.com
Connection: keep-alive
Upgrade-Insecure-Requests: 1
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/93.0.4577.63 Safari/537.36
Accept:
text/html,application/xhtml+xml,application/xml;q=0.9,image/avif,image/we
bp,image/apng,*/*;q=0.8,application/signed-exchange;v=b3;q=0.9
Sec-Fetch-Site: none
Sec-Fetch-Mode: navigate
Sec-Fetch-User: ?1
Sec-Fetch-Dest: document
sec-ch-ua: "Google Chrome";v="93", " Not;A Brand";v="99",
"Chromium";v="93"
sec-ch-ua-mobile: ?0
sec-ch-ua-platform: "Windows"
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: bc_tstgrp=10; _pnvl=false;
pushly.user_puuid=pm6x1sNTBoBUWuXzQl1gTr49Apl3EGUn; _pndnt=;
_parsely_session={%22sid%22:1%2C%22surl%22:%22https://www.mercurynews.com
/%22%2C%22sref%22:%22https://www.google.com/%22%2C%22sts%22:1631542411970
%2C%22slts%22:0};
_parsely_visitor={%22id%22:%22pid=5836e7091786350a0954ce76f26b29e3%22%2C%
22session_count%22:1%2C%22last_session_ts%22:1631542411970};
bloom_page_location_address=; ai_user=kmmro|2021-09-13T14:13:32.257Z;
liveramp_id_env_sampling_rate=100; osano_consentmanager_uuid=ab954006-
c8c6-44db-a1e7-096f5c71adc6;
osano_consentmanager=pGvVbrrL6OqhTqFjYee2zBbKXKtLrMAYFljryWAHMSut0FvlGUtC
ST-dljGRgjMgb5vRyQiokETCI3GoDu-
L8uwnVJz022pf3Cv9_BBpEEUqbgkdeBPMxiOZEJVlWgq2E_RYpzAQnpxSy1cCoA-
P4AtEpUxBmxd5Pnjvb-aENv9Gnwv2815LoadAB2TSXisXw9ILxv--
cZ0GShW1d0NZZVLhGXeHMjga0UDI15mRpIeq8NZJuxT_ir9aoGhnrzUT1u7GyDktmyUki-
ktIb26VukUhJz1Z9sd_yNJ5RRY5CfA_lZmqvixh1hxH6rdpp2Eyxc_f1zIOA7S8XHY69Z4jsC
```

pSdvXs1k6l5FIiodChSGnss4vGpVRgscV7tFAFwiE5o3PAVJjJsU4kkW50aiMk2UdviUjsTka
7Ny6uJESZmtXHKBIhV7McaR_eh3I12k4764W7naBIm70ytWGyFe8glCMFDWejCoFPW9IkP9gF
FOIbCNXP0lXxV8Ur-c-ZP4kQE7v5wgeeSBY0zMAjBuuejuFJxBE-
KzyP9P5FMehh2leLpb2EIGuWObd_DIWmjjLYthvTeXAT5FtMdRpLhgNd8iL9vI0nlQjpbqZCb
TzuvY9Accnr9IRGJMn9UMDeLa2tvSUjwqnxRYmQ8RDdr8e2inNYlPLAatuj0zsXFEuYLQeq_i
Use1ZhrWkECx1SWyzfNJHKjKJAJ4I5hf7;
osano_consentmanager_expdate=1664720012646; bloom_page_location_latlon=,;
ntv_as_us_privacy=1YNY; _dlt=1; BCSessionID=0f30ada1-a9e1-4d40-84d3-
1326d43fc5dd; _vfb=www%2Emercurynews%2Ecom.00000000-0000-4000-8000-
c86bf0725f23.1.10.1631542414....; _vfz=www%2Emercurynews%2Ecom.00000000-
0000-4000-8000-
c86bf0725f23.1631542414.1.medium=referral|source=https%3A%2F%2Fwww%2Egoog
le%2Ecom%2F|sharer_uuid=|terms=; _vfa=www%2Emercurynews%2Ecom.00000000-
0000-4000-8000-c86bf0725f23.1342deb4-1566-4138-8805-
d7fe84bd475e.1631542414.1631542414.1631542414.1;
_ga=GA1.2.2006701840.1631542414; _gid=GA1.2.2123645444.1631542414;
_fbp=fb.1.1631542414046.1855619409; _lr_geo_location=US;
anonDeviceId=1d555da45505ff891c58536c8f804683; _ntv_uid=5c77eb3d-4e8b-
4fc4-aeb6-c02c38e3e3c0; __qca=P0-1407422042-1631542414567;
ABTestCookie=A;
__gads=ID=5d64891e9d5f75b5:T=1631542416:S=ALNI_MYtKRJOCfopqavGqFxDO5h7WXY
z-w; _pnlspid=10402; sub_nxt_upd_ac_DFM_BANGWPPRODWAB_PROD=1;
sub_nxt_DFM_BANGWPPRODWAB_PROD={%221%22:{%22103999%22:{%22ac%22:1%2C%22ac
_d%22:1%2C%22s%22:%222021-09-
13T14:13:39.870Z%22}%2C%22_ac_d%22:1%2C%22_ac%22:1%2C%22_acnv%22:103999}%
2C%222%22:{%22104000%22:{%22ac%22:0%2C%22ac_d%22:0%2C%22s%22:%222021-07-
22T22:00:52.409Z%22}%2C%22104006%22:{%22ac%22:6%2C%22ac_d%22:6%2C%22s%22:
%222021-07-
22T22:00:52.409Z%22}%2C%22_ac_d%22:6%2C%22_ac%22:6%2C%22_acnv%22:104006}%
2C%223%22:{%22103998%22:{%22ac%22:3%2C%22ac_d%22:3%2C%22s%22:%222021-02-
18T17:34:02.354Z%22}%2C%22_ac_d%22:3%2C%22_ac%22:3%2C%22_acnv%22:103998}}
; _pnss=blocked;
ntvSession={"id":5877013,"placementID":729292,"lastInteraction":163154243
8438,"sessionStart":1631542415620,"sessionEndDate":1631592000000,"trackUs
erSessionTime":true,"experiment":""};
ai_session=UQCDN|1631542417294.2|1631542478054.4;
RT="z=1&dm=mercurynews.com&si=6beb4243-4784-4973-8d51-
ad0fee050471&ss=ktiq8599&sl=1&tt=7hc&bcn=%2F%2F173c5b06.akstat.io%2F&ld=7
hi&ul=25l6&hd=25p7"

Request #839

POST
https://stats.g.doubleclick.net/j/collect?t=dc&aip=1&_r=3&v=1&_v=j93&tid=
UA-61435456-
5&cid=2006701840.1631542414&jid=1217020427&gjid=2030339187&_gid=212364544
4.1631542414&_u=aGBAAEAiAAAAAC~&z=1022634266 HTTP/1.1
Host: stats.g.doubleclick.net
Connection: keep-alive
Content-Length: 0
sec-ch-ua: "Google Chrome";v="93", " Not;A Brand";v="99",
"Chromium";v="93"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/93.0.4577.63 Safari/537.36

```
sec-ch-ua-platform: "Windows"
Content-Type: text/plain
Accept: */*
Origin: https://www.mercurynews.com
X-Client-Data:
CKy1yQEIkbbJAQimtskBCMS2yQEIqZ3KAQjv8ssBCLT4ywEInvnLAQj4+csBCKH+ywEIvv7LA
Qif/8sBGI6eywE=
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: cors
Sec-Fetch-Dest: empty
Referer: https://www.mercurynews.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: IDE=AHWqTUmqd-
zBXxsdheBxNfH3TGgSAamoNxuSKmXGAvnplo4w_tkt8p9lfmpFuUJMEqk
```

79.     The Fiddler file record #1787 shows the _ga cookie value being sent to www.mercurynews.com in a HTTP cookie header.  A separate transmission in Request #888 shows the _ga cookie value being sent to Google DoubleClick as a cid data parameter in a tracking pixel URL.  The _ga cookie values are marked in blue.  Google DoubleClick also receives in the second HTTP GET request, its IDE cookie which is marked in green.

80.     The same _ga cookie value is also sent from Chrome to www.google.com as shown in the same Fiddler capture file as the "cid" query string parameter:

```
Request #888

GET https://www.google.com/ads/ga-
audiences?t=sr&aip=1&_r=4&slf_rd=1&v=1&_v=j93&tid=UA-61435456-
5&cid=2006701840.1631542414&jid=1217020427&_u=aGBAAEAiAAAAAC~&z=1338768148
HTTP/1.1
Host: www.google.com
Connection: keep-alive
sec-ch-ua: "Google Chrome";v="93", " Not;A Brand";v="99", "Chromium";v="93"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/93.0.4577.63 Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8
X-Client-Data: CKy1yQEIkbbJAQimtskBCMS2yQEIqZ3KAQjv8ssBCLT4ywEInvnLAQj4+
csBCKH+ywEIvv7LAQif/8sBGI6eywE=
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: image
Referer: https://www.mercurynews.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
```

```
Cookie: 1P_JAR=2021-09-13-14;
NID=223=EgZXKeiA5PteRY1docE75AYM5121PpyT7JIvXZTEuDHg6xyPWBV4TehfDk6OpGJ--
3SO-bU2rXryKp_SwnrLhxwz37ge3-
oLxGpXj_h1UuTZRwIGWBRwT6m1khuP6zXDZ9DnegPh6vRJRTib8QfEgDX9ePGkusHwfnEubHRroV
o
```

81.    Google's first party cookies are highlighted in green.

82.    The same _ga cookie value is also sent from Chrome to to www.google-analytics.com as shown in the same Fiddler capture file as the "cid" query string parameter:

```
Request #1937

POST https://www.google-
analytics.com/j/collect?v=1&_v=j93&a=326817636&t=pageview&_s=1&dl=https%3A%2
F%2Fwww.mercurynews.com%2F2020%2F05%2F24%2Fqa-mental-health-tips-for-
handling-the-pandemic%2F&dr=&dp=%2F2020%2F05%2F24%2Fqa-mental-health-tips-
for-handling-the-pandemic%2F&ul=en-us&de=UTF-
8&dt=Mental%20health%20tips%20for%20handling%20the%20pandemic&sd=24-
bit&sr=1920x1080&vp=1074x479&je=0&_u=SCCAAEAjAAAAAC~&jid=1922864218&gjid=569
527571&cid=2006701840.1631542414&tid=UA-61435456-
5&_gid=2123645444.1631542414&_r=1&gtm=2wg910TLFP4R&cd2=mercurynews.com&cd3=m
ercurynews.com&cd4=&cd5=2020-05-24T07%3A00%3A20-07%3A00&cd6=2020-05-
24T07%3A00%3A20-07%3A00&cd7=2020-05-27T04%3A27%3A51-
07%3A00&cd9=no&cd10=Business&cd11=5.8.1&cd12=&cd13=WP&cd14=Business&cd15=Bus
iness&cd16=&cd17=&cd18=&cd19=&cd20=&cd21=https%3A%2F%2Fwww.mercurynews.com%2
F2020%2F05%2F24%2Fqa-mental-health-tips-for-handling-the-pandemic&cd22=qa-
mental-health-tips-for-handling-the-
pandemic&cd23=7158259&cd24=article&cd25=BANG&cd26=Louis%20Hansen&cd27=Q%26am
p%3BA%3A%20Mental%20health%20tips%20for%20handling%20the%20pandemic&cd28=htt
ps%3A%2F%2Fwww.mercurynews.com%2F2020%2F05%2F24%2Fqa-mental-health-tips-for-
handling-the-
pandemic%2F&cd29=Q%26amp%3BA%3A%20Mental%20health%20tips%20for%20handling%20
the%20pandemic&cd30=&cd32=p-
4ctCQwtnNBNs2&cd33=BayAreaNewsGroup&cd34=true&cd35=coronavirus%2C%20mental%2
0health%2C%20tips%2C%20surviving%2C%20exercise%2C%20Santa%20Clara%20Universi
ty%2C%20psychology%2C%20health%2C%20COVID-
19%2C%20Silicon%20Valley%2C%20stress%2C&cd36=5242&cd37=840&cd38=Louis%20Hans
en&cd49=true&cd50=Mozilla%2F5.0%20(Windows%20NT%2010.0%3B%20Win64%3B%20x64)%
20AppleWebKit%2F537.36%20(KHTML%2C%20like%20Gecko)%20Chrome%2F93.0.4577.63%2
0Safari%2F537.36&cd51=&cd54=lhansen%40bayareanewsgroup.com&cd55=Bay%20Area%2
0News%20Group&cd53=2006701840.1631542414&z=1025800765 HTTP/1.1
Host: www.google-analytics.com
Connection: keep-alive
Content-Length: 0
sec-ch-ua: "Google Chrome";v="93", " Not;A Brand";v="99", "Chromium";v="93"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/93.0.4577.63 Safari/537.36
sec-ch-ua-platform: "Windows"
```

```
Content-Type: text/plain
Accept: */*
Origin: https://www.mercurynews.com
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: cors
Sec-Fetch-Dest: empty
Referer: https://www.mercurynews.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
```

83.     Based on my review of documents produced by Google, it is my understanding that Google uses this process to map its third-party cookie values to the first-party cookie values and cid data parameter that is included as part of the re-directed tracking pixel request. For example, an internal Google document describes the 'cid' data parameter as " ████████████████████ ███████████████████████████████████████████████████████████████ ████████████████████████████████████████████." Attachment D-2: GOOG-CALH-00062153. The same document explains that the ████████████████████████ ███████████████████████████████████████████████████████████████ ██████████████████████████████ A separate document indicates that ███████████ ███████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████. Attachment D-3: GOOG-CALH-00030031 at 00030036.

## X.     CHROME'S X-CLIENT-DATA HEADER

84.     In my testing of the Chrome browser, many of the HTTP requests made to Google servers include a custom Chrome HTTP header named "X-Client-Data".

85.     See for example the following request from the SAZ capture file recaptcha.saz:

```
Request #31

GET
https://www.google.com/recaptcha/api.js?onload=$$WP$Captcha$RenderAllCaptcha
&render=explicit&hl=en HTTP/1.1
Host: www.google.com
Connection: keep-alive
sec-ch-ua: "Google Chrome";v="93", " Not;A Brand";v="99", "Chromium";v="93"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/93.0.4577.82 Safari/537.36
sec-ch-ua-platform: "Windows"
```

```
Accept: */*
X-Client-Data:
CKy1yQEIkbbJAQimtskBCMS2yQEIqZ3KAQjv8ssBCLT4ywEInvnLAQj4+csBCKH+ywEIvv7LAQif
/
8sBGI6eywE=
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: script
Referer: https://chpepiceweb.health-partners.org/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: 1P_JAR=2021-09-16-00;
NID=223=D8l3pfOzjlcEcPTNmzv_3cYoanfqJP0lGGHrDsKkf4bTq1L9cyxqbrzReqB1AKkc1o
CCUFuJPvS7-iKtdWCWMvCgGgk486FzsTx7JO-mwiUku-
1BUEHuRHdk9VMVoJAVbcE5ziFU3Fj9TcKquNoS0yDzhE_L1i0wdnaWTn6yn7A
```

86.     The "X-Client-Data" HTTP header is marked in blue.

87.     The "X-Client-Data" HTTP header includes a lengthy string of characters encoded in base64[4].

88.     There appears to be no method in Chrome Settings to turn off the transmission of the "X-Client-Data" HTTP header.

89.     Google-associated domains which the X-Client-Data header are sent to can be found in the Chromium source code file google_util.cc:

---

[4] See *Base64* at https://developer.mozilla.org/en-US/docs/Glossary/Base64

Case No. 5:20-cv-05146-LHK-SVK
Expert Report R. Smith



*Source*:
https://source.chromium.org/chromium/chromium/src/+/master:components/google/core/common/google_util.cc?q=IsGoogleAssociatedDomainUrl&ss=chromium&originalUrl=https:%2F%2Fcs.chromium.org%2Fchromium%2Fsrc%2Fcomponents%2Fgoogle%2Fcore%2Fcommon%2Fgoogle_util.cc

## XI.  CHROME ALLOWS GOOGLE TO TRACK CHROME USERS AND OBTAIN THEIR PERSON INFORMATION THROUGH GOOGLE EMBEDS AND APIS

90.     Google provides various server-side embeds and APIs which a Web site can use on Web pages of their site.

91.     The Google embeds and APIs allow Google to also track user activities at a Web site regardless if a user is synced or using the embed or not.

92.     These APIs are accessed via JavaScript code and/or HTML IFRAMEs embedded in Web pages of the Web site.

93.     Examples of these Google APIs include Google reCAPTCHA, Google Translation, Google Sign-in, Google Maps, Google Fonts, Google Tag Manager, Google Programmable Search Engine (sometimes called Custom Search Engine), and YouTube.

Case No. 5:20-cv-05146-LHK-SVK
Expert Report R. Smith

94.     When Chrome encounters source code for Google reCAPTCHA on non-Google websites, Chrome sends personal information to www.google.com in the form of Google.com cookies, X-client data header, URL information, IP address, and User-Agent data – regardless of whether the Chrome user is synced or interacts with the Google reCAPTCHA tool or not.

95.     When Chrome encounters source code for Google Translate on non-Google websites, Chrome sends personal information to translate.google.com in the form of Google.com cookies, X-client data header, URL information, IP address, and User-Agent data – regardless of whether the Chrome user is synced or interacts with the Google Translate tool or not.

96.     When Chrome encounters source code for Google Sign-in on non-Google websites, Chrome sends personal information to apis.google.com  in the form of Google.com cookies, X-client data header, URL information, IP address, and User-Agent data – regardless of whether the Chrome user is synced or interacts with the Google Sign-in tool or not.

97.     When Chrome encounters source code for Google Maps on non-Google websites, Chrome sends personal information to Google at maps.googleapis.com,  Chrome sends personal information to maps.googleapis.com  in the form of X-client data header, URL information, IP address, and User-Agent data – regardless of whether the Chrome user is synced or interacts with the Google Maps tool or not – and regardless of whether a Google Map is visible on the page.

98.     When Chrome encounters source code for Google Fonts on non-Google websites, Chrome sends personal information to Google at fonts.googleapis.com in the form of X-client data header, URL information, IP address, User-Agent data, and URL information.

99.     When Chrome encounters source code from Google Tag Manager on non-Google websites, Chrome sends personal information to Google at www.googletagmanager.com in the form of IP address plus User-Agent and website information – regardless of whether the Chrome user is synced. By its nature, a user cannot interact with the Google Tag Manager tool and it is never visible on the page.

## XII. CHROME TRANSFERS CHROME USER'S COMMUNICATIONS IN THE CHROME OMNIBOX TO GOOGLE

80.     The Chrome browser allows a user to directly type a website URL or to search from the Chrome address bar, which Google calls the Omnibox. The Fiddler capture omnibox.saz illustrates that, in its default settings, the Chrome browser automatically contacts a www.google.com server as soon as an user types keystrokes into the omnibox – whether they are conducting a search or not – and sends the contents of the Chrome user's keystrokes, IP address, user-agent information, cookies, and X-client-data header information to Google.

## XIII. TESTING RESULTS WITH WEB PAGES VISITED BY THE CLASS REPRESENTATIVES

100.     According to the First Amended Complaint, URLs of some of the Web pages visited by the class representatives include:



101.     For this expert report, I visited these same Web pages in the Chrome browser on October 6, 2021 and captured the network transmissions from the Chrome browser to Web servers using the Fiddler Tool described above.

102.     I ran the Chrome browser for Windows in 4 different modes:

     a.      Not signed into a Google account

     b.      Signed into a Google test account with Chrome Sync turned off

     c.      Signed into a Google test account with Chrome Sync turned on

103.     I created three SAZ capture files with Fiddler for each of the 3 modes.

104.     For each mode, I visited the six Web pages of the class representatives listed above.

105.     Regardless of the mode, I found that the Chrome browser transmits tracking information to Google servers when visiting the six Web pages.

106. See for example the following HTTP requests to Google servers by the Chrome browser in the Fiddler capture file all-not-signed-in.saz. For each of these examples, Chrome also sends the IP address, User-Agent, and other header information. For transmissions to Google.com, Google DoubleClick, and Google APIs, Chrome also sends the X-client data header:

| # | Chrome Transmissions of Personal Information to Google – Basic Browser |
|---|---|
| 101 | **Web site:** ▓▓▓▓▓▓▓<br>**Redirection to stats.g.doubleclick.net:**<br>/collect?t=dc&aip=1&_r=3&v=1&_v=j93&tid=UA-6575999-3&cid=2059839587.1633530563&jid=180234852&gjid=1001536065&_gid=587239988.1633530563&_u=IEBAAEAAAAAAAC~&z=714318647<br>**Cookie names:** IDE and _ga cookie transmitted by cid data parameter<br>**Chrome Transmissions to this Google server:** 1 |
| 643 | **Web site** ▓▓▓▓▓▓▓<br>**Redirection to stats.g.doubleclick.net:**<br>/j/collect?t=dc&aip=1&_r=3&v=1&_v=j93&tid=UA-61435456-5&cid=2062140671.1632604980&jid=352755548&gjid=1002413277&_gid=699553915.1633530581&_u=aCDACEAjBAAAAC~&z=149508173<br>**Cookie names:** IDE and _ga cookie transmitted by cid data parameter<br>**Chrome Transmissions this Google server:** 1 |
| 665 | **Web site:** ▓▓▓▓▓▓▓<br>**Redirection to www.google.com:**<br>ads/ga-audiences?t=sr&aip=1&_r=4&slf_rd=1&v=1&_v=j93&tid=UA-61435456-5&cid=2062140671.1632604980&jid=352755548&_u=aCDACEAjBAAAAC~&z=835570949<br>**Cookie names:** NID,1P_JAR, and _ga cookie transmitted by cid data parameter<br>**Chrome Transmissions to this Google server:** 2 |
| 916 | **Website:** ▓▓▓▓▓▓▓<br>**Redirection to googleads.g.doubleclick.net:**<br>/xbbe/pixel?d=CPaoDBCQ758CGI3ptqABMAE&v=APEucNWoi-EwIXL_QmkTyqQ30mIoYnSqd-81q7K7Erm_iFzhjqxuC7pbwLK1neyxfzgh8Qvf8UokYeSo5PwWSGAXqOwB1w6M0Q<br>**Cookie names:** IDE<br>**Chrome Transmissions to this Google server:** 2 |
| 2441 | **Web site:** ▓▓▓▓▓▓▓<br>**Redirection to fonts.googleapis.com:** /css?family=Open+Sans:300,400,600<br>**Cookie names:** None<br>**Requests made to this Google server:** 1 |
| 2894 | **Web site:** ▓▓▓▓▓▓▓<br>**Redirection to www.google-analytics.com:**<br>/j/collect?v=1&_v=j92&aip=1&a=1499814037&t=pageview&_s=1&dl=https%3A%2F%2Fwww.wellsfargo.com%2F&ul=en-us&de=UTF-8&dt=Wells%20Fargo%20%E2%80%93%20Banking%2C%20Credit%20Cards%2C%20Loans%2C%20Mortgages%20%26%20More&sd=24-bit&sr=1920x1080&vp=1074x496&je=0&_u=wCCACUALBAAAAC~&jid=1349778627&gjid=1511578277&cid=1981110713.1633470282&tid=UA-107148943- |

Case No. 5:20-cv-05146-LHR-SVK
EXPERT REPORT R. SMITH

| | |
|---|---|
| | 1&_gid=1889974577.1633470282&_r=1&cd1=WWW&cd4=n&cd7=DESKTOP&cd8=PRODUCTION&cd9=11202110051444391580546814&cd12=BROWSER&cd22=top-pages&cd23=4.46.0>m=2ou8g0&cd35=1981110713.1633470282&z=1714300717<br>**Cookie names:** _ga cookie via cid data parameter<br>**Chrome Transmissions to this Google server: 3** |
| 2901 | **Web site:**<br>**Redirection to 2549153.fls.doubleclick.net:**<br>/activityi;src=2549153;type=allv40;cat=all_a00;ord=3919333514376;gtm=2od8g0;auiddc=2057874067.1633470282;u1=11202110051444391580546814;u5=n;u8=WWW;u11=PRODUCTION;u18=56015283198281169810061239827561246850;u19=GA1.2.1981110713.1633470282;u23=DESKTOP;~oref=https%3A%2F%2Fwww.wellsfargo.com%2F?<br>**Cookie names:** IDE, and _ga cookie transmitted by u19 data parameter<br>**Chrome Transmissions to this Google server: 2** |
| 2911 | **Web site:**<br>**Redirection to stats.g.doubleclick.net:**<br>/j/collect?t=dc&aip=1&_r=3&v=1&_v=j92&tid=UA-107148943-1&cid=1981110713.1633470282&jid=1349778627&gjid=1511578277&_gid=1889974577.1633470282&_u=wCCACUAKBAAAAC~&z=1082589333<br>**Cookie names:** IDE, and _ga cookie transmitted by cid data parameter<br>**Chrome Transmissions to this Google server: 1** |
| 2987 | **Web site**<br>**Redirection to ad.doubleclick.net:**<br>/ddm/activity/src=2549153;type=allv40;cat=all_a012;u1=11202110051444391580546814;u4=LOGIN;u5=n;u8=loginapp;u11=PROD;u18=56015283198281169810061239827561246850;u19=GA1.2.1981110713.1633470282;u23=DESKTOP;ord=1283180692937.5557?<br>**Cookie names:** IDE, and _ga cookie transmitted by cid data parameter<br>**Chrome Transmissions to this Google server: 4** |
| 2998 | **Web site:**<br>**Redirection to adservice.google.com:**<br>/ddm/fls/z/src=2549153;dc_pre=CND114OAtvMCFZGqnwodQPkMHg;type=allv40;cat=all_a012;u1=11202110051444391580546814;u4=LOGIN;u5=n;u8=loginapp;u11=PROD;u18=56015283198281169810061239827561246850;u19=GA1.2.1981110713.1633470282;u23=DESKTOP;ord=1283180692937.5557<br>**Cookie names:** NID,1P_JAR, and _ga cookie transmitted by u19 data parameter<br>**Chrome Transmissions to this Google server: 2** |
| 3064 | **Web site:**<br>**Redirection to cm.g.doubleclick.net:**<br>/pixel?google_nid=wellsfargo_adh&google_hm=MTk4MTExMDcxMy4xNjMzNDcwMjgy&_rnd=0.15110093431973692<br>**Cookie names:** IDE<br>**Chrome Transmissions to this Google server: 1** |
| 3072 | **Web site:**<br>**Redirection to fcmatch.google.com:**<br>/pixel?google_gm=AMnCDooKyrePUcEI5C5-Ws_6z8VcUl9HIIyUGUNg4Sr8oHez1uEdlJcqCOWpcmzkBVcnmFMOgXhDcTNX5SsGqaNUp50TgBRmDd8It91foDUkL9vbvywJMKc |

| | Cookie names: NID,1P_JAR<br>**Chrome Transmissions to this Google server:** 1 |
|---|---|
| **3074** | **Web site:** ▮▮▮▮▮▮▮▮▮<br>**Redirection to** fcmatch.youtube.com:<br>/pixel?google_gm=AMnCDooKyrePUcEl5C5-<br>Ws_6z8VcUl9HIlyUGUNg4Sr8oHez1uEdlJcqCOWpcmzkBVcnmFMOgXhDcTNX5SsGqaNUp50TgB<br>RmDd8It91foDUkL9vbvywJMKc<br>**Cookie names:** VISITOR_INFO1_LIVE<br>**Chrome Transmissions to this Google server:** 1 |

107.    See for example the following HTTP requests to Google servers by the Chrome browser in the Fiddler capture file all-signed-in-sync-off.saz. For each of these examples, Chrome also sends the IP address, User-Agent, and other header information. For transmissions to Google.com, Google Doubleclick, and Google APIs, Chrome also sends the X-client data header:

| # | Chrome Transmissions of Personal Information to Google – Signed-In, Not Consented for Sync |
|---|---|
| **154** | **Web site:** ▮▮▮▮▮▮▮▮▮<br>**Redirection to** www.google.com:<br>/cse/static/images/1x/googlelogo_lightgrey_46x16dp.png<br>**Cookie names:** 1P_JAR,__Secure-3PSID,__Secure-3PAPISID,NID,__Secure-3PSIDCC<br>**Chrome Transmissions to this Google server:** 2 |
| **161** | **Web site:** ▮▮▮▮▮▮▮▮▮<br>**Redirection to** www.google-analytics.com<br>/j/collect?v=1&_v=j93&a=1203751500&t=pageview&_s=1&dl=https%3A%2F%2Fwww myflorida.com<br>%2Faccessflorida%2F&ul=en-us&de=UTF-8&dt=Access%20Florida%20-<br>%20Florida%20Department%20of%20Children%20and%20Families&sd=24-<br>bit&sr=1920x1080&vp=1075x496&je=0&_u=AACAAEABAAAAAC~&jid=1157240401&gjid=200333<br>1047&cid=2059839587.1633530563&tid=UA-6575999-<br>3&_gid=587239988.1633530563&_r=1&_slc=1&z=1970236770<br>**Cookie names:** _ga cookie transmitted by cid data parameter<br>**Chrome Transmissions to this Google server:** 2 |
| **167** | **Web site:** ▮▮▮▮▮▮▮▮▮<br>**Redirection to** stats.g.doubleclick net<br>/j/collect?t=dc&aip=1&_r=3&v=1&_v=j93&tid=UA-6575999-<br>3&cid=2059839587.1633530563&jid=1157240401&gjid=2003331047&_gid=587239988.1633530563&<br>_u=AACAAEAAAAAAAC~&z=764437052<br>**Cookie names:** IDE, and _ga cookie transmitted by cid data parameter<br>**Chrome Transmissions to this Google server:** 1 |
| **366** | **Web site:** ▮▮▮▮▮▮▮▮▮<br>**Redirection to** www.google-analytics.com<br>/j/collect?v=1&_v=j93&a=305734059&t=pageview&_s=1&dl=https%3A%2F%2Fwww mercurynews.co<br>m%2F2020%2F05%2F24%2Fqa-mental-health-tips-for-handling-the-<br>pandemic%2F&dr=&dp=%2F2020%2F05%2F24%2Fqa-mental-health-tips-for-handling-the-<br>pandemic%2F&ul=en-us&de=UTF- |

8&dt=Mental%20health%20tips%20for%20handling%20the%20pandemic&sd=24-
bit&sr=1920x1080&vp=1075x479&je=0&_u=SCCACEAjBAAAAC~&jid=122091696&gjid=21065772
35&cid=2062140671.1632604980&tid=UA-61435456-
5&_gid=699553915.1633530581&_r=1>m=2wga40TLFP4R&cd2=mercurynews.com&cd3=mercurynew
s.com&cd4=&cd5=2020-05-24T07%3A00%3A20-07%3A00&cd6=2020-05-24T07%3A00%3A20-
07%3A00&cd7=2020-05-27T04%3A27%3A51-
07%3A00&cd9=no&cd10=Business&cd11=5.8.1&cd12=&cd13=WP&cd14=Business&cd15=Business&
cd16=&cd17=&cd18=&cd19=&cd20=&cd21=https%3A%2F%2Fwww mercurynews.com%2F2020%2F
05%2F24%2Fqa-mental-health-tips-for-handling-the-pandemic&cd22=qa-mental-health-tips-for-
handling-the-
pandemic&cd23=7158259&cd24=article&cd25=BANG&cd26=Louis%20Hansen&cd27=Q%26amp%3B
A%3A%20Mental%20health%20tips%20for%20handling%20the%20pandemic&cd28=https%3A%2F%2
Fwww.mercurynews.com%2F2020%2F05%2F24%2Fqa-mental-health-tips-for-handling-the-
pandemic%2F&cd29=Q%26amp%3BA%3A%20Mental%20health%20tips%20for%20handling%20the%
20pandemic&cd30=&cd32=p-
4ctCQwtnNBNs2&cd33=BayAreaNewsGroup&cd34=true&cd35=coronavirus%2C%20mental%20health
%2C%20tips%2C%20surviving%2C%20exercise%2C%20Santa%20Clara%20University%2C%20psych
ology%2C%20health%2C%20COVID-
19%2C%20Silicon%20Valley%2C%20stress%2C&cd36=5242&cd37=840&cd38=Louis%20Hansen&cd
49=true&cd50=Mozilla%2F5.0%20(Windows%20NT%2010.0%3B%20Win64%3B%20x64)%20Apple
WebKit%2F537.36%20(KHTML%2C%20like%20Gecko)%20Chrome%2F94.0.4606.71%20Safari%2F5
37.36&cd51=&cd54=lhansen%40bayareanewsgroup.com&cd55=Bay%20Area%20News%20Group&cd5
3=2062140671.1632604980&z=1006444593
**Cookie names:** _ga cookie transmitted by cid data parameter
**Chrome Transmissions to this Google server:** 22

| | |
|---|---|
| 419 | **Web site:** ▓▓▓▓▓▓▓▓▓▓▓▓<br>**Redirection to** stats.g.doubleclick net:<br>/j/collect?t=dc&aip=1&_r=3&v=1&_v=j93&tid=UA-61435456-<br>5&cid=2062140671.1632604980&jid=122091696&gjid=2106577235&_gid=699553915.1633530581&_<br>u=SCCACEAiBAAAAC~&z=339769821<br>**Cookie names:** IDE, and _ga cookie via cid data parameter<br>**Chrome Transmissions to this Google server:** 1 |
| 436 | **Web site:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>**Redirection to:** cm.g.doubleclick.net:<br>/pixel?google_nid=bdsw&google_cm=1&google_hm=bxt330P2SPm94leKzmkYrQ==<br>**Cookie names:** IDE<br>**Chrome Transmissions to this Google server:** 1 |
| 437 | **Web site:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>**Redirection to:** www.google.com<br>/ads/ga-audiences?t=sr&aip=1&_r=4&slf_rd=1&v=1&_v=j93&tid=UA-61435456-<br>5&cid=2062140671.1632604980&jid=122091696&_u=SCCACEAiBAAAAC~&z=1385165174<br>**Cookie names:** 1P_JAR,__Secure-3PSID,__Secure-3PAPISID,NID,__Secure-3PSIDCC, and _ga cookie<br>via cid data parameter<br>**Chrome Transmissions to this Google server:** 2 |
| 1994 | **Web site:** ▓▓▓▓▓▓▓▓▓▓▓▓▓<br>**Redirection to:** cm.g.doubleclick.net<br>/pixel?google_nid=oath_dbm&google_hm=eS1NVkRoX2NCRTJ1RVhrX2RXeGZQSmFDY0hlS0FQX1<br>g1MH5B&gdpr=0&gdpr_consent=<br>**Cookie names:** IDE<br>**Chrome Transmissions to this Google server:** 4 |

| | |
|---|---|
| 1996 | **Web site:** ▮▮▮▮▮▮▮▮▮▮<br>**Redirection to** bid.g.doubleclick net<br>/xbbe/pixel?d=KAFCYkFLQW1mLUEtTU4tZk9sOFNSVlE1VUM4RUU1Q2FuNTdzRWtRWXJYUmhl<br>Q2VDV192cnZ2WU4xTENVb0dycExjM2NCbDRmSzRfN1FSd19KT1hRbVN1NURHNmZlQUF4YX<br>RyaVJ3&v=APEucNV7UtLD7Vx3AU9yEp9APTfAV5gY0qKMec_6J3JEQcRB-pHUbv5qASt-<br>t0HzLq8KY6ovw8i-<br>**Cookie names:** IDE<br>**Chrome Transmissions to this Google server:** 1 |
| 2062 | **Web site:** ▮▮▮▮▮▮▮▮▮▮<br>**Redirection to** www.google.com<br>/recaptcha/api2/aframe<br>**Cookie names:** 1P_JAR,__Secure-3PSID,__Secure-3PAPISID,NID,__Secure-3PSIDCC<br>**Chrome Transmissions to this Google server:** 1 |
| 2994 | **Web site:** ▮▮▮▮▮▮▮▮▮▮<br>**Redirection to** www.google-analytics.com<br>/j/collect?v=1&_v=j92&aip=1&a=341399573&t=pageview&_s=1&dl=https%3A%2F%2Fwww.wellsfar<br>go.com%2F&ul=en-us&de=UTF-<br>8&dt=Wells%20Fargo%20%E2%80%93%20Banking%2C%20Credit%20Cards%2C%20Loans%2C%20<br>Mortgages%20%26%20More&sd=24-<br>bit&sr=1920x1080&vp=1075x496&je=0&_u=wCCACUALBAAAAC~&jid=957281232&gjid=1593069<br>287&cid=1981110713.1633470282&tid=UA-107148943-<br>1&_gid=1889974577.1633470282&_r=1&cd1=WWW&cd4=n&cd7=DESKTOP&cd8=PRODUCTION<br>&cd9=1120211005144439158054684&cd12=BROWSER&cd22=top-<br>pages&cd23=4.46.0>m=2ou8g0&cd35=1981110713.1633470282&z=1725126756<br>**Cookie names:** _ga cookie transmitted by cid data parameter<br>**Chrome Transmissions to this Google server:** 3 |
| 3020 | **Web site:** ▮▮▮▮▮▮▮▮▮▮<br>**Redirection to** stats.g.doubleclick net<br>/j/collect?t=dc&aip=1&_r=3&v=1&_v=j92&tid=UA-107148943-<br>1&cid=1981110713.1633470282&jid=957281232&gjid=1593069287&_gid=1889974577.1633470282&<br>_u=wCCACUAKBAAAAC~&z=885598886<br>**Cookie names:** IDE,DSID, _ga cookie transmitted by cid data parameter<br>**Chrome Transmissions to this Google server:** 1 |
| 3031 | **Web site:** ▮▮▮▮▮▮▮▮▮▮<br>**Redirection to** 2549153.fls.doubleclick net<br>/activityi;src=2549153;type=allv40;cat=all_a00;ord=5443943801409;gtm=2od8g0;auiddc=2057874067.1<br>633470282;u1=1120211005144439158054684;u5=n;u8=WWW;u11=PRODUCTION;u18=5601528319<br>8281169810061239827561246850;u19=GA1.2.1981110713.1633470282;u23=DESKTOP;~oref=https%3<br>A%2F%2Fwww.wellsfargo.com%2F?<br>**Cookie names:** IDE,DSID, and _ga cookie via u19 data parameter<br>**Chrome Transmissions to this Google server:** 2 |
| 3066 | **Web site:** ▮▮▮▮▮▮▮▮▮▮<br>**Redirection to** ad.doubleclick net<br>/ddm/activity/src=2549153;type=allv40;cat=all_a012;u1=1120211005144439158054684;u4=LOGIN;u5<br>=n;u8=loginapp;u11=PROD;u18=56015283198281169810061239827561246850;u19=GA1.2.198111071<br>3.1633470282;u23=DESKTOP;ord=2512793337485.2217?<br>**Cookie names:** IDE,DSID, and _ga cookie value via u19 data parameter<br>**Chrome Transmissions to this Google server:** 4 |

| | |
|---|---|
| **3070** | **Web site:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>**Redirection to** www.google-analytics.com<br>/collect?v=1&_v=j92&aip=1&a=1260367498&t=pageview&_s=1&dl=https%3A%2F%2Fconnect.secure.<br>wellsfargo.com%2Fauth%2Flogin%2Fpresent&ul=en-us&de=UTF-<br>8&dt=Sign%20On%20to%20View%20Your%20Personal%20Accounts%20%7C%20Wells%20Fargo&s<br>d=24-<br>bit&sr=1920x1080&vp=1075x479&je=0&_u=wCCACUABB~&jid=&gjid=&cid=1981110713.1633470<br>282&tid=UA-107148943-<br>1&_gid=1889974577.1633470282&cd1=loginapp&cd4=n&cd7=DESKTOP&cd8=PROD&cd9=1120211<br>0051444391580546814&cd11=LOGIN&cd12=BROWSER&cd22=secure-<br>auth&cd23=4.46.0&cd36=Mozilla%2F5.0%20(Windows%20NT%2010.0%3B%20Win64%3B%20x64)<br>%20AppleWebKit%2F537.36%20(KHTML%2C%20like%20Gecko)%20Chrome%2F94.0.4606.71%20S<br>afari%2F537.36&cd39=Wed%20Oct%2006%202021%2010%3A43%3A56%20GMT-<br>0400%20(Eastern%20Daylight%20Time)&cd40=https%3A%2F%2Fconnect.secure.wellsfargo.com%2Fa<br>uth%2Flogin%2Fpresent&cd42=https%3A%2F%2Fconnect.secure.wellsfargo.com%2Fauth%2Flogin%2<br>Fpresent&cd43=https%3A%2F%2Fconnect.secure.wellsfargo.com%2Fauth%2Flogin%2Fpresent>m=2ou<br>8g0&cd35=1981110713.1633470282&z=89965948<br>**Cookie names:** _ga cookie via cid data parameter<br>**Chrome Transmissions to this Google server:** 2 |
| **3079** | **Web site:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>**Redirection to** adservice.google.com<br>/ddm/fls/z/src=2549153;dc_pre=CKruteiCtvMCFQT54Qod2OoF9w;type=allv40;cat=all_a012;u1=11202<br>11005144439158054681&u4=LOGIN;u5=n;u8=loginapp;u11=PROD;u18=560152831982811698100612<br>39827561246850;u19=GA1.2.1981110713.1633470282;u23=DESKTOP;ord=2512793337485.2217<br>**Cookie names:** 1P_JAR,__Secure-3PSID,__Secure-3PAPISID,NID,__Secure-3PSIDCC, and _ga<br>transmitted via u19 data parameter<br>**Chrome Transmissions to this Google server:** 2 |
| **3137** | **Web site:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>**Redirection to** fcmatch.google.com<br>/pixel?google_gm=AMnCDorIi8sbD0_aS96v2yD6KhlP2YZ1H9Z0qpjh2ErFMmHyypf6nfKqgLONB6O<br>6hjb4HrwApbcFRlsTQLN-Vg1MMiF30vPkagZ0vcZg7spwcliePxYVwMM<br>**Cookie names:** 1P_JAR,__Secure-3PSID,__Secure-3PAPISID,NID,__Secure-3PSIDCC<br>**Chrome Transmissions to this Google server:** 1 |
| **3142** | **Web site:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>**Redirection to** fcmatch.youtube.com<br>/pixel?google_gm=AMnCDorIi8sbD0_aS96v2yD6KhlP2YZ1H9Z0qpjh2ErFMmHyypf6nfKqgLONB6O<br>6hjb4HrwApbcFRlsTQLN-Vg1MMiF30vPkagZ0vcZg7spwcliePxYVwMM<br>**Cookie names:** VISITOR_INFO1_LIVE,__Secure-3PSID,__Secure-3PAPISID<br>**Chrome Transmissions to this Google server:** 1 |

108. See for example the following HTTP requests to Google servers by the Chrome browser in the Fiddler capture file all-signed-in-sync-on.saz. For each of these examples, Chrome also sends the IP address, User-Agent, and other header information. For transmissions to Google.com, Google Doubleclick, and Google APIs, Chrome also sends the X-client data header:

| # | Chrome Transmissions of Personal Information to Google – Sync On |
|---|---|
| 87 | **Web site:** ███████████████<br>**Redirection to Google Analytics: :**<br>/j/collect?v=1&_v=j93&a=1866343363&t=pageview&_s=1&dl=https%3A%2F%2Fwww myflorida.co m%2Faccessflorida%2F&ul=en-us&de=UTF-8&dt=Access%20Florida%20-%20Florida%20Department%20of%20Children%20and%20Families&sd=24-bit&sr=1920x1080&vp=1075x496&je=0&_u=AACAAEABAAAAC~&jid=1621151766&gjid=15269 62857&cid=2059839587.1633530563&tid=UA-6575999-3&_gid=587239988.1633530563&_r=1&_slc=1&z=1093075878<br>**Cookie names:** First-party _ga cookie sent via cid data parameter<br>**Chrome Transmissions to this Google server: 2** |
| 93 | **Web site:** ███████████████<br>**Redirection to Google Doubleclick:** /j/collect?t=dc&aip=1&_r=3&v=1&_v=j93&tid=UA-6575999-3&cid=2059839587.1633530563&jid=1621151766&gjid=1526962857&_gid=587239988.1633530563 &_u=AACAAEAAAAAAAC~&z=420008005<br>**Cookie names:** IDE,DSID, and first-party _ga cookie sent via cid data parameter<br>**Chrome Transmissions to this Google server: 1** |
| 94 | **Web site:** ███████████████<br>**Redirection to Google.com:** /ads/ga-audiences?t=sr&aip=1&_r=4&slf_rd=1&v=1&_v=j93&tid=UA-6575999-3&cid=2059839587.1633530563&jid=1621151766&_u=AACAAEAAAAAAAC~&z=161080215<br>**Cookie names:** 1P_JAR,__Secure-3PSID,__Secure-3PAPISID,NID,__Secure-3PSIDCC, and first-party _ga cookie sent via cid data parameter<br>**Chrome Transmissions to this Google server: 1** |
| 261 | **Web site:** h███████████████<br>**Redirection to Google Analytics:**<br>/j/collect?v=1&_v=j93&a=423365113&t=pageview&_s=1&dl=https%3A%2F%2Fwww mercurynews.c om%2F2020%2F05%2F24%2Fqa-mental-health-tips-for-handling-the-pandemic%2F&dr=&dp=%2F2020%2F05%2F24%2Fqa-mental-health-tips-for-the-pandemic%2F&ul=en-us&de=UTF-8&dt=Mental%20health%20tips%20for%20handling%20the%20pandemic&sd=24-bit&sr=1920x1080&vp=1075x479&je=0&_u=SCCACEAjBAAAAC~&jid=2058619034&gjid=168983 1442&cid=2062140671.1632604980&tid=UA-61435456-5&_gid=699553915.1633530581&_r=1>m=2wga40TLFP4R&cd2=mercurynews.com&cd3=mercuryne ws.com&cd4=&cd5=2020-05-24T07%3A00%3A20-07%3A00&cd6=2020-05-24T07%3A00%3A20-07%3A00&cd7=2020-05-27T04%3A27%3A51-07%3A00&cd9=no&cd10=Business&cd11=5.8.1&cd12=&cd13=WP&cd14=Business&cd15=Business &cd16=&cd17=&cd18=&cd19=&cd20=&cd21=https%3A%2F%2Fwww mercurynews.com%2F2020%2F05%2F24%2Fqa-mental-health-tips-for-handling-the-pandemic%2F&cd22=qa-mental-health-tips-for-handling-the-pandemic&cd23=7158259&cd24=article&cd25=BANG&cd26=Louis%20Hansen&cd27=Q%26amp%3 BA%3A%20Mental%20health%20tips%20for%20handling%20the%20pandemic&cd28=https%3A%2F %2Fwww mercurynews.com%2F2020%2F05%2F24%2Fqa-mental-health-tips-for-handling-the-pandemic%2F&cd29=Q%26amp%3BA%3A%20Mental%20health%20tips%20for%20handling%20the %20pandemic&cd30=&cd32=p-4ctCQwtnNBNs2&cd33=BayAreaNewsGroup&cd34=true&cd35=coronavirus%2C%20mental%20healt h%2C%20tips%2C%20surviving%2C%20exercise%2C%20Santa%20Clara%20University%2C%20psy chology%2C%20health%2C%20COVID-19%2C%20Silicon%20Valley%2C%20stress%2C&cd36=5242&cd37=840&cd38=Louis%20Hansen&c d49=true&cd50=Mozilla%2F5.0%20(Windows%20NT%2010.0%3B%20Win64%3B%20x64)%20Appl |

| | |
|---|---|
| | eWebKit%2F537.36%20(KHTML%2C%20like%20Gecko)%20Chrome%2F94.0.4606.71%20Safari%2F537.36&cd51=&cd54=lhansen%40bayareanewsgroup.com&cd55=Bay%20Area%20News%20Group&cd53=2062140671.1632604980&z=1828669366<br>**Cookie names:** First-party _ga cookie sent via cid data parameter<br>**Chrome Transmissions to this Google server: 22** |
| 284 | **Web site:** ▮▮▮▮▮<br>**Redirection to Google Doubleclick:** /j/collect?t=dc&aip=1&_r=3&v=1&_v=j93&tid=UA-61435456-5&cid=2062140671.1632604980&jid=2058619034&gjid=1689831442&_gid=699553915.1633530581&_u=SCCACEAiBAAAAC~&z=1822772452<br>**Cookie names:** IDE,DSID, and first-party _ga cookie via cid data parameter<br>**Chrome Transmissions to this Google server: 1** |
| 297 | **Web site:** ▮▮▮▮▮<br>**Redirection to** www.google.com<br>/ads/ga-audiences?t=sr&aip=1&_r=4&slf_rd=1&v=1&_v=j93&tid=UA-61435456-5&cid=2062140671.1632604980&jid=2058619034&_u=SCCACEAiBAAAAC~&z=1792069061<br>**Cookie names:** 1P_JAR,__Secure-3PSID,__Secure-3PAPISID,NID,__Secure-3PSIDCC, and first-party _ga cookie via cid data parameter<br>**Chrome Transmissions to this Google server: 1** |
| 1464 | **Web site:** ▮▮▮▮▮<br>**Redirection to** adservice.google.com<br>/adsid/integrator.js?domain=www.aol.com<br>**Cookie names:** 1P_JAR,__Secure-3PSID,__Secure-3PAPISID,NID,__Secure-3PSIDCC<br>**Chrome Transmissions to this Google server: 3** |
| 1633 | **Web site:** ▮▮▮▮▮<br>**Redirection to** www.google-analytics.com<br>/j/collect?v=1&_v=j92&aip=1&a=2057220430&t=pageview&_s=1&dl=https%3A%2F%2Fwww.wellsfargo.com%2F&ul=en-us&de=UTF-8&dt=Wells%20Fargo%20%E2%80%93%20Banking%2C%20Credit%20Cards%2C%20Loans%2C%20Mortgages%20%26%20More&sd=24-bit&sr=1920x1080&vp=1075x496&je=0&_u=wCCACUALBAAAAC~&jid=1337967008&gjid=645606694&cid=1981110713.1633470282&tid=UA-107148943-1&_gid=1889974577.1633470282&_r=1&cd1=WWW&cd4=n&cd7=DESKTOP&cd8=PRODUCTION&cd9=11202110051444391580546814&cd12=BROWSER&cd22=top-pages&cd23=4.46.0>m=2ou8g0&cd35=1981110713.1633470282&z=1376811385<br>**Cookie names:** _ga via cid data parameter<br>**Chrome Transmissions to this Google server: 3** |
| 1649 | **Web site:** ▮▮▮▮▮<br>**Redirection to** 2549153.fls.doubleclick net<br>/activityi;src=2549153;type=allv40;cat=all_a00;ord=7916519362188;gtm=2od8g0;auiddc=2057874067.1633470282;u1=11202110051444391580546814;u5=n;u8=WWW;u11=PRODUCTION;u18=56015283198281169810061239827561246850;u19=GA1.2.1981110713.1633470282;u23=DESKTOP;~oref=https%3A%2F%2Fwww.wellsfargo.com%2F?<br>**Cookie names:** IDE,DSID, _ga cookie via u19 data parameter<br>**Chrome Transmissions to this Google server: 2** |
| 1654 | **Web site:** ▮▮▮▮▮<br>**Redirection to** stats.g.doubleclick net |

| | |
|---|---|
| | /j/collect?t=dc&aip=1&_r=3&v=1&_v=j92&tid=UA-107148943-1&cid=1981110713.1633470282&jid=1337967008&gjid=645606694&_gid=1889974577.1633470282&_u=wCCACUAKBAAAAC~&z=1271307587<br>**Cookie names:** IDE,DSID, and _ga cookie via cid data parameter<br>**Chrome Transmissions to this Google server: 1** |
| 1702 | **Web site:** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆<br>**Redirection to** www.google-analytics.com<br>/collect?v=1&_v=j92&aip=1&a=1943383090&t=pageview&_s=1&dl=https%3A%2F%2Fconnect.secure.wellsfargo.com%2Fauth%2Flogin%2Fpresent&ul=en-us&de=UTF-8&dt=Sign%20On%20to%20View%20Your%20Personal%20Accounts%20%7C%20Wells%20Fargo&sd=24-bit&sr=1920x1080&vp=1075x479&je=0&_u=wCCACUABB~&jid=&gjid=&cid=1981110713.1633470282&tid=UA-107148943-1&_gid=1889974577.1633470282&cd1=loginapp&cd4=n&cd7=DESKTOP&cd8=PROD&cd9=112021100514443915805468148&cd11=LOGIN&cd12=BROWSER&cd22=secure-auth&cd23=4.46.0&cd36=Mozilla%2F5.0%20(Windows%20NT%2010.0%3B%20Win64%3B%20x64)%20AppleWebKit%2F537.36%20(KHTML%2C%20like%20Gecko)%20Chrome%2F94.0.4606.71%20Safari%2F537.36&cd39=Wed%20Oct%2006%202021%2010%3A48%3A01%20GMT-0400%20(Eastern%20Daylight%20Time)&cd40=https%3A%2F%2Fconnect.secure.wellsfargo.com%2Fauth%2Flogin%2Fpresent&cd42=https%3A%2F%2Fconnect.secure.wellsfargo.com%2Fauth%2Flogin%2Fpresent&cd43=https%3A%2F%2Fconnect.secure.wellsfargo.com%2Fauth%2Flogin%2Fpresent>m=2ou8g0&cd35=1981110713.1633470282&z=1473325340<br>**Cookie names:** _ga cookie via cid data parameter<br>**Chrome Transmissions to this Google server: 2** |

109. Based on the testing that I completed in 2020, Chrome sends and Google collects Chrome user information in the same manner for every user because the source code used in Chrome is the same across all Chrome browsers. In addition, since 2020, I have conducted additional testing and have confirmed that Chrome continues to send Chrome user information to Google in the same manner described herein – and is the same across all Chrome browsers.

## XIV.  CHROME SYNC SIGNALS SENT TO GOOGLE

110. The Chrome browser includes a feature called Sync.

111. To use the Sync feature requires a user to log into their Google account and turning on Sync as described at the Google Web site.

112. It is not possible to be signed out and Synced at the same time.

113. Using common and accepted developer tools, including a program developed specifically by Google, I was able to pinpoint a specific signal that Chrome sends to the Google Sync Service to indicate to Google that the user is not Synced and which is accompanied by the specific Google account to which the user has signed-in – for example, an email address.

114.    Based on my experience with Web application software, it would be straightforward for Google to keep a record of these incoming signals attached to specific account holders if Google has not done so already.

115.    I have analyzed transmissions from Chrome to Google to identify whether there is a signal that indicates whether a user is Synced or not Synced.

116.    I found that Chrome transmits not Synced and Sync signals to the Google Sync service in the following circumstances based on the Fiddler capture file sync-all.saz that I recorded:

a.    Chrome transmits a not Synced signal to Google after a user signs into a Google account with Sync turned off; (See request #226 of sync-all.saz)

b.    Chrome transmits a not Synced signal to Google when a user starts the Chrome browser in a signed-in state with Sync turned off (See request #406 of sync-all.saz)

c.    Chrome transmits a Sync signal to Google when a user turns on Sync which requires the user to be signed-in to a Google account. (See request #554 of sync-all.saz)

d.    Chrome transmits a Sync signal to Google when the Chrome browser starts up with a signed-in Google account and with Sync turned on (See request #598 of sync-all.saz)

e.    Chrome transmits a Sync signal to Google when a user is using the Chrome browser with Sync turned on (See request #724 of sync-all.saz)

f.    Chrome transmits an un-Sync signal to Google when a user turns Sync off (See request #935 of sync-all.saz)

117.    Before Chrome transmitted data to the Sync service, I saw in Fiddler that Chrome contacts a Google API server using the URL https://www.googleapis.com/oauth2/v4/token to obtain an OAuth token[5].

118.    This contact happens when a user is signed into their Google account regardless if Sync is turned on or off.

---

[5] See *Using OAuth 2.0 to Access Google APIs* at
https://developers.google.com/identity/protocols/oauth2

119.   In   the   API   request,   the   scope   of   the   request   token   is

https://www.googleapis.com/auth/chromesync as shown in request #398[6] of the Fiddler capture

file sync-all.saz:



---

[6] In request #398 of sync-all.saz file, the Chrome browser is logged into a test Google account,
but Sync is turned off.

120. The access token provided by the Google API server to the Chrome browser is then used by the Chrome browser when sending commands to the Google Sync service. See for example, request #406 of sync-all.saz which sends a command to the Sync service during Chrome startup when the browser is signed into a Google account, but Sync is turned off:



121. Commands to the Sync service are formatted in a binary format known as protocol buffers ("protobufs"). See https://developers.google.com/protocol-buffers/.

122. Protocol buffers are designed for data transmissions between different software components and are not typically human-readable without special software.

123. Fiddler shows protobuf messages in their binary format as seen in the above screen shot and other screen shots of this document.

124. A software package for decoding protobuf messages into a more human-readable format is protoc.

125. The protoc software is open-source software which was created by Google. See lines 1-33 of the online protoc source file https://github.com/protocolbuffers/protobuf/blob/master/src/google/protobuf/compiler/command_line_interface.cc.

126. The protoc software includes a --decode_raw switch for turning the contents of a binary protobuf message into a more readable text format. See lines 2032-2036 of the online protoc source file https://github.com/protocolbuffers/protobuf/blob/master/src/google/protobuf/compiler/command_line_interface.cc.

127. The protoc software with the --decode_raw switch decodes the command in the protobuf message in request #406 of the file sync-all.saz when the Chrome browser is logged into a test Google account but not Synced as:

```
1: "jane.doe.tester.2021@gmail.com"
2: 90
3: 2
5 {
  2 {
    1: 0
    2: 0
  }
  3: 1
  6 {
    1: 306270
  }
  6 {
    1: 47745
    2 {
      4: 0
      9: 1630010555198
      14: 1630010555198
      17: 101623383164615071
    }
    5 {
      2: 0
```

```
        3: 1
        4: 0
        5: 0
        6: 0
        7: 0
        8: 0
    }
  }
  8: 0
  9: 7
  1000: 1
}
7: "z00000179-f92d-3f73-0000-000060c2dc7a"
10 {
  1 {
    1: 5
  }
  1 {
    1: 9
  }
  1 {
    1: 10
  }
  2: 1
  3: 0
  4: 0
}
11 {
  1 {
    2: "Chrome WIN 92.0.4515.159 (0185b8a19c88c5dfd3e6c0da6686d799e9bc3b52-
refs/branch-heads/4515@{#2052}) channel(stable),gzip(gfe)"
  }
}
12: "AIzaSyBOti4mM-6x9WDnZIjIeyEU21OpBXqWBgw"
13 {
  2: 0
}
14: "cEa25lbGSx4"
```

128.    The Chrome browser is built from Chromium source code which is open source that is available online.

129.    Based on my analysis of the Chromium source code and Google's own documents, it is my opinion that with a reasonable degree of certainty that a version of the source code for the Sync feature of the Chrome Browser can be viewed online at this Web site starting at the URL https://chromium.googlesource.com/chromium/src/+/e2033e880dd787c09e29c6f015a1bc0dfe06fbcb/components/sync.

Case No. 5:20-cv-05146-LHK-SVK
Expert Report R. Smith

130.    To state this with absolute certainty, Google would have to produce source code relating to the Sync function so that I could review it. However, my understanding is that Google has refused to produce any source code in this case to date.

131.    One source code file that I identified in the Sync component is sync.proto in the protocol directory at the URL https://chromium.googlesource.com/chromium/src/+/e2033e880dd787c09e29c6f015a1bc0dfe06fbcb/components/sync/protocol/sync.proto.

132.    Lines 1-5 of the sync.proto file include comments with a copyright notice, a license notice, and line stating that the file defines "Sync protocol for communications between sync client and server":

```
1   // Copyright (c) 2012 The Chromium Authors. All rights reserved.
2   // Use of this source code is governed by a BSD-style license that can be
3   // found in the LICENSE file.
4   //
5   // Sync protocol for communication between sync client and server.
```

133.    Based on my analysis of the Fiddler capture files and the Sync component online source code, the protobuf message of request #406 and similar messages made to the Sync service are defined by the message type ClientToServerMessage which is specified on lines 782-839 of the sync.proto file.

134.    This message definition for ClientToServerMessage specifies a variety of fields which make up the message.

135.    A field is identified in the message definition by a data type, name, and sequence number.

136.    One such field is named client_status and it has a sequence number of 13.  The type of this field is another message type which is ClientStatus.

137.    The client_status field is defined on lines 826-829 of the sync.proto file:

```
826     // Client's self-reported state.
827     // The client should set this on every message sent to the server, though its
828     // member fields may often be unset.
829     optional ClientStatus client_status = 13;
```

138.    The ClientStatus message type is defined on lines 756-769 of sync.proto.

139.    The ClientStatus message type includes a field named is_sync_feature_enabled which is defined on lines 767-768:

```
767     // Whether the client has full sync (or, sync the feature) enabled or not.
768     optional bool is_sync_feature_enabled = 2;
```

140.    The sequence number of this field is 2 and the comment on line 767 states that the field indicates "Whether the client has full sync (or, sync the feature) enabled or not".

141.    In addition, the message definition for ClientToServerMessage on line 801 specifies a field named message_contents which indicates what type of message is being sent from a Chrome browser to the Sync service:

```
797     // Each ClientToServerMessage contains one request defined by the
798     // message_contents. Each type has a corresponding message field that will be
799     // present iff the message is of that type. E.g. a commit message will have a
800     // message_contents of COMMIT and its commit field will be present.
801     required Contents message_contents = 3;
802     optional CommitMessage commit = 4;
803     optional GetUpdatesMessage get_updates = 5;
```

142.    Lines 789-795 of the message definition for ClientToServerMessage provide enum definitions for message content numbers which can appear in the message_contents field:

```
789     enum Contents {
790         COMMIT = 1;
791         GET_UPDATES = 2;
792         DEPRECATED_3 = 3;
793         DEPRECATED_4 = 4;
794         CLEAR_SERVER_DATA = 5;
795     }
```

143.  See also ████████████████████  (Attachment D-4: GOOG-CALH-00053860-1):



144.  In the decoded protobuf message in request #406 (signed in with Sync off), the is_sync_feature_enabled field (field #2) is set to zero which appears to indicate that the Sync feature is not enabled:

```
13 {
2: 0
}
```

145.  In the decoded protobuf message in request #406, the message_contents field (field #3) has a value of 2 which indicates a GET_UPDATES command:

```
3: 2
```

146.  Request #561 of sync-all.saz shows a command being sent to the Sync service during Chrome startup when a Google account is signed in and Sync is turned on:



147.    The protobuf message of request #561 can also be decoded using the protoc software as described above.

148.     The following are the relevant portions of the decoded protobuf message of request #561 from the protoc software:

```
1: jane.doe.tester.2021@gmail.com

….

    2: "Chrome WIN 92.0.4515.159 (0185b8a19c88c5dfd3e6c0da6686d799e9bc3b52-
refs/branch-heads/4515@{#2052}) channel(stable),gzip(gfe)"
  }
}
12: "AIzaSyBOti4mM-6x9WDnZIjIeyEU21OpBXqWBgw"
13 {
  1: 0
  2: 1
}
14: "cEa25lbGSx4"
```

149.     After Sync has been turned on, the value of the is_sync_feature_enabled field (field #2 in data parameter 13), which is marked in blue above, is now 1 which appears to indicate that Sync has been enabled.

150.     In the decoded protobuf message in request #561, the message_contents field (field #3) has a value of 2 which indicates a GET_UPDATES command:

```
3: 2
```

151.     The message_contents fields of request #406 (Sync off) and request #561 (Sync on) both specify a GET_UPDATES command.

152.     Chrome also maintains local storage in the location chrome://signin-internals, which one can view in a Chrome browser by typing it into the toolbar. For the data transmissions indicating that a user is not synced, the chrome://signin-internals storage indicates that the user's signin status is "Signed In, Not Consented for Sync."

153.     I also noted that substantially more information is returned to the Chrome browser by the Sync service when Sync is turned on (19,514 bytes in request #561) in Chrome versus when Sync is turned off (282 bytes in request #406) in Chrome.  This difference in returned data implies to me that the Sync service is distinguishing between Sync being on vs. off in Chrome browsers when users are signed into their Google accounts.

154.     As explained above, the Sync service is also contacted by the Chrome browser in a substantially similar manner when signing into a Google account in Chrome and before Sync is turned on.

155.     As explained above, the Sync service is also contacted by the Chrome browser in a substantially similar manner when turning off Sync in Chrome.

156.     After Sync is turned on in a Chrome browser, the browser also contacts a Google API server with an API Request URLs of the form https://firebaseperusertopics-pa.googleapis.com/v1/perusertopics/<id number>/rel/topics/.

157.     Based on the parameter names and values sent in this API request by the Chrome browser, a request appears to subscribe to receive messages about changes in the Sync state.  See for example request #583 of sync-all.saz:



158.  Based on my experience with Web application software, I believe it would be straightforward for Google to keep a record of these incoming signals attached to specific account holders if Google has not done so already.

***

Executed this 14th day of October 2021 at New York, New York.

By: _____
Richard M. Smith