# An Analysis of
# First Run Experience on Chrome

Zubair Shafiq

Associate Professor of Computer Science

University of California, Davis

`https://www.cs.ucdavis.edu/~zubair/`

September 23, 2021

We capture the first run experience for a sample of major Chrome web browser versions going as far back as 2016. To this end, we relied on BrowserStack[1], a well-known platform to test web applications on a variety of different browsers and operating systems. We launched the following major versions of Chrome on Windows operating system and follow the following steps for each experiment.

First, we first use the `chrome://version` command to ensure that the correct browser version is being tested. Second, we use `chrome://welcome` to trigger the first run experience that a new user would see when they install the browser. Third, we follow the on-screen prompt to "sign-in" to Chrome with a Google account. At this stage, Chrome notifies the user that signing-in will allow the user to get "bookmarks, history, passwords, and other settings". Fourth, after providing Google account credentials to sign-in, Chrome notifies the user that sync has been setup. At this stage, Chrome also notifies the user that Google may use the browsing history to personalize some Google services. There are a few notable changes across different versions.

First, from version 55-90, Chrome notifies the user that Google will use "your (browsing) history to personalize Search, ads, and other Google services". There is a subtle but important change to this statement in Chrome 93 to "your (browsing) history to personalize Search and other Google services". Note that Chrome does not explicitly notify the user whether their browsing history may be used to personalize ads.[2]

Second, from version 75-onwards, Chrome has stopped separately highlighting that "Google may use your browsing history to personalize Search, ads, and other Google services" with a heading "Personalize Google services". Instead, Chrome includes this statement using a lighter font color than the statement mentioning sync.

Third, from version 75-onwards, Chrome has changed the heading from "You've signed in and turned on Sync" to "Turn on sync?". This change attempts to conflate the actions of signing in and sync.

- Chrome 93: August 31, 2021; Figure 1

- Chrome 90: April 14, 2021; Figure 2

- Chrome 85: August 25, 2020; Figure 3

- Chrome 80: February 4, 2020; Figure 4

- Chrome 75: June 4, 2019; Figure 5

- Chrome 70: October 16, 2018; Figure 6

- Chrome 65: March 6, 2018; Figure 7

- Chrome 60: July 25, 2017; Figure 8

- Chrome 55: December 1, 2016; Figure 9

---

[1] https://www.browserstack.com/
[2] It is unclear whether ads are part of "other Google services".



Figure 1: Screenshot of **Chrome 93** on first run experience.



Figure 2: Screenshot of **Chrome 90** on first run experience.



Figure 3: Screenshot of **Chrome 85** on first run experience.



Figure 4: Screenshot of **Chrome 80** on first run experience.



Figure 5: Screenshot of **Chrome 75** on first run experience.



Figure 6: Screenshot of **Chrome 70** on first run experience.



Figure 7: Screenshot of **Chrome 65** on first run experience.



Figure 8: Screenshot of **Chrome 60** on first run experience.



Figure 9: Screenshot of **Chrome 55** on first run experience.



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL