UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 20-CV-05146-LHK<br><br>**CASE MANAGEMENT ORDER**<br><br>Re: Dkt. Nos. 451, 463 |

The Court adopts in large part the schedule proposed by the parties in their stipulation, ECF No. 463. However, the Court schedules the further case management conference on February 23, 2022, at 2:00 p.m., so that the new judge assigned to this case may make any necessary changes to the case schedule. The parties shall file a joint case management statement by February 16, 2022.

The Court amends the case schedule as follows:

| Scheduled Event | Date |
|---|---|
| Motion for Summary Judgment on Google's First Affirmative Defense of Consent | Opp'n: January 10, 2022<br>Reply: January 28, 2022 |
| Further Case Management Conference | February 23, 2022 |

1

Case No. 20-CV-05146-LHK
CASE MANAGEMENT ORDER

| Hearing on Motion for Summary Judgment on Google's First Affirmative Defense of Consent | March 10, 2022 |
|---|---|
| Motion for Class Certification | Reply: February 11, 2022 |
| Motion to Strike Class Certification Expert Reports | Opp'n: February 11, 2022 <br> Reply: March 11, 2022 |
| Close of Fact Discovery | March 4, 2022 |
| Opening Expert Reports | March 17, 2022 |
| Hearing on Motion for Class Certification and Motions to Strike Class Certification Expert Reports | April 21, 2022 |
| Rebuttal Expert Reports | May 5, 2022 |
| Close of Expert Discovery | June 30, 2022 |
| Rule 56 Motions; *Daubert* Motions <br> 3 *Daubert* Motions per side in the entire case | Motion: August 5, 2022 <br> Opp'n: September 2, 2022 <br> Reply: October 7, 2022 |

Based on the foregoing schedule, the Plaintiffs' Motion for Relief from Case Management Schedule, ECF No. 451, and the Stipulation to Modify Case Schedule, ECF No. 463, are DENIED as moot.

**IT IS SO ORDERED.**

Dated: January 11, 2022

*Lucy H. Koh*
LUCY H. KOH
United States Circuit Judge[*]

---

[*] Sitting by designation on the United States District Court for the Northern District of California.