| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (Cal. Bar No.191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>*lweaver@bfalaw.com* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>*andrewschapiro@quinnemanuel.com*<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401 |
| **DiCELLO LEVITT GUTZLER LLC**<br>David A. Straite (admitted *pro hac vice*)<br>60 East 42nd Street, Suite 2400<br>New York, New York 10165<br>Tel.: (646) 933-1000<br>*dstraite@dicellolevitt.com* | Diane M. Doolittle (CA Bar No. 142046)<br>*dianedoolittle@quinnemanuel.com*<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| Amy E. Keller (admitted *pro hac vice*)<br>Adam Prom (admitted *pro hac vice*)<br>Sharon Cruz (admitted *pro hac vice*)<br>Ten North Dearborn Street, 6th Fl.<br>Chicago, Illinois 60602<br>Tel.: (312) 214-7900<br>*akeller@dicellolevitt.com* | Stephen A. Broome (CA Bar No. 314605)<br>*stephenbroome@quinnemanuel.com*<br>Viola Trebicka (CA Bar No. 269526)<br>*violatrebicka@quinnemanuel.com*<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100 |
| **SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>*jaybarnes@simmonsfirm.com*<br>*Counsel for Plaintiffs* | Jomaire Crawford (admitted *pro hac vice*)<br>*jomairecrawford@quinnemanuel.com*<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Counsel for Defendant; additional counsel listed in signature blocks below* |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND RELATED BRIEFING**<br><br>Civil L.R. 6-2, 7-12<br><br>**Judge: Hon. Yvonne Gonzalez Rogers** |

Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties." The stipulation is supported by the accompanying Declaration of David A. Straite dated February 8, 2022 ("Straite Decl.") pursuant to Civil Local Rule 6-2(a).

WHEREAS, On October 14, 2021, Plaintiffs moved to certify a proposed class of Chrome users in the United States. Dkt. No. 340 (the "Motion"); and

WHEREAS, On December 22, 2021, Google filed its brief in opposition (Dkt. No. 429) and related supporting documents, including two motions to strike certain Plaintiffs' supporting expert reports (Dkt. Nos. 425 & 427); and

WHEREAS, among Google's supporting documents were declarations of three Google employees: Dkt. 430-10 (declaration of David Crossland regarding Google Fonts API); Dkt. 430-11 (declaration of Ryan Cassidy regarding Google Maps API); Dkt. 430-9 (declaration of Steve Ganem regarding Google Analytics) (collectively, the "Google Declarations"); and

WHEREAS, on January 11, 2022, the Court ordered that the deadline for Plaintiffs to file their Reply in Further Support of their Motion for Class Certification (and related briefing, including oppositions to Google's prior Motions to Strike Plaintiff Expert Reports in Support of Class Certification) be February 11, 2022 and the deadline for Google to file its Reply in Support of its Motions to Strike Plaintiff Expert Reports in Support of Class Certification be March 11, 2022 (Dkt. No. 464); and

WHEREAS, on January 21, 2022, this case was re-assigned to the Honorable Yvonne Gonzalez Rogers (Dkt. No. 471); and

WHEREAS, on February 4, 2022, the parties agreed to conduct depositions of two Google Declarants on February 11, 2022 and the third on February 14, 2022, and to extend Plaintiffs' deadline to file their Reply accordingly (Straite Decl. ¶ 17); and

WHEREAS, good cause exists for the short extension, because, absent an extension, the current February 11, 2022 Reply deadline would not allow for consideration of the deposition testimony nor inclusion of any relevant portions in the related briefing; and

WHEREAS, the parties agreed that Google shall have a corresponding extension to file its Reply in Support of its Motions to Strike Plaintiff Expert Reports in Support of Class Certification; and

WHEREAS, the parties agreed that Google shall have five weeks to file an opposition to any motions by Plaintiffs to strike Google expert reports and Plaintiffs shall have three weeks to file replies;

NOW THEREFORE, the Parties hereby stipulate, subject to Court approval:

1. The deadline for Plaintiffs to file their Reply in Further Support of their Motion for Class Certification (and related briefing, including oppositions to Google's prior Motions to Strike Plaintiff Expert Reports in Support of Class Certification) shall be two business days after final transcripts of the depositions of the three Google Declarants are transmitted to the parties.

2. The deadline for Google to file its Reply to Plaintiffs' oppositions to Google's prior Motions to Strike Plaintiff Expert Reports in Support of Class Certification shall be four weeks after Plaintiffs file their oppositions.

3. The deadline for Google to file its Opposition to any motions by Plaintiffs to strike Google expert reports shall be five weeks after Plaintiffs file such motions.

4. The deadline for Plaintiffs to file their Reply to Google's Opposition to any Plaintiff motion to strike Google expert reports shall be three weeks after Google files such Opposition.

5. The hearing on Plaintiffs' motion for class certification shall remain calendared for April 21, 2022.

Dated: February 9, 2022

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Lesley Weaver* <br> Lesley E. Weaver (Cal. Bar No. 191305) <br> Angelica M. Ornelas (Cal. Bar No. 285929) <br> Joshua D. Samra (Cal. Bar No. 313050) <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com <br> aornelas@bfalaw.com <br> jsamra@bfalaw.com | By: */s/ Andrew Schapiro* <br> Andrew H. Schapiro (admitted *pro hac vice*) <br> andrewschapiro@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Tel: (312) 705-7400 <br> Fax: (312) 705-7401 <br><br> Diane M. Doolittle (CA Bar No. 142046) <br> dianedoolittle@quinnemanuel.com <br> 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, CA 94065 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 |
| **DICELLO LEVITT GUTZLER** <br><br> By: */s/ David Straite* <br> David A. Straite (admitted *pro hac vice*) <br> One Grand Central Place <br> 60 East 42nd Street, Suite 2400 <br> New York, New York 10165 <br> Tel.: (646) 933-1000 <br> dstraite@dicellolevitt.com <br><br> Amy E. Keller (admitted *pro hac vice*) <br> Adam Prom (admitted *pro hac vice*) <br> Sharon Cruz (admitted *pro hac vice*) <br> Ten North Dearborn Street <br> Sixth Floor <br> Chicago, IL 60602 <br> Tel.: (312) 214-7900 <br> akeller@dicellolevitt.com <br> scruz@dicellolevitt.com <br> aprom@dicellolevitt.com | Stephen A. Broome (CA Bar No. 314605) <br> stephenbroome@quinnemanuel.com <br> Viola Trebicka (CA Bar No. 269526) <br> violatrebicka@quinnemanuel.com <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> Tel: (213) 443-3000 <br> Fax: (213) 443-3100 <br><br> Jomaire Crawford (admitted *pro hac vice*) <br> jomairecrawford@quinnemanuel.com <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Tel: (212) 849-7000 <br> Fax: (212) 849-7100 <br><br> Josef Ansorge (admitted *pro hac vice*) <br> josefansorge@quinnemanuel.com <br> 1300 I Street NW, Suite 900 <br> Washington D.C., 20005 <br> Tel: (202) 538-8000 <br> Fax: (202) 538-8100 |
| **SIMMONS HANLY CONROY LLC** <br><br> By: */s/ Jay Barnes* <br> Jason 'Jay' Barnes (admitted *pro hac vice*) <br> An Truong (admitted *pro hac vice*) <br> Eric Johnson (admitted *pro hac vice*) <br> 112 Madison Avenue, 7th Floor <br> New York, NY 10016 <br> Tel.: (212) 784-6400 <br> Fax: (212) 213-5949 <br> jaybarnes@simmonsfirm.com <br> atruong@simmonsfirm.com <br> ejohnson@simmonsfirm.com | Jonathan Tse (CA Bar No. 305468) <br> jonathantse@quinnemanuel.com <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Tel: (415) 875-6600 <br> Fax: (415) 875-6700 |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, David A. Straite, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of February, 2022, at New York, NY

                                                 */s/ David Straite*
                                                  David A. Straite

**ORDER**

Pursuant to stipulation of the Parties, the Court extends class certification briefing deadlines as follows: approval:

1. The deadline for Plaintiffs to file their Reply in Further Support of their Motion for Class Certification (and related briefing, including oppositions to Google's prior Motions to Strike Plaintiff Expert Reports in Support of Class Certification) shall be two business days after final transcripts of the depositions of the three Google Declarants are transmitted to the parties.

2. The deadline for Google to file its Reply to Plaintiffs' oppositions to Google's prior Motions to Strike Plaintiff Expert Reports in Support of Class Certification shall be four weeks after Plaintiffs file their oppositions.

3. The deadline for Google to file its Opposition to any motions by Plaintiffs to strike Google expert reports shall be five weeks after Plaintiffs file such motions.

4. The deadline for Plaintiffs to file their Reply to Google's Opposition to any Plaintiff motion to strike Google expert reports shall be three weeks after Google files such Opposition.

5. The hearing on Plaintiffs' motion for class certification shall remain calendared for April 21, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____

Hon. Yvonne Gonzalez Rogers, USDJ