**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com


**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

Amy Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (31) 214-7900
akeller@dicellolevitt.com
aprom@dicellolevitt.com
scruz@dicellolevitt.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>**CIVIL L.R. 7-11 and 79-5(f)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>No Hearing Date Set Pursuant to L.R. 7-11(c) |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order entered in this matter, Dkt. No. 61, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed, to the extent such material is quoted, summarized, or otherwise reflected in the documents (or portions thereof) indicated below:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| 1 | Plaintiffs' Reply in Support of Motion for Class Certification | Page 2, lines 1-9, 15-22, fn.3<br>Page 3, lines 8-18<br>Page 4, lines 1-20, fn.7<br>Page 5, lines 1-4<br>Page 6, lines 6-7<br>Page 8, lines 1-16, 21-22, fn.12<br>Page 9, fn.13<br>Page 10, fn.14<br>Page 11 line 19, fn.17, 18<br>Page 12, lines 1, 11-12, 18-20, fn.21<br>Page 13, lines 18-26<br>Page 14, lines 4-6, 7-8, 9-10, 17-22<br>Page 15, lines 4-5, 7-9, 11-12 | Defendant to provide evidence, per Local Rule 79-5(f) |
| 2 | Weaver Decl., **Ex.**[1] **BBB** (Plaintiffs' Proposed Trial Plan) | 2:15-17, 3:5-6, 3:18-19, 4:11-22 | Defendant to provide evidence, per Local Rule 79-5(f) |
| 3 | Weaver Decl., **Ex. CCC** (Expert Rebuttal Report of Leslie John, Ph.D.) | ¶¶ 11, 18 & fn.29, 19 & fn.33, 20, 28, 33, 36, 37, 40(ii), 52, 82 | Defendant to provide evidence, per Local Rule 79-5(f) |
| 5 | Weaver Decl., **Ex. DDD** (Expert Rebuttal Report of Professor Russell Mangum III, Ph.D.) | ¶¶ 14, 26, 28, 29, 30, 34, 38, 40, 42, 43, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 61, 62, 63, 65, 66, 67, 76, 77, 78, 79, 80, 81, 82, 84, 85, 86, 87, 93; fn. 11, 21, 22, 23, 24, 25, 26, 28, 29, 30, 31, 32, 36, 37, 39, 40, 43, 44, 46, 47, 48, 49, 55, 61, 62, 63, 64, 65, 66, 67, 68, 69, 72, 74, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 91, 105 | Defendant to provide evidence, per Local Rule 79-5(f) |

---

[1] Exhibits correspond to those attached to the Supplemental Declaration of Lesley E. Weaver in Support of Plaintiffs' Motion for Class Certification ("Weaver Decl.").

| | | | |
|---|---|---|---|
| 4 | Weaver Decl., **Ex. EEE** (Expert Rebuttal Report of Professor Zubair Shafiq) | Table of Contents Headers III.A., III.B, III.F, IV.A.1, IV.A.3, IV.A.4, VIII.E;<br>¶¶ 1(A), 2, 6(D), 8(B), 8(C), 17, 18, 19, 20, 21, 22, 23, 24, 28, 31, 32, 36, 37, 38, 39, 40, 41, 42, 43, 44, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 65, 66, 68, 74, 76, 77, 78, 81, 82, 84, 105 fn. 18, 115, 121, 122, 122 fn. 28, 124, 130, 131, 132, 137, 142, 143, 144, 145, 147, 148, 149, 150, 152, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 172, 173, 174, 175, 176, 177, 178, 179, 181, 182, 183, 184, 186, 187, 188, 191, 192, 193, 194, 194 fn. 41, 195, 196, 200, 201, 205, 206, 207, 210, 211, 212; Exhibit A, pgs. 3, 4, 5 | Defendant to provide evidence, per Local Rule 79-5(f) |
| 5 | Weaver Decl., **Ex. FFF** (Expert Rebuttal Report of Richard M. Smith) | ¶¶ 22, 48, 56, 60, 163, 164, 165, 166 | Defendant to provide evidence, per Local Rule 79-5(f) |
| 6 | Weaver Decl., **Ex. GGG** (Expert Rebuttal Report of Joseph Turow, Ph.D.) | ¶¶ 12, 13, 14, 15, 17 & fn.8, 18, 19, 20, 33, 47, 52, 53, 55, 56 | Defendant to provide evidence, per Local Rule 79-5(f) |
| 7 | Weaver Decl., **Ex. HHH** (Excerpts of Deposition of Bruce Strombom, Ph.D.) | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 8 | Weaver Decl., **Ex. III** (Excerpts of Deposition of Tülin Erdem, Ph.D.) | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 9 | Weaver Decl., **Ex. JJJ** (Exhibit 10 to Deposition of Huei-Hung (Chris) Liao) | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 10 | Weaver Decl., **Ex. KKK** (Exhibit 11 to the Deposition of Huei Hung (Chris) Liao) | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 11 | Weaver Decl., **Ex. LLL** (Excerpts of Deposition of Steve Ganem) | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |

| | | | |
|---|---|---|---|
| 12 | Weaver Decl., **Ex. MMM** (Excerpts of Deposition of Deepak Ravichandran) | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 13 | Weaver Decl., **Ex. NNN** (Exhibit 18 to Deposition of Chetna Bindra) | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 14 | Weaver Decl., **Ex. OOO** (GOOG-CALH-00061965) | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 15 | Weaver Decl., **Ex. PPP** (GOOG-CABR-0499797-GOOG-CABR-04994799) | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 16 | Weaver Decl., **Ex. QQQ** (GOOG-CABR-04698159 – GOOG-CABR-04698162) | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 17 | Weaver Decl., **Ex. RRR** (GOOG-CABR-05292934 – GOOG-CABR-05292936) | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 18 | Weaver Decl., **Ex. SSS** (GOOG-CABR-04312372 – GOOG-CABR-04312373) | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 19 | Weaver Decl., **Ex. TTT** (GOOG-CABR-04675770 – GOOG-CABR-04675772) | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |

Paragraph 12.4 of the Stipulated Protective Order prohibits a party from filing materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in the public record. Portions of the documents listed above quote, summarize, or otherwise reflect information that Defendant Google LLC has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only." Pursuant to Civil Local Rules 79-5(c)(1) and (f)(3), Defendant, as the Designating Party, bears the responsibility to establish that all of the designated material is sealable.

In accordance with Civil Local Rules 79-5(d) and (e), the following attachments accompany this motion:

1. a proposed order that lists in table format the documents sought to be sealed;

2. a redacted version of Plaintiffs' Reply in Support of Motion for Class Certification and Appointment of Class Representatives and Class Counsel;

3. an unredacted version of Plaintiffs' Reply in Support of Motion for Class Certification and Appointment of Class Representatives and Class Counsel;

4. redacted versions of Exhibits BBB – TTT to the Supplemental Declaration of Lesley E. Weaver in Support of Plaintiffs' Motion for Class Certification; and

5. unredacted versions Exhibits BBB – TTT to the Supplemental Declaration of Lesley E. Weaver in Support of Plaintiffs' Motion for Class Certification.

Dated: February 16, 2022

**BLEICHMAR FONTI & AULD LLP**

By:   /s/ Lesley E. Weaver
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**

By:   /s/ Jay Barnes
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

Respectfully submitted,

**DICELLO LEVITT GUTZLER LLC**

By:   /s/ David Straite
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 16, 2022          /s/ *Lesley E. Weaver*
                                  Lesley E. Weaver

**CERTIFICATE OF SERVICE**

I, Lesley E. Weaver, hereby certify that on February 16, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filings to be delivered to counsel for Defendant Google LLC via electronic mail.

Dated: February 16, 2022                /s/ *Lesley E. Weaver*
                                        Lesley E. Weaver