**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com


**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

Amy Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (31) 214-7900
akeller@dicellolevitt.com
aprom@dicellolevitt.com
scruz@dicellolevitt.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-05146-YGR-SVK |
| Plaintiffs, | **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| GOOGLE LLC, | **CIVIL L.R. 7-11 and 79-5(f)** |
| Defendant. | Judge: Hon. Yvonne Gonzalez Rogers |
| | No Hearing Date Set Pursuant to L.R. 7-11(c) |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order entered in this matter, Dkt. No. 61, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed, to the extent such material is quoted, summarized, or otherwise reflected in the documents (or portions thereof) indicated below:

| | Document | Text Sought to be Sealed | Basis for Request |
|---|---|---|---|
| 1 | Plaintiffs' Opposition to Defendant's Motion to Strike Report of Damages Expert Russell Mangum, III, Ph.D. | 3:6-9, 3:13-14, 3:21, 4:1-2, 4:23-24, 4:28, 5:17-19, 5:23, 5:26-27, 6:1, 6:3-8, 6:15, 6:17-20, 6:22, 6:24, 7:1-5, 7:14, 7:17, 15:19-26, 16:1-7; 17:3-4, 17:7, 17:12-13, 17:18-19, 19:28; 20:22-26, 21:1, 22:1, 22:4-6, 24:1-3 | Contains, Summarizes or Reflects Material Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order by Google |
| 2 | Ex. A to Barnes Declaration in Support of Plaintiffs' Opposition to Defendant's Motion to Strike Report of Damages Expert Russell Mangum, III, Ph.D. | Entire Document | Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order by Google |
| 3 | Ex. B to Barnes Declaration in Support of Plaintiffs' Opposition to Defendant's Motion to Strike Report of Damages Expert Russell Mangum, III, Ph.D. | Entire Document | Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order by Google |
| 4 | Ex. C to Barnes Declaration in Support of Plaintiffs' Opposition to Defendant's Motion to Strike Report of Damages Expert Russell Mangum, III, Ph.D. | Entire Document | Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order by Google |
| 5 | Ex. D to Barnes Declaration in Support of Plaintiffs' Opposition to Defendant's Motion to Strike Report of Damages Expert Russell Mangum, III, Ph.D. | Entire Document | Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order by Google |

| | | | |
|---|---|---|---|
| 6 | Ex. E to Barnes Declaration in Support of Plaintiffs' Opposition to Defendant's Motion to Strike Report of Damages Expert Russell Mangum, III, Ph.D. | Entire Document | Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order by Google |
| 7 | Ex. F to Barnes Declaration in Support of Plaintiffs' Opposition to Defendant's Motion to Strike Report of Damages Expert Russell Mangum, III, Ph.D. | Entire Document | Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order by Google |
| 8 | Ex. G to Barnes Declaration in Support of Plaintiffs' Opposition to Defendant's Motion to Strike Report of Damages Expert Russell Mangum, III, Ph.D. | Entire Document | Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order by Google |
| 9 | Ex. H to Barnes Declaration in Support of Plaintiffs' Opposition to Defendant's Motion to Strike Report of Damages Expert Russell Mangum, III, Ph.D. | Entire Document | Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order by Google |
| 10 | Ex. I to Barnes Declaration in Support of Plaintiffs' Opposition to Defendant's Motion to Strike Report of Damages Expert Russell Mangum, III, Ph.D. | Entire Document | Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order by Google |
| 11 | Ex. J to Barnes Declaration in Support of Plaintiffs' Opposition to Defendant's Motion to Strike Report of Damages Expert Russell Mangum, III, Ph.D. | Entire Document | Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order by Google |
| 12 | Ex. K to Barnes Declaration in Support of Plaintiffs' Opposition to Defendant's Motion to Strike Report of Damages Expert Russell Mangum, III, Ph.D. | Entire Document | Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order by Google |
| 13 | Ex. L to Barnes Declaration in Support of Plaintiffs' Opposition to Defendant's Motion to Strike Report of Damages Expert Russell Mangum, III, Ph.D. | Entire Document | Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order by Google |

| | | | |
|---|---|---|---|
| 14 | Ex. M to Barnes Declaration in Support of Plaintiffs' Opposition to Defendant's Motion to Strike Report of Damages Expert Russell Mangum, III, Ph.D. | Entire Document | Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order by Google |
| 15 | Ex. N to Barnes Declaration in Support of Plaintiffs' Opposition to Defendant's Motion to Strike Report of Damages Expert Russell Mangum, III, Ph.D. | Entire Document | Designated Confidential or Highly Confidential – Attorneys' Eyes Only Pursuant to Stipulated Protective Order by Google |

Paragraph 12.4 of the Stipulated Protective Order prohibits a party from filing materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in the public record. Portions of the documents listed above quote, summarize, or otherwise reflect information that Defendant Google LLC has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only." None of the information sought to be sealed has been designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Plaintiffs.

Pursuant to Civil Local Rules 79-5(c)(1) and (f)(3), Defendant, as the Designating Party, bears the responsibility to establish that all of the designated material is sealable.

In accordance with Civil Local Rules 79-5(d) and (e), the following attachments accompany this motion:

1. the Declaration of Jay Barnes in Support of this Administrative Motion to Seal;

2. a proposed order that lists in table format the documents sought to be sealed;

3. a redacted version of Plaintiffs' Opposition to Defendant's Motion to Strike Report of Damages Expert Russell Mangum, III, Ph.D.;

4. an unredacted version of Plaintiffs' Opposition to Defendant's Motion to Strike Report of Damages Expert Russell Mangum, III, Ph.D.;

5. a redacted version of Exhibits A-N to the Barnes Declaration in Support of Plaintiffs' Opposition to Defendant's Motion to Strike report of Damages Expert Russell Mangum, III, Ph.D.; and,

6. a unredacted version of Exhibits A-N to the Barnes Declaration in Support of Plaintiffs' Opposition to Defendant's Motion to Strike report of Damages Expert Russell Mangum, III, Ph.D.

Dated: February 16, 2022

**BLEICHMAR FONTI & AULD LLP**

By: _/s/ Lesley E. Weaver_
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**

By: _/s/ Jay Barnes_
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

Respectfully submitted,

**DICELLO LEVITT GUTZLER LLC**

By: _/s/ David Straite_
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jay Barnes, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 16, 2022                    /s/ *Jay Barnes*
                                             Jay Barnes

**CERTIFICATE OF SERVICE**

I, Jay Barnes, hereby certify that on February 16, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filings to be delivered to counsel for Defendant Google LLC via electronic mail.

Dated:  February 16, 2022

/s/ *Jay Barnes*
Jay Barnes