**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

| | |
|---|---|
| Andrew H. Schapiro (admitted *pro hac vice*) | Diane M. Doolittle (CA Bar No. 142046) |
| andrewschapiro@quinnemanuel.com | dianedoolittle@quinnemanuel.com |
| 191 N. Wacker Drive, Suite 2700 | Sara Jenkins (CA Bar No. 230097) |
| Chicago, IL 60606 | sarajenkins@quinnemanuel.com |
| Telephone: (312) 705-7400 | 555 Twin Dolphin Drive, 5th Floor |
| Facsimile: (312) 705-7401 | Redwood Shores, CA 94065 |
| | Telephone: (650) 801-5000 |
| | Facsimile: (650) 801-5100 |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | 1300 I Street NW, Suite 900 |
| violatrebicka@quinnemanuel.com | Washington D.C., 20005 |
| Alyssa G. Olson (CA Bar No. 305705) | Telephone: (202) 538-8000 |
| alyolson@quinnemanuel.com | Facsimile: (202) 538-8100 |
| 865 S. Figueroa Street, 10th Floor | |
| Los Angeles, CA 90017 | [*Additional counsel information in signature block below*] |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-5146-YGR-SVK<br><br>**GOOGLE'S STATEMENT OF RECENT DECISION IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Courtroom 1 – 4th Floor<br>Date: May 31, 2022<br>Time: 2:00 p.m.<br>Amended Complaint Filed: April 16, 2021 |

1    Pursuant to Civil Local Rule 7-3(d)(2), Defendant Google LLC respectfully brings to the
2    Court's attention a newly issued opinion relevant to Plaintiffs' Motion for Class Certification. *See*
3    Dkt. 340.
4    The opinion is the Honorable Beth Labson Freeman's denial of plaintiff's motion for class
5    certification in *Singh v. Google LLC.*, Case No. 16-cv-03734-BLF, Dkt. 161 (January 10, 2022).
6    The opinion is attached hereto as **Exhibit A**. This opinion was issued after Google filed its
7    Opposition to Plaintiffs' Motion for Class Certification. *See* Dkt. 429.

DATED: February 22, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    */s/ Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

1
2
3
4
5
6
7
8

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28