UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>[PROPOSED] CASE MANAGEMENT AND PRETRIAL ORDER |
|---|---|

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court held a Case Management Conference via Zoom on February 11, 2022.  The Court now hereby sets the following modified case schedule including pretrial dates:

| Plaintiffs' Motion for Class Certification | Plaintiffs' Reply (and any Motion(s) to Strike Expert Testimony and Oppositions to Google's Motions to Strike Expert Testimony): February 16, 2022[1]<br>Google's Reply ISO Motions to Strike: March 16, 2022 |
|---|---|

---

[1] Google hereby notifies the Court and Plaintiffs that it elects to proceed with its Motion for Summary Judgment on Google's First Affirmative Defense of Consent, Dkt. No. 395. Google respectfully requests that, given the overlap of issues, Google's Motion for Summary Judgment on Google's First Affirmative Defense of Consent be heard simultaneously with Plaintiffs' Motion for Class Certification, which is currently scheduled to be heard on May 31, 2022.

| | |
|---|---|
| | Google's Opposition to Plaintiffs' Motion(s) to Strike Expert Testimony: March 23, 2022<br>Plaintiffs' Reply ISO Motion(s) to Strike: April 13, 2022<br>Hearing: May 31, 2022 |
| End of Fact Discovery | March 4, 2022 |
| Hearing on Defendant's Motion for Summary Judgment on Affirmative Defense of Consent | March 15, 2022, 2:00 p.m.. |
| ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B) | Opening: March 24, 2022<br>Rebuttal: May 12, 2022 |
| Expert Discovery Cutoff | June 30, 2022 |
| Dispositive Motions[2]/Daubert Motions[3] | Motion: August 5, 2022<br>Opp'n: September 2, 2022<br>Reply: October 7, 2022 |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: February 23, 2022

HON. YVONNE GONZALEZ ROGERS
United States District Judge

---

[2] *See* Standing Order regarding Pre-Filing Conference Requirements for motions for summary judgment.

[3] Each side is limited to three *Daubert* motions in the entire case.