**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
lweaver@bfalaw.com

**DiCELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel: (212) 784-6400
jaybarnes@simmonsfirm.com

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br>    Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**JOINT SUBMISSION IN RESPONSE TO DKT. NO. 529 RE: DISPUTE 1.21**<br><br>Referral: Hon. Susan van Keulen, USMJ |

**Proposed Resolution of Issues Relating to Dispute 1.21:**

At the Court's direction in her sealed Order at Dkt. No. 516, the parties met and conferred in person yesterday to address disputes set forth in Dispute 1.21.

As a result of these and previous discussions, and in furtherance of resolving issues arising out of Plaintiffs' Rule 30(b)(6) deposition notice, the parties confirm the following depositions and times as placeholders for the topics below as agreed to by Google in its Responses and Objections. These depositions will proceed unless moved to accommodate additional topics ordered by the Court that need to be addressed by one of the below deponents or taken off calendar as a result of the proposed procedure set forth below.

| Topic(s) | Designee | Date |
|---|---|---|
| 1(a) | Katie Lewinski | TBD |
| 1(e) | Sonal Singhal | TBD |
| 1(c); 2(a); and 2(b) | Glenn Berntson | March 18 |
| 1(g)(h)(i) | Troy Walker | March 17 at 1:00pm |

To reach compromise, Plaintiffs have withdrawn topics 3(d) and 6. With regard to Topic 4, by March 11, 2022, Google will provide a declaration confirming that no changes have been made to My Activity in the past three months, as it relates to Ads and Google Analytics, in lieu of a deposition. Following receipt of this declaration, Plaintiffs will withdraw Topic 4 as well.

With regard to Topics 1, 1(a), 1(b), 1(c), 1(e), and 1(f), which are topics primarily related to revenue, and Topics 2(a) and 2(b) to the extent they relate to revenue, the parties agree upon the following schedule, which is intended to incorporate some document production relating to the topics addressed in the revenue deposition topics.[1] To the extent that document production is deemed sufficient by Plaintiffs, Plaintiffs will agree to forego deposition testimony on those topics. If Plaintiffs determine that a 30(b)(6) deposition on the aforementioned revenue-related topics is necessary, the parties have agreed that it will not exceed four hours. The parties reserve their rights to revert to the Court if further agreement cannot be reached.

With regard to Topics 1(g), 1(h), and 1(i), which relate to Screenwise Trends and Cross Media panels and payments to third parties for administering panels, Google has agreed to produce a witness to testify on these topics.

1.   By March 7, 2022, Google will produce sample documents that show how teams within Google attribute revenue informally to Google Chrome and Google Search Advertising (limited to remarketing and conversion tracking),[2] and Google Analytics to the extent that such

---

[1] The parties have agreed to these compromises in the interest of resolving disputes, without waiving arguments related to the relevance or lack of relevance of these topics, and reserve all rights.

[2] Plaintiffs accept this limitation in compromise of this specific topic and discovery issue only. Google will not construe this as an admission in any other capacity or issue. Likewise, as stated in Footnote 1 above, Google's agreement to provide a witness on Google Search may not be construed as an admission of its relevance in this case.

documents exist. Google will make best efforts to obtain the source documents for Liao Exhibit 9 and Jun Exhibit 11, if available, and an indication as to whether similar source documents are available throughout the Class Period. Google will also produce documents concerning payments related to Google Screenwise and Cross Media panels, if any, as set forth in RFP 136 (addressed in Dispute 1.27).[3] To the extent the production of any of these documents requires notice to third parties, such documents will be produced before the Rule 30(b)(6) deposition on Topics 1(g), 1(h), and 1(i), which is tentatively scheduled for March 17.

    2.    By March 8, 2022, Plaintiffs will respond as to whether each sample document is satisfactory such that Google should proceed with a production of available similar documents across the Class Period.

    3.    By March 8, 2022, Google will commence production, on a rolling basis, of documents mentioned in Paragraphs (1) and (2) above. Google will complete this production by March 15, 2022.

    4.    By March 17, 2022, Plaintiffs will inform Google as to whether the production is sufficient. If disputes remain, the parties will jointly inform Magistrate Judge van Keulen as to the scope of the disputes and request a hearing in a one-page document (one-half page each) identifying the topics in dispute.

    5.    By March 18, 2022, Plaintiffs will inform Google as to whether Plaintiffs will seek testimony on any of the above topics, not to exceed four hours. Such deposition will take place on March 21, 2022, commencing at 9 a.m. Pacific, if the witness is available or another mutually agreeable date.

### Issues Remaining at Impasse Related to Dispute 1.21:

The remaining issues in Dispute 1.21 to which the parties remain at impasse are the following, which the parties request to brief:

    1.    Whether the data sent from Google's omnibox from users who are not synced is within the scope of discovery in this case;

    2.    Whether user profiles of Google Search and YouTube is within the scope of discovery in this case, which affects the scope of deposition topic 2(a) and 2 (b); and

    3.    Whether Google will produce a witness pursuant to Topics 3(c), 5 and 7.

---

[3] This will resolve only this issue in Dispute 1.27.

|   |   |
|---|---|
|   | Respectfully, |
| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By:   /s/ Lesley Weaver<br>Lesley Weaver (Cal. Bar No. 191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 994607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>aornelas@bfalaw.com<br>jsamra@bfalaw.com | By:   /s/ Viola Trebicka<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100 |
| **DICELLO LEVITT GUTZLER**<br><br>By:   /s/ David A. Straite<br>David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place<br>60 East 42nd Street, Suite 2400<br>New York, New York 10165<br>Tel.: (646) 933-1000<br>dstraite@dicellolevitt.com<br><br>Amy E. Keller (admitted *pro hac vice*)<br>Ten North Dearborn Street, 6th Fl.<br>Chicago, Illinois 60602<br>Tel.: (312) 214-7900<br>akeller@dicellolevitt.com | Jomaire Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100<br><br>Josef Ansorge (admitted *pro hac vice*)<br>josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Washington D.C., 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100 |
| **SIMMONS HANLY CONROY LLC**<br><br>By:   /s/ Jay Barnes<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>Mitchell M. Breit (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Eric Johnson (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>mbreit@simmonsfirm.com<br>jaybarnes@simmonsfirm.com<br><br>*Counsel for Plaintiffs* | Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Fax: (415) 875-6700<br><br>*Counsel for Defendant* |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Submission in Response to Docket No. 501. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: March 4, 2022                                        By: */s/ Lesley E. Weaver*
                                                                                             Lesley E. Weaver