**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
lweaver@bfalaw.com

**DiCELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
jaybarnes@simmonsfirm.com

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant; additional counsel listed in signature blocks below*

APPROVED
Judge Susan van Keulen

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br>  Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**STIPULATION REQUESTING ADDITIONAL TIME TO FILE JOINT UPDATE RE DISPUTE 2.17**<br><br>Referral: Hon. Susan van Keulen, USMJ |

March 4, 2022

Submitted via ECF

Magistrate Judge Susan van Keulen
San Jose Courthouse
Courtroom 6 - 4th Floor
280 South 1st Street
San Jose, CA 95113

    Re:    Joint Submission Requesting Additional Time to File Joint Update re: Dispute 2.17
                *Calhoun v. Google LLC*, Case No. 4:20-cv-5146-YGR-SVK (N.D. Cal.)

Dear Magistrate Judge van Keulen:

      During the proceeding on March 3, 2022, Your Honor ordered that Plaintiffs and Google LLC ("Google," and together the "Parties") submit an update on the status of Dispute 2.17, related to Plaintiffs' Requests for Admissions for Authentication Set 1 (Nos. 1-278) and Set 2 (Nos. 279-1,217) by March 4, 2022. The Parties continue to meet and confer regarding this dispute and respectfully ask the Court to extend the deadline to submit an update to March 7, 2022 at 3:00 p.m. Pacific .

|   |   |
|---|---|
| | Respectfully, |
| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Lesley Weaver* <br> Lesley Weaver (Cal. Bar No. 191305) <br> Angelica M. Ornelas (Cal. Bar No. 285929) <br> Joshua D. Samra (Cal. Bar No. 313050) <br> 555 12th Street, Suite 1600 <br> Oakland, CA 994607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com <br> aornelas@bfalaw.com <br> jsamra@bfalaw.com | By: */s/ Viola Trebicka* <br> Andrew H. Schapiro (admitted *pro hac vice*) <br> andrewschapiro@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Tel: (312) 705-7400 <br> Fax: (312) 705-7401 <br><br> Stephen A. Broome (CA Bar No. 314605) <br> stephenbroome@quinnemanuel.com <br> Viola Trebicka (CA Bar No. 269526) <br> violatrebicka@quinnemanuel.com <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> Tel: (213) 443-3000 <br> Fax: (213) 443-3100 |
| **DICELLO LEVITT GUTZLER** | |
| By: */s/ David A. Straite* <br> David A. Straite (admitted *pro hac vice*) <br> One Grand Central Place <br> 60 East 42nd Street, Suite 2400 <br> New York, New York 10165 <br> Tel.: (646) 933-1000 <br> dstraite@dicellolevitt.com | Jomaire Crawford (admitted *pro hac vice*) <br> jomairecrawford@quinnemanuel.com <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Tel: (212) 849-7000 <br> Fax: (212) 849-7100 |
| Amy E. Keller (admitted *pro hac vice*) <br> Ten North Dearborn Street, 6th Fl. <br> Chicago, Illinois 60602 <br> Tel.: (312) 214-7900 <br> akeller@dicellolevitt.com | Josef Ansorge (admitted *pro hac vice*) <br> josefansorge@quinnemanuel.com <br> 1300 I Street NW, Suite 900 <br> Washington D.C., 20005 <br> Tel: (202) 538-8000 <br> Fax: (202) 538-8100 |
| **SIMMONS HANLY CONROY LLC** | |
| By: */s/ Jay Barnes* <br> Jason 'Jay' Barnes (admitted *pro hac vice*) <br> Mitchell M. Breit (admitted *pro hac vice*) <br> An Truong (admitted *pro hac vice*) <br> Eric Johnson (admitted *pro hac vice*) <br> 112 Madison Avenue, 7th Floor <br> New York, NY 10016 <br> Tel.: (212) 784-6400 <br> Fax: (212) 213-5949 <br> mbreit@simmonsfirm.com <br> jaybarnes@simmonsfirm.com | Jonathan Tse (CA Bar No. 305468) <br> jonathantse@quinnemanuel.com <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Tel: (415) 875-6600 <br> Fax: (415) 875-6700 <br><br> *Counsel for Defendant* |
| *Counsel for Plaintiffs* | |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Submission in Response to Docket No. 501. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: March 4, 2022                                                   By: */s/ Teuta Fani*
                                                                                                Teuta Fani