UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 20-cv-05146-YGR   (SVK)<br><br>**ORDER IN RESPONSE TO PLAINTIFFS' PRIORITIZATION OF DISCOVERY DISPUTES**<br><br>Re: Dkt. No. 532 |

Pursuant to this Court's request, Plaintiffs have prioritized certain disputes set forth in the discovery chart at Dkt. 510. Dkt. 532. Having reviewed Plaintiffs' submission, and in the interest of managing remaining discovery disputes efficiently, the Court **ORDERS** as follows:

- **Dispute 1.27** addressing certain specific Requests for Production will need to be presented in chart form, as required by the undersigned's standing order, with the Parties' submission on March 11, 2022.

- **Dispute 1.22** regarding a deposition of Mr. Pichai is subject to this Court's Order at Dkt. 432. Accordingly, no later than March 11, 2022, Plaintiffs are to submit a brief, not to exceed 3 pages, in support of Mr. Pichai's deposition, and Google may respond no later than March 15, 2022, with a brief not to exceed 3 pages. If Judge Gonzalez Rogers issues an order regarding the Pichai deposition in the *Brown* matter, this schedule may be accelerated.

- **Dispute 1.4** is unclear as presented. What is clear, however, is that Google continues to improperly object to Plaintiffs raising discovery disputes during the time period allowed by the case management schedule and by the Civil Local Rules. The Parties are to meet and confer, in person, no later than March 9, 2022 regarding the production of regulatory documents and, if unresolved, may re-submit this issue on March 11, 2022.

- **Dispute 1.5** appears to address a category of discovery requests. As presented, Plaintiffs' complaint is unclear, though it may benefit from oral argument at the next scheduled hearing. To the extent there are specific requests as issue, the Court refers the Parties to its ruling above regarding Dispute 1.27.

**SO ORDERED.**

Dated: March 7, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge