LILIT ASADOURIAN (SBN 208801)
lilit.asadourian@btlaw.com
JOSEPH M. WAHL (SBN 281920)
joseph.wahl@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:   (310) 284-3880
Facsimile:    (310) 284-3894

Attorneys for Non-Party
ERNST & YOUNG LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.  4:20-cv-05146-YGR-SVK<br><br>**NON-PARTY ERNST & YOUNG LLP'S RESPONSE TO PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH DKT. #380**<br><br>Judge:       The Honorable Susan van Keulen |

Non-Party Ernst & Young LLP ("EY") responds to Plaintiff's Motion to Compel Compliance With Docket Number 380 to ensure the record is clear on two points. **First,** EY did not, as Plaintiffs' Motion suggests, choose to follow Google's request over the Court's order. **Second,** EY is Google's independent auditor, which is why EY did not seek Google's input (while it did seek input from Plaintiffs) in making its search for and its decisions pertaining to documents responsive to Request Nos. 1, 2, 3, 5 & 9 (as modified by Docket Number 380).

Instead, EY made its own good-faith determination, as a non-party to this case, as to what documents appeared responsive to these requests. EY is not a party to this case and does not have the benefit of the history regarding the parties' discussions with each other and this Court. Following the issuance of the Court's order, EY understood that the parties were continuing to discuss the discoverability of the documents at issue. Additionally, because the documents contain Google's proprietary data and the parties to this case are better positioned to address issues regarding responsiveness and relevance, EY waited for the parties' negotiations before making any production. This maintenance of the *status quo* notwithstanding, EY remains ready and willing to comply with the Court's further guidance.

Dated:     March 7, 2022                                **BARNES & THORNBURG LLP**

By:/s/Joseph M. Wahl
    Lilit Asadourian
    Joseph M. Wahl
    Attorneys for Non-Party
    ERNST & YOUNG LLP