UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION TO STRIKE REPORT OF PLAINTIFFS' EXPERTS PROFESSORS JOSEPH TUROW AND LESLIE JOHN AND EXHIBITS THERETO (DKT. 489)**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Courtroom 1 – 4th Floor<br>Date: May 31, 2022<br>Time: 2:00 p.m.<br>Amended Complaint Filed: April 16, 2021 |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion") (Dkt. 489). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Opposition to Google's Motion to Strike Report of Plaintiffs' Experts Professors Joseph Turow and Leslie John at: 18:19-20, 18:26-27, 19:1-2 | Tse Declaration ¶ 4 | |
| Cruz Decl., Exhibit 2 (GOOG-CABR-04509888) at: Pages 1-2 | Tse Declaration ¶ 4 | |
| Cruz Decl., Exhibit 4 (GOOG-CALH-00042297) at: Redacted in its entirety | Tse Declaration ¶ 4 | |
| Cruz Decl., Exhibit 5 (GOOG-CALH-00042297) at: Page 2 | Tse Declaration ¶ 4 | |
| Cruz Decl., Exhibit 6 (GOOG-CABR-04754292 at: Pages 6, 14, 20-23 | Tse Declaration ¶ 4 | |
| Cruz Decl., Exhibit 7 (GOOG-CABR-04754160) at: Pages 1, 3 | Tse Declaration ¶ 4 | |

| | | |
|---|---|---|
| Cruz Decl., Exhibit 8 (GOOG-CABR-00057706) at:<br><br>Redacted in its entirety | Tse Declaration ¶ 4 | |
| Cruz Decl., Exhibit 10 (GOOG-CABR-04754257) at:<br><br>Pages 1, 7, 26 | Tse Declaration ¶ 4 | |
| Cruz Decl., Exhibit 11 (GOOG-CABR-05269357) at:<br><br>Redacted in its entirety | Tse Declaration ¶ 4 | |
| Cruz Decl., Exhibit 12 (GOOG-CABR-04698159) at:<br><br>Redacted in its entirety | Tse Declaration ¶ 4 | |
| Cruz Decl., Exhibit 13 (GOOG-CABR-03683283) at:<br><br>Pages 13, 18, 21, 25, 35-36, 38-40, 42-43, 45-47, 54, 69-71, 74 | Tse Declaration ¶ 4 | |
| Cruz Decl., Exhibit 14 (GOOG-CABR-04754160) at:<br><br>Pages 1, 3 | Tse Declaration ¶ 4 | |
| Cruz Decl., Exhibit 15 (GOOG-CABR-04754627) at:<br><br>Redacted in its entirety | Tse Declaration ¶ 4 | |
| Cruz Decl., Exhibit 16 (GOOG-CABR-00833007) at:<br><br>Page 1 | Tse Declaration ¶ 4 | |

| | | |
|---|---|---|
| Cruz Decl., Exhibit 17 (GOOG-CABR-00111820) at:<br><br>Pages 3, 6 | Tse Declaration ¶ 4 | |
| Cruz Decl., Exhibit 18 (GOOG-CABR-03746369) at:<br><br>Redacted in its Entirety | Tse Declaration ¶ 4 | |
| Cruz Decl., Exhibit 19 (excerpts from the deposition transcript of Sam Heft-Luthy) at:<br><br>234: 2-3, 234:9, 234:15, 236:16, 236:21, 237:9, 237:15-16. 239:2-3, 239:9, 239:13, 239:17-20, 239:24, 240:1-18, 241:4, 245:15-25, 246:1-22, 249:6-15, 250:16, 250:21, 251:5, 251:8, 251:25 | Tse Declaration ¶ 4 | |

**IT IS SO ORDERED.**

DATED:_____                   _____
                                                                                        HON. YVONNE GONZALEZ ROGERS
                                                                                        UNITED STATES DISTRICT JUDGE