LILIT ASADOURIAN (SBN 208801)
lilit.asadourian@btlaw.com
JOSEPH M. WAHL (SBN 281920)
joseph.wahl@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:   (310) 284-3880
Facsimile:    (310) 284-3894

Attorneys for Non-Party
ERNST & YOUNG LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.  4:20-cv-05146-YGR-SVK<br><br>**NON-PARTY ERNST & YOUNG LLP'S CERTIFICATION OF PRODUCTION** |

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

1

CERTIFICATION OF PRODUCTION
4:20-CV-05146-YGR-SVK

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Ernst & Young LLP ("E&Y") hereby certifies that that on March 16, 2022, in accordance with this Court's order dated March 14, 2022 (Dkt. #558), E&Y produced the 6,232 documents that had been previously slipsheeted as required by that order. With this production, E&Y certifies that it has now produced to Plaintiffs' counsel all 6,322 documents which E&Y identified as responsive. The filing of this certification serves as E&Y's final obligation under that order.

Dated: March 16, 2022

**BARNES & THORNBURG LLP**

By:/s/ Joseph M. Wahl
Lilit Asadourian
Joseph M. Wahl
Attorneys for Non-Party
ERNST & YOUNG LLP

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2029 Century Park East, Suite 300, Los Angeles, California 90067. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 16, 2022, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**NON-PARTY ERNST & YOUNG LLP'S CERTIFICATION OF PRODUCTION**

in a sealed envelope, postage fully paid, addressed as follows:

> Carl Spilly
> 1300 I Street NW, Suite 900
> Washington, DC 20005

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 16, 2022, at Los Angeles, California.

_/s/ Nicco Barrios_
Nicco Barrios

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

3

PROOF OF SERVICE BY MAIL
4:20-CV-05146-YGR-SVK