UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant.<br><br>PATRICK CALHOUN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No.  20-cv-3664-YGR   (SVK)<br><br>20-cv-5146-YGR (SVK)<br><br>**ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO SEAL COURTROOM FOR MARCH 17, 2022 DISCOVERY HEARING**<br><br>Re: *Brown* Dkt. No. 490 |

Before the Court is Google's Administrative Motion to Seal the Courtroom for the March 17, 2022 Discovery Hearing (*Brown* Dkt. 490). Having considered Google's Motion, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** the Motion.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Motion, the Motion is **GRANTED**.

**SO ORDERED**.

Dated:  March 16, 2022

                                                               */s/ Susan van Keulen*
                                                               SUSAN van KEULEN
                                                               United States Magistrate Judge