| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (Cal. Bar No.191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>*lweaver@bfalaw.com* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>*andrewschapiro@quinnemanuel.com*<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401 |
| **DICELLO LEVITT GUTZLER**<br>David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place<br>60 East 42nd Street, Suite 2400<br>New York, New York 10165<br>Tel.: (646) 933-1000<br>*dstraite@dicellolevitt.com* | Stephen A. Broome (CA Bar No. 314605)<br>*stephenbroome@quinnemanuel.com*<br>Viola Trebicka (CA Bar No. 269526)<br>*violatrebicka@quinnemanuel.com*<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100 |
| Amy E. Keller (admitted *pro hac vice*)<br>Adam Prom (admitted *pro hac vice*)<br>Sharon Cruz (admitted *pro hac vice*)<br>Ten North Dearborn Street, 6th Fl.<br>Chicago, Illinois 60602<br>Tel.: (312) 214-7900<br>*akeller@dicellolevitt.com* | *Counsel for Defendant; additional counsel listed in signature blocks below* |
| **SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Eric Johnson (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>*jaybarnes@simmonsfirm.com* | |

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br>    Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF MARCH 17, 2022 HEARING TRANSCRIPT**<br><br>Hon. Susan van Keulen, USMJ |

1     WHEREAS, on March 14, 2022, Plaintiffs and Google filed their Joint Submission in Response to Dkt. 523 re: Discovery Disputes (Dkt. 560);

3     WHEREAS, on March 16, 2022, Google filed its Administrative Motion to Seal the Courtroom for March 17, 2022 Discovery Hearing in *Brown v. Google*, Case No. 4:20-cv-3664 (*Brown* Dkt. 490);

6     WHEREAS, on March 16, 2022, the Court granted Google's Administrative Motion to Seal the Courtroom for March 17, 2022 in the *Brown* matter (*Brown* Dkt. 491) and ordered the concurrent Discovery Hearing in this matter to be sealed as well (Dkt. 569);

9     WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings] cannot be generated without an order from the assigned judge"[1];

11     WHEREAS, the parties agree that the transcript, which contains material designated by Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," may be released to counsel of record in this matter, who are authorized to view this material under the First Modified Stipulated Protective Order Governing Exchange of Confidential Discovery Material as Modified by the Court (Dkt. 61);

16     NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that the complete transcript of the March 17, 2022 hearing may be released to counsel of record in this matter.

---

[1] https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

1  DATED: March 17, 2022
2  **BLEICHMAR FONTI & AULD LLP**                    **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

4  By:   /s/ Lesley Weaver                          By:  /s/ Andrew H. Schapiro
   Lesley Weaver (Cal. Bar No. 191305)              Andrew H. Schapiro (admitted pro hac vice)
   Angelica M. Ornelas (Cal. Bar No. 285929)        andrewschapiro@quinnemanuel.com
5  Joshua D. Samra (Cal. Bar No. 313050)            Teuta Fani (admitted *pro hac vice*)
   555 12th Street, Suite 1600                      teutafani@quinnemanuel.com
6  Oakland, CA 94607                                191 N. Wacker Drive, Suite 2700
   Tel.: (415) 445-4003                             Chicago, IL 60606
7  Fax: (415) 445-4020                              Telephone: (312) 705-7400
   lweaver@bfalaw.com                               Facsimile: (312) 705-7401
8  aornelas@bfalaw.com
   jsamra@bfalaw.com

9                                                   Stephen A. Broome (CA Bar No. 314605)
   **DICELLO LEVITT GUTZLER**                       stephenbroome@quinnemanuel.com
10                                                  Viola Trebicka (CA Bar No. 269526)
   By:   /s/ David A. Straite                       violatrebicka@quinnemanuel.com
11 David A. Straite (admitted *pro hac vice*)       Crystal Nix-Hines (Bar No. 326971)
   One Grand Central Place                          crystalnixhines@quinnemanuel.com
12 60 East 42nd Street, Suite 2400                  Alyssa G. Olson (CA Bar No. 305705)
   New York, New York 10165                         alyolson@quinnemanuel.com865 S. Figueroa
13 Tel.: (646) 933-1000                             Street, 10th Floor
   dstraite@dicellolevitt.com                       Los Angeles, CA 90017
14                                                  Telephone: (213) 443-3000
   Amy E. Keller (admitted *pro hac vice*)          Facsimile: (213) 443-3100
15 Adam Prom (admitted *pro hac vice*)
   Sharon Cruz (admitted *pro hac vice*)
16 Ten North Dearborn Street, 6th Fl.               Jomaire Crawford (admitted pro hac vice)
   Chicago, Illinois 60602                          jomairecrawford@quinnemanuel.com
17 Tel.: (312) 214-7900                             51 Madison Avenue, 22nd Floor
18 akeller@dicellolevitt.com                        New York, NY 10010
   aprom@dicellolevitt.com                          Telephone: (212) 849-7000
19 scruz@dicellolevitt.com                          Facsimile: (212) 849-7100

20 **SIMMONS HANLY CONROY LLC**                     Josef Ansorge (admitted pro hac vice)
                                                    josefansorge@quinnemanuel.com
21 By:   /s/ Jason 'Jay' Barnes                     Xi ("Tracy") Gao (CA Bar No. 326266)
   Jason 'Jay' Barnes (admitted *pro hac vice*)     tracygao@quinnemanuel.com
22 An Truong (admitted *pro hac vice*)              Carl Spilly (admitted *pro hac vice*)
   Eric Johnson(admitted *pro hac vice*)            carlspilly@quinnemanuel.com
23 112 Madison Avenue, 7th Floor                    1300 I Street NW, Suite 900
   New York, NY 10016                               Washington D.C., 20005
24 Tel.: (212) 784-6400                             Telephone: (202) 538-8000
   Fax: (212) 213-5949                              Facsimile: (202) 538-8100
25 jaybarnes@simmonsfirm.com
   atruong@simmonsfirm.com
26 ejohnson@simmonsfirm.com

27                                                  Jonathan Tse (CA Bar No. 305468)
   *Counsel for Plaintiffs*                         jonathantse@quinnemanuel.com
28                                                  50 California Street, 22nd Floor

2                                                                       Case No. 4:20-cv-5146-YGR-SVK
STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF
MARCH 17, 2022 HEARING TRANSCRIPT

|   |   |
|---|---|
| 1 | San Francisco, CA 94111 |
| 2 | Telephone: (415) 875-6600 |
|   | Facsimile: (415) 875-6700 |
| 3 |   |
| 4 | Diane M. Doolittle (CA Bar No. 142046) |
|   | dianedoolittle@quinnemanuel.com |
| 5 | Sara Jenkins (CA Bar No. 230097) |
|   | sarajenkins@quinnemanuel.com |
| 6 | 555 Twin Dolphin Drive, 5th Floor |
|   | Redwood Shores, CA 94065 |
| 7 | Telephone: (650) 801-5000 |
|   | Facsimile: (650) 801-5100 |

*Attorneys for Defendant Google LLC*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Date: _____, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Susan van Keulen
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Andrew H. Schapiro, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro