**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**DICELLO LEVITT GUTZLER**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>    Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF MARCH 17, 2022 HEARING TRANSCRIPT**<br><br>Hon. Susan van Keulen, USMJ |

1  WHEREAS, on March 14, 2022, Plaintiffs and Google filed their Joint Submission in Response to Dkt. 523 re: Discovery Disputes (Dkt. 560);

2  WHEREAS, on March 16, 2022, Google filed its Administrative Motion to Seal the Courtroom for March 17, 2022 Discovery Hearing in *Brown v. Google*, Case No. 4:20-cv-3664 (*Brown* Dkt. 490);

3  WHEREAS, on March 16, 2022, the Court granted Google's Administrative Motion to Seal the Courtroom for March 17, 2022 in the *Brown* matter (*Brown* Dkt. 491) and ordered the concurrent Discovery Hearing in this matter to be sealed as well (Dkt. 569);

4  WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings] cannot be generated without an order from the assigned judge"[1];

5  WHEREAS, the parties agree that the transcript, which contains material designated by Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," may be released to counsel of record in this matter, who are authorized to view this material under the First Modified Stipulated Protective Order Governing Exchange of Confidential Discovery Material as Modified by the Court (Dkt. 61);

6  NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that the complete transcript of the March 17, 2022 hearing may be released to counsel of record in this matter.

---

[1] https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

| | | |
|---|---|---|
| 1 | DATED:  March 17, 2022 | |
| 2 | **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 3 | | |
| 4 | By:      /s/ Lesley Weaver<br>Lesley Weaver (Cal. Bar No. 191305) | By:  /s/ Andrew H. Schapiro<br>Andrew H. Schapiro (admitted pro hac vice) |
| | Angelica M. Ornelas (Cal. Bar No. 285929) | andrewschapiro@quinnemanuel.com |
| 5 | Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600 | Teuta Fani (admitted *pro hac vice*)<br>teutafani@quinnemanuel.com |
| 6 | Oakland, CA 94607 | 191 N. Wacker Drive, Suite 2700 |
| 7 | Tel.: (415) 445-4003<br>Fax: (415) 445-4020 | Chicago, IL 60606<br>Telephone: (312) 705-7400 |
| | lweaver@bfalaw.com | Facsimile: (312) 705-7401 |
| 8 | aornelas@bfalaw.com<br>jsamra@bfalaw.com | |
| 9 | | Stephen A. Broome (CA Bar No. 314605) |
| | **DICELLO LEVITT GUTZLER** | stephenbroome@quinnemanuel.com |
| 10 | | Viola Trebicka (CA Bar No. 269526) |
| 11 | By:      /s/ David A. Straite<br>David A. Straite (admitted *pro hac vice*) | violatrebicka@quinnemanuel.com<br>Crystal Nix-Hines (Bar No. 326971) |
| | One Grand Central Place | crystalnixhines@quinnemanuel.com |
| 12 | 60 East 42nd Street, Suite 2400<br>New York, New York 10165 | Alyssa G. Olson (CA Bar No. 305705)<br>alyolson@quinnemanuel.com865 S. Figueroa |
| 13 | Tel.: (646) 933-1000 | Street, 10th Floor |
| 14 | dstraite@dicellolevitt.com | Los Angeles, CA 90017<br>Telephone: (213) 443-3000 |
| 15 | Amy E. Keller (admitted *pro hac vice*) | Facsimile: (213) 443-3100 |
| | Adam Prom (admitted *pro hac vice*) | |
| 16 | Sharon Cruz (admitted *pro hac vice*)<br>Ten North Dearborn Street, 6th Fl. | Jomaire Crawford (admitted pro hac vice) |
| 17 | Chicago, Illinois 60602 | jomairecrawford@quinnemanuel.com |
| | Tel.: (312) 214-7900 | 51 Madison Avenue, 22nd Floor |
| 18 | akeller@dicellolevitt.com<br>aprom@dicellolevitt.com | New York, NY 10010<br>Telephone: (212) 849-7000 |
| 19 | scruz@dicellolevitt.com | Facsimile: (212) 849-7100 |
| 20 | **SIMMONS HANLY CONROY LLC** | |
| 21 | By:      /s/ Jason 'Jay' Barnes | Josef Ansorge (admitted pro hac vice)<br>josefansorge@quinnemanuel.com |
| | Jason 'Jay' Barnes (admitted *pro hac vice*) | Xi ("Tracy") Gao (CA Bar No. 326266) |
| 22 | An Truong (admitted *pro hac vice*)<br>Eric Johnson(admitted *pro hac vice*) | tracygao@quinnemanuel.com<br>Carl Spilly (admitted *pro hac vice*) |
| 23 | 112 Madison Avenue, 7th Floor | carlspilly@quinnemanuel.com |
| 24 | New York, NY 10016<br>Tel.: (212) 784-6400 | 1300 I Street NW, Suite 900<br>Washington D.C., 20005 |
| 25 | Fax: (212) 213-5949 | Telephone: (202) 538-8000 |
| | jaybarnes@simmonsfirm.com | Facsimile: (202) 538-8100 |
| 26 | atruong@simmonsfirm.com<br>ejohnson@simmonsfirm.com | |
| 27 | | Jonathan Tse (CA Bar No. 305468) |
| | *Counsel for Plaintiffs* | jonathantse@quinnemanuel.com |
| 28 | | 50 California Street, 22nd Floor |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant Google LLC*

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 | Date: _March 17_, 2022

Hon. Susan van Keulen
United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Andrew H. Schapiro, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

                        */s/ Andrew H. Schapiro*
                           Andrew H. Schapiro