1

2

3

4                      UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    PATRICK CALHOUN, et al.,                    Case No.  20-cv-05146-YGR   (SVK)

8                      Plaintiffs,
                                                 **REDACTION ORDER**
9           v.

10   GOOGLE LLC,

11                     Defendant.

12          The following orders have been provisionally filed under seal:  (1) the March 15, 2022

13   First Order on March 11, 2022 Joint Discovery Dispute Chart (Dkt. 565); and (2) the March 18,

14   2022 Second Order on March 11, 2022 Joint Discovery Dispute Chart (Dkt. 579) (collectively, the

15   "Orders").  The Parties are ordered to meet and confer and submit joint proposed redactions to the

16   Orders (to the extent any redaction is required) and a proposed order by **March 28, 2022**.  If no

17   proposed redactions are received by 11:59 p.m. on March 28, 2022, the Court will unseal the

18   Orders in its entirety.

19          **SO ORDERED.**

20   Dated: March 18, 2022

21

22   _____

23   SUSAN VAN KEULEN
     United States Magistrate Judge

24

25

26

27

28