# Exhibit 2

## Redacted Version of Document Sought to be Sealed

1        IN THE UNITED STATES DISTRICT COURT

2      FOR THE NORTHERN DISTRICT OF CALIFORNIA

3               SAN JOSE DIVISION

4    _____

5    PATRICK CALHOUN, et al., on  )

6    behalf of themselves and all )

7    others similarly situated,   )

8            Plaintiff,           )

9       vs.                       )Case No.

10   GOOGLE, LLC,                 )5:20-cv-05146-LHK-

11           Defendant.           )SVK

12   _____)

13          ** TRANSCRIPT CONFIDENTIAL **

14

15        ZOOM VIDEOTAPED DEPOSITION OF

16               CHETNA BINDRA

17             Parker, Colorado

18          Tuesday, February 8, 2022

19                 Volume I

20

21   Reported by:

22   LORI M. BARKLEY, CSR No. 6426

23   Job No. 5066214

24

25   PAGES 1 - 341

                                        Page 1

CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4

 5      _____

 6      PATRICK CALHOUN, et al., on  )

 7      behalf of themselves and all )

 8      others similarly situated,   )

 9             Plaintiff,            )

10         vs.                       )Case No.

11      GOOGLE, LLC,                 )5:20-cv-05146-LHK-

12             Defendant.            )SVK

13      _____)

14

15

16

17            Zoom Videotaped deposition of CHETNA BINDRA,

18      Volume I, taken on behalf of Plaintiffs, at Parker,

19      Colorado, beginning at 11:10 a.m., and ending at

20      8:58 p.m., Mountain Standard Time, on Tuesday,

21      February 8, 2022, before LORI M. BARKLEY, Certified

22      Shorthand Reporter No. 6426.

23

24

25

                                              Page  2
```

CONFIDENTIAL

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFFS:

 4        BLEICHMAR FONTI & AULD

 5        BY:  LESLEY E. WEAVER

 6        BY:  ANNE DAVIS

 7        Attorneys at Law

 8        555 12th Street, Suite 1600

 9        Oakland, California 94607

10        (415) 445-4003

11        Lweaver@bfalaw.com

12        Aornelas@bfalaw.com

13

14    FOR THE CALHOUN PLAINTIFFS:

15        SIMMONS HANLY CONROY

16        BY:  JASON BARNES

17        Attorney at Law

18        112 Madison Avenue, 7th Floor

19        New York, New York 10016-7416

20        (212) 784-6276

21        Jaybarnes@simmonsfirm.com

22

23

24

25
```

Page 3

CONFIDENTIAL

```
 1    APPEARANCES (CONTINUED)

 2

 3    FOR GOOGLE, LLC, AND THE WITNESS:

 4        QUINN EMANUEL URQUHART & SULLIVAN LLP

 5        BY:  VIOLA TREBICKA

 6        Attorney at Law

 7        865 South Figueroa Street, 10th Floor

 8        Los Angeles, California 90017

 9        Violatrebicka@quinnemanuel.com

10             - and -

11        BY:  TEUTA FANI

12        Attorney at Law

13        1300 I Street NW, Suite 900

14        Washington, DC 20005

15        Teutafani@quinnemanuel.com

16

17

18    Also Present: Beko Reblitz-Richardson

19                  Torryn Taylor

20

21    Videographer:  Cassia Leet

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Sometimes you can share it when someone else has | 11:28:39 |
| 2 | authored it. | 11:28:42 |
| 3 | So I haven't actually seen the document | 11:28:42 |
| 4 | specifically. | 11:28:45 |
| 5 | Q.   Okay.  And do you see where it says | 11:28:46 |
| 6 | underneath -- there's a number 1 and it says | 11:28:48 |
| 7 | (as read): | |
| 8 | Note at the top for ███████████  ████████ | |

███████████

██  █████

██  ████████████

██  ██████████████

████████████████████████████

██████████████████

██  █████████████████

██████████████████

███████████████████████

██  ████████████████████

████████████

██  ████████████  ████████████████

███████████████████████

██  █████

██  ████  ████████████████

█████████████████████

██  ██████                                            11:29:55

| 25 | It's typically a fairly standard thing | 11:29:56 |

Page 66

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that's used for -- you know, when there's certain -- | 11:29:58 |
| 2 | different parts of a project and there are leads | 11:30:00 |
| 3 | across that and then when they're a different set of | 11:30:03 |
| 4 | executives that might be interested in those updates. | 11:30:07 |
| 5 | Q.   Okay.  And you see the words here's a | 11:30:14 |
| 6 | snippet in bold and then it says we presented this | 11:30:16 |
| 7 | deck to Sundar on Thursday. | 11:30:19 |
| 8 | Do you see that? | 11:30:22 |
| 9 | A.   I do. | 11:30:23 |
| 10 | Q.   And this communication is from you to John | 11:30:24 |
| 11 | Krafcik and you're copying jaishan, branbender, and | 11:30:27 |
| 12 | browley. | |
| 13 | Do you see that? | 11:30:32 |
| 14 | A.   I do. | 11:30:33 |
| 15 | Q.   Did you present a deck to Sundar related to | 11:30:33 |
| 16 | this topic? | 11:30:36 |
| 17 | A.   I see those words.  I do remember being at a | 11:30:44 |
| 18 | meeting, I did not actually present many aspects | 11:30:45 |
| 19 | of -- of the deck.  But yes, there was -- that | 11:30:51 |
| 20 | particular deck probably was presented to Sundar as | 11:30:58 |
| 21 | stated there. | 11:31:02 |
| 22 | Q.   And what was presented at that meeting, if | 11:31:02 |
| 23 | you recall? | 11:31:06 |
| 24 | A.   I do not remember this to be honest, till | 11:31:06 |
| 25 | you just showed it to me.  I do not recall the | 11:31:08 |

Page 67

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | details of that. | 11:31:14 |
| 2 | Sounds like it was probably a high level | 11:31:15 |
| 3 | update on the ▬▬▬▬ and what some of the goals | 11:31:17 |
| 4 | were that I described earlier. | 11:31:23 |
| 5 | Q.   And do you see the words Chrome sync, | 11:31:24 |
| 6 | question that was raised -- I'm sorry.  Fair enough. | 11:31:27 |
| 7 | Question that was raised, do we really want | 11:31:32 |
| 8 | to use any web traversal data from Chrome sync. | 11:31:34 |
| 9 | Do you see those words? | 11:31:37 |
| 10 | A.   I do. | 11:31:38 |
| 11 | Q.   What is Chrome Sync? | 11:31:39 |
| 12 | A.   In this particular context, it isn't clear | 11:31:50 |
| 13 | to me what exactly the question is about.  At a high | 11:31:52 |
| 14 | level, certainly Chrome Sync is the ability for users | 11:31:57 |
| 15 | to sync their data across devices. | 11:32:00 |
| 16 | Q.   And when you say sync their data, what do | 11:32:05 |
| 17 | you mean? | 11:32:10 |
| 18 | A.   It means if you're -- again, I'm going to | 11:32:10 |
| 19 | describe this at a very high level because I'm not a | 11:32:14 |
| 20 | Chrome person, but at a very high level it means if | 11:32:17 |
| 21 | you are on a desktop and you are on particular | 11:32:19 |
| 22 | websites and if you're on a cell phone and if you're | 11:32:23 |
| 23 | on particular websites, you know, you're able to go | 11:32:26 |
| 24 | to the same ones very easily from device to device. | 11:32:28 |
| 25 | Q.   Okay.  And then it says web transversal | 11:32:32 |

Page 68

| | | |
|---|---|---|
| 1 | data. | 11:32:37 |
| 2 | Do you see that in the sentence? | 11:32:38 |
| 3 | A.   I do. | 11:32:40 |
| 4 | Q.   Do you know what that means? | 11:32:40 |
| 5 | A.   That means, I think what I was describing, | 11:32:43 |
| 6 | primarily being able to traverse or go from one site | 11:32:44 |
| 7 | to another. | 11:32:48 |
| 8 | Q.   And did you understand that there was a | 11:32:51 |
| 9 | question raised about whether Google wanted to use | 11:32:53 |
| 10 | that synced data in regard to ████████? | 11:32:57 |
| 11 | MS. TREBICKA:  Objection, assumes facts. | 11:33:03 |
| 12 | (Reporter clarification.) | 11:33:05 |
| 13 | MS. TREBICKA:  Dr. Bindra, just remember to | 11:33:08 |
| 14 | give me a chance to object.  I try to keep them to a | 11:33:10 |
| 15 | minimum so you tend to forget is that I'm even here | 11:33:12 |
| 16 | which is great, but just try to give me a chance, | 11:33:15 |
| 17 | please. | 11:33:18 |
| 18 | BY MS. WEAVER: | |
| 19 | Q.   So Dr. Bindra, the question was and did you | 11:33:23 |
| 20 | understand that there was a question raised about | 11:33:26 |
| 21 | whether Google wanted to use that synced data, the | 11:33:27 |
| 22 | web transversal data, with ████████? | 11:33:30 |
| 23 | MS. TREBICKA:  Assumes facts and lacks | 11:33:33 |
| 24 | foundation are my objections. | 11:33:35 |
| 25 | THE WITNESS:  I do see that's what the text | 11:33:40 |

Page 69

```
 1    limit on a third-party cookie and that, by default,    15:43:29

 2    would mean that the -- you know, third-party cookie    15:43:34

 3    was limited to 60 days which would be a smaller data   15:43:37

 4    foot print.  I think it was just referring to that.    15:43:40

 5         Now trying to parse what I meant there.           15:43:42

 6    Q.   And when you wrote (as read):                     15:43:44

 7              Sundar might put overall data                15:43:46

 8              foot print, even if just for Google          15:43:48

 9              back on the table.                           15:43:50

10         Did you mean that it had been a focus of          15:43:51

11    discussion before that was no longer being pursued     15:43:53

12    and that perhaps this might revive the topic again     15:43:58

13    with Mr. Pachai.                                       15:44:02

14         MS. TREBICKA:  Objection, vague.  And calls       15:44:05

15    for speculation.                                       15:44:06

16         THE WITNESS:  Yeah.  I don't think I wrote        15:44:07

17    that sentence very well and I'm not sure exactly what  15:44:10

18    I meant approximate there.  I think the entire         15:44:13

19    paragraph is focused on one -- can one have a time     15:44:16

20    limit on the cookie -- really is what that entire      15:44:22

21    thing is about.                                        15:44:27

22         I think, you know, it was potentially a           15:44:28

23    concept of data foot print that was being used as a    15:44:31

24    phrase, but I don't recall exactly what I meant        15:44:34

25    there.                                                 15:44:36
```

Page 204

```
 1    BY MS. WEAVER:                                    15:44:36

 2         Q.   Did you discuss this with Mr. Pachai?   15:44:37

 3         A.   I don't think we did.                   15:44:42

 4         Q.   Okay.  Let's turn to Exhibit 21 -- actually,  15:44:47

 5    I'm going to ask you to turn to Exhibit 24 when it's  15:45:41

 6    loaded.                                           15:45:46

 7         A.   Okay.                                   15:45:50

 8         Q.   And for the record, Exhibit 23 (sic) was  15:45:51

 9    dated March 7th, 2019.  Exhibit 24 shows in the   15:45:53

10    metadata, it's dated March 15th, 2019.            15:46:18

11              For the record it bears Bates number    15:46:23

12    GOOG-CABR-00139647.  And the custodian is Abdelkarim  15:46:25

13    Mardini.

14              (Exhibit 24 was marked for identification and

15         is attached hereto.)

16              THE WITNESS:  Just to confirm, you're on  15:46:47

17    Exhibit 24?                                       15:46:50

18    BY MS. WEAVER:                                    15:46:51

19         Q.   Yes.                                    15:46:51

20         A.   Okay.  I see that the owner is Mardini.  15:46:52

21         Q.   And who was Mardini?                    15:46:54

22         A.   Mardini was a product manager within Chrome.  15:46:59

23         Q.   Can do you see where he wrote (as read):  15:47:02

24              Jochen and I had our first              15:47:05

25              meeting with Chetna, a senior PM on     15:47:07
```

Page 205

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the Ads team.  She had set up that | 15:47:10 |
| 2 | meeting to discuss what mocks we can | 15:47:12 |
| 3 | provide for the upcoming Sundar | 15:47:14 |
| 4 | review. | 15:47:16 |
| 5 | Do you see that? | 15:47:16 |
| 6 | A.    I do. | 15:47:17 |
| 7 | Q.    Do you recall that meeting? | 15:47:20 |
| 8 | A.    I recall the Sundar meeting for sure.  I | 15:47:23 |
| 9 | don't recall this particular meeting with Jochen. | 15:47:25 |
| 10 | Q.    And what do you recall about the Sundar | 15:47:28 |
| 11 | meeting? | 15:47:30 |
| 12 | A.    It was a high level update -- | 15:47:33 |
| 13 | Q.    About what? | 15:47:36 |
| 14 | A.    What we were doing in this effort. | 15:47:37 |
| 15 | Q.    And when you say "this effort" what do you | 15:47:39 |
| 16 | mean? | 15:47:43 |
| 17 | A.    On the ██████████ ██████ |
| ██ | ██ ██████████ ██████ |
| ██ | ██ ████████████ ██████ |
| ██ | ██████████████████ ██████ |
| ██ | ██████████ | 15:47:55 |
| 22 | Q.    About what do you specifically recall about | 15:47:59 |
| 23 | that update that you gave Mr. Pachai? | 15:48:00 |
| 24 | A.    That it was -- you know, a high level update | 15:48:06 |
| 25 | and not much more than that. | 15:48:13 |

Page 206

```
 1        Q.   Do you see where Mr. Mardini wrote she    15:48:17
 2    (as read):
 3             Chetna shared with us a draft of          15:48:25
 4        the deck they're working on to give            15:48:26
 5        us more context.  I believe this is            15:48:28
 6        the same deck Alex flashed during              15:48:29
 7        our meeting on Wednesday.  We said             15:48:32
 8        we'll check with the rest of Chrome            15:48:33
 9        leadership team about how                       15:48:35
10        comfortable we are sharing some                15:48:36
11        mocks about Chrome Guard with the              15:48:38
12        big disclaimer that this is not a              15:48:39
13        commitment yet because we still have           15:48:41
14        a lot of work to do to validate                15:48:43
15        these ideas.                                    15:48:45
16             Do you see that paragraph?                15:48:45
17        A.   I do.                                      15:48:46
18        Q.   What is Chrome Guard?                      15:48:47
19        A.   Chrome Guard is an effort to introduce -- to  15:48:51
20    continue to optimize some of the user controls that  15:48:57
21    Chrome has that they were driving.                 15:49:01
22        Q.   And how would they optimize the user      15:49:04
23    controls?                                           15:49:06
24        A.   I was not core to the Chrome Guard effort,  15:49:10
25    but -- so I don't know what all the details were, but  15:49:13
```

Page 207

```
 1    BY MS. WEAVER:                                    16:33:49

 2        Q.    When did you last see this document?    16:33:49

 3        A.    I'm not sure I've seen this document in its  16:34:00

 4    entirety.                                          16:34:03

 5        Q.    So the question is -- let me try this.  16:34:03

 6              When did you last see this e-mail?       16:34:04

 7        A.    I not remember.                          16:34:07

 8        Q.    And do you see where you wrote, "key     16:34:08

 9    takeaways"?                                        16:34:13

10        A.    I do.                                    16:34:14

11        Q.    And you wrote (as read):                 16:34:17

12                 Focus on messaging by I/O.            16:34:18

13              Ensure it covers the entire              16:34:21

14              proposal, data disclosures, Ads          16:34:24

15              privacy center, Chrome controls,         16:34:26

16              data retention within Chrome and         16:34:28

17              Ads.                                     16:34:30

18              Do you see that?                         16:34:30

19        A.    I do.                                    16:34:32

20        Q.    What is I/O?                             16:34:33

21        A.    I/O is a public conference that Google runs  16:34:36

22    every spring, it's normally between April or May.  16:34:43

23    And it's focused on users and developers.          16:34:47

24              It's a pretty large developer conference  16:34:49

25    where a lot of different product launches across   16:34:53
```

Page 224

```
1    Google products are showcased.                16:34:57

2        Q.    And you wrote the sentence (as read):  16:34:59

3              A lot of enthusiasm for  ████    ████  

              ████    and encouragement to          16:35:03

5              dovetail with the broader Google      16:35:05

6              Incognito narrative, if we're ready.  16:35:07

7              Do you see that?                       16:35:09

8        A.    I do.                                  16:35:11

9        Q.    Is that true?                          16:35:11

10             MS. TREBICKA:  Objection, compound.    16:35:14

11   Overbroad.                                        16:35:15

12             THE WITNESS:  What do you mean is it true?  16:35:20

13   If the sentence --                                16:35:22

14   BY MS. WEAVER:                                     16:35:23

15       Q.    Is the sentence as written, true, to the  16:35:23

16   best of your knowledge, at the time of your        16:35:27

17   understanding.                                      16:35:28

18       A.    Yes.  Again I want to clarify the context  16:35:29

19   here, I think the key takeaways were summarized and  16:35:31

20   then I sent them on behalf of the team.  It's not   16:35:34

21   that I wrote every single bullet and detail in here.  16:35:36

22       Q.    And do you see the bullet that begins    16:35:41

23   (as read):                                          16:35:43

24             Sundar drove the point in the            16:35:43

25             meeting with several other examples      16:35:45
```

Page 225

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that if Chrome removes third-party | 16:35:47 |
| 2 | cookies, it would create a very | 16:35:49 |
| 3 | disruptive situation for publishers | 16:35:51 |
| 4 | and is key to support overall | 16:35:53 |
| 5 | ecosystem health. | 16:35:56 |
| 6 | Do you see that? | 16:35:56 |
| 7 | A.    I do. | 16:35:57 |
| 8 | Q.    And did Mr. Pachai make that point in the | 16:36:00 |
| 9 | meeting? | 16:36:01 |
| 10 | A.    I think my recollection is that the overall | 16:36:07 |
| 11 | discussion was broader than just Chrome removing | 16:36:10 |
| 12 | third-party cookies and it was focused a lot more on | 16:36:15 |
| 13 | how does one really move privacy for the entire | 16:36:19 |
| 14 | ecosystem forward in a sustainable way. | 16:36:23 |
| 15 | So that was, I think, the overall focus of | 16:36:25 |
| 16 | the discussion versus just a very narrow aspect of | 16:36:28 |
| 17 | it. | 16:36:31 |
| 18 | Q.    And let's look at Exhibit 27. | 16:36:31 |
| 19 | For the record it bears Bates number | 16:36:48 |
| 20 | GOOG-CABR-04819502 through 9503. | 16:36:50 |
| 21 | (Exhibit 27 was marked for identification and | 16:36:58 |
| 22 | is attached hereto.) | 16:37:06 |
| 23 | MS. TREBICKA:  Ms. Weaver, did we skip | 16:37:06 |
| 24 | Exhibit 26? | 16:37:07 |
| 25 | MS. WEAVER:  Yes. | 16:37:09 |

Page 226

```
 1        Q.    Do you recognize Exhibit 27?              16:37:37

 2        A.    I recognize that I wrote it.  I don't     16:37:39

 3   remember exactly what context under which I wrote it. 16:37:40

 4        Q.    And how do you recognize that you wrote it? 16:37:42

 5        A.    It has my name at the bottom of it signed. 16:37:47

 6        Q.    And so you signed this document; is that  16:37:51

 7   right?                                               16:37:57

 8        A.    I mean, I don't know, I'm just trying to  16:37:57

 9   program lies myself with it.  I'm not sure under what 16:37:59

10   pretext this was even written.                       16:38:03

11        Q.    Have you had a chance to review the       16:38:44

12   document?                                            16:38:46

13        A.    I have.                                   16:38:46

14        Q.    Okay.  What is it?                         16:38:47

15        A.    I don't recall what context this was written 16:38:48

16   in and I'm still struggling with why this was written 16:38:52

17   and what it was trying to do.                        16:38:57

18        Q.    Okay.  Well, looking at Exhibit 27, you see 16:39:00

19   that you're the custodian January and the owner says 16:39:04

20   Cbindra@google.com, right?                           16:39:07

21        A.    I do see that, yes.                        16:39:10

22        Q.    And at the end of it says "best, Chetna,"  16:39:11

23   right?                                               16:39:15

24        A.    It does.                                   16:39:16

25        Q.    And it's addressed to Suresh; is that right? 16:39:16
```

Page 227

```
 1              Do you see the sentence that begins        16:44:51

 2      (as read):

 3                  We did two Sundar presentations        16:44:53

 4              last year on ███ with a similar            16:44:55

 5              dynamic.                                    16:44:58

 6              Do you see that?                            16:44:59

 7         A.   I'm trying to find it.                      16:45:06

 8         Q.   Third paragraph that begins with "the      16:45:07

 9      reality" and it's the second sentence.             16:45:08

10         A.   Is it on the first page?                    16:45:16

11         Q.   Yeah --                                     16:45:16

12         A.   I see that, yeah.  Yeah.                    16:45:17

13         Q.   Did you do two presentations to Mr. Pachai  16:45:18

14      on ███ in 2018.                                     16:45:21

15         A.   I'm not sure I personally did it.  I think  16:45:26

16      "we" was referring to the larger team.             16:45:29

17         Q.   Okay.  Do you understand that this e-mail is 16:45:33

18      about a dynamic that you have with Brad?           16:45:35

19         A.   That's what it's appearing to be, yes.     16:45:40

20         Q.   Okay.  And so when you said we did two      16:45:42

21      Sundar presentations last year on ███ with a similar 16:45:45

22      dynamic, did you mean you and Brad?                16:45:50

23         A.   I not recall what this was about.          16:45:55

24         Q.   That's okay.  I'm just going to focus on the 16:45:58

25      presentations from Mr. Pachai.                     16:46:00
```

Page 232

CONFIDENTIAL

```
 1        A.   Okay.                                   16:46:02

 2        Q.   Were you involved in two presentations to  16:46:03

 3   Mr. Pachai about ████                              16:46:06

 4        A.   My memory is I was only involved with one of  16:46:10

 5   them.  I don't believe -- I do not recall actually  16:46:13

 6   doing two.                                         16:46:22

 7        Q.   But were there two?                      16:46:23

 8        A.   I not recall that.  I see that it's written  16:46:24

 9   here, but I do not recall 2 of them.               16:46:26

10        Q.   And what was the topic of the meeting with  16:46:30

11   Mr. Pachai that you attended?                      16:46:33

12        A.   I not remember the details.  I think this  16:46:41

13   was back in 2018.  Is what it appears to be and I  16:46:43

14   think at a high level it was, you know, giving an  16:46:50

15   overall update on ████  and what the -- what the  16:46:54

16   status of the project was at that time.            16:46:58

17        Q.   And I'll ask you to turn to Exhibit 29,  16:47:23

18   please.                                            16:47:25

19             (Exhibit 29 was marked for identification and 16:47:36

20        is attached hereto.)                          16:47:36

21             THE WITNESS:  I don't have it yet.       16:47:37

22   BY MS. WEAVER:                                     16:48:07

23        Q.   Do you have it?                          16:48:07

24        A.   Yes.  I'm just pulling it up.            16:48:07

25        Q.   Okay, great.                             16:48:09
```

                                                  Page 233

Veritext Legal Solutions
866 299-5127

```
1        A.    Yeah.  I see it.                          16:48:29

2        Q.    Is Exhibit 29 an e-mail that you sent, dated  16:48:30

3   March 28th, 2019?                                     16:48:33

4        A.    That first sentence on top -- yes.  It looks  16:48:37

5   like I did.                                           16:48:39

6        Q.    Don't need any further trying to stay off   16:48:40

7   notes; is that correct?                               16:48:43

8              MS. TREBICKA:  Objection, misread the       16:48:46

9   document.                                             16:48:47

10  BY MS. WEAVER:                                         16:48:52

11       Q.    Is that what you wrote, Dr. Bindra?         16:48:52

12       A.    That's not the wording here, right.  It says  16:48:54

13  (as read):                                            

14             Don't need to share any                     16:48:57

15             further...trying to stay off notes.         16:48:58

16       Q.    Okay.  And turning to the page ending with  16:49:01

17  3104, I'll direct your attention to the third bullet   16:49:06

18  point down.                                            16:49:13

19             Do you see where it says Ben?               16:49:19

20       A.    Um-hmm.                                      16:49:21

21       Q.    And Ben wrote (as read):                    16:49:21

22             Chrome Guard, we get most of it             16:49:22

23             by saying we have easy controls.            16:49:24

24             Incognito plus plus could we                16:49:26

25             describe the fingerprinting?  As            16:49:29
```

Page 234

CONFIDENTIAL

```
 1    STATE OF CALIFORNIA        ) ss.
 2    COUNTY OF LOS ANGELES      )
 3
 4          I, Lori M. Barkley, CSR No. 6426, do hereby
 5    certify:
 6          That the foregoing deposition testimony
 7    taken before me at the time and place therein set
 8    forth and at which time the witness was administered
 9    the oath;
10          That the testimony of the witness and all
11    objections made by counsel at the time of the
12    examination were recorded stenographically by me, and
13    were thereafter transcribed under my direction and
14    supervision, and that the foregoing pages contain a
15    full, true and accurate record of all proceedings and
16    testimony to the best of my skill and ability.
17          I further certify that I am neither counsel
18    for any party to said action, nor am I related to any
19    party to said action, nor am I in any way interested
20    in the outcome thereof.
21          IN WITNESS WHEREOF, I have subscribed my
22    name this 9th day of February, 2022.
23
24
25          LORI M. BARKLEY, CSR No. 6426
```

Page 337