| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART &** |
| Lesley Weaver (Cal. Bar No.191305) | **SULLIVAN, LLP** |
| Angelica M. Ornelas (Cal. Bar No. 285929) | Andrew H. Schapiro (admitted *pro hac vice*) |
| Joshua D. Samra (Cal. Bar No. 313050) | andrewschapiro@quinnemanuel.com |
| 555 12th Street, Suite 1600 | 191 N. Wacker Drive, Suite 2700 |
| Oakland, CA 94607 | Chicago, IL 60606 |
| Tel.: (415) 445-4003 | Tel: (312) 705-7400 |
| Fax: (415) 445-4020 | Fax: (312) 705-7401 |
| lweaver@bfalaw.com | |
| | Diane M. Doolittle (CA Bar No. 142046) |
| **DiCELLO LEVITT GUTZLER LLC** | dianedoolittle@quinnemanuel.com |
| David A. Straite (admitted *pro hac vice*) | 555 Twin Dolphin Drive, 5th Floor |
| 60 East 42nd Street, Suite 2400 | Redwood Shores, CA 94065 |
| New York, New York 10165 | Telephone: (650) 801-5000 |
| Tel.: (646) 933-1000 | Facsimile: (650) 801-5100 |
| dstraite@dicellolevitt.com | |
| | Stephen A. Broome (CA Bar No. 314605) |
| Amy E. Keller (admitted *pro hac vice*) | stephenbroome@quinnemanuel.com |
| Adam Prom (admitted *pro hac vice*) | Viola Trebicka (CA Bar No. 269526) |
| Sharon Cruz (admitted *pro hac vice*) | violatrebicka@quinnemanuel.com |
| Ten North Dearborn Street, 6th Fl. | 865 S. Figueroa Street, 10th Floor |
| Chicago, Illinois 60602 | Los Angeles, CA 90017 |
| Tel.: (312) 214-7900 | Tel: (213) 443-3000 |
| akeller@dicellolevitt.com | Fax: (213) 443-3100 |
| | |
| **SIMMONS HANLY CONROY LLC** | Jomaire Crawford (admitted *pro hac vice*) |
| Jason 'Jay' Barnes (admitted *pro hac vice*) | jomairecrawford@quinnemanuel.com |
| An Truong (admitted *pro hac vice*) | 51 Madison Avenue, 22nd Floor |
| 112 Madison Avenue, 7th Floor | New York, NY 10010 |
| New York, NY 10016 | Telephone: (212) 849-7000 |
| Tel.: (212) 784-6400 | Facsimile: (212) 849-7100 |
| Fax: (212) 213-5949 | |
| jaybarnes@simmonsfirm.com | *Counsel for Defendant; additional counsel* |
| *Counsel for Plaintiffs* | *listed in signature blocks below* |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-5146-YGR-SVK |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CASE SCHEDULE** |
| v. | **Civil L.R. 6-2, 7-12** |
| GOOGLE LLC, | **Judge: Hon. Yvonne Gonzalez Rogers** |
| Defendant. | |

Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation to extend the deadline to exchange written expert reports is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on February 23, 2022, the Court issued a Case Management and Pretrial Order ("CMO") setting a March 24, 2022 deadline to exchange written expert reports relating to summary judgment briefing (Dkt. No. 505);

WHEREAS, the expert report deadline was premised upon the close of fact discovery on March 4, 2022;

WHEREAS, following the Court's February 23, 2022 CMO, the parties submitted two joint discovery dispute submissions identifying numerous unresolved discovery issues to Magistrate Judge van Keulen (on February 25, 2022 and March 11, 2022);

WHEREAS, through the diligent attention of Magistrate Judge van Keulen, many of those matters are in process toward resolution;

WHEREAS, Plaintiffs contend that certain outstanding discovery relates to issues that Plaintiffs' experts will consider;

WHEREAS, good cause exists for the requested extension, because, absent an extension, Plaintiffs' experts will not have the benefit of the outstanding discovery;

WHEREAS, the requested expert extension will not impact the fully briefed motion for summary judgment, nor the fully briefed motion for class certification, nor the currently scheduled hearing on motion for class certification;

NOW THEREFORE, the Parties hereby stipulate that:

1. The deadline for the parties to exchange opening expert reports is extended from March 24, 2022 to April 22, 2022.
2. The deadline for the parties to exchange rebuttal expert reports is extended proportionally to June 8, 2022.
3. The expert discovery cutoff is extended proportionally to July 20, 2022.
4. The deadline to file dispositive and/or Daubert motions is extended as follows:

      a. Motion: August 19, 2022

      b. Opposition: September 16, 2022

      c. Reply: October 12, 2022

5. The deadline for Google's Opposition to Plaintiffs' Motion to Strike the Expert Report of Paul Schwartz is extended from March 23, 2022 until March 31, 2022, and Plaintiffs' time to file a reply on said Motion is extended from April 13, 2022 to April 21, 2022;

6. This stipulation is without prejudice to Plaintiffs' right to seek (and Google's right to oppose) further relief from the CMO.

[Signatures on Page Below]

Dated: March 18, 2022

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By:   */s/ Lesley E. Weaver*<br>Lesley E. Weaver (Cal. Bar No. 191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>aornelas@bfalaw.com<br>jsamra@bfalaw.com | By:   */s/ Stephen A. Broome*<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| **DICELLO LEVITT GUTZLER**<br><br>By:   */s/ David A. Straite*<br>David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place<br>60 East 42nd Street, Suite 2400<br>New York, New York 10165<br>Tel.: (646) 933-1000<br>dstraite@dicellolevitt.com<br><br>Amy E. Keller (admitted *pro hac vice*)<br>Adam Prom (admitted *pro hac vice*)<br>Sharon Cruz (admitted *pro hac vice*)<br>Ten North Dearborn Street<br>Sixth Floor<br>Chicago, IL 60602<br>Tel.: (312) 214-7900<br>akeller@dicellolevitt.com<br>scruz@dicellolevitt.com<br>aprom@dicellolevitt.com | Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>Jomaire Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100<br><br>Josef Ansorge (admitted *pro hac vice*)<br>josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Washington D.C., 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100 |
| **SIMMONS HANLY CONROY LLC**<br><br>By:   */s/ Jay Barnes*<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Eric Johnson (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>jaybarnes@simmonsfirm.com<br>atruong@simmonsfirm.com<br>ejohnson@simmonsfirm.com<br><br>*Counsel for Plaintiffs* | Jonathan Tse (CA Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Fax: (415) 875-6700<br><br><br><br>*Counsel for Defendant* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of March, 2022, at Oakland, CA.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

# [PROPOSED] ORDER

Pursuant to stipulation of the Parties, the Court modifies the case schedule as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Motion for Class Certification | Google's Opposition to Plaintiffs' Motion(s) to Strike Expert Testimony: March 23, 2022<br><br>Plaintiffs' Reply ISO Motion(s) to Strike: April 13, 2022<br><br>Hearing: May 31, 2022 | Google's Opposition to Plaintiffs' Motion(s) to Strike Expert Testimony: March 31, 2022<br><br>Plaintiffs' Reply ISO Motion(s) to Strike: April 21, 2022<br><br>Hearing: May 31, 2022 |
| ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B) | Opening: March 24, 2022<br>Rebuttal: May 12, 2022 | Opening: April 22, 2022<br>Rebuttal: June 8, 2022 |
| Expert Discovery Cutoff | June 30, 2022 | July 20, 2022 |
| Dispositive Motions / *Daubert* Motions | Motion: Aug. 5, 2022<br>Opp'n: Sept. 2, 2022<br>Reply: Oct. 7, 2022 | Motion: Aug. 19, 2022<br>Opp'n: Sept. 16, 2022<br>Reply: Oct. 12, 2022 |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders. The Court's previous orders in footnotes 2 and 3 of the February 23, 2022 Case Management Order related to pre-filing conference requirements for summary judgment, and limitations on number of *Daubert* motions, remain in effect.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1
2
3  _____
     Hon. Yvonne Gonzalez Rogers, USDJ
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28