UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 20-cv-05146-YGR   (SVK)<br><br>**ORDER RE DEPOSITION OF SUNDAR PICHAI**<br><br>Re: Dkt. No. 556 |

The Court is in receipt of the Parties' submissions regarding the deposition of Google and Alphabet CEO Sundar Pichai. Dkt. Nos. 556, 566. In support of their motion, Plaintiffs submitted under seal twelve exhibits including documents, deposition excerpts and emails (Dkt. Nos. 555-3 to 555-14), which the Court has also reviewed. This motion follows a similar motion in the related case *Brown v. Google (20-cv-03664-YGR; Dkt.357)* filed in December, 2021. In that instance the Court found that the *Brown* Plaintiffs' arguments and supporting documents provided sufficient grounds for a limited deposition of no more than two hours. *Brown* Dkt. 365.[1] Here the Court reaches a different result. Plaintiffs' argument is at best conclusory, and the proffered documents fail to demonstrate the requisite unique knowledge of the disputed facts *in this case*. In sum, general references to "Chrome" and "privacy" are not sufficient. Accordingly, Plaintiff's motion to depose Mr. Pichai in this action is DENIED.

**SO ORDERED.**

Dated: March 24, 2022

　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Google has appealed that ruling to the District Judge. *Brown* Dkt. 382.