1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

13

14

PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,

Case No. 4:20-cv-5146-YGR-SVK

15

Plaintiffs,

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT SUBMISSION RE: CLAWBACK DISPUTE (Dispute 1.34) (DKT. 589)**

16

17

v.

18

GOOGLE LLC,

Referral: Hon. Susan van Keulen, USMJ

19

Defendant.

20

21

22

23

24

25

26

27

28

1  **[PROPOSED] ORDER**

2  Before the Court is Defendant Google LLC's Administrative Motion to Seal Portions of Joint

3  Submission Re: Clawback (Dispute 1.34) ("Motion").

4  Having considered the Motion, supporting declaration, and other papers on file, and good

5  cause having been found, the Court **ORDERS** as follows:

| Document | Text to be Sealed | Basis for Sealing Portion of document |
|---|---|---|
| Joint Submission re Clawback Dispute (Dispute 1.34) | GRANTED as to the portions at:<br><br>4:10-16, 4:21 | The information requested to be sealed contains quotes from and summaries of privileged, attorney-client communications from Google in-house attorneys providing legal advice. Further, the Court has already previously determined that the cited documents "are infused with attorney-client communications" and are therefore "privileged as attorney-client communications." Dkt. 592 at 3. |

**SO ORDERED.**

DATED: _____

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge