**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 993-1000
dstraite@dicellolevitt.com

**DICELLO LEVITT GUTZLER LLC**
Amy Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., 6th Floor
Chicago, IL 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
aprom@dicellolevitt.com
scruz@dicellolevitt.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:20-cv-05146-YGR-SVK <br><br> **DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF AWARD OF PLAINTIFFS' ATTORNEYS' FEES ASSOCIATED WITH PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THIRD PARTY ERNST & YOUNG LLP** <br><br> Hon. Susan van Keulen, USMJ |

I, Lesley E. Weaver, declare and state as follows:

1. I am Partner-in-Charge of the California office of Bleichmar Fonti & Auld LLP ("BFA"), head of its consumer and antitrust practice, and along with the law firms DiCello Levitt Gutzler LLC ("DLG") and Simmons Hanly Conroy LLC represent Plaintiffs in the above-captioned matter. I am a member in good standing of the Bar of the State of California and of this Court and admitted to the United States District Court for the Northern District of California.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. Pursuant to the Court's Order Granting Plaintiffs' Motion to Compel Production of Documents From Third Party Ernst & Young LLP; Order to Show Cause (Dkt. No. 558), I submit this declaration detailing fees claimed in connection with Plaintiffs' Motion to Compel Production of Documents From Third Party Ernst & Young LLP.

4. Plaintiffs seek reimbursement for the work performed on Plaintiffs' Motion between March 2, 2022 and March 4, 2022:

| Attorney Hours | Legal Professional Hours | Total Hours | Total Fees |
|---|---|---|---|
| 14.0 | 3.6 | 17.6 | $10,836 |

5. BFA's fees for work related to Plaintiffs' Motion total: $6,826. The BFA attorney and legal professional for whose work compensation is sought are:

- Joshua Samra, an associate at BFA with more than 6 years of professional experience whose hourly rate is $605;
- Julie Law, a paralegal with over 5 years of professional experience whose hourly rate is $350.

6. DLG's fees for work related to Plaintiffs' Motion total: $4,010. The DLG attorneys for whose work compensation is sought are:

- David Straite, a partner at DLG with more than 25 years of professional experience whose hourly rate is $1,100;

- Adam Prom, an associate at DLG with more than 7 years of professional experience whose hourly rate is $600.

7. Should the Court require it, Plaintiffs' counsel is ready to submit contemporaneous time records for *in camera* inspection to further substantiate the fees sought.

*** 

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 31st day of March, 2022 at Oakland, California.

By: *Lesley E. Weaver*
Lesley E. Weaver

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2022, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/ *Lesley E. Weaver*
Lesley E. Weaver