UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 20-cv-05146-YGR   (SVK)<br><br>**ORDER REGARDING IN CAMERA REVIEW (DISPUTE 1.11)**<br><br>Re: Dkt. No. 594 |

The Court is in receipt of the Parties' joint submission at Dkt. 594 pursuant to which Plaintiffs seek in-camera review of 4 documents. Having considered the factual proffers, the Court **ORDERS** as follows:

| DOCUMENT | In Camera Review to be submitted April 11, 2022 |
|---|---|
| GOOG-CALH-00172046 | GRANTED |
| Log Entry #7008 | DENIED for insufficient factual basis. |
| GOOG-CALH-00076501 | GRANTED |
| Log Entry CABR2152 | DENIED for insufficient factual basis. |

Plaintiffs also request re-review of some number of documents previously challenged by Plaintiffs ("Disputed Documents"). The Parties' submission is unclear as to the exact number of Disputed Documents. Plaintiffs indicate the number is 1,483; Google suggests the number is

1,248.  Dkt. 594, 3; 6.  Both sides argue that the percentage of documents produced following a re-review for privilege favors their respective positions.  *Id.*  It is clear that a careful, proportional re-assessment of privilege has led to more than a nominal number of corrections to the privilege log.  Accordingly, the Court **ORDERS** Google to submit, no later than **April 11, 2022,** a proposal for review of the remaining Disputed Documents and a timeline for completion that takes into consideration the current case schedule.

**SO ORDERED.**

Dated: April 1, 2022

*Susan van Keulen*

SUSAN VAN KEULEN
United States Magistrate Judge