**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**DiCELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
*dianedoolittle@quinnemanuel.com*
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
*jomairecrawford@quinnemanuel.com*
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Counsel for Defendant; additional counsel listed in signature blocks below*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:20-cv-5146-YGR-SVK <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CASE SCHEDULE** <br><br> **Civil L.R. 6-2, 7-12** <br><br> **Judge: Hon. Yvonne Gonzalez Rogers** |

1
2
3
4
5

Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation to extend the deadline to exchange written expert reports (and to move related deadlines out proportionately) is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties." The stipulation is supported by the accompanying Declaration of David A. Straite dated April 8, 2022 ("Straite Decl.") pursuant to Civil Local Rule 6-2(a).

6
7
8

WHEREAS, on March 25, 2022, the Court issued a Case Management and Pretrial Order ("CMO") setting an April 22, 2022 deadline to exchange written expert reports relating to summary judgment briefing (Dkt. No. 591);

9
10

WHEREAS, the expert report deadline was premised on the conclusion of fact discovery that remains outstanding;

11
12

WHEREAS, the CMO was entered without prejudice to Plaintiffs' right to seek further relief from the CMO, Dkt. No. 591 at 3;

13
14
15
16

WHEREAS, following entry of the CMO, through the diligent attention of Magistrate Judge van Keulen, numerous fact discovery disputes have been resolved and the Parties will now require additional time to complete, including production of additional documents and scheduling of final depositions;

17
18
19

WHEREAS, pursuant to Fed. R. Civ. P. 53, the Court appointed a Special Master to assist with disputes related plaintiff and putative class member data in Google's data logs, and that process is now in the final stages but is not yet complete;

20
21

WHEREAS, good cause exists for the requested extension, because, absent an extension, Plaintiffs' experts will not have the benefit of the outstanding discovery;

22
23
24

WHEREAS, the requested expert extension will not impact the fully briefed motion for summary judgment, nor the fully briefed motion for class certification, nor the currently scheduled May 31, 2022 hearing on motion for class certification;

25

NOW THEREFORE, the Parties hereby stipulate that:

26
27

1.    The deadline for the Parties to exchange opening expert reports is extended to June 22, 2022.

28

1
2    2.   The deadline for the Parties to exchange rebuttal expert reports is extended to August 17, 2022.

3    3.   The expert discovery cutoff is extended proportionally to September 20, 2022.

4    4.   The deadline to file dispositive and/or *Daubert* motions is extended as follows:

5         a.   Motion: October 19, 2022

6         b.   Opposition: November 16, 2022

7         c.   Reply: December 12, 2022

8    5.   This stipulation is without prejudice to Plaintiffs' right to seek (and Google's right
9         to oppose) further relief from the CMO.

10                          [Signatures on Page Below]

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 4:20-CV-5146-YGR-SVK
STIPULATION AND [PROPOSED] ORDER          3

1

Dated: April 8, 2022

2

**BLEICHMAR FONTI & AULD LLP**

3

By:    */s/ Lesley Weaver*
Lesley E. Weaver (Cal. Bar No. 191305)

4

Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)

5

555 12th Street, Suite 1600
Oakland, CA 94607

6

Tel.: (415) 445-4003
Fax: (415) 445-4020

7

*lweaver@bfalaw.com*
*aornelas@bfalaw.com*

8

*jsamra@bfalaw.com*

9

**DICELLO LEVITT GUTZLER**

10

By:    */s/ David Straite*

11

David A. Straite (admitted *pro hac vice*)
One Grand Central Place

12

60 East 42nd Street, Suite 2400
New York, New York 10165

13

Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

14

15

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)

16

Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn Street

17

Sixth Floor
Chicago, IL 60602

18

Tel.: (312) 214-7900
*akeller@dicellolevitt.com*

19

*scruz@dicellolevitt.com*
*aprom@dicellolevitt.com*

20

**SIMMONS HANLY CONROY LLC**

21

By:    */s/ Jay Barnes*

22

Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)

23

Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor

24

New York, NY 10016
Tel.: (212) 784-6400

25

Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

26

*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

27

28

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:    */s/ Andrew Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
*dianedoolittle@quinnemanuel.com*
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
*jomairecrawford@quinnemanuel.com*
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

Josef Ansorge (admitted *pro hac vice*)
*josefansorge@quinnemanuel.com*
1300 I Street NW, Suite 900
Washington D.C., 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
*jonathantse@quinnemanuel.com*
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

*Counsel for Defendant*

1

2

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

3

I, David A. Straite, attest that concurrence in the filing of this document has been obtained

4

from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

5

Executed this 8th Day of April, 2022, at Marbletown, NY

6

*/s/ David Straite*

7

David A. Straite

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 4:20-CV-5146-YGR-SVK
STIPULATION AND [PROPOSED] ORDER

5

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court modifies the case schedule as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B) | Opening: April 22, 2022<br>Rebuttal: June 8, 2022 | Opening: June 22, 2022<br>Rebuttal: August 17, 2022 |
| Expert Discovery Cutoff | July 20, 2022 | September 20, 2022 |
| Dispositive Motions / *Daubert* Motions | Motion: Aug. 19, 2022<br>Opp'n: Sept. 16, 2022<br>Reply: Oct. 12, 2022 | Motion: Oct. 19, 2022<br>Opp'n: Nov. 16, 2022<br>Reply: Dec. 12, 2022 |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders. The Court's previous orders in footnotes 2 and 3 of the February 23, 2022 Case Management Order related to pre-filing conference requirements for summary judgment, and limitations on number of *Daubert* motions, remain in effect.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____

Hon. Yvonne Gonzalez Rogers, USDJ