UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-5146-YGR-SVK<br><br>**ORDER RE: RE-REVIEW PROPOSAL**<br><br>Re Dkt. No. 610 |

Pursuant to this Court's Order at Dkt. 603 and Google's submission at Dkt. 610, Google will re-review the remaining 1,139 privilege log entries that Plaintiffs had previously challenged. Google will provide the results of the re-review (as a raw number and as a percentage of both documents reviewed and of documents for which privilege is claimed) to Plaintiffs and to the Court and will produce any documents that it determines were mis-designated as privileged no later than **April 29, 2022**. The Court will then determine if the error rate warrants review of additional documents.

**SO ORDERED.**

DATED: April 15, 2022

_Susan van Keulen_
Honorable Susan van Keulen
United States Magistrate Judge