1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION TO WITHDRAW MOTION TO SUBSTITUTE PLAINTIFFS** |

1  **[PROPOSED] ORDER**

Having considered the pending Motion to Withdraw Plaintiffs' Motion to Substitute, and all papers filed in response thereto, the Court hereby GRANTS the Motion. The Motion to Substitute Plaintiffs, Dkt. No. 303, is WITHDRAWN without prejudice. The Clerk shall terminate the Motion without further order from the Court.

**IT IS SO ORDERED.**

Dated: April 19, 2022

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE