| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **DiCELLO LEVITT GUTZLER LLC** |
| Lesley Weaver (Cal. Bar No.191305) | David A. Straite (admitted *pro hac vice*) |
| Angelica M. Ornelas (Cal. Bar No. 285929) | One Grand Central Place |
| Joshua D. Samra (Cal. Bar No. 313050) | 60 East 42nd Street, Suite 2400 |
| 555 12th Street, Suite 1600 | New York, NY 10165 |
| Oakland, CA 94607 | Tel.: (646) 933-1000 |
| Tel.: (415) 445-4003 | dstraite@dicellolevitt.com |
| Fax: (415) 445-4020 | |
| lweaver@bfalaw.com | Amy Keller (admitted *pro hac vice*) |
| aornelas@bfalaw.com | Adam Prom (admitted *pro hac vice*) |
| jsamra@bfalaw.com | Sharon Cruz (admitted *pro hac vice*) |
| | Ten North Dearborn Street, Sixth Floor |
| **SIMMONS HANLY CONROY LLC** | Chicago, IL 60602 |
| Jason 'Jay' Barnes (admitted *pro hac vice*) | (312) 214-7900 |
| An Truong (admitted *pro hac vice*) | akeller@dicellolevitt.com |
| Eric Johnson (admitted *pro hac vice*) | aprom@dicellolevitt.com |
| 112 Madison Avenue, 7th Floor | scruz@dicellolevitt.com |
| New York, NY 10016 | |
| Tel.: (212) 784-6400 | |
| Fax: (212) 213-5949 | |
| jaybarnes@simmonsfirm.com | |
| atruong@simmonsfirm.com | |
| ejohnson@simmonsfirm.com | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-05146-YGR-SVK |
| Plaintiffs, | **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| GOOGLE LLC, | **CIVIL L.R. 7-11 and 79-5(f)** |
| Defendant. | Referral: Hon. Susan van Keulen, UMSJ |
| | No Hearing Date Set Pursuant to L.R. 7-11(c) |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order entered in this matter, Dkt. No. 61, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed, to the extent such material is quoted, summarized, or otherwise reflected in the documents (or portions thereof) indicated below:

|    | Document | Portions Sought to Be Sealed | Evidence offered in Support of Sealing |
|----|----------|------------------------------|----------------------------------------|
| 1. | Plaintiffs' Reply ISO Motion to Strike Schwartz | 3:3-4 | Defendant to provide evidence, per L.R. 79-5(f) |

Paragraph 12.4 of the Stipulated Protective Order prohibits a party from filing materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in the public record. Portions of the documents listed above quote, summarize, or otherwise reflect information that Defendant Google LLC has designated "Confidential" or "Highly Confidential -Attorneys' Eyes Only." Pursuant to Local Rules 79-5(c)(1) and (f)(3), Defendant, as the Designating Party, bears the responsibility to establish that all of the designated material is sealable.

RESPECTFULLY SUBMITTED AND DATED this 21st day of April 2022.

**BLEICHMAR FONTI & AULD LLP**

/s/ Lesley E. Weaver
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**

/s/ Jay Barnes
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)

**DiCELLO LEVITT GUTZLER LLC**

/s/ David A. Straite
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

Amy Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
DICELLO, LEVITT, & GUTZLER, LLP
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel: (312) 214-7900
akeller@dicellolevitt.com
aprom@dicellolevitt.com
scruz@dicellolevitt.com

112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

*Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Jay Barnes, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 21, 2022                                         */s/ Jay Barnes*
                                                                              Jay Barnes

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2022, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

*/s/ Jay Barnes*
Jay Barnes