| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (Cal. Bar No. 191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>aornelas@bfalaw.com<br>jsamra@bfalaw.com<br><br>**SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Eric Johnson (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>jaybarnes@simmonsfirm.com<br>atruong@simmonsfirm.com<br>ejohnson@simmonsfirm.com<br><br>*Counsel for Plaintiffs* | **DICELLO LEVITT GUTZLER LLC**<br>David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place<br>60 East 42nd Street, Suite 2400<br>New York, NY 10165<br>Tel.: (646) 933-1000<br>dstraite@dicellolevitt.com<br><br>Amy Keller (admitted *pro hac vice*)<br>Adam Prom (admitted *pro hac vice*)<br>Sharon Cruz (admitted *pro hac vice*)<br>Ten North Dearborn St., Sixth Floor<br>Chicago, IL 60602<br>Tel.: (312) 214-7900<br>akeller@dicellolevitt.com<br>aprom@dicellolevitt.com<br>scruz@dicellolevitt.com |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 1 AND 2 TO APRIL 15, 2022 DECLARATION OF DAVID STRAITE (DKT. NO. 621-4) IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO (AND MOTION TO MODIFY) THE SPECIAL MASTER'S SEALED RECOMMENDATIONS AND ORDER DATED APRIL 4, 2022 (DKT. NO. 604)**<br><br>**CIVIL L.R. 79-5**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Stipulated Protective Order entered in this matter, Dkt. No. 61, and pursuant to the Court's instructions at Dkt. No. 629, Plaintiffs respectfully submit this Administrative Motion to Seal the following documents:

| | Document | Text Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| 1 | Exhibit 1 to the April 15, 2022 Declaration of David Straite (Dkt. No. 621-4) in Support of Plaintiffs' Objections to (and Motion to Modify) the Special Master's Sealed Recommendations and Order Dated April 4, 2022 (Dkt. No. 604) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 2 | Exhibit 2 to the April 15, 2022 Declaration of David Straite (Dkt. No. 621-4) in Support of Plaintiffs' Objections to (and Motion to Modify) the Special Master's Sealed Recommendations and Order Dated April 4, 2022 (Dkt. No. 604) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |

Paragraph 12.4 of the Stipulated Protective Order prohibits a party from filing materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in the public record. Portions of the documents listed above quote, summarize, or otherwise reflect information that Defendant Google LLC has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only." Pursuant to Civil Local Rules 79-5(c)(1) and (f)(3), Defendant, as the Designating Party, bears the responsibility to establish that all of the designated material is sealable.

Dated: April 22, 2022

**BLEICHMAR FONTI & AULD LLP**

By:   */s/ Lesley E. Weaver*
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**

By:   */s/ Jay Barnes*
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

Respectfully submitted,

**DICELLO LEVITT GUTZLER LLC**

By:   */s/ David Straite*
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

*Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Amy Keller, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 22, 2022                    /s/ *Amy E. Keller*
                                          Amy E. Keller

ATTESTATION                                                         CASE NO. 4:20-CV-05146-YGR-SVK

**CERTIFICATE OF SERVICE**

I, Amy Keller, hereby certify that on April 22, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filings to be delivered to counsel for Defendant Google LLC via electronic mail.

Dated: April 22, 2022                     /s/ *Amy E. Keller*
                                                      Amy E. Keller