**DICELLO LEVITT GUTZLER LLC**
Amy E. Keller (admitted *pro hac vice*)
Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-2900
akeller@dicellolevitt.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**DECLARATION OF AMY E. KELLER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 1 AND 2 TO APRIL 15, 2022 DECLARATION OF DAVID STRAITE (DKT. NO. 621-4) IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO (AND MOTION TO MODIFY) THE SPECIAL MASTER'S SEALED RECOMMENDATIONS AND ORDER DATED APRIL 4, 2022 (DKT. NO. 604)** |

**DECLARATION OF AMY E. KELLER**

I, Amy E. Keller, hereby declare under penalty of perjury:

1. I am an attorney admitted to practice before this Court *pro hac vice* in the above-captioned matter.

2. I am an attorney with the law firm DiCello Levitt Gutzler LLC, who, along with the law firms Bleichmar Fonti & Auld LLP and Simmons Hanly Conroy, LLC, represent Plaintiffs in the above-captioned matter.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

4. I submit this declaration in support of Plaintiffs' Administrative Motion to File Under Seal Exhibits to April 15, 2022 Declaration of David Straite (Dkt. No. 621-4) in Support of Plaintiffs' Objections to (and Motion to Modify) the Special Master's Sealed Recommendations and Order Dated April 4, 2022 (Dkt No. 604).

5. Attached as Exhibit 1 is a true and correct copy of the Sealed and Unredacted version of Exhibit 1 to the April 15, 2022 Declaration of David Straite (Dkt. No. 621-4).

6. Attached as Exhibit 2 is a true and correct copy of the Sealed and Unredacted version of Exhibit 2 to the April 15, 2022 Declaration of David Straite (Dkt. No. 621-4).

7. These exhibits are being filed consistent with the Court's instructions as Dkt. No. 629 in the event they were inadvertently left off of the combined PDF of the Straite Declaration provisionally filed under seal at Dkt. No. 621-4.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of April 2022 in Chicago, Illinois.

/s/ *Amy E. Keller*
Amy E. Keller

**CERTIFICATE OF SERVICE**

I, Amy Keller, hereby certify that on April 22, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.

*/s/ Amy E. Keller*
Amy E. Keller