# EXHIBIT B

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, ELAINE CRESPO, HADIYAH JACKSON and CLAUDIA KINDLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**SUPPLEMENTAL DECLARATION OF ZUBAIR SHAFIQ, Ph.D., IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GOOGLE'S OBJECTIONS TO THE SPECIAL MASTER'S APRIL 4, 2022 REPORT AND RECOMMENDATIONS** |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED IN ITS ENTIRETY**