1 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
| Diane M. Doolittle (CA Bar No. 142046) | Andrew H. Schapiro (admitted *pro hac vice*)
2 | dianedoolittle@quinnemanuel.com | andrewschapiro@quinnemanuel.com
| Sara Jenkins (CA Bar No. 230097) | Teuta Fani (admitted *pro hac vice*)
3 | sarajenkins@quinnemanuel.com | teutafani@quinnemanuel.com
| 555 Twin Dolphin Drive, 5th Floor | 191 N. Wacker Drive, Suite 2700
4 | Redwood Shores, CA 94065 | Chicago, IL 60606
| Telephone: (650) 801-5000 | Telephone: (312) 705-7400
5 | Facsimile: (650) 801-5100 | Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605) — stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526) — violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971) — crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705) — alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*) — josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266) — tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*) — carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*) — jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468) — jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**DECLARATION OF JONATHAN TSE IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S RESPONSES TO PLAINTIFF'S OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION ON REFERRED DISCOVERY ISSUES (PRESERVATION PLAN)**<br><br>Judge: Hon. Susan van Keulen, USMJ |

I, Jonathan Tse, declare as follows:

1. I am a member of the bar of the State of California and an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 79-5, I submit this declaration in support of Google LLC's Administrative Motion to Seal portions of Google's Responses to Plaintiff's Objections to Special Master's Report and Recommendation on Referred Discovery Issues (Preservation Plan) ("Google's Responses"), the Trebicka Exhibits 1-2, and the Declaration of Richard Harting ("Harting Declaration"). In making this request, Google has carefully considered the relevant legal standard and policy considerations outlined in Civil Local Rule 79-5. Google makes this request with the good faith belief that the information sought to be sealed consists of Google's confidential and proprietary information and that public disclosure could cause competitive harm.

3. The information requested to be sealed contains Google's confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.

4. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2-3.

5. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their identifier system designs and practices relating to competing products. It may also place Google at an increased risk of cyber security threats, as third parties may seek to use the information to compromise Google's data sources, including data logs, internal data structures and internal identifier systems.

1  6. For these reasons, Google respectfully requests that the Court order Google's Responses to be filed under seal.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California on April 25, 2022.

DATED: April 25, 2022                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Jonathan Tse*
    Jonathan Tse

    *Attorney for Defendant*