# TREBICKA EXHIBIT 2 Redacted in its Entirety