**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**DECLARATION OF DAVID A. STRAITE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' RESPONSE TO GOOGLE'S OBJECTIONS TO THE SPECIAL MASTER'S SEALED RECOMMENDATIONS AND ORDER DATED APRIL 4, 2022 (DKT NO. 604)** |

# DECLARATION OF DAVID A. STRAITE

I, David A. Straite, declare and state as follows:

1. I am an attorney admitted to practice before this Court *pro hac vice* in the above-captioned matter.

2. I am also a Partner with the law firm DiCello Levitt Gutzler LLC, who, along with the law firms Bleichmar Fonti & Auld LLP and Simmons Hanly Conroy, LLC, represent Plaintiffs in the above-captioned matter.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

4. This declaration is made in support of the Plaintiffs' Administrative Motion to Seal Portions of Plaintiffs' Response to Google's Objections to the Special Master's Sealed Recommendations and Order Dated April 4, 2022 (Dkt No. 604).

5. Specifically, Plaintiffs seek to seal:

| | Document | Text Sought to be Sealed |
|---|---|---|
| 1 | Dkt. No. 632-2: Plaintiffs' Response to Google's Objections to the Special Master's Sealed Recommendations and Order Dated April 4, 2022 (Dkt. No. 604) | Page 6, lines 15-16 |
| 2 | Dkt. No. 632-4: Supplemental Declaration of Dr. Zubair Shafiq | Page 6, line 5 |

6. The proposed redactions are narrowly tailored and seek to protect only material that summarizes, reflects, or otherwise discusses Plaintiffs' browsing history and related data and information. They are consistent with the limited redactions the Court has authorized to date, including, for example, those allowed to Plaintiffs' First Amended Complaint, Dkt. No. 163.

7. Plaintiffs have not made this information otherwise available to the public at large and thus have a reasonable expectation of privacy in this information.

8. Plaintiffs conferred with counsel for Defendant regarding the above-listed text, because it is contained in materials produced and marked Confidential by Google. Pursuant to Civil Local Rule 79-5(f)(5), because more than one party may bear the burden of showing the

above-listed text and the material in which it is contained is sealable, Plaintiffs are separately moving via Dkt. No. 632 and this motion for sealing pursuant to Civil Local Rule 79-5(c) and 79-5(f).

***

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of April, 2022, at Marbletown, New York.

/s/ *David Straite*
David A. Straite