**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Motion to Seal Portions of Plaintiffs' Response to Google's Objections to the Special Master's Sealed Recommendations and Order Dated April 4, 2022 (Dkt No. 604). Having considered Plaintiffs' Motion, the supporting declaration of David A. Straite ("Straite Sealing Declaration"), and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following materials remain filed under seal:

| | Document | Text Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Dkt. No. 632-2: Plaintiffs' Response to Google's Objections to the Special Master's Sealed Recommendations and Order Dated April 4, 2022 (Dkt. No. 604) | Page 6, lines 15-16 | Straite Sealing Decl. ¶¶ 5-6 | |
| 2 | Dkt. No. 632-4: Supplemental Declaration of Dr. Zubair Shafiq | Page 6, line 5 | Straite Sealing Decl. ¶¶ 5-6 | |

**IT IS SO ORDERED.**

Dated: _____            _____
                                          Hon. Susan van Keulen
                                          United States Magistrate Judge