**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

*Counsel for Plaintiffs*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (31) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>**CIVIL L.R. 7-11 and 79-5(f)**<br><br>Referral: Hon. Susan van Keulen, USMJ<br><br>No Hearing Date Set Pursuant to L.R. 7-11(c) |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order entered in this matter, Dkt. No. 61, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed, to the extent such material is quoted, summarized, or otherwise reflected in the documents (or portions thereof) indicated below:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| 1 | Plaintiffs' Motion for Leave to Supplement Plaintiffs' April 15, 2022 Response to Google's Objections to the Special Master's Sealed Recommendations and Order Dated April 4, 2022 (Dkt. No. 604) Based on Newly Produced Evidence | Page i, Line 8; Page 1, Lines 14-17; Page 3, Lines 6, 8-9, 14-15, 18-21, 25-28; Page 4, Lines 1-2, 5-9, 22-24, 26; Page 5, Lines 4-10, 12-13; Page 6, Lines 1-2, 7-10, 12-24, 26-27; Page 7, Lines 17-22, 27; Page 8, Lines 1-5, 9-17, 19-22, 28; Page 9, Lines 1, 16, 18, 20-28; Page 10, Lines 1-8, 13-27; Page 11, Lines 3-5, 8, 12, 14-22, 25-28; Page 12, Lines 1, 3-6, 8-14, 16, 19-20, 23, 25-26; Page 13, Lines 6-7, 9-10, 12-13, 15-20, 28; Page 14, Lines 1, 3-7, 9-18 | Defendant to provide evidence, per Local Rule 79-5(f) |
| 2 | Joint Declaration of Jay Barnes, Lesley Weaver, and David Straite in Support of Plaintiffs' Motion for Leave | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 3 | Exhibits A-E to Joint Declaration of Jay Barnes, Lesley Weaver, and David Straite in Support of Plaintiffs' Motion for Leave | Entire Documents | Defendant to provide evidence, per Local Rule 79-5(f) |

Paragraph 12.4 of the Stipulated Protective Order prohibits a party from filing materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in the public record. Portions of the documents listed above quote, summarize, or otherwise reflect information that Defendant Google LLC has designated "Confidential" or "Highly Confidential – Attorneys' Eyes

1    Only." Pursuant to Civil Local Rules 79-5(c)(1) and (f)(3), Defendant, as the Designating Party,

2    bears the responsibility to establish that all of the designated material is sealable.

3

4    Dated: May 2, 2022                            Respectfully submitted,

5    **BLEICHMAR FONTI & AULD LLP**               **DICELLO LEVITT GUTZLER LLC**

6

7    By:  */s/ Lesley E. Weaver*                  By:  */s/ David Straite*
     Lesley Weaver (Cal. Bar No. 191305)          David A. Straite (admitted *pro hac vice*)
     Angelica M. Ornelas (Cal. Bar No. 285929)    One Grand Central Place
8    Joshua D. Samra (Cal. Bar No. 313050)        60 East 42nd Street, Suite 2400
     555 12th Street, Suite 1600                  New York, NY 10165
9    Oakland, CA 94607                            Tel.: (646) 933-1000
     Tel.: (415) 445-4003                         *dstraite@dicellolevitt.com*
10   Fax: (415) 445-4020
     *lweaver@bfalaw.com*
11   *aornelas@bfalaw.com*
     *jsamra@bfalaw.com*

12
     **SIMMONS HANLY CONROY LLC**
13
     By:  */s/ Jay Barnes*
14   Jason 'Jay' Barnes (admitted *pro hac vice*)
     An Truong (admitted *pro hac vice*)
15   Eric Johnson (admitted *pro hac vice*)
     112 Madison Avenue, 7th Floor
16   New York, NY 10016
     Tel.: (212) 784-6400
17   Fax: (212) 213-5949
     *jaybarnes@simmonsfirm.com*
18   *atruong@simmonsfirm.com*
     *ejohnson@simmonsfirm.com*
19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

2

I, David Straite, attest that concurrence in the filing of this document has been obtained

3

from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

4

5

Dated:  May 2, 2022                                   /s/ *David Straite*
                                                              David A. Straite

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, David A. Straite, hereby certify that on May 2, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filings to be delivered to counsel for Defendant Google LLC via electronic mail.

Dated: May 2, 2022                              /s/ *David Straite*
                                                David A. Straite