**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**DECLARATION OF JONATHAN TSE IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM FOR MAY 3, 2022 DISCOVERY HEARING (DKT NO. 639)**<br><br>Referral: Hon. Susan van Keulen, USMJ<br>Hearing Date: May 3, 2022<br>Hearing Time: 1:00 P.M. |

I, Jonathan Tse, declare as follows:

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Google's Administrative Motion to Seal the Courtroom for the May 3, 2022 hearing related to the Special Master's Report and Recommendation on Referred Discovery Issues (Preservation Plan), issued on April 4, 2022 (Dkt. 604), which was filed under seal. Dkt. 605.

3. The parties subsequently filed a Joint Submission Re: Sealing Portions of Special Master's Report and Recommendations on Referred Discovery Issues (Preservation Plan) in Response to Dkt. Nos. 604, 605 ("Joint Submission"). Dkt. 611. The parties Joint Submission to seal the Special Master's Report and Recommendations on Referred Discovery Issues (Preservation Plan) was granted on April 14, 2022. Dkt. 615.

4. The parties also filed Objections and respective Responses to Objections to the April 4, 2022 Special Master's Report and Recommendation on Referred Discovery Issues (Preservation Plan), which were filed under seal. Dkt. Nos. 619, 620, 621, 622, 631, 632, 633, 634, 635, 636. These documents reference Google's Confidential or Highly Confidential – Attorneys' Eyes Only material and contain Google's confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations that Google does not share publicly and will be discussed at the May 3, 2022 hearing, including various types of Google's internal projects, data signals, and logs and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.

5. On April 29, May 1, and May 2, 2022, Google asked Plaintiffs whether they would oppose sealing the courtroom for the May 3, 2022 hearing. On May 2, 2022, Plaintiffs opposed Google's request, stating, "[t]he Calhoun Plaintiffs oppose sealing the Courtroom. This is a class action. Other than discussions that might reveal the personal information of any Google employee or plaintiff, the public should have access to tomorrow's hearing."

1  I declare under penalty of perjury of the laws of the United States that the foregoing is true
2  and correct. Executed in San Francisco, California on May 2, 2022.

5  DATED: May 2, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Jonathan Tse
Jonathan Tse

*Attorney for Defendant*