**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**DICELLO LEVITT GUTZLER**
David A. Straite (admitted pro hac vice)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted pro hac vice)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br>　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>　Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SUBMITTING [PROPOSED] REDACTIONS TO TRANSCRIPT OF MARCH 17, 2022 HEARING**<br><br>Judge:　Honorable Susan van Keulen |

1    Pursuant to Civil Local Rule 6-2, this joint stipulation is entered into between Plaintiffs and
2  Google LLC ("Google"), collectively referred to as the "Parties."
3    WHEREAS, on March 16, 2022, Google filed its Administrative Motion to Seal the
4  Courtroom for the March 17, 2022 Discovery Hearing, which was filed as Dkt. No. 490 in *Brown*
5  *et al v. Google LLC*, 4:20-cv-03664;
6    WHEREAS, on March 16, 2022, the Court granted Google's Administrative Motion to Seal
7  the Courtroom for the March 17, 2022 Discovery Hearing (Dkt. No. 569);
8    WHEREAS, the Parties received the March 17, 2022 Discovery Hearing Transcript (the
9  "Hearing Transcript") on March 22, 2022;
10   WHEREAS, on March 30, 2022, the Court set the deadline for the redacted Hearing
11 Transcript for May 2, 2022.  (Dkt. No. 596);
12   WHEREAS, the Parties will exchange proposed redactions to the Hearing Transcript and
13 confer in good faith on the information to be redacted prior to filing;
14   WHEREAS, the Parties agree that an extension of time to submit redactions to the Hearing
15 Transcript will enable the Parties to reach an agreement on the information to be redacted;
16   NOW THEREFORE, the Parties stipulate to extend the deadline by which the Parties shall
17 submit proposed redactions to the Hearing Transcript, to May 9, 2022.

| | | |
|---|---|---|
|1| DATED:  May 2, 2022 | |
| | **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART &** |
|2| | **SULLIVAN, LLP** |
|3| | |
| | By:       */s/ Lesley Weaver* | By:  */s/ Andrew H. Schapiro* |
|4| Lesley Weaver (Cal. Bar No. 191305) | Andrew H. Schapiro (admitted pro hac vice) |
| | Angelica M. Ornelas (Cal. Bar No. 285929) | andrewschapiro@quinnemanuel.com |
|5| Joshua D. Samra (Cal. Bar No. 313050) | Teuta Fani (admitted *pro hac vice*) |
| | 555 12th Street, Suite 1600 | teutafani@quinnemanuel.com |
|6| Oakland, CA 94607 | 191 N. Wacker Drive, Suite 2700 |
| | Tel.: (415) 445-4003 | Chicago, IL 60606 |
|7| Fax: (415) 445-4020 | Telephone: (312) 705-7400 |
| | *lweaver@bfalaw.com* | Facsimile: (312) 705-7401 |
|8| *aornelas@bfalaw.com* | |
| | *jsamra@bfalaw.com* | |
|9| | Diane M. Doolittle (CA Bar No. 142046) |
| | | dianedoolittle@quinnemanuel.com |
|10| **DICELLO LEVITT GUTZLER** | Sara Jenkins (CA Bar No. 230097) |
| | | sarajenkins@quinnemanuel.com |
|11| By:      */s/ David Straite* | 555 Twin Dolphin Drive, 5th Floor |
| | David A. Straite (admitted pro hac vice) | Redwood Shores, CA 94065 |
|12| One Grand Central Place | Telephone: (650) 801-5000 |
| | 60 East 42nd Street, Suite 2400 | Facsimile: (650) 801-5100 |
|13| New York, New York 10165 | |
| | Tel.: (646) 933-1000 | Stephen A. Broome (CA Bar No. 314605) |
|14| *dstraite@dicellolevitt.com* | sb@quinnemanuel.com |
| | | Viola Trebicka (CA Bar No. 269526) |
|15| Amy E. Keller (admitted pro hac vice) | violatrebicka@quinnemanuel.com |
| | Ten North Dearborn Street, 6th Fl. | Alyssa G. Olson (CA Bar No. 305705) |
|16| Chicago, Illinois 60602 | alyolson@quinnemanuel.com |
| | Tel.: (312) 214-7900 | 865 S. Figueroa Street, 10th Floor |
|17| *akeller@dicellolevitt.com* | Los Angeles, CA 90017 |
| | | Telephone: (213) 443-3000 |
|18| **SIMMONS HANLY CONROY LLC** | Facsimile: (213) 443-3100 |
|19| | |
| | By:        */s/ Jay Barnes* | Jomaire Crawford (admitted pro hac vice) |
|20| Jason 'Jay' Barnes (admitted *pro hac vice*) | jomairecrawford@quinnemanuel.com |
| | An Truong (admitted *pro hac vice*) | 51 Madison Avenue, 22nd Floor |
|21| 112 Madison Avenue, 7th Floor | New York, NY 10010 |
| | New York, NY 10016 | Telephone: (212) 849-7000 |
|22| Tel.: (212) 784-6400 | Facsimile: (212) 849-7100 |
| | Fax: (212) 213-5949 | |
|23| *jaybarnes@simmonsfirm.com* | |
| | *atruong@simmonsfirm.com* | |
|24| | |
| | *Counsel for Plaintiffs* | Josef Ansorge (admitted pro hac vice) |
|25| | *josefansorge@quinnemanuel.com* |
| | | Xi ("Tracy") Gao (CA Bar No. 326266) |
|26| | tracygao@quinnemanuel.com |
| | | Carly Spilly (admitted pro hac vice) |
|27| | carlspilly@quinnemanuel.com |
|28| | 1300 I Street NW, Suite 900 |

Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I am the ECF user whose ID and password are being used to file this Joint Stipulation And [Proposed] Order Extending Time For Submitting [Proposed] Redactions to the transcript of the March 17, 2022 hearing. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: May 2, 2022

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro

*Counsel on behalf of Google*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The deadline for the Parties to file their proposed redactions to the March 17, 2022 hearing transcript shall be extended to May 9, 2022.

**IT IS SO ORDERED.**

DATED: _____, 2022                            _____

Hon. Susan van Keulen
United States Magistrate Judge