**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**DECLARATION OF JONATHAN TSE IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SUBMITTING [PROPOSED] REDACTIONS TO TRANSCRIPT OF MARCH 17, 2022 HEARING**<br><br>Judge: Honorable Susan van Keulen |

I, Jonathan Tse, declare as follows:

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 6-2, I submit this declaration in support of the Joint Stipulation and [Proposed] Order Extending Time For Submitting [Proposed] Redactions to Transcript of March 17, 2022 Hearing. ("Stipulation").

3. On March 16, 2022, Google filed its Administrative Motion to Seal the Courtroom for the March 17, 2022 Discovery Hearing, which was filed as Dkt. No. 490 in *Brown et al v. Google LLC*, 4:20-cv-03664.

4. On March 16, 2022, the Court granted Google's Administrative Motion to Seal the Courtroom for the March 17, 2022 Discovery Hearing (Dkt. 569).

5. The Parties received the March 17, 2022 Discovery Hearing Transcript (the "Hearing Transcript") on March 22, 2022.

6. On March 30, 2022, the Court set the deadline for the redacted Hearing Transcript for May 2, 2022.  (Dkt. 596).

7. On May 2, 2022, the Parties stipulated to extend the deadline by which the Parties shall submit proposed redactions to the Hearing Transcript, to May 9, 2022

8. The Court has previously modified the case schedule by extending deadlines with the following orders: the December 3, 2020 Case Management Order (Dkt. 83); the August 19, 2021 Case Management Order (Dkt. 279); the January 11, 2022 Case Management Order (Dkt. 464); order granting the parties' stipulation to extend time to answer the complaint (Dkt. 40); orders granting the parties' stipulation to propose redactions to the April 29, 2021 Hearing Transcript (Dkt. 191) and June 2, 2021 Hearing Transcript (Dkt. 267); order granting Google's Motion for Extension of Time to File Motion for Protective Order (Dkt. 333); order granting the parties' stipulation to extend time for Google to submit declaration in support of Plaintiffs' motion to seal (Dkts. 344, 470); order granting Plaintiffs' unopposed motion to enlarge time for non-party subpoena (Dkt.

391); the parties' stipulation to enlarge time for briefing on Google's Motion for Summary Judgment (Dkt. 411); order continuing several motion deadlines and class certification hearing (Dkt. 479); order granting stipulation requesting additional time to file joint update regarding Discovery Dispute 2.17 (Dkt. 539); order granting joint stipulation to extend deadline for Discovery Dispute 1.11(Dkt. 587); and order granting joint stipulation extending case schedule (Dkt. 625).

9. The 7-day extension will not affect the schedule in this case.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California on May 2, 2022.

DATED: May 2, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Jonathan Tse*
Jonathan Tse

*Attorney for Defendant*