1  **BLEICHMAR FONTI & AULD LLP**
   Lesley Weaver (Cal. Bar No.191305)
2  Angelica M. Ornelas (Cal. Bar No. 285929)
   Joshua D. Samra (Cal. Bar No. 313050)
3  555 12th Street, Suite 1600
   Oakland, CA 94607
4  Tel.: (415) 445-4003
   Fax: (415) 445-4020
5  *lweaver@bfalaw.com*

6  **DICELLO LEVITT GUTZLER**
   David A. Straite (admitted pro hac vice)
7  One Grand Central Place
   60 East 42nd Street, Suite 2400
8  New York, New York 10165
   Tel.: (646) 933-1000
9  *dstraite@dicellolevitt.com*

10 Amy E. Keller (admitted pro hac vice)
   Ten North Dearborn Street, 6th Fl.
11 Chicago, Illinois 60602
   Tel.: (312) 214-7900
12 *akeller@dicellolevitt.com*

13 **SIMMONS HANLY CONROY LLC**
   Jason 'Jay' Barnes (admitted *pro hac vice*)
14 An Truong (admitted *pro hac vice*)
   112 Madison Avenue, 7th Floor
15 New York, NY 10016
   Tel.: (212) 784-6400
16 Fax: (212) 213-5949
   *jaybarnes@simmonsfirm.com*
17
18 *Counsel for Plaintiffs*

   **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Andrew H. Schapiro (admitted *pro hac vice*)
   *andrewschapiro@quinnemanuel.com*
   191 N. Wacker Drive, Suite 2700
   Chicago, IL 60606
   Tel: (312) 705-7400
   Fax: (312) 705-7401

   Stephen A. Broome (CA Bar No. 314605)
   *stephenbroome@quinnemanuel.com*
   Viola Trebicka (CA Bar No. 269526)
   *violatrebicka@quinnemanuel.com*
   865 S. Figueroa Street, 10th Floor
   Los Angeles, CA 90017
   Tel: (213) 443-3000
   Fax: (213) 443-3100

   *Counsel for Defendant; additional counsel listed in signature blocks below*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br>  Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>  Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR SUBMITTING [PROPOSED] REDACTIONS TO TRANSCRIPT OF MARCH 17, 2022 HEARING**<br><br>Judge:   Honorable Susan van Keulen |

1  Pursuant to Civil Local Rule 6-2, this joint stipulation is entered into between Plaintiffs and
2  Google LLC ("Google"), collectively referred to as the "Parties."
3  WHEREAS, on March 16, 2022, Google filed its Administrative Motion to Seal the
4  Courtroom for the March 17, 2022 Discovery Hearing, which was filed as Dkt. No. 490 in *Brown*
5  *et al v. Google LLC*, 4:20-cv-03664;
6  WHEREAS, on March 16, 2022, the Court granted Google's Administrative Motion to Seal
7  the Courtroom for the March 17, 2022 Discovery Hearing (Dkt. No. 569);
8  WHEREAS, the Parties received the March 17, 2022 Discovery Hearing Transcript (the
9  "Hearing Transcript") on March 22, 2022;
10 WHEREAS, on March 30, 2022, the Court set the deadline for the redacted Hearing
11 Transcript for May 2, 2022.  (Dkt. No. 596);
12 WHEREAS, the Parties will exchange proposed redactions to the Hearing Transcript and
13 confer in good faith on the information to be redacted prior to filing;
14 WHEREAS, the Parties agree that an extension of time to submit redactions to the Hearing
15 Transcript will enable the Parties to reach an agreement on the information to be redacted;
16 NOW THEREFORE, the Parties stipulate to extend the deadline by which the Parties shall
17 submit proposed redactions to the Hearing Transcript, to May 9, 2022.
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED:  May 2, 2022 | |
| 2 | **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 3 | | |
| 4 | By:   */s/ Lesley Weaver*<br>Lesley Weaver (Cal. Bar No. 191305) | By:  */s/ Andrew H. Schapiro*<br>Andrew H. Schapiro (admitted pro hac vice) |
| | Angelica M. Ornelas (Cal. Bar No. 285929) | andrewschapiro@quinnemanuel.com |
| 5 | Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600 | Teuta Fani (admitted *pro hac vice*)<br>teutafani@quinnemanuel.com |
| 6 | Oakland, CA 94607<br>Tel.: (415) 445-4003 | 191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606 |
| 7 | Fax: (415) 445-4020<br>*lweaver@bfalaw.com* | Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401 |
| 8 | *aornelas@bfalaw.com*<br>*jsamra@bfalaw.com* | |
| 9 | | Diane M. Doolittle (CA Bar No. 142046) |
| 10 | **DICELLO LEVITT GUTZLER** | dianedoolittle@quinnemanuel.com<br>Sara Jenkins (CA Bar No. 230097) |
| 11 | By:    */s/ David Straite* | sarajenkins@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor |
| 12 | David A. Straite (admitted pro hac vice)<br>One Grand Central Place | Redwood Shores, CA 94065<br>Telephone: (650) 801-5000 |
| 13 | 60 East 42nd Street, Suite 2400<br>New York, New York 10165 | Facsimile: (650) 801-5100 |
| 14 | Tel.: (646) 933-1000<br>*dstraite@dicellolevitt.com* | Stephen A. Broome (CA Bar No. 314605) |
| 15 | Amy E. Keller (admitted pro hac vice) | sb@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526) |
| 16 | Ten North Dearborn Street, 6th Fl.<br>Chicago, Illinois 60602 | violatrebicka@quinnemanuel.com<br>Alyssa G. Olson (CA Bar No. 305705) |
| 17 | Tel.: (312) 214-7900<br>*akeller@dicellolevitt.com* | alyolson@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor |
| 18 | **SIMMONS HANLY CONROY LLC** | Los Angeles, CA 90017<br>Telephone: (213) 443-3000 |
| 19 | By:      */s/ Jay Barnes* | Facsimile: (213) 443-3100 |
| 20 | Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*) | |
| 21 | 112 Madison Avenue, 7th Floor<br>New York, NY 10016 | Jomaire Crawford (admitted pro hac vice)<br>jomairecrawford@quinnemanuel.com |
| 22 | Tel.: (212) 784-6400<br>Fax: (212) 213-5949 | 51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| 23 | *jaybarnes@simmonsfirm.com*<br>*atruong@simmonsfirm.com* | Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |
| 24 | | |
| 25 | *Counsel for Plaintiffs* | Josef Ansorge (admitted pro hac vice)<br>*josefansorge@quinnemanuel.com* |
| 26 | | Xi ("Tracy") Gao (CA Bar No. 326266)<br>tracygao@quinnemanuel.com |
| 27 | | Carly Spilly (admitted pro hac vice)<br>carlspilly@quinnemanuel.com |
| 28 | | 1300 I Street NW, Suite 900 |

Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I am the ECF user whose ID and password are being used to file this Joint Stipulation And [Proposed] Order Extending Time For Submitting [Proposed] Redactions to the transcript of the March 17, 2022 hearing. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: May 2, 2022

>   */s/ Andrew H. Schapiro*
>   Andrew H. Schapiro
>
>   *Counsel on behalf of Google*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The deadline for the Parties to file their proposed redactions to the March 17, 2022 hearing transcript shall be extended to May 9, 2022.

**IT IS SO ORDERED.**

DATED: __May 3_____, 2022        _____
                                    Hon. Susan van Keulen
                                    United States Magistrate Judge