UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>[~~PROPOSED~~] **ORDER GRANTING GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKTS. 632-1, 633)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

1

**[PROPOSED] ORDER**

2    Before the Court is Defendant Google LLC's Motion to Remove Incorrectly Filed Documents

3 (Dkts. 632-1, 633) ("Motion").  Having considered the Motion and supporting papers, the Court

4 hereby **GRANTS** the Motion.

5

6    **SO ORDERED.**

7 DATED:  May 6, 2022

*Susan van Keulen*

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28