1  **BLEICHMAR FONTI & AULD LLP**
   Lesley Weaver (Cal. Bar No.191305)
2  Angelica M. Ornelas (Cal. Bar No. 285929)
   Joshua D. Samra (Cal. Bar No. 313050)
3  555 12th Street, Suite 1600
   Oakland, CA 94607
4  Tel.: (415) 445-4003
   Fax: (415) 445-4020
5  *lweaver@bfalaw.com*

6  **DICELLO LEVITT GUTZLER**
   David A. Straite (admitted *pro hac vice*)
7  One Grand Central Place
   60 East 42nd Street, Suite 2400
8  New York, New York 10165
   Tel.: (646) 933-1000
9  *dstraite@dicellolevitt.com*

10 Amy E. Keller (admitted *pro hac vice*)
   Adam Prom (admitted *pro hac vice*)
11 Sharon Cruz (admitted *pro hac vice*)
   Ten North Dearborn Street, 6th Fl.
12 Chicago, Illinois 60602
   Tel.: (312) 214-7900
13 akeller@dicellolevitt.com

14 **SIMMONS HANLY CONROY LLC**
15 Jason 'Jay' Barnes (admitted *pro hac vice*)
   An Truong (admitted *pro hac vice*)
16 Eric Johnson (admitted *pro hac vice*)
   112 Madison Avenue, 7th Floor
17 New York, NY 10016
   Tel.: (212) 784-6400
18 Fax: (212) 213-5949
   *jaybarnes@simmonsfirm.com*
19
   *Counsel for Plaintiffs*

   **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Andrew H. Schapiro (admitted *pro hac vice*)
   *andrewschapiro@quinnemanuel.com*
   191 N. Wacker Drive, Suite 2700
   Chicago, IL 60606
   Tel: (312) 705-7400
   Fax: (312) 705-7401

   Stephen A. Broome (CA Bar No. 314605)
   *stephenbroome@quinnemanuel.com*
   Viola Trebicka (CA Bar No. 269526)
   *violatrebicka@quinnemanuel.com*
   865 S. Figueroa Street, 10th Floor
   Los Angeles, CA 90017
   Tel: (213) 443-3000
   Fax: (213) 443-3100

   *Counsel for Defendant; additional counsel listed in signature blocks below*

20
21          **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
22                 **OAKLAND DIVISION**

23 | PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-5146-YGR-SVK |
   |---|---|
24 | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF MAY 3 HEARING TRANSCRIPT** |
25 | v. | |
26 | GOOGLE LLC, | Hon. Susan van Keulen, USMJ |
27 | Defendant. | |
28

1   WHEREAS, on April 15, 2022, Plaintiffs and Google filed their objections to the Special
2   Master's Report and Recommendation on Referred Discovery Issues (Preservation Plan) (Dkts. 620,
3   622);

4   WHEREAS, on May 2, 2022, Google filed its Administrative Motion to Seal the Courtroom
5   for May 3, 2022 Discovery Hearing (Dkt. 642);

6   WHEREAS, on May 3, 2022, the Court granted Google's Administrative Motion to Seal the
7   Courtroom for May 3, 2022 Discovery Hearing (Dkt. 645);

8   WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings]
9   cannot be generated without an order from the assigned judge"[1];

10   WHEREAS, the parties agree that the transcript, which contains material designated by
11   Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," may be released to
12   counsel of record in this matter, who are authorized to view this material under the First Modified
13   Stipulated Protective Order Governing Exchange of Confidential Discovery Material as Modified
14   by the Court (Dkt. 61);

15   NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the
16   Court's approval, that the complete transcript of the May 3, 2022 hearing may be released to counsel
17   of record in this matter.

---

[1] https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

DATED: May 10, 2022

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By:   */s/ Lesley Weaver* <br> Lesley Weaver (Cal. Bar No. 191305) <br> Angelica M. Ornelas (Cal. Bar No. 285929) <br> Joshua D. Samra (Cal. Bar No. 313050) <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com <br> aornelas@bfalaw.com <br> jsamra@bfalaw.com | By:  */s/ Andrew H. Schapiro* <br> Andrew H. Schapiro (admitted pro hac vice) <br> andrewschapiro@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Telephone: (312) 705-7400 <br> Facsimile: (312) 705-7401 <br><br> Stephen A. Broome (CA Bar No. 314605) <br> sb@quinnemanuel.com <br> Viola Trebicka (CA Bar No. 269526) <br> violatrebicka@quinnemanuel.com <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> Telephone: (213) 443-3000 <br> Facsimile: (213) 443-3100 |
| **DICELLO LEVITT GUTZLER** <br><br> By:   */s/ David A. Straite* <br> David A. Straite (admitted *pro hac vice*) <br> One Grand Central Place <br> 60 East 42nd Street, Suite 2400 <br> New York, New York 10165 <br> Tel.: (646) 933-1000 <br> dstraite@dicellolevitt.com <br><br> Amy E. Keller (admitted *pro hac vice*) <br> Adam Prom (admitted *pro hac vice*) <br> Sharon Cruz (admitted *pro hac vice*) <br> Ten North Dearborn Street, 6th Fl. <br> Chicago, Illinois 60602 <br> Tel.: (312) 214-7900 <br> akeller@dicellolevitt.com <br> aprom@dicellolevitt.com <br> scruz@dicellolevitt.com | Jomaire Crawford (admitted pro hac vice) <br> jomairecrawford@quinnemanuel.com <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone: (212) 849-7000 <br> Facsimile: (212) 849-7100 <br><br> Josef Ansorge (admitted pro hac vice) <br> josefansorge@quinnemanuel.com <br> Carly Spilly (admitted pro hac vice) <br> carlspilly@quinnemanuel.com <br> 1300 I Street NW, Suite 900 <br> Washington D.C., 20005 <br> Telephone: (202) 538-8000 <br> Facsimile: (202) 538-8100 |
| **SIMMONS HANLY CONROY LLC** <br><br> By:   */s/ Jason 'Jay' Barnes* <br> Jason 'Jay' Barnes (admitted *pro hac vice*) <br> An Truong (admitted *pro hac vice*) <br> Eric Johnson (admitted *pro hac vice*) <br> 112 Madison Avenue, 7th Floor <br> New York, NY 10016 <br> Tel.: (212) 784-6400 <br> Fax: (212) 213-5949 <br> jaybarnes@simmonsfirm.com <br> atruong@simmonsfirm.com <br> ejohnson@simmonsfirm.com <br><br> *Counsel for Plaintiffs* | Jonathan Tse (CA Bar No. 305468) <br> jonathantse@quinnemanuel.com <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 <br><br> *Attorneys for Defendant Google LLC* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2022

_____
Hon. Susan van Keulen
United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Lesley E. Weaver*
Lesley E. Weaver