| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 07/2021) | TRANSCRIPT ORDER  Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER** Julie Law | **2a. CONTACT PHONE NUMBER** (415) 445-4009 | **3. CONTACT EMAIL ADDRESS** jlaw@bfalaw.com |
| **1b. ATTORNEY NAME (if different)** Angelica Ornelas | **2b. ATTORNEY PHONE NUMBER** (415) 445-4011 | **3. ATTORNEY EMAIL ADDRESS** aornelas@bfalaw.com |
| **4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)** Bleichmar Fonti & Auld LLP 555 12th Street, Suite 1600 Oakland, CA 94607 | **5. CASE NAME** Calhoun, et al. v. Google LLC | **6. CASE NUMBER** 4:20-cv-05146 |
| **7. COURT REPORTER NAME (or enter "RECORDED" and start/stop times)** Lee-Anne Shortridge | **8. THIS TRANSCRIPT ORDER IS FOR:** ☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☒ NON-APPEAL   ☒ CIVIL   CJA: Do not use this form; use Form CJA24. | |

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)  
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)  
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/03/2022 | SVK | Disco | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE** /s/ Angelica Ornelas

**12. DATE** 05/10/2022

Clear Form    Save as new PDF