1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2  Diane M. Doolittle (CA Bar No. 142046)  Andrew H. Schapiro (admitted *pro hac vice*)
   dianedoolittle@quinnemanuel.com  andrewschapiro@quinnemanuel.com
3  Sara Jenkins (CA Bar No. 230097)  Teuta Fani (admitted *pro hac vice*)
   sarajenkins@quinnemanuel.com  teutafani@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor  191 N. Wacker Drive, Suite 2700
5  Redwood Shores, CA 94065  Chicago, IL 60606
   Telephone: (650) 801-5000  Telephone: (312) 705-7400
6  Facsimile: (650) 801-5100  Facsimile: (312) 705-7401

7  Stephen A. Broome (CA Bar No. 314605)  Josef Ansorge (admitted *pro hac vice*)
8  stephenbroome@quinnemanuel.com  josefansorge@quinnemanuel.com
   Viola Trebicka (CA Bar No. 269526)  Xi ("Tracy") Gao (CA Bar No. 326266)
9  violatrebicka@quinnemanuel.com  tracygao@quinnemanuel.com
   Crystal Nix-Hines (Bar No. 326971)  Carl Spilly (admitted *pro hac vice*)
10 crystalnixhines@quinnemanuel.com  carlspilly@quinnemanuel.com
   Alyssa G. Olson (CA Bar No. 305705)  1300 I Street NW, Suite 900
11 alyolson@quinnemanuel.com  Washington D.C., 20005
12 865 S. Figueroa Street, 10th Floor  Telephone: (202) 538-8000
   Los Angeles, CA 90017  Facsimile: (202) 538-8100
13 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
14

15 Jomaire Crawford (admitted *pro hac vice*)  Jonathan Tse (CA Bar No. 305468)
   jomairecrawford@quinnemanuel.com  jonathantse@quinnemanuel.com
16 51 Madison Avenue, 22nd Floor  50 California Street, 22nd Floor
   New York, NY 10010  San Francisco, CA 94111
17 Telephone: (212) 849-7000  Telephone: (415) 875-6600
   Facsimile: (212) 849-7100  Facsimile: (415) 875-6700
18

19 *Counsel for Defendant Google LLC*

20              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
21                      **OAKLAND DIVISION**

22 PATRICK CALHOUN, *et al.*, on behalf of   Case No. 4:20-cv-5146-YGR-SVK
23 themselves and all others similarly situated,
                                              **DEFENDANT GOOGLE LLC'S**
24      Plaintiffs,                           **MOTION TO REMOVE INCORRECTLY**
                                              **FILED DOCUMENT (DKT. 641)**
25      v.
                                              Referral: Hon. Susan van Keulen, USMJ
26 GOOGLE LLC,

27      Defendant.

28

Defendant Google LLC ("Google") submits this Motion to Remove Incorrectly Filed Document to remove the document submitted as Plaintiffs' Motion for Leave to Supplement Plaintiffs' April 15, 2022 Response to Google's Objections to The Special Master's Sealed Recommendations and Order Dated May 2, 2022 (Dkt No. 641).  Subsequent to that filing, Google discovered that certain confidential information was inadvertently unredacted. The information sought to be redacted contains highly sensitive, confidential, and proprietary business information that could affect Google's competitive standing and may expose Google to increased security risks, including cybersecurity threats, if publicly disclosed. Upon discovering these errors, Google's counsel requested that the inadvertently filed document be temporarily blocked. Google has also filed a corrected, redacted version of Plaintiffs' Response. *See* Dkt. 659-2. Accordingly, Google respectfully requests that Docket No. 641 be permanently deleted from the docket.

DATED:  May 12, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)

crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*