# QUINN EMANUEL URQUHART & SULLIVAN, LLP

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**DEFENDANT GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 660)**<br><br>Judge: Honorable Yvonne Gonzalez Rogers |

1    Defendant Google LLC ("Google") submits this Motion to Remove Incorrectly Filed
2  Document to remove the document submitted as Joint Stipulation and [Proposed] Order Continuing
3  Deadlines for Expert Discovery and Class Certification (Dkt No. 660).  Counsel for Google
4  erroneously filed a document for a different case pending before the Court (*Brown, et al. v. Google*,
5  4:20-cv-03664-YGR-SVK).  Accordingly, Google respectfully requests that Docket No. 660 be
6  permanently deleted from the docket.

7

8  DATED:  May 16, 2022                QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
9

10                                     By  */s/ Andrew H. Schapiro*
                                          Andrew H. Schapiro (admitted *pro hac vice*)
11                                         andrewschapiro@quinnemanuel.com
                                          Teuta Fani (admitted *pro hac vice*)
12                                         teutafani@quinnemanuel.com
                                          191 N. Wacker Drive, Suite 2700
13                                         Chicago, IL 60606
                                          Telephone: (312) 705-7400
14                                         Facsimile: (312) 705-7401

15                                        Diane M. Doolittle (CA Bar No. 142046)
16                                         dianedoolittle@quinnemanuel.com
                                          Sara Jenkins (CA Bar No. 230097)
17                                         sarajenkins@quinnemanuel.com
                                          555 Twin Dolphin Drive, 5th Floor
18                                         Redwood Shores, CA 94065
                                          Telephone: (650) 801-5000
19                                         Facsimile: (650) 801-5100
20
                                          Stephen A. Broome (CA Bar No. 314605)
21                                         stephenbroome@quinnemanuel.com
                                          Viola Trebicka (CA Bar No. 269526)
22                                         violatrebicka@quinnemanuel.com
23                                         Crystal Nix-Hines (Bar No. 326971)
                                          crystalnixhines@quinnemanuel.com
24                                         Alyssa G. Olson (CA Bar No. 305705)
                                          alyolson@quinnemanuel.com
25                                         865 S. Figueroa Street, 10th Floor
26                                         Los Angeles, CA 90017
                                          Telephone: (213) 443-3000
27                                         Facsimile: (213) 443-3100

28                                        Jomaire Crawford (admitted pro hac vice)

jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*

GOOGLE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT