UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-05146-YGR   (SVK)<br><br>**ORDER REGARDING BRIEFING SCHEDULE AND HEARING FOLLOWING SPECIAL MASTER REPORT AND RECOMMENDATION RE MODIFIED PRESERVATION PLAN** |

Special Master Brush has issued a Report and Recommendation regarding Modified Preservation Plan ("Modified Plan"). Dkt. 665. In light of the extensive briefing and argument held on these matters before both this Court and the Special Master, the Court sets an expedited schedule for limited objections and hearing pursuant to Rule 53(f) as follows:

| | |
|---|---|
| Parties' objections due | June 8, 2022 |
| Parties' responses to objections due | June 15, 2022 |
| Hearing on objections | June 30, 2022 @ 9:30 a.m. via video |

Objections may be directed to ONLY the 14 data sources for which the Modified Plan reflects substantive changes to the Special Master's Report and Recommendation filed on April 4, 2022. Dkt. 604 ("April 4 Report"). The Parties' objections to the April 4 Report may be incorporated by reference. The objections are to be set forth in a numbered list, with a brief summary of grounds following each objection.

**SO ORDERED.**

Dated: May 23, 2022

SUSAN VAN KEULEN
United States Magistrate Judge