# EXHIBIT 7
## Redacted in its Entirety

**Originally Native Spreadsheet, GOOG-CALH-01170421**