1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

11
12
13  PATRICK CALHOUN et al., on behalf of
14  themselves and all others similarly situated,
15          Plaintiffs,
16      v.
17  GOOGLE LLC,
18          Defendant.

Case No. 4:20-cv-05146-YGR-SVK

**[PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS FOR GOOGLE'S DISCOVERY MISCONDUCT**

Judge: Hon. Susan van Keulen, USMJ

19
20
21                          REDACTED VERSION
22
23
24
25
26
27
28