UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-05146-YGR   (SVK)<br><br>**ORDER FOR PROPOSED BRIEFING SCHEDULES; NOTICE OF HEARING**<br><br>Re: Dkt. No. 670 |

Plaintiff's motion for sanctions for discovery misconduct (Dkt. 670) is set for an in-person hearing on **August 11, 2022**, at 9:30 a.m. Each sides' proposed findings of fact and conclusions of law are to be filed no later than **July 28, 2022**. With these dates in mind, each side is file, no later than **May 26, 2022**, a proposed schedule to complete briefing.

**SO ORDERED.**

Dated: May 25, 2022

SUSAN VAN KEULEN
United States Magistrate Judge