**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 994607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

*Counsel for Plaintiffs*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

Amy Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., 6th Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 4:20-cv-05146-YGR-SVK

**PLAINTIFFS' ADMINISTRATIVE MOTION TO SET BRIEFING SCHEDULE FOR OUTSTANDING DISCOVERY DISPUTES**

Referral:      Honorable Susan van Keulen

1    Plaintiffs respectfully request an order setting a briefing schedule related to several

2    outstanding discovery issues. Fact discovery concluded on March 4, 2022 (Dkt. No. 464) and,

3    despite various meet and confers, a number of discovery issues remain at impasse on both sides

4    pertaining to written discovery responses, including contention discovery, and document production

5    arising out of ongoing 30(b)(6) depositions. Plaintiffs met and conferred with Google this week on

6    a proposed procedure to bring these disputes to the Court's attention, but Google refused to agree

7    to the process.  Following this week's meet and confer, we understand that Google prefers to bring

8    disputes to the Court's attention through seriatim letter briefing (on a schedule of Google's

9    choosing), but this proposal is inefficient and places undue burden on the Court to review multiple

10   briefings. Instead, Plaintiffs propose a single, global joint letter brief limiting each side to two-pages

11   per issue, with exchanges and filing deadlines in accordance with the schedule set forth in the

12   accompanying proposed order.

13   In the alternative, Plaintiffs propose that the Parties submit summary updates to the Court in

14   chart form. This has been the method utilized in the past, with the being filed on April 20, 2021

15   (Dkt. No. 164) and the last submission on March 15, 2022 (Dkt. No. 565).

16   Accordingly, and as set forth in the accompanying proposed order, Plaintiffs request an order

17   that the Parties file a single joint letter brief no later than 5PM PT on Wednesday, June 8, 2022,

18   limiting each side to two-pages per issue, and directing an initial simultaneous exchange of position

19   statements by Monday, June 6, 2022 at 12PM PT, and final simultaneous exchange of position

20   statements by Wednesday June 8, 2022 at 2PM PT.

21   Respectfully submitted this 26th Day of May 2022.

22

23   **BLEICHMAR FONTI & AULD LLP**        **DICELLO LEVITT GUTZLER LLC**

24   By:    /s/ Lesley E. Weaver                    By:    /s/ David A. Straite
     Lesley Weaver (Cal. Bar No. 191305)      David A. Straite (admitted *pro hac vice*)

25   Angelica M. Ornelas (Cal. Bar No. 285929)   Corban Rhodes (admitted *pro hac vice*)
     Joshua D. Samra (Cal. Bar No. 313050)     One Grand Central Place

26   555 12th Street, Suite 1600                  60 E. 42nd Street, Suite 2400
     Oakland, CA 94607                            New York, NY 10165

27   Tel.: (415) 445-4003                         Tel.: (646) 993-1000
     Fax: (415) 445-4020                          *dstraite@dicellolevitt.com*

28

*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**

By:   */s/ Jay Barnes*
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

*crhodes@dicellolevitt.com*

Amy Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., 6th Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

*Counsel for Plaintiffs*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Jay Barnes, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th Day of May, 2022, at Jefferson City, MO.


By _____/s/ Jay Barnes_____
     Jay Barnes

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I, Jay Barnes, hereby certify that on May 26, 2022, I caused to be electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.

/s/ Jay Barnes
Jay Barnes