**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 994607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

*Counsel for Plaintiffs*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com
crhodes@dicellolevitt.com

Amy Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., 6th Floor
Chicago, IL 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
aprom@dicellolevitt.com
scruz@dicellolevitt.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**DECLARATION OF JAY BARNES IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR DISCOVERY BRIEFING SCHEDULE** |

I, Jay Barnes, hereby declare under penalty of perjury:

1. I am an attorney admitted to practice *pro hac vice* before this Court. I am a partner with the law firm Simmons Hanly Conroy, LLC, who, along with the law firms Bleichmar Fonti & Auld LLP and DiCello Levitt Gutzler LLC, represent Plaintiffs in the above-captioned matter.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could testify competently thereto.

3. In the accompanying motion, Plaintiffs request an order setting a discovery briefing

1  schedule. I submit this declaration in accordance with Civil Local Rule 7-11(a) to explain why
2  Google's concurrence could not be obtained.

3  4. On May 24, 2022, the Parties held a meet and confer on outstanding discovery
4  disputes. Google sought to brief discovery issues seriatim, whereas Plaintiffs sought to streamline
5  the process into a joint letter brief. Google rejected this proposal.

6  5. I declare under penalty of perjury under the laws of the United States that the
7  foregoing is true and correct.

8  Executed this 26th Day of May 2022, at New York, New York.

By: /s/ Jay Barnes
Jay Barnes (admitted *pro hac vice*)

*Attorney for Plaintiffs*

Case No. 4:20-cv-05146-YGR-SVK
DECLARATION OF JAY BARNES