IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR A DISCOVERY BRIEFING SCHEDULE**<br><br>Hon. Susan van Keulen, USMJ |

On May 26, 2022, Plaintiffs moved for an order setting a discovery briefing schedule. The Court GRANTS the motion and ORDERS AS FOLLOWS:

1. The Parties are directed to file a single, joint letter brief no later than 5PM PT on June 8, 2022 each party is limited to two-pages per issue.

2. An initial exchange of position statements will be completed by 12PM PT on June 6, 2021 and final exchange of position statements by 2PM PT on June 8, 2022.

**SO ORDERED.**

DATED: _____    _____
HON. SUSAN VAN KEULEN
United States Magistrate Judge

Case No. 4:20-cv-05146-YGR-SVK
[PROPOSED] ORDER