UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 20-cv-05146-YGR (SVK)<br><br>**ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO SET BRIEFING SCHEDULE FOR OUTSTANDING DISCOVERY DISPUTES**<br><br>Re: Dkt. No. 673 |

The Court is in receipt of Plaintiffs' administrative motion to set a briefing schedule for outstanding discovery disputes. Dkt. 673. Discovery in this matter closed on March 4, 2022, and the last day to bring discovery motions was March 11, 2022. Civ. L.R. 37-3. No later than **NOON on May 27, 2022** Plaintiffs are to submit a supplemental administrative request not to exceed 3 pages that sets forth the basis for bringing fact discovery disputes at this late date. The supplemental request must also enumerate the disputes, as a proposed briefing schedule that fails to identify the number of issues is meaningless. Defendant's response to both Dkt. 673 and the supplemental request, not to exceed 5 pages, shall be due **May 31, 2022**.

**SO ORDERED.**

Dated: May 26, 2022

SUSAN VAN KEULEN
United States Magistrate Judge