1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2  Diane M. Doolittle (CA Bar No. 142046)
   dianedoolittle@quinnemanuel.com
3  Sara Jenkins (CA Bar No. 230097)
   sarajenkins@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
5  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
6

   Andrew H. Schapiro (admitted *pro hac vice*)
   andrewschapiro@quinnemanuel.com
   Teuta Fani (admitted *pro hac vice*)
   teutafani@quinnemanuel.com
   191 N. Wacker Drive, Suite 2700
   Chicago, IL 60606
   Telephone: (312) 705-7400
   Facsimile: (312) 705-7401

7  Stephen A. Broome (CA Bar No. 314605)
   stephenbroome@quinnemanuel.com
8  Viola Trebicka (CA Bar No. 269526)
   violatrebicka@quinnemanuel.com
9  Crystal Nix-Hines (Bar No. 326971)
   crystalnixhines@quinnemanuel.com
10 Alyssa G. Olson (CA Bar No. 305705)
   alyolson@quinnemanuel.com
11 865 S. Figueroa Street, 10th Floor
   Los Angeles, CA 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

   Josef Ansorge (admitted *pro hac vice*)
   josefansorge@quinnemanuel.com
   Xi ("Tracy") Gao (CA Bar No. 326266)
   tracygao@quinnemanuel.com
   Carl Spilly (admitted *pro hac vice*)
   carlspilly@quinnemanuel.com
   1300 I Street NW, Suite 900
   Washington D.C., 20005
   Telephone: (202) 538-8000
   Facsimile: (202) 538-8100

14 Jomaire Crawford (admitted *pro hac vice*)
   jomairecrawford@quinnemanuel.com
15 51 Madison Avenue, 22nd Floor
   New York, NY 10010
16 Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
17

   Jonathan Tse (CA Bar No. 305468)
   jonathantse@quinnemanuel.com
   50 California Street, 22nd Floor
   San Francisco, CA 94111
   Telephone: (415) 875-6600
   Facsimile: (415) 875-6700

18
19 *Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-5146-YGR-SVK<br><br>**GOOGLE'S STATEMENT OF RECENT DECISION IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Courtroom 1 – 4th Floor<br>Date: Vacated Pursuant to Dkt. 664<br>Time: Vacated Pursuant to Dkt. 664<br>Amended Complaint Filed: April 16, 2021 |

1    Pursuant to Civil Local Rule 7-3(d)(2), Defendant Google LLC respectfully brings to the
2  Court's attention a newly issued opinion relevant to Plaintiffs' Motion for Class Certification. *See*
3  Dkt. 340.
4    The opinion is the Honorable Anthony J. Battaglia's denial of plaintiff's motion for class
5  certification in *Bennett v. North American Bancard, LLC*, Case No. 3:17-cv-00586-AJB-KSC, Dkt.
6  195 (S.D.Cal May 25, 2022). The opinion is attached hereto as **Exhibit A**. This opinion was issued
7  after Google filed its Opposition to Plaintiffs' Motion for Class Certification. *See* Dkt. 429.

DATED: May 27, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ Andrew H. Schapiro
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

-1-   Case No. 5:20-cv-5146-YGR-SVK
GOOGLE'S STATEMENT OF RECENT DECISION ISO OPPOSITION TO MOTION FOR CLASS CERTIFICATION

|   |   |
|---|---|
| 1 | Jomaire Crawford (admitted pro hac vice) |
| 2 | jomairecrawford@quinnemanuel.com |
|   | 51 Madison Avenue, 22nd Floor |
| 3 | New York, NY 10010 |
|   | Telephone: (212) 849-7000 |
| 4 | Facsimile: (212) 849-7100 |
| 5 | Josef Ansorge (admitted pro hac vice) |
|   | josefansorge@quinnemanuel.com |
| 6 | Xi ("Tracy") Gao (CA Bar No. 326266) |
|   | tracygao@quinnemanuel.com |
| 7 | Carl Spilly (admitted *pro hac vice*) |
| 8 | carlspilly@quinnemanuel.com |
|   | 1300 I Street NW, Suite 900 |
| 9 | Washington D.C., 20005 |
|   | Telephone: (202) 538-8000 |
| 10 | Facsimile: (202) 538-8100 |

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*