**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al*, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**DECLARATION OF DONALD SETH FORTENBERY IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR BRIEFING SCHEDULE FOR OUTSTANDING DISPUTES (DKT. NOS. 673, 677-2)**<br><br><br>Hon. Susan van Keulen, USMJ |

I, Donald Seth Fortenbery, declare as follows:

1. I am an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I have been admitted *pro hac vice* in this matter. Dkt. 547. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Google's Opposition to Plaintiffs' Administrative Motion for Briefing Schedule for Outstanding Disputes (Dkt. Nos. 673, 677-2).

3. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' April 8, 2022 Supplemental Responses and Objections to Defendant's Seventh Set of Interrogatories (No. 19) ("Plaintiffs' Supplemental Responses").

4. Plaintiffs served their Supplemental Responses to Google's Interrogatory No. 19 on April 8, 2022, and Google responded the same day by Email explaining that Plaintiffs' responses were not sufficient and requested to confer. The parties met and conferred via Zoom on April 18, 2022 regarding Plaintiffs' Supplemental Responses.

5. The parties continued to exchange correspondence regarding Plaintiffs' Supplemental Responses, including correspondence sent by Plaintiffs on April 27 and correspondence sent by Google on May 9.

6. After neither party changed its position regarding the adequacy of Plaintiffs' Supplemental Responses, Google sent its portion of a joint letter brief on the issue on May 13 and requested Plaintiffs fill in their portion so the brief could be filed.

7. At Plaintiffs' request, Google met and conferred a second time via Zoom on May 24 regarding Plaintiffs' Supplemental Responses. Plaintiffs' position on the adequacy of their Supplemental Responses had not changed from the original meet and confer on April 18.

8. To date, Plaintiffs have not provided their portion of the joint brief despite follow-up correspondence from Google requesting Plaintiffs' portion, including correspondence sent by Google on May 25.

1  I declare under penalty of perjury of the laws of the United States that the foregoing is true
2  and correct. Executed in Hoboken, New Jersey on May 31, 2022.

3

4  DATED:     May 31, 2022

5                                                                  QUINN EMANUEL URQUHART & SULLIVAN, LLP

6                                                                  By   _/s/ Donald Seth Fortenbery_

7                                                                       Donald Seth Fortenbery
                                                                        *Attorney for Defendant*
8                                                                       *Pro Hac Vice*