# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** June 1, 2022 | **Time:** 11:27 – 12:04 | **Judge:** YVONNE GONZALEZ ROGERS |
| **Case No.:** 20-cv-05146-YGR<br>21-cv-02155-YGR | **Case Name:** Calhoun v. Google LLC<br>In re Google RTB Consumer Privacy Litigation | |

**Attorney for Plaintiff (20-cv-5146):** Lesley Weaver
**Attorney for Plaintiff (21-cv-2155):** Jonathan Levine, Lesley Weaver
**Attorney for Defendant (20-cv-5146):** Jomaire Crawford, Andrew Shapiro
**Attorney for Defendant (21-cv-2155):** Jeff Gutkin

**Deputy Clerk:** Aris Garcia                **Recorded via Zoom:**

## PROCEEDINGS

Status Conference – Held via Zoom.

Plaintiff in 20-cv-5146 shall file a brief not to exceed 12 pages underseal to be served upon defendant counsel in 21-cv-2155 regarding how Calhoun applies to RTB due by 6/8/2022.

Defendant's response not to exceed 12 pages due by 6/15/2022.

Plaintiff's reply not to exceed 6 pages due by 6/18/2022.