UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 20-cv-05146-YGR   (SVK)<br><br>**ORDER RE PARTIES' REQUESTS FOR BRIEFING OF DISCOVERY DISPUTES**<br><br>Re: Dkt. Nos. 678, 680 |

The Court is in receipt of the Parties' recent requests to brief certain discovery disputes. Discovery in this case closed on March 4, 2022. As identified in the Parties' papers, a small handful of production and response deadlines were extended by the Court and/or the Special Master. Notwithstanding those extensions, except as noted below, the issues raised in the Parties' papers are untimely. In several instances, responses were provided on April 8, 2022, a full seven weeks before specific issues were brought to the Court's attention. Though some meet and confer efforts followed the responses, it has taken too long for the Parties to close these issues, most of which are not new and have grown stale. Further, as the Parties are well aware, the discovery history in this case is arduous, at best, and not yet concluded with significant issues yet to be heard. *See* Dkt. Nos. 665; 670. Accordingly, except as noted herein, the Parties' requests for briefing of discovery disputes as set forth in Dkt. Nos. 678, 680 are **DENIED**.

Regarding Plaintiffs' dispute arising out of a recent Rule 30(b)(6) deposition (Dkt. 677-2 at 4), the Court hereby **ORDERS** that no later than **June 10, 2022**, the Parties will separately file:

Plaintiffs:
- The 30(b)6 notice with relevant categories highlighted;
- Only pre-submitted questions in dispute;
- A one-page position statement as to why these questions are in scope.

Google:

- A one-page position statement as to why the disputed questions are out of scope.

Regarding Plaintiffs' dispute arising out of RFP No. 5 (Dkt. 677-2 at 2), the Court has directed the Special Master to file a status report as to this issue, including a recommendation for resolution. Accordingly, **within 5 court days** of the Special Master's status report, the Court **ORDERS** the Parties to meet and confer to reach a resolution of the dispute. If, and only if, necessary, **within 10 court days** of the Special Master's status report, each Party may file a response not to exceed 5 pages.

**SO ORDERED.**

Dated: June 3, 2022

SUSAN VAN KEULEN
United States Magistrate Judge