**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 994607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant; additional counsel listed in signature blocks below*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**JOINT MOTION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE AND APPOINTMENT OF COMMISSIONERS TO TAKE EVIDENCE PURSUANT TO CHAPTER II, ARTICLE 17 OF THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**<br><br>Referral: Hon. Susan van Keulen, USMJ |

June 6, 2022

Submitted via ECF

Magistrate Judge Susan van Keulen
San Jose Courthouse
Courtroom 6 - 4th Floor
280 South 1st Street
San Jose, CA 95113

> Re: Joint Submission for Issuance of Letter of Request for International Judicial Assistance
> *Calhoun v. Google LLC*, Case No. 4:20-cv-05146-YGR-SVK (N.D. Cal.)

Dear Magistrate Judge van Keulen:

The parties in the above-referenced action seek the Court's assistance in order to take deposition testimony from witness Sabine Borsay in Switzerland. Ms. Borsay, a Senior Product Manager at Google LLC, is a witness who will offer testimony relevant to this action. However, because of the COVID-19 pandemic, Ms. Borsay cannot travel to the U.S. for a deposition. Accordingly, the parties have agreed to conduct a remote live video deposition of Ms. Borsay in Switzerland, but the parties must first meet certain foreign discovery conditions pursuant to the Hague Convention.

Switzerland, as a party to the Hague Convention, requires litigants to obtain permission from the Federal Office of Justice before taking deposition testimony of a witness located in Switzerland. To obtain such permission, the parties must have a United States District Court (1) appoint a Swiss commissioner and appoint representatives for the parties who will participate in the deposition as commissioners, and (2) request judicial assistance from the applicable Swiss authorities.

To that end, we write to request that the Court grant the parties' Joint Motion for Issuance of Letter of Request for International Judicial Assistance and Appointment of Commissioners to Take Evidence Pursuant to Chapter II, Article 17 of The Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters. The parties have agreed that Remo Decurtins, a Swiss attorney representing the Defendants, will be appointed Swiss commissioner. The parties have also agreed that Lesley E. Weaver will be appointed commissioner for Plaintiffs and Jomaire Crawford will be appointed commissioner for Google.

Thank you for Your Honor's kind attention to this matter.

Plaintiffs and Defendant, Google LLC (hereinafter "Google") hereby move the Court pursuant to Fed. R. Civ. P. 28(b) for entry of an order (the "Order"):

(1) Appointing Lesley E. Weaver on behalf of Plaintiffs and Jomaire Crawford on behalf of Google, as commissioners (together, the "Commissioners"), pending the approval of the Swiss authorities, to conduct the examination of witness Sabine Borsay in Switzerland pursuant to Chapter II, Article 17 of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. No. 7444, 23 U.S.T. 2555 ("Chapter II of the Hague Convention");

(2) Appointing Remo Decurtins as commissioner (the "Swiss Commissioner"), pending the approval of the Swiss authorities, to supervise the examination of witness Sabine Borsay in Switzerland pursuant to Chapter II of the Hague Convention;

(3) Issuing a Letter of Request for International Judicial Assistance ("Letter of Request") pursuant to 28 U.S.C. § 1781 and Chapter II of the Hague Convention;

(4) Directing submission of the Letter of Request for Assistance to the Swiss Federal Office of Justice ("FOJ") via the Cantonal Court of Zürich for the purpose of approving the appointment of the Commissioner; and

(5) Granting such other and further relief as this Court may deem just and proper.

The parties have agreed to use the procedures of Chapter II of the Hague Convention to facilitate the deposition of Sabine Borsay in Switzerland, who has consented to being deposed there via remote means. Under Chapter II, a deposition is supervised by a Swiss commissioner and conducted by commissioners representing the parties and duly appointed by the Court in the U.S. proceeding, all of whom are authorized to proceed by the FOJ at the request of the U.S. tribunal. This procedure will not restrict the scope of discovery otherwise permissible under the Federal Rules of Civil Procedure.

The steps to proceed under Chapter II of the Hague Convention are as follows:

1. The Court must duly appoint one or several commissioner(s) for the purpose of taking evidence abroad. A proposed order for the Court to appoint commissioners is attached hereto as Exhibit A (the "Proposed Order").

2. The Court must issue a Letter of Request to the FOJ for authorization to take evidence abroad. A proposed Letter of Request is attached hereto as Exhibit B (the "Proposed Letter of Request").

3. The necessary application for authorization (the "Swiss Application"), with the Proposed Order and the Proposed Letter of Request attached to it, must be filed with the FOJ via the Central Authority in the canton where the evidence is to be taken, *i.e.*, the High Court of the Canton of Zurich, International Judicial Assistance, Hirschengraben 13/15, 8021 Zurich 1, Switzerland.[1] Defendant will undertake this step if the Court grants the instant motion.

4. Upon approval from the FOJ and subject to the terms contained in the Proposed Letter of Request and/or the Swiss Application, the parties will arrange for a live video deposition. Remo Decurtins will be present in person at the deposition of Ms. Borsay to supervise proceedings.

5. The deposition will take place at the Swiss offices of Quinn Emanuel at Dufourstrasse 29, 8008 Zürich, Switzerland. Ms. Borsay has agreed to voluntarily comply by proceeding pursuant to Chapter II of the Hague Convention.

6. Neither the entry of the Proposed Order, the Proposed Letter of Request, the submission of the Swiss Application nor the conduct of the deposition pursuant to Chapter II of the Hague Convention shall constitute or operate as a waiver of the attorney-client privilege, the work product doctrine, or any other privileges, rights, protections, or objections that may apply to that evidence under the laws of Switzerland, or of the United States, nor as a concession that any assertion of any such privilege, right, protection, or objection is necessarily valid.

---

[1] The application is sent to the competent Central Authority, *i.e.*, the High Court of the Canton of Zurich, International Judicial Assistance, Hirschengraben 13/15, 8021 Zurich 1, Switzerland. After examining the Request, the Central Authority will forward the application to the FOJ.

DATED: June 6, 2022

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By:  /s/ Lesley Weaver  <br>Lesley Weaver (Cal. Bar No. 191305) <br>Angelica M. Ornelas (Cal. Bar No. 285929) <br>Joshua D. Samra (Cal. Bar No. 313050) <br>555 12th Street, Suite 1600 <br>Oakland, CA 94607 <br>Tel.: (415) 445-4003 <br>Fax: (415) 445-4020 <br>lweaver@bfalaw.com <br>aornelas@bfalaw.com <br>jsamra@bfalaw.com | By:  /s/ Andrew H. Schapiro  <br>Andrew H. Schapiro (admitted pro hac vice) <br>andrewschapiro@quinnemanuel.com <br>191 N. Wacker Drive, Suite 2700 <br>Chicago, IL 60606 <br>Telephone: (312) 705-7400 <br>Facsimile: (312) 705-7401 <br><br>Stephen A. Broome (CA Bar No. 314605) <br>sb@quinnemanuel.com <br>Viola Trebicka (CA Bar No. 269526) <br>violatrebicka@quinnemanuel.com <br>865 S. Figueroa Street, 10th Floor <br>Los Angeles, CA 90017 <br>Telephone: (213) 443-3000 <br>Facsimile: (213) 443-3100 |
| **DiCELLO LEVITT GUTZLER LLC** <br><br>By:  /s/ David A. Straite  <br>David A. Straite (admitted *pro hac vice*) <br>One Grand Central Place <br>60 E. 42nd St., Suite 2400 <br>New York, NY 10165 <br>Telephone: (646) 933-1000 <br>dstraite@dicellolevitt.com <br><br>Amy E. Keller (admitted *pro hac vice*) <br>Adam Prom (admitted *pro hac vice*) <br>Ten North Dearborn Street, 6th Fl. <br>Chicago, Illinois 60602 <br>Tel.: (312) 214-7900 <br>akeller@dicellolevitt.com <br>prom@dicellolevitt.com | Jomaire Crawford (admitted pro hac vice) <br>jomairecrawford@quinnemanuel.com <br>51 Madison Avenue, 22nd Floor <br>New York, NY 10010 <br>Telephone: (212) 849-7000 <br>Facsimile: (212) 849-7100 <br><br>Josef Ansorge (admitted pro hac vice) <br>josefansorge@quinnemanuel.com <br>Carly Spilly (admitted pro hac vice) <br>carlspilly@quinnemanuel.com <br>1300 I Street NW, Suite 900 <br>Washington D.C., 20005 <br>Telephone: (202) 538-8000 <br>Facsimile: (202) 538-8100 |
| **SIMMONS HANLY CONROY LLC** <br><br>By:  /s/ Jay Barnes  <br>Jason 'Jay' Barnes (admitted *pro hac vice*) <br>An Truong (admitted *pro hac vice*) <br>112 Madison Avenue, 7th Floor <br>New York, NY 10016 <br>Tel.: (212) 784-6400 <br>Fax: (212) 213-5949 <br>jaybarnes@simmonsfirm.com <br>atruong@simmonsfirm.com <br><br>*Counsel for Plaintiffs* | Jonathan Tse (CA Bar No. 305468) <br>jonathantse@quinnemanuel.com <br>50 California Street, 22nd Floor <br>San Francisco, CA 94111 <br>Telephone: (415) 875-6600 <br>Facsimile: (415) 875-6700 <br><br>*Attorneys for Defendant Google LLC* |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Motion for Issuance of Letter of Request for International Judicial Assistance and Appointment of Commissioners to Take Evidence Pursuant to Chapter II, Article 17 of The Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: June 6, 2022                                By        /s/ Andrew H. Schapiro
                                                                    Andrew H. Schapiro
                                                                    *Counsel on behalf of Google*