# EXHIBIT 5
# Redacted Version of Document Sought to be Sealed

*** CONFIDENTIAL ATTORNEYS' EYES ONLY ***

```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
                  SAN JOSE DIVISION


  PATRICK CALHOUN, et al.,      )
  on behalf of themselves and   )
  all others similarly          )
  situated,                     )
                                )
         Plaintiffs,             )
                                )
     vs.                         ) Case No.
                                 ) 5:20-cv-5146-LHK-SVK
  GOOGLE LLC,                   )
                                )
         Defendants.             )
                                )


       *** CONFIDENTIAL ATTORNEYS' EYES ONLY ***


              REMOTE VIDEO DEPOSITION OF
                     TIM SCHUMANN




  DATE TAKEN:  Thursday, January 13, 2022
  REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
  JOB NO. 5031153
  PAGES:  1 - 344
```

Page 1

*** CONFIDENTIAL ATTORNEYS' EYES ONLY ***

```
 1       IN THE UNITED STATES DISTRICT COURT
 2      FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3              SAN JOSE DIVISION
 4
 5
    PATRICK CALHOUN, et al.,     )
 6  on behalf of themselves and  )
    all others similarly         )
 7  situated,                    )
                                 )
 8       Plaintiffs,             )
                                 )
 9   vs.                         ) Case No.
                                 ) 5:20-cv-5146-LHK-SVK
10  GOOGLE LLC,                  )
                                 )
11       Defendants.             )
                                 )
12
13
14
15
16     *** CONFIDENTIAL ATTORNEYS' EYES ONLY ***
17
18
19
20      Remote Video Deposition of TIM SCHUMANN,
21  taken remotely via Zoom Conference Video, commencing
22  at 11:07 a.m., CET, Thursday, January 13, 2022,
23  before Renee Harris, CSR No. 14168, Registered
24  Professional Reporter.
25
                                                    Page 2
```

```
 1  APPEARANCES OF COUNSEL:
 2  For PLAINTIFFS:
 3    SIMMONS HANLY CONROY
 4       BY: JASON "JAY" BARNES, ESQ.
 5       112 Madison Avenue, Seventh Floor
 6       New York, New York 10016
 7       (618) 693-3104
 8       jaybarnes@simmonsfirm.com
 9       - and -
10    DICELLO LEVITT & GUTZLER
11       BY: SHARON CRUZ, ESQ.
12       444 Madison Avenue, Fourth Floor
13       New York, New York 10022
14       (312) 535-9984
15       scruz@dicellolevitt.com
16       - and -
17    BLEICHMAR FONTI & AULD LLP
18       BY: LESLEY WEAVER, ESQ.
19       555 12th Street, Suite 1600
20       Oakland, California 94607
21       (415) 445-4003
22       lweaver@bfalaw.com
23       - and -
24
25
                                                    Page 3
```

```
 1  APPEARANCES OF COUNSEL: (CONTINUED)
 2  For DEFENDANT:
 3    QUINN EMANUEL URQUHART & SULLIVAN LLP
 4       BY: JOSEF ANSORGE, ESQ.
 5       51 Madison Avenue, 22nd Floor
 6       New York, New York 10010
 7       (212) 849-7000
 8       josefansorge@quinnemanuel.com
 9       -and-
10    QUINN EMANUEL URQUHART & SULLIVAN  (Schweiz)
11       GmbH
12       BY:  REMO DECURTINS, ASSOC.
13       Dufourstrasse 29
14       8008 Zürich
15       Switzerland
16       (+41) 44 253 8014
17       remodecurtins@quinnemanuel.swiss
18       -and-
19    BÄR & KARRER
20       BY:  MARTINA ATHANAS, ASSOC.
21       Brandschenkestrasse 90
22       CH-8002 Zurich
23       Switzerland
24       (+41) 58 261 50 00
25       Martina.Athanas@BaerKarrer.ch
                                                    Page 4
```

```
 1  APPEARANCES: (CONTINUED)
 2
 3  ALSO PRESENT:
 4       Heidi Stuart, Videographer
 5       Urlich Malsch, Interpreter
 6       Sven Graefe, Interpreter
 7       Ralf Ulrich
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 5
```

```
                    INDEX
EXAMINATION BY:                          PAGE
MR. BARNES                                 16




                  EXHIBITS
EXHIBIT NO.        DESCRIPTION           PAGE
Exhibit 1  - LinkedIn profile, Tim Schumann    18
Exhibit 2  - Exhibit B - Plaintiffs' Fourth Request    44
             for Production of Documents

    Exhibit 3  - Request for Admission No. 14    55

    Exhibit 4  - Bates GOOG-CALH-00129119-9120    71
             E-mail, 4/27/2020
Exhibit 5  - Bates GOOG-CALH-00651647           71
             MetaData

    Exhibit 5  - Bates GOOG-CALH-00651647 (Excel)    71

    Exhibit 6  - Bates GOOG-CALH-00651647    72
             Entry – Row 12
Exhibit 7  - Bates GOOG-CALH-00028183-187    103
             Logo sync with metadata

    Exhibit 8  - Bates GOOG-CABR-04742957-958    132
             E-mail, 5/14/2021
Exhibit 9  - Bates GOOG-CABR-04866841    138
             E-mail, 1/7/2020

    Exhibit 10 - Bates GOOG-CABR-03839059--61    141
             E-mail, 3/16/2020
```
Page 6

```
       EXHIBITS (continued)
EXHIBIT NO         DESCRIPTION           PAGE
Exhibit 11 - Bates GOOG-CABR-03744846-4867    146
            Design Document - MagicEye

    Exhibit 12 - Bates GOOG-CALH-00050256-260    150
            E-mail, 3/6/2020
Exhibit 13 - Bates GOOG-CALH-00050264-2678    156
            E-mail, 3/6/2020

    Exhibit 14 - Exhibit A - Plaintiffs' Fourth Request    175
            for Production of Documents
Exhibit 15 - Bates  GOOG-CALH-00552367-368    206
            E-mail, 1/31/2020

    Exhibit 16 - Request for Admission No  18    213

    Exhibit 17 - Bates GOOG-CABR-05469056-096    225
            Chrome Browser Network Traffic Annotations
Exhibit 18 - Screenshot (David Monsees)    231
Exhibit 19 - Bates  GOOG-CALH-00081141-148    248
            Anchor: Data Pipeline

    Exhibit 20 - Request for Admission No  37    258

    Exhibit 21 - Bates GOOG-CALH-00085975-983    262
            BankServ document
Exhibit 22 - Logs 1 - Data Sources with sync State    273
            Signals - 2021-11-18 Calhoun Omnibus Sheet

    Exhibit 23 - Logs 2-3 - Chrome History Raw + WAA Raw    275
            2021-12-21 Calhoun
Exhibit 24 - Bates GOOG-CALH-00651647    281
            Entry – Row 3

    Exhibit 25 - Bates GOOG-CALH-00171709-711    283
            E-mail, 11/4/2019
Exhibit 26 - Bates GOOG-CALH-00137820-833    286
            E-mail, 7/10/20
```
Page 7

```
       EXHIBITS (continued)
EXHIBIT NO.        DESCRIPTION           PAGE
Exhibit 27 - Bates GOOG-CABR-04865362-363    300
            E-mail, 1/18/2018

    Exhibit 28 - Bates GOOG-CALH-00454555-556    305
            E-mail, 8/20/2018
Exhibit 29 - Chromium bug report           311
Exhibit 30 - Bates GOOG-CALH-00119712    312
            Bates 8/9/2018

31 - Logs 8 - span-global-Chrome-sync-storage    313
     2021-11-18 Calhoun Omnibus Sheet

Exhibit 32 - Logs 9 - ████████████████    319
            ████████████████
Exhibit 33 - Logs 10 - ████████████████    322
            ████████████████

    Exhibit 34 - Logs 11 - ████████████████    325
            2021-11-18 Calhoun Omnibus Sheet
Exhibit 35 - Bates GOOG-CALH-00027477    332
            Logs 12 - Sample from sync Logs
```
Page 8

```
 1       THE VIDEOGRAPHER:  Good morning, we are        11:07:00
 2    going on the record at 11:07 a.m. on             11:07:06
 3    January 13, 2022.                                11:07:09
 4       Please note that the microphones are          11:07:11
 5    sensitive and may pick up whispering, private    11:07:13
 6    conversations and cellular interference.         11:07:17
 7       Please turn off all cell phones or place      11:07:21
 8    them away from the microphones as they can       11:07:24
 9    interfere with the deposition audio.             11:07:25
10       Audio and video recording will continue       11:07:29
11    to take place unless all parties agree to go     11:07:31
12    off the record.                                  11:07:34
13       This is Media Unit 1 of the video             11:07:36
14    recorded deposition of Tim Schumann taken by     11:07:39
15    counsel for Plaintiff in the matter of           11:07:45
16    Patrick Calhoun, et al. vs. Google, LLC,         11:07:46
17    filed in the United States for the Northern      11:07:51
18    District of California, San Jose Division.       11:08:01
19    Case number is 5:20-cv-5146-LHK-SVK.             11:08:19
20       This deposition is being conducted using      11:08:20
21    Veritext remote technology and all witnesses     11:08:24
22    are attending remotely.  The witness is          11:08:26
23    located in Zurich, Switzerland.                  11:08:29
24       My name is Heidi Stuart from the firm         11:08:31
25    Veritext Legal Solutions and I'm the             11:08:31
```
Page 9

Page 38

```
 1   point in time where one of the connections       11:51:43
 2   being made, and that would include whether or    11:51:49
 3   not Chrome Sync is enabled. This is like a       11:51:51
 4   bit in the protocol that we include in part      11:51:54
 5   of the traffic.                                  11:51:56
 6   BY MR. BARNES:                                   11:51:58
 7       Q. Okay. Do you keep track -- does Google    11:51:59
 8   keep track of users who are in the --            11:52:13
 9   signed-in-but-not-consented-for-sync state?      11:52:21
10       MR. ANSORGE: Objection. Form. Vague.         11:52:25
11       THE WITNESS: Yeah, I think it depends        11:52:28
12   what you mean, "keep track." I can --            11:52:30
13   because, yeah, there's a lot of room for         11:52:34
14   interpretation.                                  11:52:39
15       What I can tell you that happens to that     11:52:40
16   specific bit is that it may be stored server     11:52:42
17   side for a limited period of time.               11:52:45
18   BY MR. BARNES:                                   11:52:48
19       Q. Okay. And by that bit, you mean the bit   11:52:48
20   that indicates this user is                      11:52:52
21   signed-in-but-not-consented-for-sync?            11:52:55
22       A. Correct. This is -- and let me make sure  11:52:58
23   that we have the context right here. Again, it's 11:53:02
24   why -- maybe we should also explain why we have  11:53:06
25   this bit in the protocol.                        11:53:08
```

Page 39

```
 1       When we made that change, as we said,        11:53:09
 2   let's offer this other mode that you don't have to 11:53:14
 3   be consented to the server, that the user doesn't 11:53:17
 4   have to have opted into the Sync, I like this    11:53:20
 5   phrasing better. Then we make big infrastructure 11:53:24
 6   changes, like traffic patterns will change, all  11:53:29
 7   these kind of things, and in order that we can   11:53:33
 8   provide a good user experience as a reliable     11:53:34
 9   service, we want to understand what's happening  11:53:38
10   here.                                            11:53:39
11       So we introduced that bit that we could      11:53:39
12   primarily identify. If there's some traffic      11:53:44
13   causing problems, is that the new kind of traffic 11:53:46
14   or is it the old one?                            11:53:49
15       So we included that bit and we also have     11:53:50
16   it in -- yeah, primarily to understand the traffic 11:53:53
17   that comes in but not to track users as you put it 11:53:56
18   in the first place. It's not about individuals.  11:54:01
19       Q. Okay. You testified -- I'm sorry, thank   11:54:03
20   you for that explanation, that's actually very   11:54:13
21   helpful. I was going down one line of questions, 11:54:15
22   and you -- I'm trying to -- part of this is a    11:54:18
23   conversation for you to teach me because I'm     11:54:20
24   trying to understand things, and it's helpful.   11:54:24
25   That's -- that's helpful.                        11:54:27
```

Page 40

```
 1       Q. When was that infrastructure change made? 11:54:28
 2       MR. ANSORGE: Objection. Vague.               11:54:33
 3       THE WITNESS: As I mentioned before,          11:54:35
 4   ▇▇▇▇▇▇ was conceived, I believe it              11:54:37
 5   was in '18 and, you know, the changes then       11:54:40
 6   being in the process for -- for at least a       11:54:48
 7   year, and the question is like, what do          11:54:50
 8   you -- do you think, like, when did we launch    11:54:52
 9   it, when did we start implementation of that     11:54:53
10   feature?                                         11:54:58
11   BY MR. BARNES:                                   11:54:59
12       Q. Correct.                                  11:54:59
13       A. Which one of the three?                   11:54:59
14       Q. When did you launch it?                   11:55:00
15       A. If I recall it correctly, the first       11:55:02
16   launch was in -- I think it was in May 2019, but 11:55:07
17   it was in the fall of 2019 for Desktop platforms, 11:55:11
18   meaning Windows primarily or macOS.              11:55:18
19       Q. Is it -- has it been launched for mobile? 11:55:22
20       A. Yes, I have to be careful. To be          11:55:31
21   specific, we have similar product changes on other 11:55:33
22   platforms and on mobile, we now have a similar   11:55:36
23   functionality. And I believe we recently launched 11:55:40
24   that.                                            11:55:44
25       Q. And was this change on Desktop, was the   11:55:45
```

Page 41

```
 1   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                11:55:52
 2   ▇▇▇▇▇▇ was that a necessary ground laying before 11:55:56
 3   you could implement these infrastructure changes 11:56:02
 4   for ▇▇▇▇▇?                                       11:56:05
 5       MR. ANSORGE: Objection. Form.                11:56:06
 6   Compound.                                        11:56:07
 7       THE WITNESS: Yeah, to give you some          11:56:08
 8   background, me and my team, we took over         11:56:10
 9   Chrome Sync, I think at the end of 2017, and     11:56:15
10   by that time, ▇▇▇▇▇▇▇▇▇▇▇ was already being    11:56:19
11   planned and implemented and on its way. I        11:56:23
12   believe their main motivation was ▇▇▇▇▇▇        11:56:28
13   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                11:56:31
14   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                11:56:35
15   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                11:56:37
16   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                11:56:39
17   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                11:56:43
18   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                11:56:46
19   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                11:56:49
20       And there was -- and anything else about     11:56:51
21   ▇▇▇▇▇▇ to me would be speculation                11:56:53
22   because I was not involved in all those          11:56:55
23   conversations. It was before my time in the      11:56:58
24   project.                                         11:56:59
25   ///
```

11 (Pages 38 - 41)

1  THE WITNESS: I believe how we put it is,  12:17:05
2  we call this bit that the Sync feature is not  12:17:06
3  enabled, but yes, it is the situation that --  12:17:10
4  a bit of the connection between the Chrome  12:17:14
5  browser and the Chrome Sync server for an  12:17:15
6  account that's being signed in, and the  12:17:17
7  Chrome client believes that the Sync feature  12:17:19
8  is not enabled.  12:17:22
9  BY MR. BARNES:  12:17:23
10  Q. Okay. When is that bit sent from Chrome  12:17:23
11  to Google?  12:17:30
12  MR. ANSORGE: Objection. Vague.  12:17:31
13  THE WITNESS: I assumed you -- you're  12:17:32
14  curious about where and when the flows, I  12:17:38
15  would say this is part of the standard Chrome  12:17:40
16  Sync protocol. There are some requests where  12:17:42
17  that precise state -- that precise state is  12:17:46
18  not known to the client yet because  12:17:50
19  information hasn't been loaded yet because --  12:17:53
20  but in the -- in the regular traffic, you  12:17:55
21  would see that bit.  12:17:58
22  BY MR. BARNES:  12:17:59
23  Q. Okay. And is -- I want to list the  12:17:59
24  circumstances in which it is sent.  12:18:02
25  Is it -- is the bit sent when a user  12:18:09

Page 58

1  initially does the sign-in?  12:18:11
2  MR. ANSORGE: Objection. Vague. Form.  12:18:19
3  THE WITNESS: Let me -- let me specify  12:18:21
4  this, I would say not necessarily. The  12:18:23
5  problem I'm having is, what is the moment  12:18:26
6  when the user is doing the sign-in?  12:18:28
7  BY MR. BARNES:  12:18:31
8  Q. Is it -- right. I understand that.  12:18:31
9  Is it sent around the time when a user  12:18:35
10  has signed in?  12:18:39
11  MR. ANSORGE: Objection. Vague.  12:18:43
12  THE WITNESS: I think probably. So if --  12:18:45
13  because you have to think about how -- what's  12:18:48
14  happening on the Chrome client, is when the  12:18:50
15  Chrome Sync machinery or Chrome sign-in sees  12:18:55
16  that the user got signed in and we have valid  12:18:58
17  credentials and the Chrome browser is aware  12:19:03
18  of the identity, and there might be cases  12:19:07
19  that the users opt out of that feature, and  12:19:08
20  then they cannot have this, right, so this  12:19:08
21  why I think it's important to -- to  12:19:12
22  distinguish those.  12:19:13
23  In those situations, when we start off  12:19:13
24  the Sync mechanism, and we -- then we would  12:19:17
25  include that bit, if we already know whether  12:19:21

Page 59

1  or not the Sync feature is enabled. There  12:19:23
2  are some situations where we would establish  12:19:26
3  the channel and don't even know if -- if the  12:19:30
4  Sync feature is enabled or not but we have  12:19:33
5  that -- there are technical features in  12:19:36
6  there, put it this way.  12:19:40
7  BY MR. BARNES:  12:19:41
8  Q. Okay. So I want to -- I want to talk  12:19:42
9  about the browser is in its default state.  12:19:43
10  A. Mm-hmm.  12:19:45
11  Q. The user has clicked to sign in. There's  12:19:46
12  the communications or the authorization -- auth  12:19:52
13  tokens we just talked about with the previous  12:19:58
14  exhibit; correct?  12:20:00
15  A. Correct.  12:20:01
16  Q. At that point in time, does the Chrome  12:20:02
17  browser send the bit to the Sync server indicating  12:20:04
18  that the user is  12:20:10
19  signed-in-but-not-consented-for-sync?  12:20:13
20  A. The scenario you explained is a situation  12:20:14
21  where the Chrome machinery might be able to --  12:20:18
22  like the Chrome Sync machinery might be able to  12:20:22
23  start up, and as part of that startup, if that  12:20:24
24  really happens, look at all the settings, if that  12:20:28
25  happens, then you would include that bit in the  12:20:32

Page 60

1  communication with the Chrome Sync server.  12:20:34
2  Q. Okay. So that's one scenario in which  12:20:37
3  the bit is sent from the Chrome browser to the  12:20:39
4  Sync server indicating the user is  12:20:45
5  signed-in-but-not-consented-for-sync; is that  12:20:48
6  correct?  12:20:50
7  A. That is correct.  12:20:50
8  Q. Okay. I want to describe a second  12:20:50
9  circumstance, and tell me if I'm right, wrong, or  12:20:52
10  explain where I'm wrong.  12:20:55
11  If the user closes the browser without  12:20:57
12  having signed out, and then they restart the  12:21:01
13  browser, does the browser, upon restarting, send  12:21:05
14  the bit to the Sync server indicating that this  12:21:11
15  user is in this  12:21:15
16  signed-out-but-not-consented-for-Sync state?  12:21:19
17  MR. ANSORGE: Objection. Vague.  12:21:21
18  Incomplete hypothetical.  12:21:23
19  THE WITNESS: This is very complex. I  12:21:27
20  would like to -- as I mentioned before, there  12:21:32
21  are situations where the Chrome machinery  12:21:35
22  will start up because it can, and in those  12:21:37
23  situations, if sync traffic is initiated,  12:21:40
24  then we would include that bit.  12:21:43
25  Now, what happens on startup -- many  12:21:44

Page 61

```
 1   aggregates in -- for dimensions that we are      01:42:19
 2   interested in from a product perspective.        01:42:22
 3   BY MR. BARNES:                                   01:42:24
 4      Q.  Okay.  Mr. Schumann, this is just a basic 01:42:24
 5   programming question.                            01:42:27
 6          If you have a spreadsheet that has three  01:42:31
 7   columns:  One is an account identifier; the second 01:42:33
 8   is a device identifier; and third is the sync    01:42:39
 9   feature state, okay, and you have the spreadsheet 01:42:47
10   that has lots of entries in -- in there, and there 01:42:49
11   is full sync enabled and there is        .       01:42:53
12          It is possible to write a script to      01:42:59
13   identify all of the account numbers associated   01:43:02
14   with the        entries in that spreadsheet;     01:43:06
15   correct?                                         01:43:09
16          MR. ANSORGE:  Objection.  Form and        01:43:10
17   incomplete hypothetical.                         01:43:12
18          THE WITNESS:  So I understand that we are 01:43:15
19   talking in a hypothetical spreadsheet and I      01:43:19
20   believe that in a hypothetical spreadsheet,      01:43:21
21   you could of course do that computation.         01:43:23
22   BY MR. BARNES:                                   01:43:29
23      Q.  Okay.  And you could do that with logs as 01:43:30
24   well -- putting to the side policy and legal     01:43:31
25   reasons, you could do that with a log, as well;  01:43:35
                                                     Page 122
```

```
 1   correct?                                         01:43:37
 2          MR. ANSORGE:  Objection.  Form.           01:43:39
 3          THE WITNESS:  Even -- even looking at     01:43:41
 4   technical aspects, that really depends on a      01:43:44
 5   lot of details.  Like, what time frame are we    01:43:47
 6   looking about, what -- what granularity is       01:43:49
 7   that?                                            01:43:53
 8   BY MR. BARNES:                                   01:43:53
 9      Q.  We're -- well, in this example, we have a 01:43:53
10   spreadsheet that has three variables:  The sync  01:43:55
11   feature state, the Google account and the device 01:44:00
12   identifier.                                      01:44:03
13          You could -- one could write a script to  01:44:06
14   say, identify every Google account identifier and 01:44:08
15   every device identifier associated with a        01:44:13
16   state; correct?                                  01:44:16
17          MR. ANSORGE:  Objection to form and       01:44:18
18   incomplete hypothetical.                         01:44:20
19          THE WITNESS:  What I wanted to clarify    01:44:21
20   is, like how many rows does the thing have?      01:44:24
21   Is it ten, hundreds, thousands, million,         01:44:26
22   billions?  This brings a different --            01:44:30
23   technical questions in here.                     01:44:34
24   BY MR. BARNES:                                   01:44:35
25      Q.  Okay.  Lots of rows, let's say ten rows.  01:44:35
                                                     Page 123
```

```
 1   You could do it -- could you do it for ten rows? 01:44:41
 2      A.  I'm pretty sure we can do this for ten    01:44:42
 3   rows.                                            01:44:45
 4      Q.  Okay.  Could you do it for a hundred      01:44:45
 5   rows?                                            01:44:47
 6      A.  I would think so, yeah.                   01:44:47
 7      Q.  You could do it for a thousand rows;      01:44:49
 8   correct?                                         01:44:51
 9      A.  Probably, but, you know, depending on the 01:44:51
10   spreadsheet implementation.                      01:44:54
11      Q.  It -- the more rows, the more time it     01:44:56
12   might take; correct?                             01:44:57
13      A.  It takes more time to compute; it takes   01:44:59
14   more space to output.  Like, staying in your     01:45:07
15   spreadsheet analogy, do you want to write this in 01:45:10
16   a single cell, how large would the thing be?     01:45:12
17          And like, my point is, if you want to go  01:45:14
18   back to -- to synced traffic logs, like what time 01:45:15
19   range are you looking at?                        01:45:23
20          We had to do quite some tweaking from a   01:45:24
21   technical perspective to make that pipeline run  01:45:26
22   for the -- for the period of time they are looking 01:45:29
23   at.  So it's -- it's not like, okay, it's a      01:45:32
24   spreadsheet.                                     01:45:34
25      Q.  And you would agree right now, the        01:45:34
                                                     Page 124
```

```
 1   pipeline to identify        users, runs -- I said 01:45:38
 2   "the pipeline."  A pipeline to identify          01:45:43
 3   users runs to            correct?                01:45:46
 4          MR. ANSORGE:  Objection.  Vague.          01:45:57
 5          THE WITNESS:  I would not agree to that.  01:46:00
 6            is a -- is a different -- we do feed    01:46:02
 7          into           The purpose is not to      01:46:03
 8   track        users.                              01:46:06
 9   BY MR. BARNES:                                   01:46:07
10      Q.  Okay.  But in            users, there is a 01:46:07
11   field that identifies whether a user was in      01:46:14
12             correct?                               01:46:17
13      A.  When we produce those records for         01:46:17
14             as you saw in the exhibit before, there 01:46:19
15   is a field where we introduce that, where we have 01:46:22
16   that, that's correct.                            01:46:25
17      Q.  Okay.  What is -- down below, it says,    01:46:27
18   "The devices-per-user metric is a good candidate 01:46:54
19   to understand the underlying concept.  We are    01:46:56
20   essentially doing a                    ."        01:46:58
21          What is a              ?                  01:47:00
22      A.                                            01:47:03
23                                                    01:47:07
24                                                    01:47:14
25      Q.  Explain what a map produced job; please?  01:47:14
                                                     Page 125
```

### Page 130

```
 1    A.  Correct.  Like, in the -- the process of   01:51:51
 2  the pipeline, such a table is being populated, to  01:51:53
 3  produce the aggregated --                          01:51:56
 4    Q.  Where is that table stored?                  01:52:02
 5       MR. ANSORGE:  Objection.  Vague.              01:52:04
 6       THE WITNESS:  As I mentioned, this is --      01:52:05
 7  let me think about, because this is like the       01:52:09
 8  multi-step piece.                                  01:52:14
 9       Again, if you look from the pipeline          01:52:15
10  perspective, we do not persist the                 01:52:17
11  intermediate able.  In the end, what we do         01:52:23
12  persist is the breakdown of how many clients       01:52:23
13  a user had and then we aggregated across this      01:52:25
14  again, so you get a histogram.  You have so        01:52:28
15  many millions of users with a single client,       01:52:31
16  so many users that have two clients connected      01:52:33
17  and so on.                                         01:52:36
18  BY MR. BARNES:                                     01:52:36
19    Q.  Right.                                       01:52:37
20    A.  That's the aggregation we store.             01:52:37
21    Q.  It's that -- is it in that -- it's that      01:52:38
22  intermediate table that we talked about earlier;   01:52:40
23  right?  This is -- this is -- an intermediate      01:52:44
24  table, how -- how long is that table kept?         01:52:49
25       MR. ANSORGE:  Objection.                      01:52:52
```

### Page 131

```
 1  Mischaracterizes prior testimony.                  01:52:53
 2       THE WITNESS:  Yes, with the -- I have to     01:52:55
 3  look into the details.  I -- I'm not sure          01:52:59
 4  what the precise retention period is.  I want     01:53:03
 5  to highlight two things in there.                  01:53:07
 6       As I mentioned before, if we have             01:53:09
 7  intermediate data that's not sufficiently          01:53:10
 8  aggregated, that would simply store within         01:53:13
 9  the logs cluster, like within the logs             01:53:16
10  storage system and then I would assume a           01:53:19
11  retention of a few days, that's usually what       01:53:25
12  pipelines are using.                               01:53:28
13       And then again, the thing that we take       01:53:29
14  out into something where we control the            01:53:30
15  retention, that would be the final                 01:53:31
16  aggregation.                                       01:53:33
17  BY MR. BARNES:                                     01:53:34
18    Q.  Okay.  You say you can backfill the last    01:53:34
19  ▮▮▮▮.                                              01:53:51
20       Is that because data, the underlying         01:53:52
21  gwslog data has the ▮▮▮ retention period and      01:53:56
22  you want to build in the cushion there that you   01:54:01
23  described earlier?                                 01:54:03
24    A.  This is correct.  So I mean, I think --     01:54:04
25  and I know where you were -- like what you meant  01:54:07
```

### Page 132

```
 1  although your question was a bit vague.            01:54:10
 2       If you go down where we talk about --        01:54:12
 3  backfilling means, let's assume the pipeline does  01:54:13
 4  not manage to succeed in a day or there was some  01:54:18
 5  permission problem or something, that we couldn't  01:54:21
 6  process the logs for one day, then we have ▮▮▮▮   01:54:23
 7  to fix that until we run it before the underlying  01:54:28
 8  data would run out of retention and would be      01:54:31
 9  destroyed.                                         01:54:34
10       MR. BARNES:  Okay.  Ms. Cruz, can you        01:54:37
11  publish s4, please?  And it should pop up, I      01:54:38
12  think as Exhibit 8.                                01:54:54
13       (Exhibit 8 was received and marked           01:54:55
14       for identification on this date and is       01:54:55
15       attached hereto.)                             01:55:03
16  BY MR. BARNES:                                     01:55:03
17    Q.  Let me know when you have it, please.       01:55:03
18    A.  I don't see it yet.  I see Exhibit 7.       01:55:04
19    Q.  While it's working --                       01:55:08
20    A.  Here it's coming.                            01:55:09
21    Q.  What -- what is ▮▮▮▮▮?                       01:55:10
22    A.  As far as I remember, this was a project   01:55:14
23  code name.                                         01:55:17
24    Q.  And what was the -- what was the project?  01:55:20
25    A.  This was not a project related to my team  01:55:23
```

### Page 133

```
 1  immediately.  I believe -- let me recall -- this  01:55:27
 2  was a, this was a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮               01:55:34
 3  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  For the details, I would        01:55:42
 4  have to look in the specific ones.                 01:55:46
 5    Q.  Okay.  Let me -- do you have the            01:55:48
 6  document?                                          01:55:50
 7    A.  I see the document now, yes.                 01:55:50
 8    Q.  Do you recognize this?                       01:55:52
 9    A.  It's an e-mail thread.  That was the        01:55:53
10  person reaching out and I responded.  So yeah, I  01:56:01
11  would need some time to untangle it but it looks  01:56:05
12  like an e-mail thread from last year that I've    01:56:08
13  been involved with.                                01:56:11
14    Q.  Okay.  Do you see down at the bottom of     01:56:12
15  the first page, which is GOOG-CABR-04742957 --    01:56:16
16    A.  Mm-hmm.                                     01:56:16
17    Q.  -- where you -- you sent an e-mail on May  01:56:24
18  12th, 2021 --                                      01:56:24
19    A.  Mm-hmm.                                     01:56:24
20    Q.  -- at 6:06 p.m.?                             01:56:29
21    A.  Correct.  Yeah.                              01:56:34
22    Q.  All right.  And you state, "We keep        01:56:34
23  server side traffic logs (gwslog) of the last --" 01:56:35
24    A.  Mm-hmm.                                     01:56:35
25    Q.  "-- ▮▮▮▮.  We could relatively easy         01:56:38
```

### Page 186

1  right?                                03:18:34
2     A. Mm-hmm.                         03:18:34
3     Q. And after they sign in and get their   03:18:35
4  credentials, their o-auth credentials, the browser   03:18:37
5  is going to send a transmission to the sync   03:18:42
6  server; correct?                       03:18:46
7     A. That's correct.                  03:18:46
8     Q. Okay. And for this user, is it true or   03:18:47
9  false that the browser will also often send a   03:18:49
10 GetUpdates request?                    03:18:52
11    A. That is true. In these situations, you   03:18:53
12 can expect the Chrome is inclined to send a   03:18:56
13 GetUpdates request.                    03:18:59
14    Q. Okay. Thank you. Can we go to page 859,   03:19:00
15 please.                                03:19:08
16    A. Mm-hmm.                          03:19:17
17    Q. Okay. I have questions I -- this is one   03:19:18
18 thing I really wish we were in the same room. I   03:19:20
19 have questions about this diagram.     03:19:22
20       Where it says sync http server in the   03:19:24
21 diagram on page 859, does -- is that the   03:19:28
22 ▇▇▇▇▇▇▇▇▇ domain?                      03:19:32
23    A. These are the servers behind that domain.   03:19:35
24 So if a client is contacting -- contacting clients   03:19:38
25 for the Google account, then those servers would   03:19:43

### Page 187

1  in the end fulfill those requests.     03:19:47
2     Q. Okay. And then it says -- and then from   03:19:49
3  there, it points to http server logs.  03:19:52
4      What are those http server logs?    03:19:55
5      MR. ANSORGE: Objection. Form.        03:20:01
6      THE WITNESS: From my understanding of   03:20:02
7  this diagram and the context we have   03:20:03
8  established, I would assume that these are   03:20:05
9  the gwslogs, the GWS traffic logs.     03:20:07
10 BY MR. BARNES:                         03:20:07
11    Q. Okay. And then we've got a point to the   03:20:11
12 right, to the active user pipeline, which then   03:20:14
13 goes to reported user activities.      03:20:16
14      Do you see that?                    03:20:20
15    A. I do see that.                    03:20:20
16    Q. What is -- where are the reported user   03:20:21
17 activities?                            03:20:24
18      MR. ANSORGE: Objection. Vague.      03:20:26
19      THE WITNESS: From my reading of that   03:20:31
20 pipeline, this is a repository within the   03:20:35
21 ▇▇▇▇▇ infrastructure. I would assume it's   03:20:40
22 a database but I can also see the document   03:20:44
23 has more contents.                     03:20:46
24 BY MR. BARNES:                         03:20:47
25    Q. Okay. Let's jump ahead to page 860.   03:20:47

### Page 188

1     It's the very next page.            03:20:50
2     A. Okay.                            03:20:53
3     Q. You see where it says "storage &   03:20:53
4  location --" 'cause I -- I'm not trying to make   03:20:55
5  this a pop quiz. I'm really trying to figure this   03:20:57
6  out.                                   03:20:59
7       It says, "storage & location, log sink."   03:20:59
8       Do you see that?                    03:21:04
9     A. Yeah.                            03:21:04
10    Q. "The ingested data is stored in the   03:21:04
11 following log source:                  03:21:07
12 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇    03:21:11
13 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇              03:21:11
14 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇                        03:21:26
15       Did I read that correctly?         03:21:27
16    A. That is correct actually.         03:21:27
17    Q. Okay. Is this log sync where the   03:21:32
18 reported user activities are -- does it refer to   03:21:33
19 the reported -- is there the connection between   03:21:36
20 the reported user activities in the flow diagram   03:21:39
21 on page 859 with the log sync described here?   03:21:43
22      MR. ANSORGE: Objection to form and   03:21:49
23 foundation.                            03:21:50
24      THE WITNESS: If my interpretation of log   03:21:52
25 sync is correct, because I don't find log   03:21:55

### Page 189

1  sync mentioned in that diagram, it would be   03:21:58
2  my understanding that this is the location   03:22:01
3  within the ▇▇▇▇▇▇ infrastructure where it   03:22:05
4  has been stored.                      03:22:08
5  BY MR. BARNES:                        03:22:09
6     Q. Okay. And the ▇▇▇▇, what does that   03:22:09
7  mean?                                 03:22:15
8     A. That means that any data stored at that   03:22:15
9  location is going to be auto deleted after ▇   03:22:17
10 ▇.                                    03:22:22
11    Q. Okay. If we go back to 859, the   03:22:22
12 ingestion pipeline,                   03:22:26
13 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, is that   03:22:31
14 the gwslog you referred to earlier?   03:22:38
15    A. I'm sorry, I cannot completely follow   03:22:39
16 the -- the proxy you are referring -- are we in   03:22:42
17 the diagram?                          03:22:43
18    Q. It's at the -- I'm sorry, I'm outside the   03:22:44
19 diagram. It's at the very bottom of the page.   03:22:46
20    A. Correct. These are -- these are the   03:22:50
21 Chrome gwslogs, yes.                  03:22:52
22    Q. Okay. And then if we move on to 860, the   03:22:55
23 Chrome Sync HTTP server logs, the ▇▇▇▇▇▇▇   03:23:03
24 retention time of logs, what does that refer to?   03:23:04
25    A. As we discussed before, this is the --   03:23:11

## Page 338

```
 1      MR. BARNES:  Thank you for your time         07:36:50
 2   today, Mr. Schumann.  We are a little over       07:36:52
 3   seven hours, seven hours and like 46 seconds    07:36:54
 4   to be precise and we have a seven-hour time     07:36:59
 5   limit on this.                                  07:37:02
 6      I want to note for the record that           07:37:03
 7   plaintiffs received a production of documents   07:37:04
 8   yesterday evening for which Mr. Schumann was    07:37:08
 9   the custodian and we are leaving this           07:37:12
10   deposition open for purposes of asking          07:37:16
11   Mr. Schumann questions about those late         07:37:19
12   produced documents.                             07:37:22
13      Other than that we are finished with         07:37:24
14   questions regarding what has been produced      07:37:26
15   other than the very last-minute production      07:37:30
16   last night.                                     07:37:33
17      Mr. Ansorge?                                 07:37:34
18      MR. ANSORGE:  Yes, Mr. Barnes, we object.    07:37:35
19   Mr. Schumann has come here and he's been        07:37:40
20   brought here at great expense and effort.       07:37:42
21   You had seven hours.  He testified fulsomely    07:37:45
22   and I think we can take the dispute off and     07:37:49
23   give the witness his life back.                 07:37:52
24      MR. BARNES:  We'll have to agree to          07:37:57
25   disagree.                                       07:38:00
```

## Page 339

```
 1      MR. ANSORGE:  About giving him his life      07:38:00
 2   back?                                           07:38:03
 3      MR. BARNES:  Well, no, he can have his       07:38:03
 4   life back.  But we'll have to agree to          07:38:04
 5   disagree about whether there's a dispute        07:38:06
 6   about the late-produced documents or not.       07:38:09
 7      MR. ANSORGE:  With that, I'm happy to go     07:38:12
 8   off the record.                                 07:38:13
 9      MR. BARNES:  Okay.                           07:38:14
10      THE VIDEOGRAPHER:  We are off the record     07:38:14
11   at 7:38 p.m.  This concludes today's            07:38:17
12   testimony given by Tim Schumann.  The total     07:38:20
13   number of media units used was eight and will   07:38:25
14   be retained by Veritext Legal Solutions.        07:38:29
15      (Time noted: 7:38 p.m.)
```

## Page 340

```
 1           DECLARATION UNDER PENALTY OF PERJURY
 2
 3      I, TIM SCHUMANN, do hereby certify under
 4   penalty of perjury that I have read the
 5   foregoing transcript of my deposition taken
 6   on January 13, 2022; that I have made such
 7   corrections as appear noted herein; that my
 8   testimony as contained herein, as corrected,
 9   is true and correct.
10
11   DATED this 23  day of. February
12   2022, at Munich, Germany
13
14
15           _____
16             TIM SCHUMANN
```

## Page 341

```
 1      I, RENEE HARRIS, do hereby certify that I
 2   am a licensed Certified Shorthand Reporter;
 3      That prior to being examined, the witness named
 4   in the foregoing deposition was by me duly sworn
 5   to testify to tell the truth, the whole truth, and
 6   nothing but the truth;
 7      That the said deposition was by me recorded
 8   stenographically;
 9      And the foregoing pages constitute a full,
10   true, complete and correct record of the testimony
11   given by the said witness;
12      That I am a disinterested person, not
13   being in any way interested in the outcome of said
14   action, or connected with, nor related to any of
15   the parties in said action, or to their respective
16   counsel, in any manner whatsoever.
17
18   DATED: January 17, 2022
...
24       Renee Harris, CSR, CCR, RPR
         CA CSR No. 14168,
25       NJ CRR No. 30XI00241200; RPR
```