# EXHIBIT 10
# Redacted Version of Document Sought to be Sealed

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   PATRICK CALHOUN, ET AL., ON
 6   BEHALF OF THEMSELVES AND ALL
 7   OTHERS SIMILARLY SITUATED,
 8        PLAINTIFFS,
 9      vs.                    NO. 5:20-CV-05146-LHK-SVK
10   GOOGLE LLC,
11        DEFENDANT.
12   _____/
13
14                    *CONFIDENTIAL*
15         VIDEOTAPED DEPOSITION OF SAM HEFT-LUTHY
16          *VIA REMOTE COUNSEL VIDEOCONFERENCE*
17              MONDAY, DECEMBER 20, 2021
18                      VOLUME I
19
20
21
22   STENOGRAPHICALLY REPORTED BY:
23   MEGAN F. ALVAREZ, RPR, CSR No. 12470
24   JOB NO. 4974193
25   PAGES 1 - 331
```

Page 1

### Page 2

```
 1           UNITED STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA
 3               SAN JOSE DIVISION
 4
 5  PATRICK CALHOUN, ET AL., ON
 6  BEHALF OF THEMSELVES AND ALL
 7  OTHERS SIMILARLY SITUATED,
 8      PLAINTIFFS,
 9   vs.          NO. 5:20-CV-05146-LHK-SVK
10  GOOGLE LLC,
11      DEFENDANT.
12  _____/
13
14
15
16      Videotaped Videoconference Deposition of
17  SAM HEFT-LUTHY, Volume I, taken on behalf of Plaintiffs,
18  VIA REMOTE COUNSEL.  Deponent testifying from
19  San Francisco, California, beginning at 9:06 a.m. and
20  ending at 6:35 p.m. on Monday, December 20, 2021, before
21  Megan F. Alvarez, RPR, Certified Shorthand Reporter
22  No. 12470.
23
24
25
```

### Page 3

```
 1  APPEARANCES: (ALL PARTIES APPEARING VIA VIDEOCONFERENCE)
 2
 3  FOR PLAINTIFFS:
 4       BY:  JASON "JAY" BARNES, ESQ
 5            AN V  TRUONG, ESQ
 6       SIMMONS HANLY CONROY
 7       ONE COURT STREET
 8       ALTON, ILLINOIS 62002
 9       618 693 3104
10       JAYBARNES@SIMMONSFIRM COM
11  AND
12       BY:  LESLEY WEAVER, ESQ
13       BLEICHMAR FONTI & AULD LLP
14       555 12TH STREET, SUITE 1600
15       OAKLAND, CALIFORNIA 94607
16       415 445 4003
17       LWEAVER@BFALAW COM
18  AND
19       BY:  DAVID A  STRAITE, ESQ
20       DICELLO LEVITT GUTZLER
21       ONE GRAND CENTRAL PLACE
22       60 EAST 42ND STREET, SUITE 2400
23       NEW YORK, NEW YORK 10165
24       646 933 1000
25       DSTRAITE@DICELLOLEVITT COM
```

### Page 4

```
 1  APPEARANCES: (CONTINUED)
 2
 3  FOR DEFENDANTS:
 4       BY:  CARL SPILLY, ESQ.
 5            JOMAIRE CRAWFORD, ESQ.
 6       QUINN EMANUEL URQUHART & SULLIVAN LLP
 7       51 MADISON AVENUE, 22ND FLOOR
 8       NEW YORK, NEW YORK 10010
 9       212.849.7000
10       JOMAIRECRAWFORD@QUINNEMANUEL.COM
11       CARLSPILLY@QUINNEMANUEL.COM
12
13  ALSO PRESENT:
14       TONI BAKER, GOOGLE IN-HOUSE COUNSEL
15
16  THE VIDEO OPERATOR:
17       DAVID WEST, VERITEXT
18
19
20
21
22
23
24
25
```

### Page 5

```
 1              INDEX
 2  WITNESS                    EXAMINATION
 3  SAM HEFT-LUTHY
 4  VOLUME I
 5    BY MR. BARNES                 21
 6
 7           --o0o--
```

CONFIDENTIAL

|    | EXHIBITS MARKED FOR IDENTIFICATION | |
|----|------------------------------------|--|
| No. | Description | Page |
| Exhibit 1 | LinkedIn profile of Sam Heft-Luthy | 22 |
| Exhibit 2 | Document entitled "Key experience challenges," Bates GOOG-CABR-04754160 through 4754167 | 52 |
| Exhibit 3 | Document entitled ▮▮▮▮ Perspective readout, 9/2/2000," Bates GOOG-CABR-04754257 through 4754291 | 81 |
| Exhibit 4 | Document entitled "All new content moved over to the Perspective draft," Bates GOOG-CABR-04754929 through 4754315 | 99 |

Page 6

|    | EXHIBITS MARKED FOR IDENTIFICATION | |
|----|------------------------------------|--|
| No. | Description | Page |
| Exhibit 5 | Document entitled ▮▮▮▮ Perspective, Toward a ▮▮▮▮ experience strategy," Bates GOOG-CABR-04754627 through 4754632 | 109 |
| Exhibit 6 | Document entitled "A new approach to building trust, User & PDPO UX, 10/13/2020," Bates GOOG-CABR-03683283 through 3683355 | 124 |
| Exhibit 7 | Document entitled ▮▮▮▮ Experience Vision, Agency kick-off, 1/20/21," Bates GOOG-CABR-04834261 through 4834299 | 129 |
| Exhibit 8 | Document entitled "1P cross-product sharing control," Bates GOOG-CABR-04344170 through 4344173 | 134 |

Page 7

|    | EXHIBITS MARKED FOR IDENTIFICATION | |
|----|------------------------------------|--|
| No. | Description | Page |
| Exhibit 9 | Document entitled "SUNDAR presentation building blocks and owners," Bates GOOG-CABR-04015202 through 4015206 | 139 |
| Exhibit 10 | Document entitled "'Security Products,' messaging opportunities," Bates GOOG-CABR-04343585 through 4343588 | 145 |
| Exhibit 11 | Document entitled "1P cross-product sharing control," Bates GOOG-CABR-04344170 through 4344173 | 145 |
| Exhibit 12 | Privacy controls audit, Bates GOOG-CABR-03682003 | 156 |
| Exhibit 12A | Excel native file, Privacy controls audit, Bates GOOG-CABR-03682003 | 159 |

Page 8

|    | EXHIBITS MARKED FOR IDENTIFICATION | |
|----|------------------------------------|--|
| No. | Description | Page |
| Exhibit 13 | Document entitled "Do we have set of devices syncing to GAIA XXX?" | 160 |
| Exhibit 14 | E-mail dated 6/8/21 from Raquel Ruiz to Diogo Marques, My Linh, et al., Subject: 2021-06-08, Reassure xPA sync - Notes, Bates GOOG-CABR-04648710 through 4648712 | 163 |
| Exhibit 15 | E-mail string, topmost dated 10/15/19 from Sam Heft-Luthy to pdpo-pm, Subject Fwd: Aftenposten's story in tomorrow's print edition, Bates GOOG-CABR-03797625 through 3797628 | 180 |
| Exhibit 16 | Sam Heft-Luthy on Substack | 188 |

Page 9

3 (Pages 6 - 9)

Veritext Legal Solutions
866 299-5127

```
         EXHIBITS MARKED FOR IDENTIFICATION
No.        Description                Page
Exhibit 17   Article entitled "Markets, .........190
             Subjects, and The State," dated
             8/1/2020 by Sam Heft-Luthy

Exhibit 18   Message string, topmost dated ......192
             5/8/19 from Alexander
             Schiffhauer to Dina Lamdany,
             Jason Tiller, Megan Potoski, et
             al., Subject APM 16, Bates
             GOOG-CABR-03681851 through
             3681856

Exhibit 19   E-mail string, topmost dated .......205
             10/22/2020 from Greg Fair to Sam
             Heft-Luthy  Subject Re: Program
             Review: Privacy Surfaces, Bates
             GOOG-CABR-03820864 through
             3820869

Exhibit 20   Document entitled "User Privacy ....213
             Moment Outline," Bates
             GOOG-CABR-04343377 through
             4343390
                                              Page 10

         EXHIBITS MARKED FOR IDENTIFICATION
No.        Description                Page
Exhibit 21   Forums Overview document, Bates ....217
             GOOG-CABR-04344029 through
             4344038

Exhibit 22   Message string, topmost dated ......219
             1/16/2020 from Jason Liu to
             Jason Tiller, Megan Potoski,
             Spriha Baruah, et al., Subject
             APM 16, Bates GOOG-CABR-04034636
             and 4034637

Exhibit 23   Document entitled "GBO Comm Doc: ...223
             March 2021 Google privacy
             Update," last updated 3/31/2021,
             Bates GOOG-CABR-04755505 through
             4755542

Exhibit 24   Document entitled "Why .............225
             ▇▇▇▇▇▇?" Bates
             GOOG-CALH-00027419



                                              Page 11

         EXHIBITS MARKED FOR IDENTIFICATION
No.        Description                Page
Exhibit 25   Responses to Client Questions ......230
             document, Bates
             GOOG-CABR-04342101 through
             4342102

Exhibit 26   Excel spreadsheet, Bates ...........236
             GOOG-CALH-00061965

Exhibit 27   PDF printed version of Exhibit .....236
             26, Excel spreadsheet, Bates
             GOOG-CALH-00061965

Exhibit 28   ▇▇▇▇▇▇ Video Clip 7, Bates ........247
             GOOG-CALH-00045185

Exhibit 29   Document entitled "Team Deep .......247
             Dive, Q4 2020, Ads Identity &
             Infrastructure," Bates
             GOOG-CALH-00374314 through
             374448



                                              Page 12

         EXHIBITS MARKED FOR IDENTIFICATION
No.        Description                Page
Exhibit 30   E-mail dated 9/26/18 from David ....251
             Monsees to Reed La Botz, copying
             Carmela Acevedo, Sam Heft-Luthy,
             privacy advisor team, Subject:
             Re: Unauth search history
             questions, Bates
             GOOG-CALH-00452378 through
             452380

Exhibit 31   Screenshot of Google "Ad ...........256
             personalization settings" page

Exhibit 32   Document entitled "Google Terms ....265
             of Service, effective March 30,
             2020"

Exhibit 33   Document entitled "Google Chrome ...268
             Privacy Notice, Last modified:
             September 23, 2021"

Exhibit 34   Google Privacy Policy, effective ...273
             July 1, 2021
                                              Page 13
```

EXHIBITS MARKED FOR IDENTIFICATION

| No. | Description | Page |
|---|---|---|
| Exhibit 35 | Document entitled "Privacy Advisor on Search, Launch Analysis (2018/10/24 - 2018/11/30)," Bates GOOG-CALH-00294071 through 294104 | 261 |
| Exhibit 36 | E-mail dated 9/12/18 from David Warren to Sam Heft-Luthy, Subject: Privacy Advisor word design," Bates GOOG-CABR-03681278 and 3681279 | 272 |
| Exhibit 37 | E-mail dated 5/7/18 from Micha Segeritz to Maxim Kachurovskiy, copying Siarhei Kuryla, Greg Fair, Sam Heft-Luthy, et al., Subject: Re: Improvements to our Privacy Policy and Privacy Controls, Bates GOOG-CABR-00184893 through 184902 | 293 |

Page 14

EXHIBITS MARKED FOR IDENTIFICATION

| No. | Description | Page |
|---|---|---|
| Exhibit 38 | Message string from Tessa Lueth to Sam Heft-Luthy, Subject: [draft] Privacy P... - if this is too casual, we can remove, Bates GOOG-CABR-03680866 | 296 |
| Exhibit 39 | ** CLAWBACK EXHIBIT ** Bates GOOG-CABR-04340091 through 4341036 | 298 |
| Exhibit 40 | E-mail string, topmost dated 4/21/21 from Sean Convery to Peter Martin, copying Cary Bassin, Panos Mavrommatis, Sam Heft-Luthy, Jochen Eisinger, et al., Subject: Re: Update on Ads Guarantee for Security Products, Bates GOOG-CABR-04468818 through 4468822 | 306 |

Page 15

EXHIBITS MARKED FOR IDENTIFICATION

| No. | Description | Page |
|---|---|---|
| Exhibit 41 | Document entitled "Safer with Google, Immersion - PDPO, 03.17.21," Bates GOOG-CABR-05360799 through 5360831 | 313 |
| Exhibit 42 | Document entitled "3 privacy levers for building trustworthy products, July 15, 2021," Bates GOOG-CABR-05263127 through 5263313 | 315 |
| Exhibit 43 | Document entitled "Privacy Holding Tank," Bates GOOG-CABR-03683723 through 3683731 | 315 |

Page 16

EXHIBITS MARKED FOR IDENTIFICATION

| No. | Description | Page |
|---|---|---|
| Exhibit 44 | E-mail string, topmost dated 8/3/2020 from Sammit Adhya to Jan Hannerman, copying Greg Fair, Sam Heft-Luthy, Johanna Woll, Klio Rapakoulia, Robert Brauer, Subject: Re: Considerations for a short-link to signed out controls, Bates GOOG-CABR-00190671 through 190677 | 317 |
| Exhibit 45 | E-mail, Subject: Launched: update to Google's Privacy Policy, Bates GOOG-CABR-03681127 through 3681129 | 320 |

Page 17

5 (Pages 14 - 17)

## Page 18

```
 1      QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER
 2                      Page  Line
                         No.   No.
 3  Q. Mr. Heft-Luthy, were you instructed ...45    11
 4     not to answer questions about
 5     consent by your counsel?
 6  Q. Other than attorney-client ...........307    9
 7     privilege and sensitive
 8     communications, what did your
 9     lawyers tell you today,
10     Mr. Heft-Luthy?
11  Q. Did your lawyers tell you to take a ..307   15
12     long time in answering question
13     about whether e-mails that came
14     from your account were indeed from
15     you?
16  Q. Did your lawyers instruct you not ....308    4
17     to answer direct questions about
18     the privacy policy, Mr. Heft-Luthy?
19
20
21
22
23
24
25
```

## Page 19

```
 1          MONDAY, DECEMBER 20, 2021
 2               9:06 A M
 3
 4                  --o0o--
 5
 6        THE VIDEO OPERATOR: Good morning  We are      09:06:00
 7  on the record  The time is 9:06 a m  The date      09:06:01
 8  today is December 20, 2021                         09:06:06
 9        Please note the microphones are sensitive    09:06:12
10  and may pick up whispering and private             09:06:12
11  conversations                                      09:06:12
12        Audio and video recording will continue to   09:06:12
13  take place unless all parties agree to go off the  09:06:12
14  record                          09 06:12
15        This is Media Unit 1 of the video-recorded   09:06:22
16  deposition of Sam Heft-Luthy taken by counsel for  09:06:26
17  plaintiff in the matter of the Patrick Calhoun,    09:06:31
18  et al  vs  Google LLC filed in United States       09:06:33
19  District Court for the Northern District of        09:06:37
20  California, San Jose Division  The case number is  09:06:41
21  5:20-CV-05146-LHK-SVK                              09:06:43
22        The deposition is being conducted using      09:06:51
23  Remote Counsel technology, and all participants are 09:06:53
24  attending remotely                                 09:06:55
25        My name is David West  I am the              09:06:57
```

## Page 20

```
 1  videographer. The court reporter is Megan Alvarez.   09:07:01
 2  We represent Veritext Legal Solutions. I'm not       09:07:03
 3  related to any party in this action, nor am I        09:07:06
 4  financially interested in the outcome.               09:07:09
 5        Counsel will now state their appearances       09:07:11
 6  and affiliations for the record.                     09:07:13
 7        If there are any objections to proceeding,     09:07:15
 8  please state them at the time of your appearance     09:07:16
 9  beginning with noticing attorney.                    09:07:19
10        MR. BARNES: Thank you, Mr. West.               09:07:22
11        Jay Barnes and An Truong from                  09:07:24
12  Simmons Hanly Conroy on behalf of the plaintiffs.    09:07:25
13        We also have Lesley Weaver of BFA and          09:07:27
14  David Straite of DiCello Levitt Gutzler here with us 09:07:31
15  today.                                               09:07:34
16        MR. SPILLY: Carl Spilly from Quinn             09:07:36
17  Emanuel on behalf of the witness and Google.         09:07:38
18        Also with me is Jomaire Crawford from          09:07:43
19  Quinn Emanuel and Toni Baker from -- who is Google   09:07:46
20  in-house counsel.                                    09:07:50
21        THE VIDEO OPERATOR: Thank you.                 09:07:53
22        The court reporter may now swear the           09:07:53
23  witness in and we will continue.                     09:07:55
24  ///
25  ///
```

## Page 21

```
 1                                         09:07:55
 2             SAM HEFT-LUTHY,             09:07:55
 3  called as a witness by the Plaintiffs, having   09:07:56
 4  been first duly sworn, was examined and         09:07:56
 5  testified as follows:                           09:08:19
 6                  --o0o--                         09:08:19
 7               EXAMINATION                        09:08:19
 8  BY MR. BARNES:                                  09:08:20
 9  Q.  Good morning, Mr. Heft-Luthy. You stated    09:08:20
10  before this was the first time you'd taken -- given 09:08:22
11  testimony in a deposition, so let me go over some -- 09:08:26
12  some quick ground rules.                        09:08:28
13        If you need to take a break, let me know. 09:08:30
14  The rule, though, is you can't ask for a break in 09:08:31
15  the middle of a question.                       09:08:35
16        Do you understand that?                   09:08:37
17  A.  I understand, yes.                          09:08:38
18  Q.  Okay. And great, you also -- you did        09:08:39
19  something great. We always tell witnesses that when 09:08:42
20  you answer a question, you have to answer verbally 09:08:45
21  and not by shaking your head yes or no, because 09:08:48
22  shaking your head yes or no doesn't go well in the 09:08:51
23  transcript.                                     09:08:53
24        Do you understand that?                   09:08:53
25  A.  I do, yes.                                  09:08:54
```

Page 50

```
 1  that we do fits that legal advice in -- you know, in    09:50:05
 2  whatever legal regime that we're operating in.          09:50:10
 3       Again, I can go into the specifics around          09:50:13
 4  the way we try to improve transparency, some of the     09:50:15
 5  choices that we make.  But with regards to how we       09:50:18
 6  think about consent, that's, again, going to depend     09:50:21
 7  a lot on the context in which we're operating here.     09:50:25
 8  BY MR. BARNES:                                          09:50:28
 9       Q.  What is your understanding of that which       09:50:29
10  is necessary to obtain consent from users in the        09:50:30
11  United States to collect their browsing history?        09:50:34
12       MR. SPILLY:  Objection.  Calls for a legal         09:50:42
13  conclusion.                                             09:50:43
14       THE WITNESS:  So, again, I -- in any               09:50:46
15  moment with regards to a consent that we would have     09:50:49
16  to deliver in order to collect user browsing            09:50:53
17  history, I can walk through the process of              09:50:57
18  development there.                                      09:50:59
19       So what would happen is if there's new             09:51:00
20  obligations changing our responsibilities, new law      09:51:02
21  that's passed, new interpretation of existing law,      09:51:06
22  we'll receive counsel from counsel and change our       09:51:10
23  products in order to -- in order to match whatever      09:51:14
24  change in legal regime we're operating in.  That        09:51:18
25  includes the United States in various ways.  I can't    09:51:22
```

Page 51

```
 1  speak to the overall legal regime of the                09:51:25
 2  United States in much detail, but I'll be counseled     09:51:27
 3  on the specifics of that if something is relevant to    09:51:29
 4  a product that we're working on.                        09:51:32
 5  BY MR. BARNES:                                          09:51:34
 6       Q.  It's entirely a legal construct, not           09:51:34
 7  concern about how a consumer might answer the           09:51:37
 8  question, "Did I consent to that?"  Correct?            09:51:40
 9       MR. SPILLY:  Objection to the form.                09:51:46
10       THE WITNESS:  As -- as I've said before,           09:51:49
11  the work that we do concretely with regards to any      09:51:51
12  legal obligation that we have is certainly not          09:51:56
13  ignorant of user understanding, user transparency,      09:52:00
14  user engagement.  I'm sure we have exhibits that we     09:52:04
15  can go through to talk about the user research that     09:52:08
16  we do.                                                  09:52:11
17       So I wouldn't say that it's fair to                09:52:13
18  summarize the work that we do in consent as entirely    09:52:15
19  unrelated to user understanding.  Though, again, I'm    09:52:19
20  not going to be able to speculate on legal questions    09:52:23
21  of validity or -- or consent specifically as a legal    09:52:25
22  construct here.                                         09:52:31
23  BY MR. BARNES:                                          09:52:31
24       Q.  Mr. Heft-Luthy, I -- we've placed              09:52:32
25  Exhibit 2 in the share file.  Please let me know        09:52:35
```

Page 52

```
 1  when that's been transmitted?                           09:52:38
 2       MR. BARNES:  And, Ms. Truong, if you could         09:52:40
 3  do a screen share, please.                              09:52:42
 4       (Whereupon Exhibit 2 was marked for                09:52:44
 5       identification.)                                   09:52:44
 6  BY MR. BARNES:                                          09:52:51
 7       Q.  While we're waiting for Ms. Crawford -- do     09:52:51
 8  you not see it?  Let me ask -- I'll ask some            09:52:53
 9  questions while it's getting up.                        09:52:55
10       What is ███████, Mr. Heft-Luthy?                   09:52:57
11       MS. CRAWFORD:  Hold on.  If we could wait,         09:53:00
12  I'm not seeing an exhibit in the exhibit folder.        09:53:02
13  And can you confirm that it's there?                    09:53:07
14       Okay.  It just arrived just a second ago.          09:53:09
15  Give us all a second to get that loaded for the         09:53:12
16  witness.                                                09:53:15
17  BY MR. BARNES:                                          09:53:19
18       Q.  I'm going to ask questions that are            09:53:20
19  unrelated to the document until such time as you get    09:53:21
20  it up.                                                  09:53:23
21       What is ███████, Mr. Heft-Luthy?                   09:53:24
22       MR. SPILLY:  Objection.  Vague.                    09:53:27
23       MS. CRAWFORD:  Yeah, if you can wait a             09:53:28
24  second, because you're asking --                        09:53:29
25       MR. BARNES:  No, I'm not going to wait for         09:53:30
```

Page 53

```
 1  you to do the technology.  It is a question that is    09:53:31
 2  independent of the exhibit.                            09:53:34
 3  BY MR. BARNES:                                         09:53:34
 4       Q.  What is ███████, Mr. Heft-Luthy?              09:53:35
 5       MR. SPILLY:  Same objection.                      09:53:39
 6       THE WITNESS:  ███████████████████████             09:53:43
 7  ██████████████████████████████████████████             09:53:46
 8  ████████████████████                                   09:53:51
 9  BY MR. BARNES:                                         09:53:55
10       Q.  Whose idea was ███████?                       09:53:57
11       MR. SPILLY:  Objection.  Vague.                   09:54:03
12       THE WITNESS:  Like most projects at               09:54:08
13  Google, ███████ came out of a variety of               09:54:09
14  different inputs, both work that I had been engaging   09:54:13
15  in previously as a manager of a team we call ████     09:54:17
16  ████, which is ████████████████████                    09:54:21
17  ████████████████████████████████                       09:54:25
18  ██████████████████████████████████████                 09:54:31
19  ███████.  And, again, like most projects, there        09:54:35
20  are a variety of different people that are coming      09:54:38
21  together to start a -- to start a project like this.   09:54:40
22  BY MR. BARNES:                                         09:54:43
23       Q.  Okay.  Were you the project manager for --    09:54:44
24  I'm sorry -- product.                                  09:54:47
25       Were you the product manager for                  09:54:49
```

```
 1       MR. BARNES:  Thank you, Mr. Spilly.  Your    18:34:59
 2  objection to keeping the deposition open is noted.  18:35:01
 3       MR. SPILLY:  Thank you.                      18:35:07
 4       MR. BARNES:  Let's go off the record.        18:35:11
 5       THE VIDEO OPERATOR:  Okay.  This will end    18:35:14
 6  today's deposition of Sam Heft-Luthy.  The total  18:35:15
 7  number of media units used in the deposition today  18:35:19
 8  was 12 and will be retained by Veritext Legal     18:35:22
 9  Solutions.  We are off the record at 6:35 p.m.    18:35:24
10  Pacific Time.  Thank you.                         18:35:27
11           (TIME NOTED:  6:35 p.m.)
12                    * * * * *
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 326
```

```
 1                CERTIFICATE OF REPORTER
 2       I, the undersigned, a Certified Shorthand
 3  Reporter of the State of California, do hereby
 4  certify:
 5       That the foregoing proceedings were taken
 6  before me at the time and place herein set forth;
 7  that any witnesses in the foregoing proceedings,
 8  prior to testifying, were administered an oath; that
 9  a verbatim record of the proceedings was made by me
10  using machine shorthand, which was thereafter
11  transcribed under my direction; and that the
12  foregoing is an accurate transcription thereof.
13       Further, that if the foregoing pertains to
14  the original transcript of a deposition in a federal
15  case, before completion of the proceedings, review
16  of the transcript [ ] was [X] was not requested.
17       I further certify that I am neither
18  financially interested in the action, nor a relative
19  or employee of any attorney of any party to this
20  action.
21       IN WITNESS WHEREOF, I have this date
22  subscribed my name.
23  DATED: December 30, 2021
24                    [signature]
                       MEGAN F. ALVAREZ
25                     CSR No. 12470, RPR
                                                    Page 328
```

```
 1
 2
 3
 4
 5
 6       I, SAM HEFT-LUTHY, do hereby declare
 7  under penalty of perjury that I have read the
 8  foregoing transcript; that I have made any
 9  corrections as appear noted, in ink, initialed by
10  me, or attached hereto; that my testimony as
11  contained herein, as corrected, is true and correct.
12
13
14
15
16
17       _____
           SAM HEFT-LUTHY
18         1/26/2022
19      _____
20         DATE
21         VOLUME I
22
23
24
25
                                                    Page 327
```

```
 1  JASON "JAY" BARNES, ESQ.
 2  jaybarnes@simmonsfirm.com
 3                  December 30, 2021
 4  RE: CALHOUN VS. GOOGLE LLC
 5  DECEMBER 20, 2021, SAM HEFT-LUTHY, JOB NO. 4974193
 6  The above-referenced transcript has been
 7  completed by Veritext Legal Solutions and
 8  review of the transcript is being handled as follows:
 9  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext
10     to schedule a time to review the original transcript at
11     a Veritext office.
12  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF
13     Transcript - The witness should review the transcript and
14     make any necessary corrections on the errata pages included
15     below, notating the page and line number of the corrections.
16     The witness should then sign and date the errata and penalty
17     of perjury pages and return the completed pages to all
18     appearing counsel within the period of time determined at
19     the deposition or provided by the Code of Civil Procedure.
20  __ Waiving the CA Code of Civil Procedure per Stipulation of
21     Counsel - Original transcript to be released for signature
22     as determined at the deposition.
23  __ Signature Waived – Reading & Signature was waived at the
24     time of the deposition.
25
                                                    Page 329
```