| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (Cal. Bar No. 191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>aornelas@bfalaw.com<br>jsamra@bfalaw.com | **DICELLO LEVITT GUTZLER LLC**<br>David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place<br>60 East 42nd Street, Suite 2400<br>New York, NY 10165<br>Tel.: (646) 933-1000<br>dstraite@dicellolevitt.com<br><br>Amy Keller (admitted *pro hac vice*)<br>Adam Prom (admitted *pro hac vice*)<br>Sharon Cruz (admitted *pro hac vice*)<br>Ten North Dearborn St., Sixth Floor<br>Chicago, IL 60602<br>Tel.: (31) 214-7900<br>akeller@dicellolevitt.com<br>aprom@dicellolevitt.com<br>scruz@dicellolevitt.com |
| **SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Eric Johnson (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>jaybarnes@simmonsfirm.com<br>atruong@simmonsfirm.com<br>ejohnson@simmonsfirm.com | |

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>**CIVIL L.R. 7-11 and 79-5(f)**<br><br>Referral: Hon. Susan van Keulen, USMJ<br><br>No Hearing Date Set Pursuant to L.R. 7-11(c) |

1  Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order entered
2  in this matter, Dkt. No. 61, Plaintiffs respectfully submit this Administrative Motion to Consider
3  Whether Another Party's Material Should be Sealed, to the extent such material is quoted,
4  summarized, or otherwise reflected in the documents (or portions thereof) indicated below:

|   | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| 1 | Plaintiffs' Objections and Motion to Modify Special Master R&R Re: Modified Preservation Plan (Sealed Dkt. No. 665) | Page 1, Lines 9-12, 16-22; Page 2, Lines 9, 10, 14; Page 3, Lines 22-23; Page 4, Line 27; Page 5, Lines 1-2, 13-20, 23-24, 26-27; Page 6, Lines 2-10, 15-22, 24, 26-28; Page 7, Lines 1-5, 7-9, 18-19, 22-23, 26; Page 8, Lines 1-6, 9, 17-19, 22-24; Page 9, Lines 1-4, 6-7, 9-21, 27; Page 10, Lines 3-5, 8-13. | Defendant to provide evidence, per Local Rule 79-5(f) |
| 2 | Declaration of David Straite in Support of Plaintiffs' Objections and Motion to Modify | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 3 | Exhibits A-C in Support of Plaintiffs' Objections and Motion to Modify | Entire Documents | Defendant to provide evidence, per Local Rule 79-5(f) |

18  Paragraph 12.4 of the Stipulated Protective Order prohibits a party from filing materials
19  designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in the public record.
20  Portions of the documents listed above quote, summarize, or otherwise reflect information that
21  Defendant Google LLC has designated "Confidential" or "Highly Confidential – Attorneys' Eyes
22  Only." Pursuant to Civil Local Rules 79-5(c)(1) and (f)(3), Defendant, as the Designating Party,
23  bears the responsibility to establish that all of the designated material is sealable.

Dated: June 8, 2022                                Respectfully submitted,

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br><br>By:  */s/ Lesley E. Weaver*<br>Lesley Weaver (Cal. Bar No. 191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>aornelas@bfalaw.com<br>jsamra@bfalaw.com<br><br>**SIMMONS HANLY CONROY LLC**<br><br>By:  */s/ Jay Barnes*<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Eric Johnson (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>jaybarnes@simmonsfirm.com<br>atruong@simmonsfirm.com<br>ejohnson@simmonsfirm.com | **DICELLO LEVITT GUTZLER LLC**<br><br>By:  */s/ David Straite*<br>David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place<br>60 East 42nd Street, Suite 2400<br>New York, NY 10165<br>Tel.: (646) 933-1000<br>dstraite@dicellolevitt.com |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, David Straite, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 8, 2022                              /s/ *David Straite*
                                                          David A. Straite

ATTESTATION                                                        CASE NO. 4:20-CV-05146-YGR-SVK

**CERTIFICATE OF SERVICE**

     I, David A. Straite, hereby certify that on June 8, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filings to be delivered to counsel for Defendant Google LLC via electronic mail.

Dated:  June 8, 2022                         /s/ *David Straite*
                                                     David A. Straite