|   |   |
|---|---|
| 1 | **DICELLO LEVITT GUTZLER LLC** |
| 2 | David A. Straite (admitted *pro hac vice*) |
|   | One Grand Central Place |
| 3 | 60 E. 42nd Street, Suite 2400 |
|   | New York, NY 10165 |
| 4 | Tel.: (646) 993-1000 |
|   | *dstraite@dicellolevitt.com* |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 4:20-cv-05146-YGR-SVK

**DECLARATION OF DAVID A. STRAITE IN SUPPORT OF PLAINTIFFS' OBJECTIONS AND MOTION TO MODIFY SPECIAL MASTER REPORT AND RECOMMENDATION REGARDING MODIFIED PRESERVATION PLAN (SEALED DKT. NO. 665)**

# REDACTED IN ITS ENTIRETY