**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy Keller (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (31) 214-7900
*akeller@dicellolevitt.com*

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>**CIVIL L.R. 7-11 and 79-5(f)**<br><br>No Hearing Date Set Pursuant to L.R. 7-11(c) |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order entered in this matter, Dkt. No. 61, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed, to the extent such material is quoted, summarized, or otherwise reflected in the documents (or portions thereof) indicated below:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| 1 | Plaintiffs' Brief re: Targeted Use of *Calhoun* Discovery in *In re Google RTB Consumer Privacy Litigation*, Pursuant to Dkt. 683 | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 2 | Declaration of Zubair Shafiq in Support of Plaintiffs' Motion for Targeted Use of Calhoun Discovery in *In re Google RTB Consumer Privacy Litigation* | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 3 | Declaration of Lesley Weaver in Support of Plaintiffs' Brief re: Targeted Use of *Calhoun* Discovery in *In re Google RTB Consumer Privacy Litigation*, Pursuant to Dkt. 683 | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 4 | Exhibits A – O to the Declaration of Lesley Weaver | Entire documents | Defendant to provide evidence, per Local Rule 79-5(f) |

Paragraph 12.4 of the Stipulated Protective Order prohibits a party from filing materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in the public record. Portions of the documents listed above quote, summarize, or otherwise reflect information that Defendant Google LLC has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only." Pursuant to Civil Local Rules 79-5(c)(1) and (f)(3), Defendant, as the Designating Party, bears the responsibility to establish that all of the designated material is sealable.

In accordance with Civil Local Rules 79-5(d) and (e), the following attachments accompany this motion:

1. a proposed order that lists in table format the documents sought to be sealed;

2. an **unredacted** version of Plaintiffs' Brief re: Targeted Use of *Calhoun* Discovery in *In re Google RTB Consumer Privacy Litigation*, Pursuant to Dkt. 683;

3. an **unredacted** version of the Declaration of Zubair Shafiq in Support of Plaintiffs' Motion for Targeted Use of Calhoun Discovery in *In re Google RTB Consumer Privacy Litigation*;

4. an **unredacted** version of the Declaration of Lesley Weaver in Support of Plaintiffs' Brief re: Targeted Use of *Calhoun* Discovery in *In re Google RTB Consumer Privacy Litigation*, Pursuant to Dkt. 683; and

5. **unredacted** versions of Exhibits A – O to the Declaration of Lesley Weaver.

Dated: June 8, 2022                                             Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**                **DICELLO LEVITT GUTZLER LLC**

By:   */s/ Lesley E. Weaver*                                By:   */s/ David A. Straite*
Lesley E. Weaver (SBN 191305)                        David A. Straite (admitted *pro hac vice*)
Anne K. Davis (SBN 267909)                            Corban Rhodes (admitted *pro hac vice*)
Joshua D. Samra (SBN 313050)                        One Grand Central Place
555 12th Street, Suite 1600                              60 East 42nd Street, Suite 2400
Oakland, CA 94607                                             New York, NY 10165
Tel.: (415) 445-4003                                            Tel.: (646) 933-1000
Fax: (415) 445-4020                                            dstraite@dicellolevitt.com
lweaver@bfalaw.com                                         crhodes@dicesllolevitt.com
adavis@bfalaw.com
jsamra@bfalaw.com                                          Amy Keller (admitted *pro hac vice*)
                                                                              Ten North Dearborn St., Sixth Floor
**SIMMONS HANLY CONROY LLC**              Chicago, IL 60602
                                                                              Tel.: (31) 214-7900
By:   */s/ Jay Barnes*                                        akeller@dicellolevitt.com
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com

*Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

 I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 8, 2022           /s/ *Lesley E. Weaver*
                      Lesley E. Weaver

# **CERTIFICATE OF SERVICE**

I, Lesley E. Weaver, hereby certify that on June 8, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.

I caused a copy of the under seal filings to be served via electronic mail to counsel for Defendant Google LLC in this action, as well as counsel for Defendant Google LLC in the *In re Google RTB Consumer Privacy Litigation* action, pursuant to the Court's order, as set forth below.

| | |
|---|---|
| **Quinn Emanuel Urquhart & Sullivan, LLP** | **Cooley LLP** |
| Andrew H. Schapiro, Esq. | Michael G. Rhodes, Esq. |
| andrewschapiro@quinnemanuel.com | Whitty Somvichian, Esq. |
| 191 N. Wacker Drive, Suite 2700 | Jeffrey M. Gutkin, Esq. |
| Chicago, IL 60606 | Aarti Reddy, Esq. |
| Telephone: (312) 705-7400 | Kyle C. Wong, Esq. |
| Facsimile: (312) 705-7401 | Kelsey R. Spector, Esq. |
| | Colin S. Scott, Esq. |
| Stephen A. Broome, Esq. | Anupam Dhillon, Esq. |
| sb@quinnemanuel.com | 3 Embarcadero Center, 20th floor |
| Viola Trebicka, Esq. | San Francisco, CA 94111 |
| violatrebicka@quinnemanuel.com | Tel.: 415-693-2000 |
| 865 S. Figueroa Street, 10th Floor | Fax: 415-693-2222 |
| Los Angeles, CA 90017 | rhodesmg@cooley.com |
| Telephone: (213) 443-3000 | wsomvichian@cooley.com |
| Facsimile: (213) 443-3100 | jgutkin@cooley.com |
| | areddy@cooley.com |
| Jomaire Crawford, Esq. | kwong@cooley.com |
| jomairecrawford@quinnemanuel.com | kspector@cooley.com |
| 51 Madison Avenue, 22nd Floor | cscott@cooley.com |
| New York, NY 10010 | adhillon@cooley.com |
| Telephone: (212) 849-7000 | |
| Facsimile: (212) 849-7100 | Robby L.R. Saldaña, Esq. |
| | 1299 Pennsylvania Avenue NW, Suite 700 |
| Josef Ansorge, Esq. | Washington, DC 20004 |
| josefansorge@quinnemanuel.com | Tel.: 202-776-2109 |
| Carly Spilly, Esq. | Fax: 202-842-7899 |
| carlspilly@quinnemanuel.com | rsaldana@cooley.com |
| 1300 I Street NW, Suite 900 | |
| Washington D.C. 20005 | *Counsel for Defendant Google LLC* |
| Telephone: (202) 538-8000 | *In re Google RTB Consumer Privacy* |
| Facsimile: (202) 538-8100 | *Litigation* |

| | |
|---|---|
| 1 | Jonathan Tse, Esq. |
| 2 | jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 3 | San Francisco, CA 94111<br>Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |

*Attorneys for Defendant Google LLC*
*Calhoun, et al. v. Google LLC*

Dated: June 8, 2022                                    /s/ *Lesley E. Weaver*
                                                                      Lesley E. Weaver