| | |
|---|---|
| | **IN THE UNITED STATES DISTRICT COURT**<br>**FOR THE NORTHERN DISTRICT OF CALIFORNIA**<br>**OAKLAND DIVISION** |
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR (SVK)<br><br>**DECLARATION OF PROF. ZUBAIR SHAFIQ IN SUPPORT OF PLAINTIFFS' MOTION FOR TARGETED USE OF *CALHOUN* DISCOVERY IN *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION***<br><br>Hon. Yvonne Gonzalez-Rogers |
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION*<br><br>*This document applies to all actions.* | Case No. 4:21-cv-02155-YGR (VKD)<br><br>Hon. Yvonne Gonzalez-Rogers |

**DOCUMENT SOUGHT TO BE SEALED**
**REDACTED IN ITS ENTIRETY**

Case No. 4:20-cv-05146-YGR
DECLARATION OF PROF Z. SHAFIQ