# DECLARATION OF PATRICK QUAID ISO GOOGLE LLC'S OBJECTIONS TO SPECIAL MASTER'S REPORT

# Redacted Version of Document Sought to be Sealed

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

GOOGLE LLC,

Defendant.

Case No. 4:20-cv-05146-YGR-SVK

### DECLARATION OF PATRICK QUAID

1. I am a Senior Software Engineer employed by Google LLC. I have been employed at Google as an engineer since September 2012. I have been the Technical Lead for ▓▓▓ since 2014. In my capacity as Technical Lead, I am ultimately responsible for the design, performance and reliability of ▓▓▓ As part of my duties, I am personally aware of how ▓▓▓ stores and organizes the data, and the tools available to search and filter the data. I also have access to metrics related to ▓▓▓, including statistics related to the volume and size of the data stored. I make this declaration based on personal knowledge and information provided to me by Google colleagues, and if called to testify, I could and would competently testify to such facts.

2. I understand the Special Master has recommended that Google do a "full ongoing preservation of certain fields (where they are present) from ENTIRE ▓▓▓ and ▓▓▓ ▓▓▓] Keyspace[s] (i.e. ALL COLUMNS):

- sync state
- Incognito Bit(s)
- Any ID Not mentioned below
- IP v4 & v6
- ▓▓▓
- query
- Referrer

- Useragent
- Biscotti – Encrypted UID
- Biscotti – UID
- Rewritten Page URL
- ▮▮▮▮
- ▮▮▮▮
- Client Country

Dkt. 661-1 at 20-21, 29-30.

3. ▮▮▮ and ▮▮▮ are large scale key-value databases that store data keyed to GAIA IDs and Zwieback IDs respectively. They are a collection of key-value pairs that are stored as individual records in columns (also called "datatypes"). Each column functions as an independent data source that contains a collection of rows, and each row contains a limited number of fields and values written to it.

4. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5. Each key-value pair in ▮▮▮ can be retrieved only by the key value ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮. Simply put, every entry in every column in the ▮▮▮ keyspace contains a GAIA ID along with other field-values, and every entry in every column in the ▮▮▮ keyspace contains a Zwieback ID along with other field-values. Therefore, an instruction to preserve a field that contains a GAIA ID or Zwieback ID would sweep in the entire ▮▮▮▮▮ keyspaces.

6. As of June 7, 2022, ▮▮▮ stores about ▮▮▮ of data, and the compressed daily average of new data written to it is around ▮▮▮. As of the same date, ZWBK Kansas stores about ▮▮▮ of data and the compressed daily average of new data written to it is about ▮▮▮

7. ▮▮▮▮▮▮▮▮▮▮ store field-values keyed by GAIA IDs or Zwieback IDs. Therefore, ▮▮▮ supports retrieving the entries by the key-value (GAIA ID or

1  Zwieback ID), but cannot be filtered for field-values or field names. In particular, it cannot be
2  filtered for any of the field-values listed in paragraph 2 above.
3      8.    ███ does not maintain a list of specific fields in each ████████
4  ███ column, nor does it have a way of generating such a list. ███ also does not support search
5  by field name. Therefore, I am not aware of a way to readily determine whether any ██████
6  ████████ columns contain any of the field-values called out above in paragraph two. To
7  determine whether a column contains the requested field-values, I would have to survey the
8  engineering team owners.
9      9.    More than ███ different Google product teams store data within ████ █
10 ████████████████████████████████████████████████████
11 ████████████████████████████████████████████████████
12 ████████████████████████████████████████
13     I declare under penalty of perjury that the foregoing is true and correct.
14     Executed on the 8th day of June 2022 at New York.

By: ___/s/ Patrick Quaid___
Patrick Quaid