UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 20-cv-05146-YGR   (SVK)<br><br>**ORDER TO PROVIDE CHAMBERS COPIES OF SUBMISSIONS ON PLAINTIFFS' MOTION FOR SANCTIONS FOR DISCOVERY MISCONDUCT** |

The Court directs each side to provide **two copies** of all submissions (including briefs, declarations, exhibits, and proposed findings of fact and conclusions of law) associated with Plaintiffs' Motion for an Order of Sanctions for Google's Discovery Misconduct (Dkt. 670). The chambers copies should include only the unredacted versions of documents, should be printed double-sided, and should be organized in binders with tabs. Chambers copies of the submissions to date are to be delivered by **June 16, 2022.** Chambers copies of upcoming submissions are due the day after they are filed. The chambers copies may be delivered to the San Jose Clerk's Office by 1:00 p.m. or placed in the drop box at the San Jose Courthouse by 4:30 p.m. on the due date.

**SO ORDERED.**

Dated: June 9, 2022

*[signature]*

SUSAN VAN KEULEN
United States Magistrate Judge