**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al*, individually and on behalf of all similarly situated,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>GOOGLE LLC,<br><br>　　　Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**GOOGLE LLC'S SUBMISSION IN RESPONSE TO DKT. 684**<br><br>Hon. Susan van Keulen, USMJ |

The topic on which Google designated Display Ads Finance Manager, Katie Lewinski, as a Rule 30(b)(6) deponent was clear: Google's Display Ads Profit and Loss Statements for 2018-2021 (the "P&Ls").[1] Yet, four days before her deposition, Plaintiffs sent Google five questions outside the scope of this agreed-to topic—and then questioned her over Google's objections. Plaintiffs ask Google to identify, for the entire class period, Display Ads revenue, costs, profits, and traffic attributed to Chrome users in the United States. But Plaintiffs *concede* these questions are out of scope.[2] The P&Ls, which provide Google's global revenues, costs, and profits for Display Ads products, do not provide the granular breakdown that would be necessary to address Plaintiffs' questions. Nor can Google easily obtain this information.[3]

Plaintiffs' requested relief (Dkt. 677-2 at 3) attempts to circumvent the Court's March 18 Order directing the parties to confer on the relevant dashboards to resolve their revenue-related discovery disputes. (Dkt. 579 at 5).[4] Plaintiffs claimed Google "could likely" query a dashboard to answer their questions (Plfs' March 20, 2022 Email). But pursuant to the Court's Order, the parties had conferred, agreed on a set of queries for each dashboard, and Google produced the query results. Plaintiffs then deposed another Rule 30(b)(6) witness, Dr. Glenn Berntson, on these very results as well as on "Display ad revenue in the U.S. attributable to Chrome."[5] But three months after fact discovery has ended, Plaintiffs ask this Court to require Google to essentially provide Interrogatory responses to Plaintiffs' questions or issue an evidentiary ruling. This improper attempt to circumvent this Court's Order and impose undue and unwarranted burdens on Google should be rejected.

---

[1] Google notified Plaintiffs of this limited scope on March 7, and again on March 18 and 28, and even referenced the P&L Bates numbers to underscore that the testimony would be limited to these documents. Mindful that Plaintiffs had only 30 minutes of allocated time remaining for this deposition, Google also notified Plaintiffs three days in advance of the deposition that it objected to their pre-deposition questions.

[2] *See* Plfs' May 20, 2022 Email (acknowledging "fact that such answers may not be readily apparent from Display Ads' formal profit-and-loss statements.").

[3] Google explained at the March 17, 2022 hearing that formal documents showing Display Ads revenue, costs, and profits attributed to Chrome users in the United States do not exist in the normal course of business. *See* March 17, 2022 Hrg. Tr. 28:8-30:3.

[4] Understanding Google's limitation in terms of the revenue-related information it could obtain, the Court asked: "[W]ith regards to attribution of revenue through Chrome being reflected on dashboards …Google's position is it will produce that information if that takes care of this issue?" Google responded: "If that will resolve the dispute and if we can just get going with the 30(b)6 depositions so that we can conclude, Your Honor, yes." *See* March 17, 2022 Hr. Tr. 29:2-39:3.

[5] *See* Plfs' April 13, 2022 Ltr. to Google re Plaintiffs' Identification of Topics and Documents for Glenn Berntson 30(b)(6) Deposition; April 14, 2022 Rule (30)(b)(6) Deposition Tr. at 67-73.

| | | |
|---|---|---|
| 1 | DATED: June 10, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  */s/ Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*
carlspilly@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor

New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*