1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. Having considered the supporting declaration of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following materials remain filed under seal:

|   | **Document** | **Portions Sought to be Sealed** | **Evidence Offered in Support of Sealing** | **Ruling** |
|---|---|---|---|---|
| 1 | Plaintiffs' Statement Pursuant to Court Order (Dkt. 684) | Lines 3-5, 8-9, 9-10, 14-15, 18, 19, 20-21, 23-24, 24-26, 27-29, 30-32, 32-33, 35-36, 37-39 | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Exhibit A to Plaintiffs' Statement | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 3 | Exhibit B to Plaintiffs' Statement | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                                                    Hon. Susan van Keulen
                                                                                                    UNITED STATES MAGISTRATE JUDGE