1

2

3

4

5

6

7

8

9

10

11

12

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

13

14    PATRICK CALHOUN, *et al.*, on behalf of
       themselves and all others similarly situated,

15            Plaintiffs,

16        v.

17    GOOGLE LLC,

18            Defendant.

19

20

21

Case No. 4:20-cv-05146-YGR-SVK

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' ADMINISTRATIVE
MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD
BE SEALED**

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. Having considered the supporting declaration of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following materials remain filed under seal:

|  | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Exhibit B to Notice of Errata re Plaintiffs' Statement Pursuant to Court Order (Dkt. 684) (correction of Exhibit B docketed at ECF Nos. 698-5, 698-6, 699-2) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Dated: _____      _____
Hon. Susan van Keulen
UNITED STATES MAGISTRATE JUDGE