1

2

3                                  UNITED STATES DISTRICT COURT

4                                 NORTHERN DISTRICT OF CALIFORNIA

5

6      PATRICK CALHOUN, et al.,                        Case No.  20-cv-05146-YGR   (SVK)

7                   Plaintiffs,

8             v.                                       **FURTHER ORDER RE DISCOVERY
                                                       DISPUTE RE RULE 30(B)(6)
9      GOOGLE LLC,                                     DEPOSITION**

10                  Defendant.                         Re: Dkt. No. 702

11           The Court is in receipt of Plaintiffs' errata submitting the correct Exhibit B in response to

12    this Court's prior order on this subject.  Dkt. 700; 701-2.   Because the Court is, upon further

13    consideration, of the view that the erroneous Exhibit B was obviously incorrect on its face, the

14    Court will consider the errata.

15           Topic 1(a) of the 30(b)(6) notice is directed to relevant information in proportion to the

16    needs of the case, provided that the information is calculated or tracked by Google in the ordinary

17    course of business.  The five questions in dispute are within scope of the notice.  Dkt. 701-2.

18    Notwithstanding Plaintiffs' clarification regarding the disputed questions, however, the request for

19    relief ("Google be compelled to provide written responses to the items identified in advance (*see*

20    Ex. B), including supporting documentation, calculations and data where appropriate") remains

21    overbroad as to "documentation, calculations and data."  Plaintiffs do not seek a further

22    deposition.

23           Accordingly, The Court **ORDERS** as follows:

24           Not later than **June 20, 2022**, Google is to provide a table, with a row for each of the

25    disputed questions and a column for each year 2016-present, setting forth the responsive

26    ////

27    ////

28    ////

United States District Court
Northern District of California

1    information that Google calculates or tracks in the ordinary course of business.  If the information

2    is not maintained in the ordinary course of business, Google is to expressly so state.

3    **SO ORDERED.**

4    Dated: June 14, 2022

5

6    _____

7    SUSAN VAN KEULEN
     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2