UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION FOR CLARIFICATION OF JUNE 13, 2022 DISCOVERY ORDER (DKT. 700)**<br><br>Judge: Hon. Susan van Keulen |

1       Google LLC seeks an order clarifying the Court's June 13, 2022 Order re Discovery Disputes
2  re RFP No. 5 and Rule 30(b)(6) Deposition (Dkt. 700) ("Discovery Order"). Having considered the
3  arguments of the parties and the papers submitted, Google's Motion for Clarification is GRANTED.
4       Pursuant to the June 13, 2022 Discovery Order:
5       1.      For any Named Plaintiff litigation hold log data Google processed and segregated in
6  March 2022 for which Google has not yet provided notice to third-party publishers, Google is to
7  provide that notice no later than **June 15, 2022**;
8       2.      All Named Plaintiff litigation hold log data Google processed and segregated in
9  March 22, regardless of third-party notification status, must be produced no later than **June 30,**
10 **2022**.

**IT IS SO ORDERED**.

DATED: _____    _____
                                          THE HONORABLE SUSAN VAN KEULEN
                                          United States Magistrate Judge