UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>          Defendant. | Case No.  20-cv-05146-YGR   (SVK)<br><br>**ORDER SETTING JUNE 16, 2022 DEADLINE FOR RESPONSE TO GOOGLE'S ADMINISTRATIVE MOTION FOR CLARIFICATION** |

Any response to Google LLC's Administrative Motion for Clarification of June 13, 2022 Discovery Order (Dkt. 705) is due **June 16, 2022.**

**SO ORDERED.**

Dated: June 15, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge