

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED<br>RE: MOTION TO MODIFY SPECIAL MASTER REPORT (DKT. 690)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6

### [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed re: Plaintiffs' Objections and Motion to Modify Special Master Report and Recommendation (Dkt. 690).

Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Plaintiffs' Objections and Motion to Modify Special Master R&R Re: Modified Preservation Plan (Dkt. 665) | GRANTED as to the portions at: 1:9-11, 1:17, 1:19, 5:18-20, 5:23-24, 6:2, 6:8, 6:10, 6:18, 6:21-22, 7:1, 7:3-5, 7:8, 7:23, 8:2-3, 8:17-19, 8:22-24, 9:1-4, 9:6, 9:9-12, 9:13-21, 9:27, 10:8-10 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including the various types of data sources which include information related to Google's internal project, data signals, and logs and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Declaration of David Straite in Support of Plaintiffs' Objections and Motion to Modify | GRANTED as to the portions at: 1:14-15, 1:17-21 | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including the various types of data sources which include information related to Google's internal project, data signals, and logs and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
| Exhibit A (GOOG-CALH-01170421) | GRANTED as to the portions at: Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including the various types of data sources which include information related to Google's internal data signals and logs and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Exhibit B (GOOG-CABR-00893711) | GRANTED as to the portions at:<br><br>Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including the various types of data sources which include information related to proprietary functionalities of Google's services, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |
|---|---|---|
| Exhibit C (GOOG-CABR-00096597) | GRANTED as to the portions at:<br><br>Redacted in its entirety | Narrowly tailored to protect confidential technical information regarding highly sensitive features of Google's internal systems and operations, including the various types of data sources which include information related to Google's internal projects and services, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. |

**IT IS SO ORDERED**.

DATED: _____

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge