1  **DiCELLO LEVITT GUTZLER LLC**
2  David A. Straite (admitted *pro hac vice*)
   One Grand Central Place
3  60 E. 42nd Street, Suite 2400
   New York, NY 10165
4  Tel.: (646) 993-1000
   Fax: (646) 494-9648
5  dstraite@dicellolevitt.com

6
7
8
9              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                        OAKLAND DIVISION
11

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-05146-YGR-SVK |
| Plaintiffs, | **DECLARATION OF DAVID A. STRAITE IN SUPPORT OF PLAINTIFFS' RESPONSE TO GOOGLE'S OBJECTIONS (DKT. NO. 695) TO SPECIAL MASTER'S MODIFIED PRESERVATION PLAN (DKT NOS. 665, 666)** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**