# EXHIBIT 1

# DOCUMENT FILED COMPLETELY UNDER SEAL