# EXHIBIT 2

# DOCUMENT FILED COMPLETELY UNDER SEAL