# EXHIBIT 3

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN JOSE DIVISION
 4                           ---o0o---
 5   PATRICK CALHOUN, et al.,     )
     on behalf of themselves and  )
 6   all others similarly         )
     situated,                    )
 7                                )
             Plaintiffs,          )Case No.
 8                                )5:20-cv-5146-LHK-SVK
     vs.                          )
 9                                )
     GOOGLE LLC,                  )
10                                )
             Defendant.           )
11   _____)
     CHASOM BROWN, et al.,        )
12   on behalf of themselves and  )
     all others similarly         )
13   situated,                    )
                                  )
14           Plaintiffs,          )Case No.
                                  )5:20-cv-03664-LHK
15   vs.                          )
                                  )
16   GOOGLE LLC,                  )
                                  )
17           Defendant.           )
     _____)
18                           ---o0o---
                 Videotaped Zoom Deposition of
19                  HUEI-HUNG (CHRIS) LIAO
             CONFIDENTIAL, ATTORNEYS' EYES ONLY
20
21               Thursday, December 2, 2021
22                           ---o0o---
23   Job No.: 4893183
24   Katy E. Schmidt
     RPR, RMR, CRR, CSR 13096
25   Pages 1 - 218
```

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN JOSE DIVISION
 4                          ---oOo---
 5   PATRICK CALHOUN, et al.,      )
     on behalf of themselves and   )
 6   all others similarly          )
     situated,                     )
 7                                 )
             Plaintiffs,           )Case No.
 8                                 )5:20-cv-5146-LHK-SVK
     vs.                           )
 9                                 )
     GOOGLE LLC,                   )
10                                 )
             Defendant.            )
11   _____)
     CHASOM BROWN, et al.,         )
12   on behalf of themselves and   )
     all others similarly          )
13   situated,                     )
                                   )
14           Plaintiffs,           )Case No.
                                   )5:20-cv-03664-LHK
15   vs.                           )
                                   )
16   GOOGLE LLC,                   )
                                   )
17           Defendant.            )
     _____)
18
             BE IT REMEMBERED that, pursuant to Notice, and
19   on Thursday, the 2nd day of December, 2021, commencing
     at the hour of 8:33 a.m., thereof, in Sunnyvale,
20   California, before me, KATY E. SCHMIDT, a Certified
     Shorthand Reporter in and for the County of Yolo, State
21   of California, there virtually personally appeared
22                 HUEI-HUNG (CHRIS) LIAO
     called as a witness herein, who, being by me first duly
23   sworn, was thereupon examined and interrogated as
     hereinafter set forth.
24
25
```

Page 2

```
 1   APPEARANCES:
 2   For The Plaintiffs:
 3                   (Appeared via Zoom)
 4         BLEICHMAR FONTI & AULD LLP
           BY: LESLEY WEAVER, Esq.
 5         555 12th Street, Suite 1600
           Oakland, California 994607
 6         415.445.4003
           lweaver@bfalaw.com
 7
                    (Appeared via Zoom)
 8
           SIMMONS HANLY CONROY
 9         BY: JASON "JAY" BARNES, Esq.
           BY: AN TRUONG, Esq.
10         One Court Street
           Alton, Illinois 62002
11         618.693.3104
           jaybarnes@simmonsfirm.com
12
                    (Appeared via Zoom)
13
           BOIES SCHILLER FLEXNER LLP
14         BY: MARK MAO, Esq.
           BY: BEKO RICHARDSON, Esq.
15         BY: ERIKA NYBORG-BURCH, Esq.
           44 Montgomery Street, 41st Floor
16         San Francisco, California 94104
           415.293.6800
17         mmao@bsfllp.com
18   For The Defendants:
19                  (Appeared via Zoom)
20         Quinn Emanuel Urquhart & Sullivan LLP
           BY: JOSEF ANSORGE, Esq.
21         BY: TRACY GAO, Esq.
           51 Madison Avenue, 22nd Floor
22         New York, New York 10010
           212.849.7000
23         josefansorge@quinnemanuel.com
24   ///
25   ///
```

Page 3

```
 1   APPEARANCES CONTINUED:
 2   Also present:
 3              David West, Videographer
 4              Lillian Dye, Consultant
 5              Zubair Shafiq, Expert
 6              Ryan McGee, In-house counsel
 7              Toni Baker, In-house counsel
 8
                        ---o0o---
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

```
1                    SUNNYVALE, CALIFORNIA
2            THURSDAY, DECEMBER 2, 2021; 8:33 A.M.
3                          ---o0o---
4            THE VIDEOGRAPHER:  Good morning.  We are on      08:33
5   the record.  The time is 8:33 a.m.  The date today is    08:33
6   December 2nd, 2021.                                       08:33
7            Please note the microphones are sensitive and    08:33
8   may pick up whispering and private conversations.         08:34
9            Audio and video recording will continue to       08:34
10  take place unless all parties agree to go off the         08:34
11  record.                                                   08:34
12           This is Media Unit 1 of the video-recorded       08:34
13  deposition of Chris Liao, taken by counsel for plaintiff  08:34
14  in the matter of -- matters of Patrick Calhoun, et al.    08:34
15  versus Google, LLC, filed in the United States District   08:34
16  Court for the Northern District of California, San Jose   08:34
17  division, Case No. 5 colon 20-CV-05146-LHK (SVK), and     08:34
18  Jason Brown, et al. versus Google, LLC, filed in the      08:34
19  United States District Court for the Northern District    08:34
20  of California, San Jose division, Case No. 5 colon        08:34
21  20-CV-03664-LHK.                                          08:34
22           The deposition is being conducted using          08:34
23  Remote Counsel technology and all participants are        08:34
24  attending remotely.                                       08:35
25           My name is David West.  I am the videographer.   08:35
```

| | | |
|---|---|---|
| 1 | The court reporter is Kathryn Schmidt.  We represent | 08:35 |
| 2 | Veritext Legal Solutions. | 08:35 |
| 3 | I'm not related to any party in this action, | 08:35 |
| 4 | nor am I financially interested in the outcome. | 08:35 |
| 5 | Counsel will now state their appearances and | 08:35 |
| 6 | affiliations for the record.  If there are any | 08:35 |
| 7 | objections to proceeding, please state them at the time | 08:35 |
| 8 | of your appearance, beginning with the noticing | 08:35 |
| 9 | attorney. | 08:35 |
| 10 | MR. BARNES:  Thank you, Mr. West. | 08:35 |
| 11 | Jay Barnes from Simmons Hanly Conroy, on | 08:35 |
| 12 | behalf of the Calhoun plaintiffs. | 08:35 |
| 13 | Also here today with me is An Truong from | 08:35 |
| 14 | Simmons Hanly Conroy, and Lesley Weaver from BFA on | 08:35 |
| 15 | behalf of the Calhoun plaintiffs. | 08:35 |
| 16 | MR. MAO:  This is Mark Mao of | 08:35 |
| 17 | Boies Schiller Flexner, appearing for the Brown versus | 08:35 |
| 18 | Google clients. | 08:35 |
| 19 | Also with me of Boies Schiller Flexner I see | 08:35 |
| 20 | is Beko Richardson and Erika Nyborg-Burch of my firm. | 08:35 |
| 21 | And we also have Lilian Dye, who is one of our | 08:36 |
| 22 | consultants. | 08:36 |
| 23 | MR. ANSORGE:  Josef Ansorge, Quinn Emanuel, | 08:36 |
| 24 | for Google. | 08:36 |
| 25 | And I'm joined today by Tracy Gao, also | 08:36 |

| | | |
|---|---|---|
| 1 | Quinn Emanuel, and Toni Baker who is counsel for Google. | 08:36 |
| 2 | THE VIDEOGRAPHER: Thank you. | 08:36 |
| 3 | The court reporter may now swear the witness | 08:36 |
| 4 | in and we will continue. | 08:36 |
| 5 | ---oOo--- | 08:36 |
| 6 | HUEI-HUNG LIAO, | 08:36 |
| 7 | called as a witness by the Plaintiffs, who, being first | 08:36 |
| 8 | duly sworn to tell the truth, the whole truth and | 08:36 |
| 9 | nothing but the truth, was examined and testified as | 08:36 |
| 10 | follows: | 08:36 |
| 11 | THE VIDEOGRAPHER: Please continue. | 08:36 |
| 12 | EXAMINATION BY MR. BARNES | 08:36 |
| 13 | BY MR. BARNES: | 08:36 |
| 14 | Q. Good morning, Mr. Liao. | 08:36 |
| 15 | Have you ever testified in a deposition | 08:36 |
| 16 | before? | 08:36 |
| 17 | A. No. | 08:36 |
| 18 | Q. Okay. Well, we're just going to have a | 08:36 |
| 19 | conversation. I'm going to ask you questions. If you | 08:36 |
| 20 | don't understand what I ask, let me know that you don't | 08:36 |
| 21 | understand the question. | 08:36 |
| 22 | If you need to take a break, you can. Let us | 08:36 |
| 23 | know. I only ask that you don't do it in the middle of | 08:37 |
| 24 | a question. | 08:37 |
| 25 | Are you alone today? | 08:37 |

```
 1              So you recall testifying earlier that the way      09:17
 2     the Google Ad systems works at the first point in the       09:17
 3     data flow is that the browser will send certain             09:17
 4     information to Google front ends; correct?                  09:17
 5         A.   The network -- the ISP and DNS servers.  Yes.      09:17
 6         Q.   Yes.  Okay.                                        09:17
 7              And that goes to Google front ends, and then       09:17
 8     it goes to ▮▮▮ correct?                                     09:17
 9         A.   Yes.                                               09:17
10         Q.   Has there ever been a point in time in your        09:17
11     work at Google when that data flow that we just             09:17
12     described was not the general case?                         09:17
13         A.   Can you clarify what you mean by "general"?        09:17
14         Q.   In 2014, ads worked by the browser sending         09:17
15     information to Google front ends to start the process of   09:17
16     serving an ad; correct?                                     09:18
17         A.   If you are referring to the browser sending        09:18
18     the network request through the network and reaching        09:18
19     Google front end, I believe that part is accurate.          09:18
20         Q.   Okay.  And so my only question -- this             09:18
21     document you can see on the first page is from 2014.        09:18
22              Do you see that?  Correct?                         09:18
23         A.   I see ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                  09:18
24         Q.   And under that it says ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮            09:18
25         A.   2014.                                              09:18
```

Page 44

| | | |
|---|---|---|
| 1 | Q. On page 1. I'm sorry. | 09:18 |
| 2 | A. Oh. Yes. I see the dates. | 09:18 |
| 3 | Q. Okay. And then if you go down to page 3, | 09:18 |
| 4 | which is the data flows, you would agree that in 2014, | 09:18 |
| 5 | that -- that face with -- the little smiley face on | 09:18 |
| 6 | page GOOG-CABR dash 00892128, the way the data flow | 09:18 |
| 7 | worked, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 09:19 |
| 8 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇; correct? | 09:19 |
| 9 | MR. ANSORGE: Objection. Compound. And | 09:19 |
| 10 | foundation as to the document. | 09:19 |
| 11 | THE WITNESS: I am not familiar with the RTB | 09:19 |
| 12 | area or this particular slide. | 09:19 |
| 13 | MR. BARNES: Okay. | 09:19 |
| 14 | THE WITNESS: So I do not -- cannot respond to | 09:19 |
| 15 | that. | 09:19 |
| 16 | BY MR. BARNES: | 09:19 |
| 17 | Q. It's fine. | 09:19 |
| 18 | Still the case that in 2014, the way ads | 09:19 |
| 19 | worked was the browser would send information through | 09:19 |
| 20 | Google front ends; correct? | 09:19 |
| 21 | MR. ANSORGE: Objection. Vague. | 09:19 |
| 22 | THE WITNESS: I believe so -- I believe the | 09:19 |
| 23 | part of the browser sending data through the network | 09:19 |
| 24 | and reaching Google front end, I believe that part is | 09:19 |
| 25 | accurate. | 09:19 |

Page 45

```
 1                    REPORTER'S CERTIFICATE
 2                          ---o0o---
 3    STATE OF CALIFORNIA    )
                             ) ss.
 4    COUNTY OF YOLO         )
 5          I, KATY E. SCHMIDT, a Certified Shorthand
 6    Reporter in and for the State of California, duly
 7    commissioned and a disinterested person, certify:
 8          That the foregoing deposition was taken before me
 9    at the time and place herein set forth;
10          That HUEI-HUNG (CHRIS) LIAO, the deponent herein,
11    was put on oath by me;
12          That the testimony of the witness and all
13    objections made at the time of the examination were
14    recorded stenographically by me to the best of my
15    ability and thereafter transcribed into typewriting;
16          That the foregoing deposition is a record of the
17    testimony of the examination.
18          IN WITNESS WHEREOF, I subscribe my name on this
19    7th day of December, 2021.
20
21                                _____
                          Katy E. Schmidt, RPR, RMR, CRR, CSR 13096
22                        Certified Shorthand Reporter
                          in and for the
23                        County of Sacramento,
                          State of California
24
25    Ref. No. 4893183 KES
```

Page 216