# EXHIBIT 5

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
1                UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                      SAN JOSE DIVISION
4
5   PATRICK CALHOUN, ELAINE CRESPO,  )
    HADIYAH JACKSON and CLAUDIA      )
6   KINDLER, on behalf of all        )
    others similarly situated,       )
7                                    )
            Plaintiffs,              )
8                                    )
            vs.                      ) Case No.
9                                    ) 5:20-cv-5146-LHK
    GOOGLE LLC,                      )
10                                   )
            Defendant.               )
11  _____  )
12
13
14                       CONFIDENTIAL
15       VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
16       DEPOSITION OF DAVID MONSEES, VOLUME 2
17
18              Friday, June 11, 2021
19       Testifying from San Francisco, California
20
21
22
23   Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 4624328
```

Page 359

CONFIDENTIAL

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                   SAN JOSE DIVISION
4
5    PATRICK CALHOUN, ELAINE CRESPO, )
     HADIYAH JACKSON and CLAUDIA     )
6    KINDLER, on behalf of all       )
     others similarly situated,      )
7                                    )
             Plaintiffs,             )
8                                    )
             vs.                     ) Case No.
9                                    ) 5:20-cv-5146-LHK
     GOOGLE LLC,                     )
10                                   )
             Defendant.              )
11   _____)
12
13
14
15         Confidential, virtual videoconference
16         video-recorded deposition of DAVID
17         MONSEES, VOLUME 2, taken on behalf of the
18         Plaintiffs, testifying from San Francisco,
19         California, on Friday, June 11, 2021,
20         before Hanna Kim, CLR, CSR No. 13083.
21
22
23
24
25
```

Page 360

CONFIDENTIAL

```
 1      REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:
 2
 3   For Plaintiffs:
 4          BLEICHMAR FONTI & AULD LLP
 5            BY:  LESLEY WEAVER, ESQ.
 6            BY:  ANGELICA M. ORNELAS, ESQ.
 7            555 12th Street, Suite 1600
 8            Oakland, California 994607
 9            415.445.4003
10          lweaver@bfalaw.com
11            aornelas@bfalaw.com
12            -and-
13            KAPLAN FOX & KILSHEIMER LLP
14            BY:  DAVID A. STRAITE, ESQ.
15            850 Third Avenue
16            New York, New York 10022
17            212.687.1980
18            dstraite@kaplanfox.com
19
20
21
22
23
24
25
```

CONFIDENTIAL

1  REMOTE VIDEOCONFERENCE APPEARANCES (CONTINUED)
2
3  For Plaintiffs:
4      SIMMONS HANLY CONROY LLC
5      BY:  JASON "JAY" BARNES, ESQ.
6      112 Madison Avenue, 7th Floor
7      New York, New York 10016
8      212.784.6400
9      jaybarnes@simmonsfirm.com
10
11
12  For Defendant Google LLC:
13      QUINN EMANUEL URQUHART & SULLIVAN
14      BY:  ANDREW H. SCHAPIRO, ESQ.
15      191 N. Wacker Drive, Suite 2700
16      Chicago, Illinois 60606
17      312.705.7400
18      andrewschapiro@quinnemanuel.com
19      -and-
20      BY:  JOSEF ANSORGE, PH.D.
21      1300 I Street NW, Suite 900
22      Washington, D.C. 20005
23      202.538.8000
24      josefansorge@quinnemanuel.com
25

Page 362

```
 1      REMOTE VIDEOCONFERENCE APPEARANCES (CONTINUED)
 2
 3   Also Present:
 4          MATTHEW GUBIOTTI, Google LLC
 5          RON LAZO, Videographer
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 363

```
1              INDEX OF EXAMINATION
2
3    WITNESS:  DAVID MONSEES, VOLUME 2
4    EXAMINATION                                      PAGE
5         BY MR. BARNES:                           371, 702
6         BY MR. SCHAPIRO:                              696
```

Page 364

|   |   |   |
|---|---|---|
| 1 | Testifying from San Francisco, California | |
| 2 | Friday, June 11, 2021; 9:03 a.m. | |
| 3 | --o0o-- | |
| 4 | THE VIDEOGRAPHER: We are now on the | |
| 5 | record. The time is 9:03 a.m., on June 11th, 2021. | 09:03:52 |
| 6 | This is Media Unit 1 of the video-recorded | |
| 7 | deposition of David Monsees, 30(b)(6) witness of | |
| 8 | Google LLC, taken by counsel for the Plaintiff in | |
| 9 | the matter of Patrick Calhoun, et al., versus | |
| 10 | Google LLC, filed in the United States District | 09:04:15 |
| 11 | Court, Northern District of California, San Jose | |
| 12 | Division. | |
| 13 | The case number is 5:20-cv-05146-LHK-SVK. | |
| 14 | This deposition is being held via online | |
| 15 | conference. All parties are attending remotely. | 09:04:36 |
| 16 | The court reporter is Hanna Kim from | |
| 17 | Veritext. The videographer is Ron Lazo from | |
| 18 | Veritext. | |
| 19 | Counsel, please state your appearances and | |
| 20 | affiliations for the record. | 09:04:47 |
| 21 | MR. BARNES: Thank you. | |
| 22 | Jay Barnes on behalf of the Plaintiffs. | |
| 23 | And my co-counsel are going to sneak in the picture | |
| 24 | here for their... | |
| 25 | MR. STRAITE: Good morning. David Straite | 09:05:03 |

Page 369

```
1    for Plaintiffs.
2            MS. WEAVER:  Lesley Weaver for Plaintiffs
3    with Bleichmar Fonti.
4            MS. ORNELAS:  Angelica Ornelas of
5    Bleichmar Fonti also for Plaintiffs.                    09:05:12
6            MR. SCHAPIRO:  For Defendant Google, I'm
7    Andrew Schapiro.  I believe my colleague Josef
8    Ansorge is on, as well as is Matthew Gubiotti from
9    Google.
10           And at the outset, I just want to note     09:05:26
11   that we'd like to designate this transcript as
12   confidential initially pursuant to the agreements
13   between the parties.
14           MR. BARNES:  Yes, we agree to that.
15           THE VIDEOGRAPHER:  Will the court reporter  09:05:42
16   please swear in the witness.
17
18                     DAVID MONSEES,
19       having been administered an oath over
20          videoconference, was examined
21             and testified as follows:
22
23           THE VIDEOGRAPHER:  Please begin.
24           MR. BARNES:  Thank you.
25                       EXAMINATION                      09:06:07
```

Page 370

```
1        Q.   The list of corpora, are those examples of
2    ███████████ in the list of corpora that you
3    provided?
4        A.   No.  To remind from my previous answer,     15:16:14
5    ████████████████████████████ ██████████
6    ██████████████████████ ████████████████
7    ██████ They're log files, and they are separate.
8    And I believe there's an exhibit we could look at
9    that actually separates the two because they're
10   functionally different.                              15:16:27
11       Q.   ██████ ██████ -- ████████████████████
12   ██████████████████████
13   ██ █:████████████ ██ ██████ █
14   ████████████████████████
15       Q.   Okay.  I -- I don't recall the specific     15:16:40
16   exhibit.
17            What's this "AdX RTB"?
18       A.   I believe AdX is the former name for
19   Google's ad exchange, and RTB, in this context,
20   stands for real-time bidding.                        15:17:02
21            And so this is the open ad exchange where
22   users -- other advertisers, through other
23   exchanges and platforms, might compete in the
24   auction for a given ad slot.
25       Q.   ████████████████████████████████████        15:17:14
```

Page 604

1    ██████████
2    █ ████████████████████████
3    ████████████████ █ ██████████

4    Q.  Okay.  And then the other thing in the
5    stack, it goes down to "Ads."                              15:17:34
6    A.  Yes.
7    Q.  And so what's that?
8    A.  I think it's -- that this is an -- greatly
9    simplified illustrative diagram.  I believe that's
10   basically saying, the actual fulfillment of the            15:17:49
11   ad.
12   Q.  Okay.  I -- maybe does that go to our
13   previous -- that big map chart that we had that
14   says, hey, we -- we send it down the stack and it
15   sends data back up the stack to serve the app?             15:18:05
16   A.  Yes, so -- like rest of stack or
17   something --
18   Q.  Okay.
19       (Interruption in audio/video.)
20       THE COURT REPORTER:  I'm sorry.  I didn't              15:18:13
21   hear the answer.  "Yes, the"?
22       THE WITNESS:  Yes, it said rest of stack
23   or something.
24   BY MR. BARNES:
25   Q.  Okay.  Mr. Monsees, down the middle,                   15:18:18

```
 1                CERTIFICATE OF REPORTER
 2            I, Hanna Kim, a Certified Shorthand
 3     Reporter, do hereby certify:
 4            That prior to being examined, the witness
 5     in the foregoing proceedings was by me duly sworn
 6     to testify to the truth, the whole truth, and
 7     nothing but the truth;
 8            That said proceedings were taken before me
 9     at the time and place therein set forth and were
10     taken down by me in shorthand and thereafter
11     transcribed into typewriting under my direction and
12     supervision;
13            I further certify that I am neither
14     counsel for, nor related to, any party to said
15     proceedings, not in anywise interested in the
16     outcome thereof.
17            Further, that if the foregoing pertains to
18     the original transcript of a deposition in a
19     federal case, before completion of the proceedings,
20     review of the transcript [ ] was [ ] was not
21     requested.
22            In witness whereof, I have hereunto
23     subscribed my name.  Dated:  16th day of June, 2021
24
25            Hanna Kim, CLR, CSR No. 13083
```