# EXHIBIT 8

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
1              IN THE UNITED STATES DISTRICT COURT
2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                      SAN JOSE DIVISION
4     _____
      PATRICK CALHOUN, et al.,      )
5     on behalf of themselves and   )
      all others similarly          )
6     situated,                     )
                                    )
7              Plaintiffs,          )
                                    )Case No.: 5:20-cv-5146-LHK-SVK
8     vs.                           )
                                    )
9     GOOGLE LLC,                   )
                                    )
10             Defendant.           )
      _____)
11
12                    *** CONFIDENTIAL ***
13
14    VIDEOTAPED REMOTE DEPOSITION OF DEEPAK RAVICHANDRAN
15       Deponent testifying from Mountain View, California
16                  Friday, January 7, 2022
17                        Volume I
18
19
20
21
22    Stenographically Reported By:
      Melissa M. Villagran, RPR
23    CSR No. 12543
24    Job No. 4992196
25    PAGES 1 - 320
```

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN JOSE DIVISION
 4    _____
      PATRICK CALHOUN, et al.,       )
 5    on behalf of themselves and    )
      all others similarly           )
 6    situated,                      )
                                     )
 7              Plaintiffs,          )
                                     )Case No.: 5:20-cv-5146-LHK-SVK
 8    vs.                            )
                                     )
 9    GOOGLE LLC,                    )
                                     )
10              Defendant.           )
      _____)
11
12                      *** CONFIDENTIAL ***
13
14          Videotaped remote deposition of DEEPAK
15    RAVICHANDRAN, Volume I, taken on behalf of Plaintiff
16    with all participants appearing remotely via
17    videoconference and the Deponent testifying from
18    Mountain View, California, beginning at 9:28 a.m. and
19    ending at 6:10 p.m. on Friday, January 7, 2022, before
20    Melissa M. Villagran, RPR, Certified Shorthand Reporter
21    No. 12543.  6:10 p.m.
22
23
24
25
                                                         Page 2
```

CONFIDENTIAL

```
 1    APPEARANCES:
 2    ALL ATTENDEES APPEARING REMOTELY
 3
 4    For Plaintiffs:
 5         BLEICHMAR FONTI & AULD LLP
 6         BY:  LESLEY WEAVER
 7              ANJELICA ORNELAS
 8         Attorneys at Law
 9         555 12th Street, Suite 1600
10         Oakland, California  946907
11         415.445.4003
12         Lweaver@bfalaw.com
13         Aornelas@bfalaw.com
14
15         - and -
16
17         SIMMONS HANLY CONROY
18         BY:  JASON "JAY" BARNES
19         Attorney at Law
20         112 Madison Avenue, Seventh Floor
21         New York, New York  10016
22         618.693.3104
23         jaybarnes@simmonsfirm.com
24
25
```

Page 3

CONFIDENTIAL

```
 1    APPEARANCES (continued):
 2
 3    For the Brown plaintiffs:
 4         MORGAN & MORGAN
 5         BY:   RYAN MCGEE
 6         Attorney at Law
 7         201 North Franklin Street, Suite 700
 8         Tampa, Florida  33602
 9         813.223.0931
10         rmcgee@forthepeople.com
11
12    For Defendants and THE DEPONENT:
13         QUINN EMANUEL URQUHART & SULLI8VAN LLP
14         BY:   BRETT WATKINS
15         Attorney at Law
16         Pennzoil Place
17         711 Louisiana Street, Suite 500
18         Houston, Texas   77002
19         713-221-7030
20         brettwatkins@quinnemanuel.com
21
22
23
24
25
```

CONFIDENTIAL

```
1    APPEARANCES (continued):
2
3    Also Present:
4         Torren Taylor, Google
5         Teuta Fani
6
7    Videographer:
8         Jeff Nichols
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1        Mountain View, California; Friday, January 7, 2022
 2                          9:28 a.m.
 3
 4        THE VIDEOGRAPHER:  Good morning.  We are                       09:28:41
 5   going on the record at 9:28 a.m. on January 7th,
 6   2022.  This is media unit 1 of the video-recorded
 7   deposition of Deepak Ravichandran taken by counsel
 8   for plaintiff in the matter of Patrick Calhoun,
 9   et al., versus Google, LLC filed in the United
10   States District Court for the Northern District of    09:29:00
11   California San Jose division.  The case number is
12   5-20-CV-05146-LHK (SVK).
13        This deposition is being held virtually via
14   Zoom.  My name is Jeff Nichols from the firm
15   Veritext Legal Solutions, and I am the videographer.   09:29:22
16   The court reporter is Melissa Villagran from the
17   firm Veritext Legal Solutions.
18        Counsel will now state their appearances and
19   affiliations for the record.
20        MS. WEAVER:  Good morning.  My name is            09:29:32
21   Lesley Weaver.  I am with Bleichmar Fonti & Auld
22   representing the plaintiffs in this matter.  Today
23   with me from my office is Angelica Ornelas.
24        And also --
25        MR. WATKINS:  Good morning --                     09:29:46
```

Page 11

1       MS. WEAVER:  Okay.  I was going to say, and
2  also attending on behalf of plaintiffs is Jay Barnes
3  from Simmons Conroy.
4       MR. WATKINS:  Good morning.
5       My name is Brett Watkins from Quinn Emanuel                09:29:59
6  on behalf of Google.  We also have Teuta Fani also
7  from Quinn Emanuel, and from Google, Torren Taylor.
8       THE VIDEOGRAPHER:  Thank you.
9       Will the court reporter please swear in the
10 witness.
11
12                  DEEPAK RAVICHANDRAN,
13 having been administered an oath, was examined and
14 testified as follows:
15
16      THE VIDEOGRAPHER:  Thank you.  We may
17 proceed, Counsel.
18
19                      EXAMINATION
20 BY MS. WEAVER:
21   Q   Good morning, Mr. Ravichandran.
22       Will you please state your full name for the
23 record.
24   A   Deepak Ravichandran.
25   Q   And where do you currently reside?                         09:30:39

Page 12

```
 1              THE DEPONENT:  I do not know if Hyewon did it
 2   or she may have gotten it from elsewhere.
 3   BY MS. WEAVER:
 4       Q    Have you been involved in performing similar
 5   calculations?                                      03:48:23
 6              MR. WATKINS:  Objection; vague.
 7              THE DEPONENT:  I haven't performed similar
 8   calculations in this space for Safari.
 9   BY MS. WEAVER:
10       Q    Okay.                                     03:48:29
11            Have you calculated impact to Google's
12   revenue for third-party cookies being deprecated?
13              MR. WATKINS:  Sorry.  Objection; vague.
14              Go ahead.
15              THE DEPONENT:  I computed and wrote an  03:48:42
16   external white paper on Google ad managers RTB
17   bidding on top 500 publishers.
18   BY MS. WEAVER:
19       Q    And when -- oh, sorry.  Go ahead.
20              COURT REPORTER:  Did you say "archiving"?
21   I'm sorry.  Can you repeat?  Did you say
22   "archiving"?  I'm not sure what you said.
23              THE DEPONENT:  Let me back up a little bit.
24   ████████████████████████████████    ██████████
25   ████████████████████████████████████████████       03:49:17
```

Page 231

```
 1   ████████████████████████████████████
 2   ██████████████████████████████████████
 3   ██████████
 4   BY MS. WEAVER:
 5       Q    And how did you perform that calculation?        03:49:38
 6       A    ████████████████████████████████
 7   ███████████████████████████████
 8   ██████████████████████████████████
 9   ████████████████████  ████████████████
10   ████████  ████████████████████████████    03:50:09
11   ████  ██████████████████████████. ██████.
12   ██████████████████████████████  ██████
13   ████████████████████████████████████
14   ██████████████████████████
15   ████████████████████████████               03:50:28
16   ██████████████  ████████████████████████
17   ██████████████████████████████████
18   ████████████████████
19            MS. WEAVER:   Why don't we mark as Exhibit --
20   is it 14?   Tab 40.                                        03:50:59
21            MS. ORNELAS:   One moment.
22            COURT REPORTER:   I just have a question for
23   you.  I can't understand.  Are you saying the top
24   500 cal publishers?
25            THE DEPONENT:   The top 500 Google ad manager
```

Page 232

```
 1    RTB publishers.
 2         COURT REPORTER:  Thank you.
 3         MS. WEAVER:  And for the record, Exhibit 14
 4    bears Bates numbers GOOG-CABR-04307445 through 448.
 5         (Exhibit 14 was marked for                    03:51:41
 6          identification and is attached
 7          hereto.)
 8         MS. ORNELAS:  Exhibit 14 has been published.
 9         MS. WEAVER:  And it's Labeled Effect of
10    Blocking Third-Party Cookies on public -- Publisher  03:52:00
11    Revenue.
12         THE DEPONENT:  Yes.
13    BY MS. WEAVER:
14       Q   Do you recognize Exhibit 14?
15       A   I do recognize it.                          03:52:18
16       Q   What is it?
17       A   It is the document that I coauthored with
18    Nitish on the effects of blocking third-party
19    cookies on publisher revenue for top 500 ad manager
20    publishers who are --                              03:52:41
21       Q   So --
22       A   -- in the RTB system.
23       Q   It's the study that you were referencing a
24    moment ago; is that right?
25       A   That is correct.                            03:52:50
```

Page 233

Case 4:20-cv-05146-YGR   Document 711-21   Filed 06/15/22   Page 12 of 12
CONFIDENTIAL

1         I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, Registered
3    Professional Reporter, Certified Live Note Reporter,
4    do hereby certify:
5         That the foregoing proceedings were taken
6    before me at the time and place herein set forth;
7    that any witnesses in the foregoing proceedings,
8    prior to testifying, were duly sworn; that a record
9    of the proceedings was made by me using machine
10   shorthand which was thereafter transcribed under my
11   direction; that the foregoing transcript is a true
12   record of the testimony given.
13        Further, that if the foregoing pertains to
14   the original transcript of a deposition in a Federal
15   Case, before completion of the proceedings, review
16   of the transcript [  ] was [ X ] was not requested.
17        I further certify I am neither financially
18   interested in the action nor a relative or employee
19   of any attorney or party to this action.
20        IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22
23   Dated: January 10, 202:
24
               MELISSA M. VILLAGRAN
25             CSR No. 12543 RPR

Page 317

Veritext Legal Solutions
866 299-5127