# EXHIBIT 9

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN JOSE DIVISION
 4
 5
                                         )
 6    PATRICK CALHOUN, ET AL., ON         )
      BEHALF OF THEMSELVES AND ALL        )
 7    OTHER SIMILARLY SITUATED,           )
                                         )
 8                  PLAINTIFFS,           )
                                         )
 9       VS.                              )   CASE NO.
                                         )   5:20-CV-05146-LHK-SVK
10    GOOGLE LLC,                         )
                                         )
11                  DEFENDANT.            )
      _____)
12
13
              ** CONFIDENTIAL  - ATTORNEYS EYES ONLY **
14
15                    REMOTE PROCEEDINGS OF
16              VIDEOTAPED 30(B)(6) DEPOSITION OF
17                       MEDIHA ABDULHAY
18                   TUESDAY, APRIL 12, 2022
19
20
21
22    JOB NO. SF 5180827
23    REPORTED BY:   REAGAN EVANS, RPR, RMR, CRR, CCRR,
                     CLR, CRC, CA CSR NO. 8176
24
25

                                                        Page 1
```

```
 1   VIDEOTAPED 30(B)(6) DEPOSITION OF MEDIHA ABDULHAY,
 2   TAKEN REMOTELY ON BEHALF OF THE PLAINTIFFS AT
 3   9:03 A.M., TUESDAY, APRIL 12, 2022, AT
 4   SAN FRANCISCO, CALIFORNIA, BEFORE REAGAN EVANS, CA
 5   CSR NO. 8176, RPR, RMR, CRR, CCRR, CLR, CRC.
 6
 7
 8   APPEARANCES OF COUNSEL
 9
10   FOR THE PLAINTIFFS:
11       SIMMONS HANLY CONROY
12       BY:  JASON 'JAY' BARNES, ESQ.
13       BY:  ERIC JOHNSON, ESQ.
14            (APPEARING REMOTELY)
15       112 MADISON AVENUE
16       7TH FLOOR
17       NEW YORK, NEW YORK 10016
18       (212) 784-6400
19       JAYBARNES@SIMMONSFIRM.COM
20       EJOHNSON@SIMMONSFIRM.COM
21
22
23
24
25
```

Page 2

```
 1   of Google's PDPO as well.
 2          So, no, I'm not familiar with the entire
 3   landscape of our organizational structure at Google,
 4   but I would say it's fair to say that there are
 5   other teams dedicated to trust and safety.            09:30:20
 6       Q   Is the Privacy and Data Protection Office
 7   the primary team with a focus on privacy and data
 8   protection?
 9          MS. CRAWFORD:  Objection to the form of the
10   question.  Foundation.                                09:30:33
11          You can answer to the extent possible.
12          THE WITNESS:  Yeah.  I would say it is --
13   it is one of the primary teams, yes.
14   BY MR. BARNES:
15       Q   Okay.                                         09:30:43
16          The sentence says (as read and/or
17   reflected:)
18              We need to address the privacy
19          challenges inherent in our ads
20          business.                                      09:30:50
21          Do you see that?
22       A   I see that.
23       Q   What are the privacy challenges inherent in
24   Google's ads business?
25          MS. CRAWFORD:  Objection.  Foundation.         09:31:01
```

Page 20

```
 1            You can answer, Med.
 2            THE WITNESS:  So the perspective that you
 3   see here was based on kind of a broad literature
 4   review and research analysis that uncovered a number
 5   of common misperceptions that the team identified as    09:31:23
 6   being trust eroding for Google.
 7            And broadly, the goal of ████████████, of
 8   course, is to identify pathways to continue to build
 9   and earn trust.
10            And so one of those misperceptions -- and      09:31:49
11   I'm sure you've seen that across some of the other
12   docs -- is that some users, not all users, but there
13   are some users, and also key opinion formers, who
14   have deep misperceptions about our ads business.
15            And so I think that is what the team here      09:32:16
16   is pointing towards.
17   BY MR. BARNES:
18       Q    Does Google ads business rely on personal
19   information?
20            MS. CRAWFORD:  Objection insofar as that       09:32:29
21   question's outside the scope of the noticed topic
22   for which this.
23            THE WITNESS:  I'm sorry.  --
24            MS. CRAWFORD:  Sorry about that.  Let me
25   just get the objection on the record.                   09:32:41
```

Page 21

```
 1   of privacy safety and security.
 2   BY MR. BARNES:
 3       Q   In the context of ▮▮▮▮▮▮▮▮, did Google
 4   consider the extent to which user information was
 5   sent to Google for the purposes of its ads business?    09:36:32
 6           MS. CRAWFORD:  Objection to the form of the
 7   question.  Vague and overbroad.
 8           Ms. Abdulhay, you can answer.
 9           THE WITNESS:  This -- I think it's an
10   important clarification that this work stream,          09:36:45
11   ▮▮▮▮▮▮▮▮, was driven primarily by our UX teams.
12   UX -- one specific UX team.
13           And the position that you see here,
14   strategy documents, storyboards with, you know, a
15   future-looking solution set, are very much divorced     09:37:03
16   from any technical realities.
17           And so if there is a reference to a data
18   flow or a data exchange, the reality is, is that the
19   individuals authoring these documents are very
20   unfamiliar with the ac -- the realities of the text     09:37:27
21   stack.
22           And so the team leaned on broad -- broad
23   understandings of user sentiments and misperceptions
24   to develop this position paper.
25           This position paper is not meant to be a        09:37:47
```

Page 25

```
 1   product roadmap or a mandate for other teams.
 2           MR. BARNES:  Mr. Johnson, please publish
 3   Exhibit A2, which -- please publish what's been
 4   marked as A2 as Exhibit 2.
 5           (Whereupon Abdulhay Exhibit 2 was              09:38:10
 6           marked for identification.)
 7   BY MR. BARNES:
 8       Q   While that's pulling up.  It says, "UFP
 9   Review: ███████████."
10           What does the acronym "UFP" typically stand    09:38:24
11   for?
12       A   User-facing privacy.
13       Q   Okay.
14           And who is Tal Herman?
15       A   Tal Herman is a director on the UX team.       09:38:37
16       Q   Who is Kalle Buschmann?
17       A   Kalle Buschmann is a UX researcher.
18       Q   Do you work with her?
19           MS. CRAWFORD:  Sorry.  I was just noting
20   that the exhibit has now been published and is         09:38:59
21   available for the witness.
22           MR. BARNES:  Thank you, Ms. Crawford.
23           MS. CRAWFORD:  You're welcome.
24   BY MR. BARNES:
25       Q   I will end my time-killing questions.          09:39:05
```