# EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5   PATRICK CALHOUN, ET AL., ON
 6   BEHALF OF THEMSELVES AND ALL
 7   OTHERS SIMILARLY SITUATED,
 8        PLAINTIFFS,
 9      vs.                        NO. 5:20-CV-05146-LHK-SVK
10   GOOGLE LLC,
11        DEFENDANT.
12   _____/
13
14                     *CONFIDENTIAL*
15         VIDEOTAPED DEPOSITION OF SAM HEFT-LUTHY
16        *VIA REMOTE COUNSEL VIDEOCONFERENCE*
17             MONDAY, DECEMBER 20, 2021
18                       VOLUME I
19
20
21
22   STENOGRAPHICALLY REPORTED BY:
23   MEGAN F. ALVAREZ, RPR, CSR No. 12470
24   JOB NO. 4974193
25   PAGES 1 - 331
```

Page 1

```
                   UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE DIVISION


  PATRICK CALHOUN, ET AL., ON
  BEHALF OF THEMSELVES AND ALL
  OTHERS SIMILARLY SITUATED,
         PLAINTIFFS,
      vs.                          NO. 5:20-CV-05146-LHK-SVK
  GOOGLE LLC,
         DEFENDANT.
  _____/




          Videotaped Videoconference Deposition of
  SAM HEFT-LUTHY, Volume I, taken on behalf of Plaintiffs,
  VIA REMOTE COUNSEL.  Deponent testifying from
  San Francisco, California, beginning at 9:06 a.m. and
  ending at 6:35 p.m. on Monday, December 20, 2021, before
  Megan F. Alvarez, RPR, Certified Shorthand Reporter
  No. 12470.
```

Page 2

```
1   APPEARANCES: (ALL PARTIES APPEARING VIA VIDEOCONFERENCE)
2
3   FOR PLAINTIFFS:
4            BY:  JASON "JAY" BARNES, ESQ.
5                 AN V. TRUONG, ESQ.
6            SIMMONS HANLY CONROY
7            ONE COURT STREET
8            ALTON, ILLINOIS 62002
9            618.693.3104
10           JAYBARNES@SIMMONSFIRM.COM
11  AND
12           BY:  LESLEY WEAVER, ESQ.
13           BLEICHMAR FONTI & AULD LLP
14           555 12TH STREET, SUITE 1600
15           OAKLAND, CALIFORNIA 94607
16           415.445.4003
17           LWEAVER@BFALAW.COM
18  AND
19           BY:  DAVID A. STRAITE, ESQ.
20           DICELLO LEVITT GUTZLER
21           ONE GRAND CENTRAL PLACE
22           60 EAST 42ND STREET, SUITE 2400
23           NEW YORK, NEW YORK 10165
24           646.933.1000
25           DSTRAITE@DICELLOLEVITT.COM
```

CONFIDENTIAL

```
 1   APPEARANCES:  (CONTINUED)
 2
 3   FOR DEFENDANTS:
 4             BY:  CARL SPILLY, ESQ.
 5                  JOMAIRE CRAWFORD, ESQ.
 6             QUINN EMANUEL URQUHART & SULLIVAN LLP
 7             51 MADISON AVENUE, 22ND FLOOR
 8             NEW YORK, NEW YORK 10010
 9             212.849.7000
10             JOMAIRECRAWFORD@QUINNEMANUEL.COM
11             CARLSPILLY@QUINNEMANUEL.COM
12
13   ALSO PRESENT:
14             TONI BAKER, GOOGLE IN-HOUSE COUNSEL
15
16   THE VIDEO OPERATOR:
17             DAVID WEST, VERITEXT
18
19
20
21
22
23
24
25
```

Page 4

CONFIDENTIAL

```
 1                          INDEX
 2   WITNESS                                    EXAMINATION
 3   SAM HEFT-LUTHY
 4   VOLUME I
 5           BY MR. BARNES                           21
 6
 7                         --o0o--
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | MONDAY, DECEMBER 20, 2021 | |
| 2 | 9:06 A.M. | |
| 3 | | |
| 4 | --oOo-- | |
| 5 | | |
| 6 | THE VIDEO OPERATOR:  Good morning.  We are | 09:06:00 |
| 7 | on the record.  The time is 9:06 a.m.  The date | 09:06:01 |
| 8 | today is December 20, 2021. | 09:06:06 |
| 9 | Please note the microphones are sensitive | 09:06:12 |
| 10 | and may pick up whispering and private | 09:06:12 |
| 11 | conversations. | 09:06:12 |
| 12 | Audio and video recording will continue to | 09:06:12 |
| 13 | take place unless all parties agree to go off the | 09:06:12 |
| 14 | record. | 09:06:12 |
| 15 | This is Media Unit 1 of the video-recorded | 09:06:22 |
| 16 | deposition of Sam Heft-Luthy taken by counsel for | 09:06:26 |
| 17 | plaintiff in the matter of the Patrick Calhoun, | 09:06:31 |
| 18 | et al. vs. Google LLC filed in United States | 09:06:33 |
| 19 | District Court for the Northern District of | 09:06:37 |
| 20 | California, San Jose Division.  The case number is | 09:06:41 |
| 21 | 5:20-CV-05146-LHK-SVK. | 09:06:43 |
| 22 | The deposition is being conducted using | 09:06:51 |
| 23 | Remote Counsel technology, and all participants are | 09:06:53 |
| 24 | attending remotely. | 09:06:55 |
| 25 | My name is David West.  I am the | 09:06:57 |

| | | |
|---|---|---|
| 1 | videographer.  The court reporter is Megan Alvarez. | 09:07:01 |
| 2 | We represent Veritext Legal Solutions.  I'm not | 09:07:03 |
| 3 | related to any party in this action, nor am I | 09:07:06 |
| 4 | financially interested in the outcome. | 09:07:09 |
| 5 | Counsel will now state their appearances | 09:07:11 |
| 6 | and affiliations for the record. | 09:07:13 |
| 7 | If there are any objections to proceeding, | 09:07:15 |
| 8 | please state them at the time of your appearance | 09:07:16 |
| 9 | beginning with noticing attorney. | 09:07:19 |
| 10 | MR. BARNES:  Thank you, Mr. West. | 09:07:22 |
| 11 | Jay Barnes and An Truong from | 09:07:24 |
| 12 | Simmons Hanly Conroy on behalf of the plaintiffs. | 09:07:25 |
| 13 | We also have Lesley Weaver of BFA and | 09:07:27 |
| 14 | David Straite of DiCello Levitt Gutzler here with us | 09:07:31 |
| 15 | today. | 09:07:34 |
| 16 | MR. SPILLY:  Carl Spilly from Quinn | 09:07:36 |
| 17 | Emanuel on behalf of the witness and Google. | 09:07:38 |
| 18 | Also with me is Jomaire Crawford from | 09:07:43 |
| 19 | Quinn Emanuel and Toni Baker from -- who is Google | 09:07:46 |
| 20 | in-house counsel. | 09:07:50 |
| 21 | THE VIDEO OPERATOR:  Thank you. | 09:07:53 |
| 22 | The court reporter may now swear the | 09:07:53 |
| 23 | witness in and we will continue. | 09:07:55 |
| 24 | /// | |
| 25 | /// | |

```
 1                                                            09:07:55
 2                      SAM HEFT-LUTHY,                       09:07:55
 3       called as a witness by the Plaintiffs, having        09:07:56
 4       been first duly sworn, was examined and              09:07:56
 5       testified as follows:                                09:08:19
 6                          --oOo--                           09:08:19
 7                         EXAMINATION                        09:08:19
 8      BY MR. BARNES:                                        09:08:20
 9          Q.  Good morning, Mr. Heft-Luthy.  You stated     09:08:20
10      before this was the first time you'd taken -- given   09:08:22
11      testimony in a deposition, so let me go over some --  09:08:26
12      some quick ground rules.                              09:08:28
13              If you need to take a break, let me know.     09:08:30
14      The rule, though, is you can't ask for a break in     09:08:31
15      the middle of a question.                             09:08:35
16              Do you understand that?                       09:08:37
17          A.  I understand, yes.                            09:08:38
18          Q.  Okay.  And great, you also -- you did         09:08:39
19      something great.  We always tell witnesses that when  09:08:42
20      you answer a question, you have to answer verbally    09:08:45
21      and not by shaking your head yes or no, because       09:08:48
22      shaking your head yes or no doesn't go well in the    09:08:51
23      transcript.                                           09:08:53
24              Do you understand that?                       09:08:53
25          A.  I do, yes.                                    09:08:54
```

Page 21

```
 1   There's also a variety of other focuses.  So, again,       11:20:01
 2   not sure I would be willing to say that it was             11:20:05
 3   primary but a consideration among others.                  11:20:07
 4           MR. BARNES:  Can you go to 1 -- 312,               11:20:22
 5   Ms. Truong?                                                11:20:22
 6   BY MR. BARNES:                                             11:20:25
 7       Q.  Mr. Heft-Luthy, do you see at the top              11:20:59
 8   where it says "Ads as a product"?                          11:21:00
 9       A.  Yes.                                               11:21:09
10       Q.  And what's that first sentence say,                11:21:10
11   Mr. Heft-Luthy?                                            11:21:12
12       A.  The segment right under it?                        11:21:18
13       Q.  Correct.                                           11:21:21
14       A.  It says:  "As such, ads and ads supporting         11:21:25
15   system and services (such as realtime bidding and          11:21:28
16   measurement) need to become private by default."           11:21:31
17       Q.  What does "private by default" mean?               11:21:34
18       A.  "Private by default" is a term used within         11:21:38
19   the PDPO, certainly within this project, to refer to       11:21:53
20   a extension of privacy-preserving technologies             11:22:00
21   further into given technological space.                    11:22:03
22       Q.  If you were going to explain "private by           11:22:07
23   default" to an ordinary person, what would you say         11:22:09
24   "private by default" means?                                11:22:13
25           MR. SPILLY:  Objection.  Form.                     11:22:19
```

Page 104

| | | |
|---|---|---|
| 1 | THE WITNESS: So with regards to | 11:22:21 |
| 2 | technology that Google offers, I would say that | 11:22:29 |
| 3 | Google is building technology to make it really easy | 11:22:33 |
| 4 | to use Google services and understand and control | 11:22:38 |
| 5 | the data that's collected, including a variety of | 11:22:45 |
| 6 | technical means to help preserve privacy across your | 11:22:49 |
| 7 | experience. | 11:22:54 |
| 8 | BY MR. BARNES: | 11:22:54 |
| 9 | Q. Mr. Heft-Luthy, that's how you would | 11:22:55 |
| 10 | explain it to a normal person? What does "private | 11:23:02 |
| 11 | by default" mean, Mr. Heft-Luthy? | 11:23:04 |
| 12 | MR. SPILLY: Objection. Argumentative. | 11:23:07 |
| 13 | Asked and answered. | 11:23:08 |
| 14 | THE WITNESS: I believe I've already | 11:23:14 |
| 15 | answered that question. | 11:23:15 |
| 16 | BY MR. BARNES: | 11:23:16 |
| 17 | Q. What is the state of a product when it is | 11:23:18 |
| 18 | private by default? | 11:23:21 |
| 19 | Scratch that. | 11:23:24 |
| 20 | What are the attributes of a product that | 11:23:25 |
| 21 | are private by default? | 11:23:27 |
| 22 | MR. SPILLY: Objection. Vague. | 11:23:31 |
| 23 | THE WITNESS: With regards to specific | 11:23:36 |
| 24 | definitions, I don't recall if we outlined it in | 11:23:38 |
| 25 | specificity enough to provide a full answer to that | 11:23:42 |

Veritext Legal Solutions
866 299-5127

1         CERTIFICATE OF REPORTER
2            I, the undersigned, a Certified Shorthand
3    Reporter of the State of California, do hereby
4    certify:
5            That the foregoing proceedings were taken
6    before me at the time and place herein set forth;
7    that any witnesses in the foregoing proceedings,
8    prior to testifying, were administered an oath; that
9    a verbatim record of the proceedings was made by me
10   using machine shorthand, which was thereafter
11   transcribed under my direction; and that the
12   foregoing is an accurate transcription thereof.
13           Further, that if the foregoing pertains to
14   the original transcript of a deposition in a federal
15   case, before completion of the proceedings, review
16   of the transcript [ ] was [X] was not requested.
17           I further certify that I am neither
18   financially interested in the action, nor a relative
19   or employee of any attorney of any party to this
20   action.
21           IN WITNESS WHEREOF, I have this date
22   subscribed my name.
23   DATED: December 30, 2021
24                              _____
                                MEGAN F. ALVAREZ
25                              CSR No. 12470, RPR

Page 328