# EXHIBIT 6

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
1            IN THE UNITED STATES DISTRICT COURT
2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                      SAN JOSE DIVISION
4      _____
5      PATRICK CALHOUN, et al., on  )
6      behalf of themselves and all )
7      others similarly situated,   )
8              Plaintiff,           )
9         vs.                       )Case No.
10     GOOGLE, LLC,                 )5:20-cv-05146-LHK-
11             Defendant.           )SVK
12     _____)
13                ** TRANSCRIPT CONFIDENTIAL **
14
15            ZOOM VIDEOTAPED DEPOSITION OF
16                     CHETNA BINDRA
17                    Parker, Colorado
18              Tuesday, February 8, 2022
19                       Volume I
20
21     Reported by:
22     LORI M. BARKLEY, CSR No. 6426
23     Job No. 5066214
24
25     PAGES 1 - 341
```

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                        SAN JOSE DIVISION
 4
 5     _____
 6     PATRICK CALHOUN, et al., on  )
 7     behalf of themselves and all )
 8     others similarly situated,   )
 9              Plaintiff,          )
10        vs.                       )Case No.
11     GOOGLE, LLC,                 )5:20-cv-05146-LHK-
12              Defendant.          )SVK
13     _____)
14
15
16
17          Zoom Videotaped deposition of CHETNA BINDRA,
18     Volume I, taken on behalf of Plaintiffs, at Parker,
19     Colorado, beginning at 11:10 a.m., and ending at
20     8:58 p.m., Mountain Standard Time, on Tuesday,
21     February 8, 2022, before LORI M. BARKLEY, Certified
22     Shorthand Reporter No. 6426.
23
24
25
                                                      Page 2
```

```
 1    APPEARANCES:
 2
 3    FOR THE PLAINTIFFS:
 4        BLEICHMAR FONTI & AULD
 5        BY:  LESLEY E. WEAVER
 6        BY:  ANNE DAVIS
 7        Attorneys at Law
 8        555 12th Street, Suite 1600
 9        Oakland, California 94607
10        (415) 445-4003
11        Lweaver@bfalaw.com
12        Aornelas@bfalaw.com
13
14    FOR THE CALHOUN PLAINTIFFS:
15        SIMMONS HANLY CONROY
16        BY:  JASON BARNES
17        Attorney at Law
18        112 Madison Avenue, 7th Floor
19        New York, New York 10016-7416
20        (212) 784-6276
21        Jaybarnes@simmonsfirm.com
22
23
24
25
```

Page 3

```
 1   APPEARANCES (CONTINUED)
 2
 3   FOR GOOGLE, LLC, AND THE WITNESS:
 4       QUINN EMANUEL URQUHART & SULLIVAN LLP
 5       BY:  VIOLA TREBICKA
 6       Attorney at Law
 7       865 South Figueroa Street, 10th Floor
 8       Los Angeles, California 90017
 9       Violatrebicka@quinnemanuel.com
10           - and -
11       BY:  TEUTA FANI
12       Attorney at Law
13       1300 I Street NW, Suite 900
14       Washington, DC 20005
15       Teutafani@quinnemanuel.com
16
17
18   Also Present: Beko Reblitz-Richardson
19                 Torryn Taylor
20
21   Videographer:  Cassia Leet
22
23
24
25
                                              Page 4
```

```
 1          Parker, Colorado; Tuesday, February 8, 2022
 2                         11:10 a.m.
 3                                                          10:10:05
 4          VIDEO OPERATOR:  Good morning.  We are going    10:10:09
 5   on the record the 11:10 a.m., on February 8th, 2022.   10:10:10
 6          Please note that the microphones may pick up    10:10:16
 7   background noise, conversations, and interference if  10:10:20
 8   unmuted.  Remember to unmute to speak.                 10:10:23
 9          Audio and video recording will continue to      10:10:27
10   take place unless all parties agree to go off the     10:10:29
11   record.                                               10:10:34
12          This is Media Unit 1 of the video recorded     10:10:34
13   deposition of Dr. Chetna Bindra, taken by counsel for 10:10:39
14   Plaintiffs in the matter of Patrick Calhoun, et al., 10:10:43
15   versus Google, Inc., filed in the United States      10:10:46
16   District Court, for the Northern District of         10:10:49
17   California, San Jose Division.  Case number          10:10:52
18   520-CV-05146-YGR-SVK.                                10:11:06
19          This deposition is being conducted using     10:11:06
20   Veritext virtual technology, and all participants are 10:11:10
21   attending remotely.                                   10:11:12
22          My name is Cassia Leet from Veritext Legal     10:11:13
23   Solutions, and I am the videographer.  The court     10:11:18
24   reporter is Lori Barkley of Veritext Legal Solutions. 10:11:20
25          I'm not related to any party in this action;  10:11:23
```

Page 16

| | | |
|---|---|---|
| 1 | nor am I financially interested in the outcome. | 10:11:27 |
| 2 | Would counsel and everyone attending | 10:11:30 |
| 3 | remotely please state your appearances and | 10:11:32 |
| 4 | affiliations for the record. | 10:11:34 |
| 5 | MS. WEAVER: Good morning. I'm Lesley | 10:11:37 |
| 6 | Weaver with Bleichmar Fonti & Auld. With me today is | 10:11:39 |
| 7 | my partner, Anne Davis, of the same firm. | 10:11:43 |
| 8 | Also we have Jay Barnes of Simmons Conroy on | 10:11:46 |
| 9 | behalf of the plaintiffs in the Calhoun matter. | 10:11:52 |
| 10 | And we have Beko Reblitz-Richardson from | 10:11:54 |
| 11 | Boies Schiller Flexner on behalf of Plaintiffs in the | 10:11:59 |
| 12 | Brown matter. | 10:12:01 |
| 13 | MS. TREBICKA: Good morning. Viola Trebicka | 10:12:03 |
| 14 | with Quinn Emanuel. I am here on behalf of the | 10:12:08 |
| 15 | witness and Google. | 10:12:11 |
| 16 | With me today is Teuta Fani, an associate | 10:12:13 |
| 17 | with Quinn Emanuel. And also Torryn Taylor, an | 10:12:17 |
| 18 | in-house attorney with Google. | 10:12:20 |
| 19 | VIDEO OPERATOR: Thank you. | 10:12:23 |
| 20 | Will the court reporter please swear in the | 10:12:23 |
| 21 | witness. | 10:12:25 |
| 22 | | |
| 23 | DR. CHETNA BINDRA, | |
| 24 | having been administered an oath, was examined and | |
| 25 | testified as follows: | |

Page 17

```
 1       Q.   And do you believe that somehow this           18:40:34
 2   document was posted and people were making comments     18:40:37
 3   on the document?                                        18:40:39
 4            MS. TREBICKA:  Objection, assumes facts.       18:40:43
 5            THE WITNESS:  Two separate things.  One is a   18:40:46
 6   document, an internal document likely had comments on   18:40:48
 7   it.  Separate topic about a document getting posted     18:40:52
 8   externally on GitHub.                                   18:40:57
 9   BY MS. WEAVER:                                          18:41:01
10       Q.   Got it.                                        18:41:01
11            So do you see in the first page of             18:41:01
12   Exhibit 41, it says (as read):                          18:41:04
13                 Today, the real-time bidding              18:41:05
14            ecosystem strongly depends on                  18:41:06
15            cross-site user identifiers for                18:41:09
16            frequency management,                          18:41:10
17            personalization use cases such as              18:41:13
18            audience targeting and remarketing,            18:41:15
19            conversion attribution and                     18:41:17
20            measurement.                                   18:41:18
21            Do you see that?                               18:41:19
22       A.   I see that sentence.                           18:41:21
23       Q.   And then under that, it says (as read):        18:41:22
24            ███████████████████████████████                18:41:24
25            ███████████████████ ███████████                18:41:26
```

| | | |
|---|---|---|
| 1 | ███████████████████████████████ | 18:41:28 |
| 2 | ███████████████████████████████ | 18:41:33 |
| 3 | ███████████████████████████████ | 18:41:34 |
| 4 | ███████████████████████████████ | 18:41:35 |
| 5 | ████████████████ | 18:41:38 |
| 6 | ██████████████ | 18:41:39 |
| 7 | A.  ██████████████ | 18:41:39 |
| 8 | Q.  ████████████████████████ : | 18:41:40 |
| 9 | ████████████████████ | 18:41:43 |
| 10 | ██████████████████████ | 18:41:45 |
| 11 | ████████  ██████████  ████████ | 18:41:47 |
| 12 | ██████████████████  ██████████ | 18:41:50 |
| 13 | ████████████████████ | 18:41:52 |
| 14 | ██████████████ | 18:41:54 |

```
15       A.   I do.                                    18:41:55
16       Q.   What were you referring to there?        18:41:55
17       A.   I do not recall this overall exchange, but 18:42:00
18  what it appears to me is that the document was   18:42:04
19  referring to how the overall real-time bidding   18:42:07
20  ecosystem operates today.  It does operate in a way 18:42:13
21  that it appears, you know, yes, a lot of the players 18:42:16
22  within the ecosystem rely on user identifiers.  They 18:42:22
23  do all the things that are mentioned there.      18:42:26
24           And I think even below I write, there's a 18:42:29
25  comment about what is the point of highlighting  18:42:35
```

```
 1   issues of RTBs.  I think this is an overall comment    18:42:37
 2   on how players in the ecosystem continue to, you       18:42:40
 3   know, conduct ad business, conduct some of this kind   18:42:47
 4   of personalization.                                    18:42:51
 5            And I think the point here was to             18:42:54
 6   potentially focused the external document that would   18:42:56
 7   get posted on GitHub on actual experimentation versus  18:43:00
 8   us talking at huge length necessarily about how the    18:43:04
 9   external ecosystem outside us continues to operate.    18:43:09
10            Largely made sense in trying to get into all  18:43:17
11   the concerns that we have about how the ecosystem      18:43:19
12   operates.                                              18:43:22
13       Q.   And did you write above where it says         18:43:23
14   (as read):
15            ▮▮▮▮▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.           18:43:26
16            ▮▮▮▮▮▮▮▮'                                     18:43:30
17       A.   I do not know whether that's what I wrote.    18:43:30
18       Q.   And then do you see Glen Bernston says        18:43:34
19   (as read):
20            To be clear, you are proposing                18:43:37
21            not talking about current RTB                 18:43:38
22            ecosystem, and instead focus on               18:43:41
23            aRTB?                                         18:43:43
24       A.   I do see that sentence.                       18:43:46
25       Q.   What is a RTB?                                18:43:48
```

| | | |
|---|---|---|
| 1 | A. aRTB is likely the post that was shared | 18:43:51 |
| 2 | externally on GitHub, and it refers to a nonpremise | 18:43:55 |
| 3 | RTB. | 18:44:01 |
| 4 | Q. We'll turn now to Exhibit 42. | 18:44:04 |
| 5 | (Exhibit 42 was marked for identification and | 18:44:15 |
| 6 | is attached hereto.) | 18:44:37 |
| 7 | MS. WEAVER: For the record, Exhibit 42 | 18:44:37 |
| 8 | bears Bates number GOOG-CABR-04828296 through 302. | 18:44:39 |
| 9 | Dr. Bindra is the custodian. | 18:44:50 |
| 10 | Q. Do you know who Teodora Stanoeva is? | 18:44:52 |
| 11 | A. I do not. | 18:44:56 |
| 12 | Q. Okay. Do you recognize Exhibit 42? | 18:44:58 |
| 13 | A. I do not. | 18:45:03 |
| 14 | Q. Do you recognize Exhibit 42 as an internally | 18:45:04 |
| 15 | created Google document? | 18:45:11 |
| 16 | A. I do not know that. | 18:45:16 |
| 17 | Q. Well, do you see where did says: GO/TC | 18:45:17 |
| 18 | proof, underneath the title: Observable proof of | 18:45:21 |
| 19 | your Transparency and Control promises? | 18:45:25 |
| 20 | A. I do see that. | 18:45:27 |
| 21 | Q. And isn't "go/" an internal acronym for a | 18:45:28 |
| 22 | link where you can usually provide a document just as | 18:45:33 |
| 23 | we've discussed earlier today? | 18:45:36 |
| 24 | A. No. That is not the only thing that "GO" | 18:45:40 |
| 25 | can be used for. | 18:45:43 |

Page 296

```
 1    STATE OF CALIFORNIA       ) ss.
 2    COUNTY OF LOS ANGELES     )
 3
 4           I, Lori M. Barkley, CSR No. 6426, do hereby
 5    certify:
 6           That the foregoing deposition testimony
 7    taken before me at the time and place therein set
 8    forth and at which time the witness was administered
 9    the oath;
10           That the testimony of the witness and all
11    objections made by counsel at the time of the
12    examination were recorded stenographically by me, and
13    were thereafter transcribed under my direction and
14    supervision, and that the foregoing pages contain a
15    full, true and accurate record of all proceedings and
16    testimony to the best of my skill and ability.
17           I further certify that I am neither counsel
18    for any party to said action, nor am I related to any
19    party to said action, nor am I in any way interested
20    in the outcome thereof.
21           IN WITNESS WHEREOF, I have subscribed my
22    name this 9th day of February, 2022.
23
24                    _____
25                    LORI M. BARKLEY, CSR No. 6426
```

Page 337