# GOOGLE LLC'S SUPPLEMENT TO ADMINISTRATIVE MOTION FOR CLARIFICATION OF JUNE 13, 2022 DISCOVERY ORDER (DKT. 700)

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**GOOGLE LLC'S SUPPLEMENT TO ADMINISTRATIVE MOTION FOR CLARIFICATION OF JUNE 13, 2022 DISCOVERY ORDER (DKT. 700)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

1     By this motion, Google provides a status update regarding its compliance with the June 13, 2022 Order re Discovery Disputes re RFP No. 5 and Rule 30(b)(6) Deposition (Dkt. 700) ("Discovery Order"), and modifies its June 14, 2022 Motion for Clarification.

    The Discovery Order stated:

    1. For any Named Plaintiff data for which Google has not yet provided notice to third party publishers, Google is to provide that notice no later than **June 15, 2022**;

    2. All Named Plaintiff data currently being withheld by Google, regardless of third-party notification status, must be produced no later than **June 30, 2022**.

    On June 14, 2022, Google filed a motion seeking clarification that the Discovery Order (1) directs Google to produce the litigation hold ▓▓▓▓ logs data Google processed and segregated in early March 2022, and not the data preserved from March 2022 to the date of the Discovery Order; and (2) the "Named Plaintiff data currently being withheld by Google" refers to this litigation hold ▓▓▓▓ logs data. Dkt. 704-4.

    On June 15, 2022, the Court set June 16, 2022 as the deadline for any response to Google's Administrative Motion for Clarification. Dkt. 706.

    As to the first request for clarification, Google is pleased to report that Google has successfully processed all litigation hold ▓▓▓▓ logs data from early March through the date of the Discovery Order. Google will be able to notify all relevant third-party publishers today or tomorrow and produce all litigation hold ▓▓▓▓ logs data through the date of the Discovery Order on June 30, 2022.

    As to the second request for clarification, Google respectfully seeks confirmation that by producing all litigation hold ▓▓▓▓ logs data through the date of the Discovery Order on June 30, 2022, Google will be in compliance with the June 13, 2022 Discovery Order.

1  DATED: June 16, 2022                QUINN EMANUEL URQUHART &
2                                      SULLIVAN, LLP

3                                      By   /s/ Andrew H. Schapiro
                                            Andrew H. Schapiro (admitted *pro hac vice*)
4                                           andrewschapiro@quinnemanuel.com
                                            Teuta Fani (admitted *pro hac vice*)
5                                           teutafani@quinnemanuel.com
                                            191 N. Wacker Drive, Suite 2700
6                                           Chicago, IL 60606
                                            Telephone: (312) 705-7400
7                                           Facsimile: (312) 705-7401

8                                           Stephen A. Broome (CA Bar No. 314605)
                                            stephenbroome@quinnemanuel.com
9                                           Viola Trebicka (CA Bar No. 269526)
                                            violatrebicka@quinnemanuel.com
10                                          Crystal Nix-Hines (Bar No. 326971)
                                            crystalnixhines@quinnemanuel.com
11                                          Alyssa G. Olson (CA Bar No. 305705)
                                            alyolson@quinnemanuel.com
12                                          865 S. Figueroa Street, 10th Floor
                                            Los Angeles, CA 90017
13                                          Telephone: (213) 443-3000
                                            Facsimile: (213) 443-3100
14
15                                          Diane M. Doolittle (CA Bar No. 142046)
                                            dianedoolittle@quinnemanuel.com
16                                          Sara Jenkins (CA Bar No. 230097)
                                            sarajenkins@quinnemanuel.com
17                                          555 Twin Dolphin Drive, 5th Floor
                                            Redwood Shores, CA 94065
18                                          Telephone: (650) 801-5000
                                            Facsimile: (650) 801-5100
19
20                                          Josef Ansorge (admitted *pro hac vice*)
                                            josefansorge@quinnemanuel.com
21                                          Xi ("Tracy") Gao (CA Bar No. 326266)
                                            tracygao@quinnemanuel.com
22                                          Carl Spilly (admitted *pro hac vice)*
                                            carlspilly@quinnemanuel.com
23                                          1300 I. Street, N.W., Suite 900
                                            Washington, D.C. 20005
24                                          Telephone: 202-538-8000
                                            Facsimile: 202-538-8100
25
26                                          Jomaire A. Crawford (admitted *pro hac vice*)
                                            jomairecrawford@quinnemanuel.com
27                                          51 Madison Avenue, 22nd Floor
28

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

New York, NY 10010  
Telephone: (212) 849-7000  
Facsimile: (212) 849-7100  

Jonathan Tse (CA Bar No. 305468)  
jonathantse@quinnemanuel.com  
50 California Street, 22nd Floor  
San Francisco, CA 94111  
Telephone: (415) 875-6600  
Facsimile: (415) 875-6700  

*Attorneys for Defendant Google LLC*