1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Diane M. Doolittle (CA Bar No. 142046)           Andrew H. Schapiro (admitted *pro hac vice*)
2  dianedoolittle@quinnemanuel.com                  andrewschapiro@quinnemanuel.com
   Sara Jenkins (CA Bar No. 230097)                 Teuta Fani (admitted *pro hac vice*)
3  sarajenkins@quinnemanuel.com                     teutafani@quinnemanuel.com
4  555 Twin Dolphin Drive, 5th Floor                191 N. Wacker Drive, Suite 2700
   Redwood Shores, CA 94065                         Chicago, IL 60606
5  Telephone: (650) 801-5000                        Telephone: (312) 705-7400
   Facsimile: (650) 801-5100                        Facsimile: (312) 705-7401
6
7  Stephen A. Broome (CA Bar No. 314605)            Josef Ansorge (admitted *pro hac vice*)
   stephenbroome@quinnemanuel.com                   josefansorge@quinnemanuel.com
8  Viola Trebicka (CA Bar No. 269526)               Xi ("Tracy") Gao (CA Bar No. 326266)
   violatrebicka@quinnemanuel.com                   tracygao@quinnemanuel.com
9  Crystal Nix-Hines (Bar No. 326971)               Carl Spilly (admitted *pro hac vice*)
   crystalnixhines@quinnemanuel.com                 carlspilly@quinnemanuel.com
10 Alyssa G. Olson (CA Bar No. 305705)              1300 I Street NW, Suite 900
11 alyolson@quinnemanuel.com                        Washington D.C., 20005
   865 S. Figueroa Street, 10th Floor               Telephone: (202) 538-8000
12 Los Angeles, CA 90017                            Facsimile: (202) 538-8100
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100
14
   Jomaire Crawford (admitted *pro hac vice*)      Jonathan Tse (CA Bar No. 305468)
15 jomairecrawford@quinnemanuel.com                 jonathantse@quinnemanuel.com
   51 Madison Avenue, 22nd Floor                    50 California Street, 22nd Floor
16 New York, NY 10010                               San Francisco, CA 94111
17 Telephone: (212) 849-7000                        Telephone: (415) 875-6600
   Facsimile: (212) 849-7100                        Facsimile: (415) 875-6700
18
   *Counsel for Defendant Google LLC*

19                        UNITED STATES DISTRICT COURT
20              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

21

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-05146-YGR-SVK |
| Plaintiffs, | **GOOGLE LLC'S SUPPLEMENT TO ADMINISTRATIVE MOTION FOR CLARIFICATION OF JUNE 13, 2022 DISCOVERY ORDER (DKT. 700)** |
| vs. | |
| GOOGLE LLC, | Referral: Hon. Susan van Keulen, USMJ |
| Defendant. | |

By this motion, Google provides a status update regarding its compliance with the June 13, 2022 Order re Discovery Disputes re RFP No. 5 and Rule 30(b)(6) Deposition (Dkt. 700) ("Discovery Order"), and modifies its June 14, 2022 Motion for Clarification.

The Discovery Order stated:

1. For any Named Plaintiff data for which Google has not yet provided notice to third party publishers, Google is to provide that notice no later than **June 15, 2022**;

2. All Named Plaintiff data currently being withheld by Google, regardless of third-party notification status, must be produced no later than **June 30, 2022**.

On June 14, 2022, Google filed a motion seeking clarification that the Discovery Order (1) directs Google to produce the litigation hold ▓▓▓ logs data Google processed and segregated in early March 2022, and not the data preserved from March 2022 to the date of the Discovery Order; and (2) the "Named Plaintiff data currently being withheld by Google" refers to this litigation hold ▓▓▓ logs data. Dkt. 704-4.

On June 15, 2022, the Court set June 16, 2022 as the deadline for any response to Google's Administrative Motion for Clarification. Dkt. 706.

As to the first request for clarification, Google is pleased to report that Google has successfully processed all litigation hold ▓▓▓ logs data from early March through the date of the Discovery Order. Google will be able to notify all relevant third-party publishers today or tomorrow and produce all litigation hold ▓▓▓ logs data through the date of the Discovery Order on June 30, 2022.

As to the second request for clarification, Google respectfully seeks confirmation that by producing all litigation hold ▓▓▓ logs data through the date of the Discovery Order on June 30, 2022, Google will be in compliance with the June 13, 2022 Discovery Order.

| | | |
|---|---|---|
|1| DATED:  June 16, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|2| | |
|3| | By   */s/ Andrew H. Schapiro* |
| | | Andrew H. Schapiro (admitted *pro hac vice*) |
|4| | andrewschapiro@quinnemanuel.com |
| | | Teuta Fani (admitted *pro hac vice*) |
|5| | teutafani@quinnemanuel.com |
| | | 191 N. Wacker Drive, Suite 2700 |
|6| | Chicago, IL 60606 |
|7| | Telephone: (312) 705-7400 |
| | | Facsimile: (312) 705-7401 |
|8| | |
| | | Stephen A. Broome (CA Bar No. 314605) |
|9| | stephenbroome@quinnemanuel.com |
| | | Viola Trebicka (CA Bar No. 269526) |
|10| | violatrebicka@quinnemanuel.com |
|11| | Crystal Nix-Hines (Bar No. 326971) |
| | | crystalnixhines@quinnemanuel.com |
|12| | Alyssa G. Olson (CA Bar No. 305705) |
| | | alyolson@quinnemanuel.com |
|13| | 865 S. Figueroa Street, 10th Floor |
| | | Los Angeles, CA 90017 |
|14| | Telephone: (213) 443-3000 |
|15| | Facsimile: (213) 443-3100 |
| | | |
|16| | Diane M. Doolittle (CA Bar No. 142046) |
| | | dianedoolittle@quinnemanuel.com |
|17| | Sara Jenkins (CA Bar No. 230097) |
| | | sarajenkins@quinnemanuel.com |
|18| | 555 Twin Dolphin Drive, 5th Floor |
|19| | Redwood Shores, CA 94065 |
| | | Telephone: (650) 801-5000 |
|20| | Facsimile: (650) 801-5100 |
| | | |
|21| | Josef Ansorge (admitted *pro hac vice*) |
| | | josefansorge@quinnemanuel.com |
|22| | Xi ("Tracy") Gao (CA Bar No. 326266) |
| | | tracygao@quinnemanuel.com |
|23| | Carl Spilly (admitted *pro hac vice)* |
| | | carlspilly@quinnemanuel.com |
|24| | 1300 I. Street, N.W., Suite 900 |
|25| | Washington, D.C. 20005 |
| | | Telephone: 202-538-8000 |
|26| | Facsimile: 202-538-8100 |
| | | |
|27| | Jomaire A. Crawford (admitted *pro hac vice*) |
| | | jomairecrawford@quinnemanuel.com |
|28| | 51 Madison Avenue, 22nd Floor |

New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*