UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO REPLY TO PLAINTIFFS' RESPONSE TO GOOGLE'S MOTION FOR CLARIFICATION (DKT. 717)**<br><br>Judge: Hon. Susan van Keulen |

1  Google LLC seeks leave to reply to Plaintiffs' response to Google's Motion for Clarification
2  (Dkt. 717). Having considered the arguments of the parties and the papers submitted, Google's
3  Motion for leave to reply is GRANTED.
4
5  **IT IS SO ORDERED**.
6
7
8  DATED: _____    _____
                                     THE HONORABLE SUSAN VAN KEULEN
9                                    United States Magistrate Judge