UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-05146-YGR   (SVK)<br><br>**INTERIM ORDER RE REQUEST FOR CLARIFICATION OF ORDER RE DISCOVERY DISPUTE: RFP NO. 5**<br><br>Re: Dkt. No. 700 |

This Court in receipt of the multiple filings on this subject just this week, including today. The Court **ORDERS** as follows:

- As the Court considers whether clarification of its Order at Dkt. 700 is necessary and if so, the nature of the clarification, Google is to proceed with completion of its production of "all of the Named Plaintiffs' data that Google has preserved" pursuant to the "Litigation Hold" as represented by Google in Dkt. 720. Google is not to delay its production pending further determination of the entire scope of that production by the Court.

- No further briefing, including requests for leave to file further briefing, is to be filed unless specifically *requested* by the Court.

**SO ORDERED.**

Dated: June 17, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge