# DECLARATION OF DAVID A. STRAITE ISO PLAINTIFFS RESPONSE TO GOOGLE'S OBJECTIONS (DKT. NO. 695) TO SPECIAL MASTER'S MODIFIED PRESERVATION PLAN (DKT NOS. 665, 666)

## Redacted Version of Document Sought to be Sealed

1 **DiCELLO LEVITT GUTZLER LLC**
2 David A. Straite (admitted *pro hac vice*)
One Grand Central Place
3 60 E. 42nd Street, Suite 2400
New York, NY 10165
4 Tel.: (646) 993-1000
Fax: (646) 494-9648
5 *dstraite@dicellolevitt.com*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**DECLARATION OF DAVID A. STRAITE IN SUPPORT OF PLAINTIFFS' RESPONSE TO GOOGLE'S OBJECTIONS (DKT. NO. 695) TO SPECIAL MASTER'S MODIFIED PRESERVATION PLAN (DKT NOS. 665, 666)** |

**DECLARATION OF DAVID A. STRAITE**

I, David Straite, hereby declare under penalty of perjury:

1. I am an attorney admitted to practice before this Court *pro hac vice* in the above-captioned matter. I am an attorney with the law firm DiCello Levitt Gutzler LLC, who, along with the law firms Bleichmar Fonti & Auld LLP and Simmons Hanly Conroy, LLC, represent Plaintiffs in the above-captioned matter.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. I submit this declaration in support of Plaintiffs' Response to Google's Objections (Dkt. No. 695) to Special Master's Modified Preservation Plan (Dkt. Nos. 665, 666).

4. Through the Special Master process, Google's production recently confirmed that GAIA ▮▮▮ columns often store Zwieback IDs together with GAIA account IDs, mailing addresses, phone numbers, and geo-location. Plaintiffs only learned this after the conclusion of fact discovery and only after finally securing the column annotations for GAIA ▮▮▮ on May 9, 2022.

5. Attached as **Exhibit A** is a true and correct copy of excerpts from the August 4, 2021 Fed. R. Civ. P. 30(b)(6) deposition of Defendant Google LLC (Dr. Curt Harting, designee).

6. Attached as **Exhibit B** is a true and correct copy of Google's May 11, 2022 correspondence to the Special Master.

7. Attached as **Exhibit C** is a true and correct copy of Exhibit 11 from the April 9, 2021 Fed. R. Civ. P. 30(b)(6) deposition of Defendant Google LLC (David Monsees, designee). I personally emailed relevant portions of this document to Special Master Douglas Brush on May 17, 2022 to rebut Google counsel's unverified assertions regarding preservation costs of certain data sources. Google counsel were copied, but they elected not to respond.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 15th day of June, 2022, at Marbletown, New York.

/s/ *David A. Straite*
David A. Straite

# CERTIFICATE OF SERVICE

I, David A. Straite, hereby certify that on June 15, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.

*/s/ David A. Straite*
David A. Straite