UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Honorable Yvonne Gonzalez Rogers |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Motion Re: Sealing Portions of Plaintiffs' Brief re: Targeted Use of Calhoun Discovery in In RE Google RTB Consumer Privacy Litigation, Pursuant to Dkt. 683 ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|
| Plaintiffs' Brief re: Targeted Use of Calhoun Discovery in In RE Google RTB Consumer Privacy Litigation, Pursuant to Dkt. 683 at:<br><br>i:11, 3:11-19, 5:5-15, 7:12-13, 8:7, 8:11, 8:13-15, 8:22, 8:25, 8:27, 9:19-23 | Tse Declaration ¶ 4-6 | |
| Declaration of Prof. Zubair Shafiq<br><br>2:21, 3:17-25, 4:4-5, 4:7-22, 5:4, 5:12, 5:17-25, 6:2-6, 6:12, 6:14-7:3, 7:10-21, 7:23-8:2, 8:7-9, 8:10-11, 8:17-9:8, 9:10, 9:12-17, 9:22-10:1, 10:8-12, 10:17-28, 11:3-11 | Tse Declaration ¶ 4-6 | |
| Declaration of Lesley E. Weaver<br><br>2:8-15, 3:4-8, 4:27, 5:16-18, 5:22, 7:10 | Tse Declaration ¶ 4-6 | |
| Exhibit A (GOOG-CABR-00892126) at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| Exhibit B (GOOG-CALH-00030221) at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| Exhibit C (GOOG-CABR-00893711) at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| Exhibit D (GOOG-CABR-05885871) at: | Tse Declaration ¶ 4-6 | |

| | | |
|---|---|---|
| Entirety | | |
| Exhibit E (GOOG-CALH-00030521) at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| Exhibit F (GOOG-CABR-00111820) at:<br><br>-1822, -1824, -1825 | Tse Declaration ¶ 4-6 | |
| Exhibit G (GOOG-CALH-00043330) at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| Exhibit H (GOOG-CABR-05404180) at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| Exhibit I (8/4/21 Curt Harting Depo Tr. Excerpts) at:<br><br>259:22-23, 259:25, 260:1, 260:4, 260:12-13, 260:17, Errata | Tse Declaration ¶ 4-6 | |
| Exhibit J (12/20/21 Sam Heft-Luthy Depo Tr. Excerpts) at:<br><br>59:23, 88:2, 88:22, 89:4, 93:15-18 | Tse Declaration ¶ 4-6 | |
| Exhibit K (1/7/22 Deepak Ravichandran Depo Tr. Excerpts) at:<br><br>36:12-16, 89:5-11, 92:1, 95:15, 95:21-23, 133:17, 133:20, 134:3-4, 134:10-11, 171:5-6 | Tse Declaration ¶ 4-6 | |
| Exhibit L (3/1/22 Hyewon Jun Depo Tr. Excerpts) at:<br><br>84:13, 84:17-23, 85:1, 85:4-5, 85:15, 86:11, 86:24, 115:25-116:22, 116:24-117:3, 119:9, 119:12-19, 150:16, 150:20, 152:12, 152:19, 153:1, 153:4-7, 153:12-154:3, 154:18-157:24, 170:17-18, Errata pgs. 5-6, 8 | Tse Declaration ¶ 4-6 | |
| Exhibit M (4/13/22 Michael Kleber Depo Tr. Excerpts) at: | Tse Declaration ¶ 4-6 | |

| | | |
|---|---|---|
| 29:24 | | |
| Exhibit N (4/14/22 Glenn Berntson Depo Tr. Excerpts) at:<br><br>43:14, 43:19, 43:21-22, 43:24, 44:1-25, 45:5-6, 45:10-46:13, 85:23-86:22 | Tse Declaration ¶ 4-6 | |
| GOOG-CALH-00030031 at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| GOOG-CALH-00061979 at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| GOOG-CALH-00161106 at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| GOOG-CALH-00374314 at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |
| GOOG-CALH-01134322 at:<br><br>Entirety | Tse Declaration ¶ 4-6 | |

**SO ORDERED**.

DATED:_____            _____
                                     HON. YVONNE GONZALEZ ROGERS
                                     United States District Judge