# DECLARATION OF PROF. ZUBAIR SHAFIQ IN SUPPORT OF PLAINTIFFS' MOTION FOR TARGETED USE OF CALHOUN DISCOVERY IN IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION

**Redacted Version of Document Sought to be Sealed**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR (SVK)<br><br>**DECLARATION OF PROF. ZUBAIR SHAFIQ IN SUPPORT OF PLAINTIFFS' MOTION FOR TARGETED USE OF *CALHOUN* DISCOVERY IN *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION***<br><br>Hon. Yvonne Gonzalez-Rogers |
| *IN RE GOOGLE RTB CONSUMER PRIVACY LITIGATION*<br><br>*This document applies to all actions.* | Case No. 4:21-cv-02155-YGR (VKD)<br><br>Hon. Yvonne Gonzalez-Rogers |

**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

**DECLARATION OF ZUBAIR SHAFIQ, PH. D.**

I, Zubair Shafiq, Ph.D., hereby declare under penalty of perjury:

1. I am an associate professor of computer science at University of California, Davis. My research focuses on making the Internet more private, secure, and performant using network measurement and machine learning techniques.[1]

2. I have been retained as an expert for Plaintiffs in the above captioned *Calhoun* and *RTB* matters.

3. I submit this declaration in support of Plaintiffs' Motion for Targeted Use of *Calhoun* Discovery in *RTB*.

4. I reserve the right to amend, modify, or supplement my opinions as new or additional information becomes available to me.

**SUMMARY OF OPINIONS**

5. As set forth below, having reviewed information in the *Calhoun* matter, it is my opinion that *Calhoun* discovery is highly relevant to the real-time bidding (RTB) issues in *RTB*. In summary, Google's infrastructure to collect, process, and share personal information of Chrome users in the *Calhoun* matter is also applicable to the RTB process for Google Account Holders in the *RTB* matter.

**ANALYSIS**

6. As an expert in *Calhoun* discovery, I have accessed and reviewed discovery which I believe would also be relevant to the *RTB* matter. Specifically, *Calhoun* discovery shows that Google maintains ▓▓▓▓▓ of logs across different logging systems that store users' personal information it (i) collects, (ii) processes, and (iii) shares with its advertising partners as part of the real-time bidding (RTB) process. Below is a high-level summary of these three steps in RTB as uncovered by the *Calhoun* discovery.

   a. *Collection:* Since RTB is specifically designed to enable online behavioral advertising (or "OBA"), where personalized ads are served to users based on their past browsing behavior, Google collects browsing history of its

---

[1] For additional qualifications and background information, please refer to my curriculum vitae which was previously submitted to the Court in April 2022. *See Calhoun* Dkt. 622.

Account Holders when they directly or indirectly use Google products and services. For example, if a Google Account Holder uses Chrome Sync[2] then the user's browsing history is collected by Google. As another example, if a Google Account Holder visits a web page where Google Display Ads or Google Analytics source code is present then Google collects the web page's information to compile the user's browsing history.

b. *Processing:* Google processes browsing history of Account Holders to infer interest segments. To this end, Google employs a variety of statistical and machine learning models that extract up to thousands of segments and their weights based on the user's collected browsing history.

c. *Sharing:* Google shares personal information of Account Holders with its advertising partners when it solicits bids to sell advertising slots through the RTB process. The personal information includes the interest segments as well as user identifiers and other contextual information. Google's internal documents produced during *Calhoun* discovery acknowledge the data sharing flows with bidders during RTB [*see* GOOG-CABR-00892128].



Google slide deck entitled "RTB privacy risks" illustrates data sharing flows from Google to bidders [*see* GOOG-CABR-00892128]

---

[2] Turn sync on and off in Chrome: https://support.google.com/chrome/answer/185277

7. Below, I provide a summary of Google's logging systems and various logs that store personal information it collects, processes, and shares as part of the RTB process. A Google produced document entitled "AEO 2021-09-17 Calhoun v. Google -Google Submission" lists at least ▇ logs across ▇▇▇, ▇▇▇, ▇▇, ▇, ▇▇▇▇, and ▇▇▇ logging systems. The relevance of these ▇ logs to RTB is self-evident based on their names (column A) and descriptions (column C) provided by Google. A few notable examples include:

a. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇

b. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

c. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇

d. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇

e. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Furthermore, as discussed below, Google's production of a subset of these logs for *Calhoun* Plaintiffs makes it abundantly clear that they indeed store information collected, processed, and shared as part of RTB.

8. **Identifiers:** The logs maintained by Google are keyed against one or more identifiers (IDs). These IDs include but are not limited to the below [*see* GOOG-CALH-00161106; GOOG-CALH-00061979]:

    a. GAIA (Google Account ID included in various cookies and URL query strings)[3]

    b. Biscotti (IDE cookie on doubleclick.net)

    c. Zwieback (NID cookie on google.com)

    d. ▮▮▮▮ (DSID cookie on doubleclick.net that combines Biscotti and GAIA IDs)

    e. IP address and user agent

    f. Device IDs such as AdID (Android Advertising ID) and IDFA (Apple Identifier for Advertisers)

    g. PPID (1st party publisher provided identifier based on email address, device ID, etc.)

    h. GFP cookie (1st party Google Ad Manager cookie set under publisher domain)

It is noteworthy that (1) different IDs are automatically mapped to each other when they co-exist in a log and (2) Google also expressly maps different IDs to each other using systems such as ▮▮▮▮ [see GOOG-CALH-00061983] and ▮▮▮▮ [see GOOG-CALH-00030031 and GOOG-CALH-00374315]. Thus, Google is capable of extracting Plaintiff information with just an Account Holder's email address, which Google directly associates with a GAIA ID privately as well as publicly (in Google Takeout[4]).

Google slide deck illustrating various "user identifiers, cookies, and technologies" [see GOOG-CALH-00061998]

---

[3] The logs keyed to GAIA ID are called "P-logs" and store "GKS" (GAIA Keyed Serving).

[4] https://takeout.google.com/

9. **Account Settings:** The logs maintained by Google store information about a user's account settings such as ▮▮▮▮ and WAA (Web & App Activity). For example, *Calhoun* discovery of GAIA ▮▮ showed that it contains a column entitled ▮▮▮▮ that contains a user's account settings such as ▮▮▮, ▮▮, ▮▮, ▮▮, ▮▮, ▮▮, ▮▮▮▮, etc. In *Calhoun,* I was able to use this stored information about a user's account settings to refute challenges to class member identification. The same information will be helpful to my analysis of these same issues in *RTB*.

10. **Browsing History:** The logs maintained by Google store information about a user's browsing history (i.e., URL of the web page visited by the user) that is collected by different Google products and services. The logging systems that store a user's browsing history include but are not limited to ▮▮, ▮▮, as well as several backend ▮▮ logs. The following is a subset of relevant logs from which Google produced Plaintiff data during *Calhoun* discovery.

   a. ▮▮
      i. Google Ads: ▮▮▮▮
      ii. Google Ads: ▮▮▮▮
      iii. Google Ads: ▮▮▮▮
      iv. Google Analytics: ▮▮▮▮
   b. ▮▮
      i. Chrome Sync: ▮▮▮
      ii. Chrome Sync: ▮▮▮▮
      iii. Google Analytics: ▮▮▮
      iv. Google Ads: ▮▮▮
      v. Google Ads: ▮▮▮▮
      vi. YouTube: ▮▮
   c. ▮▮
      i. Google Ads: ▮▮▮▮
      ii. Google Ads: ▮▮▮▮

   iii. Google Ads: ███████████████████████
   iv. Google Ads: █████████████████████████████
   v. Google Ads: ████████████████████████████

In *Calhoun,* I was able to use this stored information about users' browsing history to assess the nature and extent of personal information collected by Google from Chrome users. The same information will be helpful to my analysis of these same issues for Google Account Holders in *RTB*.

 11. **Location:** The logs maintained by Google store information about a user's location as well as the publisher's location.

  a. GAIA ███ production from *Calhoun* discovery shows that it contains a user's location in the column entitled ████████████████████ with following fields:

   i. ██████████
   ii. ███████
   iii. ██████
   iv. ████████
   v. ████████
   vi. █████████
   vii. ██████
   viii. ████████████
   ix. █████████
   x. ██████████████
   xi. ████████

  b. ████████████████████ production from *Calhoun* discovery shows that it contains a user's location and the publisher's location in following fields:

   i. █████████████
   ii. █████████
   iii. ████████████
   iv. ████████████████
   v. ████████████
   vi. ███████████
   vii. ███████████
   viii. ██████████

  ix. █████████

  x. █████████

In *Calhoun,* I was able to use this stored information about user's and publisher's location to determine whether the user or the website with which a Chrome user was communicating are located in California. The same information will be helpful to my analysis of these same issues for Google Account Holders in *RTB*.

12. **Content:** The logs maintained by Google store contents of a user's communication. They always include the web page's URL in fields such as ████████████████████████████████████████████████████. They oftentimes also include derived information from the content of the URL. These fields include ████████████████████████████████████████████████████████████████████████ etc. In *Calhoun,* I was able to use this stored information to assess whether it relates to the substance, purport, or meaning of a Chrome user's communication for content determination. The same information will be helpful to my analysis of these same issues in *RTB*.

13. **Personal Information Shared in RTB:** The logs maintained by Google store a user's personal information that is shared with RTB auction participants. The personal information includes thousands of ████████████ from a variety of data sources such as:

  a. ████████
  b. ████████
  c. ████
  d. ████████
  e. ████████████████
  f. ████████████
  g. ████████████
  h. ████████████████
  i. ████████████████
  j. ████████████
  k. ████████████
  l. ████████████████
  m. ████

n. ▮▮▮
o. ▮▮▮
p. ▮▮
q. ▮▮▮▮▮
r. ▮▮▮▮▮▮▮▮
s. ▮▮▮
t. ▮▮▮▮▮
u. ▮▮▮
v. ▮▮▮▮▮▮
w. ▮▮

The data produced by Google as part of the *Calhoun* discovery shows that Google is able to process the collected browsing history to infer ▮▮▮ of interest segments for a Google Account Holder.

14. **Number of Recipients in RTB:** The logs maintained by Google store information about the recipients of the auction information. Each RTB ▮▮▮ includes the following information about the ▮▮ recipient (or "bidder") information such as:

a. ▮▮▮
b. ▮
c. ▮▮
d. ▮▮▮
e. ▮▮

The data produced by Google as part of the *Calhoun* discovery shows that Google typically issues callouts to dozens of bidders during each instance of RTB.

15. **Revenue Information in RTB:** The logs maintained by Google store bid price and revenue information associated with the RTB auction, which include:

a. ▮▮▮
b. ▮▮▮
c. ▮▮▮▮
d. ▮▮▮
e. ▮▮▮▮▮
f. ▮▮
g. ▮▮
h. ▮▮▮
i. ▮▮

j. ▮▮▮▮▮▮▮▮

The data produced by Google as part of the *Calhoun* discovery shows that Google stores detailed revenue information associated with specific ads shown to a specific user in RTB. These logs contain detailed impression-level bid information. For example, what type of auction was used, the maximum bid, the CPM (cost-per-thousand-impressions) paid, the share of revenue for the publisher, etc.

16. **Ad after RTB Auction:** The logs maintained by Google store information about the ad shown to the user after the RTB auction. The fields that contain the ad information include:

a. ▮▮▮▮▮▮
b. ▮▮▮▮▮▮▮▮
c. ▮▮▮
d. ▮▮▮▮
e. ▮▮▮▮▮▮
f. ▮▮▮▮▮▮▮▮

For example, GOOG-CALH-01134322, an example AdQueries log production by Google from *Calhoun* discovery, contains information for a "Beat by Dr. Dre" wireless headphones ad shown to the user.



1  17. To further illustrate the sensitive nature of personal information collected, processed, and shared by Google during RTB, Google's production of personal-DisplayAdQueries for a *Calhoun* Plaintiff reflects that █████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

\*\*\*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th Day of June 2022, at Davis, California.

By: *Zubair*
Zubair Shafiq, Ph. D.