# EXHIBIT A
## Sealed in its Entirety