# EXHIBIT C
## Sealed in its Entirety