# EXHIBIT D
## Sealed in its Entirety