# EXHIBIT E
## Sealed in its Entirety