# EXHIBIT G
## Sealed in its Entirety