# EXHIBIT H
## Sealed in its Entirety