# EXHIBIT I
# Redacted Version of Document Sought to be Sealed

```
 1    UNITED STATES DISTRICT COURT
 2    NORTHERN DISTRICT OF CALIFORNIA
 3    SAN JOSE DIVISION
 4    ------------------------------------------X
 5    PATRICK CALHOUN, ELAINE CRESPO,
 6    HADIYAH JACKSON and CLAUDIA KINDLER,
 7    on behalf of all others similarly
 8    situated,
 9                             Plaintiffs,
10        - against -
11    GOOGLE LLC,
12                             Defendant.
13    CASE NO.: 5:20-cv-5146-LHK
      ------------------------------------------X
14
15         PORTIONS OF THIS TRANSCRIPT CONTAIN
16      TESTIMONY DESIGNATED AS ATTORNEYS' EYES ONLY
17                ZOOM VIDEOCONFERENCE
18
                       August 4, 2021
19                       9:02 a.m.
20
21            VIDEOTAPED DEPOSITION of CURT
22    HARTING, before Melissa Gilmore, a Stenographic
23    Reporter and Notary Public of the State of New
24    York.
25    Job No. SF4741357
```

Page 1

```
 1      A P P E A R A N C E S:
 2      DICELLO LEVITT & GUTZLER
 3      Attorneys for Plaintiffs
 4           60 East 42nd Street, Suite 2400
 5           New York, New York 10165
 6      BY:  DAVID A. STRAITE, ESQ.
 7           ADAM PROM, ESQ.
 8           E-MAIL dstraite@dicellolevitt.com
 9                  aprom@dicellolevitt.com
10
11
12      SIMMONS HANLY CONROY LLC
13      Attorneys for Plaintiffs
14           112 Madison Avenue, 7th Floor
15           New York, New York 10016
16      BY:  JASON BARNES, ESQ.
17           AN TRUONG, ESQ.
18           E-MAIL jaybarnes@simmonsfirm.com
19                  atruong@simmonsfirm.com
20
21
22
23
24
25
```

Page 2

```
 1    A P P E A R A N C E S:  (Cont'd)
 2    QUINN EMANUEL URQUHART & SULLIVAN
 3    Attorneys for Defendant
 4         191 N. Wacker Drive, Suite 2700
 5         Chicago, Illinois 60606
 6    BY:  ANDREW H. SCHAPIRO, ESQ.
 7         JOSEF ANSORGE, ESQ.
 8         E-MAIL andrewschapiro@quinnemanuel.com
 9                josefansorge@quinnemanuel.com
10
11
12    ALSO PRESENT:
13         ALEXANDER ZBROZEK, ESQ., Google
14         KEVIN ASPINWALL, Videographer
15
16
17
18
19
20
21
22
23
24
25
```

```
 1          A.    (Document review.)
 2                While I do that, please switch back
 3    to Mr. Harting.
 4          Q.    As you wish.
 5          A.    (Document review.)
 6                I do not believe that I have seen
 7    document ending in Calhoun number 72868 before.
 8          Q.    Other than the fact that you haven't
 9    seen this actual document, does this type of
10    document familiar to you?
11          A.    This document looks similar to the
12    document in tab 53 in my binder, and that has a
13    different Calhoun number.
14          Q.    And tab 53 is document number --
15    ending in Bates number 61973; is that right?
16          A.    That is correct.
17          Q.    We'll stick with document, Exhibit
18    Number 19.
19                So what is this document?
20          A.    (Document review.)
21                The document appears similar to tab
22    53, which I believe is ▇▇▇▇▇▇ data that was
23    stored in ▇▇▇▇ and I believe by -- pulled
24    from -- I'm sorry -- profile data that I
25    believe is stored is ▇▇▇▇ as pulled via
```

Page 259

1  ▇▇▇▇▇▇ but I'm not -- yeah.
2       Q.   So this is profile data for whom?
3       A.   Presumably, Gaia at the top,
4  ▇▇▇▇▇▇▇▇▇▇
5       Q.   And that's a Gaia identifier?
6       A.   That would be my understanding here.
7       Q.   So this is the user profile for the
8  Google user with that identifier?
9       A.   I believe it is a -- I don't know
10 what -- what do you mean by user profile?
11      Q.   At the top of this document, it
12 says, ▇▇▇▇▇▇_▇▇▇▇▇▇▇▇▇
13 ▇▇▇▇▇▇ so I'm using user profiles as is
14 used in that phrase.
15      A.   Yes, I believe, then, that refers
16 to -- this refers to the
17 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.
18      Q.   Have you ever heard of implicit user
19 profiles before?
20      A.   Not the phrase "implicit user
21 profiles."
22      Q.   Have you heard the phrase "user
23 profiles" before?
24      A.   Yes.
25      Q.   What is a user profile?

Page 260

1  A. In the context of content ads, my
2  knowledge is that it is information about a
3  user and potentially categories or -- about
4  their interests or, actually, I don't know if
5  interests is part of this.
6  It's information about the user as
7  it relates to ads targeting.
8  Q. And that information would be the
9  user profile?
10 A. I don't know enough to give you a
11 very specific definition of user profile.
12 Q. And you said it's used for user
13 targeting.
14 Is it used for any other purpose?
15 A. I don't know.
16 Q. So as far as you know, it's just the
17 profiles used for user targeting?
18 MR. SCHAPIRO: Objection, misstates
19 the testimony.
20 A. I don't know what else it's used
21 for.
22 Q. Okay. Below that, we have segment
23 IDs.
24 What are segment IDs?
25 A. I believe, in this case, these are

Page 261

```
 1     ------------- EXHIBITS (Cont'd) ---------------
 2     HARTING                                    PAGE
 3     Exhibit 19   Profile Data, Bates           257
 4                  Stamped
 5                  GOOG-CALH-00072868
 6                  through 72869
 7     Exhibit 20   Profile Data, Bates           263
 8                  Stamped
 9                  GOOG-CALH-00072886
10     Exhibit 21   Profile Data, Bates           267
11                  Stamped
12                  GOOG-CALH-00072877
13                  through 72878
14     Exhibit 22   Profile Data, Bates           269
15                  Stamped
16                  GOOG-CALH-00072865
17                  through 72866
18     Exhibit 23   Google Subscriber             271
19                  Information, Bates
20                  Stamped 00027555 through
21                  27566
22     Exhibit 24   Google Subscriber             274
23                  Information, Bates
24                  Stamped 00050814 through
25                  50815
```
Page 306

```
 1     ------------- EXHIBITS (Cont'd) ---------------
 2     HARTING                                    PAGE
 3     Exhibit 25   Declaration of Andre          278
 4                  Golueke
 5
 6              (EXHIBIT SHARE)
```
Page 307

```
 1                   A C K N O W L E D G M E N T
 2
 3
 4
 5
 6
 7         I, CURT HARTING, hereby certify that
 8     I have read the transcript of my testimony
 9     taken under oath in my deposition; that the
10     transcript is a true, complete and correct
11     record of my testimony, and that the answers on
12     the record as given by me are true and correct.
13
14                        _____
                                  CURT HARTING
15
16
17
18
19
20     _____
21
22
23
24
25
```
Page 308

```
 1                    C E R T I F I C A T E
 2
 3     STATE OF NEW YORK )
                         :ss
 4     COUNTY OF RICHMOND)
 5
 6         I, MELISSA GILMORE, a Notary Public
 7     within and for the State of New York, do hereby
 8     certify:
 9         That CURT HARTING, the witness whose
10     deposition is hereinbefore set forth, was duly
11     placed under oath by me and that such
12     deposition is a true record of the testimony
13     given by such witness.
14         I further certify that I am not
15     related to any of the parties to this action by
16     blood or marriage; and that I am in no way
17     interested in the outcome of this matter.
18         IN WITNESS WHEREOF, I have hereunto
19     set my hand this 6th day of August, 2021.
20
21
22
23                    Melissa Gilmore
24                    MELISSA GILMORE
25
```
Page 309

78 (Pages 306 - 309)

Veritext Legal Solutions
866 299-5127

```
 1  MR. JASON BARNES, ESQ.
 2  jaybarnes@simmonsfirm.com
 3                    August 6, 2021
 4  RE: PATRICK CALHOUN vs. GOOGLE LLC
 5  8/4/2021, CURT HARTING, JOB NO. 4741357
 6  The above-referenced transcript has been
 7  completed by Veritext Legal Solutions and
 8  review of the transcript is being handled as follows:
 9  __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext
10  to schedule a time to review the original transcript at
11  a Veritext office.
12  __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF
13  Transcript - The witness should review the transcript and
14  make any necessary corrections on the errata pages included
15  below, notating the page and line number of the corrections.
16  The witness should then sign and date the errata and penalty
17  of perjury pages and return the completed pages to all
18  appearing counsel within the period of time determined at
19  the deposition or provided by the Code of Civil Procedure.
20  __ Waiving the CA Code of Civil Procedure per Stipulation of
21  Counsel - Original transcript to be released for signature
22  as determined at the deposition.
23  __ Signature Waived - Reading & Signature was waived at the
24  time of the deposition.
25
                                                    Page 310
```

**Deposition Errata**
Case: *Calhoun, et al. v. Google LLC*
Deponent: Curt Harting
Date of Deposition: August 4, 2021

| Pg. and Ln. | Now reads | Should read | Reason |
|---|---|---|---|
| 100:17 | know to which | know which. | Transcription error |
| 102:5 | Michael Binderberger | Michael Ortega-Binderberger | Words used |
| 103:18 | that were contained | that could be contained | Misspoke |
| 109:19 | Our [redacted] | Our [redacted] infrastructure | Word omitted |
| 137:21 | rate | RAID | Transcription error |
| 151:11 | S-I-O-M-N (sic) | S-I-M-O-N | Spelling error |
| 172:21 | with biscotti | which biscotti | Transcription error |
| 178:12 | which | what | Transcription error |
| 250:10 | policy | program | Transcription error |
| 253:19 | that's | that | Transcription error |
| 273:10 | elainecrespso@gmail.com | elaineecrespo@gmail.com | Transcription error |
| 283:25 | map reduced | MapReduce | Transcription error |
| 291:16 | two | to | Transcription error |

_____      9/24/2021
       Witness                    Date

```
 1  __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF
 2  Transcript - The witness should review the transcript and
 3  make any necessary corrections on the errata pages included
 4  below, notating the page and line number of the corrections.
 5  The witness should then sign and date the errata and penalty
 6  of perjury pages and return the completed pages to all
 7  appearing counsel within the period of time determined at
 8  the deposition or provided by the Federal Rules.
 9  _x_ Federal R&S Not Requested - Reading & Signature was not
10  requested before the completion of the deposition.
11
12
...
25
                                                    Page 311
```