# EXHIBIT L
## Redacted Version of
## Document Sought to be Sealed

CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4      _____

        PATRICK CALHOUN, et al.,      )

 5      on behalf of themselves and   )

        all others similarly          )

 6      situated,                     )

                                      )

 7             Plaintiffs,            )

                                      )Case No.: 5:20-cv-5146-LHK-SVK

 8      vs.                           )

                                      )

 9      GOOGLE LLC,                   )

                                      )

10             Defendant.             )

        _____)

11

12                  *** CONFIDENTIAL ***

13

14

15      VIDEOTAPED REMOTE DEPOSITION OF HYEWON JUN, PH.D.

16        Deponent testifying from New York, New York

17                  Tuesday, March 1, 2022

18                       Volume I

19

20

21

22      Stenographically Reported By:

        Melissa M. Villagran, RPR

23      CSR No. 12543

24      Job No. 5067771

25      PAGES 1 - 233
```

Veritext Legal Solutions
866 299-5127

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4    _____

      PATRICK CALHOUN, et al.,      )
 5    on behalf of themselves and   )
      all others similarly          )
 6    situated,                     )
                                    )
 7              Plaintiffs,         )
                                    )
 8    vs.                           )Case No.: 5:20-cv-5146-LHK-SVK
                                    )
 9    GOOGLE LLC,                   )
                                    )
10              Defendant.          )
      _____)

11

12

13                 *** CONFIDENTIAL ***

14

15         Videotaped remote deposition of HYEWON JUN,

16    PH.D., Volume I, taken on behalf of Plaintiffs with

17    all participants appearing remotely via

18    videoconference and the Deponent testifying from New

19    York, New York, beginning at 10:58 a.m. and ending

20    at 7:51 p.m. on Tuesday, March 1, 2022, before

21    Melissa M. Villagran, RPR, Certified Shorthand

22    Reporter No. 12543.

23

24

25
```

Page 2

CONFIDENTIAL

```
 1    APPEARANCES:
 2    ALL ATTENDEES APPEARING REMOTELY
 3
 4    For Plaintiffs:
 5         BLEICHMAR FONTI & AULD LLP
 6         BY:  LESLEY WEAVER
 7              ANJELICA ORNELAS
 8              JOOYOUNG KOO
 9         Attorneys at Law
10         555 12th Street, Suite 1600
11         Oakland, California  946907
12         415.445.4003
13         Lweaver@bfalaw.com
14         Aornelas@bfalaw.com
15         Jkoo@bfalaw.com
16
17         - and -
18
19         SIMMONS HANLY CONROY
20         BY:  AN TRUONG
21         Attorney at Law
22         112 Madison Avenue, Seventh Floor
23         New York, New York  10016
24         618.693.3104
25         Atruong@simmonsfirm.com
```

Page 3

```
 1    APPEARANCES (continued):

 2

 3    For the Brown plaintiffs:

 4          BOIES SCHILLER FLEXNER

 5          BY:  ERIKA NYBORG-BURCH

 6          Attorney at Law

 7          44 Montgomery Street, 41st Floor

 8          San Francisco, California 94104

 9          215.873.7264

10          enyborg-burch@bsfllp.com

11

12    For Defendants and the Deponent:

13          QUINN EMANUEL URQUHART & SULLIVAN LLP

14          BY:  JOSEF ANSORGE, PH.D.

15              TRACY GAO

16          Attorneys at Law

17          Of Counsel

18          1300 I Street NW, Suite 900

19          Washington, D.C.,  20005

20          202.538.8000

21          Josefansorge@quinnemanuel.com

22          Tracygao@quinnemanuel.com

23

24

25
```

                                              Page  4

1    APPEARANCES (continued):

2

3    Also Present:

4          Toni Baker, Google

5

6    Videographer:

7          Cassia Leet

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

CONFIDENTIAL

1    And for that reason it's really important that

2    number one, we don't interrupt each other, and

3    number two, that we answer audibly.

4          Do you understand that?

5    A    Yes.                                           11:03:20

6    Q    Perfect.

7          And is there any reason you can't testify to

8    the best of your ability today?

9    A    No.

10    Q    Okay.  And by publisher side first party ID,    11:03:30

11    is that also referred to as PPID?

12    A    PPID is one type of publisher side first

13    party ID.

14    Q    What are the other kinds?

15    A    GFP cookie.                                    11:03:50

16    Q    And what is GFP cookie?

17    A    GFP cookie stands for Google publisher

18    cookie.  It's a JavaScript cookie set on publishers

19    domain on behalf of the publisher.  Currently it is

20    used to enable feature that will enhance user        11:04:11

21    experience like not showing too many same ads for

22    the same user on the same domain, however, this

23    cookie is limited part domain; so it will not -- it

24    will track the user only on the current domain

25    itself.                                             11:04:37

Page 14

```
1        Q   So were you referring to frequency capping a

2    moment ago?

3        A   Yes.

4        Q   Okay.

5            And how does the GFP cookie differ from the    11:04:42

6    PPID in use and function?

7            COURT REPORTER:   Can you repeat your

8    objection?

9            MR. ANSORGE:   Objection; vague.

10           MS. WEAVER:   If you could not speak over me    11:04:56

11   while I'm asking my questions, that would be

12   helpful.   Let me just restate it.

13   BY MS. WEAVER:

14       Q   How does the GFP cookie differ from the PPID

15   in use and function?                                   11:05:07

16       A   PPID is an ID that publisher explicitly add

17   onto the ad request so they generate and they pass,

18   and currently they are responsible whether to

19   collect user consent or personalization or

20   cookie-like technology.   And from Google's           11:05:33

21   perspective Google will use it only for that

22   publisher.   That is our PPID or GFP cookie which I

23   refer to is if publisher allows Google to enable

24   those JavaScripts cookie, Google will set on

25   publisher's domain and enable feature for that        11:06:06
```

Page 15

CONFIDENTIAL

```
 1    publisher's domain only so publisher has less work

 2    to implement it.

 3            And also (indecipherable).

 4            COURT REPORTER:  And also what?

 5            THE DEPONENT:  Also we disable GFP cookie      11:06:26

 6    when we shouldn't enable cookie-like technology.

 7    For example, if a user or if publisher indicate that

 8    they need to disable cookie-like technology, we

 9    disable it.

10    BY MS. WEAVER:                                         11:06:48

11        Q    Okay.

12            There was a lot in there.  I'm going to try

13    to unpack it and just slow it down a little bit.

14    Thank you very much.

15            So the PPID is an ID that a publisher adds on  11:06:59

16    to the ad request.

17            Is that what you said?

18        A    Correct.

19        Q    Thank you.

20            What do you mean by "ad request"?             11:07:10

21        A    When publisher want to show an ads on their

22    page, they need to send out some remote request to

23    AdServer, for example, to Google Ad Manager.  In

24    that request -- that request is in the form of URL.

25    And then publisher can add additional parameter into  11:07:38
```

Page 16

1       the URL.  For PPID, publisher has to calculate PPID

2       equal 1, 2, 3, 4.

3           Q    And then you said the publisher is currently

4       responsible for collecting user consent for

5       personalization; is that right?                        11:08:04

6           A    Correct.

7           Q    You said currently.  Was there a time when

8       the publisher was not responsible for collecting

9       user consent?

10          A    No.                                           11:08:14

11          Q    Okay.

12               And in the future, is Google going to be

13      responsible for collecting user consent?

14          A    So there is a discussion going on whether we

15      should have additional consent collection on top of    11:08:37

16      publisher consent -- publisher's consent collection

17      so we can apply both of the consent and apply

18      conservative way so just in case somehow publisher

19      didn't do the due diligence even though they are

20      contract says that they are responsible to collect     11:08:57

21      user consent, we were evaluating what if Google has

22      additional protection on top so user can disable

23      personalization.

24          Q    Who --

25               MR. ANSORGE:  Sorry, Ms. Weaver.              11:09:14

                                                        Page 17

CONFIDENTIAL

| | |
|---|---|
| 1 | approve and publisher approve and we ended up |
| 2 | matching some other condition and collect, those |
| 3 | information can be used to select as candidate. |
| 4 | Q   Do you know what a profile is? |
| 5 | MR. ANSORGE:  Objection; vague.    12:54:12 |
| 6 | THE DEPONENT:  Profile.  So profile common |
| 7 | can be used multiple different meaning.  I'm |
| 8 | guessing that you are referring to user profiles |
| 9 | that engineers in display ads refer to.  Okay. |
| 10 | In that case, user profile -- user profile,    12:54:36 |
| 11 | my understanding of a user profile is we will |
| 12 | collect some kind of contextual signal from ad |
| 13 | requests, but if user publisher accommodate and we |
| 14 | have met certain conditions to allow collecting |
| 15 | those signals over time, we will collect those    12:55:09 |
| 16 | signals over time and we might infer user's |
| 17 | interests based on information they have collected |
| 18 | and then generate some label for that user ID. |
| 19 | Like, for example, looks like user |
| 20 | who -- whose ad requests contain certain user ID    12:55:39 |
| 21 | seems to be interested in sports column. |
| 22 | Now, in the reservation side, publisher have |
| 23 | to be specifically put the configuration on the |
| 24 | auction side.  Some of the Google system can use |
| 25 | machinery model to try to infer user's interest    12:56:08 |

Page 64

CONFIDENTIAL

1    based on the collected information which met

2    additional multiple conditions and generate label

3    for the user ID.  That's why we call as user

4    profile.  Sometime you call it as user interest

5    profile.                                          12:56:26

6    BY MS. WEAVER:

7        Q   And how is machine learning used to create

8    profiles?

9            MR. ANSORGE:  Objection.

10           COURT REPORTER:  I didn't hear your        12:56:44

11   objection.

12           MR. ANSORGE:  I thought the question was

13   complete but it wasn't.

14           MS. WEAVER:  He withdraws his objection.

15           MR. ANSORGE:  I apologize for interrupting.  12:56:52

16           MS. WEAVER:  I'll ask the question again.

17   BY MS. WEAVER:

18       Q   And how is machine learning used in the

19   creation of profiles?

20       A   I'm not a machine learning expert nor in the  12:56:59

21   team or reporting chain of the machine learning

22   team.  I work with machine learning team on the side

23   so my knowledge is only at the higher level.

24           Let me try to think a little bit how it might

25   work because I don't work on it day to day.  Machine  12:57:38

CONFIDENTIAL

1    learning.  How does it work?

2        I can think about a simple case.  When ad

3    request comes in based on the page we might -- based

4    on the page, the page might say this page looks like

5    have content related to female, maybe Nike women's          12:58:14

6    shoes or some cooking channel or some female bag or

7    something like that.  So those contextual signal can

8    be accumulated with the same user ID which was sent

9    to us through ad request, and again, when publisher

10   use and other conditions, publisher and user               12:58:45

11   approved and other condition met to collect those

12   information to infer user interest, now those signal

13   will be collected.

14        However, it's too premature to say that since

15   this user visited few female-related website, if we        12:59:01

16   just flag that user as a female and then use it for

17   a long time, it could be too premature.  So our

18   machine learning model use through signals and I

19   think, this is speculating.  I'm not sure how much I

20   should -- and it try to -- the machine learning           12:59:27

21   model team try to set some threshold to see when

22   they should classify certain user with this much

23   activity as a female or not.

24        I believe that they can use actually

25   experiment to see for this threshold if we slot this      12:59:54

Page 66

CONFIDENTIAL

1    user as a female user we have better as its

2    components using that female label or not.   And

3    machine learning model can use those to determine

4    where to put the threshold.

5            I think this is my base understanding.          01:00:25

6    However, I have to be clear that I don't work on

7    this machine learning model team to actually have

8    this information.   I usually explain to my team to

9    think about in this way so something like that, but

10   I don't work on that team so . . .                      01:00:46

11       Q    Okay.

12            And does information in experiments collected

13   and integrated into user profiles?

14            MR. ANSORGE:   Objection; vague.

15            THE DEPONENT:   Can you restate your question   01:01:06

16   one more time?

17   BY MS. WEAVER:

18       Q    Sure.

19            We were discussing how you run experiments

20   and sometimes those are associated with user IDs --    01:01:15

21   right? -- for half of the group?

22       A    Experiment diversion will use user ID to

23   divert the ad request into two different group.

24       Q    And after you run an experiment, do you take

25   the information that you learned in the experiment     01:01:37

Page 67

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1      and associate it with the user ID either in a
 2      profile or somewhere else?
 3          A    So it does to explain in terms of engineering
 4      language.
 5          Q    Thank you.                                01:02:10
 6               That's what I'm trying to do.
 7          A    So basically some team has some proposal and
 8      it could mean that how to change their threshold to
 9      generate user profile, they have to have the mind
10      set, and then they have to run the experiment and    01:02:34
11      then see whether their hypothesis actually improve
12      the ad's components or not.  And if it performs
13      better, then they would keep their hypothesis on how
14      to put threshold to generate user profile label,
15      something like that.                               01:02:58
16          Q    Okay.
17               So we're now going to the part of the
18      deposition where we show you documents.
19               Did your counsel talk to you about
20      Exhibit Share or --                                01:03:16
21               MS. WEAVER:  Joey, what are you using?
22               MR. ANSORGE:  Yeah, we are on Exhibit Share.
23      We have the largest screen I've ever seen in my life
24      so I'm excited there's going to be a document.  She
25      is in the shadow of the screen.                    01:03:33
```

Page 68



```
 1          Do you see that?

 2          Did you create this slide?

 3     A    I believe I did.

 4     Q    Okay.

 5          So you wrote here "User Data" and then listed   01:34:48

 6  data sources.

 7          Is that right?

 8     A    Right.

 9     Q    And then it says(as read):

10          "Google Data:  Generated from off              01:34:56

11     line processing of logs."

12          And under that it says (as read):

13          ████  ███████████████████████████████

14     and Demographics."

15          Do you see that?                                01:35:06

16     A    Right.

17     Q    What is ███?

18     A    █████████████████████████████████████████

19  ███████████████████:██████████████:████████████

20  ████████████████████████████████████           01:35:32

21  ██████████████ ████████████████████████████

22  ██████████ ██████████████████████████████████

23  ███████████████      So we -- those data can be collected

24  and generate or label with user ID saying that this

25  user has interest in certain thing.                    01:36:00
```

                                              Page 84

CONFIDENTIAL

```
1        Q    Is there a list of ████████?  Is it
2    possible to generate a list?
3            MR. ANSORGE:   Compound.
4            THE DEPONENT:   I believe there is a ████
5    ████████████████████████ and then corresponding          01:36:18
6    definition used by Google Buy-Side.  It might not be
7    the same as what people outside Google would use.
8    BY MS. WEAVER:
9        Q    And how do you -- for example, could you go
10   view that internal list if you wanted to?                 01:36:41
11           MR. ANSORGE:   Objection; vague.
12           THE DEPONENT:   You mean list of different
13   interest?
14   BY MS. WEAVER:
15       Q    I mean the limited number of ████████          01:36:54
16   and corresponding definitions used by the Google
17   Buy-Side.
18       A    I would -- I would either search or ask
19   around who is working on those profile generation.
20   Then I think I would be able to get the information.      01:37:20
21       Q    Do you know what a vertical is?
22       A    That's used by Buy-Side engineers a lot.  I
23   have limited information.
24       Q    Can you identify any of the Buy-Side
25   engineers who are involved with verticals?                01:37:41
```

Page 85

1      A   Yes.  Yeai.  His e-mail is s-h-i-w or his

2   manager.

3      Q   And who is his manager?

4      A   Y-e-a-i.

5      Q   And what are their titles?                01:38:20

6      A   I think first engineer's title is staff

7   engineer.  His manager might be principal engineer

8   or director.

9      Q   And are they associated with a specific

10  product or department or team?                    01:39:00

11     A   I think the team work on ████████, they

12  report to the second person, Yeai.  His name is

13  Ethan (phonetic).  I don't remember his last name so

14  I gave you his e-mail address y-e-a-i.

15     Q   And are they part of a team or a project that 01:39:31

16  has a descriptive name?

17     A   How they call?  There has been multiple

18  reorganization on the Buy-Side so I don't know the

19  name of the team at the moment.

20     Q   Do you know the name of their team at any  01:40:10

21  point?

22          MR. ANSORGE:  Objection; vague.

23          THE DEPONENT:  The team which feature worked

24  on ████.  Actually the name used to be ████ team, and

25  I think they report to Yeai, yeai@google.com        01:40:31

Page 86

CONFIDENTIAL

```
 1          regardless of user's sign in to

 2          Google."

 3          Do you see that?

 4    A     Yes.

 5    Q     Was that implemented?                    03:05:57

 6    A     Yes.

 7    Q     And then at the bottom, you wrote (as read):

 8             "Even an ad exchange super mixer on

 9          G-stack can read all user data that

10          add exchange targeting services need    03:06:16

11          and forward them to ad exchange

12          targeting services."

13          Is that right?

14    A     That's what I see.

15    Q     And then in addition (as read):         03:06:26

16             "Real time bidding server on

17          G-stack can retrieve Biscotti ID to

18          send it along with bid request."

19          Do you see that?

20    A     I see that.                             03:06:35

21    Q     Are those sentences true and did those

22    functionalities occur and are they occurring today?

23          MR. ANSORGE:  Objection; vague, form, and

24    compound.

25          THE DEPONENT:  ███████████████████████  03:06:54
```

Page 115

CONFIDENTIAL



```
 1
 2
 3
 4
 5                                                        03:07:26
 6
 7
 8
 9        COURT REPORTER:
10                                                        03:07:57
11        THE DEPONENT:
12        MS. WEAVER:
13        THE DEPONENT:
14
15                                                        03:08:18
16
17
18
19
20                                                        03:08:47
21
22
23   BY MS. WEAVER:
24        Q
25                                                        03:09:03
```

Page 116

CONFIDENTIAL

1      A   ████████████████████████████

2   ████████████████████████████ █████   ███

3   ████████████████████████████

4      Q   Okay.

5          And what is the ad x targeting server?        03:09:31

6      A   It was ad exchange targeting server.  I don't

7   believe -- based on my limited knowledge, I think

8   the server got deprecated, but I cannot comment at

9   the moment.  Ad x targeting server was serving some

10  static ads without sending any ad requests to any    03:10:01

11  buyers.

12     Q   When did the targeting server get deprecated?

13     A   I cannot confirm what the timeline or the

14  back of the deprecation because I don't work on ad x

15  targeting server.                                    03:10:20

16     Q   Who does by name?

17     A   My manager manages this team as well.  So

18  Glenn Berntson, one person.

19     Q   Okay.

20          And looking on the page ending 176, the next  03:10:40

21  page?

22     A   Yes.

23     Q   Do you see there are a couple of boxes on

24  this page, and on the first box there are four

25  bullet points?                                       03:11:01

Page 117

1      A    Yes.

2      Q    And the third bullet point says "Ad exchange

3    RTB always sends Biscotti IDs slash device IDs to

4    bidders."

5          Do you see that?                          03:11:19

6      A    I see that.

7      Q    Was that implemented?

8      A    I see there should be multiple correction.  I

9    think -- I think we need to deal with always and we

10   need to divide Biscotti ID into encrypted Biscotti    03:11:40

11   ID per buyer.  If we change the sentence in that

12   way, this was implemented.

13     Q    Is it still in operation?

14     A    Yes.

15     Q    This functionality?                       03:12:00

16     A    Yes.

17     Q    Thank you.

18          And when you wrote "bidders," what did you

19   mean?

20     A    Excuse me?                                03:12:07

21     Q    Do you see the word bidders, B-I-D-D-E-R-S?

22     A    Right.

23          RTB server, real time bidding server, ad

24   request is forwarded to third-party advertisers.

25   And those advertisers can bid their price with their  03:12:33

CONFIDENTIAL

1    ad campaign, and we use those bidding price and ad

2    campaign to determine which ads to be shown to the

3    user.

4         Here the bidder are authorized buyer, which

5    is configured to receive ad request through RTB        03:12:58

6    server.

7    Q   Okay.

8        Let's turn to -- well first, are you familiar

9    with a ████████████████████?

10   A   I -- hold on.  I am familiar in the level        03:13:32

11   that I help some of the design.

12   Q   What is ██████?

13   A   ██████████████████    ██████████████████

14   ████████████████████████████████████████████

15   ████████████████████████████████████████████        03:14:10

16   ████████████████████████████████████████

17   ████████████████████████████████████    ██████

18   ████████████████████    ████████████████████████

19   ██████████████████

20   Q   Who named it?                                    03:14:37

21   A   I know it's a pretty good name.  I don't know

22   who did it.

23   Q   Okay.

24       MS. WEAVER:  Let's go off the record for two

25   seconds.  I just want to talk to the stenographer     03:14:44

Page 119

```
 1        A    I have some high-level understanding.

 2        Q    What is it?

 3        A    Can I read some slide before and after?

 4        Q    Yes, yes.  Of course.

 5        A    So the separation between signed-in profile     04:18:38

 6    versus device profile, I think I was listing some

 7    scenario, potential risk scenario that will result

 8    in mixing user activity like signed-in activity and

 9    signed-out activity if it will be done with proper

10    privacy infrastructure.  And I was listing five       04:19:07

11    different scenario that we should be careful about

12    and we have to make sure that data leakage or ID

13    linkage does not happen.

14         The first one -- should I explain one by one?

15        Q    Yes.                                            04:19:30

16         Actually, you can skip the first one, but if

17    you can go to the second, that would be great.

18         Thank you.

19        A    So we were asked to keep the principle of

20    separating user data collected using GAIA ID versus    04:19:53

21    pseudonymous ID.

22        Q    And you wrote here -- can I just -- you wrote

23    here (as read):

24             "Systematic link between GAIA PII

25             and biscotti IDFA, AdID, anonymous,            04:20:16
```

Page 143

1          converts those anonymous IDs into

2          PII."

3          Do you see that?  Is that -- was that your

4     understanding?

5     A    So what I was purporting to prevent was          04:20:32

6     allowing such a systematic link between GAIA ID and

7     anonymous ID or from anonymous ID back to any other

8     PII.

9          For example, if we just simply look GAIA ID

10    and look biscotti ID together in the log, and you're   04:20:52

11    familiar with privacy principle might be able to try

12    and read and then create the ID link systematically.

13    So I was proposing we should be careful about this

14    case and as are end of the result of this

15    discussion, I believe that we came up with different   04:21:11

16    ink ID encryption schema with different encryption

17    key, and then tighter access control which binary

18    will have access decryption key and who will

19    maintain giving out their decryption key to ensure

20    that none of the -- none of the server can have       04:21:32

21    decryption key for both GAIA ID and pseudonymous ID

22    at the same time.

23    Q    Where are the decryption keys maintained?

24         MR. ANSORGE:  Objection; vague.

25         THE DEPONENT:  I actually don't know the         04:21:49

CONFIDENTIAL

1    answer.

2    BY MS. WEAVER:

3        Q    Who would?

4        A    Since encryption keys are maintained by Chris

5    Liau's UIS team, he would know where the decryption        04:22:13

6    keys are stored.

7        Q    Okay.

8            And then the third data point says (as read):

9            "ID linkage: New AdID to old AdID

10           data across reset via the GAIA ID."               04:22:27

11           Do you see that?

12           What are new and old AdIDs?

13       A    So in Android device there is old AdID, and

14   if any user reset the button, you will forget about

15   the old ID and generate the new AdID.                      04:22:47

16           Now, what I was reporting to is that if we

17   don't be careful and log AdID and GAIA ID together,

18   the engineer who doesn't know about the privacy

19   principle may be able to see, oh, there is old AdID

20   and GAIA ID.  For the same GAIA ID, here's a new           04:23:10

21   AdID.  Maybe I should link this old and new AdID

22   together.

23           So I was proposing that we should prevent

24   such ID linkage between new and old AdID because

25   user intentionally reset their AdID to ensure that         04:23:30

Page 145

CONFIDENTIAL

| | |
|---|---|
| 1 | old history will be forgotten in his new device |
| 2 | experience. |
| 3 | Q   Got it. |
| 4 | And then No. 4, it says (as read): |
| 5 | "Subpoena: having to retrieve |
| 6 | biscotti data given a GAIA ID." |
| 7 | Do you see that? |
| 8 | A   Yes. |
| 9 | Q   What were you writing about there? |
| 10 | A   So we -- there was one of the privacy |
| 11 | principle I learned during the project was we wanted |
| 12 | to honor civilians' privacy and wanted to make sure |
| 13 | it's not easy to map from device ID or biscotti ID |
| 14 | to GAIA ID because GAIA ID might be linked to Gmail |
| 15 | account which Google might be asked to retrieve the |
| 16 | Gmail account contents through any government order, |
| 17 | something like that.  So vice versa.  So we wanted |
| 18 | to prevent such ID joinability to protect civilians' |
| 19 | privacy. |
| 20 | Q   So do you know if Google received the |
| 21 | subpoena and had to retrieve biscotti data with a |
| 22 | GAIA ID? |
| 23 | MR. ANSORGE:  I want to caution the witness |
| 24 | to the extent the answer to the question requires |
| 25 | you to divulge attorney-client communications or |

04:23:41 (line 5)
04:23:51 (line 10)
04:24:28 (line 15)
04:24:56 (line 20)
04:25:08 (line 25)

Page 146

CONFIDENTIAL

```
 1    privileged communications that you've had with

 2    attorneys, feel free to answer, but I'm going to

 3    underscore the legal and privacy discussion aspect.

 4         THE DEPONENT:  Did you ask whether I know

 5    anyone who received the order?                    04:25:28

 6  BY MS. WEAVER:

 7    Q   Well, you can answer that question.  That's

 8    not exactly what I asked, but do you know anybody

 9    who received this subpoena at Google?

10    A   I know one person mentioning about a case     04:25:37

11    that he had to investigate how to find data because

12    of the subpoena.

13    Q   And was he retrieving biscotti data using

14    GAIA ID or was it other data?

15    A   That person explained one scenario, that for  04:26:17

16    him, GAIA ID was provided.  Actually, he was asked

17    for -- since I didn't really work on this specific

18    order and there is no exclusive relationship, I

19    might be talking about anecdotal.  So I think it's

20    better not to explain.  Would it be okay?          04:27:13

21    Q   Why did you write this example here?

22    A   I think it was one other user privacy related

23    principle that we want to make -- I think this is

24    one of the privacy principle that I learned while

25    working on the project.  So I wanted to list this   04:28:04
```

Page 147

1    one as another argument why we need to separate

2    sign-in ID versus sign-out ID.

3        Q    And do you know if Google has provided

4    biscotti data that was linked to GAIA ID after

5    receiving a subpoena?                              04:28:30

6            MR. ANSORGE:    Objection; form and foundation.

7            THE DEPONENT:    I heard about this principle,

8    but I don't know whether we did such a thing.    And

9    also my knowledge is limited to display ads system,

10   so I don't know whether anything else might have   04:28:51

11   happened outside display ads system.

12   BY MS. WEAVER:

13       Q    And do you know who would know if, for

14   example, Zwieback data were linked to GAIA ID as a

15   result of the subpoena?                            04:29:10

16       A    That one is actually -- I have no idea.

17       Q    Do you know -- I'm sorry.

18            Do you know who your counterpart is in search

19   from an engineering perspective?

20       A    No.                                       04:29:24

21       Q    All right.   Let's turn to page 822 of this

22   document.

23       A    Did you say 18?

24       Q    22.

25       A    822.   Thank you.                         04:29:49

1      Q    And it says, "Transition Via Experiments" on

2    the top.

3      A    Yes.

4      Q    What does this slide represent?

5      A    So implementing GAIA key serving and          04:30:07

6    additional user transparency and control to user,

7    it's very large project involving a lot of team.  So

8    this slide present what kind of milestone you will

9    like to have to finish the project.

10     Q    And what is viral?                             04:30:55

11     A    Viral?  You mean virtual?

12     Q    In this -- there's a bullet point on this

13    slide, and it says (as read):

14              "Use the viral approach of ramping

15              via experiments."                          04:31:11

16         Do you see that?

17     A    Oh, I see.  I think it's misspell of

18    "virtual."

19     Q    Okay.

20         What is that, then?                             04:31:29

21     A    (Reading from document.)

22         Virtual approach means, as I explained, we

23    have a series of servers to form a stack to perform

24    the ad selection functionality.  One option, we can

25    enable GAIA key serving was using a brand new series  04:32:12

Page 149

CONFIDENTIAL

```
 1      of servers only to handle GAIA traffic.
 2            The other option was make certain mode,
 3      whether this is GAIA mode or non-GAIA mode, and then
 4      share the common series of server except for few
 5      server.                                        04:32:49
 6            Since we are not using separating -- since we
 7      are not using separating server stack, we are
 8      calling it as a virtual stack that we are separating
 9      the functionality based on GAIA mode and non-GAIA
10      mode.                                          04:33:13
11         Q    Okay.
12            I see.  And please turn to the page ending
13      825.  And this says "Consent Moment" at the top.
14         A    Yes.
15         Q    And do you see where it says (as read):  04:33:38
16            "Similar model as ██████████
17            Signed-in users will be interrupted."
18            Do you see that?
19         A    Yes.
20         Q    And how did the ████████ consent function in  04:33:48
21      your understanding for signed-in users?
22            MR. ANSORGE:   Objection; vague.
23            THE DEPONENT:   Consent Moment was led by
24      Emil, and I have only high-level information, but
25      this signed-in user will be interrupted means for   04:34:16
```

Page 150

1    user who is already using Chrome browser and already

2    signed in to either Chrome or Google service.  The

3    explicit interrupt user prompt again.  User, this is

4    a new user privacy.  Would you like to check out and

5    opt out from new control, et cetera?  So that's why        04:34:42

6    sign-in user will be interrupted is mentioned in the

7    first bullet.

8    BY MS. WEAVER:

9        Q    Was the message ephemeral?

10       A    Ephemeral.                                          04:35:04

11            I cannot confirm which method was exactly

12   used.  I can guess some could have been popup like,

13   mobile device might have popup.  I'm not sure

14   whether it went through e-mail or on the right side

15   you can see this popup might have been shown to the        04:35:37

16   user.

17       Q    Okay.  Why don't we go ahead and mark Tab 20.

18            MS ORNELAS:  One moment.

19            MS. WEAVER:  This will be Exhibit 5.

20            (Exhibit 5 was marked for                           04:36:12

21            identification and is attached

22            hereto.)

23   BY MS. WEAVER:

24       Q    Do you have Exhibit 5?

25       A    Yes.                                                04:37:32

                                                Page 151

1    Q   And what is it?

2    A   It looks like this is a design dock to enable

3    cookie matching service for demand product

4    publishers.

5    Q   And I'd ask you to turn to page 486.                04:37:50

6        MR. ANSORGE:  Dr. Jun, you are well within

7    your rights to familiarize yourself with the

8    document.

9    BY MS. WEAVER:

10   Q   I'm only going to ask you about this page,          04:38:04

11   but, yes, take your time.

12       And, for the record, it says "▇▇▇▇  Design"

13   at the top.

14   A   Thank you.  I think I need to familiarize a

15   little bit.  I don't remember this page.               04:38:19

16   Q   I'm going to tell you what my question is and

17   you can answer it whenever you've had enough time.

18       My question is this.  Looking at the diagram

19   at 486, is this design for ▇▇▇▇ the design flow

20   that is currently in use?                              04:39:54

21   A   I actually don't know.

22   Q   Okay.

23   A   There were multiple design proposal at that

24   time and a lot of things got rejected.  So I don't

25   know whether this one was implemented.                 04:40:10

Page 152

1    Q    What is █████? We discussed it at the

2    beginning of the deposition, but just for the

3    record.

4    A    ████████████████████████████████

5    █████████████████████████████            04:40:23

6    ████████████████████████████

7    Q    And is █████ in operation right now?

8    A    No.

9    Q    Was it put into operation?

10   A    Would you please restate the question one    04:40:53

11   more time.

12   Q    █████████████████████████████████

13   A    ████████████████████████████████

14   ████████████████████████████████████

15   ███████████████████████████████████      04:41:15

16   ████████████████████████████████

17   ███████████████████████████████

18   Q    ██████ ██████████████████████

19   ████████████████████

20        MR. ANSORGE:  ███████████████        04:41:39

21        THE DEPONENT:  ███████████████

22   ████████████████████

23   BY MS. WEAVER:

24   Q    ███████████████████

25   A    ████████████████████████            04:41:50

CONFIDENTIAL



```
 1   ████████████████████████████████████

 2   ███████████ ███████████████████████

 3   ██████████████████████████

 4        MS. WEAVER:  Okay.  We'll go ahead and mark

 5   exhibit -- or Tab 23, please.  This will be      04:42:35

 6   Exhibit 6.

 7        MS. ORNELAS:  One moment.

 8        MS. WEAVER:  For the record, Exhibit 6 has

 9   Bates Nos. GOOG-CALH-00161419423.

10        (Exhibit 6 was marked for                   04:42:45

11        identification and is attached

12        hereto.)

13   BY MS. WEAVER:

14     Q   And the question, when you are ready for it,

15   is what is Exhibit 6?                            04:43:25

16     A   Can I take some moment to scan the doc?

17     Q   Of course.

18     A   ███████████████████████████████████

19   ██████████████████ █████████████████████

20   █████████████ ██████████████████████       04:44:39

21   █████████████████ ███████████████████

22   ████████████████████████████████████

23   ███████████████████████████████████

24   ███████████████████████████████████

25   ██████                                          04:45:09
```

Page 154

CONFIDENTIAL



04:45:28

04:45:52

04:46:19

04:46:39

04:46:48

Page 155

CONFIDENTIAL



1

2   Q

3

4

5                                                          04:46:59

6

7   A

8   Q

9       MR. ANSORGE:

10                                                         04:47:11

11      THE DEPONENT:

12

13

14

15                                                         04:47:53

16  BY MS. WEAVER:

17  Q

18

19

20                                                         04:48:02

21  A

22

23

24

25                                                         04:48:23

Page 156

CONFIDENTIAL



```
 1
 2
 3
 4
 5                                                        04:48:59
 6      Q
 7
 8      A
 9
10                                                        04:49:34
11
12
13
14
15                                                        04:50:04
16      Q
17      A
18
19      Q
20      A                                                 04:50:34
21
22
23
24
25      Q   Okay.                                         04:50:55

                                              Page 157
```

```
 1    myactivity.google.com, they visited buyer at the
 2    request.  User can delete those visitation
 3    information as well if they don't want such
 4    visitation is used in adserving system.
 5          When user delete, we wanted to honor user's    05:17:02
 6    intention to remove their information, visitation
 7    information on ad system.  We generate multiple
 8    process to wipe out deleted data from log or census
 9    table.
10          Serving log have standout format.  So there    05:17:35
11    is the log-in processing team reading user deletion
12    requests and process P-log to delete GAIA ID or
13    other related information from the log and
14    regenerate the log.  However, there are some log
15    they are not in their standard format.  But those    05:18:08
16    one we set some principle in a way that if those log
17    will be -- will have short timeline, ████████
18    ██████, we don't have to honor data wipeout
19    immediately, and also the condition is too slow,
20    will not be used to generate user profile to serve    05:18:46
21    personalization.  Then we didn't require to honor
22    user data wipeout when user delete their activity.
23          However, this specific report, this proposal
24    look like they wanted to honor user's data wipeout
25    request.  Out of those two ben (verbatim) over    05:19:11
```

Page 170

1    canonical rogue processing pipeline.

2         MS. WEAVER:  Melissa, did you want to take a

3    break?

4         COURT REPORTER:  I just had a question on a

5    term, so we can do it later if you want.          05:19:39

6         MS. WEAVER:  Okay.

7    BY MS. WEAVER:

8       Q   So what -- this document, do you see it has a

9    glossary?

10      A   Yes.                                         05:19:45

11      Q   And it defines tombstoning here.

12          Do you see that?

13      A   Yes.

14      Q   And it says (as read):

15              "When a log record is deleted based      05:19:58

16          on user initiated delete of certain

17          footprints visible activity, P-logs

18          infrastructure replaces original log

19          record with a tombstone retaining a

20          site of whitelisted fields."              05:20:13

21          Do you see that?

22      A   Yes.

23      Q   Is that accurate?

24          MR. ANSORGE:  Objection; vague.

25          THE DEPONENT:  From my understanding, it's   05:20:22

                                                    Page 171

CONFIDENTIAL

```
 1          I, the undersigned, a Certified Shorthand

 2     Reporter of the State of California, Registered

 3     Professional Reporter, Certified Live Note Reporter,

 4     do hereby certify:

 5          That the foregoing proceedings were taken

 6     before me at the time and place herein set forth;

 7     that any witnesses in the foregoing proceedings,

 8     prior to testifying, were duly sworn; that a record

 9     of the proceedings was made by me using machine

10     shorthand which was thereafter transcribed under my

11     direction; that the foregoing transcript is a true

12     record of the testimony given.

13          Further, that if the foregoing pertains to

14     the original transcript of a deposition in a Federal

15     Case, before completion of the proceedings, review

16     of the transcript [  ] was [  ] was not requested.

17          I further certify I am neither financially

18     interested in the action nor a relative or employee

19     of any attorney or party to this action.

20          IN WITNESS WHEREOF, I have this date

21     subscribed my name.

22

23     Dated: 3/3/2022

24

               MELISSA M. VILLAGRAN

25             CSR No. 12543 RPR

                                        Page 230
```

CONFIDENTIAL

**Deposition Errata Sheet**
**Case: *Calhoun, et al. v. Google LLC***
**Deponent: Hyewon Jun, Ph.D.**
**Date of Deposition: March 1, 2022**

I, Hyewon Jun, hereby certify that I have read the transcript of my testimony taken under oath in my deposition on the 1st day of March, 2022; that the transcript is a true, complete record of my testimony and that the answers on the record as given by me are true and correct, with the following exceptions:

| **Pg. and Ln.** | **Now Reads** | **Should Read** | **Reason** |
|---|---|---|---|
| Pg: 14 Ln:23 | part | per | Transcription Error |
| Pg: 15 Ln:22 | That is our PPID or | That is our PPID. For | Transcription Error |
| Pg: 17 Ln:2 | equal 1,2,3,4 | and set to 1234 | Transcription Error |
| Pg: 17 Ln:19 | they are | their | Transcription Error |
| Pg: 25 Ln:3 | (indecipherable) | programmatic | Transcription Error |
| Pg: 26 Ln: 1 | deserve | reserve | Transcription Error |
| Pg: 26 Ln: 6 | deserve | reserve | Transcription Error |
| Pg: 26 Ln: 9 | beat | bid | Transcription Error |
| Pg: 26 Ln: 11 | beat | bid | Transcription Error |
| Pg: 26 Ln: 15 | beat | bid | Transcription Error |
| Pg: 26 Ln: 16 | Beat | Bid | Transcription Error |
| Pg: 27 Ln: 2 | deserved | reserved | Transcription Error |
| Pg: 27 Ln: 3 | higher campaign | with higher priority | Transcription Error |
| Pg: 27 Ln: 4 | primary | the primary | Transcription Error |
| Pg: 28 Ln:25 | usually | audience | Transcription Error |
| Pg: 29 Ln:1 | they are | their | Transcription Error |

DocuSign Envelope ID: 6DBF6846-BEBF-4E6D-8910-CECAFFB31882

CONFIDENTIAL

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 30 Ln:6 | less | last | Transcription Error |
| Pg: 30 Ln:14 | we do | we do not | Misspoke |
| Pg: 30 Ln:19 | product | produce | Transcription Error |
| Pg: 30 Ln:20-21 | For GFP and | "" | Misspoke |
| Pg: 32 Ln:20 | four | for | Transcription Error |
| Pg: 34 Ln: 5 | to create this user list to — | for a user to visit the page | Transcription Error |
| Pg: 34 Ln: 13 | Definition | Distinction | Misspoke |
| Pg: 34 Ln: 14 | definition | distinction | Misspoke |
| Pg: 36 Ln:21 | or | "" | Transcription Error |
| Pg: 36 Ln:21 | if user visit | that a user visits | Transcription Error |
| Pg: 38 Ln:1 | path as | best ads | Transcription Error |
| Pg: 38 Ln:22 | disabling | enabling | Misspoke |
| Pg: 39 Ln:4 | ads@Google.com | adssettings.google.com/ | Transcription Error |
| Pg: 39 Ln:4 | show | know | Transcription Error |
| Pg: 48 Ln: 7 | (indecipherable) | naive flaw can | Transcription Error |
| Pg: 48 Ln: 12 | (indecipherable) | flaw | Transcription Error |
| Pg: 48 Ln: 12 | (indecipherable) | naive flaw -- | Transcription Error |
| Pg: 54 Ln: 6 | unuse | use | Misspoke |
| Pg: 54 Ln: 8 | the student (indecipherable) | just uniformly | Transcription Error |

DocuSign Envelope ID: 6DBF6846-BEBF-4E6D-8910-CEGAFFB31882

CONFIDENTIAL

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 54 Ln: 21 | divergent | diversion | Transcription Error |
| Pg: 61 Ln:12 | new | no | Transcription Error |
| Pg: 61 Ln: 18 | add | ad | Transcription Error |
| Pg: 62 Ln: 1 | or | for | Transcription Error |
| Pg: 64 Ln:23 | configuration on | configuration. On | Transcription Error |
| Pg: 64 Ln:25 | machinery | machine learning | Transcription Error |
| Pg: 68 Ln: 3 | It does | just | Transcription Error |
| Pg: 71 Ln: 22 | she | he | Misspoke |
| Pg: 71 Ln: 24 | HIPPA | COPPA | Transcription Error |
| Pg: 75 Ln: 6 | (indecipherable) | which we | Transcription Error |
| Pg: 78 Ln: 15 | (indecipherable) | individual | Transcription Error |
| Pg: 81 Ln: 23 | user case | use case | Transcription Error |
| Pg: 81 Ln: 25 | sell | "" | Transcription Error |
| Pg: 82 Ln: 1 | third-party | first-party | Misspoke |
| Pg: 82 Ln: 2 | sell | "" | Transcription Error |
| Pg: 86 Ln: 4 | Y-e-a-i. | ybai | Transcription Error |
| Pg: 86 Ln: 12 | Yeai | ybai | Transcription Error |
| Pg: 86 Ln: 13 | Ethan | Yijian | Transcription Error |
| Pg: 86 Ln: 14 | y-e-a-i | ybai | Transcription Error |
| Pg: 86 Ln: 25 | Yeai, yeai@google.com | Ybai, ybai@google.com | Transcription Error |

3

CONFIDENTIAL

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 87 Ln: 21 | was | want | Transcription Error |
| Pg: 88 Ln: 6-7 | the marketing | remarketing | Transcription Error |
| Pg: 90 Ln: 5 | (indecipherable) | distributed | Transcription Error |
| Pg: 90 Ln: 6 | deprecate | distributed | Transcription Error |
| Pg: 90 Ln: 8 | implication | replication | Transcription Error |
| Pg: 90 Ln: 11 | (indecipherable) | forwarded | Transcription Error |
| Pg: 90 Ln: 25 | web | app | Misspoke |
| Pg: 92 Ln:13 | cruise | cross | Transcription Error |
| Pg: 93 Ln:7 | the | With the | Transcription Error |
| Pg: 93 Ln:8 | cruise | cross | Transcription Error |
| Pg: 93 Ln:9 | . We have | , we had | Transcription Error |
| Pg: 93 Ln:11 | Google as a | Google | Transcription Error |
| Pg: 94 Ln:3 | that are transparency | the transparency | Transcription Error |
| Pg: 96 Ln: 9 | at major (indecipherable) | Google Ad Manager owns | Transcription Error |
| Pg: 100 Ln: 19 | source | sauce | Misspoke |
| Pg: 102 Ln: 18 | there | their | Transcription Error |
| Pg: 104 Ln: 19 | or for ITB | of the RTB | Transcription Error |
| Pg: 105 Ln: 11 | party's | part is | Transcription Error |
| Pg: 105 Ln: 12 | (indecipherable) | serving | Transcription Error |
| Pg: 106 Ln: 24-25 | The (indecipherable) series server is | We call those series of servers as | Transcription Error |

4

CONFIDENTIAL

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 112 Ln: 4 | unloaded | uploaded | Transcription Error |
| Pg: 112 Ln: 5-6 | the marketing | remarketing | Transcription Error |
| Pg: 112 Ln: 15 | the marketing | remarketing | Transcription Error |
| Pg: 112 Ln: 17-18 | the marketing | remarketing | Transcription Error |
| Pg: 113 Ln: 22 | canvas | ███ | Transcription Error |
| Pg: 116 Ln: 7 | IT | RTB | Transcription Error |
| Pg: 118 Ln: 18 | Less | Let's | Transcription Error |
| Pg: 126 Ln: 11 | can | can not | Misspoke |
| Pg: 123 Ln: 15 | Liau | Liao | Transcription Error |
| Pg: 123 Ln: 17 | Liau | Liao | Transcription Error |
| Pg: 123 Ln: 20 | Liau | Liao | Transcription Error |
| Pg: 126 Ln: 23 | Liau | Liao | Transcription Error |
| Pg: 138 Ln: 16 | HTPS | HTTPS | Transcription Error |
| Pg: 138 Ln: 18 | IT | RTB | Transcription Error |
| Pg: 138 Ln: 22 | rule | raw | Transcription Error |
| Pg: 144 Ln: 5 | purporting | proposing | Transcription Error |
| Pg: 145 Ln: 5 | Liau's | Liao's | Transcription Error |
| Pg: 152 Ln: 2 | dock | deck | Transcription Error |
| Pg: 154 Ln: 18 | relate | related | Transcription Error |

5

CONFIDENTIAL

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 156 Ln: 24 | buyer | "" | Transcription Error |
| Pg: 157 Ln: 21 | temp | spam | Transcription Error |
| Pg: 162 Ln: 18 | any | no | Transcription Error |
| Pg: 167 Ln: 20 | D-log | B-log | Transcription Error |
| Pg: 168 Ln: 5 | biscotti P-log and – biscotti-P-log | biscotti B-log | Transcription Error |
| Pg: 169 Ln: 18 | implementation | information | Transcription Error |
| Pg: 169 Ln: 21 | user signing in to | users sign into | Transcription Error |
| Pg: 169 Ln: 23 | their site they used it (indecipherable) | the site they visited, which sent | Transcription Error |
| Pg: 169 Ln: 24 | display as | the DisplayAd | Transcription Error |
| Pg: 169 Ln: 24-25 | And when user shows individual site that they see on myactivity.google.com, they visited buyer at the request. | And when users see advertisers' sites on myactivity.google.com, that means they visited through clicking ads. | Transcription Error |
| Pg: 170 Ln: 4 | adserving | ad serving | Transcription Error |
| Pg: 170 Ln: 8 | census | ███ | Transcription Error |
| Pg: 170 Ln: 10 | standout | standard | Transcription Error |
| Pg: 170 Ln: 11 | log-in | log | Transcription Error |
| Pg: 170 Ln: 19 | , and also the condition is too slow, | . And another condition is that they | Transcription Error |
| Pg: 171 Ln:1 | rogue | log | Transcription Error |

6

CONFIDENTIAL

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 173 Ln: 14 | delogged | relogged | Transcription Error |
| Pg: 174 Ln: 14 | page field | field | Transcription Error |
| Pg: 175 Ln: 12-13 | current system | consistent | Transcription Error |
| Pg: 176 Ln: 24 | Ochata | Ochotta | Transcription Error |
| Pg: 178 Ln: 25 | implement | explain | Transcription Error |
| Pg: 179 Ln: 17 | our | one | Transcription Error |
| Pg: 179 Ln: 19 | (indecipherable) | O & O | Transcription Error |
| Pg: 179 Ln: 19 | our | other | Transcription Error |
| Pg: 191 Ln: 8 | device | divides | Transcription Error |
| Pg: 191 Ln: 9 | take-in | tagging | Transcription Error |
| Pg: 191 Ln: 10 | at | and | Transcription Error |
| Pg: 192 Ln: 10 | publish | publisher | Transcription Error |
| Pg: 194 Ln: 19 | Someone with a publisher | For some publishers, | Transcription Error |
| Pg: 196 Ln: 18 | Internet | internal | Transcription Error |
| Pg: 196 Ln: 23 | cleared | created | Transcription Error |
| Pg: 197 Ln: 2 | or | nor | Transcription Error |
| Pg: 197 Ln: 5 | as | Ad | Transcription Error |
| Pg: 198 Ln: 1 | pillow | p-log | Transcription Error |

CONFIDENTIAL

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 198 Ln: 19 | GIAI | GAIA | Transcription Error |
| Pg: 200 Ln: 18 | GPS | GFP | Transcription Error |
| Pg: 200 Ln: 19 | GPS | GFP | Transcription Error |
| Pg: 202 Ln:13 | precise | personalized | Transcription Error |
| Pg: 203 Ln: 17 | consensus | the ████ | Transcription Error |
| Pg: 203 Ln: 18 | futures | features | Transcription Error |
| Pg: 203 Ln: 21 | consensus | the ████ | Transcription Error |
| Pg: 203 Ln: 23 | created | creatives | Transcription Error |
| Pg: 203 Ln: 23 | connection | experiences | Transcription Error |
| Pg: 204 Ln: 3 | census | ████ | Transcription Error |
| Pg: 204 Ln: 14 | was | would | Misspoke |
| Pg: 207 Ln: 18 | publicized | publisher-side | Transcription Error |
| Pg: 208 Ln: 16 | going | Google | Transcription Error |
| Pg: 208 Ln: 19 | per FID | Per-App ID | Transcription Error |
| Pg: 208 Ln: 20 | STK | SDK | Transcription Error |
| Pg: 209 Ln: 5 | pan | spam | Transcription Error |
| Pg: 209 Ln: 7 | as | ads | Transcription Error |
| Pg: 209 Ln: 11 | (indecipherable) | spam-filtering | Transcription Error |
| Pg: 209 Ln: 13 | admitted | enabled for | Transcription Error |

DocuSign Envelope ID: 6DBF6846-BEBF-4E6D-8910-0E6AFFB31882

CONFIDENTIAL

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 214 Ln: 6 | per ad | the Per-App | Transcription Error |
| Pg: 215 Ln: 15 | And | can | Transcription Error |
| Pg: 215 Ln: 16 | allow | are allowed | Transcription Error |
| Pg: 215 Ln: 17 | constant data | consent status, | Transcription Error |
| Pg: 215 Ln: 17 | publisher update status | publisher consent status | Transcription Error |
| Pg: 217 Ln: 16 | (indecipherable) | additional reason | Transcription Error |
| Pg: 218 Ln: | unless there is a | in user profile | Transcription Error |
| Pg: 219 Ln: 3 | (indecipherable) | through a publisher-facing | Transcription Error |
| Pg: 220 Ln: 13 | carbon | comment | Transcription Error |
| Pg: 221 Ln: 5 | voice | Mohit's | Transcription Error |
| Pg: 221 Ln: 5 | biscotti CID | a biscotti PPID | Transcription Error |
| Pg: 221 Ln: 9 | using | used in | Transcription Error |
| Pg: 221 Ln: 20 | using | used in | Transcription Error |
| Pg: 222 Ln: 21 | (indecipherable) | my reportee | Transcription Error |
| Pg: 226 Ln: 10 | updating to | opted into | Transcription Error |
| Pg: 226 Ln: 12 | that | the ad | Transcription Error |
| Pg: 227 Ln: 2 | product for | provide | Transcription Error |
| Pg: 227 Ln: 8 | publisher's updating | publishers opted in | Transcription Error |
| Pg: 227 Ln: 9 | as their | as in the | Transcription Error |

**CONFIDENTIAL**

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 227 Ln: 20 | they are | their | Transcription Error |

DocuSigned by:

Hyewon JUn

180966D70D0E455...

4/25/2022

HYEWON JUN                                         DATE

**10**