# EXHIBIT M

# Redacted Version of Document Sought to be Sealed

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                      SAN JOSE DIVISION
                         ---oOo---


PATRICK CALHOUN, et al., on
behalf of themselves and all
others similarly situated,
              Plaintiffs,
vs.                                  No. 5:20-cv-05146-LHK-SVK
GOOGLE LLC,
              Defendant.
_____/




                         CONFIDENTIAL
    REMOTE 30(B)(6) DEPOSITION OF MICHAEL KLEBER, Ph.D.
      WITNESS LOCATION:  NEWTONVILLE, MASSACHUSETTS
                 WEDNESDAY, APRIL 13, 2022




Stenographically Reported by:
ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
California CSR No. 9830
Job No. 5180861
```

Page 1

CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                        SAN JOSE DIVISION
 4                            ---oOo---
 5
 6   PATRICK CALHOUN, et al., on
     behalf of themselves and all
 7   others similarly situated,
 8              Plaintiffs,
     vs.                          No. 4:20-cv-5146-YGR-SVK
 9
     GOOGLE LLC,
10
                Defendant.
11   _____/
12
13
14           REMOTE 30(b)(6) DEPOSITION OF
15       MICHAEL KLEBER, Ph.D., taken on behalf of the
16       Plaintiffs, on Wednesday, April 13, 2022, beginning
17       at 12:18 p.m., Eastern Time, and ending at
18       1:28 p.m., Eastern Time, Pursuant to Notice, and
19       remotely before me, ANDREA M. IGNACIO, CSR, RPR,
20       CRR, CLR ~ License No. 9830.
21
22
23
24
25
```

Page 2

CONFIDENTIAL

```
 1    R E M O T E   A P P E A R A N C E S:
 2
 3
 4      COUNSEL FOR THE PLAINTIFFS:
 5          SIMMONS HANLY CONROY LLC
 6          By:   JAY BARNES, Esq.
 7                ERIC JOHNSON, Esq.
 8          112 Madison Avenue, 7th Floor
 9          New York, NY 10016
10          (212) 784-6400
11          jbarnes@simmonsfirm.com
12
13          DICELLO LEVITT GUTZLER LLC
14          By:   DAVID A. STRAITE, Esq.
15                CORBAN RHODES, Esq.
16          One Grand Central Place
17          60 E. 42nd Street, Suite 2400
18          New York, NY 10165
19          (646) 993-1000
20          dstraite@dicellolevitt.com
21
22
23
24
25
```

Page 3

```
 1   R E M O T E  A P P E A R A N C E S:  (Cont.)
 2
 3
 4      COUNSEL FOR THE DEFENDANT:
 5           QUINN EMANUEL URQUHART & SULLIVAN
 6           By:  SARA JENKINS, Esq.
 7                MARIA HAYRAPETIAN, Esq.
 8           555 Twin Dolphin Drive, 5th Floor
 9           Redwood Shores, California 94065
10           650.801.5100
11           sarajenkins@quinnemanuel.com
12
13
14      ALSO PRESENT:  Matthew Gubiotti, Google
15                     Cassie Leet, Videographer
16                     ---oOo---
17
18
19
20
21
22
23
24
25
                                              Page 4
```

```
 1            MR. BARNES:  Yeah, let me state it a little        09:57
 2   bit differently, because I -- I meant it in the             09:57
 3   context -- let me state it a little bit differently,        09:57
 4   and let me go back to the question.                         09:57
 5       Q   Is it Google's position that Google Ads and         09:57
 6   cross-site tracking with relation to Chrome does not        09:57
 7   have any special status as compared to other                09:57
 8   cross-site trackers?                                        09:58
 9            MS. JENKINS:  Objection; outside of the            09:58
10   scope.                                                      09:58
11            THE WITNESS:  Yes.                                 09:58
12            MR. BARNES:  Okay.                                 09:58
13       Q   When did the Privacy Sandbox effort begin?          09:58
14            And I don't mean that as a philosophical           09:58
15   question.  I don't know if you have a date certain in       09:58
16   mind.                                                       09:58
17            But the general question is, when did the          09:58
18   Privacy Sandbox effort, which includes the effort to        09:58
19   deprecate third-party cookies and other cross-site          09:58
20   tracking mechanisms, when did that begin?                   09:58
21       A   I think it began in 2018 -- late 2018 and was       09:58
22   publicly announced in the middle of 2019.                   09:58
23       Q   What were the motivating factors for the            09:59
24   start of ▮▮▮▮▮▮/Privacy Sandbox?                            09:59
25            MS. JENKINS:  Objection; outside of the            09:59
```

```
 1    scope.                                                  09:59
 2         You may answer if you know.                        09:59
 3         THE WITNESS:  I mean, I believe we've              09:59
 4    discussed a lot of this already.                        09:59
 5         First of all, there was published research         09:59
 6    coming from the academic privacy community that         09:59
 7    pointed out the scale of tracking happening on the      09:59
 8    web, in particular as part of the web advertising       09:59
 9    ecosystem based on third-party cookies.                 09:59
10         There was also pressure in the direction of        10:00
11    reducing tracking on the part of various governments.   10:00
12    2018 was the year that GDPR came into effect, for       10:00
13    example.                                                10:00
14         And as we discussed earlier, there was a           10:00
15    desire to address this issue on behalf of other         10:00
16    browsers as well.  And as we said, browsers try to      10:00
17    explore and move together to whatever extent is         10:00
18    possible.                                               10:00
19         MR. BARNES:  Q.  When you mentioned earlier        10:00
20    academic research regarding the scale of tracking       10:00
21    based on third-party cookies, do you recall any         10:00
22    specific papers you're referring to?                    10:00
23       A    That's a great question.  I -- there's a        10:00
24    paper that was published in 2018 called something like  10:01
25    Diffusion of User Identity in the Ads Ecosystem, but    10:01
```

1  I declare under penalty of perjury that the
2  foregoing is true and correct.  Subscribed at
3  Cambridge_____, ~~Ca~~MAlifornia, this 16th day of
4  ____May_____, 2022.

9  _____
10 MICHAEL KLEBER, Ph.D.

CERTIFICATE OF STENOGRAPHER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing remote deposition was by me remotely sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [x] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: April 17, 2022

*[signature]*

ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830

**CONFIDENTIAL**

## Deposition Errata Sheet
### Case: Calhoun, et al. v. Google LLC
### Deponent: Michael Kleber (30(b)(6))
### Date of Deposition: April 13, 2022

| Pg. and Ln. | Now Reads | Should Read | Reason |
| --- | --- | --- | --- |
| Pg. 19, Ln. 4 | "tracks them" | "track them" | Misspoke |
| Pg. 26, Ln. 13 | "Gnat Catcher, G-N-A-T, C-A-T-C-H-E-R" | "GNATCATCHER, G-N-A-T-C-A-T-C-H-E-R" | Transcription error |
| Pg. 27, Ln. 18 | "Gnat Catcher" | "GNATCATCHER" | Transcription error |
| Pg. 31, Ln. 4 | "Crystal Wilson" | "Christo Wilson" | Transcription error |

_DocuSigned by:_ [signature] 5/16/2022

**Michael Kleber**          **Date**

1