# GOOG-CALH-00030031

# Sealed in its Entirety