# GOOG-CALH-00061979

# Sealed in its Entirety