# GOOG-CALH-00161106

# Sealed in its Entirety