# GOOG-CALH-00374314

# Sealed in its Entirety