# GOOG-CALH-01134322

# Sealed in its Entirety