1
2
3
4
5
6
7
8
9
10

11 UNITED STATES DISTRICT COURT

12 NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

13

14 PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,

Case No. 4:20-cv-5146-YGR-SVK

15

16    Plaintiffs,

**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 709)**

17    v.

18 GOOGLE LLC,

Referral: Hon. Susan van Keulen, USMJ

19    Defendant.

20
21
22
23
24
25
26
27
28

1

# [PROPOSED] ORDER

2    Before the Court is Defendant Google LLC's Motion to Remove Incorrectly Filed Document
3 (Dkt. 709) ("Motion"). Having considered the Motion and supporting papers, the Court hereby
4 **GRANTS** the Motion.

5

6    **SO ORDERED.**

7 DATED: _____    _____
                                     THE HONORABLE SUSAN VAN KEULEN
8                                    United States Magistrate Judge