1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

13

| 14 | PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-5146-YGR-SVK |

15 | | **[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DKT. 709)**

16 | Plaintiffs, |

17 | v. |

18 | GOOGLE LLC, | Referral: Hon. Susan van Keulen, USMJ

19 | Defendant. |

14 PATRICK CALHOUN, *et al.*, on behalf of
themselves and all others similarly situated,

15            Plaintiffs,

16

17            v.

18 GOOGLE LLC,

19            Defendant.

Case No. 4:20-cv-5146-YGR-SVK

**[PROPOSED] ORDER GRANTING
GOOGLE LLC'S MOTION TO
REMOVE INCORRECTLY FILED
DOCUMENT (DKT. 709)**

Referral: Hon. Susan van Keulen, USMJ

20

21

22

23

24

25

26

27

28

1                                    [PROPOSED] ORDER

2          Before the Court is Defendant Google LLC's Motion to Remove Incorrectly Filed Document

3    (Dkt. 709) ("Motion").  Having considered the Motion and supporting papers, the Court hereby

4    GRANTS the Motion.  Google has filed a corrected version of Dkt. 709 at Dkt. 729-2.

5

6          SO ORDERED.

7    DATED:  June 27, 2022                    _____

8                                             THE HONORABLE SUSAN VAN KEULEN
                                              United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28