# EXHIBIT S
## Redacted Version of
## Document Sought to be Sealed

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4     _____

       PATRICK CALHOUN, et al.,      )
 5     on behalf of themselves and   )
       all others similarly          )
 6     situated,                     )
                                     )
 7              Plaintiffs,          )
                                     )Case No.: 5:20 cv 5146 LHK SVK
 8     vs.                           )
                                     )
 9     GOOGLE LLC,                   )
                                     )
10              Defendant.           )
       _____)

11

12                  *** CONFIDENTIAL ***

13

14

15     VIDEOTAPED REMOTE DEPOSITION OF HYEWON JUN, PH.D.

16       Deponent testifying from New York, New York

17                 Tuesday, March 1, 2022

18                      Volume I

19

20

21

22     Stenographically Reported By:

       Melissa M. Villagran, RPR

23     CSR No. 12543

24     Job No. 5067771

25     PAGES 1   233
```

Veritext Legal Solutions
866 299-5127

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN JOSE DIVISION

 4    _____

      PATRICK CALHOUN, et al.,       )

 5    on behalf of themselves and    )

      all others similarly           )

 6    situated,                      )

                                     )

 7            Plaintiffs,            )

                                     )

 8    vs.                            )Case No.: 5:20 cv 5146 LHK SVK

                                     )

 9    GOOGLE LLC,                    )

                                     )

10            Defendant.             )

      _____)

11

12

13                *** CONFIDENTIAL ***

14

15        Videotaped remote deposition of HYEWON JUN,

16    PH.D., Volume I, taken on behalf of Plaintiffs with

17    all participants appearing remotely via

18    videoconference and the Deponent testifying from New

19    York, New York, beginning at 10:58 a.m. and ending

20    at 7:51 p.m. on Tuesday, March 1, 2022, before

21    Melissa M. Villagran, RPR, Certified Shorthand

22    Reporter No. 12543.

23

24

25
```

Page 2

```
 1    APPEARANCES:

 2    ALL ATTENDEES APPEARING REMOTELY

 3

 4    For Plaintiffs:

 5         BLEICHMAR FONTI & AULD LLP

 6         BY:  LESLEY WEAVER

 7              ANJELICA ORNELAS

 8              JOOYOUNG KOO

 9         Attorneys at Law

10         555 12th Street, Suite 1600

11         Oakland, California  946907

12         415.445.4003

13         Lweaver@bfalaw.com

14         Aornelas@bfalaw.com

15         Jkoo@bfalaw.com

16

17         - and -

18

19         SIMMONS HANLY CONROY

20         BY:  AN TRUONG

21         Attorney at Law

22         112 Madison Avenue, Seventh Floor

23         New York, New York  10016

24         618.693.3104

25         Atruong@simmonsfirm.com
```

Page 3

1    APPEARANCES (continued):

2

3    For the Brown plaintiffs:

4         BOIES SCHILLER FLEXNER

5         BY:  ERIKA NYBORG-BURCH

6         Attorney at Law

7         44 Montgomery Street, 41st Floor

8         San Francisco, California 94104

9         215.873.7264

10        enyborg-burch@bsfllp.com

11

12   For Defendants and the Deponent:

13        QUINN EMANUEL URQUHART & SULLIVAN LLP

14        BY:  JOSEF ANSORGE, PH.D.

15             TRACY GAO

16        Attorneys at Law

17        Of Counsel

18        1300 I Street NW, Suite 900

19        Washington, D.C.,  20005

20        202.538.8000

21        Josefansorge@quinnemanuel.com

22        Tracygao@quinnemanuel.com

23

24

25

                                          Page 4

CONFIDENTIAL

1   APPEARANCES (continued):

2

3   Also Present:

4        Toni Baker, Google

5

6   Videographer:

7        Cassia Leet

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 5

CONFIDENTIAL

```
 1                         INDEX

 2

 3       DEPONENT                         EXAMINATION

 4       HYEWON JUN, PH.D.

 5       Volume I

 6               BY MS. WEAVER                    12

 7               BY MS. WEAVER                    99

 8               BY MR. ANSORGE                  224

 9               BY MS. WEAVER                   226

10

11

12                      EXHIBITS

13       DEPOSITION                              PAGE

14       Exhibit 1    ████████ ████████ Executive    69

15                    Summary

16

17       Exhibit 2    DRX Audience 101 document     82

18

19       Exhibit 3    Design Proposal to Implement  103

20                    GAIA Key Serving

21

22       Exhibit 4    Why Holistic Identity document 131

23

24

25
```

Veritext Legal Solutions
866 299-5127

1    dashboard that we are looking at on this slide, it

2    looks like publishers usually use this for example,

3    sports enthusiast user list, was it publisher owned

4    user list or not, and also how many ad selection was

5    done using that user list.                         02:43:00

6         Looks like the dashboard is just showing that

7    information.

8    BY MS. WEAVER:

9        Q    Is it showing impressions as well?

10       A    Impression is the collective ad shown to the    02:43:12

11   user and user might have been viewed.

12       Q    Great.  Thank you.

13            MS. WEAVER:  Angelica, can you use please

14   mark tab 6.

15            Dr. Jun, Exhibit 3 will be document bearing    02:43:35

16   Bates Nos. GOOG CABR 00137173 through 191.

17            (Exhibit 3 was marked for

18            identification and is attached

19            hereto.)

20   BY MS. WEAVER:                                      02:43:48

21       Q    And let me know when you have it and when you

22   are ready to talk about the document.

23       A    Yes, can I take a moment to scan?

24       Q    Yes, of course.

25            For the record, this bears the words author    02:44:42

                                                       Page 103

1    hjun@Google.com and foox@Google.com and says last

2    updated 2016 01 21 on the front page.

3        A    Yeah, I scanned the doc.

4        Q    Okay.

5            What is Exhibit 3?                                02:46:57

6        A    Exhibit 3 was one of the design proposal to

7    implement GAIA key serving from sellside

8    prospective.

9        Q    And did you write Exhibit 3?

10       A    Yes.                                            02:47:17

11           MR. ANSORGE:    Vague.

12           THE DEPONENT:    I collaborate with another

13   engineer and got feedback from GL at the time.

14   BY MS. WEAVER:

15       Q    And who was the other engineer?               02:47:37

16       A    You mean the other author?

17       Q    Yes.

18       A    FOOX his first name is Igor and he used to be

19   a TLM or for ITB server.

20       Q    What does he do now?                           02:48:01

21       A    I think he moved to different team.    I think

22   he moved to cloud team, but he left pretty early

23   2017 or '18.

24       Q    Okay.

25           But he's still at Google?                       02:48:25

Page 104

1      A    I actually don't know because there are a lot

2   of people moving the company these days.  I remember

3   seeing him two years ago at least.

4      Q    Okay.  No problem.

5          Why did you write this design document were    02:48:42

6   you in charge of designing ▮▮▮▮▮

7      A    I was pulled into the ▮▮▮▮▮ project in

8   January of 2016, and this was just one of the

9   proposal to the team what if we design or what if we

10  consider different options to design ▮▮▮▮▮ in    02:49:04

11  this way.  And this party's only concerning

12  (indecipherable) infrastructure not the full set of

13  Narnia 2.

14     Q    Who was in charge of ▮▮▮▮▮

15     A    At the time our was Emil O.    02:49:21

16     Q    Emil Ochotta?

17     A    Yes.

18     Q    So looking at the document, do you see on the

19  front it says the final design has been submitted

20  through http and then it has got a site there?    02:49:38

21     A    Right.

22     Q    What does that mean?

23     A    I actually don't recall exactly what I meant,

24  but I am guessing that the status is obsolete, so

25  probably it was a proposal but he may have written    02:50:12

Page 105

1    own different doc and that doc might have short link

2    ███████ dash serving.

3    Q    Oh, okay.

4         It's not the site where this document was

5    stored?                                          02:50:25

6    A    Since I cannot click, I'm not sure.

7    Q    I have the same frustration.

8         This is how it's produced to us.

9         Okay.  Let's go to the next page at page 174.

10   A    Yes.                                         02:50:51

11   Q    And do you see where it says (as read):

12        ████████████████████████

13        ████ ████ ████ ████ ████

14        ██████ █ ████ ████████

15        ████████████████████                        02:51:02

16        ██████████████████

17        ████ ██████████████

18        ████████████████████

19        Do you see that?

20   A    I see that.                                  02:51:13

21   Q    What is an ad serving stack?

22   A    Google have multiple different ad system and

23   each ad system actually works, have their own series

24   of server they use to select ad.  The

25   (indecipherable) series server is a stack.  So again  02:51:42



```
1    reservation use its own stack, have a little bit of

2    interaction with auction stack, which is a set of

3    software, but the two stack that I mentioned used by

4    display ads, when it comes to a different ad system

5    like YouTube ads or search ads, they use their          02:52:06

6    different stack.

7        Q    And so the ████ stack, was it used by all

8    the systems?

9            MR. ANSORGE:   Objection; vague.

10           THE DEPONENT:  ████ █ ████                       02:52:26

11   ████████ ██████ ██ ████

12   ████████████████████

13   █████████████ ███ ███

14   ██████ █████ ███ ██ ████

15   ██ █ ██████ █ ███                                        02:52:57

16   █████████████ █

17   ██████ █ █████████

18   █████████████ █

19   ████████ ████ ███

20   ██████████ ███ ███                                       02:53:26

21   ████████ █████ ███

22   █████████ █████████

23   ██████ ████ █ ████ ██ ██

24   ████████

25   BY MS. WEAVER:                                           02:53:52
```

CONFIDENTIAL



```
 1        Q   So do you see where you wrote in the second

 2    paragraph about the ████████ effort(as read):

 3

 4

 5                                                    02:54:04

 6

 7

 8

 9

10        Do you see that?                          02:54:14

11        A   Under (inaudible).

12        Q   I think you need to lean forward a little

13    because the audio is bad.  We couldn't hear you.

14        A   Are you on the page ending 174?

15        Q   Yes, I'm in the same   first paragraph,   02:54:34

16    second sentence.

17        A   Now I see.  Initially

18        Q   The question is, do you see the sentence?

19        A   I see the sentence, yes.

20        Q   Okay.                                   02:55:05

21        So what did you mean when you wrote search

22    history?

23        A   Initially my understanding of GAIA key

24    serving was using user activity data collected from

25    Google search as well.  But later it turned out that  02:55:29
```

Page 108

```
1    we want to separate the data collection and usage

2    between Google search and display ads.  So this was

3    this intention of using Google search information in

4    display ads was never launched.

5        Q    Okay.                                      02:55:54

6             What did you mean when you said search

7    history here?

8        A    Initially I meant that users' search history

9    on Google.com might be available for display ads to

10   use.  However, as I mentioned to you earlier, the    02:56:21

11   project was never approved and never launched.

12       Q    Okay.

13            So a little lower on the page do you see

14   where you wrote (as read):

15            "As of January 15, 2016, ██████ █         02:56:36

16            proposal was approved with the

17            following principles."

18            Do you see that?

19       A    Yes.

20       Q    And then you wrote, (as read):            02:56:46

21            ████████████████████████████

22            ████████████████████  █████████

23            ██████████████████

24            Do you see that?

25       A    Yes.                                       02:56:56
```

Page 109

1    Q    And then under that you wrote (as read):

2         "Signed in activities to ▇▇▇▇

3         for advertiser collected data such as

4         first party remarketing lists,

5         uploaded lists by DMP and third party        02:57:09

6         user lists uploaded by third party

7         data providers, example Blue Kai, and

8         then enable the usage of advertiser

9         data on signed in traffic by an

10        ephemeral join to match advertiser          02:57:21

11        data which is most often Biscotti

12        keyed to signed in requests."

13        Do you see that?

14   A    I see that.

15   Q    So when you wrote as of January 15, 2016,   02:57:28

16   ▇▇▇▇▇ proposal was approved, was that true?

17        MR. ANSORGE:  Objection; vague and

18   argumentative.

19        THE DEPONENT:  So this high level principle,

20   the first two have been approved.  The third one   02:57:53

21   device version was approved.

22   BY MS. WEAVER:

23   Q    The third one, device version was approved?

24   A    Device version of third one in a way that

25   instead of joining the data using them in separation   02:58:13

Page 110

1    to select the ads was approved.

2        Q    Okay.

3            And did you say the first two were also

4    approved?

5        A    Yes.                                          02:58:34

6        Q    So all three were approved?

7            MR. ANSORGE:    Objection; mischaracterizes

8    prior testimony.

9            THE DEPONENT:    So the first two was approved,

10   the third one device version was approved.    It --    02:59:06

11   this ████ █ project was a long term project, even

12   with the high level principle was initially    got

13   okay, later there were multiple different discussion

14   how to set the privacy principle and base on the

15   feasibility things had to be changed a little bit.    02:59:27

16   That's why I'm using device version has been

17   approved.

18   BY MS. WEAVER:

19       Q    Understood.    Thank you.

20           What is an a ephemeral join?            02:59:33

21       A    Intention of using ephemeral join is instead

22   of joining the three or mixing user data temporarily

23   use data set together to select ads on the real time

24   and forget about it.

25       Q    And was that functionality approved and    03:00:20

                                                    Page 111

1    employed the ephemeral join?

2         MR. ANSORGE:  Objection; vague.

3         THE DEPONENT:  When I say advertiser data,

4    some of the advertiser data is unloaded by

5    advertiser, and when they collect, for example, the        03:01:15

6    marketing data, they don't have a way to know

7    whether user has been logged into Google or not, so

8    their data has been uploaded using Biscotti cookie

9    for example.  When ad request comes from sign in

10   user who consented for personalized ad and the            03:01:38

11   collection through Google sign in ID, Google display

12   ads itself use the GAIA ID as a primary ID to group

13   user activity.

14        However, when we try to match advertiser's

15   intention to use the marketing user list, what we          03:02:11

16   did is we went through multiple different software

17   to access on the advertiser's data like the

18   marketing data and then put only that data to use to

19   find ad campaign.

20        Since it was done only during the real time           03:02:41

21   and then these are not join the data together

22   eventually, I think that is -- that can be

23   considered as ephemeral join.

24   BY MS. WEAVER:

25     Q   Thank you.                                           03:03:03

Page 112

CONFIDENTIAL

```
 1              Turning to the page ending at 175.  I'm going
 2     to ask you to look at the paragraph that the      I
 3     think it's one, two, three      well, it's three from
 4     the bottom and it begins with "this design."  So
 5     tell me when you are there.                            03:03:22
 6       A    Yes.
 7       Q    Do you see the sentence that reads (as read):
 8            "This design has been inspired by
 9            the new approval for ██████  i.e.,
10            for G stack to read B canvas, Biscotti        03:03:43
11            ID canvas, for advertiser data for
12            marketing lists and data provider
13            collected data third party user
14            lists."
15            Do you see?                                    03:03:53
16       A    I see that.
17       Q    What was that      well, is it true that it was
18     approved to use      strike that.
19            Let me ask a better question.
20            Is it true that there was an approval for     03:04:06
21     ██████ █ which meant that GAIA stack could read
22     Biscotti ID canvas for advertiser data and
23     third party user lists?
24            MR. ANSORGE:  Objection; form.
25            THE DEPONENT:  There was approved to design   03:04:33
```

Page 113

```
 1    or GAIA key serving stack to read these two data

 2    sources.  The marketing list and third party user

 3    list, yes.

 4    BY MS. WEAVER:

 5       Q   And then you wrote (as read):              03:04:52

 6             "The advertiser data are collected

 7             from users activities on

 8             user -- advertiser's sites regardless

 9             of user sign in status to Google."

10             Do you see that?                          03:05:04

11       A   Yes.

12       Q   So the advertising data came from Biscotti;

13    is that right?

14             MR. ANSORGE:   Objection; vague.

15             THE DEPONENT:   Biscotti.  So advertisers data   03:05:16

16    were uploaded using Biscotti ID into display ad

17    system.

18    BY MS. WEAVER:

19       Q   Okay.

20             And then the next paragraph down you wrote   03:05:41

21    (as read):

22             "The same principle should be

23             applied to publisher data first party

24             user lists which are collected from

25             user's activities on publisher sites   03:05:51
```

1         regardless of user's sign in to

2         Google."

3         Do you see that?

4    A    Yes.

5    Q    Was that implemented?                    03:05:57

6    A    Yes.

7    Q    And then at the bottom, you wrote (as read):

8             "Even an ad exchange super mixer on

9         G stack can read all user data that

10        add exchange targeting services need    03:06:16

11        and forward them to ad exchange

12        targeting services."

13        Is that right?

14   A    That's what I see.

15   Q    And then in addition (as read):          03:06:26

16           "Real time bidding server on

17        G stack can retrieve Biscotti ID to

18        send it along with bid request."

19        Do you see that?

20   A    I see that.                              03:06:35

21    Q   Are those sentences true and did those

22   functionalities occur and are they occurring today?

23        MR. ANSORGE:   Objection; vague, form, and

24   compound.

25        THE DEPONENT:   These two sentences actually   03:06:54

Page 115

1    expanded to much more design discussion.  Especially

2    at RTB server side we decided not to give any access

3    to GAIA ID or activity server, so we used encryption

4    and access control to prevent RTB server to ever be

5    able to extract or decrypt GAIA ID and then give          03:07:26

6    only the decryption key for Biscotti ID so RTB

7    server can utilize Biscotti ID on bid request to IT

8    buyers.

9            COURT REPORTER:  So can you tell me are you

10   saying ITB server or software?                            03:07:57

11           THE DEPONENT:  RTB is real time bidding.

12           MS. WEAVER:  RTB, real time bidding.

13           THE DEPONENT:  Right.

14           So on RTB server, the current implementation

15   is when ad request comes to display ads we increase      03:08:18

16   GAIA ID and other Biscotti ID with different

17   encryption key, and when it comes to RTB server, we

18   gave decryption key only for Biscotti like ID and

19   did not give decryption key for GAIA ID, so RTB

20   server doesn't have    doesn't have access to GAIA       03:08:47

21   ID but have access to Biscotti ID and use it in bid

22   request.

23   BY MS. WEAVER:

24      Q   When you say you were giving the decryption

25   key, to whom were you giving it?                          03:09:03

                                                      Page 116

1          I, the undersigned, a Certified Shorthand

2     Reporter of the State of California, Registered

3     Professional Reporter, Certified Live Note Reporter,

4     do hereby certify:

5          That the foregoing proceedings were taken

6     before me at the time and place herein set forth;

7     that any witnesses in the foregoing proceedings,

8     prior to testifying, were duly sworn; that a record

9     of the proceedings was made by me using machine

10    shorthand which was thereafter transcribed under my

11    direction; that the foregoing transcript is a true

12    record of the testimony given.

13         Further, that if the foregoing pertains to

14    the original transcript of a deposition in a Federal

15    Case, before completion of the proceedings, review

16    of the transcript [  ] was [  ] was not requested.

17         I further certify I am neither financially

18    interested in the action nor a relative or employee

19    of any attorney or party to this action.

20         IN WITNESS WHEREOF, I have this date

21    subscribed my name.

22

23    Dated: 3/3/2022

24    _____

      MELISSA M. VILLAGRAN

25    CSR No. 12543 RPR

                                        Page 230

CONFIDENTIAL

**Deposition Errata Sheet**
**Case:** *Calhoun, et al. v. Google LLC*
**Deponent: Hyewon Jun, Ph.D.**
**Date of Deposition: March 1, 2022**

I, Hyewon Jun, hereby certify that I have read the transcript of my testimony taken under oath in my deposition on the 1st day of March, 2022; that the transcript is a true, complete record of my testimony and that the answers on the record as given by me are true and correct, with the following exceptions:

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 14 Ln:23 | part | per | Transcription Error |
| Pg: 15 Ln:22 | That is our PPID or | That is our PPID. For | Transcription Error |
| Pg: 17 Ln:2 | equal 1,2,3,4 | and set to 1234 | Transcription Error |
| Pg: 17 Ln:19 | they are | their | Transcription Error |
| Pg: 25 Ln:3 | (indecipherable) | programmatic | Transcription Error |
| Pg: 26 Ln: 1 | deserve | reserve | Transcription Error |
| Pg: 26 Ln: 6 | deserve | reserve | Transcription Error |
| Pg: 26 Ln: 9 | beat | bid | Transcription Error |
| Pg: 26 Ln: 11 | beat | bid | Transcription Error |
| Pg: 26 Ln: 15 | beat | bid | Transcription Error |
| Pg: 26 Ln: 16 | Beat | Bid | Transcription Error |
| Pg: 27 Ln: 2 | deserved | reserved | Transcription Error |
| Pg: 27 Ln: 3 | higher campaign | with higher priority | Transcription Error |
| Pg: 27 Ln: 4 | primary | the primary | Transcription Error |
| Pg: 28 Ln:25 | usually | audience | Transcription Error |
| Pg: 29 Ln:1 | they are | their | Transcription Error |

DocuSign Envelope ID: 6DBF6816-BFBF-458D-8040-CEC9AFFB31882

CONFIDENTIAL

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 30 Ln:6 | less | last | Transcription Error |
| Pg: 30 Ln:14 | we do | we do not | Misspoke |
| Pg: 30 Ln:19 | product | produce | Transcription Error |
| Pg: 30 Ln:20-21 | For GFP and | "" | Misspoke |
| Pg: 32 Ln:20 | four | for | Transcription Error |
| Pg: 34 Ln: 5 | to create this user list to — | for a user to visit the page | Transcription Error |
| Pg: 34 Ln: 13 | Definition | Distinction | Misspoke |
| Pg: 34 Ln: 14 | definition | distinction | Misspoke |
| Pg: 36 Ln:21 | or | "" | Transcription Error |
| Pg: 36 Ln:21 | if user visit | that a user visits | Transcription Error |
| Pg: 38 Ln:1 | path as | best ads | Transcription Error |
| Pg: 38 Ln:22 | disabling | enabling | Misspoke |
| Pg: 39 Ln:4 | ads@Google.com | adssettings.google.com/ | Transcription Error |
| Pg: 39 Ln:4 | show | know | Transcription Error |
| Pg: 48 Ln: 7 | (indecipherable) | naive flaw can | Transcription Error |
| Pg: 48 Ln: 12 | (indecipherable) | flaw | Transcription Error |
| Pg: 48 Ln: 12 | (indecipherable) | naive flaw -- | Transcription Error |
| Pg: 54 Ln: 6 | unuse | use | Misspoke |
| Pg: 54 Ln: 8 | the student (indecipherable) | just uniformly | Transcription Error |

CONFIDENTIAL

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 54 Ln: 21 | divergent | diversion | Transcription Error |
| Pg: 61 Ln:12 | new | no | Transcription Error |
| Pg: 61 Ln: 18 | add | ad | Transcription Error |
| Pg: 62 Ln: 1 | or | for | Transcription Error |
| Pg: 64 Ln:23 | configuration on | configuration. On | Transcription Error |
| Pg: 64 Ln:25 | machinery | machine learning | Transcription Error |
| Pg: 68 Ln: 3 | It does | just | Transcription Error |
| Pg: 71 Ln: 22 | she | he | Misspoke |
| Pg: 71 Ln: 24 | HIPPA | COPPA | Transcription Error |
| Pg: 75 Ln: 6 | (indecipherable) | which we | Transcription Error |
| Pg: 78 Ln: 15 | (indecipherable) | individual | Transcription Error |
| Pg: 81 Ln: 23 | user case | use case | Transcription Error |
| Pg: 81 Ln: 25 | sell | "" | Transcription Error |
| Pg: 82 Ln: 1 | third-party | first-party | Misspoke |
| Pg: 82 Ln: 2 | sell | "" | Transcription Error |
| Pg: 86 Ln: 4 | Y-e-a-i. | ybai | Transcription Error |
| Pg: 86 Ln: 12 | Yeai | ybai | Transcription Error |
| Pg: 86 Ln: 13 | Ethan | Yijian | Transcription Error |
| Pg: 86 Ln: 14 | y-e-a-i | ybai | Transcription Error |
| Pg: 86 Ln: 25 | Yeai, yeai@google.com | Ybai, ybai@google.com | Transcription Error |

CONFIDENTIAL

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 87 Ln: 21 | was | want | Transcription Error |
| Pg: 88 Ln: 6-7 | the marketing | remarketing | Transcription Error |
| Pg: 90 Ln: 5 | (indecipherable) | distributed | Transcription Error |
| Pg: 90 Ln: 6 | deprecate | distributed | Transcription Error |
| Pg: 90 Ln: 8 | implication | replication | Transcription Error |
| Pg: 90 Ln: 11 | (indecipherable) | forwarded | Transcription Error |
| Pg: 90 Ln: 25 | web | app | Misspoke |
| Pg: 92 Ln:13 | cruise | cross | Transcription Error |
| Pg: 93 Ln:7 | the | With the | Transcription Error |
| Pg: 93 Ln:8 | cruise | cross | Transcription Error |
| Pg: 93 Ln:9 | . We have | , we had | Transcription Error |
| Pg: 93 Ln:11 | Google as a | Google | Transcription Error |
| Pg: 94 Ln:3 | that are transparency | the transparency | Transcription Error |
| Pg: 96 Ln: 9 | at major (indecipherable) | Google Ad Manager owns | Transcription Error |
| Pg: 100 Ln: 19 | source | sauce | Misspoke |
| Pg: 102 Ln: 18 | there | their | Transcription Error |
| Pg: 104 Ln: 19 | or for ITB | of the RTB | Transcription Error |
| Pg: 105 Ln: 11 | party's | part is | Transcription Error |
| Pg: 105 Ln: 12 | (indecipherable) | serving | Transcription Error |
| Pg: 106 Ln: 24-25 | The (indecipherable) series server is | We call those series of servers as | Transcription Error |

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 112 Ln: 4 | unloaded | uploaded | Transcription Error |
| Pg: 112 Ln: 5-6 | the marketing | remarketing | Transcription Error |
| Pg: 112 Ln: 15 | the marketing | remarketing | Transcription Error |
| Pg: 112 Ln: 17-18 | the marketing | remarketing | Transcription Error |
| Pg: 113 Ln: 22 | canvas | ███ | Transcription Error |
| Pg: 116 Ln: 7 | IT | RTB | Transcription Error |
| Pg: 118 Ln: 18 | Less | Let's | Transcription Error |
| Pg: 126 Ln: 11 | can | can not | Misspoke |
| Pg: 123 Ln: 15 | Liau | Liao | Transcription Error |
| Pg: 123 Ln: 17 | Liau | Liao | Transcription Error |
| Pg: 123 Ln: 20 | Liau | Liao | Transcription Error |
| Pg: 126 Ln: 23 | Liau | Liao | Transcription Error |
| Pg: 138 Ln: 16 | HTPS | HTTPS | Transcription Error |
| Pg: 138 Ln: 18 | IT | RTB | Transcription Error |
| Pg: 138 Ln: 22 | rule | raw | Transcription Error |
| Pg: 144 Ln: 5 | purporting | proposing | Transcription Error |
| Pg: 145 Ln: 5 | Liau's | Liao's | Transcription Error |
| Pg: 152 Ln: 2 | dock | deck | Transcription Error |
| Pg: 154 Ln: 18 | relate | related | Transcription Error |

CONFIDENTIAL

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 156 Ln: 24 | buyer | "" | Transcription Error |
| Pg: 157 Ln: 21 | temp | spam | Transcription Error |
| Pg: 162 Ln: 18 | any | no | Transcription Error |
| Pg: 167 Ln: 20 | D-log | B-log | Transcription Error |
| Pg: 168 Ln: 5 | biscotti P-log and – biscotti-P-log | biscotti B-log | Transcription Error |
| Pg: 169 Ln: 18 | implementation | information | Transcription Error |
| Pg: 169 Ln: 21 | user signing in to | users sign into | Transcription Error |
| Pg: 169 Ln: 23 | their site they used it (indecipherable) | the site they visited, which sent | Transcription Error |
| Pg: 169 Ln: 24 | display as | the DisplayAd | Transcription Error |
| Pg: 169 Ln: 24-25 | And when user shows individual site that they see on myactivity.google.com, they visited buyer at the request. | And when users see advertisers' sites on myactivity.google.com, that means they visited through clicking ads. | Transcription Error |
| Pg: 170 Ln: 4 | adserving | ad serving | Transcription Error |
| Pg: 170 Ln: 8 | census | ▇▇▇ | Transcription Error |
| Pg: 170 Ln: 10 | standout | standard | Transcription Error |
| Pg: 170 Ln: 11 | log-in | log | Transcription Error |
| Pg: 170 Ln: 19 | , and also the condition is too slow, | . And another condition is that they | Transcription Error |
| Pg: 171 Ln:1 | rogue | log | Transcription Error |

6

CONFIDENTIAL

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 173 Ln: 14 | delogged | relogged | Transcription Error |
| Pg: 174 Ln: 14 | page field | field | Transcription Error |
| Pg: 175 Ln: 12-13 | current system | consistent | Transcription Error |
| Pg: 176 Ln: 24 | Ochata | Ochotta | Transcription Error |
| Pg: 178 Ln: 25 | implement | explain | Transcription Error |
| Pg: 179 Ln: 17 | our | one | Transcription Error |
| Pg: 179 Ln: 19 | (indecipherable) | O & O | Transcription Error |
| Pg: 179 Ln: 19 | our | other | Transcription Error |
| Pg: 191 Ln: 8 | device | divides | Transcription Error |
| Pg: 191 Ln: 9 | take-in | tagging | Transcription Error |
| Pg: 191 Ln: 10 | at | and | Transcription Error |
| Pg: 192 Ln: 10 | publish | publisher | Transcription Error |
| Pg: 194 Ln: 19 | Someone with a publisher | For some publishers, | Transcription Error |
| Pg: 196 Ln: 18 | Internet | internal | Transcription Error |
| Pg: 196 Ln: 23 | cleared | created | Transcription Error |
| Pg: 197 Ln: 2 | or | nor | Transcription Error |
| Pg: 197 Ln: 5 | as | Ad | Transcription Error |
| Pg: 198 Ln: 1 | pillow | p-log | Transcription Error |

CONFIDENTIAL

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 198 Ln: 19 | GIAI | GAIA | Transcription Error |
| Pg: 200 Ln: 18 | GPS | GFP | Transcription Error |
| Pg: 200 Ln: 19 | GPS | GFP | Transcription Error |
| Pg: 202 Ln:13 | precise | personalized | Transcription Error |
| Pg: 203 Ln: 17 | consensus | the ███ | Transcription Error |
| Pg: 203 Ln: 18 | futures | features | Transcription Error |
| Pg: 203 Ln: 21 | consensus | the ███ | Transcription Error |
| Pg: 203 Ln: 23 | created | creatives | Transcription Error |
| Pg: 203 Ln: 23 | connection | experiences | Transcription Error |
| Pg: 204 Ln: 3 | census | ███ | Transcription Error |
| Pg: 204 Ln: 14 | was | would | Misspoke |
| Pg: 207 Ln: 18 | publicized | publisher-side | Transcription Error |
| Pg: 208 Ln: 16 | going | Google | Transcription Error |
| Pg: 208 Ln: 19 | per FID | Per-App ID | Transcription Error |
| Pg: 208 Ln: 20 | STK | SDK | Transcription Error |
| Pg: 209 Ln: 5 | pan | spam | Transcription Error |
| Pg: 209 Ln: 7 | as | ads | Transcription Error |
| Pg: 209 Ln: 11 | (indecipherable) | spam-filtering | Transcription Error |
| Pg: 209 Ln: 13 | admitted | enabled for | Transcription Error |

CONFIDENTIAL

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 214 Ln: 6 | per ad | the Per-App | Transcription Error |
| Pg: 215 Ln: 15 | And | can | Transcription Error |
| Pg: 215 Ln: 16 | allow | are allowed | Transcription Error |
| Pg: 215 Ln: 17 | constant data | consent status, | Transcription Error |
| Pg: 215 Ln: 17 | publisher update status | publisher consent status | Transcription Error |
| Pg: 217 Ln: 16 | (indecipherable) | additional reason | Transcription Error |
| Pg: 218 Ln: | unless there is a | in user profile | Transcription Error |
| Pg: 219 Ln: 3 | (indecipherable) | through a publisher-facing | Transcription Error |
| Pg: 220 Ln: 13 | carbon | comment | Transcription Error |
| Pg: 221 Ln: 5 | voice | Mohit's | Transcription Error |
| Pg: 221 Ln: 5 | biscotti CID | a biscotti PPID | Transcription Error |
| Pg: 221 Ln: 9 | using | used in | Transcription Error |
| Pg: 221 Ln: 20 | using | used in | Transcription Error |
| Pg: 222 Ln: 21 | (indecipherable) | my reportee | Transcription Error |
| Pg: 226 Ln: 10 | updating to | opted into | Transcription Error |
| Pg: 226 Ln: 12 | that | the ad | Transcription Error |
| Pg: 227 Ln: 2 | product for | provide | Transcription Error |
| Pg: 227 Ln: 8 | publisher's updating | publishers opted in | Transcription Error |
| Pg: 227 Ln: 9 | as their | as in the | Transcription Error |

**CONFIDENTIAL**

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| Pg: 227 Ln: 20 | they are | their | Transcription Error |

DocuSigned by:

Hyewon Jun

180966D70D0E455

4/25/2022

HYEWON JUN                    DATE