# EXHIBIT T
## Redacted in its Entierty