UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 20-cv-05146-YGR   (SVK)<br><br>**FINAL ORDER RE RFP NO. 5**<br><br>Re: Dkt. Nos. 678, 722 |

The Parties' dispute regarding production of documents pursuant to Plaintiffs' Request for Production No. 5 has been the subject of too much argument before the Special Master as well as this Court. Dkt. Nos. 678, 700, 705, 717, 719, 720, 722. The Court heard final argument on this issue on June 30, 2022.

For a substantial period of this litigation, pursuant to Court orders, Google has collected and preserved data relating to the Named Plaintiffs using certain identifiers. Some of that data was produced as it was collected. A balance of the data was held pending notification to third party publishers. The Court previously ordered Google to complete that notification process and to produce the balance of the Named Plaintiffs data that it had collected and preserved over the course of the litigation no later than June 30, 2022. Dkt. Nos. 700, 722. At the June 30 hearing, Google represented to the Court and to Plaintiffs that that production would be completed on that date, which has now passed. Accordingly, provided Google complied with its representation to the Court, the issue of the balance of the production of the data that had been collected is now closed. The Parties may well dispute whether Google collected all of the data required by orders of this Court, however that issue is beyond the scope of the present dispute and this Order.

**SO ORDERED.**

Dated: July 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge