UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR AN ORDER OF SANCTIONS FOR GOOGLE'S DISCOVERY MISCONDUCT**<br><br>Judge: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion for an Order of Sanctions for Google's Discovery Misconduct (Dkt. 670) (the "Motion"). Having considered the parties' papers filed in support of and in opposition to the Motion, other papers on file, and the parties' presentations at the hearing held on August 11, 2022 at 9:30 a.m., the Court **ORDERS** as follows:

The Motion is denied.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE