QUINN EMANUEL URQUHART & SULLIVAN, LLP

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-05146-LHK<br><br>**GOOGLE LLC'S SUBMISSION IN RESPONSE TO DKT. 749**<br><br>Judge: Hon. Susan van Keulen |

**Through the Special Master process, Google produced detailed and extensive information regarding** ▮ On December 21, 2021, Google produced annotations for ▮ ▮ On February 17, 2022, Google produced annotations for ▮ ▮ pertaining to Display Ads remarketing. On February 25, 2022, Google produced annotations for all ▮. On March 7, 2022, Google produced annotations for all ▮ to the Special Master. On March 10, 2022, Google produced all ▮ data associated with the GAIA IDs and Zwieback IDs provided by the Named Plaintiffs (806.25 MB). On March 31, 2022, Google re-produced all the March 10, 2022 production for which Google engineers were able to parse in field names at Plaintiffs' request (1.18 GB). On April 6, 2022, Plaintiffs selected ▮ names for Google to run searches using identifiers provided by their expert, Dr. Shafiq. Google ran searches of all ▮ ▮ that contain the column names Plaintiffs selected, and produced search results containing field names and values on April 22, 2022 (7.05 MB). On May 5, 2022, pursuant to the Special Master's instruction, Plaintiffs selected ▮ ▮ as priority columns based on "the search results produced on March 31, 2022 … with the benefit of the actual corresponding data" in their letter submission to the Special Master. On May 9, 2022, pursuant to the Special Master's direction, Google sent its March 7, 2022 production of ▮ columns and annotations to Plaintiffs. On May 10, 2022, Plaintiffs identified ▮ with the word "sync" in the column name in their submission to the Special Master.

**The parties were unfortunately unable to agree on what columns should be preserved, or how to identify columns for preservation.** Pursuant to the Court's July 5, 2022 Order (Dkt. 749), the parties met and conferred on July 6, 2022. At the meet-and-confer, Plaintiffs explained that they could not agree to exclude any columns without Google producing additional information including all field names and descriptions for ▮ ▮. Google explained that it ▮ ▮ (see also Dkt. 694-4 at 4).

To resolve the ▮ preservation dispute, Google proposes to take a one-time full snapshot of ▮ listed in Attachment A, which contain non-duplicative user data[1] and are derived from:

- ▮ Google disclosed on December 21, 2021;
- ▮ Google disclosed on February 17, 2022;
- ▮ Plaintiffs selected on April 6, 2022;
- ▮ Plaintiffs selected on April 6, 2022;
- ▮ Plaintiffs selected on May 5, 2022; and
- ▮ Plaintiffs selected on May 5, 2022.[2]

---

[1] Google has excluded from Attachment A columns in ▮ ▮ ▮.

[2] Google estimates that the snapshots it proposes here will exceed ▮ ▮. To the extent the Court intends to order ongoing preservation of specific columns beyond snapshots and the daily sample of 10K users recommended by the Special Master in Dkt. 666-2 at 10, 12 (R&R Index ## 28, 36), Google respectfully requests an opportunity to submit a declaration regarding the burden associated with preserving the specific columns on an ongoing basis.

| | |
|---|---|
| DATED: July 7, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  */s/ Andrew H. Schapiro*
      Andrew H. Schapiro

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*