# Attachment A

# Redacted in its Entirety