**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
Fax: (646) 494-9648
dstraite@dicellolevitt.com
crhodes@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
aprom@dicellolevitt.com
scruz@dicellolevitt.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>PLAINTIFFS' RESPONSE TO COURT'S SEALED ORDER DATED JULY 5, 2022 (DKT. NO. 749)<br><br>Referral: Hon. Susan van Keulen, USMJ<br>Special Master: Douglas A. Brush |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

July 7, 2022

Submitted via ECF

Hon. Susan van Keulen, USMJ
San Jose Federal Courthouse
Courtroom 6 - 4th Floor
280 South 1st Street
San Jose, CA 95113

    Re:    *Calhoun v. Google LLC*, Case No. 4:20-cv-05146-YGR-SVK (N.D. Cal.)
             Plaintiffs' Response to Sealed Court Order dated July 5, 2022 (Dkt. No. 749)

Dear Magistrate Judge van Keulen:

    Pursuant to Your Honor's July 5, 2022 Sealed Order requesting further information related to the Special Master's Modified Preservation Plan (Dkt No. 749), the parties conferred via Zoom video conference yesterday, July 6, 2022, but were unable to reach agreement regarding which columns in the [REDACTED] and [REDACTED] data sources should be preserved. *See* Declaration of David A. Straite dated July 7, 2022, ¶¶ 5-10 ("Straite Decl.") accompanying this Response.

    As also instructed by the Court, the parties are submitting separate statements today with their respective positions. The submission below is from Plaintiffs.

I.  **PLAINTIFFS' PROPOSAL**

Plaintiffs understand that Google objects to the Modified Preservation Plan with respect to ▬▬▬ primarily because this data source is ▬▬▬ ▬▬▬; similarly, the ▬▬▬ ▬▬▬. The most obvious solution is to remove the ▬▬▬, and in parallel remove the ▬▬▬. Thus, Google would only be required to preserve ▬▬▬ containing any of the following data parameters:

1. Identifiers – ▬▬▬

2. Sync state – ▬▬▬

3. Content and profiles – ▬▬▬

4. Revenue information – ▬▬▬.

As noted below, Plaintiffs have been denied ▬▬▬ in these two data sources, and denied ▬▬▬, and thus do not know precisely ▬▬▬. Plaintiffs therefore request that Google be compelled to produce ▬▬▬ by July 15, 2022 so that the Plaintiffs and the Court can confirm compliance.[2] Plaintiffs also respectfully request that the specific columns in Exs. A and B to the Straite Decl. be included because what limited evidence we do have confirms their relevance.

II.  **PLAINTIFFS' RESPONSE TO GOOGLE'S POSITIONS**

During yesterday's Zoom call, in violation of the Court's directive in Sealed Dkt. No. 749, Google flatly refused to identify any additional relevant ▬▬▬ ▬▬▬ mentioned by the Court. Instead, Google demanded that Plaintiffs guess which ones might be relevant (or not) relevant based only on the name. Straite Decl. ¶¶ 5-6, 9. To be sure, there are some columns that are facially relevant, which helped inform the lists in Exs. A and B. But it is impossible to discern relevance for the majority of these just based on the name. Google also proposed that Plaintiffs use Google's incomplete productions of plaintiff data and test account data to guide the process. But these productions are incomplete (because of Google's malfeasance, see Straite Decl. ¶ 10) and Google's preservation obligations should not be artificially limited because Google successfully stonewalled discovery.

---

[1] See Dkt. 748 at 7 (Admitting that signing out "disabl[es] sync by default" and describing non-Google Account holders as "by definition … not signed in and not synced.")

[2] On yesterday's Zoom conference, Google counsel said ▬▬▬ ▬▬▬. This is demonstrably untrue. See Straite Decl. ¶ 13 and Ex. C thereto (▬▬▬).

Dated: July 7, 2022

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **DICELLO LEVITT GUTZLER LLC** |
| By: */s/ Lesley E. Weaver* | By: */s/ David A. Straite* |
| Lesley E. Weaver (Cal. Bar No. 191305) | David A. Straite (admitted *pro hac vice*) |
| Angelica M. Ornelas (Cal. Bar No. 285929) | One Grand Central Place |
| Joshua D. Samra (Cal. Bar No. 313050) | 60 E. 42nd St., Suite 2400 |
| 555 12th Street, Suite 1600 | New York, NY 10165 Telephone: |
| Oakland, CA 94607 | Tel.: (646) 933-1000 |
| Tel.: (415) 445-4003 | Fax: (646) 494-9648 |
| Fax: (415) 445-4020 | dstraite@dicellolevitt.com |
| lweaver@bfalaw.com | |
| aornelas@bfalaw.com | Amy E. Keller (admitted *pro hac vice*) |
| jsamra@bfalaw.com | Adam Prom (admitted *pro hac vice*) |
| | Sharon Cruz (admitted *pro hac vice*) |
| **SIMMONS HANLY CONROY LLC** | Ten North Dearborn Street, 6th Fl. |
| | Chicago, Illinois 60602 |
| By: */s/ Jay Barnes* | Tel.: (312) 214-7900 |
| Jason 'Jay' Barnes (admitted *pro hac vice*) | akeller@dicellolevitt.com |
| An Truong (admitted *pro hac vice*) | aprom@dicellolevitt.com |
| 112 Madison Avenue, 7th Floor | scruz@dicellolevitt.com |
| New York, NY 10016 | |
| Tel.: (212) 784-6400 | |
| Fax: (212) 213-5949 | |
| jaybarnes@simmonsfirm.com | |
| atruong@simmonsfirm.com | |

*Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, David Straite, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th Day of July, 2022, at New York, New York.

*/s/ David Straite*
David Straite

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2022, I caused to be electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I also caused unredacted versions of all sealed documents to be sent to counsel for defendant Google.

*/s/ David Straite*
David Straite