1 **DiCELLO LEVITT GUTZLER LLC**
2 David A. Straite (admitted *pro hac vice*)
One Grand Central Place
3 60 E. 42nd Street, Suite 2400
New York, NY 10165
4 Tel.: (646) 993-1000
Fax: (646) 494-9648
5 *dstraite@dicellolevitt.com*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**DECLARATION OF DAVID A. STRAITE IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE COURT'S SEALED REQUEST FOR ADDITIONAL INFORMATION REGARDING THE MODIFIED PRESERVATION PLAN (DKT. NO. 749)** |

**REDACTED IN ITS ENTIRETY**