**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)  Andrew H. Schapiro (admitted *pro hac vice*)
dianedoolittle@quinnemanuel.com  andrewschapiro@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)  Teuta Fani (admitted *pro hac vice*)
sarajenkins@quinnemanuel.com  teutafani@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor  191 N. Wacker Drive, Suite 2700
Redwood Shores, CA 94065  Chicago, IL 60606
Telephone: (650) 801-5000  Telephone: (312) 705-7400
Facsimile: (650) 801-5100  Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)  Josef Ansorge (admitted *pro hac vice*)
stephenbroome@quinnemanuel.com  josefansorge@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)  Xi ("Tracy") Gao (CA Bar No. 326266)
violatrebicka@quinnemanuel.com  tracygao@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)  Carl Spilly (admitted *pro hac vice)*
crystalnixhines@quinnemanuel.com  carlspilly@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)  1300 I Street NW, Suite 900
alyolson@quinnemanuel.com  Washington D.C., 20005
865 S. Figueroa Street, 10th Floor  Telephone: (202) 538-8000
Los Angeles, CA 90017  Facsimile: (202) 538-8100
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)  Jonathan Tse (CA Bar No. 305468)
jomairecrawford@quinnemanuel.com  jonathantse@quinnemanuel.com
51 Madison Avenue, 22nd Floor  50 California Street, 22nd Floor
New York, NY 10010  San Francisco, CA 94111
Telephone: (212) 849-7000  Telephone: (415) 875-6600
Facsimile: (212) 849-7100  Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**DECLARATION OF JONATHAN TSE IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL SUBMISSION IN RESPONSE TO DKT. 756**<br><br>Judge: Hon. Susan van Keulen, USMJ |

I, Jonathan Tse, declare as follows:

1. I am a member of the bar of the State of California and an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 79-5, I submit this declaration in support of Google LLC's Administrative Motion to Seal Submission in Response to Dkt. 756 ("Google's Submission"). In making this request, Google has carefully considered the relevant legal standard and policy considerations outlined in Civil Local Rule 79-5. Google makes this request with the good faith belief that the information sought to be sealed consists of Google's confidential and proprietary information and that public disclosure could cause competitive harm.

3. The information requested to be sealed contains Google's confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal data logging systems, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.

4. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3.

5. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their data logging system designs and practices relating to competing products. It may also place Google at an increased risk of cyber security threats, as third parties may seek to use the information to compromise Google's data logging infrastructure.

6. For these reasons, Google respectfully requests that the Court order Google's Submission to be filed under seal.

1  I declare under penalty of perjury of the laws of the United States that the foregoing is true
2  and correct. Executed in San Francisco, California on July 11, 2022.

3

4  DATED: July 11, 2022                    QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
5

6

7                                          By      */s/ Jonathan Tse*
                                               Jonathan Tse
8
                                               *Attorney for Defendant*
9