# Google's Submission in Response to Dkt. 756

# Redacted in its Entirety