**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

*Counsel for Plaintiffs*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (31) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-05146-YGR-SVK |
| Plaintiffs, | **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| GOOGLE LLC, | **CIVIL L.R. 7-11 and 79-5(f)** |
| Defendant. | Referral: Hon. Susan van Keulen, USMJ |
| | No Hearing Date Set Pursuant to L.R. 7-11(c) |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order entered in this matter, Dkt. No. 61, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed, to the extent such material is quoted, summarized, or otherwise reflected in the documents (or portions thereof) indicated below:

|   | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| 1 | Plaintiffs' Response to Sealed Court Order dated July 8, 2022 (Dkt. No. 756) | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 2 | Declaration of Sharon Cruz in Support of Plaintiffs' Response to Sealed Court Order dated July 8, 2022 (Dkt. No. 756) | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 3 | Exhibits A-B in Support of Plaintiffs' Response to Sealed Court Order dated July 8, 2022 (Dkt. No. 756) | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) |

Paragraph 12.4 of the Stipulated Protective Order prohibits a party from filing materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in the public record. Portions of the documents listed above quote, summarize, or otherwise reflect information that Defendant Google LLC has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only." Pursuant to Civil Local Rules 79-5(c)(1) and (f)(3), Defendant, as the Designating Party, bears the responsibility to establish that all of the designated material is sealable.

Dated: July 11, 2022                                 Respectfully submitted,


**BLEICHMAR FONTI & AULD LLP**          **DICELLO LEVITT GUTZLER LLC**

By:   */s/ Lesley E. Weaver*              By:   */s/ David Straite*
Lesley Weaver (Cal. Bar No. 191305)       David A. Straite (admitted *pro hac vice*)
Angelica M. Ornelas (Cal. Bar No. 285929)  One Grand Central Place

Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**

By:    /s/ Jay Barnes
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
aprom@dicellolevitt.com
scruz@dicellolevitt.com

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

2

I, Sharon Cruz, attest that concurrence in the filing of this document has been obtained from

3

the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

4

5

Dated:  July 11, 2022                                       /s/ *Sharon Cruz*
                                                                  Sharon Cruz

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Sharon D. Cruz, hereby certify that on July 11, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filings to be delivered to counsel for Defendant Google LLC via electronic mail.

Dated:  July 11, 2022                        /s/ *Sharon Cruz*
                                             Sharon D. Cruz