**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**DiCELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
Fax: (646) 494-9648
dstraite@dicellolevitt.com
crhodes@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
aprom@dicellolevitt.com
scruz@dicellolevitt.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>PLAINTIFFS' RESPONSE TO THE COURT'S SEALED ORDER DATED JULY 8, 2022 (DKT. NO. 756) REQUESTING REFORMATTED EXHIBITS<br><br>Referral:         Hon. Susan van Keulen, USMJ<br>Special Master:   Douglas A. Brush |

**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

1  July 11, 2022

2  Submitted via ECF

3  Hon. Susan van Keulen, USMJ
   San Jose Federal Courthouse
4  Courtroom 6 - 4th Floor
   280 South 1st Street
5  San Jose, CA 95113

6      Re:    *Calhoun v. Google LLC*, Case No. 4:20-cv-05146-YGR-SVK (N.D. Cal.)
7               Plaintiffs' Response to Sealed Court Order dated July 8, 2022 (Dkt. No. 756)

8  Dear Magistrate Judge van Keulen:

9–21 [redacted]

22  [signatures on following page]

Dated: July 11, 2022

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **DICELLO LEVITT GUTZLER LLC** |
| By: */s/ Lesley E. Weaver* | By: */s/ David A. Straite* |
| Lesley E. Weaver (Cal. Bar No. 191305) | David A. Straite (admitted *pro hac vice*) |
| Angelica M. Ornelas (Cal. Bar No. 285929) | Corban Rhodes (admitted *pro hac vice*) |
| Joshua D. Samra (Cal. Bar No. 313050) | One Grand Central Place |
| 555 12th Street, Suite 1600 | 60 E. 42nd St., Suite 2400 |
| Oakland, CA 94607 | New York, NY 10165 Telephone: Tel.: |
| Tel.: (415) 445-4003 | Tel.: (646) 933-1000 |
| Fax: (415) 445-4020 | Fax: (646) 494-9648 |
| lweaver@bfalaw.com | dstraite@dicellolevitt.com |
| aornelas@bfalaw.com | crhodes@dicellolevitt.com |
| jsamra@bfalaw.com | |
| | Amy E. Keller (admitted *pro hac vice*) |
| **SIMMONS HANLY CONROY LLC** | Adam Prom (admitted *pro hac vice*) |
| | Sharon Cruz (admitted *pro hac vice*) |
| By: */s/ Jay Barnes* | Ten North Dearborn Street, 6th Fl. |
| Jason 'Jay' Barnes (admitted *pro hac vice*) | Chicago, Illinois 60602 |
| An Truong (admitted *pro hac vice*) | Tel.: (312) 214-7900 |
| 112 Madison Avenue, 7th Floor | akeller@dicellolevitt.com |
| New York, NY 10016 | aprom@dicellolevitt.com |
| Tel.: (212) 784-6400 | scruz@dicellolevitt.com |
| Fax: (212) 213-5949 | |
| jaybarnes@simmonsfirm.com | |
| atruong@simmonsfirm.com | |

*Counsel for Plaintiffs*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Sharon Cruz, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th Day of July, 2022, at New York, New York.

*/s/ Sharon Cruz*
Sharon Cruz

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2022, I caused to be electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Sharon Cruz*
Sharon Cruz