# Exhibit B to
# Plaintiffs' Submission in Response To Dkt. 756

# Redacted in its Entirety