**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 5:20-cv-5146-YGR-SVK<br><br>**GOOGLE'S STATEMENT OF RECENT DECISION IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Courtroom 1 – 4th Floor<br>Date: Vacated Pursuant to Dkt. 664<br>Time: Vacated Pursuant to Dkt. 664<br>Amended Complaint Filed: April 16, 2021 |

1  Pursuant to Civil Local Rule 7-3(d)(2), Defendant Google LLC respectfully brings to the
2  Court's attention a newly issued opinion relevant to Plaintiffs' Motion for Class Certification. *See*
3  Dkt. 340.
4  The opinion is the Ninth Circuit's reversal of the Northern District of California's decision
5  to grant plaintiff's motion for class certification in *Bowerman v. Field Asset Servs., Inc.*, 2022 WL
6  2433971, at *8 (9th Cir. July 5, 2022). The opinion is attached hereto as **Exhibit A**. This opinion
7  was issued after Google filed its Opposition to Plaintiffs' Motion for Class Certification. *See* Dkt.
8  429.

| | |
|---|---|
| DATED: July 13, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By    */s/ Andrew H. Schapiro* <br> Andrew H. Schapiro (admitted *pro hac vice*) <br> andrewschapiro@quinnemanuel.com <br> Teuta Fani (admitted *pro hac vice*) <br> teutafani@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Telephone: (312) 705-7400 <br> Facsimile: (312) 705-7401 <br><br> Diane M. Doolittle (CA Bar No. 142046) <br> dianedoolittle@quinnemanuel.com <br> Sara Jenkins (CA Bar No. 230097) <br> sarajenkins@quinnemanuel.com <br> 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, CA 94065 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 <br><br> Stephen A. Broome (CA Bar No. 314605) <br> stephenbroome@quinnemanuel.com <br> Viola Trebicka (CA Bar No. 269526) <br> violatrebicka@quinnemanuel.com <br> Crystal Nix-Hines (Bar No. 326971) <br> crystalnixhines@quinnemanuel.com <br> Alyssa G. Olson (CA Bar No. 305705) <br> alyolson@quinnemanuel.com <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> Telephone: (213) 443-3000 <br> Facsimile: (213) 443-3100 |

| | |
|---|---|
| 1 | |
| 2 | Jomaire Crawford (admitted pro hac vice) |
| 3 | jomairecrawford@quinnemanuel.com |
|   | 51 Madison Avenue, 22nd Floor |
| 4 | New York, NY 10010 |
|   | Telephone: (212) 849-7000 |
| 5 | Facsimile: (212) 849-7100 |
| 6 | Josef Ansorge (admitted pro hac vice) |
|   | josefansorge@quinnemanuel.com |
| 7 | Xi ("Tracy") Gao (CA Bar No. 326266) |
|   | tracygao@quinnemanuel.com |
| 8 | Carl Spilly (admitted *pro hac vice)* |
|   | carlspilly@quinnemanuel.com |
| 9 | 1300 I Street NW, Suite 900 |
| 10 | Washington D.C., 20005 |
|    | Telephone: (202) 538-8000 |
| 11 | Facsimile: (202) 538-8100 |
| 12 | |
|    | Jonathan Tse (CA Bar No. 305468) |
| 13 | jonathantse@quinnemanuel.com |
|    | 50 California Street, 22nd Floor |
| 14 | San Francisco, CA 94111 |
|    | Telephone: (415) 875-6600 |
| 15 | Facsimile: (415) 875-6700 |
| 16 | *Attorneys for Defendant Google LLC* |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-2-     Case No. 5:20-cv-5146-YGR-SVK

GOOGLE'S STATEMENT OF RECENT DECISION ISO OPPOSITION TO MOTION FOR CLASS CERTIFICATION