1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)          Andrew H. Schapiro (admitted *pro hac vice*)
2  dianedoolittle@quinnemanuel.com               andrewschapiro@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)                Teuta Fani (admitted *pro hac vice*)
3  sarajenkins@quinnemanuel.com                  teutafani@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor               191 N. Wacker Drive, Suite 2700
4  Redwood Shores, CA 94065                      Chicago, IL 60606
Telephone: (650) 801-5000                       Telephone: (312) 705-7400
5  Facsimile: (650) 801-5100                     Facsimile: (312) 705-7401
6
Stephen A. Broome (CA Bar No. 314605)           Josef Ansorge (admitted *pro hac vice*)
7  stephenbroome@quinnemanuel.com                josefansorge@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)              Xi ("Tracy") Gao (CA Bar No. 326266)
8  violatrebicka@quinnemanuel.com                tracygao@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)              Carl Spilly (admitted *pro hac vice)*
9  crystalnixhines@quinnemanuel.com              carlspilly@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)             1300 I Street NW, Suite 900
10  alyolson@quinnemanuel.com                    Washington D.C., 20005
865 S. Figueroa Street, 10th Floor              Telephone: (202) 538-8000
11  Los Angeles, CA 90017                        Facsimile: (202) 538-8100
12  Telephone: (213) 443-3000
Facsimile: (213) 443-3100
13
14
Jomaire Crawford (admitted *pro hac vice*)      Jonathan Tse (CA Bar No. 305468)
15  jomairecrawford@quinnemanuel.com             jonathantse@quinnemanuel.com
51 Madison Avenue, 22nd Floor                   50 California Street, 22nd Floor
16  New York, NY 10010                           San Francisco, CA 94111
Telephone: (212) 849-7000                       Telephone: (415) 875-6600
17  Facsimile: (212) 849-7100                    Facsimile: (415) 875-6700
18  *Counsel for Defendant Google LLC*
19                          UNITED STATES DISTRICT COURT
20              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
21  PATRICK CALHOUN, *et al.*, on behalf of          Case No. 4:20-cv-5146-YGR-SVK
themselves and all others similarly situated,
22
**DECLARATION OF JONATHAN TSE IN**
23      Plaintiffs,                                   **SUPPORT OF SEALING THE ORDER**
**FOLLOWING JUNE 30, 2022 HEARING**
24      v.                                            **ON PRESERVATION PLAN (DKT. 749)**
25  GOOGLE LLC,                                       Judge: Hon. Susan van Keulen, USMJ
26      Defendant.
27
28

I, Jonathan Tse, declare as follows:

1.    I am a member of the bar of the State of California and an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.    I am making this declaration pursuant to Civil Local Rule 79-5(e)-(f) as an attorney for Google as the Designating Party.

3.    On July 5, 2022, the Court issued its Order Following June 30, 2022 Hearing on Preservation Plan. On July 5, 2022, I received an unredacted service copy of this document.

4.    I have reviewed the documents that Plaintiffs seek to file under seal pursuant to Civil Local Rule 79-5. Based on my review, there is good cause to seal the following information:

| Document | Text To Be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Order Following June 30, 2022 Hearing on Preservation Plan | Portions at:<br><br>Pages 1:15, 1:17, 1:23-28 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

TSE DECLARATION ISO ADMINISTRATIVE MOTION TO SEAL

1    5.    Google's request is narrowly tailored in order to protect its confidential information.

2  These redactions are limited in scope and volume.  Because the proposed redactions are narrowly

3  tailored and limited to portions containing Google's highly-confidential or confidential information,

4  Google requests that the portions of the aforementioned documents be redacted from any public

5  version of those documents.

6    6.    Google does not seek to redact or file under seal any of the remaining portions of the

7  Order Following June 30, 2022 Hearing on Preservation Plan (Dkt. 749) not indicated in the table

8  above.

9    I declare under penalty of perjury of the laws of the United States that the foregoing is true

10  and correct. Executed in San Francisco, California on July 13, 2022.

11

12  DATED:  July 13, 2022                     QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP
13

14

15                                           By _____*/s/ Jonathan Tse*_____
                                                  Jonathan Tse
16
                                              *Attorney for Defendant*
17

18

19

20

21

22

23

24

25

26

27

28