UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 20-cv-05146-YGR (SVK)<br><br>**REDACTION ORDER**<br><br>Re: Dkt. No. 766 |

   The Court's July 15, 2022 Order Adopting in Part and Modifying in Part Special Master's May 23, 2022 Report and Recommendation re Preservation Plan (Dkt. 766) has been provisionally filed under seal. The Parties are ordered to meet and confer and submit joint proposed redactions to the Order, an administrative motion for leave to file under seal, and a proposed order by **July 22, 2022**. If no proposed redactions are received by 11:59 p.m. on July 22, 2022, the Court will unseal the Order in its entirety.

   **SO ORDERED.**

Dated: July 15, 2022

                     SUSAN VAN KEULEN
                     United States Magistrate Judge