**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO CHANGE THE HEARING DATE FOR AUGUST 11, 2022 SANCTIONS HEARING**<br><br>Referral: Hon. Susan van Keulen, USMJ<br>Hearing Date: August 11, 2022<br>Hearing Time: 9:30 A.M. |

Pursuant to Civil Local Rules 6-1, 6-3, and 7-11, Google hereby respectfully moves the Court to change the hearing date for the August 11, 2022 sanctions hearing to accommodate Google lead counsel's trial conflict.

The hearing on Plaintiffs' pending (albeit not yet fully briefed) motion for sanctions for discovery misconduct is currently set for August 11, 2022. Dkt. 672. Google's lead counsel, Andrew Schapiro, is also co-lead counsel in another case, *UMG Recordings, Inc. v. Bright House Networks, LLC*, Case No. 8:19-cv-710-MSS-TWG (M.D. Fla.) ("Bright House"). Schapiro Decl., ¶¶ 3-4. On July 13, 2022, the Hon. Mary Scriven issued an order definitively setting that case for trial beginning August 1, 2022 in Tampa, Florida. *Bright House*, Dkt. 661. The trial is expected to last three weeks (15 trial days). *Id.* As a result of the *Bright House* court's order, Mr. Schapiro is required to be in trial preparation and trial for that case from July 26 through approximately August 21, 2022. Schapiro Decl., ¶ 4.

Immediately upon learning of the conflict, Mr. Schapiro contacted Plaintiffs' counsel, David Straite, on July 13 to confer regarding moving the sanctions hearing until after the *Bright House* trial has concluded. *Id.*, ¶ 5. Mr. Straite responded yesterday that Plaintiffs oppose the request. *Id.* Their basis for opposing, which Mr. Straite requested be conveyed to the Court in this motion, is that Plaintiffs contend the evidentiary rulings they are seeking via their motion (and/or the record developed at the hearing) could materially impact arguments related to class certification and summary judgment (*id.*)—oral argument of which was recently set for August 26, 2022 by Judge Gonzalez Rogers. Dkt. 763. Plaintiffs also are concerned that moving the sanctions hearing might risk losing the benefit of oral argument on one or more of the pending motions. Schapiro Decl., ¶ 5. Google does not anticipate that the record developed during the sanctions hearing will affect the arguments to be raised at the class certification hearing. But Google is willing to proceed with the sanctions hearing on a date prior to July 26 if the Court prefers not to wait until after Mr. Schapiro's trial.

The Court has previously modified the case schedule by extending deadlines with the following orders: the December 3, 2020 Case Management Order (Dkt. 83); the August 19, 2021 Case Management Order (Dkt. 279); the January 11, 2022 Case Management Order (Dkt. 464);

1  order granting the parties' stipulation to extend time to answer the complaint (Dkt. 40); orders
2  granting the parties' stipulation to propose redactions to the April 29, 2021 Hearing Transcript (Dkt.
3  191) and June 2, 2021 Hearing Transcript (Dkt. 267); order granting Google's Motion for Extension
4  of Time to File Motion for Protective Order (Dkt. 333); order granting the parties' stipulation to
5  extend time for Google to submit declaration in support of Plaintiffs' motion to seal (Dkts. 344,
6  470); order granting Plaintiffs' unopposed motion to enlarge time for non-party subpoena (Dkt.
7  391); the parties' stipulation to enlarge time for briefing on Google's Motion for Summary Judgment
8  (Dkt. 411); order continuing several motion deadlines and class certification hearing (Dkt. 479);
9  order granting stipulation requesting additional time to file joint update regarding Discovery Dispute
10 2.17 (Dkt. 539); order granting joint stipulation to extend deadline for Discovery Dispute 1.11 (Dkt.
11 587); order granting joint stipulation extending case schedule (Dkt. 625); and order granting joint
12 stipulation to extend time for Google to submit sealing declaration (Dkt. 682).

13   Google does not anticipate that a new date for the sanctions hearing before or after Mr.
14 Schapiro's trial conflict will affect the case schedule.

15   Accordingly, Google respectfully requests the Court change the August 11 sanctions hearing
16 date to a convenient date for the Court either before July 26 or after August 22.

17

18 DATED: July 18, 2022                          QUINN EMANUEL URQUHART &
                                                 SULLIVAN, LLP
19

                                          By   */s/ Andrew H. Schapiro*
20                                               Andrew H. Schapiro (admitted *pro hac vice*)
                                                 andrewschapiro@quinnemanuel.com
21                                               Teuta Fani (admitted *pro hac vice*)
                                                 teutafani@quinnemanuel.com
22                                               191 N. Wacker Drive, Suite 2700
                                                 Chicago, IL 60606
23                                               Telephone: (312) 705-7400
                                                 Facsimile: (312) 705-7401
24

25                                               Diane M. Doolittle (CA Bar No. 142046)
                                                 dianedoolittle@quinnemanuel.com
26                                               Sara Jenkins (CA Bar No. 230097)
                                                 sarajenkins@quinnemanuel.com
27                                               555 Twin Dolphin Drive, 5th Floor
                                                 Redwood Shores, CA 94065
28

Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jomaire Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*