1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, <br><br>    Plaintiffs, <br><br>    v. <br><br>GOOGLE LLC, <br><br>    Defendant. | Case No. 4:20-cv-5146-YGR-SVK <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO CHANGE THE HEARING DATE FOR AUGUST 11, 2022 SANCTIONS HEARING** <br><br>Referral: Hon. Susan van Keulen, USMJ <br>Hearing Date: August 11, 2022 <br>Hearing Time: 9:30 A.M. |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Administrative Motion to Change the Hearing Date for the August 11, 2022 Sanctions Hearing. Having considered Google's Motion, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** the Motion.

**THEREFORE, IT IS ORDERED** that the date for the sanctions hearing be moved to \_\_\_\_\_.

**IT IS SO ORDERED**.

DATED: _____

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge