# PLAINTIFFS' RESPONSE TO THE COURT'S SEALED ORDER DATED JULY 8, 2022 (DKT. NO. 756) REQUESTING REFORMATTED EXHIBITS

# Redacted Version of Document Sought to be Sealed

**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

*Counsel for Plaintiffs*

**DiCELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
Fax: (646) 494-9648
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>PLAINTIFFS' RESPONSE TO THE COURT'S SEALED ORDER DATED JULY 8, 2022 (DKT. NO. 756) REQUESTING REFORMATTED EXHIBITS<br><br><br>Referral:          Hon. Susan van Keulen, USMJ<br>Special Master:    Douglas A. Brush |

**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

July 11, 2022

Submitted via ECF

Hon. Susan van Keulen, USMJ
San Jose Federal Courthouse
Courtroom 6 - 4th Floor
280 South 1st Street
San Jose, CA 95113

Re:     *Calhoun v. Google LLC*, Case No. 4:20-cv-05146-YGR-SVK (N.D. Cal.)
          Plaintiffs' Response to Sealed Court Order dated July 8, 2022 (Dkt. No. 756)

Dear Magistrate Judge van Keulen:

Pursuant to Your Honor's July 8, 2022 Sealed Order (the "Order," Dkt. No. 756), ¶ 1, attached hereto are the original **<u>Exhibits A and B</u>** to the Declaration of David Straite dated July 7, 2022, reformatted as instructed by the Court.

As instructed in the Order, ¶ 2, the attached add no columns and in fact removed one selection that was originally included as a clerical error. Plaintiffs note, as they did in the July 7, 2022 submission (Dkt. No. 753), that we have been denied discovery into most of the columns in these █████ data sources (including most field names and descriptions) and thus we proposed preservation of columns containing the four types of information outlined in Section I of the July 7 submission.  The charts in Exhibits A and B only a subset of that request, based on incomplete information. Plaintiffs preserve their objection to any preservation plan that limits preservation to the specifically identified columns in the exhibits.

Finally, as further instructed in the Order, ¶ 3, PDF and Excel versions are also being emailed to Chambers.

[signatures on following page]

Dated: July 11, 2022

**BLEICHMAR FONTI & AULD LLP**

By:    */s/ Lesley E. Weaver*
Lesley E. Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**

By:    */s/ Jay Barnes*
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*

*Counsel for Plaintiffs*

**DICELLO LEVITT GUTZLER LLC**

By:    */s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd St., Suite 2400
New York, NY 10165 Telephone: Tel.:
Tel.: (646) 933-1000
Fax: (646) 494-9648
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

1
2

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

3

     I, Sharon Cruz, attest that concurrence in the filing of this document has been obtained

4

from the other signatories. I declare under penalty of perjury that the foregoing is true and

5

correct.

6

     Executed this 11th Day of July, 2022, at New York, New York.

7

                               */s/ Sharon Cruz*_____

8

                               Sharon Cruz

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2022, I caused to be electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Sharon Cruz*
Sharon Cruz