**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*


**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

Amy Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (31) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>**CIVIL L.R. 7-11 and 79-5(f)**<br><br>Referral:        Honorable Susan van Keulen<br><br>No Hearing Date Set Pursuant to L.R. 7-11(c) |

1
2
3
4

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order entered in this matter, Dkt. No. 61, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed, to the extent such material is quoted, summarized, or otherwise reflected in the documents (or portions thereof) indicated below:

| | Document Sought to be Sealed | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| 1 | Plaintiffs' Reply in Further Support of Motion for an Order of Sanctions for Google's Discovery Misconduct | 1:26, 2:3, 2:4, 2:8, 2:9, 2:26-28, 3:2, 3:5, 3:6, 3:13, 3:20, 3:25-27, 5:15, 5:20, 5:22, 5:23, 5:24, 6:2-3, 6:4-8, 6:11, 6:12-14, 6:18, 6:21, 6:25, 7:3, 7:23, 8:4, 8:14-15, 8:20, 8:21, 8:22-23, 8:25-26, 9:11-13, 9:15-16, 9:17-19, 10:21-22, 11:8-9, 15:17 | Defendant to provide evidence, per Local Rule 79-5(f) |
| 2 | Joint Rebuttal Declaration of Jason "Jay" Barnes, Lesley Weaver, and David Straite in Further Support of Plaintiffs' Motion for Discovery Misconduct | 3:27, 4:1, 4:2, 4:4-6, 4:7, 4:18, 4:22, 5:26, 5:28, 6:1, 6:3, 6:4-5, 6:7, 6:9, 6:10, 6:13-14, 6:19, 6:24, 6:25, 6:26-28, 7:1-4, 7:5, 7:7, 7:8, 7:10-11, 7:12, 7:13-15, 7:17, 7:19, 8:2, 8:3, 8:11-12, 8:19-20, 8:23-24, 8:25-26, 9:1-17, 10:5, 10:6, 10:7, 10:12, 10:14-15, 10:16-18, 10:19-20, 12:4-8, 12:16-19, 12:21, 13:23-24, 13:25, 13:27, 13:28-14:1, 14:6-7, 14:19-21, 14:22-24, 14:27-28, 15:26-16:1, 16:7, 16:8-13, 16:15, 16:16-18, 16:21-22, 16:23, 17:6-8, 17:13-15, 17:19, 17:22, 17:26, 17:27, 17:28, 18:3, 18:7, 18:8, 18:9, 18:10-15, 18:17, 18:19-22, 18:23, 18:24-28, 19:2, 19:4-5, 19:6, 19:8-15, 19:17, 19:18-23, 19:27, 19:28-20:1, 20:2, 20:4, 20:5, 20:8, 20:9, 20:22, 20:23-24, 20:27-28, 21:1-7, 21:11, 21:13, 21:14, 21:16, 21:27, 22:2, 22:6-7 | Defendant to provide evidence, per Local Rule 79-5(f) |
| 3 | Exhibit 13 to the Joint Rebuttal Declaration (Rebuttal Declaration of Richard Smith) | 1:25, 2:12, 2:14, 3:21, 3:22, 3:23, 3:26, 4:2, 4:22, 4:26, 5:1, 5:2, 5:5, 5:11, 5:21, 5:22-23, 5:24, 6:5, 6:6, 6:23-24, 7:26, 8:2, 8:18, 8:20 | Defendant to provide evidence, per Local Rule 79-5(f) |

| | | Document Sought to be Sealed | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|---|
| | 4 | Exhibit 18 to the Joint Rebuttal Declaration (1/13/22 Schumann Depo Transcript Excerpts) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |
| | 5 | Exhibit 19 to the Joint Rebuttal Declaration (8/26/2021 Email from Google) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |
| | 6 | Exhibit 20 to the Joint Rebuttal Declaration (Rebuttal Declaration of Prof. Zubair Shafiq) | 1:23, 1:24, 1:25, 2:1, 2:3, 2:4, 2:11, 2:16, 2:18, 2:19, 3:2, 3:3, 3:8-9, 3:14, 3:16, 4:10, 4:11-12, 4:14, 4:17, 4:18, 4:19, 4:20, 4:21, 4:22, 4:23, 4:24, 5:2, 5:4, 5:6-18, 5:21-25, 6:1, 6:3, 6:11-22, 6:25-28, 7:1-2, 7:10-16, 8:1-11, 8:13-27, 9:1-15, 9:19-27, 10:1-2, 10:3, 10:5-6, 10:7, 10:8, 10:9-22, 10:23, 10:24-27, 11:1-10, 11:11-12, 11:14, 11:15 | Defendant to provide evidence, per Local Rule 79-5(f) |
| | 7 | Exhibit 22 to the Joint Rebuttal Declaration (4/9/2021 Monsees, Vol. I, 30(b)(6) Depo Transcript Excerpts) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |
| | 8 | Exhibit 23 to the Joint Rebuttal Declaration (6/4/2021 Plaintiffs' First Letter to Google) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |
| | 9 | Exhibit 24 to the Joint Rebuttal Declaration (6/4/2021 Plaintiffs' Second Letter to Google) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |
| | 10 | Exhibit 25 to the Joint Rebuttal Declaration (6/11/2021 Monsees, Vol. II, 30(b)(6) Depo Transcript Excerpts) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |
| | 11 | Exhibit 26 to the Joint Rebuttal Declaration (1/5/2022 Special Master Order) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |

| | Document Sought to be Sealed | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| 12 | Exhibit 27 to the Joint Rebuttal Declaration (2/27/2022 Special Master Order) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 13 | Exhibit 28 to the Joint Rebuttal Declaration (3/30/2022 Liu Depo Transcript Excerpts) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 14 | Exhibit 29 to the Joint Rebuttal Declaration (12/2/2021 Liao, Vol. I, Depo Transcript Excerpts) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 15 | Exhibit 30 to the Joint Rebuttal Declaration (5/17/2022 Special Master Order) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |

Paragraph 12.4 of the Stipulated Protective Order prohibits a party from filing materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in the public record. Portions of the documents listed above quote, summarize, or otherwise reflect information that Defendant Google LLC has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only." Pursuant to Civil Local Rules 79-5(c)(1) and (f)(3), Defendant, as the Designating Party, bears the responsibility to establish that all of the designated material is sealable.

In accordance with Civil Local Rules 79-5(d) and (e), the following attachments accompany this motion:

1. a proposed order that lists in table format the documents sought to be sealed;

2. a **redacted** version of Plaintiffs' Reply in Further Support of Motion for an Order of Sanctions for Google's Discovery Misconduct;

3. an **unredacted** version of Plaintiffs' Reply in Further Support of Motion for an Order of Sanctions for Google's Discovery Misconduct;

4. a **redacted** version of the Joint Rebuttal Declaration of Jason "Jay" Barnes, Lesley Weaver, and David Straite in Further Support of Plaintiffs' Motion for Discovery Misconduct;

5. an **unredacted** version of the Joint Rebuttal Declaration of Jason "Jay" Barnes, Lesley Weaver, and David Straite in Further Support of Plaintiffs' Motion for Discovery Misconduct;

6. **redacted** versions of Exhibits 13, 18 – 20, and 22 – 30 to the Joint Rebuttal Declaration; and

7. **unredacted** versions of Exhibits 13, 18 – 20, and 22 – 30 to the Joint Rebuttal Declaration.

Dated: July 21, 2022                                  Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**                        **DICELLO LEVITT GUTZLER LLC**

By:    */s/ Lesley E. Weaver*                         By:    */s/ David Straite*
Lesley E. Weaver (Cal. Bar No. 191305)                David A. Straite (admitted *pro hac vice*)
Angelica M. Ornelas (Cal. Bar No. 285929)             Corban Rhodes (admitted *pro hac vice*)
Joshua D. Samra (Cal. Bar No. 313050)                 One Grand Central Place
555 12th Street, Suite 1600                            60 East 42nd Street, Suite 2400
Oakland, CA 94607                                      New York, NY 10165
Tel.: (415) 445-4003                                  Tel.: (646) 933-1000
Fax: (415) 445-4020                                   *dstraite@dicellolevitt.com*
*lweaver@bfalaw.com*                                  *crhodes@dicellolevitt.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*                                   Amy Keller (admitted *pro hac vice*)
                                                      Adam Prom (admitted *pro hac vice*)
**SIMMONS HANLY CONROY LLC**                          Sharon Cruz (admitted *pro hac vice*)
                                                      Ten North Dearborn St., Sixth Floor
By:    */s/ Jay Barnes*                               Chicago, IL 60602
Jason 'Jay' Barnes (admitted *pro hac vice*)          Tel.: (31) 214-7900
An Truong (admitted *pro hac vice*)                   *akeller@dicellolevitt.com*
Eric Johnson (admitted *pro hac vice*)                *aprom@dicellolevitt.com*
112 Madison Avenue, 7th Floor                         *scruz@dicellolevitt.com*
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

*Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Jay Barnes, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of July 2022, at Jefferson City, Missouri.

Dated:  July 21, 2022                    */s/ Jay Barnes*
                                           Jay Barnes

1

**CERTIFICATE OF SERVICE**

2          I, Jay Barnes, hereby certify that on July 21, 2022, I electronically filed the foregoing

3   document with the Clerk of the United States District Court for the Northern District of California

4   using the CM/ECF system, which will send electronic notification to all counsel of record. I also

5   caused a copy of the under seal filings to be delivered to counsel for Defendant Google LLC via

6   electronic mail.

7

8   Dated:  July 21, 2022                          */s/ Jay Barnes*
                                                    Jay Barnes

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28