1
2
3
4
5
6
7
8
9
10

11 **IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
12 OAKLAND DIVISION**

13

14 PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,  | Case No. 4:20-cv-05146-YGR-SVK

15     Plaintiffs,  | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

16     v.

17 GOOGLE LLC,

18     Defendant.

19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. Having considered the supporting declaration of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following materials remain filed under seal:

| | **Document Sought to be Sealed** | **Portions Sought to be Sealed** | **Evidence Offered in Support of Sealing** | **Court's Ruling on Motion to Seal** |
|---|---|---|---|---|
| 1 | Plaintiffs' Reply in Further Support of Motion for an Order of Sanctions for Google's Discovery Misconduct | 1:26, 2:3, 2:4, 2:8, 2:9, 2:26-28, 3:2, 3:5, 3:6, 3:13, 3:20, 3:25-27, 5:15, 5:20, 5:22, 5:23, 5:24, 6:2-3, 6:4-8, 6:11, 6:12-14, 6:18, 6:21, 6:25, 7:3, 7:23, 8:4, 8:14-15, 8:20, 8:21, 8:22-23, 8:25-26, 9:11-13, 9:15-16, 9:17-19, 10:21-22, 11:8-9, 15:17 | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Joint Rebuttal Declaration of Jason "Jay" Barnes, Lesley Weaver, and David Straite in Further Support of Plaintiffs' Motion for Discovery Misconduct | 3:27, 4:1, 4:2, 4:4-6, 4:7, 4:18, 4:22, 5:26, 5:28, 6:1, 6:3, 6:4-5, 6:7, 6:9, 6:10, 6:13-14, 6:19, 6:24, 6:25, 6:26-28, 7:1-4, 7:5, 7:7, 7:8, 7:10-11, 7:12, 7:13-15, 7:17, 7:19, 8:2, 8:3, 8:11-12, 8:19-20, 8:23-24, 8:25-26, 9:1-17, 10:5, 10:6, 10:7, 10:12, 10:14-15, 10:16-18, 10:19-20, 12:4-8, 12:16-19, 12:21, 13:23-24, 13:25, 13:27, 13:28-14:1, 14:6-7, 14:19-21, 14:22-24, 14:27-28, 15:26-16:1, 16:7, 16:8-13, 16:15, 16:16-18, 16:21-22, 16:23, 17:6-8, 17:13-15, 17:19, 17:22, 17:26, 17:27, 17:28, 18:3, 18:7, 18:8, 18:9, 18:10-15, 18:17, 18:19-22, 18:23, 18:24-28, 19:2, 19:4-5, 19:6, 19:8-15, 19:17, 19:18-23, 19:27, 19:28-20:1, 20:2, 20:4, 20:5, | Defendant to provide evidence, per Local Rule 79-5(f) | |

| | Document Sought to be Sealed | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Court's Ruling on Motion to Seal |
|---|---|---|---|---|
| | | 20:8, 20:9, 20:22, 20:23-24, 20:27-28, 21:1-7, 21:11, 21:13, 21:14, 21:16, 21:27, 22:2, 22:6-7 | | |
| 3 | Exhibit 13 to the Joint Rebuttal Declaration (Rebuttal Declaration of Richard Smith) | 1:25, 2:12, 2:14, 3:21, 3:22, 3:23, 3:26, 4:2, 4:22, 4:26, 5:1, 5:2, 5:5, 5:11, 5:21, 5:22-23, 5:24, 6:5, 6:6, 6:23-24, 7:26, 8:2, 8:18, 8:20 | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 4 | Exhibit 18 to the Joint Rebuttal Declaration (1/13/22 Schumann Depo Transcript Excerpts) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 5 | Exhibit 19 to the Joint Rebuttal Declaration (8/26/2021 Email from Google) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 6 | Exhibit 20 to the Joint Rebuttal Declaration (Rebuttal Declaration of Prof. Zubair Shafiq) | 1:23, 1:24, 1:25, 2:1, 2:3, 2:4, 2:11, 2:16, 2:18, 2:19, 3:2, 3:3, 3:8-9, 3:14, 3:16, 4:10, 4:11-12, 4:14, 4:17, 4:18, 4:19, 4:20, 4:21, 4:22, 4:23, 4:24, 5:2, 5:4, 5:6-18, 5:21-25, 6:1, 6:3, 6:11-22, 6:25-28, 7:1-2, 7:10-16, 8:1-11, 8:13-27, 9:1-15, 9:19-27, 10:1-2, 10:3, 10:5-6, 10:7, 10:8, 10:9-22, 10:23, 10:24-27, 11:1-10, 11:11-12, 11:14, 11:15 | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 7 | Exhibit 22 to the Joint Rebuttal Declaration (4/9/2021 Monsees, Vol. I, 30(b)(6) Depo Transcript Excerpts) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |

|   | Document Sought to be Sealed | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Court's Ruling on Motion to Seal |
|---|---|---|---|---|
| 8 | Exhibit 23 to the Joint Rebuttal Declaration (6/4/2021 Plaintiffs' First Letter to Google) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 9 | Exhibit 24 to the Joint Rebuttal Declaration (6/4/2021 Plaintiffs' Second Letter to Google) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 10 | Exhibit 25 to the Joint Rebuttal Declaration (6/11/2021 Monsees, Vol. II, 30(b)(6) Depo Transcript Excerpts) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 11 | Exhibit 26 to the Joint Rebuttal Declaration (1/5/2022 Special Master Order) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 12 | Exhibit 27 to the Joint Rebuttal Declaration (2/27/2022 Special Master Order) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 13 | Exhibit 28 to the Joint Rebuttal Declaration (3/30/2022 Liu Depo Transcript Excerpts) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 14 | Exhibit 29 to the Joint Rebuttal Declaration (12/2/2021 Liao, Vol. I, Depo Transcript Excerpts) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |

| | Document Sought to be Sealed | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Court's Ruling on Motion to Seal |
|---|---|---|---|---|
| 15 | Exhibit 30 to the Joint Rebuttal Declaration (5/17/2022 Special Master Order) | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Susan van Keulen
UNITED STATES MAGISTRATE JUDGE