# EXHIBIT 15

| | |
|---|---|
| **From:** | Jonathan Tse <jonathantse@quinnemanuel.com> |
| **Sent:** | Thursday, December 16, 2021 2:21 PM |
| **To:** | An Truong; QE Calhoun; Andrew Schapiro |
| **Cc:** | Jay Barnes; Eric Johnson; Lesley Weaver; Angelica Ornelas; David Straite; Adam Prom; Sharon Cruz |
| **Subject:** | RE: Calhoun v Google: Plaintiffs' Letter re Google's R&Os to 1st Set of RFAs |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**EXTERNAL:** Think before you click!

Counsel,

We received your letter and have been working on our responses.  To be clear, we are not at an impasse and any briefing schedule at this point is premature.

We are hopeful that we will be able to resolve or at least narrow many of the issues you raised in your letter.  We are aiming to provide our response early next week and will be available to meet and confer on any remaining issues afterwards.

Best,

Jon

**Jonathan Tse**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jonathantse@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** An Truong <atruong@simmonsfirm.com>
**Sent:** Thursday, December 16, 2021 10:03 AM
**To:** QE Calhoun <qecalhoun@quinnemanuel.com>; Andrew Schapiro <andrewschapiro@quinnemanuel.com>
**Cc:** Jay Barnes <jaybarnes@simmonsfirm.com>; Eric Johnson <ejohnson@simmonsfirm.com>; Lesley Weaver <lweaver@bfalaw.com>; Angelica Ornelas <aornelas@bfalaw.com>; David Straite <dstraite@dicellolevitt.com>; Adam Prom <aprom@dicellolevitt.com>; Sharon Cruz <scruz@dicellolevitt.com>
**Subject:** RE: Calhoun v Google: Plaintiffs' Letter re Google's R&Os to 1st Set of RFAs

**[EXTERNAL EMAIL from atruong@simmonsfirm.com]**

Counsel:

We have not received any responses to our letter dated November 30, 2021, nor to our requests to meet and confer made on December 6, 2021 and December 13, 2021, regarding Google's responses to Plaintiffs' 1st Set of RFAs. If we do not hear from you by COB PT today, we will consider these issues at impasse and seek relief from the court to have a briefing schedule entered.

Regards,

An

An V. Truong
*Attorney*
SIMMONS HANLY CONROY
Direct: 212.784.6276
atruong@simmonsfirm.com

---

**From:** An Truong
**Sent:** Monday, December 13, 2021 11:30 AM
**To:** 'QE Calhoun' <qecalhoun@quinnemanuel.com>; 'Andrew Schapiro' <andrewschapiro@quinnemanuel.com>
**Cc:** Jay Barnes <jaybarnes@simmonsfirm.com>; Eric Johnson <ejohnson@simmonsfirm.com>; Lesley Weaver <lweaver@bfalaw.com>; Angelica Ornelas <aornelas@bfalaw.com>; David Straite <dstraite@dicellolevitt.com>; Adam Prom <aprom@dicellolevitt.com>; Sharon Cruz <scruz@dicellolevitt.com>
**Subject:** RE: Calhoun v Google: Plaintiffs' Letter re Google's R&Os to 1st Set of RFAs

Counsel:

Please let us know your availability this week for a meet and confer on Google's responses to Plaintiffs' 1st Set of RFAs.

Thank you.

An

An V. Truong
*Attorney*
SIMMONS HANLY CONROY
Direct: 212.784.6276
atruong@simmonsfirm.com

---

**From:** An Truong
**Sent:** Monday, December 6, 2021 2:41 PM
**To:** QE Calhoun <qecalhoun@quinnemanuel.com>; Andrew Schapiro <andrewschapiro@quinnemanuel.com>
**Cc:** Jay Barnes <jaybarnes@simmonsfirm.com>; Eric Johnson <ejohnson@simmonsfirm.com>; Lesley Weaver <lweaver@bfalaw.com>; Angelica Ornelas <aornelas@bfalaw.com>; David Straite <dstraite@dicellolevitt.com>; Adam Prom <aprom@dicellolevitt.com>; Sharon Cruz <scruz@dicellolevitt.com>
**Subject:** RE: Calhoun v Google: Plaintiffs' Letter re Google's R&Os to 1st Set of RFAs

Counsel:

Following up on the below. Please let us know your availability to meet and confer this week.

Thank you.

An

An V. Truong
*Attorney*
SIMMONS HANLY CONROY
Direct: 212.784.6276
atruong@simmonsfirm.com

---

**From:** An Truong
**Sent:** Tuesday, November 30, 2021 1:02 PM
**To:** QE Calhoun <qecalhoun@quinnemanuel.com>; Andrew Schapiro <andrewschapiro@quinnemanuel.com>
**Cc:** Jay Barnes <jaybarnes@simmonsfirm.com>; Eric Johnson <ejohnson@simmonsfirm.com>; Lesley Weaver <lweaver@bfalaw.com>; Angelica Ornelas <aornelas@bfalaw.com>; Julie Law <jlaw@bfalaw.com>; David Straite <dstraite@dicellolevitt.com>; Adam Prom <aprom@dicellolevitt.com>; Sharon Cruz <scruz@dicellolevitt.com>; Kristi Dunnagan <kdunnagan@simmonsfirm.com>
**Subject:** Calhoun v Google: Plaintiffs' Letter re Google's R&Os to 1st Set of RFAs

Counsel:

Please see attached correspondence.

Regards,

An

**An V. Truong**
*Attorney*



112 Madison Avenue, 7ᵗʰ Floor | New York, NY 10016
Direct: 212.784.6276 | Main: 212.784.6400 | Fax: 212.213.5949
atruong@simmonsfirm.com

This e-mail and any files transmitted with it are privileged and confidential, and they are intended solely for the use of the intended recipient(s). If you are not an intended recipient, you should notify the sender immediately, delete this e-mail and any files transmitted with it from your system, and destroy or return all copies.