1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10   PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,   Case No. 4:20-cv-5146-YGR-SVK

11
12           Plaintiffs,   **[PROPOSED] ORDER GRANTING MOTION TO SEAL**

13           v.   Judge: Hon. Susan van Keulen, USMJ

14   GOOGLE LLC,
15           Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Before the Court is Google LLC's Administrative Motion to Seal Indices of Exhibits Pursuant to Dkt. 779. Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document | Text To Be Sealed | Basis for Sealing the Document |
|---|---|---|
| Google LLC's Indices of Exhibits | GRANTED as to: 3:11-17, 3:23-26, 3:28, 4:1-2, 4:6, 4:8-9, 4:11, 4:13, 4:14, 4:16, 4:18, 4:19, 4:22-23 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their data logging systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal data logging infrastructure. |

**SO ORDERED**.

DATED:_____  _____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE