**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

**DICELLO LEVITT GUTZLER**
David A. Straite (admitted pro hac vice)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted pro hac vice)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>    Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 776)**<br><br>Judge:    Honorable Susan van Keulen |

Pursuant to Civil Local Rule 6-2, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on July 21, 2022, Plaintiffs filed their Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 776);

WHEREAS, on July 21, 2022, Google received unredacted copies of Plaintiff's unredacted documents cited in Dkt. 777 under seal and submitted with Dkt. 776;

WHEREAS, pursuant to Civil Local Rule 79-5(e), the current deadline for Google, as the Designating Party, to establish that such designated material is sealable, is by Thursday, July 28, 2022;

WHEREAS, the Parties agree that an extension of time of 7 days will provide Google with sufficient time to submit its declaration in support of its designated materials in the filings (Dkts. 776, 777);

NOW THEREFORE, the Parties stipulate to extend the deadline by which Google shall submit a Declaration in support of Plaintiffs' Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 776) to August 4, 2022.

1  DATED: July 26, 2022
   **BLEICHMAR FONTI & AULD LLP**

   By:     */s/ Lesley Weaver*
   Lesley Weaver (Cal. Bar No. 191305)
   Angelica M. Ornelas (Cal. Bar No. 285929)
   Joshua D. Samra (Cal. Bar No. 313050)
   555 12th Street, Suite 1600
   Oakland, CA 94607
   Tel.: (415) 445-4003
   Fax: (415) 445-4020
   lweaver@bfalaw.com
   aornelas@bfalaw.com
   jsamra@bfalaw.com


   **DICELLO LEVITT GUTZLER**

   By:     */s/ David Straite*
   David A. Straite (admitted pro hac vice)
   One Grand Central Place
   60 East 42nd Street, Suite 2400
   New York, New York 10165
   Tel.: (646) 933-1000
   dstraite@dicellolevitt.com

   Amy E. Keller (admitted pro hac vice)
   Ten North Dearborn Street, 6th Fl.
   Chicago, Illinois 60602
   Tel.: (312) 214-7900
   akeller@dicellolevitt.com

   **SIMMONS HANLY CONROY LLC**

   By:      */s/ Jay Barnes*
   Jason 'Jay' Barnes (admitted *pro hac vice*)
   An Truong (admitted *pro hac vice*)
   112 Madison Avenue, 7th Floor
   New York, NY 10016
   Tel.: (212) 784-6400
   Fax: (212) 213-5949
   jaybarnes@simmonsfirm.com
   atruong@simmonsfirm.com

   *Counsel for Plaintiffs*

   **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

   By:  */s/ Andrew H. Schapiro*
   Andrew H. Schapiro (admitted pro hac vice)
   andrewschapiro@quinnemanuel.com
   191 N. Wacker Drive, Suite 2700
   Chicago, IL 60606
   Telephone: (312) 705-7400
   Facsimile: (312) 705-7401

   Stephen A. Broome (CA Bar No. 314605)
   sb@quinnemanuel.com
   Viola Trebicka (CA Bar No. 269526)
   violatrebicka@quinnemanuel.com
   865 S. Figueroa Street, 10th Floor
   Los Angeles, CA 90017
   Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

   Jomaire Crawford (admitted pro hac vice)
   jomairecrawford@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
   New York, NY 10010
   Telephone: (212) 849-7000
   Facsimile: (212) 849-7100

   Josef Ansorge (admitted pro hac vice)
   josefansorge@quinnemanuel.com
   Carly Spilly (admitted pro hac vice)
   carlspilly@quinnemanuel.com
   1300 I Street NW, Suite 900
   Washington D.C., 20005
   Telephone: (202) 538-8000
   Facsimile: (202) 538-8100

   Jonathan Tse (CA Bar No. 305468)
   jonathantse@quinnemanuel.com
   50 California Street, 22nd Floor
   San Francisco, CA 94111
   Telephone: (415) 875-6600
   Facsimile: (415) 875-6700

   *Attorneys for Defendant Google LLC*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Extending Time for Google to Submit Declaration in Support of Plaintiffs' Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 776). Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: July 26, 2022

/s/ Andrew H. Schapiro
Andrew H. Schapiro

*Counsel on behalf of Google*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The deadline for Google to Submit Declaration in Support of Plaintiffs' Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 776) shall be extended to August 4, 2022.

**IT IS SO ORDERED.**

DATED: _____, 2022          _____

                                                    Hon. Susan van Keulen
                                                    United States Magistrate Judge