**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**DICELLO LEVITT GUTZLER**
David A. Straite (admitted pro hac vice)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted pro hac vice)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br>    Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 776)**<br><br>Judge:    Honorable Susan van Keulen |

1    Pursuant to Civil Local Rule 6-2, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on July 21, 2022, Plaintiffs filed their Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 776);

WHEREAS, on July 21, 2022, Google received unredacted copies of Plaintiff's unredacted documents cited in Dkt. 777 under seal and submitted with Dkt. 776;

WHEREAS, pursuant to Civil Local Rule 79-5(e), the current deadline for Google, as the Designating Party, to establish that such designated material is sealable, is by Thursday, July 28, 2022;

WHEREAS, the Parties agree that an extension of time of 7 days will provide Google with sufficient time to submit its declaration in support of its designated materials in the filings (Dkts. 776, 777);

NOW THEREFORE, the Parties stipulate to extend the deadline by which Google shall submit a Declaration in support of Plaintiffs' Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 776) to August 4, 2022.

1 | DATED: July 26, 2022

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Lesley Weaver* <br> Lesley Weaver (Cal. Bar No. 191305) <br> Angelica M. Ornelas (Cal. Bar No. 285929) <br> Joshua D. Samra (Cal. Bar No. 313050) <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com <br> aornelas@bfalaw.com <br> jsamra@bfalaw.com | By: */s/ Andrew H. Schapiro* <br> Andrew H. Schapiro (admitted pro hac vice) <br> andrewschapiro@quinnemanuel.com <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Telephone: (312) 705-7400 <br> Facsimile: (312) 705-7401 <br><br> Stephen A. Broome (CA Bar No. 314605) <br> sb@quinnemanuel.com <br> Viola Trebicka (CA Bar No. 269526) <br> violatrebicka@quinnemanuel.com <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> Telephone: (213) 443-3000 <br> Facsimile: (213) 443-3100 |
| **DICELLO LEVITT GUTZLER** <br><br> By: */s/ David Straite* <br> David A. Straite (admitted pro hac vice) <br> One Grand Central Place <br> 60 East 42nd Street, Suite 2400 <br> New York, New York 10165 <br> Tel.: (646) 933-1000 <br> dstraite@dicellolevitt.com <br><br> Amy E. Keller (admitted pro hac vice) <br> Ten North Dearborn Street, 6th Fl. <br> Chicago, Illinois 60602 <br> Tel.: (312) 214-7900 <br> akeller@dicellolevitt.com | Jomaire Crawford (admitted pro hac vice) <br> jomairecrawford@quinnemanuel.com <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone: (212) 849-7000 <br> Facsimile: (212) 849-7100 <br><br> Josef Ansorge (admitted pro hac vice) <br> josefansorge@quinnemanuel.com <br> Carly Spilly (admitted pro hac vice) <br> carlspilly@quinnemanuel.com <br> 1300 I Street NW, Suite 900 <br> Washington D.C., 20005 <br> Telephone: (202) 538-8000 <br> Facsimile: (202) 538-8100 |
| **SIMMONS HANLY CONROY LLC** <br><br> By: */s/ Jay Barnes* <br> Jason 'Jay' Barnes (admitted *pro hac vice*) <br> An Truong (admitted *pro hac vice*) <br> 112 Madison Avenue, 7th Floor <br> New York, NY 10016 <br> Tel.: (212) 784-6400 <br> Fax: (212) 213-5949 <br> jaybarnes@simmonsfirm.com <br> atruong@simmonsfirm.com <br><br> *Counsel for Plaintiffs* | Jonathan Tse (CA Bar No. 305468) <br> jonathantse@quinnemanuel.com <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 <br><br> *Attorneys for Defendant Google LLC* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Extending Time for Google to Submit Declaration in Support of Plaintiffs' Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 776). Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: July 26, 2022

                                              */s/ Andrew H. Schapiro*
                                                Andrew H. Schapiro

                                            *Counsel on behalf of Google*

1 **[PROPOSED] ORDER**

2 Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

3 The deadline for Google to Submit Declaration in Support of Plaintiffs' Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 776) shall be extended to August 4, 2022.

7 **IT IS SO ORDERED.**

8 DATED: __July 27_____, 2022                                    _____Susan van Keulen_____

9                                                                                        Hon. Susan van Keulen
                                                                                         United States Magistrate Judge