<pre>
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
</pre>

| | |
|---|---|
| PATRICK CALHOUN, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant(s). | Case No. 4:20-cv-5146 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Jennifer Paulson, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Lesley Weaver, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 191305.

| | |
|---|---|
| Simmons Hanly Conroy, <br> One Court Street, Alton, IL 62002 <br> MY ADDRESS OF RECORD | Bleichmar Fonti & Auld LLP, 555 12th Street, <br> Suite 1600, Oakland, CA 994607 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (618) 259-2222 <br> MY TELEPHONE # OF RECORD | (415) 445-4003 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jpaulson@simmonsfirm.com <br> MY EMAIL ADDRESS OF RECORD | lweaver@bfalaw.com <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6327426.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 27, 2022

Jennifer Paulson
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jennifer Paulson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Jennifer Marie Paulson

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/2017 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 18th day of July, 2022.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

