1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10  | PATRICK CALHOUN, *et al.*, on behalf of        | Case No. 4:20-cv-5146-YGR-SVK
11  | themselves and all others similarly situated,  |
    |                                                | **[PROPOSED] ORDER GRANTING**
12  |     Plaintiffs,                                | **MOTION TO SEAL**
13  |     v.                                         | Judge: Hon. Susan van Keulen, USMJ
14  | GOOGLE LLC,
15  |     Defendant.

16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Google's Administrative Motion to Seal Portions of Google's Motion Updating the Court on its Preservation Efforts and Seeking Relief from the July 30 Deadline Imposed by the July 15, 2022 Preservation Order (Dkt. 766) ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document | Text To Be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Google LLC's Administrative Motion Updating the Court on its Preservation Efforts and Seeking Relief from the July 30 Deadline Imposed by the July 15, 2022 Preservation Order (Dkt 766) | GRANTED as to the portions at:<br><br>Pages 1:16-25, 2:2-18, 3:2-6, 3:9-19, 4:4-13, 4:15, 4:19-27, 5:4-13, 5:17-18, 5:27 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Proposed Order Granting Google's Administrative Motion Seeking Relief from the July 30 Deadline Imposed by the July 15, 2022 Preservation Order (DKT. 766) | GRANTED as to the portions at:<br><br>Page 2:11-12 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including internal logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and |

| | | |
|---|---|---|
| | | proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Declaration of Benjamin Kornacki | GRANTED as to the portions at:<br><br>Pages 1:23, 1:27-28, 2:1-6, 2:8, 2:10-24, 3:6-12, 3:15, 3:17 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

**SO ORDERED**.

DATED:_____                    _____

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE