**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**GOOGLE LLC'S ADMINISTRATIVE MOTION UPDATING THE COURT ON ITS PRESERVATION EFFORTS AND SEEKING RELIEF FROM THE JULY 30 DEADLINE IMPOSED BY THE JULY 15, 2022 PRESERVATION ORDER (DKT. 766)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

By this motion, Google provides a status update regarding its compliance with the July 15, 2022 Order Adopting in Part and Modifying in Part Special Master's May 23, 2022 Report and Recommendation re Preservation Plan ("Preservation Order") (Dkt. 766), and seeks clarification of and relief from the July 30, 2022 deadline imposed by the Preservation Order pursuant to Local Rule 7-11.

I. STATUS UPDATE

Google is working diligently to comply with the Preservation Order, including daily coordination between Google's counsel and more than six teams of Google engineers. These engineering teams are actively working to design and develop the various new preservation pipelines required to implement the Preservation Order. Due to the complexity and diversity of the numerous data logging systems at issue here, and the novelty of this large-scale event-level data preservation project, Google anticipates encountering implementation challenges as these new pipelines are being built. Google will alert the Court to any issues that arise and, if the Court desires, provide ongoing status updates. Below is a table summarizing the status of each preservation task.

| Preservation Task | Responsible Team | Status of Pipeline Implementation |
|---|---|---|
| ███████████ | ███████████ | ███ |
| ███████ | | |
| ███████████ | ██████████ | ███ |
| █████ | ████ | |
| ███████████ | █████████ | ███ |
| ██████ | ██ | |
| ███████████ | █████████ | ██████ ███ |
| ████████ | | ███████████ |
| ██████ | | ███████████ |
| | | ███████████ |
| | | ████ |

---

[1] See Dkt. 766-2, Index ## 2, 3, 4, 5, 14, 15, 16, 20, 22, 23, 25, 43, 47, 48, 49, 50, 51, 52, 53, 56, 57, 58, 64.
[2] See Dkt. 766-2, Index ## 60, 61, 62.
[3] See Dkt. 766-2, Index ## 6, 8, 9, 10, 11, 12, 13.
[4] See Dkt. 766-2, Index ## 39, 40.

| Preservation Task | Responsible Team | Status of Pipeline Implementation |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

## II. REQUEST FOR RELIEF FROM THE JULY 30 DEADLINE

### A. Google Seeks Relief Concerning The Deadline for The Data Decryption and Re-encryption Process

[5] *See* Dkt. 766-2, Index ## 28, 36, 44, 45, 46.
[6] *See* Dkt. 766-2, Index ## 2, 15, 49, 53, 56, 57, 58.
[7] *See* Dkt. 766-2, Index ## 60, 61, 62.
[8] *See* Dkt. 766-2, Index ## 28, 36.
[9] *See* Dkt. 766-2, Index # 36.
[10] *See* Dkt. 766-2, Index ## 39, 40.
[11] *See* Dkt. 766-2 at 8.

The Preservation Order requires Google to complete the following tasks by July 30, 2022:

██████████

██████████

██████████

██████████" Dkt. 766 at 9.

Google is working diligently to implement the order. In light of the technical complexity required to implement the order, Google respectfully requests relief from the current deadline. To complete this data decryption and re-encryption process, Google needs to: ██████████

██████████

██████████

██████████

██████████

██████████

██████████

██████████

██████████

██████████. Kornacki Decl. ¶ 4.

Google engineers working on this project have made substantial progress toward the goal of developing and implementing the above-described solutions. *Id.* ¶ 5. But unfortunately, despite Google's extensive efforts, it will not be possible to complete the required tasks by the July 30, 2022 deadline. *Id.* On the basis of the information available at this stage, Google respectfully requests a 30-day extension, until August 29, 2022 to complete this process for new data written; and a 60-day extension, until September 28, 2022 for the data backfill process to complete. *Id.* ¶¶ 6, 7.

B. **Google Seeks Relief from the July 30 Deadline for Identifying All Requested Field Names**

The Preservation Order requires Google to perform full ongoing preservation of specific fields from ███████████████████████████████████████████, and identify by July 30, 2022 a list of field names. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. Google will submit a list of fields identified by July 30, 2022, but may need to update that list based on the ongoing investigation of ██████ fields described above.

### III.   REQUEST FOR CLARIFICATION

Google seeks clarification that the Preservation Order does not require Google to preserve the ███████████████████████████████████████████ in their entirety.

The Preservation Order requires the preservation of only *certain* fields within ███████████████████████████████████████████████. Dkt. 766-2 at 11, 14-15. Two of the fields are "Gaia_id" and "Zwieback uid." *Id.* at 11, 14-15. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. *See* Dkt. 694-6, Quaid Declaration, ¶



5. This wholesale preservation is in conflict with the Court's order that only certain fields need to be preserved and would impose an immense burden on Google.[12]

Plaintiffs acknowledge that the inclusion of the "Gaid_id" and "Zwieback uid" in the list of fields for full ongoing preservation will result in preservation of the entirety of ▮▮▮▮▮▮▮▮▮▮. Dkt. 753-1 ("Plaintiffs understand that Google objects to the Modified Preservation Plan with respect to ▮▮▮▮▮▮▮▮▮▮."). In fact, in their response to the Court's July 5, 2022 Order, when the issue was full preservation of ▮▮▮▮▮▮▮▮▮▮, Plaintiffs proposed: "[t]he most obvious solution is to ▮▮▮▮▮▮▮▮▮▮, and in parallel ▮▮▮▮▮▮▮▮▮▮. Thus, Google would only be required to preserve ▮▮▮▮▮▮▮▮▮▮ containing any of the following data parameters . . ." Dkt. 753-1 at 1. Google respectfully seeks clarification that the same solution can be applied to the issue at hand so that Google can align the implementation with the text and spirit of the Order. Google therefore seeks clarification that it need not preserve a ▮▮▮▮▮▮▮▮▮▮ if the only relevant field is "Gaia_id" and need not preserve a ▮▮▮▮▮▮▮▮▮▮ if the only relevant field is "Zwieback uid."

DATED: July 27, 2022        QUINN EMANUEL URQUHART &
                            SULLIVAN, LLP

                            By  /s/ Andrew H. Schapiro
                                Andrew H. Schapiro (admitted *pro hac vice*)
                                andrewschapiro@quinnemanuel.com
                                Teuta Fani (admitted *pro hac vice*)

---

[12] Upon request, Google can provide the Court with specific volumes related to these columns. On the basis of the previously-filed Quaid Declaration, the volumes are reasonably established to be in the ▮▮▮▮▮ of information, far outweighing any potential benefit. Dkt. 694-6, Quaid Declaration, ¶ 6.

teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111

Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*