1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

9
10
11
12
13
14
15
16
17

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION SEEKING RELIEF FROM THE JULY 30 DEADLINE IMPOSED BY THE JULY 15, 2022 PRESERVATION ORDER (DKT. 766)**<br><br>Judge: Hon. Susan van Keulen, USMJ |

18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Google LLC respectfully requests an order seeking relief from the July 30, 2022 deadline to comply with the Court's July 15, 2022 Order Clarifying Preservation Plan (Dkt. 766) ("Preservation Order"). Having considered the arguments of the parties and the papers submitted, Google's Motion Seeking Relief is GRANTED.

1. The deadline for Google to complete the three-step process of data decryption/re-encryption for new data written shall be extended to August 29, 2022.

2. The deadline for the data backfill process to complete shall be extended to September 28, 2022.

3. Google shall submit a list of specific fields identified in the GAIA ▮ and ZWBK ▮ columns through its most diligent efforts by the July 30, 2022 deadline, but shall be granted leave to update the list thereafter based on its ongoing investigation.

**SO ORDERED**.

DATED:_____

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE