UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>          Defendant. | Case No.  20-cv-05146-YGR   (SVK)<br><br>**ORDER FOLLOWING JULY 28, 2022 STATUS CONFERENCE** |

The Court held a status conference to address preparation for the hearing on August 11, 2022 and Google's Administrative Motion re the Preservation Plan (Dkt. 787), and set the following deadlines:

**DEADLINES ASSOCIATED WITH 8/11/22 HEARING ON PLAINTIFFS' MOTION FOR SANCTIONS:**

- PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:  Deadline extended to 7/29/22.  May be provisionally filed under seal, to be followed by an appropriate motion to seal including redacted versions by 8/8/22.  Chambers copies (2 binders) must be delivered by noon on Monday, August 1.

- WITNESSES:  The 8/11/22 hearing is not expected to include witness testimony.  Parties to notify the Court immediately if their position on witnesses changes following the filing of Proposed Findings of Fact and Conclusions of Law.

- EXHIBITS:  Any new exhibits to be exchanged by the Parties and provided to the Court and Special Master on 8/4/22 at 5:00 p.m.  For any new exhibit of more than 10 pages, chambers copies (2 copies) must be delivered to Court by the same deadline.

- DEMONSTRATIVES:  Demonstratives and slide decks to be exchanged by the Parties and provided to the Court and Special Master on 8/9/22 at noon.  Chambers copies (2 color copies) must be delivered to the Court by the same deadline.

- SEALING:  Parties to meet and confer about whether and to what extent it is necessary to seal the hearing.  Joint proposal or status report due 8/4/22.

**DEADLINES ASSOCIATED WITH GOOGLE'S ADMINISTRATIVE MOTION RE PRESERVATION PLAN (Dkt. 787):**

- By noon on 7/29/22, Google must provide an anticipated date of completion for all items identified in its administrative motion as "in progress" or for which it has requested additional time. For the reasons discussed at the hearing, the Court will not grant open-ended extensions or any extension in excess of 30 days, and may not grant any extension for some requests.

- Plaintiffs' response to administrative motion due 8/1/22.

- Google to inform *Brown* plaintiffs today of these deadlines, which apply in that action as well.

**SO ORDERED.**

Dated: July 28, 2022

SUSAN VAN KEULEN
United States Magistrate Judge