UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

# [PROPOSED] ORDER

Before the Court is Google LLC's Administrative Motion for Leave to Supplement the Record ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been shown, the Court **GRANTS** the Motion. It is hereby **ORDERED** that Google may file in connection with Plaintiffs' Motion for Class Certification (Dkt. 340) and Google's Motion for Summary Judgment (Dkt. 395) the following:

1. The transcript of the deposition of William Byatt in *Brown v. Google LLC*, No. 4:20-cv-03364 ("*Brown*"), taken on December 20, 2021.
2. The transcript of the deposition of Jeremy Davis in *Brown*, taken on January 7, 2022.
3. The transcript of the deposition of Chasom Brown in *Brown*, taken on January 13, 2022.
4. The transcript of the deposition of Christopher Castillo in *Brown*, taken on February 8, 2022.
5. The transcript of the deposition of Monique Trujillo in *Brown*, taken on February 11, 2022.
6. The transcript of the deposition of Michael Lasinski in *Brown*, taken on July 27, 2022.

**SO ORDERED**.

DATED:_____

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE