# EXHIBIT 1

```
 1        UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA
 2              SAN JOSE DIVISION
 3
      CHASOM BROWN, WILLIAM BYATT,
 4    JEREMY DAVIS, CHRISTOPHER
      CASTILLO, and MONIQUE TRUJILLO,
 5    individually and on behalf of
      all other similarly situated
 6
          Plaintiffs,          CASE NO.
 7                       5:20-CV-03664-LHK-SVK
      VS.
 8
      GOOGLE LLC
 9
          Defendant.
10
11
          * * * * * * * * * * * * * * * * * * * * * * * * * * *
12      ZOOM VIDEOTAPED DEPOSITION OF WILLIAM BYATT
                December 20, 2021
13               11:04 a.m. EST
          * * * * * * * * * * * * * * * * * * * * * * * * * * *
14
15
16    TAKEN BY:
17        VIOLA TREBICKA, ESQ.
          ATTORNEY FOR DEFENDANT
18
19    REPORTED BY:
20        BELLE VIVIENNE, CRR
          CERTIFIED STENOGRAPHIC
21        REALTIME COURT REPORTER
          VERITEXT LEGAL SOLUTIONS
22        JOB NO. 5001125
          866 299-5127
23
24
25
```

Page 1

```
 1                A P P E A R A N C E S
 2
      FOR THE PLAINTIFFS:
 3
          JAMES W. LEE, ESQ.
 4        ROSSANA BAEZA, ESQ.
          MARK MAO, ESQ. (San Francisco)
 5        BOIES SCHILLER FLEXNER LLP
          100 SE 2nd Street, Suite 2800
 6        Miami, Florida 33131
          305.539.8400
 7        jlee@bsfllp.com
 8
          RYAN J. MCGEE, ESQ.
 9        MORGAN & MORGAN, P.A.
          201 North Franklin Street, 7th Floor
10        Tampa, Florida 33602
          813.223.5505
11        rmcgee@forthepeople.com
12    FOR THE DEFENDANT:
13        VIOLA TREBICKA, ESQ.
          TRACY GAO, ESQ.
14        QUINN EMANUEL URQUHART & SULLIVAN LLP
          865 S. Figueroa St, 10th Floor
15        Los Angeles, California 90017
          213.443.3000
16        Violatrebicka@quinnemanuel.com
17
      VIDEOGRAPHER:
18        JoAnn Yager
19
20
21
22
23
24
25
```

Page 2

```
1                          -   -   -

2                        I N D E X

3                          -   -   -

4

5    Testimony of:

6              WILLIAM BYATT

7    MS. TREBICKA............................. 9

8    MR. LEE................................. 253

9

10                         -   -   -

11                    E X H I B I T S

12                         -   -   -

13

14   NO.            DESCRIPTION              PAGE

15   Exhibit 1      Screenshot................. 32

16   Exhibit 2      The New York Times

17                  Privacy Policy, Updated

18                  July 1, 2021............... 50

19   Exhibit 3      Google Analytics Opt-out

20                  Browser Add-on document.... 70

21   Exhibit 4      Twitter Privacy Policy..... 76

22   Exhibit 5      Google Ad Personalization

23                  Settings................... 88

24

25
```

Page 3

```
 1                          -   -   -

 2              E X H I B I T S (Continued.)

 3                          -   -   -

 4

 5    NO.                DESCRIPTION                  PAGE

 6    Exhibit 6         Google Terms of Services

 7                      effective dates

 8                      04/16/2007 to 02/29/2012...104

 9    Exhibit 7         Google Privacy Policy......112

10    Exhibit 8         Screenshot of Chrome's

11                      You've Gone Incognito

12                      pop-up screen from

13                      08/20/2020.................123

14    Exhibit 9         How Private Browsing

15                      Works in Chrome Google

16                      document...................142

17    Exhibit 10        Google Search Help

18                      Document...................148

19    Exhibit 11        Second Amended Complaint...156

20    Exhibit 12        May 12, 2021 Amended

21                      Responses and Objections

22                      to Google's

23                      Interrogatories Number 1,

24                      4 and 5....................166

25

                                              Page 4
```

```
 1                     -   -   -

 2          E X H I B I T S (Continued.)

 3                     -   -   -

 4    NO.              DESCRIPTION                    PAGE
```

```
 5    Exhibit 13    Byatt's Revised Responses

 6                  to Defendant's Rog 2.......174

 7    Exhibit 14    Google Subscriber

 8                  Information Sheet..........195

 9    Exhibit 15    Google Subscriber

10                  Information Sheet..........195

11    Exhibit 16    Google Subscriber

12                  Information Sheet..........195

13    Exhibit 17    Google Subscriber

14                  Information Sheet..........195

15    Exhibit 18    Google Subscriber

16                  Information Sheet..........195

17    Exhibit 19    Plaintiff William Byatt's

18                  Objections and Responses

19                  to Defendant's First Set

20                  of Interrogatories........205

21    Exhibit 20    Plaintiff William Byatt's

22                  Amended Objections and

23                  Responses to Defendant's

24                  Second Set of

25                  Interrogatories...........206
```

Veritext Legal Solutions
866 299-5127

```
1                        -   -   -

2           E X H I B I T S (Continued.)

3                        -   -   -

4      NO.              DESCRIPTION                PAGE

5      Exhibit 21    Plaintiff William Byatt's

6                    Verified Objections and

7                    Response to Defendant's

8                    Third Set of

9                    Interrogatories (No. 11)...216

10     Exhibit 22    Plaintiff William Byatt's

11                   Objections and Responses

12                   to Defendant's Fourth Set

13                   of Interrogatories (Nos.

14                   12-15)....................218

15     Exhibit 23    Plaintiff William Byatt's

16                   Verified Objections and

17                   Responses to Defendant's

18                   Fifth Set of

19                   Interrogatories (No. 16)...220

20

21

22

23

24

25

                                          Page  6
```

```
1                       -   -   -

2             DEPOSITION SUPPORT INDEX

3                       -   -   -

4

5     Directions to Witness Not to Answer

6     Page Line

7     none

8

9

10    Request for Production of Documents

11    Page Line

12    none

13

14

15    Stipulations

16    Page Line

17    none

18

19

20    Question Marked

21    Page Line

22    none

23

24

25
```

Page 7

```
 1              THE VIDEOGRAPHER:  Good morning.      00:39:53
 2   We are on the record at 11:04 a.m. on            11:04:53
 3   December 20, 2021.  This is the                  11:04:57
 4   beginning of media number one of the             11:05:01
 5   recorded deposition of William Byatt             11:05:03
 6   in the matter of Chasom Brown, et al.,           11:05:08
 7   versus Google LLC.                               11:05:11
 8         This deposition is being                   11:05:15
 9   conducted using Veritext virtual Zoom            11:05:16
10   technology and all participants are              11:05:19
11   attending remotely.  Please note that            11:05:20
12   microphones are sensitive and may pick           11:05:23
13   up whispers, private conversations and           11:05:25
14   cellular interference.                           11:05:27
15         Until all parties agree to go              11:05:29
16   off the record, audio and video                  11:05:30
17   recording will continue to take place.           11:05:32
18   My name is JoAnn Yager.  I'm the                 11:05:34
19   videographer.  The court reporter is             11:05:36
20   Belle Vivienne, and we are here with             11:05:38
21   Veritext Legal Solutions.                        11:05:41
22         If there are any objections to             11:05:43
23   proceedings, please state them at the            11:05:44
24   time of your appearance beginning with           11:05:46
25   the noticing attorney.                           11:05:47
```

Page 8

| | | |
|---|---|---|
| 1 | MS. TREBICKA:  Good morning, my | 11:05:49 |
| 2 | name is Viola Trebicka.  I'm with | 11:05:50 |
| 3 | Quinn Emanuel, and I am defending | 11:05:53 |
| 4 | Google in these -- in this action. | 11:05:56 |
| 5 | MR. LEE:  Good morning, James | 11:06:00 |
| 6 | Lee, Boies Schiller Flexner for the | 11:06:03 |
| 7 | plaintiffs, no objection to remote.  I | 11:06:04 |
| 8 | have in attendance with me Mark Mao, | 11:06:08 |
| 9 | Rossana Baeza, both from Boies | 11:06:11 |
| 10 | Schiller Flexner, as well as Ryan | 11:06:14 |
| 11 | McGee from Morgan & Morgan. | 11:06:16 |
| 12 | MS. TREBICKA:  And I would like | 11:06:18 |
| 13 | Ms. Gao to make an appearance for the | 11:06:21 |
| 14 | record as well. | 11:06:23 |
| 15 | MS. GAO:  Good morning.  I'm | 11:06:23 |
| 16 | Tracy Gao, also with Quinn Emanuel | 11:06:24 |
| 17 | representing Google. | 11:06:27 |
| 18 | THE VIDEOGRAPHER:  The witness | 11:06:29 |
| 19 | may be sworn in. | 11:06:30 |
| 20 | WILLIAM BYATT, | |
| 21 | having been first duly sworn by the | |
| 22 | Certified Stenographic Realtime Reporter, | |
| 23 | testified as follows: | |
| 24 | EXAMINATION | |
| 25 | BY MS. TREBICKA: | |

Page  9

| | | |
|---|---|---|
| 1 | Q.    Good morning, Mr. Byatt. | 11:06:42 |
| 2 | A.    Good morning. | 11:06:45 |
| 3 | Q.    Could you please state your full | 11:06:45 |
| 4 | name for the record? | 11:06:47 |
| 5 | A.    My name is William Joshua Byatt. | 11:06:47 |
| 6 | Q.    And what is your home address? | 11:06:52 |
| 7 | A.    ███████████████████████ | 11:06:54 |
| 8 | ██████████████████████████. | 11:06:59 |
| 9 | I did recently move like last week. | 11:07:04 |
| 10 | Q.    All right.  Okay. | 11:07:06 |
| 11 | On your computer screen, do you | 11:07:10 |
| 12 | have any communication applications open | 11:07:11 |
| 13 | other than Zoom? | 11:07:14 |
| 14 | A.    I have Zoom and I have the | 11:07:15 |
| 15 | Exhibit Share.  That's it. | 11:07:20 |
| 16 | Q.    Excellent. | 11:07:23 |
| 17 | Do you have your phone nearby | 11:07:25 |
| 18 | too? | 11:07:27 |
| 19 | A.    I do, but it's been turned off. | 11:07:28 |
| 20 | Q.    Perfect, thank you.  Have you | 11:07:31 |
| 21 | ever had your deposition taken before? | 11:07:33 |
| 22 | A.    No. | 11:07:35 |
| 23 | Q.    So let me just start with some | 11:07:36 |
| 24 | questions.  At any point in time if you | 11:07:41 |
| 25 | have a question about what I'm asking you, | 11:07:44 |

Page 10

| | | |
|---|---|---|
| 1 | if you don't understand something, just | 11:07:46 |
| 2 | let me know.  I will be asking you | 11:07:47 |
| 3 | questions.  Your counsel, who is in the | 11:07:49 |
| 4 | room with you -- well, let me take a step | 11:07:52 |
| 5 | back and say, you are represented today, | 11:07:55 |
| 6 | correct? | 11:07:58 |
| 7 | A.    Yes. | 11:07:58 |
| 8 | Q.    And Mr. Lee is your counsel? | 11:07:58 |
| 9 | A.    Yes. | 11:08:01 |
| 10 | Q.    If -- one -- while I am asking | 11:08:01 |
| 11 | you questions, there may be a moment in | 11:08:03 |
| 12 | which Mr. Lee may object to my question. | 11:08:07 |
| 13 | Unless Mr. Lee instructs you not to | 11:08:11 |
| 14 | answer, you will answer my question to the | 11:08:14 |
| 15 | best of your ability.  Do you understand | 11:08:16 |
| 16 | that? | 11:08:18 |
| 17 | A.    I do, yeah. | 11:08:19 |
| 18 | Q.    And you also under -- you also | 11:08:20 |
| 19 | understand that you are under oath today, | 11:08:22 |
| 20 | correct? | 11:08:24 |
| 21 | A.    I do. | 11:08:24 |
| 22 | Q.    Great.  So, Mr. Byatt, what do | 11:08:25 |
| 23 | you understand by the term "private | 11:08:29 |
| 24 | browsing"? | 11:08:30 |
| 25 | A.    I understand that to mean that | 11:08:32 |

Page 11

```
 1    my behavior and activity while I am            11:08:35
 2    browsing the Internet or using, you know,      11:08:40
 3    web software, won't be shared with anyone      11:08:44
 4    that I don't want it shared with.  It will     11:08:48
 5    be private to me.                              11:08:50
 6         Q.   So -- so your understanding of       11:08:56
 7    private browsing is that it won't be           11:08:59
 8    shared with anyone that you don't want it      11:09:02
 9    shared with, correct?                          11:09:04
10             MR. LEE:  Objection to form.          11:09:06
11         A.   Yes, that -- that is my              11:09:09
12    understanding.  That I have control over       11:09:11
13    who it's shared with and -- and that --        11:09:14
14    that -- yeah, that -- that it's limited to     11:09:18
15    who I sort of affirm that it's going to --     11:09:20
16    to be shared with, yeah.                       11:09:24
17    BY MS. TREBICKA:                               11:09:24
18         Q.   And what's your understanding of     11:09:24
19    how you affirm this consent to share your      11:09:25
20    information?                                   11:09:30
21         A.   I think that I -- pardon me --       11:09:33
22    agree to share information when I accept       11:09:39
23    various terms of service or privacy            11:09:47
24    policies.  I think that in the case of --      11:09:50
25    I mean, I do most of my browsing on            11:09:55
```

Page 12

```
 1    Chrome, so when I think about private        11:09:59
 2    browsing, I think about the Incognito        11:10:01
 3    modem, that little splash screen that        11:10:06
 4    comes up and tells me what I'm sharing and   11:10:08
 5    opening Incognito is agreeing to that        11:10:10
 6    splash screen.                               11:10:15
 7         Q.    So if you're aware that your      11:10:17
 8    information is being shared with a           11:10:18
 9    particular party and you continue to         11:10:20
10    browse so that your information is shared,   11:10:24
11    that means that you understand your          11:10:26
12    information will be shared, correct?         11:10:29
13              MR. LEE:  Objection to form.       11:10:32
14         A.    I -- I'm -- I'm not sure I        11:10:34
15    understood that question.  Could you --      11:10:36
16    BY MS. TREBICKA:                             11:10:36
17         Q.    That was -- you're right.  That   11:10:37
18    was not a very good question.  Let me        11:10:39
19    withdraw it and ask you -- so you            11:10:41
20    mentioned Incognito browsing, right?         11:10:43
21         A.    Uh-huh.                           11:10:47
22         Q.    What do you understand -- and,    11:10:47
23    sorry.  Just one more thing, because the     11:10:47
24    court reporter will be taking down           11:10:50
25    everything that we say, while in common      11:10:52
```

Page 13

```
 1    speech, it -- it's all right and I           11:10:56
 2    understand what you mean when you say         11:10:59
 3    uh-huh or something that's not verbal.        11:11:01
 4    Please do verbalize your answers for the      11:11:04
 5    court reporter.                               11:11:07
 6         A.    I may require reminders, but       11:11:07
 7    I'll certainly try.                           11:11:10
 8         Q.    I will remind you.                 11:11:11
 9              So you -- earlier you talked        11:11:12
10    about private -- about Incognito, correct?    11:11:14
11         A.    I did, yes.                        11:11:19
12         Q.    So you do browsing in Incognito,   11:11:20
13    correct?                                      11:11:22
14         A.    Yes.                               11:11:22
15         Q.    Do you continue to browse in       11:11:23
16    Incognito today?                              11:11:25
17         A.    Occasionally, yes.                 11:11:25
18         Q.    How often, presently, how often    11:11:28
19    do you browse?                                11:11:32
20         A.    That I wouldn't be able to tell    11:11:33
21    you.  I don't particularly keep track.        11:11:36
22    Certainly -- yeah, I don't think I could      11:11:40
23    say with specificity.  It comes in fits       11:11:46
24    and bursts.  You know, sometimes I might      11:11:49
25    spend several hours browsing multiple days    11:11:52
```

Page 14

```
 1    in a week and sometimes I might go weeks        11:11:58

 2    without opening it.                             11:12:01

 3         Q.    And when you say "it," you mean      11:12:02

 4    Incognito?                                      11:12:04

 5         A.    I mean Incognito, yes.               11:12:05

 6         Q.    Understood.  Have you changed        11:12:06

 7    your browsing behavior on Incognito since       11:12:07

 8    the filing of this lawsuit?                     11:12:10

 9         A.    I have wanted to.  I may have        11:12:12

10    some, but I felt that it would be best to       11:12:16

11    try to continue my behavior as sort of          11:12:20

12    normally as possible.  I'm not sure how         11:12:24

13    effective that is with sort of the -- the       11:12:29

14    awareness and thinking about this more.         11:12:34

15    But it's been -- it's been roughly pretty       11:12:35

16    similar.                                        11:12:40

17         Q.    You say you -- that you have         11:12:40

18    tried to -- or you said that you -- it          11:12:43

19    would be best to try to continue your           11:12:47

20    behavior as normal.                             11:12:48

21             What do you mean by that?              11:12:51

22         A.    Yeah.  So when -- when this          11:12:52

23    lawsuit is over, I will probably quit           11:12:53

24    using Chrome altogether, but I have felt        11:12:58

25    that for -- you know, I've been advised by      11:13:03
```

Page 15

| | | |
|---|---|---|
| 1 | my attorneys -- | 11:13:08 |
| 2 | MR. LEE:  Hold on.  Hold on. | 11:13:09 |
| 3 | So let me just give you a quick | 11:13:11 |
| 4 | instruction.  It is -- in these | 11:13:14 |
| 5 | depositions, you should not reveal any | 11:13:16 |
| 6 | communications you've had with your | 11:13:18 |
| 7 | attorneys. | 11:13:20 |
| 8 | THE WITNESS:  Okay. | 11:13:20 |
| 9 | MR. LEE:  So if you can answer | 11:13:21 |
| 10 | this question without revealing any | 11:13:22 |
| 11 | communications that you've had with | 11:13:23 |
| 12 | any of your attorneys, happy for you | 11:13:24 |
| 13 | to do that; if you can't, then don't | 11:13:29 |
| 14 | answer the question. | 11:13:30 |
| 15 | THE WITNESS:  Okay. | 11:13:31 |
| 16 | A.    But, yeah.  So it -- it has | 11:13:32 |
| 17 | seemed as though continuing to behave as | 11:13:33 |
| 18 | normally as possible until the end of the | 11:13:37 |
| 19 | lawsuit is what would make the most sense. | 11:13:40 |
| 20 | BY MS. TREBICKA: | 11:13:40 |
| 21 | Q.    And what do you understand by | 11:13:46 |
| 22 | the term "Incognito browsing"? | 11:13:47 |
| 23 | A.    I understand it to mean -- well, | 11:13:51 |
| 24 | first of all, what Google tells me it | 11:13:53 |
| 25 | means when I open it and there's this | 11:13:56 |

Page 16

```
 1    splash screen, I understand it to mean        11:13:59
 2    that my information is -- that -- that my      11:14:02
 3    browsing information is going to be            11:14:07
 4    private, that it's not going to be             11:14:10
 5    recorded by Google, that it is, you know,      11:14:12
 6    a level of affirmative anonymity when I am     11:14:18
 7    browsing.                                      11:14:26
 8         Q.   You used the term affirmative        11:14:34
 9    and anonymity, correct?                        11:14:37
10         A.   I did, yes.                          11:14:39
11         Q.   And "anonymity" means someone        11:14:40
12    not knowing your identity, correct?            11:14:42
13         A.   Or my behavior, things that can      11:14:45
14    be used to identify things that are -- are     11:14:47
15    just things that I'm doing that are --         11:14:51
16    that are me, that are my behavior and that     11:14:53
17    I might not want shared.                       11:14:56
18         Q.   Okay.  And by that, you              11:14:58
19    understand things that are linked to you       11:14:59
20    as an individual, correct?                     11:15:00
21              MR. LEE:  Objection to form.         11:15:03
22         A.   Things that are linked to me as      11:15:05
23    an individual or my behavior, my property,     11:15:07
24    things that I own, you know, my Internet       11:15:12
25    connections, things like that, yep.           11:15:15
```

Page 17

```
 1    BY MS. TREBICKA:                        11:15:15
 2        Q.    Well, let's take that one step  11:15:18
 3    at a time.  Your concern with the        11:15:20
 4    affirmative anonymity that -- that you   11:15:22
 5    seek is that if you don't have the       11:15:25
 6    affirmative anonymity, then someone will 11:15:28
 7    know that William Byatt is doing         11:15:30
 8    something, someone will know             11:15:32
 9    William Byatt's behavior, correct?       11:15:34
10        A.    Well, that is one of my        11:15:36
11    concerns.  That is not my only concern.  11:15:37
12    Affirmative anonymity is not the only    11:15:41
13    thing that I'm looking for in Incognito  11:15:46
14    mode.                                    11:15:47
15        Q.    But "affirmative" -- when you --  11:15:48
16    when you say "affirmative anonymity," it's  11:15:50
17    linked to your identity as William Byatt,  11:15:52
18    correct?                                 11:15:55
19            MR. LEE:  Objection to form,     11:15:55
20        asked and answered.                  11:15:56
21        A.    So I think that -- that        11:15:57
22    affirmative anonymity means me and my    11:15:58
23    behavior and my property, yeah.          11:16:03
24    BY MS. TREBICKA:                         11:16:03
25        Q.    So let's take it one step at a 11:16:06
```

Page 18

| | | |
|---|---|---|
| 1 | time.  So you said "me, my behavior and my | 11:16:08 |
| 2 | property," correct? | 11:16:11 |
| 3 |     A.    I did.  I did not mean that list | 11:16:13 |
| 4 | to be necessarily exhaustive, but yes. | 11:16:15 |
| 5 |     Q.    Let's take it with those -- | 11:16:18 |
| 6 | well, actually, let me ask you:  What else | 11:16:21 |
| 7 | would fall under that list? | 11:16:24 |
| 8 |     A.    I don't think that I can | 11:16:27 |
| 9 | necessarily answer that off the cuff.  I | 11:16:28 |
| 10 | haven't, you know, enumerated a specific | 11:16:31 |
| 11 | list of things that I expect.  I -- I'm | 11:16:35 |
| 12 | just trying to use Incognito to keep my | 11:16:37 |
| 13 | behavior private, that's all. | 11:16:41 |
| 14 |     Q.    There's two concepts here that | 11:16:42 |
| 15 | I'm trying to explore with you.  The first | 11:16:44 |
| 16 | is what falls under the information that | 11:16:46 |
| 17 | you want to keep private and the second | 11:16:49 |
| 18 | is, what does it mean for that information | 11:16:52 |
| 19 | to be anonymous; do you understand? | 11:16:55 |
| 20 |       So I'm trying to keep those two | 11:17:00 |
| 21 | separate; do you understand that? | 11:17:01 |
| 22 |     A.    Sure.  I understand what you're | 11:17:02 |
| 23 | saying, yes. | 11:17:04 |
| 24 |     Q.    Right.  So the -- so the first | 11:17:04 |
| 25 | is, you know, all the types of information | 11:17:05 |

Page 19

```
 1    that you believe should be kept private        11:17:08
 2    when you are browsing in Incognito.  So --     11:17:10
 3    so that's one.                                 11:17:15
 4            So what I'm -- and -- and if you       11:17:16
 5    could let me know, what are the types of       11:17:19
 6    information that you believe should be         11:17:21
 7    kept private when you are browsing in          11:17:22
 8    Incognito, that would be helpful.              11:17:25
 9       A.    Well, I just think that               11:17:27
10    Incognito mode should do the things that       11:17:29
11    Google has told me it's going to do in --      11:17:32
12    in the privacy policies and in that splash     11:17:35
13    screen.  If you'd like to pull those up        11:17:39
14    and look at those, I can -- I can read         11:17:41
15    them to you, for the things that I think       11:17:44
16    that it should be doing, what I think it       11:17:46
17    should be doing, what Google is telling me     11:17:48
18    it should be doing.                            11:17:50
19       Q.    We will be looking at the             11:17:51
20    documents in particular, but I'm trying to     11:17:52
21    get your understanding of what you             11:17:54
22    believe, sitting here today, that is           11:17:55
23    information that should be kept private as     11:17:57
24    you are browsing in Incognito.                 11:17:59
25            Can you give me that information       11:18:01
```

Page 20

```
 1    without a reference to the documents right      11:18:03
 2    now?                                            11:18:06
 3        A.    At -- at -- at minimum, it would      11:18:07
 4    certainly be my -- all of my web browsing       11:18:08
 5    behavior.  So the sites that I go to, the       11:18:12
 6    things that I do on them, the -- the            11:18:14
 7    computers and connections that I do it          11:18:17
 8    with, you know, anything that -- that           11:18:20
 9    would sort of fall under the umbrella of        11:18:24
10    web browsing behavior that I did.               11:18:27
11        Q.    Anything else?                        11:18:31
12        A.    I don't know, probably.  But          11:18:33
13    that -- that is certainly the most obvious      11:18:35
14    bits.                                           11:18:43
15        Q.    Now, moving on to the second          11:18:46
16    concept, which was the concept of              11:18:48
17    anonymity that -- that you mentioned            11:18:50
18    earlier; do you recall that?                    11:18:51
19        A.    I do, yes.                            11:18:53
20        Q.    So what makes these -- these          11:18:54
21    types of information, these bits of             11:18:57
22    information, as you say -- as you said,         11:19:00
23    anonymous or non-anonymous according to         11:19:02
24    you?                                            11:19:06
25              MR. LEE:  Objection to form.          11:19:06
```

Page 21

```
 1        A.    I -- I -- I am, first of all,        11:19:10
 2    not 100 percent certain.  I am, by no          11:19:15
 3    means, you know, an expert in -- I don't       11:19:18
 4    know personally identifiable information       11:19:22
 5    or how those systems work, but I would         11:19:24
 6    think that, information that is about me,       11:19:28
 7    that is what I'm doing, is not anonymous       11:19:37
 8    if -- if they know that I'm doing              11:19:44
 9    something or that my property or my            11:19:46
10    computers or my Internet connections are       11:19:49
11    doing something, that I -- that doesn't        11:19:50
12    seem anonymous.                                11:19:53
13    BY MS. TREBICKA:                               11:19:53
14        Q.    And it's fair to say, Mr. Byatt,     11:20:14
15    that maintaining the privacy of your           11:20:16
16    information is important to you while          11:20:18
17    you're browsing the Internet?                  11:20:19
18        A.    Yes.  You know, I do voluntarily     11:20:21
19    share information at times.  So it's not,      11:20:28
20    you know an absolute at all times.  But I      11:20:34
21    think, you know, sort of perhaps more than     11:20:37
22    privacy, which is important, is consent to     11:20:40
23    what information is being shared.  I want      11:20:44
24    to know with what of my information is         11:20:46
25    being shared and I want to agree to that       11:20:48
```

Page 22

| | | |
|---|---|---|
| 1 | information being shared. | 11:20:50 |
| 2 | Q.    How -- what steps do you take to | 11:20:55 |
| 3 | know that certain information is -- about | 11:20:58 |
| 4 | you is being shared when you browse? | 11:21:00 |
| 5 | A.    I -- as a -- as a rule, I tend | 11:21:03 |
| 6 | to read, you know, privacy policies, terms | 11:21:06 |
| 7 | of service, things like that.  I -- I | 11:21:10 |
| 8 | actually think about when -- when a | 11:21:14 |
| 9 | website asks me what they can track or | 11:21:17 |
| 10 | what they're going to put on my computer, | 11:21:20 |
| 11 | I do think about what was, you know, | 11:21:24 |
| 12 | default to hitting okay all the time. | 11:21:27 |
| 13 | So -- so yeah, I think it's -- | 11:21:30 |
| 14 | it's -- you know, that sort of thing, | 11:21:33 |
| 15 | paying attention to what is being | 11:21:34 |
| 16 | represented to me as being shared and | 11:21:36 |
| 17 | thinking about whether or not I want that | 11:21:38 |
| 18 | shared. | 11:21:40 |
| 19 | Q.    And do you -- would you agree | 11:21:49 |
| 20 | that you take careful precautions to | 11:21:50 |
| 21 | protect your privacy online? | 11:21:53 |
| 22 | A.    I wouldn't use the word | 11:21:55 |
| 23 | "careful" or -- I'm not even sure I would | 11:21:56 |
| 24 | use the word necessarily "precautions."  I | 11:22:01 |
| 25 | would say that I am aware of and -- and | 11:22:03 |

Page 23

```
 1    cognizant of what I am consenting to          11:22:06

 2    share, yeah.                                  11:22:09

 3        Q.   When you browse the web, are you     11:22:11

 4    generally aware that websites display ads?    11:22:32

 5        A.   Yes, certainly.                       11:22:37

 6        Q.   You've seen those ads, right?         11:22:38

 7        A.   Yeah.  I've definitely seen ads,     11:22:40

 8    yeah.                                         11:22:42

 9        Q.   Do you ever click on the ads?        11:22:43

10        A.   I do.                                11:22:45

11        Q.   Do you get some value out of         11:22:46

12    clicking out of some ads?                     11:22:48

13        A.   I do, yeah.                          11:22:50

14        Q.   What's the value that you get?       11:22:51

15    Tell me about it.                             11:22:53

16        A.   I -- I enjoy getting new             11:22:55

17    products and services that I maybe hadn't     11:23:02

18    been aware of.  I think finding, you know,    11:23:04

19    new brands or new information or new          11:23:08

20    content that -- that appeals to me is         11:23:12

21    nice.                                         11:23:14

22        Q.   What else do you like about          11:23:14

23    seeing those ads?                             11:23:16

24        A.   I don't know.  That -- sometimes     11:23:22

25    the ads are for sales.  I like sales.         11:23:25
```

Page 24

| | | |
|---|---|---|
| 1 | Q.    Who doesn't? | 11:23:28 |
| 2 | A.    Yeah. | 11:23:29 |
| 3 | Q.    And you're also aware that | 11:23:44 |
| 4 | websites also use certain services to | 11:23:46 |
| 5 | display those ads, right? | 11:23:47 |
| 6 | A.    I am, yes. | 11:23:50 |
| 7 | Q.    In other words, The New York | 11:23:51 |
| 8 | Times -- do you frequent The New York | 11:23:53 |
| 9 | Times? | 11:23:56 |
| 10 | A.    I do.  I visit The New York | 11:23:56 |
| 11 | Times.  I don't know if there's | 11:23:58 |
| 12 | distinctions around the word "frequent," | 11:23:59 |
| 13 | but I definitely visit and go to The New | 11:24:01 |
| 14 | York Times website, yeah. | 11:24:05 |
| 15 | Q.    That was an unnecessarily fancy | 11:24:05 |
| 16 | word on my part.  We can agree then that | 11:24:09 |
| 17 | you visit The New York Times website | 11:24:11 |
| 18 | online? | 11:24:12 |
| 19 | A.    Yes, absolutely. | 11:24:13 |
| 20 | Q.    And you see that The New York | 11:24:14 |
| 21 | Times sometimes displays ads to you when | 11:24:16 |
| 22 | you visit, correct? | 11:24:18 |
| 23 | A.    I do, yeah. | 11:24:19 |
| 24 | Q.    And you understand that those | 11:24:20 |
| 25 | ads may be powered by entities other than | 11:24:21 |

Page 25

```
 1    The New York Times, right?                11:24:24

 2         A.    I understand that some of them  11:24:27

 3    may be, yes.                               11:24:28

 4         Q.    And you understand that some of 11:24:30

 5    them may be powered by Google?             11:24:31

 6         A.    Yes.  Well, let me just say that 11:24:34

 7    I -- I can't say specifically whether I    11:24:38

 8    know that to be true for The New York      11:24:40

 9    Times.  You know, I know that The New York 11:24:42

10    Times sells ads directly so I don't know.  11:24:46

11    I can't, you know, specifically recall      11:24:50

12    having seen Google-powered ads on The New   11:24:52

13    York Times, but I do know that happens in   11:24:55

14    general.                                    11:24:58

15         Q.    Right.  So you said that you     11:24:59

16    know that New York Times sells ads          11:25:00

17    directly.  Tell me about -- tell me what    11:25:02

18    you know about any web publisher selling    11:25:05

19    ads on their websites?                      11:25:11

20         A.    Not a lot.  I know that for some 11:25:13

21    of those web publishers, you can pay them   11:25:18

22    to put up advertising images and copy like  11:25:24

23    old school newspapers, you know.  Yeah, I   11:25:27

24    don't know too much about the details of    11:25:31

25    those processes.                            11:25:34
```

Page 26

```
 1        Q.    And -- and do you also          11:25:36
 2   understand that the ads that are shown may  11:25:37
 3   depend on information that The New York      11:25:41
 4   Times may know about you?  For example,      11:25:43
 5   you know, what websites you visited before   11:25:46
 6   The New York Times?                          11:25:47
 7        A.    Well, I -- I can't speculate as   11:25:49
 8   to, you know, targeting implementations at   11:25:51
 9   The New York Times, but I certainly          11:25:55
10   understand that that kind of thing is of     11:25:58
11   value to advertisers.  Advertisers want to   11:26:02
12   do that.  I have no idea if New York Times   11:26:06
13   specifically is doing that.                  11:26:08
14        Q.    I don't mean to limit it to The   11:26:09
15   New York Times specifically.                 11:26:16
16        A.    Yeah.                             11:26:16
17        Q.    Generally speaking on the web,    11:26:16
18   you understand that there's advertisement    11:26:18
19   that's shown and that it may also be shown   11:26:20
20   on the basis of certain characteristics      11:26:25
21   that they know about the users who those     11:26:28
22   ads are displayed to?                        11:26:30
23        A.    Yeah --                           11:26:32
24        MR. LEE:  Hold on.  Are these           11:26:32
25     questions directed towards when a user     11:26:35
```

Page 27

| | | |
|---|---|---|
| 1 | is not in Incognito mode or in | 11:26:36 |
| 2 | Incognito mode or both? | 11:26:38 |
| 3 | MS. TREBICKA:  I'm speaking | 11:26:40 |
| 4 | generally here about Mr. Byatt | 11:26:41 |
| 5 | visiting the web. | 11:26:44 |
| 6 | MR. LEE:  I don't know what that | 11:26:46 |
| 7 | means.  Mr. Byatt visits the Internet | 11:26:47 |
| 8 | in non-Incognito mode and in Incognito | 11:26:52 |
| 9 | mode.  So when you say generally, I | 11:26:55 |
| 10 | don't know what that means. | 11:26:57 |
| 11 | MS. TREBICKA:  Well, why don't | 11:26:59 |
| 12 | we ask Mr. Byatt. | 11:27:00 |
| 13 | BY MS. TREBICKA: | 11:27:00 |
| 14 | Q.    Mr. Byatt, do you need the | 11:27:01 |
| 15 | question read back to you? | 11:27:04 |
| 16 | A.    At this point, I would love it | 11:27:07 |
| 17 | read back to me. | 11:27:08 |
| 18 | Q.    I can do that.  Generally | 11:27:10 |
| 19 | speaking on the web, you understand that | 11:27:12 |
| 20 | there are certain advertisements that may | 11:27:13 |
| 21 | be shown on the basis of certain | 11:27:15 |
| 22 | characteristics that the advertisers or | 11:27:17 |
| 23 | the website knows about the user; is that | 11:27:20 |
| 24 | right? | 11:27:23 |
| 25 | MR. LEE:  Objection to form. | 11:27:24 |

Page 28

```
 1        A.    Yeah.  In the -- in the broad        11:27:25
 2   sense, I do know that that is certainly          11:27:27
 3   something that happens, yes.                     11:27:29
 4   BY MS. TREBICKA:                                 11:27:29
 5        Q.    You mentioned earlier that you        11:27:55
 6   also try to review or generally review           11:27:58
 7   privacy policies of the websites that you        11:28:03
 8   go to.  Do you recall that testimony?            11:28:05
 9        A.    I do, yes.                            11:28:07
10        Q.    And The New York Times is a           11:28:08
11   website that you sometimes visit; is that        11:28:11
12   right?                                           11:28:13
13        A.    It is.                                11:28:14
14        Q.    Is Twitter another of those          11:28:14
15   websites that you sometimes visit?               11:28:17
16        A.    Yes.                                  11:28:18
17        Q.    Is it fair to say that you've         11:28:21
18   read their privacy policies?                     11:28:23
19        A.    I'm certain that I have, yes.         11:28:25
20   Yeah, I'm sure I have.                           11:28:28
21        Q.    Do you recall when?                   11:28:31
22        A.    No, not with specificity.  I         11:28:34
23   certainly would have read the Twitter            11:28:37
24   privacy policy at minimum when I created a       11:28:41
25   Twitter account, although I don't remember       11:28:44
```

Page 29

```
 1    when that would have been.  I suppose the        11:28:46
 2    same would probably be true for The New          11:28:48
 3    York Times.  I do recall having seen The         11:28:53
 4    New York Times, the little GDPR notice           11:28:59
 5    that comes up a few times, you know,             11:29:03
 6    pretty frequently, but more details and          11:29:05
 7    dates, I couldn't -- I couldn't tell you.        11:29:08
 8         Q.    Would you be able to narrow it        11:29:12
 9    down to a range for me?  Let's start with        11:29:13
10    The New York Times when you may have             11:29:16
11    reviewed the privacy policy, a date range?       11:29:18
12         A.    Yeah, I probably could figure it      11:29:24
13    out with time, but, no, I -- I wouldn't be       11:29:29
14    able to remember.  Yeah, I've been -- I've       11:29:31
15    been -- you know, on the Internet for as         11:29:34
16    long as I can remember.  So I certainly          11:29:37
17    couldn't remember when I first started           11:29:40
18    going to The New York Times and first            11:29:41
19    started looking at their -- their privacy        11:29:43
20    policy.                                          11:29:46
21              I have -- you know, when I get         11:29:47
22    e-mails saying that terms of service or          11:29:50
23    privacy policies are updated, as a rule, I       11:29:53
24    tend to review those as well, but again, I       11:29:56
25    couldn't tell you exactly when that would        11:29:59
```

Page 30

```
 1    have happened for either of those two         11:30:01
 2    websites.                                      11:30:04
 3         Q.    You mentioned the GDPR notice;      11:30:04
 4    do you recall that testimony?                  11:30:08
 5         A.    I do.                                11:30:09
 6         Q.    What did you mean by that?           11:30:09
 7         A.    A bunch of websites have like a      11:30:11
 8    little pop-up that comes up that has like      11:30:14
 9    notifications about cookies and data and       11:30:15
10    privacy stuff.                                 11:30:18
11         Q.    Okay.                                11:30:19
12         A.    And that -- that's -- that's the    11:30:20
13    notice that -- it is my understanding that    11:30:21
14    it exists because of some European laws.      11:30:24
15         Q.    I'd like to mark as Exhibit 1 --    11:30:34
16    actually, let me stop there.                   11:30:36
17              MS. TREBICKA:  This is the first     11:30:39
18         deposition of plaintiffs so I don't       11:30:40
19         need to stop.  Let's just mark as         11:30:42
20         Exhibit 1, tab 38, Tracy.                 11:30:43
21              MR. LEE:  So I don't mean to         11:30:54
22         interrupt, Viola, but this is            11:30:56
23         Mr. Byatt's first time being deposed     11:30:57
24         and certainly his first time being       11:30:59
25         deposed remotely, so I just wanted to    11:31:01
```

Veritext Legal Solutions
866 299-5127

```
1      let him know that when you mark a          11:31:03
2      deposition exhibit, it should show up      11:31:05
3      in his Exhibit Share, which he, I          11:31:07
4      believe he has up on his -- on his         11:31:11
5      computer.  And if you hit refresh, I       11:31:18
6      think that what's been marked as           11:31:22
7      Exhibit 1 should -- should be visible      11:31:24
8      to you, Mr. Byatt.                         11:31:26
9           THE WITNESS:  I see it now.           11:31:27
10          MR. LEE:  I encourage you to          11:31:28
11     open them and make sure that they work     11:31:30
12     and you're able to read them before we     11:31:33
13     move on.                                   11:31:35
14          (Exhibit 1, Screenshot, marked        11:31:35
15     for identification.)                       11:31:38
16          THE WITNESS:  I have opened it        11:31:38
17     and I can see it.                          11:31:39
18          MR. LEE:  Okay.                       11:31:41
19 BY MS. TREBICKA:                               11:31:41
20     Q.   All right.  Thank you.                11:31:42
21          Mr. Byatt, you'll be a pro by         11:31:43
22 the end of this.  So you see this              11:31:45
23 screenshot that was taken of the cookie        11:31:52
24 banner?                                        11:31:54
25     A.   This screenshot that was taken        11:31:56
```

Page 32

| | | |
|---|---|---|
| 1 | on the cookie banner, I -- so I see | 11:31:58 |
| 2 | several screenshots here, maybe one really | 11:32:01 |
| 3 | long screenshot, yeah.  By the cookie | 11:32:03 |
| 4 | banner, you're referring to this thing at | 11:32:08 |
| 5 | the bottom of page 1 of the document? | 11:32:10 |
| 6 | Q.    Correct. | 11:32:14 |
| 7 | A.    Okay.  I do see this, yes. | 11:32:15 |
| 8 | Q.    Do you see that?  I'm calling it | 11:32:16 |
| 9 | cookie banner.  You can call it a cookie | 11:32:18 |
| 10 | pop-up.  Do you see a little X in the | 11:32:21 |
| 11 | lower left corner? | 11:32:25 |
| 12 | A.    I do. | 11:32:26 |
| 13 | Q.    And do you -- when you mentioned | 11:32:27 |
| 14 | a GDPR notice pop-up, I believe you called | 11:32:30 |
| 15 | it, is this what you were referring to? | 11:32:33 |
| 16 | A.    This would be similar to it, | 11:32:36 |
| 17 | yes.  This is sort of roughly, generally | 11:32:39 |
| 18 | the kind of thing that I was talking | 11:32:41 |
| 19 | about, yes. | 11:32:43 |
| 20 | Q.    And if there's any differences | 11:32:43 |
| 21 | between what you were talking about and | 11:32:47 |
| 22 | this, can you describe them for me? | 11:32:50 |
| 23 | A.    No, certainly not.  I don't know | 11:32:52 |
| 24 | if there are specifics that are compliant | 11:32:54 |
| 25 | with certain regulatory bodies.  Yeah, | 11:32:58 |

Page 33

| | | |
|---|---|---|
| 1 | I -- I've -- I would not be able to point | 11:33:01 |
| 2 | to specific differences, but -- but I | 11:33:04 |
| 3 | could tell you that this is the kind of | 11:33:08 |
| 4 | thing that I had in mind. | 11:33:09 |
| 5 | Q.   And that's what I was asking | 11:33:11 |
| 6 | about. | 11:33:12 |
| 7 | A.   Yeah. | 11:33:13 |
| 8 | Q.   It's generally the kind of thing | 11:33:13 |
| 9 | that you had in mind, right? | 11:33:16 |
| 10 | A.   Yes. | 11:33:17 |
| 11 | Q.   When you encounter these pop-ups | 11:33:17 |
| 12 | on websites, what do you do? | 11:33:22 |
| 13 | A.   Well, that's pretty broad, but | 11:33:26 |
| 14 | generally speaking, I read them.  If they | 11:33:27 |
| 15 | have preferences option, like this does | 11:33:33 |
| 16 | here, I may click that and look at what | 11:33:36 |
| 17 | they are.  If I have no objections to | 11:33:38 |
| 18 | anything that a site is doing, it could be | 11:33:44 |
| 19 | accepted.  I think -- I think generally | 11:33:49 |
| 20 | the thing is that I read it and make | 11:33:50 |
| 21 | decisions. | 11:33:52 |
| 22 | Q.   Understood.  Do you also see how | 11:33:53 |
| 23 | the "Find out more here" phrase is | 11:33:56 |
| 24 | underlined at the end of that paragraph? | 11:34:00 |
| 25 | A.   I do. | 11:34:03 |

Page 34

| | | |
|---|---|---|
| 1 | Q.    And we're on page 1 still? | 11:34:04 |
| 2 | A.    That's right. | 11:34:07 |
| 3 | Q.    Do you see that -- does this | 11:34:07 |
| 4 | indicate to you that it's some hyperlink | 11:34:11 |
| 5 | that links to a different web page? | 11:34:14 |
| 6 | A.    Yes, it does. | 11:34:18 |
| 7 | Q.    When you see these types of | 11:34:19 |
| 8 | hyperlinks that link to different web | 11:34:21 |
| 9 | pages, do you click on them to follow | 11:34:25 |
| 10 | them? | 11:34:27 |
| 11 | A.    Yeah, sometimes.  A little more | 11:34:27 |
| 12 | than sometimes probably.  Yeah, I | 11:34:30 |
| 13 | definitely do occasionally. | 11:34:31 |
| 14 | Q.    And when you do -- is there a | 11:34:33 |
| 15 | difference between the times that you do | 11:34:35 |
| 16 | and the times that you don't? | 11:34:36 |
| 17 | A.    Based on how I'm feeling about | 11:34:40 |
| 18 | sharing information at the moment, really. | 11:34:41 |
| 19 | You know, if I'm feeling like I want all | 11:34:43 |
| 20 | of the information shared, I may, you | 11:34:47 |
| 21 | know -- I may not.  If I have read it | 11:34:53 |
| 22 | before and remember, I may not.  Yeah, | 11:34:57 |
| 23 | it -- it would be sort of in the moment, I | 11:35:03 |
| 24 | suppose. | 11:35:06 |
| 25 | Q.    Have you grown more privacy | 11:35:08 |

Page 35

```
 1    conscious over time?                      11:35:11
 2         A.    Can we narrow a time frame?  I  11:35:13
 3    was born once and had no privacy          11:35:15
 4    consciousness.                            11:35:18
 5         Q.    Very fair.  Since 2016 and on,  11:35:18
 6    you were an adult in 2016, correct?       11:35:22
 7         A.    I was, yes.                     11:35:24
 8         Q.    Yeah.  I haven't asked your age, 11:35:25
 9    but I'm -- I'm just assuming.             11:35:27
10         A.    Yes.  I -- I was an adult, yeah. 11:35:30
11    I would -- I would -- I would not say that 11:35:32
12    my privacy consciousness has increased    11:35:34
13    particularly in adulthood.  I would say   11:35:38
14    that I've maintained, you know, a level of 11:35:42
15    consciousness, yeah.                      11:35:46
16         Q.    So I'm trying to -- to          11:35:48
17    understand your answer that you gave      11:35:50
18    earlier, which is that you -- you click on 11:35:51
19    these hyperlinks, depending on or based on 11:35:57
20    how you're feeling about privacy at that  11:36:01
21    moment.  So that's what I was trying to   11:36:04
22    understand.  So -- so help me understand  11:36:06
23    what you mean -- meant by that answer.    11:36:07
24         A.    Well, I -- I could mean all     11:36:09
25    kinds of things.  I don't know if I can,  11:36:10
```

Page 36

| | | |
|---|---|---|
| 1 | here, under oath, determine the -- the | 11:36:16 |
| 2 | sort of vagaries of human experience, but | 11:36:18 |
| 3 | I can certainly say that there are some | 11:36:22 |
| 4 | entities that I may feel differently about | 11:36:28 |
| 5 | sharing some information with them. | 11:36:32 |
| 6 | There may be computer systems | 11:36:35 |
| 7 | that I'm using that I feel differently | 11:36:40 |
| 8 | about privacy and -- and what I'm sharing. | 11:36:44 |
| 9 | Yeah, I -- I can't point to, you know, | 11:36:49 |
| 10 | everything that goes into it on any | 11:36:52 |
| 11 | particular decision. | 11:36:55 |
| 12 | Q.   Understood.  So -- understood. | 11:36:56 |
| 13 | So you mentioned the entities | 11:36:59 |
| 14 | that you'd be sharing the information with | 11:37:00 |
| 15 | and the computer systems, right? | 11:37:02 |
| 16 | A.   Yeah.  But, again, that's, you | 11:37:04 |
| 17 | know, non-exhaustive. | 11:37:06 |
| 18 | Q.   That's all you can think of | 11:37:09 |
| 19 | right now, correct? | 11:37:11 |
| 20 | A.   Sure, yes. | 11:37:12 |
| 21 | Q.   What do you mean by computer | 11:37:13 |
| 22 | systems? | 11:37:15 |
| 23 | A.   Like, literally which computer | 11:37:16 |
| 24 | I'm on. | 11:37:18 |
| 25 | Q.   Understood. | 11:37:20 |

Page 37

```
 1        A.    Or what network that computer is       11:37:21
 2   on.  So it may be my personal laptop, but        11:37:23
 3   the difference between at my house, at a          11:37:25
 4   friend's house, at Starbucks, et cetera.         11:37:27
 5        Q.    And how would you rate those          11:37:32
 6   different networks?  So let's say you're         11:37:35
 7   in your house on your computer, would that       11:37:38
 8   make you more likely to share certain            11:37:41
 9   information online?                              11:37:46
10        MR. LEE:  Objection to form,                11:37:48
11        compound, vague.                            11:37:49
12        A.    Yeah.  I don't -- I don't think       11:37:51
13   that it's -- I don't think that it's             11:37:53
14   like -- I don't know -- like rigid or            11:37:57
15   linear like that.  You know, I think I'm         11:38:00
16   sort of taking each situation as it comes        11:38:03
17   and -- and thinking about, you know,             11:38:06
18   whatever is -- is relevant to me at the          11:38:10
19   time.                                            11:38:13
20        So I don't think I can                      11:38:14
21   necessarily say that there's more or less        11:38:15
22   restrictiveness in my approach in -- in a        11:38:21
23   particular context.  Those are just              11:38:23
24   factors that I might think about.                11:38:26
25   BY MS. TREBICKA:                                 11:38:26
```

Page 38

```
 1        Q.    Let's say you are at Starbucks      11:38:28

 2   and you're browsing on your phone, how         11:38:30

 3   does that factor into your thinking about      11:38:33

 4   the restrictiveness in that context?          11:38:34

 5        A.    I -- I -- like I -- like I said,    11:38:39

 6   I don't know if I can say it in any kind       11:38:41

 7   of rigid or deterministic way.  You know,     11:38:45

 8   I'm -- I'm not a computer.  I just work       11:38:48

 9   with them.                                     11:38:50

10        So, you know, I might be                  11:38:51

11   thinking about what network that is --        11:38:53

12   what websites I'm going to -- how I want      11:39:02

13   that information shared.  I -- I -- yeah,      11:39:06

14   I -- that's way -- yeah.  I've got -- I       11:39:10

15   can't -- I can't say in specificity.  I'm    11:39:14

16   sorry.                                         11:39:16

17             THE WITNESS:  And I apologize to     11:39:16

18        the court reporter for stuttering all     11:39:18

19        over that one.                            11:39:20

20   BY MS. TREBICKA:                               11:39:20

21        Q.    In response to my question of       11:39:26

22   what would make you click on a Learn More     11:39:28

23   Link, for example, you mentioned computer     11:39:31

24   systems as one of the factors that you        11:39:33

25   would consider.  So I'm trying to figure      11:39:36
```

Page 39

| | | |
|---|---|---|
| 1 | out which way that would affect your | 11:39:37 |
| 2 | decision. | 11:39:40 |
| 3 | A.    Right.  So what I -- what I | 11:39:41 |
| 4 | meant by that was when I look at that | 11:39:43 |
| 5 | screen, I will consider my whole context | 11:39:46 |
| 6 | for how I feel at the moment about what I | 11:39:50 |
| 7 | want to share or what I want to know more | 11:39:53 |
| 8 | about before I share. | 11:39:55 |
| 9 | I can't say how individual | 11:39:57 |
| 10 | factors will interact with that thought | 11:39:59 |
| 11 | process in any kind of predictive way, but | 11:40:02 |
| 12 | I -- I am -- I just know that these are | 11:40:06 |
| 13 | the kind of things that I might think | 11:40:09 |
| 14 | about when coming to a particular | 11:40:12 |
| 15 | decision. | 11:40:14 |
| 16 | Q.    When I asked about what makes | 11:40:15 |
| 17 | you click on a Learn More Link, you also | 11:40:19 |
| 18 | mentioned you would consider the entity; | 11:40:23 |
| 19 | do you remember that answer? | 11:40:26 |
| 20 | A.    I do. | 11:40:27 |
| 21 | Q.    What did you mean by that? | 11:40:28 |
| 22 | A.    I would consider things like | 11:40:31 |
| 23 | what I already know about what the website | 11:40:38 |
| 24 | I'm going to, can or does or might do with | 11:40:43 |
| 25 | the information, how I feel about that | 11:40:48 |

Page 40

```
 1    entity.  One, that that would be, frankly,        11:40:53
 2    particularly relevant to me is how I would        11:40:56
 3    feel about my activity on that website            11:40:59
 4    being communicated to, I guess, other             11:41:06
 5    companies or other entities, you know,            11:41:13
 6    things like that.                                 11:41:15
 7         Q.    When you say other companies or        11:41:17
 8    other entities, what makes you think that         11:41:19
 9    it would be communicated to entities or           11:41:21
10    companies other than the website that you         11:41:24
11    visit?                                            11:41:26
12         A.    They often say so.  We also            11:41:28
13    share information about your use of site          11:41:30
14    with our social media advertising                 11:41:32
15    analytics partners is something that it           11:41:35
16    says on Exhibit 0001.  So if I were               11:41:37
17    interested in more information about that,        11:41:40
18    I might click that, you know.                     11:41:41
19         Q.    Do you also feel differently           11:41:46
20    about different entities having your              11:41:48
21    information?                                       11:41:50
22         A.    Do I feel differently about            11:41:53
23    different entities having my information?         11:41:54
24    I suppose, yes.                                    11:41:56
25         Q.    Are there any particular               11:41:58
```

Page 41

```
 1    entities that you just don't want to have      11:41:59
 2    your information for one reason or              11:42:01
 3    another?                                        11:42:04
 4         A.    Yeah, Breitbart.                     11:42:04
 5         Q.    Any others that come to mind?        11:42:06
 6         A.    That I -- that I just outright       11:42:09
 7    don't want to have my information at all?       11:42:11
 8    The Taliban, I don't want them to know          11:42:19
 9    anything about me, but for the thrust of        11:42:21
10    the question, no, not particularly that I       11:42:24
11    can think of.                                   11:42:26
12         Q.    What -- how do you feel about        11:42:27
13    Google having your information related to       11:42:30
14    your browsing?                                  11:42:33
15         A.    In general, having information       11:42:34
16    related to my browsing, I generally like,       11:42:36
17    right?  Like, I think that, in general,         11:42:41
18    it's able to, you know, improve my              11:42:44
19    browsing experience, certainly, when I          11:42:47
20    consent to it.  But I don't necessarily         11:42:51
21    want them to have all of my information         11:42:53
22    all of the time.                                11:42:56
23         Q.    You said you don't want them to      11:42:58
24    have all of your information all of the         11:43:09
25    time, and I'd like to ask you a couple of       11:43:11
```

Page 42

1    questions about your answer.  Okay?          11:43:13

2         A.    Sure, uh-huh.                      11:43:16

3         Q.    So when you say "I don't want      11:43:17

4    them to have all of my information," what     11:43:20

5    information do you want Google not to have    11:43:21

6    about you?                                    11:43:23

7         A.    Well, again, I think that that     11:43:24

8    could be pretty context-dependent.  I        11:43:27

9    think what's sort of more important is        11:43:30

10   because it's context-dependent, at any        11:43:34

11   particular moment, I would like to be in      11:43:37

12   control of what information that is.  When    11:43:41

13   I visit some site, I want to be able to       11:43:43

14   think about what information I'm going to     11:43:46

15   share with -- with Google in particular,      11:43:50

16   but anyone.                                   11:43:54

17            I want to be able to think about     11:43:56

18   what information I'm going to share, and I    11:43:58

19   want to be able to rely on what those         11:44:00

20   companies are telling me to make those        11:44:04

21   decisions.                                    11:44:07

22        Q.    You also said that you don't       11:44:09

23   want Google to have all the information       11:44:13

24   all of the time.  So I would like to          11:44:15

25   understand what you meant by "all of the      11:44:21

Page 43

```
 1   time."                                      11:44:22

 2       A.   I'm not sure -- sorry.             11:44:23

 3            THE WITNESS:  Were you going to     11:44:23

 4       say something?                          11:44:25

 5            MR. LEE:  Wasn't that the same     11:44:25

 6       question as the last question?  Asked   11:44:28

 7       and answered.                           11:44:29

 8       A.   Do I continue anyway?             11:44:32

 9   BY MS. TREBICKA:                            11:44:32

10       Q.   Yes.                              11:44:35

11       A.   So yeah, I don't think that I     11:44:35

12   meant anything in particular by "all the    11:44:39

13   time," except that, like, I don't          11:44:41

14   necessarily literally want all of my       11:44:44

15   behavior to be information that Google     11:44:46

16   has.                                       11:44:49

17       Q.   Mr. Byatt, you mentioned that     11:44:50

18   you work with computers.                   11:44:52

19            Do you -- what do you do for a     11:44:54

20   living?                                    11:44:56

21       A.   I'm a software developer.        11:44:57

22       Q.   What company do you work with,    11:44:59

23   if you work for a company?                 11:45:05

24       A.   Right now, my primary employer    11:45:07

25   is Kaufman Rossin, CPA.  They're an        11:45:11
```

Page 44

| | | |
|---|---|---|
| 1 | accounting firm and financial advisory | 11:45:15 |
| 2 | firm out of Miami here. | 11:45:18 |
| 3 | Q.    What do you do for them? | 11:45:22 |
| 4 | A.    I develop software. | 11:45:25 |
| 5 | Q.    Do you have a college degree? | 11:45:30 |
| 6 | A.    I do not. | 11:45:33 |
| 7 | Q.    How did you learn to develop | 11:45:34 |
| 8 | software? | 11:45:39 |
| 9 | A.    I -- I guess you would say that | 11:45:45 |
| 10 | I'm self-taught.  Ample resources to learn | 11:45:48 |
| 11 | to write software and then, you know, | 11:45:54 |
| 12 | really got good by doing it | 11:45:58 |
| 13 | professionally. | 11:46:04 |
| 14 | Q.    How long have you been doing it? | 11:46:04 |
| 15 | A.    Professionally, about ten years. | 11:46:06 |
| 16 | Had an idea what I was doing, maybe six | 11:46:21 |
| 17 | months. | 11:46:24 |
| 18 | Q.    So your testimony is that for | 11:46:32 |
| 19 | about ten years, you have been developing | 11:46:33 |
| 20 | software professionally? | 11:46:36 |
| 21 | A.    That's correct. | 11:46:37 |
| 22 | Q.    And by that, you mean you -- | 11:46:37 |
| 23 | you're being paid by others to develop | 11:46:39 |
| 24 | software for them, correct? | 11:46:41 |
| 25 | A.    That's correct. | 11:46:43 |

Page 45

```
 1        Q.    And what did you do before that?     11:46:43
 2        A.    Nothing.  I was a child.  I          11:46:47
 3   worked at a movie theater one summer.           11:46:53
 4        Q.    So your entire professional          11:46:56
 5   career, you have been a software               11:46:58
 6   developer?                                      11:46:59
 7        A.    That's correct.                      11:47:00
 8        Q.    Do you ever -- when you go on        11:47:07
 9   the Internet, do you ever look at the           11:47:09
10   underlying code of the website?                 11:47:11
11        A.    So that doesn't make a ton of        11:47:21
12   sense.  Most code on websites is               11:47:26
13   obfuscated.  I can look at the code, but        11:47:33
14   it's -- like humans can't read a lot of         11:47:40
15   it.  So I -- I have looked at some of that       11:47:41
16   on websites, but it -- that -- it's very         11:47:45
17   rare because I generally am a human who         11:47:48
18   can't read it.                                  11:47:52
19        Q.    You browse on Chrome, right?         11:47:54
20        A.    Yes.                                 11:47:57
21        Q.    Sometimes?                           11:47:58
22        A.    Yeah, yeah.  Primarily I'd say,      11:47:59
23   yeah.                                           11:48:02
24        Q.    Primarily.  Do you use any other     11:48:02
25   browsers?                                       11:48:04
```

Page 46

| | | |
|---|---|---|
| 1 | A.    I -- I have used other browsers, | 11:48:05 |
| 2 | but the vast majority of my -- my browsing | 11:48:07 |
| 3 | is -- is on Chrome.  If I -- if I use | 11:48:12 |
| 4 | other browsers, it's for things like, you | 11:48:15 |
| 5 | know, testing things that I'm working on. | 11:48:17 |
| 6 | Q.    Understood.  And what other | 11:48:20 |
| 7 | browsers do you use for -- to test things | 11:48:21 |
| 8 | that you're working on? | 11:48:24 |
| 9 | A.    All of them.  I have used all of | 11:48:25 |
| 10 | them.  But, you know, for some of these | 11:48:28 |
| 11 | we're talking about, I've opened, you | 11:48:30 |
| 12 | know, three times in -- in, you know, the | 11:48:32 |
| 13 | past ten years.  I would say that probably | 11:48:35 |
| 14 | Firefox and Edge or Internet Explorer | 11:48:39 |
| 15 | before Edge would be the ones that have | 11:48:42 |
| 16 | gotten any other significant usage. | 11:48:46 |
| 17 | Q.    On Chrome, are you aware of | 11:48:48 |
| 18 | developer tools, that option? | 11:48:53 |
| 19 | A.    I am, yes. | 11:48:55 |
| 20 | Q.    Have you ever looked at that | 11:48:57 |
| 21 | when you go on the Internet and browse a | 11:48:58 |
| 22 | site? | 11:49:00 |
| 23 | A.    I can't say with specificity. | 11:49:06 |
| 24 | Have I ever?  Probably.  It's not | 11:49:10 |
| 25 | something I make any kind of habit of. | 11:49:12 |

Page 47

```
1        Q.    What does it tell you if you go      11:49:15
2    to the developer tools on the particular       11:49:16
3    website, generally speaking?                    11:49:20
4        A.    A lot.  You can -- you can get        11:49:22
5    all kinds of -- that's -- that's very,          11:49:25
6    very broad.                                      11:49:27
7        Q.    Does it tell you where your --        11:49:29
8    let me back up.                                  11:49:33
9             Does it tell you what types of         11:49:34
10   services the website uses?                       11:49:37
11       A.    Some of them.  It -- it can tell      11:49:41
12   you some of them.  It -- there's no              11:49:44
13   mechanism for it to tell you everything.         11:49:47
14   There's also no mechanism for it to tell         11:49:50
15   you what some of those services that it          11:49:53
16   can tell you about is doing with any             11:49:57
17   information that it gets.                         11:49:59
18       Q.    Does it show what -- whether          11:50:01
19   your information is being sent to another       11:50:05
20   domain?                                          11:50:08
21       A.    It can.  It -- again, it's the        11:50:09
22   same answer as the last one.  It -- it can      11:50:12
23   show you some of that information.  It is        11:50:15
24   not the only way.  There are ways that one      11:50:18
25   can share information that would not            11:50:22
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | appear in developer tools, and developer | 11:50:24 |
| 2 | tools does not have a way of telling me | 11:50:26 |
| 3 | what happens when the information gets | 11:50:28 |
| 4 | over there. | 11:50:29 |
| 5 | Q.   Have you ever looked at | 11:50:32 |
| 6 | developer tools while you've been in an | 11:50:33 |
| 7 | Incognito browsing session? | 11:50:36 |
| 8 | A.   Again, I -- I can't point to | 11:50:37 |
| 9 | ever having done it specifically.  That | 11:50:40 |
| 10 | one, I can't even say that I probably | 11:50:44 |
| 11 | have.  I -- I really don't know, but I | 11:50:48 |
| 12 | certainly don't remember. | 11:50:50 |
| 13 | MS. TREBICKA:  James -- or | 11:51:19 |
| 14 | Mr. Lee or Mr. Byatt, I'm about to go | 11:51:19 |
| 15 | on a line of questioning that will | 11:51:22 |
| 16 | take about 20 minutes or so.  Do you | 11:51:24 |
| 17 | want to take a break now or after that | 11:51:26 |
| 18 | line of questioning? | 11:51:28 |
| 19 | MR. LEE:  Yeah, let's take a | 11:51:29 |
| 20 | break now. | 11:51:30 |
| 21 | MS. TREBICKA:  Okay.  Let's do | 11:51:31 |
| 22 | that. | 11:51:32 |
| 23 | THE VIDEOGRAPHER:  Going off the | 11:51:32 |
| 24 | record.  The time is 1:51 a.m. -- | 11:51:33 |
| 25 | 11:51 a.m. | 11:51:54 |

Page 49

```
 1              (Whereupon, a brief recess is        12:01:16
 2       taken.)                                     12:01:38
 3              THE VIDEOGRAPHER:  Back on the        12:01:38
 4       record.  The time is 12:01 p.m.             12:01:52
 5   BY MS. TREBICKA:                                 12:01:52
 6       Q.    Good morning, Mr. Byatt, again.       12:01:57
 7       A.    Good morning.                          12:02:00
 8       Q.    Just a quick reminder that you        12:02:01
 9   are still under oath; you understand that?       12:02:03
10       A.    I do understand that, yes.            12:02:05
11       Q.    Earlier, you testified about          12:02:07
12   visiting The New York Times on occasion;         12:02:14
13   do you remember that?                            12:02:16
14       A.    I do, yes.                            12:02:17
15       Q.    And you also testified that you       12:02:18
16   reviewed The New York Times's privacy            12:02:20
17   policy; do you remember that?                    12:02:23
18       A.    Yes.                                  12:02:24
19              MS. TREBICKA:  I will mark as         12:02:25
20       Exhibit 2, The New York Times privacy       12:02:26
21       policy currently available on The New       12:02:35
22       York Times website.                         12:02:37
23              (Exhibit 2, The New York Times        12:02:38
24       Privacy Policy, Updated July 1, 2021,       12:02:38
25       marked for identification.)                 12:02:39
```

Page 50

```
 1    BY MS. TREBICKA:                        12:02:39

 2         Q.   And if you refresh your Exhibit   12:02:39

 3    Share, you will see it at some point.     12:02:43

 4    Just let me know when you see it.         12:02:44

 5         A.   I certainly shall.  It's not     12:02:46

 6    there yet.                                12:02:48

 7         Q.   Okay.                           12:02:50

 8         A.   I -- there is an Exhibit 2 in    12:03:04

 9    here.  I'm opening it.                    12:03:11

10         Q.   Okay.                           12:03:11

11         A.   Okay.  I am looking at The New   12:03:12

12    York -- I'm looking at what says that is  12:03:13

13    The New York Times privacy policy, last   12:03:14

14    updated on July 1, 2021.                  12:03:16

15         Q.   Okay.  Do you remember reviewing 12:03:18

16    this policy?                              12:03:19

17         A.   Not necessarily with            12:03:22

18    specificity.  I remember reviewing a      12:03:24

19    document that looks like this.  I -- I    12:03:30

20    could not tell you if it was the exact    12:03:33

21    same thing.                               12:03:35

22         Q.   Understood.  If you could scroll 12:03:35

23    down to page 3 of the PDF.                12:03:37

24         A.   I think I'm there.  Hold on.    12:03:45

25    The page numbers aren't marked.  I am on  12:03:47
```

Page 51

```
 1    page 3.                                      12:03:57

 2         Q.    At the end of page 3, do you see  12:04:07

 3    the bolded heading Information Collected     12:04:08

 4    Automatically?                               12:04:11

 5         A.    I do.                             12:04:13

 6         Q.    And if you scroll down to         12:04:15

 7    page 4, you see the first bullet point       12:04:16

 8    there with Tracking Technologies in Your     12:04:21

 9    Browsing and Mobile Apps?                    12:04:26

10         A.    I do see that.                    12:04:27

11         Q.    Okay.  And I will read the words  12:04:28

12    underneath that bolded bullet point into     12:04:30

13    the record.  It says "These technologies     12:04:33

14    include cookies, web beacons, tags and       12:04:35

15    scripts, software development kits (or        12:04:39

16    SDKs) and beyond.  We track and store data   12:04:41

17    about how you visit and use Times            12:04:45

18    Services, particularly through our           12:04:47

19    websites and apps.  The items we log         12:04:50

20    include," and then it has a bulleted list.   12:04:53

21              Do you see that?                   12:04:56

22         A.    I do.                             12:04:57

23              MR. LEE:  Viola, before we go      12:04:57

24         on, can I get a standing objection to   12:04:59

25         this line of questioning based on lack  12:05:01
```

Veritext Legal Solutions
866 299-5127

```
 1        of foundation, please?                12:05:03
 2              MS. TREBICKA:  Noted, James.      12:05:06
 3              MR. LEE:  Is that a yes?          12:05:08
 4              MS. TREBICKA:  Yes, I noted.      12:05:09
 5              MR. LEE:  Thank you.              12:05:11
 6              MS. TREBICKA:  It is -- I         12:05:12
 7        understand that you have a standing     12:05:12
 8        objection.                              12:05:14
 9              MR. LEE:  Great.                  12:05:14
10   BY MS. TREBICKA:                             12:05:14
11        Q.   Do you see the bulleted list of    12:05:17
12   information?                                 12:05:19
13        A.   Yes, I do.                         12:05:20
14        Q.   And actually, it's a bulleted      12:05:21
15   list of the items that The New York Times    12:05:23
16   says it logs; do you see that?               12:05:25
17        A.   I do see that, yes.                12:05:27
18        Q.   So of these pieces of data, of     12:05:30
19   items that they log, do you consider any     12:05:34
20   of it to be your personal information?       12:05:36
21        A.   Yes, I would say so.               12:05:39
22        Q.   Okay.  Which ones?                 12:05:48
23        A.   Well, I -- I would say all of      12:05:53
24   them really.  Other usage information, the   12:05:58
25   last one is pretty broad so I don't know     12:06:00
```

Page 53

| | | |
|---|---|---|
| 1 | what that means, and -- and it seems kind | 12:06:03 |
| 2 | of like a catchall, but, yeah, I -- I | 12:06:11 |
| 3 | would say most of them I -- I could | 12:06:14 |
| 4 | understand as private information -- or | 12:06:17 |
| 5 | personal information, I suppose. | 12:06:21 |
| 6 | Q.   Okay.  What about sensitive user | 12:06:22 |
| 7 | information?  Which ones of these would | 12:06:26 |
| 8 | you consider to be sensitive? | 12:06:30 |
| 9 | A.   Well, I don't know what you mean | 12:06:36 |
| 10 | by sensitive, but I would consider all of | 12:06:37 |
| 11 | them to be information that I would be | 12:06:41 |
| 12 | conscientious of sharing and would want to | 12:06:43 |
| 13 | think about and consent positively or | 12:06:46 |
| 14 | withdraw consent from sharing. | 12:06:49 |
| 15 | Q.   Do you -- what do you understand | 12:06:57 |
| 16 | the term "sensitive user data" to mean? | 12:06:59 |
| 17 | A.   I -- I don't feel like I have a | 12:07:06 |
| 18 | specific understanding of that term. | 12:07:07 |
| 19 | Q.   So that's not a term that you | 12:07:10 |
| 20 | would use, right? | 12:07:12 |
| 21 | A.   Yeah, I don't think so, yeah. | 12:07:14 |
| 22 | Q.   Do you understand it to be | 12:07:17 |
| 23 | different from personal information, | 12:07:19 |
| 24 | though? | 12:07:20 |
| 25 | MR. LEE:  Objection to form. | 12:07:22 |

Page 54

| | | |
|---|---|---|
| 1 | A.    Yeah, at first blush, not -- not | 12:07:23 |
| 2 | particularly.  Maybe.  Those are different | 12:07:27 |
| 3 | words so maybe, but I can't say that it's | 12:07:31 |
| 4 | something I've specifically thought about. | 12:07:34 |
| 5 | BY MS. TREBICKA: | 12:07:34 |
| 6 | Q.    Under the bullet point "other | 12:07:53 |
| 7 | usage information," it says "We combine | 12:07:54 |
| 8 | this data with other information we | 12:07:56 |
| 9 | collect about you.  For more information | 12:07:58 |
| 10 | about tracking methods on Times Services, | 12:08:01 |
| 11 | and how to manage them, read our Cookie | 12:08:03 |
| 12 | Policy."  Do you see that? | 12:08:06 |
| 13 | A.    I do see it. | 12:08:07 |
| 14 | Q.    Have you read The New York | 12:08:08 |
| 15 | Times's cookie policy? | 12:08:10 |
| 16 | A.    I could not tell you. | 12:08:11 |
| 17 | Q.    Is it okay with you that The New | 12:08:17 |
| 18 | York Times's websites collect this | 12:08:20 |
| 19 | information about you? | 12:08:21 |
| 20 | A.    Oh, it's okay with me that they | 12:08:24 |
| 21 | collect it when I consent to it.  If -- if | 12:08:25 |
| 22 | I go there and accept it.  It would not be | 12:08:30 |
| 23 | okay with me if they told me they weren't | 12:08:32 |
| 24 | going to or if they told me that there was | 12:08:35 |
| 25 | something I could, like, for example, open | 12:08:36 |

Page 55

| | | |
|---|---|---|
| 1 | a specific browser mode and it -- and I | 12:08:38 |
| 2 | thought it was going to stop collecting | 12:08:41 |
| 3 | them.  But -- but yeah, I mean, if I go to | 12:08:43 |
| 4 | The New York Times not in Incognito mode, | 12:08:46 |
| 5 | then -- then, yeah, I'm fine with this | 12:08:50 |
| 6 | being collected. | 12:08:53 |
| 7 | Q.    Because The New York Times is | 12:08:54 |
| 8 | specifically telling you that it's | 12:08:58 |
| 9 | collecting this information, right? | 12:08:59 |
| 10 | A.    And I'm specifically agreeing to | 12:09:00 |
| 11 | it, yes. | 12:09:02 |
| 12 | Q.    You're agreeing to it by | 12:09:02 |
| 13 | browsing on The New York Times, correct? | 12:09:04 |
| 14 | A.    Well, and also accepting their | 12:09:08 |
| 15 | terms of service and privacy policy. | 12:09:09 |
| 16 | Q.    How do you accept The New York | 12:09:11 |
| 17 | Times's privacy policy in terms of | 12:09:14 |
| 18 | service? | 12:09:16 |
| 19 | A.    I couldn't say specifically.  I | 12:09:16 |
| 20 | believe that I was asked to accept terms | 12:09:21 |
| 21 | of service when I created a New York Times | 12:09:26 |
| 22 | account, but I couldn't say if there are | 12:09:29 |
| 23 | other mechanisms as well that I have | 12:09:37 |
| 24 | reviewed and accepted. | 12:09:41 |
| 25 | Q.    You -- if you visit The New York | 12:09:43 |

Page 56

| | | |
|---|---|---|
| 1 | Times in Incognito browsing mode, do you | 12:09:47 |
| 2 | expect The New York Times not to receive | 12:09:50 |
| 3 | this information listed here? | 12:09:52 |
| 4 | A.    I expect The New York Times to | 12:09:53 |
| 5 | receive the information, but I expect | 12:09:56 |
| 6 | Google not to because Google told me they | 12:09:57 |
| 7 | were going to not. | 12:10:00 |
| 8 | Q.    Let's take that one step at a | 12:10:01 |
| 9 | time.  So you accept -- you expected The | 12:10:06 |
| 10 | New York Times to receive this | 12:10:08 |
| 11 | information, even though you were browsing | 12:10:10 |
| 12 | in Incognito, correct? | 12:10:12 |
| 13 | A.    That's right.  I expect | 12:10:14 |
| 14 | Incognito to control the -- the -- the | 12:10:16 |
| 15 | browser and Google's behavior or Google's, | 12:10:18 |
| 16 | I guess, collection of my data -- of my | 12:10:26 |
| 17 | behavior. | 12:10:27 |
| 18 | Q.    If you use Incognito to browse | 12:10:27 |
| 19 | on Google.com, do you still expect Google | 12:10:29 |
| 20 | not to receive your information? | 12:10:33 |
| 21 | A.    I don't think that I could say | 12:10:37 |
| 22 | what I -- how I expect Google to -- to use | 12:10:38 |
| 23 | the information.  You know, they have told | 12:10:44 |
| 24 | me that they are not going to track my | 12:10:46 |
| 25 | information and -- and I believe them. | 12:10:50 |

Page 57

| | | |
|---|---|---|
| 1 | I'm not sure, you know, how they would | 12:10:54 |
| 2 | necessarily go about doing that, but I | 12:10:57 |
| 3 | imagine that's on them, their | 12:11:00 |
| 4 | representations. | 12:11:01 |
| 5 | Q.   I asked about collection and you | 12:11:02 |
| 6 | responded about use.  So I'm going to ask | 12:11:04 |
| 7 | the question again just to get a clear | 12:11:06 |
| 8 | record. | 12:11:09 |
| 9 | So if you use Incognito mode on | 12:11:09 |
| 10 | the Chrome browser to go to Google.com, do | 12:11:12 |
| 11 | you expect Google to receive your personal | 12:11:16 |
| 12 | information? | 12:11:18 |
| 13 | A.   I would expect Google to know -- | 12:11:26 |
| 14 | if I go to Google.com and search for, I | 12:11:35 |
| 15 | don't know, Joe Biden, I would expect | 12:11:42 |
| 16 | Google to know that someone has searched | 12:11:45 |
| 17 | for Joe Biden, but in -- in Incognito mode | 12:11:47 |
| 18 | if I do this.  I would expect them to know | 12:11:51 |
| 19 | that someone has searched for Joe Biden. | 12:11:53 |
| 20 | I would not expect them to collect that it | 12:11:58 |
| 21 | was me, that it was my browser, that it | 12:12:01 |
| 22 | was my computer, that I did this in -- | 12:12:02 |
| 23 | that I did it in various ways. | 12:12:04 |
| 24 | I -- I would not expect them to | 12:12:04 |
| 25 | collect that information.  I think I would | 12:12:06 |

Page 58

```
 1    expect them to collect that Joe Biden has        12:12:22

 2    been searched for.                               12:12:25

 3        Q.    Do you also expect Google to           12:12:29

 4    know that Joe Biden was searched for by a        12:12:32

 5    particular computer so that Google can           12:12:34

 6    display to that particular computer              12:12:37

 7    information about Joe Biden?                      12:12:39

 8            MR. LEE:   Is this in Incognito           12:12:43

 9        mode still, Viola?                           12:12:45

10            MS. TREBICKA:   Still in                  12:12:46

11        Incognito mode.                              12:12:47

12        A.    No, I -- I -- I -- well, I don't        12:12:50

13    think that I've thought about that               12:12:58

14    specifically.  I don't think that I would        12:13:00

15    expect them to collect the information           12:13:04

16    about the computer specifically.  Yeah --        12:13:09

17    yeah, it's kind of hard to say.  I -- I          12:13:22

18    don't think so, no.                              12:13:24

19    BY MS. TREBICKA:                                 12:13:24

20        Q.    So how would Google know which         12:13:26

21    computer to display the information to?          12:13:28

22        A.    I don't -- that's up to Google.        12:13:30

23    I mean, I -- I don't know what Google's          12:13:38

24    implementations look like.  I don't know         12:13:41

25    how Google does things on their end.  All        12:13:45
```

Page 59

| | | |
|---|---|---|
| 1 | I know is that, you know, they told me | 12:13:52 |
| 2 | they wouldn't collect certain information, | 12:13:54 |
| 3 | and I believed them. | 12:13:57 |
| 4 | Q.    And you -- sorry.  I didn't mean | 12:13:57 |
| 5 | to interrupt. | 12:14:00 |
| 6 | MR. LEE:  Did you get that, | 12:14:02 |
| 7 | Belle, the last part of Mr. Byatt's | 12:14:05 |
| 8 | answer? | 12:14:05 |
| 9 | THE REPORTER:  I couldn't -- he | 12:14:05 |
| 10 | didn't finish it. | 12:14:05 |
| 11 | MR. LEE:  He said, "and I | 12:14:11 |
| 12 | believed them." | 12:14:12 |
| 13 | THE WITNESS:  That is correct, I | 12:14:12 |
| 14 | did say that. | 12:14:13 |
| 15 | MR. LEE:  Believe was a -- | 12:14:13 |
| 16 | believe was with a D at the end. | 12:14:14 |
| 17 | BY MS. TREBICKA: | 12:14:15 |
| 18 | Q.    So sitting here today, your | 12:14:20 |
| 19 | testimony is that when you went to | 12:14:21 |
| 20 | Google.com in Incognito browsing mode, you | 12:14:24 |
| 21 | believed that information about your | 12:14:28 |
| 22 | computer would not be collected by Google? | 12:14:32 |
| 23 | MR. LEE:  Objection to form, | 12:14:40 |
| 24 | mischaracterize prior testimony. | 12:14:41 |
| 25 | A.    I certainly expected that if I | 12:14:43 |

Page 60

| | | |
|---|---|---|
| 1 | went to Google, Google was going to abide | 12:14:51 |
| 2 | by the stuff that I had seen in the | 12:15:00 |
| 3 | Incognito splash screen, that I had seen | 12:15:04 |
| 4 | in the terms of service and the privacy | 12:15:07 |
| 5 | policy where they say that, you know, I'm | 12:15:10 |
| 6 | in control of my information across Google | 12:15:12 |
| 7 | services.  There's not an exclusion there | 12:15:14 |
| 8 | for search or any of their other services. | 12:15:17 |
| 9 | So, yeah, I -- I think I | 12:15:20 |
| 10 | believed that they would not collect the | 12:15:24 |
| 11 | information about who I am, who's doing | 12:15:28 |
| 12 | the searching, that -- that sort of thing. | 12:15:33 |
| 13 | BY MS. TREBICKA: | 12:15:33 |
| 14 | Q.   If you went to Google.com in | 12:15:36 |
| 15 | Incognito, do you believe that Google | 12:15:40 |
| 16 | would not -- that the information about | 12:15:41 |
| 17 | your computer would not even be visible to | 12:15:45 |
| 18 | Google? | 12:15:48 |
| 19 | MR. LEE:  Objection to form, | 12:15:54 |
| 20 | vague. | 12:15:55 |
| 21 | A.   I don't think that I had | 12:15:58 |
| 22 | specific notions of how Google was keeping | 12:16:02 |
| 23 | its promise to me.  I just believed that | 12:16:10 |
| 24 | Google was keeping its promise to me. | 12:16:14 |
| 25 | BY MS. TREBICKA: | 12:16:14 |

Page 61

```
 1        Q.    What is your understanding of       12:16:29
 2   Google's promise to you when you browse in     12:16:31
 3   Incognito?                                      12:16:34
 4        A.    I certainly can't remember it        12:16:36
 5   word for word.  It is what's in sort of        12:16:38
 6   the combination of the terms of service,       12:16:42
 7   the privacy policy and the Incognito           12:16:45
 8   splash screen.  In general, my expectation     12:16:48
 9   is that Google is not collecting the           12:16:54
10   information about my behavior when I am in     12:16:58
11   Incognito mode.                                12:17:04
12        Q.    Are you drawing a difference         12:17:08
13   between collecting and receiving the           12:17:09
14   information in Incognito mode in your          12:17:13
15   answer?                                        12:17:15
16        A.    Am I drawing a difference            12:17:17
17   between collecting and receiving?  I don't     12:17:19
18   think so, not at the moment, not yet.  I       12:17:28
19   reserve the right to draw a distinction.       12:17:34
20        Q.    So you understand Google's           12:17:43
21   promise when you browse in Incognito to be     12:17:45
22   that it would not receive any information      12:17:48
23   about your browsing behavior; is that          12:17:56
24   right?                                         12:17:59
25        A.    Correct, yes.                        12:18:02
```

Page 62

| | | |
|---|---|---|
| 1 | Q.    And that includes when you go to | 12:18:03 |
| 2 | a Google owned and operated website like | 12:18:06 |
| 3 | Google Search, correct? | 12:18:09 |
| 4 | A.    Yes.   Privacy policies | 12:18:14 |
| 5 | specific -- I think the privacy policy | 12:18:18 |
| 6 | would be the terms of service specifically | 12:18:20 |
| 7 | say that I have control over what | 12:18:23 |
| 8 | information is shared with Google across | 12:18:25 |
| 9 | their services.  So I would understand | 12:18:27 |
| 10 | search to be one of those services. | 12:18:31 |
| 11 | Q.    If you could go back to the | 12:18:33 |
| 12 | Exhibit 2 that we marked. | 12:18:50 |
| 13 | A.    I am there. | 12:18:53 |
| 14 | Q.    Okay.  If you go to, I believe | 12:18:54 |
| 15 | it's -- page is 5. | 12:18:57 |
| 16 | A.    I am on page 5. | 12:19:01 |
| 17 | Q.    Okay. | 12:19:04 |
| 18 | A.    Yes, I'm on page 5. | 12:19:05 |
| 19 | Q.    Let us go to page 6. | 12:19:07 |
| 20 | A.    I am now on page 6. | 12:19:09 |
| 21 | Q.    All right.  You see bullet -- or | 12:19:10 |
| 22 | you see point 2, what do we do with the | 12:19:13 |
| 23 | information we collect about you? | 12:19:17 |
| 24 | A.    Yes, I do. | 12:19:19 |
| 25 | Q.    And being a privacy conscious | 12:19:20 |

Page 63

| | | |
|---|---|---|
| 1 | person, user of the Internet, you | 12:19:23 |
| 2 | testify -- your testimony is that you | 12:19:27 |
| 3 | would have reviewed The New York Times's | 12:19:28 |
| 4 | privacy policy, right? | 12:19:30 |
| 5 | MR. LEE:  Objection to form. | 12:19:31 |
| 6 | That mischaracterizes his prior | 12:19:32 |
| 7 | testimony.  He did not say he | 12:19:33 |
| 8 | remembered reading this privacy | 12:19:35 |
| 9 | policy, just to be clear. | 12:19:37 |
| 10 | A.    Yeah, I also don't feel like I'm | 12:19:39 |
| 11 | a particularly privacy conscious person. | 12:19:41 |
| 12 | But, yeah, I would have reviewed a New | 12:19:44 |
| 13 | York Times privacy policy. | 12:19:47 |
| 14 | BY MS. TREBICKA: | 12:19:47 |
| 15 | Q.    So -- so your testimony is that | 12:19:50 |
| 16 | you don't feel like you're a particularly | 12:19:52 |
| 17 | privacy conscious person? | 12:19:55 |
| 18 | A.    I'm -- so I don't -- I'm not -- | 12:20:00 |
| 19 | I'm not sure exactly what we mean by | 12:20:04 |
| 20 | privacy conscious.  I'm certainly not a | 12:20:06 |
| 21 | particularly private person.  You know, | 12:20:08 |
| 22 | I -- I -- I browse in non-Incognito mode | 12:20:10 |
| 23 | as well, right?  So -- so yeah, I don't -- | 12:20:15 |
| 24 | I don't understand myself as -- as | 12:20:20 |
| 25 | particularly private. | 12:20:23 |

Page 64

```
 1        Q.    So it wouldn't be fair to say      12:20:25
 2   that your privacy is very important to        12:20:39
 3   you, correct?                                 12:20:41
 4            MR. LEE:   Objection to form.        12:20:43
 5        A.    Yeah, I think what's important     12:20:46
 6   to me is the choices about my privacy.        12:20:47
 7   It's not the sort of -- the -- the pure       12:20:52
 8   fact of privacy.  I'm not particularly        12:20:57
 9   concerned about protecting privacy -- my      12:21:00
10   privacy for the sake of my privacy.  I --     12:21:03
11   the concern that I have is -- is              12:21:06
12   consenting to what information is being       12:21:08
13   shared.  I think that I mostly consent to     12:21:11
14   most of my Internet behavior being --         12:21:15
15   being shared.                                 12:21:18
16   BY MS. TREBICKA:                              12:21:18
17        Q.    Do you -- would you say that you   12:21:20
18   take careful precautions to protect your     12:21:21
19   privacy when online?                          12:21:24
20        A.    I -- I specifically said earlier   12:21:25
21   that I would not say that I take careful      12:21:27
22   precautions.                                  12:21:30
23        Q.    So we are on page 6 of that        12:21:41
24   exhibit, right?                               12:21:43
25        A.    I am on page 6.                    12:21:46
```

Page 65

| | | |
|---|---|---|
| 1 | Q.   Okay.  Which I have represented | 12:21:47 |
| 2 | to you is the current New York Times | 12:21:49 |
| 3 | privacy policy. | 12:21:53 |
| 4 | A.   That is correct. | 12:21:54 |
| 5 | Q.   Okay.  And the item 2 says "What | 12:21:55 |
| 6 | do we do with the information we collect | 12:21:59 |
| 7 | about you?"  Do you see that? | 12:22:01 |
| 8 | A.   I do. | 12:22:02 |
| 9 | MR. LEE:  I have the same | 12:22:05 |
| 10 | standing objection to this document, | 12:22:06 |
| 11 | by the way. | 12:22:07 |
| 12 | MS. TREBICKA:  I understand. | 12:22:08 |
| 13 | BY MS. TREBICKA: | 12:22:08 |
| 14 | Q.   And if you move to page -- to | 12:22:08 |
| 15 | the next page, which is page 7, still | 12:22:11 |
| 16 | under that same heading, it has a | 12:22:16 |
| 17 | subheading D that says We Develop Products | 12:22:19 |
| 18 | and Services and Do Analysis; do you see | 12:22:22 |
| 19 | that? | 12:22:25 |
| 20 | A.   I do. | 12:22:26 |
| 21 | Q.   And I'll read the whole short | 12:22:27 |
| 22 | section into the record.  "We analyze data | 12:22:31 |
| 23 | on our users' subscription, purchase and | 12:22:34 |
| 24 | usage behaviors.  This helps us make | 12:22:38 |
| 25 | business and marketing decisions.  For | 12:22:40 |

Page 66

| | | |
|---|---|---|
| 1 | example, our analysis lets us predict | 12:22:41 |
| 2 | preferences and price points for our | 12:22:44 |
| 3 | products and services.  It helps us | 12:22:46 |
| 4 | determine whether our marketing is | 12:22:48 |
| 5 | successful.  It also shows us | 12:22:50 |
| 6 | characteristics about our readers, which | 12:22:52 |
| 7 | we sometimes share in aggregate with | 12:22:54 |
| 8 | advertisers.  Google Analytics is one of | 12:22:56 |
| 9 | the analytics providers we use.  You can | 12:23:00 |
| 10 | find out how Google Analytics uses data | 12:23:02 |
| 11 | and how to opt out of Google Analytics"; | 12:23:05 |
| 12 | do you see that? | 12:23:08 |
| 13 | A.    I do, yes. | 12:23:08 |
| 14 | Q.    So The New York Times | 12:23:10 |
| 15 | specifically told its users that Google | 12:23:11 |
| 16 | Analytics would be one of the analytics | 12:23:14 |
| 17 | providers, correct? | 12:23:17 |
| 18 | A.    It appears that way. | 12:23:18 |
| 19 | Q.    Which means that Google | 12:23:19 |
| 20 | Analytics would be receiving some | 12:23:21 |
| 21 | information that The New York Times would | 12:23:22 |
| 22 | collect about its users? | 12:23:24 |
| 23 | A.    Do you mean in Incognito mode or | 12:23:27 |
| 24 | in general? | 12:23:29 |
| 25 | Q.    You're drawing a distinction | 12:23:30 |

Page 67

```
 1    between the two?                            12:23:31

 2         A.    Absolutely.                      12:23:32

 3         Q.    So does it say here that the     12:23:34

 4    Google Analytics is not collecting the     12:23:36

 5    information when someone is in Incognito    12:23:38

 6    mode?                                        12:23:40

 7         A.    No, but the Incognito splash     12:23:41

 8    screen in Google's other representations    12:23:43

 9    led me to believe that.                     12:23:46

10         Q.    My question is does it say here  12:23:48

11    that Google Analytics will not be          12:23:50

12    receiving this information when a user is   12:23:52

13    in a private browsing mode?                 12:23:54

14         A.    And -- and my answer is the      12:23:57

15    same.  It does not say that here, but       12:23:59

16    Google has represented to me that when I'm  12:24:01

17    in Incognito mode, they're not tracking my  12:24:06

18    information and that I can control how      12:24:08

19    Google uses and collects my information     12:24:10

20    across its services.  I certainly          12:24:12

21    understand Google Analytics to be one of    12:24:15

22    its services.  I also don't particularly    12:24:17

23    expect The New York Times to be in control  12:24:19

24    of how Google -- how -- how Google uses     12:24:21

25    information.                                 12:24:25
```

Page 68

```
1          Q.    Do you see that "how Google        12:24:30
2    Analytics uses data" and "how to opt out       12:24:38
3    of Google Analytics" are hyperlinked?          12:24:40
4          A.    I do see that, yes.                12:24:42
5          Q.    Do you ever -- do you remember      12:24:44
6    ever clicking on these links?                  12:24:46
7          A.    I cannot recall specifically.      12:24:50
8          Q.    Would you -- would you expect to    12:24:52
9    have clicked on the links had you come         12:24:52
10   across them?                                   12:24:54
11              MR. LEE:  Objection to form,        12:24:55
12         calls for speculation.                   12:24:59
13         A.    Yeah, I couldn't say.              12:24:59
14   BY MS. TREBICKA:                               12:24:59
15         Q.    You may have clicked on them,       12:25:00
16   and not have clicked on them; you wouldn't     12:25:02
17   know?                                          12:25:04
18         A.    Yeah, I -- I don't remember         12:25:05
19   specifically either way.                       12:25:06
20         Q.    Let's mark -- so we will go back    12:25:13
21   to this policy, but I -- I will show you       12:25:16
22   as an exhibit, I will mark as an exhibit       12:25:22
23   for this deposition what I'll represent to     12:25:25
24   you is the website that you land on when       12:25:29
25   you click on "how to opt-out of Google         12:25:32
```

Page 69

```
 1    Analytics."  So if we can mark for the        12:25:36
 2    record tab 16 as Exhibit 3.                   12:25:38
 3              (Exhibit 3, Google Analytics        12:25:40
 4        Opt-out Browser Add-on document,          12:25:40
 5        marked for identification.)               12:25:43
 6              MR. LEE:  Viola, do I have the      12:25:43
 7        same standing objection as to             12:25:44
 8        Exhibit 3 regarding lack of               12:25:47
 9        foundation?                               12:25:49
10              MS. TREBICKA:  Do you want to       12:25:49
11        see it first?                             12:25:50
12              MR. LEE:  I already know based      12:25:51
13        on the response to the last question      12:25:52
14        that I don't need to see it.              12:25:53
15              MS. TREBICKA:  You may have the     12:25:55
16        same standing objections.                 12:25:57
17              MR. LEE:  Thanks.                    12:25:58
18        A.    I have Exhibit 3 open.              12:26:00
19    BY MS. TREBICKA:                               12:26:00
20        Q.    Have you seen this document         12:26:09
21    before?                                        12:26:10
22        A.    I couldn't say.                      12:26:10
23        Q.    And I said document, but do you     12:26:11
24    recall ever seeing this website before?       12:26:14
25        A.    Yeah, I don't recall.               12:26:17
```

Page 70

```
 1        Q.    What is a browser add-on?        12:26:18

 2              MR. LEE:  Objection to form.      12:26:26

 3   BY MS. TREBICKA:                             12:26:26

 4        Q.    Let me take a step back and say,  12:26:29

 5   Mr. Byatt, you -- you responded earlier to   12:26:31

 6   my questions about your professional         12:26:33

 7   career that you've been a software           12:26:35

 8   developer for the past ten years, right?     12:26:37

 9        A.    That's right.                     12:26:40

10        Q.    In your time as a software        12:26:40

11   developer, have you understood -- have you   12:26:41

12   obtained an understanding as to what a       12:26:44

13   browser add-on is?                           12:26:46

14        A.    Some understanding, yes.          12:26:48

15        Q.    So in that understanding, what    12:26:49

16   is a browser add-on?                         12:26:51

17        A.    As I understand it, it is a       12:26:53

18   piece of maybe third-party software that     12:26:56

19   does not come with the browser that          12:27:00

20   changes the browser's behavior.              12:27:02

21        Q.    Do you have any browser add-ons   12:27:05

22   on your Chrome browser?                      12:27:08

23        A.    Yes, I -- I believe so.           12:27:13

24        Q.    What are those browser add-ons    12:27:16

25   that you have installed on your Chrome       12:27:18
```

Page 71

```
 1    browser?                                12:27:22

 2         A.    I couldn't say.  I couldn't list   12:27:22

 3    them.                                   12:27:24

 4         Q.    Any that you remember sitting   12:27:25

 5    here today?                             12:27:27

 6         A.    I believe I have an ad blocker   12:27:37

 7    on there.  I do not remember which one and   12:27:40

 8    I know that there are many.  I may have   12:27:45

 9    others.  I don't know.  I haven't reviewed   12:27:53

10    that in some time.                      12:27:55

11         Q.    Do you have a Google Analytics   12:27:57

12    opt-out browser add-on to your browser?   12:27:59

13         A.    I -- I don't know.  I doubt it   12:28:04

14    since I don't recall having seen this   12:28:08

15    screen, but, yeah, I -- I don't know.   12:28:10

16    Probably not.                           12:28:17

17         Q.    This Google Analytics Opt-out   12:28:30

18    Browser Add-on page explains "To provide   12:28:32

19    website visitors the ability to prevent   12:28:35

20    their data from being used by Google   12:28:38

21    Analytics, we have developed the Google   12:28:41

22    Analytics opt-out browser add-on for   12:28:43

23    websites using the supported version of   12:28:46

24    using Google Analytics JavaScript   12:28:49

25    (analytics.js, gtag.js)."               12:28:54
```

Page 72

```
 1              Do you see that?                  12:28:57
 2        A.    I do see it.                      12:28:58
 3        Q.    It further says "If you want to   12:28:58
 4   opt-out, download and install the add-on    12:29:00
 5   for your web browser.  The Google           12:29:03
 6   Analytics opt-out add-on is designed to be  12:29:03
 7   compatible with Chrome, Safari, Firefox     12:29:09
 8   and Microsoft Edge.  In order to function,  12:29:11
 9   the opt-out add-on must be able to load     12:29:14
10   and execute properly on your browser.       12:29:17
11   Learn more about the opt-out and how to     12:29:18
12   properly install the browser add-on."       12:29:22
13              Do you see that?                  12:29:25
14        A.    I do see that.                    12:29:26
15        Q.    So you agree that had you been   12:29:28
16   aware of this analytics browser opt-out     12:29:29
17   add-on, you would have had the ability to   12:29:36
18   prevent your data from -- for -- from       12:29:40
19   being used by Google Analytics, correct?    12:29:42
20        A.    Well, I don't particularly trust 12:29:44
21   Google and what they tell me about their    12:29:47
22   privacy and opt-outs at this point, so I'm  12:29:48
23   not sure I do agree to that right now, but  12:29:53
24   I do agree that that is what Google is       12:29:54
25   representing with this.                      12:29:57
```

Page 73

```
 1        Q.    How is it that you don't          12:29:58
 2   particularly trust Google and what they      12:30:04
 3   tell you about privacy and opt-outs at       12:30:08
 4   this point?                                  12:30:12
 5        A.    Because in other documents from   12:30:12
 6   Google, they told me that I was in control   12:30:13
 7   of how my data was shared and used by        12:30:16
 8   Google across their services.  They told     12:30:18
 9   me that one way that I could control my      12:30:21
10   data was by browsing in Incognito mode.      12:30:23
11   In Incognito mode, they told me they         12:30:28
12   weren't going to collect my information      12:30:30
13   and they are anyway.  I don't recall         12:30:31
14   having seen on the Incognito splash screen   12:30:33
15   or any of the other times -- I don't         12:30:36
16   recall seeing on the Incognito splash        12:30:39
17   screen any of the times that I opened it,    12:30:41
18   information that said that Incognito mode     12:30:44
19   works except for Google Analytics.  For      12:30:49
20   Google Analytics, you'll need the specific   12:30:53
21   add-on.  So what this document is telling    12:30:54
22   me it does, Google represented to me that    12:31:00
23   Incognito mode would do, and apparently it   12:31:03
24   doesn't.                                     12:31:08
25        Q.    When did you find out that        12:31:09
```

Page 74

```
 1    Incognito mode is inconsistent with your        12:31:10
 2    understanding of Google's disclosures           12:31:16
 3    related to Incognito mode?                       12:31:18
 4        A.    That's -- I don't think I could       12:31:20
 5    nail down something like that                    12:31:23
 6    specifically.                                    12:31:25
 7            MR. LEE:  And I'd also caution           12:31:27
 8        Mr. Byatt, he's doing a great job but        12:31:30
 9        to the extent any answer would reveal        12:31:33
10        any attorney-client communications,         12:31:35
11        I'd advise him -- direct him not to          12:31:38
12        answer.                                      12:31:40
13    BY MS. TREBICKA:                                 12:31:40
14        Q.    And I'm not interested in any of      12:31:41
15    your communications with counsel.  I would       12:31:42
16    not -- I would like you to not go into           12:31:44
17    those communications.                            12:31:47
18            I'm just trying to understand            12:31:49
19    when you formed this opinion that                12:31:50
20    Incognito mode is inconsistent with your         12:31:54
21    understanding of Google's disclosures            12:31:56
22    related to Incognito mode.  Was it before        12:31:58
23    the lawsuit was filed?                           12:32:00
24        A.    Yes, it would be before the           12:32:09
25    lawsuit was filed, yes.                          12:32:10
```

Page 75

| | | |
|---|---|---|
| 1 | Q.    Was it months or years before | 12:32:13 |
| 2 | the lawsuit was filed? | 12:32:15 |
| 3 | A.    Months or less. | 12:32:19 |
| 4 | Q.    And when you found out that | 12:32:28 |
| 5 | Google -- actually, let me tell you, how | 12:32:31 |
| 6 | did you find out that Google in your | 12:32:33 |
| 7 | understanding was acting inconsistently | 12:32:36 |
| 8 | with your understanding of Google's | 12:32:39 |
| 9 | disclosures related to Incognito mode? | 12:32:41 |
| 10 |         MR. LEE:  And I -- I caution you | 12:32:46 |
| 11 |     again, Mr. Byatt, that this question, | 12:32:47 |
| 12 |     you can answer only to the extent you | 12:32:48 |
| 13 |     can answer it without revealing | 12:32:50 |
| 14 |     attorney-client communications. | 12:32:52 |
| 15 | A.    Yeah.  And I'm not sure how to | 12:32:53 |
| 16 | answer that without doing that. | 12:32:57 |
| 17 |         MS. TREBICKA:  Let us mark as | 12:33:45 |
| 18 |     Exhibit 4, the Twitter privacy policy. | 12:33:46 |
| 19 |         (Exhibit 4, Twitter Privacy | 12:33:51 |
| 20 |     Policy, marked for identification.) | 12:33:58 |
| 21 |         MS. TREBICKA:  Tracy, that's | 12:33:58 |
| 22 |     tab 13. | 12:34:00 |
| 23 |         MR. LEE:  While we wait for that | 12:34:13 |
| 24 |     to load on our side, Counsel, is there | 12:34:15 |
| 25 |     a date of the privacy policy, please? | 12:34:17 |

Page 76

| | | |
|---|---|---|
| 1 | MS. TREBICKA:  Give me one | 12:34:25 |
| 2 | second, James, I'm looking.  I will | 12:34:26 |
| 3 | represent to you that it's the current | 12:34:32 |
| 4 | privacy policy of Twitter. | 12:34:34 |
| 5 | MR. LEE:  And I don't -- I don't | 12:34:39 |
| 6 | expect you to necessarily know, but | 12:34:41 |
| 7 | just for my purposes, do you know when | 12:34:43 |
| 8 | this particular privacy policy became | 12:34:45 |
| 9 | effective? | 12:34:47 |
| 10 | MS. TREBICKA:  The document on | 12:34:48 |
| 11 | the last page shows that it's | 12:34:50 |
| 12 | effective as of August 19, 2021. | 12:34:53 |
| 13 | MR. LEE:  Thank you. | 12:34:59 |
| 14 | BY MS. TREBICKA: | 12:34:59 |
| 15 | Q.   Mr. Byatt, whenever you have it | 12:35:05 |
| 16 | in front of you, just let me know. | 12:35:07 |
| 17 | A.   I have it in front of me. | 12:35:09 |
| 18 | Q.   Does this document look familiar | 12:35:10 |
| 19 | to you? | 12:35:13 |
| 20 | A.   It does look familiar, yes. | 12:35:14 |
| 21 | Q.   Do you believe you reviewed it, | 12:35:18 |
| 22 | this or another -- sorry, just to complete | 12:35:20 |
| 23 | the question -- this or another version of | 12:35:22 |
| 24 | the Twitter privacy policy you've | 12:35:24 |
| 25 | reviewed, correct? | 12:35:27 |

Page 77

```
 1        A.    I have certainly reviewed a        12:35:28
 2   similar looking document that was the         12:35:31
 3   Twitter privacy policy.  I -- I cannot say    12:35:33
 4   what the differences were between that one    12:35:38
 5   and this one.                                 12:35:40
 6        Q.    If we could go to page 13 -- I'm   12:35:43
 7   sorry -- page 14 of the document.             12:35:49
 8        A.    I am on page 14.                    12:35:54
 9        Q.    Actually --                         12:35:55
10            MR. LEE:  Sorry, I'm sorry.  Do      12:36:00
11        I have a standing objection for lack     12:36:02
12        of foundation on this document?          12:36:04
13            MS. TREBICKA:  You may.              12:36:05
14            MR. LEE:  Thanks.                     12:36:06
15   BY MS. TREBICKA:                               12:36:06
16        Q.    Mr. Byatt, let me revise myself.   12:36:09
17   Let's go to page 13 first.  At the top of     12:36:11
18   page 13, you see 3 "Information We Share      12:36:15
19   and Disclose"?                                 12:36:22
20        A.    I do see that.                      12:36:23
21        Q.    So you agree that Twitter is       12:36:24
22   providing its users with information on       12:36:27
23   the information that they share and           12:36:30
24   disclose?                                      12:36:32
25        A.    It appears that way.  I have not   12:36:36
```

Page 78

| | | |
|---|---|---|
| 1 | read everything underneath it, but it does | 12:36:38 |
| 2 | appear that way. | 12:36:41 |
| 3 | Q.   If you move to page 14, you see | 12:36:46 |
| 4 | under 3.2 "Service Providers"? | 12:36:51 |
| 5 | A.   I do. | 12:36:54 |
| 6 | Q.   And it says "We engage service | 12:36:54 |
| 7 | providers to perform functions and provide | 12:36:58 |
| 8 | services for us in the United States, | 12:37:07 |
| 9 | Ireland, and other countries." | 12:37:09 |
| 10 | Do you see that? | 12:37:11 |
| 11 | A.   I do see that sentence. | 12:37:12 |
| 12 | Q.   Then the next sentence says "For | 12:37:14 |
| 13 | example, we use a variety of third-party | 12:37:16 |
| 14 | services to help operate our services, | 12:37:18 |
| 15 | such as hosting our various blogs and | 12:37:20 |
| 16 | wikis, and to help us understand the use | 12:37:36 |
| 17 | of our services, such as Google | 12:37:37 |
| 18 | Analytics"; do you see that? | 12:37:41 |
| 19 | A.   I do see that. | 12:37:43 |
| 20 | Q.   So if you had read this privacy | 12:37:45 |
| 21 | policy, you would have known that Google | 12:37:47 |
| 22 | Analytics was one of the services that | 12:37:50 |
| 23 | Twitter used, correct? | 12:37:53 |
| 24 | A.   Yes. | 12:37:54 |
| 25 | Q.   And that Twitter -- well, let me | 12:37:54 |

Page 79

| | | |
|---|---|---|
| 1 | go to the next sentence, which says "We | 12:37:59 |
| 2 | may share your private personal data with | 12:38:03 |
| 3 | such service providers subject to | 12:38:05 |
| 4 | obligations consistent with this Privacy | 12:38:08 |
| 5 | Policy and any other appropriate | 12:38:12 |
| 6 | confidentiality and security measures, and | 12:38:14 |
| 7 | on the condition that the third parties | 12:38:17 |
| 8 | use your private personal data only on our | 12:38:20 |
| 9 | behalf and pursuant to our instructions | 12:38:23 |
| 10 | (service providers may use other | 12:38:26 |
| 11 | non-personal data for their benefit)." | 12:38:29 |
| 12 | Do you see that? | 12:38:30 |
| 13 | A.    I do see that. | 12:38:32 |
| 14 | Q.    So having -- if you had read | 12:38:33 |
| 15 | this disclosure in the Twitter privacy | 12:38:38 |
| 16 | policy, you'd agree that you'd know that | 12:38:40 |
| 17 | your -- what is termed here private | 12:38:42 |
| 18 | personal data that you shared with Twitter | 12:38:46 |
| 19 | may also have been shared with Google | 12:38:47 |
| 20 | Analytics subject to the Twitter privacy | 12:38:50 |
| 21 | policy? | 12:38:53 |
| 22 | MR. LEE:  Objection to form. | 12:38:53 |
| 23 | A.    Yeah.  So I agree that Twitter | 12:38:58 |
| 24 | is representing that they could share | 12:39:00 |
| 25 | information with Google Analytics.  I | 12:39:04 |

Page 80

```
 1    don't, at this point, just looking at        12:39:10
 2    these sentences, know necessarily what       12:39:12
 3    they mean by private personal data or        12:39:15
 4    nonpersonal data.  I also don't see          12:39:19
 5    anywhere in here where they say anything     12:39:23
 6    to the effect of, you know, overriding       12:39:28
 7    Google's representations to me in            12:39:36
 8    Incognito mode.                              12:39:38
 9            I also am not entirely certain       12:39:41
10    whether I've ever been to Twitter in         12:39:43
11    Incognito mode.  I may have been to          12:39:45
12    Twitter in Incognito mode.  I couldn't say   12:39:58
13    one way or the other.                        12:40:03
14    BY MS. TREBICKA:                             12:40:03
15        Q.    Have you ever done any research    12:40:20
16    on how to protect your privacy online?       12:40:21
17            MR. LEE:  Objection to form.         12:40:25
18        A.    I'm not sure what qualifies as     12:40:27
19    research.  I've read Google's terms of       12:40:29
20    service and their privacy policy and I get   12:40:33
21    their Incognito's splash screen every time   12:40:36
22    I open Incognito mode.                       12:40:40
23    BY MS. TREBICKA:                             12:40:40
24        Q.    Is that the extent of the          12:40:41
25    research that you have done into             12:40:42
```

Page 81

```
1    protecting your privacy online, vis-à-vis      12:40:45

2    Google?                                        12:40:57

3         A.    Yeah, so I don't know what          12:41:02

4    qualifies as research.  I have -- I'm sure     12:41:03

5    I've read things about privacy.  Yeah, I       12:41:09

6    guess I don't know exactly what the            12:41:15

7    question means.  I need more detail.           12:41:16

8         Q.    That's fine.  Let me clarify.       12:41:20

9              Have you ever looked into how to     12:41:22

10   protect your privacy online?                   12:41:24

11             MR. LEE:  Objection to form.         12:41:27

12   BY MS. TREBICKA:                               12:41:27

13        Q.    Sorry.  Let me -- you know what?    12:41:29

14   Let me say it again and then perhaps the       12:41:31

15   question may be clearer.                        12:41:33

16             Have you ever looked into how to     12:41:34

17   protect your privacy on online vis-à-vis       12:41:36

18   Google?                                        12:41:41

19             MR. LEE:  Objection to form.         12:41:42

20        A.    Yeah.  So I have looked into it     12:41:44

21   insofar as I have read Google's                12:41:47

22   representations about what I can do to be      12:41:53

23   in control of -- of what, of my data, I am     12:41:56

24   sharing with Google.  I don't know how         12:42:01

25   much more beyond that I have done.  I have     12:42:03
```

Page 82

| | | |
|---|---|---|
| 1 | certainly never commissioned an academic | 12:42:07 |
| 2 | study as to the matter.  So I don't know | 12:42:09 |
| 3 | where the line is between those. | 12:42:13 |
| 4 | BY MS. TREBICKA: | 12:42:13 |
| 5 | Q.   And I didn't ask about | 12:42:16 |
| 6 | commissioning an economic study, right?  I | 12:42:18 |
| 7 | asked about what you've done to look into | 12:42:23 |
| 8 | what kind of protections you can espouse | 12:42:25 |
| 9 | to protect your privacy online. | 12:42:31 |
| 10 | A.   Right.  So what I can | 12:42:34 |
| 11 | affirmatively say that I've definitely | 12:42:36 |
| 12 | done is read the resources that Google has | 12:42:38 |
| 13 | provided to me in the form of, you know, | 12:42:40 |
| 14 | their privacy policy, their terms of | 12:42:43 |
| 15 | service, what Incognito is telling me when | 12:42:47 |
| 16 | I open it, those kind of documents, I'm | 12:42:48 |
| 17 | sure that I have also looked at other | 12:42:51 |
| 18 | things.  I couldn't say specifically what. | 12:42:54 |
| 19 | Q.   Can you say generally what other | 12:42:59 |
| 20 | things you may have looked at? | 12:43:00 |
| 21 | A.   No, I -- I couldn't.  I'm -- | 12:43:02 |
| 22 | yeah. | 12:43:05 |
| 23 | Q.   Have you looked with -- have you | 12:43:06 |
| 24 | ever tried to look up specifically what | 12:43:08 |
| 25 | information is passed to Google when a | 12:43:11 |

Page 83

```
1   user is in Incognito mode on websites        12:43:14
2   other than Google?                           12:43:16
3       A.   No.  I didn't feel the need to      12:43:21
4   because I thought I had a good standing      12:43:23
5   from what Google was telling me on the       12:43:24
6   splash screen.                               12:43:27
7       Q.   And is your testimony that, on      12:43:33
8   the splash screen, Google told you that      12:43:35
9   Google would not receive certain of your    12:43:37
10  browsing data?                               12:43:39
11      A.   Yes.  The combination of the        12:43:41
12  splash screen and -- and where Google        12:43:47
13  tells me that -- in, again, I am pretty      12:43:49
14  sure the privacy policy, that I'm in         12:43:53
15  control of what, of my data, is shared       12:43:56
16  with them across their services and that     12:43:59
17  one way to control that information was to   12:44:01
18  use Incognito mode.                          12:44:04
19      Q.   Are you aware that you can          12:44:10
20  enable a Chrome setting that blocks all      12:44:13
21  cookies?                                     12:44:16
22      A.   No, I was not aware of that.        12:44:20
23      Q.   Are you aware that you can          12:44:22
24  enable a Chrome setting that blocks          12:44:24
25  third-party cookies?                         12:44:26
```

Page 84

```
 1        A.    I am aware of that setting in      12:44:29

 2   Incognito mode since this lawsuit began.      12:44:35

 3   I am not aware of that setting outside of     12:44:39

 4   Incognito mode, nor was that available, to    12:44:42

 5   my knowledge, in Incognito mode when this     12:44:47

 6   lawsuit was filed.                            12:44:49

 7        Q.    So your testimony is that prior    12:44:51

 8   to the lawsuit, if you weren't in             12:44:54

 9   Incognito mode, you did not have the          12:45:00

10   option of enabling blocked third-party        12:45:01

11   cookies?                                      12:45:03

12        MR. LEE:   Objection to form.            12:45:06

13     Mischaracterizes.                           12:45:07

14        A.    Yeah.   So it's -- I believe that  12:45:08

15   in Incognito mode has a little toggle now     12:45:10

16   about blocking third-party cookies.   That    12:45:14

17   toggle was not there.   I understood          12:45:17

18   Incognito mode as, at minimum, blocking       12:45:24

19   already information being transmitted to      12:45:27

20   Google.                                       12:45:29

21   BY MS. TREBICKA:                              12:45:29

22        Q.    In Chrome settings, do you know    12:45:42

23   that you can enable clear cookies and site    12:45:44

24   data when you close all windows?              12:45:46

25        A.    That sounds like something I've    12:45:53
```

Page 85

```
 1    probably seen before, but I can't say          12:45:55
 2    specifically.                                   12:45:57
 3         Q.    And do you know that in Chrome       12:45:58
 4    settings, you can also disable JavaScript?      12:46:00
 5         A.    I do know that you can do that,      12:46:03
 6    yes.                                            12:46:05
 7         Q.    Have you ever done it?               12:46:05
 8         A.    I have disabled JavaScript.  Not     12:46:07
 9    for much length of time, but I have done        12:46:09
10    it.                                             12:46:12
11         Q.    Why have you done it?                12:46:12
12         A.    To test and make sure that           12:46:14
13    websites that I was making displayed the        12:46:15
14    right content when a user disabled              12:46:17
15    JavaScript.                                     12:46:19
16         Q.    So you're aware that certain         12:46:20
17    users disable JavaScript, correct?             12:46:22
18         A.    No.  I'm actually not aware of       12:46:24
19    any users that actually do that.  I'm just      12:46:27
20    aware that it's there and that I have had       12:46:30
21    bosses who want me to have content there        12:46:32
22    if they do, but I don't actually know           12:46:36
23    anyone who does that.  And in fact, a lot       12:46:39
24    of what we might do for that is designed        12:46:49
25    not for human users but for various, like       12:46:52
```

Page 86

| | | |
|---|---|---|
| 1 | web scrapers and things like that, to | 12:46:57 |
| 2 | provide content to them because those | 12:46:59 |
| 3 | often can't execute JavaScript. | 12:47:02 |
| 4 | Q.    And you mentioned earlier | 12:47:04 |
| 5 | ad-blocking add-ons.  Do you remember | 12:47:07 |
| 6 | that? | 12:47:11 |
| 7 | A.    I do. | 12:47:11 |
| 8 | Q.    Does AdBlock or Adblock Plus | 12:47:12 |
| 9 | ring a bell to you? | 12:47:16 |
| 10 | A.    I'm aware that that exists. | 12:47:17 |
| 11 | Q.    And you know that these are | 12:47:19 |
| 12 | ad-blocking Chrome extensions? | 12:47:20 |
| 13 | A.    Yes. | 12:47:27 |
| 14 | Q.    Have you ever used them? | 12:47:28 |
| 15 | A.    Probably, I couldn't say | 12:47:29 |
| 16 | specifically.  Like I said, I'm not sure | 12:47:30 |
| 17 | which ad-blocking extensions I have | 12:47:36 |
| 18 | installed on Chrome.  Yeah, I can't speak | 12:47:41 |
| 19 | to whether or not I've ever had that | 12:47:47 |
| 20 | particular one installed. | 12:47:49 |
| 21 | MR. LEE:  Viola, I'm happy to go | 12:47:56 |
| 22 | a little bit longer, but just so you | 12:47:57 |
| 23 | guys know, on the East Coast it's | 12:48:00 |
| 24 | almost 1:00, and I don't want | 12:48:02 |
| 25 | Mr. Byatt to get too hungry.  I know | 12:48:03 |

Page 87

| | | |
|---|---|---|
| 1 | it's a little earlier for you guys, | 12:48:06 |
| 2 | but I think the witness' comfort is | 12:48:08 |
| 3 | kind of the priority here.  So I was | 12:48:10 |
| 4 | thinking maybe at 1:00 we can take our | 12:48:13 |
| 5 | next break for lunch. | 12:48:15 |
| 6 | MS. TREBICKA:  That's fine. | 12:48:17 |
| 7 | That's fine with us.  We'll | 12:48:18 |
| 8 | accommodate the witness. | 12:48:20 |
| 9 | MR. LEE:  So let's shoot for | 12:48:21 |
| 10 | that with your questions. | 12:48:23 |
| 11 | MS. TREBICKA:  That's fine. | 12:48:25 |
| 12 | BY MS. TREBICKA: | 12:48:25 |
| 13 | Q.   Are you aware of the website | 12:48:26 |
| 14 | adssettings.Google.com? | 12:48:28 |
| 15 | A.   Not particularly, no.  I may | 12:48:33 |
| 16 | have been at some point, but I don't know | 12:48:39 |
| 17 | anything about it sitting here right now. | 12:48:42 |
| 18 | MS. TREBICKA:  Can we mark as -- | 12:48:48 |
| 19 | Is it Exhibit 5, tab 39, Tracy? | 12:48:49 |
| 20 | (Exhibit 5, Google Ad | 12:49:03 |
| 21 | Personalization Settings, marked for | 12:49:03 |
| 22 | identification.) | 12:49:03 |
| 23 | BY MS. TREBICKA: | 12:49:03 |
| 24 | Q.   Mr. Byatt, it's on Exhibit | 12:49:12 |
| 25 | Share.  Let me know when you're in it. | 12:49:14 |

Page 88

```
 1        A.    I have it up, but on my screen,        12:49:16
 2   a lot of it is tiny.  I think I can zoom          12:49:20
 3   in.  Give me just a moment.                       12:49:24
 4              MR. LEE:  And for me it's --           12:49:26
 5        it's loading but not actually loading.       12:49:26
 6        So give me a moment as well.  I think        12:49:29
 7        there's a way you can zoom at the            12:49:33
 8        bottom.                                      12:49:35
 9        A.    I have zoom.  I can see it now.        12:49:35
10              MR. LEE:  I have it as well.           12:49:37
11   BY MS. TREBICKA:                                  12:49:37
12        Q.    All right.  Do you see the --          12:49:39
13   this document with the title Ad                   12:49:43
14   Personalization Settings?                         12:49:46
15        A.    I do see this.                         12:49:47
16        Q.    Have you seen this before, this        12:49:48
17   website?                                          12:49:51
18        A.    Maybe.  I don't know.                  12:49:53
19        Q.    Do you see that where it says          12:49:56
20   "Ad personalization on the Web"?                  12:49:58
21        A.    I do see that.                         12:50:00
22        Q.    It says "When ad personalization       12:50:01
23   is on, Google will use information like           12:50:03
24   your visits to other websites to show you         12:50:05
25   more relevant ads"; do you see that?              12:50:07
```

Page 89

| | | |
|---|---|---|
| 1 | A.    I do. | 12:50:10 |
| 2 | MR. LEE:  Viola, do I have the | 12:50:10 |
| 3 | same standing objection for this | 12:50:11 |
| 4 | document as for lack of foundation? | 12:50:13 |
| 5 | MS. TREBICKA:  Yes, that's fine. | 12:50:14 |
| 6 | MR. LEE:  Thanks. | 12:50:16 |
| 7 | BY MS. TREBICKA: | 12:50:16 |
| 8 | Q.    Do you see how you can turn it | 12:50:17 |
| 9 | on or turn it off? | 12:50:18 |
| 10 | A.    I do see those buttons, yes. | 12:50:19 |
| 11 | Q.    And do you also see the | 12:50:22 |
| 12 | hyperlink down there "learn more about how | 12:50:24 |
| 13 | Google ads work"? | 12:50:25 |
| 14 | A.    Oh, it took me a second to find | 12:50:28 |
| 15 | it, but, yes, I do. | 12:50:30 |
| 16 | Q.    Do you -- have you ever clicked | 12:50:31 |
| 17 | on that link to your memory as far -- | 12:50:35 |
| 18 | A.    I don't -- I don't remember | 12:50:40 |
| 19 | ever -- whether or not I've ever been on | 12:50:41 |
| 20 | this page so I certainly don't remember | 12:50:43 |
| 21 | whether I've ever clicked on that link, | 12:50:45 |
| 22 | but I don't know what's on the other side | 12:50:47 |
| 23 | of that link to know if I have seen what's | 12:50:49 |
| 24 | on the other side of that link. | 12:50:52 |
| 25 | Q.    That's all fair.  Have you ever | 12:50:54 |

Page 90

```
 1    looked into documents that explain how      12:50:55
 2    Google ads work?                            12:50:58
 3         A.    I'm sure I have, yes.            12:51:02
 4         Q.    And those documents also explain 12:51:08
 5    how Google ads uses user data?              12:51:11
 6         A.    To some extent, yes.  I -- I     12:51:15
 7    can't say for sure whether I've seen        12:51:16
 8    authoritative documents from Google about   12:51:20
 9    how ad personalization works or whether     12:51:22
10    the things that I have seen have been       12:51:25
11    third party or general explainers.  So      12:51:29
12    anything that I've seen, I don't -- I       12:51:34
13    don't know how accurate or how -- I don't   12:51:37
14    know how accurate the information that      12:51:40
15    I've seen has been.  And I do not recall    12:51:42
16    if any of that information has been         12:51:44
17    represented by Google.                      12:51:46
18         Q.    When you are in Incognito mode,  12:51:50
19    do you receive ads?  Let me rephrase that.  12:51:52
20               When you are in Incognito mode,  12:51:57
21    are ads displayed to you when you browse?   12:51:59
22         A.    Probably.  I would think so.  I  12:52:02
23    don't know, to be honest.                   12:52:08
24         Q.    You have never noticed --        12:52:14
25               MR. LEE:  Well, I think he was   12:52:17
```

Page 91

```
 1        still finishing his prior answer,        12:52:18

 2        Viola.                                    12:52:21

 3        A.    Yeah, I'm -- I'm sure I have        12:52:21

 4   noticed, but I can't sit here saying that      12:52:23

 5   I recall specific ads that I've -- that I      12:52:29

 6   have seen.  I certainly don't recall          12:52:32

 7   whether they've been served by Google.        12:52:34

 8   BY MS. TREBICKA:                              12:52:34

 9        Q.    I'm not asking about specific       12:52:40

10   ads.                                          12:52:42

11        A.    Sure.                              12:52:43

12        Q.    However, my question relates to     12:52:45

13   whether you know whether ads are served       12:52:47

14   while you are in Incognito mode to you?       12:52:51

15             MR. LEE:  Asked and answered.       12:52:54

16        A.    Do I continue to answer again?     12:52:57

17   BY MS. TREBICKA:                              12:52:57

18        Q.    Yes.                               12:52:59

19        A.    Okay.  Yeah, I believe ads are     12:53:00

20   served to me in Incognito mode.  I just       12:53:04

21   don't recall any particular details.         12:53:06

22        Q.    When you are in Incognito mode,    12:53:09

23   do you browse for extended periods of time    12:53:16

24   or for limited periods of time?               12:53:21

25             MR. LEE:  Objection to form.        12:53:29
```

Page 92

```
 1        A.    Yeah, I'd say both.  Probably        12:53:30

 2   more often I'd say shorter periods of time      12:53:31

 3   but not exclusively.                            12:53:33

 4   BY MS. TREBICKA:                                12:53:33

 5        Q.    When you browse for longer           12:53:36

 6   periods of time, what kinds of browse --        12:53:38

 7   what kinds of browsing is that?                 12:53:40

 8             MR. LEE:  Objection to form.          12:53:47

 9        A.    Yeah, I don't -- I don't really      12:53:49

10   know how to answer that.  It would look         12:53:51

11   like probably mostly reading news and           12:53:55

12   things like that for more extended              12:54:07

13   periods, but, yeah, I can't say                 12:54:09

14   specifically.                                   12:54:12

15   BY MS. TREBICKA:                                12:54:12

16        Q.    When you browse on Incognito for     12:54:16

17   an extended period of time, do you have         12:54:18

18   one tab in Incognito open or do you have        12:54:20

19   multiple Incognito tabs open?                   12:54:24

20        A.    It varies, but I could have          12:54:26

21   multiple tabs open.                             12:54:29

22        Q.    So sometimes you have one,           12:54:29

23   sometimes you have multiple; it varies?         12:54:31

24        A.    That's correct.                      12:54:36

25        Q.    When you have multiple tabs          12:54:36
```

Page 93

```
1    open, is that because you are looking at        12:54:39

2    multiple things at the same time?               12:54:41

3         A.   The most common scenario --           12:54:44

4    there are many reasons that may happen.         12:54:47

5    The most common scenario is that I've done      12:54:49

6    something like gone to The New York Times       12:54:52

7    and on their front page opened multiple         12:54:53

8    articles; a behavior that looks sort of         12:54:58

9    like that.                                      12:55:01

10        Q.   Why is it that when you go to         12:55:09

11   The New York Times to browse to review          12:55:11

12   articles or read articles, you use              12:55:13

13   Incognito mode?                                 12:55:16

14        MR. LEE:  Objection to form.               12:55:18

15        A.   Frankly, the most common reason       12:55:21

16   is to avoid paywalls, but I have also done      12:55:23

17   it if I'm going to be reading content that      12:55:27

18   I don't want in my sort of identity             12:55:31

19   profile, I suppose.  I have also done it        12:55:38

20   so that -- there's a -- there's a lot of        12:55:44

21   reasons that I may do it, and basically         12:55:48

22   all of them would center around                 12:55:51

23   information not being recorded mostly by        12:55:53

24   Google that I don't want recorded.  And        12:55:58

25   also the limited scenario that sometimes       12:56:03
```

Page 94

```
 1    it's easier to log out.  So a good example      12:56:05
 2    for that would be the website Reddit.  I         12:56:08
 3    have a Reddit account that I usually use         12:56:11
 4    in non-Incognito mode, but if I want to go       12:56:14
 5    to the main Reddit home page that doesn't        12:56:17
 6    have my personalizations, I may do that in       12:56:20
 7    Incognito mode to see the main content           12:56:24
 8    there without having to bother logging           12:56:27
 9    out.                                             12:56:28
10    BY MS. TREBICKA:                                 12:56:28
11        Q.    Okay.  So you gave me -- you           12:56:29
12    gave me quite a few reasons.  Anything           12:56:32
13    else that you can think of for why when          12:56:35
14    you go to The New York Times to browse or        12:56:37
15    review an article you use Incognito mode?        12:56:38
16        A.    Well, much like kind of that          12:56:43
17    first line of questioning, I don't have a        12:56:45
18    checklist of reasons.  I don't have a            12:56:50
19    series of, you know, if statements in my         12:56:53
20    head about what causes me to do that or          12:56:57
21    not.  It will be based on a number of            12:57:00
22    factors that are very context dependent          12:57:05
23    and might not look the same from time to         12:57:08
24    time and I could not enumerate all of            12:57:11
25    that.                                            12:57:14
```

Veritext Legal Solutions
866 299-5127

```
 1        Q.    And if I asked you what the        12:57:14
 2   reason is that you go on Incognito            12:57:16
 3   generally, not just for The New York          12:57:18
 4   Times, would it be the same answer or         12:57:20
 5   would it differ?                              12:57:22
 6        A.    The general answer for the         12:57:24
 7   reason that I go on to Incognito mode is      12:57:26
 8   to keep Google primarily across all of       12:57:29
 9   their services from Chrome to Analytics       12:57:34
10   and their advertising services from having   12:57:37
11   records of my behavior, and also to avoid    12:57:43
12   paywalls and log out of Reddit, but that     12:57:59
13   is certainly the primary reason I do it.     12:58:01
14        Q.    When you go on Incognito, do you   12:58:03
15   ever sign into your Google account?          12:58:06
16        A.    Very, very rarely.                12:58:08
17        Q.    And why would -- if you do, why   12:58:09
18   do you do that?                              12:58:11
19        A.    On my own computers, I'm not      12:58:17
20   sure I ever have.  The only times I can      12:58:20
21   think of that I would have done that is      12:58:23
22   if, for example, I was using someone         12:58:25
23   else's computer and someone else's Chrome    12:58:27
24   and I opened Incognito, so that their        12:58:30
25   experience didn't -- wasn't sort of          12:58:35
```

Page 96

```
 1    polluted with my behavior; in which case      12:58:37
 2    I'm not actually in Incognito mode to         12:58:41
 3    protect my privacy, but more to protect       12:58:43
 4    theirs.                                        12:58:46
 5          There may be other reasons I            12:58:49
 6    would have logged in to a Google account,     12:58:51
 7    but that's all I can come up with right       12:58:53
 8    here, right now.                               12:58:55
 9       Q.   And how often does it happen          12:58:58
10    that you're on someone else's computer        12:58:59
11    logging in to Incognito mode?                  12:59:01
12       A.   Rarely.  Not often at all.            12:59:04
13       Q.   When -- what are those instances      12:59:07
14    in which it would happen?                      12:59:09
15          MR. LEE:  Objection to form.            12:59:11
16       Did you say what or when?                   12:59:12
17          MS. TREBICKA:  When.                    12:59:15
18       A.   Yeah, I -- I don't --                 12:59:16
19    BY MS. TREBICKA:                               12:59:16
20       Q.   What -- what would give rise to       12:59:18
21    you using someone else's computer to go on    12:59:20
22    Chrome?                                        12:59:24
23       A.   Very broadly, not having              12:59:26
24    immediate access to one of my own.            12:59:28
25          MS. TREBICKA:  Okay.  Well, it's        12:59:53
```

Page 97

| | | |
|---|---|---|
| 1 | about 1:00, so we can break for lunch | 12:59:55 |
| 2 | now.  Let's get off the record and we | 12:59:58 |
| 3 | can figure out how long we take. | 13:00:00 |
| 4 | THE VIDEOGRAPHER:  Going off the | 13:00:02 |
| 5 | record.  The time is 12:59 p.m. | 13:00:03 |
| 6 | (Whereupon, a luncheon recess is | 13:46:04 |
| 7 | taken.) | 13:46:35 |
| 8 | THE VIDEOGRAPHER:  Back on the | 13:49:54 |
| 9 | record.  The time is 1:49 p.m. | 13:49:56 |
| 10 | BY MS. TREBICKA: | 13:49:56 |
| 11 | Q.   Good afternoon, Mr. Byatt.  How | 13:49:58 |
| 12 | was your lunch? | 13:50:00 |
| 13 | A.   It was delicious.  How was | 13:50:01 |
| 14 | yours? | 13:50:03 |
| 15 | Q.   Good.  I'm glad.  I'm glad. | 13:50:05 |
| 16 | Well, it was kind of a midmorning snack | 13:50:07 |
| 17 | because I'm in California, but thank you | 13:50:09 |
| 18 | for asking. | 13:50:11 |
| 19 | Just a reminder that you're | 13:50:11 |
| 20 | still under oath; you understand that? | 13:50:13 |
| 21 | A.   I do understand that. | 13:50:15 |
| 22 | Q.   So earlier before we broke, we | 13:50:16 |
| 23 | were talking about Chrome Incognito as a | 13:50:21 |
| 24 | mode of the Chrome browser; do you | 13:50:24 |
| 25 | remember that? | 13:50:27 |

Page 98

```
1        A.    Yes.                              13:50:27

2        Q.    There are many modes to the       13:50:27

3    Chrome browser, though, correct?            13:50:30

4        A.    Don't know.                        13:50:33

5        Q.    You're only aware of Incognito    13:50:34

6    mode?                                        13:50:35

7        A.    I'm not sure what you mean by     13:50:38

8    mode.  I know Chrome browser can do a lot   13:50:40

9    of things, operate in multiple ways, but I  13:50:46

10   don't know what you mean by that.           13:50:49

11       Q.    Well, have you ever used the      13:50:50

12   term Incognito mode?                         13:50:52

13       A.    Yes, yes.                          13:50:53

14       Q.    So you understand that it's a     13:50:54

15   mode of the Chrome browser, right?           13:50:56

16       A.    Right.  I understand that.  I --  13:51:00

17   I don't necessarily know about other        13:51:03

18   modes.                                       13:51:04

19       Q.    Understood.  So you don't know,   13:51:05

20   for example, that there's a basic mode in   13:51:07

21   Incognito -- in Chrome?                      13:51:10

22       A.    Not that I'm aware of, yeah.      13:51:11

23       Q.    Have you ever reviewed the        13:51:12

24   Chrome privacy notice?                       13:51:14

25       A.    Have I reviewed the Chrome        13:51:16
```

Veritext Legal Solutions
866 299-5127

```
 1    privacy -- yes.                           13:51:17
 2         Q.    You have?  And you don't recall  13:51:18
 3    whether or not it talks about different    13:51:20
 4    modes that Chrome can be used in, right?   13:51:21
 5         A.    I do not recall, no.            13:51:25
 6              MS. TREBICKA:  Mr. Lee, I         13:51:40
 7         apologize, there's some noise that's  13:51:41
 8         coming.  I'm not sure if there's a    13:51:45
 9         door open in your conference room or  13:51:46
10         if there's a way to minimize the      13:51:50
11         noise.  I don't know if the court     13:51:52
12         reporter and videographer heard it    13:51:54
13         too.                                  13:51:55
14              MR. LEE:  Is it a voice or some   13:51:56
15         other noise?                          13:51:57
16              MS. TREBICKA:  It sounded like a  13:51:58
17         voice, but now it's gone.             13:52:00
18              MR. LEE:  There was somebody      13:52:02
19         just walked by.  Let me make sure that 13:52:04
20         they know I'm in deposition.          13:52:07
21              MS. TREBICKA:  Thank you.  Okay.  13:52:12
22              MR. LEE:  He's been fired.        13:52:20
23    BY MS. TREBICKA:                            13:52:20
24         Q.    Mr. Byatt, do you believe that  13:52:27
25    you entered a contract with Google?        13:52:29
```

Page 100

```
 1        A.    I do, yeah.                    13:52:31

 2        Q.    When did you enter that -- that   13:52:34

 3   contract?                                 13:52:36

 4        A.    Pardon me.  You know, I -- I    13:52:39

 5   don't know exactly when, but I certainly   13:52:42

 6   think that when I accepted the terms of    13:52:44

 7   service or when I accepted the privacy     13:52:48

 8   policy, which I believe is included in the 13:52:51

 9   terms of service, when I opened Incognito  13:52:53

10   mode, I think all of those things were --  13:52:58

11   were contracts.                           13:53:02

12        Q.    Can you describe your contract   13:53:04

13   with Google, how you view it?             13:53:06

14             MR. LEE:  Objection to the       13:53:09

15        extent it calls for a legal           13:53:10

16        conclusion.                          13:53:12

17        A.    That's what I was going to say,  13:53:12

18   actually.  I'm -- I'm a little bit averse  13:53:14

19   to that because I -- I understand that a   13:53:16

20   contract has, you know, sort of a legal    13:53:19

21   definition and a legal scope, and I'm not  13:53:21

22   an attorney.                              13:53:23

23   BY MS. TREBICKA:                          13:53:23

24        Q.    I understand that.  But you did  13:53:24

25   testify that you entered into a contract   13:53:25
```

Page 101

| | | |
|---|---|---|
| 1 | with Google.  So in your own -- in your | 13:53:28 |
| 2 | own terms, in your own words, what was | 13:53:30 |
| 3 | that contract?  What document did it | 13:53:32 |
| 4 | consist of? | 13:53:35 |
| 5 | A.    Well, so -- so the -- the -- the | 13:53:36 |
| 6 | documents that I took as being the | 13:53:41 |
| 7 | agreement between me and Google are their | 13:53:45 |
| 8 | terms of service, their -- their privacy | 13:53:49 |
| 9 | policy and the Incognito splash screen. | 13:53:52 |
| 10 | Probably also, you know, other application | 13:53:55 |
| 11 | terms of services, but those would be sort | 13:54:00 |
| 12 | of the big relevant ones for Chrome and | 13:54:02 |
| 13 | for Incognito mode. | 13:54:04 |
| 14 | Q.    When you say other application | 13:54:05 |
| 15 | terms of services, you mean other Google | 13:54:08 |
| 16 | applications that you may have used? | 13:54:11 |
| 17 | A.    Yeah.  Like, I would understand | 13:54:13 |
| 18 | myself as being in a contract with Google | 13:54:15 |
| 19 | for terms of services that I have accepted | 13:54:18 |
| 20 | for different products entirely.  I'm a | 13:54:23 |
| 21 | Gmail user as well.  I believe that | 13:54:26 |
| 22 | there's a contract there between me and | 13:54:28 |
| 23 | Google regarding Gmail. | 13:54:30 |
| 24 | Q.    And you accepted the terms of | 13:54:32 |
| 25 | service when you first opened a Google | 13:54:35 |

Page 102

```
 1    account; is that right?                      13:54:37
 2         A.    Yes.                               13:54:38
 3         Q.    And is your understanding that     13:54:42
 4    that's when you accepted the privacy          13:54:46
 5    policy as well?                               13:54:49
 6         A.    That would be a time that I did.   13:54:50
 7    I believe that I would have, as well when     13:54:52
 8    it was updated and I was made aware of        13:54:57
 9    that.                                         13:54:59
10         Q.    And you testified earlier that     13:54:59
11    you would get sometimes e-mail updates        13:55:02
12    about updates to privacy policies; do you     13:55:04
13    remember that?                                13:55:08
14         A.    That's right, yes.                 13:55:09
15         Q.    And you would click on the link    13:55:10
16    and follow to the privacy policy to review    13:55:12
17    what's been updated, correct?                 13:55:16
18         A.    As a general rule, that is a       13:55:19
19    habit of mine.  Can't necessarily say that    13:55:21
20    I did it every time or exactly when that      13:55:21
21    happened, but yeah, as a general rule,        13:55:24
22    yes.                                          13:55:27
23              MS. TREBICKA:  Let's mark as        13:55:31
24         Exhibit 6, Tracy, help me.               13:55:32
25              MR. LEE:  6.                         13:55:36
```

Page 103

```
 1            MS. TREBICKA:  Thank you,          13:55:39

 2      Mr. Lee.                                 13:55:42

 3            Tab 26, which is Google terms of   13:55:42

 4      service, effective April 16, 2007 to     13:55:46

 5      February 29, 2012.                       13:55:50

 6            (Exhibit 6, Google Terms of        13:55:50

 7      Services effective dates 04/16/2007 to   13:55:50

 8      02/29/2012, marked for                   13:55:50

 9      identification.)                         13:56:03

10      A.    I have Exhibit 6 open.             13:56:03

11   BY MS. TREBICKA:                            13:56:03

12      Q.    Great.  Do you recognize this      13:56:06

13   document, Mr. Byatt?                        13:56:29

14      A.    Yes.  It -- it does look           13:56:30

15   familiar, yes.                              13:56:31

16      Q.    And the title says Google Terms    13:56:32

17   of Service?                                 13:56:35

18      A.    Yes, it does.  I would like to     13:56:35

19   note -- I imagine this is in the record     13:56:42

20   anyway, but I would like to know this is    13:56:43

21   an archive version of our terms of service  13:56:46

22   and I -- a version of this I reviewed.  I   13:56:48

23   don't believe it would have said that       13:56:51

24   part.                                       13:56:52

25      Q.    Do you recall when you opened      13:56:52
```

Page 104

```
 1    your Google account?                        13:57:02
 2        A.    Not with specificity.  I have      13:57:09
 3    the records and can look it up and I --     13:57:12
 4    and I have, for other points during this    13:57:17
 5    lawsuit.  I can say that it was quite some   13:57:23
 6    time ago.  It would have been before 2008.  13:57:28
 7        Q.    Is ██████████@gmail.com your       13:57:33
 8    e-mail address?                             13:57:40
 9        A.    That was my first Google account   13:57:41
10    e-mail address, yes.  I have others now,    13:57:43
11    but that was the first one.                 13:57:46
12        Q.    And if the records show that it    13:57:48
13    was opened in or around September 1, 2004,  13:57:49
14    would you have any reason to doubt that?    13:57:53
15        A.    No, that sounds correct.           13:57:56
16        Q.    Is ████████@gmail.com also one     13:57:58
17    of your e-mail addresses?                   13:58:05
18        A.    Yes, it is.                         13:58:06
19        Q.    And if the record showed that it   13:58:07
20    was open on or around January 28, 2008,     13:58:09
21    would you have any reason to doubt that?    13:58:13
22        A.    Not particularly.  That sounds     13:58:17
23    reasonable.                                 13:58:18
24        Q.    And at the time that you opened    13:58:19
25    Google account, that you would have         13:58:24
```

Page 105

```
 1    reviewed and accepted the terms of          13:58:27

 2    service, correct?                           13:58:31

 3         A.    Yes.                             13:58:31

 4         Q.    And from the face of this        13:58:32

 5    document, the very first -- first page, it  13:58:35

 6    says "This is an archived version of our    13:58:42

 7    terms of service"; do you see that?         13:58:45

 8         A.    I do, yes.                       13:58:46

 9         Q.    And this is what you were        13:58:47

10    referring to; is that right, that it's not  13:58:48

11    the current version?                        13:58:51

12         A.    I would imagine it's not the     13:58:56

13    current version.  Yeah, I -- I'm not        13:58:58

14    looking at the current version to be able   13:58:59

15    to say.                                     13:59:01

16         Q.    And if our records show that or  13:59:01

17    establish that it was effective from        13:59:04

18    April 2007 to February 2012, would you      13:59:06

19    have any reason to dispute that?            13:59:09

20         A.    I would not.                     13:59:11

21         Q.    I'd like to know which portions  13:59:12

22    of this document you reviewed.  So feel     13:59:20

23    free to scroll through it and if you -- if  13:59:23

24    something looks familiar or you know that   13:59:28

25    you reviewed it, can you please let me      13:59:30
```

Page 106

```
 1    know by the item number in the document?        13:59:32
 2           MR. LEE:  Let's give him a               13:59:36
 3        chance to look at the document and          13:59:38
 4        then he can answer your question.           13:59:40
 5    BY MS. TREBICKA:                                13:59:40
 6        Q.    Of course.  Take the time you         13:59:41
 7    need, yeah.  And in particular, Mr. Byatt,      13:59:43
 8    I'd like to know -- just to focus your          13:59:46
 9    review, I'd like to know two things:            13:59:49
10    Which parts you remember reviewing and          13:59:52
11    also which parts you believe led you to         13:59:56
12    believe that Incognito mode or private          14:00:01
13    browsing mode means that Google would,          14:00:06
14    under no circumstance, receive any of your      14:00:08
15    browsing information.                           14:00:10
16        A.    Well, I --                            14:00:17
17           MR. LEE:  Hold on, hold on.              14:00:19
18    BY MS. TREBICKA:                                14:00:19
19        Q.    You may --                            14:00:21
20           MR. LEE:  Why don't -- why don't         14:00:22
21        you read the document first and then        14:00:23
22        we can go ahead and answer the              14:00:25
23        question.                                   14:00:30
24        A.    Okay.                                 14:00:31
25           MR. LEE:  And, Counsel, do you           14:00:33
```

Page 107

```
1       have the links available in the -- in        14:00:34

2       this exhibit as well?                        14:00:36

3           MS. TREBICKA:  The hyperlinks?           14:00:38

4           MR. LEE:  Yeah, to answer your           14:00:41

5       question.                                    14:00:43

6           MS. TREBICKA:  No, this is --            14:00:43

7       this is a PDF version and the links          14:00:44

8       appear and they appear -- you know,          14:00:50

9       that if the witness would click on           14:00:52

10      them, they should work.  So -- so,           14:00:54

11      yes.  You'll just get another screen,        14:00:57

12      intermediary screen that says are you        14:01:06

13      sure you want to visit that link.            14:01:09

14          MR. LEE:  Okay.  I guess my              14:01:10

15      question is a little bit different.          14:01:13

16      My question is -- because I tried            14:01:14

17      that.  My question is, do the links          14:01:16

18      link to the -- the operative links          14:01:19

19      that were in place at the time that          14:01:21

20      this terms of service was in place or        14:01:24

21      does it link to the current policies?        14:01:27

22          MS. TREBICKA:  It would link to          14:01:32

23      the current link that's on -- that           14:01:34

24      is -- that is at that link, but              14:01:36

25      what -- but my question now is limited       14:01:38
```

Page 108

```
1         to the words of this document.  If it        14:01:40
2         encompasses a hyperlink, then                14:01:44
3         Mr. Byatt can say that, but I would          14:01:46
4         like Mr. Byatt to start reviewing the        14:01:49
5         document so he can answer my question.       14:01:53
6              MR. LEE:  Got it.  We're just           14:01:53
7         trying -- you asked the question             14:01:55
8         before he read it, so I just wanted to       14:01:57
9         make sure we're all on the same page         14:01:57
10        for that question.  Thank you.               14:02:01
11        A.    I have reviewed this document          14:02:02
12   here, and I believe that I -- I have              14:03:38
13   reviewed this entire document before.  In         14:03:47
14   particular, section 7, I remember pretty          14:03:50
15   clearly, which is about the privacy and           14:03:55
16   personal information, but I believe I             14:04:00
17   would have reviewed the whole document in         14:04:03
18   the past.                                         14:04:04
19   BY MS. TREBICKA:                                  14:04:04
20        Q.    Do you recall following the            14:04:14
21   hyperlink that is in section 7.1?                 14:04:16
22        A.    I cannot say if I clicked this         14:04:22
23   link in this document when I reviewed this        14:04:27
24   document.  I can certainly say that I             14:04:30
25   have, at various points, reviewed Google's        14:04:33
```

Page 109

```
 1    privacy policy, which is what Google says      14:04:37

 2    is at that link.                               14:04:39

 3        Q.    And your -- your testimony is        14:04:41

 4    that you reviewed Google's privacy policy      14:04:46

 5    multiple times, not just once, right?          14:04:49

 6        A.    That's correct.                       14:04:51

 7        Q.    Where in this document does it       14:04:52

 8    say that Google will not receive any data      14:05:04

 9    when you browse in private browsing mode        14:05:08

10    or Incognito mode?                              14:05:13

11        A.    7.2, you agreed to the use of        14:05:15

12    your data in accordance with Google's          14:05:17

13    privacy policies led me to believe that        14:05:19

14    the information on Google's privacy            14:05:22

15    policies was what I had to understand.         14:05:24

16    Google's privacy policies told me that I       14:05:27

17    can control what data was going to be          14:05:29

18    used -- that I could control that by using     14:05:33

19    Chrome's Incognito mode and I think that       14:05:38

20    when I opened Incognito mode that would        14:05:41

21    have -- that -- that splash screen was         14:05:45

22    like a new and distinct notice to me as        14:05:49

23    well about what Google was going to do         14:05:52

24    with the information, and I was using          14:05:54

25    Incognito with the agreement of that           14:05:56
```

Page 110

| | | |
|---|---|---|
| 1 | notice. | 14:05:57 |
| 2 | Q.    Anything else in this document | 14:05:58 |
| 3 | for now that would have led you to believe | 14:06:00 |
| 4 | that Google would not receive your | 14:06:05 |
| 5 | information if you were browsing in | 14:06:08 |
| 6 | Incognito mode? | 14:06:11 |
| 7 | A.    Perhaps.  You know, I -- I have | 14:06:13 |
| 8 | read and reviewed the whole document right | 14:06:15 |
| 9 | now, but, you know, quickly.  I haven't | 14:06:16 |
| 10 | taken notes.  So I can't rule out | 14:06:23 |
| 11 | something else in here making me think | 14:06:26 |
| 12 | that that would be the part that's | 14:06:29 |
| 13 | standing out to me now as making me think | 14:06:31 |
| 14 | that. | 14:06:35 |
| 15 | Q.    Well, take your time, Mr. Byatt. | 14:06:35 |
| 16 | I'd like you to review it. | 14:06:38 |
| 17 | A.    I think this is as good as we're | 14:06:39 |
| 18 | going to get.  This is the section that is | 14:06:41 |
| 19 | certainly the -- the -- the most relevant | 14:06:43 |
| 20 | to me.  I -- I just can't speak to what | 14:06:46 |
| 21 | other lines would have made me think 13 | 14:06:52 |
| 22 | years ago. | 14:06:55 |
| 23 | MS. TREBICKA:  Let's mark as | 14:07:04 |
| 24 | Exhibit 7 the Google privacy policy, | 14:07:05 |
| 25 | tab 40, Tracy. | 14:07:17 |

Page 111

| | | |
|---|---|---|
| 1 | (Exhibit 7, Google Privacy | 14:07:20 |
| 2 | Policy, marked for identification.) | 14:07:38 |
| 3 | A.    I have Exhibit 7 open. | 14:07:38 |
| 4 | BY MS. TREBICKA: | 14:07:38 |
| 5 | Q.    This is -- I'll represent to you | 14:07:44 |
| 6 | that this is the Google privacy policy | 14:07:46 |
| 7 | that's been effective since May 25, 2019. | 14:07:48 |
| 8 | Do you see that? | 14:07:52 |
| 9 | A.    I do see that. | 14:07:53 |
| 10 | Q.    Have you reviewed this privacy | 14:07:54 |
| 11 | policy or a privacy policy that looks | 14:08:14 |
| 12 | generally like this? | 14:08:16 |
| 13 | A.    Yes. | 14:08:18 |
| 14 | Q.    And feel free to review the | 14:08:26 |
| 15 | document, but I'd like you -- I'd like to | 14:08:29 |
| 16 | know which parts of this document you have | 14:08:32 |
| 17 | reviewed over the years?  You mentioned | 14:08:35 |
| 18 | you reviewed privacy policy multiple | 14:08:38 |
| 19 | times, but I'd like you to generally tell | 14:08:40 |
| 20 | me which parts you reviewed. | 14:08:42 |
| 21 | A.    I am reading it now. | 14:08:45 |
| 22 | Q.    And for the record, this is the | 14:08:52 |
| 23 | version of the privacy policy that was | 14:08:55 |
| 24 | effective from May 28, 2018 to January 21, | 14:08:58 |
| 25 | 2019. | 14:09:05 |

Page 112

```
 1        A.    This is a very long document.        14:09:38
 2              MR. LEE:  Take your time.            14:09:40
 3   BY MS. TREBICKA:                                14:09:40
 4        Q.    And, Mr. Byatt, not to disturb       14:09:57
 5   you in your reading, but so that you have       14:09:59
 6   the questions that I'm going to ask you in      14:10:02
 7   mind, the first one is which parts you          14:10:04
 8   generally recall reviewing, and the other       14:10:06
 9   question, which parts led you to believe        14:10:08
10   that browsing in private browsing mode or       14:10:11
11   Chrome Incognito would mean that Google         14:10:14
12   would not collect or receive your browsing      14:10:17
13   information?                                     14:10:21
14        A.    Thank you for the reminder.  I       14:10:24
15   have reviewed this document now.  With          14:13:49
16   regards to the question of what I may have      14:13:53
17   reviewed in the past, I have certainly          14:13:55
18   reviewed the entire privacy policy at           14:13:59
19   times in the past.  I cannot say for            14:14:04
20   certain that I reviewed the entirety of         14:14:06
21   this document in this window from               14:14:11
22   May 25, 2018 to, I believe, you said            14:14:14
23   sometime in 2019.                               14:14:17
24              I can say, of the parts I            14:14:19
25   remember, that roughly the first page,          14:14:23
```

Page 113

```
1    certainly the first section -- yeah.  So        14:14:26
2    basically the first page, up to the             14:14:32
3    information Google collects part is very         14:14:34
4    familiar.  This certainly looks like            14:14:39
5    something I have reviewed.  I remember          14:14:41
6    reviewing language very similar to this,        14:14:44
7    substantively similar.  So I think that's       14:14:47
8    what I can offer in terms of what I             14:14:50
9    remember reviewing.                             14:14:53
10         For what has led me to believe            14:14:55
11   that Incognito would do what it says on         14:14:59
12   the tin and not collect my information, it      14:15:04
13   would be in, let's see -- so the second         14:15:09
14   sentence of the first paragraph "We             14:15:14
15   understand this is a big responsibility         14:15:17
16   and work hard to protect your information       14:15:18
17   and put you in control."  That sentence         14:15:20
18   led me to believe that I was in control of      14:15:23
19   my data being shared.                           14:15:25
20         And then there is a sentence in           14:15:27
21   the, one, two, three, four -- well, the --      14:15:33
22   the paragraph just underneath the bullet        14:15:37
23   points "You can use our services in a           14:15:40
24   variety of ways to manage your privacy."        14:15:41
25   And then the last two sentences of that,        14:15:45
```

Page 114

| | | |
|---|---|---|
| 1 | "You can also choose to browse the web | 14:15:47 |
| 2 | privately using Chrome in Incognito mode. | 14:15:50 |
| 3 | And across our services, you can adjust | 14:15:52 |
| 4 | your privacy settings to control what we | 14:15:55 |
| 5 | collect and how your information is used." | 14:15:57 |
| 6 | Let's see, yeah.  And I | 14:16:01 |
| 7 | understood this section here "You can | 14:16:11 |
| 8 | choose" -- "You can also choose to browse | 14:16:13 |
| 9 | the web privately using Chrome in | 14:16:31 |
| 10 | Incognito mode."  I understood that | 14:16:34 |
| 11 | section to apply to the bulleted list just | 14:16:37 |
| 12 | above it "Google apps, sites, devices," | 14:16:44 |
| 13 | platforms, "products that are integrated | 14:16:51 |
| 14 | into third-party apps and sites like ads." | 14:16:53 |
| 15 | Yeah.  So I would say, in a | 14:16:55 |
| 16 | broad sense, but it is that whole first | 14:16:58 |
| 17 | page that has led me to believe that | 14:17:01 |
| 18 | Incognito does what Incognito says it | 14:17:03 |
| 19 | does.  And in particular, this sentence | 14:17:08 |
| 20 | "You can also choose to browse the web | 14:17:09 |
| 21 | privately using Chrome in Incognito mode." | 14:17:12 |
| 22 | Q.    Right underneath it, it says | 14:17:14 |
| 23 | Information Google Collects; do you see | 14:17:16 |
| 24 | that? | 14:17:17 |
| 25 | A.    I do, yes. | 14:17:18 |

Page 115

1      Q.    Did you review that section?          14:17:20

2      A.    I can not say with certainty         14:17:22

3    whether I reviewed it during this 2018 to     14:17:25

4    2019 window that this document was in          14:17:29

5    place.  I have reviewed that for Google        14:17:31

6    privacy policies in the past.                  14:17:36

7      Q.    And if you'll scroll down to the      14:17:37

8    second page, it says in bold, in a bold        14:17:40

9    heading "Information we collect as you use     14:17:44

10   our services"; do you see that?               14:17:47

11     A.    I do, yes.                            14:17:48

12     Q.    Do you recall reviewing this          14:17:49

13   section, either in this particular version    14:17:53

14   or any other version of the Google privacy    14:17:56

15   notice -- privacy policy?                     14:18:00

16     A.    Same answer as previous.  I           14:18:02

17   can't say with certainty whether I            14:18:04

18   reviewed it or this particular version of     14:18:06

19   the document, but I have definitely           14:18:10

20   reviewed something substantively similar.     14:18:13

21     Q.    The second paragraph of that          14:18:16

22   section under "Your apps, browsers &          14:18:20

23   devices," says "The information we collect    14:18:23

24   includes unique identifiers, browser type     14:18:27

25   and settings, device type and settings,       14:18:32

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | operating system, mobile network | 14:18:35 |
| 2 | information including carrier name and | 14:18:37 |
| 3 | phone number and application version | 14:18:41 |
| 4 | number.  We also collect information about | 14:18:43 |
| 5 | the interaction of your apps, browsers and | 14:18:46 |
| 6 | devices with our services, including IP | 14:18:49 |
| 7 | address, crash reports, system activity | 14:18:53 |
| 8 | and the date, time and refer URL of your | 14:18:56 |
| 9 | request"; do you see that? | 14:19:02 |
| 10 | A.   I do see that and I took the | 14:19:03 |
| 11 | section in the second sentence of the | 14:19:06 |
| 12 | whole document that says that I'm in | 14:19:08 |
| 13 | control, as to mean that I'm in control of | 14:19:11 |
| 14 | when and how that is shared.  And I took | 14:19:13 |
| 15 | the sentence saying that I can choose to | 14:19:16 |
| 16 | browse the web privately using Chrome in | 14:19:19 |
| 17 | Incognito mode to mean that using Chrome | 14:19:22 |
| 18 | in Incognito mode would limit the way that | 14:19:23 |
| 19 | that information is shared. | 14:19:25 |
| 20 | Q.   Limited how? | 14:19:28 |
| 21 | A.   Make it not be shared with | 14:19:30 |
| 22 | Google. | 14:19:31 |
| 23 | Q.   And where does it say that it | 14:19:32 |
| 24 | will not be shared with Google? | 14:19:37 |
| 25 | A.   Where it says that I can browse | 14:19:39 |

Page 117

```
1    the web privately using Chrome in              14:19:40
2    Incognito mode.                                14:19:43
3         Q.   So you understood that sentence      14:19:44
4    to tell you that it would not be shared        14:19:46
5    with Google?                                   14:19:47
6         A.   That's correct because that's        14:19:49
7    what it says.                                  14:19:50
8         Q.   Do you recall your earlier           14:19:52
9    testimony about The New York Times privacy     14:20:44
10   policy?                                        14:20:52
11        A.   I don't recall it verbatim, but,     14:20:52
12   yes.  I remember the line of questioning       14:20:54
13   you're talking about, yes.                     14:20:55
14        Q.   And you recall that The New York     14:20:57
15   Times's privacy policy generally disclosed     14:21:03
16   that certain information they would            14:21:05
17   collect would also be shared with their        14:21:07
18   service providers; do you recall that?         14:21:09
19        A.   I do.  I also recall The New         14:21:11
20   York Times saying that they were sharing       14:21:15
21   in accordance with the Google privacy          14:21:18
22   policy, which is the document that led me      14:21:20
23   to believe that being in Incognito mode,       14:21:22
24   my information would be private.               14:21:26
25        Q.   So what, in this particular          14:21:28
```

Page 118

```
1    document, not necessarily this version,       14:21:33

2    but in the Google privacy policy led you       14:21:36

3    to believe that the websites, third-party      14:21:39

4    websites would not be sharing your             14:21:43

5    information with Google among other            14:21:45

6    service providers when you were browsing       14:21:49

7    in Incognito mode, although they               14:21:51

8    themselves would receive it?                   14:21:54

9        A.    The part where it says I can         14:21:57

10   also choose to browse the web privately.       14:21:58

11   The part that says that I'm in control of      14:22:01

12   how Google receives my information.            14:22:04

13   And -- and the part in The New York Times      14:22:07

14   document where it says that they abide by      14:22:11

15   this as well.                                  14:22:13

16       Q.    Anything else?                       14:22:15

17       A.    Probably.  It's a 28-page            14:22:18

18   document, but those are certainly the most     14:22:21

19   salient parts that led me to believe that.     14:22:23

20       Q.    Okay.  Well, take your time and      14:22:25

21   not restricting the time that you can          14:22:26

22   spend reviewing the document, anything         14:22:29

23   else in this document that you believe         14:22:30

24   supports your interpretation?                  14:22:33

25       A.    Yeah, the document.  You know, I     14:22:37
```

Page 119

```
 1    think -- I -- I think that these first        14:22:42
 2    couple of sentences, this whole first page     14:22:45
 3    really, I definitely understand as saying      14:22:49
 4    that I'm in control of how my information      14:22:52
 5    is shared with Google -- how my                14:22:55
 6    information is shared to Google, that          14:22:56
 7    Chrome in Incognito mode is the tool that      14:22:59
 8    I have to choose to browse the web             14:23:01
 9    privately, yeah.  I would say that that        14:23:05
10    is -- that is what led me to believe that.     14:23:10
11        Q.    And your understanding is that       14:23:13
12    those representations you're citing would      14:23:15
13    override whatever other disclosures Google     14:23:17
14    provided with respect to the information       14:23:21
15    that it would collect when you were            14:23:22
16    browsing the web, right?                       14:23:25
17        A.    What do you mean by override?  I     14:23:31
18    thought that what it's saying right here       14:23:32
19    would stay true.                               14:23:34
20        Q.    Well, I showed you the part on       14:23:37
21    page 2 related to the information Google       14:23:41
22    collects as you use Google services.           14:23:47
23            Do you recall that on page 2,          14:23:50
24    where it says "We also collect information     14:23:51
25    about the interaction of your apps,            14:23:54
```

Page 120

```
 1    browsers and devices with our services,        14:23:57
 2    including IP address, crash reports,            14:24:01
 3    system activity, and the dates, time and        14:24:04
 4    referral" -- "referral URL of your             14:24:07
 5    request"?                                       14:24:12
 6         A.    I do recall talking about that.     14:24:13
 7    I do not understand that first section as       14:24:14
 8    necessarily overriding that.  I just --         14:24:16
 9    I'm -- I'm uncomfortable with the use of        14:24:20
10    the word override.                              14:24:22
11            What I understand that to be            14:24:26
12    telling me is that there's information          14:24:27
13    that Google can collect.  This is a list        14:24:29
14    of what information is and if I don't want      14:24:30
15    Google to collect that information, the         14:24:33
16    way they put me in control, to use this         14:24:34
17    document's words, is that I can choose to       14:24:37
18    not share that information by opening           14:24:39
19    Chrome in Incognito mode.                       14:24:42
20            Like I said, I don't -- I don't         14:24:44
21    necessarily understand that it's                14:24:45
22    overriding.  Both of these seem true at         14:24:47
23    the time.  It doesn't say in here that          14:24:49
24    they collect this information at all            14:24:51
25    times.  It just says that this is the           14:24:55
```

Page 121

| | | |
|---|---|---|
| 1 | information they collect.  So the way I | 14:24:57 |
| 2 | understand what Google is saying when they | 14:25:01 |
| 3 | say I can browse privately is that I can | 14:25:03 |
| 4 | stop sharing this information. | 14:25:07 |
| 5 | Q.    And where does it say in this | 14:25:09 |
| 6 | document or in the first page that this | 14:25:11 |
| 7 | information would -- that you would stop | 14:25:15 |
| 8 | sharing this information? | 14:25:17 |
| 9 | A.    It says I can choose to browse | 14:25:19 |
| 10 | the web privately using Chrome in | 14:25:21 |
| 11 | Incognito mode, and it says that I am in | 14:25:23 |
| 12 | control of how the information is shared. | 14:25:27 |
| 13 | Q.    Those two sentences led you to | 14:25:30 |
| 14 | believe that browsing in Incognito mode | 14:25:32 |
| 15 | would mean that none of your information | 14:25:36 |
| 16 | would be received by Google, correct? | 14:25:39 |
| 17 | A.    That in conjunction with the | 14:25:41 |
| 18 | Incognito splash screen, yes. | 14:25:43 |
| 19 | Q.    Let us go to the splash screen | 14:25:45 |
| 20 | then, since we've been talking a lot about | 14:26:10 |
| 21 | it. | 14:26:13 |
| 22 | MS. TREBICKA:  And this is a | 14:26:13 |
| 23 | document that I will mark as | 14:26:16 |
| 24 | Exhibit 8. | 14:26:23 |
| 25 | Tab 5, Tracy. | 14:26:30 |

Page 122

```
 1              (Exhibit 8, Screenshot of        14:26:32
 2         Chrome's You've Gone Incognito pop-up  14:26:32
 3         screen from 08/20/2020, marked for    14:26:32
 4         identification.)                      14:26:32
 5    BY MS. TREBICKA:                            14:26:32
 6         Q.    You will see it in a few         14:26:37
 7    seconds, but I'll represent to you that     14:26:38
 8    it's a screenshot of Chrome's "You've gone  14:26:40
 9    Incognito" pop-up screen of                 14:26:43
10    August 20, 2020.                            14:26:47
11         A.    I have opened the document.  Oh, 14:26:50
12    wow, this one has the opposite problem as   14:26:57
13    that last one.  It is now too huge to see.  14:27:00
14    Give me a moment.                           14:27:00
15              Okay.  I can see the screenshot   14:27:04
16    of the Incognito screen.                    14:27:06
17         Q.    Is this the Incognito screenshot 14:27:12
18    or splash screen that you've been           14:27:15
19    referring to in your testimony?             14:27:17
20         A.    Yes.  I have -- well, sort of.   14:27:19
21    I have seen this.  I believe that the       14:27:21
22    screen has changed, and there is another    14:27:26
23    slightly different one as well that -- and  14:27:30
24    I mean both of them.  And if there are      14:27:32
25    other changes that I don't recall, I would  14:27:34
```

Page 123

```
 1    mean all of them.                          14:27:36

 2        Q.    And are you referring to the     14:27:37

 3    addition of the block third-party cookies  14:27:40

 4    language on this Incognito splash screen?   14:27:45

 5        A.    That's the largest bit that I    14:27:49

 6    would be referring to.  I think some of    14:27:52

 7    the other language may have changed        14:27:54

 8    slightly.  I can't speak to that           14:27:55

 9    specifically.  But yeah, that -- that's    14:27:58

10    part of it.                                14:28:03

11        Q.    This is what's also referred to  14:28:05

12    as the new tab page.  In other words, when 14:28:07

13    you open a new Incognito web page, this is 14:28:11

14    the web page that you would see, correct?  14:28:13

15        A.    Yes.                             14:28:18

16        Q.    Earlier, you testified that you  14:28:22

17    use Incognito, Chrome Incognito and that   14:28:25

18    sometimes you use it for a short period of 14:28:30

19    time, sometimes you use it for a more      14:28:32

20    extensive period of time; do you recall    14:28:33

21    that testimony?                            14:28:35

22        A.    I do, yes.                       14:28:35

23        Q.    Does it ever happen -- or let me 14:28:37

24    ask you this:  How long, in terms of hours 14:28:40

25    or days, whatever it is, is the longest    14:28:43
```

Page 124

| | | |
|---|---|---|
| 1 | Incognito session you've had open? | 14:28:46 |
| 2 | MR. LEE:  Objection to form. | 14:28:49 |
| 3 | A.    I have no idea. | 14:28:50 |
| 4 | BY MS. TREBICKA: | 14:28:50 |
| 5 | Q.    Would it be a matter of hours or | 14:28:52 |
| 6 | less than a matter of hours? | 14:28:56 |
| 7 | A.    It would be more than an hour | 14:29:01 |
| 8 | probably.  I really don't know, though, | 14:29:03 |
| 9 | but -- but I imagine I have had an | 14:29:07 |
| 10 | Incognito session open for more than an | 14:29:09 |
| 11 | hour. | 14:29:11 |
| 12 | Q.    Have you ever had an Incognito | 14:29:11 |
| 13 | session open for more than a day, | 14:29:13 |
| 14 | 24 hours? | 14:29:15 |
| 15 | A.    I do not know. | 14:29:16 |
| 16 | Q.    It could be, could not be, you | 14:29:18 |
| 17 | just don't recall? | 14:29:20 |
| 18 | MR. LEE:  Objection to form, | 14:29:21 |
| 19 | asked and answered. | 14:29:22 |
| 20 | A.    Yeah, I -- I don't know.  I | 14:29:24 |
| 21 | can't recall.  I -- I can neither rule it | 14:29:25 |
| 22 | out, nor say with certainty. | 14:29:33 |
| 23 | BY MS. TREBICKA: | 14:29:33 |
| 24 | Q.    What about more than ten days, | 14:29:34 |
| 25 | have you ever had an Incognito session, | 14:29:36 |

Page 125

```
 1    the same session open for more than ten          14:29:38

 2    days?                                             14:29:39

 3         A.    I have no idea.                        14:29:40

 4         Q.    Could have, could not have, you        14:29:40

 5    just don't know?                                  14:29:42

 6         A.    That's correct.                        14:29:43

 7         Q.    What about more than 50 days?          14:29:43

 8         A.    Well, I think the first question       14:29:47

 9    in this line was what's the longest you've        14:29:49

10    had it open and I didn't know the answer          14:29:51

11    to that.  I'm not going to know the answer        14:29:54

12    to any particular time limit.  I guess            14:29:56

13    more -- I definitely never had one open           14:30:01

14    for more than 14 years.  You know, like, I        14:30:04

15    really don't know how long I've had one           14:30:07

16    open, and I can't say for any particular          14:30:09

17    length of time that is, you know,                 14:30:11

18    physically possible.                              14:30:13

19         Q.    Do you have one open right now         14:30:15

20    in your computer at home?                         14:30:17

21         A.    I don't know.                          14:30:26

22         Q.    You may have, may not have, you        14:30:27

23    just don't recall?                                14:30:29

24         A.    That's correct.                        14:30:30

25         Q.    All right.  So back to the             14:30:36
```

Page 126

```
 1    Incognito new tab page, which you have in        14:30:39
 2    front of you as Exhibit 8, it says here          14:30:41
 3    "Now you can browse privately, and other         14:30:44
 4    people who use this device won't see your        14:30:47
 5    activity."  Do you see that?                     14:30:50
 6         A.    I see both of those two clauses       14:30:53
 7    that you just read, yes.                         14:30:56
 8         Q.    Why do you say "both of those         14:30:56
 9    two clauses"?  What do you mean by that?         14:30:58
10         A.    Well, I understand "now you can       14:31:00
11    browse privately and other people who use        14:31:03
12    this device won't see your activity" to          14:31:04
13    both tell me something --                        14:31:07
14         Q.    What do they tell you --              14:31:08
15         A.    -- separately.                        14:31:14
16         Q.    What do they tell you?                14:31:21
17         A.    The first one "Now you can            14:31:23
18    browse privately," tells me that my              14:31:25
19    browsing will be private.  The other one,        14:31:28
20    the second half "and other people who use        14:31:31
21    this device won't see your activity,"            14:31:33
22    tells me that other people who use this          14:31:36
23    device won't see my activity.                    14:31:39
24         MR. LEE:  You're doing great,               14:31:55
25    just slow down for the court reporter.           14:31:56
```

Page 127

```
 1   BY MS. TREBICKA:                          14:31:56

 2       Q.   The data that is collected from   14:32:02

 3   your Incognito browsing activities not     14:32:05

 4   linked to your Google account or -- or     14:32:05

 5   your device and browser, do you still      14:32:07

 6   consider -- do you consider yourself to be 14:32:10

 7   browsing privately?                        14:32:11

 8       A.   I can't speculate on that.        14:32:13

 9   Google is, you know, the -- the largest,   14:32:18

10   to my knowledge, owner of data, analyzer   14:32:21

11   of data, you know, out there.  So I -- I   14:32:26

12   don't know what it means for them to have  14:32:28

13   data, to have it linked, to not have it    14:32:33

14   linked.  I would say that if it can be     14:32:37

15   linked -- if they have the data and it is  14:32:40

16   in a form that they can analyze and        14:32:43

17   understand behavior, anything like that,   14:32:50

18   that -- that to me is not private.  It     14:32:53

19   feels like if I -- if Google has data      14:32:56

20   about what I have done, that's not         14:32:58

21   private.                                   14:33:00

22       Q.   Even if Google does not know      14:33:05

23   that it was Mr. Byatt doing the browsing?  14:33:06

24       A.   Sure.  I think the relevant part  14:33:13

25   is the behavior, right?  I think that --   14:33:16
```

Page 128

```
 1   yeah, yeah.  I mean, I don't know exactly        14:33:22
 2   what Google knows and what they don't, but       14:33:25
 3   I know if they're collecting the data            14:33:30
 4   about what I'm doing, they have                  14:33:34
 5   represented to me that they're not going         14:33:36
 6   to have that data and -- and they are.           14:33:37
 7       Q.    Right, but the question is --          14:33:40
 8   the question is whether -- what it means         14:33:43
 9   for the data to be linked to you.  So if         14:33:44
10   the data is not linked to you, that is           14:33:47
11   still private browsing; is it not?              14:33:49
12       A.    I don't believe so.  If they           14:33:53
13   have the data, I don't believe it's              14:33:54
14   private.                                         14:33:55
15       Q.    So if someone has the data, even       14:33:56
16   though it is not connected to you or your        14:33:59
17   identity, you believe it's no longer             14:34:01
18   private?                                         14:34:03
19            MR. LEE:  By "someone," do you          14:34:06
20       mean Google, Viola, just for --              14:34:08
21            MS. TREBICKA:  No, that's fair.         14:34:10
22   BY MS. TREBICKA:                                 14:34:10
23       Q.    Let me revise the question.  So        14:34:12
24   if Google has the data even though it is         14:34:14
25   not connected to you or your identity, you       14:34:16
```

Page 129

| | | |
|---|---|---|
| 1 | believe it's no longer private? | 14:34:18 |
| 2 | A.    I think to some extent this | 14:34:23 |
| 3 | question starts to get into things that I | 14:34:26 |
| 4 | don't know if I'm qualified to answer.  I | 14:34:29 |
| 5 | know that data scientists, of which I am | 14:34:35 |
| 6 | not, can do things with data that I just | 14:34:38 |
| 7 | don't understand.  So, yeah, I think that | 14:34:42 |
| 8 | if they have my data, that's not private. | 14:34:46 |
| 9 | Q.    Even if that data is not linked | 14:34:52 |
| 10 | to you or your identity; is that your | 14:34:57 |
| 11 | testimony? | 14:35:01 |
| 12 | MR. LEE:  You know what, Viola, | 14:35:01 |
| 13 | I've let you kind of go down this path | 14:35:03 |
| 14 | because it's, you know, just to see -- | 14:35:05 |
| 15 | just to see where it went, but at this | 14:35:08 |
| 16 | point, you've asked the same question | 14:35:10 |
| 17 | several times.  In addition, you're | 14:35:12 |
| 18 | asking him to speculate about where | 14:35:14 |
| 19 | the data goes and what can be done | 14:35:16 |
| 20 | with it.  He's already told you that | 14:35:18 |
| 21 | he's not a data scientist, and you're | 14:35:20 |
| 22 | stacking hypotheticals upon | 14:35:23 |
| 23 | speculation.  So I'm going to object | 14:35:25 |
| 24 | and I'm going to ask you to move on. | 14:35:26 |
| 25 | MS. TREBICKA:  So I will ask the | 14:35:34 |

Page 130

```
 1        question again because I'm not getting      14:35:35

 2        an answer.  I don't mean to be --            14:35:37

 3            MR. LEE:  You are getting an             14:35:39

 4        answer.  You're just not getting an          14:35:41

 5        answer that perhaps you like.  You've        14:35:44

 6        now asked it several different times,        14:35:45

 7        several different ways.  He's told you       14:35:46

 8        that you have, kind of, reached the          14:35:49

 9        limits of his knowledge about this,          14:35:50

10        and you just continue to ask him the         14:35:51

11        same question, so --                          14:35:53

12            MS. TREBICKA:  Mr. Lee -- sorry.         14:35:54

13        I didn't mean to interrupt.                   14:35:56

14            MR. LEE:  Excuse me, yeah.  So           14:35:57

15        he's definitely not an expert; he's a        14:35:59

16        fact witness.  So why don't we keep it       14:36:01

17        to questions that he has personal            14:36:03

18        knowledge of rather than get into            14:36:05

19        what's really expert testimony or ask        14:36:09

20        him to speculate on things that he's         14:36:11

21        already told you he's not comfortable        14:36:13

22        speculating about?                            14:36:14

23            MS. TREBICKA:  We have a                  14:36:15

24        disagreement over whether his                14:36:17

25        testimony to this is relevant or not,        14:36:18
```

Page 131

```
1          Mr. Lee, and the relevance objection        14:36:22
2          is not appropriate for a deposition.        14:36:24
3          So I ask that you let me conduct my         14:36:27
4          deposition.  I'm not badgering; I'm         14:36:30
5          not arguing with the witness, I'm just      14:36:32
6          trying to get an answer to my               14:36:34
7          question.  So again, I ask you to           14:36:36
8          allow me to ask my question and get an      14:36:37
9          answer from him.                            14:36:40
10              MR. LEE:  Sure.                         14:36:40
11              MS. TREBICKA:  This is getting a        14:36:42
12          little out of hand.  I don't think we      14:36:46
13          mean to be argumentative with each         14:36:47
14          other, but I think you just have to        14:36:49
15          let me ask my question.                    14:36:51
16              MR. LEE:  Sure, but the -- and,         14:36:53
17          you know, you can do that.  It's your      14:36:56
18          deposition, but I'm just telling you       14:36:58
19          that for you to suggest that he's not      14:36:59
20          being responsive, I think is not only      14:37:02
21          unfair, it's argumentative to the          14:37:05
22          witness.  This is his first time being     14:37:06
23          deposed, and I'll note, again, for the     14:37:08
24          record that he's told you that he          14:37:10
25          would not like to speculate on areas       14:37:12
```

Page 132

```
 1        that he's not knowledgeable on or has        14:37:14
 2        no personal knowledge on.  And for you       14:37:17
 3        to suggest that that answer is somehow        14:37:18
 4        improper is -- is objectionable, and I       14:37:20
 5        will speak up every time you do that.        14:37:24
 6        So you can conduct your -- your              14:37:25
 7        examination any way you see fit, and I       14:37:27
 8        will make my record any way I see fit.       14:37:30
 9   BY MS. TREBICKA:                                  14:37:30
10        Q.   So, Mr. Byatt, I'm trying to           14:37:34
11   understand what it means in your mind for         14:37:37
12   data to be linked to you.  So -- so my            14:37:39
13   question is, if the information -- or             14:37:43
14   rather what it means in your mind for data        14:37:48
15   to be private or -- or private browsing or        14:37:50
16   data that is related to your private              14:37:56
17   browsing, right?  So data from your               14:37:58
18   private browsing, if it is not linked to          14:38:01
19   you or your identity, do you consider that        14:38:03
20   not to be private?                                14:38:06
21        MR. LEE:  Objection, improper                14:38:08
22        hypothetical, calls for speculation.         14:38:09
23        A.   I'm not -- I'm not sure what you        14:38:12
24   mean by "identity," right?  Like so if            14:38:14
25   there -- if I had a nude picture of myself        14:38:17
```

Page 133

```
 1    that had my face blurred out and my name      14:38:21
 2    not attached to it and it was being shared    14:38:23
 3    without my permission, I would absolutely     14:38:26
 4    consider that a violation of my privacy.      14:38:29
 5    I don't think that someone needs to have      14:38:34
 6    my name for it to be a violation of           14:38:36
 7    privacy.  I think when Google has             14:38:40
 8    behavioral data about things that I have      14:38:43
 9    done, that is me, that is what I am doing,    14:38:45
10    and if they have that data, that is not       14:38:49
11    private.                                      14:38:51
12    BY MS. TREBICKA:                              14:38:51
13        Q.    So if an IP address related to      14:38:52
14    your private browsing is collected, do you    14:38:54
15    consider that to be violating your            14:38:57
16    privacy?                                      14:39:01
17            MR. LEE:  Objection, improper         14:39:03
18        hypothetical, calls for speculation.      14:39:05
19        Go ahead.                                 14:39:09
20        A.    I think -- I think that -- yeah,    14:39:12
21    it could be.  I think that I don't know       14:39:18
22    about specific contexts, I guess, and I       14:39:21
23    think the concern here is that Google told    14:39:26
24    me that there was certain information that    14:39:32
25    they could collect, told me that I could      14:39:34
```

Page 134

```
1    be in control of what information was          14:39:36
2    collected, told me that the way that I         14:39:39
3    could exercise control was by browsing in      14:39:41
4    Incognito mode.  And then while browsing       14:39:44
5    in Incognito mode, they collected the          14:39:47
6    information that they told me I could stop     14:39:49
7    them from collecting, and I think that is      14:39:52
8    a -- yeah, a clear -- like, I asked them       14:39:56
9    not to.  Like it's not even -- it's not        14:40:01
10   even a case of not consenting.  By opening     14:40:05
11   Incognito, I have explicitly said don't        14:40:11
12   collect the information that you said I        14:40:13
13   could control the collection of by opening     14:40:16
14   Incognito mode.  So, yeah, that -- that --     14:40:18
15   if that information includes IPs, then,        14:40:22
16   yes, collecting that is a violation of         14:40:24
17   that privacy.                                  14:40:26
18   BY MS. TREBICKA:                               14:40:26
19        Q.    Do you mean that the word           14:40:37
20   "privately" and "private browsing" means      14:40:41
21   that your Internet browsing activity will      14:40:44
22   be concealed from everyone?                    14:40:46
23        A.    Well, in the case of Incognito,     14:40:48
24   I'd expect it to be concealed from Google      14:40:49
25   because they told me it was going to be        14:40:52
```

Page 135

1    concealed from Google.                    14:40:54

2        Q.   Just from Google, right?  That's  14:40:56

3    your understanding?                        14:40:58

4        A.   So if we look on the Incognito    14:40:58

5    splash screen or what you called the new   14:41:00

6    tab page, it lists a few entities that the 14:41:04

7    activity may still be visible to.  I       14:41:06

8    believe that disclosure, I believe that it 14:41:10

9    could be visible to the websites, to my    14:41:13

10   employer or school if I'm on the employer  14:41:16

11   or school network to the Internet service  14:41:18

12   provider, but it doesn't say Google here.  14:41:21

13   It doesn't say my activity might still be  14:41:24

14   visible to Google.  So I understood this   14:41:26

15   as -- and that would have been a great     14:41:29

16   place for Google to put Google.  So I      14:41:32

17   understood this is my information not      14:41:36

18   being visible to Google.                   14:41:39

19       Q.   Do you browse privately on other  14:41:43

20   browsers as well, other than Chrome?       14:41:49

21       A.   I -- I couldn't say.  Yeah, I     14:41:55

22   don't recall with specificity, but maybe.  14:42:04

23       Q.   But your testimony here today is  14:42:15

24   that Google should have been included in   14:42:18

25   this new tab page because why?  Why would  14:42:20

Veritext Legal Solutions
866 299-5127

```
 1    you have expected it to be included as an        14:42:25

 2    entity that the activity might be visible         14:42:27

 3    to?                                               14:42:30

 4        A.    Well, I didn't expect it to be          14:42:31

 5    included.  I expected it -- I expected            14:42:32

 6    Google to not keep my information.                14:42:34

 7        Q.    Okay.  Let me ask it -- that's          14:42:37

 8    fair.                                             14:42:39

 9            MR. LEE:  Excuse me, hold on, I           14:42:40

10        don't think you're doing it on                14:42:42

11        purpose, you guys.  But you're talking        14:42:43

12        over each other, so let's slow it down        14:42:45

13        a little bit for the reporter, not            14:42:46

14        talk over each other.                         14:42:48

15            I don't know if she -- that the           14:42:49

16        reporter caught the last portion of           14:42:51

17        Mr. Byatt's answer.                           14:42:53

18            THE COURT REPORTER:  Do you want          14:42:55

19        me to read it?                                14:42:56

20            MR. LEE:  Sure.                           14:42:58

21            (Answer read back.)                       14:43:12

22            MR. LEE:  Was that -- was that            14:43:17

23        the end of your answer?                       14:43:17

24            THE WITNESS:  I did say                    14:43:18

25        something after that, but I don't             14:43:19
```

Page 137

```
 1          remember it.  And that certainly is        14:43:20
 2          the substance of what matters to me.       14:43:22
 3               MR. LEE:  Okay.                        14:43:28
 4     BY MS. TREBICKA:                                 14:43:28
 5          Q.   So you understand, sitting here        14:43:32
 6     today, that Google receives certain of           14:43:34
 7     your information, even when you are               14:43:38
 8     browsing and in Incognito mode; do you           14:43:40
 9     understand that?                                  14:43:42
10          A.   Yes.                                    14:43:42
11          Q.   So you would have expected             14:43:43
12     Google, on the new tab page, to provide          14:43:45
13     disclosure of that; is that fair, as far         14:43:50
14     as what your contentions are in this             14:43:54
15     lawsuit?                                          14:43:55
16          A.   No.  My contention is that             14:43:56
17     Google should not have been collecting           14:43:58
18     that information.                                 14:44:00
19          Q.   Well, let's take a step back and       14:44:07
20     say -- if Google were to collect that            14:44:10
21     information and were to have disclosed it,        14:44:12
22     do you agree that there would be no basis        14:44:16
23     for a lawsuit?                                    14:44:19
24               MR. LEE:  I'm sorry, you cut out       14:44:21
25          on my side.  Could you -- could you         14:44:22
```

Page 138

```
 1          repeat that question, Viola?              14:44:23

 2     BY MS. TREBICKA:                                14:44:23

 3          Q.    If Google were to collect           14:44:26

 4     information about your Incognito browsing       14:44:27

 5     and were to disclose it, would you agree        14:44:32

 6     that there would be no basis for your           14:44:34

 7     current lawsuit?                                14:44:36

 8               MR. LEE:  Objection to form,          14:44:37

 9          calls for speculation, improper            14:44:39

10          hypothetical, calls for a legal            14:44:40

11          conclusion.                                14:44:43

12          A.    That last one was my concern.  I     14:44:44

13     don't know exactly what allows for,             14:44:48

14     constitutes a lawsuit.                          14:44:56

15     BY MS. TREBICKA:                                14:44:56

16          Q.    If Google had disclosed, in your     14:45:02

17     mind, that, to your satisfaction, that it       14:45:04

18     was collecting information about your           14:45:08

19     Incognito browsing, would you still have        14:45:12

20     believed that that collection was a             14:45:15

21     privacy violation to you?                       14:45:18

22               MR. LEE:  Objection, improper         14:45:20

23          hypothetical, calls for speculation,       14:45:22

24          calls for a legal conclusion.              14:45:24

25          A.    It's hard to say.  There's these     14:45:36
```

Page 139

```
 1    other documents; there's that privacy       14:45:39
 2    policy that represents that Google is --     14:45:40
 3    that the way for me to control what          14:45:45
 4    information is shared is by opening in       14:45:47
 5    Incognito mode.  So I'm not -- I'm not       14:45:54
 6    sure where I would have sort of fallen if    14:45:59
 7    for the past more than decade of using       14:46:03
 8    Incognito mode the -- the -- the             14:46:09
 9    disclosure had been different.  I -- I       14:46:12
10    can't say.                                   14:46:14
11    BY MS. TREBICKA:                             14:46:14
12        Q.    So your testimony is that even     14:46:30
13    if Google had stated on the new tab page     14:46:32
14    that Google is collecting or may receive     14:46:37
15    information from your private browsing        14:46:41
16    sessions, you still may have been confused   14:46:44
17    as to whether or not Google was collecting   14:46:47
18    this information?                            14:46:49
19         MR. LEE:  Objection to form,            14:46:51
20       mischaracterizes prior testimony.         14:46:53
21        A.    What my attorney said, I -- I      14:46:56
22    wouldn't have necessarily felt I was         14:46:58
23    confused.  I don't know what I would have    14:47:00
24    felt.  I also don't feel like I am           14:47:03
25    confused now.  I feel like I am lied to.     14:47:05
```

Page 140

```
 1    BY MS. TREBICKA:                          14:47:05

 2        Q.   What would you change in the     14:47:15

 3    Incognito new tab page to make it         14:47:18

 4    consistent with what you understand Google 14:47:20

 5    collects, as far as private browsing?     14:47:24

 6            MR. LEE:  Objection to form.       14:47:30

 7        Calls for speculation.                14:47:31

 8        A.   I'm not an attorney.  I don't     14:47:33

 9    know what disclosure would have satisfied  14:47:34

10    me, but I can't say.                      14:47:37

11            MS. TREBICKA:  Let's mark as       14:48:37

12        Exhibit 9, tab 35, which is a page     14:48:39

13        titled How private browsing works in  14:48:47

14        Chrome.                               14:48:50

15            And while we're waiting for the    14:48:55

16        exhibit, James, there's still some    14:48:57

17        background noise.  I don't know if you 14:48:59

18        guys can hear it, but if there's a way 14:49:01

19        to minimize it, it would be great.    14:49:04

20            MR. LEE:  Okay.  Let me go fire    14:49:06

21        somebody else.  Hold on.              14:49:08

22        A.   I have Exhibit 9 open.           14:49:32

23            MR. LEE:  Give me a moment.        14:49:32

24            MS. TREBICKA:  Let's wait for      14:49:33

25        James to get that, Mr. Lee.           14:49:34
```

Page 141

```
 1              (Exhibit 9, Document entitled      14:49:44

 2       How Private Browsing Works in Chrome,    14:49:44

 3       marked for identification.)              14:49:46

 4              MR. LEE:  I'm perfectly happy      14:49:46

 5       for you to call me James.  Okay.         14:49:48

 6   BY MS. TREBICKA:                              14:49:48

 7       Q.   Can you both see Exhibit 9?         14:49:52

 8              MR. LEE:  Yes.                     14:49:56

 9       A.   Yes.                                 14:49:56

10   BY MS. TREBICKA:                              14:49:56

11       Q.   Mr. Byatt, have you seen this       14:49:58

12   document or something that looks like this   14:49:59

13   document before?                             14:50:02

14       A.   I don't know.                       14:50:03

15       Q.   May have, may not have, you just    14:50:05

16   don't know?                                  14:50:07

17       A.   That's correct.                     14:50:08

18       Q.   Does it look familiar?              14:50:09

19       A.   I don't know.                       14:50:11

20       Q.   Take a minute to read it.           14:50:14

21       A.   This one is short.  I have read     14:50:18

22   this document.                               14:50:19

23              MR. LEE:  And let me interpose     14:50:21

24       an objection based on lack of            14:50:23

25       foundation, which I request, I have a    14:50:25
```

Page 142

| | | |
|---|---|---|
| 1 | standing objection for, for this | 14:50:27 |
| 2 | document. | 14:50:28 |
| 3 | MS. TREBICKA:  And, Mr. Lee, | 14:50:31 |
| 4 | just so that I understand, your -- the | 14:50:33 |
| 5 | basis for your lack of foundation | 14:50:34 |
| 6 | objection is? | 14:50:35 |
| 7 | MR. LEE:  Is you -- you have not | 14:50:37 |
| 8 | laid the proper predicate that he's | 14:50:38 |
| 9 | reviewed or is familiar with this | 14:50:40 |
| 10 | document, so I'm not sure why you're | 14:50:42 |
| 11 | going to ask him about it. | 14:50:44 |
| 12 | MS. TREBICKA:  Your standing | 14:50:47 |
| 13 | objection is noted. | 14:50:48 |
| 14 | MR. LEE:  Thank you. | 14:50:49 |
| 15 | BY MS. TREBICKA: | 14:50:49 |
| 16 | Q.   So you've reviewed it now, | 14:50:56 |
| 17 | Mr. Byatt? | 14:51:00 |
| 18 | A.   I have, yes. | 14:51:01 |
| 19 | Q.   Okay.  Can you take a look at | 14:51:02 |
| 20 | the first page where it says "Your | 14:51:06 |
| 21 | activity might still be visible"? | 14:51:10 |
| 22 | A.   I see that page. | 14:51:13 |
| 23 | Q.   And it says -- and I'll just | 14:51:15 |
| 24 | read it into the record and you'll make | 14:51:17 |
| 25 | sure to go slow.  "Incognito mode stops | 14:51:19 |

Page 143

```
1    Chrome from saving your browsing activity      14:51:21

2    to your local history.  Your activity,         14:51:24

3    like your location, might still be visible      14:51:27

4    to" and then it has a bunch of bullet           14:51:30

5    points.  And the first one is "websites         14:51:32

6    you visit, including the ads and resources      14:51:35

7    used on those sites"; do you see that?          14:51:39

8        A.    I do see that.                        14:51:41

9        Q.    And earlier today during this         14:51:43

10   deposition, we established that ads and         14:51:46

11   resources used on those sites could mean       14:51:50

12   Google ads and resources, including Google     14:51:53

13   Analytics, right?                               14:51:57

14       A.    I'm not sure if we have               14:52:01

15   established that.  I -- that feels like         14:52:05

16   courtroom words.  I don't -- I'm                14:52:09

17   uncomfortable saying yes to that, but I        14:52:12

18   understand what you are saying right now.      14:52:15

19       Q.    So your testimony is that you         14:52:17

20   didn't agree earlier today that websites       14:52:18

21   could use Google Analytics, for example,       14:52:21

22   as a service?                                   14:52:24

23       A.    I -- I think that and what you        14:52:26

24   just said might be two different things.       14:52:28

25   If I'm misunderstanding, that's fine, but      14:52:29
```

Page 144

```
 1    I do agree that websites use Google         14:52:32

 2    Analytics as a service.                      14:52:36

 3         Q.   Do you understand that websites    14:52:36

 4    also sometimes use Google ads as a           14:52:38

 5    service?                                     14:52:40

 6         A.   Yes.                               14:52:42

 7         Q.   And here, it says that your        14:52:42

 8    activity in Incognito may be visible to      14:52:44

 9    the websites you visit, including the ads    14:52:47

10    and resources used on those sites; is that   14:52:50

11    correct?                                     14:52:53

12         A.   I see that it says this here,      14:52:54

13    but I'm not sure that I have seen this       14:52:55

14    document before, and what I am sure that I   14:52:57

15    have seen is the Incognito splash screen     14:52:58

16    that tells me that I can browse privately    14:53:00

17    and I am sure that I have seen the privacy   14:53:02

18    policy that says that Incognito mode is      14:53:05

19    how I can control what information is        14:53:07

20    given to Google.                             14:53:10

21              MS. TREBICKA:  Move to strike as   14:53:12

22         nonresponsive.                          14:53:14

23    BY MS. TREBICKA:                             14:53:14

24         Q.   My question is:  This document     14:53:15

25    here that I am showing you says that your    14:53:18
```

Page 145

```
 1    activity in Incognito may be visible to        14:53:25
 2    the websites you visit, including the ads       14:53:29
 3    and resources used on those sites, right?       14:53:31
 4         A.    Yes, I agree that this document      14:53:34
 5    says that.                                      14:53:36
 6         Q.    So had you read this document,       14:53:37
 7    you would have known that your activity in      14:53:38
 8    Incognito may be visible to the websites        14:53:42
 9    you visit, including the ads and resources      14:53:44
10    used on those sites, correct?                   14:53:47
11              MR. LEE:   Objection to form.         14:53:49
12         Calls for speculation.                     14:53:51
13         A.    Yeah.   So I guess if I had read     14:53:55
14    it, I would have understood that it might       14:53:56
15    still be visible to websites I visit,           14:53:59
16    including the ads and resources.   It does      14:54:03
17    not say here, that I see, that that             14:54:06
18    definitely includes Google ads, Google          14:54:11
19    Analytics.                                      14:54:19
20              It does not see -- say that this      14:54:19
21    overrides the -- the privacy policy or the     14:54:23
22    splash screen.   But, yeah, I see that it      14:54:27
23    says might.   I see that some of these         14:54:31
24    might be visible to our ads and resources,     14:54:33
25    I do see that.                                  14:54:38
```

Page 146

```
 1          MR. LEE:  Viola, we've been        14:54:42

 2     going for over an hour.  I'd like to    14:54:43

 3     take a break in the next few.           14:54:47

 4          MS. TREBICKA:  Okay.  I            14:54:49

 5     understand.  Just give me a second to   14:54:50

 6     see if I can finish this up and then    14:54:52

 7     we can --                               14:54:54

 8          MR. LEE:  Sure.                    14:54:54

 9          MS. TREBICKA:  Yeah.               14:54:55

10     A.    I can give a little bit of        14:55:23

11  clarity into that last answer too if       14:55:25

12  that's helpful.                            14:55:26

13  BY MS. TREBICKA:                           14:55:27

14     Q.    We'll move on with my             14:55:27

15  questioning.  Thank you.                   14:55:28

16          So I'd like --                     14:55:30

17          MS. TREBICKA:  Actually, James,    14:55:32

18     I would like to move on to a new        14:55:34

19     document.  Would you rather take a      14:55:36

20     break now or have me move on?           14:55:37

21          MR. LEE:  Yeah, let's take a       14:55:39

22     break now.                              14:55:40

23          MS. TREBICKA:  Okay.               14:55:40

24          MR. LEE:  I generally want to      14:55:41

25     keep it, for everyone's sake, about an  14:55:42
```

Page 147

```
 1        hour per session if we can.              14:55:45
 2              MS. TREBICKA:  Sure, that's         14:55:47
 3        fine.                                     14:55:48
 4              THE VIDEOGRAPHER:  Going off the     14:55:49
 5        record.  The time is 2:55 p.m.            14:55:49
 6              (Whereupon, a brief recess is        15:06:24
 7        taken.)                                    15:06:44
 8              THE VIDEOGRAPHER:  Back on the       15:06:44
 9        record.  The time is 3:06 p.m.            15:06:51
10   BY MS. TREBICKA:                                15:06:51
11        Q.    Mr. Byatt, we're back on.  Just     15:06:56
12   a reminder that you're under oath.            15:06:58
13        A.    I understand.                        15:07:02
14        Q.    Let me show you what's been         15:07:04
15   marked as Exhibit 10.                          15:07:05
16              (Exhibit 10, Google Search Help     15:07:09
17        Document, marked for identification.)     15:07:09
18   BY MS. TREBICKA:                                15:07:09
19        Q.    If you refresh your Exhibit         15:07:10
20   Share, you should be able to see it.  And     15:07:11
21   let me know when you have it open.            15:07:21
22        A.    I have Exhibit 10 open.             15:07:23
23        Q.    It's a relatively short            15:07:27
24   document.  Have you seen this before?         15:07:29
25        A.    Give me a moment.                    15:07:31
```

Page 148

```
 1        Q.    Uh-huh.                          15:07:34
 2        A.    I'm not a hundred percent sure.  15:07:49
 3   This one -- some of the stuff in here       15:07:53
 4   looks familiar, but I don't remember this   15:07:55
 5   one specifically.                           15:07:58
 6        Q.    You can set it aside.            15:08:01
 7             MR. LEE:  Are we done with that   15:08:08
 8        one because I have it open.            15:08:10
 9             MS. TREBICKA:  Yeah, you can set  15:08:14
10        it aside.                              15:08:16
11             MR. LEE:  Okay.                   15:08:16
12   BY MS. TREBICKA:                            15:08:16
13        Q.    Mr. Byatt, earlier you testified 15:08:29
14   that you understand you have a contract     15:08:31
15   with Google.  Do you remember that?         15:08:33
16        A.    I do, yes.                       15:08:34
17        Q.    And under that contract, did you 15:08:35
18   make any promises to Google?                15:08:39
19        A.    To use their software would be   15:08:42
20   sort of the biggest one, for them to be     15:08:44
21   able to use my, you know, sort of browsing  15:08:49
22   behavioral data, but I -- I would say the   15:08:52
23   big one that I understand is to use their   15:08:54
24   software, Chrome in particular.             15:08:57
25        Q.    When you say for them to be able 15:08:59
```

Page 149

```
1    to use my sort of behavioral data, what do      15:09:03

2    you mean by that?                                15:09:06

3        A.    I mean for Google to have access      15:09:09

4    to my data, basically all of the things         15:09:15

5    that I asked them to not collect                15:09:19

6    temporarily when I am in Incognito mode.        15:09:21

7             MR. LEE:  You know what, Belle,        15:09:31

8        can you just read the answer back for       15:09:33

9        me?                                          15:09:35

10            (Answer read back.)                    15:09:36

11   BY MS. TREBICKA:                                15:09:36

12       Q.    And what are those things?            15:09:54

13       A.    I -- I don't have an exhaustive       15:09:58

14   list, but one list would be that -- that        15:09:59

15   we were looking at from the privacy             15:10:02

16   policy.                                          15:10:06

17       Q.    Are you referring to the bullet       15:10:06

18   pointed list that I asked you about in the      15:10:12

19   privacy policy?                                  15:10:15

20       A.    I believe there was a bullet          15:10:17

21   pointed list and then I think there was         15:10:19

22   also a list of data that might have been        15:10:21

23   in paragraph form.  I don't remember            15:10:23

24   exactly, but I am referring to lists that       15:10:25

25   we've gotten on the record here, yes.           15:10:29
```

Page 150

| | | |
|---|---|---|
| 1 | Q.    For the record to be clear, why | 15:10:37 |
| 2 | don't we go back to Exhibit 7? | 15:10:39 |
| 3 | A.    I am in Exhibit 7. | 15:10:56 |
| 4 | Q.    Okay.  If you could scroll to | 15:10:58 |
| 5 | page 2. | 15:11:00 |
| 6 | A.    I'm there. | 15:11:05 |
| 7 | Q.    And it's the second paragraph | 15:11:05 |
| 8 | from the bottom that's the one that starts | 15:11:08 |
| 9 | with the "information we collect"? | 15:11:11 |
| 10 | A.    Yes.  So I would mean, at | 15:11:13 |
| 11 | minimum, that information listed there | 15:11:18 |
| 12 | starting with "the information we | 15:11:19 |
| 13 | collect," ending with "refer URL of your | 15:11:21 |
| 14 | request," I also think, yeah, the next | 15:11:24 |
| 15 | page under "Your activity," it also has | 15:11:28 |
| 16 | some activity that I think I might have | 15:11:31 |
| 17 | included with that as information that I'm | 15:11:36 |
| 18 | agreeing to give Google when I sign those | 15:11:41 |
| 19 | contracts or agree to those contracts, I | 15:11:45 |
| 20 | guess. | 15:11:47 |
| 21 | Q.    Have you ever tried to sell the | 15:11:50 |
| 22 | personal information that's the subject of | 15:11:53 |
| 23 | this lawsuit? | 15:11:55 |
| 24 | A.    Have I tried to sell it?  No, I | 15:11:57 |
| 25 | have not. | 15:12:00 |

Page 151

```
1        Q.    Do you have a sense of how much      15:12:01

2   your personal information is worth if you        15:12:04

3   were to try to sell it?                          15:12:06

4           MR. LEE:  Do you mean this              15:12:09

5        Incognito personal -- Incognito data        15:12:10

6        or generally?                               15:12:12

7           MS. TREBICKA:  Well, why don't          15:12:14

8        we take it in steps then.                   15:12:15

9   BY MS. TREBICKA:                                 15:12:15

10       Q.    Mr. Byatt, do you have a             15:12:17

11  sense -- well, first off, have you ever          15:12:19

12  tried to sell any of your personal               15:12:21

13  information related to your browsing?             15:12:23

14       A.    Not that I recall.                    15:12:31

15       Q.    So as far as your -- the             15:12:33

16  browsing information when you are not in          15:12:38

17  Incognito mode, do you have a sense for          15:12:42

18  how much that is worth?                          15:12:43

19       A.    I would imagine the market cap       15:12:46

20  of Google divided by its user base.              15:12:47

21       Q.    Because you understand that all      15:12:51

22  of Google's market cap is as a result of         15:12:53

23  the use of this information?                      15:12:59

24       A.    Probably not all of it, but I do     15:13:04

25  understand that Google pours lots of money        15:13:07
```

Page 152

```
 1    and resources into collecting that          15:13:13

 2    information and monetizing that              15:13:15

 3    information.  I'm not sure what the          15:13:17

 4    specific dollar value of my information      15:13:19

 5    is, but I certainly understand that it's     15:13:22

 6    worth quite a bit to Google.                 15:13:24

 7         Q.    And how do you understand that    15:13:27

 8    Google's poor -- that Google collects        15:13:30

 9    information and monetizes information?        15:13:34

10         A.    I'm sorry, could you -- could     15:13:44

11    you clarify?                                 15:13:46

12         Q.    How -- you want me to clarify.    15:13:47

13    I'll re-ask.                                 15:13:51

14         A.    Yes, go ahead.                    15:13:52

15         Q.    How do you know that Google       15:13:54

16    collects information and monetizes that      15:13:55

17    information?                                 15:13:58

18         A.    It's common knowledge, I think.   15:14:03

19    I don't know how to say that more            15:14:08

20    specifically, but I think everyone knows     15:14:09

21    that that's Google's business model.         15:14:11

22         Q.    Has Google's conduct, as you      15:14:16

23    understand it, affected your ability to      15:14:18

24    monetize yourself, your personal             15:14:23

25    information?                                 15:14:27
```

Page 153

```
 1            MR. LEE:  Again, are we still        15:14:28

 2       talking about non-Incognito               15:14:29

 3       information?                               15:14:31

 4            MS. TREBICKA:  Yes.                    15:14:31

 5       A.    I don't know because I haven't       15:14:40

 6   sort of explored that market to see how my     15:14:43

 7   data is priced or how Google having that       15:14:47

 8   information would have affected the price.      15:14:51

 9   So I -- I don't know.                           15:14:56

10   BY MS. TREBICKA:                                15:14:56

11       Q.    And has Google's conduct that's      15:14:59

12   the subject of this lawsuit affected your      15:15:01

13   ability to use this information in any          15:15:03

14   way?                                            15:15:09

15       A.    Well, one way that I would like      15:15:12

16   to sort of use the information is to            15:15:14

17   control how it's shared.  By                    15:15:16

18   misrepresenting how my information is           15:15:22

19   shared, that is impacting my ability to         15:15:23

20   make, you know, accurate and informed           15:15:26

21   decisions about the use of my data.  So,        15:15:27

22   yes.                                            15:15:29

23       Q.    Any other way?                        15:15:31

24       A.    Maybe.  I -- I'm wary to rule         15:15:33

25   anything out specifically, but that is          15:15:36
```

Page 154

```
 1    certainly what comes to mind.              15:15:40
 2        Q.    Now, specifically, I'm going to  15:15:44
 3    switch my -- the same line of questioning  15:15:48
 4    but now specific to Incognito.  Have you   15:15:50
 5    ever tried to sell any of the browsing     15:15:55
 6    information related to your Incognito       15:15:57
 7    sessions?                                  15:15:59
 8        A.    Absolutely not.  The point of    15:16:01
 9    going into Incognito mode is for nobody to 15:16:03
10    have that information.                      15:16:05
11        Q.    Do you have a sense for how much 15:16:07
12    the browsing information related to your   15:16:09
13    Incognito browsing is worth?               15:16:13
14        A.    Again, same as before, actual    15:16:18
15    dollar value, no, I do not, but I am       15:16:23
16    certain that it is substantial as is       15:16:25
17    evidenced by the fact that we're here      15:16:30
18    today talking about this.                  15:16:34
19        Q.    And has Google's conduct that's  15:16:39
20    the subject of this lawsuit affected your  15:16:42
21    ability to monetize this information?      15:16:45
22        A.    I do not know.                   15:16:49
23        Q.    Has it affected your ability to  15:16:52
24    use this information?                       15:16:54
25        A.    Yes, on the same grounds as      15:16:57
```

Page 155

| | | |
|---|---|---|
| 1 | previously at minimum. | 15:16:59 |
| 2 | (Exhibit 11, Second Amended | 15:17:11 |
| 3 | Complaint, marked for identification.) | 15:17:11 |
| 4 | BY MS. TREBICKA: | 15:17:11 |
| 5 | Q.   We've marked as Exhibit 10 the | 15:17:11 |
| 6 | Second Amended Complaint in this lawsuit. | 15:17:17 |
| 7 | So -- I believe it's Exhibit 10. | 15:17:21 |
| 8 | THE COURT REPORTER:  I thought | 15:17:26 |
| 9 | there was a previous Exhibit 10. | 15:17:27 |
| 10 | MS. TREBICKA:  Exhibit 11.  I | 15:17:28 |
| 11 | apologize. | 15:17:34 |
| 12 | A.   I have Exhibit 11 open. | 15:17:37 |
| 13 | BY MS. TREBICKA: | 15:17:37 |
| 14 | Q.   Do you recognize this document, | 15:17:54 |
| 15 | Mr. Byatt? | 15:17:55 |
| 16 | A.   Yes. | 15:17:56 |
| 17 | Q.   What is it? | 15:17:56 |
| 18 | A.   It's the second amended | 15:17:57 |
| 19 | complaint in this lawsuit. | 15:18:00 |
| 20 | Q.   Have you read it? | 15:18:02 |
| 21 | A.   I have. | 15:18:03 |
| 22 | Q.   Did you read it before it was | 15:18:03 |
| 23 | filed? | 15:18:06 |
| 24 | A.   I did. | 15:18:06 |
| 25 | Q.   Did you have any changes to it? | 15:18:10 |

Page 156

```
1         A.    I don't recall.  That also        15:18:13

2    sounds privileged.  I don't know -- it        15:18:16

3    sounds like you're talking about              15:18:17

4    conversations between me and my attorney      15:18:19

5    so I -- I don't know, I -- I don't recall     15:18:22

6    either way.                                   15:18:24

7              MR. LEE:  It's a very good          15:18:25

8         point, Mr. Byatt.  Thank you.            15:18:26

9    BY MS. TREBICKA:                              15:18:26

10        Q.    And I'm certainly not asking       15:18:28

11   about the contents of any communications.     15:18:29

12   It was a different question, but thank you    15:18:32

13   for that.                                     15:18:34

14        A.    Yeah.                              15:18:35

15        Q.    That you are attuned to those      15:18:36

16   issues.  Let me direct your attention to      15:18:38

17   paragraph 282.                                15:18:43

18        A.    Do you know what page number       15:18:51

19   just to make my life a little easier?         15:18:52

20        Q.    I will give it you in a second.    15:18:54

21        A.    Okay.                              15:18:54

22        Q.    You may know before I do.  I'm     15:18:58

23   still scrolling.                              15:19:01

24        A.    Me too.  I'm at 147.  I'm almost   15:19:02

25   there.                                        15:19:08
```

Veritext Legal Solutions
866 299-5127

```
1        Q.    Okay.  It's -- it's page 73 of        15:19:08
2    the PDF.                                         15:19:13
3        A.    I am looking at paragraph 282.         15:19:14
4        Q.    And paragraph 282 says                 15:19:21
5    "Plaintiffs and Class members have               15:19:23
6    suffered injury-in-fact, including the           15:19:25
7    loss of money and/or property as a result        15:19:27
8    of Google's unfair and/or unlawful               15:19:29
9    practices"; do you see that?                     15:19:33
10       A.    I do, yes.                             15:19:35
11       Q.    And I'm -- for the record, to be       15:19:36
12   clear, I'm not reading the entirety of           15:19:38
13   that sentence or paragraph into the              15:19:40
14   record.  Feel free to review it if you           15:19:42
15   need to answer my question, which is:            15:19:45
16   What money did you lose as a result of           15:19:47
17   Google's alleged conduct?                        15:19:52
18       A.    Google has taken the data, which       15:19:55
19   is my property and also, my -- by running        15:19:58
20   analytics, collecting data, using my             15:20:07
21   computing power and bandwidth, that does,        15:20:10
22   you know, quite literally cost                    15:20:13
23   electricity, it is part of the monthly           15:20:16
24   bills I pay for -- for electric and              15:20:21
25   Internet.                                        15:20:22
```

Page 158

```
 1                And Google is using the          15:20:23
 2    electricity and transmitting over that       15:20:25
 3    Internet without my consent.  But also,      15:20:27
 4    like I said more directly, they've taken     15:20:31
 5    the property, which is my data.              15:20:33
 6        Q.    So my question was limited to      15:20:36
 7    the money portion.  We'll get to the         15:20:37
 8    property portion as well.                    15:20:39
 9              But as far as the money portion,   15:20:41
10    is there anything else that you contend is   15:20:43
11    the money that you have lost as a result     15:20:48
12    of Google's alleged conduct in this          15:20:50
13    lawsuit?                                      15:20:52
14              MR. LEE:  Hold on.  Let me --      15:20:54
15         let me just object to the extent this   15:20:55
16         calls for a legal conclusion or an      15:20:59
17         expert opinion.                         15:21:00
18        A.    So with those direct losses,       15:21:04
19    the -- the electricity and data bandwidth    15:21:08
20    that it has cost me, it's also -- I -- I     15:21:12
21    subscribe to multiple Google services and   15:21:18
22    I'm not sure that I necessarily would have   15:21:25
23    done that if I weren't sort of in the        15:21:29
24    Google product ecosystem with, you know,     15:21:33
25    Chrome as my primary touch point.            15:21:35
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | So I -- I could reasonably see | 15:21:41 |
| 2 | that other money that I have spent on | 15:21:46 |
| 3 | Google products or services was spent, in | 15:21:49 |
| 4 | part, due to this misrepresentation. | 15:21:53 |
| 5 | BY MS. TREBICKA: | 15:21:53 |
| 6 | Q.   Anything else? | 15:21:58 |
| 7 | A.   Not that I can think of at the | 15:22:00 |
| 8 | moment. | 15:22:02 |
| 9 | Q.   This also says that you suffered | 15:22:06 |
| 10 | a loss of property; is that right? | 15:22:08 |
| 11 | A.   It uses "and/or," not "also." | 15:22:13 |
| 12 | So I want that clarification, but yes. | 15:22:19 |
| 13 | Q.   Did you, in fact, suffer a loss | 15:22:21 |
| 14 | of property as a result of Google's | 15:22:22 |
| 15 | conduct? | 15:22:24 |
| 16 | A.   Yes.  Google took my personal | 15:22:24 |
| 17 | data without my information.  That | 15:22:27 |
| 18 | personal data is mine.  It's my property. | 15:22:28 |
| 19 | MR. LEE:  Did you say without my | 15:22:30 |
| 20 | information or -- | 15:22:31 |
| 21 | THE WITNESS:  Without my | 15:22:33 |
| 22 | consent.  They took my personal | 15:22:33 |
| 23 | information without my authorization. | 15:22:35 |
| 24 | BY MS. TREBICKA: | 15:22:35 |
| 25 | Q.   Anything else? | 15:22:37 |

Page 160

| | | |
|---|---|---|
| 1 | A.    Not that I can think of right | 15:22:43 |
| 2 | here and right now. | 15:22:44 |
| 3 | Q.    Earlier, just now, actually, | 15:22:58 |
| 4 | in -- in your answer a couple of questions | 15:22:59 |
| 5 | ago, you talked about using Google -- | 15:23:00 |
| 6 | additional Google services; do you recall | 15:23:03 |
| 7 | that? | 15:23:05 |
| 8 | A.    I do. | 15:23:06 |
| 9 | Q.    How many Gmail accounts do you | 15:23:07 |
| 10 | have? | 15:23:09 |
| 11 | A.    Personally or also through | 15:23:13 |
| 12 | organizations or employers that I'm | 15:23:15 |
| 13 | affiliated with? | 15:23:16 |
| 14 | Q.    Let's start with personally, how | 15:23:17 |
| 15 | many Gmail accounts do you have? | 15:23:19 |
| 16 | A.    At least two, potentially more. | 15:23:21 |
| 17 | Two that I can think of right now. | 15:23:26 |
| 18 | Q.    How many Gmail accounts do you | 15:23:28 |
| 19 | have through your other organizations you | 15:23:30 |
| 20 | may be involved with? | 15:23:34 |
| 21 | A.    Give me a moment.  I can think | 15:23:37 |
| 22 | of at least three. | 15:23:43 |
| 23 | Q.    How many Gmail accounts do you | 15:23:46 |
| 24 | have for your employer? | 15:23:48 |
| 25 | A.    One -- wait.  My employer? | 15:23:49 |

Page 161

```
 1    None, yeah.  Right now, my employer, none.      15:23:51

 2    Previous employers, I have had.                 15:23:54

 3         Q.    What happened to those Gmail         15:23:57

 4    accounts that you've had through your           15:23:59

 5    previous employers?                             15:24:01

 6         A.    I have no idea.  I don't work        15:24:02

 7    for them anymore.  I don't know what            15:24:03

 8    happened to those accounts after.  I -- I       15:24:05

 9    don't use them.                                 15:24:07

10         Q.    Did you -- which employer are        15:24:11

11    you specifically referring to?                  15:24:15

12         A.    I had -- I mean, it was a            15:24:17

13    previous employer, right?  I can't              15:24:26

14    remember whether it was -- I think -- so I      15:24:28

15    worked for a company called Vaicar, I           15:24:32

16    believe they were using Google accounts         15:24:35

17    and I also worked for a company called          15:24:37

18    KIPU Systems that I think was also using        15:24:42

19    Google accounts.  All that was some time        15:24:44

20    ago.  I don't necessarily remember the          15:24:46

21    details.                                        15:24:49

22         Q.    Was it before 2016?                  15:24:49

23         A.    KIPU was before 2006; Vai was        15:24:59

24    not.                                            15:25:02

25         Q.    How do you spell Vai?                15:25:02
```

Page 162

```
 1        A.    V-A-I.                          15:25:04

 2        Q.    Was the Vai Gmail account a      15:25:09

 3   shared account?                             15:25:13

 4        A.    I have to cough.  Just a second. 15:25:17

 5              So it was a -- it was a managed  15:25:27

 6   account.  My -- my boss had access to it    15:25:30

 7   by virtue of having admin access to, you    15:25:33

 8   know, all of it, but it would have been my  15:25:39

 9   account.                                     15:25:41

10              I'd like to clarify.  I don't     15:25:41

11   actually remember the specific details of   15:25:43

12   these e-mail accounts.  I can't remember     15:25:45

13   precisely which ones had Google and Gmail   15:25:47

14   accounts.  I can say, for any employer      15:25:51

15   Gmail accounts I have had, they have been   15:25:55

16   my accounts, but my employers had kind of   15:25:59

17   the access that employers had usually to    15:26:02

18   one's e-mail.                                15:26:05

19        Q.    Do you use Google Hangout?        15:26:12

20        A.    I have used it.  I would not say 15:26:17

21   that I have use it regularly, but I have    15:26:18

22   used it.                                     15:26:20

23        Q.    What about Google Meet?           15:26:20

24        A.    You know, I'm not actually sure  15:26:25

25   what the difference between those two        15:26:28
```

Page 163

| | | |
|---|---|---|
| 1 | products is.  I have definitely used both, | 15:26:33 |
| 2 | but I'm not entirely sure where one begins | 15:26:35 |
| 3 | and the other stops.  Because I -- I | 15:26:38 |
| 4 | understand them both as, like, video chat | 15:26:41 |
| 5 | products, but maybe they're not.  I don't | 15:26:42 |
| 6 | know. | 15:26:44 |
| 7 | Q.    Have you used Google Calendar | 15:26:44 |
| 8 | before? | 15:26:47 |
| 9 | A.    Yes. | 15:26:48 |
| 10 | Q.    How often? | 15:26:48 |
| 11 | A.    Daily. | 15:26:49 |
| 12 | Q.    Do you still use it? | 15:26:52 |
| 13 | A.    Yes. | 15:26:53 |
| 14 | Q.    What about Google Play Music? | 15:26:54 |
| 15 | A.    Google Play Music does no longer | 15:26:59 |
| 16 | exists. | 15:27:01 |
| 17 | Q.    Have you ever used it? | 15:27:02 |
| 18 | A.    Yes. | 15:27:03 |
| 19 | Q.    How often did you use it? | 15:27:03 |
| 20 | A.    Frequently.  I don't remember | 15:27:08 |
| 21 | when I started, but with whatever | 15:27:10 |
| 22 | frequency people tend to use their -- | 15:27:15 |
| 23 | their, you know, online music players, if | 15:27:17 |
| 24 | I was in the car or whatever. | 15:27:21 |
| 25 | Q.    Have you ever used YouTube? | 15:27:22 |

Page 164

```
 1        A.    Yes.                          15:27:24

 2        Q.    Are you a subscriber of YouTube?  15:27:24

 3        A.    Yes.                          15:27:29

 4        Q.    So you've paid for the        15:27:30

 5   updated -- or for the premium version?   15:27:33

 6        A.    That's correct.               15:27:35

 7        Q.    So excluding YouTube, Gmail,  15:27:36

 8   Google Meet, Google Calendar and Play    15:27:42

 9   Music were -- were free, correct?  You did  15:27:46

10   not have to pay money to use them?        15:27:47

11        A.    Kind of.  At this point, I have  15:27:49

12   to pay money to use Gmail because I have  15:27:51

13   too much data on there.  So I have to pay  15:27:54

14   a little bit to have extra storage.  I    15:27:56

15   believe they break that down as a         15:27:59

16   different service, but from my            15:28:01

17   experience -- like from my perspective, I  15:28:03

18   basically can't use my personal Gmail     15:28:05

19   account unless I pay.                     15:28:07

20        Q.    And to download Chrome, you do  15:28:12

21   not have to pay Google any money, correct?  15:28:15

22        A.    I do not have to pay Google any  15:28:17

23   money to download Chrome, that's correct.  15:28:19

24        Q.    Do you have to pay anyone else  15:28:21

25   any money to download Chrome?             15:28:24
```

Page 165

1    A.    There's the electrical and          15:28:26

2  bandwidth fees associated, which is using    15:28:28

3  a computer and using the Internet.           15:28:31

4    Q.    Would you be willing to pay          15:28:36

5  money for a version of Chrome that blocked   15:28:38

6  all ads?                                     15:28:40

7    A.    I would certainly consider it.       15:28:49

8  I think whether I'd be actually willing to   15:28:51

9  require the product actually being offered   15:28:54

10 and, you know, thinking about what           15:28:56

11 alternatives are, but I would not rule it    15:28:57

12 out.                                         15:29:00

13   Q.    You can set that exhibit aside,      15:29:00

14 although in the virtual world, that          15:29:07

15 doesn't work as well as when we are in       15:29:09

16 person.  All I meant is I'm done with that   15:29:12

17 exhibit.                                     15:29:15

18        MS. TREBICKA:  We'll mark as          15:29:20

19     Exhibit 12, your May 12, 2021 amended    15:29:21

20     responses and objections to Google's     15:29:36

21     interrogatories number 1, 4 and 5.       15:29:39

22     That's tab 12, Tracy.                    15:29:42

23        (Exhibit 12, May 12, 2021             15:29:45

24     Amended Responses and Objections to      15:29:45

25     Google's Interrogatories Number 1, 4     15:29:45

```
 1        and 5, marked for identification.)      15:29:45
 2   BY MS. TREBICKA:                              15:29:45
 3        Q.    Mr. Byatt, let me know when        15:30:05
 4   you're -- it's up in front of you.            15:30:06
 5        A.    It is up in front of me.           15:30:07
 6        Q.    Have you seen this document        15:30:15
 7   before?                                       15:30:16
 8        A.    Yes, I have.                        15:30:18
 9        Q.    You understand that in the         15:30:18
10   course of this litigation, Google has         15:30:22
11   asked certain questions of you and you        15:30:24
12   have responded to those questions in a        15:30:27
13   formal document?                              15:30:29
14        A.    Yes.                                15:30:30
15        Q.    And we call that process           15:30:31
16   interrogatory serving and interrogatory       15:30:35
17   answering process.                            15:30:37
18        A.    I will take your word for it.      15:30:39
19        Q.    Okay.  Just wanted you to be       15:30:40
20   aware in case you hadn't encountered those    15:30:42
21   terms before.                                 15:30:45
22        A.    No, I certainly have.              15:30:46
23        Q.    Okay, good.                        15:30:47
24              So if you could direct your        15:30:49
25   attention to that last page of this          15:30:51
```

Page 167

| | | |
|---|---|---|
| 1 | document. | 15:30:56 |
| 2 | A.    I am on the last page. | 15:30:58 |
| 3 | Q.    I said 11, but I actually meant | 15:31:08 |
| 4 | page 7.  So, Mr. Byatt, I correct my | 15:31:11 |
| 5 | direction.  Could you please turn to | 15:31:15 |
| 6 | page 7? | 15:31:17 |
| 7 | A.    There, yes, I'm on page 7. | 15:31:18 |
| 8 | Q.    Do you see the title of that | 15:31:21 |
| 9 | page says Verification? | 15:31:22 |
| 10 | A.    I do. | 15:31:23 |
| 11 | Q.    And this is your verification | 15:31:24 |
| 12 | that the answers are true and correct; is | 15:31:26 |
| 13 | that right? | 15:31:31 |
| 14 | A.    Yes.  Well, for the -- just | 15:31:32 |
| 15 | under the rule of completeness, let's | 15:31:32 |
| 16 | finish that sentence.  It says that "The | 15:31:35 |
| 17 | answers are true and correct to the best | 15:31:36 |
| 18 | of my knowledge and belief." | 15:31:38 |
| 19 | Q.    Do you remember reviewing the | 15:31:47 |
| 20 | answers and making sure that, to the best | 15:31:48 |
| 21 | of your knowledge and belief, they were | 15:31:50 |
| 22 | correct? | 15:31:50 |
| 23 | A.    I do, yes. | 15:31:59 |
| 24 | Q.    If you could direct your | 15:31:59 |
| 25 | attention to Interrogatory Number 4.  This | 15:32:00 |

Page 168

1    is on page 3.                                15:32:07

2        A.    I see Interrogatory Number 4.      15:32:07

3        Q.    And the question that we posed     15:32:11

4    there is "Without limitation as to time      15:32:12

5    period, describe with particularity all      15:32:14

6    websites, applications, or other online      15:32:16

7    services with which you voluntarily shared   15:32:19

8    any data at issue."  Do you see that?        15:32:22

9        A.    I do.                              15:32:25

10       Q.    And then if you move to the next   15:32:26

11   page, it says Amended Response to            15:32:30

12   Interrogatory Number 4.  Do you see that?    15:32:34

13       A.    I do.                              15:32:37

14       Q.    And in the second paragraph,       15:32:37

15   there is a list of questions -- of           15:32:40

16   websites starting with Twitter.com.          15:32:43

17       A.    I see this.                        15:32:48

18       Q.    Do you see that?  And is it        15:32:49

19   correct that this is a list of websites      15:32:52

20   that you remember visiting most regardless   15:32:53

21   of whether you were in private mode?         15:32:57

22       A.    Well, yes.  Those are certainly    15:33:04

23   all websites that I visit a lot.  In the     15:33:06

24   period before I answered this, I believe     15:33:13

25   those would have been the websites I         15:33:18

Page 169

```
 1    visited the most, yes.                          15:33:21

 2         Q.    Has that changed since the           15:33:26

 3    period that you responded to this               15:33:27

 4    interrogatory?                                  15:33:30

 5         A.    I could not say.  Yeah, I don't       15:33:31

 6    know.  Those are all still websites I view      15:33:32

 7    a lot.                                          15:33:35

 8         Q.    You also state that, to the          15:33:40

 9    extent you can recall, just further in the      15:33:43

10    paragraph, during the class period, the         15:33:45

11    applications that you most used include         15:33:47

12    and there's a list of applications.             15:33:50

13            Do you see that?                         15:33:53

14         A.    I do see that.                        15:33:53

15         Q.    Has that list changed since the      15:33:54

16    time that you responded to this                 15:33:57

17    interrogatory?                                  15:33:59

18         A.    All of those are still               15:34:00

19    applications I use a lot.  Pardon me.  I        15:34:04

20    could not say if that's still the               15:34:09

21    applications that I use the most, but I do      15:34:14

22    still use all those applications                15:34:19

23    regularly.                                      15:34:20

24         Q.    Are any of these websites,           15:34:22

25    starting with the websites, are there any       15:34:25
```

Page 170

| | | |
|---|---|---|
| 1 | privacy settings that you use in them | 15:34:27 |
| 2 | related to them? | 15:34:36 |
| 3 | MR. LEE:  Objection to form. | 15:34:37 |
| 4 | A.    So I -- first of all, I -- I | 15:34:40 |
| 5 | can't say with specificity what privacy | 15:34:43 |
| 6 | settings they may or may not have.  I'm | 15:34:49 |
| 7 | familiar certainly with some of the | 15:34:52 |
| 8 | website internal privacy settings, but I | 15:34:56 |
| 9 | just want to be clear that, you know, | 15:35:00 |
| 10 | those websites are accessed from within | 15:35:03 |
| 11 | the browser and I expect Incognito to also | 15:35:05 |
| 12 | do -- to have privacy implications at the | 15:35:10 |
| 13 | browser level as opposed to the individual | 15:35:14 |
| 14 | website level.  I think that answered the | 15:35:17 |
| 15 | question. | 15:35:21 |
| 16 | BY MS. TREBICKA: | 15:35:21 |
| 17 | Q.    So setting aside the Incognito | 15:35:21 |
| 18 | browsing that you mention in your answer, | 15:35:25 |
| 19 | are you aware of any other privacy | 15:35:27 |
| 20 | features with respect to these websites? | 15:35:31 |
| 21 | A.    I am aware of some privacy | 15:35:34 |
| 22 | features with respect to some of them, | 15:35:36 |
| 23 | yes. | 15:35:38 |
| 24 | Q.    So tell me all the privacy | 15:35:39 |
| 25 | features that you're aware of? | 15:35:41 |

Page 171

```
1        A.    Well, I know that on              15:35:45
2   Facebook.com I can set my posts to be        15:35:47
3   visible to the public or visible to only     15:35:54
4   my friends.  I -- yeah, I mean, I know --     15:35:58
5   I think that's all that I'm comfortable      15:36:09
6   saying with -- with certainty.  I'm aware    15:36:11
7   that other ones have some privacy            15:36:14
8   features, but I'm not sure that I could      15:36:19
9   list them and precisely what they do and     15:36:23
10  how they work.                               15:36:26
11       Q.    Have you used those privacy       15:36:27
12  features for any of the others?              15:36:28
13       A.    For any of the others aside from  15:36:31
14  Facebook?                                    15:36:34
15       Q.    Yes.                              15:36:34
16       A.    What do you mean by any of the    15:36:35
17  others?                                      15:36:36
18       Q.    I was just going off of your      15:36:36
19  answer, but you said, you know, I'm -- I'm   15:36:38
20  aware of setting posts to public or          15:36:40
21  private for Facebook, and I'm not            15:36:42
22  comfortable with talking about any of the    15:36:43
23  privacy features in these other websites,    15:36:47
24  I think you meant.  So my question is, are   15:36:50
25  you aware of what those privacy features     15:36:52
```

Page 172

| 1 | are in these -- for these other websites? | 15:36:54 |
| 2 | A.   I can't recall specifically, no. | 15:36:57 |
| 3 | Q.   Do you use them? | 15:36:59 |
| 4 | A.   I cannot -- | 15:37:01 |
| 5 | Q.   Just to complete my -- my | 15:37:02 |
| 6 | question.  Do you use any of the privacy | 15:37:05 |
| 7 | features in any of these other websites? | 15:37:07 |
| 8 | A.   I'm -- I'm a little confused by | 15:37:15 |
| 9 | the form of the question, just that in -- | 15:37:16 |
| 10 | so just as an example.  With -- with | 15:37:25 |
| 11 | Facebook, it's not a feature that you can | 15:37:28 |
| 12 | either use or not use.  It's just that | 15:37:31 |
| 13 | when you post, you can select what | 15:37:33 |
| 14 | audience views it.  So every post on | 15:37:35 |
| 15 | Facebook in some sense uses the feature. | 15:37:40 |
| 16 | Whether you're choosing to make your data | 15:37:42 |
| 17 | more or less public is the use of the | 15:37:46 |
| 18 | feature.  So insofar as there are privacy | 15:37:49 |
| 19 | implications of lots that you do, maybe, | 15:37:58 |
| 20 | but I don't -- I do not remember | 15:38:02 |
| 21 | specifically going in and interacting with | 15:38:04 |
| 22 | privacy settings.  I -- I may have done | 15:38:10 |
| 23 | that.  I do not recall with specificity on | 15:38:12 |
| 24 | any of these websites. | 15:38:15 |
| 25 | Q.   What about the applications that | 15:38:17 |

Veritext Legal Solutions
866 299-5127

1    are listed here?  Do you recall            15:38:20

2    interacting specifically with any of the    15:38:25

3    privacy settings for any of these           15:38:28

4    applications?                               15:38:29

5        A.    Yes.  Google Chrome, I interact    15:38:31

6    with that all the time by opening in        15:38:35

7    Incognito mode.                             15:38:38

8        Q.    Anything else?                      15:38:38

9        A.    I can't say that I remember with    15:38:39

10   specificity for any of the others.          15:38:44

11            MS. TREBICKA:  Let me mark as       15:39:10

12       Exhibit 13 interrogatory response --    15:39:12

13       oh, I -- I apologize.  It's             15:39:24

14       actually -- it's actually the same      15:39:25

15       exhibit.  So let me -- okay.  So that   15:39:31

16       the record is clear, let me mark as     15:39:36

17       Exhibit 13 interrogatory response to    15:39:39

18       Google's Interrogatory Number 2 on      15:39:47

19       May 6, 2021, and this has Mr. Byatt's   15:39:51

20       verification page -- verification at    15:39:56

21       page 4.  So that's tab 17, Tracy.       15:39:59

22            (Exhibit 13, Byatt's Revised       15:40:02

23       Responses to Defendant's Rog 2, marked  15:40:02

24       for identification.)                    15:40:02

25       A.    So I'm sorry, am I looking for     15:40:05

| | | |
|---|---|---|
| 1 | an Exhibit 13 and to open it? | 15:40:07 |
| 2 | BY MS. TREBICKA: | 15:40:08 |
| 3 | Q.   It will eventually show up, yes. | 15:40:09 |
| 4 | A.   Okay.  I have Exhibit 13 open. | 15:40:11 |
| 5 | Q.   Do you recognize this document? | 15:40:33 |
| 6 | A.   I do, yes. | 15:40:33 |
| 7 | Q.   What is this document? | 15:40:35 |
| 8 | A.   This is also a document with my | 15:40:39 |
| 9 | response to questions from Google. | 15:40:43 |
| 10 | Q.   And if you could direct your | 15:40:46 |
| 11 | attention to page 4, this likewise has a | 15:40:49 |
| 12 | verification or page -- it says page -- | 15:40:52 |
| 13 | it's actually page 3.  I apologize.  Oh, | 15:40:56 |
| 14 | no, page 4. | 15:40:59 |
| 15 | A.   Yes, I see that. | 15:41:02 |
| 16 | Q.   So this means that -- is this | 15:41:03 |
| 17 | your signature? | 15:41:06 |
| 18 | A.   Yes, it is. | 15:41:09 |
| 19 | Q.   And this means that you reviewed | 15:41:10 |
| 20 | and to the best of your knowledge and | 15:41:11 |
| 21 | belief the answers are correct; is that | 15:41:13 |
| 22 | right? | 15:41:15 |
| 23 | A.   That is correct. | 15:41:16 |
| 24 | Q.   Okay.  Let me direct your | 15:41:17 |
| 25 | attention to interrogatory -- to the | 15:41:22 |

Page 175

```
 1    actual interrogatory, which is           15:41:27
 2    Interrogatory Number 2, and this asks --  15:41:29
 3    this is a rather long interrogatory       15:41:32
 4    question, but it asks to -- you to        15:41:34
 5    describe with particularity your use of   15:41:37
 6    Chrome.  Do you see that?                 15:41:40
 7         A.    I do, yes.                      15:41:42
 8         Q.    Now, if you would direct your   15:41:44
 9    attention to page 3, in the middle.  This 15:41:46
10    is part of your amended response, feel     15:41:53
11    free to scroll through the document, you   15:41:55
12    know, to -- these are not trick questions  15:41:57
13    or anything.  I'm just trying to shortcut  15:41:59
14    to the parts that are relevant.  The --    15:42:02
15    the paragraph -- the first full paragraph  15:42:04
16    that starts with notwithstanding and       15:42:06
17    subject to these objections; do you see    15:42:08
18    that?                                      15:42:10
19         A.    I do see that.                  15:42:10
20         Q.    And it says here that since     15:42:11
21    2016, you have almost exclusively used     15:42:14
22    Chrome on your laptop computers as well as 15:42:16
23    your Android phone; is that right?         15:42:20
24         A.    Give me just a moment.  Yes.    15:42:22
25         Q.    And then further down you list  15:42:31
```

Page 176

```
 1    certain e-mail addresses; do you see that?    15:42:36

 2        A.    I do, yes.                          15:42:38

 3        Q.    And you say here "To the best of    15:42:41

 4    plaintiff's" -- "Plaintiff Byatt's            15:42:43

 5    knowledge, [you] have never logged into       15:42:46

 6    any Google accounts in Chrome when using      15:42:49

 7    Chrome's private browsing mode but may        15:42:51

 8    have been logged in to his Google             15:42:53

 9    accounts," and you list those here, when      15:42:55

10    using Chrome in its non-private browsing      15:42:59

11    mode; do you see that?                        15:43:02

12        A.    I do.                               15:43:03

13        Q.    Is this correct?                    15:43:04

14        A.    Well, to the best of my             15:43:08

15    knowledge and -- and recollection.  I         15:43:11

16    don't recall any particular times logging     15:43:14

17    in to a Google account in -- in private       15:43:17

18    browsing mode.  I cannot imagine that I       15:43:24

19    would have logged in, in Chrome.  I may       15:43:26

20    have logged in on some websites.  Those       15:43:30

21    are two different things, but I don't         15:43:33

22    remember specifically ever doing that.        15:43:35

23        Q.    When you say "I may have logged      15:43:37

24    in to some websites," what do you mean by     15:43:39

25    that?                                         15:43:42
```

Page 177

```
 1        A.    So I'm -- I'm a little            15:43:44

 2   uncomfortable with this because I'm          15:43:46

 3   speculating.  I don't specifically           15:43:48

 4   remember, but it is -- it is possible that   15:43:50

 5   I went to Gmail.com and logged in.  I do     15:43:56

 6   not believe that I have ever clicked the     15:44:02

 7   little dude up in the upper right-hand       15:44:05

 8   corner in Chrome and logged in.              15:44:06

 9        Q.    And you understand Gmail.com not  15:44:13

10   to be your Google account?                   15:44:16

11        A.    No, I understand it to not be     15:44:17

12   Chrome.  I do I understand it to be my       15:44:19

13   Google account, but not Chrome.  I           15:44:21

14   understand logging in to an account on       15:44:24

15   Chrome and logging in to an account on a     15:44:28

16   website to be different things.              15:44:31

17        Q.    Are you referring to the          15:44:35

18   difference between logging in to a Google    15:44:37

19   account and logging in to the Chrome         15:44:39

20   browser?                                     15:44:42

21        A.    No.  I am referring to the        15:44:47

22   difference -- because both of those would    15:44:49

23   be my Google account.  I'm referring to      15:44:51

24   the difference between going to Gmail.com    15:44:54

25   and logging in on the Gmail website and      15:44:57
```

Page 178

```
 1    logging in at the application level.          15:45:00
 2            When I log in at the application       15:45:03
 3    level, Chrome can, like, sync stuff up or      15:45:05
 4    something like that, I don't know how any      15:45:09
 5    of that works.                                 15:45:09
 6            (Reporter clarification.)              15:45:09
 7    A.    Like the whole browser is logged         15:45:10
 8    in, yeah, but that is -- that is               15:45:19
 9    different --                                   15:45:25
10            MR. LEE:  He said after that "I        15:45:25
11        don't" -- "I don't really know about       15:45:27
12        any" -- "any" -- "about all that," I       15:45:27
13        think is what he said.                     15:45:27
14            THE WITNESS:  Yeah, I -- I --          15:45:35
15            MS. TREBICKA:  Mr. Lee, I'd ask        15:45:35
16        that you not testify on behalf of the      15:45:37
17        witness, please.                           15:45:38
18            MR. LEE:  Excuse me, but that is       15:45:39
19        outrageous what you just said.  Okay?      15:45:40
20        We were all here.  I'm -- I'm actually     15:45:42
21        correcting the record and making sure      15:45:44
22        truthful testimony is accurately           15:45:46
23        recorded by the court reporter.  It        15:45:47
24        was affirmed by Mr. Byatt.  I know you     15:45:49
25        heard it as well.  Because you don't       15:45:52
```

Page 179

| | | |
|---|---|---|
| 1 | want the actual words that came out of | 15:45:53 |
| 2 | his mouth recorded by the -- by the | 15:45:56 |
| 3 | court reporter, it is not the same | 15:45:58 |
| 4 | thing as me testifying on behalf of | 15:46:00 |
| 5 | Mr. Byatt. | 15:46:01 |
| 6 | I'm simply trying to create a | 15:46:04 |
| 7 | clean record. If you're not | 15:46:06 |
| 8 | interested in that, I don't know what | 15:46:08 |
| 9 | to tell you. | 15:46:09 |
| 10 | MS. TREBICKA: I think you used | 15:46:10 |
| 11 | the words "outrageous" and I don't | 15:46:11 |
| 12 | think that was called for. I would | 15:46:13 |
| 13 | like for the witness to testify and | 15:46:14 |
| 14 | not counsel. That's all I'm asking. | 15:46:17 |
| 15 | MR. LEE: The witness did | 15:46:19 |
| 16 | testify and we were just making sure | 15:46:20 |
| 17 | that that was recorded by the court | 15:46:22 |
| 18 | reporter. And I think you know that. | 15:46:23 |
| 19 | BY MS. TREBICKA: | 15:46:23 |
| 20 | Q. Mr. Byatt, when you log in to | 15:46:33 |
| 21 | your Gmail accounts, you are logging in | 15:46:35 |
| 22 | to -- | 15:46:39 |
| 23 | MR. LEE: Wait. Are we done | 15:46:39 |
| 24 | with that last answer? Because I know | 15:46:40 |
| 25 | that the court reporter stopped him so | 15:46:42 |

Page 180

```
 1        that she could record his testimony          15:46:44

 2        accurately.  I don't know if he was          15:46:46

 3        finished.                                     15:46:49

 4             Belle, would you mind just              15:46:50

 5        reading the whole answer back and --          15:46:52

 6        and we can orient Mr. Byatt, please.          15:46:54

 7             MS. TREBICKA:  How about I just          15:46:56

 8        answer -- ask the question again so           15:46:59

 9        that the record is clear?  Because            15:47:00

10        now -- right now, the record is               15:47:01

11        muddled and I don't like that.                15:47:02

12             MR. LEE:  Okay.  But I'd still           15:47:04

13        like the answer to be read back to him        15:47:05

14        so that he can be oriented as to what         15:47:06

15        he previously testified.                      15:47:06

16             THE WITNESS:  I would also like          15:47:06

17        that.                                         15:47:06

18             MS. TREBICKA:  No, that's not            15:47:10

19        how it goes.  I'm going to ask my             15:47:13

20        question and the witness can answer.          15:47:14

21        He cannot just have the answers being         15:47:15

22        read back for no particular reason.           15:47:17

23             MR. LEE:  No, that actually is           15:47:19

24        how it goes because you cut him off in        15:47:21

25        the middle of an answer and you would         15:47:23
```

Page 181

```
 1       not let him finish.  And you're going      15:47:24
 2       to ask him the same question again and     15:47:26
 3       he has asked to be -- his prior answer     15:47:29
 4       to be read back.                           15:47:31
 5            Are you saying that you're not        15:47:32
 6       going to allow him to -- to have it        15:47:33
 7       heard back before he was cut off?  I       15:47:35
 8       don't think that's appropriate.            15:47:38
 9            MS. TREBICKA:  I believe you cut       15:47:39
10       him off, Mr. Lee, but this is not --       15:47:41
11            MR. LEE:  No, that's not true.        15:47:44
12            MS. TREBICKA:  Before you got --      15:47:45
13       we got on the record, you asked me how     15:47:45
14       much I have with this witness.  I          15:47:47
15       think it's getting longer by the           15:47:48
16       minute if we keep bickering on the         15:47:48
17       record.                                    15:47:54
18            MR. LEE:  Sure.  So why don't         15:47:54
19       you just let the court reporter read       15:47:54
20       it back and we can move on?                15:47:54
21            MS. TREBICKA:  That's fine.  She      15:47:58
22       can read it back this once, but I          15:47:59
23       don't like this to be another just         15:48:00
24       extension of the testimony for no          15:48:04
25       reason.                                    15:48:05
```

Page 182

| | | |
|---|---|---|
| 1 | You may read it back. | 15:48:06 |
| 2 | (Requested portion of the testimony is | 15:49:22 |
| 3 | read back.) | 15:49:25 |
| 4 | MS. TREBICKA:  Thank you for | 15:49:25 |
| 5 | confirming that I did not interrupt | 15:49:26 |
| 6 | the witness. | 15:49:28 |
| 7 | MR. LEE:  No, the court reporter | 15:49:29 |
| 8 | did.  You suggested that I interrupted | 15:49:30 |
| 9 | the witness and I did not.  The court | 15:49:32 |
| 10 | reporter asked Mr. Byatt to stop | 15:49:34 |
| 11 | because she had not heard the last | 15:49:35 |
| 12 | part of his answer and she read -- he | 15:49:37 |
| 13 | completed it, but he did not finish | 15:49:42 |
| 14 | what he had said. | 15:49:43 |
| 15 | So I finished that statement | 15:49:45 |
| 16 | that he had already testified to that | 15:49:48 |
| 17 | was not recorded in the record.  He | 15:49:49 |
| 18 | agreed and said that's right and then | 15:49:52 |
| 19 | you suggested that I was testifying | 15:49:54 |
| 20 | for him. | 15:49:57 |
| 21 | And then before he could finish | 15:49:58 |
| 22 | his answer, which is unclear whether | 15:49:59 |
| 23 | he did because he was -- had to stop | 15:50:01 |
| 24 | for the court reporter, not her fault | 15:50:03 |
| 25 | obviously, you moved on to another | 15:50:05 |

Page 183

```
 1         question.  That's how we got here.       15:50:07
 2              MS. TREBICKA:  That was actually     15:50:11
 3         pretty accurate, I think.  So please      15:50:13
 4         do not finish the witness's answers       15:50:14
 5         for him or put on the record what you     15:50:17
 6         believe you heard from the witness.  I    15:50:19
 7         asked that the court reporter do that,    15:50:20
 8         not you, Mr. Lee.                         15:50:22
 9              MR. LEE:  The court reporter was     15:50:24
10         unclear about what -- what the answer     15:50:25
11         was.  So I don't know what to tell        15:50:27
12         you.                                      15:50:37
13    BY MS. TREBICKA:                               15:50:37
14         Q.    Mr. Byatt, can we agree that        15:50:39
15    there are two ways to use Chrome, one is       15:50:43
16    as a Chrome application on your mobile         15:50:47
17    device and one is as a software on your        15:50:50
18    computer?                                      15:50:54
19              MR. LEE:  Wait.  I'm sorry to        15:50:56
20         keep doing this, but when I -- when I     15:50:57
21         asked if Mr. Byatt had finished his       15:51:00
22         answer, you wouldn't -- you wouldn't      15:51:02
23         let him answer that question and you      15:51:05
24         said you'd just re-ask it.  Are you       15:51:06
25         asking the same question again?           15:51:08
```

Page 184

| | | |
|---|---|---|
| 1 | Because that's what I thought we were | 15:51:09 |
| 2 | doing. | 15:51:11 |
| 3 | MS. TREBICKA:  I'm asking my | 15:51:11 |
| 4 | questions, Mr. Lee.  And I ask that | 15:51:12 |
| 5 | you stop interrupting me.  Can we | 15:51:14 |
| 6 | please do that? | 15:51:16 |
| 7 | MR. LEE:  As long as Mr. Byatt | 15:51:17 |
| 8 | has completed his last answer.  I just | 15:51:19 |
| 9 | want to make sure that that's -- | 15:51:22 |
| 10 | that's what we have. | 15:51:24 |
| 11 | MS. TREBICKA:  This is | 15:51:28 |
| 12 | unacceptable.  This is going way | 15:51:28 |
| 13 | beyond what you should be doing, | 15:51:28 |
| 14 | Mr. Lee.  So I ask that I am allowed | 15:51:30 |
| 15 | to conduct this deposition in the way | 15:51:32 |
| 16 | that I see fit, without, you know, | 15:51:34 |
| 17 | doing anything to the witness's | 15:51:36 |
| 18 | rights, violating the witness's | 15:51:37 |
| 19 | rights, which I'm not doing. | 15:51:38 |
| 20 | So you have to let me ask my | 15:51:40 |
| 21 | questions and get the right answers on | 15:51:41 |
| 22 | the record. | 15:51:43 |
| 23 | MR. LEE:  Okay.  But I just want | 15:51:44 |
| 24 | it on the record what -- to know | 15:51:47 |
| 25 | whether Mr. Byatt is finished with his | 15:51:48 |

Page 185

```
 1        last answer before you moved on.        15:51:50
 2        That's -- I think this is a reasonable   15:51:52
 3        request and certainly proper under the   15:51:53
 4        rules.                                   15:51:55
 5   BY MS. TREBICKA:                              15:51:55
 6        Q.    Mr. Byatt, were you finished       15:51:55
 7   with your answer?                             15:51:57
 8        A.    What I was going to say was that   15:51:59
 9   I don't know everything that Google does      15:52:00
10   or syncs up when I log in to the Chrome       15:52:04
11   application, but I do know that I can log     15:52:07
12   in to Chrome and log in to Gmail             15:52:10
13   separately.                                   15:52:12
14        Q.    Mr. Byatt, do you understand       15:52:15
15   that there are two ways in which you can      15:52:16
16   use Chrome, one is on your mobile device      15:52:19
17   and one is on your computer?                  15:52:21
18        A.    I don't know if those are the      15:52:25
19   only two ways, but I do agree that those     15:52:28
20   are two ways, yes.                            15:52:31
21        Q.    Do you use Chrome in any other     15:52:32
22   way?                                          15:52:34
23        A.    Yes, actually.  I have used        15:52:39
24   Chrome in another way.                        15:52:41
25        Q.    Tell me what that way is.          15:52:42
```

Page 186

```
 1        A.    I have used Chrome inside of        15:52:44

 2   virtual machines for software development      15:52:48

 3   testing and I have used Chrome in a way        15:52:52

 4   that is automated for the purpose of           15:52:58

 5   testing software.                              15:53:02

 6        Q.    And is that on a computer?          15:53:04

 7        A.    That is on a computer, yes.         15:53:07

 8        Q.    So limiting your answers            15:53:09

 9   initially to using Chrome on a computer        15:53:11

10   and what I'm limiting it to is you opening     15:53:13

11   a browsing session on Chrome.                  15:53:16

12           As far as you being in the             15:53:21

13   Chrome browser on a computer and being in      15:53:24

14   Incognito, have you ever logged in to your     15:53:28

15   Gmail accounts once you have been in           15:53:31

16   that -- in that environment?                   15:53:34

17        A.    I do not recall specifically        15:53:39

18   ever having done that.                         15:53:40

19        Q.    Have you logged in to any of        15:53:48

20   your Google accounts, any other Google         15:53:49

21   accounts you may have once you have been       15:53:52

22   in Incognito on your computer?                 15:53:54

23        A.    I do not recall ever                15:53:57

24   specifically having done that.                 15:53:58

25        Q.    Now, moving on to your device.      15:54:02
```

Page 187

| | | |
|---|---|---|
| 1 | Have you -- do you have a Chrome | 15:54:04 |
| 2 | application on your handheld device? | 15:54:07 |
| 3 | A.   Yes. | 15:54:12 |
| 4 | Q.   And you use that to browse? | 15:54:13 |
| 5 | A.   Yes. | 15:54:15 |
| 6 | Q.   Do you use it to browse in | 15:54:16 |
| 7 | Incognito mode? | 15:54:17 |
| 8 | A.   Yes. | 15:54:19 |
| 9 | Q.   When you use the Chrome | 15:54:20 |
| 10 | application on your handheld device to | 15:54:22 |
| 11 | browse in Incognito mode, have you also at | 15:54:25 |
| 12 | the same time logged in to your Gmail | 15:54:28 |
| 13 | account? | 15:54:32 |
| 14 | A.   I do not recall. | 15:54:32 |
| 15 | Q.   And when you have used your | 15:54:35 |
| 16 | Chrome application on your handheld device | 15:54:37 |
| 17 | to browse in Incognito mode, have you also | 15:54:39 |
| 18 | at the same time logged in to any other | 15:54:42 |
| 19 | Google accounts that you may have? | 15:54:45 |
| 20 | A.   Inside of Chrome? | 15:54:47 |
| 21 | Q.   Yes, inside of Chrome for now. | 15:54:49 |
| 22 | A.   Yeah, that -- I do not recall | 15:54:52 |
| 23 | ever having done that. | 15:54:53 |
| 24 | Q.   What about outside of Chrome? | 15:54:54 |
| 25 | A.   I have certain -- my cell phones | 15:54:57 |

Page 188

```
 1    have always been Android phones, so if I'm        15:55:00
 2    browsing in Incognito mode on my phone,           15:55:07
 3    that phone is logged in to my account and         15:55:10
 4    I'll have the Gmail application on the            15:55:14
 5    phone that is logged in to my Google             15:55:16
 6    account.  It -- I would imagine, I               15:55:19
 7    probably have other applications that are        15:55:22
 8    also logged in to the Google account.            15:55:24
 9         Q.    You have listed here a few --          15:55:27
10    and by "here," I mean on Exhibit 13, you         15:55:35
11    have listed here a few e-mail accounts.          15:55:40
12    Do you see that?                                  15:55:43
13         A.    I do, yes.                            15:55:44
14         Q.    And the first two e-mail              15:55:46
15    accounts,          @gmail.com and                15:55:47
16              @gmail.com, are these your personal    15:55:56
17    accounts or what you would consider your         15:55:58
18    personal Google accounts?                        15:55:59
19         A.    Yes.                                  15:56:00
20         Q.    You have listed here an               15:56:01
21    additional three Google accounts:                15:56:04
22    Scm@miamidadedems.org,                            15:56:06
23    treasurer@miamidadedems.org, and                 15:56:12
24    william.byatt@miamiprogressives.org.             15:56:15
25              Do you see that?                        15:56:21
```

Veritext Legal Solutions
866 299-5127

```
 1        A.    I do.                          15:56:21

 2        Q.    Are these your personal Google  15:56:22

 3   accounts too?                             15:56:24

 4        A.    No.                            15:56:24

 5        Q.    How would you describe these   15:56:25

 6   accounts?                                 15:56:26

 7        A.    Those are accounts that I have 15:56:26

 8   in my various roles as working with       15:56:30

 9   certain organizations.  The Miami-Dade    15:56:38

10   Democratic Party for the two that end in  15:56:40

11   MiamiDadeDems.org, and the Democratic     15:56:46

12   Progressive Caucus of Miami-Dade for the  15:56:48

13   ones that end in MiamiProgressives.org.   15:56:52

14        Q.    Focusing your attention on the 15:56:55

15   two personal Gmail accounts, have you ever 15:56:58

16   shared them with anyone?                  15:57:00

17             MR. LEE:  Objection to form.    15:57:03

18        A.    Can you clarify what you mean by 15:57:06

19   "shared"?                                 15:57:07

20   BY MS. TREBICKA:                          15:57:07

21        Q.    Does anyone else have access to 15:57:08

22   the credentials for these two accounts?   15:57:10

23        A.    I certainly hope not.          15:57:14

24        Q.    What about the three accounts  15:57:15

25   that are associated with your various     15:57:21
```

Page 190

```
 1    roles at -- at organizations, are those        15:57:24
 2    shared accounts?                                15:57:28
 3        A.    Sort of.                              15:57:29
 4        Q.    What do you mean by "sort of"?        15:57:33
 5        A.    I mean two things.  First is          15:57:34
 6    that they are all, you know, administered       15:57:36
 7    accounts much like a corporate Gmail            15:57:43
 8    account would be.  So the administrators,       15:57:46
 9    the -- the -- they used to call it              15:57:50
10    G Suites, I believe they now call it            15:57:53
11    Google Workspaces, the -- the people in         15:57:56
12    those organizations who administer the          15:57:57
13    organization's Google account would have        15:58:04
14    administrative access to those.  Also,          15:58:08
15    scm@miamidadedems.org and                       15:58:11
16    treasurer@miamidadedems.org, those are          15:58:15
17    both e-mail accounts that belong to a           15:58:19
18    position.  Only one person holds those          15:58:21
19    positions at any given time, but the            15:58:24
20    e-mail account transfers who has those          15:58:26
21    credentials when a new person has those --      15:58:29
22    those seats, those offices.                     15:58:33
23        Q.    What does SCM stand for in that       15:58:35
24    account that says -- or that is                 15:58:39
25    scm@miamidadedems.org?                          15:58:42
```

Page 191

| | | |
|---|---|---|
| 1 | A.    State Committeeman. | 15:58:47 |
| 2 | Q.    Do you currently hold these | 15:58:52 |
| 3 | positions, these two positions? | 15:58:53 |
| 4 | A.    I -- I -- I am sorry for that, | 15:58:57 |
| 5 | Belle.  I hold the State Committeeman | 15:59:00 |
| 6 | seat.  I am no longer the treasurer, and I | 15:59:04 |
| 7 | no longer have access to that account | 15:59:06 |
| 8 | either. | 15:59:09 |
| 9 | Q.    Do you use -- as far as the two | 15:59:10 |
| 10 | personal accounts, do you use them | 15:59:20 |
| 11 | equally? | 15:59:22 |
| 12 | A.    No, I do not. | 15:59:24 |
| 13 | Q.    Do you no longer use one of | 15:59:24 |
| 14 | them? | 15:59:28 |
| 15 | A.    I would say that I use the one | 15:59:31 |
| 16 | that's listed first, ███████@gmail.com. | 15:59:34 |
| 17 | I use that as my sort of main functional | 15:59:39 |
| 18 | account.  The other one I do still | 15:59:44 |
| 19 | occasionally use, but mostly for spam and | 15:59:48 |
| 20 | a couple of websites that I may have just | 15:59:55 |
| 21 | never changed what my e-mail address on | 15:59:58 |
| 22 | record was with them. | 16:00:01 |
| 23 | Q.    Do you sign into them at the | 16:00:08 |
| 24 | same rate, at the same frequency? | 16:00:09 |
| 25 | A.    Well, I -- so my browser | 16:00:17 |

Page 192

```
1    preserves which accounts I'm logged in to      16:00:26
2    and I'm -- I'm basically constantly logged     16:00:32
3    in to both of them.  In terms of actually      16:00:37
4    accessing and using, I certainly use the       16:00:42
5    ████████ one more.                             16:00:53
6         Q.   What about the two                   16:00:54
7    organization-related ones that you still       16:00:57
8    have access to, which my understanding is,     16:01:00
9    is william.byatt@miamiprogressives.org and     16:01:03
10   scm@miamidadedems.org, are you constantly      16:01:09
11   logged in to both as well?                     16:01:14
12        A.   Yes.                                 16:01:17
13        Q.   Do you use both of those             16:01:18
14   equally?                                       16:01:21
15        A.   Can you explain what you mean by     16:01:24
16   "use"?                                         16:01:26
17        Q.   Go in to --                          16:01:26
18             MR. LEE:  Before we -- before        16:01:26
19        we -- excuse me.  Before we go            16:01:29
20        further, Viola, I'm just looking at       16:01:30
21        some correspondence that -- that         16:01:32
22        states that Mr. Byatt revoked consent    16:01:33
23        for the two accounts that you're         16:01:35
24        inquiring about.  So I'm not sure that   16:01:37
25        your inquiry into those accounts is      16:01:43
```

Page 193

```
 1        appropriate.                          16:01:47
 2            MS. TREBICKA:  It is              16:01:49
 3        appropriate.  We understand he's      16:01:50
 4        revoked consent.  I'm just asking     16:01:52
 5        questions in discovery about those two 16:01:54
 6        accounts.                             16:01:55
 7            MR. LEE:  Okay.  I'll just note   16:01:58
 8        my objection for the record to all    16:02:00
 9        your questions regarding these two    16:02:01
10        accounts.  That's                     16:02:03
11        scm@miamidadedems.org and             16:02:05
12        william.byatt@miamiprogressives.org.  16:02:09
13  BY MS. TREBICKA:                            16:02:09
14        Q.    So let me ask -- so you were    16:02:20
15  interrupted, Mr. Byatt.  So I'll ask my     16:02:22
16  question again.  You can respond and we'll  16:02:23
17  take it from there.  Do you use both of     16:02:25
18  those accounts equally?                     16:02:28
19        A.    So I'm a little unclear as to   16:02:31
20  what you mean by "use."  As a concrete      16:02:34
21  example, I'm logged in to both of those     16:02:38
22  example -- both of those e-mail addresses   16:02:40
23  on the Gmail app on my phone, and I get     16:02:43
24  notifications for any e-mail sent to        16:02:45
25  either of those.  I -- so in that sense, I  16:02:48
```

Page 194

| | | |
|---|---|---|
| 1 | am using both of them constantly.  I | 16:02:55 |
| 2 | conduct significantly more business | 16:02:58 |
| 3 | through the scm@miamidadedems.org e-mail | 16:03:01 |
| 4 | address. | 16:03:06 |
| 5 | MS. TREBICKA:  We have marked | 16:03:12 |
| 6 | for the record Exhibits 14 through 18, | 16:03:12 |
| 7 | which I will represent to you are | 16:03:16 |
| 8 | subscriber information produced by | 16:03:19 |
| 9 | Google related to these accounts.  And | 16:03:21 |
| 10 | we can -- why don't you -- let's start | 16:03:27 |
| 11 | with why don't you let me know when | 16:03:30 |
| 12 | you have access to those exhibits. | 16:03:31 |
| 13 | (Exhibit 14, Google Subscriber | 16:03:33 |
| 14 | Information Sheet, marked for | 16:03:33 |
| 15 | identification.) | 16:03:33 |
| 16 | (Exhibit 15, Google Subscriber | 16:03:33 |
| 17 | Information Sheet, marked for | 16:03:33 |
| 18 | identification.) | 16:03:34 |
| 19 | (Exhibit 16, Google Subscriber | 16:03:34 |
| 20 | Information Sheet, marked for | 16:03:34 |
| 21 | identification.) | 16:03:34 |
| 22 | (Exhibit 17, Google Subscriber | 16:03:34 |
| 23 | Information Sheet, marked for | 16:03:34 |
| 24 | identification.) | |
| 25 | (Exhibit 18, Google Subscriber | |

Page 195

```
 1          Information Sheet, marked for
 2          identification.)
 3     BY MS. TREBICKA:
 4          Q.    We can start with Exhibit 14.          16:03:36
 5               MR. LEE:  And, Viola, do I have         16:03:38
 6          a standing objection on these next          16:03:39
 7          four exhibits based on Mr. Byatt's          16:03:41
 8          revocation of consent as to those two       16:03:44
 9          accounts that I previously identified?      16:03:47
10               MS. TREBICKA:  As to the               16:03:49
11          revocation of consent for production,       16:03:49
12          correct?                                    16:03:52
13               MR. LEE:  The record is the            16:03:54
14          record.  The agreement is the              16:03:58
15          agreement.  The correspondence is the       16:03:59
16          correspondence.  So we can go off the       16:04:01
17          record and I'll look the at same            16:04:03
18          e-mails, but we have them all.  The         16:04:04
19          parties have them all.  So it's been        16:04:10
20          memorialized by Google as well as the       16:04:12
21          plaintiffs as to what Mr. Byatt             16:04:16
22          consents to and what he revokes his         16:04:19
23          consent for.  And based on that             16:04:25
24          agreement and that revocation of his        16:04:27
25          consent, I object to all questions          16:04:30
```

Page 196

```
 1        related to those accounts.  My          16:04:31
 2        understanding is counsel is going to    16:04:33
 3        now inquire into -- for the next four   16:04:34
 4        exhibits into those accounts            16:04:38
 5        specifically and -- and based on prior  16:04:41
 6        agreements and representations, we --   16:04:44
 7        we object to all of them.               16:04:46
 8        A.    I also have --                    16:04:56
 9    BY MS. TREBICKA:                            16:04:56
10        Q.    Yeah.                             16:04:57
11        A.    -- 14 pulled up.                  16:04:58
12        Q.    Okay.                             16:05:01
13            MS. TREBICKA:  I'd like to          16:05:01
14        confirm that you're not objecting to   16:05:03
15        all four or -- or five, but rather     16:05:04
16        those for which you contend Mr. Byatt  16:05:09
17        has revoked consent for, correct?      16:05:12
18            MR. LEE:  Yeah, that's correct.    16:05:15
19        When I said four, I was referring to   16:05:16
20        the fact you said the next four        16:05:19
21        exhibits will deal with those two      16:05:20
22        accounts.  Perhaps I misheard you.  So 16:05:22
23        what I'm trying to do is make the      16:05:24
24        objection once, make it a standing     16:05:26
25        objection with your agreement so as    16:05:28
```

Veritext Legal Solutions
866 299-5127

```
1        you can do your thing and we can deal     16:05:30

2        with this issue with the court at the     16:05:31

3        appropriate time.                          16:05:34

4             MS. TREBICKA:  I -- I understand     16:05:36

5        that you have a standing objection as     16:05:38

6        to those accounts that you contend        16:05:39

7        Mr. Byatt has revoked his consent for.    16:05:42

8    BY MS. TREBICKA:                               16:05:42

9        Q.   Mr. Byatt, if you would take a       16:05:46

10   look at Exhibit 14, the top says "Google     16:05:48

11   Subscriber Information"; do you see that?    16:05:52

12       A.   I do see that.                       16:05:54

13       Q.   And it has a Google account ID?     16:05:55

14       A.   I see that.                          16:05:58

15       Q.   And it also has a name,             16:05:59

16   Josh Byatt?                                   16:06:01

17       A.   I see that.                          16:06:02

18       Q.   Is that you?                         16:06:04

19       A.   It is.                               16:06:05

20       Q.   And it says "created on             16:06:05

21   December" -- or "on 2004-09-01"; do you     16:06:08

22   see that?                                     16:06:13

23       A.   I do see that.                       16:06:14

24       Q.   And this is one of the e-mail       16:06:15

25   accounts that you testified is your         16:06:17
```

Page 198

| | | |
|---|---|---|
| 1 | personal e-mail account, correct? | 16:06:19 |
| 2 | A.   That's correct. | 16:06:21 |
| 3 | Q.   We can move on to the next | 16:06:23 |
| 4 | exhibit. | 16:06:24 |
| 5 | A.   I have Exhibit 15 open. | 16:06:30 |
| 6 | Q.   15.  It's the same format.  It's | 16:06:31 |
| 7 | also Google's subscriber information. | 16:06:34 |
| 8 | It has a Google account ID; do | 16:06:38 |
| 9 | you see that? | 16:06:40 |
| 10 | A.   I do. | 16:06:40 |
| 11 | Q.   And the name says William Byatt, | 16:06:41 |
| 12 | correct? | 16:06:44 |
| 13 | A.   That is correct. | 16:06:44 |
| 14 | Q.   Is that you? | 16:06:45 |
| 15 | A.   Yes, it is. | 16:06:47 |
| 16 | Q.   The e-mail is | 16:06:47 |
| 17 | ████████@gmail.com, correct? | 16:06:49 |
| 18 | A.   Correct? | 16:06:53 |
| 19 | Q.   And it says created on | 16:06:54 |
| 20 | 2008-01-28; do you see that? | 16:06:55 |
| 21 | A.   I do. | 16:06:58 |
| 22 | Q.   And underneath it, it says "IP | 16:06:59 |
| 23 | activity"; do you see that? | 16:07:02 |
| 24 | A.   IP activity? | 16:07:05 |
| 25 | Q.   Correct.  At the very end of | 16:07:06 |

Page 199

| | | |
|---|---|---|
| 1 | that first page. | 16:07:08 |
| 2 | A.    Yes, I do see that. | 16:07:09 |
| 3 | Q.    Do you see it has -- it's a | 16:07:11 |
| 4 | table and it has three columns, timestamp, | 16:07:14 |
| 5 | IP address and activity type; do you see | 16:07:19 |
| 6 | that? | 16:07:22 |
| 7 | A.    I do. | 16:07:22 |
| 8 | Q.    And it's quite long, it goes on | 16:07:23 |
| 9 | for 19 pages. | 16:07:25 |
| 10 | A.    I agree that it's quite long.  I | 16:07:28 |
| 11 | will take your word that that number of | 16:07:30 |
| 12 | pages is 19. | 16:07:31 |
| 13 | Q.    Do you recognize any of these IP | 16:07:32 |
| 14 | addresses? | 16:07:38 |
| 15 | A.    Give me a moment.  So I'm not | 16:07:41 |
| 16 | sure that I could pick out the IP | 16:08:09 |
| 17 | addresses out of a list, but I do | 16:08:12 |
| 18 | recognize the -- I do know that I have | 16:08:17 |
| 19 | used connections that have IP addresses | 16:08:23 |
| 20 | that start with 2600 and 172. | 16:08:27 |
| 21 | Q.    And which ones are those? | 16:08:33 |
| 22 | A.    A bunch of them. | 16:08:35 |
| 23 | Q.    So I'm -- | 16:08:37 |
| 24 | A.    I'm looking at this first page, | 16:08:42 |
| 25 | for example, you know, the 1, 2, 3, 4, 5, | 16:08:43 |

Page 200

```
 1    6, 7, 8, 9, 10, 11, 12, 13 --            16:08:43
 2              (Reporter clarification.)       16:08:43
 3         A.    I will -- what I can say is, I  16:08:56
 4    do not recognize these IP addresses       16:08:58
 5    specifically.  These IP addresses do look 16:09:00
 6    similar to IP addresses that my network   16:09:04
 7    connections have been assigned.           16:09:12
 8    BY MS. TREBICKA:                           16:09:12
 9         Q.    And when you say your network   16:09:15
10    connections, do you mean your network     16:09:16
11    connections at home or in another place?  16:09:19
12         A.    I honestly couldn't tell you.  16:09:23
13    I'm not entirely certain under what       16:09:26
14    contexts I had actually checked my IP     16:09:28
15    addresses, when I would have learned      16:09:31
16    those.  I will say that, you know, over   16:09:34
17    the past two years or so, I've spent a lot 16:09:42
18    more time at home than I have anywhere    16:09:44
19    else, so that would be likely, but I -- I 16:09:46
20    can't say specifically.                   16:09:49
21         Q.    Let's move to Exhibit 16 -- oh, 16:09:51
22    sorry -- did I miss one?  We were on 15?  16:09:58
23              Yeah, so let's move to           16:10:03
24    Exhibit 16.                                16:10:04
25         A.    I have Exhibit 16 open.         16:10:05
```

Page 201

| | | |
|---|---|---|
| 1 | Q.    This is another document that | 16:10:07 |
| 2 | says Google subscriber information; do you | 16:10:08 |
| 3 | see that? | 16:10:10 |
| 4 | A.    I do. | 16:10:11 |
| 5 | Q.    And the name is William Byatt? | 16:10:12 |
| 6 | A.    I see that. | 16:10:14 |
| 7 | Q.    The e-mail is | 16:10:15 |
| 8 | william.byatt@miamiprogressives.org; do | 16:10:17 |
| 9 | you see that? | 16:10:25 |
| 10 | A.    I do. | 16:10:25 |
| 11 | Q.    And the created date says | 16:10:26 |
| 12 | 2017-01-17? | 16:10:28 |
| 13 | A.    I see that. | 16:10:30 |
| 14 | Q.    So this is the same e-mail | 16:10:31 |
| 15 | address that had been included in your | 16:10:33 |
| 16 | interrogatory response, correct? | 16:10:37 |
| 17 | A.    Yes. | 16:10:39 |
| 18 | Q.    Let's move to Exhibit 17.  That | 16:10:40 |
| 19 | is another Google subscriber information | 16:10:47 |
| 20 | document; do you see how -- | 16:10:49 |
| 21 | A.    That is correct. | 16:10:57 |
| 22 | Q.    You see that it has a Google | 16:11:09 |
| 23 | account ID? | 16:11:11 |
| 24 | A.    I do. | 16:11:14 |
| 25 | Q.    The name says Evan Shields; do | 16:11:15 |

Page 202

```
 1   you see that?                              16:11:17

 2        A.    I do.                           16:11:17

 3        Q.    And the e-mail says             16:11:17

 4   treasurer@miamidadedems.org; do you see    16:11:19

 5   that?                                      16:11:24

 6        A.    I do.                           16:11:25

 7        Q.    And this is of the other e-mail 16:11:25

 8   addresses that you had included in your    16:11:26

 9   interrogatory response, correct?           16:11:30

10        A.    That's correct.                 16:11:32

11        Q.    And it was created on, the date 16:11:33

12   here says 2019-02-21?                      16:11:36

13        A.    I see that it says that, but I  16:11:40

14   did not create this account, so I can't    16:11:42

15   attest to that personally.  But I do see   16:11:44

16   that it says that.                         16:11:46

17        Q.    Who is Evan Shields?            16:11:47

18        A.    Evan Shields is the current     16:11:49

19   treasurer of the Miami-Dade Democratic     16:11:51

20   Party.                                     16:11:54

21        Q.    And if we can move on to        16:11:55

22   Exhibit 18, that is another Google         16:12:01

23   subscriber information; do you see that?   16:12:07

24        A.    I do.                           16:12:08

25        Q.    It has an account ID, correct?  16:12:09
```

Page 203

| | | |
|---|---|---|
| 1 | A.    Yes. | 16:12:12 |
| 2 | Q.    The name is William Byatt, | 16:12:13 |
| 3 | correct? | 16:12:18 |
| 4 | A.    Yes. | 16:12:19 |
| 5 | Q.    And the e-mail is | 16:12:19 |
| 6 | scm@miamidadedems.org; do you see that? | 16:12:20 |
| 7 | A.    I do. | 16:12:24 |
| 8 | Q.    This one was created on | 16:12:24 |
| 9 | 2020-12-09; do you see that? | 16:12:27 |
| 10 | A.    I do, with the same caveat as | 16:12:31 |
| 11 | that last one, that I did not create this | 16:12:33 |
| 12 | so I can't attest for its accuracy, but I | 16:12:35 |
| 13 | do see that. | 16:12:38 |
| 14 | Q.    Do you know who created it? | 16:12:39 |
| 15 | A.    I do not know.  I suspect.  I am | 16:12:41 |
| 16 | aware of the person who usually handles | 16:12:48 |
| 17 | that for the Miami-Dade Dems, but I do not | 16:12:50 |
| 18 | know if they're the person who did it for | 16:12:55 |
| 19 | this particular one. | 16:12:57 |
| 20 | Q.    And this is an e-mail address | 16:12:57 |
| 21 | and Google account that you have access | 16:12:59 |
| 22 | to, correct? | 16:13:00 |
| 23 | A.    That is correct. | 16:13:01 |
| 24 | Q.    If you would refresh your | 16:13:03 |
| 25 | Exhibit Share, you may be able to see | 16:13:05 |

Page  204

```
 1    Exhibit 19.                              16:13:09
 2           (Exhibit 19, Plaintiff William    16:13:11
 3       Byatt's Objections and Responses to
 4       Defendant's First Set of
 5       Interrogatories, marked for
 6       identification.)
 7    BY MS. TREBICKA:
 8       Q.    Just let me know when you're    16:13:12
 9    there.                                   16:13:13
10       A.    I have Exhibit 19.              16:13:19
11       Q.    Okay.  This is another amended  16:13:20
12    response and objection to Google's First 16:13:25
13    Set of Interrogatories, numbers 1        16:13:29
14    through 6, and it's dated January 11,    16:13:30
15    2021; do you recognize this document?    16:13:34
16       A.    Yes, I do.                      16:13:36
17       Q.    What is it?                     16:13:37
18       A.    It is exactly what you said.  It 16:13:39
19    is my answers and I -- I guess counsel's 16:13:40
20    objections to questions from Google.     16:13:46
21       Q.    Okay.  And is this -- before    16:13:50
22    this document was served on January 11,  16:13:53
23    2021, did you review to make sure that it 16:13:56
24    was complete and accurate to the best of 16:13:58
25    your knowledge and belief?               16:14:01
```

Page 205

| | | |
|---|---|---|
| 1 | A.    To the best of my knowledge and | 16:14:03 |
| 2 | belief, yes. | 16:14:04 |
| 3 | MS. TREBICKA:  I believe we do | 16:14:09 |
| 4 | not have the verification for this | 16:14:10 |
| 5 | amended inter- -- or response and | 16:14:14 |
| 6 | objection or maybe it has arrived | 16:14:16 |
| 7 | today and I've been in this deposition | 16:14:18 |
| 8 | so I haven't seen it, but I trust that | 16:14:20 |
| 9 | we will receive it shortly, Counsel. | 16:14:23 |
| 10 | Okay.  We will mark next as | 16:14:34 |
| 11 | Exhibit 20, your amended responses and | 16:14:35 |
| 12 | objections to Google's second set of | 16:14:41 |
| 13 | interrogatories, number 7 to 10 and | 16:14:43 |
| 14 | these are dated June 1, 2021. | 16:14:46 |
| 15 | (Exhibit 20, Plaintiff William | 16:14:48 |
| 16 | Byatt's Amended Objections and | 16:14:48 |
| 17 | Responses to Defendant's Second Set of | 16:14:48 |
| 18 | Interrogatories, marked for | 16:14:48 |
| 19 | identification.) | 16:14:51 |
| 20 | MR. LEE:  Hold on.  Just give us | 16:14:51 |
| 21 | a chance to load it. | 16:14:52 |
| 22 | MS. TREBICKA:  Yep. | 16:14:53 |
| 23 | A.    I have it open. | 16:15:08 |
| 24 | BY MS. TREBICKA: | 16:15:08 |
| 25 | Q.    Do you recognize this document? | 16:15:09 |

Page 206

```
 1      A.    Give me just a moment, please.      16:15:11

 2            Yeah, I do.                          16:15:13

 3      Q.    And what is this document?           16:15:14

 4      A.    Same thing as the others.  It is    16:15:17

 5   my responses to some questions from           16:15:19

 6   Google.                                       16:15:24

 7      Q.    Okay.                                16:15:25

 8            MS. TREBICKA:  And same note as      16:15:30

 9       to this amended response and              16:15:33

10       objection, we have not yet received       16:15:37

11       Mr. Byatt's verification.  We trust it    16:15:39

12       will come shortly.                        16:15:43

13   BY MS. TREBICKA:                              16:15:45

14      Q.    But, Mr. Byatt, did you review       16:15:45

15   to make sure that it is -- the responses,     16:15:46

16   that they are, to the best of your            16:15:49

17   understanding and belief?                     16:15:52

18      A.    When I got this document, I did      16:15:54

19   do that.  Let me -- give me just a moment     16:15:58

20   to check and make sure that this is what I    16:16:02

21   remember reviewing.                           16:16:04

22            Yeah, this looks right, as best      16:16:29

23   as I can remember.                            16:16:33

24      Q.    You're aware of companies like       16:16:36

25   Killi or Brave; is that right?                16:16:40
```

Page 207

```
 1        A.    Yes.                              16:16:44

 2              I don't know if you got my        16:16:58

 3    answer, but I said, yes, I'm aware of       16:16:59

 4    these.                                      16:17:02

 5        Q.    What is Killi?                     16:17:02

 6              MS. TREBICKA:  It's -- for the     16:17:03

 7        record, it's K-I-L-L-I.                  16:17:04

 8        A.    I know that Killi is in the        16:17:06

 9    space of allowing people to monetize some   16:17:15

10    of their private information.  I can't      16:17:20

11    remember exactly what their business model  16:17:23

12    is right now.  I know that that whole       16:17:28

13    space is shifting pretty rapidly.           16:17:30

14    BY MS. TREBICKA:                             16:17:30

15        Q.    And you've never attempted to     16:17:33

16    monetize your personal information on       16:17:35

17    Killi?                                       16:17:37

18        A.    I have not attempted to, no.      16:17:38

19        Q.    What is Brave?                     16:17:39

20        A.    Brave is a web browser that has   16:17:42

21    built-in sort of privacy features and also  16:17:47

22    allows you to sell -- I think they allow    16:17:51

23    you to sell your attention.  Basically      16:17:54

24    they'll -- they'll serve you ads and pay    16:17:58

25    you to look at those ads, I believe, but    16:18:00
```

Page 208

```
1    it's a web browser.                        16:18:05

2        Q.    Have you ever used Brave?        16:18:09

3        A.    I have used Brave, yes.          16:18:10

4        Q.    Have you gotten paid for using   16:18:12

5    Brave?                                     16:18:14

6        A.    I have not.                      16:18:15

7        Q.    Earlier we talked about browsing 16:18:16

8    on Incognito in Chrome.  Do you recall     16:18:23

9    that?  We talked about it a lot --         16:18:27

10       A.    Yes.                             16:18:30

11       Q.    -- frankly, I just always feel   16:18:30

12   the need to preface this with what we've   16:18:32

13   talked about.                              16:18:34

14       A.    Yes, I do remember that.         16:18:36

15       Q.    Okay.  And also from some of     16:18:38

16   your interrogatory responses, we know that 16:18:39

17   you used Incognito to browse               16:18:42

18   adult-oriented websites including          16:18:46

19   websites -- or adult-oriented websites and 16:18:50

20   websites like The New York Times, for      16:18:54

21   example; is that correct?                  16:18:55

22       A.    That's correct, yes.             16:18:57

23       Q.    What are adult-oriented          16:18:58

24   websites?                                  16:19:00

25       A.    Pornography websites.            16:19:04
```

Page 209

```
 1        Q.    Do you only browse pornography        16:19:07
 2   websites while on Incognito?                     16:19:10
 3        A.    I hope so.                             16:19:12
 4        Q.    Do you believe that your data is       16:19:15
 5   more valuable when it's related to               16:19:18
 6   browsing on the pornography websites             16:19:23
 7   rather than The New York Times?                  16:19:27
 8             MR. LEE:  Objection to form.           16:19:30
 9        A.    I have no knowledge of                 16:19:32
10   specifically how that's priced or what           16:19:35
11   information is particularly valuable.            16:19:37
12   BY MS. TREBICKA:                                 16:19:37
13        Q.    What about Incognito versus            16:19:40
14   non-Incognito, do you believe that data          16:19:42
15   related to your browsing when you are in         16:19:44
16   Incognito is more valuable than data             16:19:46
17   related to your browsing when you are not        16:19:49
18   in Incognito?                                    16:19:51
19             MR. LEE:  Objection, valuable to       16:19:53
20        who?                                        16:19:54
21        A.    Yeah, so again, I don't know          16:19:59
22   from Google's perspective how that               16:20:01
23   information is priced.  I don't know what        16:20:05
24   that looks like.  I can tell you that from       16:20:09
25   my perspective, basically by definition,         16:20:14
```

Page 210

```
 1    the information -- my browsing information      16:20:20

 2    when I'm in Incognito mode is information       16:20:25

 3    that it is more valuable to me for it to        16:20:28

 4    remain private, right, yeah.  So I don't        16:20:32

 5    know how Google values it, but for me it        16:20:37

 6    is certainly -- the highest value is for        16:20:40

 7    it to be private when I'm in Incognito          16:20:42

 8    mode.                                           16:20:42

 9    BY MS. TREBICKA:                                16:20:42

10         Q.    What about value to others --        16:20:56

11    and actually, let me -- why don't you take      16:20:59

12    a look at the response to Interrogatory 10      16:21:01

13    in this exhibit that you have open, which       16:21:05

14    is on page 7.                                   16:21:09

15         A.    I'm on page 7.                       16:21:20

16         Q.    Okay.  And I'm focusing your         16:21:22

17    attention to the last paragraph on that         16:21:23

18    page, the one that starts with                  16:21:24

19    "Notwithstanding and subject to these           16:21:26

20    objections"; do you see that?                   16:21:28

21         A.    I see that paragraph.                16:21:32

22         Q.    And you said "Plaintiff Byatt        16:21:33

23    responds that he has been aware of the          16:21:35

24    value of his personal data for years and        16:21:36

25    he chose to browse privately to protect         16:21:38
```

Page 211

| | | |
|---|---|---|
| 1 | that personal data from Google and other | 16:21:41 |
| 2 | tech company's collection for their own | 16:21:44 |
| 3 | benefit and profit"; do you see that? | 16:21:46 |
| 4 | A.    I do. | 16:21:48 |
| 5 | Q.    Is that a correct statement? | 16:21:49 |
| 6 | A.    Yes, that seems correct to me. | 16:21:51 |
| 7 | Q.    And skipping over the -- or | 16:21:57 |
| 8 | actually, just continuing -- continuing on | 16:21:59 |
| 9 | with your answer, it says "Plaintiff Byatt | 16:22:01 |
| 10 | cannot recall specifically when he learned | 16:22:04 |
| 11 | of websites like Killi, but he knew about | 16:22:06 |
| 12 | companies like Brave and others that | 16:22:09 |
| 13 | provide monetary compensation for personal | 16:22:12 |
| 14 | data before filing this lawsuit.  To the | 16:22:14 |
| 15 | best of Plaintiff Byatt's recollection, he | 16:22:18 |
| 16 | cannot recall attempting to sell his | 16:22:20 |
| 17 | personal data, but because Plaintiff Byatt | 16:22:23 |
| 18 | could sell his personal data to websites | 16:22:26 |
| 19 | like Killi and similar websites, the | 16:22:29 |
| 20 | personal data that Google has unlawfully | 16:22:31 |
| 21 | intercepted while Plaintiff Byatt was in | 16:22:34 |
| 22 | private browsing mode has inherent value | 16:22:37 |
| 23 | and Google unlawfully collected that | 16:22:40 |
| 24 | personal data without providing | 16:22:42 |
| 25 | compensation to Plaintiff Byatt." | 16:22:43 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | So I'm talking about this | 16:22:47 |
| 2 | inherent value concept that you have in | 16:22:48 |
| 3 | your interrogatory response.  Do you | 16:22:51 |
| 4 | believe that information related to your | 16:22:53 |
| 5 | browsing in Incognito mode has more | 16:22:57 |
| 6 | inherent value than information related to | 16:23:00 |
| 7 | your browsing in non-Incognito mode? | 16:23:03 |
| 8 | MR. LEE:  Objection to form, | 16:23:07 |
| 9 | asked and answered, also compound. | 16:23:07 |
| 10 | A.    I believe it has value.  I | 16:23:11 |
| 11 | don't -- I can't say with specificity the | 16:23:16 |
| 12 | relative pricing of various points of data | 16:23:18 |
| 13 | so I just -- I just don't know what the -- | 16:23:28 |
| 14 | the specific relative pricing looks like, | 16:23:30 |
| 15 | but I am confident that my behavior in | 16:23:34 |
| 16 | Incognito has value. | 16:23:39 |
| 17 | BY MS. TREBICKA: | 16:23:39 |
| 18 | Q.    Do you believe that particular | 16:23:43 |
| 19 | pieces of data that are related to your | 16:23:44 |
| 20 | browsing online in Incognito have | 16:23:48 |
| 21 | independent value, for example, IP | 16:23:52 |
| 22 | address? | 16:23:55 |
| 23 | MR. LEE:  Objection to form. | 16:23:57 |
| 24 | A.    Yes.  I suppose that individual | 16:24:02 |
| 25 | pieces of data have specific value.  I | 16:24:05 |

Page 213

| | | |
|---|---|---|
| 1 | will say that -- yeah, so the question | 16:24:11 |
| 2 | strikes me as -- as odd because Google | 16:24:18 |
| 3 | does not intercept and collect the | 16:24:21 |
| 4 | information in individual pieces.  They | 16:24:24 |
| 5 | collect, you know, a fair bit of it.  So | 16:24:26 |
| 6 | I'm not sure how to disentangle those | 16:24:32 |
| 7 | individual pieces, but, yes, I think the | 16:24:37 |
| 8 | value of that data arises from the pieces | 16:24:40 |
| 9 | of data.  So, yeah. | 16:24:44 |
| 10 | BY MS. TREBICKA: | 16:24:44 |
| 11 | Q.    And is the value of a specific | 16:24:46 |
| 12 | piece of data, for example, IP address, | 16:24:49 |
| 13 | the same as another specific piece of | 16:24:51 |
| 14 | data, again, in Incognito mode, for | 16:24:56 |
| 15 | example, a referrer header? | 16:25:00 |
| 16 | A.    Again, I am not -- I have not | 16:25:03 |
| 17 | specifically priced that data.  I do not | 16:25:06 |
| 18 | know the specific prices of these things | 16:25:08 |
| 19 | so I don't know. | 16:25:10 |
| 20 | Q.    Okay.  What about to you, does | 16:25:12 |
| 21 | an IP address have more value to you or | 16:25:15 |
| 22 | less value or the same value than a | 16:25:19 |
| 23 | referral header? | 16:25:23 |
| 24 | A.    I think that would be context | 16:25:27 |
| 25 | dependent, and I'm not sure I can answer | 16:25:28 |

Page 214

```
 1    that generally.                              16:25:31

 2        Q.    Tell me how it would be context    16:25:31

 3    dependent, and I'm speaking here about       16:25:34

 4    browsing in Incognito specifically.          16:25:36

 5        A.    Well, I'm not -- much like the      16:25:38

 6    other context-based answers from earlier,    16:25:40

 7    I don't have a valuation algorithm in my     16:25:46

 8    head, but, depending on what my behavior     16:25:52

 9    looks like, what I've done, those values     16:26:03

10    could look different in ways I can't          16:26:07

11    necessarily just predict, sitting here.       16:26:12

12            But there are certainly going to      16:26:15

13    be some referrers that are going to be        16:26:20

14    more valuable to me.  There are going to      16:26:23

15    be some IPs that are more valuable to me.     16:26:28

16    I think it will depend a lot on -- on too     16:26:31

17    many details to be able to enumerate.         16:26:35

18        Q.    If Google were to pay for your      16:26:39

19    data, do you agree that it could use it       16:26:45

20    including for advertising?                    16:26:48

21            MR. LEE:  Objection to form,          16:26:51

22        incomplete hypothetical.                  16:26:53

23        A.    Yeah, so if Google were to pay      16:26:56

24    and fully disclose what they were doing       16:27:03

25    and obtain my consent, that's a lot of        16:27:09
```

Veritext Legal Solutions
866 299-5127

```
 1    ifs, then sure, yeah.                      16:27:15

 2           MS. TREBICKA:  Let me mark as       16:27:25

 3        the next exhibit, which is Exhibit 21, 16:27:27

 4        your responses and objections to       16:27:30

 5        Google's third set of interrogatories  16:27:33

 6        number 11.                             16:27:36

 7           MR. LEE:  Can we just get a time     16:27:39

 8        check as to how long we've been on the 16:27:40

 9        record before we get into the          16:27:42

10        document?                              16:27:45

11           THE VIDEOGRAPHER:  Hour 20.         16:27:46

12           MR. LEE:  Hour 20.  Do you mind     16:27:48

13        if we take a break?  We can do it      16:27:51

14        after this document, Viola, if that's  16:27:52

15        better for you, but should be --       16:27:52

16           MS. TREBICKA:  I'm literally        16:27:54

17        just going to put it into the record.  16:27:56

18           MR. LEE:  Okay.                      16:27:57

19           MS. TREBICKA:  So -- okay.          16:27:59

20        Let's -- I'll do it quickly.            16:27:59

21           (Exhibit 21, Plaintiff William      16:28:01

22        Byatt's Verified Objections and

23        Response to Defendant's Third Set of

24        Interrogatories (No. 11), marked for

25        identification.)
```

Veritext Legal Solutions
866 299-5127

```
 1    BY MS. TREBICKA:
 2         Q.    So, Mr. Byatt, this is          16:28:02
 3    Exhibit 21.  Tell me when it's in front of  16:28:03
 4    you.                                        16:28:07
 5         A.    Exhibit 21 is what I'm looking   16:28:07
 6    for?                                        16:28:09
 7         Q.    Correct.                         16:28:09
 8         A.    I have Exhibit 21 open.          16:28:10
 9         Q.    And this is -- do you remember   16:28:12
10    this document?  Do you recall reviewing     16:28:14
11    it?                                         16:28:16
12              MR. LEE:  You have to answer      16:28:19
13         audibly.                               16:28:20
14              THE WITNESS:  I'm checking it.    16:28:21
15              MR. LEE:  Oh, okay.               16:28:22
16         A.    This looks right.  Yeah, this    16:28:24
17    looks familiar, I have -- I have reviewed   16:28:26
18    this.                                       16:28:28
19    BY MS. TREBICKA:                            16:28:28
20         Q.    Okay.  And do you have any       16:28:28
21    reason to believe that this is not          16:28:32
22    complete and correct, of course, you know,  16:28:34
23    subject to your understanding and the       16:28:41
24    knowledge that you currently have?          16:28:42
25         A.    Right, yeah, to the best of my   16:28:46
```

Page  217

```
1    knowledge and ability, this seems correct.      16:28:47

2        Q.    Okay.   Great.                         16:28:51

3            MS. TREBICKA:  We can get off            16:28:52

4        the record now if you'd like.                16:28:53

5            MR. LEE:  Yep, let's take a              16:28:56

6        ten-minute break.                            16:28:58

7            MS. TREBICKA:  Sounds good.              16:28:59

8            THE VIDEOGRAPHER:  All right.            16:29:00

9        Going off the record.  The time is           16:29:01

10       4:28 p.m.                                    16:29:03

11           (Whereupon, a brief recess is            16:29:18

12       taken.)                                       16:39:11

13           THE VIDEOGRAPHER:  Back on the           16:39:11

14       record.  The time is 4:39 p.m.               16:39:22

15   BY MS. TREBICKA:                                 16:39:22

16       Q.    Mr. Byatt, we've marked as             16:39:33

17   Exhibit 22, your July 30, 2021 responses         16:39:35

18   and objections to Google's fourth set of         16:39:43

19   interrogatories.                                 16:39:47

20           (Exhibit 22, Plaintiff William           16:39:47

21       Byatt's Objections and Responses to

22       Defendant's Fourth Set of

23       Interrogatories (Nos. 12-15), marked

24       for identification.)

25   BY MS. TREBICKA:
```

Page  218

```
 1        Q.    And it's numbers 12 through 15;        16:39:50
 2    do you see that?                                 16:39:52
 3        A.    I do see it.                           16:39:53
 4        Q.    Do you recognize this document?        16:39:54
 5        A.    I do.                                  16:39:56
 6        Q.    Did you review the responses in        16:39:57
 7    this document before it was served?             16:40:01
 8        A.    I did, yes.                            16:40:02
 9        Q.    And is -- are they accurate to         16:40:04
10    the best of your knowledge and belief?          16:40:07
11        A.    Yes.                                   16:40:11
12        Q.    And response to Interrogatory          16:40:11
13    Number 13, which is on page 3, the second       16:40:18
14    full paragraph in the response, but the         16:40:24
15    one that starts with "notwithstanding and       16:40:28
16    subject to these objections"; do you see        16:40:30
17    that?                                            16:40:32
18        A.    I do, yes.                             16:40:32
19        Q.    And you list here, certain            16:40:34
20    Google services that you pay for; do you        16:40:35
21    see that?                                        16:40:40
22        A.    I do, yes.                             16:40:40
23        Q.    Do you continue to pay for these      16:40:42
24    Google services?                                 16:40:44
25        A.    I believe so, yes.                     16:40:47
```

Page 219

| | | |
|---|---|---|
| 1 | Q.    So you haven't discontinued the | 16:40:49 |
| 2 | use of any of these services; is that | 16:40:50 |
| 3 | right? | 16:40:52 |
| 4 | A.    Not that I recall. | 16:40:53 |
| 5 | Q.    Okay. | 16:40:59 |
| 6 | MS. TREBICKA:  We'll mark as | 16:41:00 |
| 7 | Exhibit 23 another interrogatory | 16:41:01 |
| 8 | response.  This one is the verified | 16:41:10 |
| 9 | objections and responses to Google's | 16:41:17 |
| 10 | fifth set of interrogatories, | 16:41:20 |
| 11 | number 16. | 16:41:22 |
| 12 | (Exhibit 23, Plaintiff William | 16:41:25 |
| 13 | Byatt's Verified Objections and | |
| 14 | Responses to Defendant's Fifth Set of | |
| 15 | Interrogatories (No. 16), marked for | |
| 16 | identification.) | |
| 17 | BY MS. TREBICKA: | |
| 18 | Q.    Do you see that? | 16:41:26 |
| 19 | A.    I do. | 16:41:26 |
| 20 | Q.    Did you review this before it | 16:41:26 |
| 21 | was served to confirm that it was accurate | 16:41:28 |
| 22 | and complete to the best of your knowledge | 16:41:31 |
| 23 | and belief? | 16:41:33 |
| 24 | A.    Yes, I did.  And I -- I did | 16:41:33 |
| 25 | review it and I -- I do confirm that it's | 16:41:36 |

Page  220

| | | |
|---|---|---|
| 1 | accurate, to the best of my knowledge and | 16:41:39 |
| 2 | belief. | 16:41:40 |
| 3 | Q.   Okay. | 16:41:40 |
| 4 | MS. TREBICKA:  And this actually | 16:41:41 |
| 5 | says "verified objections and | 16:41:42 |
| 6 | responses," but the verification, I | 16:41:44 |
| 7 | understand was not received with this | 16:41:47 |
| 8 | document.  I -- I understand it's been | 16:41:49 |
| 9 | received today and we will put it into | 16:41:52 |
| 10 | the record.  I just wanted the record | 16:41:54 |
| 11 | to be clear. | 16:41:57 |
| 12 | BY MS. TREBICKA: | 16:41:57 |
| 13 | Q.   If you could take a look at | 16:42:09 |
| 14 | interrogatory 16, the answer to | 16:42:11 |
| 15 | interrogatory 16 that -- in the middle of | 16:42:13 |
| 16 | page 2, lines -- between lines 15 and 16, | 16:42:15 |
| 17 | the paragraph that starts with "Google has | 16:42:22 |
| 18 | demonstrated a willingness"; do you see | 16:42:23 |
| 19 | that? | 16:42:27 |
| 20 | A.   I do. | 16:42:27 |
| 21 | Q.   Do you see that this | 16:42:28 |
| 22 | paragraph -- and take your time to | 16:42:29 |
| 23 | review -- but this paragraph and the next | 16:42:31 |
| 24 | have certain examples of data that -- I'm | 16:42:34 |
| 25 | sorry -- have certain examples of consumer | 16:42:40 |

Page 221

| | | |
|---|---|---|
| 1 | research companies or other companies that | 16:42:43 |
| 2 | you contend demonstrate a willingness to | 16:42:45 |
| 3 | pay consumers; is that right, as a general | 16:42:48 |
| 4 | matter? | 16:42:50 |
| 5 | A.    Yes, I see that, and -- and it | 16:42:51 |
| 6 | says that. | 16:42:53 |
| 7 | Q.    And were you aware of these | 16:42:54 |
| 8 | consumer research companies before this | 16:42:58 |
| 9 | litigation? | 16:43:01 |
| 10 | A.    I couldn't say exactly when I | 16:43:04 |
| 11 | became aware of them specifically.  I was | 16:43:07 |
| 12 | aware that, you know, paid consumer | 16:43:09 |
| 13 | research exists.  I -- yeah.  So I would | 16:43:13 |
| 14 | say generally, I was aware of -- of the | 16:43:22 |
| 15 | existence of companies like this.  I | 16:43:25 |
| 16 | cannot say specifically when I became | 16:43:27 |
| 17 | aware of the names of individual | 16:43:29 |
| 18 | companies. | 16:43:32 |
| 19 | Q.    Have you ever tried to sell your | 16:43:33 |
| 20 | data to any of these companies listed | 16:43:34 |
| 21 | here? | 16:43:37 |
| 22 | A.    I have done paid consumer | 16:43:38 |
| 23 | research, but a very long time ago and not | 16:43:45 |
| 24 | in relation to Google. | 16:43:48 |
| 25 | Q.    What do you recall about that? | 16:43:51 |

Page 222

```
 1        A.    I recall that they wanted me to        16:43:53

 2   say whether the Gatorade tasted icy blue          16:43:57

 3   or cool blue.                                     16:44:01

 4        Q.    Was that an online research --         16:44:02

 5        A.    No.  That -- I'm sorry for             16:44:05

 6   talking over you.  That was in person in          16:44:06

 7   Jacksonville in my childhood.  I think I          16:44:10

 8   was 14.                                           16:44:14

 9        Q.    If you direct your attention to        16:44:14

10   that first example in -- that relates to          16:44:19

11   Ipsos, it says here "Ipsos Screenwise             16:44:26

12   Panel (a consumer research study conducted        16:44:41

13   by Ipsos for Google) provides users              16:44:41

14   rewards and, in exchange, Ipsos collects          16:44:44

15   information on how users use the Internet.        16:44:47

16   Participants can earn $20 for                     16:44:50

17   participating in the study, an additional         16:44:52

18   $100 value if they join and install the           16:44:56

19   special Wi-Fi router, and up to $16 for           16:44:59

20   each household member (age 13 or older)           16:45:06

21   who joins with their device"; do you see          16:45:10

22   that?                                             16:45:12

23        A.    I do see that.                         16:45:12

24        Q.    Would you ever participate in --       16:45:13

25   in this Ipsos research study?                     16:45:15
```

Veritext Legal Solutions
866 299-5127

```
 1        A.    I couldn't say.  I wouldn't rule      16:45:19
 2   it out.                                          16:45:22
 3        Q.    Do you think that the -- that         16:45:25
 4   your data while participating in -- in           16:45:27
 5   such a research study is worth these             16:45:30
 6   amounts that it says here, Ipsos and/or          16:45:33
 7   Google are willing to pay for it?                16:45:37
 8             MR. LEE:  Objection to form and        16:45:39
 9        vague as to Incognito data or               16:45:42
10        non-Incognito data.                         16:45:43
11        A.    Yeah.  I -- I -- I don't think        16:45:48
12   that I am qualified to say what a fair           16:45:56
13   market value price of the data is.  I            16:46:02
14   mean, if people are signing up to it --          16:46:10
15   signing up for it, it's worth these prices       16:46:14
16   to somebody.  But I can't -- I can't say         16:46:17
17   for sure whether these are accurate values       16:46:21
18   to me.                                           16:46:26
19   BY MS. TREBICKA:                                 16:46:26
20        Q.    And -- and I'm not asking for         16:46:29
21   the market value price of the data.  I'm         16:46:33
22   asking as it relates to you and your data        16:46:35
23   in particular.  And let's take it in             16:46:38
24   steps.                                           16:46:41
25             For Incognito browsing sessions,       16:46:42
```

Page 224

| | | |
|---|---|---|
| 1 | would you allow Ipsos and Google or for | 16:46:46 |
| 2 | Google to collect information as described | 16:46:51 |
| 3 | in this exhibit, in this paragraph, for | 16:46:56 |
| 4 | the amounts described in this paragraph? | 16:47:00 |
| 5 | A.   I'm uncomfortable with the | 16:47:05 |
| 6 | speculation because there may be some -- | 16:47:07 |
| 7 | there may be some activity that I would do | 16:47:11 |
| 8 | in Incognito that I may be comfortable | 16:47:15 |
| 9 | selling under some circumstances and at | 16:47:22 |
| 10 | some price point and there may be other | 16:47:24 |
| 11 | activity that I'm not -- I -- I just feel | 16:47:27 |
| 12 | like, you know, I do a lot of different | 16:47:32 |
| 13 | things in -- in Incognito for a lot of | 16:47:35 |
| 14 | different reasons, at a lot of different | 16:47:38 |
| 15 | times. | 16:47:40 |
| 16 | And that behavior is -- is, you | 16:47:41 |
| 17 | know, as I've said, it's very context | 16:47:49 |
| 18 | dependent.  So how I would feel about | 16:47:51 |
| 19 | selling particular data at a particular | 16:47:55 |
| 20 | time for a particular price is really hard | 16:47:58 |
| 21 | to say. | 16:48:01 |
| 22 | Q.   I direct your attention to the | 16:48:04 |
| 23 | next paragraph, it starts with "companies | 16:48:05 |
| 24 | other than Google," starting on -- between | 16:48:08 |
| 25 | lines 22 and 23.  I'll read it into the | 16:48:11 |

Page  225

| | | |
|---|---|---|
| 1 | record and you can read along. | 16:48:14 |
| 2 | "Companies other than Google | 16:48:16 |
| 3 | have demonstrated a similar willingness to | 16:48:18 |
| 4 | pay consumers for their data.  Additional | 16:48:20 |
| 5 | examples include:  Nielson Computer & | 16:48:23 |
| 6 | Mobile Panel pays up to $50 per year for | 16:48:27 |
| 7 | passive data collection of a user's | 16:48:30 |
| 8 | internet behavior"; do you see that? | 16:48:32 |
| 9 | A.    I do see that. | 16:48:34 |
| 10 | Q.    Would you be willing to sell -- | 16:48:35 |
| 11 | to sell your Incognito private browsing | 16:48:38 |
| 12 | behavior for up to $50 per year for this | 16:48:43 |
| 13 | passive data collection described here? | 16:48:47 |
| 14 | A.    Same answer as previously.  It's | 16:48:50 |
| 15 | too hard to say about some of the behavior | 16:48:53 |
| 16 | and others being priced differently. | 16:48:58 |
| 17 | Q.    Okay.  And what about | 16:49:03 |
| 18 | MobileXpression Panel, the next example, | 16:49:04 |
| 19 | "similarly provides compensation for" -- | 16:49:08 |
| 20 | "to users for passive collection of their | 16:49:10 |
| 21 | data, including browsing and purchasing | 16:49:12 |
| 22 | behavior"? | 16:49:14 |
| 23 | Would you be willing to sell | 16:49:15 |
| 24 | your Incognito private browsing behavior | 16:49:18 |
| 25 | to MobileXpression Panel for similar | 16:49:20 |

Page 226

```
 1   compensation?                               16:49:23

 2        A.    Same answer as the previous two.  16:49:25

 3   There's too many variables to -- to say     16:49:27

 4   broadly.                                     16:49:29

 5        Q.    Okay.  Would that same answer --  16:49:30

 6   answer apply to the rest of the values       16:49:32

 7   listed here in this interrogatory            16:49:35

 8   response?                                    16:49:37

 9        A.    Give me just a moment.           16:49:39

10        Q.    Sure.                             16:49:41

11        A.    Yes, I'd say so.                  16:49:51

12        Q.    All right.                        16:49:54

13             MS. TREBICKA:  I think we are      16:49:57

14        done with interrogatories responses.    16:49:59

15        And I understand that counsel has       16:50:01

16        served on us today, your verifications  16:50:04

17        for certain of these interrogatory      16:50:07

18        responses, and I'd like to mark it for  16:50:09

19        the record as Exhibit 24 -- oh, I       16:50:11

20        apologize, it is not Exhibit 24.        16:50:21

21             Tracy, could you please unmute     16:50:23

22        and tell us which exhibit it is.        16:50:24

23             MS. GAO:  They have not been       16:50:28

24        marked.  I can mark those now.          16:50:34

25             MS. TREBICKA:  Okay.  While we     16:50:37
```

Page 227

| 1 | mark it, I'll move on to something | 16:50:38 |
| 2 | else.  Thank you, Tracy.  I jumped the | 16:50:40 |
| 3 | gun. | 16:50:43 |
| 4 | BY MS. TREBICKA: | 16:50:43 |
| 5 | Q.   What has been marked as | 16:50:50 |
| 6 | Exhibit 24 is your amended objections and | 16:50:51 |
| 7 | responses to defendant's second set of | 16:50:56 |
| 8 | requests for admission; do you see that? | 16:51:00 |
| 9 | A.   I do see this. | 16:51:03 |
| 10 | Q.   Okay.  And do you understand | 16:51:05 |
| 11 | what requests for admission are? | 16:51:06 |
| 12 | A.   I would imagine that there is | 16:51:11 |
| 13 | some specific legal meaning of that that I | 16:51:15 |
| 14 | am not familiar with, but in a sort of | 16:51:20 |
| 15 | colloquial sense, yes.  And I can, you | 16:51:23 |
| 16 | know, read the questions on here and | 16:51:27 |
| 17 | understand what they're asking. | 16:51:29 |
| 18 | Q.   Have you seen this document | 16:51:32 |
| 19 | before? | 16:51:34 |
| 20 | A.   Yes, I have. | 16:51:34 |
| 21 | Q.   You have, okay.  Good and feel | 16:51:35 |
| 22 | free to familiarize yourself with it and I | 16:51:38 |
| 23 | will be asking questions about -- | 16:51:41 |
| 24 | specifically, RFA number 6, 7 and 15, | 16:51:44 |
| 25 | because I realize it's a long document. | 16:51:55 |

Page 228

```
1        A.    6, 7 and which?                      16:51:55

2        Q.    15.                                  16:51:57

3        A.    15.  Okay.  I have reviewed the      16:51:58

4   document.                                       16:52:07

5        Q.    Okay.  So with respect to a          16:52:08

6   request for admission number 6, which is        16:52:11

7   on page 7, are you there?                       16:52:13

8        A.    I'm scrolling back up.  I am         16:52:16

9   there now, yes.                                 16:52:20

10        Q.    This request for admission asks     16:52:21

11   "Admit that each Google privacy policy you      16:52:24

12   reviewed disclosed that Google collects         16:52:26

13   information about users' visits to              16:52:28

14   websites that use Google's services"; do        16:52:31

15   you see that?                                   16:52:33

16        A.    I do see that.                      16:52:33

17        Q.    And then the response says          16:52:34

18   "Denied."  Do you see that?                     16:52:37

19        A.    I do, yes.                          16:52:38

20        Q.    What's the basis for this           16:52:39

21   response?                                       16:52:42

22        A.    That the privacy policies did       16:52:44

23   not disclose that Google ignores                16:52:50

24   everything it has told me about Incognito       16:52:55

25   mode when I go to other websites that use       16:52:58
```

Page 229

```
 1    Google services.  I also can't say with         16:53:02
 2    certainty that each Google privacy policy        16:53:05
 3    I reviewed disclosed this.                       16:53:09
 4         Q.    Anything else as a basis for the      16:53:11
 5    response?                                        16:53:13
 6         A.    That's all I can think of at          16:53:13
 7    this particular time.                            16:53:16
 8         Q.    Request number 7 says "Admit          16:53:17
 9    that the Google privacy policy does not          16:53:20
10    represent that using private browsing mode       16:53:23
11    will prevent Google from receiving               16:53:26
12    information through its services"; do you        16:53:28
13    see that?                                        16:53:30
14         A.    I do see that.                        16:53:30
15         Q.    And it likewise says "Denied"?        16:53:31
16         A.    That's correct.                       16:53:34
17         Q.    What is the basis for this            16:53:36
18    denial?                                          16:53:37
19         A.    The Google private policy which       16:53:38
20    says that Google will not use -- that they       16:53:40
21    will not receive my information if I use         16:53:43
22    private browsing mode.                           16:53:46
23         Q.    Anything else?                        16:53:48
24         A.    I guess I can change -- like          16:53:49
25    correct the language slightly there in          16:53:52
```

Page 230

1    that it says that I will not, if I use        16:53:54

2    Incognito mode, which is the private           16:53:57

3    browsing mode that I have access to when       16:54:00

4    using Chrome, but that is the main reason      16:54:02

5    for denial of that, and it's all that I'm      16:54:08

6    aware of right now.                            16:54:12

7        Q.    So to make the denial correct,      16:54:17

8    you -- you would like to change the            16:54:19

9    language slightly?                             16:54:21

10       A.    No.   I think the denial is          16:54:23

11   correct as it is.   To make my reason for      16:54:25

12   denial correct is that I understand            16:54:29

13   private browsing mode to mean Incognito        16:54:31

14   mode on Chrome and that the Google privacy     16:54:34

15   policy does represent that in that private     16:54:40

16   browsing mode, Incognito, Google will not      16:54:42

17   receive my information through its             16:54:46

18   services.                                      16:54:48

19       Q.    Could you scroll down to page 8,     16:54:48

20   which is request for admission number 15.      16:55:06

21       A.    I'm looking at request for           16:55:09

22   admission number 15.                           16:55:11

23       Q.    The request for admission says       16:55:12

24   "Admit that the Incognito notice does not      16:55:14

25   represent that Incognito mode prevents         16:55:17

Page 231

1    Google from collecting the information          16:55:20

2    that you allege Google illegally              16:55:21

3    'intercepted'"; do you see that?              16:55:24

4         A.    I do see that.                     16:55:25

5         Q.    And do you see that the response   16:55:26

6    is "Denied"?                                  16:55:28

7         A.    I do.                              16:55:29

8         Q.    What's the basis for that          16:55:29

9    denial?                                       16:55:31

10        A.    The fact that the Incognito        16:55:32

11   notice does represent that Incognito mode     16:55:33

12   prevents Google from collecting the           16:55:37

13   information.                                  16:55:38

14        Q.    How does it -- how does it         16:55:39

15   represent it?                                 16:55:42

16        A.    The words, it says that I can      16:55:43

17   browse privately.  It's got a little          16:55:46

18   spy-looking dude that suggests privacy as     16:55:49

19   well.  It says that my behavior may be        16:55:52

20   visible to certain websites, but they         16:55:57

21   don't say to them or to certain entities,     16:55:58

22   but they don't say to them, yeah, I think     16:56:02

23   we've gone over pretty clearly how the        16:56:04

24   Incognito notice led me to believe that       16:56:07

25   Incognito mode would prevent Google from      16:56:11

Page  232

```
 1    collecting the information that Google        16:56:13
 2    illegally intercepts.                         16:56:14
 3         Q.    And you would agree that the       16:56:16
 4    Incognito notice does not mention the word    16:56:20
 5    Google in it, correct?                        16:56:21
 6         A.    Well, the Incognito notice says     16:56:25
 7    Chrome and it's in a Google product, but      16:56:27
 8    I'm not aware of it having the word Google    16:56:30
 9    in it, sure.                                  16:56:32
10         Q.    We can set that aside.             16:56:46
11              MS. TREBICKA:  We have now           16:56:49
12         uploaded as marked Exhibits 25 through   16:56:50
13         28, the verifications we received        16:56:59
14         today, Mr. Byatt.                        16:57:02
15              (Exhibits 25 through 28             16:57:02
16         withdrawn from the record per            16:57:02
17         counsel's agreement.)                    16:57:02
18    BY MS. TREBICKA:                              16:57:02
19         Q.    We can go through them quickly,    16:57:07
20    I would just like you -- I would just like    16:57:07
21    to put them in the record, but Exhibit 25     16:57:07
22    is a verification that declares under the     16:57:10
23    penalty of perjury that you have read the     16:57:13
24    foregoing answers and interrogatories and     16:57:15
25    that they are true and correct to the best    16:57:18
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | of your knowledge and belief; do you see | 16:57:20 |
| 2 | that? | 16:57:22 |
| 3 | A.    I do see that. | 16:57:22 |
| 4 | Q.    And this -- do you recall | 16:57:23 |
| 5 | preparing or signing this verification? | 16:57:27 |
| 6 | A.    Yeah, so remind me which | 16:57:34 |
| 7 | document is this for, which responses? | 16:57:35 |
| 8 | Q.    This is -- that's a very good | 16:57:38 |
| 9 | question.  And I will have to -- actually, | 16:57:40 |
| 10 | why don't we do this:  I'm going to skip | 16:57:46 |
| 11 | over these right now, and when we get back | 16:57:50 |
| 12 | on the record, we will have it matched.  I | 16:57:52 |
| 13 | thought they were matched but they're not, | 16:57:55 |
| 14 | so we'll match it to the particular | 16:57:57 |
| 15 | exhibits that you looked at earlier. | 16:57:59 |
| 16 | A.    The title in Exhibit Share does | 16:58:00 |
| 17 | say first set for that, second set for the | 16:58:03 |
| 18 | next one, et cetera.  I don't know if | 16:58:05 |
| 19 | that's helpful. | 16:58:07 |
| 20 | Q.    It probably is, but I'd like to | 16:58:07 |
| 21 | be more exact because there's also been | 16:58:11 |
| 22 | amended responses. | 16:58:12 |
| 23 | A.    Sure. | 16:58:13 |
| 24 | Q.    So why don't you -- | 16:58:14 |
| 25 | MS. TREBICKA:  Well, Tracy, I | 16:58:15 |

Page 234

```
 1          know, will work her magic on this        16:58:16

 2          while we can move on to something         16:58:19

 3          else.                                     16:58:21

 4    BY MS. TREBICKA:                                16:58:21

 5          Q.    Mr. Byatt, have you researched      16:58:25

 6    whether other browsers also send               16:58:27

 7    information about your browsing session to      16:58:31

 8    Google?                                         16:58:32

 9               MR. LEE:  Objection to form.         16:58:33

10          A.    Can you clarify what you mean by    16:58:36

11    "research"?                                     16:58:38

12    BY MS. TREBICKA:                                16:58:38

13          Q.    Have you looked into whether        16:58:39

14    other browsers, other than Chrome, sent        16:58:41

15    your browsing information to Google?            16:58:44

16          A.    Well, I've read other browsers'     16:58:47

17    terms of services and privacy policies if      16:58:55

18    I've used those browsers, and any, you         16:58:57

19    know, representations that they make in        16:59:02

20    their private browsing modes, I would have     16:59:05

21    seen those.  I can't say whether I've          16:59:08

22    specifically researched further than --        16:59:11

23    than those representations.                     16:59:17

24          Q.    So sitting here today, do you       16:59:18

25    know whether using any other browser in        16:59:21
```

Page 235

```
 1    private browsing mode prohibits          16:59:25

 2    information related to your private       16:59:27

 3    browsing to be sent to Google?           16:59:29

 4        A.   Well, no, I don't know because  16:59:31

 5    Chrome is the one that I use by far the   16:59:33

 6    most, and that's the one where I was      16:59:36

 7    making the choice based on the            16:59:40

 8    representation that they weren't sending  16:59:42

 9    that information.                         16:59:43

10        Q.   What kinds of devices,          16:59:46

11    electronic devices which have either a    16:59:48

12    Chrome web browser or a Chrome application 16:59:52

13    do you currently use, Mr. Byatt?          16:59:57

14        A.   I currently use my -- my cell   17:00:00

15    phone, my personal laptop and I have a    17:00:06

16    work computer.                            17:00:08

17        Q.   Is the work computer a desktop? 17:00:13

18        A.   Yes.                            17:00:16

19        Q.   Is your cell phone the Android  17:00:19

20    phone you were referring to earlier?      17:00:21

21        A.   One of them.  Over the length of 17:00:23

22    my usage of Chrome in general and this    17:00:26

23    lawsuit in particular, I have had both    17:00:29

24    multiple laptops and multiple phones, but, 17:00:32

25    yes, the phone that I am talking about is 17:00:35
```

Page 236

```
 1   an Android device that we have discussed        17:00:40
 2   earlier.                                         17:00:43
 3       Q.    How long have you had this             17:00:43
 4   particular phone?                                17:00:45
 5       A.    I can't remember.  I think I got       17:00:47
 6   it maybe in early 2020.  I don't remember        17:00:52
 7   exactly.                                         17:00:59
 8       Q.    Do you know how many phones you        17:01:00
 9   have had since 2016?                             17:01:02
10       A.    Since 2016, I have had at least        17:01:06
11   two, but I don't recall more than that how       17:01:09
12   many.                                            17:01:18
13       Q.    Have you used any phones at the        17:01:18
14   same time or have they always been               17:01:20
15   replacements of each other?                      17:01:22
16       A.    I have -- there was a period           17:01:25
17   where I had my personal phone and then           17:01:29
18   there was a work phone that I would use          17:01:36
19   for developing apps from mobile and I            17:01:41
20   cannot remember at all.  I mean, I would         17:01:46
21   have used Chrome on it, but I can't              17:01:50
22   remember at all what accounts or anything        17:01:52
23   would have been on it.                           17:01:54
24       Q.    And does anyone have access to         17:01:56
25   your cell phone currently?                       17:01:58
```

Page 237

```
 1        A.    Not generally.                    17:02:01

 2        Q.    What about specifically?          17:02:08

 3        A.    Well, what I mean is that -- is   17:02:11

 4   that, you know, if my phone is plugged in    17:02:14

 5   playing music at a party, someone else       17:02:18

 6   might go over and, you know, change the      17:02:21

 7   song.  My -- my girlfriend might look at     17:02:23

 8   my phone, you know, while we're looking at   17:02:26

 9   it together.  You know, there's little       17:02:29

10   instances like that, but in general,         17:02:31

11   nobody else uses my phone.                   17:02:33

12        Q.    You also mentioned that you       17:02:35

13   currently have a personal laptop on which    17:02:36

14   you use Chrome, correct?                     17:02:39

15        A.    That's right.                     17:02:40

16        Q.    Sorry.  Let me actually back up   17:02:40

17   and say:  Do you use Chrome in Incognito     17:02:43

18   on your cell phone?                          17:02:45

19        A.    Yes.                              17:02:46

20        Q.    So back to your personal laptop.  17:02:46

21   How many laptops have you had during the     17:02:50

22   period since 2016?                           17:02:55

23        A.    Also at least two, maybe three.   17:03:03

24   I think three.  I think three.               17:03:09

25        Q.    Do you currently -- do you        17:03:16
```

Page 238

```
 1    currently use only one?                    17:03:26
 2         A.    I currently only use one laptop,  17:03:28
 3    yes.                                       17:03:30
 4         Q.    Does anybody --                 17:03:34
 5         A.    Oh, you know what?  There are   17:03:35
 6    two tablets that have also been used since  17:03:37
 7    2016, neither of them gets used much,      17:03:40
 8    which is why I forgot, but there are two   17:03:43
 9    tablets that exist.                        17:03:46
10         Q.    And you have the Chrome         17:03:48
11    application on each of those tablets       17:03:49
12    installed?                                 17:03:52
13         A.    I honestly couldn't tell you.   17:03:55
14    Probably.  On one of them -- I actually    17:03:57
15    honestly don't know.  I can't -- I can't   17:04:02
16    recall specifically.                       17:04:04
17         Q.    What kind of tablets?           17:04:05
18         A.    One is an iPad.  The other one  17:04:06
19    is some other Android tablet.  I don't     17:04:10
20    know what it is.                           17:04:12
21         Q.    So back to your personal laptop.  17:04:16
22    Do you use Chrome in Incognito mode on     17:04:18
23    your personal laptop?                      17:04:22
24         A.    Yes.                            17:04:24
25         Q.    Does anybody else have access to  17:04:24
```

Page 239

```
1    that laptop?                                17:04:26

2         A.    Same as with the phone, where    17:04:27

3    other people have certainly used it, but    17:04:30

4    not -- not regularly.  It is -- it is, in   17:04:34

5    general, only for me to use.                17:04:38

6         Q.    Are you still in possession of   17:04:41

7    the other two laptops that you've had       17:04:44

8    since 2016 or that you've used since 2016?  17:04:46

9         A.    I'm in possession of one of      17:04:50

10   them.  The other one was -- it was like a   17:04:51

11   work-issued laptop that I kind of treated   17:04:55

12   like a combination, personal and work one,  17:04:59

13   and I would have given it back when I left  17:05:04

14   that firm.                                  17:05:06

15        Q.    For the one that's still in your  17:05:06

16   possession, does that also have a Chrome    17:05:08

17   browser installed on it?                    17:05:12

18        A.    I -- yeah, I don't recall        17:05:13

19   un-installing it so probably, but I         17:05:16

20   haven't turned it on in a while.            17:05:18

21        Q.    How long have you not turned it  17:05:19

22   on?                                         17:05:21

23        A.    I couldn't tell you              17:05:22

24   specifically.                               17:05:24

25        Q.    Has it been years?               17:05:25
```

Page 240

```
 1        A.    No.                          17:05:26
 2        Q.    Did -- did you browse in     17:05:27
 3   Incognito mode on that browser, on that 17:05:31
 4   laptop?                                  17:05:34
 5        A.    Yes.                          17:05:35
 6        Q.    And you also mentioned a work 17:05:35
 7   computer.                                17:05:40
 8        A.    That's right.                 17:05:41
 9        Q.    Does that have a Chrome browser 17:05:42
10   on it as well?                           17:05:44
11        A.    It does.                      17:05:45
12        Q.    Do you use it in Incognito mode? 17:05:47
13        A.    I have probably used it in -- 17:05:50
14   oh, I have used it in Incognito mode, but 17:05:52
15   for the specific use case of -- various  17:05:55
16   software development things.  The most   17:06:02
17   common of which would be testing, like,  17:06:04
18   log-in functionality on things that I'm  17:06:09
19   doing without having to bother logging out 17:06:11
20   in my sort of main Chrome instance.      17:06:13
21        Q.    On your work computer, do you 17:06:17
22   log in to your personal Google accounts? 17:06:18
23        A.    I have.  I try not to make a  17:06:24
24   habit of it.                             17:06:30
25        Q.    Is it fair to say that once you 17:06:32
```

Page 241

| | | |
|---|---|---|
| 1 | log in, you generally also log back out | 17:06:34 |
| 2 | from your work computer? | 17:06:37 |
| 3 | A.   I can't recall specifically. | 17:06:43 |
| 4 | I'm not necessarily sure that I would have | 17:06:46 |
| 5 | logged in and then immediately logged out. | 17:06:51 |
| 6 | I think it would probably depend on how | 17:06:53 |
| 7 | I've -- I've logged in.  So just, for | 17:06:58 |
| 8 | example, if I have used Google's single | 17:07:02 |
| 9 | sign on service to sign in with my | 17:07:06 |
| 10 | personal account to something that's | 17:07:10 |
| 11 | relevant for work, I'm not sure that I | 17:07:12 |
| 12 | necessarily would have signed out after | 17:07:14 |
| 13 | that. | 17:07:15 |
| 14 | If I signed in to my e-mail, but | 17:07:15 |
| 15 | like my actual Gmail, I'm more than likely | 17:07:17 |
| 16 | to have signed out.  But yeah, I can't say | 17:07:22 |
| 17 | with certainty. | 17:07:24 |
| 18 | Q.   What's your understanding of the | 17:07:25 |
| 19 | Google single sign on service? | 17:07:26 |
| 20 | A.   That's a big question.  Could | 17:07:29 |
| 21 | you be more specific? | 17:07:31 |
| 22 | Q.   Sure.  You used the term Google | 17:07:32 |
| 23 | single sign in service -- | 17:07:38 |
| 24 | A.   Yeah. | 17:07:39 |
| 25 | Q.   -- in your answer, correct? | 17:07:41 |

Page 242

```
 1        A.    I did, yes.                    17:07:42
 2        Q.    What did you mean by that when  17:07:43
 3   you used it in your answer?               17:07:44
 4        A.    I meant the functionality that 17:07:47
 5   Google provides to third-party websites   17:07:51
 6   that allow a person to log on to that     17:07:55
 7   website using their Google account.       17:07:59
 8        Q.    And you've used that           17:08:04
 9   functionality before?                     17:08:05
10        A.    Yes.                           17:08:07
11        Q.    I -- did I ask you about your  17:08:13
12   tablets, if you've used Chrome Incognito  17:08:15
13   on your tablets?                          17:08:20
14        A.    I don't recall you asked me    17:08:21
15   about Incognito specifically --           17:08:24
16        Q.    Or that I asked --             17:08:26
17              (Reporter clarification.)      17:08:26
18        A.    I do not --                    17:08:26
19   BY MS. TREBICKA:                          17:08:26
20        Q.    Sorry.  Let me just start over 17:08:26
21   then.                                     17:08:29
22              So for your tablets, you       17:08:29
23   mentioned that you have had two tablets   17:08:30
24   since 2016, correct?                      17:08:32
25        A.    That's correct.                17:08:33
```

Page 243

```
 1          Q.    One is an iPad tablet, correct?      17:08:34

 2          A.    That's right.                        17:08:37

 3          Q.    Did you have a Chrome                17:08:37

 4    application installed in that iPad?              17:08:39

 5          A.    I can't remember.  Probably, but     17:08:43

 6    I -- yeah, I -- yeah.  Yeah, I can't             17:08:48

 7    remember.                                        17:08:52

 8          Q.    What about the Android tablet,       17:08:55

 9    do you remember installing or having             17:08:57

10    installed, at some point, a Google Chrome        17:08:59

11    application on that tablet?                      17:09:02

12          A.    So that one, I don't remember        17:09:06

13    ever installing or using Chrome on it.           17:09:08

14    It's got a limited use case.  I use it in        17:09:11

15    my truck for off road GPS mapping, but           17:09:14

16    I -- I potentially could have also               17:09:20

17    installed Chrome for, you know,                  17:09:23

18    convenience at some point, but I don't           17:09:25

19    remember ever doing it.                          17:09:27

20          Q.    Is that one still in your truck?     17:09:29

21          A.    It's in my glove box, yes.           17:09:32

22          Q.    Do you still use it?                 17:09:34

23          A.    When I go on long road trips         17:09:37

24    or -- or off-roading, yes.  So I don't use       17:09:39

25    it very often, but I do use it.                  17:09:41
```

Page 244

```
 1        Q.    Are you signed into your Google      17:09:43

 2    accounts in that iPad -- I'm sorry --          17:09:46

 3    tablet?                                         17:09:49

 4        A.    I think so.                           17:09:50

 5        Q.    Mr. Byatt, what did you do to        17:10:00

 6    prepare for your deposition today?             17:10:02

 7             MR. LEE:  Before you answer that      17:10:05

 8        question, Mr. Byatt, counsel does not      17:10:06

 9        mean in her question for you to            17:10:12

10        interpret that to mean that she wants      17:10:14

11        you to reveal any communications           17:10:16

12        you've had with your lawyers.  So you      17:10:18

13        can answer her question to the extent      17:10:19

14        that you can answer it without             17:10:21

15        revealing any communications that we       17:10:22

16        have.                                       17:10:24

17             THE WITNESS:  Sure.                    17:10:26

18        A.    I got a full night's rest.  I        17:10:27

19    took the day off of work.  I'm not -- I        17:10:33

20    don't -- yeah.  Yeah, I think that would       17:10:44

21    probably be it without going further.          17:10:45

22    BY MS. TREBICKA:                                17:10:45

23        Q.    Did you take a day off of work       17:10:50

24    yesterday or you mean today?                    17:10:52

25        A.    Today.                                17:10:53
```

Page 245

```
 1        Q.    Did you take your day off of      17:10:55

 2   work yesterday as well?                      17:10:56

 3        A.    On a Sunday?  I mean, I -- I had   17:10:58

 4   Sunday off because it's Sunday.              17:11:00

 5        Q.    You will not believe this, but I  17:11:04

 6   was actually confused.  I've been working    17:11:06

 7   all weekend, so for me, the Sunday did not   17:11:13

 8   mean much.  I'm not sure I want that on      17:11:16

 9   the record, but anyway, there it is.         17:11:19

10           Mr. Byatt, did you meet with         17:11:22

11   your counsel in preparation for your         17:11:24

12   deposition?  And I don't want you to         17:11:26

13   reveal any of the content of the             17:11:28

14   communication.  You may just answer yes or   17:11:31

15   no.                                          17:11:34

16           MR. LEE:  Right.  And just to        17:11:35

17      give Mr. Byatt comfort, you can answer    17:11:36

18      that limited question of -- without       17:11:39

19      revealing any communications.             17:11:41

20        A.    Yes.                              17:11:42

21   BY MS. TREBICKA:                             17:11:42

22        Q.    How long did you meet with --     17:11:43

23   with your counsel?                           17:11:46

24           MR. LEE:  You can answer that.       17:11:47

25        A.    A couple hours.                   17:11:48
```

Page 246

```
 1   BY MS. TREBICKA:                          17:11:48

 2        Q.    When did you meet with your     17:11:54

 3   counsel?                                   17:11:55

 4              MR. LEE:  You can answer that.  17:11:57

 5        A.    We met in preparation for this a 17:11:59

 6   little bit yesterday and had a phone call  17:12:03

 7   as well.                                   17:12:07

 8   BY MS. TREBICKA:                           17:12:07

 9        Q.    And the meeting yesterday was a 17:12:09

10   couple of hours; is that your testimony?   17:12:11

11              MR. LEE:  You can answer that.  17:12:14

12        A.    Yeah.                           17:12:15

13   BY MS. TREBICKA:                           17:12:15

14        Q.    And how about the phone call,   17:12:16

15   how long was the phone call in preparation 17:12:18

16   for this deposition?                       17:12:20

17        A.    Short, under an hour.           17:12:23

18        Q.    Did you review any documents in 17:12:25

19   preparation for the deposition?            17:12:27

20              MR. LEE:  You can answer that.  17:12:30

21        A.    Yes.                            17:12:32

22   BY MS. TREBICKA:                           17:12:32

23        Q.    How many, approximately?        17:12:33

24              MR. LEE:  You can answer.       17:12:36

25        A.    I don't know.                   17:12:37
```

Page  247

```
 1   BY MS. TREBICKA:                              17:12:37

 2        Q.    Not even a rough estimate?         17:12:40

 3        A.    More than one, less than 100.      17:12:43

 4        Q.    Did any of your -- of these        17:12:48

 5   documents that you reviewed refresh your      17:12:50

 6   recollection as to anything in particular?    17:12:52

 7             MR. LEE:  I'm going to ask you       17:13:01

 8        not to answer that one.                  17:13:03

 9             THE WITNESS:  Okay.                  17:13:03

10             MR. LEE:  I think that's too        17:13:04

11        close a line.                            17:13:06

12             MS. TREBICKA:  Mr. Lee, you're      17:13:07

13        instructing the witness not to answer?  17:13:10

14             MR. LEE:  Yeah.                     17:13:11

15             MS. TREBICKA:  Okay.  That is       17:13:12

16        actually a perfectly appropriate        17:13:14

17        question, and we will have to call      17:13:15

18        Mr. Byatt back to answer that question  17:13:16

19        once we -- you know, if we feel the     17:13:21

20        need to take it up with the court, but  17:13:23

21        we will take a break shortly so -- and  17:13:25

22        if you'd like to rethink and allow      17:13:27

23        Mr. Byatt to answer, we can do that.    17:13:30

24             MR. LEE:  What was the question     17:13:32

25        again?  Can you just say the same       17:13:33
```

Page 248

```
 1        question again?                        17:13:35
 2             MS. TREBICKA:  Yeah, sure.        17:13:36
 3        Whether he reviewed any documents that 17:13:37
 4        refreshed his recollection.            17:13:39
 5             MR. LEE:  You know what, I am      17:13:42
 6        going to let him answer that.  You can 17:13:48
 7        answer that.                           17:13:50
 8        A.    Yes.                             17:13:51
 9   BY MS. TREBICKA:                            17:13:51
10        Q.    Which ones refreshed your        17:13:52
11   recollection?                              17:13:53
12             MR. LEE:  You can answer that.    17:13:55
13        A.    I -- I couldn't necessarily say  17:13:57
14   exactly.  Yeah, I mean, to have refreshed   17:14:03
15   my -- my recollection, I don't know,        17:14:13
16   probably a lot of them refreshed it in --   17:14:17
17   in -- in some way, but yeah, I couldn't     17:14:20
18   say specifically.                           17:14:23
19   BY MS. TREBICKA:                            17:14:23
20        Q.    And right now my question is     17:14:25
21   which documents?                            17:14:27
22        A.    Right.                           17:14:29
23        Q.    Okay.                            17:14:30
24        A.    Yeah, I understand.  What I'll   17:14:30
25   say is, to be clear about what we mean by   17:14:33
```

Page 249

```
 1    refreshed recollection, I had not            17:14:36
 2    forgotten about any of the documents.  I     17:14:39
 3    had not forgotten what any of the            17:14:41
 4    documents were, but I can't say how much     17:14:43
 5    of my memory of the content or structure     17:14:50
 6    of those documents had, you know, maybe      17:14:55
 7    faded slightly and was -- was slightly       17:14:58
 8    refreshed.  I didn't know to be keeping      17:15:01
 9    track of that.                               17:15:03
10        Q.   No, that's fair.  And that          17:15:05
11    wasn't really the thrust of my question.     17:15:07
12    The thrust of my question is what types of   17:15:09
13    documents or particular documents            17:15:11
14    refreshed your recollection?                 17:15:12
15             MR. LEE:  Asked and answered.       17:15:15
16        You can answer.                          17:15:17
17        A.   Yeah, I'm literally giving the      17:15:18
18    best answer that I can on this.              17:15:21
19    BY MS. TREBICKA:                             17:15:21
20        Q.   Did you have any relationship       17:15:25
21    prior to this case with any of the lawyers   17:15:28
22    at the law firm Boies Schiller Flexner?      17:15:32
23        A.   No.                                 17:15:36
24        Q.   What about with the lawyers at      17:15:36
25    Susman Godfrey?                              17:15:39
```

Page 250

```
 1        A.    No.                                  17:15:40

 2        Q.    What about with the lawyers at       17:15:41

 3    Morgan & Morgan?                               17:15:43

 4        A.    No.                                  17:15:46

 5        Q.    Did you have any relationship        17:15:46

 6    prior to this case with any of the lawyers     17:15:48

 7    that are representing you in this action?      17:15:50

 8        A.    No.                                  17:15:53

 9        Q.    Have you ever been involved in       17:15:53

10    other class actions as named plaintiff         17:15:57

11    before?                                        17:16:01

12        A.    No.                                  17:16:01

13        Q.    Have you ever been involved in       17:16:01

14    any litigation before?                         17:16:03

15        A.    Not that I can think of, no.         17:16:11

16             MS. TREBICKA:  James, I'd like        17:16:13

17         to take a few minutes because -- off      17:16:15

18         the record -- so that we can              17:16:17

19         straighten out the verifications --       17:16:18

20             MR. LEE:  Okay.                       17:16:22

21             MS. TREBICKA:  -- which               17:16:22

22         interrogatory response they go with       17:16:23

23         and we're probably close to done after    17:16:25

24         that -- other than that.                  17:16:27

25             MR. LEE:  Okay, how much time do      17:16:27
```

Page 251

| | | |
|---|---|---|
| 1 | you think you'll need? | 17:16:28 |
| 2 | MS. TREBICKA:  Let's say five | 17:16:29 |
| 3 | minutes, but Tracy will have to | 17:16:32 |
| 4 | correct me.  I don't know if she needs | 17:16:34 |
| 5 | more. | 17:16:36 |
| 6 | MS. GAO:  Yes, five should be | 17:16:37 |
| 7 | fine. | 17:16:39 |
| 8 | MR. LEE:  Okay.  We'll be back | 17:16:40 |
| 9 | in five. | 17:16:41 |
| 10 | MS. TREBICKA:  Sounds good. | 17:16:42 |
| 11 | THE VIDEOGRAPHER:  Going off the | 17:16:42 |
| 12 | record.  The time is 5:16 p.m. | 17:16:43 |
| 13 | (Whereupon, a brief recess is | 17:36:58 |
| 14 | taken.) | 17:37:06 |
| 15 | THE VIDEOGRAPHER:  Back on the | 17:37:06 |
| 16 | record.  The time is 5:40 p.m. | 17:40:57 |
| 17 | MS. TREBICKA:  While off the | 17:41:03 |
| 18 | record, defense counsel and | 17:41:04 |
| 19 | plaintiff's counsel had a | 17:41:05 |
| 20 | meet-and-confer about certain | 17:41:06 |
| 21 | verifications that plaintiff's counsel | 17:41:11 |
| 22 | served on Google today, and they were | 17:41:12 |
| 23 | Mr. Byatt's verifications.  We met and | 17:41:15 |
| 24 | conferred, reviewed the exhibits that | 17:41:18 |
| 25 | we have introduced today as well as | 17:41:21 |

Page 252

| | | |
|---|---|---|
| 1 | the verifications, and we have agreed | 17:41:22 |
| 2 | that these verification pages will be | 17:41:25 |
| 3 | appended to Exhibit 19, Exhibit 22, | 17:41:28 |
| 4 | and Exhibit 23 and that, with | 17:41:33 |
| 5 | counsel's agreement, we will be | 17:41:36 |
| 6 | sending those particular pages to the | 17:41:38 |
| 7 | production department of the court | 17:41:42 |
| 8 | reporter so that the exhibits can be | 17:41:44 |
| 9 | amended pursuant to this agreement, | 17:41:48 |
| 10 | and I understand that Mr. Lee agrees | 17:41:50 |
| 11 | to all of this. | 17:41:52 |
| 12 | MR. LEE:  Correct. | 17:41:54 |
| 13 | MS. TREBICKA:  With that, Google | 17:41:56 |
| 14 | has no further questions. | 17:41:58 |
| 15 | MR. LEE:  Okay. | 17:42:00 |
| 16 | EXAMINATION | 17:42:00 |
| 17 | BY MR. LEE: | 17:42:00 |
| 18 | Q.   Mr. Byatt, I only have a very | 17:42:03 |
| 19 | limited set of questions.  If you could | 17:42:05 |
| 20 | pull up what's been previously marked as | 17:42:07 |
| 21 | Exhibit 9. | 17:42:09 |
| 22 | A.   I have that open. | 17:42:14 |
| 23 | Q.   Okay.  And do you recall counsel | 17:42:15 |
| 24 | for Google asking you questions about this | 17:42:16 |
| 25 | document? | 17:42:19 |

Page 253

```
1        A.    I do.                          17:42:20

2        Q.    And prior to today's deposition,  17:42:20

3   had you ever seen this document before?    17:42:23

4        A.    Not that I recall.             17:42:24

5        Q.    And do you know how you would   17:42:26

6   access this page through Google's website  17:42:29

7   or in any other way?                       17:42:32

8        A.    No.                            17:42:35

9        MS. TREBICKA:  Objection.  So,        17:42:35

10      Mr. Byatt, now it's my turn to object. 17:42:36

11      So just give me a beat, please.        17:42:40

12      Objection to form, leading.            17:42:43

13  BY MR. LEE:                                17:42:43

14      Q.    Okay.  You recall the -- the     17:42:47

15  areas of this document on the first page   17:42:51

16  that counsel for Google asked questions    17:42:54

17  about?                                     17:42:57

18      A.    Yes, I do.                       17:42:58

19      Q.    And anywhere in that -- in       17:43:00

20  that -- under that section "Your activity  17:43:02

21  might still be visible to you," does it    17:43:04

22  say Google anywhere in those -- those      17:43:07

23  primary bullets?                           17:43:14

24      MS. TREBICKA:  Objection to            17:43:16

25      form.                                  17:43:17
```

Page 254

```
 1              MR. LEE:  You know what, let me      17:43:17
 2        re-ask it.                                 17:43:18
 3   BY MR. LEE:                                     17:43:18
 4        Q.    Under "Your activity might still     17:43:19
 5   be visible," where it states the first two      17:43:21
 6   bullets that reference websites, is there       17:43:24
 7   any reference to Google there?                  17:43:27
 8        A.    There is not.                        17:43:30
 9              MS. TREBICKA:  Same objection.        17:43:31
10   BY MR. LEE:                                     17:43:31
11        Q.    Does it say -- does it make any       17:43:37
12   reference to Google Analytics in those          17:43:39
13   first two bullets?                              17:43:43
14              MS. TREBICKA:  Same objection.        17:43:44
15        A.    It does not.                         17:43:45
16   BY MR. LEE:                                     17:43:45
17        Q.    Does it make any reference to         17:43:46
18   Google Ad Manager in those bullets?             17:43:49
19              MS. TREBICKA:  Same objection.        17:43:53
20        A.    It does not.                         17:43:53
21   BY MR. LEE:                                     17:43:53
22        Q.    Does -- is there any indication       17:43:55
23   in this document that -- that the language       17:43:56
24   here somehow replaces or supersedes             17:44:01
25   Google's privacy policy or the Incognito        17:44:04
```

Page 255

| | | |
|---|---|---|
| 1 | splash screen? | 17:44:08 |
| 2 | MS. TREBICKA:  Same objection. | 17:44:10 |
| 3 | A.    Not that I particularly see. | 17:44:11 |
| 4 | BY MR. LEE: | 17:44:11 |
| 5 | Q.    And when you were asked | 17:44:13 |
| 6 | questions about this document, do you | 17:44:15 |
| 7 | recall that you gave an answer and you -- | 17:44:20 |
| 8 | you requested that you -- you get to add a | 17:44:22 |
| 9 | little more to your answer, but you | 17:44:25 |
| 10 | weren't able to do so because another | 17:44:28 |
| 11 | question was interposed? | 17:44:31 |
| 12 | A.    I do recall that. | 17:44:34 |
| 13 | MS. TREBICKA:  Objection, | 17:44:34 |
| 14 | misstates the record. | 17:44:35 |
| 15 | Go ahead. | 17:44:37 |
| 16 | BY MR. LEE: | 17:44:37 |
| 17 | Q.    Just for the clarity of the | 17:44:41 |
| 18 | record, would you like to complete your | 17:44:42 |
| 19 | answer that you weren't able to give when | 17:44:44 |
| 20 | counsel for Google was examining you? | 17:44:46 |
| 21 | MS. TREBICKA:  Objection, calls | 17:44:47 |
| 22 | for a narrative, leading. | 17:44:49 |
| 23 | A.    Still answer? | 17:44:53 |
| 24 | BY MR. LEE: | 17:44:53 |
| 25 | Q.    Yeah. | 17:44:54 |

Page 256

```
 1        A.    Yeah.   So what I was going to        17:44:55

 2   say was that I understand how -- you know,        17:44:58

 3   it's this use of the word might still be          17:45:04

 4   visible to websites you visit including           17:45:06

 5   the ads and resources on those sites.   I         17:45:08

 6   understand that Chrome and Google wouldn't        17:45:11

 7   necessarily be responsible for how                17:45:14

 8   Facebook ads or some other advertiser             17:45:18

 9   works, but I would expect them to know and        17:45:22

10   be able to represent to me specifically           17:45:24

11   what Google is doing.                             17:45:27

12          MR. LEE:   Thank you, Mr. Byatt.           17:45:33

13       I have no further questions.                  17:45:34

14          MS. TREBICKA:   No cross.                   17:45:36

15          MR. LEE:   All right.   I think            17:45:40

16       we're done.                                   17:45:41

17          MS. TREBICKA:   Thank you.   Thank          17:45:46

18       you, all.                                     17:45:46

19          THE VIDEOGRAPHER:   This                    17:45:47

20       completes today's deposition.   The           17:45:47

21       time is 5:45 p.m.                             17:45:49

22          MR. LEE:   Belle, for the                  17:45:57

23       plaintiff, we'd like to order the             17:45:59

24       rough.   We'll take an expedite as            17:46:01

25       well.                                         17:47:12
```

Page 257

1                 (Time noted:   5:45 p.m.)

2

3       _____

                WILLIAM  BYATT

4

5

        _____

6       Subscribed and sworn to

        before me this _____

7       day of _____ 2022.

8       _____

                Notary Public

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 258

```
 1                CERTIFICATION
 2
 3        I, BELLE VIVIENNE, a Nationally
 4     Certified Realtime Reporter, do hereby
 5     certify:
 6        That the witness whose testimony as
 7     herein set forth, was duly sworn by me;
 8     and that the within transcript is a true
 9     record of the testimony given by said
10     witness.
11        I further certify that I am not
12     related to any of the parties to this
13     action by blood or marriage, and that I am
14     in no way interested in the outcome of
15     this matter.
16        IN WITNESS WHEREOF, I have hereunto
17     set my hand this 23rd day of December
18     2021.
19
20        Belle Vivienne
21        BELLE VIVIENNE, CRR, CCR, RPR
22
23                *       *       *
24
25
```

Page 259

1    VIOLA TREBICKA, ESQ.

2    violatrebicka@quinnemanuel.com

3                                    December 23, 2021

4    RE: BROWN VS. GOOGLE LLC

5    DECEMBER 20, 2021, WILLIAM BYATT, JOB NO. 5001125

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, noting the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24      time of the deposition.

25

                                                    Page 260

1    __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, notating the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    _X_Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

1   RE: BROWN VS. GOOGLE LLC

2   WILLIAM BYATT, JOB NO. 5001125

3                    E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____    _____

24  WITNESS                              Date

25

                                        Page 262

**[& - 3]**

| & |
|---|
| **&**  2:9,14 9:11<br>116:22 226:5<br>251:3 260:23<br>261:9 |

| 0 |
|---|
| **0001**  41:16<br>**02/29/2012**  4:8<br>104:8<br>**03664**  1:7<br>**04/16/2007**  4:8<br>104:7<br>**08/20/2020**  4:13<br>123:3 |

| 1 |
|---|
| **1**  3:15,18 4:23<br>31:15,20 32:7,14<br>33:5 35:1 50:24<br>51:14 105:13<br>166:21,25 200:25<br>205:13 206:14<br>261:1<br>**10**  4:17 148:15,16<br>148:22 156:5,7,9<br>201:1 206:13<br>211:12<br>**100**  2:5 22:2<br>223:18 248:3<br>**104**  4:8<br>**10th**  2:14<br>**11**  4:19 6:9 156:2<br>156:10,12 168:3<br>201:1 205:14,22<br>216:6,24<br>**110**  10:8<br>**112**  4:9<br>**11:04**  1:13 8:2<br>**11:51**  49:25<br>**12**  4:20,20 166:19<br>166:19,22,23,23 |

201:1 219:1
**12-15**  6:14 218:23
**123**  4:13
**12:01**  50:4
**12:59**  98:5
**13**  5:5 76:22 78:6
78:17,18 111:21
174:12,17,22
175:1,4 189:10
201:1 219:13
223:20
**13760**  10:7
**14**  5:7 78:7,8 79:3
126:14 195:6,13
196:4 197:11
198:10 223:8
**142**  4:16
**147**  157:24
**148**  4:18
**15**  5:9 195:16
199:5,6 201:22
219:1 221:16
228:24 229:2,3
231:20,22
**156**  4:19
**16**  5:11 6:19 70:2
104:4 195:19
201:21,24,25
220:11,15 221:14
221:15,16 223:19
**166**  4:24
**17**  5:13 174:21
195:22 202:18
**172**  200:20
**174**  5:6
**18**  5:15 195:6,25
203:22
**19**  5:17 77:12
200:9,12 205:1,2
205:10 253:3

| 195 | 5:8,10,12,14 |
|---|---|

**195**  5:8,10,12,14
5:16
**1:00**  87:24 88:4
98:1
**1:49**  98:9
**1:51**  49:24

| 2 |
|---|
| **2**  3:16 5:6 50:20<br>50:23 51:8 63:12<br>63:22 66:5 120:21<br>120:23 151:5<br>174:18,23 176:2<br>200:25 221:16<br>**20**  1:12 5:21 8:3<br>49:16 123:10<br>206:11,15 216:11<br>216:12 223:16<br>260:5<br>**2004**  105:13<br>**2004-09-01**  198:21<br>**2006**  162:23<br>**2007**  104:4 106:18<br>**2008**  105:6,20<br>**2008-01-28**  199:20<br>**201**  2:9<br>**2012**  104:5 106:18<br>**2016**  36:5,6 162:22<br>176:21 237:9,10<br>238:22 239:7<br>240:8,8 243:24<br>**2017-01-17**  202:12<br>**2018**  112:24<br>113:22 116:3<br>**2019**  112:7,25<br>113:23 116:4<br>**2019-02-21**  203:12<br>**2020**  123:10 237:6<br>**2020-12-09**  204:9<br>**2021**  1:12 3:18<br>4:20 8:3 50:24<br>51:14 77:12 |

166:19,23 174:19
205:15,23 206:14
218:17 259:18
260:3,5
**2022**  258:7
**2025.520**  260:9,12
**205**  5:20
**206**  5:25
**21**  6:5 112:24
216:3,21 217:3,5,8
**213.443.3000**  2:15
**216**  6:9
**218**  6:14
**22**  6:10 218:17,20
225:25 253:3
**220**  6:19
**23**  6:15 220:7,12
225:25 253:4
260:3
**23rd**  259:17
**24**  125:14 227:19
227:20 228:6
**25**  112:7 113:22
233:12,15,21
**253**  3:8
**25368**  259:20
**256th**  10:7
**26**  104:3
**2600**  200:20
**28**  105:20 112:24
119:17 233:13,15
**2800**  2:5
**282**  157:17 158:3,4
**29**  104:5
**299-5127**  1:22
**2:55**  148:5
**2nd**  2:5

| 3 |
|---|
| **3**  3:19 51:23 52:1<br>52:2 70:2,3,8,18<br>78:18 169:1 |

**[3 - actual]**

175:13 176:9
200:25 219:13
**3.2** 79:4
**30** 218:17 261:1
**305.539.8400** 2:6
**32** 3:15
**33032** 10:8
**33131** 2:6
**33602** 2:10
**35** 141:12
**38** 31:20
**39** 88:19
**3:06** 148:9

**4**

**4** 3:21 4:24 52:7
76:18,19 166:21
166:25 168:25
169:2,12 174:21
175:11,14 200:25
**40** 111:25
**4:28** 218:10
**4:39** 218:14

**5**

**5** 3:22 4:24 63:15
63:16,18 88:19,20
122:25 166:21
167:1 200:25
**50** 3:18 126:7
226:6,12
**5001125** 1:22
260:5 262:2
**5:16** 252:12
**5:20** 1:7
**5:40** 252:16
**5:45** 257:21 258:1

**6**

**6** 4:6 63:19,20
65:23,25 103:24
103:25 104:6,10
174:19 201:1

205:14 228:24
229:1,6

**7**

**7** 4:9 66:15 109:14
111:24 112:1,3
151:2,3 168:4,6,7
201:1 206:13
211:14,15 228:24
229:1,7 230:8
**7.1** 109:21
**7.2** 110:11
**70** 3:20
**73** 158:1
**76** 3:21
**7th** 2:9

**8**

**8** 4:10 122:24
123:1 127:2 201:1
231:19
**813.223.5505** 2:10
**865** 2:14
**866** 1:22
**88** 3:23

**9**

**9** 3:7 4:14 141:12
141:22 142:1,7
201:1 253:21
**90017** 2:15

**a**

**a.m.** 1:13 8:2
49:24,25
**abide** 61:1 119:14
**ability** 11:15 72:19
73:17 153:23
154:13,19 155:21
155:23 218:1
**able** 14:20 30:8,14
32:12 34:1 42:18
43:13,17,19 73:9

106:14 148:20
149:21,25 204:25
215:17 256:10,19
257:10
**absolute** 22:20
**absolutely** 25:19
68:2 134:3 155:8
**academic** 83:1
**accept** 12:22 55:22
56:16,20 57:9
**accepted** 34:19
56:24 101:6,7
102:19,24 103:4
106:1
**accepting** 56:14
**access** 97:24 150:3
163:6,7,17 190:21
191:14 192:7
193:8 195:12
204:21 231:3
237:24 239:25
254:6
**accessed** 171:10
**accessing** 193:4
**accommodate**
88:8
**account** 29:25
56:22 95:3 96:15
97:6 103:1 105:1
105:9,25 128:4
163:2,3,6,9 165:19
177:17 178:10,13
178:14,15,19,23
188:13 189:3,6,8
191:8,13,20,24
192:7,18 198:13
199:1,8 202:23
203:14,25 204:21
242:10 243:7
**accounting** 45:1

**accounts** 161:9,15
161:18,23 162:4,8
162:16,19 163:12
163:14,15,16
177:6,9 180:21
187:15,20,21
188:19 189:11,15
189:17,18,21
190:3,6,7,15,22,24
191:2,7,17 192:10
193:1,23,25 194:6
194:10,18 195:9
196:9 197:1,4,22
198:6,25 237:22
241:22 245:2
**accuracy** 204:12
**accurate** 91:13,14
154:20 184:3
205:24 219:9
220:21 221:1
224:17
**accurately** 179:22
181:2
**acting** 76:7
**action** 9:4 251:7
259:13
**actions** 251:10
**activities** 128:3
**activity** 12:1 41:3
117:7 121:3 127:5
127:12,21,23
135:21 136:7,13
137:2 143:21
144:1,2 145:8
146:1,7 151:15,16
199:23,24 200:5
225:7,11 254:20
255:4
**actual** 155:14
176:1 180:1
242:15

Page 2

Veritext Legal Solutions
866 299-5127

[ad - answer]

**ad** 3:22 72:6 87:5
87:12,17 88:20
89:13,20,22 91:9
255:18
**adblock** 87:8,8
**add** 3:20 70:4 71:1
71:13,16,21,24
72:12,18,22 73:4,6
73:9,12,17 74:21
87:5 256:8
**addition** 124:3
130:17
**additional** 161:6
189:21 223:17
226:4
**address** 10:6
105:8,10 117:7
121:2 134:13
192:21 195:4
200:5 202:15
204:20 213:22
214:12,21
**addresses** 105:17
177:1 194:22
200:14,17,19
201:4,5,6,15 203:8
**adjust** 115:3
**admin** 163:7
**administer** 191:12
**administered**
191:6
**administrative**
191:14
**administrators**
191:8
**admission** 228:8
228:11 229:6,10
231:20,22,23
**admit** 229:11
230:8 231:24

**ads** 24:4,6,7,9,12
24:23,25 25:5,21
25:25 26:10,12,16
26:19 27:2,22
89:25 90:13 91:2
91:5,19,21 92:5,10
92:13,19 115:14
144:6,10,12 145:4
145:9 146:2,9,16
146:18,24 166:6
208:24,25 257:5,8
**adssettings.goog...**
88:14
**adult** 36:6,10
209:18,19,23
**adulthood** 36:13
**advertisement**
27:18
**advertisements**
28:20
**advertiser** 257:8
**advertisers** 27:11
27:11 28:22 67:8
**advertising** 26:22
41:14 96:10
215:20
**advise** 75:11
**advised** 15:25
**advisory** 45:1
**affect** 40:1
**affiliated** 161:13
**affirm** 12:15,19
**affirmative** 17:6,8
18:4,6,12,15,16,22
**affirmatively**
83:11
**affirmed** 179:24
**afternoon** 98:11
**age** 36:8 223:20
**aggregate** 67:7

**ago** 105:6 111:22
161:5 162:20
222:23
**agree** 8:15 12:22
22:25 23:19 25:16
73:15,23,24 78:21
80:16,23 138:22
139:5 144:20
145:1 146:4
151:19 184:14
186:19 200:10
215:19 233:3
**agreed** 110:11
183:18 253:1
**agreeing** 13:5
56:10,12 151:18
**agreement** 102:7
110:25 196:14,15
196:24 197:25
233:17 253:5,9
**agreements** 197:6
**agrees** 253:10
**ahead** 107:22
134:19 153:14
256:15
**al** 8:6
**algorithm** 215:7
**allege** 232:2
**alleged** 158:17
159:12
**allow** 132:8 182:6
208:22 225:1
243:6 248:22
**allowed** 185:14
**allowing** 208:9
**allows** 139:13
208:22
**alternatives**
166:11
**altogether** 15:24

**amended** 4:19,20
5:22 156:2,6,18
166:19,24 169:11
176:10 205:11
206:5,11,16 207:9
228:6 234:22
253:9
**amounts** 224:6
225:4
**ample** 45:10
**analysis** 66:18
67:1
**analytics** 3:19
41:15 67:8,9,10,11
67:16,16,20 68:4
68:11,21 69:2,3
70:1,3 72:11,17,21
72:22,24 73:6,16
73:19 74:19,20
79:18,22 80:20,25
96:9 144:13,21
145:2 146:19
158:20 255:12
**analytics.js** 72:25
**analyze** 66:22
128:16
**analyzer** 128:10
**android** 176:23
189:1 236:19
237:1 239:19
244:8
**angeles** 2:15
**anonymity** 17:6,9
17:11 18:4,6,12,16
18:22 21:17
**anonymous** 19:19
21:23,23 22:7,12
**answer** 7:5 11:14
11:14 16:9,14
19:9 36:17,23
40:19 43:1 48:22

Veritext Legal Solutions
866 299-5127

[answer - avoid]

60:8 62:15 68:14
75:9,12 76:12,13
76:16 92:1,16
93:10 96:4,6
107:4,22 108:4
109:5 116:16
126:10,11 130:4
131:2,4,5 132:6,9
133:3 137:17,21
137:23 147:11
150:8,10 158:15
161:4 171:18
172:19 180:24
181:5,8,13,20,25
182:3 183:12,22
184:10,22,23
185:8 186:1,7
208:3 212:9
214:25 217:12
221:14 226:14
227:2,5,6 242:25
243:3 245:7,13,14
246:14,17,24
247:4,11,20,24
248:8,13,18,23
249:6,7,12 250:16
250:18 256:7,9,19
256:23
**answered**  18:20
44:7 92:15 125:19
169:24 171:14
213:9 250:15
**answering**  167:17
**answers**  14:4
168:12,17,20
175:21 181:21
187:8 205:19
215:6 233:24
**anybody**  239:4,25

**anymore**  162:7
**anyway**  44:8
74:13 104:20
246:9
**apartment**  10:8
**apologize**  39:17
100:7 156:11
174:13 175:13
227:20
**app**  194:23
**apparently**  74:23
**appeals**  24:20
**appear**  49:1 79:2
108:8,8
**appearance**  8:24
9:13
**appearing**  260:18
261:7
**appears**  67:18
78:25
**appended**  253:3
**application**  102:10
102:14 117:3
179:1,2 184:16
186:11 188:2,10
188:16 189:4
236:12 239:11
244:4,11
**applications**  10:12
102:16 169:6
170:11,12,19,21
170:22 173:25
174:4 189:7
**apply**  115:11
227:6
**approach**  38:22
**appropriate**  80:5
132:2 182:8 194:1
194:3 198:3
248:16

**approximately**
247:23
**apps**  52:9,19
115:12,14 116:22
117:5 120:25
237:19
**april**  104:4 106:18
**archive**  104:21
**archived**  106:6
**areas**  132:25
254:15
**arguing**  132:5
**argumentative**
132:13,21
**arises**  214:8
**arrived**  206:6
**article**  95:15
**articles**  94:8,12,12
**aside**  149:6,10
166:13 171:17
172:13 233:10
**asked**  18:20 36:8
40:16 44:6 56:20
58:5 83:7 92:15
96:1 109:7 125:19
130:16 131:6
135:8 150:5,18
167:11 182:3,13
183:10 184:7,21
213:9 243:14,16
250:15 254:16
256:5
**asking**  10:25 11:2
11:10 34:5 92:9
98:18 130:18
157:10 180:14
184:25 185:3
194:4 224:20,22
228:17,23 253:24
**asks**  23:9 176:2,4
229:10

**assigned**  201:7
**associated**  166:2
190:25
**assuming**  36:9
**attached**  134:2
**attempted**  208:15
208:18
**attempting**  212:16
**attendance**  9:8
**attending**  8:11
**attention**  23:15
157:16 167:25
168:25 175:11,25
176:9 190:14
208:23 211:17
223:9 225:22
**attest**  203:15
204:12
**attorney**  1:17 8:25
75:10 76:14
101:22 140:21
141:8 157:4
**attorneys**  16:1,7
16:12
**attuned**  157:15
**audibly**  217:13
**audience**  173:14
**audio**  8:16
**august**  77:12
123:10
**authoritative**  91:8
**authorization**
160:23
**automated**  187:4
**automatically**
52:4
**available**  50:21
85:4 108:1
**averse**  101:18
**avoid**  94:16 96:11

Veritext Legal Solutions
866 299-5127

[aware - bother]

**aware** 13:7 23:25
24:4,18 25:3
47:17 73:16 84:19
84:22,23 85:1,3
86:16,18,20 87:10
88:13 99:5,22
103:8 167:20
171:19,21,25
172:6,20,25
204:16 207:24
208:3 211:23
222:7,11,12,14,17
231:6 233:8
**awareness** 15:14

**b**

**b** 3:11 4:2 5:2 6:2
261:1
**back** 11:5 28:15
28:17 48:8 50:3
63:11 69:20 71:4
98:8 126:25
137:21 138:19
148:8,11 150:8,10
151:2 181:5,13,22
182:4,7,20,22
183:1,3 218:13
229:8 234:11
238:16,20 239:21
240:13 242:1
248:18 252:8,15
**background**
141:17
**badgering** 132:4
**baeza** 2:4 9:9
**bandwidth** 158:21
159:19 166:2
**banner** 32:24 33:1
33:4,9
**base** 152:20
**based** 35:17 36:19
52:25 70:12 95:21

142:24 196:7,23
197:5 215:6 236:7
**basic** 99:20
**basically** 94:21
114:2 150:4
165:18 193:2
208:23 210:25
**basis** 27:20 28:21
138:22 139:6
143:5 229:20
230:4,17 232:8
**beacons** 52:14
**beat** 254:11
**began** 85:2
**beginning** 8:4,24
**begins** 164:2
**behalf** 1:5 80:9
179:16 180:4
**behave** 16:17
**behavior** 12:1
15:7,11,20 17:13
17:16,23 18:9,23
19:1,13 21:5,10
44:15 57:15,17
62:10,23 65:14
71:20 94:8 96:11
97:1 128:17,25
213:15 215:8
225:16 226:8,12
226:15,22,24
232:19
**behavioral** 134:8
149:22 150:1
**behaviors** 66:24
**belief** 168:18,21
175:21 205:25
206:2 207:17
219:10 220:23
221:2 234:1
**believe** 20:1,6,22
32:4 33:14 56:20

57:25 60:15,16
61:15 63:14 68:9
71:23 72:6 77:21
85:14 92:19
100:24 101:8
102:21 103:7
104:23 107:11,12
109:12,16 110:13
111:3 113:9,22
114:10,18 115:17
118:23 119:3,19
119:23 120:10
122:14 123:21
129:12,13,17
130:1 136:8,8
150:20 156:7
162:16 165:15
169:24 178:6
182:9 184:6
191:10 206:3
208:25 210:4,14
213:4,10,18
217:21 219:25
232:24 246:5
**believed** 60:3,12
60:21 61:10,23
139:20
**bell** 87:9
**belle** 1:20 8:20
60:7 150:7 181:4
192:5 257:22
259:3,21
**belong** 191:17
**benefit** 80:11
212:3
**best** 11:15 15:10
15:19 168:17,20
175:20 177:3,14
205:24 206:1
207:16,22 212:15
217:25 219:10

220:22 221:1
233:25 250:18
**better** 216:15
**beyond** 52:16
82:25 185:13
**bickering** 182:16
**biden** 58:15,17,19
59:1,4,7
**big** 102:12 114:15
149:23 242:20
**biggest** 149:20
**bills** 158:24
**bit** 87:22 101:18
108:15 124:5
137:13 147:10
153:6 165:14
214:5 247:6
**bits** 21:14,21
**block** 124:3
**blocked** 85:10
166:5
**blocker** 72:6
**blocking** 85:16,18
87:5,12,17
**blocks** 84:20,24
**blogs** 79:15
**blood** 259:13
**blue** 223:2,3
**blurred** 134:1
**blush** 55:1
**bodies** 33:25
**boies** 2:5 9:6,9
250:22
**bold** 116:8,8
**bolded** 52:3,12
**born** 36:3
**boss** 163:6
**bosses** 86:21
**bother** 95:8
241:19

[bottom - called]

**bottom**  33:5 89:8
  151:8
**box**  244:21
**brands**  24:19
**brave**  207:25
  208:19,20 209:2,3
  209:5 212:12
**break**  49:17,20
  88:5 98:1 147:3
  147:20,22 165:15
  216:13 218:6
  248:21
**breitbart**  42:4
**brief**  50:1 148:6
  218:11 252:13
**broad**  29:1 34:13
  48:6 53:25 115:16
**broadly**  97:23
  227:4
**broke**  98:22
**brown**  1:3 8:6
  260:4 262:1
**browse**  13:10
  14:15,19 23:4
  24:3 46:19 47:21
  57:18 62:2,21
  64:22 91:21 92:23
  93:5,6,16 94:11
  95:14 110:9 115:1
  115:8,20 117:16
  117:25 119:10
  120:8 122:3,9
  127:3,11,18
  136:19 145:16
  188:4,6,11,17
  209:17 210:1
  211:25 232:17
  241:2
**browser**  3:20 56:1
  57:15 58:10,21
  70:4 71:1,13,16,19

71:21,22,24 72:1
72:12,12,18,22
73:5,10,12,16
98:24 99:3,8,15
116:24 128:5
171:11,13 178:20
179:7 187:13
192:25 208:20
209:1 235:25
236:12 240:17
241:3,9
**browser's**  71:20
**browsers**  46:25
  47:1,4,7 116:22
  117:5 121:1
  136:20 235:6,14
  235:16,18
**browsing**  4:14
  11:24 12:2,7,25
  13:2,20 14:12,25
  15:7 16:22 17:3,7
  20:2,7,24 21:4,10
  22:17 39:2 42:14
  42:16,19 47:2
  49:7 52:9 56:13
  57:1,11 60:20
  62:23 68:13 74:10
  84:10 93:7 107:13
  107:15 110:9
  111:5 113:10,10
  113:12 119:6
  120:16 122:14
  127:19 128:3,7,23
  129:11 133:15,17
  133:18 134:14
  135:3,4,20,21
  138:8 139:4,19
  140:15 141:5,13
  142:2 144:1
  149:21 152:13,16
  155:5,12,13

171:18 177:7,10
177:18 187:11
189:2 209:7 210:6
210:15,17 211:1
212:22 213:5,7,20
215:4 224:25
226:11,21,24
230:10,22 231:3
231:13,16 235:7
235:15,20 236:1,3
**bsfllp.com**  2:7
**built**  208:21
**bullet**  52:7,12 55:6
  63:21 114:22
  144:4 150:17,20
**bulleted**  52:20
  53:11,14 115:11
**bullets**  254:23
  255:6,13,18
**bunch**  31:7 144:4
  200:22
**bursts**  14:24
**business**  66:25
  153:21 195:2
  208:11
**buttons**  90:10
**byatt**  1:3,12 3:6
  8:5 9:20 10:1,5
  11:22 18:7,17
  22:14 28:4,7,12,14
  32:8,21 44:17
  49:14 50:6 71:5
  75:8 76:11 77:15
  78:16 87:25 88:24
  98:11 100:24
  104:13 107:7
  109:3,4 111:15
  113:4 128:23
  133:10 142:11
  143:17 148:11
  149:13 152:10

156:15 157:8
167:3 168:4
179:24 180:5,20
181:6 183:10
184:14,21 185:7
185:25 186:6,14
193:22 194:15
196:21 197:16
198:7,9,16 199:11
202:5 204:2
207:14 211:25
212:9,17,21,25
217:2 218:16
233:14 235:5
236:13 245:5,8
246:10,17 248:18
248:23 253:18
254:10 257:12
258:3 260:5 262:2
**byatt's**  5:5,17,21
  6:5,10,15 18:9
  31:23 60:7 137:17
  174:19,22 177:4
  196:7 205:3
  206:16 207:11
  212:15 216:22
  218:21 220:13
  252:23

| c |
|---|

**c**  2:1
**ca**  260:9,12,20
**calendar**  164:7
  165:8
**california**  1:1 2:15
  98:17
**call**  33:9 142:5
  167:15 191:9,10
  247:6,14,15
  248:17
**called**  33:14 136:5
  162:15,17 180:12

Veritext Legal Solutions
866 299-5127

[calling - clearly]

| | | | |
|---|---|---|---|
| calling 33:8 | 221:24,25 227:17 | chasom 1:3 8:6 | 186:24 187:1,3,9 |
| calls 69:12 101:15 | 232:20,21 252:20 | chat 164:4 | 187:11,13 188:1,9 |
| 133:22 134:18 | certainly 14:7,22 | check 207:20 | 188:16,20,21,24 |
| 139:9,10,23,24 | 21:4,13 24:5 27:9 | 216:8 | 209:8 231:4,14 |
| 141:7 146:12 | 29:2,23 30:16 | checked 201:14 | 233:7 235:14 |
| 159:16 256:21 | 31:24 33:23 37:3 | checking 217:14 | 236:5,12,12,22 |
| cap 152:19,22 | 42:19 49:12 51:5 | checklist 95:18 | 237:21 238:14,17 |
| car 164:24 | 60:25 62:4 64:20 | child 46:2 | 239:10,22 240:16 |
| career 46:5 71:7 | 68:20 78:1 83:1 | childhood 223:7 | 241:9,20 243:12 |
| careful 23:20,23 | 90:20 92:6 96:13 | choice 236:7 | 244:3,10,13,17 |
| 65:18,21 | 101:5 109:24 | choices 65:6 | 257:6 |
| carrier 117:2 | 111:19 113:17 | choose 115:1,8,8 | chrome's 4:10 |
| case 1:6 12:24 | 114:1,4 119:18 | 115:20 117:15 | 110:19 123:2,8 |
| 97:1 135:10,23 | 138:1 153:5 155:1 | 119:10 120:8 | 177:7 |
| 167:20 241:15 | 157:10 166:7 | 121:17 122:9 | circumstance |
| 244:14 250:21 | 167:22 169:22 | choosing 173:16 | 107:14 |
| 251:6 | 171:7 186:3 | chose 211:25 | circumstances |
| castillo 1:4 | 190:23 193:4 | christopher 1:4 | 225:9 |
| catchall 54:2 | 211:6 215:12 | chrome 4:15 13:1 | citing 120:12 |
| caucus 190:12 | 240:3 | 15:24 46:19 47:3 | civil 260:19,20 |
| caught 137:16 | certainty 116:2,17 | 47:17 58:10 71:22 | clarification |
| causes 95:20 | 125:22 172:6 | 71:25 73:7 84:20 | 160:12 179:6 |
| caution 75:7 76:10 | 230:2 242:17 | 84:24 85:22 86:3 | 201:2 243:17 |
| caveat 204:10 | certification 259:1 | 87:12,18 96:9,23 | clarify 82:8 |
| ccp 260:9,12 | certified 1:20 9:22 | 97:22 98:23,24 | 153:11,12 163:10 |
| ccr 259:21 | 259:4 | 99:3,8,15,21,24,25 | 190:18 235:10 |
| cell 188:25 236:14 | certify 259:5,11 | 100:4 102:12 | clarity 147:11 |
| 236:19 237:25 | cetera 38:4 234:18 | 113:11 115:2,9,21 | 256:17 |
| 238:18 | chance 107:3 | 117:16,17 118:1 | class 158:5 170:10 |
| cellular 8:14 | 206:21 | 120:7 121:19 | 251:10 |
| center 94:22 | change 141:2 | 122:10 124:17 | clauses 127:6,9 |
| certain 22:2 23:3 | 230:24 231:8 | 136:20 141:14 | clean 180:7 |
| 25:4 27:20 28:20 | 238:6 262:4,7,10 | 142:2 144:1 | clear 58:7 64:9 |
| 28:21 29:19 33:25 | 262:13,16,19 | 149:24 159:25 | 85:23 135:8 151:1 |
| 38:8 60:2 81:9 | changed 15:6 | 165:20,23,25 | 158:12 171:9 |
| 84:9 86:16 113:20 | 123:22 124:7 | 166:5 174:5 176:6 | 174:16 181:9 |
| 118:16 134:24 | 170:2,15 192:21 | 176:22 177:6,10 | 221:11 249:25 |
| 138:6 155:16 | changes 71:20 | 177:19 178:8,12 | clearer 82:15 |
| 167:11 177:1 | 123:25 156:25 | 178:13,15,19 | clearly 109:15 |
| 188:25 190:9 | characteristics | 179:3 184:15,16 | 232:23 |
| 201:13 219:19 | 27:20 28:22 67:6 | 186:10,12,16,21 | |

Veritext Legal Solutions
866 299-5127

[click - confused]

**click** 24:9 34:16
35:9 36:18 39:22
40:17 41:18 69:25
103:15 108:9
**clicked** 69:9,15,16
90:16,21 109:22
178:6
**clicking** 24:12
69:6
**client** 75:10 76:14
**close** 85:24 248:11
251:23
**coast** 87:23
**code** 46:10,12,13
260:9,12,19,20
**cognizant** 24:1
**collect** 55:9,18,21
58:20,25 59:1,15
60:2 61:10 63:23
66:6 67:22 74:12
113:12 114:12
115:5 116:9,23
117:4 118:17
120:15,24 121:13
121:15,24 122:1
134:25 135:12
138:20 139:3
150:5 151:9,13
214:3,5 225:2
**collected** 52:3 56:6
60:22 128:2
134:14 135:2,5
212:23
**collecting** 56:2,9
62:9,13,17 68:4
129:3 135:7,16
138:17 139:18
140:14,17 153:1
158:20 232:1,12
233:1

**collection** 57:16
58:5 135:13
139:20 212:2
226:7,13,20
**collects** 68:19
114:3 115:23
120:22 141:5
153:8,16 223:14
229:12
**college** 45:5
**colloquial** 228:15
**columns** 200:4
**combination** 62:6
84:11 240:12
**combine** 55:7
**come** 42:5 69:9
71:19 97:7 207:12
**comes** 13:4 14:23
30:5 31:8 38:16
155:1
**comfort** 88:2
246:17
**comfortable**
131:21 172:5,22
225:8
**coming** 40:14
100:8
**commissioned**
83:1
**commissioning**
83:6
**committeeman**
192:1,5
**common** 13:25
94:3,5,15 153:18
241:17
**communicated**
41:4,9
**communication**
10:12 246:14

**communications**
16:6,11 75:10,15
75:17 76:14
157:11 245:11,15
246:19
**companies** 41:5,7
41:10 43:20
207:24 212:12
222:1,1,8,15,18,20
225:23 226:2
**company** 44:22,23
162:15,17
**company's** 212:2
**compatible** 73:7
**compensation**
212:13,25 226:19
227:1
**complaint** 4:19
156:3,6,19
**complete** 77:22
173:5 205:24
217:22 220:22
256:18
**completed** 183:13
185:8 260:7,17
261:6
**completeness**
168:15
**completes** 257:20
**completion** 261:10
**compliant** 33:24
**compound** 38:11
213:9
**computer** 10:11
23:10 32:5 37:6
37:15,21,23 38:1,7
39:8,23 58:22
59:5,6,16,21 60:22
61:17 96:23 97:10
97:21 126:20
166:3 184:18

186:17 187:6,7,9
187:13,22 226:5
236:16,17 241:7
241:21 242:2
**computers** 21:7
22:10 44:18 96:19
176:22
**computing** 158:21
**concealed** 135:22
135:24 136:1
**concept** 21:16,16
213:2
**concepts** 19:14
**concern** 18:3,11
65:11 134:23
139:12
**concerned** 65:9
**concerns** 18:11
**conclusion** 101:16
139:11,24 159:16
**concrete** 194:20
**condition** 80:7
**conduct** 132:3
133:6 153:22
154:11 155:19
158:17 159:12
160:15 185:15
195:2
**conducted** 8:9
223:12
**confer** 252:20
**conference** 100:9
**conferred** 252:24
**confident** 213:15
**confidentiality**
80:6
**confirm** 197:14
220:21,25
**confirming** 183:5
**confused** 140:16
140:23,25 173:8

[confused - court]

246:6
conjunction
    122:17
connected  129:16
    129:25
connections  17:25
    21:7 22:10 200:19
    201:7,10,11
conscientious
    54:12
conscious  36:1
    63:25 64:11,17,20
consciousness
    36:4,12,15
consent  12:19
    22:22 42:20 54:13
    54:14 55:21 65:13
    159:3 160:22
    193:22 194:4
    196:8,11,23,25
    197:17 198:7
    215:25
consenting  24:1
    65:12 135:10
consents  196:22
consider  39:25
    40:5,18,22 53:19
    54:8,10 128:6,6
    133:19 134:4,15
    166:7 189:17
consist  102:4
consistent  80:4
    141:4
constantly  193:2
    193:10 195:1
constitutes  139:14
consumer  221:25
    222:8,12,22
    223:12
consumers  222:3
    226:4

contact  260:9
contend  159:10
    197:16 198:6
    222:2
content  24:20
    86:14,21 87:2
    94:17 95:7 246:13
    250:5
contention  138:16
contentions
    138:14
contents  157:11
context  38:23 39:4
    40:5 43:8,10
    95:22 214:24
    215:2,6 225:17
contexts  134:22
    201:14
continue  8:17 13:9
    14:15 15:11,19
    44:8 92:16 131:10
    219:23
continued  4:2 5:2
    6:2
continuing  16:17
    212:8,8
contract  100:25
    101:3,12,20,25
    102:3,18,22
    149:14,17
contracts  101:11
    151:19,19
control  12:12
    43:12 57:14 61:6
    63:7 68:18,23
    74:6,9 82:23
    84:15,17 110:17
    110:18 114:17,18
    115:4 117:13,13
    119:11 120:4
    121:16 122:12

135:1,3,13 140:3
    145:19 154:17
convenience
    244:18
conversations
    8:13 157:4
cookie  32:23 33:1
    33:3,9,9 55:11,15
cookies  31:9 52:14
    84:21,25 85:11,16
    85:23 124:3
cool  223:3
copy  26:22
corner  33:11
    178:8
corporate  191:7
correct  11:6,20
    12:9 13:12 14:10
    14:13 17:9,12,20
    18:9,18 19:2
    25:22 33:6 36:6
    37:19 45:21,24,25
    46:7 56:13 57:12
    60:13 62:25 63:3
    65:3 66:4 67:17
    73:19 77:25 79:23
    86:17 93:24 99:3
    103:17 105:15
    106:2 110:6 118:6
    122:16 124:14
    126:6,24 142:17
    145:11 146:10
    165:6,9,21,23
    168:4,12,17,22
    169:19 175:21,23
    177:13 196:12
    197:17,18 199:1,2
    199:12,13,17,18
    199:25 202:16,21
    203:9,10,25 204:3
    204:22,23 209:21

209:22 212:5,6
    217:7,22 218:1
    230:16,25 231:7
    231:11,12 233:5
    233:25 238:14
    242:25 243:24,25
    244:1 252:4
    253:12
correcting  179:21
corrections  260:14
    260:15 261:3,4
correspondence
    193:21 196:15,16
cost  158:22 159:20
cough  163:4
counsel  11:3,8
    75:15 76:24
    107:25 180:14
    197:2 206:9
    227:15 245:8
    246:11,23 247:3
    252:18,19,21
    253:23 254:16
    256:20 260:18,21
    261:7
counsel's  205:19
    233:17 253:5
countries  79:9
couple  42:25
    120:2 161:4
    192:20 246:25
    247:10
course  107:6
    167:10 217:22
court  1:1,21 8:19
    13:24 14:5 39:18
    100:11 127:25
    137:18 156:8
    179:23 180:3,17
    180:25 182:19
    183:7,9,24 184:7,9

Veritext Legal Solutions
866 299-5127

[court - developed]

198:2 248:20
253:7
**courtroom** 144:16
**cpa** 44:25
**crash** 117:7 121:2
**create** 180:6
203:14 204:11
**created** 29:24
56:21 198:20
199:19 202:11
203:11 204:8,14
**credentials** 190:22
191:21
**cross** 257:14
**crr** 1:20 259:21
**cuff** 19:9
**current** 66:2 77:3
106:11,13,14
108:21,23 139:7
203:18
**currently** 50:21
192:2 217:24
236:13,14 237:25
238:13,25 239:1,2
**cut** 138:24 181:24
182:7,9
**cv** 1:7

**d**

**d** 3:2 60:16 66:17
**dade** 190:9,12
203:19 204:17
**daily** 164:11
**data** 31:9 52:16
53:18 54:16 55:8
57:16 66:22 67:10
69:2 72:20 73:18
74:7,10 80:2,8,11
80:18 81:3,4
82:23 84:10,15
85:24 91:5 110:8
110:12,17 114:19

128:2,10,11,13,15
128:19 129:3,6,9
129:10,13,15,24
130:5,6,8,9,19,21
133:12,14,16,17
134:8,10 149:22
150:1,4,22 152:5
154:7,21 158:18
158:20 159:5,19
160:17,18 165:13
169:8 173:16
210:4,14,16
211:24 212:1,14
212:17,18,20,24
213:12,19,25
214:8,9,12,14,17
215:19 221:24
222:20 224:4,9,10
224:13,21,22
225:19 226:4,7,13
226:21
**date** 30:11 76:25
117:8 202:11
203:11 260:16
261:5 262:24
**dated** 205:14
206:14
**dates** 4:7 30:7
104:7 121:3
**davis** 1:4
**day** 125:13 245:19
245:23 246:1
258:7 259:17
**days** 14:25 124:25
125:24 126:2,7
**deal** 197:21 198:1
**decade** 140:7
**december** 1:12 8:3
198:21 259:17
260:3,5

**decision** 37:11
40:2,15
**decisions** 34:21
43:21 66:25
154:21
**declares** 233:22
**default** 23:12
**defendant** 1:9,17
2:12
**defendant's** 5:6,19
5:23 6:7,12,17
174:23 205:4
206:17 216:23
218:22 220:14
228:7
**defending** 9:3
**defense** 252:18
**definitely** 24:7
25:13 35:13 83:11
116:19 120:3
126:13 131:15
146:18 164:1
**definition** 101:21
210:25
**degree** 45:5
**delicious** 98:13
**democratic** 190:10
190:11 203:19
**demonstrate**
222:2
**demonstrated**
221:18 226:3
**dems** 204:17
**denial** 230:18
231:5,7,10,12
232:9
**denied** 229:18
230:15 232:6
**department** 253:7
**depend** 27:3
215:16 242:6

**dependent** 43:8,10
95:22 214:25
215:3 225:18
**depending** 36:19
215:8
**deposed** 31:23,25
132:23
**deposition** 1:12
7:2 8:5,8 10:21
31:18 32:2 69:23
100:20 132:2,4,18
144:10 185:15
206:7 245:6
246:12 247:16,19
254:2 257:20
260:19,22,24
261:8,10
**depositions** 16:5
**describe** 33:22
101:12 169:5
176:5 190:5
**described** 225:2,4
226:13
**description** 3:14
4:5 5:4 6:4
**designed** 73:6
86:24
**desktop** 236:17
**detail** 82:7
**details** 26:24 30:6
92:21 162:21
163:11 215:17
**determine** 37:1
67:4
**determined**
260:18,22 261:7
**deterministic** 39:7
**develop** 45:4,7,23
66:17
**developed** 72:21

Veritext Legal Solutions
866 299-5127

Case 4:20-cv-05146-YGR   Document 798-2   Filed 07/29/22   Page 274 of 305

[developer - earlier]

developer 44:21
46:6 47:18 48:2
49:1,1,6 71:8,11
developing 45:19
237:19
development
52:15 187:2
241:16
device 116:25
127:4,12,21,23
128:5 184:17
186:16 187:25
188:2,10,16
223:21 237:1
devices 115:12
116:23 117:6
121:1 236:10,11
differ 96:5
difference 35:15
38:3 62:12,16
163:25 178:18,22
178:24
differences 33:20
34:2 78:4
different 35:5,8
38:6 41:20,23
54:23 55:2 100:3
102:20 108:15
123:23 131:6,7
140:9 144:24
157:12 165:16
177:21 178:16
179:9 215:10
225:12,14,14
differently 37:4,7
41:19,22 226:16
direct 75:11
157:16 159:18
167:24 168:24
175:10,24 176:8
223:9 225:22

directed 27:25
direction 168:5
directions 7:5
directly 26:10,17
159:4
disable 86:4,17
disabled 86:8,14
disagreement
131:24
disclose 78:19,24
139:5 215:24
229:23
disclosed 118:15
138:21 139:16
229:12 230:3
disclosure 80:15
136:8 138:13
140:9 141:9
disclosures 75:2
75:21 76:9 120:13
discontinued
220:1
discovery 194:5
discussed 237:1
disentangle 214:6
display 24:4 25:5
59:6,21
displayed 27:22
86:13 91:21
displays 25:21
dispute 106:19
distinct 110:22
distinction 62:19
67:25
distinctions 25:12
district 1:1,1
disturb 113:4
divided 152:20
division 1:2
document 3:20
4:16,18 33:5

51:19 66:10 70:4
70:20,23 74:21
77:10,18 78:2,7,12
89:13 90:4 102:3
104:13 106:5,22
107:1,3,21 109:1,5
109:11,13,17,23
109:24 110:7
111:2,8 112:15,16
113:1,15,21 116:4
116:19 117:12
118:22 119:1,14
119:18,22,23,25
122:6,23 123:11
142:1,12,13,22
143:2,10 145:14
145:24 146:4,6
147:19 148:17,24
156:14 167:6,13
168:1 175:5,7,8
176:11 202:1,20
205:15,22 206:25
207:3,18 216:10
216:14 217:10
219:4,7 221:8
228:18,25 229:4
234:7 253:25
254:3,15 255:23
256:6
document's
121:17
documents 7:10
20:20 21:1 74:5
83:16 91:1,4,8
102:6 140:1
247:18 248:5
249:3,21 250:2,4,6
250:13,13
doing 17:15 18:7
20:16,17,18 22:7,8
22:11 27:13 34:18

45:12,14,16 48:16
58:2 61:11 75:8
76:16 127:24
128:23 129:4
134:9 137:10
177:22 184:20
185:2,13,17,19
215:24 241:19
244:19 257:11
dollar 153:4
155:15
domain 48:20
door 100:9
doubt 72:13
105:14,21
download 73:4
165:20,23,25
draw 62:19
drawing 62:12,16
67:25
dude 178:7 232:18
due 160:4
duly 9:21 259:7

e

e 2:1,1 3:2,11 4:2
5:2 6:2 30:22
103:11 105:8,10
105:17 163:12,18
177:1 189:11,14
191:17,20 192:21
194:22,24 195:3
196:18 198:24
199:1,16 202:7,14
203:3,7 204:5,20
242:14 260:9,12
261:1 262:3,3,3
earlier 14:9 21:18
29:5 36:18 50:11
65:20 71:5 87:4
88:1 98:22 103:10
118:8 124:16

Page 11

Veritext Legal Solutions
866 299-5127

[earlier - exhibits]

144:9,20 149:13
161:3 209:7 215:6
234:15 236:20
237:2
**early** 237:6
**earn** 223:16
**easier** 95:1 157:19
**east** 87:23
**economic** 83:6
**ecosystem** 159:24
**edge** 47:14,15 73:8
**effect** 81:6
**effective** 4:7 15:13
77:9,12 104:4,7
106:17 112:7,24
**either** 31:1 69:19
116:13 157:6
173:12 192:8
194:25 236:11
**electric** 158:24
**electrical** 166:1
**electricity** 158:23
159:2,19
**electronic** 236:11
**else's** 96:23,23
97:10,21
**emanuel** 2:14 9:3
9:16
**employer** 44:24
136:10,10 161:24
161:25 162:1,10
162:13 163:14
**employers** 161:12
162:2,5 163:16,17
**enable** 84:20,24
85:23
**enabling** 85:10
**encompasses**
109:2
**encounter** 34:11

**encountered**
167:20
**encourage** 32:10
**engage** 79:6
**enjoy** 24:16
**enter** 101:2
**entered** 100:25
101:25
**entire** 46:4 109:13
113:18
**entirely** 81:9
102:20 164:2
201:13
**entirety** 113:20
158:12
**entities** 25:25 37:4
37:13 41:5,8,9,20
41:23 42:1 136:6
232:21
**entitled** 142:1
**entity** 40:18 41:1
137:2
**enumerate** 95:24
215:17
**enumerated** 19:10
**environment**
187:16
**equally** 192:11
193:14 194:18
**errata** 260:14,16
261:3,5
**espouse** 83:8
**esq** 1:17 2:3,4,4,8
2:13,13 260:1
**est** 1:13
**establish** 106:17
**established** 144:10
144:15
**estimate** 248:2
**et** 8:6 38:4 234:18

**european** 31:14
**evan** 202:25
203:17,18
**eventually** 175:3
**everyone's** 147:25
**evidenced** 155:17
**exact** 51:20 234:21
**exactly** 30:25
64:19 82:6 101:5
103:20 129:1
139:13 150:24
205:18 208:11
222:10 237:7
249:14
**examination** 9:24
133:7 253:16
**examining** 256:20
**example** 27:4
39:23 55:25 67:1
79:13 95:1 96:22
99:20 144:21
173:10 194:21,22
200:25 209:21
213:21 214:12,15
223:10 226:18
242:8
**examples** 221:24
221:25 226:5
**excellent** 10:16
**exchange** 223:14
**excluding** 165:7
**exclusion** 61:7
**exclusively** 93:3
176:21
**excuse** 131:14
137:9 179:18
193:19
**execute** 73:10 87:3
**exercise** 135:3
**exhaustive** 19:4
37:17 150:13

**exhibit** 3:15,16,19
3:21,22 4:6,9,10
4:14,17,19,20 5:5
5:7,9,11,13,15,17
5:21 6:5,10,15
10:15 31:15,20
32:2,3,7,14 41:16
50:20,23 51:2,8
63:12 65:24 69:22
69:22 70:2,3,8,18
76:18,19 88:19,20
88:24 103:24
104:6,10 108:2
111:24 112:1,3
122:24 123:1
127:2 141:12,16
141:22 142:1,7
148:15,16,19,22
151:2,3 156:2,5,7
156:9,10,12
166:13,17,19,23
174:12,15,17,22
175:1,4 189:10
195:13,16,19,22
195:25 196:4
198:10 199:4,5
201:21,24,25
202:18 203:22
204:25 205:1,2,10
206:11,15 211:13
216:3,3,21 217:3,5
217:8 218:17,20
220:7,12 225:3
227:19,20,22
228:6 233:21
234:16 253:3,3,4
253:21
**exhibits** 195:6,12
196:7 197:4,21
233:12,15 234:15
252:24 253:8

[exist - follows]

**exist** 239:9
**existence** 222:15
**exists** 31:14 87:10
 164:16 222:13
**expect** 19:11 57:2
 57:4,5,13,19,22
 58:11,13,15,18,20
 58:24 59:1,3,15
 68:23 69:8 77:6
 135:24 137:4
 171:11 257:9
**expectation** 62:8
**expected** 57:9
 60:25 137:1,5,5
 138:11
**expedite** 257:24
**experience** 37:2
 42:19 96:25
 165:17
**expert** 22:3 131:15
 131:19 159:17
**explain** 91:1,4
 193:15
**explainers** 91:11
**explains** 72:18
**explicitly** 135:11
**explore** 19:15
**explored** 154:6
**explorer** 47:14
**extended** 92:23
 93:12,17
**extension** 182:24
**extensions** 87:12
 87:17
**extensive** 124:20
**extent** 75:9 76:12
 81:24 91:6 101:15
 130:2 159:15
 170:9 245:13
**extra** 165:14

**f**

**face** 106:4 134:1
**facebook** 172:14
 172:21 173:11,15
 257:8
**facebook.com**
 172:2
**fact** 65:8 86:23
 131:16 155:17
 158:6 160:13
 197:20 232:10
**factor** 39:3
**factors** 38:24
 39:24 40:10 95:22
**faded** 250:7
**fair** 22:14 29:17
 36:5 65:1 90:25
 129:21 137:8
 138:13 214:5
 224:12 241:25
 250:10
**fall** 19:7 21:9
**fallen** 140:6
**falls** 19:16
**familiar** 77:18,20
 104:15 106:24
 114:4 142:18
 143:9 149:4 171:7
 217:17 228:14
**familiarize** 228:22
**fancy** 25:15
**far** 90:17 138:13
 141:5 152:15
 159:19 187:12
 192:9 236:5
**fault** 183:24
**feature** 173:11,15
 173:18
**features** 171:20,22
 171:25 172:8,12
 172:23,25 173:7

208:21
**february** 104:5
 106:18
**federal** 261:1,8,9
**feel** 37:4,7 40:6,25
 41:3,19,22 42:12
 54:17 64:10,16
 84:3 106:22
 112:14 140:24,25
 158:14 176:10
 209:11 225:11,18
 228:21 248:19
**feeling** 35:17,19
 36:20
**feels** 128:19
 144:15
**fees** 166:2
**felt** 15:10,24
 140:22,24
**fi** 223:19
**fifth** 6:18 220:10
 220:14
**figueroa** 2:14
**figure** 30:12 39:25
 98:3
**filed** 75:23,25 76:2
 85:6 156:23
**filing** 15:8 212:14
**financial** 45:1
**find** 34:23 67:10
 74:25 76:6 90:14
**finding** 24:18
**fine** 56:5 82:8 88:6
 88:7,11 90:5
 144:25 148:3
 182:21 252:7
**finish** 60:10 147:6
 168:16 182:1
 183:13,21 184:4
**finished** 181:3
 183:15 184:21

185:25 186:6
**finishing** 92:1
**fire** 141:20
**fired** 100:22
**firefox** 47:14 73:7
**firm** 45:1,2 240:14
 250:22
**first** 5:19 9:21
 16:24 19:15,24
 22:1 30:17,18
 31:17,23,24 52:7
 55:1 70:11 78:17
 95:17 102:25
 105:9,11 106:5,5
 107:21 113:7,25
 114:1,2,14 115:16
 120:1,2 121:7
 122:6 126:8
 127:17 132:22
 143:20 144:5
 152:11 171:4
 176:15 189:14
 191:5 192:16
 200:1,24 205:4,12
 223:10 234:17
 254:15 255:5,13
**fit** 133:7,8 185:16
**fits** 14:23
**five** 197:15 252:2
 252:6,9
**flexner** 2:5 9:6,10
 250:22
**floor** 2:9,14
**florida** 2:6,10 10:8
**focus** 107:8
**focusing** 190:14
 211:16
**follow** 35:9 103:16
**following** 109:20
**follows** 9:23 260:8

[foregoing - going]

**foregoing**  233:24
**forgot**  239:8
**forgotten**  250:2,3
**form**  12:10 13:13
    17:21 18:19 21:25
    28:25 38:10 54:25
    60:23 61:19 64:5
    65:4 69:11 71:2
    80:22 81:17 82:11
    82:19 83:13 85:12
    92:25 93:8 94:14
    97:15 125:2,18
    128:16 139:8
    140:19 141:6
    146:11 150:23
    171:3 173:9
    190:17 210:8
    213:8,23 215:21
    224:8 235:9
    254:12,25
**formal**  167:13
**format**  199:6
**formed**  75:19
**forth**  259:7
**forthepeople.com**
    2:11
**found**  76:4
**foundation**  53:1
    70:9 78:12 90:4
    142:25 143:5
**four**  114:21 196:7
    197:3,15,19,20
**fourth**  6:12 218:18
    218:22
**frame**  36:2
**francisco**  2:4
**franklin**  2:9
**frankly**  41:1 94:15
    209:11
**frcp**  261:1

**free**  106:23 112:14
    158:14 165:9
    176:11 228:22
**frequency**  164:22
    192:24
**frequent**  25:8,12
**frequently**  30:6
    164:20
**friend's**  38:4
**friends**  172:4
**front**  77:16,17
    94:7 127:2 167:4
    167:5 217:3
**full**  10:3 176:15
    219:14 245:18
**fully**  215:24
**function**  73:8
**functional**  192:17
**functionality**
    241:18 243:4,9
**functions**  79:7
**further**  73:3 170:9
    176:25 193:20
    235:22 245:21
    253:14 257:13
    259:11

---

**g**

**g**  191:10
**gao**  2:13 9:13,15
    9:16 227:23 252:6
**gatorade**  223:2
**gdpr**  30:4 31:3
    33:14
**general**  26:14
    42:15,17 62:8
    67:24 91:11 96:6
    103:18,21 222:3
    236:22 238:10
    240:5
**generally**  24:4
    27:17 28:4,9,18

29:6 33:17 34:8
    34:14,19 42:16
    46:17 48:3 83:19
    96:3 112:12,19
    113:8 118:15
    147:24 152:6
    215:1 222:14
    238:1 242:1
**getting**  24:16
    131:1,3,4 132:11
    182:15
**girlfriend**  238:7
**give**  16:3 20:25
    77:1 89:3,6 97:20
    107:2 123:14
    141:23 147:5,10
    148:25 151:18
    157:20 161:21
    176:24 200:15
    206:20 207:1,19
    227:9 246:17
    254:11 256:19
**given**  145:20
    191:19 240:13
    259:9
**giving**  250:17
**glad**  98:15,15
**glove**  244:21
**gmail**  102:21,23
    161:9,15,18,23
    162:3 163:2,13,15
    165:7,12,18
    178:25 180:21
    186:12 187:15
    188:12 189:4
    190:15 191:7
    194:23 242:15
**gmail.com**  105:7
    105:16 178:5,9,24
    189:15,16 199:17

**gmail.com.**  192:16
**go**  8:15 15:1 21:5
    25:13 29:8 46:8
    47:21 48:1 49:14
    52:23 55:22 56:3
    58:2,10,14 63:1,11
    63:14,19 69:20
    75:16 78:6,17
    80:1 87:21 94:10
    95:4,14 96:2,7,14
    97:21 107:22
    122:19 130:13
    134:19 141:20
    143:25 151:2
    153:14 193:17,19
    196:16 229:25
    233:19 238:6
    244:23 251:22
    256:15
**godfrey**  250:25
**goes**  37:10 130:19
    181:19,24 200:8
**going**  12:15 17:3,4
    20:11 23:10 30:18
    39:12 40:24 43:14
    43:18 44:3 49:23
    55:24 56:2 57:7
    57:24 58:6 61:1
    74:12 94:17 98:4
    101:17 110:17,23
    111:18 113:6
    126:11 129:5
    130:23,24 135:25
    143:11 147:2
    148:4 155:2,9
    172:18 173:21
    178:24 181:19
    182:1,6 185:12
    186:8 197:2
    215:12,13,14
    216:17 218:9

[going - hard]

234:10 245:21
248:7 249:6
252:11 257:1
**good** 8:1 9:1,5,15
10:1,2 13:18
45:12 50:6,7 84:4
95:1 98:11,15
111:17 157:7
167:23 218:7
228:21 234:8
252:10
**google** 1:8 3:19,22
4:6,9,15,17 5:7,9
5:11,13,15 8:7 9:4
9:17 16:24 17:5
20:11,17 26:5,12
42:13 43:5,15,23
44:15 57:6,6,19,22
58:11,13,16 59:3,5
59:20,22,25 60:22
61:1,1,6,15,18,22
61:24 62:9 63:2,3
63:8 67:8,10,11,15
67:19 68:4,11,16
68:19,21,24,24
69:1,3,25 70:3
72:11,17,20,21,24
73:5,19,21,24 74:2
74:6,8,19,20,22
76:5,6 79:17,21
80:19,25 82:2,18
82:24 83:12,25
84:2,5,8,9,12
85:20 88:20 89:23
90:13 91:2,5,8,17
92:7 94:24 96:8
96:15 97:6 100:25
101:13 102:1,7,15
102:18,23,25
104:3,6,16 105:1,9
105:25 107:13

110:1,8,23 111:4
111:24 112:1,6
113:11 114:3
115:12,23 116:5
116:14 117:22,24
118:5,21 119:2,5
119:12 120:5,6,13
120:21,22 121:13
121:15 122:2,16
128:4,9,19,22
129:2,20,24 134:7
134:23 135:24
136:1,2,12,14,16
136:16,18,24
137:6 138:6,12,17
138:20 139:3,16
140:2,13,14,17
141:4 144:12,12
144:21 145:1,4,20
146:18,18 148:16
149:15,18 150:3
151:18 152:20,25
153:6,8,15 154:7
158:18 159:1,21
159:24 160:3,16
161:5,6 162:16,19
163:13,19,23
164:7,14,15 165:8
165:8,21,22
167:10 174:5
175:9 177:6,8,17
178:10,13,18,23
186:9 187:20,20
188:19 189:5,8,18
189:21 190:2
191:11,13 195:9
195:13,16,19,22
195:25 196:20
198:10,13 199:8
202:2,19,22
203:22 204:21

205:20 207:6
211:5 212:1,20,23
214:2 215:18,23
219:20,24 221:17
222:24 223:13
224:7 225:1,2,24
226:2 229:11,12
229:23 230:1,2,9
230:11,19,20
231:14,16 232:1,2
232:12,25 233:1,5
233:7,8 235:8,15
236:3 241:22
242:19,22 243:5,7
244:10 245:1
252:22 253:13,24
254:16,22 255:7
255:12,18 256:20
257:6,11 260:4
262:1
**google's** 4:22
57:15,15 59:23
62:2,20 68:8 75:2
75:21 76:8 81:7
81:19 82:21
109:25 110:4,12
110:14,16 152:22
153:8,21,22
154:11 155:19
158:8,17 159:12
160:14 166:20,25
174:18 199:7
205:12 206:12
210:22 216:5
218:18 220:9
229:14 242:8
254:6 255:25
**google.com** 57:19
58:10,14 60:20
61:14

**gotten** 47:16
150:25 209:4
**gps** 244:15
**great** 11:22 53:9
75:8 104:12
127:24 136:15
141:19 218:2
**grounds** 155:25
**grown** 35:25
**gtag.js** 72:25
**guess** 41:4 45:9
57:16 82:6 108:14
126:12 134:22
146:13 151:20
205:19 230:24
**gun** 228:3
**guys** 87:23 88:1
137:11 141:18

**h**

**h** 3:11 4:2 5:2 6:2
262:3
**habit** 47:25 103:19
241:24
**half** 127:20
**hand** 132:12 178:7
259:17
**handheld** 188:2,10
188:16
**handled** 260:8
**handles** 204:16
**hangout** 163:19
**happen** 94:4 97:9
97:14 124:23
**happened** 31:1
103:21 162:3,8
**happens** 26:13
29:3 49:3
**happy** 16:12 87:21
142:4
**hard** 59:17 114:16
139:25 225:20

[hard - incognito]

226:15
head 95:20 215:8
header 214:15,23
heading 52:3
66:16 116:9
hear 141:18
heard 100:12
179:25 182:7
183:11 184:6
help 4:17 36:22
79:14,16 103:24
148:16
helpful 20:8
147:12 234:19
helps 66:24 67:3
hereunto 259:16
highest 211:6
history 144:2
hit 32:5
hitting 23:12
hold 16:2,2 27:24
51:24 107:17,17
137:9 141:21
159:14 192:2,5
206:20
holds 191:18
home 10:6 95:5
126:20 201:11,18
homestead 10:8
honest 91:23
honestly 201:12
239:13,15
hope 190:23 210:3
hosting 79:15
hour 125:7,11
147:2 148:1
216:11,12 247:17
hours 14:25
124:24 125:5,6,14
246:25 247:10

house 38:3,4,7
household 223:20
huge 123:13
huh 13:21 14:3
43:2 149:1
human 37:2 46:17
86:25
humans 46:14
hundred 149:2
hungry 87:25
hyperlink 35:4
90:12 109:2,21
hyperlinked 69:3
hyperlinks 35:8
36:19 108:3
hypothetical
133:22 134:18
139:10,23 215:22
hypotheticals
130:22

**i**

icy 223:2
idea 27:12 45:16
125:3 126:3 162:6
identifiable 22:4
identification
32:15 50:25 70:5
76:20 88:22 104:9
112:2 123:4 142:3
148:17 156:3
167:1 174:24
195:15,18,21,24
196:2 205:6
206:19 216:25
218:24 220:16
identified 196:9
identifiers 116:24
identify 17:14
identity 17:12
18:17 94:18
129:17,25 130:10

133:19,24
ifs 216:1
ignores 229:23
illegally 232:2
233:2
images 26:22
imagine 58:3
104:19 106:12
125:9 152:19
177:18 189:6
228:12
immediate 97:24
immediately 242:5
impacting 154:19
implementations
27:8 59:24
implications
171:12 173:19
important 22:16
22:22 43:9 65:2,5
improper 133:4
133:21 134:17
139:9,22
improve 42:18
include 52:14,20
170:11 226:5
included 101:8
136:24 137:1,5
151:17 202:15
203:8 260:14
261:3
includes 63:1
116:24 135:15
146:18
including 117:2,6
121:2 144:6,12
145:9 146:2,9,16
158:6 209:18
215:20 226:21
257:4

incognito 4:11
13:2,5,20 14:10,12
14:16 15:4,5,7
16:22 18:13 19:12
20:2,8,10,24 28:1
28:2,8,8 49:7 56:4
57:1,12,14,18 58:9
58:17 59:8,11
60:20 61:3,15
62:3,7,11,14,21
64:22 67:23 68:5
68:7,17 74:10,11
74:14,16,18,23
75:1,3,20,22 76:9
81:8,11,12,22
83:15 84:1,18
85:2,4,5,9,15,18
91:18,20 92:14,20
92:22 93:16,18,19
94:13 95:4,7,15
96:2,7,14,24 97:2
97:11 98:23 99:5
99:12,21 101:9
102:9,13 107:12
110:10,19,20,25
111:6 113:11
114:11 115:2,10
115:18,18,21
117:17,18 118:2
118:23 119:7
120:7 121:19
122:11,14,18
123:2,9,16,17
124:4,13,17,17
125:1,10,12,25
127:1 128:3 135:4
135:5,11,14,23
136:4 138:8 139:4
139:19 140:5,8
141:3 143:25
145:8,15,18 146:1

146:8 150:6 152:5
152:5,17 154:2
155:4,6,9,13
171:11,17 174:7
187:14,22 188:7
188:11,17 189:2
209:8,17 210:2,13
210:14,16,18
211:2,7 213:5,7,16
213:20 214:14
215:4 224:9,10,25
225:8,13 226:11
226:24 229:24
231:2,13,16,24,25
232:10,11,24,25
233:4,6 238:17
239:22 241:3,12
241:14 243:12,15
255:25
**incognito's**  81:21
**incomplete**  215:22
**inconsistent**  75:1
75:20
**inconsistently**
76:7
**increased**  36:12
**independent**
213:21
**index**  7:2
**indicate**  35:4
**indication**  255:22
**individual**  17:20
17:23 40:9 171:13
213:24 214:4,7
222:17
**individually**  1:5
**information**  5:8
5:10,12,14,16
12:20,22 13:8,10
13:12 17:2,3
19:16,18,25 20:6

20:23,25 21:21,22
22:4,6,16,19,23,24
23:1,3 24:19 27:3
35:18,20 37:5,14
38:9 39:13 40:25
41:13,17,21,23
42:2,7,13,15,21,24
43:4,5,12,14,18,23
44:15 48:17,19,23
48:25 49:3 52:3
53:12,20,24 54:4,5
54:7,11,23 55:7,8
55:9,19 56:9 57:3
57:5,11,20,23,25
58:12,25 59:7,15
59:21 60:2,21
61:6,11,16 62:10
62:14,22 63:8,23
65:12 66:6 67:21
68:5,12,18,19,25
74:12,18 78:18,22
78:23 80:25 83:25
84:17 85:19 89:23
91:14,16 94:23
107:15 109:16
110:14,24 111:5
113:13 114:3,12
114:16 115:5,23
116:9,23 117:2,4
117:19 118:16,24
119:5,12 120:4,6
120:14,21,24
121:12,14,15,18
121:24 122:1,4,7,8
122:12,15 133:13
134:24 135:1,6,12
135:15 136:17
137:6 138:7,18,21
139:4,18 140:4,15
140:18 145:19
151:9,11,12,17,22

152:2,13,16,23
153:2,3,4,9,9,16
153:17,25 154:3,8
154:13,16,18
155:6,10,12,21,24
160:17,20,23
195:8,14,17,20,23
196:1 198:11
199:7 202:2,19
203:23 208:10,16
210:11,23 211:1,1
211:2 213:4,6
214:4 223:15
225:2 229:13
230:12,21 231:17
232:1,13 233:1
235:7,15 236:2,9
**informed**  154:20
**inherent**  212:22
213:2,6
**initially**  187:9
**injury**  158:6
**inquire**  197:3
**inquiring**  193:24
**inquiry**  193:25
**inside**  187:1
188:20,21
**insofar**  82:21
173:18
**install**  73:4,12
223:18
**installed**  71:25
87:18,20 239:12
240:17 244:4,10
244:17
**installing**  240:19
244:9,13
**instance**  241:20
**instances**  97:13
238:10

**instructing**  248:13
**instruction**  16:4
**instructions**  80:9
**instructs**  11:13
**integrated**  115:13
**inter**  206:5
**interact**  40:10
174:5
**interacting**  173:21
174:2
**interaction**  117:5
120:25
**intercept**  214:3
**intercepted**
212:21 232:3
**intercepts**  233:2
**interested**  41:17
75:14 180:8
259:14
**interference**  8:14
**intermediary**
108:12
**internal**  171:8
**internet**  12:2
17:24 22:10,17
28:7 30:15 46:9
47:14,21 64:1
65:14 135:21
136:11 158:25
159:3 166:3
223:15 226:8
**interpose**  142:23
**interposed**  256:11
**interpret**  245:10
**interpretation**
119:24
**interrogatories**
4:23 5:20,25 6:9
6:13,19 166:21,25
205:5,13 206:13
206:18 216:5,24

**[interrogatories - know]**

218:19,23 220:10
220:15 227:14
233:24
**interrogatory**
167:16,16 168:25
169:2,12 170:4,17
174:12,17,18
175:25 176:1,2,3
202:16 203:9
209:16 211:12
213:3 219:12
220:7 221:14,15
227:7,17 251:22
**interrupt**   31:22
60:5 131:13 183:5
**interrupted**   183:8
194:15
**interrupting**   185:5
**introduced**   252:25
**involved**   161:20
251:9,13
**ip**   117:6 121:2
134:13 199:22,24
200:5,13,16,19
201:4,5,6,14
213:21 214:12,21
**ipad**   239:18 244:1
244:4 245:2
**ips**   135:15 215:15
**ipsos**   223:11,11,13
223:14,25 224:6
225:1
**ireland**   79:9
**issue**   169:8 198:2
**issued**   240:11
**issues**   157:16
**item**   66:5 107:1
**items**   52:19 53:15
53:19

**j**

**j**   2:8
**jacksonville**   223:7
**james**   2:3 9:5
49:13 53:2 77:2
141:16,25 142:5
147:17 251:16
**january**   105:20
112:24 205:14,22
**javascript**   72:24
86:4,8,15,17 87:3
**jeremy**   1:4
**jlee**   2:7
**joann**   2:18 8:18
**job**   1:22 75:8
260:5 262:2
**joe**   58:15,17,19
59:1,4,7
**join**   223:18
**joins**   223:21
**jose**   1:2
**josh**   198:16
**joshua**   10:5
**july**   3:18 50:24
51:14 218:17
**jumped**   228:2
**june**   206:14

**k**

**k**   208:7
**kaufman**   44:25
**keep**   14:21 19:12
19:17,20 96:8
131:16 137:6
147:25 182:16
184:20
**keeping**   61:22,24
250:8
**kept**   20:1,7,23
**killi**   207:25 208:5
208:8,17 212:11

212:19
**kind**   27:10 33:18
34:3,8 39:6 40:11
40:13 47:25 54:1
59:17 83:8,16
88:3 95:16 98:16
130:13 131:8
163:16 165:11
239:17 240:11
**kinds**   36:25 48:5
93:6,7 236:10
**kipu**   162:18,23
**kits**   52:15
**knew**   212:11
**know**   11:2 12:2
14:24 15:25 17:5
17:24 18:7,8
19:10,25 20:5
21:8,12 22:3,4,8
22:18,20,21,24
23:3,6,11,14 24:18
24:24 25:11 26:8
26:9,9,10,11,13,16
26:18,20,23,24
27:4,5,8,21 28:6
28:10 29:2 30:5
30:15,21 32:1
33:23 35:19,21
36:14,25 37:9,17
38:14,15,17 39:6,7
39:10 40:7,12,23
41:5,18 42:8,18
45:11 47:5,10,12
47:12 49:11 51:4
53:25 54:9 57:23
58:1,13,15,16,18
59:4,20,23,24 60:1
60:1 61:5 64:21
69:17 70:12 72:8
72:9,13,15 77:6,7
77:16 80:16 81:2

81:6 82:3,6,13,24
83:2,13 85:22
86:3,5,22 87:11,23
87:25 88:16,25
89:18 90:22,23
91:13,14,23 92:13
93:10 95:19 99:4
99:8,10,17,19
100:11,20 101:4,5
101:20 102:10
104:20 106:21,24
107:1,8,9 108:8
111:7,9 112:16
119:25 125:8,15
125:20 126:5,10
126:11,14,15,17
126:21 128:9,11
128:12,22 129:1,3
130:4,5,12,14
132:17 134:21
137:15 139:13
140:23 141:9,17
142:14,16,19
148:21 149:21
150:7 153:15,19
154:5,9,20 155:22
157:2,5,18,22
158:22 159:24
162:7 163:8,24
164:6,23 166:10
167:3 170:6 171:9
172:1,4,19 176:12
179:4,11,24 180:8
180:18,24 181:2
184:11 185:16,24
186:9,11,18 191:6
195:11 200:18,25
201:16 204:14,15
204:18 205:8
208:2,8,12 209:16
210:21,23 211:5

213:13 214:5,18
214:19 217:22
222:12 225:12,17
228:16 234:18
235:1,19,25 236:4
237:8 238:4,6,8,9
239:5,15,20
244:17 247:25
248:19 249:5,15
250:6,8 252:4
254:5 255:1 257:2
257:9
**knowing**   17:12
**knowledge**   85:5
128:10 131:9,18
133:2 153:18
168:18,21 175:20
177:5,15 205:25
206:1 210:9
217:24 218:1
219:10 220:22
221:1 234:1
**knowledgeable**
133:1
**known**   79:21
146:7
**knows**   28:23 129:2
153:20

**l**

**l**   208:7,7
**lack**   52:25 70:8
78:11 90:4 142:24
143:5
**laid**   143:8
**land**   69:24
**language**   114:6
124:4,7 230:25
231:9 255:23
**laptop**   38:2 176:22
236:15 238:13,20
239:2,21,23 240:1

240:11 241:4
**laptops**   236:24
238:21 240:7
**largest**   124:5
128:9
**law**   250:22
**laws**   31:14
**lawsuit**   15:8,23
16:19 75:23,25
76:2 85:2,6,8
105:5 138:15,23
139:7,14 151:23
154:12 155:20
156:6,19 159:13
212:14 236:23
**lawyers**   245:12
250:21,24 251:2,6
**leading**   254:12
256:22
**learn**   39:22 40:17
45:7,10 73:11
90:12
**learned**   201:15
212:10
**led**   68:9 107:11
110:13 111:3
113:9 114:10,18
115:17 118:22
119:2,19 120:10
122:13 232:24
**lee**   2:3 3:8 9:5,6
11:8,12,13 12:10
13:13 16:2,9
17:21 18:19 21:25
27:24 28:6,25
31:21 32:10,18
38:10 44:5 49:14
49:19 52:23 53:3
53:5,9 54:25 59:8
60:6,11,15,23
61:19 64:5 65:4

66:9 69:11 70:6
70:12,17 71:2
75:7 76:10,23
77:5,13 78:10,14
80:22 81:17 82:11
82:19 85:12 87:21
88:9 89:4,10 90:2
90:6 91:25 92:15
92:25 93:8 94:14
97:15 100:6,14,18
100:22 101:14
103:25 104:2
107:2,17,20,25
108:4,14 109:6
113:2 125:2,18
127:24 129:19
130:12 131:3,12
131:14 132:1,10
132:16 133:21
134:17 137:9,20
137:22 138:3,24
139:8,22 140:19
141:6,20,23,25
142:4,8,23 143:3,7
143:14 146:11
147:1,8,21,24
149:7,11 150:7
152:4 154:1 157:7
159:14 160:19
171:3 179:10,15
179:18 180:15,23
181:12,23 182:10
182:11,18 183:7
184:8,9,19 185:4,7
185:14,23 190:17
193:18 194:7
196:5,13 197:18
206:20 210:8,19
213:8,23 215:21
216:7,12,18
217:12,15 218:5

224:8 235:9 245:7
246:16,24 247:4
247:11,20,24
248:7,10,12,14,24
249:5,12 250:15
251:20,25 252:8
253:10,12,15,17
254:13 255:1,3,10
255:16,21 256:4
256:16,24 257:12
257:15,22
**left**   33:11 240:13
**legal**   1:21 8:21
101:15,20,21
139:10,24 159:16
228:13 260:7
**length**   86:9 126:17
236:21
**level**   17:6 36:14
171:13,14 179:1,3
**lhk**   1:7
**lied**   140:25
**life**   157:19
**likewise**   175:11
230:15
**limit**   27:14 117:18
126:12
**limitation**   169:4
**limited**   12:14
92:24 94:25
108:25 117:20
159:6 244:14
246:18 253:19
**limiting**   187:8,10
**limits**   131:9
**line**   7:6,11,16,21
49:15,18 52:25
83:3 95:17 118:12
126:9 155:3
248:11 260:15
261:4 262:4,7,10

**[line - making]**

262:13,16,19
**linear** 38:15
**lines** 111:21
221:16,16 225:25
**link** 35:8 39:23
40:17 90:17,21,23
90:24 103:15
108:13,18,21,22
108:23,24 109:23
110:2
**linked** 17:19,22
18:17 128:4,13,14
128:15 129:9,10
130:9 133:12,18
**links** 35:5 69:6,9
108:1,7,17,18
**list** 19:3,7,11
52:20 53:11,15
72:2 115:11
121:13 150:14,14
150:18,21,22
169:15,19 170:12
170:15 172:9
176:25 177:9
200:17 219:19
**listed** 57:3 151:11
174:1 189:9,11,20
192:16 222:20
227:7
**lists** 136:6 150:24
**literally** 37:23
44:14 158:22
216:16 250:17
**litigation** 167:10
222:9 251:14
**little** 13:3 30:4
31:8 33:10 35:11
85:15 87:22 88:1
101:18 108:15
132:12 137:13
147:10 157:19

165:14 173:8
178:1,7 194:19
232:17 238:9
247:6 256:9
**living** 44:20
**llc** 1:8 8:7 260:4
262:1
**llp** 2:5,14
**load** 73:9 76:24
206:21
**loading** 89:5,5
**local** 144:2
**location** 144:3
**locked** 260:12
261:1
**log** 52:19 53:19
95:1 96:12 179:2
180:20 186:10,11
186:12 241:18,22
242:1,1 243:6
**logged** 97:6 177:5
177:8,19,20,23
178:5,8 179:7
187:14,19 188:12
188:18 189:3,5,8
193:1,2,11 194:21
242:5,5,7
**logging** 95:8 97:11
177:16 178:14,15
178:18,19,25
179:1 180:21
241:19
**logs** 53:16
**long** 30:16 33:3
45:14 98:3 113:1
124:24 126:15
176:3 185:7 200:8
200:10 216:8
222:23 228:25
237:3 240:21
244:23 246:22

247:15
**longer** 87:22 93:5
129:17 130:1
164:15 182:15
192:6,7,13
**longest** 124:25
126:9
**look** 20:14 34:16
40:4 46:9,13
59:24 77:18,20
83:7,24 93:10
95:23 104:14
105:3 107:3 136:4
142:18 143:19
196:17 198:10
201:5 208:25
211:12 215:10
221:13 238:7
**looked** 46:15
47:20 49:5 82:9
82:16,20 83:17,20
83:23 91:1 234:15
235:13
**looking** 18:13
20:19 30:19 51:11
51:12 77:2 78:2
81:1 94:1 106:14
150:15 158:3
174:25 193:20
200:24 217:5
231:21 232:18
238:8
**looks** 51:19 94:8
106:24 112:11
114:4 142:12
149:4 207:22
210:24 213:14
215:9 217:16,17
**los** 2:15
**lose** 158:16

**loss** 158:7 160:10
160:13
**losses** 159:18
**lost** 159:11
**lot** 26:20 46:14
48:4 86:23 89:2
94:20 99:8 122:20
169:23 170:7,19
201:17 209:9
215:16,25 225:12
225:13,14 249:16
**lots** 152:25 173:19
**love** 28:16
**lower** 33:11
**lunch** 88:5 98:1,12
**luncheon** 98:6

**m**

**machines** 187:2
**magic** 235:1
**mail** 103:11 105:8
105:10,17 163:12
163:18 177:1
189:11,14 191:17
191:20 192:21
194:22,24 195:3
198:24 199:1,16
202:7,14 203:3,7
204:5,20 242:14
**mails** 30:22
196:18
**main** 95:5,7
192:17 231:4
241:20
**maintained** 36:14
**maintaining** 22:15
**majority** 47:2
**making** 86:13
111:11,13 168:20
179:21 180:16
236:7

Page 20

[manage - mode]

manage   55:11
114:24
managed   163:5
manager   255:18
mao   2:4 9:8
mapping   244:15
mark   2:4 9:8
31:15,19 32:1
50:19 69:20,22
70:1 76:17 88:18
103:23 111:23
122:23 141:11
166:18 174:11,16
206:10 216:2
220:6 227:18,24
228:1
marked   7:20 32:6
32:14 50:25 51:25
63:12 70:5 76:20
88:21 104:8 112:2
123:3 142:3
148:15,17 156:3,5
167:1 174:23
195:5,14,17,20,23
196:1 205:5
206:18 216:24
218:16,23 220:15
227:24 228:5
233:12 253:20
market   152:19,22
154:6 224:13,21
marketing   66:25
67:4
marriage   259:13
match   234:14
matched   234:12
234:13
matter   8:6 83:2
125:5,6 222:4
259:15

matters   138:2
mcgee   2:8 9:11
mean   11:25 12:25
14:2 15:3,5,21
16:23 17:1 19:3
19:18 27:14 31:6
31:21 36:23,24
37:21 40:21 45:22
54:9,16 56:3
59:23 60:4 64:19
67:23 81:3 99:7
99:10 102:15
113:11 117:13,17
120:17 122:15
123:24 124:1
127:9 129:1,20
131:2,13 132:13
133:24 135:19
144:11 150:2,3
151:10 152:4
162:12 172:4,16
177:24 189:10
190:18 191:4,5
193:15 194:20
201:10 224:14
231:13 235:10
237:20 238:3
243:2 245:9,10,24
246:3,8 249:14,25
meaning   228:13
means   13:11 16:25
17:11 18:22 22:3
28:7,10 54:1
67:19 82:7 107:13
128:12 129:8
133:11,14 135:20
175:16,19
meant   36:23 40:4
43:25 44:12
166:16 168:3
172:24 243:4

measures   80:6
mechanism   48:13
48:14
mechanisms   56:23
media   8:4 41:14
meet   163:23 165:8
246:10,22 247:2
252:20
meeting   247:9
member   223:20
members   158:5
memorialized
196:20
memory   90:17
250:5
mention   171:18
233:4
mentioned   13:20
21:17 29:5 31:3
33:13 37:13 39:23
40:18 44:17 87:4
112:17 238:12
241:6 243:23
met   247:5 252:23
methods   55:10
miami   2:6 45:2
190:9,12 203:19
204:17
miamidadedems...
189:22,23 190:11
191:15,16,25
193:10 194:11
195:3 203:4 204:6
miamiprogressi...
193:9 202:8
miamiprogressi...
189:24 190:13
194:12
microphones   8:12
microsoft   73:8

middle   176:9
181:25 221:15
midmorning
98:16
mind   34:4,9 42:5
113:7 133:11,14
139:17 155:1
181:4 216:12
mine   103:19
160:18
minimize   100:10
141:19
minimum   21:3
29:24 85:18
151:11 156:1
minute   142:20
182:16 218:6
minutes   49:16
251:17 252:3
mischaracterize
60:24
mischaracterizes
64:6 85:13 140:20
misheard   197:22
misrepresentation
160:4
misrepresenting
154:18
misstates   256:14
misunderstanding
144:25
mobile   52:9 117:1
184:16 186:16
226:6 237:19
mobilexpression
226:18,25
mode   18:14 20:10
28:1,2,8,9 56:1,4
57:1 58:9,17 59:9
59:11 60:20 62:11
62:14 64:22 67:23

Veritext Legal Solutions
866 299-5127

[mode - nonresponsive]

68:6,13,17 74:10
74:11,18,23 75:1,3
75:20,22 76:9
81:8,11,12,22 84:1
84:18 85:2,4,5,9
85:15,18 91:18,20
92:14,20,22 94:13
95:4,7,15 96:7
97:2,11 98:24
99:6,8,12,15,20
101:10 102:13
107:12,13 110:9
110:10,19,20
111:6 113:10
115:2,10,21
117:17,18 118:2
118:23 119:7
120:7 121:19
122:11,14 135:4,5
135:14 138:8
140:5,8 143:25
145:18 150:6
152:17 155:9
169:21 174:7
177:7,11,18 188:7
188:11,17 189:2
211:2,8 212:22
213:5,7 214:14
229:25 230:10,22
231:2,3,13,14,16
231:25 232:11,25
236:1 239:22
241:3,12,14
**model**  153:21
208:11
**modem**  13:3
**modes**  99:2,18
100:4 235:20
**moment**  11:11
35:18,23 36:21
40:6 43:11 62:18

89:3,6 123:14
141:23 148:25
160:8 161:21
176:24 200:15
207:1,19 227:9
**monetary**  212:13
**monetize**  153:24
155:21 208:9,16
**monetizes**  153:9
153:16
**monetizing**  153:2
**money**  152:25
158:7,16 159:7,9
159:11 160:2
165:10,12,21,23
165:25 166:5
**monique**  1:4
**monthly**  158:23
**months**  45:17 76:1
76:3
**morgan**  2:9,9 9:11
9:11 251:3,3
**morning**  8:1 9:1,5
9:15 10:1,2 50:6,7
**mouth**  180:2
**move**  10:9 32:13
66:14 79:3 130:24
145:21 147:14,18
147:20 169:10
182:20 199:3
201:21,23 202:18
203:21 228:1
235:2
**moved**  183:25
186:1
**movie**  46:3
**moving**  21:15
187:25
**muddled**  181:11
**multiple**  14:25
93:19,21,23,25

94:2,7 99:9 110:5
112:18 159:21
236:24,24
**music**  164:14,15
164:23 165:9
238:5

**n**

**n**  2:1 3:2
**nail**  75:5
**name**  8:18 9:2
10:4,5 117:2
134:1,6 198:15
199:11 202:5,25
204:2
**named**  251:10
**names**  222:17
**narrative**  256:22
**narrow**  30:8 36:2
**nationally**  259:3
**nearby**  10:17
**necessarily**  19:4,9
23:24 38:21 42:20
44:14 51:17 58:2
77:6 81:2 99:17
103:19 119:1
121:8,21 140:22
159:22 162:20
215:11 242:4,12
249:13 257:7
**necessary**  260:14
261:3
**need**  28:14 31:19
70:14 74:20 82:7
84:3 107:7 158:15
209:12 248:20
252:1
**needs**  134:5 252:4
**neither**  125:21
239:7
**network**  38:1
39:11 117:1

136:11 201:6,9,10
**networks**  38:6
**never**  83:1 91:24
126:13 177:5
192:21 208:15
**new**  3:16 24:16,19
24:19,19 25:7,8,10
25:13,17,20 26:1,8
26:9,12,16 27:3,6
27:9,12,15 29:10
30:2,4,10,18 50:12
50:16,20,21,23
51:11,13 53:15
55:14,17 56:4,7,13
56:16,21,25 57:2,4
57:10 64:3,12
66:2 67:14,21
68:23 94:6,11
95:14 96:3 110:22
118:9,14,19
119:13 124:12,13
127:1 136:5,25
138:12 140:13
141:3 147:18
191:21 209:20
210:7
**news**  93:11
**newspapers**  26:23
**nice**  24:21
**nielson**  226:5
**night's**  245:18
**noise**  100:7,11,15
141:17
**non**  21:23 28:8
37:17 64:22 80:11
95:4 154:2 177:10
210:14 213:7
224:10
**nonpersonal**  81:4
**nonresponsive**
145:22

Veritext Legal Solutions
866 299-5127

[normal - open]

normal  15:20
normally  15:12
    16:18
north  2:9
northern  1:1
nos  6:13 218:23
notary  258:8
notating  260:15
    261:4
note  8:11 104:19
    132:23 194:7
    207:8
noted  53:2,4
    143:13 258:1
notes  111:10
notice  30:4 31:3
    31:13 33:14 99:24
    110:22 111:1
    116:15 231:24
    232:11,24 233:4,6
noticed  91:24 92:4
noticing  8:25
notifications  31:9
    194:24
notions  61:22
notwithstanding
    176:16 211:19
    219:15
nude  133:25
number  4:23 8:4
    95:21 107:1 117:3
    117:4 157:18
    166:21,25 168:25
    169:2,12 174:18
    176:2 200:11
    206:13 216:6
    219:13 220:11
    228:24 229:6
    230:8 231:20,22
    260:15 261:4

numbers  51:25
    205:13 219:1

o

oath  11:19 37:1
    50:9 98:20 148:12
obfuscated  46:13
object  11:12
    130:23 159:15
    196:25 197:7
    254:10
objecting  197:14
objection  9:7
    12:10 13:13 17:21
    18:19 21:25 28:25
    38:10 52:24 53:8
    54:25 60:23 61:19
    64:5 65:4 66:10
    69:11 70:7 71:2
    78:11 80:22 81:17
    82:11,19 85:12
    90:3 92:25 93:8
    94:14 97:15
    101:14 125:2,18
    132:1 133:21
    134:17 139:8,22
    140:19 141:6
    142:24 143:1,6,13
    146:11 171:3
    190:17 194:8
    196:6 197:24,25
    198:5 205:12
    206:6 207:10
    210:8,19 213:8,23
    215:21 224:8
    235:9 254:9,12,24
    255:9,14,19 256:2
    256:13,21
objectionable
    133:4
objections  4:21
    5:18,22 6:6,11,16

8:22 34:17 70:16
    166:20,24 176:17
    205:3,20 206:12
    206:16 211:20
    216:4,22 218:18
    218:21 219:16
    220:9,13 221:5
    228:6
obligations  80:4
obtain  215:25
obtained  71:12
obvious  21:13
obviously  183:25
occasion  50:12
occasionally  14:17
    35:13 192:19
odd  214:2
offer  114:8
offered  166:9
office  260:11
offices  191:22
oh  55:20 90:14
    123:11 174:13
    175:13 201:21
    217:15 227:19
    239:5 241:14
okay  10:10 16:8
    16:15 17:18 23:12
    31:11 32:18 33:7
    43:1 49:21 51:7
    51:10,11,15 52:11
    53:22 54:6 55:17
    55:20,23 63:14,17
    66:1,5 92:19
    95:11 97:25
    100:21 107:24
    108:14 119:20
    123:15 137:7
    138:3 141:20
    142:5 143:19
    147:4,23 149:11

151:4 157:21
    158:1 167:19,23
    174:15 175:4,24
    179:19 181:12
    185:23 194:7
    197:12 205:11,21
    206:10 207:7
    209:15 211:16
    214:20 216:18,19
    217:15,20 218:2
    220:5 221:3
    226:17 227:5,25
    228:10,21 229:3,5
    248:9,15 249:23
    251:20,25 252:8
    253:15,23 254:14
old  26:23
older  223:20
once  36:3 110:5
    182:22 187:15,21
    197:24 241:25
    248:19
one's  163:18
ones  47:15 53:22
    54:7 102:12
    163:13 172:7
    190:13 193:7
    200:21 249:10
online  23:21 25:18
    38:9 65:19 81:16
    82:1,10,17 83:9
    164:23 169:6
    213:20 223:4
ons  71:21,24 87:5
open  10:12 16:25
    32:11 55:25 70:18
    81:22 83:16 93:18
    93:19,21 94:1
    100:9 104:10
    105:20 112:3
    124:13 125:1,10

Veritext Legal Solutions
866 299-5127

[open - party]

125:13 126:1,10
126:13,16,19
141:22 148:21,22
149:8 156:12
175:1,4 199:5
201:25 206:23
211:13 217:8
253:22
**opened**   32:16
47:11 74:17 94:7
96:24 101:9
102:25 104:25
105:13,24 110:20
123:11
**opening**   13:5 15:2
51:9 121:18
135:10,13 140:4
174:6 187:10
**operate**   79:14 99:9
**operated**   63:2
**operating**   117:1
**operative**   108:18
**opinion**   75:19
159:17
**opposed**   171:13
**opposite**   123:12
**opt**   3:19 67:11
69:2,25 70:4
72:12,17,22 73:4,6
73:9,11,16,22 74:3
**option**   34:15 47:18
85:10
**order**   73:8 257:23
**organization**
193:7
**organization's**
191:13
**organizations**
161:12,19 190:9
191:1,12

**orient**   181:6
**oriented**   181:14
209:18,19,23
**original**   260:10,21
**outcome**   259:14
**outrageous**   179:19
180:11
**outright**   42:6
**outs**   73:22 74:3
**outside**   85:3
188:24
**override**   120:13
120:17 121:10
**overrides**   146:21
**overriding**   81:6
121:8,22
**owned**   63:2
**owner**   128:10

## p

**p**   2:1,1
**p.a.**   2:9
**p.m.**   50:4 98:5,9
148:5,9 218:10,14
252:12,16 257:21
258:1
**page**   3:14 4:5 5:4
6:4 7:6,11,16,21
33:5 35:1,5 51:23
51:25 52:1,2,7
63:15,16,18,19,20
65:23,25 66:14,15
66:15 72:18 77:11
78:6,7,8,17,18
79:3 90:20 94:7
95:5 106:5 109:9
113:25 114:2
115:17 116:8
119:17 120:2,21
120:23 122:6
124:12,13,14
127:1 136:6,25

138:12 140:13
141:3,12 143:20
143:22 151:5,15
157:18 158:1
167:25 168:2,4,6,7
168:9 169:1,11
174:20,21 175:11
175:12,12,13,14
176:9 200:1,24
211:14,15,18
219:13 221:16
229:7 231:19
254:6,15 260:15
261:4 262:4,7,10
262:13,16,19
**pages**   35:9 200:9
200:12 253:2,6
260:14,17,17
261:3,6,6
**paid**   45:23 165:4
209:4 222:12,22
**panel**   223:12
226:6,18,25
**paragraph**   34:24
114:14,22 116:21
150:23 151:7
157:17 158:3,4,13
169:14 170:10
176:15,15 211:17
211:21 219:14
221:17,22,23
225:3,4,23
**pardon**   12:21
101:4 170:19
**part**   25:16 60:7
104:24 111:12
114:3 119:9,11,13
120:20 124:10
128:24 158:23
160:4 176:10
183:12

**participants**   8:10
223:16
**participate**   223:24
**participating**
223:17 224:4
**particular**   13:9
20:20 37:11 38:23
40:14 41:25 43:11
43:15 44:12 48:2
59:5,6 77:8 87:20
92:21 107:7
109:14 115:19
116:13,18 118:25
126:12,16 149:24
177:16 181:22
204:19 213:18
224:23 225:19,19
225:20 230:7
234:14 236:23
237:4 248:6
250:13 253:6
**particularity**
169:5 176:5
**particularly**   14:21
36:13 41:2 42:10
52:18 55:2 64:11
64:16,21,25 65:8
68:22 73:20 74:2
88:15 105:22
210:11 256:3
**parties**   8:15 80:7
196:19 259:12
**partners**   41:15
**parts**   107:10,11
112:16,20 113:7,9
113:24 119:19
176:14
**party**   13:9 71:18
79:13 84:25 85:10
85:16 91:11
115:14 119:3

Veritext Legal Solutions
866 299-5127

[party - policy]

124:3 190:10
203:20 238:5
243:5
**passed** 83:25
**passive** 226:7,13
226:20
**path** 130:13
**pay** 26:21 158:24
165:10,12,13,19
165:21,22,24
166:4 208:24
215:18,23 219:20
219:23 222:3
224:7 226:4
**paying** 23:15
**pays** 226:6
**paywalls** 94:16
96:12
**pdf** 51:23 108:7
158:2 260:12
261:1
**penalty** 233:23
260:16 261:5
**people** 127:4,11,20
127:22 164:22
191:11 208:9
224:14 240:3
**percent** 22:2 149:2
**perfect** 10:20
**perfectly** 142:4
248:16
**perform** 79:7
**period** 93:17
124:18,20 169:5
169:24 170:3,10
237:16 238:22
260:18 261:7
**periods** 92:23,24
93:2,6,13
**perjury** 233:23
260:17 261:6

**permission** 134:3
**person** 64:1,11,17
64:21 166:16
191:18,21 204:16
204:18 223:6
243:6
**personal** 38:2
53:20 54:5,23
58:11 80:2,8,11,18
81:3 109:16
131:17 133:2
151:22 152:2,5,12
153:24 160:16,18
160:22 165:18
189:16,18 190:2
190:15 192:10
199:1 208:16
211:24 212:1,13
212:17,18,20,24
236:15 237:17
238:13,20 239:21
239:23 240:12
241:22 242:10
**personalization**
3:22 88:21 89:14
89:20,22 91:9
**personalizations**
95:6
**personally** 22:4
161:11,14 203:15
**perspective**
165:17 210:22,25
**phone** 10:17 39:2
117:3 176:23
189:2,3,5 194:23
236:15,19,20,25
237:4,17,18,25
238:4,8,11,18
240:2 247:6,14,15
**phones** 188:25
189:1 236:24

237:8,13
**phrase** 34:23
**physically** 126:18
**pick** 8:12 200:16
**picture** 133:25
**piece** 71:18 214:12
214:13
**pieces** 53:18
213:19,25 214:4,7
214:8
**place** 8:17 108:19
108:20 116:5
136:16 201:11
**plaintiff** 5:17,21
6:5,10,15 177:4
205:2 206:15
211:22 212:9,15
212:17,21,25
216:21 218:20
220:12 251:10
257:23
**plaintiff's** 177:4
252:19,21
**plaintiffs** 1:6 2:2
9:7 31:18 158:5
196:21
**platforms** 115:13
**play** 164:14,15
165:8
**players** 164:23
**playing** 238:5
**please** 8:11,23
10:3 14:4 53:1
76:25 106:25
168:5 179:17
181:6 184:3 185:6
207:1 227:21
254:11
**plugged** 238:4
**plus** 87:8

**point** 10:24 28:16
34:1 37:9 49:8
51:3 52:7,12 55:6
63:22 73:22 74:4
81:1 88:16 130:16
155:8 157:8
159:25 165:11
225:10 244:10,18
**pointed** 150:18,21
**points** 67:2 105:4
109:25 114:23
144:5 213:12
**policies** 12:24
20:12 23:6 29:7
29:18 30:23 63:4
103:12 108:21
110:13,15,16
116:6 229:22
235:17
**policy** 3:17,21 4:9
29:24 30:11,20
50:17,21,24 51:13
51:16 55:12,15
56:15,17 61:5
62:7 63:5 64:4,9
64:13 66:3 69:21
76:18,20,25 77:4,8
77:24 78:3 79:21
80:5,16,21 81:20
83:14 84:14 101:8
102:9 103:5,16
110:1,4 111:24
112:2,6,11,11,18
112:23 113:18
116:15 118:10,15
118:22 119:2
140:2 145:18
146:21 150:16,19
229:11 230:2,9,19
231:15 255:25

Veritext Legal Solutions
866 299-5127

[polluted - probably]

polluted   97:1
poor   153:8
pop   4:12 31:8
   33:10,14 34:11
   123:2,9
pornography
   209:25 210:1,6
portion   137:16
   159:7,8,9 183:2
portions   106:21
posed   169:3
position   191:18
positions   191:19
   192:3,3
positively   54:13
possession   240:6,9
   240:16
possible   15:12
   16:18 126:18
   178:4
post   173:13,14
posts   172:2,20
potentially   161:16
   244:16
pours   152:25
power   158:21
powered   25:25
   26:5,12
practices   158:9
precautions   23:20
   23:24 65:18,22
precisely   163:13
   172:9
predicate   143:8
predict   67:1
   215:11
predictive   40:11
preface   209:12
preferences   34:15
   67:2

premium   165:5
preparation
   246:11 247:5,15
   247:19
prepare   245:6
preparing   234:5
presently   14:18
preserves   193:1
pretty   15:15 30:6
   34:13 43:8 53:25
   84:13 109:14
   184:3 208:13
   232:23
prevent   72:19
   73:18 230:11
   232:25
prevents   231:25
   232:12
previous   116:16
   156:9 162:2,5,13
   227:2
previously   156:1
   181:15 196:9
   226:14 253:20
price   67:2 154:8
   224:13,21 225:10
   225:20
priced   154:7
   210:10,23 214:17
   226:16
prices   214:18
   224:15
pricing   213:12,14
primarily   46:22
   46:24 96:8
primary   44:24
   96:13 159:25
   254:23
prior   60:24 64:6
   85:7 92:1 140:20
   182:3 197:5

250:21 251:6
   254:2
priority   88:3
privacy   3:17,21
   4:9 12:23 20:12
   22:15,22 23:6,21
   29:7,18,24 30:11
   30:19,23 31:10
   35:25 36:3,12,20
   37:8 50:16,20,24
   51:13 56:15,17
   61:4 62:7 63:4,5
   63:25 64:4,8,11,13
   64:17,20 65:2,6,8
   65:9,10,10,19 66:3
   73:22 74:3 76:18
   76:19,25 77:4,8,24
   78:3 79:20 80:4
   80:15,20 81:16,20
   82:1,5,10,17 83:9
   83:14 84:14 97:3
   99:24 100:1 101:7
   102:8 103:4,12,16
   109:15 110:1,4,13
   110:14,16 111:24
   112:1,6,10,11,18
   112:23 113:18
   114:24 115:4
   116:6,14,15 118:9
   118:15,21 119:2
   134:4,7,16 135:17
   139:21 140:1
   145:17 146:21
   150:15,19 171:1,5
   171:8,12,19,21,24
   172:7,11,23,25
   173:6,18,22 174:3
   208:21 229:11,22
   230:2,9 231:14
   232:18 235:17
   255:25

private   4:14 8:13
   11:23 12:5,7 13:1
   14:10 17:4 19:13
   19:17 20:1,7,23
   54:4 64:21,25
   68:13 80:2,8,17
   81:3 107:12 110:9
   113:10 118:24
   127:19 128:18,21
   129:11,14,18
   130:1,8 133:15,15
   133:16,18,20
   134:11,14 135:20
   140:15 141:5,13
   142:2 169:21
   172:21 177:7,10
   177:17 208:10
   211:4,7 212:22
   226:11,24 230:10
   230:19,22 231:2
   231:13,15 235:20
   236:1,2
privately   115:2,9
   115:21 117:16
   118:1 119:10
   120:9 122:3,10
   127:3,11,18 128:7
   135:20 136:19
   145:16 211:25
   232:17
privileged   157:2
pro   32:21
probably   15:23
   21:12 30:2,12
   35:12 47:13,24
   49:10 72:16 86:1
   87:15 91:22 93:1
   93:11 102:10
   119:17 125:8
   152:24 189:7
   234:20 239:14

Page 26

[probably - read]

240:19 241:13
242:6 244:5
245:21 249:16
251:23
**problem** 123:12
**procedure** 260:19
260:20
**proceedings** 8:23
**process** 40:11
167:15,17
**processes** 26:25
**produced** 195:8
**product** 159:24
166:9 233:7
**production** 7:10
196:11 253:7
**products** 24:17
66:17 67:3 102:20
115:13 160:3
164:1,5
**professional** 46:4
71:6
**professionally**
45:13,15,20
**profile** 94:19
**profit** 212:3
**progressive**
190:12
**prohibits** 236:1
**promise** 61:23,24
62:2,21
**promises** 149:18
**proper** 143:8
186:3
**properly** 73:10,12
**property** 17:23
18:23 19:2 22:9
158:7,19 159:5,8
160:10,14,18
**protect** 23:21
65:18 81:16 82:10

82:17 83:9 97:3,3
114:16 211:25
**protecting** 65:9
82:1
**protections** 83:8
**provide** 72:18
79:7 87:2 138:12
212:13
**provided** 83:13
120:14 260:19
261:8
**provider** 136:12
**providers** 67:9,17
79:4,7 80:3,10
118:18 119:6
**provides** 223:13
226:19 243:5
**providing** 78:22
212:24
**public** 172:3,20
173:17 258:8
**publisher** 26:18
**publishers** 26:21
**pull** 20:13 253:20
**pulled** 197:11
**purchase** 66:23
**purchasing** 226:21
**pure** 65:7
**purpose** 137:11
187:4
**purposes** 77:7
**pursuant** 80:9
253:9
**put** 23:10 26:22
114:17 121:16
136:16 184:5
216:17 221:9
233:21

**q**

**qualified** 130:4
224:12
**qualifies** 81:18
82:4
**question** 7:20
10:25 11:12,14
13:15,18 16:10,14
28:15 39:21 42:10
44:6,6 58:7 68:10
70:13 76:11 77:23
82:7,15 92:12
107:4,23 108:5,15
108:16,17,25
109:5,7,10 113:9
113:16 126:8
129:7,8,23 130:3
130:16 131:1,11
132:7,8,15 133:13
139:1 145:24
157:12 158:15
159:6 169:3
171:15 172:24
173:6,9 176:4
181:8,20 182:2
184:1,23,25
194:16 214:1
234:9 242:20
245:8,9,13 246:18
248:17,18,24
249:1,20 250:11
250:12 256:11
**questioning** 49:15
49:18 52:25 95:17
118:12 147:15
155:3
**questions** 10:24
11:3,11 27:25
43:1 71:6 88:10
113:6 131:17
161:4 167:11,12

169:15 175:9
176:12 185:4,21
194:5,9 196:25
205:20 207:5
228:16,23 253:14
253:19,24 254:16
256:6 257:13
**quick** 16:3 50:8
**quickly** 111:9
216:20 233:19
**quinn** 2:14 9:3,16
**quinnemanuel.c...**
2:16 260:2
**quit** 15:23
**quite** 95:12 105:5
153:6 158:22
200:8,10

**r**

**r** 2:1 262:3,3
**r&s** 261:1,9
**range** 30:9,11
**rapidly** 208:13
**rare** 46:17
**rarely** 96:16 97:12
**rate** 38:5 192:24
**reached** 131:8
**read** 20:14 23:6
28:15,17 29:18,23
32:12 34:14,20
35:21 46:14,18
52:11 55:11,14
66:21 79:1,20
80:14 81:19 82:5
82:21 83:12 94:12
107:21 109:8
111:8 127:7
137:19,21 142:20
142:21 143:24
146:6,13 150:8,10
156:20,22 181:13
181:22 182:4,19

Veritext Legal Solutions
866 299-5127

[read - relevant]

182:22 183:1,3,12
225:25 226:1
228:16 233:23
235:16
**readers**  67:6
**reading**  64:8
93:11 94:17
112:21 113:5
158:12 181:5
260:23 261:9
**realize**  228:25
**really**  33:2 35:18
45:12 49:11 53:24
93:9 120:3 125:8
126:15 131:19
179:11 225:20
250:11
**realtime**  1:21 9:22
259:4
**reason**  42:2 94:15
96:2,7,13 105:14
105:21 106:19
181:22 182:25
217:21 231:4,11
262:6,9,12,15,18
262:21
**reasonable**  105:23
186:2
**reasonably**  160:1
**reasons**  94:4,21
95:12,18 97:5
225:14
**recall**  21:18 26:11
29:8,21 30:3 31:4
69:7 70:24,25
72:14 74:13,16
91:15 92:5,6,21
100:2,5 104:25
109:20 113:8
116:12 118:8,11
118:14,18,19

120:23 121:6
123:25 124:20
125:17,21 126:23
136:22 152:14
157:1,5 161:6
170:9 173:2,23
174:1 177:16
187:17,23 188:14
188:22 209:8
212:10,16 217:10
220:4 222:25
223:1 234:4
237:11 239:16
240:18 242:3
243:14 253:23
254:4,14 256:7,12
**receive**  57:2,5,10
57:20 58:11 62:22
84:9 91:19 107:14
110:8 111:4
113:12 119:8
140:14 206:9
230:21 231:17
**received**  122:16
207:10 221:7,9
233:13
**receives**  119:12
138:6
**receiving**  62:13,17
67:20 68:12
230:11
**recess**  50:1 98:6
148:6 218:11
252:13
**recognize**  104:12
156:14 175:5
200:13,18 201:4
205:15 206:25
219:4
**recollection**
177:15 212:15

248:6 249:4,11,15
250:1,14
**record**  8:2,16 9:14
10:4 49:24 50:4
52:13 58:8 66:22
70:2 98:2,5,9
104:19 105:19
112:22 132:24
133:8 143:24
148:5,9 150:25
151:1 158:11,14
174:16 179:21
180:7 181:1,9,10
182:13,17 183:17
184:5 185:22,24
192:22 194:8
195:6 196:13,14
196:17 208:7
216:9,17 218:4,9
218:14 221:10,10
226:1 227:19
233:16,21 234:12
246:9 251:18
252:12,16,18
256:14,18 259:9
**recorded**  8:5 17:5
94:23,24 179:23
180:2,17 183:17
**recording**  8:17
**records**  96:11
105:3,12 106:16
**reddit**  95:2,3,5
96:12
**refer**  117:8 151:13
**reference**  21:1
255:6,7,12,17
**referenced**  260:6
**referral**  121:4,4
214:23
**referred**  124:11

**referrer**  214:15
**referrers**  215:13
**referring**  33:4,15
106:10 123:19
124:2,6 150:17,24
162:11 178:17,21
178:23 197:19
236:20
**refresh**  32:5 51:2
148:19 204:24
248:5
**refreshed**  249:4
249:10,14,16
250:1,8,14
**regarding**  70:8
102:23 194:9
**regardless**  169:20
**regards**  113:16
**regularly**  163:21
170:23 240:4
**regulatory**  33:25
**related**  42:13,16
75:3,22 76:9
120:21 133:16
134:13 152:13
155:6,12 171:2
193:7 195:9 197:1
210:5,15,17 213:4
213:6,19 236:2
259:12
**relates**  92:12
223:10 224:22
**relation**  222:24
**relationship**
250:20 251:5
**relative**  213:12,14
**relatively**  148:23
**released**  260:21
**relevance**  132:1
**relevant**  38:18
41:2 89:25 102:12

Veritext Legal Solutions
866 299-5127

[relevant - reviewed]

111:19 128:24
131:25 176:14
242:11
rely  43:19
remain  211:4
remember  29:25
30:14,16,17 35:22
40:19 49:12 50:13
50:17 51:15,18
62:4 69:5,18 72:4
72:7 87:5 90:18
90:20 98:25
103:13 107:10
109:14 113:25
114:5,9 118:12
138:1 149:4,15
150:23 162:14,20
163:11,12 164:20
168:19 169:20
173:20 174:9
177:22 178:4
207:21,23 208:11
209:14 217:9
237:5,6,20,22
244:5,7,9,12,19
remembered  64:8
remind  14:8 234:6
reminder  50:8
98:19 113:14
148:12
reminders  14:6
remote  9:7
remotely  8:11
31:25
repeat  139:1
rephrase  91:19
replacements
237:15
replaces  255:24
reported  1:19

reporter  1:21 8:19
9:22 13:24 14:5
39:18 60:9 100:12
127:25 137:13,16
137:18 156:8
179:6,23 180:3,18
180:25 182:19
183:7,10,24 184:7
184:9 201:2
243:17 253:8
259:4
reports  117:7
121:2
represent  69:23
77:3 112:5 123:7
195:7 230:10
231:15,25 232:11
232:15 257:10
representation
236:8
representations
58:4 68:8 81:7
82:22 120:12
197:6 235:19,23
represented  11:5
23:16 66:1 68:16
74:22 91:17 129:5
representing  9:17
73:25 80:24 251:7
represents  140:2
request  7:10 117:9
121:5 142:25
151:14 186:3
229:6,10 230:8
231:20,21,23
requested  183:2
256:8 261:1,9,10
requests  228:8,11
require  14:6 166:9
research  81:15,19
81:25 82:4 222:1

222:8,13,23 223:4
223:12,25 224:5
235:11
researched  235:5
235:22
reserve  62:19
resources  45:10
83:12 144:6,11,12
145:10 146:3,9,16
146:24 153:1
257:5
respect  120:14
171:20,22 229:5
respond  194:16
responded  58:6
71:5 167:12 170:3
170:16
responds  211:23
response  6:7 39:21
70:13 169:11
174:12,17 175:9
176:10 202:16
203:9 205:12
206:5 207:9
211:12 213:3
216:23 219:12,14
220:8 227:8
229:17,21 230:5
232:5 251:22
responses  4:21 5:5
5:18,23 6:11,17
166:20,24 174:23
205:3 206:11,17
207:5,15 209:16
216:4 218:17,21
219:6 220:9,14
221:6 227:14,18
228:7 234:7,22
responsibility
114:15

responsible  257:7
responsive  132:20
rest  227:6 245:18
restricting  119:21
restrictiveness
38:22 39:4
result  152:22
158:7,16 159:11
160:14
rethink  248:22
return  260:17
261:6
reveal  16:5 75:9
245:11 246:13
revealing  16:10
76:13 245:15
246:19
review  29:6,6
30:24 94:11 95:15
103:16 107:9
111:16 112:14
116:1 158:14
205:23 207:14
219:6 220:20,25
221:23 247:18
260:8,10,13 261:2
reviewed  30:11
50:16 56:24 64:3
64:12 72:9 77:21
77:25 78:1 99:23
99:25 104:22
106:1,22,25
109:11,13,17,23
109:25 110:4
111:8 112:10,17
112:18,20 113:15
113:17,18,20
114:5 116:3,5,18
116:20 143:9,16
175:19 217:17
229:3,12 230:3

[reviewed - scrolling]

248:5 249:3
252:24
**reviewing** 51:15
51:18 107:10
109:4 113:8 114:6
114:9 116:12
119:22 168:19
207:21 217:10
**revise** 78:16
129:23
**revised** 5:5 174:22
**revocation** 196:8
196:11,24
**revoked** 193:22
194:4 197:17
198:7
**revokes** 196:22
**rewards** 223:14
**rfa** 228:24
**right** 10:10 13:17
13:20 14:1 19:24
21:1 24:6 25:5
26:1,15 28:24
29:12 32:20 34:9
35:2 37:15,19
40:3 42:17 44:24
46:19 54:20 56:9
57:13 62:19,24
63:21 64:4,23
65:24 71:8,9
73:23 83:6,10
86:14 88:17 89:12
97:7,8 99:15,16
100:4 103:1,14
106:10 110:5
111:8 115:22
120:16,18 126:19
126:25 128:25
129:7 133:17,24
136:2 144:13,18
146:3 160:10

161:1,2,17 162:1
162:13 168:13
175:22 176:23
178:7 181:10
183:18 185:21
207:22,25 208:12
211:4 217:16,25
218:8 220:3 222:3
227:12 231:6
234:11 238:15
241:8 244:2
246:16 249:20,22
257:15
**rights** 185:18,19
**rigid** 38:14 39:7
**ring** 87:9
**rise** 97:20
**rmcgee** 2:11
**road** 244:15,23
**roading** 244:24
**rog** 5:6 174:23
**roles** 190:8 191:1
**room** 11:4 100:9
**rossana** 2:4 9:9
**rossin** 44:25
**rough** 248:2
257:24
**roughly** 15:15
33:17 113:25
**router** 223:19
**rpr** 259:21
**rule** 23:5 30:23
103:18,21 111:10
125:21 154:24
166:11 168:15
224:1
**rules** 186:4 261:8
**running** 158:19
**ryan** 2:8 9:10

**s**

**s** 2:1,14 3:11 4:2
5:2 6:2 262:3
**safari** 73:7
**sake** 65:10 147:25
**sales** 24:25,25
**salient** 119:19
**san** 1:2 2:4
**satisfaction**
139:17
**satisfied** 141:9
**saving** 144:1
**saying** 19:23 30:22
92:4 117:15
118:20 120:3,18
122:2 144:17,18
172:6 182:5
**says** 41:16 51:12
52:13 53:16 55:7
66:5,17 73:3 79:6
79:12 80:1 89:19
89:22 104:16
106:6 108:12
110:1 114:11
115:18,22 116:8
116:23 117:12,25
118:7 119:9,11,14
120:24 121:25
122:9,11 127:2
143:20,23 145:7
145:12,18,25
146:5,23 158:4
160:9 168:9,16
169:11 175:12
176:20 191:24
198:10,20 199:11
199:19,22 202:2
202:11,25 203:3
203:12,13,16
212:9 221:5 222:6
223:11 224:6

229:17 230:8,15
230:20 231:1,23
232:16,19 233:6
**scenario** 94:3,5,25
**schedule** 260:10
**schiller** 2:5 9:6,10
250:22
**school** 26:23
136:10,11
**scientist** 130:21
**scientists** 130:5
**scm** 189:22 191:15
191:23,25 193:10
194:11 195:3
204:6
**scope** 101:21
**scrapers** 87:1
**screen** 4:12 10:11
13:3,6 17:1 20:13
40:5 61:3 62:8
68:8 72:15 74:14
74:17 81:21 84:6
84:8,12 89:1
102:9 108:11,12
110:21 122:18,19
123:3,9,16,18,22
124:4 136:5
145:15 146:22
256:1
**screenshot** 3:15
4:10 32:14,23,25
33:3 123:1,8,15,17
**screenshots** 33:2
**screenwise** 223:11
**scripts** 52:15
**scroll** 51:22 52:6
106:23 116:7
151:4 176:11
231:19
**scrolling** 157:23
229:8

[sdks - sessions]

sdks  52:16
se  2:5
search  4:17 58:14
  61:8 63:3,10
  148:16
searched  58:16,19
  59:2,4
searching  61:12
seat  192:6
seats  191:22
second  4:19 5:24
  19:17 21:15 77:2
  90:14 114:13
  116:8,21 117:11
  127:20 147:5
  151:7 156:2,6,18
  157:20 163:4
  169:14 206:12,17
  219:13 228:7
  234:17
seconds  123:7
section  66:22
  109:14,21 111:18
  114:1 115:7,11
  116:1,13,22
  117:11 121:7
  254:20
security  80:6
see  25:20 32:9,17
  32:22 33:1,7,8,10
  34:22 35:3,7 51:3
  51:4 52:2,7,10,21
  53:11,16,17 55:12
  55:13 63:21,22
  66:7,18 67:12
  69:1,4 70:11,14
  73:1,2,13,14 78:18
  78:20 79:3,10,11
  79:18,19 80:12,13
  81:4 89:9,12,15,19
  89:21,25 90:8,10

90:11 95:7 106:7
112:8,9 114:13
115:6,23 116:10
117:9,10 123:6,13
123:15 124:14
127:4,5,6,12,21,23
130:14,15 133:7,8
142:7 143:22
144:7,8 145:12
146:17,20,22,23
146:25 147:6
148:20 154:6
158:9 160:1 168:8
169:2,8,12,17,18
170:13,14 175:15
176:6,17,19 177:1
177:11 185:16
189:12,25 198:11
198:12,14,17,22
198:23 199:9,20
199:23 200:2,3,5
202:3,6,9,13,20,22
203:1,4,13,15,23
204:6,9,13,25
211:20,21 212:3
219:2,3,16,21
220:18 221:18,21
222:5 223:21,23
226:8,9 228:8,9
229:15,16,18
230:13,14 232:3,4
232:5 234:1,3
256:3
seeing  24:23 70:24
  74:16
seek  18:5
seen  24:6,7 26:12
  30:3 61:2,3 70:20
  72:14 74:14 86:1
  89:16 90:23 91:7
  91:10,12,15 92:6

123:21 142:11
145:13,15,17
148:24 167:6
206:8 228:18
235:21 254:3
select  173:13
self  45:10
sell  151:21,24
  152:3,12 155:5
  208:22,23 212:16
  212:18 222:19
  226:10,11,23
selling  26:18 225:9
  225:19
sells  26:10,16
send  235:6
sending  236:8
  253:6
sense  16:19 29:2
  46:12 115:16
  152:1,11,17
  155:11 173:15
  194:25 228:15
sensitive  8:12 54:6
  54:8,10,16
sent  48:19 194:24
  235:14 236:3
sentence  79:11,12
  80:1 114:14,17,20
  115:19 117:11,15
  118:3 158:13
  168:16
sentences  81:2
  114:25 120:2
  122:13
separate  19:21
separately  127:15
  186:13
september  105:13
series  95:19

serve  208:24
served  92:7,13,20
  205:22 219:7
  220:21 227:16
  252:22
service  12:23 23:7
  30:22 56:15,18,21
  61:4 62:6 63:6
  79:4,6 80:3,10
  81:20 83:15 101:7
  101:9 102:8,25
  104:4,17,21 106:2
  106:7 108:20
  118:18 119:6
  136:11 144:22
  145:2,5 165:16
  242:9,19,23
services  4:6 24:17
  25:4 48:10,15
  52:18 55:10 61:7
  61:8 63:9,10
  66:18 67:3 68:20
  68:22 74:8 79:8
  79:14,14,17,22
  84:16 96:9,10
  102:11,15,19
  104:7 114:23
  115:3 116:10
  117:6 120:22
  121:1 159:21
  160:3 161:6 169:7
  219:20,24 220:2
  229:14 230:1,12
  231:18 235:17
serving  167:16
session  49:7 125:1
  125:10,13,25
  126:1 148:1
  187:11 235:7
sessions  140:16
  155:7 224:25

set  5:19,24 6:8,12
    6:18 149:6,9
    166:13 172:2
    205:4,13 206:12
    206:17 216:5,23
    218:18,22 220:10
    220:14 228:7
    233:10 234:17,17
    253:19 259:7,17
setting  84:20,24
    85:1,3 171:17
    172:20
settings  3:23 85:22
    86:4 88:21 89:14
    115:4 116:25,25
    171:1,6,8 173:22
    174:3
share  10:15 12:19
    12:22 22:19 24:2
    32:3 38:8 40:7,8
    41:13 43:15,18
    48:25 51:3 67:7
    78:18,23 80:2,24
    88:25 121:18
    148:20 204:25
    234:16
shared  12:3,4,8,9
    12:13,16 13:8,10
    13:12 17:17 22:23
    22:25 23:1,4,16,18
    35:20 39:13 63:8
    65:13,15 74:7
    80:18,19 84:15
    114:19 117:14,19
    117:21,24 118:4
    118:17 120:5,6
    122:12 134:2
    140:4 154:17,19
    163:3 169:7
    190:16,19 191:2

sharing  13:4 35:18
    37:5,8,14 54:12,14
    82:24 118:20
    119:4 122:4,8
sheet  5:8,10,12,14
    5:16 195:14,17,20
    195:23 196:1
shields  202:25
    203:17,18
shifting  208:13
shoot  88:9
short  66:21 124:18
    142:21 148:23
    247:17
shortcut  176:13
shorter  93:2
shortly  206:9
    207:12 248:21
show  32:2 48:18
    48:23 69:21 89:24
    105:12 106:16
    148:14 175:3
showed  105:19
    120:20
showing  145:25
shown  27:2,19,19
    28:21
shows  67:5 77:11
side  76:24 90:22
    90:24 138:25
sign  96:15 151:18
    192:23 242:9,9,19
    242:23 260:16
    261:5
signature  175:17
    259:20 260:21,23
    260:23 261:9
signed  242:12,14
    242:16 245:1
significant  47:16

significantly  195:2
signing  224:14,15
    234:5
similar  15:16
    33:16 78:2 114:6
    114:7 116:20
    201:6 212:19
    226:3,25
similarly  1:5
    226:19
simply  180:6
single  242:8,19,23
    226:19
sit  92:4
site  34:18 41:13
    43:13 47:22 85:23
sites  21:5 115:12
    115:14 144:7,11
    145:10 146:3,10
    257:5
sitting  20:22 60:18
    72:4 88:17 138:5
    215:11 235:24
situated  1:5
situation  38:16
six  45:16
skip  234:10
skipping  212:7
slightly  123:23
    124:8 230:25
    231:9 250:7,7
slow  127:25
    137:12 143:25
snack  98:16
social  41:14
software  12:3
    44:21 45:4,8,11,20
    45:24 46:5 52:15
    71:7,10,18 149:19
    149:24 184:17
    187:2,5 241:16

solutions  1:21
    8:21 260:7
somebody  100:18
    141:21 224:16
song  238:7
sorry  13:23 39:16
    44:2 60:4 77:22
    78:7,10,10 82:13
    131:12 138:24
    153:10 174:25
    184:19 192:4
    201:22 221:25
    223:5 238:16
    243:20 245:2
sort  12:15 15:11
    15:13 21:9 22:21
    23:14 33:17 35:23
    37:2 38:16 43:9
    61:12 62:5 65:7
    94:8,18 96:25
    101:20 102:11
    123:20 140:6
    149:20,21 150:1
    154:6,16 159:23
    191:3,4 192:17
    208:21 228:14
    241:20
sounded  100:16
sounds  85:25
    105:15,22 157:2,3
    218:7 252:10
southwest  10:7
space  208:9,13
spam  192:19
speak  87:18
    111:20 124:8
    133:5
speaking  27:17
    28:3,19 34:14
    48:3 215:3

[special - supported]

special  223:19
specific  19:10 34:2
  54:18 56:1 61:22
  63:5 74:20 92:5,9
  134:22 153:4
  155:4 163:11
  213:14,25 214:11
  214:13,18 228:13
  241:15 242:21
specifically  26:7
  26:11 27:13,15
  49:9 55:4 56:8,10
  56:19 59:14,16
  63:6 65:20 67:15
  69:7,19 75:6
  83:18,24 86:2
  87:16 93:14 124:9
  149:5 153:20
  154:25 155:2
  162:11 173:2,21
  174:2 177:22
  178:3 187:17,24
  197:5 201:5,20
  210:10 212:10
  214:17 215:4
  222:11,16 228:24
  235:22 238:2
  239:16 240:24
  242:3 243:15
  249:18 257:10
specificity  14:23
  29:22 39:15 47:23
  51:18 105:2
  136:22 171:5
  173:23 174:10
  213:11
specifics  33:24
speculate  27:7
  128:8 130:18
  131:20 132:25

speculating
  131:22 178:3
speculation  69:12
  130:23 133:22
  134:18 139:9,23
  141:7 146:12
  225:6
speech  14:1
spell  162:25
spend  14:25
  119:22
spent  160:2,3
  201:17
splash  13:3,6 17:1
  20:12 61:3 62:8
  68:7 74:14,16
  81:21 84:6,8,12
  102:9 110:21
  122:18,19 123:18
  124:4 136:5
  145:15 146:22
  256:1
spy  232:18
st  2:14
stacking  130:22
stand  191:23
standing  52:24
  53:7 66:10 70:7
  70:16 78:11 84:4
  90:3 111:13 143:1
  143:12 196:6
  197:24 198:5
starbucks  38:4
  39:1
start  10:23 30:9
  109:4 161:14
  195:10 196:4
  200:20 243:20
started  30:17,19
  164:21

starting  151:12
  169:16 170:25
  225:24
starts  130:3 151:8
  176:16 211:18
  219:15 221:17
  225:23
state  8:23 10:3
  170:8 192:1,5
  260:9,12
stated  140:13
statement  183:15
  212:5
statements  95:19
states  1:1 79:8
  193:22 255:5
stay  120:19
stenographic  1:20
  9:22
step  11:4 18:2,25
  57:8 71:4 138:19
steps  23:2 152:8
  224:24
stipulation  260:20
stipulations  7:15
stop  31:16,19 56:2
  122:4,7 135:6
  183:10,23 185:5
stopped  180:25
stops  143:25 164:3
storage  165:14
store  52:16
straighten  251:19
street  2:5,9 10:7
strike  145:21
strikes  214:2
structure  250:5
study  83:2,6
  223:12,17,25
  224:5

stuff  31:10 61:2
  149:3 179:3
stuttering  39:18
subheading  66:17
subject  80:3,20
  151:22 154:12
  155:20 176:17
  211:19 217:23
  219:16
subscribe  159:21
subscribed  258:6
subscriber  5:7,9
  5:11,13,15 165:2
  195:8,13,16,19,22
  195:25 198:11
  199:7 202:2,19
  203:23
subscription  66:23
substance  138:2
substantial  155:16
substantively
  114:7 116:20
successful  67:5
suffer  160:13
suffered  158:6
  160:9
suggest  132:19
  133:3
suggested  183:8
  183:19
suggests  232:18
suite  2:5
suites  191:10
sullivan  2:14
summer  46:3
sunday  246:3,4,4
  246:7
supersedes  255:24
support  7:2
supported  72:23

Veritext Legal Solutions
866 299-5127

[supports - testimony]

**supports** 119:24
**suppose** 30:1
  35:24 41:24 54:5
  94:19 213:24
**sure** 13:14 15:12
  19:22 23:23 29:20
  32:11 37:20 43:2
  44:2 58:1 64:19
  73:23 76:15 81:18
  82:4 83:17 84:14
  86:12 87:16 91:3
  91:7 92:3,11
  96:20 99:7 100:8
  100:19 108:13
  109:9 128:24
  132:10,16 133:23
  137:20 140:6
  143:10,25 144:14
  145:13,14,17
  147:8 148:2 149:2
  153:3 159:22
  163:24 164:2
  168:20 172:8
  179:21 180:16
  182:18 185:9
  193:24 200:16
  205:23 207:15,20
  214:6,25 216:1
  224:17 227:10
  233:9 234:23
  242:4,11,22
  245:17 246:8
  249:2
**susman** 250:25
**suspect** 204:15
**svk** 1:7
**switch** 155:3
**sworn** 9:19,21
  258:6 259:7
**sync** 179:3

**syncs** 186:10
**system** 117:1,7
  121:3
**systems** 22:5 37:6
  37:15,22 39:24
  162:18

**t**

**t** 3:11 4:2 5:2 6:2
  262:3,3
**tab** 31:20 70:2
  76:22 88:19 93:18
  104:3 111:25
  122:25 124:12
  127:1 136:6,25
  138:12 140:13
  141:3,12 166:22
  174:21
**table** 200:4
**tablet** 239:19
  244:1,8,11 245:3
**tablets** 239:6,9,11
  239:17 243:12,13
  243:22,23
**tabs** 93:19,21,25
**tags** 52:14
**take** 8:17 11:4
  18:2,25 19:5 23:2
  23:20 49:16,17,19
  57:8 65:18,21
  71:4 88:4 98:3
  107:6 111:15
  113:2 119:20
  138:19 142:20
  143:19 147:3,19
  147:21 152:8
  167:18 194:17
  198:9 200:11
  211:11 216:13
  218:5 221:13,22
  224:23 245:23
  246:1 248:20,21

251:17 257:24
**taken** 1:16 10:21
  32:23,25 50:2
  98:7 111:10 148:7
  158:18 159:4
  218:12 252:14
**taliban** 42:8
**talk** 137:14
**talked** 14:9 161:5
  209:7,9,13
**talking** 33:18,21
  47:11 98:23
  118:13 121:6
  122:20 137:11
  154:2 155:18
  157:3 172:22
  213:1 223:6
  236:25
**talks** 100:3
**tampa** 2:10
**targeting** 27:8
**tasted** 223:2
**taught** 45:10
**tech** 212:2
**technologies** 52:8
  52:13
**technology** 8:10
**tell** 14:20 24:15
  26:17,17 30:7,25
  34:3 48:1,7,9,11
  48:13,14,16 51:20
  55:16 73:21 74:3
  76:5 112:19 118:4
  127:13,14,16
  171:24 180:9
  184:11 186:25
  201:12 210:24
  215:2 217:3
  227:22 239:13
  240:23

**telling** 20:17 43:20
  49:2 56:8 74:21
  83:15 84:5 121:12
  132:18
**tells** 13:4 16:24
  84:13 127:18,22
  145:16
**temporarily** 150:6
**ten** 45:15,19 47:13
  71:8 125:24 126:1
  218:6
**tend** 23:5 30:24
  164:22
**term** 11:23 16:22
  17:8 54:16,18,19
  99:12 242:22
**termed** 80:17
**terms** 4:6 12:23
  23:6 30:22 56:15
  56:17,20 61:4
  62:6 63:6 81:19
  83:14 101:6,9
  102:2,8,11,15,19
  102:24 104:3,6,16
  104:21 106:1,7
  108:20 114:8
  124:24 167:21
  193:3 235:17
**test** 47:7 86:12
**testified** 9:23
  50:11,15 103:10
  124:16 149:13
  181:15 183:16
  198:25
**testify** 64:2 101:25
  179:16 180:13,16
**testifying** 180:4
  183:19
**testimony** 3:5 29:8
  31:4 45:18 60:19
  60:24 64:2,7,15

Veritext Legal Solutions
866 299-5127

[testimony - titled]

84:7 85:7 110:3
118:9 123:19
124:21 130:11
131:19,25 136:23
140:12,20 144:19
179:22 181:1
182:24 183:2
247:10 259:6,9
**testing** 47:5 187:3
187:5 241:17
**thank** 10:20 32:20
53:5 77:13 98:17
100:21 104:1
109:10 113:14
143:14 147:15
157:8,12 183:4
228:2 257:12,17
257:17
**thanks** 70:17
78:14 90:6
**theater** 46:3
**theirs** 97:4
**thing** 13:23 18:13
23:14 27:10 33:4
33:18 34:4,8,20
51:21 61:12 180:4
198:1 207:4
**things** 17:13,14,15
17:19,22,24,25
19:11 20:10,15
21:6 23:7 36:25
40:13,22 41:6
47:4,5,7 59:25
82:5 83:18,20
87:1 91:10 93:12
94:2 99:9 101:10
107:9 130:3,6
131:20 134:8
144:24 150:4,12
177:21 178:16
191:5 214:18

225:13 241:16,18
**think** 12:21,24
13:1,2 14:22
18:21 19:8 20:9
20:15,16 22:6,21
23:8,11,13 24:18
32:6 34:19,19
37:18 38:12,13,15
38:20,24 40:13
41:8 42:11,17
43:7,9,14,17 44:11
51:24 54:13,21
57:21 58:25 59:13
59:14,18 61:9,21
62:18 63:5 65:5
65:13 75:4 88:2
89:2,6 91:22,25
95:13 96:21 101:6
101:10 110:19
111:11,13,17,21
114:7 120:1,1
124:6 126:8
128:24,25 130:2,7
132:12,14,20
134:5,7,20,20,21
134:23 135:7
137:10 144:23
150:21 151:14,16
153:18,20 160:7
161:1,17,21
162:14,18 166:8
171:14 172:5,24
179:13 180:10,12
180:18 182:8,15
184:3 186:2
208:22 214:7,24
215:16 223:7
224:3,11 227:13
230:6 231:10
232:22 237:5
238:24,24 242:6

245:4,20 248:10
251:15 252:1
257:15
**thinking** 15:14
23:17 38:17 39:3
39:11 88:4 166:10
**third** 6:8 71:18
79:13 80:7 84:25
85:10,16 91:11
115:14 119:3
124:3 216:5,23
243:5
**thought** 40:10
55:4 56:2 59:13
84:4 120:18 156:8
185:1 234:13
**three** 47:12 114:21
161:22 189:21
190:24 200:4
238:23,24,24
**thrust** 42:9 250:11
250:12
**time** 8:24 10:24
18:3 19:1 23:12
30:13 31:23,24
36:1,2 38:19
42:22,25 43:24
44:1,13 49:24
50:4 57:9 71:10
72:10 81:21 86:9
92:23,24 93:2,6,17
94:2 95:23,24
98:5,9 103:6,20
105:6,24 107:6
108:19 111:15
113:2 117:8
119:20,21 121:3
121:23 124:19,20
126:12,17 132:22
133:5 148:5,9
162:19 169:4

170:16 174:6
188:12,18 191:19
198:3 201:18
216:7 218:9,14
221:22 222:23
225:20 230:7
237:14 251:25
252:12,16 257:21
258:1 260:10,18
260:24 261:7
**times** 3:16 22:19
22:20 25:8,9,11,14
25:17,21 26:1,9,10
26:13,16 27:4,6,9
27:12,15 29:10
30:3,4,5,10,18
35:15,16 47:12
50:12,20,22,23
51:13 52:17 53:15
55:10 56:4,7,13,21
57:1,2,4,10 64:13
66:2 67:14,21
68:23 74:15,17
94:6,11 95:14
96:4,20 110:5
112:19 113:19
118:9,20 119:13
121:25 130:17
131:6 177:16
209:20 210:7
225:15
**times's** 50:16
55:15,18 56:17
64:3 118:15
**timestamp** 200:4
**tin** 114:12
**tiny** 89:2
**title** 89:13 104:16
168:8 234:16
**titled** 141:13

Veritext Legal Solutions
866 299-5127

[today - two]

| | | | |
|---|---|---|---|
| **today**  11:5,19<br>  14:16 20:22 60:18<br>  72:5 136:23 138:6<br>  144:9,20 155:18<br>  206:7 221:9<br>  227:16 233:14<br>  235:24 245:6,24<br>  245:25 252:22,25<br>**today's**  254:2<br>  257:20<br>**toggle**  85:15,17<br>**told**  20:11 55:23<br>  55:24 57:6,23<br>  60:1 67:15 74:6,8<br>  74:11 84:8 110:16<br>  130:20 131:7,21<br>  132:24 134:23,25<br>  135:2,6,25 229:24<br>**ton**  46:11<br>**tool**  120:7<br>**tools**  47:18 48:2<br>  49:1,2,6<br>**top**  78:17 198:10<br>**touch**  159:25<br>**track**  14:21 23:9<br>  52:16 57:24 250:9<br>**tracking**  52:8<br>  55:10 68:17<br>**tracy**  2:13 9:16<br>  31:20 76:21 88:19<br>  103:24 111:25<br>  122:25 166:22<br>  174:21 227:21<br>  228:2 234:25<br>  252:3<br>**transcript**  259:8<br>  260:6,8,10,13,13<br>  260:21 261:2,2<br>**transfers**  191:20<br>**transmitted**  85:19 | **transmitting**<br>  159:2<br>**treasurer**  189:23<br>  191:16 192:6<br>  203:4,19<br>**treated**  240:11<br>**trebicka**  1:17 2:13<br>  3:7 9:1,2,12,25<br>  12:17 13:16 16:20<br>  18:1,24 22:13<br>  28:3,11,13 29:4<br>  31:17 32:19 38:25<br>  39:20 44:9 49:13<br>  49:21 50:5,19<br>  51:1 53:2,4,6,10<br>  55:5 59:10,19<br>  60:17 61:13,25<br>  64:14 65:16 66:12<br>  66:13 69:14 70:10<br>  70:15,19 71:3<br>  75:13 76:17,21<br>  77:1,10,14 78:13<br>  78:15 81:14,23<br>  82:12 83:4 85:21<br>  88:6,11,12,18,23<br>  89:11 90:5,7 92:8<br>  92:17 93:4,15<br>  95:10 97:17,19,25<br>  98:10 100:6,16,21<br>  100:23 101:23<br>  103:23 104:1,11<br>  107:5,18 108:3,6<br>  108:22 109:19<br>  111:23 112:4<br>  113:3 122:22<br>  123:5 125:4,23<br>  128:1 129:21,22<br>  130:25 131:12,23<br>  132:11 133:9<br>  134:12 135:18<br>  138:4 139:2,15 | 140:11 141:1,11<br>  141:24 142:6,10<br>  143:3,12,15<br>  145:21,23 147:4,9<br>  147:13,17,23<br>  148:2,10,18 149:9<br>  149:12 150:11<br>  152:7,9 154:4,10<br>  156:4,10,13 157:9<br>  160:5,24 166:18<br>  167:2 171:16<br>  174:11 175:2<br>  179:15 180:10,19<br>  181:7,18 182:9,12<br>  182:21 183:4<br>  184:2,13 185:3,11<br>  186:5 190:20<br>  194:2,13 195:5<br>  196:3,10 197:9,13<br>  198:4,8 201:8<br>  205:7 206:3,22,24<br>  207:8,13 208:6,14<br>  210:12 211:9<br>  213:17 214:10<br>  216:2,16,19 217:1<br>  217:19 218:3,7,15<br>  218:25 220:6,17<br>  221:4,12 224:19<br>  227:13,25 228:4<br>  233:11,18 234:25<br>  235:4,12 243:19<br>  245:22 246:21<br>  247:1,8,13,22<br>  248:1,12,15 249:2<br>  249:9,19 250:19<br>  251:16,21 252:2<br>  252:10,17 253:13<br>  254:9,24 255:9,14<br>  255:19 256:2,13<br>  256:21 257:14,17<br>  260:1 | **trick**  176:12<br>**tried**  15:18 83:24<br>  108:16 151:21,24<br>  152:12 155:5<br>  222:19<br>**trips**  244:23<br>**truck**  244:15,20<br>**true**  26:8 30:2<br>  120:19 121:22<br>  168:12,17 182:11<br>  233:25 259:8<br>**trujillo**  1:4<br>**trust**  73:20 74:2<br>  206:8 207:11<br>**truthful**  179:22<br>**try**  14:7 15:11,19<br>  29:6 152:3 241:23<br>**trying**  19:12,15,20<br>  20:20 36:16,21<br>  39:25 75:18 109:7<br>  132:6 133:10<br>  176:13 180:6<br>  197:23<br>**turn**  90:8,9 168:5<br>  254:10<br>**turned**  10:19<br>  240:20,21<br>**twitter**  3:21 29:14<br>  29:23,25 76:18,19<br>  77:4,24 78:3,21<br>  79:23,25 80:15,18<br>  80:20,23 81:10,12<br>**twitter.com.**<br>  169:16<br>**two**  19:14,20 31:1<br>  68:1 107:9 114:21<br>  114:25 122:13<br>  127:6,9 144:24<br>  161:16,17 163:25<br>  177:21 184:15<br>  186:15,19,20 |

Veritext Legal Solutions<br>866 299-5127

[two - vaicar]

189:14 190:10,15
190:22 191:5
192:3,9 193:6,23
194:5,9 196:8
197:21 201:17
227:2 237:11
238:23 239:6,8
240:7 243:23
255:5,13
**type**  116:24,25
200:5
**types**  19:25 20:5
21:21 35:7 48:9
250:12

**u**

**uh**  13:21 14:3 43:2
149:1
**umbrella**  21:9
**un**  240:19
**unacceptable**
185:12
**unclear**  183:22
184:10 194:19
**uncomfortable**
121:9 144:17
178:2 225:5
**underlined**  34:24
**underlying**  46:10
**underneath**  52:12
79:1 114:22
115:22 199:22
**understand**  11:1
11:15,19,23,25
13:11,22 14:2
16:21,23 17:1,19
19:19,21,22 25:24
26:2,4 27:2,10,18
28:19 36:17,22,22
43:25 50:9,10
53:7 54:4,15,22
62:20 63:9 64:24

66:12 68:21 71:17
75:18 79:16 98:20
98:21 99:14,16
101:19,24 102:17
110:15 114:15
120:3 121:7,11,21
122:2 127:10
128:17 130:7
133:11 138:5,9
141:4 143:4
144:18 145:3
147:5 148:13
149:14,23 152:21
152:25 153:5,7,23
164:4 167:9 178:9
178:11,12,14
186:14 194:3
198:4 221:7,8
227:15 228:10,17
231:12 249:24
253:10 257:2,6
**understanding**
12:6,12,18 20:21
31:13 54:18 62:1
71:12,14,15 75:2
75:21 76:7,8
103:3 120:11
136:3 193:8 197:2
207:17 217:23
242:18
**understood**  13:15
15:6 34:22 37:12
37:12,25 47:6
51:22 71:11 85:17
99:19 115:7,10
118:3 136:14,17
146:14
**unfair**  132:21
158:8
**unique**  116:24

**united**  1:1 79:8
**unlawful**  158:8
**unlawfully**  212:20
212:23
**unmute**  227:21
**unnecessarily**
25:15
**updated**  3:17
30:23 50:24 51:14
103:8,17 165:5
**updates**  103:11,12
**uploaded**  233:12
**upper**  178:7
**ups**  34:11
**url**  117:8 121:4
151:13
**urquhart**  2:14
**usage**  47:16 53:24
55:7 66:24 236:22
**use**  19:12 23:22,24
25:4 41:13 46:24
47:3,7 52:17
54:20 57:18,22
58:6,9 67:9 79:13
79:16 80:8,10
84:18 89:23 94:12
95:3,15 110:11
114:23 116:9
120:22 121:9,16
124:17,18,19
127:4,11,20,22
144:21 145:1,4
149:19,21,23
150:1 152:23
154:13,16,21
155:24 162:9
163:19,21 164:12
164:19,22 165:10
165:12,18 170:19
170:21,22 171:1
173:3,6,12,12,17

176:5 184:15
186:16,21 188:4,6
188:9 192:9,10,13
192:15,17,19
193:4,13,16
194:17,20 215:19
220:2 223:15
229:14,25 230:20
230:21 231:1
236:5,13,14
237:18 238:14,17
239:1,2,22 240:5
241:12,15 244:14
244:14,22,24,25
257:3
**user**  27:25 28:23
54:6,16 64:1
68:12 84:1 86:14
91:5 102:21
152:20
**user's**  226:7
**users**  27:21 66:23
67:15,22 78:22
86:17,19,25
223:13,15 226:20
229:13
**uses**  48:10 67:10
68:19,24 69:2
91:5 160:11
173:15 238:11
**usually**  95:3
163:17 204:16

**v**

**v**  163:1
**vagaries**  37:2
**vague**  38:11 61:20
224:9
**vai**  162:23,25
163:2
**vaicar**  162:15

Veritext Legal Solutions
866 299-5127

[valuable - web]

**valuable** 210:5,11
  210:16,19 211:3
  215:14,15
**valuation** 215:7
**value** 24:11,14
  27:11 153:4
  155:15 211:6,10
  211:24 212:22
  213:2,6,10,16,21
  213:25 214:8,11
  214:21,22,22
  223:18 224:13,21
**values** 211:5 215:9
  224:17 227:6
**variables** 227:3
**varies** 93:20,23
**variety** 79:13
  114:24
**various** 12:23
  58:23 79:15 86:25
  109:25 190:8,25
  213:12 241:15
**vast** 47:2
**verbal** 14:3
**verbalize** 14:4
**verbatim** 118:11
**verification** 168:9
  168:11 174:20,20
  175:12 206:4
  207:11 221:6
  233:22 234:5
  253:2
**verifications**
  227:16 233:13
  251:19 252:21,23
  253:1
**verified** 6:6,16
  216:22 220:8,13
  221:5
**veritext** 1:21 8:9
  8:21 260:7,9,11

**version** 72:23
  77:23 104:21,22
  106:6,11,13,14
  108:7 112:23
  116:13,14,18
  117:3 119:1 165:5
  166:5
**versus** 8:7 210:13
**video** 8:16 164:4
**videographer** 2:17
  8:1,19 9:18 49:23
  50:3 98:4,8
  100:12 148:4,8
  216:11 218:8,13
  252:11,15 257:19
**videotaped** 1:12
**view** 101:13 170:6
**views** 173:14
**viola** 1:17 2:13 9:2
  31:22 52:23 59:9
  70:6 87:21 90:2
  92:2 129:20
  130:12 139:1
  147:1 193:20
  196:5 216:14
  260:1
**violating** 134:15
  185:18
**violation** 134:4,6
  135:16 139:21
**violatrebicka** 2:16
  260:2
**virtual** 8:9 166:14
  187:2
**virtue** 163:7
**vis** 82:1,1,17,17
**visible** 32:7 61:17
  136:7,9,14,18
  137:2 143:21
  144:3 145:8 146:1
  146:8,15,24 172:3

172:3 232:20
  254:21 255:5
  257:4
**visit** 25:10,13,17
  25:22 29:11,15
  41:11 43:13 52:17
  56:25 108:13
  144:6 145:9 146:2
  146:9,15 169:23
  257:4
**visited** 27:5 170:1
**visiting** 28:5 50:12
  169:20
**visitors** 72:19
**visits** 28:7 89:24
  229:13
**vivienne** 1:20 8:20
  259:3,21
**voice** 100:14,17
**voluntarily** 22:18
  169:7
**vs** 1:7 260:4 262:1

**w**

**w** 2:3
**wait** 76:23 141:24
  161:25 180:23
  184:19
**waiting** 141:15
**waived** 260:23,23
**waiving** 260:20
**walked** 100:19
**want** 12:4,8 17:17
  19:17 22:23,25
  23:17 27:11 35:19
  39:12 40:7,7 42:1
  42:7,8,21,23 43:3
  43:5,13,17,19,23
  44:14 49:17 54:12
  70:10 73:3 86:21
  87:24 94:18,24
  95:4 108:13

121:14 137:18
  147:24 153:12
  160:12 171:9
  180:1 185:9,23
  246:8,12
**wanted** 15:9 31:25
  109:8 167:19
  221:10 223:1
**wants** 245:10
**wary** 154:24
**way** 39:7,14 40:1
  40:11 48:24 49:2
  66:11 67:18 69:19
  74:9 78:25 79:2
  81:13 84:17 89:7
  100:10 117:18
  121:16 122:1
  133:7,8 135:2
  140:3 141:18
  154:14,15,23
  157:6 185:12,15
  186:22,24,25
  187:3 249:17
  254:7 259:14
**ways** 48:24 58:23
  99:9 114:24 131:7
  184:15 186:15,19
  186:20 215:10
**we've** 122:20
  147:1 150:25
  156:5 209:12
  216:8 218:16
  232:23
**web** 12:3 21:4,10
  24:3 26:18,21
  27:17 28:5,19
  35:5,8 52:14 73:5
  87:1 89:20 115:1
  115:9,20 117:16
  118:1 119:10
  120:8,16 122:10

Veritext Legal Solutions
866 299-5127

**[web - yeah]**

| | | | |
|---|---|---|---|
| 124:13,14 208:20 | **wi** 223:19 | ▮ 105:16 | **y** |
| 209:1 236:12 | **wikis** 79:16 | 189:15 192:16 | **yager** 2:18 8:18 |
| **website** 23:9 25:14 | **william** 1:3,12 3:6 | 193:5 199:17 | **yeah** 11:17 12:14 |
| 25:17 28:23 29:11 | 5:17,21 6:5,10,15 | **word** 23:22,24 | 12:16 14:22 15:22 |
| 40:23 41:3,10 | 8:5 9:20 10:5 18:7 | 25:12,16 62:5,5 | 16:16 18:23 23:13 |
| 46:10 48:3,10 | 18:9,17 199:11 | 121:10 135:19 | 24:2,7,8,13 25:2 |
| 50:22 63:2 69:24 | 202:5 204:2 205:2 | 167:18 200:11 | 25:14,23 26:23 |
| 70:24 72:19 88:13 | 206:15 216:21 | 233:4,8 257:3 | 27:16,23 29:1,20 |
| 89:17 95:2 171:8 | 218:20 220:12 | **words** 25:7 52:11 | 30:12,14 33:3,25 |
| 171:14 178:16,25 | 258:3 260:5 262:2 | 55:3 102:2 109:1 | 34:7 35:11,12,22 |
| 243:7 254:6 | **william.byatt** | 121:17 124:12 | 36:8,10,15 37:9,16 |
| **websites** 24:4 25:4 | 189:24 193:9 | 144:16 180:1,11 | 38:12 39:13,14 |
| 26:19 27:5 29:7 | 194:12 202:8 | 232:16 | 42:4 44:11 46:22 |
| 29:15 31:2,7 | **willing** 166:4,8 | **work** 22:5 32:11 | 46:22,23 49:19 |
| 34:12 39:12 46:12 | 224:7 226:10,23 | 39:8 44:18,22,23 | 54:2,21,21 55:1 |
| 46:16 52:19 55:18 | **willingness** 221:18 | 90:13 91:2 108:10 | 56:3,5 59:16,17 |
| 72:23 84:1 86:13 | 222:2 226:3 | 114:16 162:6 | 61:9 64:10,12,23 |
| 89:24 119:3,4 | **window** 113:21 | 166:15 172:10 | 65:5 69:13,18 |
| 136:9 144:5,20 | 116:4 | 235:1 236:16,17 | 70:25 72:15 76:15 |
| 145:1,3,9 146:2,8 | **windows** 85:24 | 237:18 240:11,12 | 80:23 82:3,5,20 |
| 146:15 169:6,16 | **withdraw** 13:19 | 241:6,21 242:2,11 | 83:22 85:14 87:18 |
| 169:19,23,25 | 54:14 | 245:19,23 246:2 | 92:3,19 93:1,9,13 |
| 170:6,24,25 | **withdrawn** 233:16 | **worked** 46:3 | 97:18 99:22 101:1 |
| 171:10,20 172:23 | **witness** 7:5 9:18 | 162:15,17 | 102:17 103:21 |
| 173:1,7,24 177:20 | 16:8,15 32:9,16 | **working** 47:5,8 | 106:13 107:7 |
| 177:24 192:20 | 39:17 44:3 60:13 | 190:8 246:6 | 108:4 114:1 115:6 |
| 209:18,19,19,20 | 88:2,8 108:9 | **works** 4:15 74:19 | 115:15 119:25 |
| 209:24,25 210:2,6 | 131:16 132:5,22 | 91:9 141:13 142:2 | 120:9 124:9 |
| 212:11,18,19 | 137:24 160:21 | 179:5 257:9 | 125:20 129:1,1 |
| 229:14,25 232:20 | 179:14,17 180:13 | **workspaces** | 130:7 131:14 |
| 243:5 255:6 257:4 | 180:15 181:16,20 | 191:11 | 134:20 135:8,14 |
| **week** 10:9 15:1 | 182:14 183:6,9 | **world** 166:14 | 136:21 146:13,22 |
| **weekend** 246:7 | 184:6 217:14 | **worth** 152:2,18 | 147:9,21 149:9 |
| **weeks** 15:1 | 245:17 248:9,13 | 153:6 155:13 | 151:14 157:14 |
| **went** 60:19 61:1 | 259:6,10,16 | 224:5,15 | 162:1 170:5 172:4 |
| 61:14 130:15 | 260:13,16 261:2,5 | **wow** 123:12 | 179:8,14 188:22 |
| 178:5 | 262:24 | **write** 45:11 | 197:10,18 201:23 |
| **wg** 105:7 | **witness's** 184:4 | | 207:2,22 210:21 |
| **whereof** 259:16 | 185:17,18 | **x** | 211:4 214:1,9 |
| **whispers** 8:13 | ▮ 105:7 | **x** 3:2,11 4:2 5:2 | 215:23 216:1 |
| | 189:16 | 6:2 33:10 261:9 | 217:16,25 222:13 |

**[yeah - à]**

| | à |
|---|---|
| 224:11 232:22 | à   82:1,17 |
| 234:6 240:18 | |
| 242:16,24 244:6,6 | |
| 244:6 245:20,20 | |
| 247:12 248:14 | |
| 249:2,14,17,24 | |
| 250:17 256:25 | |
| 257:1 | |
| **year**   226:6,12 | |
| **years**   45:15,19 | |
| 47:13 71:8 76:1 | |
| 111:22 112:17 | |
| 126:14 201:17 | |
| 211:24 240:25 | |
| **yep**   17:25 206:22 | |
| 218:5 | |
| **yesterday**   245:24 | |
| 246:2 247:6,9 | |
| **york**   3:16 25:7,8 | |
| 25:10,14,17,20 | |
| 26:1,8,9,13,16 | |
| 27:3,6,9,12,15 | |
| 29:10 30:3,4,10,18 | |
| 50:12,16,20,22,23 | |
| 51:12,13 53:15 | |
| 55:14,18 56:4,7,13 | |
| 56:16,21,25 57:2,4 | |
| 57:10 64:3,13 | |
| 66:2 67:14,21 | |
| 68:23 94:6,11 | |
| 95:14 96:3 118:9 | |
| 118:14,20 119:13 | |
| 209:20 210:7 | |
| **youtube**   164:25 | |
| 165:2,7 | |
| **z** | |
| **zoom**   1:12 8:9 | |
| 10:13,14 89:2,7,9 | |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.