# EXHIBIT 4

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4    CHASOM BROWN, WILLIAM BYATT,

5    JEREMY DAVIS, CHRISTOPHER

6    CASTILLO, and MONIQUE

7    TRUJILLO, individually and on

8    behalf of all other similarly

9    situated,

10              Plaintiffs,

11        vs.                    Case No.

12    GOOGLE LLC,                5:20-cv-03664-LHK-SVK

13              Defendant.

14    _____/

15

16      VIDEOTAPED DEPOSITION OF CHRISTOPHER CASTILLO

17              Remote Zoom Proceedings

18              Sacramento, California

19              Tuesday, February 8, 2022

20

21    REPORTED BY:

22    LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

23    JOB No. 5077508

24

25    Pages 1 - 266

                                        Page 1

1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3

4    CHASOM BROWN, WILLIAM BYATT,

5    JEREMY DAVIS, CHRISTOPHER

6    CASTILLO, and MONIQUE

7    TRUJILLO, individually and on

8    behalf of all other similarly

9    situated,

10              Plaintiffs,

11        vs.                    Case No.

12   GOOGLE LLC,                 5:20-cv-03664-LHK-SVK

13              Defendant.

14   _____/

15

16

17        Videotaped deposition of CHRISTOPHER CASTILLO,

18   taken on behalf of the Defendant, Remote Zoom Proceedings

19   from Sacramento, California, beginning at 9:06 a.m.

20   Pacific Standard Time and ending at 5:53 p.m. Pacific

21   Standard Time, on Tuesday, February 8, 2022, before

22   Leslie Rockwood Rosas, RPR, Certified Shorthand Reporter

23   No. 3462.

24

25

                                              Page 2

```
 1   APPEARANCES:

 2

 3   FOR THE PLAINTIFFS:

 4        MORGAN & MORGAN

 5        BY: RYAN MCGEE, ESQ.

 6        201 North Franklin Street, 7th Floor

 7        Tampa, Florida 33602

 8        (813) 223-5505

 9        rmcgee@forthepeople.com

10             -and-

11        BOIES SCHILLER FLEXNER LLP

12        BY: JAMES LEE, ESQ.

13        100 SE Second Street, Suite 2800

14        Miami, Florida 33131

15        (305) 539-8400

16        jlee@bsfllp.com

17             -and-

18        BY: HSIAO (MARK) C. MAO, ESQ.

19           ERIKA NYBORG-BURCH, ESQ.

20        44 Montgomery Street, 41st Floor

21        San Francisco, California 91401

22        (415) 293-6800

23        mmao@bsfllp.com

24        enyborg-burch@bsfllp.com

25
```

Page 3

```
 1    APPEARANCES (Continued):

 2

 3    FOR THE DEFENDANT:

 4         QUINN EMANUEL URQUHART & SULLIVAN, LLP

 5         BY: STEPHEN A. BROOME, ESQ.

 6         865 South Figueroa Street, 10th Floor

 7         Los Angeles, California 90017

 8         (213) 443-3285

 9         stephenbroome@quinnemanuel.com

10              -and-

11         BY: TRACY XI GAO, ESQ.

12         555 Twin Dolphin Drive, 5th Floor

13         Redwood Shores, California 94065

14         (650) 801-5000

15         tracygao@quinnemanuel.com

16              -and-

17         BY: JOMAIRE A. CRAWFORD, ESQ.

18         51 Madison Avenue, 22nd Floor

19         New York, New York 10010

20         (212) 849-7581

21         jomairecrawford@quinnemanuel.com

22

23    Also Present:

24         Scott Slater, Videographer

25
```

Page 4

1                          I N D E X

2

3

4    TUESDAY, FEBRUARY 8, 2022

5

6    WITNESS                              EXAMINATION

7    CHRISTOPHER CASTILLO

8

9        BY MR. BROOME                        10, 247

10        BY MR. MCGEE                          237

11

12

13

14

15        QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

16                        (NONE)

17

18

19

20

21

22

23

24

25

Page 5

```
 1                    DEPOSITION EXHIBITS

 2                    CHRISTOPHER CASTILLO

 3    NUMBER           DESCRIPTION                    IDENTIFIED

 4    Exhibit 1        Christopher Castillo LinkedIn       13

 5                     Profile

 6    Exhibit 2        Google Terms of Service -          38

 7                     Privacy & Terms, last

 8                     modified 03/01/12

 9    Exhibit 3        Privacy Policy - Privacy &         55

10                     Terms - Google, last modified

11                     07/27/12

12    Exhibit 4        Google Chrome Privacy Notice,      75

13                     last modified 10/18/12

14    Exhibit 5        Gmail by Google, Create an         78

15                     Account, GOOG-CABR-04981576

16    Exhibit 6        Google Privacy Policy,             81

17                     effective 05/25/18

18    Exhibit 7        Google Chrome Privacy Notice,     120

19                     Archive Date 05/20/20

20    Exhibit 8        You've Gone Incognito screen      148

21    Exhibit 9        How Private Browsing Works in     168

22                     Chrome

23    Exhibit 10       Search and Browse Privately       168

24    Exhibit 11       Firefox                           190

25    Exhibit 12       In Private Browsing               190
```

Page 6

1   Exhibit 13      Private Browsing Enabled          190

2   Exhibit 14      Plaintiff Christopher             202

3                   Castillo's Verified Amended

4                   Objections and Response to

5                   Defendant's Interrogatories

6                   1, 4, and 5

7   Exhibit 15      Plaintiff Christopher             211

8                   Castillo's Objections and

9                   Responses to Defendant's

10                  Fourth Set of Interrogatories

11                  (Nos. 12-15)

12  Exhibit 16      Plaintiff Christopher             229

13                  Castillo's Objections and

14                  Responses to Defendant's

15                  First Set of Interrogatories

16

17

18

19

20

21

22

23

24

25

Page 7

1          Sacramento, California; Tuesday, February 8, 2022

2                    9:06 a.m. Pacific Standard Time

3                         --oOo--

4                    PROCEEDINGS

5                                                        08:05:31

6          THE VIDEOGRAPHER:  Good morning.  We are on the

7     record at 9:06 a.m. Pacific Standard Time on

8     February 8th, 2022.

9          Please note that the microphones are sensitive

10    and may pick up whispering, private conversations, or     09:06:34

11    cellular interference.

12         Audio and video recording will continue to take

13    place unless all parties agree to go off the record.

14         This is Media Unit 1 of the video-recorded

15    deposition of Christopher Castillo, taken by counsel for   09:06:50

16    Defendants in the matter of Chasom Brown, et al., versus

17    Google LLC, filed in the United States District Court

18    Northern District of California, case number

19    5:20-cv-03664-LHK-SVK.

20         This deposition is being held as a virtual           09:07:21

21    deposition, with the witness located in Sacramento,

22    California.

23         My name is Scott Slater from the firm Veritext

24    Legal Solutions, and I am the videographer.  The court

25    reporter is Leslie Rosas from the firm Veritext Legal     09:07:34

                                                        Page 8

1  Solutions.

2        I am not related to any party in this action,

3  nor am I financially interested in the outcome.

4        Counsel and all present will now state their

5  appearances and affiliations for the record.  If there        09:07:46

6  are any objections to proceeding, please state them at

7  the time of your appearance, beginning with the noticing

8  attorney.

9        MR. BROOME:  Good morning.  Stephen Broome from

10  Quinn Emanuel representing Google.  And I'm joined by my       09:07:58

11  colleague Tracy Gao.  And my colleague Jomaire Crawford

12  may also join us at some point.

13        MR. MCGEE:  Good morning.  Ryan McGee of Morgan

14  & Morgan.  I'll be defending the deposition this morning.

15  And I'm joined by my colleagues Mark Mao and James Lee,       09:08:16

16  both of Boies, Schiller & Flexner.

17        Also, Erika Nyborg is on the line, also with

18  Boies Schiller.

19        THE VIDEOGRAPHER:  Thank you very much.

20        Will the court reporter please administer the           09:08:31

21  oath.

22        THE REPORTER:  Yes.

23        Mr. Castillo, if you would raise your right

24  hand, please.  Thank you, sir.

25        You do solemnly state that the evidence you

Page 9

```
 1    shall give in this matter shall be the truth, the whole

 2    truth, and nothing but the truth, so help you God?

 3              THE WITNESS:  Yes, I swear.

 4              THE REPORTER:  Thank you.

 5              You may proceed, Counsel.                    09:08:51

 6

 7                        EXAMINATION

 8    BY MR. BROOME:

 9        Q.  Good morning, Mr. Castillo.

10        A.  Good morning.                                 09:08:53

11        Q.  Can you state your full name and home address

12    for the record, please.

13        A.  Christopher E. Castillo, ████████████

14    ████████████████████

15              MR. MCGEE:  And Mr. Broome, we'd like to    09:09:09

16    designate Mr. Castillo's address as confidential.

17              MR. BROOME:  Of course.

18        Q.  Mr. Castillo, do you understand that you are

19    under oath and subject to penalty of perjury today?

20        A.  Yes.                                          09:09:24

21        Q.  Okay.  Have you been deposed before?

22        A.  Yes.

23        Q.  How many times?

24        A.  I don't recall.

25        Q.  So more than five times?                      09:09:32
```

Page 10

```
 1        A.  I believe so.

 2        Q.  Okay.  And in what context?

 3        A.  As a FBI Special Agent, I was subject to legal

 4   attacks by defense, often jailhouse lawsuits.

 5        Q.  Okay.  And so you were deposed in criminal      09:09:59

 6   proceedings multiple times?

 7        A.  Yes, over a 22-year career in the FBI.

 8        Q.  Okay.  And so you're familiar with the

 9   deposition process?

10        A.  Yes.                                            09:10:15

11        Q.  Your -- you met with your counsel yesterday or

12   at some point in the past several days to prepare for

13   this deposition; is that correct?

14        A.  Yes.

15        Q.  And did counsel explain the process and go over 09:10:24

16   the ground rules again with you?

17        A.  We discussed depositions, but feel free to go

18   over them again, if you'd like.

19        Q.  Well, why don't we do this.  You've been deposed

20   many times.  So if -- if you have any questions about the 09:10:42

21   process during this deposition, you can just let me know.

22   Okay?

23        A.  That's fine.  Thank you.

24        Q.  The key thing to remember is that we're -- we're

25   being -- the stenographer is typing down everything we're 09:10:53
```

Page 11

1    saying so we need to be mindful not to -- to speak over

2    each other.

3         A.  I will speak as clearly as I can, and I will

4    speak as slow -- slowly as possible to convey my points.

5         Q.  Okay.  Is there anyone in the room with you          09:11:11

6    right now?

7         A.  No.  I'm sitting alone in a conference room.

8         Q.  On your computer screen, do you have any

9    communication applications open other than the

10   applications you're using for purposes of this            09:11:26

11   deposition?

12        A.  No, I have nothing open except the -- the screen

13   for Zoom and the screen that has to do -- that you sent

14   me that will be used to display documents.

15        Q.  Is your phone nearby?                           09:11:49

16        A.  Yes.  It's on the table.

17        Q.  All right.  I'd just ask that it's not on.

18        A.  I'm not within -- I'm not using it.  It's not

19   within reach, but it's on the same table as me in case an

20   emergency call comes in.                                 09:12:03

21        Q.  Understood.  And that's fine.  I'd just ask that

22   you not use it during the deposition.

23        A.  Understood.

24        Q.  In preparation for your deposition, did you

25   review the transcripts of other -- of any of the other    09:12:14

                                                    Page 12

1    depositions of the plaintiffs in this case?

2        A.  No, I did not.

3            MR. BROOME:  All right.  Tracy, let's mark

4    Exhibit 1.

5            (Exhibit 1, Christopher Castillo LinkedIn        09:12:35

6            Profile, was marked for identification by

7            counsel electronically.)

8        Q.  BY MR. BROOME:  So we'll mark Castillo

9    Exhibit 1.  And if you go to the -- do you have the

10   Veritext Exhibit Share platform up there in front of you,    09:12:52

11   Mr. Castillo?

12       A.  Yes, I do.

13       Q.  All right.  So if you refresh it -- you have to

14   do this every time -- under the Marked Exhibits, there

15   should be Exhibit 1.                                     09:13:07

16       A.  Just a moment.  Refreshing it.

17           Okay, I see Exhibit 1 displayed as a PDF.  Do

18   you want me to open that?

19       Q.  Yes, please.

20       A.  I'm looking at my LinkedIn page.              09:13:29

21       Q.  Well, that's the question.  Is this -- is this

22   your LinkedIn page, "yes"?

23       A.  Yes, it is.

24       Q.  Okay.

25       A.  It appears to be.                              09:13:37

                                                          Page 13

1      Q.  And if you scroll down to "Experience," it

2  reflects various jobs and positions you've held over your

3  career.

4          Is that an accurate description of the jobs and

5  positions you've held?                                      09:13:53

6      A.  Yes.

7      Q.  Okay.  When you were a Special Agent with the

8  FBI, did you ever investigate any technology companies?

9      A.  Not specifically as subjects of the

10 investigation, but they often showed up in fraud           09:14:16

11 investigations.

12     Q.  In what way?

13     A.  In the capacity of -- of finances moving through

14 the company to subjects or subjects sending money to them

15 in some way or another.                                     09:14:33

16     Q.  Okay.  And which types of technology companies

17 are you referring to?

18     A.  PayPal came up a lot, banks, wire -- types of

19 money transfer companies that would send money to or

20 receive money from or -- or transfer money to -- from one  09:14:56

21 subject to another.

22     Q.  Did Google ever come up in your investigation?

23     A.  I think Google came up that we sent either

24 subpoenas or National Security letters on occasion to

25 Google for information, in fact, probably fairly            09:15:13

Page 14

1    regularly.

2        Q.  And did Google comply with those subpoenas or

3    National Security letters?

4        A.  Generally, yes.

5        Q.  Sometimes no?                                    09:15:26

6        A.  Well, sometimes it would take them -- they

7    wouldn't comply not by the fact that they were trying to

8    be malicious about it.  They were just a very large

9    company, and sometimes their own failures would result in

10   them being noncompliant.  We'd have to remind them to be    09:15:42

11   compliant.

12       Q.  Were you ever involved in any litigation against

13   Google during your tenure at the FBI?

14       A.  No.  No.

15       Q.  And now you work as a financial advisor for       09:15:59

16   Merrill Lynch?

17       A.  That's correct.

18       Q.  And what is your specific role?

19       A.  I'm the junior partner on a team that is in the

20   wealth management side of Merrill Lynch in Sacramento,     09:16:11

21   California.

22       Q.  Do you have any involvement in running or

23   maintaining Merrill Lynch's website?

24       A.  No.

25       Q.  It says on your LinkedIn that you got a            09:16:34

1    Bachelor's degree from UCSC; is that right?

2        A.  From the University of California in Santa Cruz,

3    yes.

4        Q.  And any other degrees or licenses or

5    certifications after getting your Bachelor's degree?    09:16:52

6        A.  Just internal to the FBI and also to the

7    financial industry.  I'm -- I'm a licensed financial

8    advisor.  I'm a -- I'm a licensed registered

9    representative with Merrill Lynch, and I'm a Series 7 and

10   Series 66 holding financial advisor.  Nothing -- I don't    09:17:19

11   have any other degrees or titles.

12       Q.  How did you get involved in this case?

13       A.  I saw a news article about the -- the case, and

14   it immediately resonated with me, and I sent an email to

15   the law firms involved in the lawsuit the day I saw it,    09:17:49

16   and I told them my story, and they contacted me.

17           MR. MCGEE:  Mr. Castillo.  Mr. Castillo.

18           THE WITNESS:  Yeah.

19           MR. MCGEE:  If I can just remind you, there will

20   be questions that are asked, and it's okay to say that    09:18:03

21   you spoke with a lawyer.  But to the extent it involves

22   any conversations or substance of those conversations

23   that you had with attorneys, that is privileged, and we

24   would lodge that objection and then instruct you not to

25   answer the question further.    09:18:21

```
 1            If you can just give me a moment to -- to

 2    object.  I'm sure Mr. Broome didn't mean to get into any

 3    substance there in violation of that privilege.  But I do

 4    want to make that objection, and I would instruct you not

 5    to answer any further substance on what you discussed        09:18:38

 6    with lawyers.

 7        Q.  BY MR. BROOME:  Right.

 8            Yeah, no, and just to be clear, Mr. Castillo, I

 9    don't ever want to ask about the substance of

10    communications you had with lawyers.  So if you think        09:18:50

11    that a question I've asked you is calling for that

12    substance, feel free to raise that.  It's not always

13    clear to the attorneys, but you should feel free to raise

14    that, and I'll either adjust my question or -- or

15    withdraw it altogether.  Okay?                               09:19:07

16            What was the news article -- well, actually,

17    strike that.

18            You got involved in this case after it had

19    already been filed; right?

20        A.  That's correct.                                     09:19:20

21        Q.  Okay.  And so you saw a news article about the

22    case after it had been filed?

23        A.  Yes.

24        Q.  Did you have any prior relationship with any of

25    the lawyers or law firms representing the plaintiffs in      09:19:36
```

Page 17

```
 1    this case?

 2        A.  No.

 3        Q.  Have you ever been involved in another class

 4    action?

 5        A.  As an end user, yes.  As a -- as a class member,   09:19:47

 6    yes.

 7        Q.  And which class action was that?

 8        A.  Multiple ones dealing with purchases I've made

 9    of products that were defective in some capacity.  I've

10    signed up and -- and received compensation for the fact   09:20:02

11    that I purchased a product, like whether it be a shampoo

12    or a, you know, a -- a pet food or what have you.  I have

13    signed up for class-action lawsuits in which I've

14    purchased those products and received compensation for

15    it.                                                       09:20:25

16        MR. MCGEE:  Mr. Broome, can I ask:  Are you

17    asking whether he was a named plaintiff or a class

18    representative as opposed to an absent class member or a

19    settlement class member for the purposes of the question?

20        MR. BROOME:  Yeah.  No, that's a fair question.       09:20:36

21    My question was -- as phrased was a little -- a little

22    broader, and I think he answered it appropriately.

23        Q.  So next question:  Have you ever been involved

24    in a class action as a named plaintiff or as a class

25    representative?                                           09:20:49
```

Page 18

1       A.  No.  Not to my knowledge.

2       Q.  All right.  So aside from being within the class

3   and receiving some compensation as a -- as a class

4   member, you've never been involved in a class action

5   beyond that?                                          09:21:09

6       A.  That's correct.

7       Q.  And the class actions through which you received

8   compensation were for defective products?

9       A.  That's correct.

10      Q.  Have you ever been involved -- involved -- I      09:21:20

11  guess -- well, let me strike that.

12          Have you ever participated in a class action in

13  any way that involved privacy?

14      A.  No.

15      Q.  Is maintaining the privacy of your information    09:21:35

16  while you browse the internet important to you?

17      A.  Yes.

18      Q.  And do you take precautions to protect your

19  privacy while you browse the internet?

20          MR. MCGEE:  Object to the form.                   09:21:56

21          You can answer.  You can answer, Mr. Castillo.

22          THE WITNESS:  Okay.  So can you ask the question

23  again?

24      Q.  BY MR. BROOME:  Sure.

25          Do you take precautions to protect your privacy   09:22:10

Page 19

1    while you browse the internet?

2          MR. MCGEE:  Object to the form.

3          You can answer.

4          THE WITNESS:  Yeah, I do.  Some.  I mean, not --

5    nothing outrageous.  I mean, I will use Incognito mode on    09:22:21

6    occasion.

7       Q.  BY MR. BROOME:  Aside from using Incognito mode

8    on occasion, what other precautions do you take to

9    protect your privacy while you browse the internet?

10      A.  Sometimes I remove cookies, but other than that,    09:22:42

11   not really much else.

12      Q.  When you remove cookies, do you do that during a

13   private browsing session or do you do that during regular

14   browsing sessions?

15      A.  I usually do it during regular browsing sessions    09:22:55

16   because on occasion they interfere with performance on my

17   computer.

18      Q.  In what way?

19      A.  They slow it down.

20      Q.  And what -- what's the basis for your belief      09:23:15

21   that cookies slow down your computer?

22      A.  Articles I read on the -- on the computer.

23      Q.  And did you do research into this issue about

24   cookies?

25      A.  No, I wouldn't classify it as research.  I would    09:23:29

Page 20

```
 1    just classify it as casual reading on the internet.

 2         Q.   Okay.  All right.

 3              Aside from -- well, how often do you delete

 4    cookies?

 5         A.   I don't recall.  Maybe once or twice a year.      09:23:51

 6         Q.   Have you ever enabled cookie blockers?

 7         A.   I don't recall.  I don't think so.  Possibly,

 8    but I don't recall doing it.  I use Norton Internet

 9    Security, and I think it -- it -- I think it -- I may

10    have set the setting to block cookies on occasion, but      09:24:18

11    then I end up turning it back on because I need some of

12    the services that some of the websites have that, you

13    know, if I want to purchase something, I have to accept

14    their cookies.

15         Q.   Are you familiar with the cookie-blocker feature   09:24:31

16    in Chrome?

17         A.   I know about it, but I haven't really researched

18    it or -- or played with it.  I mean, I don't think

19    I've -- I think possibly in the past, I've engaged it and

20    turned it on and off.                                        09:24:48

21         Q.   And you mentioned -- I think you mentioned

22    Norton Internet Security.  What's that?

23         A.   It is a -- it's a third-party service that keeps

24    your computer safe.

25         Q.   Safe from what?                                    09:25:04
```

                                                    Page 21

1        A.  Malware, viruses, intrusions on your computer,

2   as far as best I know.  I'm not a -- I'm not a computer

3   engineer.

4        Q.  And Norton Internet Services you said has a

5   cookie-blocking option?                                  09:25:27

6        A.  I believe it does.  I -- I don't utilize it, to

7   the best of my knowledge, but I think it has that.

8        Q.  All right.  And I think you said that you've --

9   you've -- you may have set the setting to block cookies

10  on occasion, but then you end up turning it back after    09:25:54

11  some period of time; is that accurate?

12       A.  Yes.

13       Q.  Do you understand the functionality of cookies

14  at a high level?

15           MR. MCGEE:  Object to the form.                  09:26:08

16           You can answer.

17           THE WITNESS:  I don't understand the question.

18  Can you say that again?

19       Q.  BY MR. BROOME:  Yeah.

20           Do you understand the purpose of cookies, at     09:26:15

21  least at a high level?

22           MR. MCGEE:  Object to the form.

23           You can answer.

24           THE WITNESS:  I don't know if I would say high

25  level.  I think in general I understand cookies are like  09:26:24

                                                    Page 22

1    placeholders or something that somehow help with the

2    functionality of websites.

3        Q.  BY MR. BROOME:  Are you aware that cookies are

4    used for tracking purposes?

5            MR. MCGEE:  Object to the form.                09:26:37

6            You can answer.

7            THE WITNESS:  I believe that's one of the things

8    they do as well.

9        Q.  BY MR. BROOME:  And were you aware that cookies

10   were used for tracking purposes before you participated   09:26:46

11   in this case?

12           MR. MCGEE:  Object to the form.

13           You can answer.

14           THE WITNESS:  I -- can you ask the question

15   again?                                                  09:26:59

16       Q.  BY MR. BROOME:  Sure.

17           Before becoming involved in this case, or let's

18   take it even back before, let's say the class period

19   here, 2016 to 2020, were you generally aware that cookies

20   are used for tracking purposes?                        09:27:16

21           MR. MCGEE:  Object to the --

22           THE WITNESS:  Yes.  Yeah, I think I was.

23       Q.  BY MR. BROOME:  And were you -- during that same

24   period of time, were you generally aware that companies

25   that -- used cookies to show personalized ads?         09:27:31

Page 23

1          MR. MCGEE:  Object to the form.

2          You can answer.

3          THE WITNESS:  Yeah.  I think -- yes.  I think

4     cookies were used to help the functionality of the

5     website, which included ads.  But, yeah, I don't know the          09:27:47

6     specifics of how ads appear on websites.

7          Q.  BY MR. BROOME:  All right.  Going back to the

8     precautions that you take to protect your privacy while

9     you browse the internet, you mentioned using Incognito on

10    occasion, you occasionally delete cookies, you have on          09:28:09

11    occasion enabled cookie blockers, and you use Norton

12    Internet Services or security.

13          Anything else that you take -- any other

14    precautions that you take to protect your privacy online?

15          MR. MCGEE:  Object to the form insofar as it          09:28:31

16    misstates testimony.

17          THE WITNESS:  I would say no.

18          Q.  BY MR. BROOME:  Well, do you read privacy

19    policies of companies that you encounter online?

20          A.  I'd like you to clarify that question.  Are you          09:28:59

21    specifically talking about Google?

22          Q.  No, I'm not.

23          A.  Okay.  So I would say occasionally I've looked

24    at the Privacy Policy on a specific website I've been on,

25    but that's not my normal practice.          09:29:16

                                                          Page 24

1      Q.  How frequently or how many times would you say

2   that you've read the Privacy Policy on a website?

3      A.  I can't even recall.  Maybe once or twice, two

4   or three times in the course of my use of the internet.

5      Q.  But you read Google's Privacy Policy; right?          09:30:01

6      A.  I'm familiar with it.  I've read it.

7      Q.  Okay.  Did you read it during the class period?

8   And when I say "class period," I mean 2016 to the date

9   the Complaint was filed.

10     A.  Yes.  Yes, I've read it.                              09:30:16

11     Q.  Did you read it when you signed up for your

12  Google Account?

13     A.  I'm familiar with it.  Yeah, I looked at it.

14     Q.  Yeah, that's not quite the question I'm asking.

15  Let me break it down into bite-sized pieces.                09:30:30

16        You signed up for a Google Account in or around

17  2012; right?

18     A.  (Nods head.)

19     Q.  "Yes"?  You have to answer --

20     A.  Yes.  Yes.                                           09:30:45

21     Q.  I'm sorry.  Just because the court reporter's

22  typing everything down, you need to.  She can't get the

23  head nods.

24        Okay.  And when you signed up for your Google

25  Account in or around 2012, did you at that time read        09:30:54

Page 25

1    Google's Privacy Policy?

2          MR. MCGEE:  Object to the form.

3          You can answer.

4          THE WITNESS:  Yes.  And I -- I read it, and I

5    had to -- I think at the time -- I don't recall exactly      09:31:07

6    because it was so long ago, but I think I had to scroll

7    to the bottom and accept it.

8       Q.  BY MR. BROOME:  Are you referring to the Terms

9    of Service or are you referring to the Google Privacy

10   Policy?                                                      09:31:23

11      A.  Well, when I refer to the Terms of Service, the

12   Privacy Policy is part of the Terms of Service, and it is

13   embedded in the Terms of Service.  At least on the last

14   one I reviewed, it's on page 2.  And it is an

15   over-arching policy that is contained in the Terms of       09:31:38

16   Service.  So yes.

17      Q.  Well, let's be clear about what we mean here.

18          When you say it's embedded, you mean there's a

19   link to the Privacy Policy; right?

20      A.  No.  I mean that the Privacy Policy is a             09:31:54

21   document that says in it that it encompasses all

22   activities of Google.  So I am inferring from that and

23   reading the Terms of Service that it is part of the Terms

24   of Service.  Or else it wouldn't be included in the Terms

25   of Service.                                                  09:32:13

                                                        Page 26

```
 1        Q.  Right.  But you're not -- when you say that

 2   you -- that when you signed up for your account, you read

 3   the Google Privacy Policy, you said, "I had to scroll to

 4   the bottom and accept it."

 5        A.  Right.  That was the Terms of Service.            09:32:24

 6        Q.  Okay.  And those Terms of Service, did they

 7   actually copy in -- well, withdrawn.

 8            You understand that the Terms of Service and the

 9   Google Privacy Policy are two separate documents.

10            MR. MCGEE:  Object to the form --                 09:32:41

11            THE WITNESS:  Yeah, I don't -- I don't agree

12   with that.  I think that the Terms of Service on page 2

13   states that -- it says on page 2 Privacy Policy.  So it's

14   part of the Terms of Service.

15        Q.  BY MR. BROOME:  What are you looking at,          09:32:58

16   Mr. Castillo?

17        A.  I'm looking at your Terms of Service

18   (indicating).

19        Q.  Do you have a binder of documents in front of

20   you right now?                                             09:33:05

21        A.  No, I do not.  I have three documents in front

22   of me.  One of them is the Terms of Service.

23        Q.  I'm sorry, what are the three documents you

24   have?

25        A.  One is the Terms of Service, one is the Privacy   09:33:12
```

Page 27

```
1    Policy, and one is the splash screen, a copy of the

2    splash screen for the Incognito mode.

3           Oh, and I have a fourth document.  It is the

4    Second Amendment -- Amended Complaint (indicating).

5       Q.  All right.  Do you have any notations or          09:33:26

6    highlighting or anything like that on those documents?

7       A.  No.  I specifically underlined the Privacy

8    Policy.  I underlined some things on the Privacy Policy.

9       Q.  Yeah.  Okay.  So we're going to -- we're

10   definitely going to take a look at those documents.      09:33:39

11          Which - which version do you have in front of

12   you?

13      A.  Of -- are you talking about the Terms of

14   Service?  Because that's what we were referring to.  The

15   version I have of the Terms of Service -- let's see.     09:33:52

16   Looking to see if you have a version number.

17          It says "Terms of Service."  It doesn't have a

18   version number on it.  It just says:  "Google Terms of

19   Service via personal use."  No version number.

20      Q.  All right.  Let me help you out a little bit.      09:34:20

21   It should say "last modified" at the very top or

22   something to that effect.

23      A.  No, it doesn't say that.

24      Q.  No date?

25      A.  No date.                                           09:34:31
```

Page 28

```
 1            MR. BROOME:  All right.  So Ryan, can we get

 2    copies of each of the documents that is currently sitting

 3    in front of Mr. Castillo?

 4            MR. MCGEE:  Certainly.

 5       Q.  BY MR. BROOME:  Okay.  All right.              09:34:46

 6            So we'll come back to those.  I definitely want

 7    to ask you some questions about the versions that are in

 8    front of you, Mr. Castillo.

 9       A.  Okay.

10       Q.  But your testimony is that the Terms of Service   09:34:57

11    and the Privacy Policy are the same document?

12       A.  Well, the Privacy Policy is contained in the

13    Terms of Service.  It says on page 2 Privacy Policy.

14       Q.  What's the full sentence?

15       A.  It says:  "Privacy Policy.  Click here to review   09:35:16

16    the Google Privacy Policy."

17       Q.  Right.  And then if you click there, it takes

18    you to a different document; right?

19       A.  Yeah.

20       Q.  Okay.  So the Terms of Service -- and let me --   09:35:28

21    let me just to give you some context here.  I'm not

22    quibbling with you about whether the Terms of Service

23    incorporates the Privacy Policy in some legal sense.  The

24    lawyers can argue about that if they'd like.  I'm just

25    asking if you understand -- because I want to -- when you   09:35:51
```

Page 29

1    talk about what are Google-made representations to you,

2    throughout this deposition, it's going to be important to

3    identify the documents that we're talking about.

4            So I understand the Terms of Service and the

5    Privacy Policy to be two separate documents.  Do you          09:36:07

6    understand the same?

7        A.  No, I don't, and I don't agree.

8        Q.  Okay.  So your testimony is that Google's Terms

9    of Service and its Privacy Policy are one document?

10       A.  Yes.                                                   09:36:23

11           MR. MCGEE:  Objection.  Asked and answered.

12       Q.  BY MR. BROOME:  Okay.  Well, let me ask it this

13   way:  Is the content of the Google Privacy Policy all set

14   forth in the Terms of Service?

15           MR. MCGEE:  Object to the form.  And I believe       09:36:43

16   object to asked and answered.

17           You can answer, Chris.

18           THE WITNESS:  Yes.

19       Q.  BY MR. BROOME:  So whatever Google -- in this

20   case, whenever your Complaint or your discovery responses      09:37:00

21   say Google made such-and-such representation in the

22   Privacy Policy, your testimony is that that

23   representation was actually made in the Terms of Service?

24       A.  Yes.

25           MR. MCGEE:  Objection.  Asked and answered.          09:37:18

                                                        Page 30

```
1        Q.  BY MR. BROOME:  Okay.  Do you know what the

2   Incognito splash screen is?

3        A.  Yes, I know what it is.

4        Q.  Is that also the same document as the Terms of

5   Service?                                              09:37:59

6            MR. MCGEE:  Object to the form.

7            You can answer.

8            THE WITNESS:  The Incognito splash screen is

9   mentioned in the Privacy Policy.  The Incognito splash

10  screen is -- because it's mentioned in the Privacy      09:38:11

11  Policy, and the Privacy Policy is part of the Terms of

12  Service, it's one element of the Terms of Service that's

13  mentioned in the Privacy Policy is my answer.

14       Q.  BY MR. BROOME:  Your testimony is that the

15  Incognito Splash Screen is mentioned in the Privacy     09:38:32

16  Policy?

17       A.  The Incognito mode is mentioned in the Google

18  Privacy Policy on paragraph 5.

19           MR. BROOME:  All right.

20           Hey, Ryan, because I think this is going to get 09:38:49

21  a little confusing, I would ask that the witness not have

22  documents that are not exhibits in the case in front of

23  him.

24           MR. MCGEE:  I don't agree with that, Mr. Broome.

25  They're publicly available documents.  Unless Google's   09:39:03
```

Page 31

```
1    going to dispute the authenticity of the documents that

2    are printed from --

3         MR. BROOME:  Well, I don't -- I don't know what

4    documents are in front of him.  You've placed apparently

5    four documents in front of him.  I don't have them.  They    09:39:15

6    are not exhibits, and I think it's inappropriate for him

7    to have reference material in front of him.

8         So our request is that you withdraw or remove

9    those documents from in front of him.

10        MR. MCGEE:  I appreciate the request, but I'm --    09:39:29

11   I'm not going to indulge it.

12        MR. BROOME:  Okay.

13        MR. MCGEE:  Unless you've got legal authority

14   that says that he can't have publicly available documents

15   from a defendant in a case with him in a deposition.    09:39:49

16        MR. BROOME:  Well, frankly, I definitely don't

17   have legal authority at my fingertips.  This is the first

18   time I've ever been in a deposition where the opposing

19   side insisted on having an array of documents in front of

20   their witness.  But it's okay.  We can take it up at the    09:40:05

21   appropriate time, if necessary.

22        MR. MCGEE:  Okay.

23        MR. BROOME:  And when I say "okay," I just mean

24   that we don't need to argue about this on the record

25   right now.    09:40:17
```

Page 32

1          MR. MCGEE:  Okay.  I won't argue nor waive

2    anything by saying okay.

3          MR. BROOME:  All right.

4       Q.  All right.  I asked you is the Incognito splash

5    screen -- why don't you hold up the Incognito splash          09:40:39

6    screen exhibit so we can all see it.

7       A.  (Indicating.)

8       Q.  Okay.  And I think you mentioned a moment ago

9    that the Incognito splash screen is mentioned in the

10   Privacy Policy; is that your testimony?                       09:40:53

11      A.  Yes.

12      Q.  Okay.  And what -- I don't have the document

13   that you're reading from, but why don't you read the

14   sentence in the Google Privacy Policy that references the

15   Incognito splash screen.                                      09:41:12

16      A.  Okay.  This is from page 1, paragraph 5 of the

17   Google Policy -- Privacy Policy.  Page 1, paragraph 5.

18   "Google Privacy Policy."  Middle of the paragraph:  "You

19   can also choose to browse the web privately using Chrome

20   in Incognito mode, and across our services, you can          09:41:29

21   adjust your privacy settings to control what you collect

22   and how your information is used."

23      Q.  And where does it mention the Incognito splash

24   screen?

25      A.  It mentions Incognito mode.                           09:41:44

                                                    Page 33

1        Q.   Okay.  It doesn't mention the splash screen,

2   does it?

3        A.   It mentions Incognito mode.

4        Q.   Does it mention the splash screen?

5        A.   Well, I think that's Incognito mode; right?        09:41:56

6        Q.   Well, Incognito mode is a mode within Chrome,

7   and the splash screen is the splash screen.  It's

8   straightforward -- hold on -- it's a pretty

9   straightforward question.

10        Does it refer to the splash screen or any of the    09:42:10

11   content on the splash screen?

12            MR. MCGEE:  Object to the form.

13            You can answer Chris.

14            THE WITNESS:  Okay.

15            That question sounds like semantics to me, but     09:42:17

16   specifically, it doesn't say the splash screen.  It says

17   Incognito mode in the paragraph.

18        Q.  BY MR. BROOME:  Okay.  It doesn't refer to that

19   screen at all; right?  Other than saying -- just

20   mentioning Incognito mode, it doesn't refer to what we're    09:42:32

21   calling the splash screen in any other terminology,

22   either.

23        A.   It mentions Incognito mode, and this is the

24   Incognito mode (indicating).

25        Q.   That piece of paper you're handing there --        09:42:49

                                                   Page 34

```
 1    holding there represents Incognito mode?

 2         A.  It represents a representation of a screenshot

 3    of Incognito mode.

 4         Q.  Okay.  Well, is the -- are the statements that

 5    Google makes on that splash screen Incognito mode?      09:43:01

 6              MR. MCGEE:  Object to the form.

 7              THE WITNESS:  I don't understand your question.

 8         Q.  BY MR. BROOME:  Yeah, well, I mean, it's because

 9    we're -- yeah, I understand why you don't understand the

10    question.  I think we're -- we're struggling to          09:43:17

11    communicate here.  But that's fine.  Let me withdraw the

12    question.  We'll move on.

13              Okay.  We're going to come back to the Google

14    Privacy Policy and the Terms of Service and the splash

15    screen momentarily.  But let me go back to when you set  09:43:34

16    up your account -- this all started when I asked you if

17    you read the Privacy Policy when you set your account,

18    and you said that you read the Terms of Service, I think.

19              Is that accurate?  I don't want to misstate --

20         A.  Yes.  I read the Terms of Service.  I had to     09:43:59

21    scroll to the bottom and at the --

22         Q.  You scrolled to the bottom.

23         A.  And one of the things that was part of the Terms

24    of Service was the Privacy Policy that is contained in

25    the Terms of Service.  In this specific copy I have in    09:44:11
```

Page 35

1    front of me, it's on page 2.

2        Q.  Yeah, but you didn't read the specific copy that

3    you have in front of you; right?  That's a much later

4    version, isn't it?

5        A.  Of course.                                      09:44:22

6        Q.  So going back to when you set up your Google

7    Account and you had to scroll to the bottom and you read

8    the Terms of Service.  And I think we can all agree that

9    to read the -- to actually read the content of the

10   Privacy Policy, you would need to click on the link in    09:44:36

11   the Terms of Service that says Privacy Policy; correct?

12           MR. MCGEE:  Object to the form.  I actually

13   don't think that's correct, but just object to the form.

14           THE WITNESS:  Well, to answer your question,

15   I -- can you -- can you phrase that in a form of a        09:44:53

16   question versus a statement?

17       Q.  BY MR. BROOME:  You -- well, yeah, sure.  Let me

18   try it again.

19           The Terms of Service that you've scrolled to the

20   bottom of and clicked "I agree," in order to read the     09:45:14

21   Google's statements in the Privacy Policy, you would have

22   needed to actually click on the link to the Privacy

23   Policy that is contained in the Terms of Service; right?

24           MR. MCGEE:  Object to the form insofar as you're

25   saying it is the -- literally the only way that he could  09:45:40

                                                              Page 36

1    have accessed the Privacy Policy was clicking a Privacy

2    Policy link on that page.  So I object to the form.

3            MR. BROOME:  It's A bit too much information in

4    the objection for my comfort.

5            MR. MCGEE:  Well, I -- your colleagues have         09:45:55

6    given similar objections.  So object to the --

7            THE WITNESS:  Okay.  Can you restate the

8    question?  And the reason is there's been a lot of talk

9    back and forth, and I have -- want to make sure I

10   specifically answer your question.                          09:46:13

11       Q.  BY MR. BROOME:  Yeah.  No, I get it.  We

12   lawyers, we messed everything up.

13           In the Terms of Service; right?  The Google

14   Terms of Service, you reviewed those when you signed up

15   for your Google Account; right?                             09:46:22

16       A.  Correct, yes.

17       Q.  Those Terms of Service, I think you've said they

18   mentioned the Privacy Policy.  They referred to the

19   Privacy Policy; correct?

20       A.  I -- they didn't just mention them.  They are in    09:46:34

21   the Terms of Service.  If they just mentioned them, made

22   reference to them --

23           (Telephonic interruption.)

24           THE WITNESS:  I'm sorry.  I'm turning that off.

25   Hang on.  I've got to get up to move to my phone.           09:46:47

                                                     Page 37

```
 1              Okay.  So they didn't -- my answer is:  They

 2     didn't just mention the Privacy Policy as a -- as a

 3     passing reference.  They made it as a unique paragraph,

 4     and it's in the Terms of Service.

 5         Q.  BY MR. BROOME:  Well, let's take a look at the      09:47:11

 6     Terms of Service, then.

 7         A.  I have it right here in front of me

 8     (indicating).

 9         Q.  Yeah, but that's the version that your counsel

10     provided you for purposes of answering questions in this    09:47:28

11     deposition.  So let's look at the version that -- that

12     existed when you signed up to your account.

13         A.  Okay.

14         Q.  Go back to Exhibit Share.

15         A.  I didn't hear what you said.  Can you speak         09:47:37

16     clearly?

17         Q.  Yeah.  We'll go back to Exhibit Share.

18         A.  Okay.

19              MR. BROOME:  And we're going to load, Tracy,

20     tab 7.  There you go.  So you should see Exhibit 2.         09:47:47

21              (Exhibit 2, Google Terms of Service - Privacy &

22              Terms, last modified 03/01/12, was marked for

23              identification by counsel electronically.)

24              THE WITNESS:  I'll refresh my screen.

25         Q.  BY MR. BROOME:  Yeah.  So we've marked             09:47:54
```

Page 38

```
 1    Exhibit 2.

 2         A.  I think this is -- you're going Wayback Machine

 3    to the Terms of Service back when I signed up for the

 4    account.  Okay.

 5         Q.  Exactly.                                      09:48:04

 6         A.  Okay.  I'm going to Exhibit 2.

 7         Q.  I'm actually not going to the Wayback Machine.

 8    I think these are publicly available on Google's --

 9         A.  Okay.

10         Q.  -- Terms of Service site.  There's like an     09:48:15

11    archive.  And -- okay.

12         A.  I'm going to review the -- what you've put in on

13    the screen here.

14         Q.  Yeah.  Well, first of all, these are the Terms

15    of Service.  Do you agree with that?                   09:48:35

16         A.  I haven't finished reviewing them yet so I'm

17    just going to review it.  So let me read it.

18         Q.  Okay.  No problem.

19              MR. MCGEE:  And Mr. Broome, while he's reviewing

20    these, is it Google's representation that these are the  09:49:03

21    Terms of Service?  Because I don't believe these have a

22    Bates label, and I know they were produced to us through

23    the normal course of discovery with Bates labels.

24              So are you representing that these are the

25    publicly available Terms of Service that were last      09:49:21
```

Page 39

1    modified on March 1st of 2012 and would have been

2    available to Mr. Castillo when he opened his account?

3            MR. BROOME:  Yes.  March 1st, 2012 to

4    November 10th, 2013.

5            THE WITNESS:  Okay.  I've reviewed it.  This        09:50:08

6    looks familiar to me.  I mean -- I mean, if you're asking

7    it is the exact policy that I reviewed when I opened my

8    account, I can't tell you that.

9        Q.  BY MR. BROOME:  Well, this -- this is the --

10   I'll represent to you that this is the Terms of Service      09:50:19

11   that was in effect at the time that you opened up your

12   Google Account.

13       A.  Okay.

14       Q.  So based on that assumption, you would have

15   reviewed this document.  Is that your testimony?            09:50:29

16       A.  Yes.

17       Q.  All right.  And where is the Google Privacy

18   Policy set forth within this document?

19       A.  Okay.  I guess you're checking my reading and

20   comprehension, but it's on page 2 in the middle of the      09:50:44

21   page.

22       Q.  Where it says:  "Google's Privacy Policies

23   explain how we treat your personal data"?

24       A.  And specifically the sentence that says:  "You

25   agree that Google can use such data in accordance," and     09:50:56

                                                    Page 40

```
 1    the specific word is "in accordance" with our Privacy

 2    Policy.  And the way I interpret that is, is that your

 3    Privacy Policy is part of the Terms of Service.

 4         Q.  Okay.

 5         A.  "In accordance" is the key word.                    09:51:11

 6         Q.  Yeah.  No -- no dispute there.

 7              But the -- the -- you can see that the word

 8    "Privacy Policies" is like a different font color.

 9              Do you see that?

10         A.  Yes, I see that.                                    09:51:26

11         Q.  And do you understand that if you -- you have to

12    click on the link to view the actual Privacy Policy.

13              Do you understand that?

14         A.  Right.  But it says that you agree that Google

15    can use such data in accordance with our Privacy          09:51:39

16    Policies.  So Privacy Policy is now part of your Terms of

17    Service.

18         Q.  Understood.  But the text of the Privacy Policy

19    is not in this document.

20              Do you agree with that?                            09:51:51

21         A.  I don't see it in the document, but it's

22    contained in it because it's represented by a hyperlink

23    to it, and it also discusses that this entire Terms of

24    Service is in accordance with our Privacy Policy.

25         Q.  Yeah, but I understand there's a legal argument;   09:52:07
```

Page 41

```
1    right?  And I get that; right?  That it's incorporated in

2    there.  But I'm just asking a basic question and -- it

3    seems basic to me, anyway.

4         Do you understand that if there are -- even if

5    the Privacy Policy as a legal matter is incorporated into    09:52:22

6    the Terms of Service -- I'm not challenging you on

7    that -- the Privacy Policy itself, like if you want to

8    read it, it's not in the Terms of Service.  You have to

9    click the link or access the Privacy Policy in some other

10   way.  It's a different document; correct?    09:52:43

11        A.  I disagree.  It's on page 2, middle of the

12   paragraph.

13        Q.  Okay.

14        A.  "Privacy and Copyright Protection."  Privacy

15   Policies.  In accordance with our Privacy Policies.    09:52:51

16   Privacy Policy part of your Terms of Service.  It's right

17   there in front of me black and white.

18        Q.  Okay.  Your testimony is that the full extent of

19   Google's Privacy Policy is stated in these Terms of

20   Service?    09:53:06

21        A.  You put it there.

22        Q.  Me?  I put it there?

23        A.  Well, your company that you're representing put

24   it there.

25        Q.  Okay.  If I wanted to -- for example, it says:    09:53:13
```

Page 42

1    "Google's Privacy Policies explain how we treat your

2    personal data and protect your privacy when you use our

3    services."

4              Do you see that?

5        A.   Say that again.  Where are you located exactly    09:53:26

6    on the document?

7        Q.   The same sentence you read.  "Google's Privacy

8    Policies explain how we treat your personal data and

9    protect your privacy when you use our services."

10             Do you see that?                                 09:53:37

11       A.   "Google's Privacy Policies explain how we treat

12   your personal data and protect your privacy when you use

13   our services."  Yes, I see that.

14       Q.   Okay.  And so if you wanted to understand how

15   Google treats your personal data and protects your        09:53:48

16   privacy when you use Google services, is it your

17   testimony that you need look no further than the document

18   that we have marked as Exhibit 2?

19             MR. MCGEE:  Object to the form, asked and

20   answered.                                                 09:54:03

21       Q.   BY MR. BROOME:  You can answer.

22       A.   I've answered that already.

23       Q.   Is it your testimony -- let me ask the question

24   again.

25             Is it your testimony that you can understand the    09:54:23

Page 43

```
1    full extent of Google's Privacy Policy by simply reading

2    the Terms of Service?

3         A.   That's a semantics question because the Terms of

4    Service include the Privacy Policies on page 2 in the

5    center paragraph.                                    09:54:43

6         Q.   Yeah.  It references the Privacy Policy.  It

7    does not include the content of the Privacy Policy;

8    correct?

9         A.   In the modern age, when you put a hyperlink to

10   it, it does include it.                              09:54:52

11        Q.   But the hyperlink takes you to a different --

12   different page; right?

13        A.   It's still part of the same document.  It's

14   hyperlinked to it.

15        Q.   Okay.  Let me ask you this question, really    09:55:02

16   basic question.  If you've never -- your -- your --

17   you're Mr. Castillo.  You're 2012.  You're signing up for

18   your Google Account.  You look at this Terms of Service.

19   Is all of the text of the Privacy Policy contained in

20   this document?                                       09:55:21

21             MR. MCGEE:  Objection.  Asked and answered.

22             THE WITNESS:  Yeah, I've answered that question

23   already.

24        Q.   BY MR. BROOME:  All right.  Well, let me ask you

25   this:  When you signed up for your Google Account,    09:55:32
```

Page 44

```
 1    Mr. Castillo, did you click the link to the Privacy

 2    Policy and review that document as well?

 3              MR. MCGEE:  Object to the form.

 4              THE WITNESS:  Are you asking me to recall 2012

 5    time frame what I did specifically clicking?  I -- I       09:55:46

 6    can't possibly remember that far back specifically

 7    that -- those specific issue.  But I would say it would

 8    be my practice to look at something as important as the

 9    Privacy Policy.

10         Q.  BY MR. BROOME:  It would be your practice to      09:56:06

11    look at something as important as the Privacy Policy.  Is

12    that your testimony?

13         A.  Yes.

14         Q.  Okay.  Well, earlier I asked you about your

15    practice, and you said that you don't review Privacy       09:56:14

16    Policies and you probably only did it once or twice in

17    your --

18         A.  I wasn't referring to Google.  I was referring

19    to other websites.

20         Q.  I see.  So you reviewed Google's Privacy Policy    09:56:25

21    because it's really important, but generally speaking,

22    you don't review Privacy Policies?

23              MR. MCGEE:  Object to the form.

24              THE WITNESS:  I'm not sure you listened to my

25    response, but I'm going to say it again.  The Privacy      09:56:33
```

Page 45

```
 1    Policy is contained in the Terms of Service.  I reviewed

 2    the Terms of Service.

 3        Q.  BY MR. BROOME:  Okay.  And you recall that;

 4    right?

 5        A.  Yes.                                        09:56:52

 6        Q.  You recall -- you specifically recall reviewing

 7    the Terms of Service?

 8        A.  Yes.

 9        Q.  But you can't specifically recall if you clicked

10    the link to the Privacy Policy?                     09:57:00

11          MR. MCGEE:  Object to the --

12          THE WITNESS:  It -- well, so first off, the

13    Privacy Policy is part of the Terms of Service because it

14    is contained within this document in a form of a

15    hyperlink.  So -- so I reviewed the Terms of Service.   09:57:14

16    Whether I clicked on the Privacy Policy or not in 2012,

17    which was -- which was probably more than ten years ago

18    or ten years ago, is -- is because it's contained in

19    there, and it's -- I can go back and reference it in the

20    future, I just don't -- I don't recall the specifics at   09:57:35

21    the time.

22        Q.  BY MR. BROOME:  Okay.  Flip over to page 4.

23    I'll ask you a few more questions about the Terms of

24    Service in effect when you signed up for your account.

25        A.  Are you asking me to take Exhibit 2 and go to   09:58:13
```

Page 46

1    page 4?

2        Q.   Yes.

3        A.   Okay.  I'm there.

4        Q.   Do you see "Our Warranties and Disclaimers"?

5        A.   Okay.  I've reviewed it.                          09:58:54

6        Q.   It says:  "We provide our services using a

7    commercially reasonable level of skill and care and we

8    hope that you will enjoy using them.  But there are

9    certain things that we don't promise about our services."

10            Do you see that?                                  09:59:09

11       A.   Sure.

12       Q.   Okay.

13       A.   Yes, I see it.

14       Q.   And then in all caps it says:  Other than as

15   expressly set out in these terms or additional terms,     09:59:16

16   neither Google nor its suppliers or distributors make any

17   specific promises about the services.  For example, we

18   don't make any commitments about the content within the

19   services, the specific function of the services, or their

20   reliability, availability, or ability to meet your needs. 09:59:31

21   We provide the services 'as is.'"

22            Do you see that?

23       A.   Yes, I see it on the page in front of me.

24       Q.   Is the Chrome browser, in your understanding, a

25   Google service?                                           09:59:43

                                                    Page 47

```
1            MR. MCGEE:  Object to the form, calls for a

2   legal conclusion.

3            You can answer.

4            THE WITNESS:  As far as I know, Chrome is a

5   service provided by Google.                        09:59:52

6      Q.  BY MR. BROOME:  And what about Incognito mode;

7   is that a service provided by Google?

8            MR. MCGEE:  Object to the form, calls for a

9   legal conclusion.

10           You can answer.                           10:00:00

11           THE WITNESS:  I believe it is a -- part of a

12  Chrome browser, and it's -- it was built and it's

13  presented to offer me an ability to indicate clearly to

14  Google my non-consent for surreptitious interception of

15  my communications.                                10:00:20

16     Q.  BY MR. BROOME:  Okay.  Is it a service provided

17  by Google?

18           MR. MCGEE:  Same objection.

19           THE WITNESS:  Is it a service provided by

20  Google.  It's a service provided by Chrome.  So    10:00:30

21  therefore, it is a service provided by Google.

22     Q.  BY MR. BROOME:  Okay.  And then -- and you

23  agreed to this provision; correct?  When you signed up to

24  your Google Account?

25     A.  What provision are you referring to?        10:00:42
```

Page 48

1      Q.  The provision that I just read in all caps in

2   the Warranties and Disclaimers section.

3      A.  Yeah.  I -- yes, I agreed to the Terms of

4   Service.

5      Q.  Okay.  And under "Liability For Our Services."    10:00:57

6   Do you see that?

7      A.  Okay.  "Liability For Our Service."

8      Q.  Yeah.  And then it says, in the second

9   paragraph:  "To the extent permitted by law, the total

10  liability of Google, and its suppliers and distributors,    10:01:11

11  for any claim under these terms, including for any

12  implied warranties, is limited to the amount you paid us

13  to use the services (or, if we choose, to supplying you

14  the services again)."

15      Do you see that?    10:01:28

16      A.  Is that in another page?

17      Q.  Yeah.  It's under "Liability For Our Services."

18  I thought we on the same page.

19      A.  We will not responsible for lost profits --

20  okay, to the extent permitted by law.    10:01:45

21      THE REPORTER:  Excuse me.  Mr. Castillo, if

22  you're going to read, can you read aloud and clearly,

23  please.  Thank you.

24      THE WITNESS:  I apologize.  I realize you're

25  transcribing so I need to read aloud.    10:01:58

Page 49

1            "When permitted by law, Google, and Google's

2     suppliers and distributors, will not be responsible for

3     lost profits, revenues, or data, financial losses or

4     indirect, special, consequential exemplary, or punitive

5     damages."                                          10:02:09

6          Is that the paragraph you're referring to?

7          Q.  BY MR. BROOME:  No, it's the next one.

8          A.  "To the extent permitted by law" -- I think

9     that's the key phrase there.  "To the extent permitted by

10    law, the total liability of Google, and its suppliers and   10:02:26

11    distributors, for any claim under these terms, included

12    for any implied warranties, is limited to the amount you

13    paid us to use the services (or, if we chose, to supply

14    you the services again)."

15          Is that the paragraph you're referring to where   10:02:42

16    it starts with "to the extent permitted by law"?

17          Q.  Yes.  Did you agree to that provision?

18          MR. MCGEE:  Calls for a legal conclusion.

19          You can answer the question, Mr. Castillo.

20          THE WITNESS:  I agreed to the Terms of Services.   10:02:57

21    This is part of the Terms of Service.  If this was, in

22    fact, the Terms of Service at the time, then I would have

23    agreed to that.

24          MR. BROOME:  Okay.  Why don't we go off the

25    record.  We need to mark an exhibit that I don't have in   10:03:15

Page 50

1    front of me.  Why don't we go off the record a moment.

2    We've been going almost an hour.  So why don't we take

3    a -- it's up to you guys -- five, ten minutes?  Let's go

4    off the record.

5           MR. MCGEE:  Off the record is fine.          10:03:27

6           THE VIDEOGRAPHER:  We are off the record.  The

7    time is 10:03 a.m.

8           (Recess.)

9           THE VIDEOGRAPHER:  We are back on the record.

10   The time is 10:20 a.m.                               10:19:38

11       Q.  BY MR. BROOME:  Okay.  Mr. Castillo, do you

12   still have Exhibit 2 in front of you?  It's the Terms of

13   Service from 2012, 2013?

14       A.  Yes.  It's on the screen in front of me.

15       Q.  Great.  All right.                          10:19:53

16           And -- and I don't want to sound like a broken

17   record, but I'm going to try this one more time.

18           On page 2 under "Privacy and Copyright" --

19       A.  Hang on.  Let me go to page 2.  I'm on page 4.

20   I'm moving to page 2.                                10:20:11

21           Okay.  I'm at page 2.

22       Q.  All right.  That's where it references Google's

23   Privacy Policies; right?

24       A.  On page 2 -- this doesn't reference it.  The

25   Privacy Policies are present here on page 2.         10:20:29

                                                    Page 51

1       Q.  Great, okay.  I understand your testimony.

2            What does the Privacy Policy say?  Can you read

3    it to me?

4       A.  In order to --

5            MR. MCGEE:  Object to the form.                    10:20:42

6            You can answer.

7            THE WITNESS:  Yeah.  Let's click on it and see

8    what it says.

9       Q.  BY MR. BROOME:  Ah, no, wait.  Hold on.  Don't

10   do that.                                                   10:20:50

11           Your testimony was that the Privacy Policy is in

12   this document.  I asked you if you needed to click the

13   link, and you said no, it's in the document that's in

14   front of you.  So don't click on the link.  Now tell me

15   what the Privacy Policy says.                              10:21:04

16           MR. MCGEE:  Object to the form insofar as it

17   mischaracterizes testimony.

18           You can answer the question, Mr. Castillo.

19           THE WITNESS:  Okay.  So I can't tell entirely

20   what the Privacy Policy says.  I only can see that it      10:21:19

21   says:  "By using our services, you agree that Google can

22   use such data in accordance" -- meaning in agreement --

23   with our Privacy Policy."

24           The fact that I cannot access the Privacy Policy

25   here on this particular exhibit you've shown says the      10:21:37

                                                    Page 52

1    exhibit's incomplete.  This is an incomplete exhibit.  I

2    hope that's marked for the record.

3        Q.  BY MR. BROOME:  You would need to click on the

4    link in order to read the Privacy Policy; right?

5        A.  I've merely stated your exhibit is incomplete        10:21:51

6    because it doesn't include the document that is part of

7    the Privacy Policy -- the Privacy Policy is not included

8    in your Terms of Service, which it is in real time in

9    real life.

10       Q.  Mr. --                                               10:22:06

11       A.  You've listed a incomplete document as

12   Exhibit 2.

13       Q.  Okay.  So I'll represent to you that we've

14   downloaded this from a publicly available website,

15   Google's Terms of Service, which has the --               10:22:20

16       A.  So are you saying your real Terms of Service

17   doesn't include your Privacy Policy when you click on the

18   link?  Is that what you're trying to say?  Because the

19   Terms of Service include the Privacy Policy as part of

20   the Terms of Service.  It should be readily accessible,    10:22:35

21   not only at the time that someone signs up.  You might

22   have wanted to put it here so when we're looking at it

23   and you're representing that this was the Terms of

24   Service in 2012, that it would include the Privacy

25   Policy, which was part of the Terms of Service.           10:22:51

                                                              Page 53

```
 1            If you're trying to say that you have

 2   represented what the Terms of Service were in 2012, and

 3   you've shown me a document that doesn't include the

 4   Privacy Policy, you're misrepresenting what the Privacy

 5   Policy was in 2012.                                    10:23:06

 6       Q.  Let me just ask you this simple question.  Can

 7   you read the Privacy Policy based on the document that

 8   I've shown you?

 9       A.  Based on this incomplete document, no.

10       Q.  Okay.  And you indicated that in order to read  10:23:22

11   the Privacy Policy, you would want to click on the link;

12   right?

13       A.  Well, why wouldn't I click on the link?

14       Q.  Yeah.  Okay.  Is that your testimony, that to

15   read -- you believe that by clicking on the link, you    10:23:36

16   could then read the Privacy Policy; correct?

17            MR. MCGEE:  Object to the form, mischaracterizes

18   prior testimony.

19            You can answer, Mr. Castillo.

20            THE WITNESS:  The Privacy Policy is part of the  10:23:54

21   Terms of Service.  If you're trying to say that some kind

22   of "I gotcha" because I'm trying to review the Privacy

23   Policy in this incomplete exhibit, then my answer is, is

24   that I find the question deceptive.

25       Q.  BY MR. BROOME:  I'm not -- that's not what I'm    10:24:16
```

Page 54

1    trying to say.

2            Is it your testimony that when you reviewed the

3    Terms of Service when you signed up for your account, the

4    text of the Terms of Service and the text of the Privacy

5    Policy were together as one?                          10:24:30

6            MR. MCGEE:  Object to the form.

7            THE WITNESS:  First off, you're representing

8    that this is the Terms of Service from 2012.  I have no

9    way to confirm that.  However, I do recall that the

10   Privacy Policy was part of the Terms of Service, and it   10:24:49

11   was embedded in the Terms of Service.

12       Q.  BY MR. BROOME:  Okay.  So let's look at the

13   Privacy Policy.  If you go to Exhibit 3, refresh your

14   browser.  This is the Privacy Policy.

15           (Exhibit 3, Privacy Policy - Privacy & Terms -   10:25:04

16           Google, last modified 07/27/12, was marked for

17           identification by counsel electronically.)

18           MR. BROOME:  Do you --

19           THE WITNESS:  Hold on.  Just a moment.  I have

20   to refresh the screen.                               10:25:13

21           MR. MCGEE:  And while Mr. Castillo is refreshing

22   the screen, I'm going to lodge the same objection that I

23   had to Exhibit 2.  There's no Bates label.  Mr. Broome,

24   if you're representing that this is a publicly available

25   Privacy Policy that would have been in effect when       10:25:26

Page 55

1    Mr. Castillo opened his account, we'll -- we'll accept

2    that representation.

3         But another issue with the document is --

4    actually is incomplete.  There are words that are cut off

5    because of the way that it was PDF'd.  So I don't know.        10:25:41

6         MR. BROOME:  Yeah, I can read those to you.

7    I'll represent them to you.

8         MR. MCGEE:  Well, I think if we can get a

9    complete document.  The witness has already expressed his

10   concern about incomplete exhibits.  I know this was         10:25:57

11   provided in discovery with Bates labels, but to the

12   extent it's incomplete and there's any issues with the

13   testimony, if you'd give us a standing objection.

14        MR. BROOME:  You can have whatever standing

15   objection you like.                                          10:26:12

16        All right.  So I will -- Tracy, in the meantime,

17   why don't we get the Bates-labeled version, and then I'll

18   ask questions about this one, and to the extent we need

19   to come back and show him the Bates-labeled version, we

20   can do that.                                                 10:26:29

21        Q.  By the way, are the documents sitting in front

22   of you right now, Mr. Castillo, the four documents that

23   you had there that your lawyers provided, do those have

24   little Bates Numbers in the bottom right-hand corner?

25        A.  Is there a question?  I didn't hear what you        10:26:41

Page 56

1    said and it wasn't clear.

2        Q.  The documents that your counsel provided you for

3    purposes of this deposition today, that are sitting in

4    front of you right now, there's four documents; right?

5        A.  Yes, that's correct.                        10:26:54

6        Q.  And one of them is the Incognito screen, one of

7    them is the Privacy Policy, and one of them is the Terms

8    of Service; correct?

9        A.  One is the Terms of Service, one is the Privacy

10   Policy, another is the -- a representation of the        10:27:09

11   screenshot of the Incognito screen, and the fourth is the

12   copy of the Second Amended Complaint.

13       Q.  Do those have Bates Numbers in the bottom, like

14   a little code at the bottom that says Goog-Brown or

15   something like that, some numbers?  Bottom right-hand     10:27:26

16   corner.

17       A.  I see page numbers.  I don't see Bates-stamp

18   numbers.

19       Q.  Thank you.  All right.

20           So I will represent to you that Exhibit 3 is the   10:27:33

21   Google Privacy Policy that was in effect when you signed

22   up for your Google Account in 2012.

23           Did you review this document?  And by "review,"

24   I mean did you read it.

25       A.  Your question is did I review this document?  Is   10:27:53

                                                    Page 57

```
 1    your question did I review this document in 2012 time

 2    frame?

 3         Q.  Let's start there.

 4         A.  Yeah.  Is that your question?  Because you

 5    didn't ask that.                                    10:28:07

 6         Q.  Let's start there.  Did you review this document

 7    in the 2012 time frame?

 8         A.  I don't recall.

 9         Q.  Did you review this document in the 2016 to 2020

10    time period?                                        10:28:29

11         A.  I am familiar with the document later, and I am

12    familiar with the version that's in front of me.

13         Q.  And what's the date on the version that's in

14    front of you?

15         A.  May 25th, 2018.                            10:28:44

16         Q.  And what's the date on the Terms of Service that

17    are in front of you?

18         A.  There's no date on the Terms of Service in front

19    of me.

20         Q.  Okay.                                      10:28:58

21         A.  I have a date that it's printed, but that's only

22    just a few days ago.

23         Q.  And you have the Terms of Service as one

24    document and the Privacy Policy as another document;

25    right?                                              10:29:10
```

Page 58

1      A.  Are you talking about on the Terms of Service on

2    page 2 where it says "Privacy Policy," and it contains

3    your Google Privacy Policy?  Is that what you're

4    referring to in the Terms of Service?

5      Q.  Do you have two documents in front of you, one      10:29:21

6    Terms of Service, two, Privacy Policy, or are they just

7    one document?

8      A.  Well, they're -- I have them separated in pages,

9    but they're essentially one document.

10      Q.  I see.  Did they download --                       10:29:35

11      A.  I have them broken out into two different pages,

12    but (indicating) they go like this.

13      Q.  And why did you do that?

14      A.  Because they're the same document.

15      Q.  Why did you break them out into two separate      10:29:46

16    documents?

17      A.  They're easier to look at for me.

18      Q.  All right.  Take a look at this document,

19    Exhibit 3 --

20      A.  Okay.                                              10:30:07

21      Q.  -- and tell me -- tell whether Google makes any

22    representations to you -- made any representations here

23    about Incognito mode or private browsing mode.

24      A.  Okay.  So you're showing me a new multipage

25    document that I -- I'm not familiar with.  I'm going to  10:30:25

Page 59

```
 1    have to look at it and review it.  There's many pages

 2    here.

 3         Q.  All right.

 4         A.  So you're going to have to give me a second.

 5         Q.  Yep.                                        10:30:33

 6         A.  There's nine pages.  And also, by the way, for

 7    the record here, many of the pages I can't even read the

 8    paragraphs because the way you've scanned them, I'm

 9    missing entire paragraphs that are -- that are printed

10    over the top of.                                     10:30:48

11         So I just for the record, this is a -- not only

12    an incomplete document, it seems to be an altered

13    document.

14         Q.  It's not altered.  It's just the way it's

15    printed out.  But --                                 10:30:59

16         A.  Again, it's semantics.  To me, it appears

17    altered.

18         And also to me, for the record, for me it

19    appears altered, and the question arises in my mind was

20    it intentional or is this something that is just by     10:31:11

21    accident.

22         Q.  It's just the way it prints out, Mr. Castillo.

23    There's no --

24         A.  Because that doesn't happen on my printer.

25         Q.  All right.  So tell you what.  Why don't --    10:31:20
```

Page 60

```
 1    while we're waiting for the other exhibit, you read this

 2    document, you respond to my question about whether it

 3    mentions Incognito or private browsing mode or any other

 4    representations that you think relate to the -- to those

 5    services.  And when you get to the part that you say you        10:31:35

 6    can't read, I'll read it to you because I can read it.

 7    It's actually not that hard.  It's just that there's a

 8    line between the words.

 9         A.  Okay.

10         Q.  Hold on.  Hold on.  Let me finish my statement         10:31:45

11    or my instruction.

12              If you get to a part where you can't read it,

13    just let me know, and I'll read it to you.  Because you

14    can sort of combine the words together if you -- if you

15    look closely.  But I'll help you out on that.                   10:31:57

16         A.  Thank you.

17              Okay.  So on page 1 --

18         Q.  Yeah.

19         A.  On page 1, there is some parts that are

20    contained in here that aren't included in the exhibits,         10:33:04

21    specifically key terms.  There's no way that I can see

22    what key terms are because they're not included here in

23    this exhibit.  So this is an incomplete exhibit.

24         Q.  Where are you looking, page 1?

25         A.  Page 1 --                                              10:33:18
```

Page 61

1      Q.  Uh-huh.

2      A.  -- paragraph 3.  "We've tried to keep it as

3   simple as possible."  Key terms.  There's no key terms

4   here.  There is key terms as part of this document, but

5   they're not represented in this exhibit.                10:33:32

6      Q.  Yep, they're just at the bottom, Mr. Castillo.

7      A.  Oh, so they are literally printed out at the

8   bottom.

9      Q.  No, they -- the way -- this is an accurate

10  reflection of the document as it exists on --           10:33:43

11     A.  As it exists or existed?

12     Q.  As it exists.  It's still available on Google's

13  Privacy Policy website.

14     A.  Okay.

15     Q.  And then the key terms, it just takes you to the   10:33:55

16  bottom.

17     A.  Okay.  So it moves me to the bottom of the

18  document.  All right.  Very good.

19          Okay.  I'm at the section that says:  "We

20  collect information in two ways," and the paragraph is   10:34:20

21  cut off.

22     Q.  Right.  Okay.  I'll read it to you.

23  "Information you give us."  And I'm just reading from the

24  same Exhibit Share document that you have in front of

25  you.                                                    10:34:30

                                                        Page 62

1          It says:  "Information you give us.  For

2     example, many of our services require you to sign up for

3     a Google Account.  When you do, we'll ask for personal

4     information like your name, email address, telephone

5     number, or credit card.  If you want to take full          10:34:40

6     advantage of the sharing features we offer, we might also

7     ask you to create a publicly visible Google Profile,

8     which may include your name and photo."

9          Do you see how that works?

10     A.  So I'm on page 2 now.  So that -- the cut-off          10:34:56

11     portion in page 1 to 2, I'm now in the sentence "if you

12     want to take full advantage of the sharing features we

13     offer, we might also ask you to create a publicly visible

14     Google Profile, which may include your name and photo."

15          Okay.  I'm tracking now.                              10:35:17

16     Q.  All right.

17     A.  All right.  I'm now on the paragraph that says

18     "Location Information."  I can't read that full

19     paragraph.  There's a big block in the middle of it.

20     Q.  No problem.  Let me help you out.  It says:           10:35:56

21     "When you use a location-enabled Google service, we may

22     collect and process information about your actual

23     location, like GPS signals sent by a mobile device.  We

24     may also use various technologies to determine location,

25     such as sensor data from your device that may, for        10:36:08

Page 63

1    example, provide information on nearby wi-fi access

2    points and cell towers."

3        A.   Okay.  I've got it from here.

4            On the bottom of page 3, is there another

5    paragraph missing or is that -- is that actually printed    10:36:53

6    correctly?

7        Q.   No, I think it's printed -- it's printed fine

8    there.

9        A.   Okay.

10            MR. MCGEE:  Mr. Broome, while the witness is    10:37:12

11    reviewing this, the exhibit that you provided, are those

12    hyperlinks -- are all of the hyperlinks active in that

13    exhibit or are some of them now unavailable?

14            MR. BROOME:  I don't know.

15            MR. MCGEE:  Okay.  Well, I'll represent that we    10:37:28

16    did click a few of the hyperlinks and they go to a dead

17    Google website.

18            MR. BROOME:  Are you clicking them from Exhibit

19    Share?

20            MR. MCGEE:  I sure am.  And then I also clicked    10:37:41

21    the URL from the exhibit itself and went to various

22    hyperlinks, and they also have the exact same error.

23            MR. BROOME:  Well, if that becomes an issue for

24    purposes of the testimony, we can discuss.

25            MR. MCGEE:  Sure.    10:38:01

Page 64

```
 1            THE WITNESS:  Is there a paragraph above

 2    application on page 8?  Specifically application dealing

 3    with our Privacy Policy applies to all services offered

 4    by Google Incorporated, period.

 5            MR. BROOME:  No.                          10:38:22

 6            MR. MCGEE:  And Mr. Broome, again, I appreciate

 7    the courtesy, but in about 15 minutes, I'll have to drop

 8    off again to that hearing so I just...

 9            MR. BROOME:  Sure.  Okay.

10            MR. MCGEE:  I didn't want to interrupt you when  10:38:49

11    you may have a line of questioning.  So thank you.

12            MR. BROOME:  Appreciate it.

13            THE WITNESS:  Okay.  Earlier I asked a question

14    about this document you've put in front of me, and it

15    specifically asked key terms, and you said if I went to  10:39:06

16    key terms, they were at the bottom of the document.  I

17    don't see those.  Are they not on part of this exhibit?

18    There's nothing that says "key terms" at the bottom of

19    the document.

20       Q.  BY MR. BROOME:  Those are the key terms at the   10:39:18

21    bottom.  Application --

22       A.  Wait.  The key terms are four items:  Chrome,

23    and Chrome OS, Books, Wallet and Fiber?  Those are the

24    key terms.

25       Q.  Let me pull it up.                          10:39:29
```

Page 65

1        A.  That doesn't seem right.  Because it doesn't say

2    make any reference to key terms.

3        Q.  Momentito.  Momentito.

4        A.  Yeah.  It seems just to my initial observation,

5    it seems this document's incomplete.                    10:39:53

6        Q.  Okay.  Put aside -- putting that aside, the key

7    terms, do you see any reference in here to Incognito or

8    private browsing?

9            MR. MCGEE:  I would again renew my objection

10   about the hyperlinks that are represented in the document  10:40:35

11   that seem incomplete.  So object to the form and --

12           MR. BROOME:  You have a standing objection on

13   that, I think.

14           MR. MCGEE:  Okay.

15           THE WITNESS:  I've reviewed the document.  I      10:40:50

16   can't find anything that says Incognito in here.  Did I

17   miss it?  I don't -- I don't see it.

18       Q.  BY MR. BROOME:  Is there a -- my question's a

19   little broader.

20           Do you see anything referencing Incognito,       10:41:04

21   private browsing, or any other sort of similar concept --

22       A.  Okay.

23       Q.  -- in this document?

24       A.  There's a section on information security.  "We

25   offer two-step verification when you access your Google   10:41:32

Page 66

1    Account and a Safe Browsing feature in Google Chrome."

2         That's hyperlinked and there's no -- there's no

3    explanation of what that's about.  So that could be in

4    there.  I don't -- but I don't see it.

5         Q.  You're just speculating; right?                    10:41:49

6         A.  I'm speculating, but more importantly -- yeah.

7         Q.  Okay.  More importantly what?

8         A.  I don't see it.

9         Q.  You don't see any reference to Incognito or

10   private browsing in this document; right?                   10:42:18

11        A.  No.

12        Q.  Okay.  Do you see it on page 2?  Well, actually,

13   let me go off of it.

14             MR. BROOME:  Sorry, Ryan.  You said at 11:00 you

15   need to break, or when do you need to break?                10:42:43

16             MR. MCGEE:  Yeah, at 10:55.  So about

17   12 minutes.

18             MR. BROOME:  That should be fine.

19        Q.  Let me go up to page 1, Mr. Castillo.

20        A.  Okay.                                              10:42:55

21        Q.  "Information We Collect."  Do you see that

22   heading?

23        A.  Okay, I see it.

24        Q.  All right.  It says:  "We collect information to

25   provide better services to all of our users, from          10:43:04

                                                      Page 67

```
 1    figuring out basic stuff, like which language you speak,

 2    more complex things, like which ads you'll find more" --

 3    "most useful, or the people who matter most to you

 4    online."

 5          Do you see that?                              10:43:15

 6       A.  Yes, I see that.

 7       Q.  And below that, it says:  "We collect

 8    information in two ways."

 9          Do you see that?

10       A.  Okay.                                        10:43:20

11       Q.  All right.  And then if you go to the second

12    bullet, it says -- and now we're on page 2.  It says:

13    "Information We Get From Your Use of Our Services."

14          Do you see that?

15       A.  Yes, I see that paragraph.                   10:43:37

16       Q.  All right.  It says:  "We may collect

17    information about the services that you use and how you

18    use them, like when you visit a website that uses our

19    advertising services or you view and interact with our

20    ads and content."                                   10:43:49

21          Do you see that?

22       A.  I see it.

23       Q.  And is it clear to you -- is that statement

24    clear to you that when you visit a website that uses

25    our -- the Google's advertising services or you view or   10:43:59
```

Page 68

```
 1    interact with Google's ads and content, that Google may

 2    receive information?

 3           MR. MCGEE:  Object to the form.

 4           You can answer.

 5           THE WITNESS:  So when I -- when I see this --     10:44:12

 6    when I read this paragraph, I see that Google may collect

 7    information when -- you know, Google may collect

 8    information on the websites I'm visiting.  Yes, I see

 9    that.

10        Q.  BY MR. BROOME:  Okay.  And that's clear to you;   10:44:28

11    right?

12        A.  That's clear.

13        Q.  Okay.  And then the next bullet says:  "Device

14    Information."  It says:  "We may" -- and it's sort of

15    indented.  Well, actually, let me back up.              10:44:39

16           At the sentence we just read says:  "We may

17    collect information about the services that you use and

18    how you use them, like when you visit a website that uses

19    our advertising services or you view and interact with

20    our ads and content."                                   10:44:55

21           Right?  Did I read that correctly?

22        A.  Are you asking me if you read that correctly?

23    Yes, you read that correctly.

24        Q.  And then it says:  "This information includes,"

25    colon.  Do you see that?                                10:45:06
```

Page 69

1          A.   Yes, I see it.

2          Q.   And then the next bullet says:  "Device

3     Information."  It says:  "We may collect device specific

4     information such as your hardware model, operating system

5     version, unique device identifiers, and mobile network          10:45:19

6     information, including phone number.  Google may

7     associate your device identifiers or phone number with

8     your Google Account."

9               Do you see that?

10         A.   I see it.                                              10:45:33

11         Q.   Okay.  And is that clear to you?

12         A.   It's clear to me that when I'm searching Google

13    in regular mode, and not Incognito mode, that you collect

14    this data.

15         Q.   Okay.  And then there's log information and          10:45:46

16    location information, unique application numbers, local

17    storage, cookies, and anonymous identifiers.

18              Do you see all those headings?

19         A.   Yes.  I see the log information and all the

20    details you have in that paragraph.                           10:46:07

21         Q.   Okay.  And it's clear to you that Google may

22    receive that information when you visit a website that

23    uses Google's advertising services; correct?

24         A.   That's a very broad question --

25              MR. MCGEE:  Objection.                               10:46:20

                                                          Page 70

1            THE WITNESS:  -- because it does not specific

2    apply to all the times that I'm using Google.

3        Q.  BY MR. BROOME:  Well, it says when -- the

4    limiter is in the -- the bullet, information we get from

5    your use of our services.                          10:46:33

6            Do you see that?

7        A.  So does this paragraph mean that when I'm in

8    Incognito mode and I'm specifically not consenting -- not

9    consenting in a third-party state like California -- that

10   you're collecting that data?  Is that what you are       10:46:48

11   representing that Google does by that question?

12       Q.  I'm -- you're going pretty far afield there,

13   Mr. Castillo.  Respectfully, I'd just like ask you to

14   focus on the question.

15       A.  Okay.  Fair enough.                          10:47:04

16       Q.  I understand you have your allegations and you

17   have your theory about the case, and the lawyers will --

18   you know, you've got a very capable lawyer.

19       A.  Fair enough.

20       Q.  We'll all argue about that.                  10:47:12

21       A.  That was a broad question, to be -- to be fair.

22   It was a very broad question.

23       Q.  I'm just asking you about the document in front

24   of you.  It says:  "We may collect information about the

25   services that you use and how you use them, like when you   10:47:24

                                                   Page 71

```
 1    visit a website that uses our advertising services or you

 2    view and interact with our ad or contents."  And you said

 3    that's clear to you.

 4             MR. MCGEE:  Object to the form.

 5        Q.  BY MR. BROOME:  Are you following me so far?        10:47:36

 6    I'm just trying to break it down in bite size --

 7        A.  Okay.  So ask your question again because that

 8    was more like a statement.

 9        Q.  I'm just trying to orient you.

10        A.  All right.  I got it.                                10:47:46

11        Q.  Then it says:  "This information includes," and

12    it lists, you know, six categories of information.

13             Do you see that?

14        A.  I see five.  I don't see six.

15        Q.  You don't see six.  Device information?             10:48:03

16        A.  Wait.  I'm still on log information.  Details of

17    how you use our services, such as search queries,

18    telephone log, internet protocol addresses, device event

19    information, cookies.  That's five items.  You said six.

20        Q.  Yeah.  I'm looking at the bolded headings;          10:48:21

21    right?  Do you see it says:  "This information includes,"

22    and then it has --

23        A.  Oh, I see.  You're looking at a multi pages at

24    the same time.  I'm sorry.  I'm limited here.  I can only

25    go one page at a time.                                      10:48:33
```

                                                        Page 72

```
 1              So let's see, one, two, three, four, five, six.

 2      Now I understand what you mean by six.  You're not just

 3      talking about log information.  You're talking about in

 4      addition to the things they collect.  Log information,

 5      device information, location information, unique          10:48:50

 6      application numbers, local storage, cookies, and

 7      anonymous identifiers, all things you're saying Google

 8      collects.  Okay, I see it.

 9          Q.  Yeah.  Is that clear to you, that Google

10      collects that information when you visit a web -- well,   10:49:02

11      strike that.  Let me -- let me start again.

12              Based on this document, as you're reading this

13      document, is it clear to you that Google receives that

14      information, those categories that you just listed, when

15      you visit a website that uses Google's advertising        10:49:15

16      services or you view or you're at Google's ads and

17      content?

18              MR. MCGEE:  Object to the form.

19              THE WITNESS:  This document states that Google

20      collects these information.  This document from --        10:49:31

21      from -- from -- from 2012 states that Google collects all

22      these items when I go to a website.  Yes.

23          Q.  BY MR. BROOME:  Okay.

24          A.  That's clear to me.

25          Q.  And there's nothing in this document, at least,   10:49:44
```

Page 73

1    that suggests that Google doesn't collect that data when

2    you're in private browsing mode; correct?

3            MR. MCGEE:  Object to the form, subject to my

4    prior standing objection about hyperlinks and the

5    incompleteness of the document.                          10:50:01

6            MR. BROOME:  Fair.

7            THE WITNESS:  So can you -- can you state that

8    as a question?  I think you're trying to tell me what I

9    think.  Ask me a question.

10       Q.  BY MR. BROOME:  Can you see anything in this      10:50:12

11   document, can you point me to anything in this document

12   that suggests that the information Google receives when

13   you visit a website that uses Google's advertising

14   services will not be received by Google if you use

15   private browsing or Incognito mode?                      10:50:26

16           MR. MCGEE:  Same objection.

17           THE WITNESS:  Yeah, I don't see anything from

18   this 2012 document that says that what's in front of me

19   here, that -- that Google won't collect data.

20       Q.  BY MR. BROOME:  Now we're making progress.       10:50:41

21       A.  It's saying that Google will collect data.

22           MR. BROOME:  Okay, great.

23           All right.  Now is probably a good time to

24   break.  I was about to turn to another document, Ryan, so

25   if you want to take our break now.                       10:50:58

```
 1            MR. MCGEE:  Yeah.  Yeah, that will be great.

 2    And I'll try to get moved up on the doc -- we can go off

 3    the record.

 4            THE VIDEOGRAPHER:  We are off the record.  The

 5    time is 10:51 a.m.                                    10:51:07

 6            (Recess.)

 7            (Exhibit 4, Google Chrome Privacy Notice, last

 8            modified 10/18/12, was marked for identification

 9            by counsel electronically.)

10            THE VIDEOGRAPHER:  We are back on the record.   12:01:12

11    The time is 12:01 p.m.

12        Q.  BY MR. BROOME:  Welcome back, Mr. Castillo.  If

13    you could go back to Exhibit 2.

14        A.  Okay.  You want me to refresh and go back to

15    Exhibit 2?                                            12:01:33

16        Q.  Yes, please.

17        A.  Okay.  And can you refresh -- what is this

18    exhibit?

19        Q.  At the top it says "Google Terms of Service."

20    Do you remember I asked you some questions about this   12:01:49

21    one?

22        A.  Yeah, this is from back in March 1st, 2012,

23    before the class period; is that correct?

24        Q.  Yes.  And remember I asked you some questions

25    about this, and I said did you read it, and I think you  12:01:58
```

Page 75

```
 1    said something to the effect of, well, I would have had

 2    to scroll to the bottom in order to accept.

 3            Was that -- am I --

 4        A.  Is this another document?  Are you saying this

 5    is another document?                              12:02:11

 6        Q.  No, it's the same document, same Exhibit 2 that

 7    we looked at before.

 8        A.  All right.  I just want to clarify that this is

 9    a document back from 2012, and it's prior to the class

10    period; is that correct?                          12:02:21

11        Q.  You asked me that once and I said yes, and

12    you've asked me it again.

13        A.  Okay.  Forgive me.  I'm not an attorney so I may

14    make mistakes like that.

15        Q.  That's all right.  Okay.                  12:02:35

16            Do you recall testifying when I asked you, do

17    you recall earlier testifying that you would have

18    reviewed this because you would have had to scroll to the

19    bottom and accept it?

20        A.  I can't -- I'm having trouble hearing you.  12:02:46

21        Q.  Oh, I'm sorry.  Can everyone else hear me?

22        A.  It's a little faint.

23            THE REPORTER:  I can hear you.

24            THE WITNESS:  Also, something's going on with my

25    camera or Zoom.  Okay.  I've got you back.  All right.  12:03:02
```

Page 76

```
 1    It's helpful if I can see your face when you're talking

 2    because then I can see the words as well, what you're --

 3              MR. BROOME:  Let's go off the record, then.

 4              THE VIDEOGRAPHER:  Do you want to go off the

 5    record?                                              12:03:18

 6              MR. MCGEE:  That's fine.

 7              MR. BROOME:  Yes.

 8              THE VIDEOGRAPHER:  We are off the record.  The

 9    time is 12:03 p.m.

10              (Discussion off the record.)               12:06:22

11              THE VIDEOGRAPHER:  We are back on the record.

12    The time is 12:06 p.m.

13         Q.  BY MR. BROOME:  All right.  Now that you can

14    hear me better, Mr. Castillo, I was asking you some

15    questions about Exhibit 2, Google's Terms of Service from 12:06:38

16    2012, the version that was in effect when you signed up

17    for your Google Account.

18              And I believe I asked you earlier in the

19    deposition whether you have reviewed this document, and

20    you said something to the effect of -- and you can        12:06:52

21    correct me if I'm wrong -- that you would have had to

22    review it or scroll to the bottom and review it and

23    accept the terms.

24              Was that -- did I get that right?

25         A.  That's --                                       12:07:05
```

                                                          Page 77

1          MR. MCGEE:  Object to the form insofar as it

2    mischaracterizes prior testimony.

3          You can answer.

4          THE WITNESS:  To the best of my knowledge from

5    ten-plus years ago, I would say that's accurate.          12:07:18

6      Q.  BY MR. BROOME:  Okay.  All right.

7          And if you scroll to the bottom of this

8    document, there's no button or anything like that for

9    accepting the terms; right?

10     A.  I don't see one at the bottom.                       12:07:40

11     Q.  Okay.  So let's go -- now let's go to -- you

12   should have an Exhibit 5.

13         (Exhibit 5, Gmail by Google, Create an Account,

14         GOOG-CABR-04981576, was marked for

15         identification by counsel electronically.)          12:07:53

16         THE WITNESS:  So hang on.  I'm going to refresh

17   my screen and go to Exhibit 5.

18         It's thinking.  Okay, Exhibit 5.  It looks like

19   another PDF.  Okay.

20     Q.  BY MR. BROOME:  And does this look like the        12:08:14

21   screen -- to the best of -- best of your recollection,

22   does this look like the screen that you filled out when

23   creating your Gmail account?

24         MR. MCGEE:  Object to the form.

25         You can answer.                                      12:08:27

                                                         Page 78

```
 1              THE WITNESS:  You know, surprisingly, it does

 2    look familiar.  In fact, there is even a section at the

 3    bottom that says "Google Terms of Service," and I

 4    probably had to scroll to the bottom of that to accept

 5    it.                                              12:08:40

 6        Q.  BY MR. BROOME:  Yep.  Right.  Okay.

 7            So is that what you're referring to when you say

 8    you had to scroll to the bottom and click accept?

 9        A.  Yeah.  But I can't simulate that on this

10    document because it appears to be a screenshot.    12:08:52

11        Q.  Yeah, that's right.  Okay.

12            And you see at the bottom it says:  "By clicking

13    on I accept below, you are agreeing to the Terms of

14    Service above and both the Program Policy and the Privacy

15    Policy."                                          12:09:10

16            Do you see that?

17        A.  Yes, I see that.

18        Q.  All right.  Now in or around the time that you

19    signed up for your Google Account, do you recall

20    reviewing the Chrome Privacy Notice?              12:09:28

21        A.  So let me get this straight.  You're saying

22    there's a separate Privacy Notice for Chrome?

23        Q.  Oh, okay.  Well, let me back up.

24            Are you aware that there is a separate Privacy

25    Notice for Chrome?                                12:09:49
```

Page 79

```
 1          A.  I -- no, I thought it was all one.  Google had a

 2    Privacy Policy.

 3               You have a separate policy for Chrome; is that

 4    what you're saying?

 5          Q.  Yes, but if you're not familiar with that          12:10:03

 6    document, that's fine.

 7          A.  I'm familiar with the Google Privacy Policy.  It

 8    encompasses, as it says in here, all -- all app sites and

 9    devices, like Search, YouTube, Google Home.  I figured

10    all meaning like all.                                         12:10:38

11          Q.  Where are you reading?  Are you reading from one

12    of the documents that your counsel put in front of you?

13          A.  Yeah.  The -- I'm reading from the Google

14    Privacy Policy.

15          Q.  Which -- which version?                             12:10:50

16          A.  The one that is from the class period in

17    May 25th, 2018.

18          Q.  That's -- that's halfway through the class

19    period; right?

20          A.  That's during the class period, yes.                12:11:02

21          Q.  Okay.  Let's take a look at that document and so

22    that we're all on the same page.

23          A.  Okay.

24               MR. BROOME:  We'll -- we'll load that up as

25    Exhibit 6.                                                    12:11:29
```

Page 80

```
 1              Tracy, can you load that up, please.

 2              (Exhibit 6, Google Privacy Policy, effective

 3              05/25/18, was marked for identification by

 4              counsel electronically.)

 5         MR. BROOME:  That should be tab 8.          12:11:45

 6         THE WITNESS:  Do you want me to refresh and go

 7    to Exhibit 6; is that what you're asking me to do?

 8         Q.  BY MR. BROOME:  Yes, please, Mr. Castillo.

 9         A.  Okay.

10         Q.  By the way, am I pronouncing your name       12:12:00

11    correctly?

12         A.  That's fine.  The way you're saying it is fine.

13              I don't -- I don't see it yet.  It's still

14    Exhibit 5 is the largest one -- the most recent one.

15    Let's see.  Try it again.                            12:12:31

16              All right.  Here it is.  All right.  Yes, it's

17    the same.

18         Q.  It's the same document you've got in front of

19    you?

20         A.  Yeah, I'm just verifying that.              12:12:49

21              Yes, it's the same.

22         Q.  Okay.  And I asked you if you're familiar with

23    the Chrome Privacy Notice, and you said you were not.

24    You said, "I'm familiar with the Google Privacy Policy,

25    and it encompasses, as it says here, all apps, sites, and   12:13:22
```

Page 81

```
 1    devices like Search, YouTube, Google Home."

 2            What are you referring to?

 3       A.  You asked me if I'm familiar with the Chrome

 4    Privacy Policy, and I responded that I'm familiar only

 5    with the Google Privacy Policy.                       12:13:38

 6       Q.  Right.  Okay.  Understood.

 7            And then you read something from the Privacy

 8    Policy.  Is it that first bullet that appears on the

 9    first page that you were reading from?

10       A.  Yeah.  It's from the section that says:  "We    12:13:50

11    build a range of services that help millions of people

12    daily to explore and interact with the world in new ways.

13    Our services include Google apps, sites, devices like

14    Search, YouTube and Google Home."

15            Chrome, I believe, is an app for Google.       12:14:05

16    Platforms like Chrome browser and Android operating

17    systems.

18            So I believe this Chrome that you're referring

19    to, Chrome browser, is part of the Google Privacy Policy.

20       Q.  Okay.  Well, I'm not going to argue with you    12:14:22

21    about that.

22            I was asking you if you were aware of a separate

23    document called the Chrome Privacy Notice, but it sounds

24    like you're not, and that's fine.

25            MR. MCGEE:  Is there an exhibit that you want to  12:14:34
```

Page 82

```
 1    show him, Mr. Broome, or is this a memory test?

 2          MR. BROOME:  Nope, it's not a memory test.

 3          Q.  All right.  So let's look at this document.  The

 4    Privacy Policy, May 25th, 2018.  Your counsel provided

 5    you a copy of that document that's -- before the              12:14:57

 6    deposition began, and you've had that document in front

 7    of you the entire deposition; is that right?

 8          A.  That's correct.

 9          Q.  Okay.  And before you got involved in this case,

10    had you read this Privacy Policy?                             12:15:11

11          A.  I'm familiar with it, and I've reviewed it.

12          MR. MCGEE:  I was just going to -- asked and

13    answered.  But I'll let the witness answer again what his

14    previous answers were.

15          Q.  BY MR. BROOME:  My question is a little bit        12:15:31

16    different, Mr. Castillo.

17          Before you got involved in this case, had you

18    read this document?

19          MR. MCGEE:  Objection.  Asked and answered.

20          Q.  BY MR. BROOME:  You can answer.                     12:15:45

21          Mr. Castillo, do you understand the question?

22          A.  I understand the question.

23          Q.  Are you reviewing the document, Mr. Castillo, or

24    are you waiting for something else?

25          A.  I'm waiting for the next question.  I answered     12:16:20
```

Page 83

```
 1    that question already.

 2         Q.  Well, let me ask it again because I don't think

 3    I got an answer.

 4              Before you got involved in this case, had you

 5    reviewed Exhibit 6?                                    12:16:31

 6              MR. MCGEE:  Objection.  Asked and answered.

 7              You can still answer, Mr. Castillo.

 8              THE WITNESS:  Yes.

 9         Q.  BY MR. BROOME:  You had.  Okay.  When did you

10    first review Exhibit 6?                                12:16:47

11         A.  I don't recall the exact time.

12         Q.  How -- how -- was it after this case was filed?

13              MR. MCGEE:  Objection.  Asked and answered.

14         Q.  BY MR. BROOME:  You can answer.

15         A.  I said already I don't recall when I reviewed   12:17:10

16    it.

17         Q.  And you don't recall whether you reviewed it

18    after the case was filed; is that your testimony?

19              MR. MCGEE:  Objection.  Asked and answered.

20    Objection.  Misstates and mischaracterizes previous     12:17:22

21    testimony.

22              THE WITNESS:  I've answered the question.  I

23    don't recall.

24         Q.  BY MR. BROOME:  Okay.  All right.

25              Then it's possible that you reviewed this      12:17:36
```

Page 84

1    document for the first time after the case was filed;

2    correct?

3         MR. MCGEE:  Object to the form, asked and

4    answered, mischaracterizes testimony, misstates

5    testimony.                                              12:17:43

6         You can answer, Mr. Castillo.

7         THE WITNESS:  I don't recall when I reviewed it,

8    but I do take privacy matters very seriously.  And it

9    would be characteristic of me to review this type of

10   material even before the lawsuit.                       12:18:11

11        Q.  BY MR. BROOME:  Yes, but I think I asked you at

12   the beginning of the deposition if you made a habit of

13   reviewing Privacy Policies, and you said you'd probably

14   only done it once or twice in your life.

15        A.  No, that's not accurate.                       12:18:24

16        MR. MCGEE:  Object.

17        THE WITNESS:  That's not what I said.

18        MR. MCGEE:  Mischaracterizes previous testimony.

19        THE WITNESS:  What I said was you asked me

20   specifically your -- your -- you have changed the        12:18:33

21   question.  You asked me if I looked at individual Privacy

22   Policy on individual web sites, and it's not my practice

23   to really hunt for that stuff on individual websites I'm

24   reviewing.

25        But Google's an entirely different matter.  It's   12:18:49

Page 85

1    an entire suite, and I do take privacy seriously, and I

2    would review that.

3        Q.  BY MR. BROOME:  Okay.  So is it your testimony

4    that you periodically review or re-review Google's

5    Privacy Policy?                                    12:19:13

6            MR. MCGEE:  Object to the form.

7            You can answer, Mr. Castillo.

8            THE WITNESS:  Yes.  I would review the Privacy

9    Policy for Google.

10       Q.  BY MR. BROOME:  And how often would you do that?  12:19:24

11       A.  My answer is periodically.

12       Q.  Well, in what frequency?

13       A.  Every time you change your policy, which I would

14   answer frequently, I would get notice.  When I get

15   notice, I bother to take a look and read it.         12:19:44

16       Q.  Okay.  And you're referring to the emails that

17   are sent when Google updates its Terms of Service or

18   Privacy Policies, your testimony is that you would click

19   on those and -- and review the document?

20       A.  Yes.  I think that's a question instead of a    12:20:03

21   statement, and I'll say yes.

22       Q.  Okay.  And do you do that for any other

23   companies or just for Google?

24       A.  Yes.

25       Q.  Do you do that for any other companies or just  12:20:27

                                                    Page 86

```
 1   for Google?

 2            MR. MCGEE:  Objection.  Asked and answered.

 3            THE WITNESS:  Yes.

 4        Q.  BY MR. BROOME:  "Yes," you do that for other

 5   companies, or "yes," you only do it for Google?          12:20:39

 6        A.  Yes, I do it for other companies.

 7        Q.  Which other companies?

 8        A.  Merrill Lynch.

 9        Q.  That's your employer; right?

10        A.  That's my employer.                             12:20:54

11        Q.  Any other companies?

12        A.  Yes, but I don't recall at the time.

13        Q.  All right.  Let's look at page 1 of Exhibit 6.

14   It says in the paragraph in the middle, it begins:  "You

15   can use our services in a variety of ways to manage your 12:22:02

16   privacy.  For example, you can sign up for a Google

17   Account if you want to create and manage content like

18   email and photos or see more relevant search results, and

19   you can use many Google services when you're signed out

20   or without creating an account at all, like searching on  12:22:17

21   Google or watching YouTube videos.  You can also choose

22   to browse the web privately using Chrome in Incognito

23   mode, and across our services, you can adjust your

24   privacy settings to control what we collect and how your

25   information is used."                                    12:22:36
```

Page 87

```
 1            Do you see that?

 2       A.  Yes, I see it.

 3       Q.  Do you know -- do you know what a Google Account

 4  is, Mr. Castillo?

 5       A.  I believe I do, yes.                          12:22:44

 6       Q.  Okay.  What's your understanding of it?

 7       A.  My understanding is a Google Account is -- is

 8  identified by a user name that gives me access to a suite

 9  of services like various Google apps, you know, YouTube,

10  Gmail, Chrome, and other -- other applications that are    12:23:04

11  available, like Maps and stuff.

12       Q.  And do you understand that you can use those

13  services while signed into your account or while signed

14  out of your account?

15       A.  Yes.                                         12:23:22

16       Q.  In the last sentence there in that paragraph

17  that I just read to you, it says:  "And across our

18  services, you can adjust your privacy settings to control

19  what we collect and how your information is used."

20            Do you see that?                            12:23:46

21       A.  Yes.  I see what it says in this paragraph.

22       Q.  Okay.  And do you know what privacy settings

23  Google is referring to there?

24            MR. MCGEE:  Object to the form.  Speculation.

25            THE WITNESS:  Well, I don't know what they're   12:24:07
```

Page 88

```
1   referring to -- what they are referring to.  I know what

2   I can read in front of me.

3       Q.  BY MR. BROOME:  Yeah.  No, that's all fair.

4   That's a terrible question.  Let me withdraw and start

5   again.                                                12:24:22

6           What do you understand the word "privacy

7   settings" to refer to in that sentence?

8           MR. MCGEE:  Object to the form insofar as it's

9   asking the witness to speculate.

10          THE WITNESS:  Are you referring to the first    12:24:33

11  sentence that says:  "You can use our services in a

12  variety of ways to manage your privacy?"  Because you

13  changed --

14      Q.  BY MR. BROOME:  No, I was actually -- no, I was

15  always asking about the last sentence.  And it says:   12:24:46

16  "And across our services, you can adjust your privacy

17  settings to control what we collect and how your

18  information is used."

19      A.  Yeah.  I think there's -- there may be

20  settings -- there may be settings within the Google    12:24:57

21  Account that allow me to make changes and edit things

22  that I'm not particularly familiar with, but I am

23  familiar with Incognito mode.

24      Q.  Yeah.  Okay.

25          So you agree that privacy settings refers sort  12:25:11
```

Page 89

```
 1    of generally to the privacy settings that exist in

 2    various different Google services; correct?

 3              MR. MCGEE:  Object to the form insofar as it

 4    misstates prior testimony.

 5              THE WITNESS:  So what I'm saying is, is that      12:25:29

 6    there's a lot of settings on Google, and they're always

 7    changing.  And this -- this particular Google Privacy

 8    Policy is referring that of the existence of privacy

 9    settings.  It's also referring to the existence of

10    Incognito mode to browse the web privately.  That's what   12:25:47

11    this paragraph is about.

12         Q.  BY MR. BROOME:  Yeah, I'm just asking:  Are

13    you -- are you at least generally familiar that different

14    Google services have different privacy settings that --

15    that users can enable?                                     12:26:03

16         A.  Look, there's a lot of different services.  Are

17    you saying that you can -- you have to set your privacy

18    settings for each service differently, that like some --

19    in YouTube, you can be private, but then in Maps, you're

20    not private?  Is that what you're saying?  It's like the   12:26:23

21    user has to adjust and control all these privacy

22    settings; is that what -- is that what you're saying?

23         Q.  I'm not saying anything.  I'm asking you whether

24    you are generally familiar with the concept that

25    different Google services have different privacy          12:26:40
```

1     settings.

2         A.  Yeah, I can see that.  Yeah.  Yeah, I'm familiar

3     with that.  Like, for instance, maybe you want everything

4     to be private, but Maps you don't want to be private

5     because you want to know where you're going.  Yeah, I can      12:26:53

6     see that.

7         Q.  And -- and those different privacy settings

8     allow users to control what Google collects in different

9     ways.

10         Do you understand that?                                   12:27:05

11         A.  Yeah.  I see that.  But I see that when --

12     that's when you're like normally using Google services,

13     not when you're Incognito mode.  That's just like the

14     settings, the standard settings that when you're like

15     using Google services, but when you're in Incognito mode,    12:27:20

16     you're like specifically telling Google that you don't

17     consent to their surreptitious interception of your

18     communications.

19         I see that.  We're not -- are we talking about

20     when you're in Incognito mode, when you've told Google        12:27:38

21     that you don't want them to intercept your communication,

22     or are we talking about when you're like normally using

23     Google without letting them know your lack of consent?

24     What are we talking about here?

25         Q.  I was just asking you about one sentence that's      12:27:53

Page 91

1  quoted in your Complaint, and I think you answered the

2  question.

3          Mr. Castillo, I know what your allegation is.  I

4  get it.  I totally get it.  You don't need to remind me

5  of it in response to every question.  This is going to go        12:28:06

6  a lot quicker for you if you just answer the question

7  posed.

8      A.  I'm here all day.  As long as you need me.  I've

9  blocked out my entire day.

10     Q.  Good.  All right.                                        12:28:18

11          And then in the sentence preceding the one we

12 just talked about, it says:  "You can also choose to

13 browse the web privately using Chrome in Incognito mode."

14          Do you see that?

15     A.  I see it.                                                12:28:29

16     Q.  Okay.  And do you understand the word

17 "privately" in that sentence to mean that your activity

18 will be completely private from everybody?

19          MR. MCGEE:  Object to the form.

20          You can answer.                                         12:28:44

21          THE WITNESS:  Private to me means private.  It

22 means I don't consent.

23     Q.  BY MR. BROOME:  Well, where is the word

24 "consent" in that sentence?

25     A.  What I'm referring to is, is the fact that when          12:28:57

Page 92

```
 1    I'm in the Incognito mode, I'm physically telling --

 2    overtly telling Google that I am not consenting to their

 3    interception of my communications.  I'm not just

 4    passively saying that, "Hey, I don't consent," I'm

 5    overtly saying, "I don't consent," which is egregious, in     12:29:17

 6    the sense that if -- at least the way I view the law, is

 7    that if you -- if you without my consent, you intercept

 8    my communications, you've violated the law.  But if me as

 9    the end user consumer tells you I don't consent and you

10    still do it, that's even more egregious.  So that's what     12:29:38

11    that means to me.

12        Q.  Well, okay.  I understand that.  We're trying to

13    figure out whether Google violated the law and whether

14    you provided consent, and I know your view is that you

15    did not.  I understand that.                                 12:29:50

16        A.  Well, I mean, I think the debate is, is did I

17    provide consent -- did I provide consent when I didn't --

18    when I passively was not in Incognito mode.  That's the

19    debate.

20            When I'm in Incognito mode, there is no debate     12:30:03

21    because I just told you or told your company you're

22    representing I don't consent.

23        Q.  All right.  So let me ask the question again,

24    Mr. Castillo.

25            In the sentence:  "You can also choose to browse     12:30:14
```

                                                                Page 93

```
 1    the web privately using Chrome in Incognito mode," does

 2    the word "privately" mean privacy from everyone or just

 3    from Google?

 4          MR. MCGEE:  Object to the form.  Asked and

 5    answered.                                          12:30:29

 6          THE WITNESS:  In answer to your question, I

 7    think I've already answered the question.

 8      Q.  BY MR. BROOME:  You most certainly have not.

 9          Does the word "privately" mean privacy from

10    Google or from everyone?  Let me ask it this way:  Does  12:30:44

11    the word "privately" mean absolutely private, meaning no

12    one other than Mr. Castillo can see this activity?

13          MR. MCGEE:  Same objection.

14          THE WITNESS:  Well, I'll answer in that I think

15    the -- my answer is reflected from that sentence.  You    12:31:02

16    can also choose to browse the web privately using Chrome

17    in Incognito mode.

18          You're asking about the word "privately," but to

19    really answer your question, one has to look at the word

20    before privately, and that says "web privately."         12:31:19

21      Q.  BY MR. BROOME:  Yeah.

22      A.  "To browse the web privately."  The word

23    "privately" is an English word that has to do with

24    privacy.  And so to browse the web privately means to

25    browse the web privately.  And there's no further need to 12:31:35
```

Page 94

 1    explain what private means because private is private.

 2        Q.  Private is private.  And, it means that if

 3    you're browsing the web, nobody can see your activity.

 4            Is that your understanding of that sentence?

 5            MR. MCGEE:  Object to the form, asked and        12:31:50

 6    answered.

 7            You can still answer, Mr. Castillo.

 8            THE WITNESS:  I've answered that question

 9    already, and I believe privacy is privacy, and private is

10    private.                                                 12:32:04

11        Q.  BY MR. BROOME:  Okay.  So when you read this

12    sentence, your takeaway or your understanding was that

13    when you're browsing the web, no other entities could see

14    your activities, no other people or entities?

15        A.  Well, I think I would -- I would go to, let's    12:32:23

16    say -- I'll give you an example:  I went into the

17    internet and I went to Lowe's, and I was going to buy a

18    shovel.  Well, of course, I'm buying a shovel online, I

19    want Lowe's to be able to see where I bought a shovel,

20    where to deliver it to.                                  12:32:44

21            But what is private and what is interpreted as

22    private by me is this is Google's Privacy Policy.  Google

23    won't collect it.  Google won't know that I bought the

24    shovel, and Google won't share that or monetize it.  That

25    is privacy to me in terms of the Google Privacy Policy as 12:32:57

Page 95

1    stated in this paragraph.

2        Q.  Okay.  Look -- look at the next page.  On page

3    2, it says:  "Information we collect as you use our

4    services."

5            Are you with me?                                  12:33:49

6        A.  Yes.  I see a section that says "information we

7    collect as you use our services."  Yes, I see it.

8        Q.  Okay.  And if you go to the -- well, it says:

9    "Your apps, browsers, and devices.  We collect

10   information about the apps, browsers, and devices you use  12:34:08

11   to access Google services, which helps us provide

12   features like automatic product updates and dimming your

13   screen if your battery runs low.  The information we

14   collect includes unique identifiers, browser type and

15   settings, device type and settings, operating system,     12:34:22

16   mobile network information, including carrier name and

17   phone number and application version number.  We also

18   collect information about the action of your apps,

19   browsers, and devices, with our service including IP

20   address, crash reports, system activity, and the date,    12:34:36

21   time, and referrer URL of your request."

22           Do you see that?

23       A.  Yes, I see it.

24       Q.  And then on the following page, it says, you

25   know, "Your Activity."  And it says:  "We collect          12:34:54

Page 96

```
 1    information about your activity in our services which we

 2    use to do things like recommend a YouTube video you might

 3    like.  The activity information we collect may include,"

 4    and then there's several bullets.  And the second-to-last

 5    bullet says:  "Activity on third-party sites and apps        12:35:12

 6    that use our services."

 7            Do you see that?

 8        A.  Yes, I see it.

 9        Q.  Okay.  And is it clear to you from reading this

10    Privacy Policy that in a -- in a non-private browsing        12:35:25

11    mode in Chrome, that if you visit third-party sites and

12    ask to use Google services, then Google will include --

13    will receive the information that is described on page 2?

14            MR. MCGEE:  Object to the form.

15            THE WITNESS:  It's a really long question and       12:35:51

16    it's complex, but I think I got the gist.  Are you asking

17    me when I am not in Incognito mode?  In other words, when

18    I'm just openly searching on the internet, you're

19    collecting data and you're intercepting the

20    communications between me and the -- and the third-party   12:36:06

21    website.

22            Is that what you're asking?

23        Q.  BY MR. BROOME:  Exactly.  Like if you're just in

24    Chrome basic mode, you -- do you understand that that

25    says Google is receiving that data when you visit other    12:36:23
```

Page 97

1    websites?

2        A.  Yes, I did -- I understand that, and I

3    understand that as an --

4            MR. MCGEE:  Mr. Castillo, I just want to lodge

5    an objection to the use of the term "basic mode."  So        12:36:30

6    object to the form.  It's been previously --

7            MR. BROOME:  Objection, Ryan.  You literally

8    just interrupted the witness in the middle of an answer,

9    and now you're -- now you're putting words in his mouth.

10   Come on.                                                     12:36:45

11           MR. MCGEE:  What words have I put in his mouth,

12   Steve?  I'm trying to lodge an objection.  I held my

13   hands up on the screen to try to indicate to Mr. Castillo

14   that I'm trying to lodge an objection, and I am just

15   simply making -- I am lodging an objection to the use of   12:36:58

16   the term "basic mode."

17           I didn't tell him what to say, didn't say what

18   it says in the discovery, or anything else.

19           So I take -- take umbrage to your

20   characterization there.                                     12:37:12

21       Q.  BY MR. BROOME:  Okay.  Let me ask the question

22   again.

23       A.  Okay.

24       Q.  Mr. McGee will have another objection, I'm sure.

25           If you're just in Chrome's -- well, let me ask      12:37:30

                                                          Page 98

1    it this way:  Do you understand that Chrome has various

2    modes?

3        A.  Please explain various mode -- modes.  Are you

4    referring to Incognito mode?  I'm familiar with Incognito

5    mode.                                          12:37:42

6        Q.  No.  There's five modes in Chrome:  There's

7    basic mode, which is you just download the browser and

8    start using it; there's sign-in mode, where you can sign

9    in to your Google Account; there's synch mode, which I

10   don't know if you know anything about that one; and then   12:37:58

11   there's Incognito mode and guest mode.

12          Are you familiar with those modes?

13       A.  All those modes.  There's a lot of modes.  I

14   would say after you've explained them that way, I'm

15   familiar with each of those, but I've never heard it       12:38:15

16   explained to me in five different modes of signing into

17   Google.

18       Q.  Okay.  And then I was asking you if you

19   understand that Google is, to use your term, intercepting

20   your data when you visit third-party websites, non-Google  12:38:28

21   websites.  Let's use that term.

22          And you understand that in the modes that

23   don't -- that aren't Incognito mode, your understanding,

24   based on reading the Privacy Policy, is that Google

25   receives your data when you -- when you visit non-Google   12:38:44

                                                    Page 99

1    websites; is that accurate?

2          MR. MCGEE:  Object to the form.

3          THE WITNESS:  So to answer your question, I

4    understand when I am not in Incognito mode that Google

5    will intercept my communications and that you've              12:39:04

6    characterized it that I've given some kind of passive

7    consent based on my review of the Terms of Service and

8    the Privacy Policy at that point to -- for them to

9    collect data and to show me ads and what have you related

10   to my searches.                                               12:39:24

11        But your question is only referred to when I'm

12   searching -- making browser searches in a mode that is

13   other than Incognito mode; is that correct?

14        Q.  BY MR. BROOME:  Yeah, and I'm not touching on

15   consent.  I didn't mention consent.  I'm just trying to     12:39:38

16   get your understanding of the Google Privacy Policy and

17   the type of information Google receives when you visit

18   third-party sites and apps that use Google services.

19        A.  Right.

20        Q.  And I specifically limited my question to, you     12:39:53

21   know, modes other than Incognito mode.

22        A.  Okay.  So I would -- it's my understanding that

23   Google collects that kind of data when I am not in

24   Incognito mode, per the statements that are written in

25   the Google Privacy Policy.                                    12:40:12

Page 100

```
 1        Q.  Okay.  And was that your understanding before

 2    you got involved in this case?

 3        A.  Yes.

 4        Q.  Based on -- that was your understanding based on

 5    reading the Google Privacy Policy?                        12:40:25

 6        A.  That was based on my understanding reading the

 7    Terms of Service, which incorporate the Google Privacy

 8    Policy.

 9        Q.  Great.  Thank you.

10            If you look at page 7.                            12:40:48

11        A.  Page 7.  Okay.

12        Q.  Yes.

13        A.  The weeds here.  Okay, I'm on page 7.

14        Q.  The heading there that says:  "Managing,

15    Reviewing and Updating Your Information"?                 12:41:07

16        A.  Okay.  I see it.

17        Q.  And it says:  "We also built a place for you to

18    review and control information saved in your Google

19    Account.  Your Google Account includes."

20            Do you see that?                                  12:41:23

21        A.  "We also built a place for you to review and

22    control information saved in your Google Account.  Your

23    Google Account includes."  Yeah, I see that.

24        Q.  Yeah.  And then it lists privacy controls and

25    activity controls.                                        12:41:43
```

Page 101

1            Do you see that?

2       A.  Yes, I see it.

3       Q.  Have you ever visited your account and explored

4  Google's privacy controls?

5       A.  It's not my normal practice, but I think I've --    12:41:56

6  I've opened it up on occasion, and I've looked at it.  It

7  was very confusing to me, and there was lots of options

8  and lots of buttons and choices.

9       Q.  And did you notice any privacy settings?

10      A.  I think that was -- entire section was multiple    12:42:18

11  choices.

12      Q.  Okay.  And did you -- did you review those

13  different choices?

14      A.  I think I've reviewed them over time, yeah.

15  I've looked at them occasionally.  Never in one    12:42:31

16  encompassing visit where I reviewed them all and

17  understood each one because it was very confusing.  It

18  seems to be constantly changing.

19      Q.  On page 9.  There's a heading that says:  "Ways

20  To Review and Update Your Information."  And then -- do    12:43:07

21  you see that?

22      A.  Yes, I see it on page 9 of this document.

23      Q.  And then "My Activity."  And it says:  "My

24  Activity allows you to review and control data that's

25  created when you use Google services like searches you've    12:43:27

Page 102

1    done or your visits to Google Play.  You can browse by

2    date and by topic and delete part or all of your

3    activity."

4            Do you see that?

5        A.  "You can browse by date and by topic and delete    12:43:39

6    part or all of your activity."  Yes, I'm familiar with

7    that.

8        Q.  Okay.  And you've been to the My Activity page;

9    right?

10       A.  Yes, I have occasionally.  I don't -- it's not    12:43:48

11   part of my practice to go there all the time, but I've

12   seen it and used it.

13       Q.  Have you ever deleted any of your activity?

14       A.  Yes.

15       Q.  And would you agree that the option to delete    12:44:02

16   activity that is associated with your Google Account

17   provides at least some measure of control over your data?

18           MR. MCGEE:  Object to the form, calls for a

19   legal conclusion.

20           You can still answer.    12:44:16

21           THE WITNESS:  I don't agree.  I don't agree with

22   that statement.

23       Q.  BY MR. BROOME:  Why not?

24       A.  Because you've given me a tool called Incognito

25   mode that I can affirmatively tell you that I don't want    12:44:30

Page 103

```
 1    you to record or intercept my communications with

 2    third-party websites.  And whether I delete it or not,

 3    activity in my normal search patterns is rather -- not

 4    really relevant to the case-in-chief of whether or not I

 5    gave you consent or not.                              12:44:56

 6        Q.  Okay.  Well, let's -- let's -- let's just focus

 7    on My Activity.  That's -- I'll represent to you that the

 8    data in your My Activity page is not the data from

 9    your -- well, actually, let me withdraw that.

10        Let's put aside the Incognito browsing, okay?     12:45:18

11    We're just talking about, let's say, regular browsing

12    that shows up in your My Activity, and Google gives you

13    the option --

14        A.  I'm a little confused.  Are you saying that when

15    I'm in Incognito mode, I have -- My Activity is recorded? 12:45:34

16        Q.  No, I'm not saying that.

17        In -- let's assume that we're not talking about

18    Incognito mode.  We're talking about regular browsing.

19        A.  Okay.

20        Q.  Not browsing data in your My Activity.          12:45:52

21        A.  Okay.

22        Q.  You're familiar, are you not, that that activity

23    will show up in your My Activity page, and then you can

24    delete it; right?

25        MR. MCGEE:  Object to the form.                     12:46:02
```

Page 104

```
 1              THE WITNESS:  Yes, I'm familiar with that.
 2         Q.  BY MR. BROOME:  Okay.  And so with respect to
 3    that data that you can delete on My Activity, would you
 4    agree that that provides you a measure of control over
 5    your data?                                          12:46:19
 6              MR. MCGEE:  Object to the form, calls for a
 7    legal conclusion.
 8              You can answer.
 9              THE WITNESS:  Yeah.  I'm no attorney, but I can
10    say that just because I can delete My Activity doesn't   12:46:27
11    necessarily mean that -- that Google hasn't recorded
12    my -- my searches, my activity, websites I've visited, my
13    IP address, my device I've used, my wi-fi, and other
14    characteristic information.  Just because I delete it
15    doesn't mean Google can't still then see it and capture  12:46:51
16    it.
17         Q.  BY MR. BROOME:  Right.  But you can delete it
18    from your account, and that provides you some control;
19    right?
20              MR. MCGEE:  Object to the form, calls for a    12:47:02
21    legal conclusion.
22              THE WITNESS:  And -- and -- and I'm no engineer.
23    So I don't really know if it gives me -- it might give me
24    the illusion of control.  In fact, my personal opinion is
25    it doesn't give me any control because just because I can  12:47:14
```

Page 105

```
 1   delete it from my screen doesn't mean you can't capture

 2   it, control it, and hold it.

 3       Q.  BY MR. BROOME:  Okay.  So your testimony is that

 4   the fact that you can -- well, let's assume that if you

 5   delete -- let's assume that if you delete data from your       12:47:29

 6   My Activity page, Google, you know, stays true to its

 7   word and it's actually deleted.

 8           You don't have any -- you don't have any -- it's

 9   deleted from your account.  It's not associated with your

10   account.                                                       12:47:46

11       A.  It's -- you'll have to forgive me.  It's hard

12   for me to make that assumption when the case of this

13   point is, is that not only did you -- you surreptitiously

14   record and capture information when I was in Incognito

15   mode, that I've given over, that suddenly you've changed      12:48:03

16   your tune when it comes to my overt searches and I delete

17   it, that suddenly I delete that as well.

18           One would assume that if you're capturing

19   surreptitious communications, you're surreptitiously --

20   surreptitiously capturing communication when I'm             12:48:18

21   Incognito mode, that you're probably most certainly

22   retaining information that I've deleted from My Activity

23   page.  That's a safe assumption, I think.

24       Q.  Okay.  Do you have any evidentiary basis to

25   believe or any factual basis to believe that that's          12:48:32
```

Page 106

1    actually happening?

2       A.  Yeah, I do.  Specifically, when I search a

3    website and I happen to delete out that I searched for a

4    shovel, I get -- I get ads still for shovels.  So you

5    obviously retain that -- that data.  Just because I          12:48:49

6    deleted it from my -- from m y history or my search

7    topics, I'm still getting ads for stuff that I've looked

8    at.  And that's -- I mean, I only know that because

9    during the course of the class period, my experience of

10   dealing with Google is, is that if you search for          12:49:08

11   something, you're going to get advertisements for it.  In

12   other words, they're going to monetize the searches that

13   you do.

14      Q.  Right.  And so your testimony is that you

15   conducted a search for a shovel, went on My Activity and   12:49:21

16   deleted that search for the shovel, and then you saw ads

17   for a shovel from Google?

18      A.  And I wouldn't say my testimony is that it's

19   specifically for a shovel, but in general, I've seen that

20   type of activity.                                          12:49:37

21      Q.  Okay.  A little bit further down from that

22   page -- from that heading, it refers to your personal

23   information.

24      A.  Okay, I see it on page 9.

25      Q.  Yep.  And what does "personal information"         12:49:50

Page 107

1    convey to you?

2            MR. MCGEE:  Object to the form.

3            You can answer.

4            THE WITNESS:  Personal information is things

5    such as my identity, my name, my IP address, my address,    12:50:02

6    my home address, my user names, my device type, my -- my

7    accounts, account names.  Anything characteristic that

8    identifies me as a person and identifies me as an

9    individual, whether it be something that is recognizable,

10   like an IP address, or even some secret code that Google    12:50:29

11   has that identifies me.  That would be my identifier

12   information.

13       Q.  BY MR. BROOME:  Okay.  Is the fact that you

14   visited a website personal information, your personal

15   information, even if it's not associated with your    12:50:55

16   identity?

17           MR. MCGEE:  Object to the form, calls for a

18   legal conclusion, improper hypothetical.

19           You can answer.

20           THE WITNESS:  I'm not -- I'm not really familiar    12:51:10

21   with that the way you've phrased that.  I just know that

22   if I search something on Google and I'm not in Incognito

23   mode, I'll get ads for it.  If I search for something on

24   Google in Incognito mode, I'll get ads for it.

25       Q.  BY MR. BROOME:  Do you believe that the fact    12:51:31

Page 108

1   that you visit -- do you believe the fact that you

2   visited a website is your personal information, even if

3   that -- that website is not associated with your

4   identity?

5          MR. MCGEE:  Object to the form, asked and        12:51:48

6   answered.

7          THE WITNESS:  And I don't even understand that

8   question.  Can you rephrase it?

9      Q.  BY MR. BROOME:  Well, you know what?  We'll come

10  back to that.  We're going to look at another document.   12:51:56

11         So let's look at page 10.  Near the bottom,

12  there's a section there that says:  "There are other ways

13  to control the information Google collects whether or not

14  you're signed into a Google Account."

15         Do you see that?                                  12:52:12

16     A.  No.  Are we at the bottom?  There are other

17  ways -- okay, I'm on page 10.  "There are other ways to

18  control the information Google collects, whether or not

19  you're signed into a Google Account, including, browser

20  settings."                                               12:52:29

21     Q.  And it says "Browser Settings."

22     A.  Okay.  I see it.

23     Q.  And it says:  "For example, you can configure

24  your browser to indicate when Google has set a cookie in

25  your browser."                                           12:52:38

                                                  Page 109

```
 1            Do you see that?

 2            MR. MCGEE:  I'm going to object to the form.

 3    Also object to the format of the document insofar as the

 4    hyperlinks.  Same objection that I had for the previous

 5    exhibits, Mr. Broome.                              12:52:55

 6            THE WITNESS:  I see it.  It says:  "Browser

 7    setting:  For example, you can configure your browser to

 8    indicate when Google has set a cookie in your browser."

 9            Is that what you're referring to?

10       Q.  BY MR. BROOME:  Yes.                        12:53:11

11            And then it goes on.  It says:  "You can also

12    configure your browser to block all cookies from a

13    specific domain or all domains."

14            Do you see that?

15       A.  Yes, I see it.                              12:53:18

16       Q.  Okay.  Do you agree that that -- that

17    functionally provides users some measure of control over

18    the data Google collects?

19            MR. MCGEE:  Object to the form, legal -- calls

20    for a legal conclusion.                            12:53:32

21            You can answer.

22            THE WITNESS:  I'm no attorney, but I believe

23    this is referring to when I'm searching in a mode other

24    than Incognito mode.  Yes.

25       Q.  BY MR. BROOME:  Okay.  Yes, you agree that at  12:53:48
```

Page 110

```
 1   least in a mode other than Incognito mode, the

 2   cookie-blocker setting provides users some measure of

 3   control over the data that Google collects; right?

 4        MR. MCGEE:  Object to the form, calls for a

 5   legal conclusion, asked and answered.              12:54:04

 6        THE WITNESS:  Yes.  I believe I answered that

 7   question already.

 8        Q.  BY MR. BROOME:  Okay.  All right.

 9        Are you aware that you can enable cookie

10   blockers within Chrome?  I mean, sorry.           12:54:17

11        Are you aware that you can enable cookie

12   blockers within Incognito mode?

13        A.  I wasn't aware of that, and I would have to say

14   the reason I'm not aware of that is because the

15   definition of Incognito mode is that you're not recording  12:54:37

16   any of my -- of my communications with this third-party

17   website.  Therefore, why would cookies even be enabled in

18   the first place?  That makes no sense, that question.

19        Q.  Okay.  Okay.

20        So let's -- so it would -- it would not make    12:54:58

21   sense to you if cookies were placed on your browser in

22   Incognito mode?

23        MR. MCGEE:  Object to the form.

24        Q.  BY MR. BROOME:  Is that your testimony?

25        MR. MCGEE:  Object to the form.              12:55:12
```

Page 111

1          You can answer.

2          THE WITNESS:  So I have to just ask right now:

3     Are you guys capturing -- are you putting cookies on my

4     computer when I'm Incognito mode?  Because that would be

5     a specific -- specific interception of communication at a    12:55:26

6     moment that the third party, namely being me, has not

7     consented to that.  So that would be almost an admission

8     of a -- at least in California, a felony.

9          Is that what you're --

10         Q.  BY MR. BROOME:  You said several times you're    12:55:50

11    not a lawyer, Mr. Castillo.

12         A.  I'm not a lawyer.  I'm not a lawyer.

13         Q.  Have you done -- in your period working for the

14    FBI, did you conduct investigations into wire tapping?

15         A.  You're asking me as an FBI agent if I ever was    12:56:06

16    involved in Title 3 wire tapping?  Is that what you're

17    asking me?

18         Q.  I'm asking you if you conducted investigations

19    into other people engaging in wire tapping.

20         A.  Well, I had a long 22-year career, and we did    12:56:19

21    have some cases related to various crimes, including

22    surreptitious interception of communications in various

23    means.  Not that it was like the normal, but it came

24    across -- I wasn't the case agent on it, but it came

25    across my -- my purview as -- in my work I did as an FBI    12:56:47

Page 112

```
 1    agent.

 2         Q.  And did you -- well, withdrawn.

 3             All right.  I just want to refer back to your

 4    answer to a previous question.  You said -- I asked you

 5    are you aware that you can enable cookie blockers within     12:57:21

 6    Chrome?  I mean -- well, then I rephrased the question.

 7    I said:  "Are you aware that you can enable cookie

 8    blockers within Incognito mode?"

 9             And you said:  I wasn't aware of that, and I

10    would have to say the reason I'm not aware of that is        12:57:36

11    because the definition of Incognito mode is that you're

12    not recording any of my communications with this

13    third-party website.  Therefore, why would cookies even

14    be enabled in the first place?  That makes no sense, that

15    question."                                                   12:57:53

16             That was your testimony; right?

17         A.  Yes.

18         Q.  Okay.  And what -- when you say "the definition

19    of Incognito mode," what are you referring to?

20         A.  I'm referring to what -- how Incognito mode is      12:58:01

21    described in your Privacy Policy and on the splash

22    screen.

23         Q.  Okay.  And where is it described in the Privacy

24    Policy?

25             MR. MCGEE:  And I'd like to just object to the      12:58:15
```

                                                              Page 113

1     form, and I promise it's not a nefarious objection.  But

2     Mr. Broome, is there a specific Privacy Policy, a time

3     period?  I know that you've gone over, I believe, two so

4     far.

5          Q.  BY MR. BROOME:  Well, I think you still have          12:58:31

6     Exhibit 6 in front of you; right?

7              THE WITNESS:  So do you want me to answer that?

8     Can I answer that?

9              MR. MCGEE:  I'm not instructing you not to

10    answer it.  I was just asking if Mr. Broome wanted to          12:58:44

11    clarify which Privacy Policy he was speaking about.

12             THE WITNESS:  Yeah.  Please clarify.

13         Q.  BY MR. BROOME:  Clarify what?

14         A.  Which Privacy Policy are you referring to?

15         Q.  Do you still have the Exhibit 6 in front of you?      12:59:00

16         A.  Yeah.  Are you referring to Privacy Policy dated

17    May 25th, 2018?

18         Q.  Yeah, I think that -- I thought that's the one

19    we were talking about.

20         A.  So I'm referring to paragraph 4.  "You can also       12:59:12

21    choose to browse the web privately using Chrome in

22    Incognito mode."  That's what I'm referring to.

23         Q.  That's the definition of Incognito mode that you

24    referenced earlier?

25             MR. MCGEE:  Object to the form, mischaracterizes      12:59:30

                                                        Page 114

1    and misstates prior testimony.

2          You can answer.

3          THE WITNESS:  That, and coupled with what it

4    says on the Incognito screen, on the splash screen is the

5    definition of what -- Incognito mode, that's all I have      12:59:41

6    to go on because that's all you've provided.  Or not you,

7    your company that you're representing has provided.

8          MR. BROOME:  All right.

9          MR. MCGEE:  Mr. Broome, I know we've been going

10   close to an hour.  I'm not asking necessarily for a stop    13:00:09

11   now, but if you are going to move on to another exhibit,

12   it might be a logical place to take a break.

13         MR. BROOME:  Yeah, I will in a minute.

14   Actually, let me just go back to page -- stay on

15   Exhibit 6 for a second and we can break in a moment.        13:00:23

16   Bear with me.  I'm almost done with this one.

17      Q.  On page 15 of Exhibit 6.

18      A.  Page 15?  Going there now.

19      Q.  It says:  "When this Privacy Policy" -- or

20   sorry.  It says:  "When This Policy Applies."               13:00:44

21          Do you see that?

22      A.  "When This Policy Applies."  Right.  I see it.

23      Q.  And Mr. Castillo, have you ever used any private

24   browsing modes in browsers other than Chrome?

25      A.  I don't recall.                                      13:00:58

                                              Page 115

```
 1        Q.  All right.  And then back to the Privacy Policy

 2   in Exhibit 6, it says:  "This Privacy Policy doesn't

 3   apply to," then it has two bullets.  "The information

 4   practices of other companies and organizations that

 5   advertise our services."                               13:01:17

 6        You see that?

 7        A.  Okay.  I see it.

 8        Q.  And then the next bullet says:  "Services

 9   offered by other companies or individuals, including

10   products or sites that may include Google services be   13:01:31

11   displayed to you in search results, or be linked from our

12   services."

13        Do you see that?

14        A.  Right, right.  I see it.

15        Q.  Okay.  And would you agree that the Google      13:01:41

16   Privacy Policy does not apply to private browsing modes

17   other than Chrome?

18        MR. MCGEE:  Object to the form, calls for a

19   legal conclusion.

20        THE WITNESS:  I'm no attorney, but I can say        13:01:54

21   that your Privacy Policy applies to Google.  It applies

22   to how -- how I control my information, and it applies to

23   what you collect on me and the method that Google

24   collects against me or with me or on me or about me.

25   That's what I think the Privacy Policy applies to.       13:02:18
```

Page 116

```
1        Q.  BY MR. BROOME:  Earlier when you were talking

2    about the Terms of Service, you said that the Privacy

3    Policy is incorporated into the Terms of Service or it's

4    all part of one document.

5        You see in this document there are various        13:02:35

6    links?

7        A.  What about the links?  I see that there's blue

8    highlighted text.  What about it?

9        Q.  Yeah, and you understand that that -- that some

10   of those -- well, you understand that those blue -- that  13:02:49

11   blue highlighted text indicates a link to another page;

12   right?

13       A.  Yeah.  But are you trying to infer that somehow

14   that's not part of the Privacy Policy?  Because it

15   clearly says it is part of it, and it's clearly         13:03:02

16   highlighted, and it clearly has made it significant by

17   highlighting it as if it's important.

18       And to further its importance within the

19   document, you can get more information by clicking on it.

20       Q.  That's not really my question.  You're        13:03:16

21   getting -- you're getting ahead of me.

22       My question is:  Is it your understanding that

23   any documents linked to the Privacy Policy is part of the

24   Terms of Service?

25       MR. MCGEE:  Object to the form, calls for a        13:03:32
```

Page 117

1    legal conclusion.

2            You can answer.

3            THE WITNESS:  Yeah.  I'm no attorney, but I

4    would say anything part of the Privacy Policy is linked

5    to the Terms of Service based on what's said on page 2 of      13:03:41

6    the Terms of Service.

7        Q.  BY MR. BROOME:  And anything linked to the

8    Privacy Policy is therefore also incorporated into the

9    Terms of Service.  Is that -- is that your understanding?

10   I'm not asking for your, you know, legal opinion --          13:03:52

11       A.  Of course.  I'm no attorney.

12           MR. MCGEE:  Same objection.

13           You can answer.

14           THE WITNESS:  I'm no attorney, but I think what

15   you're asking -- are you asking me -- I'm asking to          13:04:04

16   clarify.  Are you asking me if something that is as

17   important that it would be highlighted and have its own

18   link is somehow not part of the Privacy Policy?  I think

19   it is part of the Privacy Policy.  It is not only part of

20   the Privacy Policy, it's important to the Privacy Policy.    13:04:21

21           That's why you have it highlighted in blue, and

22   you have it like, look, you can get even information on

23   this particular topic by clicking on this link.  It seems

24   like it is part of the Privacy Policy, which is part of

25   the Terms of Service on page 2 of the Terms of Service.      13:04:41

                                                    Page 118

1          Q.  BY MR. BROOME:  You're being very argumentative

2     and assuming that I have some sort of intent behind my

3     question that's not there.  I think we're on the same

4     page.

5              I'm not disputing anything with you.  I am not        13:04:49

6     disputing the terms or pages that are linked to the

7     Privacy Policy are part of the Terms of Service.  I'm

8     just asking for your understanding.  All right?  So we

9     don't need to get into a -- you know, what am I

10    inferring.                                                     13:05:02

11             I'm just asking you:  Is it your understanding

12    that if there is a page that is linked to the Privacy

13    Policy, that it is part of the Privacy Policy and

14    therefore part of the Terms of Service?

15             MR. MCGEE:  Same objections.                          13:05:15

16             And I'm going to ask for a break after the

17    witness answers the question.

18             THE WITNESS:  Yes.

19             MR. BROOME:  Wonderful.

20             Okay, we can take a break.                            13:05:26

21             MR. MCGEE:  Thank you.

22             THE VIDEOGRAPHER:  We are off the record.  The

23    time is 1:05 p.m.

24             (Recess.)

25             THE VIDEOGRAPHER:  We are back on the record.         13:22:02

                                                      Page 119

```
 1    The time is 1:22 p.m.

 2              MR. BROOME:  All right.  Mr. Castillo, we are

 3    going to mark another exhibit for you.  I don't know if

 4    it's up there yet.

 5              Sorry, we're just trying to get the right        13:23:12

 6    exhibit loaded.  Just a sec here.

 7              (Exhibit 7, Google Chrome Privacy Notice,

 8              Archive Date 05/20/20, was marked for

 9              identification by counsel electronically.)

10       Q.  BY MR. BROOME:  So you should have -- if you       13:23:45

11    refresh, Mr. Castillo, you should get Exhibit 7.

12       A.  Okay.  All right.  It's not here yet, but let me

13    try again.  It's still on Exhibit 6.

14              All right.  It's here.  What is this?

15       Q.  Do you remember earlier I asked you questions      13:24:16

16    about the Chrome Privacy Notices?

17       A.  Oh, yeah.

18       Q.  Okay.  Have you seen this document before?

19       A.  I'm familiar with it.  I have it.  I am familiar

20    with this document.                                       13:24:32

21       Q.  And were you familiar with this document before

22    this lawsuit was filed?

23       A.  I can't -- I don't recall if it was before or

24    during.

25       Q.  Do you see under the heading "Details About the    13:25:29
```

Page 120

1    Privacy Notice"?

2        A.  On page 1, you're referring to the paragraph

3    under page 1?

4        Q.  Yes.

5        A.  Okay.                                          13:25:39

6        Q.  It says:  "In this Privacy Notice, we used the

7    term 'Chrome' to refer to all the products in the Chrome

8    family listed above."

9            Do you see that?

10       A.  Yes, I see it.                                 13:25:51

11       Q.  Okay.  And do you understand, then, that

12   thereafter when Google refers to "Chrome" in this

13   document, they are referring to the Chrome browser and

14   the other Chrome products that are described in this

15   document?                                              13:26:05

16       A.  Well, I understand what you're saying, but when

17   I go to McDonald's I don't f-- and I order a quarter

18   pounder with cheese, I think of the quarter pounder with

19   cheese as part of the McDonald's.  I don't think of it as

20   a separate entity.                                     13:26:20

21       Q.  Yeah.  But you do see it actually spells it out.

22   It says:  "We use the term 'Chrome' to refer to all the

23   Chrome products in the Chrome family listed above."

24   Right?

25       A.  I see what you're saying, but like if I get sick    13:26:33

                                                  Page 121

```
 1    from the quarter pounder with cheese -- quarter pounder

 2    and cheese, I don't tell McDonald's, oh, that's the

 3    quarter pounder with cheese's fault; I say it's

 4    McDonald's fault.

 5        Q.  Okay.                                        13:26:46

 6        A.  So is that what you're going with here?  What

 7    are we saying?  What are we talking about here?

 8        Q.  I just asked you a pretty basic question.

 9    Again, I feel like you're trying to anticipate where I'm

10    heading.  You're trying to anticipate my legal theory,   13:26:56

11    and I'm just asking you a basic question.

12        A.  Yeah, look, maybe -- maybe you're saying that

13    because I did anticipate where you're going, but I'm not

14    saying that you're going that direction.  I just bumbled

15    into that, perhaps.                                  13:27:08

16        But the point is, is that:  Are you asking me is

17    Chrome separate from Google?  Is that what you're asking

18    me?

19        Q.  Not yet.  Can we answer questions one at a

20    time --                                              13:27:22

21        A.  Okay, okay.

22        Q.  -- and not talk about McDonald's?

23        A.  Go ahead.

24        Q.  Do you understand that when the term "Chrome" is

25    used in the Chrome Privacy Notice, it refers to the   13:27:29
```

Page 122

1    products in the Chrome family that are listed above?

2        A.  I don't understand the question, the Chrome

3    family.  Chrome has a family?  I don't understand that.

4        Q.  Well, fine.  That's fair.  Let's back up to the

5    very, very beginning.                                    13:27:52

6            It says:  "Learn how to control the information

7    that's collected, stored, and shared when you use the

8    Google Chrome browser on your computer or mobile device,

9    Chrome OS, and when you enable safe browsing in Chrome."

10           So it describes the browser and Chrome OS, safe    13:28:06

11   browsing in Chrome.

12           Do you see that?

13       A.  Okay.  I don't -- safe browsing practices on the

14   next page, on page 2; is that what you're referring to?

15       Q.  No.                                              13:28:18

16       A.  Okay.  What were you referring to?  Details

17   about the Privacy Notice.  That's the paragraph I'm on.

18   Okay.

19       Q.  Yeah, what I'm just trying to get at is what

20   Chrome -- the term "Chrome" refers to in this notice.    13:28:32

21       A.  Okay.

22       Q.  Do you understand that the term "Chrome" refers

23   to the products in the Chrome family for the purpose of

24   this notice?

25       A.  For the purpose of this notice, I understand     13:28:47

                                                    Page 123

1   what this paragraph says.

2       Q.  And do you understand it to mean that Chrome

3   refers to the products in the Chrome family and to the

4   exclusion of all other Google products?

5       A.  Yeah.  This notice, yeah.  That's what this          13:29:11

6   notice says.

7       Q.  All right.  If you scroll down a little --

8   little bit further, there's a heading that says "Browser

9   Modes."

10          Do you see that?                                     13:29:35

11      A.  Okay, "Browser Modes."  Okay.  Oh, look.

12  There's that term basic browser mode.  Now I'm becoming

13  familiar to what you were referring to earlier.

14      Q.  Yeah.  Well, you were familiar with this

15  document before you -- well, let me ask the question.        13:29:48

16          Were you familiar with this document before you

17  began preparing for your deposition today?

18      A.  I already answered that, and yes, but I don't

19  know when that was.

20      Q.  So okay.  So but -- okay.                            13:30:06

21          And then it says in basic:  "The basic browser

22  mode stores information locally on your system.  This

23  information might include," and then it lists several

24  bullets.  And I'll just ask you to read the whole

25  description there of -- of basic browser mode.               13:30:25

Page 124

1          A.   Okay.  "Basic browser mode.  The basic browser

2    mode stores information locally on your system.  This

3    information might include:  Bullet point 1, browsing

4    history information.  For example, Chrome stores the URLs

5    of pages that you visit, a cache of text, images and          13:30:49

6    other resources from other pages, and if the network

7    actions prediction feature is turned on, a list of some

8    of the IP addresses linked from those pages."

9          "Bullet point 2:  Personal information and

10   passwords to help you fill out forms or sign in to sites      13:31:10

11   you visit."

12         "Bullet point 3:  A list of permissions that you

13   have granted to websites."

14         "Bullet point 4:  Cookies or data from websites

15   that you visit."                                              13:31:30

16         "Bullet point 5:  Data saved by add-ons."

17         "Bullet point 6:  A record of what you

18   downloaded from websites."

19         "Bullet point 7" -- I can't quite read it

20   because it's cut off again.  I think it -- I can barely       13:31:46

21   make out "you can delete your browsing history

22   information."

23         "Bullet point 8:  You can manage or delete

24   stored browsing data from the cookies and site data

25   dialogue."                                                    13:32:03

Page 125

1              "Bullet point 9:  You can stop Chrome from

2       accepting cookies.  Learn more," period.  "You can review

3       stored passwords in Chrome setting," period.  "Learn

4       more," period.

5              "Bullet point 10:  You can view and manage your        13:32:16

6       stored auto-fill information.  Learn more," period.

7              Those are the bullet points that you asked me to

8       read.

9          Q.  Yeah.  Then read the next paragraph.

10         A.  Okay.  "The personal information that Chrome          13:32:30

11      stores won't be sent to Google unless you choose to store

12      the data in your Google Account by turning on synch or in

13      the case of payment cards and billing information,

14      choosing specific payment card and billing information to

15      store in your Google Payments account.  Learn more,"        13:32:49

16      period.

17         Q.  Great.  If you scroll down a little further to

18      page 9.

19         A.  Okay.  You want me to go to page 9 now?

20         Q.  Yeah.  There's a description of Incognito mode        13:33:15

21      and guest mode.

22         A.  Okay.  I see it.  Incognito mode and guest mode.

23         Q.  Yeah.  And are you familiar with this

24      description?

25         A.  I'm familiar with that statement.                    13:33:44

                                                          Page 126

1      Q.  Got it.  And are you aware that Chrome browser

2   like in the non-private -- well, the Chrome browser has a

3   history tab.  Are you familiar with that, that tab?

4      A.  Is the question am I familiar with the history

5   tab while using Chrome browser?                        13:34:07

6      Q.  Yes.

7      A.  Yes.

8      Q.  Okay.  And that history tab, if you -- if you

9   tap on it with your cursor, it drops down a list of

10  websites that you visited; right?                      13:34:19

11     A.  I think that's correct.

12     Q.  Okay.  Does the section that you read about

13  basic mode convey to you that Google will not select

14  information when you visit third-party sites in basic

15  mode?                                                  13:35:00

16         MR. MCGEE:  Object to the form.

17         THE WITNESS:  Okay.  Is your question asking --

18  I don't understand your question.  Can you ask the

19  question again?

20     Q.  BY MR. BROOME:  Yeah.  Well, I mean, in a      13:35:09

21  nutshell, your -- your allegation is that Google

22  represented that Incognito mode would block transmissions

23  of data to Google when you're on non-Google websites;

24  right?

25     A.  That's an oversimplification of our allegations.   13:35:26

                                                    Page 127

1      Q.  I understand that.  It's totally an

2   oversimplification.  I understand that.

3      A.  In fact, it's rather inaccurate in the fact that

4   the allegation is, is that we didn't consent to it

5   passively, and we see that it's egregious when we          13:35:43

6   specifically said don't record, don't intercept by using

7   Incognito mode.  And that's an over -- over us telling

8   Google that we're not consenting.

9      Q.  Right.  And is that same message conveyed to

10  Google when you just use basic mode?                       13:36:09

11     A.  No.  When we're using Incognito mode, we're

12  saying we're not consenting.  I -- and even in your

13  Privacy Policy, you say:  "You put us in control."  You

14  say we can manage our privacy in a number of ways, and we

15  can use -- we can browse the web privately using          13:36:31

16  Incognito mode across our services.  You didn't say

17  across Chrome; you said across our services.

18     Q.  Read -- read the whole sentence.

19     A.  "You can also choose to browse the web privately

20  using Chrome in Incognito mode and across our services.    13:36:50

21  You can adjust your privacy settings to control what we

22  collect and how information is used."

23         You specifically identify Incognito mode as the

24  tool to do that.

25     Q.  Okay.  So in the second sentence -- in the last     13:37:07

Page 128

1    sentence that you just read, is it your testimony that

2    Google identifies Incognito mode as the tool to -- let me

3    get the language.

4           MR. MCGEE:  Object to the -- well, I guess I'll

5    wait.  Sorry.

6           THE REPORTER:  Excuse me, Counsel.  "As the tool

7    to" what, Counsel?

8           (Interruption in proceedings.)

9       Q.  BY MR. BROOME:  Let me withdraw and try again.

10          You read the sentence:  "And across our           13:37:36

11   services, you can adjust your privacy settings, control

12   what we collect, and how information is used."

13          And is your testimony that Google represented

14   that Incognito mode is the tool used to accomplish that?

15          MR. MCGEE:  Object to the form.               13:37:52

16          You can answer.

17          THE WITNESS:  My allegation is, is that when I

18   was using Incognito mode, you said I was in control of my

19   information and that you would not collect on it, per

20   your Google Privacy Policy, but you did collect on it.    13:38:05

21      Q.  BY MR. BROOME:  Well, aren't you combining --

22      A.  You did collect -- Google collected on it.

23      Q.  Aren't you combining words from the last

24   sentence and the second-to-last sentence?

25      A.  I -- I merely can go by what the Google Privacy   13:38:20

                                                    Page 129

```
1    Policy says.  It says it put us in control, it allows us

2    to use Incognito mode to browse the web privately, and

3    it's across our services, I can adjust my privacy

4    settings to control what Google collects and how

5    information is used.                              13:38:40

6         Those aren't my words; those are Google's words.

7         Q.  Let's go down to -- are you still on page 9?

8         A.  I'm on page 9, wherever you'd like me to be.

9         Q.  Yeah, okay.  And that's the description of

10   Incognito mode and guest mode; right?             13:39:29

11        A.  I'm -- there's a paragraph here on page 9 that

12   is titled "Incognito Mode and Guest Mode."

13        Q.  And --

14        MR. MCGEE:  The same objection I had with

15   previous exhibits on whether the hyperlink links to what  13:39:45

16   it was at the time of the document or if that's changed

17   or if it's even a live link.

18        Q.  BY MR. BROOME:  Can you -- are there any

19   statements in here about Incognito mode that you think

20   Google has acted inconsistently with?             13:40:11

21        MR. MCGEE:  Mr. Castillo, I would just ask that

22   if reviewing the entire document -- it's a voluminous

23   document -- if that would help you in your answer here

24   today, please do so.

25        THE WITNESS:  Yeah.  I think I'd like to review  13:40:27
```

```
 1    it.

 2         Q.  BY MR. BROOME:  Well, why don't we start -- I

 3    mean, you're welcome to, but why don't we start with the

 4    Incognito mode and guest mode section.

 5              MR. MCGEE:  If you're modifying your question to      13:40:37

 6    whether it's just from that section, that's fine.  But if

 7    the question's --

 8              MR. BROOME:  Yes.  Why don't we do that.  It's a

 9    15-page document.  I don't want to -- you know, he

10    doesn't need to waste his time reading the entire          13:40:51

11    document.

12         Q.  But you're welcome to.  I'm only going to ask

13    you about the Incognito mode section, which begins, looks

14    like, you know, a third of the way down, page 9, and ends

15    in the sentence right before the heading "Managing Users    13:41:08

16    in Chrome."

17         A.  Okay.  "Incognito mode and guest mode.  You can

18    limit the information Chrome stores in your system by

19    using Incognito mode or guest mode.  In these modes

20    Chrome won't store certain information such as basic        13:41:24

21    browsing history, like URLs, cached page text, or IP

22    addresses of pages linked from the website you visit,

23    snapshots of pages you visit, records of your downloads,

24    although the files you download will still be stored

25    elsewhere on your computer or device."                      13:41:42
```

                                                          Page 131

1          So what is your question about this paragraph?

2      Q.  BY MR. BROOME:  Has Google acted inconsistently

3    with the language in this paragraph?

4          MR. MCGEE:  Object to form -- sorry.  Object to

5    the form, calls for a legal conclusion.                    13:42:03

6          You can answer.

7          THE WITNESS:  Google has acted inconsistency --

8    inconsistently to your Privacy Policy, specifically as it

9    deals in this paragraph.

10     Q.  BY MR. BROOME:  Are we talking about the Privacy    13:42:19

11   Notice; right?

12     A.  No, Google's Privacy Policy.

13     Q.  Not my question.  I really need you to focus on

14   the paragraph that you just read.

15         Has Google acted inconsistently -- I know your      13:42:30

16   allegation is that Google has acted inconsistently with

17   the Privacy Policy.  That's established.

18         Has Google acted inconsistently with the

19   paragraph you just read about Incognito mode and guest

20   mode in the Privacy Notice?                                13:42:46

21     A.  Yeah, I'd have to speculate, but the -- my

22   experience has been even when in Incognito mode, I'm

23   still getting ads for my searches.

24         So, I mean, I'm not a -- I'm not a computer

25   engineer.  I can't -- you know, I can't really answer     13:43:10

1    that question.  I'm not qualified to answer that

2    question, but I can only go by what my experiences are,

3    and my experiences are when I've been in Incognito mode

4    and I make searches, suddenly I'm getting ads for weeks

5    at a time on what I searched in Incognito mode.          13:43:27

6        Q.  Okay.  So we'll come back to that for sure, but

7    in terms of the language here, let's go through them

8    one-by-one.

9        It says:  "You can limit the information Chrome

10   stores on your system by using Incognito mode or guest   13:43:42

11   mode."

12       Do you believe that Google -- do you believe

13   that that is a false representation?

14       MR. MCGEE:  Object to the form, calls for a

15   legal conclusion.                                        13:43:53

16       You can answer.

17       THE WITNESS:  Say that question again?  Because

18   it's very specific.

19       Q.  BY MR. BROOME:  Yeah.  I'm just reading the

20   first sentence.  It says:  "You can limit the information  13:44:02

21   Chrome stores on your system by using Incognito mode or

22   guest mode."

23       Do you believe that statement is false?

24       MR. MCGEE:  Same objection.

25       THE WITNESS:  Well, this particular statement    13:44:17

Page 133

1    says:  "You can limit the information Chrome stores on

2    your system."  Well, it doesn't really define "system" so

3    it's difficult for me to answer that as I'm not an expert

4    in this area.

5          What do they mean by "system"?                    13:44:38

6        Q.  BY MR. BROOME:  Your browser.

7        A.  My what?

8        Q.  Your browser.

9        A.  My browser.  My browser or my computer or my

10   device, or do you mean my browser, browser as in my      13:44:50

11   Chrome browser?  Because it's not mine; it's Google's.

12          So if you're saying by putting it on my browser,

13   you're basically saying that I'm putting it on Google's.

14   So is Google capturing that information when I'm in

15   Incognito mode?  Because that's what it sounds like       13:45:08

16   you're saying.

17       Q.  I'm not saying anything.  I'm asking you about

18   the words of this document that you allege --

19       A.  I'm just reading what it says.  You can limit

20   the information that Chrome stores on your system.  What   13:45:19

21   do they mean by "system"?

22       Q.  So your testimony is that you can't -- you don't

23   understand the word "system"?

24       A.  I don't understand the definition in this

25   context of this paragraph.                                13:45:31

Page 134

1       Q.   Okay.  Let's go back up to the basic browsing

2   mode description.

3       A.   Okay.

4       Q.   Page 2.  Are you with me?

5       A.   Okay.  I'm on page 2.  Basic browsing mode.        13:45:50

6       Q.   Okay.  "Basic browser mode.  The basic browser

7   mode stores information locally on your system.  This

8   information might include," and the first bullet says,

9   "browsing history information."

10          What do you understand that to mean, or do you      13:46:08

11  not have information?

12      A.   "This browsing mode stores it locally on your

13  system."  That means to me that it stores it on my

14  device.

15      Q.   Within your browser?                                13:46:21

16      A.   I'm not a computer engineer.  It could be on my

17  browser.  Maybe it's a -- it's some kind of a file stored

18  on my device.  It's something.  I'm not sure what it is.

19  It's not clear in this statement.

20      Q.   Earlier you said -- you said:  "Do you mean my      13:46:42

21  browser as in my Chrome browser?  Because it's not mine;

22  it's Google's."

23          What did you mean by that?

24      A.   I mean Google owns Chrome.  Chrome is Google.

25  That's what I mean by that.                                  13:47:08

```
 1        Q.  But you have your own instance of the Chrome

 2   browser; right?

 3        A.  I have mine?  I'm -- I'm using Google's

 4   application called Chrome.

 5        Q.  Right.  You've downloaded your own -- your own      13:47:21

 6   instance of --

 7        A.  It's not mine.

 8        Q.  -- an application; right?

 9        A.  It's not mine.  I don't own it.  Google owns it.

10   I'm just borrowing it.  I'm using it.                        13:47:31

11        Q.  Okay.  All right.

12             So the -- the software that's on -- on your

13   computer, that's owned by Google?

14        A.  That's correct.

15             MR. MCGEE:  Object to the -- object to the form,   13:47:46

16   calls for a legal conclusion.

17        Q.  BY MR. BROOME:  All right.  So now let's go

18   back -- sorry, we're ping-ponging around here -- back to

19   page 9.

20        A.  Okay.  Going to page 9.                             13:48:12

21             All right.  I'm on page 9.

22        Q.  When it says Chrome -- back to the description

23   of Incognito and guest mode, it says:  "In these modes,

24   Chrome won't store certain information such as," and it

25   lists three bullets.                                         13:48:41
```

Page 136

1          Do you understand that to be saying that Chrome

2    won't store your, for example, browsing history, which is

3    the first bullet, when you're in Incognito mode?

4        A.  I understand that's what it says in this

5    paragraph, yes.                                          13:48:58

6        Q.  Okay.  And that -- and does that -- do you

7    understand that that means -- I'm asking you for your

8    understanding.

9          Do you understand that to mean that Chrome won't

10   store your browsing history like within your Chrome       13:49:11

11   browser, within the Chrome browser?

12       A.  I -- I understand that's what this paragraph

13   says, but that doesn't make it my understanding of what

14   is happening by what Google's doing.

15       Q.  I know.  I'm just asking you about the words on    13:49:27

16   the page.

17       A.  I -- I get that, and I've answered you.  I

18   understand what this says, yes.

19       Q.  Then there's a heading that says:  "How Chrome

20   Handles Your Incognito or Guest Information."             13:49:50

21          Do you see that?

22       A.  "How Chrome handles your Incognito or Guest

23   Information.  I see that paragraph, yes.

24       Q.  All right.  And then the first paragraph says:

25   "Cookies:  Chrome won't share existing cookies with sites  13:50:04

                                                     Page 137

1    you visit in Incognito or guest mode.  Sites may deposit

2    new cookies on your system while you are in these modes,

3    but they'll only be stored and transmitted until you

4    close the last Incognito or guest window."

5        Do you see that?                                    13:50:20

6    A.  I understand what it says under the section

7    "Cookies."  Yes, I see it.

8    Q.  Okay.  So that makes clear to you that in

9    Incognito mode, you can still -- cookies may still be

10   placed on your browser during an Incognito session;      13:50:48

11   right?

12   A.  Your question was it clear to me.  No, it's not

13   clear to me.  It's not clear to me because of the

14   allegations we have in our -- in our -- our lawsuit.

15   Q.  What -- well, putting aside the allegations in      13:51:04

16   your lawsuit, what is unclear about this paragraph?

17   A.  What's unclear to me about this paragraph is it

18   gives the impression that somehow Chrome doesn't record

19   and surreptitiously intercept communications while I'm in

20   Incognito mode when the allegation is it does.          13:51:28

21   Q.  You said that this paragraph gives the

22   impression that somehow Chrome doesn't record or

23   intercept communications while in Incognito mode.

24       Where does it say that?

25   A.  It says, "How Chrome handles your Incognito or       13:51:53

                                                          Page 138

1    guest information," and it gives a statement inconsistent

2    with the allegations in the lawsuit.

3         Q.  Well, your allegations in the lawsuit are based

4    in part on this document.  So why don't we just focus on

5    what this document says.                        13:52:10

6              In -- in this paragraph, what's unclear -- let

7    me phrase it -- let me try this a different way.

8              It says:  "Chrome won't share existing cookies

9    with sites you visit in Incognito or guest mode."

10             Do you understand what that says?  Is that clear    13:52:26

11   to you?

12        A.  I understand what it says.  I understand what it

13   says on this document in front of me.

14        Q.  Okay.  That's all we're talking about right now.

15   We're going -- we're going step-by-step here.           13:52:36

16             And then it says:  "Sites may deposit new

17   cookies on your system while you are in these modes, but

18   they'll only be stored and transmitted until you close

19   the last Incognito or guest window."

20             Is that statement clear to you?                13:52:51

21        A.  It's clear to me, but it's inconsistent to the

22   allegations in the lawsuit.

23        Q.  Okay.  Yeah, no, I don't dispute that.  I agree.

24   I think it is -- I think it is inconsistent with the

25   allegations in the lawsuit.                         13:53:04

                                        Page 139

1          A.  I believe we have common ground there.

2          Q.  We're on the same page there.

3              But the question to you is:  Is it clear to

4     you -- putting aside the allegations, which are just

5     allegations at this point.  Putting aside those              13:53:15

6     allegations, is it clear to you that when you're in

7     Incognito mode, sites may deposit new cookies on your

8     system, and then they'll be stored and transmitted until

9     you close the last Incognito window?

10             MR. MCGEE:  Object to the form.                     13:53:34

11             You can answer.

12             THE WITNESS:  So it's unclear in this statement

13     how it is -- what is my system.  If it's talking about my

14     local system, I would say I understand that statement.

15     When it says vaguely "on your system," I'm unclear          13:53:50

16     whether that is somehow buried in there that it's in the

17     Chrome browser so, therefore, it's okay when I'm in

18     Incognito mode.

19             So I'm unclear with the statement "your system"

20     in this paragraph.                                          13:54:04

21         Q.  BY MR. BROOME:  You don't understand the words

22     "your system" in this context?

23         A.  No, because above it talked about your local

24     system.  Your local.  And you made the statement to me,

25     not me.  You brought up that about the system is the        13:54:15

                                                          Page 140

```
 1    browser.  And I don't own the browser so it made me --

 2    led me to a conclusion that this is a -- this statement

 3    is vague.

 4         Q.  Do you understand how cookies work?

 5         A.  I have some understanding how they work, but I'm     13:54:35

 6    not a computer engineer.

 7         Q.  Are they placed on your browser?

 8              MR. MCGEE:  Object to the form, calls for

 9    potentially expert testimony.

10              You can answer.                                     13:54:49

11              THE WITNESS:  Well, I -- I don't know exactly

12    how they work, but I'm going on what you said earlier,

13    that they're placed on my browser.  That was your

14    statement.

15         Q.  BY MR. BROOME:  You don't have any independent       13:55:01

16    knowledge of -- of how cookies work?

17         A.  I have some knowledge, limited knowledge how

18    they work.  They're placed on your -- your local system,

19    and somehow that communicates with your Internet Service

20    Provider that you visited that site, and then it helps       13:55:17

21    you expedite future visits to that site by preloading

22    data onto the website.  That's my only understanding of

23    it.

24         Q.  You just used the word "local system."  What do

25    you mean by that?                                            13:55:32
```

Page 141

1          A.  I was identifying my particular computer or

2     device.

3          Q.  All right.  And is it your testimony that if

4     Google -- Google had said in this sentence that we've

5     just been discussing, had said sites may deposit new          13:55:47

6     cookies on your local system, adding the word "local"

7     before "system," then you would understand this sentence?

8     But because the word "local" is not there, you can't

9     understand it?

10          MR. MCGEE:  Object to the -- mischaracterizes          13:56:00

11     testimony.

12          THE WITNESS:  Yeah.  The only reason I used the

13     term "local" is you brought it up earlier, and it's up

14     above in the above pages.  So it is clear above.  Here,

15     it's vague.          13:56:15

16          Q.  BY MR. BROOME:  Okay.  So when Google says

17     "local system," you understand that?

18          A.  Yeah, it makes it more defined.  It makes it

19     more specific.

20          Q.  Okay.  So when Google says "your system," you're          13:56:26

21     not sure what Google means?

22          A.  Yeah, because earlier it said your local system

23     and now, this says your system.

24          Q.  Okay.

25          A.  As if there's a difference.  And there might be.          13:56:35

Page 142

1    I'm not an engineer.  I don't know.

2         Q.  When did you start using Incognito mode?

3         A.  Is -- was your question when did I start using

4    Incognito mode?  Is that in reference to when I ever used

5    it?                                                    13:56:57

6         Q.  When did you -- when did you first use Incognito

7    mode, approximately?  I know you're not going to be able

8    to tell me an exact date.

9         A.  I don't recall.  I don't recall.  I started

10   using it when it was -- when it was available to me.     13:57:09

11        Q.  Can you give me any -- any -- any temporal

12   context whatsoever?

13        A.  Some time prior to the class period.

14        Q.  So some time prior to 2016?

15        A.  Yes.                                           13:57:27

16        Q.  And how frequently would you say you used it

17   over the years?

18        A.  I've used it I would say fairly frequently.

19        Q.  Once a day, once a week, once a month, once a

20   year?                                                   13:57:51

21        A.  I'm not -- I'm not exactly sure.  I use it

22   fairly frequently.

23        Q.  And are you still using it?

24        A.  Yes.

25        Q.  Are you still using it frequently?            13:58:23

                                                  Page 143

```
1       A.  I use it frequently, but I'm not exactly sure

2   how often I use it.  I don't know if it's once a day,

3   twice a day, four times a week, five times a week.  I use

4   it -- I use it frequently.

5       Q.  Okay.  And that -- you've been using it          13:58:45

6   frequently including in the time period after you became

7   involved in this litigation?

8       A.  Yes.

9       Q.  And have you enabled cookie blockers within

10  Incognito mode?                                           13:59:01

11      A.  Not to my knowledge, and the -- and not that I

12  recall.  And more importantly, I don't see why I would

13  need to.  Do I need to put cookie blockers while I'm in

14  Incognito mode?  I mean, think about the definition of

15  Incognito mode.  You just said you're not -- that Google  13:59:19

16  won't -- we went through all the things Google won't do,

17  and why would I need to use a cookie blocker when I'm in

18  Incognito?

19      Q.  Well, we just looked at the Chrome Privacy

20  Notice; right?  It says sites may deposit new cookies on  13:59:32

21  your system while you are in these modes.  So you know

22  from this document that Google may be putting cookies on

23  your browser while you're in Incognito mode; right?

24      A.  Right.  But Google's not supposedly recording

25  that.  That's what you said in your Google Privacy        13:59:50
```

Page 144

```
 1    Policy.  You said I was in control.  You said that I can

 2    control what -- what Google retains and stores.  And you

 3    said I had this way to view the web privately using

 4    Chrome Incognito mode.

 5           And across our services, you can adjust your        14:00:06

 6    privacy settings to control what we collect and how your

 7    information is used, and you identified as the only thing

 8    in here as Incognito mode is the choice to choose do that

 9    in your privacy statement.

10       Q.  But your testimony is that in the Privacy Policy    14:00:21

11    that only privacy settings Google identifies in the

12    entire Privacy Policy is Incognito mode?

13           MR. MCGEE:  Object to the form, mischaracterizes

14    prior testimony.

15       Q.  BY MR. BROOME:  (Inaudible.)                        14:00:46

16           THE REPORTER:  Excuse me, Counsel.  Can you

17    start your question again, please.

18           MR. BROOME:  Are you talking to me?

19           THE REPORTER:  I was.  I was, yes.

20           (Interruption in proceedings.)

21           (Discussion off the record.)

22       Q.  BY MR. BROOME:  You were referring to the

23    March 2018 Privacy Policy, I believe.  And you said:

24    "The only thing in here in Incognito mode" -- or sorry.

25    Let me back up.                                            14:01:34
```

Page 145

1          It says:  "I had this way to view the web

2    privately using Chrome in Incognito mode and across our

3    service, you can adjust your privacy session to control

4    what we use and how your information is used.  And you

5    identify the only thing in here in Incognito mode is the          14:01:47

6    choice" -- something -- something else I don't

7    understand.

8          But you're not suggesting, are you,

9    Mr. Castillo, that the only privacy settings that Google

10   identifies in the Privacy Policy is Incognito mode, are          14:02:04

11   you?

12          MR. MCGEE:  Objection.  Mischaracterizes prior

13   testimony.

14          THE WITNESS:  No.  As I've stated, that in your

15   Privacy Policy, that you put us in control, Google puts          14:02:13

16   us in control, and it allows us to manage our --

17   manages -- it -- I can use the services in a variety of

18   ways to manage your privacy.

19          The only one mentioned under -- under the ways

20   to manage this privacy is Chrome Incognito mode.  There's          14:02:31

21   many other settings for privacy that have to do when

22   you're searching in non-private mode and non-Incognito

23   mode, and they refer to when you're not using Incognito

24   mode.

25          To be -- to clarify, the Privacy Policy          14:02:48

Page 146

```
 1    identifies Incognito mode as the tool to tell Google that

 2    we're not consenting to you surreptitiously intercepting

 3    our communications with third-party websites.  That's

 4    what I'm saying.

 5         Q.  BY MR. BROOME:  Suffice it to say you have not    14:03:06

 6    enabled cookie blockers in Incognito mode since you

 7    became involved in this lawsuit; correct?

 8         A.  That's correct.  That's correct.

 9            MR. MCGEE:  Object to the form.

10         Q.  BY MR. BROOME:  Have you taken any other         14:03:19

11    precautions to prevent Google from receiving your data

12    while you're in Incognito mode?

13         A.  No.

14            MR. BROOME:  Why don't we take a -- why don't we

15    go off the record for a moment.                          14:03:58

16            MR. MCGEE:  Okay.

17            THE VIDEOGRAPHER:  We are off the record.  The

18    time is 2:04 p.m.

19            (Recess.)

20            THE VIDEOGRAPHER:  We are back on the record.     14:15:31

21    The time is 2:16 p.m.

22         Q.  BY MR. BROOME:  All right.  So we have marked as

23    Exhibit 8, Mr. Castillo, the new tab page.

24         A.  Yeah.  The way you were looking away, you were

25    speaking, so you said Exhibit 8.  Then I didn't hear what    14:16:55
```

Page 147

1    you said afterwards.

2         Q.  That's terrible.  Let me -- let's go off the

3    record for one more second here.  Let me see if I can

4    improve this.

5              THE VIDEOGRAPHER:  We are off the record.  The    14:17:05

6    time is 2:17 p.m.

7              (Exhibit 8, You've Gone Incognito screen, was

8              marked for identification by counsel

9              electronically.)

10             (Discussion off the record.)                       14:17:44

11             THE VIDEOGRAPHER:  We are back on the record.

12   The time is 2:18 p.m.

13        Q.  BY MR. BROOME:  Mr. Castillo, you should have in

14   Exhibit Share Exhibit 8.

15        A.  Yes, I have it.  I have it in front of me.          14:18:12

16        Q.  If you go -- if you go to the second page, you

17   should see a screen --

18        A.  I see it.

19        Q.  -- that you're likely familiar with.

20        A.  Yes.                                                14:18:22

21        Q.  All right.  And this is the -- what do you refer

22   to this document as?

23        A.  This is the splash screen for Incognito mode.

24        Q.  Okay.

25        A.  Associated with the Google's Chrome browser.        14:18:34

Page 148

1       Q.   Okay.  And is this splash screen part of the

2    Terms of Service?

3            MR. MCGEE:  Object to the form, calls for a

4    legal conclusion.

5            You can answer.                              14:18:48

6            THE WITNESS:  Is it part of the Terms of Service

7    is the question.  So my response is, is that it is

8    mentioned in Google Privacy Policy, which is part of the

9    Google Terms of Service.  So is it part of the Terms of

10   Service?                                             14:19:05

11           Well, it's mentioned in it.  I think saying it's

12   part of it kind of somehow makes it -- it's pretty vague.

13   So actually, I'm going to -- I'm not going to answer

14   that.  I'm going to say that question needs to be

15   clarified.                                           14:19:31

16       Q.  BY MR. BROOME:  When you read this screen -- and

17   you've read this screen how many times, would you say?

18       A.  I can't estimate.

19       Q.  Every time -- every time you go Incognito

20   mode --                                              14:19:49

21       A.  That's correct.

22       Q.  -- you see this screen?

23       A.  That's correct.

24       Q.  Do you read it every time?

25       A.  I would say I'm so familiar with it that I know    14:19:58

Page 149

```
 1    it pretty -- pretty much like similar to some place that

 2    I would visit on a regular basis.  I know it.

 3         Q.  And you mentioned that it is referenced in the

 4    Google Privacy Policy.

 5         A.  Yes.  It's specifically brought up in              14:20:27

 6    paragraph -- paragraph 4.

 7         Q.  And the reference you're referring to there is

 8    the reference to Incognito mode; correct?

 9         A.  Yes.  And it's identified as how I control the

10    information that Google collects.  It says I'm in control  14:20:44

11    on the Privacy Policy in paragraph 1.  It puts me in

12    control, paragraph 4.  You can also choose to browse the

13    web privately using Chrome in Incognito mode.  And this

14    is what comes up when you go to Incognito mode on the

15    Google Chrome browser.                                     14:21:11

16         Q.  Is it your understanding that this is -- this

17    document is part of a contract that you've entered with

18    Google?

19              MR. MCGEE:  Object to the form, calls for a

20    legal conclusion.                                          14:21:27

21              THE WITNESS:  I'm not an attorney so I can't

22    speculate as to it is part of the contract, but it is a

23    promise -- it appears to be a promise.

24         Q.  BY MR. BROOME:  Okay.  Give me one second.

25              All right.  It says, "You've gone Incognito,"    14:22:21
```

Page 150

```
 1    and then the first sentence is, "Now you can browse

 2    privately and other people who use this device won't see

 3    your activity."

 4          Do you see that?

 5    A.  I see the statement.  It's on the splash screen.    14:22:34

 6    Q.  And is it -- is it your testimony that Google is

 7    conveying two different concepts there:  One, you can

 8    browse privately; and two, other people who use this

 9    device won't see your activity?

10          MR. MCGEE:  Objection.  Calls for a legal          14:22:54

11    conclusion.

12          You can answer.

13          THE WITNESS:  I'm no attorney, but when I see

14    this, what in my words, what I see is, is that I can

15    browse the internet privately, and other people who use   14:23:05

16    my device that this appears on won't see my activity.

17    And other people, and it literally says "other people."

18    It doesn't say other people in my house, it doesn't say

19    other people who live down the street, it says other

20    people.  Other people.                                    14:23:22

21    Q.  BY MR. BROOME:  Well, you're missing -- you're

22    leaving out a few words there, aren't you?

23    A.  And other people who use this device.  How is

24    that different?

25    Q.  Oh, I see.  So you're saying that when Google         14:23:34
```

                                                    Page 151

```
 1   receives your data when you visit a non-Google website,

 2   then Google is using your device.

 3           Is that your testimony?

 4       A.  Those are the words you just used, and I would

 5   say that other people means other people.              14:23:49

 6       Q.  Well, I'm asking how you interpret it because

 7   that an important issue in the case so --

 8       A.  I just -- I'm pointing out that I think that

 9   it's funny that you used it -- those words before I did,

10   because it indicates that probably that's how Google      14:24:07

11   views it.

12       Q.  Why do you think that?

13       A.  Because you brought it up.

14       Q.  Okay.  So let's focus on the phrase "other

15   people who use this device won't see your activity."  One  14:24:21

16   interpretation of that phrase, putting aside the language

17   at the beginning, okay, is that it means that there are

18   other people, in your household or in a coffee shop or

19   somewhere else, that might use your device, then they

20   won't be able to see your activity; is that fair?         14:24:40

21           MR. MCGEE:  Object to the form.

22           You can answer.

23           THE WITNESS:  I'm not an attorney.  I find the

24   question a little bit loaded, and I would say that I view

25   this statement as saying that I can browse privately,     14:24:55
```

Page 152

1    meaning that other people who use this device won't see

2    my activity.  That's what I think this says.

3        Q.  BY MR. BROOME:  Got it.  All right.

4        So when you see those two -- the -- the --

5    withdrawn.                                          14:25:24

6        The next sentence says:  "However, downloads and

7    bookmarks will be saved.  Learn more."

8        You see that?

9        A.  Yes, I see it.  It's written here on the splash

10   screen.                                             14:26:13

11       Q.  Yeah.  And there's a -- the "learn more" is in

12   blue; right?  And that can be -- you understand that

13   means it hyperlinks to some other page?

14       A.  Right.

15       Q.  Have you clicked on that link?              14:26:24

16       A.  I -- I don't know when, but I think I have, and

17   I've -- I've -- I'm somewhat familiar with it.  I'm

18   not -- I'd have to review it to see -- I'd have to click

19   on it now to make sure it jars my memory.

20       Q.  Okay.                                       14:26:37

21       A.  But the splashing is pretty specific, like it

22   says it all right here.  It has, at the beginning, a

23   little man that is in like a little piece -- in disguise.

24   Then it says:  "You've gone Incognito."  Then it says:

25   "Now you can browse privately and other people who use   14:26:55

                                                    Page 153

1    this device won't see your activity."

2         It says:  "However, downloads and bookmarks will

3    be saved."  It doesn't say where, but it says saved.

4    "Chrome won't save the following information:  Your

5    browser history."  It says it right here on the page.        14:27:15

6    "Cookies and site data."  It says it right here on this

7    page.  "Information entered in forms."  It says it right

8    here on the page.  And logically, it says activity might

9    be visible to websites you visit.  Of course, if you go

10   to Lowe's and you want to buy a shovel, they're going to       14:27:28

11   see you went to Lowe's and wanted to buy a shovel.

12        But what's precariously -- what's dangerously

13   not on here is that it doesn't say that Google will still

14   see your activity.  It doesn't say that Google will

15   record your activity and Google will use that and            14:27:41

16   monetize it.  That's not written here under your activity

17   might still be visible to.  It's left off what Google's

18   there.  So that's what I see when I see this page.

19        Q.  Thank you for that.

20        Let me ask my question again:  Have you clicked        14:27:57

21   on that link?

22        MR. MCGEE:  Asked and answered.  Objection.

23        THE WITNESS:  I believe I have.  I believe I

24   have, and I don't recall when.

25        Q.  BY MR. BROOME:  Earlier I think you said that       14:28:10

                                                      Page 154

1    documents that were linked in the Terms of Service are

2    part of the Terms of Service.  The same is true of the

3    Privacy Policy, "yes"?

4        A.  Sure, yes.

5        Q.  And if the Incognito screen is -- or the splash    14:28:25

6    screen, as you called it, is part of the Privacy Policy,

7    is the page linked from that "learn more," is that page

8    also part of the Privacy Policy?

9        A.  I would say it's defined as, learn more, as if I

10   want to go in and learn more, then I would click on here.    14:28:44

11   Unlike in the Terms of Service where it says:  "Privacy

12   Policy, click here to review the Privacy Policy, "that's

13   included.  That's in there.  This is a simple tab to

14   learn more.

15       Q.  Okay.  So pages linked via "learn more" are not    14:29:02

16   part of the Privacy Policy, but pages that are linked

17   with their actual titles are part of the Privacy Policy?

18       A.  Again, I'm not an attorney.  I can't

19   differentiate the two, but I think that the two go hand

20   in hand.  You -- you -- you want to get more information,    14:29:18

21   you click on the link that's highlighted in blue.

22       Q.  Yeah.  No, I know you're not an attorney, but

23   unfortunately, the posture of the case right now is that

24   it may depend on what a -- you know, what the plaintiffs

25   actually interpret it.  So I'm trying to get your    14:29:32

Page 155

1    interpretation.

2        A.  I don't think it depends on that.  I think it

3    depends on the fact that -- that Google, your employer,

4    surreptitiously recorded information and intercepted

5    information when we -- when we asked you overtly not to.    14:29:46

6    I think that's the violation of the -- of civil violation

7    and criminal.

8            I think you don't stand on very solid ground

9    when you're representing Google on this.  So I say that

10   slightly annoyed because don't lecture me that I'm going    14:30:01

11   to be told here that it hinges on whether I click "learn

12   more."  That's ridiculous on its face.

13       Q.  All right.  I'm not lecturing you, and I'm not

14   telling you that it hinges on whether you clicked on

15   "learn more."  I'm asking you a question, and I would      14:30:20

16   appreciate an answer.

17           The question is:  Are the pages linked to the --

18   the splash screen part of the Privacy Policy?

19           MR. MCGEE:  Object to the form, asked and

20   answered, calls for a legal conclusion.                    14:30:34

21           THE WITNESS:  Linked to the Privacy Policy.

22       Q.  BY MR. BROOME:  No, no.  No.  Are the pages --

23   is the page that is linked to the splash screen part of

24   the Privacy Policy?

25           MR. MCGEE:  Same objections.                       14:30:51

Page 156

```
 1              THE WITNESS:  The Privacy Policy mentions

 2     Incognito mode.  It mentions it.  That's my answer.

 3         Q.  BY MR. BROOME:  That's not even -- that's

 4     non-responsive.

 5              Is the -- is the -- it's a "yes" or "no"        14:31:11

 6     question.  Is it your understanding that the page linked

 7     on the splash screen is part of the Privacy Policy, "yes"

 8     or "no"?

 9              MR. MCGEE:  Object to the form, asked and

10     answered, calls for a legal conclusion.                  14:31:21

11              THE WITNESS:  I don't see it in the Privacy

12     Policy.  I see the words "Chrome Incognito mode," and I

13     don't see a link in the Privacy Policy to learn more.  So

14     I -- I don't -- I don't see that as the Privacy Policy,

15     no.                                                      14:32:01

16         Q.  BY MR. BROOME:  Is the -- is the link part of

17     the splash screen?

18         A.  Yes, the link is part of the splash screen.

19         Q.  Okay.  Do you agree that concealing your

20     browsing activity from other people who use your device  14:32:39

21     provides a measure of privacy?

22              MR. MCGEE:  Object to the form, calls for a

23     legal conclusion.

24              You can answer.

25              THE WITNESS:  All right.  I'm not an attorney.   14:32:53
```

Page 157

1    But that sounds like a legalese question.  Can you please

2    rephrase it or please ask it again so I can try to

3    understand what you're saying.

4        Q.  BY MR. BROOME:  Do you agree that if Incognito

5    mode conceals your activity, your browsing activity from          14:33:05

6    other people who might use your device, that provides

7    some degree of privacy for you?

8            MR. MCGEE:  Same objections.

9            THE WITNESS:  Well, after I -- to answer your

10   question, after I reviewed the Terms of Service and the           14:33:27

11   Google Privacy Policy, I believe that using Incognito

12   mode, as identified in the Privacy Policy, gives me --

13   should give me some form of privacy when browsing the

14   internet.  The allegations are that it doesn't.

15       Q.  BY MR. BROOME:  I know what your allegations              14:33:45

16   are.

17           Let's look at the splash screen; right?  It

18   says:  "Now you can browse privately and other people who

19   use this device won't see your activity."

20           If indeed Incognito mode conceals your Incognito          14:33:56

21   browsing activity from other people who use your device,

22   do you agree that that would provide some degree of

23   privacy for you?

24           MR. MCGEE:  Same objections.

25           THE WITNESS:  I'm not an attorney.  I'm not a             14:34:11

Page 158

1    computer engineer, but from the splash screen, it is

2    reasonable for me to -- me to infer that when I'm viewing

3    privately, that Google and Chrome and all your engineers

4    will not be collecting, gathering, intercepting, my

5    communications with third-party websites.  That is what I    14:34:34

6    infer from this screen.

7        Q.  BY MR. BROOME:  Okay.  I understand that's what

8    you infer from this screen.  That's not my question,

9    though.

10        Do you agree that if Incognito mode concealed    14:34:48

11    your Incognito browsing activity from other people who

12    use your device, that would provide you some degree of

13    privacy?

14        MR. MCGEE:  Same objections as the last three or

15    four questions.    14:35:06

16        THE WITNESS:  Okay.  So the whole purpose of

17    this lawsuit is not about -- I'm -- it's not accusing

18    people that may use my device.  It's accusing Google of

19    gathering that information.

20        So you're asking me a question that's totally    14:35:19

21    irrelevant to the case-in-chief, but I'll happy to answer

22    it.

23        Do I think it gives me some privacy, some

24    moniker of privacy?  Yes.

25        Q.  BY MR. BROOME:  Thank you.  Okay.    14:35:30

Page 159

```
 1            You said a moment ago that what you inferred

 2     from this screen is that it would conceal your activity

 3     from Google.

 4            Did I get that right?

 5       A.  "Now you can browse privately" is what it says.      14:35:55

 6       Q.  Okay.  And you agree with me, it doesn't say now

 7     you can browse privately and Google won't receive your

 8     activity?

 9       A.  Well, that's not what it says.  It says Chrome

10     won't save the following information:  Your browsing       14:36:10

11     history, cookies, and site data, and information entered

12     in forms.  That's pretty much most stuff right there.

13     And it's saying Chrome, which by the way is owned and

14     used and controlled by Google, won't save the following

15     information, and it lays it out right here on the splash   14:36:25

16     screen.

17       Q.  And so your testimony is that you read Chrome

18     won't save the following information, you're reading that

19     to say Google won't receive the following information?

20       A.  Why wouldn't anyone read it that way?  That's       14:36:40

21     like saying, ah, McDonald's didn't -- you know, it's the

22     quarter pounder and cheese that made you sick, not

23     McDonald's.

24       Q.  Well, let's go back -- let's go back for a

25     moment to the Chrome Privacy Notice.                       14:36:56
```

Page 160

```
 1        A.  Okay.

 2        Q.  That's Exhibit 7.

 3        A.  Exhibit 7.  All right.  I'll go back to that.

 4   Hang on.  Let me pull it up.  I have to refresh here.

 5   Let me just make sure I have the right one, and I want to      14:37:10

 6   make sure I have the right one because -- okay.

 7            So you're talking about the one that starts in

 8   paragraph 1 that says that Google and Chrome will follow

 9   the Google Privacy Policy; is that the correct document?

10   In paragraph 1, where they basically say that any and all      14:37:38

11   activity will be followed the Google Privacy Policy, thus

12   incorporating the Google Privacy Policy in this document?

13   Is that what you're referring to, this document,

14   Exhibit 7?

15        Q.  I'm referring to Exhibit 7.                           14:37:54

16        A.  Okay.  Very good.  I think I'm on the right one.

17        Q.  I think you are, too.  Okay.

18            So remember we talked about basic browser mode

19   on page 2?

20        A.  Page 2.                                               14:38:08

21        Q.  Okay.

22        A.  Okay, I see it.

23        Q.  And it says:  "The basic browser mode stores

24   information locally on your system, and this information

25   might include browsing history information"?              14:38:24
```

Page 161

1        A.   I see what it says here.

2        Q.   Yeah.

3        A.   But I have to say this whole document is set up

4    by paragraph 1, where it says it's in accordance with

5    Google Privacy Policy.  Yes, I see it.                    14:38:35

6        Q.   Sure.  And it also says in this -- it says:

7    "Chrome refers to products in the Chrome family."  Right?

8        A.   "Chrome refers to products in the Chrome

9    family."  Yes, I see that.

10       Q.   So then basic browser mode, it says:  "The basic    14:38:51

11   browser mode stores information locally on your system,

12   and this information might include," and then it says,

13   "Browsing history information."  Right?

14       A.   I didn't hear that last statement.  It was a

15   little -- you had your hands in front of your mouth.      14:39:05

16       Q.   Terrible habit.

17            It says:  "The basic browser mode stores

18   information locally on your system.  This information

19   might include browsing history information."  Right?

20       A.   Yes, it says that.  Locally on my system.        14:39:18

21       Q.   Right.  And you understand that to mean that in

22   sort of the basic mode, that your history tab will save

23   your history locally on your browser; right?

24       A.   On my device that I'm using Google's Chrome,

25   yes.                                                       14:39:37

Page 162

1      Q.  On your device; right?  Okay.

2          MR. MCGEE:  For the record, I was objecting to

3   asked and answered.

4          Mr. Castillo, if you could just give me a pause

5   before you answer just in case I need to lodge any          14:39:48

6   objections.

7          THE WITNESS:  Okay.

8      Q.  BY MR. BROOME:  And is it clear to you there

9   that we're -- that we're -- when Google is saying that

10  basic browser mode in Chrome will only store information    14:40:01

11  locally on your system, that it's only referring to the

12  history tab within the Chrome browser?

13         MR. MCGEE:  Object to the form.  Asked and

14  answered.

15         THE WITNESS:  You know, I'm not a computer          14:40:24

16  engineer, and I'm going to answer the way I previously

17  answered.  I've already answered it.

18     Q.  BY MR. BROOME:  All right.  So let's go back to

19  Exhibit 8.

20     A.  Okay.  Give me a second to go back to 8.            14:40:36

21         Okay.  I'm on page 2 of 8, which I've referred

22  to as the splash screen.

23     Q.  Yep.  And we're here talking about the

24  description of Incognito mode on the splash screen, and

25  now it says, in contrast to the basic mode, where it says   14:41:01

                                                         Page 163

1    from will store, you know, your browsing history

2    information locally on your system, Incognito screen says

3    in Incognito mode, Chrome won't save the following

4    information:  Your browsing history.

5           Do you see that?                                    14:41:19

6        A.  Yes, I see that.

7        Q.  Okay.  And is it -- is it your -- are you

8    interpreting Chrome won't save the following information,

9    the browsing history, cookies, and site data, information

10   entered in forms, you're interpreting that to mean that    14:41:32

11   Google won't receive those categories of information?

12          MR. MCGEE:  Objection.  Asked and answered.

13          THE WITNESS:  Yes, I've already -- I've already

14   answered that.

15       Q.  BY MR. BROOME:  Well, don't you need to change     14:41:43

16   the wording of it in order to get to your interpretation?

17   I mean, you're changing Chrome won't save to Google won't

18   receive; right?

19       A.  Google equals Chrome.  Chrome equals Google.

20       Q.  But not in the Chrome Privacy Notice; right?       14:42:00

21          MR. MCGEE:  Object to form, asked and answered.

22          THE WITNESS:  I don't understand what that even

23   means.  What does that mean?

24       Q.  BY MR. BROOME:  Well, remember we looked at the

25   definition of Chrome in the Chrome Privacy Notice?  It     14:42:11

                                                    Page 164

1    says the term Chrome refers to products in the Chrome

2    family?

3        A.  It can say that, but Chrome is part of Google.

4    Google is Chrome.  Chrome is Google.  I think that's

5    pretty clear to me and everyone else in the world.          14:42:30

6        Q.  Well, Chrome is part of Google.  Is -- is Google

7    part of Chrome?

8            MR. MCGEE:  Object to the form.

9            You can answer.

10           THE WITNESS:  I would just say is a quarter          14:43:00

11   pounder with cheese part of McDonald's.

12       Q.  BY MR. BROOME:  And you think that's a response

13   to my question?

14       A.  Yes.

15       Q.  Is Google part of Chrome?                            14:43:10

16           MR. MCGEE:  Object to the form, asked and

17   answered.

18           THE WITNESS:  Yes, I've already answered that.

19       Q.  BY MR. BROOME:  Does Google have products other

20   than Chrome?                                                 14:43:22

21       A.  Yes.

22       Q.  You use many of them; correct?

23       A.  Yes.  But interesting enough, to get to, for

24   instance, Google Maps, I have to click on the Chrome

25   link.                                                        14:43:36

Page 165

1        Q.   Okay.

2        A.   And then it produces all the products that are

3    available.   On a regular Google search, you click on the

4    Chrome link, up in the right corner, there's a little

5    drop down, there's all your stuff.   I got there through        14:43:48

6    Chrome.

7        Q.   Have you ever used Chrome at work?

8        A.   Yes.

9        Q.   Okay.   Now you understood that when you've

10   browsed in Incognito mode, it would not be completely          14:44:06

11   private; correct?

12           MR. MCGEE:   Objection.   Asked and answered.

13           You can answer again, Mr. Castillo.

14           THE WITNESS:   Say that question again.   When I

15   use Chrome in Incognito mode, what did you mean -- what        14:44:15

16   are you asking?

17       Q.   BY MR. BROOME:   You understood that it was not

18   completely private.

19       A.   Well, that's my allegation.

20           MR. MCGEE:   Asked and answered.                       14:44:24

21       Q.   BY MR. BROOME:   No.   I mean before you got

22   involved in the lawsuit, you understood that Incognito

23   mode did not provide --

24       A.   Well, it's a pretty vague question.   It's a

25   pretty vague question.   Because if I'm in Incognito mode      14:44:37

                                                    Page 166

```
 1    and I go to Lowe's and I want to buy a shovel, guess
 2    what?  Lowe's sees that I want to buy a shovel.  And when
 3    I purchase the shovel, I have to put my address in there.
 4    That's not very private, is it?  Because -- to Lowe's.
 5    But it should be to Google, if I'm in Incognito mode,          14:44:53
 6    based on the splash screen, the Google Privacy Policy and
 7    the Terms of Service which are -- which include the
 8    Privacy Policy on page 2.
 9        Q.  You understood that when you were in Incognito
10    mode, the websites you visit, regardless of, you know, it      14:45:05
11    doesn't have to be Lowe's.  You understood that any
12    website you visit might be able to see your activity on
13    their site; right?
14        A.  Right.  And that's what it says on here.  Your
15    activity might be visible to websites you visit.  But it       14:45:20
16    also says Chrome won't save the following information,
17    and it lists three items on there.  And that's pretty
18    much everything.
19        Q.  And you understood that when you were use Chrome
20    at work, that your employer might be able to see your          14:45:36
21    activity; right?
22        A.  Absolutely.
23        Q.  And you understood that when you were using
24    Chrome, that your Internet Service Provider might see
25    your activity; right?                                          14:45:47
```

Page 167

1        A.   Yes.   And when I'm at work, I have never used

2   Incognito mode on Chrome.

3            MR. BROOME:   Okay.   Let's go to -- Tracy, let's

4   have Exhibit 10.   Well, let's load the search and browse

5   privately page.   I think that's tab 12.                    14:46:15

6            THE WITNESS:   Tab 12?   I don't have any tabs.

7        Q.   BY MR. BROOME:   Give it a minute.

8            And while that's loading, Mr. Castillo, did

9   you -- you understood when you're using Chrome in

10  Incognito, if you went to Google.com, for example, then    14:46:37

11  Google would receive your data?

12       A.   Right, they'd receive it, but they said they

13  wouldn't save it.   The term is Chrome won't save the

14  following information.   Chrome won't save the following

15  information.                                                14:46:58

16           So to answer your question, yes, but it says

17  Chrome won't save the following information.   It lists

18  three items:   Your browsing history, cookies and site

19  data, information entered into forms.   Won't save.

20  That's what it says on the splash screen.                   14:47:10

21       Q.   Let me sure I got an answer there.   Okay.   Yep.

22           (Exhibit 9, How Private Browsing Works in

23           Chrome, was marked for identification by counsel

24           electronically.)

25           (Exhibit 10, Search and Browse Privately, was

                                                        Page 168

```
 1            marked for identification by counsel

 2            electronically.)

 3       Q.  BY MR. BROOME:  Are you seeing Exhibits 9 and 10

 4   there, Mr. Castillo?

 5       A.  Okay.  Let me look.  Give it a second.  It's     14:47:59

 6   refreshing.

 7            I see Exhibits 9 and 10, but I haven't opened

 8   them yet.  Which one do you want me to open?

 9       Q.  Let's go to 10 first.

10       A.  Okay.                                             14:48:20

11            MR. MCGEE:  I'd ask that the witness be afforded

12   the opportunity to review the document before any further

13   questions are asked.

14            THE WITNESS:  Okay.  I'm going to review this

15   document.  Okay.                                         14:48:29

16       Q.  BY MR. BROOME:  Just let me know when you're

17   ready.  Take as much time as you need.

18       A.  Okay, I've reviewed the document.

19       Q.  Have you seen this document before?

20       A.  So first off, this document has no title to it.   14:51:08

21   It seems to be like a -- perhaps a screenshot or

22   something from some kind of document, and it -- it's not

23   like this is Google's Privacy Policy.  It's not like the

24   Terms of Service.  This is just some random paragraphs

25   that are information is -- is I've seen periodically over   14:51:27
```

Page 169

1   the years I've used these services of Chrome.  I've seen

2   stuff like this.  I'm not sure I've ever seen this

3   particular document.  I'm not even sure where this

4   document comes from.

5       Q.  Well, it's an article in the help center, in        14:51:46

6   Google's help center.  Are you familiar with Google's

7   help center?

8       A.  Not really.

9       Q.  Okay.  So, well, sorry if you answered this, but

10  you said you're not familiar with this document?          14:52:09

11      A.  I'm not really familiar with this document.  I

12  mean, I've seen these paragraph -- some of this

13  information in the various documents I've reviewed, but I

14  can't say I've ever seen this specific document.

15      Q.  All right.  So you can't say one way or another    14:52:24

16  whether --

17      A.  No.  I mean, I've seen this language.

18      Q.  Let me just get my -- let me just get my

19  question out before you start answering.

20          You can't say one way or another whether you saw   14:52:33

21  this document before you got involved in this lawsuit; is

22  that correct?

23      A.  Yes, that's correct.

24      Q.  There's the heading there, "Search and Browse

25  Privately."  Do you see that?                             14:52:59

1          A.  I see it.

2          Q.  And that says:  "You're in control of what

3     information you share with Google when you search."

4              Do you see that?

5          A.  Yeah.  I see that a lot, you're in control.  It      14:53:07

6     appears in the Google Privacy Policy on page 1.  It says

7     put you in control.

8          Q.  Okay.

9          A.  That seems to be a common thing in all your

10    documents saying we're in control, in Google's documents,     14:53:20

11    which you're representing.

12         Q.  Then it says:  "To browse the web privately, you

13    can use private browsing, sign out of your account,

14    change your custom results settings, or delete past

15    activity."                                                    14:53:37

16              Do you see that?

17         A.  I see what it says in this document, yes.

18         Q.  Okay.  So it provides four options for browsing

19    the web privately; correct?

20         A.  The document in front of me says there's four        14:53:52

21    options.

22         Q.  Okay.  And do you understand what those options

23    are?  Are you familiar with those options?

24         A.  I'm relatively familiar with it.

25         Q.  Okay.                                                14:54:05

                                                        Page 171

1        A.  I think you're referring to, you know, like when

2    you use Chrome in Safari mode.  You know, like when

3    you're using Chrome on an Apple device.  Is that what

4    you're referring to?

5        Q.  No.  What are you referring to?                    14:54:16

6        A.  Well, I'm referring to the fact that when my

7    method of using private browsing is Incognito mode, but

8    you've made -- this first paragraph talks about Safari

9    and private browsing mode, which has to do with Apple

10   devices, I believe.                                        14:54:33

11       Q.  The first paragraph talks about Safari?  Oh, I

12   see.  You're talking about the reference in Safari in the

13   next sentence.

14          "If you want to search the web without saving

15   your search activity to your account, you can use private    14:54:49

16   browsing mode in a browser."  Is that what you're -- and

17   then it says "like Chrome or Safari."

18          Is that what you're referring to?

19       A.  Right.

20       Q.  Okay.  And what do you understand that phrase to    14:55:02

21   mean:  "If you want to search the web without saving your

22   search activity to your account"?

23          MR. MCGEE:  Object to the form.

24          You can answer.

25          THE WITNESS:  What does it mean to me?  What        14:55:15

Page 172

1    does it mean?  It means to me that if I want to search

2    the web without saving your search activity to your

3    account, you can use private browsing mode in a browser.

4           So it means to me that when I'm using a browser,

5    basically Google won't collect my data if I'm using          14:55:36

6    private browsing mode.

7        Q.  BY MR. BROOME:  And do you understand your

8    account to be your Google Account?

9        A.  Well, it says the term in this document to say

10   my account.  But I think you can use private browsing       14:55:49

11   mode whether your logged into your account or not.  So

12   it's -- you're talking about private browsing mode, and

13   to answer that question -- the question is a little

14   vague.  I need to clarify that.

15       Q.  I'm just asking if you understand the reference      14:56:08

16   there to your account to mean your Google Account.

17       A.  Yeah.  But I'm not sure if they mean just my

18   Google Account or whether they mean some kind of other

19   tracking way that you track who we are even when we're in

20   private browsing.                                           14:56:26

21       Q.  Do you see the -- the next sentence says:  "How

22   private browsing works."  And it says:  "Private browsing

23   works differently depending on which browser you use."

24   Right?

25       A.  Okay.  I see that.                                  14:57:03

                                                    Page 173

1          Q.   And then it says:  "Browsing in private usually

2      means the searches you do or sites you visit won't be

3      saved to your device or browsing history."

4              Do you see that?

5          A.   I see that.                                    14:57:13

6          Q.   Okay.  And do you understand that to mean that

7      the searches you do and the sites you visit won't be

8      saved locally on your device or in your browser's history

9      tab?

10         A.   Right.                                         14:57:26

11         Q.   Or does it mean something else?

12         A.   Well, I think --

13         Q.   Or could you interpret it to mean something

14     else?

15         A.   I can only read what's written here.  It says:  14:57:34

16     "The searches you do on sites won't be saved to your

17     device."  I believe when you say "your device," you mean

18     locally to my device.

19              And then it says "or your browsing history."

20     Like I think it's trying to say that it won't save that   14:57:49

21     to my device or to my browsing history page, which could

22     potentially be in the cloud somewhere or be, you know,

23     stored by Google somehow.  I think that's what it means.

24         Q.   Right.  And then the next bullet says:  "Files

25     you download or bookmarks you create might be kept on      14:58:08

                                                    Page 174

1    your device."

2          Do you see that?

3      A.   That's pretty clear, yes.  I understand that.

4      Q.   And then it says:  "Cookies are deleted after

5    you close your private browsing window or tab."          14:58:19

6          Do you see that?

7      A.   Yes, I see that.

8      Q.   And you can infer from that, that it means, you

9    know, cookies may still be placed on your browser during

10   private browsing session; right?                        14:58:29

11     A.   Yeah.  But it also says cookies are deleted

12   after you close your private browsing window or tab.

13   That's what it says.

14     Q.   Right.  Okay.  And do you have any reason to

15   believe that the cookies are not deleted from your      14:58:40

16   browser when you close an Incognito session?

17          MR. MCGEE:  Object to the form insofar as it

18   requires the witness to speculate.

19          THE WITNESS:  Are you asking me to speculate?

20     Q.   BY MR. BROOME:  My question did not ask you to   14:59:01

21   speculate.  It said do you have any reason to believe

22   that the cookies are not deleted from your browser after

23   you close an Incognito session?

24          MR. MCGEE:  Same objection.

25          THE WITNESS:  So it just defines where the       14:59:12

                                              Page 175

```
1    cookie is being saved.  For instance, maybe they're being
2    deleted off my device, but they're being saved by Google.
3    I don't know how you're saving the information when I'm
4    in private browsing mode, but somehow it's being saved.
5        Q.  BY MR. BROOME:  And how do you know that?           14:59:34
6        A.  Because when I do searches in private browsing
7    mode, I receive ads subsequently to those specific
8    locations and sites and things I've looked at while I'm
9    in private browsing mode.
10       Q.  Right.  Well, that can be because cookies are        14:59:49
11   placed on your browser during your Incognito session;
12   right?
13       A.  But it said they'll be deleted when I close the
14   session.
15       Q.  Right.  And so you're saying that you closed the      14:59:59
16   session and then you're seeing --
17       A.  Subsequently I'm seeing ads that are matching.
18       Q.  All right.  And then you go to the bottom of
19   that list of bullets, and it says:  "Important.  If you
20   sign in to your Google Account to use a web service like    15:00:12
21   Gmail, your searches and browsing activity might be saved
22   to your account."
23           What do you understand that sentence to mean?
24       A.  Where are you on that?  You might -- are you on
25   the same paragraph?                                          15:00:24
```

Page 176

1    Q.  Yeah.  Just at the end of the four bullets

2    there, there's a big bold thing that says "important."

3    A.  "If you sign into your Google Account to use a

4    web service like Gmail, your searches and browsing

5    activity might be saved to your account."                    15:00:37

6         So is this saying that this is -- I guess when I

7    read that, I say that probably violates your Google

8    Privacy Policy.

9    Q.  Okay.  Interesting.  And why do you say that?

10   A.  Because the Google Privacy Policy says I'm in      15:00:54

11   control and that I can choose to browse the web privately

12   using Chrome in Incognito mode.

13   Q.  I see.  And so you think that if you sign into

14   your Google Account in Incognito mode, then Google

15   shouldn't receive your searches or browsing activity or    15:01:11

16   it shouldn't be saved to your account.

17        Is that --

18   A.  Yes, yes.

19        MR. MCGEE:  Object to the form insofar as it

20   requires the witness to speculate.                          15:01:20

21        THE WITNESS:  Yeah, it's speculation.  You're

22   correct.

23   Q.  BY MR. BROOME:  No, I was asking you for your

24   view.  I'm not asking you to speculate.

25   A.  Okay, yes.  And the way I infer that is that I     15:01:31

Page 177

1    don't give consent when I'm in Incognito mode, and Google

2    records that data based on -- based on my experience and

3    what I'm seeing.

4        Q.  Have you ever signed into your Google Account

5    while you were using Incognito mode?                    15:01:48

6        A.  Not to my knowledge.

7            I've been in my Google Account and then used

8    Incognito, but I have not been in Incognito and then try

9    to sign in to my Google Account, to the best of my

10   knowledge.  I may have by accident, but I don't recall   15:02:08

11   ever doing that or specifically trying to do it.

12       Q.  All right.  Let's go to exhibit -- well, hold on

13   a second.  All right.

14           In a little further down, it says:  "Open

15   private browsing mode," and then it says "learn how to   15:03:00

16   search privately on these browsers."

17           Do you see that?

18       A.  Yes, I see those four hyperlinks.

19       Q.  And then -- and then one of them is Chrome?

20       A.  The first one is Chrome.  Yes, I see it.         15:03:15

21       Q.  Okay.  So then that takes you, if you were to

22   click on that, understanding you're not familiar with

23   that document, but had you clicked on it, it would then

24   take you to what we have marked as Exhibit 9.

25       A.  All right.  What happens if I click?  Do you     15:03:31

Page 178

1  want me to click on it?

2      Q.  Actually, I just want you to go back to -- go to

3  Exhibit 9.

4      A.  Okay.  I'll --

5          MR. MCGEE:  Same objections I've had for                15:03:46

6  previous documents that are not Bates labeled.

7          THE WITNESS:  Okay.  I'm on Exhibit 9.  It's

8  titled "How Private Browsing Works in Chrome."

9          MR. MCGEE:  Mr. Castillo, to the extent you want

10 to review the document.  I think it's two pages, so...      15:04:09

11         THE WITNESS:  Okay.  I'd like to review it.

12         MR. BROOME:  Yeah.

13         THE WITNESS:  Okay.  I've reviewed the document.

14     Q.  BY MR. BROOME:  All right.  Okay.

15         So this is another help center article, and it      15:07:34

16 says:  "How private browsing works in Chrome."

17         Have you -- are you familiar with this document?

18     A.  You know, I'm not -- I'm not -- I don't recall.

19 I've seen a lot of this stuff, but I've seen it in

20 different documents, and this particular document, I'm      15:07:55

21 not sure if I've reviewed it or not.

22     Q.  Okay.  You can't recall whether you reviewed it

23 this --

24     A.  I can't recall.

25     Q.  -- before the lawsuit was filed?                    15:08:05

1        A.  I can't recall.

2        Q.  All right.  And then it says, under the heading

3    "How Private Browsing Works in Chrome," it says, "When

4    you browse privately, other people who use the device

5    won't see your history."                          15:08:22

6            Do you see that?

7        A.  "When you browse privately, other people who use

8    the device won't see your history."  It's similar to the

9    splash screen under Incognito.  It's not the same

10   statement, but it's similar.                      15:08:36

11       Q.  Okay.  And what does that convey to you?

12       A.  That conveys to me when you browse privately,

13   other people who use the device won't see your history.

14   That's what it conveys to me.

15       Q.  Okay.  And what -- okay.                  15:08:50

16           You read the Google Privacy Policy before you

17   got involved in this lawsuit; right?

18       A.  I'm familiar with it, and I've reviewed it, yes.

19       Q.  Right.  And in there, Google makes pretty clear

20   that it provides advertising services to websites; right?  15:09:13

21           MR. MCGEE:  Object to the form.

22           You can answer.

23           THE WITNESS:  Yes, but they make that clear when

24   you're not in Incognito mode.

25       Q.  BY MR. BROOME:  Let's not -- one step at a time.  15:09:27

                                              Page 180

1    Google Privacy Policy makes clear to you that Google

2    provides advertising services to non-Google websites;

3    correct?

4         MR. MCGEE:  Object to the form and object to the

5    questioner limiting the witness' answer.                    15:09:43

6         Mr. Castillo, you can answer the question as you

7    deem appropriate.  And asked and answered.

8         THE WITNESS:  I've answered that question.

9    Q.  BY MR. BROOME:  Okay.  Well, let's put it this

10   way:  If you're not in Incognito mode, you're aware that    15:10:18

11   Google provides advertising services to websites; right?

12   A.  Yes.

13   Q.  And you were aware of that fact during the class

14   period; correct?

15        MR. MCGEE:  Object to the form.                         15:10:35

16        You can answer.

17        THE WITNESS:  Yes.

18   Q.  BY MR. BROOME:  All right.  Now on this page, it

19   describes what happens when you browse privately, and

20   then there's a heading that says:  "Some information will   15:10:53

21   not be seen or saved."  And then it says:  "Your activity

22   might still be visible."

23        Do you see that heading?

24   A.  Yes, I see it.  It's on -- it's on this exhibit.

25   Q.  Yeah.  And it says:  "Incognito mode stops            15:11:12

Page 181

```
 1    Chrome from saving your browsing activity to your local
 2    history."
 3          Do you see that?
 4       A.  Yeah, I see that.
 5       Q.  Okay.  And you understand that to mean -- we      15:11:22
 6    talked about this before, right -- the local -- the
 7    local -- the use of the word "local" conveyed some
 8    additional clarity to you, I think you said.
 9       A.  Well, previously you didn't use the term "local
10    history."  You used a different term of local.  You said 15:11:39
11    local browser, local device.  This now says local
12    history.
13       Q.  Okay.  What does this -- what does this sentence
14    mean to you?  How do you interpret it?
15          MR. MCGEE:  Objection.  Calls for speculation.    15:11:56
16          THE WITNESS:  Yeah.  I'm not an attorney, but
17    Incognito mode stops Chrome from saving your browsing
18    activity to your local history.
19       Q.  BY MR. BROOME:  Right.  And what do you
20    understand "local history" to mean?                     15:12:06
21       A.  "Local history" means my device.
22       Q.  Okay.
23       A.  And my history tab and my history folder and my
24    local -- on my local device.  That's what I take it to
25    mean.                                                   15:12:22
```

Page 182

1      Q.   Okay.  Great.

2           And then it says:  "Your activity, like your

3      location, might still be visible to."  Do you see that?

4      And then it lists five bullets.

5      A.   Okay.  So your Incognito mode stops Chrome from          15:12:36

6      saving your browsing activity to your local history.

7      Your activity, like your location, might be still be

8      visible to, and there's five bullet points.  One, two,

9      three, four, five.  Yes, there's five there.

10     Q.   All right.  The first bullet is:  "Websites you          15:12:54

11     visit, including the ads and resources used on those

12     sites."

13          Do you see that?

14     A.   Yes, and that makes sense.  Websites you're

15     visiting can see that I'm visiting the website.  I see          15:13:06

16     that.

17     Q.   What about the ads and resources used on those

18     sites?  How do you interpret that?

19     A.   I would interpret that that, including the ads

20     and resources used on those sites, to mean the inner          15:13:18

21     workings of those websites and how they function.

22     Q.   Right.  Okay.

23          So are you familiar -- are you generally

24     familiar with the concept that websites may contract with

25     third parties to display ads on their sites?          15:13:35

Veritext Legal Solutions
866 299-5127

1          MR. MCGEE:  Object to the form, speculation,

2     foundation.

3          Q.  BY MR. BROOME:  I'm just asking you if you are

4     familiar with that concept.

5          A.  I'm vaguely familiar with it.  I think websites    15:13:50

6     have all kinds of things they do when you visit their

7     sites.

8          Q.  BY MR. BROOME:  And this bullet here makes clear

9     to you that Incognito mode -- in Incognito mode, your

10    activity might still be visible not just to the websites    15:14:05

11    you visit, but also to the ads and resources used on the

12    sites; right?

13         MR. MCGEE:  Object to the form, asked and

14    answered.

15         THE WITNESS:  I've answered that question    15:14:17

16    already.

17         Q.  BY MR. BROOME:  Well, I don't think I got an

18    answer.  So why don't you humor me and answer it again.

19         A.  Okay.  So websites -- the question is -- ask the

20    question again so I can understand exactly what you're    15:14:30

21    saying because it seems a little tricky here.

22         Q.  This bullet makes clear to you that Incognito --

23    in Incognito mode, your activity might still be visible

24    not just to the websites you visit, but also to the ads

25    and resources used on those sites; correct?    15:14:45

                                              Page 184

```
 1            MR. MCGEE:  Same objections.

 2            THE WITNESS:  Yes.  Yes, I can see that.  That's

 3    what this says, yes.

 4        Q.  BY MR. BROOME:  And then below -- below that --

 5    well -- then it says -- there's a few other bullets, and     15:15:16

 6    then there's a bullet that says "search engines."

 7            Do you see that?

 8        A.  Yes, I see it.  It's the fifth bullet.

 9        Q.  Right.  And that's also under the heading "Your

10    activity might still be visible."  Right?                   15:15:37

11        A.  Yes.

12        Q.  And it says:  "Search engines may show search

13    suggestions based on your location or activity in your

14    current Incognito browsing session."

15            Do you see that?                                   15:15:49

16        A.  Yes, I see it.

17        Q.  And that makes clear to you that in Incognito

18    mode, whatever search engine you're using may show you

19    search suggestions based on the activity from that

20    current Incognito session; right?                          15:16:16

21            MR. MCGEE:  Object to the form.

22            You can answer.

23            THE WITNESS:  Yeah.  Your question was it makes

24    it clear to me.

25        Q.  BY MR. BROOME:  Yeah.                              15:16:22
```

Page 185

1          A.   That is the crux of that question.   But you had

2     a lot of other information after you said that.   Nothing

3     is clear to me about the way Google uses Incognito mode

4     is my answer.

5          Q.   Is this sentence clear to you?                      15:16:36

6               MR. MCGEE:   Same objections.   Asked and

7     answered.

8               THE WITNESS:   I've answered that question.

9          Q.   BY MR. BROOME:   Is this sentence clear to you?

10              MR. MCGEE:   Same objections.                        15:16:47

11         Q.   BY MR. BROOME:   You can answer.

12         A.   I've answered that question.

13         Q.   I didn't get -- I don't see anywhere in your

14    testimony where you said that this sentence is clear or

15    unclear.   You said that nothing was clear to you about    15:17:08

16    what Google says about Incognito mode.

17              So is it -- is it your testimony that everything

18    Google says about Incognito mode is unclear to you?

19              MR. MCGEE:   Object to the form, asked and

20    answered, mischaracterizes prior testimony.                 15:17:26

21              Mr. Castillo, you can answer.

22              THE WITNESS:   Okay.   I'm not going to speculate

23    here, but I can say that the statement reads:   "Search

24    engines may show search suggestions based on your

25    local" -- "location or activity in your current Incognito   15:17:44

Page 186

1    browsing session."

2          You're asking me about one sentence.  Is it

3    clear to me?  No, it's not clear to me.

4          Q.  BY MR. BROOME:  Okay.  What's unclear about it?

5          A.  "Search engines may show search suggestions          15:17:55

6    based on your location or activity in your current

7    Incognito browsing session."  What's unclear is:  What do

8    you refer to search engines?  Are you talking about

9    Google Chrome?  Are you talking about another search

10   engine?  Are you talking about another search engine and    15:18:14

11   Google Chrome?  What is this statement referring to

12   specifically?  It's vague and it's unclear to me.

13         Q.  Is Google Chrome a search engine, as you

14   understand it?

15         A.  Yes.                                              15:18:26

16         MR. MCGEE:  Object to the form.

17         Q.  BY MR. BROOME:  Have you ever used Google.com to

18   conduct searches?

19         A.  I don't understand that question.

20         Q.  Well, yeah.  Maybe I don't understand your        15:18:44

21   answers.

22         You said Google Chrome is a search engine.

23   That's your testimony.

24         A.  Is it not a search engine?  Yeah, that's -- it's

25   a search engine.  Google Chrome is a browser.  It has a    15:18:57

1     search engine.  It's Google Chrome.

2         Q.  And have you ever gone to Google domain and

3     typed in a search?

4         A.  Yes, I've been on Google Chrome and I have typed

5     in the letters www.Google.com.  Sometimes I do it to get      15:19:21

6     back to the home screen.

7         Q.  And have you ever used Google.com, the home

8     screen, to conduct searches?

9         A.  When I've typed in www.Google.com, it's been

10    within Chrome.  So I've been on Chrome.  So it was Chrome      15:19:40

11    doing the search.

12        Q.  Do you understand there to be a difference

13    between a search engine and a browser or are they one and

14    the same thing, in your mind?

15            MR. MCGEE:  Object to the form.                        15:19:52

16            THE WITNESS:  I -- I'm not an engineer, and they

17    seem the same to me.  Maybe they're not, but they seem

18    the same to me.

19        Q.  BY MR. BROOME:  I don't think you need to be an

20    engineer.  I mean, have you ever heard of Bing?               15:20:02

21        A.  Of what?

22        Q.  Bing.

23        A.  Bing?  Is that the Microsoft search engine,

24    Microsoft browser?

25        Q.  It's not a browser.                                   15:20:13

Page 188

```
1        A.  I've heard of it.  I've heard of it.

2        Q.  Yeah.  Bing is a search engine, and there's

3   other browsers out there.  But it sounds to me like you

4   don't -- you don't perceive the difference between a

5   search engine and a browser and that's okay.              15:20:26

6            MR. MCGEE:  So we've been going about an hour.

7   If there's a break we can take pretty soon, I'd

8   appreciate it.

9            MR. BROOME:  Yeah, let me see if I've got any

10  more questions about this one.  Yeah.  Just give me like   15:20:40

11  two or three more minutes, hopefully.

12       Q.  In the next paragraph, there's a header that

13  says:  "Some of your info might still be visible."

14           Do you see that?

15       A.  Let's -- I have to scroll down here.  It's not    15:20:55

16  visible.

17           "Some of your info might still be visible."

18  Okay, I'm there.

19       Q.  All right.  And it says:  "Some of your info

20  might still be visible."  And then it says:  "A web        15:21:12

21  service, website, search engine, or provider may be able

22  to see."

23           Do you see that?

24       A.  Yes, I see it.

25       Q.  Okay.  And that differentiates between websites   15:21:30
```

1    and web services; correct?

2         A.   Websites, search engine, or provider may be able

3    to see.  Say that again.  This differentiates for what?

4         Q.   Between web services and websites.

5         A.   Yeah, I see what it says.  Yes.                    15:21:49

6         Q.   And it also lists as a separate category of

7    entity that might see your information a search engine;

8    correct?

9         A.   Yes, I see what it says on this document.

10             MR. BROOME:  All right.  We can take a break.       15:22:08

11             MR. MCGEE:  Thank you.

12             THE VIDEOGRAPHER:  We are off the record.  The

13   time is 3:22 p.m.

14             (Recess.)

15             THE VIDEOGRAPHER:  We are back on the record.       15:35:52

16   The time is 3:36 p.m.

17        Q.   BY MR. BROOME:  Mr. Castillo, do you understand

18   that if you log into your Gmail account, that also logs

19   you into your Google Account?

20        A.   Yes.                                                15:36:17

21             (Exhibit 11, Firefox, was marked for

22             identification by counsel electronically.)

23             (Exhibit 12, In Private Browsing, was marked for

24             identification by counsel electronically.)

25             (Exhibit 13, Private Browsing Enabled, was

                                                          Page 190

```
 1           marked for identification by counsel

 2           electronically.)

 3      Q.  BY MR. BROOME:  Take a look at what we've marked

 4  now as Exhibit 11.

 5      A.  Okay.                                    15:36:24

 6      Q.  Let me know when you've got it.

 7      A.  I'm at Exhibit 11.

 8      Q.  All right.  Have you ever used Firefox, Firefox

 9  browser?

10      A.  Yes.  A long time ago.                   15:36:46

11      Q.  You may have mentioned this before, but have you

12  ever used it in its private mode?

13      A.  I don't recall.

14      Q.  Okay.  Have you ever -- do you recall ever

15  having seen this screen before?                  15:37:07

16      A.  I don't recall this specific screen because it's

17  been more than ten years since I've used Firefox.

18      Q.  Fair.  This is the -- I'm sorry, this is the

19  Firefox private browsing splash screen.  And do you see

20  there it says:  "Private window.  Firefox clears your   15:37:26

21  search and browsing history when you close all private

22  windows.  This doesn't make you anonymous."

23           Do you see that?

24      A.  I see it, but I'm not sure what it has to do

25  with Google Privacy Policy.                      15:37:42
```

                                                    Page 191

1       Q.   Understood.

2            Does this screen convey to you that if you

3  browse privately in Firefox, it's going to prevent Google

4  from receiving your data?

5            MR. MCGEE:  Object to the form.  And then I          15:37:55

6  would also object to the timeline.

7            I don't know, Steve -- Mr. Broome, if you can

8  represent when this was created.  But based on that, I

9  think it's a vague question.

10           THE WITNESS:  I don't -- I don't -- I don't       15:38:09

11 recall ever seeing this screen before.  I don't recall

12 ever using this like this before, and I don't really even

13 understand anything about this because it's been more

14 than ten years since I've used Firefox.

15           So I'm not going to speculate as to what all       15:38:26

16 this means.  Does it fit into the Google Privacy Policy?

17 That's my question.

18      Q.  BY MR. BROOME:  I see.  Okay.

19           But just focusing on the language that you see

20 on the screen.                                              15:38:39

21      A.  It's really small.  Hang on.  Let me try to open

22 this and understand what it says.  Yeah, it's really

23 small.  I can't even read the letters, they're so small.

24 Let me try zooming in.

25           I don't -- I see what it says, but I don't        15:39:03

1    understand what that has to do with the Incognito mode,

2    the Google Privacy Policy, or the Google Terms of

3    Service.

4        Q.  Maybe it has nothing to do with them.  But is

5    there any -- any language on this screen that conveys to        15:39:16

6    you that if you use Firefox in private mode, that would

7    prevent Google from receiving your data?

8            MR. MCGEE:  Object to the form, foundation.

9            THE WITNESS:  Yeah.  So I can't speculate.  I

10   just know that my agreement with Google is outlined in         15:39:33

11   the Terms of Service, the Google Privacy Policy.  So

12   regardless of what this says, it's really irrelevant

13   because over-arching that is the Google Privacy Policy,

14   and Google has already stated to me that they won't

15   collect data when I'm in an Incognito mode in private        15:39:48

16   browsing.

17           So that's what Google's told me.  So I can only

18   go on what Google tells me every time I go into Incognito

19   mode.

20           What this site says, some obscure site that I       15:39:59

21   haven't used in more than ten years is really irrelevant

22   to the case, in my opinion.

23       Q.  BY MR. BROOME:  I'm not asking you to adjudicate

24   relevance here.  I'm just asking you if there's any

25   language on this page that conveys to you that if you use     15:40:12

                                                      Page 193

1  Firefox in private browsing, that will prevent Google

2  from receiving your data.

3      A.  I don't know what Firefox does or anything about

4  Firefox.  So I can't answer that question.

5      Q.  Okay.  I'm not asking you about what you know          15:40:27

6  about Firefox.  I'm just asking you to look at the words

7  on the page.  I'm not asking you to speculate about what

8  Firefox does or what happens in Firefox.  I'm just asking

9  you to look at the words on the page.

10       Is there any language on this -- in this            15:40:42

11  document that conveys to you that using Firefox in

12  private browsing prevents Google from receiving your

13  data?

14       MR. MCGEE:  Object to the form, foundation,

15  asked and answered.                                       15:40:57

16       THE WITNESS:  Right.  I need you to clarify.

17  When this page appears, am I in Incognito mode or private

18  browsing mode?

19      Q.  BY MR. BROOME:  Private browsing mode.

20      A.  Okay.  Well, then, if I'm in private browsing or    15:41:09

21  in Incognito mode, then the Google Privacy Policy

22  applies, and therefore, Google should not be receiving

23  any information and recording things like that.

24      Q.  I'm not asking you about the Google Privacy

25  Policy.  I'm just asking you about the words on this       15:41:22

Page 194

1    page.

2        A.  Yeah, but you're asking me to form a conclusion

3    based on what's written on this page, and I can't do that

4    because I don't know the answer to that.

5        Q.  You can't -- you can't give me your                    15:41:33

6    interpretation of the language on this page?

7        A.  I don't know what would happen.  I don't know

8    Firefox.  I don't know what this even means.  I don't

9    even understand these words.  It doesn't even mean

10   anything to me.  It's just words on the page.              15:41:47

11       MR. MCGEE:  Object to asked and answered,

12   foundation again.

13       Q.  BY MR. BROOME:  Okay.  You don't understand the

14   words on this page?

15       A.  No, I don't.                                         15:41:56

16       Q.  Take a look at Exhibit 12.

17       A.  Okay.

18           Okay.  I've looked at Exhibit 12.

19       Q.  Have you ever used the Edge browser?

20       A.  I don't know what the Edge browser is.              15:42:31

21       Q.  Okay.  And I take it, then, you've never seen

22   this screen before?

23       A.  I've never seen that screen before, to the best

24   of my knowledge.

25       Q.  Do you see any language on this screen that        15:42:43

1    conveys to you that using the Edge browser in private

2    mode will prevent Google from receiving your data?

3          MR. MCGEE:  Object to the form, foundation.

4          THE WITNESS:  So I -- I can only go by what's in

5    the Google Privacy Policy because I'm familiar with that,    15:43:02

6    and I know that no matter what this says, Google is held

7    to and -- and follows or should follow the Google Privacy

8    Policy, which says I'm in control, and they won't

9    collect, save, and use data when I'm browsing in

10   Incognito mode or private browsing mode.                     15:43:19

11         So I don't know what this says.  I don't care

12   what it says.  It's irrelevant to my answer.

13      Q.  Okay.  So you can't give me any interpretation

14   of the language in this document?

15      A.  I've never even seen this form.                       15:44:07

16      Q.  Well, putting -- putting aside whether you've

17   seen it before, are you capable of interpreting the

18   language on the screen?

19      A.  No.  I'm not familiar with this.  I don't even

20   know what it is.                                             15:44:21

21         MR. MCGEE:  Asked and answered, foundation.

22      Q.  BY MR. BROOME:  Does the Google Privacy Policy

23   make promises about browsing in private on other browsers

24   that are -- that are not Chrome?

25         MR. MCGEE:  Object to the form.                        15:44:39

                                             Page 196

```
 1              THE WITNESS:  The Google Privacy Policy is

 2     concerned of what Google's actions are and what Google

 3     does.  It doesn't matter if a -- some other website or

 4     search engine sends Google information.  I'm already

 5     confident that Google has made the statement they won't     15:44:57

 6     collect that data.  They won't use that data.  They won't

 7     store that data.  Google says that in their Privacy

 8     Policy.  Therefore, it's rather irrelevant, that

 9     question, to the case-in-chief, in my opinion, and from

10     what I know about the case and what I know about the        15:45:13

11     Google Privacy Policy, which I'm going back to.

12              Terms of Service, page 2, Google Privacy Policy,

13     splash screen, Incognito page says:  "Chrome won't save

14     the following information:  Your browsing history,

15     cookies and site data, information entered in forms."       15:45:31

16       Q.  BY MR. BROOME:  I guess you didn't understand my

17     question so let me repeat it.

18              Does the Google Privacy Policy make promises

19     about browsing in private in other browsers that are not

20     Chrome?                                                     15:45:47

21              MR. MCGEE:  Same objections.

22              THE WITNESS:  I don't know what other -- what

23     other applications, other search engines, what happens

24     with them.  I just know that the Google Privacy Policy

25     puts me in control.  It says I can use their services in    15:46:07
```

Page 197

1    a variety of ways to manage my privacy, and that I can

2    utilize Chrome in Incognito mode to protect my privacy.

3    And you're asking me about other search engines which

4    I've never even seen before, nor used and what -- you're

5    asking me to speculate as to what -- what happens to my          15:46:30

6    information if I use those sites.  I have no idea is my

7    answer.

8        Q.  BY MR. BROOME:  Yeah, but my question was about

9    the Privacy Policy, which you keep coming back to in your

10   answers.                                                          15:46:43

11          And -- and so my question is:  Does the Google

12   Privacy Policy make promises to you about what will

13   happen with your data when you are in private browsing

14   mode in a browser other than Chrome?

15          MR. MCGEE:  Objection.  Asked and answered,             15:46:57

16   foundation.

17          THE WITNESS:  Yeah.  I've already answered that,

18   and I -- it becomes a moot question and an irrelevant

19   question because I haven't used this -- this -- I haven't

20   used it.  So how would I know?                                    15:47:11

21       Q.  BY MR. BROOME:  It's not moot, and it's not

22   irrelevant.  And even if it were, you don't get to not

23   answer because --

24       A.  Okay.

25       Q.  -- you're telling me that it's not relevant.         15:47:20

Page 198

```
1    All right?

2          The question is about the Google Privacy Policy.

3    It's a --

4          A.  Okay.

5          Q.  -- pretty simple question.  You've quoted the        15:47:26

6    Privacy Policy back to me about a dozen times in this

7    deposition.

8          Does the Google Privacy Policy make promises to

9    you about what will happen when you browse privately in

10   browsers other than Chrome's Incognito mode?                    15:47:40

11         MR. MCGEE:  Objection.  Asked and answered,

12   mischaracterizes prior testimony.

13         You can answer, Mr. Castillo.

14         THE WITNESS:  Google Privacy Policy tells me

15   what Google will do with the information it receives in          15:47:54

16   any form that it receives it.  That's what it says.

17         Q.  BY MR. BROOME:  What does it say about other

18   browsers' private browsing mode?

19         A.  Whether it says it or not is irrelevant.  The

20   Google Privacy Policy says you won't collect data when           15:48:08

21   I'm in Incognito mode or private browsing mode.  You

22   won't collect data.  It's pretty clear.

23         Q.  Okay.  So read me the sentence that covers other

24   browsers' private browsing modes.

25         A.  It says:  "We build a range of services that           15:48:27
```

Page 199

```
 1    help millions of people daily to explore and interact

 2    with the world in new ways.  Our services include Google

 3    apps, sites and devices, like Search, YouTube, Google

 4    Home.  You can use our services in a variety of ways to

 5    manage your privacy.  For example, you can sign up for a      15:48:43

 6    Google Account if you want to create, manage a content,

 7    like emails and phones, or see more relevant search

 8    results.  And you can use many Google services when

 9    you're signed out or without creating an account at all,

10    like searching on Google or watching YouTube videos.  You    15:49:00

11    can also choose to browse the web privately using Chrome

12    in Incognito mode and across our services" -- "our

13    services.  You can adjust your privacy settings to

14    control what we collect and how your information is used.

15    To help explain things as clear as possible, we've added     15:49:16

16    examples, explanatory videos, and definitions for key

17    terms.  If you have any questions about the privacy

18    policy, you can contact us."

19           So basically what it says is, is that you won't

20    collect data when I'm privately browsing.  It says I can     15:49:34

21    choose to browse the web privately using Chrome in

22    Incognito mode.  That's what it says.

23        Q.  No, I know that's what it says.  You don't need

24    to read those words on the page.

25        A.  So how does this pop up -- how would I know what     15:49:51
```

Page 200

1    happens when I'm in -- you've picked a -- you've picked a

2    search engine that I've never used, that I've never seen

3    before, I don't even know what it is, and you're now

4    asking me to speculate as to what happens to data, how

5    Google treats that data when I do a search on this?  Is          15:50:05

6    that correct?  Is that what you're asking me?

7          Q.  Not even close.

8          A.  Okay.  Then I'm misunderstanding your question.

9          Q.  You're not listening to the question.

10         A.  I'm trying to understand it, but I'm having          15:50:14

11    trouble understanding what you're asking.

12         Q.  That's apparent.

13             The question is:  Where in the Privacy Policy

14    does it say what will happen when you use a private

15    browsing mode in a browser other than Chrome?          15:50:27

16         A.  I don't know.  I don't know.

17             MR. MCGEE:  Asked and answered.

18         Q.  BY MR. BROOME:  It's a simple answer.  It

19    doesn't -- it doesn't talk about non-Chrome private

20    browsing mode; right?          15:50:40

21         A.  I don't know the answer to that.

22         Q.  Well, you know the Privacy Policy; right?

23         A.  I've already answered.  I don't know the answer

24    to that.

25             MR. BROOME:  All right.  All right.  Let's move          15:50:49

Page 201

```
 1    on.

 2           Tracy, let's mark tab 14.

 3           (Exhibit 14, Plaintiff Christopher Castillo's

 4           Verified Amended Objections and Response to

 5           Defendant's Interrogatories 1, 4, and 5, was      15:50:57

 6           marked for identification by counsel

 7           electronically.)

 8       Q.  BY MR. BROOME:  Okay.  So you should have

 9    Exhibit 14 now.

10       A.  Okay.  Going there.                               15:51:53

11           Okay, I'm there.

12       Q.  All right.  So let's go -- these are your -- do

13    you remember providing verified amended objections and

14    responses to Google's interrogatories?

15       A.  Yes.                                              15:52:29

16       Q.  And just for the record, these are -- excuse me.

17    These are -- Exhibit 14 is Plaintiff Christopher

18    Castillo's Verified Amended Objections and Responses to

19    Defendants Interrogatories 1, 4, and 5.

20           And if you go to Interrogatory Number 1, you      15:52:54

21    were asked the question:  "Describe with particularity

22    each time you reviewed the Google Terms of Service,

23    Google Privacy Policy, My Google activity, Chrome

24    Incognito notice, Chrome's Terms of Service and/or Chrome

25    Privacy Notice prior to filing the Complaint, and if you  15:53:21
```

Page 202

1    reviewed such documents, on what dates and which versions

2    you reviewed, and whether you reviewed the entire

3    document or only portions of the document.  If only

4    portions, describe with particularity which portions you

5    reviewed."                                          15:53:36

6          Do you recall being asked that question?

7          A.  Before I respond, I'd like to review this and

8    read what it says in its entirety.  I'm familiar with it,

9    and I helped draft it, but I would still like to review

10   it before I respond.                                15:53:49

11         Q.  Sure.  I'm just going to ask you about

12   Interrogatory Number 1 for now.

13         A.  Okay.  I'm just going to review -- I'll do them

14   in turn, but let me review this.

15         Q.  Okay.                                      15:54:02

16         A.  Okay.  I've reviewed the information that was

17   asked of me in the Interrogatory and my response and my

18   amended response.

19         Q.  Right.

20         Do you see in your Amended Response to            15:56:33

21   Interrogatory 1 on page -- I guess it's the third page.

22   It says:  "Notwithstanding and subject to these

23   objections, Claimant Castillo responds that he reviewed

24   the Incognito splash screen and Google's representations

25   contained therein each time he began a private browsing    15:57:01

Page 203

1    mode session in Chrome.  Plaintiff Castillo further

2    responds that at or around the time he opened his Google

3    Account in approximately 2013, and at times thereafter,

4    he reviewed Google representations in Google's Privacy

5    Policy and Chrome policy that he was in control of what          15:57:20

6    information Google collects and could exercise such

7    control by enabling private browsing mode."

8          Do you see that?

9       A.  Yeah, I see that.

10      Q.  And then at the end of this document, you            15:57:33

11   submitted a sworn statement; right?

12      A.  Yes.

13      Q.  It says on behalf -- I agree.

14          And is that statement true?

15      A.  Yes.                                                  15:57:44

16      Q.  Okay.  Well, I asked you earlier if you'd

17   reviewed the Google Privacy Policy in 2000 -- at or

18   around the time you opened up your account, and I thought

19   you said you do not recall.

20      A.  I don't recall -- I don't recall the specifics,       15:57:57

21   but I know that I reviewed the Google Privacy Policy

22   because it was parts of the Terms of Service.

23      Q.  Well, you reviewed the Terms of Service.  You

24   did testify to that.  And I asked you earlier if you'd

25   reviewed the Privacy Policy as well, and I believe you       15:58:12

Page 204

```
 1   said, "I don't recall."

 2        A.  No.  The -- the -- the Privacy Policy is parts

 3   of the Terms of Service, as far as I view it.

 4        Q.  All right.  And what about the Chrome policy; is

 5   that part of the Terms of Service?                    15:58:34

 6            MR. MCGEE:  Object to the form.

 7            You can answer.

 8            THE WITNESS:  Is it part of the Terms of

 9   Service?  The Google's Privacy Policy is part of the

10   Terms of Service.  The Chrome policy is a specific subset  15:58:45

11   somewhere buried in one of the help -- the help pages

12   that you pulled up earlier as one of the exhibits.

13        Q.  BY MR. BROOME:  Did you review that document in

14   2013?

15        A.  I believe I do -- I did.  Sometime in 2012,    15:58:58

16   2013.

17        Q.  Okay.  And when you reviewed those documents, do

18   you remember in 2012, 2013, do you remember Google making

19   representations that you were in control of what

20   information Google collects and that you could exercise  15:59:17

21   such control by enabling private browsing mode?

22        A.  I believe that it -- the Privacy Policy at the

23   time, I just know that it said that -- I believe it said

24   that I was in control and that I could limit what Google

25   collects.                                             15:59:36
```

Page 205

1        Q.  By using private browsing mode?

2        A.  I'm not exactly sure when that -- when --when

3    that came up, but I do know that at the time, I reviewed

4    the Terms of Service and I reviewed the Google Privacy

5    Policy.  But all this was before the class period.  This        15:59:54

6    was a long time ago.

7        Q.  And then you don't -- you don't remember when

8    you went back and reviewed the Google Privacy Policy

9    again; right?

10       A.  Well, I do recall doing it after I joined the         16:00:09

11   lawsuit often.

12       Q.  Yeah.  I'm talking -- okay.  After the 2012/2013

13   time period when you signed up for your account --

14       A.  I reviewed it periodically.  I specifically

15   reviewed it periodically every time you changed it.  It         16:00:25

16   would pop up on an email, and I would peruse it.

17       Q.  All right.  Every time Google sent you an email

18   saying we've updated our terms and Privacy Policy, you

19   clicked on a link and read the document?

20       A.  Yeah.  I didn't read it specifically               16:00:39

21   line-by-line, but I perused it.

22       Q.  Okay.  Okay.  Let's move on to another document.

23           How many Google accounts do you have?

24       A.  I don't know.  Maybe eight or nine or ten,

25   something like that.                                     16:01:20

                                                    Page 206

1      Q.  What are the email accounts associated with your

2  Google accounts?  I'm sorry.  I may have misspoke.

3          What are the email addresses associated with

4  each of your Google accounts?

5      A.  Well, the main one I use, that I use Incognito       16:01:41

6  mode on, is ██████████████████████.

7      Q.  When you say you use in Incognito mode, is your

8  understanding that you use Incognito mode in connection

9  with a particular Google Account?

10     A.  Yes.  I don't -- I -- I -- I use Incognito mode       16:02:02

11  specifically with ████████████████████████████.

12          The other accounts I never -- I use for specific

13  reasons.  I use one for media like websites and what have

14  you that are news stories.  I use one for my banking.  I

15  use one for communications with my work.                    16:02:27

16          I -- I -- I -- I compartmentalize it because I

17  don't want spam going into my -- my Google Account Gmail

18  that has to do with my banking.  I don't want to be

19  confused.  When I open that up, I want to be able to see

20  my banking information and my correspondence with banks.    16:02:49

21  So I use each one for a specific reason.

22     Q.  Well, you understand that when you go -- when

23  you use Incognito mode, it logs you out of any accounts

24  that you're logged into; right?

25     A.  Right, but it comes from a certain place.  I         16:03:07

Page 207

1   start in my -- in my Google Account, and then I go into

2   Incognito mode, and I suspect -- I just suspect Google

3   knows who I am at that point.

4       Q.   Okay.   But -- right.   But -- but you do

5   understand that -- well, let me withdraw that and let me        16:03:31

6   start again.

7           Do you always start your Incognito session from

8   like a browser session where you're logged in first?   You

9   open up Chrome and then you log into Google and then you

10  go to --                                                        16:04:00

11      A.   "Always" is such a -- is such an exact word.   I

12  would say that's the usual pattern and practice I do.

13  And the reason for it is that the majority of my searches

14  are not in Incognito mode; they're in my account.   I use

15  my account for Gmail.   I use my account to look at             16:04:17

16  YouTube.   And when I do that, on occasion I will switch

17  into private mode from that account.

18          And since I joined the lawsuit, something

19  interesting has happened.   It automatically logs me out

20  of my -- of my Google Account every time I close my             16:04:38

21  browser.   It didn't used to do that.   I used to open my

22  browser, and it would automatically log me into ████

23  ████████████████████████.   Since the lawsuit started,

24  it suddenly stopped.

25          It's almost like I'm going through the hassle of        16:04:56

Page 208

1    having to log in every time I use it.  It's a big hassle,

2    and I thought it was retaliation because of the lawsuit.

3        Q.  You thought Google was retaliating against you

4    because of the lawsuit --

5        A.  Yes.  It was forcing me to log into my account        16:05:15

6    every time I wanted to use it.

7        Q.  All right.

8        A.  And I expressed that to my attorneys as well.

9            MR. MCGEE:  Chris, remember, attorney-client

10   privilege.                                                    16:05:30

11           THE WITNESS:  Oh, that's correct.

12           MR. BROOME:  I look forward to seeing their next

13   Complaint.

14       Q.  All right.  Okay.

15           So what are the other -- I'm trying to find the       16:05:46

16   Interrogatory here.  But at one point, you were asked to

17   list your Google accounts.  So why don't you list other

18   email addresses associated with your other Google

19   accounts.

20       A.  Yeah, I'd have to review it.  I can recall some       16:06:00

21   of them off the top of my head, but I don't know them off

22   the top of my head.  I'd have to go and open my -- sit at

23   my device, and I'd have to pull it up and see what they

24   all are.  I mean, I know some of them off the top of my

25   head, of course.                                             16:06:15

                                                        Page 209

1      Q.  Why don't you tell us the ones that you know off

2    the top of your head.

3      A.  Okay.  Just give me a moment.

4      I think one is called ████████████████████

5    █████████████████                              16:06:41

6      Q.  Okay.  Any others?

7      A.  I think it's -- I believe it's ██████████████

8    ██████████████████

9      Q.  At Gmail?  These are all at Gmail?

10     A.  At Gmail.com, yeah.                        16:07:00

11     And then I have one that is ████████████████████

12   █████████████████

13     Then I have one I believe is ████████████████

14   █████████████████      Yeah.

15     I'd have to look at the complete list.  I     16:07:21

16   don't -- that's the best of my memory off the top of my

17   head sitting here in this office away from my device.

18     But each one is -- is designed to serve a

19   specific purpose for a specific compartmentalized set of

20   viewing.                                        16:07:39

21     MR. BROOME:  So we're getting to the point in

22   the day where I'm getting close to finishing.  So if

23   there's pauses, it's just I'm trying to see what I can

24   cut.  Bear with me here.

25     Tracy, let's load tab 17.  Actually, hold on,  16:09:34

Page 210

```
 1    Tracy.  Skip that one.  You know what?  Why don't we go

 2    off the record a minute here, Ryan.  I might be getting

 3    close to being done.

 4         I'm just going to see what I can -- what I can

 5    scrap, if that's okay.                              16:10:21

 6         MR. MCGEE:  That's fine.  Thank you.

 7         THE VIDEOGRAPHER:  We are off the record.  The

 8    time is 4:10 p.m.

 9         (Recess.)

10         THE VIDEOGRAPHER:  We are back on the record.    16:23:10

11    The time is 4:23 p.m.

12         MR. BROOME:  Mr. Castillo, we should have loaded

13    what's been marked as Exhibit 15.

14         (Exhibit 15, Plaintiff Christopher Castillo's

15         Objections and Responses to Defendant's Fourth    16:23:16

16         Set of Interrogatories (Nos. 12-15), was marked

17         for identification by counsel electronically.)

18         MR. BROOME:  See if you can find that in your

19    Exhibit Share.

20         THE WITNESS:  Stand by.  Okay.                  16:23:26

21      Q.  BY MR. BROOME:  All right.  Exhibit 15 is

22    Plaintiff Christopher Castillo's Objections and Responses

23    to Defendant's Fourth Set of Interrogatories, Numbers 12

24    through 15; right?

25      A.  Yes.                                           16:24:00
```

Page 211

1      Q.  All right.  And I want to ask you about

2  Interrogatory Number 13.

3      A.  Okay.  Let me take a moment to review it.

4      Q.  Yeah.  It asks:  "Identify and describe with

5  particularity any money that you have paid to Google."      16:24:12

6  And then you provide a response, and go ahead and read --

7  you don't have to read it out loud, but go ahead and read

8  it, and I'll ask you some questions about it when you're

9  ready.

10      A.  Okay.  I'll review it now.                          16:24:24

11          Okay, I've reviewed it.  We haven't amended this

12  yet.  So there's only one paragraph in response.  I've

13  reviewed it.

14      Q.  Were you planning on amending it?

15      A.  Am I planning on amending it?                        16:26:02

16      Q.  Yes.

17      A.  No.  I said we have not yet amended it so

18  there's only one paragraph, and I've reviewed it.  That's

19  what I said.

20      Q.  Right.  I'm just -- I'm just reading -- maybe        16:26:13

21  I'm reading too much into the word "yet."  It suggests

22  maybe --

23      A.  Yeah.  I only made that in reference to the fact

24  that in the previous Interrogatory, there was an amended

25  paragraph.  There is no amended paragraph in this one.       16:26:25

Page 212

1    Q.  Understood.

2         You write:  "Notwithstanding and subject to

3    these objections, Plaintiff Castillo responds that to the

4    best of his recollection, he has not directly paid any

5    money to Google."                                    16:26:39

6         And that's true; right?

7    A.  Yes, to the best of my recollection.

8    Q.  And then it goes on to say:  "Plaintiff has,

9    however, provided valuable consideration in the form of

10   his personal information for the use of Google products."  16:26:50

11        And what do you mean by that, that sentence?

12   What valuable considerations have you provided in the

13   form of personal information?

14   A.  Well, my identity, my search patterns, my

15   information has value.  And when I go into private        16:27:17

16   browsing mode, I'm looking at something that, at least

17   from my perspective, might be a quintessential search

18   that is something that I'm particularly interested in,

19   that I am specifically identifying to Google that I don't

20   want to be -- my communication to be intercepted          16:27:41

21   surreptitiously.  I am specifically not just passively

22   not giving consent, but I'm specifically and overtly

23   saying that I am not consenting.

24        And as a result, that has value when that's

25   collected because it's something important to me.         16:27:59

                                                    Page 213

```
 1    Important enough that I would go to private browsing

 2    mode.  And therefore, it represents a value to Google,

 3    which I believe profits from monetizing information from

 4    myself and other class members.

 5        Q.  Okay.  So in this -- in this sentence here,          16:28:20

 6    you're saying that you provided, as valuable

 7    consideration in the form of your personal information,

 8    the data that Google intercepted while you were in

 9    private browsing mode?

10        A.  Yes.                                                  16:28:40

11        Q.  Have you provided any consideration or personal

12    information voluntarily to Google?

13        A.  Well, when not in private browsing mode, of

14    course.

15        Q.  All right.  And that's essentially the same          16:29:06

16    data; it's just the differences are you in a private

17    browsing mode or not a private browsing mode; right?

18            MR. MCGEE:  Object to the form to the extent it

19    mischaracterizes prior testimony.

20            THE WITNESS:  I -- I -- I gave prior testimony        16:29:27

21    that when I was in private browsing mode, I was searching

22    something in particular.  Something that was of

23    quintessential interest to myself, that was very

24    important to me, and as such, would be valuable -- in

25    fact, probably more valuable to Google than when I'm not    16:29:48
```

Page 214

1    in Incognito mode.

2        Q.  BY MR. BROOME:  Well, you conduct specific

3    searches when you're not in Incognito mode, too; right?

4        A.  That's correct.

5        Q.  Okay.  And is that valuable to you?                16:30:00

6        A.  Yes, it is.

7        Q.  But that -- that information is okay for Google

8    to have, in your view?

9        A.  Yeah, that would be -- I would understand that

10   under the Google Privacy Policy, that I'm in control.       16:30:13

11   And specifically, since you asked a more detailed

12   question, Google, your client, spoiled my engagement to

13   my then fiancé.  Spoiled it.  Your all clients spoiled

14   it.  You took the thunder away.  Because when I searched

15   for a David Yurman engagement ring, your clients decided   16:30:40

16   to put ads of David Yurman engagement rings on my shared

17   device with my then-to-be fiancé.

18        Thank you very much, Google.  Thank you for that

19   quintessential search that you decided to monetize, take

20   profit from, and then spoil something that was so          16:30:59

21   intimate and personal to me that it caused me priceless

22   damages, that I'm pissed off about, that I'm in this damn

23   lawsuit because of.

24        Q.  How do you know it was Google that displayed ads

25   for David Yurman?                                           16:31:18

Page 215

1      A.  Because I searched Google and in -- in Incognito

2    mode, and then when I went back on the internet and my

3    to-be fiancee went back on the internet, every page she

4    went to had a David Yurman ad on it.

5      Q.  Did you go -- when you were in that session          16:31:39

6    where you searched for David Yurman and then -- are you

7    saying you typed a search into the Chrome browser or into

8    the Google search engine?

9      A.  I started in Incognito mode.

10     Q.  Yeah.                                                16:31:52

11     A.  I then searched for David Yurman.  The rings --

12   the site came up.  I went into the site.  While in

13   Incognito mode, I searched for a specific ring that she

14   was interested in.  I reviewed it.  I looked at the

15   price.  I looked at sizes.  I looked at stones.  I looked  16:32:07

16   at diamonds.  I looked at the -- the details of it, did

17   research on it, and then ended the private search

18   thinking that my information would be kept private.  It

19   was not.

20            It was captured, monetized, and shared, and then  16:32:24

21   appeared every time she went to Fox News or any other

22   website, there was a David Yurman ad on it, of the ring

23   she was interested in, thus spoiling the surprise.

24            Thank you, Google, which I reasonably attribute

25   to Google's monetization of my private searches.          16:32:41

Page 216

 1          Q.  And how do you know it wasn't David Yurman that

 2     provided all that information to the digital advertising

 3     ecosystem?

 4          A.  Because David Yurman doesn't talk to all these

 5     other websites.  David Yurman talks to Google.  A          16:32:57

 6     logical -- a logical inference is, is that Google

 7     provided that information to -- on -- as a matter of ads.

 8          Q.  But how do you know that it wasn't David -- how

 9     do you know that David Yurman doesn't talk to the digital

10     advertising ecosystem?                                     16:33:16

11          A.  Because I used Google in Incognito mode.  That's

12     how I know.

13          Q.  Yeah, but you agreed -- we went over this;

14     right?  You said that when you're in Incognito mode, you

15     know that the websites can see your activity.  You said     16:33:30

16     that was obvious; right?

17          A.  Yes.

18          Q.  All right.  So how do you know that when you

19     went on the David Yurman site, and then you subsequently

20     received ads for David Yurman, how do you know it wasn't    16:33:42

21     David Yurman that was providing that information to

22     advertisers?

23          A.  Well, it's a reasonable inference that David

24     Yurman is not in the ad-selling business.

25          Q.  Have you reviewed David Yurman's Privacy Policy?   16:34:00

                                                     Page 217

1          A.   No.

2          Q.   So I'll just read you a paragraph from the David

3     Yurman Privacy Notice.  It says:  "Online tracking.  You

4     may see our ads on other websites based on your visits to

5     this site because we engage in retargeting."                16:34:25

6               You've never read that before; right?

7          A.   No, I've never seen that.  But more importantly,

8     my lawsuit isn't against David Yurman; it's against

9     Google.

10         Q.   I know, but you just launched into a tirade       16:34:40

11    about how Google spoiled your engagement, but it's quite

12    possible that it wasn't Google at all; right?

13         A.   Not in my opinion.

14         Q.   And your opinion is not based on any evidence or

15    facts, is it?                                               16:34:53

16              MR. MCGEE:  Objection --

17              THE WITNESS:  The evidence of fact is that

18    Google -- Google connects with all the different

19    websites.  David Yurman connects with me.

20         Q.  BY MR. BROOME:  Let me read a little bit more      16:35:06

21    language to you.  It says:  "For example, if you view a

22    particular product on the site, you may see an ad for

23    that product on a third-party site."

24              That's what happened to you; right?

25              MR. MCGEE:  Object to the form insofar as the     16:35:17

Page 218

1    date and the effective policy or the effective date of

2    this policy.

3        Q.  BY MR. BROOME:  That's what happened to you;

4    right?  You went on -- went on David Yurman's website,

5    and then you browsed around different -- you said you          16:35:34

6    looked at specific rings that you were interested in, and

7    then you saw an advertisement on some other site; right?

8        A.  That's not what I said.  I said that I went into

9    Incognito mode, and then I used Google -- one of Google's

10   services to search for David Yurman.                           16:35:48

11           I had a -- I went to David Yurman's website.  I

12   looked at a specific ring.  I looked at certain things on

13   the site.  And then suddenly when my to-be fiancé at the

14   same device, she began to see all that -- those ads on

15   any site she went to.  Any site she went to.  Multiple         16:36:05

16   sites.

17       Q.  Right.  But --

18       A.  So am I to infer that David Yurman coordinated

19   with all these other sites and sold that data to them so

20   that they could then advertise his ring to all those          16:36:20

21   other -- it was David Yurman all along and it wasn't

22   Google?  Is that what you're trying to say?

23       Q.  I'm saying you have absolutely no basis to know

24   whether it was David Yurman or Google; right?  You don't

25   know.                                                          16:36:34

1      A.  Are you asking if I can prove the lawsuit or are

2   you asking me -- are you asking me if I can prove the

3   lawsuit or are you asking me if I suspect that David

4   Yurman is the culprit all along and not Google?

5      Q.  I'm asking you a much more specific question.     16:36:49

6   You said it was Google; right?  You attributed this whole

7   spoiling of the engagement to Google.  But you don't know

8   that it was Google as opposed to David Yurman that

9   distributed that site visit; right?

10     A.  I can only go back to the Google Privacy Policy.   16:37:03

11  It says that I'm in control and I can use Incognito mode

12  to protect my privacy and when I'm web browsing.

13     Q.  Okay.

14     A.  And it says Google's responsibility to me is to

15  protect my viewing privacy when I'm Incognito mode.  So   16:37:20

16  I -- Google used the tool whether it be on David Yurman's

17  site or whether it be on Google's Incognito searching,

18  it's rather irrelevant.  Google's still responsible.

19     Q.  But you don't know if it was Google; right?

20     A.  I don't know who else it could be.  It's Google.  16:37:37

21  You're Google.  Google was the search I used.  That's

22  where the information went.  You control the data.  You

23  tell me that I control it, but I don't, obviously.

24     Q.  But you do -- you -- I thought we went over

25  this.  You understand that when you go in Incognito mode,  16:37:54

Page 220

1    the websites still have access to your data.  That's not

2    stupid; right?

3        A.  Right.

4        Q.  There's nothing preventing those websites from

5    sending your data to other players in the digital          16:38:07

6    advertising space aside from Google; right?

7        A.  That's a specific technical issue that I'm not

8    aware of.  I just know that -- I just know that when I do

9    an Incognito search, I expect Google not to

10   surreptitiously intercept that data.                       16:38:29

11       Q.  Mr. Castillo, is it your understanding that

12   Google is the only entity online that is engaging in

13   targeted advertising?

14       A.  I believe Google is a conduit for targeted

15   advertising.                                               16:38:47

16       Q.  Is it your understanding Google is the only

17   conduit for targeted advertising?

18       A.  Well, I'm not -- I'm not using other web

19   browsers.  I use Google.

20       Q.  Right.  But you -- let me go back to my           16:38:56

21   question.

22           You understood that in Incognito mode, there was

23   the possibility that the websites would convey your data

24   to others; right?

25       A.  Right, right.  They could do whatever they want.  16:39:08

Page 221

```
 1    But my agreement is not with them; my agreement is with

 2    Google.  And if they send Google that information and

 3    Google then uses it to monetize it, that is a -- that is

 4    not only -- that is a -- an interception of communication

 5    when I've specifically said that I don't want that            16:39:26

 6    information to be intercepted.

 7        Q.  So to the extent that when you were looking for

 8    this diamond ring in Incognito mode, to the extent David

 9    Yurman took that data and sent it to some other digital

10    advertising company, that's okay with you; right?            16:39:45

11            MR. MCGEE:  Object to the form.

12            If I could -- I know you have a pending

13    question, but I think we've gone through some pretty

14    personal questions.  So to the extent we can take a break

15    for the witness to collect himself and come back, I think    16:40:01

16    that would be helpful after he answers this question.

17            THE WITNESS:  So ask the question again.

18        Q.  BY MR. BROOME:  To the extent that when you were

19    looking for this diamond ring in Incognito mode, to the

20    extent David Yurman took that data, that browsing data,      16:40:21

21    and sent it to some other digital advertising company,

22    that wouldn't have violated any of Google's promises to

23    you; right?

24            MR. MCGEE:  Object to the form, calls for a

25    legal conclusion.                                            16:40:33
```

                                                        Page 222

1          THE WITNESS:  Yeah.  I would have to know the

2     legality of that to make that -- to answer that question.

3     But I can say that if Google took that data, if Google

4     took that data and Google sent it to another website

5     while I was in Incognito mode, that would be a clear          16:40:50

6     violation of the Google Privacy Policy, the Terms of

7     Service, and the details on the splash screen.

8          Q.  BY MR. BROOME:  That's not my question,

9     Mr. Castillo.

10         A.  I can't speculate what David Yurman did.           16:41:04

11         Q.  Right.  But my question to you is, is that you

12    understood that there was that possibility, that David

13    Yurman would provide your data for advertising purposes.

14         MR. MCGEE:  Object to the form, calls for a

15    legal conclusion, calls for speculation.                     16:41:18

16         THE WITNESS:  Yeah, I can't speculate to answer

17    that question.

18         Q.  BY MR. BROOME:  So it's not calling for

19    speculation.  It's based on everything that you read,

20    everything that your case is based on.                       16:41:29

21         A.  I haven't read anything.

22         Q.  Hold on, hold on.  Let me finish my question.

23         The Incognito screen, the Privacy Policy, the

24    Terms of Service, all of these documents that you've

25    pointed to, did Google represent anywhere in any of those    16:41:40

                                                    Page 223

```
 1    documents that if you go to a website in Incognito mode,

 2    the website will not pass your data on for advertising

 3    purposes?

 4            MR. MCGEE:  I'm going to object to the form.

 5    Asked and answered, calls for speculation, foundation.        16:41:54

 6            And Mr. Castillo, after you do answer this

 7    question, we're going to take a break.

 8            MR. BROOME:  I'm patient.  I'm asking about the

 9    documents that his Complaint is based on.

10            THE WITNESS:  I don't understand the question       16:42:08

11    and I don't know what you're asking.  But I can tell you

12    that I was in Incognito mode.  Google should not have

13    collected that data.  Google should not have shared that

14    data with other websites.

15        Q.  BY MR. BROOME:  Yeah, but you don't know if        16:42:26

16    Google did that.

17            MR. MAO:  Hey, Steve -- Steve, it's just getting

18    really loud, and like basically the whole street can hear

19    you guys arguing.  I don't know.  You guys just need to

20    lower your voice, okay?  I'm just telling you, like where    16:42:38

21    we are, everybody in this office is like looking at

22    what's going on.

23        Q.  BY MR. BROOME:  You don't -- Mr. Castillo, you

24    don't know whether Castillo passed that data on or -- or

25    if David Yurman passed that data on for advertising         16:42:51
```

Page 224

1    purposes; correct?

2         A.  I don't know the answer to that.

3              MR. MCGEE:  Object to the form.  Yeah, post

4    mortem, but object to the form.

5              I think it's time to take a break.  So let's go     16:43:03

6    off the record.

7              MR. BROOME:  Not quite.  I'm almost done here.

8              MR. MCGEE:  Mr. Castillo, do you need a break

9    right now?

10             THE WITNESS:  You know, I have to use the          16:43:13

11   restroom.  So I would like to take a break.  Thank you

12   very much.

13             MR. MCGEE:  Thanks.  Go off the record.

14             THE VIDEOGRAPHER:  We are off the record.  The

15   time is 4:43 p.m.                                            16:43:23

16             (Recess.)

17             THE VIDEOGRAPHER:  We are back on the record the

18   time is 4:50 p.m.

19        Q.  BY MR. BROOME:  Mr. Castillo, do you still have

20   Exhibit 15 in front of you?                                  16:49:43

21        A.  Hang on.  I don't.  It's disappeared.  Let me

22   see if I can find it.

23             I don't have it up.  No.  It's not here.

24        Q.  All right.  Well, let's try to find it.

25        A.  I would have to open -- hang on.  Let me see       16:50:02

Page 225

1    here.  Okay, I found it.  I have it.  This is the one

2    that is Interrogatory Number 13; is that correct?

3        Q.  Yep.  We're just looking at that paragraph

4    again.

5        A.  Okay.  Okay.  Go ahead.                          16:50:16

6        Q.  All right.  And I asked you about the sentence

7    that says:  "Plaintiff has, however, provided valuable

8    information in the form of his personal information for

9    the use of Google products."  Right?

10       A.  Yes.                                             16:50:27

11       Q.  You remember that?

12           And then it goes on and says:  "But Google

13   unlawfully intercepted, collected data from, analyzed,

14   and monetized plaintiff's browsing activity conducted in

15   private browsing mode, the value of which has been       16:50:39

16   diminished, and Google has used to its benefit to

17   increase its profits and revenues from targeted

18   advertising and improvements of Google's other products."

19           What do you mean by "diminished"?

20           MR. MCGEE:  Object to the form to the extent it  16:50:54

21   calls for expert opinion.

22           THE WITNESS:  Okay, which -- which line of the

23   paragraph are you referring to?

24       Q.  BY MR. BROOME:  It looks like it's sitting in

25   between lines 19 and 20.                                 16:51:08

1        A.   Okay.  Okay.  Ask your question again.  I've

2    reviewed that statement.

3        Q.   What do you mean by the words "the value of

4    which has been diminished"?

5             MR. MCGEE:  Same objection.                      16:51:39

6             THE WITNESS:  So when Google monetizes my

7    private browsing, which is browsing that's important to

8    me, I have never used, but I'm familiar with other

9    websites that I could sell that information to, but the

10   cat's out of the bag already, and Google has already     16:52:01

11   taken that information into my -- to my belief, has

12   monetized it already and has used it to sell ads and

13   generate revenue.

14       Q.   BY MR. BROOME:  Have you ever considered selling

15   your data?                                               16:52:20

16            MR. MCGEE:  Objection.  Asked and answered.

17            THE WITNESS:  No.

18       Q.   BY MR. BROOME:  And why -- if Google uses your

19   data for advertising, why does that make your data less

20   valuable?                                                16:52:37

21            MR. MCGEE:  Object to the form, calls for

22   speculation, expert opinion.

23            THE WITNESS:  Yeah, I'm not an expert on this.

24   But I do know that Google monetizes all my data.  But

25   when I'm in Incognito mode, I'm specifically and overtly  16:52:52

Page 227

1    saying do not collect this data.

2         And Google uses -- tells me through the Google

3    Privacy Policy, the Incognito splash screen, that they

4    won't collect that data and they won't use it.

5         Q.  BY MR. BROOME:  But how does it make your -- if     16:53:10

6    they do use it, how does that make your data less

7    valuable?

8              MR. MCGEE:  Same objections.

9              THE WITNESS:  Yeah, there's -- there's all kinds

10   of ways, and I'm not an expert on that, but I do suspect     16:53:21

11   that that is the case.

12        Q.  BY MR. BROOME:  Can you tell me one way?

13        A.  Yeah.  If you -- if you -- if they sell

14   information on an ad, that particular ad can be used to

15   generate revenue, and that revenue is going to the     16:53:38

16   profits of Google, and it's my information that I didn't

17   consent for it to be taken or utilized in that fashion.

18   Therefore, it diminishes its value.

19        Q.  I mean, you could still -- you could take your

20   data still and sell it to somebody else if you wanted to;     16:53:57

21   right?

22        A.  Yeah, but how valuable is that if it's already

23   been released to someone else already?  And every little

24   release diminishes it further.  At least, that's my

25   opinion.     16:54:13

Page 228

1      Q.   Okay.  Are you familiar with the Brave browser?

2      A.   What browser?

3      Q.   Brave.

4      A.   No.

5           MR. BROOME:  Tracy, why don't we load tab 17,     16:54:37

6   unless we've already done this one.

7           Maybe we already did this one.  Hold on a

8   second.  I think it's -- no.  Tracy, let's load 17.

9           (Exhibit 16, Plaintiff Christopher Castillo's

10          Objections and Responses to Defendant's First     16:55:07

11          Set of Interrogatories, was marked for

12          identification by counsel electronically.)

13     Q.   BY MR. BROOME:  All right.  Take a look at

14  Exhibit 17 (sic).

15     A.   Okay.                                              16:55:54

16     Q.   Oh, actually, this may be the wrong document.

17  Hold on.

18     A.   One second.  17.  All right.  Plaintiff

19  Castillo's Objections and Responses to Defendant's First

20  set of Interrogatories."                                  16:56:20

21          All right.  I see this document.  I'm familiar

22  with it.

23          MR. MCGEE:  Can I just -- sorry.  I don't want

24  to interrupt the flow here, but it's marked as Exhibit 15

25  in the ShareFile, but I think it's Exhibit 16 is the      16:56:31

                                                   Page 229

```
 1    sticker on it.

 2            THE WITNESS:  Did I choose the wrong one?

 3            MR. MCGEE:  No, I'm just asking for

 4    clarification from Mr. Broome whether there was an

 5    Exhibit 16 that I'm missing here that may have been       16:56:45

 6    marked.

 7            MR. BROOME:  Hold on one second.  I might

 8    actually have the wrong document here.

 9            Well, why don't we just do this.

10            MR. MCGEE:  It looks like we may have just        16:57:18

11    skipped Exhibit 15 in -- in the naming, which is fine.

12    I'm just making sure, so...

13        Q.  BY MR. BROOME:  You're not familiar with a

14    company called Brave; is that your testimony?

15        A.  Are you asking me a question?                     16:57:31

16        Q.  Are you familiar with a company called Brave?

17        A.  No, I'm not familiar, and you asked that

18    already.

19        Q.  Are you familiar with a company called Killi?

20        A.  Can you spell that?                               16:57:42

21        Q.  K-I-L-L-I.

22        A.  No, I'm not familiar with that.

23        Q.  Are you familiar with any companies that provide

24    you -- provide people or users compensation for the kinds

25    of data that are at issue in this case?                   16:58:03
```

Page 230

1    A.  Yeah.  There's companies that I participate in

2    that ask me my opinion, and I give it to them, and they

3    pay me for that.

4    Q.  All right.  So I asked you about whether -- I

5    asked you whether you're familiar with companies that        16:58:17

6    compensate you for the types of data that are at issue in

7    this case.

8    A.  Yeah.  At the time, at this moment, I don't

9    recall their names.  I'm familiar with.  I've heard of

10   them, but I just don't know them specifically.               16:58:31

11   Q.  Well, you just said there's companies that I

12   participate in that ask me for my opinion and I give it

13   to them and I pay them for that.

14   A.  Yeah, I'm familiar with those companies, and I

15   know the names of those, but I don't know the names of       16:58:45

16   companies that I sell my information to -- to get -- to

17   get like that you're referring to, Brave or Killi, or

18   where I give them my information and they give me money.

19       I know that they exist.  I just don't recall at

20   the moment their names.  It's been a long day, and I'd       16:59:02

21   have to sit down and think about it and -- before I

22   respond to that from an answer coming from something that

23   I know as a fact.  I'd just be speculating at this point.

24   Q.  If you were to learn that Incognito mode

25   actually does prevent your browsing activity from being      16:59:23

1    associated with your Google Account, would you agree that

2    that provides at least some degree of privacy?

3          MR. MCGEE:  Object to the form, foundation,

4    calls for a legal conclusion, calls for an expert

5    opinion.                                                16:59:40

6          THE WITNESS:  Yeah, I'm not -- I'm not an

7    attorney, and I've not been designated an expert in this

8    field, but I can tell you this:  If you or Google or any

9    element of Google surreptitiously collects my data when I

10   have specifically said don't, and specifically not        16:59:59

11   consented, not only is that in violation of your Privacy

12   Policy, not only is it a violation of your Terms of

13   Service, not only is it a violation of the Incognito

14   screen, it's also wrong, against the law, and you guys

15   have all been there before, and you've done similar        17:00:22

16   activity before.  You were even under a dissent decree on

17   this issue.

18          So I just want to point out -- and I'm not

19   trying to lecture you.  I'm just telling you that when

20   someone does not consent and they tell you they don't     17:00:36

21   consent, and you surreptitiously intercept that

22   communication, you're in violation of the -- the company

23   is in violation of the law.

24          And I've reviewed many documents, and I've seen

25   some of the discovery that even shows your own executives 17:00:56

                                                    Page 232

```
1    talking about this on email and saying they're on shaky

2    ground or they don't -- they're in a difficult spot.

3    I've reviewed it, I've seen it, and you know what you

4    did.  The company knows what they did.

5           Not only do they know what they did, they're --      17:01:10

6    they've admitted culpability to it in these emails.

7           Q.  BY MR. BROOME:  Tell me more about that.

8           A.  It's easy for me to suspect what I suspect.

9    It's very reasonable.  And the lawsuit -- when I

10   discovered the lawsuit, the light went on for me, and I     17:01:25

11   said, yeah, it's just not coincidence, it's Google.

12   There it is.  There's the lawsuit.  There's the news

13   story.  And I connected the dots at that point, and

14   that's how I figured it out.

15          Q.  Tell me more about the emails that you've been    17:01:37

16   shown, Google's internal emails.  What have you seen?

17          A.  I've seen discovery that shows internal emails

18   of -- actually, I'm not going to talk about that because

19   that's between me and my attorneys.

20          Q.  Your attorneys have shown you internal Google     17:01:55

21   emails that were produced in discovery in this case; is

22   that your testimony?

23          A.  Yes, and they are in the Second Amended

24   Complaint that I've reviewed.

25          Q.  Okay.  Have they shown you any -- any other       17:02:08
```

Page 233

1    emails other than the ones that are in the Second Amended

2    Complaint?

3        A.  No, but the ones in the Second Amended Complaint

4    are quite damning.

5        Q.  All right.  Well, let me go back to my question    17:02:22

6    because you gave me a speech, but you didn't answer the

7    question.

8            And I know you're not a lawyer, although you

9    keep telling me how my client has violated the law.  Let

10   me go back to the actual question here.                     17:02:39

11           If you were to learn that Incognito mode

12   actually does prevent your browsing activity from being

13   associated with your Google Account, would you agree that

14   that provides at least some degree of privacy?

15           MR. MCGEE:  Same objections and asked and           17:02:53

16   answered.

17           THE WITNESS:  I've already answered that

18   question.

19       Q.  BY MR. BROOME:  Okay.  I don't think you have,

20   but if that's -- if you're not going to answer it           17:03:01

21   further, that's fine.

22           If you were to learn that Incognito mode

23   prevents your browsing activity from being associated

24   with your personal identity, your Google Account, and

25   your device, automatically when you close the Incognito    17:03:13

Page 234

1    session, would you agree that provides at least some

2    degree of privacy?

3            MR. MCGEE:  Object to the form, foundation,

4    legal conclusion, expert opinion.

5        Q.  BY MR. BROOME:  You can answer.                    17:03:33

6        A.  I think I've answered that question.

7        Q.  Nope.

8        A.  I've answered the question in the fact that when

9    I've gone Incognito (indicating), the splash screen says

10   your browsing history, cookies and site data, information    17:03:43

11   entered into forms, Chrome won't save that following

12   information.  It doesn't say that Chrome won't save it to

13   your account.  It says you won't save it.  Chrome.

14   Google won't save it.  That's what it says.

15       Q.  It doesn't say Google; it says Chrome; right?       17:04:04

16       A.  Chrome is Google.

17       Q.  Can you answer my question or is that the

18   full -- is that the best you can do in response to my

19   question?

20           MR. MCGEE:  Same objections.                        17:04:14

21       Q.  BY MR. BROOME:  I can repeat the question if

22   you'd like.

23       A.  Go ahead and repeat the question.

24       Q.  If you were to learn that Incognito mode

25   prevents your browsing activity from being associated       17:04:22

Page 235

```
 1    with your personal identity, your Google Account, and

 2    your device, automatically when you close the Incognito

 3    session, would you agree that provides at least some

 4    degree of privacy?

 5          MR. MCGEE:  Same objections.                    17:04:35

 6          THE WITNESS:  I would just be speculating and

 7    I'm not an expert on it, but I know that it doesn't

 8    matter if you've rattled off three items, if Google in

 9    any way intercepts that or collects data, any data

10    related to me while I am in Incognito mode, they are     17:04:52

11    surreptitiously intercepting communications, and it is

12    wrong, and it's not correct, and the American people need

13    to know that.

14       Q.  BY MR. BROOME:  And -- and even if that data is

15    not associated with you personally or with your device,  17:05:09

16    it's still your testimony that -- that Google is

17    violating your privacy?

18          MR. MCGEE:  Objection --

19          THE WITNESS:  I'm pretty sure that any

20    communication that is intercepted surreptitiously when   17:05:25

21    I'm in Incognito mode violates my privacy, per the Google

22    Privacy Policy, which says I'm in control.  It says that

23    I can use Chrome in Incognito mode to browse the web

24    privately, and that you won't share that information or

25    capture, collect, or use that information.               17:05:47
```

Page 236

1          MR. BROOME:  All right.  I think unless your

2    counsel has questions for you, I'm probably done.

3          MR. MCGEE:  So if we can have 5 to 10 minutes, I

4    think we may have questions, but we -- if we had the 5 to

5    10 minutes, it would probably help us whittle them down,      17:06:11

6    like you did, too, Mr. Broome.

7          MR. BROOME:  Okay.

8          MR. MCGEE:  Go off the record.

9          THE VIDEOGRAPHER:  We are off the record.  The

10   time is 5:06 p.m.                                             17:06:22

11         (Recess.)

12         THE VIDEOGRAPHER:  We are back on the record.

13   The time is 5:21 p.m.

14

15                        EXAMINATION                             17:21:22

16   BY MR. MCGEE:

17      Q.  All right.  Good afternoon, Mr. Castillo.

18   Again, I know that you know who I am, but for the record,

19   Ryan McGee, one of your attorneys.

20         I do have some questions in followup to the           17:21:35

21   questions that Mr. Broome asked you earlier today.

22         So if you would please pull up Exhibit Number 3.

23      A.  Okay.  Hang on a second.  Give me a second.

24         Okay.  I'm looking at the Privacy Policy from

25   back on July 27, 2012.                                       17:22:11

                                                    Page 237

1     Q.   Okay.  And do you remember answering some

2     questions from Mr. Broome about this Privacy Policy?

3     A.   Yes.

4     Q.   And you understand that this Privacy Policy is

5     from 2012 and does not cover the class period; correct?     17:22:24

6     A.   Yes.

7     Q.   Okay.  And if you could scroll to page 4.

8     A.   Okay.  I'm on page 4.

9     Q.   And do you see the "Transparency and Choice"

10    heading?                                                    17:22:47

11    A.   Yes, I see it.

12    Q.   Do you see some links in there?

13    A.   Yes, I see those.  They are highlighted blue as

14    if they're very important.

15    Q.   Okay.  And I'll represent to you today, I think     17:22:59

16    we had a discussion on the record, that some of those

17    links are broken and they don't actually connect to

18    anything.

19        But my question to you is:  Would it have helped

20    you answer Mr. Broome's questions about this document if    17:23:12

21    you could have seen what those links linked to?

22    A.   Absolutely.

23    Q.   Okay.  If I can get you to turn to Exhibit

24    Number 4.

25    A.   Okay.                                                 17:23:20

Page 238

1       Q.  Just let me know when you've got it up.

2       A.  Okay, I have it up.

3       Q.  Okay.  And do you also remember being asked

4   questions about certain statements about Incognito mode

5   in this Exhibit Number 4?                              17:23:48

6       A.  Okay.  So this exhibit is not the one we looked

7   at.  This is -- we didn't look -- I haven't seen this

8   exhibit today.  This Exhibit Number 4, I haven't seen

9   today.

10      Q.  Exhibit Number 4?  When you reviewed it with    17:24:15

11  Mr. Broome?

12      A.  We haven't pulled up Exhibit Number 4.  Google

13  Chrome Privacy Policy in this Wayback Machine.  We

14  haven't looked at that today.  I haven't looked at this

15  today.  We looked at a different exhibit.              17:24:31

16      Q.  Okay.  Do you recall which exhibit that is?

17      A.  Let me look.

18      Q.  Sure.  It may have been Exhibit Number 7.

19      A.  Let's take a look.  I see something under

20  Exhibit 6 that says "Privacy Policy."                  17:24:53

21      Q.  The one that I'm looking for is the Chrome

22  Privacy Notice, and I think it's Exhibit Number 7.

23      A.  Okay.  Let me take a look.

24          Yes, we looked at this one.

25      Q.  Okay.  If you could read the first paragraph    17:25:15

Page 239

1    that starts with the word "learn" for me.

2        A.  Okay.  This is Exhibit Number 7, the first

3    paragraph.

4        "Google Chrome Privacy Policy.  Learn how to

5    control the information that is collected, stored, and    17:25:27

6    shared when you used Google Chrome browser on your

7    computer or mobile device, Chrome OS, and when you enable

8    safe browsing in Chrome.  Although this policy describes

9    features that are specific to Chrome, any personal

10    information that is provided to Google or stored in your    17:25:46

11    Google Account will be used and protected in accordance

12    with the Google Privacy Policy, as changed from time to

13    time.  Google's retention policy describes how and why

14    Google retains data."

15        Q.  Okay.  And when you read those sentences, what    17:26:02

16    does that convey to you about Incognito mode?

17        A.  It conveys to me that when I'm in Incognito

18    mode, Google won't -- Google won't record, intercept,

19    collect, and save my browsing history, my cookies and

20    site data, and information entered into forms.    17:26:29

21        Q.  Okay.  And if I could move you to Exhibit

22    Number 8.

23        A.  Okay.

24        Q.  And let me know when you've got that.

25        A.  Hang on one second.    17:26:40

Page 240

```
 1              Okay, I'm there.

 2         Q.  Okay.  If you would review the first sentence.

 3         A.  Okay.  The first sentence says:  "Now you can

 4    browse privately, comma, and other people who use this

 5    device won't see your activity --                        17:27:11

 6         Q.  Mr. Castillo, is there one sentence -- or excuse

 7    me, is there one promise or two promises in that first

 8    sentence?

 9         A.  When I read it, I see two promises.  The first

10    is "now you can browse privately," comma, and the second 17:27:23

11    is, "and other people who use this device won't see your

12    activity."

13         Q.  And what's your understanding of what the first

14    promise means?

15         A.  The first promise is that I can browse           17:27:37

16    privately, meaning Google will not see my browsing

17    history, will not collect my browsing history, will not

18    sell my browsing history, will not record my browsing

19    history.

20              Google will not -- won't save cookies, they     17:27:56

21    won't save site data, they won't collect that

22    information.  They won't sell that information.  Google

23    will not see my information entered into forms.  They

24    won't collect that data, and they won't sell that data.

25    That's what it means to me.                               17:28:12
```

Page 241

1      Q.  Okay.  Do you think that Google kept its

2  promise, as you understand it, in that first part of the

3  sentence when you browsed Incognito?

4      A.  No, I don't believe they kept their promise.

5      Q.  Okay.  And that's based on the testimony that      17:28:27

6  you've repeatedly provided here today?

7      A.  Yes.

8      Q.  All right.  And draw your attention to a line of

9  questioning that Mr. Broome had with you about

10  Google.com.                                               17:28:43

11      Do you remember having pretty extensive

12  discussions with Mr. Broome today about your use of

13  Google.com?

14      A.  Yes.

15      Q.  All right.  And I'll represent to you that      17:28:54

16  Google.com is a Google service.

17      Does that make sense to you?

18      A.  Yes.

19      Q.  Why does that make sense to you?

20      A.  Because Google.com is their search engine.      17:29:00

21      Q.  Okay.  And do you understand that Google Search

22  is a Google service?

23      A.  Yes, absolutely.

24      Q.  Why?

25      A.  Because its provided by Google and it's covered      17:29:15

Page 242

1    by the Google Privacy Policy.

2        Q.  All right.  And again, if Google Search is a

3    Google service, does using that Google service in

4    Incognito mode mean that Google can collect a user's

5    data?                                                    17:29:31

6        A.  Not according to the Privacy Policy, which says

7    I'm in control, and it says I can use Incognito mode, not

8    according to the splash screen, that says Chrome won't

9    save the following information:  Your browsing history

10   cookies and site data, information in forms.  And the     17:29:48

11   fact -- I mean, over-arching is the Google Privacy

12   Policy.

13       Q.  If I could draw your attention to Exhibit

14   Number 9.

15       A.  Okay.  I recall going over this.                  17:30:03

16       Q.  Okay.  Do you know how to access this document?

17       A.  No.

18       Q.  All right.  And do you think the reference to

19   resources and ads includes Google services?

20           MR. BROOME:  Object to the form.                  17:30:27

21           THE WITNESS:  Say that question again.

22       Q.  BY MR. MCGEE:  Sure.

23           Do you see at the bottom there's a reference to

24   resources and ads?

25       A.  Right.                                            17:30:43

                                                   Page 243

1          Q.  Do you see that?

2          A.  Yes.

3          Q.  Do you think that includes Google services?

4              MR. BROOME:  Object to the form.

5              THE WITNESS:  Well, yes, that includes Google          17:30:57

6      services.

7          Q.  BY MR. MCGEE:  Okay.  And do you see in the

8      section below, its titled "Some of Your Info Might Still

9      Be Visible," referring to search engines?

10         A.  Wait.  Go back to that question.  Go back to          17:31:10

11     that question again.

12         Q.  Sure, Mr. Castillo.  What would you like to

13     revisit about that question?

14         A.  Ask that question again.  Because I -- I want

15     you -- I want to understand looking in the context of          17:31:19

16     this statement here that you just made.  Ask that

17     question again.

18         Q.  Right, sure.

19             So it says:  "Your activity might still be

20     visible."                                                       17:31:28

21             Do you see that headline?

22         A.  Yes.

23         Q.  And it says:  "Incognito mode stops Chrome from

24     saving your browsing activity to your local history,

25     period.  Your activity like your location might still be        17:31:37

                                                       Page 244

```
 1    visible to websites you visit, including the ads and

 2    resources used on those sites."

 3         A.  Okay.  Now what was your question again?

 4         Q.  My question is:  Is Google mentioned as one of

 5    the ads and resources used on the --                        17:31:55

 6         A.  Oh, yeah.  I misunderstood the question.  No,

 7    Google's not mentioned as that.

 8         Q.  Okay.  But they could have been; correct?

 9              MR. BROOME:  Object to the form.

10              THE WITNESS:  I guess they could have been, but   17:32:08

11    it says -- it doesn't say Google here.  It says

12    "including the ads and resources used on those sites."

13    It doesn't mention Google here.

14         Q.  BY MR. MCGEE:  And if you go down to the section

15    below, titled "Some of Your Info Might Still Be Visible."   17:32:22

16              Do you see that?

17         A.  Yes, I see it.

18         Q.  And it speaks about search engines.  Do you see

19    that?

20         A.  Yes, I see it.                                     17:32:35

21         Q.  Is Google mentioned there?

22         A.  Google's not mentioned here.

23         Q.  So based on your understanding of the Privacy

24    Policy in the splash screen, could possible -- or could

25    Google have been included or could Google Search have       17:32:51
```

Page 245

```
 1    been included here where you're -- we're talking about

 2    the resources?

 3         A.  No, no.  Because the Privacy Policy says that

 4    when you're in Incognito mode, they won't -- they won't

 5    collect that kind of data.                              17:33:08

 6         Q.  Mr. Castillo, taking the Terms of Service,

 7    Privacy Policy, the splash screen, the Chrome Privacy

 8    Notice, and all of the other Google disclosures that

 9    you've been shown here today, again taking them all

10    together, what did Google promise to its users regarding 17:33:28

11    Incognito mode?

12              MR. BROOME:  Object to the form.

13              THE WITNESS:  So Google promised that I was in

14    control and that I could use Incognito mode to help

15    manage my privacy, and I could browse the web privately  17:33:46

16    using Incognito mode and that they wouldn't collect, they

17    wouldn't store, they wouldn't sell, they wouldn't use

18    that data in any way when I was browsing in Incognito

19    mode.

20              And that's per their overall over-arching Google 17:34:11

21    Privacy Policy, which is contained in the Terms of

22    Service and is reiterated on the "you've gone Incognito"

23    splash screen.

24         Q.  Thank, you Mr. Castillo.

25              And I know it's a sore subject, but I'd like to  17:34:26
```

Page 246

```
 1    go back to it.  The David Yurman discussion that you had

 2    with Mr. Broome.

 3         A.  Okay.

 4         Q.  I understand that you had the discussion, but

 5    prior to this lawsuit, did you have any understanding          17:34:41

 6    that Google had been intercepting your private browsing

 7    data prior to your discovery of this lawsuit?

 8         A.  No.  When I saw the story on the lawsuit, I

 9    connected all the dots, and that's when I figured it out.

10    And that's when I came to the conclusion of what I've          17:35:02

11    represented here in my allegations.

12         Q.  Okay.  Mr. Castillo, you were in the FBI for

13    22 years?

14         A.  Yes.

15         Q.  And you were in the Marines for I believe, six        17:35:13

16    years before that?

17         A.  Yes.

18         MR. MCGEE:  I'd like to thank you for your

19    service, and I don't have any other questions.

20         MR. BROOME:  Well, I have a few more.                      17:35:22

21

22                    FURTHER EXAMINATION

23    BY MR. BROOME:

24         Q.  Well, thank you both.  I have a few more.

25         A.  Okay.  I didn't hear you because you were             17:35:30
```

Page 247

1    speaking -- you weren't speaking directly into the

2    microphone.

3        Q.  Can you pull up Exhibit 7 again.

4        A.  Okay.

5        Q.  Okay.  I just want to make sure I understand        17:35:55

6    something.

7            Mr. McGee just asked a moment ago, he asked you

8    to read the very first paragraph of the Google Chrome

9    Privacy Notice; right?

10       A.  That's correct.                                    17:36:07

11       Q.  And there's two sentences in that paragraph;

12   right?

13       A.  No, there's three sentences in that paragraph.

14       Q.  In the first paragraph?

15       A.  In the first paragraph, there's three sentences.   17:36:31

16       Q.  Okay.  Well, the first sentence is:  "Learn how

17   to control the information that's collected, stored, and

18   shared when you use the Google Chrome browser on your

19   computer or mobile device, Chrome OS, and when you enable

20   safe browsing in Chrome."  Right?                          17:36:51

21       A.  Yes.

22       Q.  The second sentence is:  "Although this policy

23   describes features that are specific to Chrome, any

24   personal information that is provided to Google or stored

25   in your Google Account will be used and protected in       17:37:02

Page 248

1    accordance with the Google Privacy Policy, as changed

2    from time to time" -- oh, you're right.  Yeah, a third

3    sentence.

4         "Google's retention policy describes how and why

5    Google retains data."  You're right.  Three sentences.        17:37:13

6    All right.

7         And Mr. -- Mr. McGee said:  "And when you read

8    those sentences, what does that convey to you about

9    Incognito mode?"

10        And you responded:  "It conveys to me that when       17:37:29

11   I'm in Incognito mode, Google won't record, intercept,

12   collect" -- and something else -- "that my browsing

13   history, my cookies, and site data entered in forms,"

14   something to that effect.

15        That paragraph doesn't reference to Incognito        17:37:45

16   mode, does it?

17      A.  It says "Google Privacy Policy."

18      Q.  I see.  Okay.

19        But it doesn't -- it doesn't have the words

20   "Incognito mode" in there.  Right.                          17:37:57

21      A.  It says as a quintessential part of this

22   paragraph, which is bolded, underlined, and in blue,

23   "Google Privacy Policy," which I'm very familiar with,

24   which includes the Incognito mode.

25      Q.  Do you see the words "Incognito mode" in that       17:38:10

Page 249

```
 1    paragraph?

 2         A.   It depends with the definition of "see" is.  I

 3    see Privacy Policy.

 4         Q.   Okay.  All right.

 5              Let's move on.  That was a good one.          17:38:22

 6              Next he asked you about Exhibit 8.

 7         A.   Exhibit 8.  Stand by.

 8         Q.   That reminds me of Bill Clinton.  All right.

 9    Exhibit 8.

10              Now you remember I asked you some questions     17:38:51

11    about this document; right?

12         A.   Yes.

13         Q.   And I asked you specifically about the sentence:

14    "Now you can browse privately, and other people who use

15    this device won't see your activity."                  17:39:09

16              Do you recall?

17         A.   I do.  You just said it so fast, you forgot to

18    say the comma.

19         Q.   Is that how you normally read documents?  Do you

20    normally read documents by spelling out the -- actually    17:39:19

21    saying the punctuation marks?

22         A.   No, but I pause at that point.  "Now you can

23    browse privately, and other people who use this device

24    won't see your activity."

25         Q.   All right.  So earlier in the deposition, I     17:39:33
```

                                                  Page 250

1    asked you about that sentence, and your words were --  I

2    asked you how you interrupted that sentence.  And your

3    response was:  "I'm not an attorney.  I find the question

4    a little bit loaded.  And I would say that I view this

5    statement as saying that I can browse privately meaning       17:39:50

6    that other people who use this device won't see my

7    activity.  That's what I think this says."

8            Do you recall saying that?

9        A.  Yeah, I recall saying that.  Something like

10   that.                                                          17:40:04

11       Q.  Okay.  And then we ended the deposition, we took

12   a break, you talked to your attorneys, and then Mr. McGee

13   asked you about the same sentence.

14           Do you recall that?

15       A.  Yes, I do.                                             17:40:16

16       Q.  And he said:  "Is there one promise or two

17   promises in that sentence?"

18           And you said:  "When I read it, I see two

19   promises.  The first is now you can browse privately, and

20   the second is other people who use this device won't see      17:40:28

21   your activity."

22           Do you recall that?

23       A.  Yes.

24       Q.  Okay.  If the Incognito screen didn't have a

25   comma, and instead of the word "and," it said "so," would     17:40:47

                                                        Page 251

```
 1    that have a different -- would that sentence have a

 2    different meaning to you?

 3              MR. MCGEE:  Object to the form.

 4              You can answer.

 5              THE WITNESS:  Yeah, I think you're asking me to       17:41:02

 6    speculate what the meaning of a word is based on grammar.

 7    "And" and "so" can convey different meanings.  But the

 8    fact that there's a comma there, I see two promises.

 9              And on top of that, you neglected in your

10    question to give the context of the previous question,        17:41:18

11    line of questioning, which, in turn, if you went back to

12    look at the context of the previous line of questioning,

13    you would have seen that I was answering based on the

14    context of the question.

15              When Mr. McGee asked me, there was a specific        17:41:33

16    and very detailed question about the sentence, and in

17    that, I responded, which I believe there's two promises

18    in this sentence.

19         Q.  BY MR. BROOME:  Let me ask my question again.

20              If the Incognito screen didn't have a comma, and     17:41:48

21    instead of the word "and," it said "so," so the full

22    sentence would be "now you can browse privately so other

23    people who use this device won't see your activity,"

24    would that change the meaning of the sentence to you?

25    I'm asking for your interpretation.                           17:42:19
```

Page 252

```
 1              MR. MCGEE:  Objection.

 2              THE WITNESS:  I'm not -- I -- I am just not

 3     going to speculate as to something that doesn't exist.

 4     Because the sentence says -- doesn't say "so."  It says

 5     "and," and there's a comma before it.              17:42:33

 6              So I can't speculate, and I'm not going

 7     speculate as to what the change in meaning would mean and

 8     what that -- that's an irrelevant question that doesn't

 9     even -- it has no bearing on this case, in my opinion.

10        Q.  BY MR. BROOME:  Is the comma and the "and"    17:42:50

11     important?

12        A.  Yes.

13        Q.  Okay.  And with respect to the phrase "other

14     people who use this device won't see your activity," do

15     you agree that that is one way in which Incognito    17:43:05

16     provides privacy?

17              MR. MCGEE:  Object to the form, calls for a

18     legal conclusion, asked and answered.

19              THE WITNESS:  I've answered that question.

20              MR. MCGEE:  You can answer it again,        17:43:18

21     Mr. Castillo.

22              THE WITNESS:  Okay.

23              So the question I think you're asking is:  Is --

24     is does the comma and "and" break it into two -- why

25     don't you ask the question again because there's a lot of   17:43:28
```

Page 253

```
 1      -- it's the end of the day.  There's a lot of things in

 2   my head here.

 3        Q.  BY MR. BROOME:  Let's focus on the question.

 4            With respect to the phrase "other people who use

 5   this device won't see your activity," do you agree that    17:43:39

 6   is -- that concealing your activity from other people who

 7   use your device is one way in which Incognito provides

 8   privacy?

 9            MR. MCGEE:  Same objections.

10            THE WITNESS:  Yeah.  I would say yes.  It's one     17:43:56

11   way.  It's one.  It's one of two promises there.

12        Q.  BY MR. BROOME:  Okay.  And the other promise,

13   now you can browse privately, that's an entirely separate

14   promise, in your opinion?

15        A.  Yeah.  I mean, you're asking me to speculate,      17:44:11

16   but yes, I -- I view it as two promises.

17        Q.  How am I asking you to speculate?  How am I

18   asking you to speculate?

19        A.  You're asking me how to -- to -- you're asking

20   me how changing words would affect things.  That's         17:44:35

21   speculation.

22        Q.  That's not the question that I just asked.

23        A.  So what's the -- what's the question again?

24        Q.  The phrase "now you can browse privately," do

25   you see that as a completely separate and independent      17:44:45
```

Veritext Legal Solutions
866 299-5127

1    promise from the phrase "and other people who use this

2    device won't see your activity"?  Is that --

3         A.  Yes, I see that as an entirely separate promise.

4         Q.  All right.  And do you believe that Google has

5    kept its promise that Incognito mode will prevent other          17:45:12

6    people who use your device from seeing your activity?

7              MR. MCGEE:  Objection.  Asked and answered,

8    calls for speculation.

9              THE WITNESS:  I've answered this already.

10        Q.  BY MR. BROOME:  What's the answer?  What's the          17:45:27

11   answer?

12        A.  I've answered already.  I'm changing my answer.

13        Q.  Can you remind me what your answer was?  Can you

14   remind me what your answer was?

15        A.  No.  It's in the record.                               17:45:55

16        Q.  I'm going to ask the question again.

17             Do you believe that Google has kept its promise

18   that Incognito mode would prevent other people who use

19   your device from seeing your activity?

20             MR. MCGEE:  Same objections.                          17:46:11

21             THE WITNESS:  You're asking me the same

22   questions multiple times, and each time you ask it, you

23   increase the tempo and speed at which you cover the word

24   "privately," comma "and."  And you make it one.  It's

25   this is two separate promises.                                  17:46:28

Veritext Legal Solutions
866 299-5127

1      Q.  BY MR. BROOME:  Honestly, I'm not even sure I

2   understand what you're talking about.  Because I didn't

3   mention comma, and I was only referring to the second

4   half of that phrase.

5      A.  I'm having trouble understanding -- I'm sorry,      17:46:39

6   I'm having trouble understanding the question.

7      Q.  Yeah.

8      A.  It might be my perspective is entirely different

9   because I'm viewing this as an end user and not a

10  high-powered attorney working for the biggest company in    17:46:53

11  the country.

12     Q.  Possibly.

13         Do you believe that Google has kept its promise

14  that Incognito mode would prevent other people who use

15  your device from seeing your activity?                       17:47:04

16         MR. MCGEE:  Same objections.

17         THE WITNESS:  I've answered this question

18  already.

19     Q.  BY MR. BROOME:  All right.  Well, to the extent

20  that I did not ask you that question previously and you     17:47:13

21  did not answer that question, we'll keep the deposition

22  open, and we'll bring you back.

23         So you can either answer that question "yes" or

24  "no" now, or we'll make a motion to bring you back at a

25  later time.                                                  17:47:29

Page 256

```
 1              MR. MCGEE:  Okay.  As long as the entire record

 2    is -- is put in, you know, we'll reserve all rights on

 3    that.  But --

 4        Q.  BY MR. BROOME:  It's up to you.  I mean, it's a

 5    pretty -- pretty easy solve here.  You can answer the          17:47:37

 6    question or we can have this dispute.

 7              I can read the question back to you again, if

 8    you'd like.

 9              MR. MCGEE:  I think he's repeatedly said that

10    he's answered the question, but you know, it's 5:48.          17:47:49

11              MR. BROOME:  Yeah, he has repeatedly said that,

12    but I don't think I've actually gotten an answer.  He has

13    repeatedly said that he's answered that, but he hasn't

14    given me an answer.

15              MR. MCGEE:  Okay.  Like I said, if you want to       17:48:01

16    take it to the Court on that, we'll reserve all rights.

17              But Mr. Castillo, I'm not -- I want to be clear,

18    I'm not instructing you not to answer.  I'm just lodging

19    a legal objection that says you have already answered it,

20    but if you want to answer it again, I'm not at all            17:48:16

21    instructing you not to do that.

22              THE WITNESS:  I believe I've answered it

23    already.

24        Q.  BY MR. BROOME:  Okay.  So you're not going to

25    answer my question, then?                                     17:48:25
```

Page 257

1     A.  I've answered the question already, in my

2  opinion.

3     Q.  Earlier Mr. -- Mr. McGee just asked you about

4  the David Yurman incident, and when we were -- I was

5  asking you some questions about how do you know it's          17:48:46

6  Google that's responsible for the ads as opposed to some

7  other entity.  And you said you assume it's Google

8  because Google's the conduit for the advertising,

9  something to that extent; right?

10     Do you remember that?                                     17:49:05

11     A.  Yeah, I recall that.

12     MR. MCGEE:  Object to the extent it misstates

13  prior testimony.

14     Q.  BY MR. BROOME:  Okay.  And what did you mean by

15  that?                                                         17:49:12

16     A.  I mean what I said.  I believe it was Google.

17  That's what I believe.

18     Q.  Is it your view that if you see targeted ads,

19  that Google's always responsible?

20     A.  That's what I believe.                                17:49:27

21     Look, I'm not an engineer.  We'll let the --

22  we'll let the experts figure that out.  I believe that it

23  was Google.  That's in my presence of mind.  That's what

24  I believe.

25     And when I saw the lawsuit -- when I saw the               17:49:46

Page 258

1    lawsuit happen, it became confirmed in my mind, and I

2    connected the dots, and I said that's it.  That's how --

3    that's how it happened.  Google did this.  Google caused

4    this.  Google is responsible for this.  And Google should

5    cease this activity, they should remove my data, and they          17:50:11

6    should pay for damages that they've caused.

7            And one of the damages happens to be, though

8    they're probably not entirely responsible for it, but I'm

9    no longer with this woman, and thank you very much for

10   what I am alleging spoiling my engagement surprise.                17:50:26

11   Thanks a lot, Google.

12       Q.  I'm sorry, just so the record is clear, are you

13   suggesting that Google is in some way to blame for the

14   end of your relationship with this woman?

15       A.  I'm not saying they're entirely to blame, but          17:50:47

16   they contributed to some amount to a priceless situation.

17       Q.  In what way is Google partially to blame for the

18   demise of your relationship?

19       A.  Spoiling an engagement surprise?  I think that's

20   a significant event that someone would remember and be          17:51:02

21   based in their mind.  That would be important to someone

22   in a relationship.  Taking the quintessential moment and

23   spoiling an engagement surprise seems rather relevant and

24   a significant event.

25       Q.  Okay.  I didn't really want to get into this,          17:51:26

1    but since you're suggesting that Google is to blame, and

2    potentially this is some part of your claim, the

3    engagement surprise was spoiled, and then how soon after

4    that did your relationship with this woman end?

5        A.  It ended in 2019, and this was one miss that        17:51:44

6    happened amidst other misses that ultimately led to the

7    end of the relationship.

8        Q.  When did the David Yurman incident occur?

9        A.  I believe it was 2017.  I'm not exactly sure.  I

10   don't recall exactly the date.  I'd have to go back and       17:52:08

11   look at it.

12       Q.  Okay.

13       A.  Perhaps it was 2000 and -- I'm sorry, it might

14   have been 2016.  Sometime in 2016.  I'd have to -- I'm

15   tired.  I'd have to go back and look at it to give you        17:52:19

16   the exact date.

17       Q.  And your fiancé was upset at you because she

18   learned of the --

19       A.  I remember her being specifically annoyed that

20   her surprise, her wedding engagement surprise was sitting     17:52:31

21   on my computer and in her face every time she logged on

22   to the computer.

23       Q.  Because she saw an ad for David Yurman?

24       A.  She didn't just see an ad for David Yurman; she

25   saw an ad for the specific ring that she had expressed        17:52:48

Page 260

```
 1    interest in the past for, meaning that I had looked at

 2    it.

 3        Q.  And your -- and your view is that she blamed you

 4    for that?

 5        A.  I don't see any other way to look at it, but          17:52:58

 6    yes.

 7            MR. BROOME:  I have no further questions subject

 8    to reexam by your counsel.

 9            MR. MCGEE:  No reexam.  Thank you.

10            We'll read.                                           17:53:07

11            MR. BROOME:  All right.  Thanks, everybody.

12    Thanks, Mr. Castillo.

13            THE WITNESS:  Thank you very much.  Have a nice

14    day.

15            MR. MCGEE:  Madam Court Reporter, if we can get       17:53:18

16    a rush -- or excuse me, a rough.

17            THE REPORTER:  Yes, absolutely.

18            If we can go off the record first?

19            THE VIDEOGRAPHER:  We are off the record.  The

20    time is 5:53 p.m. on February 8th, 2022.  This concludes      17:53:28

21    today's testimony given by Christopher Castillo.  The

22    total number of media units used was 11 and will be

23    retained by Veritext Legal Solutions.

24            (Time noted: 5:53 p.m.)

25                          --oOo--
```

Page 261

```
 1   STATE OF CALIFORNIA     ) ss:

 2   COUNTY OF MARIN          )

 3

 4         I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do

 5   hereby certify:

 6         That the foregoing deposition testimony was

 7   taken before me at the time and place therein set forth

 8   and at which time the witness was administered the oath;

 9         That testimony of the witness and all objections

10   made by counsel at the time of the examination were

11   recorded stenographically by me, and were thereafter

12   transcribed under my direction and supervision, and that

13   the foregoing pages contain a full, true and accurate

14   record of all proceedings and testimony to the best of my

15   skill and ability.

16         I further certify that I am neither counsel for

17   any party to said action, nor am I related to any party

18   to said action, nor am I in any way interested in the

19   outcome thereof.

20         IN WITNESS WHEREOF, I have subscribed my name

21   this 10th day of February, 2022.

22

23

24

25         LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

Page 262

1    RYAN MCGEE, ESQ.

2    rmcgee@forthepeople.com

3                                          February 11, 2022

4    RE: BROWN vs. GOOGLE LLC

5    FEBRUARY 8, 2022, CHRISTOPHER CASTILLO, JOB NO. 5077508

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, noting the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25

                                                    Page 263

1    xx Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, noting the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested - Reading & Signature was not

10       requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 264

1          I declare under the penalty of perjury under the

2     laws of the State of California that the foregoing is

3     true and correct.

4          Executed on _____, 2022, at

5     _____, _____.

6

7

8

9

10

11          _____

12               CHRISTOPHER CASTILLO

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 265

```
 1    RE: BROWN vs. GOOGLE LLC

 2    CHRISTOPHER CASTILLO (JOB NO. 5077508)

 3              E R R A T A  S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____    _____

24    CHRISTOPHER CASTILLO                 Date

25
```

Page 266

**[& - 4]**

| & |
|---|
| **&** 3:4 4:4 6:7,9 9:14,16 38:21 55:15 263:23 264:9 |

| 0 |
|---|
| **03/01/12** 6:8 38:22 |
| **03664** 1:12 2:12 8:19 |
| **04981576** 6:15 78:14 |
| **05/20/20** 6:19 120:8 |
| **05/25/18** 6:17 81:3 |
| **07/27/12** 6:11 55:16 |

| 1 |
|---|
| **1** 1:25 6:4 7:6 8:14 13:4,5,9,15,17 33:16,17 61:17,19 61:24,25 63:11 67:19 87:13 121:2 121:3 125:3 150:11 161:8,10 162:4 171:6 202:5 202:19,20 203:12 203:21 264:1 |
| **10** 5:9 6:23 109:11 109:17 126:5 168:4,25 169:3,7,9 237:3,5 |
| **10/18/12** 6:13 75:8 |
| **100** 3:13 |
| **10010** 4:19 |
| **10:03** 51:7 |
| **10:20** 51:10 |
| **10:51** 75:5 |
| **10:55** 67:16 |
| **10th** 4:6 40:4 262:21 |

| 11 6:24 190:21 191:4,7 261:22 263:3 |
|---|
| **11250** 10:13 |
| **11:00** 67:14 |
| **12** 6:25 67:17 168:5,6 190:23 195:16,18 211:23 |
| **12-15** 7:11 211:16 |
| **120** 6:18 |
| **12:01** 75:11 |
| **12:03** 77:9 |
| **12:06** 77:12 |
| **13** 6:4 7:1 190:25 212:2 226:2 |
| **14** 7:2 202:2,3,9,17 148 6:20 |
| **15** 7:7 65:7 115:17 115:18 131:9 211:13,14,21,24 225:20 229:24 230:11 |
| **16** 7:12 229:9,25 230:5 |
| **168** 6:21,23 |
| **17** 210:25 229:5,8 229:14,18 |
| **19** 226:25 |
| **190** 6:24,25 7:1 |
| **1:05** 119:23 |
| **1:22** 120:1 |
| **1st** 40:1,3 75:22 |

| 2 |
|---|
| **2** 6:6 26:14 27:12 27:13 29:13 36:1 38:20,21 39:1,6 40:20 42:11 43:18 44:4 46:25 51:12 51:18,19,20,21,24 51:25 53:12 55:23 59:2 63:10,11 |

| 67:12 68:12 75:13 75:15 76:6 77:15 96:3 97:13 118:5 118:25 123:14 125:9 135:4,5 161:19,20 163:21 167:8 197:12 |
|---|
| **20** 226:25 |
| **2000** 204:17 260:13 |
| **201** 3:6 |
| **2012** 25:17,25 40:1 40:3 44:17 45:4 46:16 51:13 53:24 54:2,5 55:8 57:22 58:1,7 73:21 74:18 75:22 76:9 77:16 205:15,18 237:25 238:5 |
| **2012/2013** 206:12 |
| **2013** 40:4 51:13 204:3 205:14,16 205:18 |
| **2016** 23:19 25:8 58:9 143:14 260:14,14 |
| **2017** 260:9 |
| **2018** 58:15 80:17 83:4 114:17 145:23 |
| **2019** 260:5 |
| **202** 7:2 |
| **2020** 23:19 58:9 |
| **2022** 1:19 2:21 5:4 8:1,8 261:20 262:21 263:3,5 265:4 |
| **2025.520** 263:9,12 |
| **211** 7:7 |
| **212** 4:20 |

| 213 4:8 |
|---|
| **22** 11:7 112:20 247:13 |
| **223-5505** 3:8 |
| **229** 7:12 |
| **22nd** 4:18 |
| **237** 5:10 |
| **247** 5:9 |
| **25th** 58:15 80:17 83:4 114:17 |
| **266** 1:25 |
| **27** 237:25 |
| **2800** 3:13 |
| **293-6800** 3:22 |
| **2:04** 147:18 |
| **2:16** 147:21 |
| **2:17** 148:6 |
| **2:18** 148:12 |

| 3 |
|---|
| **3** 6:9 55:13,15 57:20 59:19 62:2 64:4 112:16 125:12 237:22 |
| **30** 264:1 |
| **305** 3:15 |
| **33131** 3:14 |
| **33602** 3:7 |
| **3462** 1:22 2:23 262:4,25 |
| **38** 6:6 |
| **3:22** 190:13 |
| **3:36** 190:16 |

| 4 |
|---|
| **4** 6:12 7:6 46:22 47:1 51:19 75:7 114:20 125:14 150:6,12 202:5,19 238:7,8,24 239:5,8 239:10,12 |

[415 - activity]

**415**  3:22
**41st**  3:20
**44**  3:20
**443-3285**  4:8
**4:10**  211:8
**4:23**  211:11
**4:43**  225:15
**4:50**  225:18

**5**

**5**  6:14 7:6 31:18
  33:16,17 78:12,13
  78:17,18 81:14
  125:16 202:5,19
  237:3,4
**5077508**  1:23
  263:5 266:2
**51**  4:18
**539-8400**  3:15
**5411**  262:24
**55**  6:9
**555**  4:12
**5:06**  237:10
**5:20**  1:12 2:12
  8:19
**5:21**  237:13
**5:48**  257:10
**5:53**  2:20 261:20
  261:24
**5th**  4:12

**6**

**6**  6:16 80:25 81:2
  81:7 84:5,10
  87:13 114:6,15
  115:15,17 116:2
  120:13 125:17
  239:20
**650**  4:14
**66**  16:10

**7**

**7**  6:18 16:9 38:20
  101:10,11,13
  120:7,11 125:19
  161:2,3,14,15
  239:18,22 240:2
  248:3
**75**  6:12
**78**  6:14
**7th**  3:6

**8**

**8**  1:19 2:21 5:4
  6:20 8:1 65:2 81:5
  125:23 147:23,25
  148:7,14 163:19
  163:20,21 240:22
  250:6,7,9 263:5
**801-5000**  4:14
**81**  6:16
**813**  3:8
**849-7581**  4:20
**865**  4:6
**8th**  8:8 261:20

**9**

**9**  6:21 102:19,22
  107:24 126:1,18
  126:19 130:7,8,11
  131:14 136:19,20
  136:21 168:22
  169:3,7 178:24
  179:3,7 243:14
**90017**  4:7
**91401**  3:21
**94065**  4:13
**95670**  10:14
**9:06**  2:19 8:2,7

**a**

**a.m.**  2:19 8:2,7
  51:7,10 75:5

**ability**  47:20 48:13
  262:15
**able**  95:19 143:7
  152:20 167:12,20
  189:21 190:2
  207:19
**absent**  18:18
**absolutely**  94:11
  167:22 219:23
  238:22 242:23
  261:17
**accept**  21:13 26:7
  27:4 56:1 76:2,19
  77:23 79:4,8,13
**accepting**  78:9
  126:2
**access**  42:9 52:24
  64:1 66:25 88:8
  96:11 221:1
  243:16
**accessed**  37:1
**accessible**  53:20
**accident**  60:21
  178:10
**accomplish**  129:14
**account**  6:15
  25:12,16,25 27:2
  35:16,17 36:7
  37:15 38:12 39:4
  40:2,8,12 44:18,25
  46:24 48:24 55:3
  56:1 57:22 63:3
  67:1 70:8 77:17
  78:13,23 79:19
  87:17,20 88:3,7,13
  88:14 89:21 99:9
  101:19,19,22,23
  102:3 103:16
  105:18 106:9,10
  108:7 109:14,19
  126:12,15 171:13

**172:15,22 173:3,8**
  173:8,10,11,16,16
  173:18 176:20,22
  177:3,5,14,16
  178:4,7,9 190:18
  190:19 200:6,9
  204:3,18 206:13
  207:9,17 208:1,14
  208:15,15,17,20
  209:5 232:1
  234:13,24 235:13
  236:1 240:11
  248:25
**accounts**  108:7
  206:23 207:1,2,4
  207:12,23 209:17
  209:19
**accurate**  14:4
  22:11 35:19 62:9
  78:5 85:15 100:1
  262:13
**accusing**  159:17
  159:18
**acted**  130:20
  132:2,7,15,16,18
**action**  9:2 18:4,7
  18:13,24 19:4,12
  96:18 262:17,18
**actions**  19:7 125:7
  197:2
**active**  64:12
**activities**  26:22
  95:14
**activity**  92:17
  94:12 95:3 96:20
  96:25 97:1,3,5
  101:25 102:23,24
  103:3,6,8,13,16
  104:3,7,8,12,15,20
  104:22,23 105:3
  105:10,12 106:6

[activity - answer]

| | | | |
|---|---|---|---|
| 106:22 107:15,20 | 207:3 209:18 | 224:2,25 226:18 | **al** 8:16 |
| 151:3,9,16 152:15 | **adjudicate** 193:23 | 227:19 258:8 | **allegation** 92:3 |
| 152:20 153:2 | **adjust** 17:14 33:21 | **advisor** 15:15 16:8 | 127:21 128:4 |
| 154:1,8,14,15,16 | 87:23 88:18 89:16 | 16:10 | 129:17 132:16 |
| 157:20 158:5,5,19 | 90:21 128:21 | **affect** 254:20 | 138:20 166:19 |
| 158:21 159:11 | 129:11 130:3 | **affiliations** 9:5 | **allegations** 71:16 |
| 160:2,8 161:11 | 145:5 146:3 | **affirmatively** | 127:25 138:14,15 |
| 167:12,15,21,25 | 200:13 | 103:25 | 139:2,3,22,25 |
| 171:15 172:15,22 | **administer** 9:20 | **afforded** 169:11 | 140:4,5,6 158:14 |
| 173:2 176:21 | **administered** | **afield** 71:12 | 158:15 247:11 |
| 177:5,15 181:21 | 262:8 | **afternoon** 237:17 | **allege** 134:18 |
| 182:1,18 183:2,6,7 | **admission** 112:7 | **age** 44:9 | **alleging** 259:10 |
| 184:10,23 185:10 | **admitted** 233:6 | **agent** 11:3 14:7 | **allow** 89:21 91:8 |
| 185:13,19 186:25 | **ads** 23:25 24:5,6 | 112:15,24 113:1 | **allows** 102:24 |
| 187:6 202:23 | 68:2,20 69:1,20 | **ago** 26:6 33:8 | 130:1 146:16 |
| 217:15 226:14 | 73:16 100:9 107:4 | 46:17,18 58:22 | **aloud** 49:22,25 |
| 231:25 232:16 | 107:7,16 108:23 | 78:5 160:1 191:10 | **altered** 60:12,14 |
| 234:12,23 235:25 | 108:24 132:23 | 206:6 248:7 | 60:17,19 |
| 241:5,12 244:19 | 133:4 176:7,17 | **agree** 8:13 27:11 | **altogether** 17:15 |
| 244:24,25 250:15 | 183:11,17,19,25 | 30:7 31:24 36:8 | **amended** 7:3 28:4 |
| 250:24 251:7,21 | 184:11,24 215:16 | 36:20 39:15 40:25 | 57:12 202:4,13,18 |
| 252:23 253:14 | 215:24 217:7,20 | 41:14,20 50:17 | 203:18,20 212:11 |
| 254:5,6 255:2,6,19 | 218:4 219:14 | 52:21 89:25 | 212:17,24,25 |
| 256:15 259:5 | 227:12 243:19,24 | 103:15,21,21 | 233:23 234:1,3 |
| **actual** 41:12 63:22 | 245:1,5,12 258:6 | 105:4 110:16,25 | **amending** 212:14 |
| 155:17 234:10 | 258:18 | 116:15 139:23 | 212:15 |
| **ad** 72:2 216:4,22 | **advantage** 63:6,12 | 157:19 158:4,22 | **amendment** 28:4 |
| 217:24 218:22 | **advertise** 116:5 | 159:10 160:6 | **american** 236:12 |
| 228:14,14 260:23 | 219:20 | 204:13 232:1 | **amidst** 260:6 |
| 260:24,25 | **advertisement** | 234:13 235:1 | **amount** 49:12 |
| **add** 125:16 | 219:7 | 236:3 253:15 | 50:12 259:16 |
| **added** 200:15 | **advertisements** | 254:5 | **analyzed** 226:13 |
| **adding** 142:6 | 107:11 | **agreed** 48:23 49:3 | **android** 82:16 |
| **addition** 73:4 | **advertisers** 217:22 | 50:20,23 217:13 | **angeles** 4:7 |
| **additional** 47:15 | **advertising** 68:19 | **agreeing** 79:13 | **annoyed** 156:10 |
| 182:8 | 68:25 69:19 70:23 | **agreement** 52:22 | 260:19 |
| **address** 10:11,16 | 72:1 73:15 74:13 | 193:10 222:1,1 | **anonymous** 70:17 |
| 63:4 96:20 105:13 | 180:20 181:2,11 | **ah** 52:9 160:21 | 73:7 191:22 |
| 108:5,5,6,10 167:3 | 217:2,10 221:6,13 | **ahead** 117:21 | **answer** 5:15 16:25 |
| **addresses** 72:18 | 221:15,17 222:10 | 122:23 212:6,7 | 17:5 19:21,21 |
| 125:8 131:22 | 222:21 223:13 | 226:5 235:23 | 20:3 22:16,23 |

Veritext Legal Solutions
866 299-5127

[answer - asked]

| | | | |
|---|---|---|---|
| 23:6,13 24:2 | 257:25 | **appearance**  9:7 | **area**  134:4 |
| 25:19 26:3 30:17 | **answered**  18:22 | **appearances**  3:1 | **argue**  29:24 32:24 |
| 31:7,13 34:13 | 30:11,16,25 43:20 | 4:1 9:5 | 33:1 71:20 82:20 |
| 36:14 37:10 38:1 | 43:22 44:21,22 | **appeared**  216:21 | **arguing**  224:19 |
| 43:21 48:3,10 | 83:13,19,25 84:6 | **appearing**  263:18 | **argument**  41:25 |
| 50:19 52:6,18 | 84:13,19,22 85:4 | 264:7 | **argumentative** |
| 54:19,23 69:4 | 87:2 92:1 94:5,7 | **appears**  13:25 | 119:1 |
| 78:3,25 83:13,20 | 95:6,8 109:6 | 60:16,19 79:10 | **arises**  60:19 |
| 84:3,7,14 85:6 | 111:5,6 124:18 | 82:8 150:23 | **array**  32:19 |
| 86:7,11,14 92:6,20 | 137:17 154:22 | 151:16 171:6 | **article**  16:13 17:16 |
| 94:6,14,15,19 95:7 | 156:20 157:10 | 194:17 | 17:21 170:5 |
| 98:8 100:3 103:20 | 163:3,14,17,17 | **apple**  172:3,9 | 179:15 |
| 105:8 108:3,19 | 164:12,14,21 | **application**  65:2,2 | **articles**  20:22 |
| 110:21 112:1 | 165:17,18 166:12 | 65:21 70:16 73:6 | **aside**  19:2 20:7 |
| 113:4 114:7,8,10 | 166:20 170:9 | 96:17 136:4,8 | 21:3 66:6,6 |
| 115:2 118:2,13 | 181:7,8 184:14,15 | **applications**  12:9 | 104:10 138:15 |
| 122:19 129:16 | 186:7,8,12,20 | 12:10 88:10 | 140:4,5 152:16 |
| 130:23 132:6,25 | 194:15 195:11 | 197:23 | 196:16 221:6 |
| 133:1,16 134:3 | 196:21 198:15,17 | **applies**  65:3 | **asked**  16:20 17:11 |
| 140:11 141:10 | 199:11 201:17,23 | 115:20,22 116:21 | 30:11,16,25 33:4 |
| 149:5,13 151:12 | 224:5 227:16 | 116:21,22,25 | 35:16 43:19 44:21 |
| 152:22 156:16 | 234:16,17 235:6,8 | 194:22 | 45:14 52:12 65:13 |
| 157:2,24 158:9 | 253:18,19 255:7,9 | **apply**  71:2 116:3 | 65:15 75:20,24 |
| 159:21 163:5,16 | 255:12 256:17 | 116:16 | 76:11,12,16 77:18 |
| 165:9 166:13 | 257:10,13,19,22 | **appreciate**  32:10 | 81:22 82:3 83:12 |
| 168:16,21 172:24 | 258:1 | 65:6,12 156:16 | 83:19 84:6,13,19 |
| 173:13 180:22 | **answering**  38:10 | 189:8 | 85:3,11,19,21 87:2 |
| 181:5,6,16 184:18 | 170:19 238:1 | **appropriate**  32:21 | 94:4 95:5 109:5 |
| 184:18 185:22 | 252:13 | 181:7 | 111:5 113:4 |
| 186:4,11,21 194:4 | **answers**  83:14 | **appropriately** | 120:15 122:8 |
| 195:4 196:12 | 119:17 187:21 | 18:22 | 126:7 154:22 |
| 198:7,23 199:13 | 198:10 222:16 | **approximately** | 156:5,19 157:9 |
| 201:18,21,23 | **anticipate**  122:9 | 143:7 204:3 | 163:3,13 164:12 |
| 205:7 223:2,16 | 122:10,13 | **apps**  81:25 82:13 | 164:21 165:16 |
| 224:6 225:2 | **anyway**  42:3 | 88:9 96:9,10,18 | 166:12,20 169:13 |
| 231:22 234:6,20 | **apologize**  49:24 | 97:5 100:18 200:3 | 181:7 184:13 |
| 235:5,17 238:20 | **app**  80:8 82:15 | **arching**  26:15 | 186:6,19 194:15 |
| 252:4 253:20 | **apparent**  201:12 | 193:13 243:11 | 195:11 196:21 |
| 255:10,11,12,13 | **apparently**  32:4 | 246:20 | 198:15 199:11 |
| 255:14 256:21,23 | **appear**  24:6 | **archive**  6:19 39:11 | 201:17 202:21 |
| 257:5,12,14,18,20 | | 120:8 | 203:6,17 204:16 |

Veritext Legal Solutions
866 299-5127

[asked - becoming]

204:24 209:16
215:11 224:5
226:6 227:16
230:17 231:4,5
234:15 237:21
239:3 248:7,7
250:6,10,13 251:1
251:2,13 252:15
253:18 254:22
255:7 258:3
**asking** 18:17
25:14 29:25 40:6
42:2 45:4 46:25
69:22 71:23 77:14
81:7 82:22 89:9
89:15 90:12,23
91:25 94:18 97:16
97:22 99:18
112:15,17,18
114:10 115:10
118:10,15,15,15
118:16 119:8,11
122:11,16,17
127:17 134:17
137:7,15 152:6
156:15 159:20
166:16 173:15
175:19 177:23,24
184:3 187:2
193:23,24 194:5,6
194:7,8,24,25
195:2 198:3,5
201:4,6,11 220:1,2
220:2,3,5 224:8,11
230:3,15 252:5,25
253:23 254:15,17
254:18,19,19
255:21 258:5
**asks** 212:4
**associate** 70:7

**associated** 103:16
106:9 108:15
109:3 148:25
207:1,3 209:18
232:1 234:13,23
235:25 236:15
**assume** 104:17
106:4,5,18 258:7
**assuming** 119:2
**assumption** 40:14
106:12,23
**attacks** 11:4
**attention** 242:8
243:13
**attorney** 9:8 76:13
105:9 110:22
116:20 118:3,11
118:14 150:21
151:13 152:23
155:18,22 157:25
158:25 182:16
209:9 232:7 251:3
256:10
**attorneys** 16:23
17:13 209:8
233:19,20 237:19
251:12
**attribute** 216:24
**attributed** 220:6
**audio** 8:12
**authenticity** 32:1
**authority** 32:13,17
**auto** 126:6
**automatic** 96:12
**automatically**
208:19,22 234:25
236:2
**availability** 47:20
**available** 31:25
32:14 39:8,25
40:2 53:14 55:24

62:12 88:11
143:10 166:3
**avenue** 4:18
**aware** 23:3,9,19
23:24 79:24 82:22
111:9,11,13,14
113:5,7,9,10 127:1
181:10,13 221:8

**b**

**b** 264:1
**bachelor's** 16:1,5
**back** 21:11 22:10
23:18 24:7 29:6
35:13,15 36:6
37:9 38:14,17
39:3 45:6 46:19
51:9 56:19 69:15
75:10,12,13,14,22
76:9,25 77:11
79:23 109:10
113:3 115:14
116:1 119:25
123:4 133:6 135:1
136:18,18,22
145:25 147:20
148:11 160:24,24
161:3 163:18,20
179:2 188:6
190:15 197:11
198:9 199:6 206:8
211:10 216:2,3
220:10 221:20
222:15 225:17
234:5,10 237:12
237:25 244:10,10
247:1 252:11
256:22,24 257:7
260:10,15
**bag** 227:10
**banking** 207:14,18
207:20

**banks** 14:18
207:20
**barely** 125:20
**based** 40:14 54:7,9
73:12 99:24 100:7
101:4,4,6 118:5
139:3 167:6 178:2
178:2 185:13,19
186:24 187:6
192:8 195:3 218:4
218:14 223:19,20
224:9 242:5
245:23 252:6,13
259:21
**basic** 42:2,3 44:16
68:1 97:24 98:5
98:16 99:7 122:8
122:11 124:12,21
124:21,25 125:1,1
127:13,14 128:10
131:20 135:1,5,6,6
161:18,23 162:10
162:10,17,22
163:10,25
**basically** 134:13
161:10 173:5
200:19 224:18
**basis** 20:20 106:24
106:25 150:2
219:23
**bates** 39:22,23
55:23 56:11,17,19
56:24 57:13,17
179:6
**battery** 96:13
**bear** 115:16
210:24
**bearing** 253:9
**becoming** 23:17
124:12

[began - broome]

| | | | |
|---|---|---|---|
| **began** 83:6 124:17 203:25 219:14 | **biggest** 256:10 | **bottom** 26:7 27:4 35:21,22 36:7,20 | 46:3,22 48:6,16,22 50:7,24 51:11 |
| **beginning** 2:19 9:7 85:12 123:5 152:17 153:22 | **bill** 250:8 | 56:24 57:13,14,15 | 52:9 53:3 54:25 |
| | **billing** 126:13,14 | 62:6,8,16,17 64:4 | 55:12,18,23 56:6 |
| | **bills** 210:4 | 65:16,18,21 76:2 | 56:14 64:10,14,18 |
| **begins** 87:14 131:13 | **binder** 27:19 | 76:19 77:22 78:7 | 64:23 65:5,6,9,12 |
| | **bing** 188:20,22,23 189:2 | 78:10 79:3,4,8,12 | 65:20 66:12,18 |
| **behalf** 1:8 2:8,18 204:13 | **bit** 28:20 37:3 83:15 107:21 124:8 152:24 218:20 251:4 | 109:11,16 176:18 243:23 | 67:14,18 69:10 71:3 72:5 73:23 |
| **belief** 20:20 227:11 | | **bought** 95:19,23 | 74:6,10,20,22 |
| | | **brave** 229:1,3 230:14,16 231:17 | 75:12 77:3,7,13 78:6,20 79:6 |
| **believe** 11:1 22:6 23:7 30:15 39:21 48:11 54:15 77:18 82:15,18 88:5 95:9 106:25,25 108:25 109:1 110:22 111:6 114:3 133:12,12 133:23 140:1 145:23 154:23,23 158:11 172:10 174:17 175:15,21 204:25 205:15,22 205:23 210:7,13 214:3 221:14 242:4 247:15 252:17 255:4,17 256:13 257:22 258:16,17,20,22 258:24 260:9 | **bite** 25:15 72:6 | **break** 25:15 59:15 67:15,15 72:6 74:24,25 115:12 115:15 119:16,20 189:7 190:10 222:14 224:7 225:5,8,11 251:12 253:24 | 80:24 81:5,8 83:1 83:2,15,20 84:9,14 84:24 85:11 86:3 86:10 87:4 89:3 89:14 90:12 92:23 94:8,21 95:11 97:23 98:7,21 100:14 103:23 105:2,17 106:3 108:13,25 109:9 110:5,10,25 111:8 111:24 112:10 114:2,5,10,13 115:8,9,13 117:1 118:7 119:1,19 |
| | **black** 42:17 | | |
| | **blame** 259:13,15 259:17 260:1 | | |
| | **blamed** 261:3 | | |
| | **block** 21:10 22:9 63:19 110:12 127:22 | | |
| | **blocked** 92:9 | **bring** 256:22,24 | |
| | **blocker** 21:15 111:2 144:17 | **broad** 70:24 71:21 71:22 | |
| | **blockers** 21:6 24:11 111:10,12 113:5,8 144:9,13 147:6 | **broader** 18:22 66:19 | |
| | | **broken** 51:16 59:11 238:17 | 120:2,10 127:20 |
| | **blocking** 22:5 | **broome** 4:5 5:9 9:9,9 10:8,15,17 13:3,8 17:2,7 18:16,20 19:24 20:7 22:19 23:3,9 23:16,23 24:7,18 26:8 27:15 29:1,5 30:12,19 31:1,14 31:19,24 32:3,12 32:16,23 33:3 34:18 35:8 36:17 37:3,11 38:5,19,25 39:19 40:3,9 43:21 44:24 45:10 | 129:9,21 130:18 131:2,8 132:2,10 133:19 134:6 136:17 140:21 141:15 142:16 145:15,18,22 147:5,10,14,22 148:13 149:16 150:24 151:21 153:3 154:25 156:22 157:3,16 158:4,15 159:7,25 163:8,18 164:15 |
| | **blue** 117:7,10,11 118:21 153:12 155:21 238:13 249:22 | | |
| | **boies** 3:11 9:16,18 | | |
| **benefit** 226:16 | **bold** 177:2 | | |
| **best** 22:2,7 78:4,21 78:21 178:9 195:23 210:16 213:4,7 235:18 262:14 | **bolded** 72:20 249:22 | | |
| | **bookmarks** 153:7 154:2 174:25 | | |
| **better** 67:25 77:14 | **books** 65:23 | | |
| **beyond** 19:5 | **borrowing** 136:10 | | |
| **big** 63:19 177:2 209:1 | **bother** 86:15 | | |

Veritext Legal Solutions
866 299-5127

164:24 165:12,19
166:17,21 168:3,7
169:3,16 173:7
175:20 176:5
177:23 179:12,14
180:25 181:9,18
182:19 184:3,8,17
185:4,25 186:9,11
187:4,17 188:19
189:9 190:10,17
191:3 192:7,18
193:23 194:19
195:13 196:22
197:16 198:8,21
199:17 201:18,25
202:8 205:13
209:12 210:21
211:12,18,21
215:2 218:20
219:3 222:18
223:8,18 224:8,15
224:23 225:7,19
226:24 227:14,18
228:5,12 229:5,13
230:4,7,13 233:7
234:19 235:5,21
236:14 237:1,6,7
237:21 238:2
239:11 242:9,12
243:20 244:4
245:9 246:12
247:2,20,23
252:19 253:10
254:3,12 255:10
256:1,19 257:4,11
257:24 258:14
261:7,11
**broome's** 238:20
**brought** 140:25
142:13 150:5
152:13

**brown** 1:4 2:4
8:16 57:14 263:4
266:1
**browse** 6:23 19:16
19:19 20:1,9 24:9
33:19 87:22 90:10
92:13 93:25 94:16
94:22,24,25 103:1
103:5 114:21
128:15,19 130:2
150:12 151:1,8,15
152:25 153:25
158:18 160:5,7
168:4,25 170:24
171:12 177:11
180:4,7,12 181:19
192:3 199:9
200:11,21 236:23
241:4,10,15
246:15 250:14,23
251:5,19 252:22
254:13,24
**browsed** 166:10
219:5 242:3
**browser** 47:24
48:12 55:14 82:16
82:19 96:14 99:7
100:12 109:19,21
109:24,25 110:6,7
110:8,12 111:21
121:13 123:8,10
124:8,11,12,21,25
125:1,1 127:1,2,5
134:6,8,9,9,10,10
134:11,12 135:6,6
135:15,17,21,21
136:2 137:11,11
138:10 140:17
141:1,1,7,13
144:23 148:25
150:15 154:5

161:18,23 162:10
162:11,17,23
163:10,12 172:16
173:3,4,23 175:9
175:16,22 176:11
182:11 187:25
188:13,24,25
189:5 191:9
195:19,20 196:1
198:14 201:15
208:8,21,22 216:7
229:1,2 240:6
248:18
**browser's** 174:8
**browsers** 96:9,10
96:19 115:24
178:16 189:3
196:23 197:19
199:10,18,24
221:19
**browsing** 6:21,25
7:1 20:13,14,15
59:23 61:3 66:8
66:21 67:1,10
74:2,15 95:3,13
97:10 104:10,11
104:18,20 115:24
116:16 123:9,11
123:13 125:3,21
125:24 131:21
135:1,5,9,12 137:2
137:10 157:20
158:5,13,21
159:11 160:10
161:25 162:13,19
164:1,4,9 168:18
168:22 171:13,18
172:7,9,16 173:3,6
173:10,12,20,22
173:22 174:1,3,19
174:21 175:5,10

175:12 176:4,6,9
176:21 177:4,15
178:15 179:8,16
180:3 182:1,17
183:6 185:14
187:1,7 190:23,25
191:19,21 193:16
194:1,12,18,19,20
196:9,10,23
197:14,19 198:13
199:18,21,24
200:20 201:15,20
203:25 204:7
205:21 206:1
213:16 214:1,9,13
214:17,17,21
220:12 222:20
226:14,15 227:7,7
231:25 234:12,23
235:10,25 240:8
240:19 241:16,17
241:18,18 243:9
244:24 246:18
247:6 248:20
249:12
**bsfllp.com** 3:16,23
3:24
**build** 82:11 199:25
**built** 48:12 101:17
101:21
**bullet** 68:12 69:13
70:2 71:4 82:8
97:5 116:8 125:3
125:9,12,14,16,17
125:19,23 126:1,5
126:7 135:8 137:3
174:24 183:8,10
184:8,22 185:6,8
**bullets** 97:4 116:3
124:24 136:25
176:19 177:1

[bullets - characterized]

183:4 185:5
**bumbled** 122:14
**burch** 3:19,24
**buried** 140:16
  205:11
**business** 217:24
**button** 78:8
**buttons** 102:8
**buy** 95:17 154:10
  154:11 167:1,2
**buying** 95:18
**byatt** 1:4 2:4

**c**

**c** 3:18
**c2** 207:6,11 208:23
  210:8,12
**ca** 263:9,12,20
**cabr** 6:15 78:14
**cache** 125:5
**cached** 131:21
**california** 1:2,18
  2:2,19 3:21 4:7,13
  8:1,18,22 10:14
  15:21 16:2 71:9
  112:8 262:1 265:2
**call** 12:20
**called** 82:23
  103:24 136:4
  155:6 210:4
  230:14,16,19
**calling** 17:11
  34:21 223:18
**calls** 48:1,8 50:18
  103:18 105:6,20
  108:17 110:19
  111:4 116:18
  117:25 132:5
  133:14 136:16
  141:8 149:3
  150:19 151:10
  156:20 157:10,22

182:15 222:24
223:14,15 224:5
226:21 227:21
232:4,4 253:17
255:8
**camera** 76:25
**capable** 71:18
  196:17
**capacity** 14:13
  18:9
**caps** 47:14 49:1
**capture** 105:15
  106:1,14 236:25
**captured** 216:20
**capturing** 106:18
  106:20 112:3
  134:14
**card** 63:5 126:14
**cards** 126:13
**care** 47:7 196:11
**career** 11:7 14:3
  112:20
**carrier** 96:16
**case** 1:11 2:11
  8:18 12:19 13:1
  16:12,13 17:18,22
  18:1 23:11,17
  30:20 31:22 32:15
  71:17 83:9,17
  84:4,12,18 85:1
  101:2 104:4
  106:12 112:24
  126:13 152:7
  155:23 159:21
  163:5 193:22
  197:9,10 223:20
  228:11 230:25
  231:7 233:21
  253:9
**cases** 112:21

**castillo** 1:6,16 2:6
  2:17 5:7 6:2,4
  8:15 9:23 10:9,13
  10:18 13:5,8,11
  16:17,17 17:8
  19:21 27:16 29:3
  29:8 40:2 44:17
  45:1 49:21 50:19
  51:11 52:18 54:19
  55:21 56:1,22
  60:22 62:6 67:19
  71:13 75:12 77:14
  81:8 83:16,21,23
  84:7 85:6 86:7
  88:4 92:3 93:24
  94:12 95:7 98:4
  98:13 112:11
  115:23 120:2,11
  130:21 146:9
  147:23 148:13
  163:4 166:13
  168:8 169:4 179:9
  181:6 186:21
  190:17 199:13
  203:23 204:1
  207:6,11 208:23
  210:11 211:12
  213:3 221:11
  223:9 224:6,23,24
  225:8,19 237:17
  241:6 244:12
  246:6,24 247:12
  253:21 257:17
  261:12,21 263:5
  265:12 266:2,24
**castillo's** 7:3,8,13
  10:16 202:3,18
  211:14,22 229:9
  229:19
**casual** 21:1

**cat's** 227:10
**categories** 72:12
  73:14 164:11
**category** 190:6
**caused** 215:21
  259:3,6
**ccp** 263:9,12
**cease** 259:5
**cell** 64:2
**cellular** 8:11
**center** 44:5 170:5
  170:6,7 179:15
**certain** 47:9
  131:20 136:24
  207:25 219:12
  239:4
**certainly** 29:4
  94:8 106:21
**certifications** 16:5
**certified** 2:22
**certify** 262:5,16
**challenging** 42:6
**change** 86:13
  164:15 171:14
  252:24 253:7
  266:4,7,10,13,16
  266:19
**changed** 85:20
  89:13 106:15
  130:16 206:15
  240:12 249:1
**changes** 89:21
**changing** 90:7
  102:18 164:17
  254:20 255:12
**characteristic**
  85:9 105:14 108:7
**characterization**
  98:20
**characterized**
  100:6

Page 8

**chasom** 1:4 2:4
  8:16
**checking** 40:19
**cheese** 121:18,19
  122:1,2 160:22
  165:11
**cheese's** 122:3
**chief** 104:4 159:21
  197:9
**choice** 145:8 146:6
  238:9
**choices** 102:8,11
  102:13
**choose** 33:19
  49:13 87:21 92:12
  93:25 94:16
  114:21 126:11
  128:19 145:8
  150:12 177:11
  200:11,21 230:2
**choosing** 126:14
**chose** 50:13
**chris** 30:17 34:13
  207:6,11 208:22
  209:9 210:4,7,12
  210:13
**christopher** 1:5,16
  2:5,17 5:7 6:2,4
  7:2,7,12 8:15
  10:13 13:5 202:3
  202:17 211:14,22
  229:9 261:21
  263:5 265:12
  266:2,24
**chrome** 6:12,18,22
  21:16 33:19 34:6
  47:24 48:4,12,20
  65:22,23 67:1
  75:7 79:20,22,25
  80:3 81:23 82:3
  82:15,16,18,19,23

87:22 88:10 92:13
94:1,16 97:11,24
99:1,6 111:10
113:6 114:21
115:24 116:17
120:7,16 121:7,7
121:12,13,14,22
121:23,23 122:17
122:24,25 123:1,2
123:3,8,9,9,10,11
123:20,20,22,23
124:2,3 125:4
126:1,3,10 127:1,2
127:5 128:17,20
131:16,18,20
133:9,21 134:1,11
134:20 135:21,24
135:24 136:1,4,22
136:24 137:1,9,10
137:11,19,22,25
138:18,22,25
139:8 140:17
144:19 145:4
146:2,20 148:25
150:13,15 154:4
157:12 159:3
160:9,13,17,25
161:8 162:7,7,8,8
162:24 163:10,12
164:3,8,17,19,19
164:20,25,25
165:1,1,3,4,4,6,7
165:15,20,24
166:4,6,7,15
167:16,19,24
168:2,9,13,14,17
168:23 170:1
172:2,3,17 177:12
178:19,20 179:8
179:16 180:3
182:1,17 183:5

187:9,11,13,22,25
188:1,4,10,10,10
196:24 197:13,20
198:2,14 200:11
200:21 201:15,19
202:23,24 204:1,5
205:4,10 208:9
216:7 235:11,12
235:13,15,16
236:23 239:13,21
240:4,6,7,8,9
243:8 244:23
246:7 248:8,18,19
248:20,23
**chrome's** 98:25
  199:10 202:24
**civil** 156:6 263:19
  263:20
**claim** 49:11 50:11
  260:2
**claimant** 203:23
**clarification** 230:4
**clarified** 149:15
**clarify** 24:20 76:8
  114:11,12,13
  118:16 146:25
  173:14 194:16
**clarity** 182:8
**class** 18:3,5,7,13
  18:17,18,19,24,24
  19:2,3,4,7,12
  23:18 25:7,8
  75:23 76:9 80:16
  80:18,20 107:9
  143:13 181:13
  206:5 214:4 238:5
**classify** 20:25 21:1
**clear** 17:8,13
  26:17 57:1 68:23
  68:24 69:10,12
  70:11,12,21 72:3

73:9,13,24 97:9
135:19 138:8,12
138:13,13 139:10
139:20,21 140:3,6
142:14 163:8
165:5 175:3
180:19,23 181:1
184:8,22 185:17
185:24 186:3,5,9
186:14,15 187:3,3
199:22 200:15
223:5 257:17
259:12
**clearly** 12:3 38:16
  48:13 49:22
  117:15,15,16
**clears** 191:20
**click** 29:15,17
  36:10,22 41:12
  42:9 45:1 52:7,12
  52:14 53:3,17
  54:11,13 64:16
  79:8 86:18 153:18
  155:10,12,21
  156:11 165:24
  166:3 178:22,25
  179:1
**clicked** 36:20 46:9
  46:16 64:20
  153:15 154:20
  156:14 178:23
  206:19
**clicking** 37:1 45:5
  54:15 64:18 79:12
  117:19 118:23
**client** 209:9
  215:12 234:9
**clients** 215:13,15
**clinton** 250:8
**close** 115:10 138:4
  139:18 140:9

[close - conclusion]

175:5,12,16,23
176:13 191:21
201:7 208:20
210:22 211:3
234:25 236:2
**closed** 176:15
**closely** 61:15
**cloud** 174:22
**code** 57:14 108:10
263:9,12,19,20
**coffee** 152:18
**coincidence**
233:11
**colleague** 9:11,11
**colleagues** 9:15
37:5
**collect** 33:21 62:20
63:22 67:21,24
68:7,16 69:6,7,17
70:3,13 71:24
73:4 74:1,19,21
87:24 88:19 89:17
95:23 96:3,7,9,14
96:18,25 97:3
100:9 116:23
128:22 129:12,19
129:20,22 145:6
173:5 193:15
196:9 197:6
199:20,22 200:14
200:20 222:15
228:1,4 236:25
240:19 241:17,21
241:24 243:4
246:5,16 249:12
**collected** 123:7
129:22 213:25
224:13 226:13
240:5 248:17
**collecting** 71:10
97:19 159:4

**collects** 73:8,10,20
73:21 91:8 100:23
109:13,18 110:18
111:3 116:24
130:4 150:10
204:6 205:20,25
232:9 236:9
**colon** 69:25
**color** 41:8
**combine** 61:14
**combining** 129:21
129:23
**come** 14:22 29:6
35:13 56:19 98:10
109:9 133:6
222:15
**comes** 12:20
106:16 150:14
170:4 207:25
**comfort** 37:4
**coming** 198:9
231:22
**comma** 241:4,10
250:18 251:25
252:8,20 253:5,10
253:24 255:24
256:3
**commercially** 47:7
**commitments**
47:18
**common** 140:1
171:9
**communicate**
35:11
**communicates**
141:19
**communication**
12:9 91:21 106:20
112:5 213:20
222:4 232:22
236:20

**communications**
17:10 48:15 91:18
93:3,8 97:20
100:5 104:1
106:19 111:16
112:22 113:12
138:19,23 147:3
159:5 207:15
236:11
**companies** 14:8,16
14:19 23:24 24:19
86:23,25 87:5,6,7
87:11 116:4,9
230:23 231:1,5,11
231:14,16
**company** 14:14
15:9 42:23 93:21
115:7 222:10,21
230:14,16,19
232:22 233:4
256:10
**compartmentalize**
207:16
**compartmentali...**
210:19
**compensate** 231:6
**compensation**
18:10,14 19:3,8
230:24
**complaint** 25:9
28:4 30:20 57:12
92:1 202:25
209:13 224:9
233:24 234:2,3
**complete** 56:9
210:15
**completed** 263:7
263:17 264:6
**completely** 92:18
166:10,18 254:25

**completion** 264:10
**complex** 68:2
97:16
**compliant** 15:11
**comply** 15:2,7
**comprehension**
40:20
**computer** 12:8
20:17,21,22 21:24
22:1,2 112:4
123:8 131:25
132:24 134:9
135:16 136:13
141:6 142:1 159:1
163:15 240:7
248:19 260:21,22
**conceal** 160:2
**concealed** 159:10
**concealing** 157:19
254:6
**conceals** 158:5,20
**concept** 66:21
90:24 183:24
184:4
**concepts** 151:7
**concern** 56:10
**concerned** 197:2
**concludes** 261:20
**conclusion** 48:2,9
50:18 103:19
105:7,21 108:18
110:20 111:5
116:19 118:1
132:5 133:15
136:16 141:2
149:4 150:20
151:11 156:20
157:10,23 195:2
222:25 223:15
232:4 235:4
247:10 253:18

[conduct - correct]

**conduct** 112:14
187:18 188:8
215:2
**conducted** 107:15
112:18 226:14
**conduit** 221:14,17
258:8
**conference** 12:7
**confident** 197:5
**confidential** 10:16
**configure** 109:23
110:7,12
**confirm** 55:9
**confirmed** 259:1
**confused** 104:14
207:19
**confusing** 31:21
102:7,17
**connect** 238:17
**connected** 233:13
247:9 259:2
**connection** 207:8
**connects** 218:18
218:19
**consent** 48:14
91:17,23 92:22,24
93:4,5,7,9,14,17
93:17,22 100:7,15
100:15 104:5
128:4 178:1
213:22 228:17
232:20,21
**consented** 112:7
232:11
**consenting** 71:8,9
93:2 128:8,12
147:2 213:23
**consequential**
50:4
**consideration**
213:9 214:7,11

**considerations**
213:12
**considered** 227:14
**constantly** 102:18
**consumer** 93:9
**contact** 200:18
263:9
**contacted** 16:16
**contain** 262:13
**contained** 26:15
29:12 35:24 36:23
41:22 44:19 46:1
46:14,18 61:20
203:25 246:21
**contains** 59:2
**content** 30:13
34:11 36:9 44:7
47:18 68:20 69:1
69:20 73:17 87:17
200:6
**contents** 72:2
**context** 11:2 29:21
134:25 140:22
143:12 244:15
252:10,12,14
**continue** 8:12
**continued** 4:1
**contract** 150:17
150:22 183:24
**contrast** 163:25
**contributed**
259:16
**control** 33:21
87:24 88:18 89:17
90:21 91:8 101:18
101:22 102:24
103:17 105:4,18
105:24,25 106:2
109:13,18 110:17
111:3 116:22
123:6 128:13,21

129:11,18 130:1,4
145:1,2,6 146:3,15
146:16 150:9,10
150:12 171:2,5,7
171:10 177:11
196:8 197:25
200:14 204:5,7
205:19,21,24
215:10 220:11,22
220:23 236:22
240:5 243:7
246:14 248:17
**controlled** 160:14
**controls** 101:24,25
102:4
**conversations**
8:10 16:22,22
**convey** 12:4 108:1
127:13 180:11
192:2 221:23
240:16 249:8
252:7
**conveyed** 128:9
182:7
**conveying** 151:7
**conveys** 180:12,14
193:5,25 194:11
196:1 240:17
249:10
**cookie** 21:6,15
22:5 24:11 109:24
110:8 111:2,9,11
113:5,7 144:9,13
144:17 147:6
176:1
**cookies** 20:10,12
20:21,24 21:4,10
21:14 22:9,13,20
22:25 23:3,9,19,25
24:4,10 70:17
72:19 73:6 110:12

111:17,21 112:3
113:13 125:14,24
126:2 137:25,25
138:2,7,9 139:8,17
140:7 141:4,16
142:6 144:20,22
154:6 160:11
164:9 168:18
175:4,9,11,15,22
176:10 197:15
235:10 240:19
241:20 243:10
249:13
**coordinated**
219:18
**copies** 29:2
**copy** 27:7 28:1
35:25 36:2 57:12
83:5
**copyright** 42:14
51:18
**corner** 56:24
57:16 166:4
**correct** 11:13
15:17 17:20 19:6
19:9 36:11,13
37:16,19 42:10
44:8 48:23 54:16
57:5,8 70:23 74:2
75:23 76:10 77:21
83:8 85:2 90:2
100:13 127:11
136:14 147:7,8,8
149:21,23 150:8
161:9 165:22
166:11 170:22,23
171:19 177:22
181:3,14 184:25
190:1,8 201:6
209:11 215:4
225:1 226:2

Veritext Legal Solutions
866 299-5127

[correct - defendants]

236:12 238:5
245:8 248:10
265:3
**corrections** 263:14
263:15 264:3,4
**correctly** 64:6
69:21,22,23 81:11
**correspondence**
207:20
**counsel** 8:15 9:4
10:5 11:11,15
13:7 38:9,23
55:17 57:2 75:9
78:15 80:12 81:4
83:4 120:9 129:6
129:7 145:16
148:8 168:23
169:1 190:22,24
191:1 202:6
211:17 229:12
237:2 261:8
262:10,16 263:18
263:21 264:7
**country** 256:11
**county** 262:2
**coupled** 115:3
**course** 10:17 25:4
36:5 39:23 95:18
107:9 118:11
154:9 209:25
214:14
**court** 1:1 2:1 8:17
8:24 9:20 10:14
25:21 257:16
261:15
**courtesy** 65:7
**cover** 238:5
255:23
**covered** 242:25
**covers** 199:23

**crash** 96:20
**crawford** 4:17
9:11
**create** 6:14 63:7
63:13 78:13 87:17
174:25 200:6
**created** 102:25
192:8
**creating** 78:23
87:20 200:9
**credit** 63:5
**crimes** 112:21
**criminal** 11:5
156:7
**crux** 186:1
**cruz** 16:2
**csr** 1:22 262:4,25
**culpability** 233:6
**culprit** 220:4
**current** 185:14,20
186:25 187:6
**currently** 29:2
**cursor** 127:9
**custom** 171:14
**cut** 56:4 62:21
63:10 125:20
210:24
**cv** 1:12 2:12 8:19

## d

**d** 5:1
**daily** 82:12 200:1
**damages** 50:5
215:22 259:6,7
**damn** 215:22
**damning** 234:4
**dangerously**
154:12
**data** 40:23,25
41:15 43:2,8,12,15
50:3 52:22 63:25
70:14 71:10 74:1

74:19,21 97:19,25
99:20,25 100:9,23
102:24 103:17
104:8,8,20 105:3,5
106:5 107:5
110:18 111:3
125:14,16,24,24
126:12 127:23
141:22 147:11
152:1 154:6
160:11 164:9
168:11,19 173:5
178:2 192:4 193:7
193:15 194:2,13
196:2,9 197:6,6,7
197:15 198:13
199:20,22 200:20
201:4,5 214:8,16
219:19 220:22
221:1,5,10,23
222:9,20,20 223:3
223:4,13 224:2,13
224:14,24,25
226:13 227:15,19
227:19,24 228:1,4
228:6,20 230:25
231:6 232:9
235:10 236:9,9,14
240:14,20 241:21
241:24,24 243:5
243:10 246:5,18
247:7 249:5,13
259:5
**date** 6:19 25:8
28:24,25 58:13,16
58:18,21 96:20
103:2,5 120:8
143:8 219:1,1
260:10,16 263:16
264:5 266:24

**dated** 114:16
**dates** 203:1
**david** 215:15,16
215:25 216:4,6,11
216:22 217:1,4,5,8
217:9,19,20,21,23
217:25 218:2,8,19
219:4,10,11,18,21
219:24 220:3,8,16
222:8,20 223:10
223:12 224:25
247:1 258:4 260:8
260:23,24
**davis** 1:5 2:5
**day** 16:15 92:8,9
143:19 144:2,3
210:22 231:20
254:1 261:14
262:21
**days** 11:12 58:22
**dead** 64:16
**dealing** 18:8 65:2
107:10
**deals** 132:9
**debate** 93:16,19
93:20
**deceptive** 54:24
**decided** 215:15,19
**declare** 265:1
**decree** 232:16
**deem** 181:7
**defective** 18:9
19:8
**defendant** 1:13
2:13,18 4:3 32:15
**defendant's** 7:5,9
7:14 202:5 211:15
211:23 229:10,19
**defendants** 8:16
202:19

Page 12

[defending - discussions]

| | | | |
|---|---|---|---|
| **defending** 9:14 | **deposition** 1:16 | 96:15 105:13 | 256:8 |
| **defense** 11:4 | 2:17 6:1 8:15,20 | 108:6 123:8 | **differentiate** |
| **define** 134:2 | 8:21 9:14 11:9,13 | 131:25 134:10 | 155:19 |
| **defined** 142:18 | 11:21 12:11,22,24 | 135:14,18 142:2 | **differentiates** |
| 155:9 | 30:2 32:15,18 | 151:2,9,16,23 | 189:25 190:3 |
| **defines** 175:25 | 38:11 57:3 77:19 | 152:2,15,19 153:1 | **differently** 90:18 |
| **definitely** 28:10 | 83:6,7 85:12 | 154:1 157:20 | 173:23 |
| 29:6 32:16 | 124:17 199:7 | 158:6,19,21 | **difficult** 134:3 |
| **definition** 111:15 | 250:25 251:11 | 159:12,18 162:24 | 233:2 |
| 113:11,18 114:23 | 256:21 262:6 | 163:1 172:3 174:3 | **digital** 217:2,9 |
| 115:5 134:24 | 263:19,22,24 | 174:8,17,17,18,21 | 221:5 222:9,21 |
| 144:14 164:25 | 264:8,10 | 175:1 176:2 180:4 | **diminished** 226:16 |
| 250:2 | **depositions** 11:17 | 180:8,13 182:11 | 226:19 227:4 |
| **definitions** 200:16 | 13:1 | 182:21,24 209:23 | **diminishes** 228:18 |
| **degree** 16:1,5 | **describe** 202:21 | 210:17 215:17 | 228:24 |
| 158:7,22 159:12 | 203:4 212:4 | 219:14 234:25 | **dimming** 96:12 |
| 232:2 234:14 | **described** 97:13 | 236:2,15 240:7 | **direction** 122:14 |
| 235:2 236:4 | 113:21,23 121:14 | 241:5,11 248:19 | 262:12 |
| **degrees** 16:4,11 | **describes** 123:10 | 250:15,23 251:6 | **directly** 213:4 |
| **delete** 21:3 24:10 | 181:19 240:8,13 | 251:20 252:23 | 248:1 |
| 103:2,5,15 104:2 | 248:23 249:4 | 253:14 254:5,7 | **disagree** 42:11 |
| 104:24 105:3,10 | **description** 6:3 | 255:2,6,19 256:15 | **disappeared** |
| 105:14,17 106:1,5 | 14:4 124:25 | **devices** 80:9 82:1 | 225:21 |
| 106:5,16,17 107:3 | 126:20,24 130:9 | 82:13 96:9,10,19 | **disclaimers** 47:4 |
| 125:21,23 171:14 | 135:2 136:22 | 172:10 200:3 | 49:2 |
| **deleted** 103:13 | 163:24 | **dialogue** 125:25 | **disclosures** 246:8 |
| 106:7,9,22 107:6 | **designate** 10:16 | **diamond** 222:8,19 | **discovered** 233:10 |
| 107:16 175:4,11 | **designated** 232:7 | **diamonds** 216:16 | **discovery** 30:20 |
| 175:15,22 176:2 | **designed** 210:18 | **difference** 142:25 | 39:23 56:11 98:18 |
| 176:13 | **detailed** 215:11 | 188:12 189:4 | 232:25 233:17,21 |
| **deliver** 95:20 | 252:16 | **differences** 214:16 | 247:7 |
| **demise** 259:18 | **details** 70:20 | **different** 29:18 | **discuss** 64:24 |
| **depend** 155:24 | 72:16 120:25 | 41:8 42:10 44:11 | **discussed** 11:17 |
| **depending** 173:23 | 123:16 216:16 | 44:12 59:11 83:16 | 17:5 |
| **depends** 156:2,3 | 223:7 | 85:25 90:2,13,14 | **discusses** 41:23 |
| 250:2 | **determine** 63:24 | 90:16,25,25 91:7,8 | **discussing** 142:5 |
| **deposed** 10:21 | **determined** | 99:16 102:13 | **discussion** 77:10 |
| 11:5,19 | 263:18,22 264:7 | 139:7 151:7,24 | 145:21 148:10 |
| **deposit** 138:1 | **device** 63:23,25 | 179:20 182:10 | 238:16 247:1,4 |
| 139:16 140:7 | 69:13 70:2,3,5,7 | 218:18 219:5 | **discussions** 242:12 |
| 142:5 144:20 | 72:15,18 73:5 | 239:15 252:1,2,7 | |

Veritext Legal Solutions
866 299-5127

[disguise - encompassing]

disguise 153:23
display 12:14
183:25
displayed 13:17
116:11 215:24
dispute 32:1 41:6
139:23 257:6
disputing 119:5,6
dissent 232:16
distributed 220:9
distributors 47:16
49:10 50:2,11
district 1:1,2 2:1,2
8:17,18
doc 75:2
document 26:21
28:3 29:11,18
30:9 31:4 33:12
40:15,18 41:19,21
42:10 43:6,17
44:13,20 45:2
46:14 52:12,13
53:6,11 54:3,7,9
56:3,9 57:23,25
58:1,6,9,11,24,24
59:7,9,14,18,25
60:12,13 61:2
62:4,10,18,24
65:14,16,19 66:10
66:15,23 67:10
71:23 73:12,13,19
73:20,25 74:5,11
74:11,18,24 76:4,5
76:6,9 77:19 78:8
79:10 80:6,21
81:18 82:23 83:3
83:5,6,18,23 85:1
86:19 102:22
109:10 110:3
117:4,5,19 120:18
120:20,21 121:13

121:15 124:15,16
130:16,22,23
131:9,11 134:18
139:4,5,13 144:22
148:22 150:17
161:9,12,13 162:3
169:12,15,18,19
169:20,22 170:3,4
170:10,11,14,21
171:17,20 173:9
178:23 179:10,13
179:17,20 190:9
194:11 196:14
203:3,3 204:10
205:13 206:19,22
229:16,21 230:8
238:20 243:16
250:11
document's 66:5
documents 12:14
27:9,19,21,23 28:6
28:10 29:2 30:3,5
31:22,25 32:1,4,5
32:9,14,19 56:21
56:22 57:2,4 59:5
59:16 80:12
117:23 155:1
170:13 171:10,10
179:6,20 203:1
205:17 223:24
224:1,9 232:24
250:19,20
doing 21:8 137:14
178:11 188:11
206:10
dolphin 4:12
domain 110:13
188:2
domains 110:13
dots 233:13 247:9
259:2

download 59:10
99:7 131:24
174:25
downloaded 53:14
125:18 136:5
downloads 131:23
153:6 154:2
dozen 199:6
draft 203:9
draw 242:8 243:13
drive 4:12
drop 65:7 166:5
drops 127:9

e

e 5:1 10:13 263:9
263:12 264:1
266:3,3,3
earlier 45:14
65:13 76:17 77:18
114:24 117:1
120:15 124:13
135:20 141:12
142:13,22 154:25
204:16,24 205:12
237:21 250:25
258:3
easier 59:17
easy 233:8 257:5
ecosystem 217:3
217:10
edge 195:19,20
196:1
edit 89:21
effect 28:22 40:11
46:24 55:25 57:21
76:1 77:16,20
249:14
effective 6:17 81:2
219:1,1
egregious 93:5,10
128:5

eight 206:24
either 14:23 17:14
34:22 256:23
electronically 13:7
38:23 55:17 75:9
78:15 81:4 120:9
148:9 168:24
169:2 190:22,24
191:2 202:7
211:17 229:12
element 31:12
232:9
email 16:14 63:4
87:18 206:16,17
207:1,3 209:18
233:1
emails 86:16 200:7
233:6,15,16,17,21
234:1
emanuel 4:4 9:10
embedded 26:13
26:18 55:11
emergency 12:20
employer 87:9,10
156:3 167:20
enable 90:15
111:9,11 113:5,7
123:9 240:7
248:19
enabled 7:1 21:6
24:11 63:21
111:17 113:14
144:9 147:6
190:25
enabling 204:7
205:21
encompasses
26:21 80:8 81:25
encompassing
102:16

Veritext Legal Solutions
866 299-5127

[encounter - experiences]

encounter 24:19
ended 216:17
  251:11 260:5
ends 131:14
engage 218:5
engaged 21:19
engagement
  215:12,15,16
  218:11 220:7
  259:10,19,23
  260:3,20
engaging 112:19
  221:12
engine 185:18
  187:10,10,13,22
  187:24,25 188:1
  188:13,23 189:2,5
  189:21 190:2,7
  197:4 201:2 216:8
  242:20
engineer 22:3
  105:22 132:25
  135:16 141:6
  143:1 159:1
  163:16 188:16,20
  258:21
engineers 159:3
engines 185:6,12
  186:24 187:5,8
  197:23 198:3
  244:9 245:18
english 94:23
enjoy 47:8
entered 150:17
  154:7 160:11
  164:10 168:19
  197:15 235:11
  240:20 241:23
  249:13
entire 41:23 60:9
  83:7 86:1 92:9

102:10 130:22
  131:10 145:12
  203:2 257:1
entirely 52:19
  85:25 254:13
  255:3 256:8 259:8
  259:15
entirety 203:8
entities 95:13,14
entity 121:20
  190:7 221:12
  258:7
enyborg 3:24
equals 164:19,19
erika 3:19 9:17
errata 263:14,16
  264:3,5
error 64:22
esq 3:5,12,18,19
  4:5,11,17 263:1
essentially 59:9
  214:15
established 132:17
estimate 149:18
et 8:16
event 72:18
  259:20,24
everybody 92:18
  224:21 261:11
evidence 9:25
  218:14,17
evidentiary
  106:24
exact 40:7 64:22
  84:11 143:8
  208:11 260:16
exactly 26:5 39:5
  43:5 97:23 141:11
  143:21 144:1
  184:20 206:2
  260:9,10

examination 5:6
  10:7 237:15
  247:22 262:10
example 42:25
  47:17 63:2 64:1
  87:16 95:16
  109:23 110:7
  125:4 137:2
  168:10 200:5
  218:21
examples 200:16
exclusion 124:4
excuse 49:21
  129:6 145:16
  202:16 241:6
  261:16
executed 265:4
executives 232:25
exemplary 50:4
exercise 204:6
  205:20
exhibit 6:4,6,9,12
  6:14,16,18,20,21
  6:23,24,25 7:1,2,7
  7:12 13:4,5,9,10
  13:15,17 33:6
  38:14,17,20,21
  39:1,6 43:18
  46:25 50:25 51:12
  52:25 53:1,5,12
  54:23 55:13,15,23
  57:20 59:19 61:1
  61:23,23 62:5,24
  64:11,13,18,21
  65:17 75:7,13,15
  75:18 76:6 77:15
  78:12,13,17,18
  80:25 81:2,7,14
  82:25 84:5,10
  87:13 114:6,15
  115:11,15,17

116:2 120:3,6,7,11
  120:13 147:23,25
  148:7,14,14 161:2
  161:3,14,15
  163:19 168:4,22
  168:25 178:12,24
  179:3,7 181:24
  190:21,23,25
  191:4,7 195:16,18
  202:3,9,17 211:13
  211:14,19,21
  225:20 229:9,14
  229:24,25 230:5
  230:11 237:22
  238:23 239:5,6,8,8
  239:10,12,15,16
  239:18,20,22
  240:2,21 243:13
  248:3 250:6,7,9
exhibit's 53:1
exhibits 6:1 13:14
  31:22 32:6 56:10
  61:20 110:5
  130:15 169:3,7
  205:12
exist 90:1 231:19
  253:3
existed 38:12
  62:11
existence 90:8,9
existing 137:25
  139:8
exists 62:10,11,12
expect 221:9
expedite 141:21
experience 14:1
  107:9 132:22
  178:2
experiences 133:2
  133:3

Veritext Legal Solutions
866 299-5127

[expert - first]

**expert** 134:3 141:9
226:21 227:22,23
228:10 232:4,7
235:4 236:7
**experts** 258:22
**explain** 11:15
40:23 43:1,8,11
95:1 99:3 200:15
**explained** 99:14
99:16
**explanation** 67:3
**explanatory**
200:16
**explore** 82:12
200:1
**explored** 102:3
**expressed** 56:9
209:8 260:25
**expressly** 47:15
**extensive** 242:11
**extent** 16:21 42:18
44:1 49:9,20 50:8
50:9,16 56:12,18
179:9 214:18
222:7,8,14,18,20
226:20 256:19
258:9,12

**f**

**f** 121:17
**face** 77:1 156:12
260:21
**fact** 14:25 15:7
18:10 50:22 52:24
79:2 92:25 105:24
106:4 108:13,25
109:1 128:3,3
156:3 172:6
181:13 212:23
214:25 218:17
231:23 235:8
243:11 252:8

**facts** 218:15
**factual** 106:25
**failures** 15:9
**faint** 76:22
**fair** 18:20 71:15
71:19,21 74:6
89:3 123:4 152:20
191:18
**fairly** 14:25
143:18,22
**false** 133:13,23
**familiar** 11:8
21:15 25:6,13
40:6 58:11,12
59:25 79:2 80:5,7
81:22,24 82:3,4
83:11 89:22,23
90:13,24 91:2
99:4,12,15 103:6
104:22 105:1
108:20 120:19,19
120:21 124:13,14
124:16 126:23,25
127:3,4 148:19
149:25 153:17
170:6,10,11
171:23,24 178:22
179:17 180:18
183:23,24 184:4,5
196:5,19 203:8
227:8 229:1,21
230:13,16,17,19
230:22,23 231:5,9
231:14 249:23
**family** 121:8,23
123:1,3,3,23 124:3
162:7,9 165:2
**far** 22:2 45:6 48:4
71:12 72:5 114:4
205:3

**fashion** 228:17
**fast** 250:17
**fault** 122:3,4
**fbi** 11:3,7 14:8
15:13 16:6 112:14
112:15,25 247:12
**feature** 21:15 67:1
125:7
**features** 63:6,12
96:12 240:9
248:23
**february** 1:19
2:21 5:4 8:1,8
261:20 262:21
263:3,5
**federal** 264:1,8,9
**feel** 11:17 17:12,13
122:9
**felony** 112:8
**fi** 64:1 105:13
**fiancee** 216:3
**fiancé** 215:13,17
219:13 260:17
**fiber** 65:23
**field** 232:8
**fifth** 185:8
**figueroa** 4:6
**figure** 93:13
258:22
**figured** 80:9
233:14 247:9
**figuring** 68:1
**file** 135:17
**filed** 8:17 17:19,22
25:9 84:12,18
85:1 120:22
179:25
**files** 131:24 174:24
**filing** 202:25
**fill** 125:10 126:6

**filled** 78:22
**finances** 14:13
**financial** 15:15
16:7,7,10 50:3
**financially** 9:3
**find** 54:24 66:16
68:2 152:23
209:15 211:18
225:22,24 251:3
**fine** 11:23 12:21
35:11 51:5 64:7
67:18 77:6 80:6
81:12,12 82:24
123:4 131:6 211:6
230:11 234:21
**fingertips** 32:17
**finish** 61:10
223:22
**finished** 39:16
**finishing** 210:22
**firefox** 6:24
190:21 191:8,8,17
191:19,20 192:3
192:14 193:6
194:1,3,4,6,8,8,11
195:8
**firm** 8:23,25
**firms** 16:15 17:25
**first** 7:15 32:17
39:14 46:12 55:7
82:8,9 84:10 85:1
89:10 111:18
113:14 133:20
135:8 137:3,24
143:6 151:1 169:9
169:20 172:8,11
178:20 183:10
208:8 229:10,19
239:25 240:2
241:2,3,7,9,13,15
242:2 248:8,14,15

Veritext Legal Solutions
866 299-5127

[first - gathering]

248:16 251:19
261:18
**fit** 192:16
**five** 10:25 51:3
72:14,19 73:1
99:6,16 144:3
183:4,8,9,9
**flexner** 3:11 9:16
**flip** 46:22
**floor** 3:6,20 4:6,12
4:18
**florida** 3:7,14
**flow** 229:24
**focus** 71:14 104:6
132:13 139:4
152:14 254:3
**focusing** 192:19
**folder** 182:23
**follow** 161:8 196:7
**followed** 161:11
**following** 72:5
96:24 154:4
160:10,14,18,19
164:3,8 167:16
168:14,14,17
197:14 235:11
243:9
**follows** 196:7
263:8
**followup** 237:20
**font** 41:8
**food** 18:12
**forcing** 209:5
**foregoing** 262:6
262:13 265:2
**forgive** 76:13
106:11
**forgot** 250:17
**form** 19:20 20:2
22:15,22 23:5,12
24:1,15 26:2

27:10 30:15 31:6
34:12 35:6 36:12
36:13,15,24 37:2
43:19 45:3,23
46:14 48:1,8 52:5
52:16 54:17 55:6
66:11 69:3 72:4
73:18 74:3 78:1
78:24 85:3 86:6
88:24 89:8 90:3
92:19 94:4 95:5
97:14 98:6 100:2
103:18 104:25
105:6,20 108:2,17
109:5 110:2,19
111:4,23,25 114:1
114:25 116:18
117:25 127:16
129:15 132:4,5
133:14 136:15
140:10 141:8
145:13 147:9
149:3 150:19
152:21 156:19
157:9,22 158:13
163:13 164:21
165:8,16 172:23
175:17 177:19
180:21 181:4,15
184:1,13 185:21
186:19 187:16
188:15 192:5
193:8 194:14
195:2 196:3,15,25
199:16 205:6
213:9,13 214:7,18
218:25 222:11,24
223:14 224:4
225:3,4 226:8,20
227:21 232:3
235:3 243:20

244:4 245:9
246:12 252:3
253:17
**format** 110:3
**forms** 125:10
154:7 160:12
164:10 168:19
197:15 235:11
240:20 241:23
243:10 249:13
**forth** 30:14 37:9
40:18 262:7
**forthepeople.com**
3:9 263:2
**forward** 209:12
**found** 226:1
**foundation** 184:2
193:8 194:14
195:12 196:3,21
198:16 224:5
232:3 235:3
**four** 32:5 56:22
57:4 65:22 73:1
144:3 159:15
171:18,20 177:1
178:18 183:9
**fourth** 7:10 28:3
57:11 211:15,23
**fox** 216:21
**frame** 45:5 58:2,7
**francisco** 3:21
**franklin** 3:6
**frankly** 32:16
**fraud** 14:10
**frcp** 264:1
**free** 11:17 17:12
17:13
**frequency** 86:12
**frequently** 25:1
86:14 143:16,18
143:22,25 144:1,4

144:6
**front** 13:10 27:19
27:21 28:11 29:3
29:8 31:22 32:4,5
32:7,9,19 36:1,3
38:7 42:17 47:23
51:1,12,14 52:14
56:21 57:4 58:12
58:14,17,18 59:5
62:24 65:14 71:23
74:18 80:12 81:18
83:6 89:2 114:6
114:15 139:13
148:15 162:15
171:20 225:20
**full** 10:11 29:14
42:18 44:1 63:5
63:12,18 235:18
252:21 262:13
**function** 47:19
183:21
**functionality**
22:13 23:2 24:4
**functionally**
110:17
**funny** 152:9
**further** 16:25 17:5
43:17 94:25
107:21 117:18
124:8 126:17
169:12 178:14
204:1 228:24
234:21 247:22
261:7 262:16
**future** 46:20
141:21

| g |
| --- |

**gao** 4:11 9:11
**gathering** 159:4
159:19

Veritext Legal Solutions
866 299-5127

[general - google]

**general** 22:25
107:19
**generally** 15:4
23:19,24 45:21
90:1,13,24 183:23
**generate** 227:13
228:15
**getting** 16:5 107:7
117:21,21 132:23
133:4 210:21,22
211:2 224:17
**gist** 97:16
**give** 10:1 17:1
29:21 56:13 60:4
62:23 63:1 95:16
105:23,25 143:11
150:24 158:13
163:4,20 168:7
169:5 178:1
189:10 195:5
196:13 210:3
231:2,12,18,18
237:23 252:10
260:15
**given** 37:6 100:6
103:24 106:15
257:14 261:21
**gives** 88:8 104:12
105:23 138:18,21
139:1 158:12
159:23
**giving** 213:22
**gmail** 6:14 78:13
78:23 88:10
176:21 177:4
190:18 207:17
208:15 210:9,9
**gmail.com** 210:10
**gmail.com.** 210:14
**go** 8:13 11:15,17
13:9 35:15 38:14

38:17,20 46:19,25
50:24 51:1,3,19
55:13 59:12 64:16
67:13,19 68:11
72:25 73:22 75:2
75:13,14 77:3,4
78:11,11,17 81:6
92:5 95:15 96:8
103:11 115:6,14
121:17 122:23
126:19 129:25
130:7 133:2,7
135:1 136:17
147:15 148:2,16
148:16 149:19
150:14 154:9
155:10,19 160:24
160:24 161:3
163:18,20 167:1
168:3 169:9
176:18 178:12
179:2,2 193:18,18
196:4 202:12,20
207:22 208:1,10
209:22 211:1
212:6,7 213:15
214:1 216:5
220:10,25 221:20
224:1 225:5,13
226:5 234:5,10
235:23 237:8
244:10,10 245:14
247:1 260:10,15
261:18
**god** 10:2
**goes** 110:11 213:8
226:12
**going** 24:7 28:9,10
30:2 31:20 32:1
32:11 35:13 36:6
38:19 39:2,6,7,12

39:17 45:25 49:22
51:2,17 55:22
59:25 60:4 71:12
76:24 78:16 82:20
83:12 91:5 92:5
95:17 107:11,12
109:10 110:2
115:9,11,18
119:16 120:3
122:6,13,14
131:12 136:20
139:15,15 141:12
143:7 149:13,13
149:14 154:10
156:10 163:16
169:14 186:22
189:6 192:3,15
197:11 202:10
203:11,13 207:17
208:25 211:4
224:4,7,22 228:15
233:18 234:20
243:15 253:3,6
255:16 257:24
**gold** 10:14
**good** 8:6 9:9,13
10:9,10 62:18
74:23 92:10
161:16 237:17
250:5
**goog** 6:15 57:14
78:14
**google** 1:12 2:12
6:6,10,12,14,16,18
8:17 9:10 14:22
14:23,25 15:2,13
24:21 25:12,16,24
26:9,22 27:3,9
28:18 29:16 30:1
30:13,19,21 31:17
33:14,17,18 35:5

35:13 36:6 37:13
37:15 38:21 40:12
40:17,25 41:14
43:15,16 44:18,25
45:18 47:16,25
48:5,7,14,17,20,21
48:24 49:10 50:1
50:10 52:21 55:16
57:21,22 59:3,21
63:3,7,14,21 64:17
65:4 66:25 67:1
69:1,6,7 70:6,8,12
70:21 71:2,11
73:7,9,13,19,21
74:1,12,14,19,21
75:7,19 77:17
78:13 79:3,19
80:1,7,9,13 81:2
81:24 82:1,5,13,14
82:15,19 86:9,17
86:23 87:1,5,16,19
87:21 88:3,7,9,23
89:20 90:2,6,7,14
90:25 91:8,12,15
91:16,20,23 93:2
93:13 94:3,10
95:22,23,24,25
96:11 97:12,12,25
99:9,17,19,20,24
99:25 100:4,16,17
100:18,23,25
101:5,7,18,19,22
101:23 102:25
103:1,16 104:12
105:11,15 106:6
107:10,17 108:10
108:22,24 109:13
109:14,18,19,24
110:8,18 111:3
116:10,15,21,23
120:7 121:12

[google - happen]

| | | | |
|---|---|---|---|
| 122:17 123:8 | 196:2,5,6,7,22 | 246:13,20 247:6 | **gps** 63:23 |
| 124:4 126:11,12 | 197:1,2,4,5,7,11 | 248:8,18,24,25 | **grammar** 252:6 |
| 126:15 127:13,21 | 197:12,18,24 | 249:1,5,11,17,23 | **granted** 125:13 |
| 127:23,23 128:8 | 198:11 199:2,8,14 | 255:4,17 256:13 | **great** 51:15 52:1 |
| 128:10 129:2,13 | 199:15,20 200:2,3 | 258:6,7,16,23 | 74:22 75:1 101:9 |
| 129:20,22,25 | 200:6,8,10 201:5 | 259:3,3,4,4,11,13 | 126:17 183:1 |
| 130:4,20 132:2,7 | 202:22,23,23 | 259:17 260:1 | **ground** 11:16 |
| 132:15,16,18 | 204:2,4,6,17,21 | 263:4 266:1 | 140:1 156:8 233:2 |
| 133:12 134:14 | 205:18,20,24 | **google's** 25:5 26:1 | **guess** 19:11 40:19 |
| 135:24,24 136:9 | 206:4,8,17,23 | 30:8 31:25 36:21 | 129:4 167:1 177:6 |
| 136:13 142:4,4,16 | 207:2,4,9,17 208:1 | 39:8,20 40:22 | 197:16 203:21 |
| 142:20,21 144:15 | 208:2,9,20 209:3 | 42:19 43:1,7,11 | 245:10 |
| 144:16,22,25 | 209:17,18 212:5 | 44:1 45:20 50:1 | **guest** 99:11 126:21 |
| 145:2,11 146:9,15 | 213:5,10,19 214:2 | 51:22 53:15 62:12 | 126:22 130:10,12 |
| 147:1,11 149:8,9 | 214:8,12,25 215:7 | 68:25 69:1 70:23 | 131:4,17,19 |
| 150:4,10,15,18 | 215:10,12,18,24 | 73:15,16 74:13 | 132:19 133:10,22 |
| 151:6,25 152:1,2 | 216:1,8,24 217:5,6 | 77:15 85:25 86:4 | 136:23 137:20,22 |
| 152:10 154:13,14 | 217:11 218:9,11 | 95:22 102:4 130:6 | 138:1,4 139:1,9,19 |
| 154:15 156:3,9 | 218:12,18,18 | 132:12 134:11,13 | **guys** 51:3 112:3 |
| 158:11 159:3,18 | 219:9,22,24 220:4 | 135:22 136:3 | 224:19,19 232:14 |
| 160:3,7,14,19 | 220:6,7,8,10,16,19 | 137:14 144:24 | **h** |
| 161:8,9,11,12 | 220:20,21,21 | 148:25 154:17 | |
| 162:5 163:9 | 221:6,9,12,14,16 | 162:24 169:23 | **h** 266:3 |
| 164:11,17,19,19 | 221:19 222:2,2,3 | 170:6,6 171:10 | **habit** 85:12 162:16 |
| 165:3,4,4,6,6,15 | 223:3,3,4,6,25 | 193:17 197:2 | **half** 256:4 |
| 165:19,24 166:3 | 224:12,13,16 | 202:14 203:24 | **halfway** 80:18 |
| 167:5,6 168:11 | 226:9,12,16 227:6 | 204:4 205:9 | **hand** 9:24 56:24 |
| 171:3,6 173:5,8,16 | 227:10,18,24 | 216:25 219:9 | 57:15 155:19,20 |
| 173:18 174:23 | 228:2,2,16 232:1,8 | 220:14,17,18 | **handing** 34:25 |
| 176:2,20 177:3,7 | 232:9 233:11,20 | 222:22 226:18 | **handled** 263:8 |
| 177:10,14,14 | 234:13,24 235:14 | 233:16 240:13 | **handles** 137:20,22 |
| 178:1,4,7,9 180:16 | 235:15,16 236:1,8 | 245:7,22 249:4 | 138:25 |
| 180:19 181:1,1,2 | 236:16,21 239:12 | 258:8,19 | **hands** 98:13 |
| 181:11 186:3,16 | 240:4,6,10,11,12 | **google.com** 168:10 | 162:15 |
| 186:18 187:9,11 | 240:14,18,18 | 187:17 188:7 | **hang** 37:25 51:19 |
| 187:13,22,25 | 241:16,20,22 | 242:13,16,20 | 78:16 161:4 |
| 188:1,2,4 190:19 | 242:1,16,21,22,25 | **google.com.** | 192:21 225:21,25 |
| 191:25 192:3,16 | 243:1,2,3,3,4,11 | 242:10 | 237:23 240:25 |
| 193:2,2,7,10,11,13 | 243:19 244:3,5 | **gotcha** 54:22 | **happen** 60:24 |
| 193:14,18 194:1 | 245:4,11,13,21,25 | **gotten** 257:12 | 107:3 195:7 |
| 194:12,21,22,24 | 245:25 246:8,10 | | 198:13 199:9 |
| | | | 201:14 259:1 |

Page 19

[happened - improvements]

**happened** 208:19
218:24 219:3
259:3 260:6
**happening** 107:1
137:14
**happens** 178:25
181:19 194:8
197:23 198:5
201:1,4 259:7
**happy** 159:21
**hard** 61:7 106:11
**hardware** 70:4
**hassle** 208:25
209:1
**head** 25:18,23
209:21,22,25
210:2,17 254:2
**header** 189:12
**heading** 67:22
101:14 102:19
107:22 120:25
122:10 124:8
131:15 137:19
170:24 180:2
181:20,23 185:9
238:10
**headings** 70:18
72:20
**headline** 244:21
**hear** 38:15 56:25
76:21,23 77:14
147:25 162:14
224:18 247:25
**heard** 99:15
188:20 189:1,1
231:9
**hearing** 65:8
76:20
**held** 8:20 14:2,5
98:12 196:6

**help** 10:2 23:1
24:4 28:20 61:15
63:20 82:11
125:10 130:23
170:5,6,7 179:15
200:1,15 205:11
205:11 237:5
246:14
**helped** 203:9
238:19
**helpful** 77:1
222:16
**helps** 96:11 141:20
**hey** 31:20 93:4
224:17
**high** 22:14,21,24
256:10
**highlighted** 117:8
117:11,16 118:17
118:21 155:21
238:13
**highlighting** 28:6
117:17
**hinges** 156:11,14
**history** 107:6
125:4,21 127:3,4,8
131:21 135:9
137:2,10 154:5
160:11 161:25
162:13,19,22,23
163:12 164:1,4,9
168:18 174:3,8,19
174:21 180:5,8,13
182:2,10,12,18,20
182:21,23,23
183:6 191:21
197:14 235:10
240:19 241:17,17
241:18,19 243:9
244:24 249:13

**hold** 33:5 34:8
52:9 55:19 61:10
61:10 106:2
178:12 210:25
223:22,22 229:7
229:17 230:7
**holding** 16:10 35:1
**home** 10:11 80:9
82:1,14 108:6
188:6,7 200:4
**honestly** 256:1
**hope** 47:8 53:2
**hopefully** 189:11
**hour** 51:2 115:10
189:6
**house** 151:18
**household** 152:18
**hsiao** 3:18
**huh** 62:1
**humor** 184:18
**hunt** 85:23
**hyperlink** 41:22
44:9,11 46:15
130:15
**hyperlinked** 44:14
67:2
**hyperlinks** 64:12
64:12,16,22 66:10
74:4 110:4 153:13
178:18
**hypothetical**
108:18

**i**

**idea** 198:6
**identification** 13:6
38:23 55:17 75:8
78:15 81:3 120:9
148:8 168:23
169:1 190:22,24
191:1 202:6
211:17 229:12

**identified** 6:3 88:8
145:7 150:9
158:12
**identifier** 108:11
**identifiers** 70:5,7
70:17 73:7 96:14
**identifies** 108:8,8
108:11 129:2
145:11 146:10
147:1
**identify** 30:3
128:23 146:5
212:4
**identifying** 142:1
213:19
**identity** 108:5,16
109:4 213:14
234:24 236:1
**illusion** 105:24
**images** 125:5
**immediately** 16:14
**implied** 49:12
50:12
**importance**
117:18
**important** 19:16
30:2 45:8,11,21
117:17 118:17,20
152:7 176:19
177:2 213:25
214:1,24 227:7
238:14 253:11
259:21
**importantly** 67:6
67:7 144:12 218:7
**impression** 138:18
138:22
**improper** 108:18
**improve** 148:4
**improvements**
226:18

[inaccurate - info]

**inaccurate** 128:3
**inappropriate**
  32:6
**inaudible** 145:15
**incident** 258:4
  260:8
**include** 44:4,7,10
  53:6,17,19,24 54:3
  63:8,14 82:13
  97:3,12 116:10
  124:23 125:3
  135:8 161:25
  162:12,19 167:7
  200:2
**included** 24:5
  26:24 50:11 53:7
  61:20,22 155:13
  245:25 246:1
  263:14 264:3
**includes** 69:24
  72:11,21 96:14
  101:19,23 243:19
  244:3,5 249:24
**including** 49:11
  70:6 96:16,19
  109:19 112:21
  116:9 144:6
  183:11,19 245:1
  245:12
**incognito** 6:20
  20:5,7 24:9 28:2
  31:2,8,9,15,17
  33:4,5,9,15,20,23
  33:25 34:3,5,6,17
  34:20,23,24 35:1,3
  35:5 48:6 57:6,11
  59:23 61:3 66:7
  66:16,20 67:9
  70:13 71:8 74:15
  87:22 89:23 90:10
  91:13,15,20 92:13

93:1,18,20 94:1,17
97:17 99:4,4,11,23
100:4,13,21,24
103:24 104:10,15
104:18 106:14,21
108:22,24 110:24
111:1,12,15,22
112:4 113:8,11,19
113:20 114:22,23
115:4,5 126:20,22
127:22 128:7,11
128:16,20,23
129:2,14,18 130:2
130:10,12,19
131:4,13,17,19
132:19,22 133:3,5
133:10,21 134:15
136:23 137:3,20
137:22 138:1,4,9
138:10,20,23,25
139:9,19 140:7,9
140:18 143:2,4,6
144:10,14,15,18
144:23 145:4,8,12
145:24 146:2,5,10
146:20,22,23
147:1,6,12 148:7
148:23 149:19
150:8,13,14,25
153:24 155:5
157:2,12 158:4,11
158:20,20 159:10
159:11 163:24
164:2,3 166:10,15
166:22,25 167:5,9
168:2,10 172:7
175:16,23 176:11
177:12,14 178:1,5
178:8,8 180:9,24
181:10,25 182:17
183:5 184:9,9,22

184:23 185:14,17
185:20 186:3,16
186:18,25 187:7
193:1,15,18
194:17,21 196:10
197:13 198:2
199:10,21 200:12
200:22 202:24
203:24 207:5,7,8
207:10,23 208:2,7
208:14 215:1,3
216:1,9,13 217:11
217:14 219:9
220:11,15,17,25
221:9,22 222:8,19
223:5,23 224:1,12
227:25 228:3
231:24 232:13
234:11,22,25
235:9,24 236:2,10
236:21,23 239:4
240:16,17 242:3
243:4,7 244:23
246:4,11,14,16,18
246:22 249:9,11
249:15,20,24,25
251:24 252:20
253:15 254:7
255:5,18 256:14
**incomplete** 53:1,1
  53:5,11 54:9,23
  56:4,10,12 60:12
  61:23 66:5,11
**incompleteness**
  74:5
**inconsistency**
  132:7
**inconsistent** 139:1
  139:21,24
**inconsistently**
  130:20 132:2,8,15

132:16,18
**incorporate** 101:7
**incorporated** 42:1
  42:5 65:4 117:3
  118:8
**incorporates**
  29:23
**incorporating**
  161:12
**increase** 226:17
  255:23
**indented** 69:15
**independent**
  141:15 254:25
**indicate** 48:13
  98:13 109:24
  110:8
**indicated** 54:10
**indicates** 117:11
  152:10
**indicating** 27:18
  28:4 33:7 34:24
  38:8 59:12 235:9
**indirect** 50:4
**individual** 85:21
  85:22,23 108:9
**individually** 1:7
  2:7
**individuals** 116:9
**indulge** 32:11
**industry** 16:7
**infer** 117:13 159:2
  159:6,8 175:8
  177:25 219:18
**inference** 217:6,23
**inferred** 160:1
**inferring** 26:22
  119:10
**info** 189:13,17,19
  244:8 245:15

[information - ip]

| | | | |
|---|---|---|---|
| **information** 14:25 | 164:2,4,8,9,11 | **intentional** 60:20 | 183:18,19 |
| 19:15 33:22 37:3 | 167:16 168:14,15 | **interact** 68:19 | **interpretation** |
| 62:20,23 63:1,4,18 | 168:17,19 169:25 | 69:1,19 72:2 | 152:16 156:1 |
| 63:22 64:1 66:24 | 170:13 171:3 | 82:12 200:1 | 164:16 195:6 |
| 67:21,24 68:8,13 | 176:3 181:20 | **intercept** 91:21 | 196:13 252:25 |
| 68:17 69:2,7,8,14 | 186:2 190:7 | 93:7 100:5 104:1 | **interpreted** 95:21 |
| 69:17,24 70:3,4,6 | 194:23 197:4,14 | 128:6 138:19,23 | **interpreting** 164:8 |
| 70:15,16,19,22 | 197:15 198:6 | 221:10 232:21 | 164:10 196:17 |
| 71:4,24 72:11,12 | 199:15 200:14 | 240:18 249:11 | **interrogatories** |
| 72:15,16,19,21 | 203:16 204:6 | **intercepted** 156:4 | 7:5,10,15 202:5,14 |
| 73:3,4,5,5,10,14 | 205:20 207:20 | 213:20 214:8 | 202:19 211:16,23 |
| 73:20 74:12 87:25 | 213:10,13,15 | 222:6 226:13 | 229:11,20 |
| 88:19 89:18 96:3 | 214:3,7,12 215:7 | 236:20 | **interrogatory** |
| 96:6,10,13,16,18 | 216:18 217:2,7,21 | **intercepting** 97:19 | 202:20 203:12,17 |
| 97:1,3,13 100:17 | 220:22 222:2,6 | 99:19 147:2 159:4 | 203:21 209:16 |
| 101:15,18,22 | 226:8,8 227:9,11 | 236:11 247:6 | 212:2,24 226:2 |
| 102:20 105:14 | 228:14,16 231:16 | **interception** 48:14 | **interrupt** 65:10 |
| 106:14,22 107:23 | 231:18 235:10,12 | 91:17 93:3 112:5 | 229:24 |
| 107:25 108:4,12 | 236:24,25 240:5 | 112:22 222:4 | **interrupted** 98:8 |
| 108:14,15 109:2 | 240:10,20 241:22 | **intercepts** 236:9 | 251:2 |
| 109:13,18 116:3 | 241:22,23 243:9 | **interest** 214:23 | **interruption** 37:23 |
| 116:22 117:19 | 243:10 248:17,24 | 261:1 | 129:8 145:20 |
| 118:22 123:6 | **initial** 66:4 | **interested** 9:3 | **intimate** 215:21 |
| 124:22,23 125:2,3 | **inner** 183:20 | 213:18 216:14,23 | **intrusions** 22:1 |
| 125:4,9,22 126:6 | **insisted** 32:19 | 219:6 262:18 | **investigate** 14:8 |
| 126:10,13,14 | **insofar** 24:15 | **interesting** 165:23 | **investigation** |
| 127:14 128:22 | 36:24 52:16 78:1 | 177:9 208:19 | 14:10,22 |
| 129:12,19 130:5 | 89:8 90:3 110:3 | **interfere** 20:16 | **investigations** |
| 131:18,20 133:9 | 175:17 177:19 | **interference** 8:11 | 14:11 112:14,18 |
| 133:20 134:1,14 | 218:25 | **internal** 16:6 | **involved** 15:12 |
| 134:20 135:7,8,9 | **instance** 91:3 | 233:16,17,20 | 16:12,15 17:18 |
| 135:11 136:24 | 136:1,6 165:24 | **internet** 19:16,19 | 18:3,23 19:4,10,10 |
| 137:20,23 139:1 | 176:1 | 20:1,9 21:1,8,22 | 19:13 23:17 83:9 |
| 145:7 146:4 | **instruct** 16:24 | 22:4 24:9,12 25:4 | 83:17 84:4 101:2 |
| 150:10 154:4,7 | 17:4 | 72:18 95:17 97:18 | 112:16 144:7 |
| 155:20 156:4,5 | **instructed** 5:15 | 141:19 151:15 | 147:7 166:22 |
| 159:19 160:10,11 | **instructing** 114:9 | 158:14 167:24 | 170:21 180:17 |
| 160:15,18,19 | 257:18,21 | 216:2,3 | **involvement** 15:22 |
| 161:24,24,25 | **instruction** 61:11 | **interpret** 41:2 | **involves** 16:21 |
| 162:11,12,13,18 | **intent** 119:2 | 152:6 155:25 | **ip** 96:19 105:13 |
| 162:18,19 163:10 | | 174:13 182:14 | 108:5,10 125:8 |

Veritext Legal Solutions
866 299-5127

[ip - lecture]

131:21
**irrelevant** 159:21
  193:12,21 196:12
  197:8 198:18,22
  199:19 220:18
  253:8
**issue** 20:23 45:7
  56:3 64:23 152:7
  221:7 230:25
  231:6 232:17
**issues** 56:12
**items** 65:22 72:19
  73:22 167:17
  168:18 236:8

**j**

**jailhouse** 11:4
**james** 3:12 9:15
**jars** 153:19
**jeremy** 1:5 2:5
**jlee** 3:16
**job** 1:23 263:5
  266:2
**jobs** 14:2,4
**join** 9:12
**joined** 9:10,15
  206:10 208:18
**jomaire** 4:17 9:11
**jomairecrawford**
  4:21
**july** 237:25
**junior** 15:19

**k**

**k** 230:21
**keep** 62:2 198:9
  234:9 256:21
**keeps** 21:23
**kept** 174:25
  216:18 242:1,4
  255:5,17 256:13

**key** 11:24 41:5
  50:9 61:21,22
  62:3,3,4,15 65:15
  65:16,18,20,22,24
  66:2,6 200:16
**killi** 230:19 231:17
**kind** 54:21 100:6
  100:23 135:17
  149:12 169:22
  173:18 246:5
**kinds** 184:6 228:9
  230:24
**know** 11:21 18:12
  21:13,17 22:2,24
  24:5 31:1,3 32:3
  39:22 48:4 56:5
  56:10 61:13 64:14
  69:7 71:18 72:12
  79:1 88:3,3,9,22
  88:25 89:1 91:5
  91:23 92:3 93:14
  95:23 96:25 99:10
  99:10 100:21
  105:23 106:6
  107:8 108:21
  109:9 114:3 115:9
  118:10 119:9
  120:3 124:19
  131:9,14 132:15
  132:25 137:15
  141:11 143:1,7
  144:2,21 149:25
  150:2 153:16
  155:22,24 158:15
  160:21 163:15
  164:1 167:10
  169:16 172:1,2
  174:22 175:9
  176:3,5 179:18
  191:6 192:7
  193:10 194:3,5

195:4,7,7,8,20
196:6,11,20
197:10,10,22,24
198:20 200:23,25
201:3,16,16,21,22
201:23 204:21
205:23 206:3,24
209:21,24 210:1
211:1 215:24
217:1,8,9,12,15,18
217:20 218:10
219:23,25 220:7
220:19,20 221:8,8
222:12 223:1
224:11,15,19,24
225:2,10 227:24
231:10,15,15,19
231:23 233:3,5
234:8 236:7,13
237:18,18 239:1
240:24 243:16
246:25 257:2,10
258:5
**knowledge** 19:1
  22:7 78:4 141:16
  141:17,17 144:11
  178:6,10 195:24
**knows** 208:3 233:4

**l**

**l** 230:21,21
**label** 39:22 55:23
**labeled** 56:17,19
  179:6
**labels** 39:23 56:11
**lack** 91:23
**language** 68:1
  129:3 132:3 133:7
  152:16 170:17
  192:19 193:5,25
  194:10 195:6,25
  196:14,18 218:21

**large** 15:8
**largest** 81:14
**launched** 218:10
**law** 16:15 17:25
  49:9,20 50:1,8,10
  50:16 93:6,8,13
  232:14,23 234:9
**laws** 265:2
**lawsuit** 16:15
  85:10 120:22
  138:14,16 139:2,3
  139:22,25 147:7
  159:17 166:22
  170:21 179:25
  180:17 206:11
  208:18,23 209:2,4
  215:23 218:8
  220:1,3 233:9,10
  233:12 247:5,7,8
  258:25 259:1
**lawsuits** 11:4
  18:13
**lawyer** 16:21
  71:18 112:11,12
  112:12 234:8
**lawyers** 17:6,10
  17:25 29:24 37:12
  56:23 71:17
**lays** 160:15
**learn** 123:6 126:2
  126:3,6,15 153:7
  153:11 155:7,9,10
  155:14,15 156:11
  156:15 157:13
  178:15 231:24
  234:11,22 235:24
  240:1,4 248:16
**learned** 260:18
**leaving** 151:22
**lecture** 156:10
  232:19

[lecturing - look]

**lecturing** 156:13
**led** 141:2 260:6
**lee** 3:12 9:15
**left** 154:17
**legal** 8:24,25 11:3
  29:23 32:13,17
  41:25 42:5 48:2,9
  50:18 103:19
  105:7,21 108:18
  110:19,20 111:5
  116:19 118:1,10
  122:10 132:5
  133:15 136:16
  149:4 150:20
  151:10 156:20
  157:10,23 222:25
  223:15 232:4
  235:4 253:18
  257:19 261:23
  263:7
**legalese** 158:1
**legality** 223:2
**leslie** 1:22 2:22
  8:25 262:4,25
**letters** 14:24 15:3
  188:5 192:23
**letting** 91:23
**level** 22:14,21,25
  47:7
**lhk** 1:12 2:12 8:19
**liability** 49:5,7,10
  49:17 50:10
**licensed** 16:7,8
**licenses** 16:4
**life** 53:9 85:14
**light** 233:10
**limit** 131:18 133:9
  133:20 134:1,19
  205:24
**limited** 49:12
  50:12 72:24

100:20 141:17
**limiter** 71:4
**limiting** 181:5
**line** 9:17 61:8
  65:11 206:21,21
  226:22 242:8
  252:11,12 263:15
  264:4 266:4,7,10
  266:13,16,19
**lines** 226:25
**link** 26:19 36:10
  36:22 37:2 41:12
  42:9 45:1 46:10
  52:13,14 53:4,18
  54:11,13,15
  117:11 118:18,23
  130:17 153:15
  154:21 155:21
  157:13,16,18
  165:25 166:4
  206:19
**linked** 116:11
  117:23 118:4,7
  119:6,12 125:8
  131:22 155:1,7,15
  155:16 156:17,21
  156:23 157:6
  238:21
**linkedin** 6:4 13:5
  13:20,22 15:25
**links** 117:6,7
  130:15 238:12,17
  238:21
**list** 125:7,12 127:9
  176:19 209:17,17
  210:15
**listed** 53:11 73:14
  121:8,23 123:1
**listened** 45:24
**listening** 201:9

**lists** 72:12 101:24
  124:23 136:25
  167:17 168:17
  183:4 190:6
**literally** 36:25
  62:7 98:7 151:17
**litigation** 15:12
  144:7
**little** 18:21,21
  28:20 31:21 56:24
  57:14 66:19 76:22
  83:15 104:14
  107:21 124:7,8
  126:17 152:24
  153:23,23 162:15
  166:4 173:13
  178:14 184:21
  218:20 228:23
  251:4
**live** 130:17 151:19
**llc** 1:12 2:12 8:17
  263:4 266:1
**llp** 3:11 4:4
**load** 38:19 80:24
  81:1 168:4 210:25
  229:5,8
**loaded** 120:6
  152:24 211:12
  251:4
**loading** 168:8
**local** 70:16 73:6
  140:14,23,24
  141:18,24 142:6,6
  142:8,13,17,22
  182:1,6,7,7,9,10
  182:11,11,11,18
  182:20,21,24,24
  183:6 186:25
  244:24
**locally** 124:22
  125:2 135:7,12

161:24 162:11,18
  162:20,23 163:11
  164:2 174:8,18
**located** 8:21 43:5
**location** 63:18,21
  63:23,24 70:16
  73:5 183:3,7
  185:13 186:25
  187:6 244:25
**locations** 176:8
**locked** 263:12
  264:1
**lodge** 16:24 55:22
  98:4,12,14 163:5
**lodging** 98:15
  257:18
**log** 70:15,19 72:16
  72:18 73:3,4
  190:18 208:9,22
  209:1,5
**logged** 173:11
  207:24 208:8
  260:21
**logical** 115:12
  217:6,6
**logically** 154:8
**logs** 190:18 207:23
  208:19
**long** 26:6 92:8
  97:15 112:20
  191:10 206:6
  231:20 257:1
**longer** 259:9
**look** 28:10 38:5,11
  43:17 44:18 45:8
  45:11 55:12 59:17
  59:18 60:1 61:15
  78:20,22 79:2
  80:21 83:3 86:15
  87:13 90:16 94:19
  96:2,2 101:10

[look - mcgee]

109:10,11 118:22
122:12 124:11
158:17 169:5
191:3 194:6,9
195:16 208:15
209:12 210:15
229:13 239:7,17
239:19,23 252:12
258:21 260:11,15
261:5
**looked** 24:23
25:13 76:7 85:21
102:6,15 107:7
144:19 164:24
176:8 195:18
216:14,15,15,15
216:16 219:6,12
219:12 239:6,14
239:14,15,24
261:1
**looking** 13:20
27:15,17 28:16
53:22 61:24 72:20
72:23 147:24
213:16 222:7,19
224:21 226:3
237:24 239:21
244:15
**looks** 40:6 78:18
131:13 226:24
230:10
**los** 4:7
**losses** 50:3
**lost** 49:19 50:3
**lot** 14:18 37:8 90:6
90:16 92:6 99:13
171:5 179:19
186:2 253:25
254:1 259:11
**lots** 102:7,8

**loud** 212:7 224:18
**low** 96:13
**lowe's** 95:17,19
154:10,11 167:1,2
167:4,11
**lower** 224:20
**lynch** 15:16,20
16:9 87:8
**lynch's** 15:23

**m**

**m** 107:6
**machine** 39:2,7
239:13
**madam** 261:15
**madison** 4:18
**main** 207:5
**maintaining** 15:23
19:15
**majority** 208:13
**making** 74:20
98:15 100:12
205:18 230:12
**malicious** 15:8
**malware** 22:1
**man** 153:23
**manage** 87:15,17
89:12 125:23
126:5 128:14
146:16,18,20
198:1 200:5,6
246:15
**management**
15:20
**manages** 146:17
**managing** 101:14
131:15
**mao** 3:18 9:15
224:17
**maps** 88:11 90:19
91:4 165:24

**march** 40:1,3
75:22 145:23
**marin** 262:2
**marines** 247:15
**mark** 3:18 9:15
13:3,8 50:25
120:3 202:2
**marked** 13:6,14
38:22,25 43:18
53:2 55:16 75:8
78:14 81:3 120:8
147:22 148:8
168:23 169:1
178:24 190:21,23
191:1,3 202:6
211:13,16 229:11
229:24 230:6
**marks** 250:21
**matching** 176:17
**material** 32:7
85:10
**matter** 8:16 10:1
42:5 68:3 85:25
196:6 197:3 217:7
236:8
**matters** 85:8
**mcdonald's**
121:17,19 122:2,4
122:22 160:21,23
165:11
**mcgee** 3:5 5:10
9:13,13 10:15
16:17,19 18:16
19:20 20:2 22:15
22:22 23:5,12,21
24:1,15 26:2
27:10 29:4 30:11
30:15,25 31:6,24
32:10,13,22 33:1
34:12 35:6 36:12
36:24 37:5 39:19

43:19 44:21 45:3
45:23 46:11 48:1
48:8,18 50:18
51:5 52:5,16
54:17 55:6,21
56:8 64:10,15,20
64:25 65:6,10
66:9,14 67:16
69:3 70:25 72:4
73:18 74:3,16
75:1 77:6 78:1,24
82:25 83:12,19
84:6,13,19 85:3,16
85:18 86:6 87:2
88:24 89:8 90:3
92:19 94:4,13
95:5 97:14 98:4
98:11,24 100:2
103:18 104:25
105:6,20 108:2,17
109:5 110:2,19
111:4,23,25
113:25 114:9,25
115:9 116:18
117:25 118:12
119:15,21 127:16
129:4,15 130:14
130:21 131:5
132:4 133:14,24
136:15 140:10
141:8 142:10
145:13 146:12
147:9,16 149:3
150:19 151:10
152:21 154:22
156:19,25 157:9
157:22 158:8,24
159:14 163:2,13
164:12,21 165:8
165:16 166:12,20
169:11 172:23

[mcgee - mode]

175:17,24 177:19
179:5,9 180:21
181:4,15 182:15
184:1,13 185:1,21
186:6,10,19
187:16 188:15
189:6 190:11
192:5 193:8
194:14 195:11
196:3,21,25
197:21 198:15
199:11 201:17
205:6 209:9 211:6
214:18 218:16,25
222:11,24 223:14
224:4 225:3,8,13
226:20 227:5,16
227:21 228:8
229:23 230:3,10
232:3 234:15
235:3,20 236:5,18
237:3,8,16,19
243:22 244:7
245:14 247:18
248:7 249:7
251:12 252:3,15
253:1,17,20 254:9
255:7,20 256:16
257:1,9,15 258:3
258:12 261:9,15
263:1
**mean** 17:2 20:4,5
21:18 25:8 26:17
26:18,20 32:23
35:8 40:6,6 57:24
71:7 73:2 92:17
93:16 94:2,9,11
105:11,15 106:1
107:8 111:10
113:6 124:2
127:20 131:3

132:24 134:5,10
134:21 135:10,20
135:23,24,25
137:9 141:25
144:14 162:21
164:10,17,23
166:15,21 170:12
170:17 172:21,25
173:1,16,17,18
174:6,11,13,17
176:23 182:5,14
182:20,25 183:20
188:20 195:9
209:24 213:11
226:19 227:3
228:19 243:4,11
253:7 254:15
257:4 258:14,16
**meaning** 52:22
80:10 94:11 153:1
241:16 251:5
252:2,6,24 253:7
261:1
**meanings** 252:7
**means** 92:21,22
93:11 94:24 95:1
95:2 112:23
135:13 137:7
142:21 152:5,17
153:13 164:23
173:1,4 174:2,23
175:8 182:21
192:16 195:8
241:14,25
**measure** 103:17
105:4 110:17
111:2 157:21
**media** 8:14 207:13
210:8 261:22
**meet** 47:20

**member** 18:5,18
18:19 19:4
**members** 214:4
**memory** 83:1,2
153:19 210:16
**mention** 33:23
34:1,4 37:20 38:2
100:15 245:13
256:3
**mentioned** 21:21
21:21 24:9 31:9
31:10,13,15,17
33:8,9 37:18,21
146:19 149:8,11
150:3 191:11
245:4,7,21,22
**mentioning** 34:20
**mentions** 33:25
34:3,23 61:3
157:1,2
**merely** 53:5
129:25
**merrill** 15:16,20
15:23 16:9 87:8
**message** 128:9
**messed** 37:12
**met** 11:11
**method** 116:23
172:7
**miami** 3:14
**microphone** 248:2
**microphones** 8:9
**microsoft** 188:23
188:24
**middle** 33:18
40:20 42:11 63:19
87:14 98:8
**millions** 82:11
200:1
**mind** 60:19 188:14
258:23 259:1,21

**mindful** 12:1
**mine** 134:11
135:21 136:3,7,9
**minute** 115:13
168:7 211:2
**minutes** 51:3 65:7
67:17 189:11
237:3,5
**mischaracterizes**
52:17 54:17 78:2
84:20 85:4,18
114:25 142:10
145:13 146:12
186:20 199:12
214:19
**misrepresenting**
54:4
**misses** 260:6
**missing** 60:9 64:5
151:21 230:5
**misspoke** 207:2
**misstate** 35:19
**misstates** 24:16
84:20 85:4 90:4
115:1 258:12
**mistakes** 76:14
**misunderstanding**
201:8
**misunderstood**
245:6
**mmao** 3:23
**mobile** 63:23 70:5
96:16 123:8 240:7
248:19
**mode** 20:5,7 28:2
31:17 33:20,25
34:3,5,6,6,17,20
34:23,24 35:1,3,5
48:6 59:23,23
61:3 70:13,13
71:8 74:2,15

[mode - need]

| | | | |
|---|---|---|---|
| 87:23 89:23 90:10 | 164:3 166:10,15 | **modes** 99:2,3,6,12 | **morning** 8:6 9:9 |
| 91:13,15,20 92:13 | 166:23,25 167:5 | 99:13,13,16,22 | 9:13,14 10:9,10 |
| 93:1,18,20 94:1,17 | 167:10 168:2 | 100:21 115:24 | **mortem** 225:4 |
| 97:11,17,24 98:5 | 172:2,7,9,16 173:3 | 116:16 124:9,11 | **motion** 256:24 |
| 98:16 99:3,4,5,7,8 | 173:6,11,12 176:4 | 131:19 136:23 | **mouth** 98:9,11 |
| 99:9,11,11,23 | 176:7,9 177:12,14 | 138:2 139:17 | 162:15 |
| 100:4,12,13,21,24 | 178:1,5,15 180:24 | 144:21 199:24 | **move** 35:12 37:25 |
| 103:25 104:15,18 | 181:10,25 182:17 | **modified** 6:8,10,13 | 115:11 201:25 |
| 106:15,21 108:23 | 183:5 184:9,9,23 | 28:21 38:22 40:1 | 206:22 240:21 |
| 108:24 110:23,24 | 185:18 186:3,16 | 55:16 75:8 | 250:5 |
| 111:1,1,12,15,22 | 186:18 191:12 | **modifying** 131:5 | **moved** 75:2 |
| 112:4 113:8,11,19 | 193:1,6,15,19 | **moment** 13:16 | **moves** 62:17 |
| 113:20 114:22,23 | 194:17,18,19,21 | 17:1 33:8 51:1 | **moving** 14:13 |
| 115:5 124:12,22 | 196:2,10,10 198:2 | 55:19 112:6 | 51:20 |
| 124:25 125:1,2 | 198:14 199:10,18 | 115:15 147:15 | **multi** 72:23 |
| 126:20,21,22,22 | 199:21,21 200:12 | 160:1,25 210:3 | **multipage** 59:24 |
| 127:13,15,22 | 200:22 201:15,20 | 212:3 231:8,20 | **multiple** 11:6 18:8 |
| 128:7,10,11,16,20 | 204:1,7 205:21 | 248:7 259:22 | 102:10 219:15 |
| 128:23 129:2,14 | 206:1 207:6,7,8,10 | **momentarily** | 255:22 |
| 129:18 130:2,10 | 207:23 208:2,14 | 35:15 | |
| 130:10,12,12,19 | 208:17 213:16 | **momentito** 66:3,3 | **n** |
| 131:4,4,13,17,17 | 214:2,9,13,17,17 | **monetization** | **n** 5:1 |
| 131:19,19 132:19 | 214:21 215:1,3 | 216:25 | **name** 8:23 10:11 |
| 132:20,22 133:3,5 | 216:2,9,13 217:11 | **monetize** 95:24 | 63:4,8,14 81:10 |
| 133:10,11,21,22 | 217:14 219:9 | 107:12 154:16 | 88:8 96:16 108:5 |
| 134:15 135:2,5,6,7 | 220:11,15,25 | 215:19 222:3 | 262:20 |
| 135:12 136:23 | 221:22 222:8,19 | **monetized** 216:20 | **named** 18:17,24 |
| 137:3 138:1,9,20 | 223:5 224:1,12 | 226:14 227:12 | **names** 108:6,7 |
| 138:23 139:9 | 226:15 227:25 | **monetizes** 227:6 | 231:9,15,15,20 |
| 140:7,18 143:2,4,7 | 231:24 234:11,22 | 227:24 | **naming** 230:11 |
| 144:10,14,15,23 | 235:24 236:10,21 | **monetizing** 214:3 | **national** 14:24 |
| 145:4,8,12,24 | 236:23 239:4 | **money** 14:14,19 | 15:3 |
| 146:2,5,10,20,22 | 240:16,18 243:4,7 | 14:19,20,20 212:5 | **near** 109:11 |
| 146:23,24 147:1,6 | 244:23 246:4,11 | 213:5 231:18 | **nearby** 12:15 64:1 |
| 147:12 148:23 | 246:14,16,19 | **moniker** 159:24 | **necessarily** 105:11 |
| 149:20 150:8,13 | 249:9,11,16,20,24 | **monique** 1:6 2:6 | 115:10 |
| 150:14 157:2,12 | 249:25 255:5,18 | **montgomery** 3:20 | **necessary** 32:21 |
| 158:5,12,20 | 256:14 | **month** 143:19 | 263:14 264:3 |
| 159:10 161:18,23 | **model** 70:4 | **moot** 198:18,21 | **need** 12:1 21:11 |
| 162:10,11,17,22 | **modern** 44:9 | **morgan** 3:4,4 9:13 | 25:22 32:24 36:10 |
| 163:10,24,25 | | 9:14 | 43:17 49:25 50:25 |
| | | | 53:3 56:18 67:15 |

67:15 92:4,8
94:25 119:9
131:10 132:13
144:13,13,17
163:5 164:15
169:17 173:14
188:19 194:16
200:23 224:19
225:8 236:12
**needed** 36:22
52:12
**needs** 47:20
149:14
**nefarious** 114:1
**neglected** 252:9
**neither** 47:16
262:16
**network** 70:5
96:16 125:6
**never** 19:4 44:16
99:15 102:15
168:1 195:21,23
196:15 198:4
201:2,2 207:12
218:6,7 227:8
**new** 4:19,19 59:24
82:12 138:2
139:16 140:7
142:5 144:20
147:23 200:2
**news** 16:13 17:16
17:21 207:14
216:21 233:12
**nice** 261:13
**nine** 60:6 206:24
**nods** 25:18,23
**non** 48:14 97:10
99:20,25 127:2,23
146:22,22 152:1
157:4 181:2
201:19

**noncompliant**
15:10
**nope** 83:2 235:7
**normal** 24:25
39:23 102:5 104:3
112:23
**normally** 91:12,22
250:19,20
**north** 3:6
**northern** 1:2 2:2
8:18
**norton** 21:8,22
22:4 24:11
**nos** 7:11 211:16
**notating** 263:15
264:4
**notations** 28:5
**note** 8:9
**noted** 261:24
**notice** 6:12,18
75:7 79:20,22,25
81:23 82:23 86:14
86:15 102:9 120:7
121:1,6 122:25
123:17,20,24,25
124:5,6 132:11,20
144:20 160:25
164:20,25 202:24
202:25 218:3
239:22 246:8
248:9
**notices** 120:16
**noticing** 9:7
**notwithstanding**
203:22 213:2
**november** 40:4
**number** 6:3 8:18
28:16,18,19 63:5
70:6,7 96:17,17
128:14 202:20
203:12 212:2

226:2 237:22
238:24 239:5,8,10
239:12,18,22
240:2,22 243:14
261:22 263:15
264:4
**numbers** 56:24
57:13,15,17,18
70:16 73:6 211:23
**nutshell** 127:21
**nyborg** 3:19 9:17

**o**

**oath** 9:21 10:19
262:8
**object** 17:2 19:20
20:2 22:15,22
23:5,12,21 24:1,15
26:2 27:10 30:15
30:16 31:6 34:12
35:6 36:12,13,24
37:2,6 43:19 45:3
45:23 46:11 48:1
48:8 52:5,16
54:17 55:6 66:11
69:3 72:4 73:18
74:3 78:1,24 85:3
85:16 86:6 88:24
89:8 90:3 92:19
94:4 95:5 97:14
98:6 100:2 103:18
104:25 105:6,20
108:2,17 109:5
110:2,3,19 111:4
111:23,25 113:25
114:25 116:18
117:25 127:16
129:4,15 132:4,4
133:14 136:15,15
140:10 141:8
142:10 145:13
147:9 149:3

150:19 152:21
156:19 157:9,22
163:13 164:21
165:8,16 172:23
175:17 177:19
180:21 181:4,4,15
184:1,13 185:21
186:19 187:16
188:15 192:5,6
193:8 194:14
195:11 196:3,25
205:6 214:18
218:25 222:11,24
223:14 224:4
225:3,4 226:20
227:21 232:3
235:3 243:20
244:4 245:9
246:12 252:3
253:17 258:12
**objecting** 163:2
**objection** 16:24
17:4 30:11,25
37:4 44:21 48:18
55:22 56:13,15
66:9,12 70:25
74:4,16 83:19
84:6,13,19,20 87:2
94:13 98:5,7,12,14
98:15,24 110:4
114:1 118:12
130:14 133:24
146:12 151:10
154:22 164:12
166:12 175:24
182:15 198:15
199:11 218:16
227:5,16 236:18
253:1 255:7
257:19

[objections - online]

**objections** 7:4,8
  7:13 9:6 37:6
  119:15 156:25
  158:8,24 159:14
  163:6 179:5 185:1
  186:6,10 197:21
  202:4,13,18
  203:23 211:15,22
  213:3 228:8
  229:10,19 234:15
  235:20 236:5
  254:9 255:20
  256:16 262:9
**obscure** 193:20
**observation** 66:4
**obvious** 217:16
**obviously** 107:5
  220:23
**occasion** 14:24
  20:6,8,16 21:10
  22:10 24:10,11
  102:6 208:16
**occasionally** 24:10
  24:23 102:15
  103:10
**occur** 260:8
**offer** 48:13 63:6
  63:13 66:25
**offered** 65:3 116:9
**office** 210:17
  224:21 263:11
**oh** 28:3 62:7 72:23
  76:21 79:23
  120:17 122:2
  124:11 151:25
  172:11 209:11
  229:16 245:6
  249:2
**okay** 10:21 11:2,5
  11:8,22 12:5
  13:17,24 14:7,16

16:20 17:15,21
19:22 21:2 24:23
25:7,24 27:6 28:9
29:5,9,20 30:8,12
31:1 32:12,20,22
32:23 33:1,2,8,12
33:16 34:1,14,18
35:4,13 37:7 38:1
38:13,18 39:4,6,9
39:11,18 40:5,13
40:19 41:4 42:13
42:18,25 43:14
44:15 45:14 46:3
46:22 47:3,5,12
48:16,22 49:5,7,20
50:24 51:11,21
52:1,19 53:13
54:10,14 55:12
58:20 59:20,24
61:9,17 62:14,17
62:19,22 63:15
64:3,9,15 65:9,13
66:6,14,22 67:7,12
67:20,23 68:10
69:10,13 70:11,15
70:21 71:15 72:7
73:8,23 74:22
75:14,17 76:13,15
76:25 78:6,11,18
78:19 79:6,11,23
80:21,23 81:9,22
82:6,20 83:9 84:9
84:24 86:3,16,22
88:6,22 89:24
92:16 93:12 95:11
96:2,8 97:9 98:21
98:23 99:18
100:22 101:1,11
101:13,16 102:12
103:8 104:6,10,19
104:21 105:2

106:3,24 107:21
107:24 108:13
109:17,22 110:16
110:25 111:8,19
111:19 113:18,23
116:7,15 119:20
120:12,18 121:5
121:11 122:5,21
122:21 123:13,16
123:18,21 124:11
124:11,20,20
125:1 126:10,19
126:22 127:8,12
127:17 128:25
130:9 131:17
133:6 135:1,3,5,6
136:11,20 137:6
138:8 139:14,23
140:17 142:16,20
142:24 144:5
147:16 148:24
149:1 150:24
152:14,17 153:20
155:15 157:19
159:7,16,25 160:6
161:1,6,16,17,21
161:22 163:1,7,20
163:21 164:7
166:1,9 168:3,21
169:5,10,14,15,18
170:9 171:8,18,22
171:25 172:20
173:25 174:6
175:14 177:9,25
178:21 179:4,7,11
179:13,14,22
180:11,15,15
181:9 182:5,13,22
183:1,5,22 184:19
186:22 187:4
189:5,18,25 191:5

191:14 192:18
194:5,20 195:13
195:17,18,21
196:13 198:24
199:4,23 201:8
202:8,10,11
203:13,15,16
204:16 205:17
206:12,22,22
208:4 209:14
210:3,6 211:5,20
212:3,10,11 214:5
215:5,7 220:13
222:10 224:20
226:1,5,5,22 227:1
227:1 229:1,15
233:25 234:19
237:7,23,24 238:1
238:7,8,15,23,25
239:2,3,6,16,23,25
240:2,15,21,23
241:1,2,3 242:1,5
242:21 243:15,16
244:7 245:3,8
247:3,12,25 248:4
248:5,16 249:18
250:4 251:11,24
253:13,22 254:12
257:1,15,24
258:14 259:25
260:12
**once** 21:5 25:3
  45:16 76:11 85:14
  143:19,19,19,19
  144:2
**ones** 18:8 210:1
  234:1,3
**online** 24:14,19
  68:4 95:18 210:5
  218:3 221:12

[ons - part]

**ons** 125:16

**ooo** 8:3 261:25

**open** 12:9,12
13:18 169:8
178:14 192:21
207:19 208:9,21
209:22 225:25
256:22

**opened** 40:2,7,11
56:1 102:6 169:7
204:2,18

**openly** 97:18

**operating** 70:4
82:16 96:15

**opinion** 105:24
118:10 193:22
197:9 218:13,14
226:21 227:22
228:25 231:2,12
232:5 235:4 253:9
254:14 258:2

**opportunity**
169:12

**opposed** 18:18
220:8 258:6

**opposing** 32:18

**option** 22:5 103:15
104:13

**options** 102:7
171:18,21,22,23

**order** 36:20 52:4
53:4 54:10 76:2
121:17 164:16

**organizations**
116:4

**orient** 72:9

**original** 263:10,21

**os** 65:23 123:9,10
240:7 248:19

**outcome** 9:3
262:19

**outlined** 193:10

**outrageous** 20:5

**overall** 246:20

**oversimplification**
127:25 128:2

**overt** 106:16

**overtly** 93:2,5
156:5 213:22
227:25

**owned** 136:13
160:13

**owns** 135:24 136:9

## p

**p.m.** 2:20 75:11
77:9,12 119:23
120:1 147:18,21
148:6,12 190:13
190:16 211:8,11
225:15,18 237:10
237:13 261:20,24

**pacific** 2:20,20 8:2
8:7

**page** 13:20,22
26:14 27:12,13
29:13 33:16,17
36:1 37:2 40:20
40:21 42:11 44:4
44:12 46:22 47:1
47:23 49:16,18
51:18,19,19,20,21
51:24,25 57:17
59:2 61:17,19,24
61:25 63:10,11
64:4 65:2 67:12
67:19 68:12 72:25
80:22 82:9 87:13
96:2,2,24 97:13
101:10,11,13
102:19,22 103:8
104:8,23 106:6,23
107:22,24 109:11

109:17 115:14,17
115:18 117:11
118:5,25 119:4,12
121:2,3 123:14,14
126:18,19 130:7,8
130:11 131:9,14
131:21 135:4,5
136:19,20,21
137:16 140:2
147:23 148:16
153:13 154:5,7,8
154:18 155:7,7
156:23 157:6
161:19,20 163:21
167:8 168:5 171:6
174:21 181:18
193:25 194:7,9,17
195:1,3,6,10,14
197:12,13 200:24
203:21,21 216:3
238:7,8 263:15
264:4 266:4,7,10
266:13,16,19

**pages** 1:25 59:8,11
60:1,6,7 72:23
119:6 125:5,6,8
131:22,23 142:14
155:15,16 156:17
156:22 179:10
205:11 262:13
263:14,17,17
264:3,6,6

**paid** 49:12 50:13
212:5 213:4

**paper** 34:25

**paragraph** 31:18
33:16,17,18 34:17
38:3 42:12 44:5
49:9 50:6,15 62:2
62:20 63:17,19
64:5 65:1 68:15

69:6 70:20 71:7
87:14 88:16,21
90:11 96:1 114:20
121:2 123:17
124:1 126:9
130:11 132:1,3,9
132:14,19 134:25
137:5,12,23,24
138:16,17,21
139:6 140:20
150:6,6,11,12
161:8,10 162:4
170:12 172:8,11
176:25 189:12
212:12,18,25,25
218:2 226:3,23
239:25 240:3
248:8,11,13,14,15
249:15,22 250:1

**paragraphs** 60:8,9
169:24

**part** 26:12,23
27:14 31:11 35:23
41:3,16 42:16
44:13 46:13 48:11
50:21 53:6,19,25
54:20 55:10 61:5
61:12 62:4 65:17
82:19 103:2,6,11
117:4,14,15,23
118:4,18,19,19,24
118:24 119:7,13
119:14 121:19
139:4 149:1,6,8,9
149:12 150:17,22
155:2,6,8,16,17
156:18,23 157:7
157:16,18 165:3,6
165:7,11,15 205:5
205:8,9 242:2
249:21 260:2

partially  259:17
participate  231:1
  231:12
participated  19:12
  23:10
particular  52:25
  90:7 118:23
  133:25 142:1
  170:3 179:20
  207:9 214:22
  218:22 228:14
particularity
  202:21 203:4
  212:5
particularly  89:22
  213:18
parties  8:13
  183:25
partner  15:19
parts  61:19 204:22
  205:2
party  9:2 21:23
  71:9 97:5,11,20
  99:20 100:18
  104:2 111:16
  112:6 113:13
  127:14 147:3
  159:5 218:23
  262:17,17
pass  224:2
passed  224:24,25
passing  38:3
passive  100:6
passively  93:4,18
  128:5 213:21
passwords  125:10
  126:3
patient  224:8
pattern  208:12
patterns  104:3
  213:14

pause  163:4
  250:22
pauses  210:23
pay  231:3,13
  259:6
payment  126:13
  126:14
payments  126:15
paypal  14:18
pdf  13:17 78:19
  263:12 264:1
pdf'd  56:5
penalty  10:19
  263:16 264:5
  265:1
pending  222:12
people  68:3 82:11
  95:14 112:19
  151:2,8,15,17,17
  151:18,19,20,20
  151:23 152:5,5,15
  152:18 153:1,25
  157:20 158:6,18
  158:21 159:11,18
  180:4,7,13 200:1
  230:24 236:12
  241:4,11 250:14
  250:23 251:6,20
  252:23 253:14
  254:4,6 255:1,6,18
  256:14
perceive  189:4
performance
  20:16
period  22:11
  23:18,24 25:7,8
  58:10 65:4 75:23
  76:10 80:16,19,20
  107:9 112:13
  114:3 126:2,3,4,6
  126:16 143:13

144:6 181:14
  206:5,13 207:6,6
  207:11,11 208:23
  208:23 210:4,5,7,8
  210:11,12,13
  238:5 244:25
  263:18 264:7
periodically  86:4
  86:11 169:25
  206:14,15
perjury  10:19
  263:17 264:6
  265:1
permissions
  125:12
permitted  49:9,20
  50:1,8,9,16
person  108:8
personal  28:19
  40:23 43:2,8,12,15
  63:3 105:24
  107:22,25 108:4
  108:14,14 109:2
  125:9 126:10
  213:10,13 214:7
  214:11 215:21
  222:14 226:8
  234:24 236:1
  240:9 248:24
personalized
  23:25
personally  236:15
perspective
  213:17 256:8
peruse  206:16
perused  206:21
pet  18:12
phone  12:15 37:25
  70:6,7 96:17
phones  200:7

photo  63:8,14
photos  87:18
phrase  36:15 50:9
  139:7 152:14,16
  172:20 253:13
  254:4,24 255:1
  256:4
phrased  18:21
  108:21
physically  93:1
pick  8:10
picked  201:1,1
picture  10:13
piece  34:25 153:23
pieces  25:15
ping  136:18
pissed  215:22
place  8:13 101:17
  101:21 111:18
  113:14 115:12
  150:1 207:25
  262:7
placed  32:4
  111:21 138:10
  141:7,13,18 175:9
  176:11
placeholders  23:1
plaintiff  7:2,7,12
  18:17,24 202:3,17
  204:1 211:14,22
  213:3,8 226:7
  229:9,18
plaintiff's  226:14
plaintiffs  1:10
  2:10 3:3 13:1
  17:25 155:24
planning  212:14
  212:15
platform  13:10
platforms  82:16

play   103:1
played   21:18
players   221:5
please   8:9 9:6,20
  9:24 10:12 13:19
  49:23 75:16 81:1
  81:8 99:3 114:12
  130:24 145:17
  158:1,2 237:22
plus   78:5
point   9:12 11:12
  74:11 100:8
  106:13 122:16
  125:3,9,12,14,16
  125:17,19,23
  126:1,5 140:5
  208:3 209:16
  210:21 231:23
  232:18 233:13
  250:22
pointed   223:25
pointing   152:8
points   12:4 64:2
  126:7 183:8
policies   24:19
  40:22 41:8,16
  42:15,15 43:1,8,11
  44:4 45:16,22
  51:23,25 85:13
  86:18
policy   6:9,16
  24:24 25:2,5 26:1
  26:10,12,15,19,20
  27:3,9,13 28:1,8,8
  29:11,12,13,15,16
  29:23 30:5,9,13,22
  31:9,11,11,13,16
  31:18 33:10,14,17
  33:17,18 35:14,17
  35:24 36:10,11,21
  36:23 37:1,2,18,19

38:2 40:7,18 41:2
41:3,12,16,18,24
42:5,7,9,16,19
44:1,6,7,19 45:2,9
45:11,20 46:1,10
46:13,16 52:2,11
52:15,20,23,24
53:4,7,7,17,19,25
54:4,5,7,11,16,20
54:23 55:5,10,13
55:14,15,25 57:7
57:10,21 58:24
59:2,3,6 62:13
65:3 79:14,15
80:2,3,7,14 81:2
81:24 82:4,5,8,19
83:4,10 85:22
86:5,9,13 90:8
95:22,25 97:10
99:24 100:8,16,25
101:5,8 113:21,24
114:2,11,14,16
115:19,20,22
116:1,2,16,21,25
117:3,14,23 118:4
118:8,18,19,20,20
118:24 119:7,13
119:13 128:13
129:20 130:1
132:8,12,17 145:1
145:10,12,23
146:10,15,25
149:8 150:4,11
155:3,6,8,12,12,16
155:17 156:18,21
156:24 157:1,7,12
157:13,14 158:11
158:12 161:9,11
161:12 162:5
167:6,8 169:23
171:6 177:8,10

180:16 181:1
191:25 192:16
193:2,11,13
194:21,25 196:5,8
196:22 197:1,8,11
197:12,18,24
198:9,12 199:2,6,8
199:14,20 200:18
201:13,22 202:23
204:5,5,17,21,25
205:2,4,9,10,22
206:5,8,18 215:10
217:25 219:1,2
220:10 223:6,23
228:3 232:12
236:22 237:24
238:2,4 239:13,20
240:4,8,12,13
243:1,6,12 245:24
246:3,7,21 248:22
249:1,4,17,23
250:3
ponging   136:18
pop   200:25 206:16
portion   63:11
portions   203:3,4,4
posed   92:7
positions   14:2,5
possibility   221:23
  223:12
possible   12:4 62:3
  84:25 200:15
  218:12 245:24
possibly   21:7,19
  45:6 256:12
post   225:3
posture   155:23
potentially   141:9
  174:22 260:2
pounder   121:18
  121:18 122:1,1,3

160:22 165:11
powered   256:10
practice   24:25
  45:8,10,15 85:22
  102:5 103:11
  208:12
practices   116:4
  123:13
precariously
  154:12
precautions   19:18
  19:25 20:8 24:8
  24:14 147:11
preceding   92:11
prediction   125:7
preloading   141:21
preparation   12:24
prepare   11:12
preparing   124:17
presence   258:23
present   4:23 9:4
  51:25
presented   48:13
pretty   34:8 71:12
  122:8 149:12
  150:1,1 153:21
  160:12 165:5
  166:24,25 167:17
  175:3 180:19
  189:7 199:5,22
  222:13 236:19
  242:11 257:5,5
prevent   147:11
  192:3 193:7 194:1
  196:2 231:25
  234:12 255:5,18
  256:14
preventing   221:4
prevents   194:12
  234:23 235:25

[previous - privately]

**previous** 83:14
84:20 85:18 110:4
113:4 130:15
179:6 212:24
252:10,12
**previously** 98:6
163:16 182:9
256:20
**price** 216:15
**priceless** 215:21
259:16
**printed** 32:2 58:21
60:9,15 62:7 64:5
64:7,7
**printer** 60:24
**prints** 60:22
**prior** 17:24 54:18
74:4 76:9 78:2
90:4 115:1 143:13
143:14 145:14
146:12 186:20
199:12 202:25
214:19,20 247:5,7
258:13
**privacy** 6:7,9,9,12
6:16,18 19:13,15
19:19,25 20:9
24:8,14,18,24 25:2
25:5 26:1,9,12,19
26:20 27:3,9,13,25
28:7,8 29:11,12,13
29:15,16,23 30:5,9
30:13,22 31:9,10
31:11,13,15,18
33:10,14,17,18,21
35:14,17,24 36:10
36:11,21,22 37:1,1
37:18,19 38:2,21
40:17,22 41:1,3,8
41:12,15,16,18,24
42:5,7,9,14,14,15

42:16,19 43:1,2,7
43:9,11,12,16 44:1
44:4,6,7,19 45:1,9
45:11,15,20,22,25
46:10,13,16 51:18
51:23,25 52:2,11
52:15,20,23,24
53:4,7,7,17,19,24
54:4,4,7,11,16,20
54:22 55:4,10,13
55:14,15,15,25
57:7,9,21 58:24
59:2,3,6 62:13
65:3 75:7 79:14
79:20,22,24 80:2,7
80:14 81:2,23,24
82:4,5,7,19,23
83:4,10 85:8,13,21
86:1,5,8,18 87:16
87:24 88:18,22
89:6,12,16,25 90:1
90:7,8,14,17,21,25
91:7 94:2,9,24
95:9,9,22,25,25
97:10 99:24 100:8
100:16,25 101:5,7
101:24 102:4,9
113:21,23 114:2
114:11,14,16
115:19 116:1,2,16
116:21,25 117:2
117:14,23 118:4,8
118:18,19,20,20
118:24 119:7,12
119:13 120:7,16
121:1,6 122:25
123:17 128:13,14
128:21 129:11,20
129:25 130:3
132:8,10,12,17,20
144:19,25 145:6,9

145:10,11,12,23
146:3,9,10,15,18
146:20,21,25
149:8 150:4,11
155:3,6,8,11,12,16
155:17 156:18,21
156:24 157:1,7,11
157:13,14,21
158:7,11,12,13,23
159:13,23,24
160:25 161:9,11
161:12 162:5
164:20,25 167:6,8
169:23 171:6
177:8,10 180:16
181:1 191:25
192:16 193:2,11
193:13 194:21,24
196:5,7,22 197:1,7
197:11,12,18,24
198:1,2,9,12 199:2
199:6,8,14,20
200:5,13,17
201:13,22 202:23
202:25 204:4,17
204:21,25 205:2,9
205:22 206:4,8,18
215:10 217:25
218:3 220:10,12
220:15 223:6,23
228:3 232:2,11
234:14 235:2
236:4,17,21,22
237:24 238:2,4
239:13,20,22
240:4,12 243:1,6
243:11 245:23
246:3,7,7,15,21
248:9 249:1,17,23
250:3 253:16
254:8

**private** 6:21,25
7:1 8:10 20:13
59:23 61:3 66:8
66:21 67:10 74:2
74:15 90:19,20
91:4,4 92:18,21,21
94:11 95:1,1,1,2,2
95:9,10,21,22
97:10 115:23
116:16 127:2
146:22 166:11,18
167:4 168:22
171:13 172:7,9,15
173:3,6,10,12,20
173:22,22 174:1
175:5,10,12 176:4
176:6,9 178:15
179:8,16 180:3
190:23,25 191:12
191:19,20,21
193:6,15 194:1,12
194:17,19,20
196:1,10,23
197:19 198:13
199:18,21,24
201:14,19 203:25
204:7 205:21
206:1 208:17
213:15 214:1,9,13
214:16,17,21
216:17,18,25
226:15 227:7
247:6
**privately** 6:23
33:19 87:22 90:10
92:13,17 94:1,2,9
94:11,16,18,20,20
94:22,23,24,25
114:21 128:15,19
130:2 145:3 146:2
150:13 151:2,8,15

Veritext Legal Solutions
866 299-5127

**[privately - question]**

152:25 153:25
158:18 159:3
160:5,7 168:5,25
170:25 171:12,19
177:11 178:16
180:4,7,12 181:19
192:3 199:9
200:11,20,21
236:24 241:4,10
241:16 246:15
250:14,23 251:5
251:19 252:22
254:13,24 255:24
**privilege** 17:3
209:10
**privileged** 16:23
**probably** 14:25
45:16 46:17 74:23
79:4 85:13 106:21
152:10 177:7
214:25 237:2,5
259:8
**problem** 39:18
63:20
**procedure** 263:19
263:20
**proceed** 10:5
**proceeding** 9:6
**proceedings** 1:17
2:18 8:4 11:6
129:8 145:20
262:14
**process** 11:9,15,21
63:22
**produced** 39:22
233:21
**produces** 166:2
**product** 18:11
96:12 218:22,23
**products** 18:9,14
19:8 116:10 121:7

121:14,23 123:1
123:23 124:3,4
162:7,8 165:1,19
166:2 213:10
226:9,18
**profile** 6:5 13:6
63:7,14
**profit** 215:20
**profits** 49:19 50:3
214:3 226:17
228:16
**program** 79:14
**progress** 74:20
**promise** 47:9
114:1 150:23,23
241:7,14,15 242:2
242:4 246:10
251:16 254:12,14
255:1,3,5,17
256:13
**promised** 246:13
**promises** 47:17
196:23 197:18
198:12 199:8
222:22 241:7,9
251:17,19 252:8
252:17 254:11,16
255:25
**pronouncing**
81:10
**protect** 19:18,25
20:9 24:8,14 43:2
43:9,12 198:2
220:12,15
**protected** 240:11
248:25
**protection** 42:14
**protects** 43:15
**protocol** 72:18
**prove** 220:1,2

**provide** 47:6,21
64:1 67:25 93:17
93:17 96:11
158:22 159:12
166:23 212:6
223:13 230:23,24
**provided** 38:10
48:5,7,16,19,20,21
56:11,23 57:2
64:11 83:4 93:14
115:6,7 213:9,12
214:6,11 217:2,7
226:7 240:10
242:6,25 248:24
263:19 264:8
**provider** 141:20
167:24 189:21
190:2
**provides** 103:17
105:4,18 110:17
111:2 157:21
158:6 171:18
180:20 181:2,11
232:2 234:14
235:1 236:3
253:16 254:7
**providing** 202:13
217:21
**provision** 48:23,25
49:1 50:17
**publicly** 31:25
32:14 39:8,25
53:14 55:24 63:7
63:13
**pull** 65:25 161:4
209:23 237:22
248:3
**pulled** 205:12
239:12
**punctuation**
250:21

**punitive** 50:4
**purchase** 21:13
167:3
**purchased** 18:11
18:14
**purchases** 18:8
**purpose** 22:20
123:23,25 159:16
210:19
**purposes** 12:10
18:19 23:4,10,20
38:10 57:3 64:24
223:13 224:3
225:1
**purview** 112:25
**put** 39:12 42:21,22
42:23 44:9 53:22
65:14 66:6 80:12
98:11 104:10
128:13 130:1
144:13 146:15
167:3 171:7 181:9
215:16 257:2
**puts** 146:15
150:11 197:25
**putting** 66:6 98:9
112:3 134:12,13
138:15 140:4,5
144:22 152:16
196:16,16

**q**

**qualified** 133:1
**quarter** 121:17,18
122:1,1,3 160:22
165:10
**queries** 72:17
**question** 13:21
16:25 17:11,14
18:19,20,21,23
19:22 22:17 23:14
24:20 25:14 34:9

[question - reasonable]

34:15 35:7,10,12
36:14,16 37:8,10
42:2 43:23 44:3
44:15,16,22 50:19
52:18 54:6,24
56:25 57:25 58:1
58:4 60:19 61:2
65:13 70:24 71:11
71:14,21,22 72:7
74:8,9 83:15,21,22
83:25 84:1,22
85:21 86:20 89:4
92:2,5,6 93:23
94:6,7,19 95:8
97:15 98:21 100:3
100:11,20 109:8
111:7,18 113:4,6
113:15 117:20,22
119:3,17 122:8,11
123:2 124:15
127:4,17,18,19
131:5 132:1,13
133:1,2,17 138:12
140:3 143:3
145:17 149:7,14
152:24 154:20
156:15,17 157:6
158:1,10 159:8,20
165:13 166:14,24
166:25 168:16
170:19 173:13,13
175:20 181:6,8
184:15,19,20
185:23 186:1,8,12
187:19 192:9,17
194:4 197:9,17
198:8,11,18,19
199:2,5 201:8,9,13
202:21 203:6
215:12 220:5
221:21 222:13,16

222:17 223:2,8,11
223:17,22 224:7
224:10 227:1
230:15 234:5,7,10
234:18 235:6,8,17
235:19,21,23
238:19 243:21
244:10,11,13,14
244:17 245:3,4,6
251:3 252:10,10
252:14,16,19
253:8,19,23,25
254:3,22,23
255:16 256:6,17
256:20,21,23
257:6,7,10,25
258:1
**question's** 66:18
131:7
**questioner** 181:5
**questioning** 65:11
242:9 252:11,12
**questions** 5:15
11:20 16:20 29:7
38:10 46:23 56:18
75:20,24 77:15
120:15 122:19
159:15 169:13
189:10 200:17
212:8 222:14
237:2,4,20,21
238:2,20 239:4
247:19 250:10
255:22 258:5
261:7
**quibbling** 29:22
**quicker** 92:6
**quinn** 4:4 9:10
**quinnemanuel.c...**
4:9,15,21

**quintessential**
213:17 214:23
215:19 249:21
259:22
**quite** 25:14 125:19
218:11 225:7
234:4
**quoted** 92:1 199:5

**r**

**r** 266:3,3
**r&s** 264:1,9
**raise** 9:23 17:12
17:13
**random** 169:24
**range** 82:11
199:25
**rattled** 236:8
**reach** 12:19
**read** 20:22 24:18
25:2,5,6,7,10,11
25:25 26:4 27:2
33:13 35:17,18,20
36:2,7,9,9,20
39:17 42:8 43:7
49:1,22,22,25 52:2
53:4 54:7,10,15,16
56:6 57:24 60:7
61:1,6,6,6,12,13
62:22 63:18 69:6
69:16,21,22,23
75:25 82:7 83:10
83:18 86:15 88:17
89:2 95:11 124:24
125:19 126:8,9
127:12 128:18,18
129:1,10 132:14
132:19 149:16,17
149:24 160:17,20
174:15 177:7
180:16 192:23
199:23 200:24

203:8 206:19,20
212:6,6,7,7 218:2,6
218:20 223:19,21
239:25 240:15
241:9 248:8 249:7
250:19,20 251:18
257:7 261:10
**readily** 53:20
**reading** 21:1
26:23 33:13 40:19
44:1 62:23 73:12
80:11,11,13 82:9
97:9 99:24 101:5
101:6 131:10
133:19 134:19
160:18 212:20,21
263:23 264:9
**reads** 186:23
**ready** 169:17
212:9
**real** 53:8,9,16
**realize** 49:24
**really** 20:11 21:17
44:15 45:21 85:23
94:19 97:15 104:4
105:23 108:20
117:20 132:13,25
134:2 170:8,11
192:12,21,22
193:12,21 224:18
259:25
**reason** 37:8
111:14 113:10
142:12 175:14,21
207:21 208:13
266:6,9,12,15,18
266:21
**reasonable** 47:7
159:2 217:23
233:9

Page 35

[reasonably - remember]

**reasonably** 216:24
**reasons** 207:13
**recall** 10:24 21:5,7
  21:8 25:3 26:5
  45:4 46:3,6,6,9,20
  55:9 58:8 76:16
  76:17 79:19 84:11
  84:15,17,23 85:7
  87:12 115:25
  120:23 143:9,9
  144:12 154:24
  178:10 179:18,22
  179:24 180:1
  191:13,14,16
  192:11,11 203:6
  204:19,20,20
  205:1 206:10
  209:20 231:9,19
  239:16 243:15
  250:16 251:8,9,14
  251:22 258:11
  260:10
**receive** 14:20 69:2
  70:22 97:13 160:7
  160:19 164:11,18
  168:11,12 176:7
  177:15
**received** 18:10,14
  19:7 74:14 217:20
**receives** 73:13
  74:12 99:25
  100:17 152:1
  199:15,16
**receiving** 19:3
  97:25 147:11
  192:4 193:7 194:2
  194:12,22 196:2
**recess** 51:8 75:6
  119:24 147:19
  190:14 211:9
  225:16 237:11

**recognizable**
  108:9
**recollection** 78:21
  213:4,7
**recommend** 97:2
**record** 8:7,13 9:5
  10:12 32:24 50:25
  51:1,4,5,6,9,17
  53:2 60:7,11,18
  75:3,4,10 77:3,5,8
  77:10,11 104:1
  106:14 119:22,25
  125:17 128:6
  138:18,22 145:21
  147:15,17,20
  148:3,5,10,11
  154:15 163:2
  190:12,15 202:16
  211:2,7,10 225:6
  225:13,14,17
  237:8,9,12,18
  238:16 240:18
  241:18 249:11
  255:15 257:1
  259:12 261:18,19
  262:14
**recorded** 8:14
  104:15 105:11
  156:4 262:11
**recording** 8:12
  111:15 113:12
  144:24 194:23
**records** 131:23
  178:2
**redwood** 4:13
**reexam** 261:8,9
**refer** 26:11 34:10
  34:18,20 89:7
  113:3 121:7,22
  146:23 148:21
  187:8

**reference** 32:7
  37:22 38:3 46:19
  51:24 66:2,7 67:9
  143:4 150:7,8
  172:12 173:15
  212:23 243:18,23
  249:15
**referenced** 114:24
  150:3 263:6
**references** 33:14
  44:6 51:22
**referencing** 66:20
**referred** 37:18
  100:11 163:21
**referrer** 96:21
**referring** 14:17
  26:8,9 28:14
  45:18,18 48:25
  50:6,15 59:4 79:7
  82:2,18 86:16
  88:23 89:1,1,10
  90:8,9 92:25 99:4
  110:9,23 113:19
  113:20 114:14,16
  114:20,22 121:2
  121:13 123:14,16
  124:13 145:22
  150:7 161:13,15
  163:11 172:1,4,5,6
  172:18 187:11
  226:23 231:17
  244:9 256:3
**refers** 89:25
  107:22 121:12
  122:25 123:20,22
  124:3 162:7,8
  165:1
**reflected** 94:15
**reflection** 62:10
**reflects** 14:2

**refresh** 13:13
  38:24 55:13,20
  75:14,17 78:16
  81:6 120:11 161:4
**refreshing** 13:16
  55:21 169:6
**regarding** 246:10
**regardless** 167:10
  193:12
**registered** 16:8
**regular** 20:13,15
  70:13 104:11,18
  150:2 166:3
**regularly** 15:1
**reiterated** 246:22
**relate** 61:4
**related** 9:2 100:9
  112:21 236:10
  262:17
**relationship** 17:24
  259:14,18,22
  260:4,7
**relatively** 171:24
**release** 228:24
**released** 228:23
  263:21
**relevance** 193:24
**relevant** 87:18
  104:4 198:25
  200:7 259:23
**reliability** 47:20
**remember** 11:24
  45:6 75:20,24
  120:15 161:18
  164:24 202:13
  205:18,18 206:7
  209:9 226:11
  238:1 239:3
  242:11 250:10
  258:10 259:20
  260:19

[remind - right]

| | | | |
|---|---|---|---|
| **remind**  15:10 | 247:11 | 211:15,22 229:10 | 169:12,14 179:10 |
| 16:19 92:4 255:13 | **representing**  9:10 | 229:19 | 179:11 203:7,9,13 |
| 255:14 | 17:25 39:24 42:23 | **responsibility** | 203:14 205:13 |
| **reminds**  250:8 | 53:23 55:7,24 | 220:14 | 209:20 212:3,10 |
| **remote**  1:17 2:18 | 71:11 93:22 115:7 | **responsible**  49:19 | 241:2 263:8,10,13 |
| **remove**  20:10,12 | 156:9 171:11 | 50:2 220:18 258:6 | 264:2 |
| 32:8 259:5 | **represents**  35:1,2 | 258:19 259:4,8 | **reviewed**  26:14 |
| **renew**  66:9 | 214:2 | **responsive**  157:4 | 37:14 40:5,7,15 |
| **repeat**  197:17 | **request**  32:8,10 | **restate**  37:7 | 45:20 46:1,15 |
| 235:21,23 | 96:21 | **restroom**  225:11 | 47:5 55:2 66:15 |
| **repeatedly**  242:6 | **requested**  264:1,9 | **result**  15:9 213:24 | 76:18 77:19 83:11 |
| 257:9,11,13 | 264:10 | **results**  87:18 | 84:5,15,17,25 85:7 |
| **rephrase**  109:8 | **require**  63:2 | 116:11 171:14 | 102:14,16 158:10 |
| 158:2 | **requires**  175:18 | 200:8 | 169:18 170:13 |
| **rephrased**  113:6 | 177:20 | **retain**  107:5 | 179:13,21,22 |
| **reported**  1:21 | **research**  20:23,25 | **retained**  261:23 | 180:18 202:22 |
| **reporter**  2:22 8:25 | 216:17 | **retaining**  106:22 | 203:1,2,2,5,16,23 |
| 9:20,22 10:4 | **researched**  21:17 | **retains**  145:2 | 204:4,17,21,23,25 |
| 49:21 76:23 129:6 | **reserve**  257:2,16 | 240:14 249:5 | 205:17 206:3,4,8 |
| 145:16,19 261:15 | **resonated**  16:14 | **retaliating**  209:3 | 206:14,15 212:11 |
| 261:17 | **resources**  125:6 | **retaliation**  209:2 | 212:13,18 216:14 |
| **reporter's**  25:21 | 183:11,17,20 | **retargeting**  218:5 | 217:25 227:2 |
| **reports**  96:20 | 184:11,25 243:19 | **retention**  240:13 | 232:24 233:3,24 |
| **represent**  40:10 | 243:24 245:2,5,12 | 249:4 | 239:10 |
| 53:13 56:7 57:20 | 246:2 | **return**  263:17 | **reviewing**  39:16 |
| 64:15 104:7 192:8 | **respect**  105:2 | 264:6 | 39:19 46:6 64:11 |
| 223:25 238:15 | 253:13 254:4 | **revenue**  227:13 | 79:20 83:23 85:13 |
| 242:15 | **respectfully**  71:13 | 228:15,15 | 85:24 101:15 |
| **representation** | **respond**  61:2 | **revenues**  50:3 | 130:22 |
| 30:21,23 35:2 | 203:7,10 231:22 | 226:17 | **revisit**  244:13 |
| 39:20 56:2 57:10 | **responded**  82:4 | **review**  12:25 | **ridiculous**  156:12 |
| 133:13 | 249:10 252:17 | 29:15 39:12,17 | **right**  9:23 12:6,17 |
| **representations** | **responds**  203:23 | 45:2,15,22 54:22 | 13:3,13 16:1 17:7 |
| 30:1 59:22,22 | 204:2 213:3 | 57:23,23,25 58:1,6 | 17:19 19:2 21:2 |
| 61:4 203:24 204:4 | **response**  7:4 45:25 | 58:9 60:1 77:22 | 22:8 24:7 25:5,17 |
| 205:19 | 92:5 149:7 165:12 | 77:22 84:10 85:9 | 26:19 27:1,5,20 |
| **representative** | 202:4 203:17,18 | 86:2,4,4,8,19 | 28:5,20 29:1,5,17 |
| 16:9 18:18,25 | 203:20 212:6,12 | 100:7 101:18,21 | 29:18 31:19 32:25 |
| **represented**  41:22 | 235:18 251:3 | 102:12,20,24 | 33:3,4 34:5,19 |
| 54:2 62:5 66:10 | **responses**  7:9,14 | 126:2 130:25 | 36:3,23 37:13,15 |
| 127:22 129:13 | 30:20 202:14,18 | 153:18 155:12 | 38:7 40:17 41:14 |

**[right - saying]**

42:1,1,16 44:12,24
46:4 51:15,22,23
53:4 54:12 56:16
56:22,24 57:4,4,15
57:19 58:25 59:18
60:3,25 62:18,22
63:16,17 66:1
67:5,10,24 68:11
68:16 69:11,21
72:10,21 74:23
76:8,15,25 77:13
77:24 78:6,9 79:6
79:11,18 80:19
81:16,16 82:6
83:3,7 84:24 87:9
87:13 92:10 93:23
100:19 103:9
104:24 105:17,19
107:14 111:3,8
112:2 113:3,16
114:6 115:8,22
116:1,14,14
117:12 119:8
120:2,5,12,14
121:24 124:7
127:10,24 128:9
130:10 131:15
132:11 136:2,5,8
136:11,17,21
137:24 138:11
139:14 142:3
144:20,23,24
147:22 148:21
150:25 153:3,12
153:14,22 154:5,6
154:7 155:23
156:13 157:25
158:17 160:4,12
160:15 161:3,5,6
161:16 162:7,13
162:19,21,23

163:1,18 164:18
164:20 166:4
167:13,14,21,25
168:12 170:15
172:19 173:24
174:10,24 175:10
175:14 176:10,12
176:15,18 178:12
178:13,25 179:14
180:2,17,19,20
181:11,18 182:6
182:19 183:10,22
184:12 185:9,10
185:20 189:19
190:10 191:8
194:16 199:1
201:20,22,25,25
202:12 203:19
204:11 205:4
206:9,17 207:24
207:25 208:4
209:7,14 211:21
211:24 212:1,20
213:6 214:15,17
215:3 217:14,16
217:18 218:6,12
218:24 219:4,7,17
219:24 220:6,9,19
221:2,3,6,20,24,25
221:25 222:10,23
223:11 225:9,24
226:6,9 228:21
229:13,18,21
231:4 234:5
235:15 237:1,17
242:8,15 243:2,18
243:25 244:18
248:9,12,20 249:2
249:5,6,20 250:4,8
250:11,25 255:4
256:19 258:9

261:11
**rights** 257:2,16
**ring** 215:15
  216:13,22 219:12
  219:20 222:8,19
  260:25
**rings** 215:16
  216:11 219:6
**river** 10:14
**rmcgee** 3:9 263:2
**rock** 10:13
**rockwood** 1:22
  2:22 262:4,25
**role** 15:18
**room** 12:5,7
**rosas** 1:22 2:22
  8:25 262:4,25
**rough** 261:16
**rpr** 1:22 2:22
  262:4,25
**rules** 11:16 264:8
**running** 15:22
**runs** 96:13
**rush** 261:16
**ryan** 3:5 9:13 29:1
  31:20 67:14 74:24
  98:7 211:2 237:19
  263:1

**s**

**s** 266:3
**sacramento** 1:18
  2:19 8:1,21 15:20
**safari** 172:2,8,11
  172:12,17
**safe** 21:24,25 67:1
  106:23 123:9,10
  123:13 240:8
  248:20
**san** 3:21
**santa** 16:2

**save** 154:4 160:10
  160:14,18 162:22
  164:3,8,17 167:16
  168:13,13,14,17
  168:19 174:20
  196:9 197:13
  235:11,12,13,14
  240:19 241:20,21
  243:9
**saved** 101:18,22
  125:16 153:7
  154:3,3 174:3,8,16
  176:1,2,4,21 177:5
  177:16 181:21
**saving** 172:14,21
  173:2 176:3 182:1
  182:17 183:6
  244:24
**saw** 16:13,15
  17:21 107:16
  170:20 219:7
  247:8 258:25,25
  260:23,25
**saying** 12:1 33:2
  34:19 36:25 53:16
  73:7 74:21 76:4
  79:21 80:4 81:12
  90:5,17,20,22,23
  93:4,5 104:14,16
  121:16,25 122:7
  122:12,14 128:12
  134:12,13,16,17
  137:1 147:4
  149:11 151:25
  152:25 158:3
  160:13,21 163:9
  171:10 176:15
  177:6 184:21
  206:18 213:23
  214:6 216:7
  219:23 228:1

[saying - searching]

| | | | |
|---|---|---|---|
| 233:1 250:21 | 155:11 158:18 | **scrap** 211:5 | **scrolled** 35:22 |
| 251:5,8,9 259:15 | 160:5,9,9 161:8,23 | **screen** 6:20 12:8 | 36:19 |
| **says** 15:25 26:21 | 162:1,4,6,6,10,12 | 12:12,13 28:1,2 | **se** 3:13 |
| 27:13 28:17,18 | 162:17,20 163:25 | 31:2,8,10,15 33:5 | **search** 6:23 72:17 |
| 29:13,15 32:14 | 163:25 164:2 | 33:6,9,15,24 34:1 | 80:9 82:1,14 |
| 34:16 36:11 40:22 | 165:1 167:14,16 | 34:4,7,7,10,11,16 | 87:18 104:3 107:2 |
| 40:24 41:14 42:25 | 168:16,20 171:2,6 | 34:19,21 35:5,15 | 107:6,10,15,16 |
| 47:6,14 49:8 52:8 | 171:12,17,20 | 38:24 39:13 51:14 | 108:22,23 116:11 |
| 52:15,20,21,25 | 172:17 173:9,21 | 55:20,22 57:6,11 | 166:3 168:4,25 |
| 57:14 59:2 62:19 | 173:22 174:1,15 | 78:17,21,22 96:13 | 170:24 171:3 |
| 63:1,17,20 65:18 | 174:19,24 175:4 | 98:13 106:1 | 172:14,15,21,22 |
| 66:16 67:24 68:7 | 175:11,13 176:19 | 113:22 115:4,4 | 173:1,2 178:16 |
| 68:12,12,16 69:13 | 177:2,10 178:14 | 148:7,17,23 149:1 | 185:6,12,12,18,19 |
| 69:14,16,24 70:2,3 | 178:15 179:16 | 149:16,17,22 | 186:23,24 187:5,5 |
| 71:3,24 72:11,21 | 180:2,3 181:20,21 | 151:5 153:10 | 187:8,9,10,13,22 |
| 74:18 75:19 79:3 | 181:25 182:11 | 155:5,6 156:18,23 | 187:24,25 188:1,3 |
| 79:12 80:8 81:25 | 183:2 185:3,5,6,12 | 157:7,17,18 | 188:11,13,23 |
| 82:10 87:14 88:17 | 186:16,18 189:13 | 158:17 159:1,6,8 | 189:2,5,21 190:2,7 |
| 88:21 89:11,15 | 189:19,20 190:5,9 | 160:2,16 163:22 | 191:21 197:4,23 |
| 92:12 94:20 96:3 | 191:20 192:22,25 | 163:24 164:2 | 198:3 200:3,7 |
| 96:6,8,24,25 97:5 | 193:12,20 196:6,8 | 167:6 168:20 | 201:2,5 213:14,17 |
| 97:25 98:18 | 196:11,12 197:7 | 180:9 188:6,8 | 215:19 216:7,8,17 |
| 101:14,17 102:19 | 197:13,25 199:16 | 191:15,16,19 | 219:10 220:21 |
| 102:23 109:12,21 | 199:19,20,25 | 192:2,11,20 193:5 | 221:9 242:20,21 |
| 109:23 110:6,11 | 200:19,20,22,23 | 195:22,23,25 | 243:2 244:9 |
| 115:4,19,20 116:2 | 203:8,22 204:13 | 196:18 197:13 | 245:18,25 |
| 116:8 117:15 | 218:3,21 220:11 | 203:24 223:7,23 | **searched** 107:3 |
| 121:6,22 123:6 | 220:14 226:7,12 | 228:3 232:14 | 133:5 215:14 |
| 124:1,6,8,21 130:1 | 235:9,13,14,15 | 235:9 243:8 | 216:1,6,11,13 |
| 130:1 133:9,20 | 236:22,22 239:20 | 245:24 246:7,23 | **searches** 100:10 |
| 134:1,19 135:8 | 241:3 243:6,7,8 | 251:24 252:20 | 100:12 102:25 |
| 136:22,23 137:4 | 244:19,23 245:11 | **screenshot** 35:2 | 105:12 106:16 |
| 137:13,18,19,24 | 245:11 246:3 | 57:11 79:10 | 107:12 132:23 |
| 138:6,25 139:5,8 | 249:17,21 251:7 | 169:21 | 133:4 174:2,7,16 |
| 139:10,12,13,16 | 253:4,4 257:19 | **scroll** 14:1 26:6 | 176:6,21 177:4,15 |
| 140:15 142:16,20 | **scanned** 60:8 | 27:3 35:21 36:7 | 187:18 188:8 |
| 142:23 144:20 | **schedule** 263:10 | 76:2,18 77:22 | 208:13 215:3 |
| 146:1 150:10,25 | **schiller** 3:11 9:16 | 78:7 79:4,8 124:7 | 216:25 |
| 151:17,19 153:2,6 | 9:18 | 126:17 189:15 | **searching** 70:12 |
| 153:22,24,24 | **scott** 4:24 8:23 | 238:7 | 87:20 97:18 |
| 154:2,3,5,6,7,8 | | | 100:12 110:23 |

[searching - sentences]

146:22 200:10
214:21 220:17
**sec** 120:6
**second** 3:13 28:4
49:8 57:12 60:4
68:11 97:4 115:15
128:25 129:24
148:3,16 150:24
163:20 169:5
178:13 229:8,18
230:7 233:23
234:1,3 237:23,23
240:25 241:10
248:22 251:20
256:3
**secret** 108:10
**section** 49:2 62:19
66:24 79:2 82:10
96:6 102:10
109:12 127:12
131:4,6,13 138:6
244:8 245:14
**security** 14:24
15:3 21:9,22
24:12 66:24
**see** 13:17 28:15,16
33:6 38:20 41:7,9
41:10,21 43:4,10
43:13 45:20 47:4
47:10,13,22,23
49:6,15 52:7,20
57:17,17 59:10
61:21 63:9 65:17
66:7,17,20 67:4,8
67:9,12,21,23 68:5
68:6,9,14,15,21,22
69:5,6,8,25 70:1,9
70:10,18,19 71:6
72:13,14,14,15,21
72:23 73:1,8
74:10,17 77:1,2

78:10 79:12,16,17
81:13,15 87:18
88:1,2,20,21 91:2
91:6,11,11,19
92:14,15 94:12
95:3,13,19 96:6,7
96:22,23 97:7,8
101:16,20,23
102:1,2,21,22
103:4 105:15
107:24 109:15,22
110:1,6,14,15
115:21,22 116:6,7
116:13,14 117:5,7
120:25 121:9,10
121:21,25 123:12
124:10 126:22
128:5 137:21,23
138:5,7 144:12
148:3,17,18
149:22 151:2,4,5,9
151:13,14,16,25
152:15,20 153:1,4
153:8,9,18 154:1
154:11,14,18,18
157:11,12,13,14
158:19 161:22
162:1,5,9 164:5,6
167:12,20,24
169:7 170:25
171:1,4,5,16,17
172:12 173:21,25
174:4,5 175:2,6,7
177:13 178:17,18
178:20 180:5,6,8
180:13 181:23,24
182:3,4 183:3,13
183:15,15 185:2,7
185:8,15,16
186:13 189:9,14
189:22,23,24

190:3,5,7,9 191:19
191:23,24 192:18
192:19,25 195:25
200:7 203:20
204:8,9 207:19
209:23 210:23
211:4,18 217:15
218:4,22 219:14
225:22,25 229:21
238:9,11,12,13
239:19 241:5,9,11
241:16,23 243:23
244:1,7,21 245:16
245:17,18,20
249:18,25 250:2,3
250:15,24 251:6
251:18,20 252:8
252:23 253:14
254:5,25 255:2,3
258:18 260:24
261:5
**seeing** 169:3
176:16,17 178:3
192:11 209:12
255:6,19 256:15
**seen** 103:12
107:19 120:18
169:19,25 170:1,2
170:12,14,17
179:19,19 181:21
191:15 195:21,23
196:15,17 198:4
201:2 218:7
232:24 233:3,16
233:17 238:21
239:7,8 252:13
**sees** 167:2
**select** 127:13
**sell** 227:9,12
228:13,20 231:16
241:18,22,24

246:17
**selling** 217:24
227:14
**semantics** 34:15
44:3 60:16
**send** 14:19 222:2
**sending** 14:14
221:5
**sends** 197:4
**sense** 29:23 93:6
111:18,21 113:14
183:14 242:17,19
**sensitive** 8:9
**sensor** 63:25
**sent** 12:13 14:23
16:14 63:23 86:17
126:11 206:17
222:9,21 223:4
**sentence** 29:14
33:14 40:24 43:7
63:11 69:16 88:16
89:7,11,15 91:25
92:11,17,24 93:25
94:15 95:4,12
128:18,25 129:1
129:10,24,24
131:15 133:20
142:4,7 151:1
153:6 172:13
173:21 176:23
182:13 186:5,9,14
187:2 199:23
213:11 214:5
226:6 241:2,3,6,8
242:3 248:16,22
249:3 250:13
251:1,2,13,17
252:1,16,18,22,24
253:4
**sentences** 240:15
248:11,13,15

Veritext Legal Solutions
866 299-5127

[sentences - signed]

249:5,8
**separate** 27:9 30:5
59:15 79:22,24
80:3 82:22 121:20
122:17 190:6
254:13,25 255:3
255:25
**separated** 59:8
**series** 16:9,10
**seriously** 85:8
86:1
**serve** 210:18
**service** 6:6 21:23
26:9,11,12,13,16
26:23,24,25 27:5,6
27:8,12,14,17,22
27:25 28:14,15,17
28:19 29:10,13,20
29:22 30:4,9,14,23
31:5,12,12 35:14
35:18,20,24,25
36:8,11,19,23
37:13,14,17,21
38:4,6,21 39:3,10
39:15,21,25 40:10
41:3,17,24 42:6,8
42:16,20 44:2,4,18
46:1,2,7,13,15,24
47:25 48:5,7,16,19
48:20,21 49:4,7
50:21,22 51:13
53:8,15,16,19,20
53:24,25 54:2,21
55:3,4,8,10,11
57:8,9 58:16,18,23
59:1,4,6 63:21
75:19 77:15 79:3
79:14 86:17 90:18
96:19 100:7 101:7
117:2,3,24 118:5,6
118:9,25,25 119:7

119:14 141:19
146:3 149:2,6,9,10
155:1,2,11 158:10
167:7,24 169:24
176:20 177:4
189:21 193:3,11
197:12 202:22,24
204:22,23 205:3,5
205:9,10 206:4
223:7,24 232:13
242:16,22 243:3,3
246:6,22 247:19
**services** 21:12
22:4 24:12 33:20
43:3,9,13,16 47:6
47:9,17,19,19,21
49:5,13,14,17
50:13,14,20 52:21
61:5 63:2 65:3
67:25 68:13,17,19
68:25 69:17,19
70:23 71:5,25
72:1,17 73:16
74:14 82:11,13
87:15,19,23 88:9
88:13,18 89:11,16
90:2,14,16,25
91:12,15 96:4,7,11
97:1,6,12 100:18
102:25 116:5,8,10
116:12 128:16,17
128:20 129:11
130:3 145:5
146:17 170:1
180:20 181:2,11
190:1,4 197:25
199:25 200:2,4,8
200:12,13 219:10
243:19 244:3,6
**session** 20:13
138:10 146:3

175:10,16,23
176:11,14,16
185:14,20 187:1,7
204:1 208:7,8
216:5 235:1 236:3
**sessions** 20:14,15
**set** 7:10,15 21:10
22:9 30:13 35:15
35:17 36:6 40:18
47:15 90:17
109:24 110:8
162:3 210:19
211:16,23 229:11
229:20 262:7
**setting** 21:10 22:9
110:7 111:2 126:3
**settings** 33:21
87:24 88:18,22
89:7,17,20,20,25
90:1,6,9,14,18,22
91:1,7,14,14 96:15
96:15 102:9
109:20,21 128:21
129:11 130:4
145:6,11 146:9,21
171:14 200:13
**settlement** 18:19
**shaky** 233:1
**shampoo** 18:11
**share** 13:10 38:14
38:17 62:24 64:19
95:24 137:25
139:8 148:14
171:3 211:19
236:24
**shared** 123:7
215:16 216:20
224:13 240:6
248:18
**sharefile** 229:25

**sharing** 63:6,12
**shop** 152:18
**shores** 4:13
**shorthand** 2:22
**shovel** 95:18,18,19
95:24 107:4,15,16
107:17,19 154:10
154:11 167:1,2,3
**shovels** 107:4
**show** 23:25 56:19
83:1 100:9 104:23
185:12,18 186:24
187:5
**showed** 14:10
**showing** 59:24
**shown** 52:25 54:3
54:8 233:16,20,25
246:9
**shows** 104:12
232:25 233:17
**sic** 229:14
**sick** 121:25 160:22
**side** 15:20 32:19
**sign** 63:2 87:16
99:8,8 125:10
171:13 176:20
177:3,13 178:9
200:5 263:16
264:5
**signals** 63:23
**signature** 262:24
263:21,23,23
264:9
**signed** 18:10,13
25:11,16,24 27:2
37:14 38:12 39:3
44:25 46:24 48:23
55:3 57:21 77:16
79:19 87:19 88:13
88:13 109:14,19
178:4 200:9

Page 41

[signed - splash]

206:13
**significant**  117:16
259:20,24
**signing**  44:17
99:16
**signs**  53:21
**similar**  37:6 66:21
150:1 180:8,10
232:15
**similarly**  1:8 2:8
**simple**  54:6 62:3
155:13 199:5
201:18
**simply**  44:1 98:15
**simulate**  79:9
**sir**  9:24
**sit**  209:22 231:21
**site**  39:10 125:24
141:20,21 154:6
160:11 164:9
167:13 168:18
193:20,20 197:15
216:12,12 217:19
218:5,22,23 219:7
219:13,15,15
220:9,17 235:10
240:20 241:21
243:10 249:13
**sites**  80:8 81:25
82:13 85:22 97:5
97:11 100:18
116:10 125:10
127:14 137:25
138:1 139:9,16
140:7 142:5
144:20 174:2,7,16
176:8 183:12,18
183:20,25 184:7
184:12,25 198:6
200:3 219:16,19
245:2,12

**sitting**  12:7 29:2
56:21 57:3 210:17
226:24 260:20
**situated**  1:9 2:9
**situation**  259:16
**six**  72:12,14,15,19
73:1,2 247:15
**size**  72:6
**sized**  25:15
**sizes**  216:15
**skill**  47:7 262:15
**skip**  211:1
**skipped**  230:11
**slater**  4:24 8:23
**slightly**  156:10
**slow**  12:4 20:19,21
**slowly**  12:4
**small**  192:21,23,23
**snapshots**  131:23
**software**  136:12
**sold**  219:19
**solemnly**  9:25
**solid**  156:8
**solutions**  8:24 9:1
261:23 263:7
**solve**  257:5
**somebody**  228:20
**something's**  76:24
**somewhat**  153:17
**soon**  189:7 260:3
**sore**  246:25
**sorry**  25:21 27:23
37:24 67:14 72:24
76:21 111:10
115:20 120:5
129:5 132:4
136:18 145:24
170:9 191:18
207:2 229:23
256:5 259:12
260:13

**sort**  61:14 66:21
69:14 89:25 119:2
162:22
**sound**  51:16
**sounds**  34:15
82:23 134:15
158:1 189:3
**south**  4:6
**space**  221:6
**spam**  207:17
**speak**  12:1,3,4
38:15 68:1
**speaking**  45:21
114:11 147:25
248:1,1
**speaks**  245:18
**special**  11:3 14:7
50:4
**specific**  15:18
24:24 35:25 36:2
41:1 45:7 47:17
47:19 70:3 71:1
110:13 112:5,5
114:2 126:14
133:18 142:19
153:21 170:14
176:7 191:16
205:10 207:12,21
210:19,19 215:2
216:13 219:6,12
220:5 221:7 240:9
248:23 252:15
260:25
**specifically**  14:9
24:21 28:7 34:16
37:10 40:24 45:5
45:6 46:6,9 61:21
65:2,15 71:8
85:20 91:16
100:20 107:2,19
128:6,23 132:8

150:5 178:11
187:12 206:14,20
207:11 213:19,21
213:22 215:11
222:5 227:25
231:10 232:10,10
250:13 260:19
**specifics**  24:6
46:20 204:20
**speculate**  89:9
132:21 150:22
175:18,19,21
177:20,24 186:22
192:15 193:9
194:7 198:5 201:4
223:10,16 252:6
253:3,6,7 254:15
254:17,18
**speculating**  67:5,6
231:23 236:6
**speculation**  88:24
177:21 182:15
184:1 223:15,19
224:5 227:22
254:21 255:8
**speech**  234:6
**speed**  255:23
**spell**  230:20
**spelling**  250:20
**spells**  121:21
**splash**  28:1,2 31:2
31:8,9,15 33:4,5,9
33:15,23 34:1,4,7
34:7,10,11,16,21
35:5,14 113:21
115:4 148:23
149:1 151:5 153:9
155:5 156:18,23
157:7,17,18
158:17 159:1
160:15 163:22,24

Veritext Legal Solutions
866 299-5127

[splash - sure]

167:6 168:20
180:9 191:19
197:13 203:24
223:7 228:3 235:9
243:8 245:24
246:7,23
**splashing** 153:21
**spoil** 215:20
**spoiled** 215:12,13
215:13 218:11
260:3
**spoiling** 216:23
220:7 259:10,19
259:23
**spoke** 16:21
**spot** 233:2
**ss** 262:1
**stamp** 57:17
**stand** 156:8
211:20 250:7
**standard** 2:20,21
8:2,7 91:14
**standing** 56:13,14
66:12 74:4
**start** 58:3,6 73:11
89:4 99:8 131:2,3
143:2,3 145:17
170:19 208:1,6,7
**started** 35:16
143:9 208:23
216:9
**starts** 50:16 161:7
240:1
**state** 9:4,6,25
10:11 71:9 74:7
262:1 263:9,12
265:2
**stated** 42:19 53:5
96:1 146:14
193:14

**statement** 36:16
61:10 68:23 72:8
86:21 103:22
126:25 133:23,25
135:19 139:1,20
140:12,14,19,24
141:2,14 145:9
151:5 152:25
162:14 180:10
186:23 187:11
197:5 204:11,14
227:2 244:16
251:5
**statements** 35:4
36:21 100:24
130:19 239:4
**states** 1:1 2:1 8:17
27:13 73:19,21
**stay** 115:14
**stays** 106:6
**stenographer**
11:25
**stenographically**
262:11
**step** 66:25 139:15
139:15 180:25
**stephen** 4:5 9:9
**stephenbroome**
4:9
**steve** 98:12 192:7
224:17,17
**sticker** 230:1
**stipulation** 263:20
**stones** 216:15
**stop** 115:10 126:1
**stopped** 208:24
**stops** 181:25
182:17 183:5
244:23
**storage** 70:17 73:6

**store** 126:11,15
131:20 136:24
137:2,10 163:10
164:1 197:7
246:17
**stored** 123:7
125:24 126:3,6
131:24 135:17
138:3 139:18
140:8 174:23
240:5,10 248:17
248:24
**stores** 124:22
125:2,4 126:11
131:18 133:10,21
134:1,20 135:7,12
135:13 145:2
161:23 162:11,17
**stories** 207:14
**story** 16:16 233:13
247:8
**straight** 79:21
**straightforward**
34:8,9
**street** 3:6,13,20
4:6 151:19 224:18
**strike** 17:17 19:11
73:11
**struggling** 35:10
**stuff** 68:1 85:23
88:11 107:7
160:12 166:5
170:2 179:19
**stupid** 221:2
**subject** 10:19 11:3
14:21 74:3 203:22
213:2 246:25
261:7
**subjects** 14:9,14
14:14

**submitted** 204:11
**subpoenas** 14:24
15:2
**subscribed** 262:20
**subsequently**
176:7,17 217:19
**subset** 205:10
**substance** 16:22
17:3,5,9,12
**suddenly** 106:15
106:17 133:4
208:24 219:13
**suffice** 147:5
**suggesting** 146:8
259:13 260:1
**suggestions**
185:13,19 186:24
187:5
**suggests** 74:1,12
212:21
**suite** 3:13 86:1
88:8
**sullivan** 4:4
**supervision**
262:12
**suppliers** 47:16
49:10 50:2,10
**supply** 50:13
**supplying** 49:13
**supposedly** 144:24
**sure** 17:2 19:24
23:16 36:17 37:9
45:24 47:11 64:20
64:25 65:9 98:24
133:6 135:18
142:21 143:21
144:1 153:19
155:4 161:5,6
162:6 168:21
170:2,3 173:17
179:21 191:24

Veritext Legal Solutions
866 299-5127

203:11 206:2
230:12 236:19
239:18 243:22
244:12,18 248:5
256:1 260:9
**surprise** 216:23
259:10,19,23
260:3,20,20
**surprisingly** 79:1
**surreptitious**
48:14 91:17
106:19 112:22
**surreptitiously**
106:13,19,20
138:19 147:2
156:4 213:21
221:10 232:9,21
236:11,20
**suspect** 208:2,2
220:3 228:10
233:8,8
**svk** 1:12 2:12 8:19
**swear** 10:3
**switch** 208:16
**sworn** 204:11
**synch** 99:9 126:12
**system** 70:4 96:15
96:20 124:22
125:2 131:18
133:10,21 134:2,2
134:5,20,21,23
135:7,13 138:2
139:17 140:8,13
140:14,15,19,22
140:24,25 141:18
141:24 142:6,7,17
142:20,22,23
144:21 161:24
162:11,18,20
163:11 164:2

**systems** 82:17

**t**

**t** 266:3,3
**tab** 38:20 81:5
127:3,3,5,8 147:23
155:13 162:22
163:12 168:5,6
174:9 175:5,12
182:23 202:2
210:25 229:5
**table** 12:16,19
**tabs** 168:6
**take** 8:12 15:6
19:18,25 20:8
23:18 24:8,13,14
28:10 32:20 38:5
46:25 51:2 59:18
63:5,12 74:25
80:21 85:8 86:1
86:15 98:19,19
115:12 119:20
147:14 169:17
178:24 182:24
189:7 190:10
191:3 195:16,21
212:3 215:19
222:14 224:7
225:5,11 228:19
229:13 239:19,23
257:16
**takeaway** 95:12
**taken** 2:18 8:15
147:10 227:11
228:17 262:7
**takes** 29:17 44:11
62:15 178:21
**talk** 30:1 37:8
122:22 201:19
217:4,9 233:18
**talked** 92:12
140:23 161:18

182:6 251:12
**talking** 24:21
28:13 30:3 59:1
73:3,3 77:1 91:19
91:22,24 104:11
104:17,18 114:19
117:1 122:7
132:10 139:14
140:13 145:18
161:7 163:23
172:12 173:12
187:8,9,10 206:12
233:1 246:1 256:2
**talks** 172:8,11
217:5
**tampa** 3:7
**tap** 127:9
**tapping** 112:14,16
112:19
**targeted** 221:13
221:14,17 226:17
258:18
**team** 15:19
**technical** 221:7
**technologies** 63:24
**technology** 14:8
14:16
**telephone** 63:4
72:18
**telephonic** 37:23
**tell** 40:8 52:14,19
59:21,21 60:25
74:8 98:17 103:25
122:2 143:8 147:1
210:1 220:23
224:11 228:12
232:8,20 233:7,15
**telling** 91:16 93:1
93:2 128:7 156:14
198:25 224:20
232:19 234:9

**tells** 93:9 193:18
199:14 228:2
**tempo** 255:23
**temporal** 143:11
**ten** 46:17,18 51:3
78:5 191:17
192:14 193:21
206:24
**tenure** 15:13
**term** 98:5,16
99:19,21 121:7,22
122:24 123:20,22
124:12 142:13
165:1 168:13
173:9 182:9,10
**terminology** 34:21
**terms** 6:6,7,10
26:8,11,12,13,15
26:23,23,24 27:5,6
27:8,12,14,17,22
27:25 28:13,15,17
28:18 29:10,13,20
29:22 30:4,8,14,23
31:4,11,12 35:14
35:18,20,23,25
36:8,11,19,23
37:13,14,17,21
38:4,6,21,22 39:3
39:10,14,21,25
40:10 41:3,16,23
42:6,8,16,19 44:2
44:3,18 46:1,2,7
46:13,15,23 47:15
47:15 49:3,11
50:11,20,21,22
51:12 53:8,15,16
53:19,20,23,25
54:2,21 55:3,4,8
55:10,11,15 57:7,9
58:16,18,23 59:1,4
59:6 61:21,22

[terms - time]

| | | | |
|---|---|---|---|
| 62:3,3,4,15 65:15 | 199:12 214:19,20 | 56:8 61:4 64:7 | 249:2 |
| 65:16,18,20,22,24 | 230:14 233:22 | 66:13 74:8,9 | **thought**　49:18 |
| 66:2,7 75:19 | 236:16 242:5 | 75:25 84:2 85:11 | 80:1 114:18 |
| 77:15,23 78:9 | 258:13 261:21 | 86:20 89:19 92:1 | 204:18 209:2,3 |
| 79:3,13 86:17 | 262:6,9,14 | 93:16 94:7,14 | 220:24 |
| 95:25 100:7 101:7 | **text**　41:18 44:19 | 95:15 97:16 102:5 | **three**　25:4 27:21 |
| 117:2,3,24 118:5,6 | 55:4,4 117:8,11 | 102:10,14 106:23 | 27:23 73:1 136:25 |
| 118:9,25,25 119:6 | 125:5 131:21 | 114:5,18 116:25 | 159:14 167:17 |
| 119:7,14 133:7 | **thank**　9:19,24 10:4 | 118:14,18 119:3 | 168:18 183:9 |
| 149:2,6,9,9 155:1 | 11:23 49:23 57:19 | 121:18,19 125:20 | 189:11 236:8 |
| 155:2,11 158:10 | 61:16 65:11 101:9 | 127:11 130:19,25 | 248:13,15 249:5 |
| 167:7 169:24 | 119:21 154:19 | 139:24,24 144:14 | **thunder**　215:14 |
| 193:2,11 197:12 | 159:25 190:11 | 149:11 152:8,12 | **time**　2:20,21 8:2,7 |
| 200:17 202:22,24 | 211:6 215:18,18 | 153:2,16 154:25 | 9:7 13:14 22:11 |
| 204:22,23 205:3,5 | 216:24 225:11 | 155:19 156:2,2,6,8 | 23:24 25:25 26:5 |
| 205:8,10 206:4,18 | 246:24 247:18,24 | 159:23 161:16,17 | 32:18,21 40:11 |
| 223:6,24 232:12 | 259:9 261:9,13 | 165:4,12 168:5 | 45:5 46:21 50:22 |
| 246:6,21 | **thanks**　225:13 | 172:1 173:10 | 51:7,10,17 53:8,21 |
| **terrible**　89:4 148:2 | 259:11 261:11,12 | 174:12,20,23 | 58:1,7,10 72:24,25 |
| 162:16 | **theory**　71:17 | 177:13 179:10 | 74:23 75:5,11 |
| **test**　83:1,2 | 122:10 | 182:8 184:5,17 | 77:9,12 79:18 |
| **testify**　204:24 | **thereof**　262:19 | 188:19 192:9 | 84:11 85:1 86:13 |
| **testifying**　76:16,17 | **thing**　11:24 145:7 | 210:4,7 222:13,15 | 87:12 96:21 |
| **testimony**　24:16 | 145:24 146:5 | 225:5 229:8,25 | 102:14 103:11 |
| 29:10 30:8,22 | 171:9 177:2 | 231:21 234:19 | 114:2 119:23 |
| 31:14 33:10 40:15 | 188:14 | 235:6 237:1,4 | 120:1 122:20 |
| 42:18 43:17,23,25 | **things**　23:7 28:8 | 238:15 239:22 | 130:16 131:10 |
| 45:12 52:1,11,17 | 35:23 47:9 68:2 | 242:1 243:18 | 133:5 143:13,14 |
| 54:14,18 55:2 | 73:4,7 89:21 97:2 | 244:3 251:7 252:5 | 144:6 147:18,21 |
| 56:13 64:24 78:2 | 108:4 144:16 | 253:23 257:9,12 | 148:6,12 149:19 |
| 84:18,21 85:4,5,18 | 176:8 184:6 | 259:19 | 149:19,24 169:17 |
| 86:3,18 90:4 | 194:23 200:15 | **thinking**　78:18 | 180:25 190:13,16 |
| 106:3 107:14,18 | 219:12 254:1,20 | 216:18 | 191:10 193:18 |
| 111:24 113:16 | **think**　14:23 17:10 | **third**　21:23 71:9 | 202:22 203:25 |
| 115:1 129:1,13 | 18:22 21:7,9,9,18 | 97:5,11,20 99:20 | 204:2,18 205:23 |
| 134:22 141:9 | 21:19,21 22:7,8,25 | 100:18 104:2 | 206:3,6,13,15,17 |
| 142:3,11 145:10 | 23:22 24:3,3 26:5 | 111:16 112:6 | 208:20 209:1,6 |
| 145:14 146:13 | 26:6 27:12 31:20 | 113:13 127:14 | 211:8,11 216:21 |
| 151:6 152:3 | 32:6 33:8 34:5 | 131:14 147:3 | 225:5,15,18 231:8 |
| 160:17 186:14,17 | 35:10,18 36:8,13 | 159:5 183:25 | 237:10,13 240:12 |
| 186:20 187:23 | 37:17 39:2,8 50:8 | 203:21 218:23 | 240:13 249:2,2 |

Veritext Legal Solutions
866 299-5127

**[time - understand]**

255:22 256:25
260:21 261:20,24
262:7,8,10 263:10
263:18,24 264:7
**timeline** 192:6
**times** 10:23,25
11:6,20 25:1,4
71:2 112:10 144:3
144:3 149:17
199:6 204:3
255:22
**tirade** 218:10
**tired** 260:15
**title** 112:16 169:20
**titled** 130:12 179:8
244:8 245:15
**titles** 16:11 155:17
**today** 10:19 57:3
124:17 130:24
237:21 238:15
239:8,9,14,15
242:6,12 246:9
**today's** 261:21
**told** 16:16 91:20
93:21,21 156:11
193:17
**tool** 103:24 128:24
129:2,6,14 147:1
220:16
**top** 28:21 60:10
75:19 209:21,22
209:24 210:2,16
252:9
**topic** 103:2,5
118:23
**topics** 107:7
**total** 49:9 50:10
261:22
**totally** 92:4 128:1
159:20

**touching** 100:14
**towers** 64:2
**track** 173:19
**tracking** 23:4,10
23:20 63:15
173:19 218:3
**tracy** 4:11 9:11
13:3 38:19 56:16
81:1 168:3 202:2
210:25 211:1
229:5,8
**tracygao** 4:15
**transcribed**
262:12
**transcribing** 49:25
**transcript** 263:6,8
263:10,13,13,21
264:2,2
**transcripts** 12:25
**transfer** 14:19,20
**transmissions**
127:22
**transmitted** 138:3
139:18 140:8
**transparency**
238:9
**treat** 40:23 43:1,8
43:11
**treats** 43:15 201:5
**tricky** 184:21
**tried** 62:2
**trouble** 76:20
201:11 256:5,6
**true** 106:6 155:2
204:14 213:6
262:13 265:3
**trujillo** 1:7 2:7
**truth** 10:1,2,2
**try** 36:18 51:17
75:2 81:15 98:13
120:13 129:9

139:7 158:2 178:8
192:21,24 225:24
**trying** 15:7 53:18
54:1,21,22 55:1
72:6,9 74:8 93:12
98:12,14 100:15
117:13 120:5
122:9,10 123:19
155:25 174:20
178:11 201:10
209:15 210:23
219:22 232:19
**tuesday** 1:19 2:21
5:4 8:1
**tune** 106:16
**turn** 74:24 203:14
238:23 252:11
**turned** 21:20
125:7
**turning** 21:11
22:10 37:24
126:12
**twice** 21:5 25:3
45:16 85:14 144:3
**twin** 4:12
**two** 25:3 27:9 30:5
59:5,6,11,15 62:20
66:25 68:8 73:1
114:3 116:3 151:7
151:8 153:4
155:19,19 179:10
183:8 189:11
241:7,9 248:11
251:16,18 252:8
252:17 253:24
254:11,16 255:25
**type** 85:9 96:14,15
100:17 107:20
108:6
**typed** 188:3,4,9
216:7

**types** 14:16,18
231:6
**typing** 11:25 25:22

**u**

**ucsc** 16:1
**uh** 62:1
**ultimately** 260:6
**umbrage** 98:19
**unavailable** 64:13
**unclear** 138:16,17
139:6 140:12,15
140:19 186:15,18
187:4,7,12
**underlined** 28:7,8
249:22
**understand** 10:18
22:13,17,20,25
27:8 29:25 30:4,6
35:7,9,9 41:11,13
41:25 42:4 43:14
43:25 52:1 71:16
73:2 83:21,22
88:12 89:6 91:10
92:16 93:12,15
97:24 98:2,3 99:1
99:19,22 100:4
109:7 117:9,10
121:11,16 122:24
123:2,3,22,25
124:2 127:18
128:1,2 134:23,24
135:10 137:1,4,7,9
137:12,18 138:6
139:10,12,12
140:14,21 141:4
142:7,9,17 146:7
153:12 158:3
159:7 162:21
164:22 171:22
172:20 173:7,15
174:6 175:3

Page 46

**[understand - view]**

176:23 182:5,20
184:20 187:14,19
187:20 188:12
190:17 192:13,22
193:1 195:9,13
197:16 201:10
207:22 208:5
215:9 220:25
224:10 238:4
242:2,21 244:15
247:4 248:5 256:2
**understanding**
47:24 88:6,7 95:4
95:12 99:23
100:16,22 101:1,4
101:6 117:22
118:9 119:8,11
137:8,13 141:5,22
150:16 157:6
178:22 201:11
207:8 221:11,16
241:13 245:23
247:5 256:5,6
**understood** 12:21
12:23 41:18 82:6
102:17 166:9,17
166:22 167:9,11
167:19,23 168:9
192:1 213:1
221:22 223:12
**unfortunately**
155:23
**unique** 38:3 70:5
70:16 73:5 96:14
**unit** 8:14
**united** 1:1 2:1 8:17
**units** 261:22
**university** 16:2
**unlawfully** 226:13
**update** 102:20

**updated** 206:18
**updates** 86:17
96:12
**updating** 101:15
**upset** 260:17
**url** 64:21 96:21
**urls** 125:4 131:21
**urquhart** 4:4
**use** 12:22 20:5
21:8 24:11 25:4
28:19 40:25 41:15
43:2,9,12,16 49:13
50:13 52:22 63:21
63:24 68:13,17,18
69:17,18 71:5,25
71:25 72:17 74:14
87:15,19 88:12
89:11 96:3,7,10
97:2,6,12 98:5,15
99:19,21 100:18
102:25 121:22
123:7 128:10,15
130:2 143:6,21
144:1,2,3,4,17
146:4,17 151:2,8
151:15,23 152:15
152:19 153:1,25
154:15 157:20
158:6,19,21
159:12,18 165:22
166:15 167:19
171:13 172:2,15
173:3,10,23
176:20 177:3
180:4,7,13 182:7,9
193:6,25 196:9
197:6,25 198:6
200:4,8 201:14
207:5,5,7,8,10,12
207:13,14,15,21
207:23 208:14,15

209:1,6 213:10
220:11 221:19
225:10 226:9
228:4,6 236:23,25
241:4,11 242:12
243:7 246:14,17
248:18 250:14,23
251:6,20 252:23
253:14 254:4,7
255:1,6,18 256:14
**useful** 68:3
**user** 18:5 88:8
90:21 93:9 108:6
256:9
**user's** 243:4
**users** 67:25 90:15
91:8 110:17 111:2
131:15 230:24
246:10
**uses** 68:18,24
69:18 70:23 72:1
73:15 74:13 186:3
222:3 227:18
228:2
**usual** 208:12
**usually** 20:15
174:1
**utilize** 22:6 198:2
**utilized** 228:17

**v**

**vague** 141:3
142:15 149:12
166:24,25 173:14
187:12 192:9
**vaguely** 140:15
184:5
**valuable** 213:9,12
214:6,24,25 215:5
226:7 227:20
228:7,22

**value** 213:15,24
214:2 226:15
227:3 228:18
**variety** 87:15
89:12 146:17
198:1 200:4
**various** 14:2 63:24
64:21 88:9 90:2
99:1,3 112:21,22
117:5 170:13
**verification** 66:25
**verified** 7:3 202:4
202:13,18
**verifying** 81:20
**veritext** 8:23,25
13:10 261:23
263:7,9,11
**version** 28:11,15
28:16,18,19 36:4
38:9,11 56:17,19
58:12,13 70:5
77:16 80:15 96:17
**versions** 29:7
203:1
**versus** 8:16 36:16
**video** 8:12,14 97:2
**videographer** 4:24
8:6,24 9:19 51:6,9
75:4,10 77:4,8,11
119:22,25 147:17
147:20 148:5,11
190:12,15 211:7
211:10 225:14,17
237:9,12 261:19
**videos** 87:21
200:10,16
**videotaped** 1:16
2:17
**view** 41:12 68:19
68:25 69:19 72:2
73:16 93:6,14

Veritext Legal Solutions
866 299-5127

[view - websites]

126:5 145:3 146:1
152:24 177:24
205:3 215:8
218:21 251:4
254:16 258:18
261:3
**viewing**  159:2
210:20 220:15
256:9
**views**  152:11
**violated**  93:8,13
222:22 234:9
**violates**  177:7
236:21
**violating**  236:17
**violation**  17:3
156:6,6 223:6
232:11,12,13,22
232:23
**virtual**  8:20
**viruses**  22:1
**visible**  63:7,13
154:9,17 167:15
181:22 183:3,8
184:10,23 185:10
189:13,16,17,20
244:9,20 245:1,15
**visit**  68:18,24
69:18 70:22 72:1
73:10,15 74:13
97:11,25 99:20,25
100:17 102:16
109:1 125:5,11,15
127:14 131:22,23
138:1 139:9 150:2
152:1 154:9
167:10,12,15
174:2,7 183:11
184:6,11,24 220:9
245:1

**visited**  102:3
105:12 108:14
109:2 127:10
141:20
**visiting**  69:8
183:15,15
**visits**  103:1 141:21
218:4
**voice**  224:20
**voluminous**
130:22
**voluntarily**  214:12
**volunteer**  210:14
**vs**  1:11 2:11 263:4
266:1

**w**

**wait**  52:9 65:22
72:16 129:5
244:10
**waiting**  61:1 83:24
83:25
**waive**  33:1
**waived**  263:23,23
**waiving**  263:20
**wallet**  65:23
**want**  13:18 17:4,9
21:13 29:6,25
35:19 37:9 42:7
51:16 54:11 63:5
63:12 65:10 74:25
75:14 76:8 77:4
81:6 82:25 87:17
91:3,4,5,21 95:19
98:4 103:25 113:3
114:7 126:19
131:9 154:10
155:10,20 161:5
167:1,2 169:8
172:14,21 173:1
179:1,2,9 200:6
207:17,18,19

212:1 213:20
221:25 222:5
229:23 232:18
244:14,15 248:5
257:15,17,20
259:25
**wanted**  42:25
43:14 53:22
114:10 154:11
209:6 228:20
**warranties**  47:4
49:2,12 50:12
**waste**  131:10
**watching**  87:21
200:10
**way**  14:12,15
19:13 20:18 30:13
36:25 41:2 42:10
55:9 56:5,21 60:6
60:8,14,22 61:21
62:9 81:10,12
93:6 94:10 99:1
99:14 108:21
131:14 139:7
145:3 146:1
147:24 160:13,20
163:16 170:15,20
173:19 177:25
181:10 186:3
228:12 236:9
246:18 253:15
254:7,11 259:13
259:17 261:5
262:18
**wayback**  39:2,7
239:13
**ways**  62:20 68:8
82:12 87:15 89:12
91:9 102:19
109:12,17,17
128:14 146:18,19

198:1 200:2,4
228:10
**we've**  38:25 51:2
53:13 62:2 115:9
142:4 189:6 191:3
200:15 206:18
222:13 229:6
**wealth**  15:20
**web**  33:19 73:10
85:22 87:22 90:10
92:13 94:1,16,20
94:22,24,25 95:3
95:13 114:21
128:15,19 130:2
145:3 146:1
150:13 171:12,19
172:14,21 173:2
176:20 177:4,11
189:20 190:1,4
200:11,21 220:12
221:18 236:23
246:15
**website**  15:23 24:5
24:24 25:2 53:14
62:13 64:17 68:18
68:24 69:18 70:22
72:1 73:15,22
74:13 97:21 107:3
108:14 109:2,3
111:17 113:13
131:22 141:22
152:1 167:12
183:15 189:21
197:3 216:22
219:4,11 223:4
224:1,2
**websites**  21:12
23:2 24:6 45:19
69:8 85:23 98:1
99:20,21 100:1
104:2 105:12

Veritext Legal Solutions
866 299-5127

[websites - www.google.com.]

125:13,14,18
127:10,23 147:3
154:9 159:5
167:10,15 180:20
181:2,11 183:10
183:14,21,24
184:5,10,19,24
189:25 190:2,4
207:13 217:5,15
218:4,19 221:1,4
221:23 224:14
227:9 245:1
**wedding** 260:20
**weeds** 101:13
**week** 143:19 144:3
144:3
**weeks** 133:4
**welcome** 75:12
131:3,12
**went** 64:21 65:15
95:16,17 107:15
144:16 154:11
168:10 206:8
216:2,3,4,12,21
217:13,19 219:4,4
219:8,11,15,15
220:22,24 233:10
252:11
**whatsoever**
143:12
**whereof** 262:20
**whispering** 8:10
**white** 42:17
**whittle** 237:5
**wi** 64:1 105:13
**william** 1:4 2:4
**window** 138:4
139:19 140:9
175:5,12 191:20
**windows** 191:22

**wire** 14:18 112:14
112:16,19
**withdraw** 17:15
32:8 35:11 89:4
104:9 129:9 208:5
**withdrawn** 27:7
113:2 153:5
**witness** 5:6,15
8:21 10:3 16:18
19:22 20:4 22:17
22:24 23:7,14,22
24:3,17 26:4
27:11 30:18 31:8
31:21 32:20 34:14
35:7 36:14 37:7
37:24 38:24 40:5
44:22 45:4,24
46:12 48:4,11,19
49:24 50:20 52:7
52:19 54:20 55:7
55:19 56:9 64:10
65:1,13 66:15
69:5 71:1 73:19
74:7,17 76:24
78:4,16 79:1 81:6
83:13 84:8,22
85:7,17,19 86:8
87:3 88:25 89:9
89:10 90:5 92:21
94:6,14 95:8
97:15 98:8 100:3
103:21 105:1,9,22
108:4,20 109:7
110:6,22 111:6
112:2 114:7,12
115:3 116:20
118:3,14 119:17
119:18 127:17
129:17 130:25
132:7 133:17,25
140:12 141:11

142:12 146:14
149:6 150:21
151:13 152:23
154:23 156:21
157:1,11,25 158:9
158:25 159:16
163:7,15 164:13
164:22 165:10,18
166:14 168:6
169:11,14 172:25
175:18,19,25
177:20,21 179:7
179:11,13 180:23
181:5,8,17 182:16
184:15 185:2,23
186:8,22 188:16
192:10 193:9
194:16 196:4
197:1,22 198:17
199:14 205:8
209:11 211:20
214:20 218:17
222:15,17 223:1
223:16 224:10
225:10 226:22
227:6,17,23 228:9
230:2 232:6
234:17 236:6,19
243:21 244:5
245:10 246:13
252:5 253:2,19,22
254:10 255:9,21
256:17 257:22
261:13 262:8,9,20
263:13,16 264:2,5
**woman** 259:9,14
260:4
**wonderful** 119:19
**word** 41:1,5,7 89:6
92:16,23 94:2,9,11
94:18,19,22,23

106:7 134:23
141:24 142:6,8
182:7 208:11
212:21 240:1
251:25 252:6,21
255:23
**wording** 164:16
**words** 56:4 61:8
61:14 77:2 97:17
98:9,11 107:12
129:23 130:6,6
134:18 137:15
140:21 151:14,22
152:4,9 157:12
194:6,9,25 195:9
195:10,14 200:24
227:3 249:19,25
251:1 254:20
**work** 15:15 112:25
141:4,5,12,16,18
166:7 167:20
168:1 207:15
**working** 112:13
256:10
**workings** 183:21
**works** 6:21 63:9
168:22 173:22,23
179:8,16 180:3
**world** 82:12 165:5
200:2
**write** 213:2
**written** 100:24
153:9 154:16
174:15 195:3
**wrong** 77:21
229:16 230:2,8
232:14 236:12
**www.google.com**
188:9
**www.google.com.**
188:5

Veritext Legal Solutions
866 299-5127

**[x - zooming]**

| x |
| --- |
| **x**  5:1 |
| **xi**  4:11 |
| **xx**  264:1 |

| y |
| --- |
| **y**  107:6 |

**yeah**  16:18 17:8
18:20 20:4 22:19
23:22 24:3,5
25:13,14 27:11
28:9 29:19 35:8,9
36:2,17 37:11
38:9,17,25 39:14
41:6,25 44:6,22
49:3,8,17 52:7
54:14 56:6 58:4
61:18 66:4 67:6
67:16 72:20 73:9
74:17 75:1,1,22
79:9,11 80:13
81:20 82:10 89:3
89:19,24 90:12
91:2,2,2,5,11
94:21 100:14
101:23,24 102:14
105:9 107:2
114:12,16,18
115:13 117:9,13
118:3 120:17
121:21 122:12
123:19 124:5,5,14
126:9,20,23
127:20 130:9,25
132:21 133:19
139:23 142:12,18
142:22 147:24
153:11 155:22
162:2 171:5
173:17 175:11
177:1,21 179:12

181:25 182:4,16
185:23,25 187:20
187:24 189:2,9,10
190:5 192:22
193:9 195:2 198:8
198:17 204:9
206:12,20 209:20
210:10,14 212:4
212:23 215:9
216:10 217:13
223:1,16 224:15
225:3 227:23
228:9,13,22 231:1
231:8,14 232:6
233:11 245:6
249:2 251:9 252:5
254:10,15 256:7
257:11 258:11

**year**  11:7 21:5
112:20 143:20

**years**  46:17,18
78:5 143:17 170:1
191:17 192:14
193:21 247:13,16

**yep**  60:5 62:6 79:6
107:25 163:23
168:21 226:3

**yesterday**  11:11

**york**  4:19,19

**youtube**  80:9 82:1
82:14 87:21 88:9
90:19 97:2 200:3
200:10 208:16

**yurman**  215:15,16
215:25 216:4,6,11
216:22 217:1,4,5,9
217:19,20,21,24
218:3,8,19 219:10
219:18,21,24
220:4,8 222:9,20
223:10,13 224:25

247:1 258:4 260:8
260:23,24

**yurman's**  217:25
219:4,11 220:16

| z |
| --- |
| **zoom**  1:17 2:18 |

12:13 76:25
**zooming**  192:24

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.