1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

12

13

14   PATRICK CALHOUN, *et al.*, on behalf of
themselves and all others similarly situated,

15              Plaintiffs,

16       v.

17   GOOGLE LLC,

18              Defendant.

19

20

Case No. 4:20-cv-05146-YGR-SVK

**PLAINTIFFS' [PROPOSED] FINDINGS
OF FACT AND CONCLUSIONS OF LAW
ON PLAINTIFFS' MOTION FOR
SANCTIONS FOR GOOGLE'S
DISCOVERY MISCONDUCT**

21

22

23

**DOCUMENT SOUGHT TO BE SEALED**
**REDACTED IN ITS ENTIRETY**

24

25

26

27

28

Case No. 4:20-cv-05146-YGR-SVK

PLS' [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW ON MOTION FOR SANCTIONS FOR DISCOVERY
MISCONDUCT