**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

**DICELLO LEVITT GUTZLER LLC**
Amy Keller (admitted *pro hac vice*)
Adam Levitt (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., 6th Floor
Chicago, IL 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
alevitt@dicellolevitt.com
aprom@dicellolevitt.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 4:20-cv-05146-YGR-SVK

**DECLARATION OF SHARON CRUZ IN SUPPORT OF PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

**DECLARATION OF SHARON CRUZ**

I, Sharon Cruz, hereby declare under penalty of perjury:

1. I am an attorney admitted to practice *pro hac vice* before this Court.

2. I am an associate with the law firm DiCello Levitt Gutzler LLC who, along with the law firms Bleichmar Fonti & Auld LLP and Simmons Hanly Conroy, represent Plaintiffs in the above-captioned matter.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, could testify competently thereto.

4. I submit this declaration in support of Plaintiffs' Motion to Seal.

5. Attached as **Exhibit A** is a true and correct copy of the SEALED and UNREDACTED version of Plaintiffs' Reply to Google's Administrative Motion for Relief (Dkt. No. 787).

6. Attached as **Exhibit B** is a true and correct copy of the public and redacted version of Plaintiffs' Reply to Google's Administrative Motion for Relief (Dkt. No. 787).

***

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st Day of August, 2022, at Indianapolis, Indiana.

**DICELLO LEVITT GUTZLER**

By: */s/ Sharon D. Cruz*
Sharon D. Cruz (admitted *pro hac vice*)

**CERTIFICATE OF SERVICE**

I, Sharon D. Cruz, hereby certify that on August 1, 2022, I caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.

*/s/ Sharon D. Cruz*

Sharon D. Cruz