| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | | |
|---|---|---|
| 14 | PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-05146-YGR-SVK |
| 15 | Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN PLAINTIFF' RESPONSE TO GOOGLE'S ADMINISTRATIVE MOTION FOR RELIEF (DKT. NO. 787)** |
| 16 | v. | |
| 17 | GOOGLE LLC, | |
| 18 | Defendant. | |

1  **[PROPOSED] ORDER**

2  Before the Court is Plaintiffs' Motion to Seal Plaintiffs' Response to Google's

3  Administrative Motion for Relief (Dkt. 787). Having considered the supporting declaration of the

4  designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs'

5  Administrative Motion and ORDERS that the following materials remain filed under seal:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| 1 | Plaintiffs' Response to Google's Admin. Motion for Relief | Pg. 2 Ln 13-14, 19, 22-24, n. 1<br>Pg. 3 Ln 2, 6-10, 14-28<br>Pg. 4 Ln 1, 2-3, 6, 8-11, 15-16, 19-24, n. 2<br>Pg. 5 Ln 1-11, 13-22, n. 3<br>Pg. 6 Ln 1-2, 4-28 | Defendant to provide evidence, per Local Rule 79-5(f) |

**IT IS SO ORDERED.**

Dated: _____    _____
　　　　　　　　　　　　　　　　　Hon. Yvonne Gonzalez Rogers
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE