UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Susan van Keulen, USMJ |

# [PROPOSED] ORDER

Before the Court is Google LLC's Administrative Motion to Seal Portions of Plaintiffs' Reply in Further Support of Motion for an Order of Sanctions for Google's Discovery Misconduct ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document | Text To Be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Plaintiffs' Reply in Further Support of Motion for an Order of Sanctions for Google's Discovery Misconduct | GRANTED as to the portions at:<br><br>Pages i:14, i:19, 2:3-4, 2:8, 3:6, 3:13, 3:20, 3:26, 5:15, 5:20, 5:22-24, 6:2-8, 6:11-14, 6:18, 6:21, 6:25, 7:20, 7:22, 8:4, 8:20-22, 8:26, 9:11-18, 10:10-11, 10:14-15, 10:19-20, 10:25, 11:26, 14:14-15, 14:18, 14:20, 14:24, 15:17 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Joint Rebuttal Declaration of Jason "Jay" Barnes, Lesley Weaver, and David Straite in Further Support of Plaintiffs' Motion for Discovery Misconduct | GRANTED as to the portions at:<br><br>Pages 3:27, 4:1-2, 4:4-7, 4:22, 5:26, 5:28, 6:3-5, 6:7, 6:13-14, 6:19, 6:23-7:5, 7:7-8, 7:10-15, 7:17, 7:19, 8:1-2, 8:11-12, 8:19-20, 8:23-26, 9:3- | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the |

| | | | |
|---|---|---|---|
| | | 9, 9:10, 10:5-7, 10:12, 10:14-20, 14:1920, 14:23, 16:7-13, 16:15-18, 16:21-23, 17:14, 17:18, 17:21, 17:25-26, 17:28, 18:3, 18:7-28, 19:2-23, 19:27, 20:1-2, 20:4-5, 20:8-9, 20:22-23, 21:10, 21:12-13, 21:15, 21:27, 22:2 | public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Ex. 13 (Rebuttal Declaration of Richard M. Smith ISO Plaintiffs' Motion for Sanctions) | GRANTED as to the portions at: Pages 1:25, 2:12, 2:14, 3:21-23, 3:26, 4:2, 4:22, 4:26, 5:1-2, 5:5, 5:11, 5:21-24, 6:5, 6:23-24, 7:26, 8:2, 8:18, 8:20, | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Ex. 18 (Deposition of Tim Schumann-Excerpts (January 13, 2022)) | GRANTED as to the portions at: | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal |

| | | |
|---|---|---|
| | Pages 6:19, 7:3, 7:32, 8:8, 8:10-13, 8:15, 40:4, 41:1-2, 41:4, 41:10, 41:12-19, 41:21, 78:3, 78:16, 79:15, 79:20, 79:22-25, 80:1-2, 80:9, 80:20, 80:22-23, 81:3, 81:9, 81:11-12, 81:18-25, 94:7, 94:15-16, 94:21-22, 95:1-2, 95:9-19, 95:21, 95:25, 96:9, 96:23-24, 99:15, 100:10, 100:22, 103:4-7, 103:21-22, 104:4, 105:9, 105:12, 122:11, 122:14, 123:15, 124:1-3, 124:6-8, 124:10, 124:12, 124:14, 126:23, 127:14, 127:17-21, 128:1, 128:8-11, 128:15, 129:15, 129:18, 129:22, 129:25, 130:11-17, 131:19, 131:21, 132:6, 132:21, 133:2-3, 133:25, 186:22, 187:21, 188:12-14, 189:3, 189:6, 189:9-10, 189:13, 189:23 | systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Ex. 19 (Email re: Preservation Protocol (August 26, 2021)) | GRANTED as to the portions at:<br><br>Pages 1-2 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal data signals and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the |

| | | |
|---|---|---|
| | | Protective Order entered in this action. See Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Ex. 20 (Rebuttal Declaration of Prof. Zubair Shafiq ISO Plaintiffs' Motion for Sanctions) | GRANTED as to the portions at:<br><br>Pages 1:23-25, 2:1, 2:3-4, 2;11, 2:16, 2:18-19, 3:2-3, 3:8-9, 3:14, 3:16, 4:10-12, 4:14, 4:17-24, 5:2-4, 5:6-18, 5:21-25, 6;1, 6:3, 6:5-8, 6:13-22, 6:25-28, 7:1-2, 7:10-12, 7:14-16, 8:1-11, 8:14-20, 8:24-26, 9:3, 9:5, 9:7-15, 9:19-27, 10:1, 10:3, 10:5-24, 11:2-4, 11;7-8, 11;11-12, 11:14-15 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Ex. 22 (Deposition of David Monsees-Excerpts (April 9, 2021)) | GRANTED as to the portions at:<br><br>Page 9:4, 9:8, 9:11 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and |

| | | | |
|---|---|---|---|
| | | | proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Ex. 23 (Letter re: Request for Documents (June 4, 2021)) | GRANTED as to the portions at:<br><br>Pages 1-4 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals and logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Ex. 24 (Letter re: Data Presentation (June 4, 2021)) | GRANTED as to the portions at:<br><br>Pages 1-5 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data |

| | | | |
|---|---|---|---|
| | | PDF Pages 8-9 | signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Ex. 25 (Deposition of David Monsees-Excerpts (June 11, 2021)) | GRANTED as to the portions at:<br><br>Pages: 365:11, 365:13, 366:12-13, 366:15, 366:17, 366:19, 366:21-22, 367:4, 368:12-14, 612:5, 612:10, 612:15, 618:4-5, 619:7, 619:10, 619:12, 619:15, 619:18-19, 636:10, 637:18, 637:23-639:6<br><br>Ex. 59 (Fact Sheet) Pages: 1-4 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

| | | |
|---|---|---|
| Ex. 26 (Special Master Order (January 5, 2022)) | GRANTED as to the portions at:<br><br>Pages 1-2 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Ex. 27 (Special Master Order (February 27, 2022)) | GRANTED as to the portions at:<br><br>Page 1 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of |

| | | | |
|---|---|---|---|
| | | | cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Ex. 28 (Deposition of Vic Liu- Excerpts (March 30, 2022)) | GRANTED as to the portions at:<br><br>Pages: 5:17, 5:20, 14:10-12, 14:14-15, 14:17-16:5, 16:22-17:1, 66:18-68:4, 238:5-6, 238:11-12 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| | Ex. 29 (Deposition of Chris Liao - Excerpts (December 2, 2021)) | GRANTED as to the portions at:<br><br>Pages: 6:6, 6:17-18, 6:20, 6:22, 7:6, 162:8, 162:11, 162:17, 165:4, 165:13-14 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects and impacts, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information |

| | | could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|---|---|---|
| Ex. 30 (Special Master Order (May 17, 2022)) | GRANTED as to the portions at:<br><br>Pages 1-4 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals and logs, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. See Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

**SO ORDERED**.

DATED:_____

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE