# EXHIBIT 13
## Redacted Version of
## Document Sought to be Sealed

1

2

3

4

5

6

7

8

9

10

11

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

12

PATRICK CALHOUN, et al., on behalf of
themselves and all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

13

14

15

16

17

18

Case No. 4:20-cv-05146-YGR-SVK

**REBUTTAL DECLARATION OF RICHARD
M. SMITH IN SUPPORT OF PLAINTIFFS'
MOTION FOR SANCTIONS**

19

20

**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

21

22

23

24

25

26

27

28

1       **DECLARATION OF RICHARD M. SMITH**

2       I, Richard M. Smith, hereby declare under penalty of perjury:

3       1.      I am the owner and a consultant with Boston Software Forensics LLC in Boston,

4  Massachusetts. For approximately the last 16 years, I have been providing consulting services to

5  the legal industry. These services primarily involve the analysis of software systems to understand

6  how they operate. My services have been employed in areas such as IP-related litigation and privacy

7  and security reviews. Previously, I worked at the Privacy Foundation at the chief technology officer

8  (CTO) and I was a founder and CEO of Phar Lap Software, Inc. I have a Bachelor of Science degree

9  from North Carolina State University, class of 1974 and began working in the computer software

10  field in 1972.

11      2.      I have personal knowledge of the facts set forth herein and, if called as a witness,

12  could and would testify competently to them.

13      3.      I have been retained by Counsel for Plaintiffs as an expert in this matter. I previously

14  submitted reports in support of Plaintiffs' motion for class certification in this case. The first report

15  was filed as Exhibit O to Plaintiffs' Motion for Class Certification on October 14, 2021, at Dkt.

16  340-16. The second report was filed as Exhibit FFF to Plaintiffs' Reply in Support of Class

17  Certification on February 16, 2022, at Dkt. 484.

18      4.      On July 1, 2022, Google submitted an opposition to Plaintiffs' Motion for an Order

19  of Sanctions for Google's Discovery Misconduct. In its opposition, Google makes the following

20  statements, which this declaration rebuts:

21              a.      "Google does not receive a signal showing when a user is browsing Chrome

22                      while not signed into his or her Google Account." Opp. at 3:18-19.

23              b.      "Google cannot distinguish between 'sync or just a sign-in event.'" Opp. at

24                      2:23-24.

25              c.      The ███ and ████████ signals "are publicly disclosed in

26                      chrome://sync-internals, publicly available source code at

27                      https://source.chromium.org, and can be observed through inspecting

28

network traffic with chrome://net-export." Opp. at 4:5-7.

    d.    "Plaintiffs' experts discussed 'not-synced' signals nine months ago in reports supporting Plaintiffs' class certification motion. See Dkt. 339-14 (Sealed Smith Report) ¶¶ 110-158 (referencing 'is_sync_feature_enable')." Opp. at 5:1-3.

    e.    "Google has no logs showing every instance in which a Chrome user browses without sync enabled." Opp. at 6:14-15.

5.    Contrary to Google's Opposition (Opp. at 3:18-19), Google does receive signals showing when a user is browsing Chrome while not signed into their Google Account.

6.    This occurs in at least two ways:

    a.    First, when a user clicks to "Turn Off" Sync, Chrome sends the ▓▓▓▓▓▓▓ signal to Google, records the users Gaia and device identifiers, and places the user into a signed-out browser state. Through this ▓▓▓▓▓▓▓ signal, Chrome identifies to Google that the user is now signed out of their Google Account, alongside their Gaia ID.

    b.    Second, Google admits in its Opposition that a person who is "signed out of their Google Account" or not signed in because they do not have a Google Account is "therefore not synced" or "are unable to sync." Opp. at 2:17-20. For these signed-out users, Chrome sends signals to Google that indicate to Google that the user is not signed in.

        i.    For Chrome transmissions to Google.com from non-Google websites when a user is signed-out, the cookie externally named 'NID'[1] will be sent to Google. See Dkt. 340-16, Expert Report of Richard Smith ISO Plaintiffs' Motion for Class Certification at 28-30 (¶ 106, Transmissions 665, 2998, and 3072).

        ii.    For Chrome transmission to Doubleclick.net from non-Google

---

[1] https://policies.google.com/technologies/cookies?hl=en-US

websites when a user is signed-out, the cookie externally named 'IDE' will be sent to Google. See Dkt. 340-16, Expert Report of Richard Smith ISO Plaintiffs' Motion for Class Certification at 28-30 (¶ 106, Transmissions 101, 643, 916, 2901, 2911, 2987, and 3064.)

iii.    For Chrome transmissions to Google-Analytics.com from non-Google websites when a user is signed-out, the value for the 'cid' cookie will be sent to Google. See Dkt. 340-16, Expert Report of Richard Smith ISO Plaintiffs' Motion for Class Certification at 28-30 (¶ 106, Transmission 2894).

7.    Contrary to Google's Opposition (Opp. at 2:23-24), Google can and does distinguish between sync and just a sign-in event.

8.    As outlined in my reports in support of class certification, Chrome sends different signals to Google based on whether a user is signed-in versus when they are synced. See Expert Report of Richard M. Smith in Support of Plaintiffs' Motion for Class Certification, Dkt. 340-16 at 36-49, ¶¶ 110-158. As detailed in my opening report, Chrome transmits a distinct Not Synced signal to Google in the following situations: (a) after a user signed into a Google account with sync turned off; (b) when a user starts the Chrome browser in a signed-in but not consented for sync state; and (c) when a user turns sync off. Id. at ¶ 116. From additional discovery, I now understand that Chrome will also periodically transmit the signed in but not consented for sync signal to Google every four hours.  Schumann Depo. at 204:24-205:12 (Chrome sends to Google " ███████ .")

9.    Google states that some of these signals, in particular, ██████ and ██████████, "are publicly disclosed in chrome://sync-internals, publicly available source code at https://source.chromium.org, and can be observed through inspecting network traffic with chrome://net-export." (Opp. at 4:5-7).

10.    I have reviewed the identified public sources. The term " ████ " does not appear anywhere in these documents and the corresponding field name in the public document

("is_sync_feature_enabled) is different than the internal field name that Google eventually

disclosed in this case ("███████████████████████████████████████████████").

11.     Also, public documentation of a company's source code does not equate the same

information as that available internally, as it often does not match its internal source code. I made

a specific note of this in my report in Support of Class Certification, when I explained that, in order

to state that the public version of Chrome source code was, in fact, the same as the source code

actually in use, "Google would have to produce source code relating to the Sync function so that I

could review it. However, my understanding is that Google has refused to produce any source code

in this case to date." Dkt. 340-16 at 41-42, ¶¶ 129-130.

12.     For example, the public document I reviewed for my report in Support of Class

Certification, to which Google refers in its Opposition brief, begins with the following nine lines

of text indicating a copyright date of 2012 and no indication whether it is current or not. See Dkt.

340-16 at 42, ¶ 132.

```
sync.proto                          Find ▾   Links ▾   View in ▾   Related files ▾

 1 // Copyright (c) 2012 The Chromium Authors. All rights reserved.
 2 // Use of this source code is governed by a BSD-style license that can be
 3 // found in the LICENSE file.
 4 //
 5 // Sync protocol for communication between sync client and server.
 6
 7 // If you change or add any fields in this file, update proto_visitors.h and
 8 // potentially proto_enum_conversions.{h, cc}. If you add new Specifics proto,
 9 // also update proto_value_conversions.{h, cc}.
```

13.     As I understand it, Google still has not produced any internal source code relating

to the sync function. On November 18, 2022, Google produced only an Excel spreadsheet that listed

fields and field descriptions for the gws log named "██████████████████," but this, on its

face did not disclose any Not Synced signals. I understand that Google has since admitted that this

is the log that stores Not Synced that Chrome sends, but this information is not apparent from the

information that was provided on November 18, 2022.

14.     In addition, although the ██████████████ field appears in the 2012 copyrighted

source code that I referenced in my opening report (and stated could only be confirmed by review

1    of Google's internal source code), the ███ different fields and field descriptions provided by Google

2    on November 18, 2021 do not include any ███████████ signal.

3        15.     Had Google disclosed the underlying and updated internal sync source code that

4    corresponds to the historical version that is available online, Plaintiffs very likely would have been

5    able to identify the ████████████ signal.

6        16.     There is also a discrepancy between the 2012 copyrighted source code that I

7    referenced in my opening report regarding the "is_sync_feature_enabled" field versus what Google

8    disclosed in the spreadsheet it produced on November 18, 2022.

9        17.     Specifically, the field in the publicly available 2012 copyrighted source code is

10   named "is_sync_feature_enabled." See Dkt. 340-16 at 34, ¶ 139. According to Google, the field in

11   the current log is named "███████████████████████████████████."

12        18.     This is not a trivial distinction. It indicates that Google's current internal source code

13   is different than the publicly available documentation.

14        19.     The 2012 copyrighted source code provides the following details:

15            a.     "Whether the client has full sync (or, sync the feature) enabled or not.

16                Optional bool is is_sync_feature_enabled = 2;" Dkt, 640-16 at 43, ¶ 137, and

17            b.     "Client's self-reported state. // The client should set this on every message

18                sent to the server, through its member fields may often be unset. Optional

19                ClientStatus client_status=13." Dkt. 340-16 at 43, ¶ 138.

20        20.     By contrast, Google's November 18, 2021 spreadsheet listing field and description

21   for "██████████████████████████████████," stated that the signal

22   indicated ████████████████████████████████████████████

23   ██████████████████████████████████████" See Row 309.[2] Emphasis added.

24        21.     The sentence ██████████████████████████████ that was

25   provided by Google's counsel in its November 18, 2021 production is misleading when considered

26

27   [2] Due to the massive volume of the cited documents, out of respect for the limited resources of the
    Court, they have not been attached to this declaration. I have cited the relevant language and will

28   of course provide any or all documents upon request.

in connection with my report in Dkt. 340-16. Specifically, my report indicated that, when a user was signed in but not consented for sync, the "sync_feature_enabled" field was "*set to zero* which appears to indicate that the sync feature is not enabled." Dkt. 340-16 at 44, ¶ 144.

22.      Google's November 18, 2021 description that the value of the "sync_feature_enabled" signal is                          indicates that it either would not or might not be "logged" if the signal sent was a zero, as described in my opening report.

23.      It is not clear to me that the description provided in the November 18, 2021 disclosure is the same description that would appear in Google's actual internal source code. The only way to compare the two would be for Google to produce the internal sync source code that was active throughout this case.

24.      My experience in the industry has included detailed source code analysis in cases involving claims between competitors where the parties typically provide each other with the actual source code in use for review, rather than descriptions of counsel. My review of the 2012 copyrighted public version of the sync proto source code suggests that it is highly unlikely that there is anything so sensitive in the internal version of this document that would justify Google's refusal to produce it in this litigation. I have attached a full copy of the current version of this document on Google's Chromium site so that the Court can review for itself how Google's protos often provide detailed, plain English descriptions of how Google's systems and logs work. *See* Exhibit A.

25.      Further, it is not clear to me that the description provided in the November 18, 2021 disclosure is the same description that would appear in Google's actual internal source code. It is my understanding that, rather than produce protos or source code, Google insisted on providing a curated list of fields and their descriptions. For this particular field, the phrase                          does not appear anywhere in the public version that Google references in its opposition to sanctions. The only way to compare Google's November 18, 2021 disclosure with the language in the sync proto source code during this case would be for Google to produce all versions of the internal sync source code that were in use during this case.

26.     Google's statement that my report "discussed 'not-synced' signals" (Opp. at 5:1-3) is deeply misleading.

27.     There is a difference between Chrome sending a signal versus Google storing such a signal. In my opening report, I detailed that my investigation showed Chrome sending a signal of 13:0 to Google when a user was signed-in but not consented for sync. I also expressly stated:

    a.     To state parts of my opinion "with absolute certainty, Google would have to produce source code relating to the Sync function so that I could review it. However, my understanding is that Google has refused to produce any source code in this case to date." Dkt. 340-16 at 42, ¶ 130; and

    b.     "Based on my experience with Web application software, I believe it would be straightforward for Google to keep a record of these incoming signals attached to specific account holders if Google has not done so already." Dkt. 340-16 at 48, ¶ 158.

28.     The reason I stated that I could not make certain conclusions with "absolute certainty" and that "it would be straightforward for Google to keep a record" of Not Synced signals is that it is my understanding that Google (1) continued to deny the existence of such signals; and (2) had not disclosed whether, where, or for how long Google stored such signals.

29.     Google's argument that it "has no logs showing every instance in which a Chrome user browses without sync enabled" (Opp. at 6:14-15) is misleading.

30.     For users who are signed in but not consented for sync:

    a.     As detailed in my opening report on class certification, Chrome is designed to send a signal to Google identifying that the user is not synced every time that a user (1) signs in to a Google Account without enabling sync; (2) opens the Chrome browser while signed in but not consented for sync. Based on the testimony of Google's Tim Schumann, it is also my understanding that Chrome intermittently sends a signal to Google every ▮▮▮▮▮ identifying that a user is signed in but not consented for sync as the user continues to

1    actively use the browser in such a state. Schumann Depo. at 204:24-205:12

2    (Chrome sends to Google "███████████.")  Google places a timestamp

3    with each Not Synced signal in question that can identify precisely when a

4    user is in the Not Synced state. On their own, these Not Synced signals show

5    precise times when a Chrome user browses while signed in but not consented

6    for sync.

7    b.    Google also maintains dozens and perhaps hundreds of logs that contain

8    browsing history, timestamps, and signals that a user was using Chrome

9    while signed into a Google Account. These logs contain detailed histories of

10    the content of user communications at issue.

11    c.    Combined, the sync server logs and other logs containing browsing history

12    can be joined with Gaia-keyed logs containing browsing history information

13    to identify the content of specific communications that Chrome transmitted

14    to Google while specific users were signed in but not consented for sync.

15    31.    For users who are not signed in:

16    a.    When a user clicks to "Turn off Sync," the Chrome browser sends a signal

17    to Google informing Google that the user has engaged in a

18    ████████████ connected to their Google Account identifier and the

19    time of the action. Chrome then sends the user to a signed-out state. On its

20    own, the ████████████ signal shows precise times when a Chrome

21    user browses while signed out.

22    b.    Google's Opposition also admits that "Google Account holders who are

23    signed out of their Google Accounts" are "therefore not synced;" and that

24    non-Google Account holders cannot sign into a Google Account "because

25    they do not have one" and are also therefore "unable to sync a device." Opp.

26    at 2:17-20.

27    c.    Google also maintains dozens and perhaps hundreds of logs that contain

28

browsing history, timestamps, and signals that indicate that a user was using Chrome while not signed into a Google Account. These logs contain detailed histories of the content of user communications at issue.

    d.  By Google's admission, the signals in signed-out logs that identify a user as not signed in also identify that "therefore" the user is "not synced."

32.    It may be true that Google cannot identify "*every instance* in which a Chrome user browses without sync enabled." This may be the result of certain rare cases where Chrome does not operate as it is designed or the signals misfire for some reason or other. However, Google is a sophisticated company that has designed Chrome and its logging systems in a way that enabled it to identify billions (and perhaps trillions) of instances in which specific Chrome users browse without sync enabled – and the specific content of communications at issue.

Executed this 21st day of July 2022 at Cleveland, Ohio.

/s/ _____

Richard M. Smith

# EXHIBIT A

## TO REBUTTAL DECLARATION OF RICHARD SMITH

Google Git

Sign in

chromium / chromium / src / e2033e880dd787c09e29c6f015a1bc0dfe06 / . /
components / sync / protocol / sync.proto

blob: 5e9bee25ac3c7889b007eda14d97c094494f8c1c [file] [log] [blame]

```
1   // Copyright (c) 2012 The Chromium Authors. All rights reserved.
2   // Use of this source code is governed by a BSD-style license that can be
3   // found in the LICENSE file.
4   //
5   // Sync protocol for communication between sync client and server.
6
7   // If you change or add any fields in this file, update proto_visitors.h and
8   // potentially proto_enum_conversions.{h, cc}. If you add new Specifics proto,
9   // also update proto_value_conversions.{h, cc}.
10
11  syntax = "proto2";
12
13  option java_multiple_files = true;
14  option java_package = "org.chromium.components.sync.protocol";
15
16  option optimize_for = LITE_RUNTIME;
17
18  package sync_pb;
19
20  import "components/sync/protocol/app_list_specifics.proto";
21  import "components/sync/protocol/app_notification_specifics.proto";
22  import "components/sync/protocol/app_setting_specifics.proto";
23  import "components/sync/protocol/app_specifics.proto";
24  import "components/sync/protocol/arc_package_specifics.proto";
25  import "components/sync/protocol/autofill_specifics.proto";
26  import "components/sync/protocol/autofill_offer_specifics.proto";
27  import "components/sync/protocol/bookmark_specifics.proto";
28  import "components/sync/protocol/client_commands.proto";
29  import "components/sync/protocol/client_debug_info.proto";
30  import "components/sync/protocol/device_info_specifics.proto";
31  import "components/sync/protocol/dictionary_specifics.proto";
32  import "components/sync/protocol/encryption.proto";
33  import "components/sync/protocol/experiments_specifics.proto";
34  import "components/sync/protocol/extension_setting_specifics.proto";
```

```proto
35  import "components/sync/protocol/extension_specifics.proto";
36  import "components/sync/protocol/favicon_image_specifics.proto";
37  import "components/sync/protocol/favicon_tracking_specifics.proto";
38  import "components/sync/protocol/get_updates_caller_info.proto";
39  import "components/sync/protocol/history_delete_directive_specifics.proto";
40  import "components/sync/protocol/managed_user_setting_specifics.proto";
41  import "components/sync/protocol/managed_user_shared_setting_specifics.proto";
42  import "components/sync/protocol/managed_user_specifics.proto";
43  import "components/sync/protocol/nigori_specifics.proto";
44  import "components/sync/protocol/os_preference_specifics.proto";
45  import "components/sync/protocol/os_priority_preference_specifics.proto";
46  import "components/sync/protocol/password_specifics.proto";
47  import "components/sync/protocol/preference_specifics.proto";
48  import "components/sync/protocol/printer_specifics.proto";
49  import "components/sync/protocol/priority_preference_specifics.proto";
50  import "components/sync/protocol/reading_list_specifics.proto";
51  import "components/sync/protocol/search_engine_specifics.proto";
52  import "components/sync/protocol/security_event_specifics.proto";
53  import "components/sync/protocol/send_tab_to_self_specifics.proto";
54  import "components/sync/protocol/session_specifics.proto";
55  import "components/sync/protocol/sharing_message_specifics.proto";
56  import "components/sync/protocol/sync_enums.proto";
57  import "components/sync/protocol/synced_notification_app_info_specifics.proto";
58  import "components/sync/protocol/synced_notification_specifics.proto";
59  import "components/sync/protocol/theme_specifics.proto";
60  import "components/sync/protocol/typed_url_specifics.proto";
61  import "components/sync/protocol/unique_position.proto";
62  import "components/sync/protocol/user_consent_specifics.proto";
63  import "components/sync/protocol/user_event_specifics.proto";
64  import "components/sync/protocol/web_app_specifics.proto";
65  import "components/sync/protocol/wifi_configuration_specifics.proto";
66  import "components/sync/protocol/workspace_desk_specifics.proto";
67
68  // Used for inspecting how long we spent performing operations in different
69  // backends. All times must be in millis.
70  message ProfilingData {
71    optional int64 meta_data_write_time = 1;
72    optional int64 file_data_write_time = 2;
73    optional int64 user_lookup_time = 3;
74    optional int64 meta_data_read_time = 4;
75    optional int64 file_data_read_time = 5;
76    optional int64 total_request_time = 6;
```

```
 77   }
 78
 79   message EntitySpecifics {
 80     // If a datatype is encrypted, this field will contain the encrypted
 81     // original EntitySpecifics. The extension for the datatype will continue
 82     // to exist, but contain only the default values.
 83     // Note that currently passwords employ their own legacy encryption scheme and
 84     // do not use this field.
 85     optional EncryptedData encrypted = 1;
 86
 87     // To add new datatype-specific fields to the protocol, extend
 88     // EntitySpecifics.  First, pick a non-colliding tag number by
 89     // picking a Cr-Commit-Position of one of your past commits
 90     // to src.chromium.org.  Then, in a different protocol buffer
 91     // definition, define your message type, and add an optional field
 92     // to the list below using the unique tag value you selected.
 93     //
 94     //  optional MyDatatypeSpecifics my_datatype = 32222;
 95     //
 96     // where:
 97     //  - 32222 is the non-colliding tag number you picked earlier.
 98     //  - MyDatatypeSpecifics is the type (probably a message type defined
 99     //    in your new .proto file) that you want to associate with each
100     //    object of the new datatype.
101     //  - my_datatype is the field identifier you'll use to access the
102     //    datatype specifics from the code.
103     //
104     // Server implementations are obligated to preserve the contents of
105     // EntitySpecifics when it contains unrecognized fields.  In this
106     // way, it is possible to add new datatype fields without having
107     // to update the server.
108     //
109     // Note: The tag selection process is based on legacy versions of the
110     // protocol which used protobuf extensions. We have kept the process
111     // consistent as the old values cannot change.  The 5+ digit nature of the
112     // tags also makes them recognizable (individually and collectively) from
113     // noise in logs and debugging contexts, and creating a divergent subset of
114     // tags would only make things a bit more confusing.
115
116     oneof specifics_variant {
117       AutofillSpecifics autofill = 31729;
118       BookmarkSpecifics bookmark = 32904;
```

```
119        PreferenceSpecifics preference = 37702;
120        TypedUrlSpecifics typed_url = 40781;
121        ThemeSpecifics theme = 41210;
122        // TODO(crbug.com/1012648): |app_notification| isn't used by the client
123        // anymore, but the server still needs it for now.
124        AppNotification app_notification = 45184 [deprecated = true];
125        PasswordSpecifics password = 45873;
126        NigoriSpecifics nigori = 47745;
127        ExtensionSpecifics extension = 48119;
128        AppSpecifics app = 48364;
129        SessionSpecifics session = 50119;
130        AutofillProfileSpecifics autofill_profile = 63951;
131        SearchEngineSpecifics search_engine = 88610;
132        ExtensionSettingSpecifics extension_setting = 96159;
133        AppSettingSpecifics app_setting = 103656;
134        HistoryDeleteDirectiveSpecifics history_delete_directive = 150251;
135        // TODO(crbug.com/1012648): |synced_notification| and
136        // |synced_notification_app_info| aren't used by the client anymore, but the
137        // server still needs them for now.
138        SyncedNotificationSpecifics synced_notification = 153108
139            [deprecated = true];
140        SyncedNotificationAppInfoSpecifics synced_notification_app_info = 235816
141            [deprecated = true];
142        DeviceInfoSpecifics device_info = 154522;
143        // TODO(crbug.com/1009361): |experiments| isn't used by the client anymore,
144        // but the server still needs it for now.
145        ExperimentsSpecifics experiments = 161496 [deprecated = true];
146        PriorityPreferenceSpecifics priority_preference = 163425;
147        DictionarySpecifics dictionary = 170540;
148        FaviconTrackingSpecifics favicon_tracking = 181534
149            [deprecated = true];
150        FaviconImageSpecifics favicon_image = 182019 [deprecated = true];
151        ManagedUserSettingSpecifics managed_user_setting = 186662;
152        // TODO(tschumann): Remove once server-side dependencies are resolved.
153        ManagedUserSpecifics managed_user = 194582 [deprecated = true];
154        // TODO(tschumann): Remove once server-side dependencies are resolved.
155        ManagedUserSharedSettingSpecifics managed_user_shared_setting = 202026
156            [deprecated = true];
157        AppListSpecifics app_list = 229170;
158        EmptySpecifics managed_user_allowlist = 306060 [deprecated = true];
159        AutofillWalletSpecifics autofill_wallet = 306270;
160        WalletMetadataSpecifics wallet_metadata = 330441;
```

```
161        ArcPackageSpecifics arc_package = 340906;
162        PrinterSpecifics printer = 410745;
163        ReadingListSpecifics reading_list = 411028;
164        UserEventSpecifics user_event = 455206;
165        UserConsentSpecifics user_consent = 556014;
166        SendTabToSelfSpecifics send_tab_to_self = 601980;
167        SecurityEventSpecifics security_event = 600372;
168        WebAppSpecifics web_app = 673225;
169        WifiConfigurationSpecifics wifi_configuration = 662827;
170        OsPreferenceSpecifics os_preference = 702141;
171        OsPriorityPreferenceSpecifics os_priority_preference = 703915;
172        SharingMessageSpecifics sharing_message = 728866;
173        AutofillOfferSpecifics autofill_offer = 774329;
174        WorkspaceDeskSpecifics workspace_desk = 874841;
175      }
176      reserved 218175;
177      reserved "wifi_credential";
178      reserved 223759;
179      reserved "article";
180      reserved 545005;
181      reserved "mountain_share";
182    }
183
184    message EmptySpecifics {}
185
186    message SyncEntity {
187      // This item's identifier.  In a commit of a new item, this will be a
188      // client-generated ID.  If the commit succeeds, the server will generate
189      // a globally unique ID and return it to the committing client in the
190      // CommitResponse.EntryResponse.  In the context of a GetUpdatesResponse,
191      // |id_string| is always the server generated ID.  The original
192      // client-generated ID is preserved in the |originator_client_id| field.
193      // Present in both GetUpdatesResponse and CommitMessage.
194      optional string id_string = 1;
195
196      // An id referencing this item's parent in the hierarchy.  In a
197      // CommitMessage, it is accepted for this to be a client-generated temporary
198      // ID if there was a new created item with that ID appearing earlier
199      // in the message.  In all other situations, it is a server ID.
200      // Present in both GetUpdatesResponse and CommitMessage.
201      optional string parent_id_string = 2;
202
```

```
203    reserved 3;
204    reserved "old_parent_id";
205
206    // The version of this item -- a monotonically increasing value that is
207    // maintained by for each item.  If zero in a CommitMessage, the server
208    // will interpret this entity as a newly-created item and generate a
209    // new server ID and an initial version number.  If nonzero in a
210    // CommitMessage, this item is treated as an update to an existing item, and
211    // the server will use |id_string| to locate the item.  Then, if the item's
212    // current version on the server does not match |version|, the commit will
213    // fail for that item.  The server will not update it, and will return
214    // a result code of CONFLICT.  In a GetUpdatesResponse, |version| is
215    // always positive and indentifies the revision of the item data being sent
216    // to the client.
217    // Present in both GetUpdatesResponse and CommitMessage.
218    // WARNING: This field used to be required before M60. Any client before this
219    // will fail to deserialize if this field is missing.
220    optional int64 version = 4;
221
222    // Last modification time (in java time milliseconds)
223    // Present in both GetUpdatesResponse and CommitMessage.
224    optional int64 mtime = 5;
225
226    // Creation time.
227    // Present in both GetUpdatesResponse and CommitMessage.
228    optional int64 ctime = 6;
229
230    // The name of this item.
231    // Historical note:
232    //   Since November 2010, this value is no different from non_unique_name.
233    //   Before then, server implementations would maintain a unique-within-parent
234    //   value separate from its base, "non-unique" value.  Clients had not
235    //   depended on the uniqueness of the property since November 2009; it was
236    //   removed from Chromium by http://codereview.chromium.org/371029 .
237    // Present in both GetUpdatesResponse and CommitMessage.
238    // WARNING: This field used to be required before M60. Any client before this
239    // will fail to deserialize if this field is missing.
240    optional string name = 7;
241
242    // The name of this item.  Same as |name|.
243    // |non_unique_name| should take precedence over the |name| value if both
244    // are supplied.  For efficiency, clients and servers should avoid setting
```

```
245        // this redundant value.
246        // Present in both GetUpdatesResponse and CommitMessage.
247        optional string non_unique_name = 8;
248
249        reserved 9;
250        reserved "sync_timestamp";
251
252        // If present, this tag identifies this item as being a uniquely
253        // instanced item.  The server ensures that there is never more
254        // than one entity in a user's store with the same tag value.
255        // This value is used to identify and find e.g. the "Google Chrome" settings
256        // folder without relying on it existing at a particular path, or having
257        // a particular name, in the data store.
258        //
259        // This variant of the tag is created by the server, so clients can't create
260        // an item with a tag using this field.
261        //
262        // Use client_defined_unique_tag if you want to create one from the client.
263        //
264        // An item can't have both a client_defined_unique_tag and
265        // a server_defined_unique_tag.
266        //
267        // Present only in GetUpdatesResponse.
268        optional string server_defined_unique_tag = 10;
269
270        reserved 11;
271        reserved "BookmarkData";
272        reserved 12;
273        reserved "bookmark_folder";
274        reserved 13;
275        reserved "bookmark_url";
276        reserved 14;
277        reserved "bookmark_favicon";
278
279        // Supplies a numeric position for this item, relative to other items with the
280        // same parent.  Deprecated in M26, though clients are still required to set
281        // it.
282        //
283        // Present in both GetUpdatesResponse and CommitMessage.
284        //
285        // At one point this was used as an alternative / supplement to
286        // the deprecated |insert_after_item_id|, but now it, too, has been
```

```
287    // deprecated.
288    //
289    // In order to maintain compatibility with older clients, newer clients should
290    // still set this field.  Its value should be based on the first 8 bytes of
291    // this item's |unique_position|.
292    //
293    // Nerwer clients must also support the receipt of items that contain
294    // |position_in_parent| but no |unique_position|.  They should locally convert
295    // the given int64 position to a UniquePosition.
296    //
297    // The conversion from int64 to UniquePosition is as follows:
298    // The int64 value will have its sign bit flipped then placed in big endian
299    // order as the first 8 bytes of the UniquePosition.  The subsequent bytes of
300    // the UniquePosition will consist of the item's unique suffix.
301    //
302    // Conversion from UniquePosition to int64 reverses this process: the first 8
303    // bytes of the position are to be interpreted as a big endian int64 value
304    // with its sign bit flipped.
305    optional int64 position_in_parent = 15 [deprecated = true];
306
307    // Contains the ID of the element (under the same parent) after which this
308    // element resides. An empty string indicates that the element is the first
309    // element in the parent.  This value is used during commits to specify
310    // a relative position for a position change.  In the context of
311    // a GetUpdatesMessage, |position_in_parent| is used instead to
312    // communicate position.
313    //
314    // Present only in CommitMessage.
315    //
316    // This is deprecated.  Clients are allowed to omit this as long as they
317    // include |position_in_parent| instead.
318    optional string insert_after_item_id = 16 [deprecated = true];
319
320    reserved 17;
321    reserved "extended_attributes";
322
323    // If true, indicates that this item has been (or should be) deleted.
324    // Present in both GetUpdatesResponse and CommitMessage.
325    optional bool deleted = 18 [default = false];
326
327    // A GUID that identifies the the sync client who initially committed
328    // this entity.  This value corresponds to |cache_guid| in CommitMessage.
```

```
329        // This field, along with |originator_client_item_id|, can be used to
330        // reunite the original with its official committed version in the case
331        // where a client does not receive or process the commit response for
332        // some reason.
333        //
334        // Present only in GetUpdatesResponse.
335        //
336        // This field is also used in determining the unique identifier used in
337        // bookmarks' unique_position field.
338        optional string originator_cache_guid = 19;
339
340        // Item ID as generated by the client that initially created this entity. Used
341        // exclusively for bookmarks (other datatypes use client_defined_unique_tag).
342        // There are three generation of bookmarks that have populated this field
343        // differently, depending on which version of the browser created the
344        // bookmark:
345        // 1. For bookmarks created before M44 (2015), the field got populated with an
346        //    ID that is locally unique, but not globally unique (usually a negative
347        //    number).
348        // 2. For bookmarks created between M45 and M51, both inclusive, the field got
349        //    populated with a globally unique GUID in uppercase form.
350        // 3. For bookmarks created with M52 or above, the field gets populated with
351        //    a globally unique GUID in lowercase form.
352        //
353        // Present only in GetUpdatesResponse.
354        optional string originator_client_item_id = 20;
355
356        // Extensible container for datatype-specific data.
357        // This became available in version 23 of the protocol.
358        optional EntitySpecifics specifics = 21;
359
360        // Indicate whether this is a folder or not. Available in version 23+.
361        optional bool folder = 22 [default = false];
362
363        // A client defined unique hash for this entity.
364        // Similar to server_defined_unique_tag.
365        //
366        // When initially committing an entity, a client can request that the entity
367        // is unique per that account. To do so, the client should specify a
368        // client_defined_unique_tag. At most one entity per tag value may exist.
369        // per account. The server will enforce uniqueness on this tag
370        // and fail attempts to create duplicates of this tag.
```

```
371        // Will be returned in any updates for this entity.
372        //
373        // The difference between server_defined_unique_tag and
374        // client_defined_unique_tag is the creator of the entity. Server defined
375        // tags are entities created by the server at account creation,
376        // while client defined tags are entities created by the client at any time.
377        //
378        // During GetUpdates, a sync entity update will come back with ONE of:
379        // a) Originator and cache id - If client committed the item as non "unique"
380        // b) Server tag - If server committed the item as unique
381        // c) Client tag - If client committed the item as unique
382        //
383        // May be present in CommitMessages for the initial creation of an entity.
384        // If present in Commit updates for the entity, it will be ignored.
385        //
386        // Available in version 24+.
387        //
388        // May be returned in GetUpdatesMessage and sent up in CommitMessage.
389        //
390        optional string client_defined_unique_tag = 23;
391
392        // This positioning system had a relatively short life.  It was made obsolete
393        // by |unique_position| before either the client or server made much of an
394        // attempt to support it.  In fact, no client ever read or set this field.
395        //
396        // Deprecated in M26.
397        optional bytes ordinal_in_parent = 24 [deprecated = true];
398
399        // This is the fourth attempt at positioning.
400        //
401        // This field is present in both GetUpdatesResponse and CommitMessage, if the
402        // item's type requires it and the client that wrote the item supports it (M26
403        // or higher).  Clients must also be prepared to handle updates from clients
404        // that do not set this field.
405        //
406        // This field will not be set for items whose type ignores positioning.
407        // Clients should not attempt to read this field on the receipt of an item of
408        // a type that ignores positioning.
409        //
410        // Refer to its definition in unique_position.proto for more information about
411        // its internal representation.
412        optional UniquePosition unique_position = 25;
```

```
413
414      // This used to be a list of sync attachment IDs, but it was never launched
415      // and the code has been removed as of M66.
416      reserved 26;
417      reserved "attachment_id";
418  }
419
420  // This message contains diagnostic information used to correlate
421  // commit-related traffic with extensions-related mutations to the
422  // data models in chromium.  It plays no functional role in
423  // processing this CommitMessage.
424  message ChromiumExtensionsActivity {
425      // The human-readable ID identifying the extension responsible
426      // for the traffic reported in this ChromiumExtensionsActivity.
427      optional string extension_id = 1;
428
429      // How many times the extension successfully invoked a write
430      // operation through the bookmarks API since the last CommitMessage.
431      optional uint32 bookmark_writes_since_last_commit = 2;
432  }
433
434  // Client specific configuration information.
435  message ClientConfigParams {
436      // The set of data types this client has enabled. Note that this does not
437      // include proxy types, as they do not have protocol field numbers and are
438      // placeholder types that implicitly enable protocol types.
439      repeated int32 enabled_type_ids = 1;
440
441      // Whether the PROXY_TABS proxy datatype is enabled on this client.
442      optional bool tabs_datatype_enabled = 2;
443
444      // Whether the account(s) present in the content area's cookie jar match the
445      // chrome account. If multiple accounts are present in the cookie jar, a
446      // mismatch implies all of them are different from the chrome account.
447      optional bool cookie_jar_mismatch = 3;
448
449      // Indicates that the client is not aware of any other active clients for the
450      // user. This flag shows that it is not necessary to send invalidations for
451      // the committed data. The client is considered active if it's DeviceInfo has
452      // updated recent enough.
453      optional bool single_client = 4;
454
```

```
455      // A list of FCM registration tokens which are obtained from other clients.
456      // This list is used by the server to send invalidations to all other clients.
457      // If the list is empty, the server should treat this as "there is no
458      // information about other clients". In practice, this happens by the next
459      // causes:
460      // 1. This is the old client which doesn't set this field.
461      // 2. There are too many active devices and the list would have too many
462      // items.
463      // 3. An empty list could also mean that the current client is the only
464      // client. This case should be covered by the |single_client| field instead
465      // (otherwise it could be mixed up with older clients). The server doesn't
466      // have to use this field and can ignore it.
467      repeated string devices_fcm_registration_tokens = 5;
468    }

469

470  message CommitMessage {
471      repeated SyncEntity entries = 1;

472

473      // A GUID that identifies the committing sync client.  This value will be
474      // returned as originator_cache_guid for any new items.
475      optional string cache_guid = 2;

476

477      repeated ChromiumExtensionsActivity extensions_activity = 3;

478

479      // The configuration of this client at commit time. Used by the server to
480      // make commit-time decisions about how to process datatypes that might
481      // involve server-side interaction, and e.g require explicit user intent for
482      // syncing a particular data type regardless of whether a commit for that
483      // datatype is currently being sent up.
484      optional ClientConfigParams config_params = 4;

485

486      // Set of optional per-client datatype contexts.
487      repeated DataTypeContext client_contexts = 5;

488

489      // This field need to be 256 bytes if set. This attempts to mitigate CRIME
490      // attacks when sync communicate from client to server with compression. So if
491      // compression is used, this need to set a 256 random ASCII bytes. If no
492      // compression, this field should not be set. The server can ignore the
493      // padding.
494      optional string padding = 6;
495    }

496
```

```
497    // This message communicates additional per-type information related to
498    // requests with origin GU_TRIGGER.  This message is not relevant when any
499    // other origin value is used.
500    // Introduced in M29.
501    message GetUpdateTriggers {
502      // An opaque-to-the-client string of bytes, received through a notification,
503      // that the server may interpret as a hint about the location of the latest
504      // version of the data for this type.
505      //
506      // Note that this will eventually replace the 'optional' field of the same
507      // name defined in the progress marker, but the client and server should
508      // support both until it's safe to deprecate the old one.
509      //
510      // This field was introduced in M29.
511      repeated string notification_hint = 1;
512
513      // This flag is set if the client was forced to drop hints because the number
514      // of queued hints exceeded its limit.  The oldest hints will be discarded
515      // first.  Introduced in M29.
516      optional bool client_dropped_hints = 2;
517
518      // This flag is set when the client suspects that its list of invalidation
519      // hints may be incomplete.  This may be the case if:
520      // - The client is syncing for the first time.
521      // - The client has just restarted and it was unable to keep track of
522      //   invalidations that were received prior to the restart.
523      // - The client's connection to the invalidation server is currently or
524      //   was recently broken.
525      //
526      // It's difficult to provide more details here.  This is implemented by
527      // setting the flag to false whenever anything that might adversely affect
528      // notifications happens (eg. a crash, restart on a platform that doesn't
529      // support invalidation ack-tracking, transient invalidation error) and is
530      // unset only after we've experienced one successful sync cycle while
531      // notifications were enabled.
532      //
533      // This flag was introduced in M29.
534      optional bool invalidations_out_of_sync = 3;
535
536      // This counts the number of times the syncer has been asked to commit
537      // changes for this type since the last successful sync cycle.  The number of
538      // nudges may not be related to the actual number of items modified.  It
```

```
539      // often correlates with the number of user actions, but that's not always
540      // the case.
541      // Introduced in M29.
542      optional int64 local_modification_nudges = 4;
543
544      // This counts the number of times the syncer has been explicitly asked to
545      // fetch updates for this type since the last successful sync cycle.  These
546      // explicit refresh requests should be relatively rare on most platforms, and
547      // associated with user actions.  For example, at the time of this writing
548      // the most common (only?) source of refresh requests is when a user opens
549      // the new tab page on a platform that does not support sessions
550      // invalidations.
551      // Introduced in M29.
552      optional int64 datatype_refresh_nudges = 5;
553
554      // This flag is set if the invalidation server reports that it may have
555      // dropped some invalidations at some point.  Introduced in M33.
556      optional bool server_dropped_hints = 6;
557
558      // This flag is set if this GetUpdate request is due at least in part due
559      // to the fact that this type has not finished initial sync yet, and the
560      // client would like to initialize itself with the server data.
561      //
562      // Only some types support performing an initial sync as part of a normal
563      // GetUpdate request.  Many types must be in configure mode when fetching
564      // initial sync data.
565      //
566      // Introduced in M38.
567      optional bool initial_sync_in_progress = 7;
568
569      // This flag is set if this GetUpdate request is due to client receiving
570      // conflict response from server, so client needs to sync and then resolve
571      // conflict locally, and then commit again.
572      //
573      // Introduced in M42.
574      optional bool sync_for_resolve_conflict_in_progress = 8;
575    }
576
577  message GarbageCollectionDirective {
578    enum Type {
579      UNKNOWN = 0;
580      VERSION_WATERMARK = 1;
```

```
581        AGE_WATERMARK = 2;
582        DEPRECATED_MAX_ITEM_COUNT = 3 [deprecated = true];
583      }
584
585      optional Type type = 1 [default = UNKNOWN];
586
587      // This field specifies the watermark for the versions which should get
588      // garbage collected.  The client should purge all sync entities when
589      // receiving any value of this.  This is a change from previous behavior,
590      // where the client would only be required to purge items older than the
591      // specified watermark.
592      // TODO(crbug.com/877951): Rename this to make clear that whenever it's set,
593      // the client will delete ALL data, regardless of its value.
594      optional int64 version_watermark = 2;
595
596      // This field specifies the watermark in terms of age in days.  The client
597      // should purge all sync entities which are older than this specific value
598      // based on last modified time.
599      optional int32 age_watermark_in_days = 3;
600
601      reserved 4;
602      reserved "max_number_of_items";
603    }
604
605    message DataTypeProgressMarker {
606      // An integer identifying the data type whose progress is tracked by this
607      // marker.  The legitimate values of this field correspond to the protobuf
608      // field numbers of all EntitySpecifics fields supported by the server.
609      // These values are externally declared in per-datatype .proto files.
610      optional int32 data_type_id = 1;
611
612      // An opaque-to-the-client sequence of bytes that the server may interpret
613      // as an indicator of the client's knowledge state.  If this is empty or
614      // omitted by the client, it indicates that the client is initiating a
615      // a first-time sync of this datatype.  Otherwise, clients must supply a
616      // value previously returned by the server in an earlier GetUpdatesResponse.
617      // These values are not comparable or generable on the client.
618      //
619      // The opaque semantics of this field are to afford server implementations
620      // some flexibility in implementing progress tracking.  For instance,
621      // a server implementation built on top of a distributed storage service --
622      // or multiple heterogenous such services -- might need to supply a vector
```

```
623        // of totally ordered monotonic update timestamps, rather than a single
624        // monotonically increasing value.  Other optimizations may also be
625        // possible if the server is allowed to embed arbitrary information in
626        // the progress token.
627        //
628        // Server implementations should keep the size of these tokens relatively
629        // small, on the order of tens of bytes, and they should remain small
630        // regardless of the number of items synchronized.  (A possible bad server
631        // implementation would be for progress_token to contain a list of all the
632        // items ever sent to the client.  Servers shouldn't do this.)
633        optional bytes token = 2;
634
635        // Clients that previously downloaded updates synced using the timestamp based
636        // progress tracking mechanism, but which wish to switch over to the opaque
637        // token mechanism can set this field in a GetUpdatesMessage.  The server
638        // will perform a get updates operation as normal from the indicated
639        // timestamp, and return only an opaque progress token.
640        optional int64 timestamp_token_for_migration = 3 [deprecated = true];
641
642        // An opaque-to-the-client string of bytes, received through a notification,
643        // that the server may interpret as a hint about the location of the latest
644        // version of the data for this type.
645        //
646        // Deprecated in M29.  We should use the repeated field version in the
647        // PerClientTypeState instead.
648        optional string notification_hint = 4 [deprecated = true];
649
650        // This field will be included only in GetUpdates with origin GU_TRIGGER.
651        optional GetUpdateTriggers get_update_triggers = 5;
652
653        // The garbage collection directive for this data type.  The client should
654        // purge items locally based on this directive.  Since this directive is
655        // designed to be sent from server only, the client should persist it locally
656        // as needed and avoid sending it to the server.
657        optional GarbageCollectionDirective gc_directive = 6;
658    }
659
660    message GetUpdatesMessage {
661      reserved 1;
662      reserved "from_timestamp";
663
664        // Indicates the reason for the GetUpdatesMessage.
```

```
665        // This was *mostly* deprecated in M29.  GetUpdatesOrigin is the new way to
666        // encode the reason for the GetUpdates request, but some parts of the server
667        // still rely on this field.  It also still contains the
668        // "notifications_enabled" flag which needs to be moved elsewhere before this
669        // can be fully removed. See https://crbug.com/510165.
670        optional GetUpdatesCallerInfo caller_info = 2;
671
672        // Indicates whether related folders should be fetched.
673        optional bool fetch_folders = 3 [default = true];
674
675        // Client-requested limit on the maximum number of updates to return at once.
676        // The server may opt to return fewer updates than this amount, but it should
677        // not return more.
678        optional int32 batch_size = 5;
679
680        // Per-datatype progress marker.  If present, the server will ignore
681        // the values of requested_types and from_timestamp, using this instead.
682        //
683        // With the exception of certain configuration or initial sync requests, the
684        // client should include one instance of this field for each enabled data
685        // type.
686        repeated DataTypeProgressMarker from_progress_marker = 6;
687
688        // Indicates whether the response should be sent in chunks.  This may be
689        // needed for devices with limited memory resources.  If true, the response
690        // will include one or more ClientToServerResponses, with the frist one
691        // containing GetUpdatesMetadataResponse, and the remaining ones, if any,
692        // containing GetUpdatesStreamingResponse.  These ClientToServerResponses are
693        // delimited by a length prefix, which is encoded as a varint.
694        optional bool streaming = 7 [default = false];
695
696        // Whether the client needs the server to provide an encryption key for this
697        // account.
698        // Note: this should typically only be set on the first GetUpdates a client
699        // requests. Clients are expected to persist the encryption key from then on.
700        // The allowed frequency for requesting encryption keys is much lower than
701        // other datatypes, so repeated usage will likely result in throttling.
702        optional bool need_encryption_key = 8 [default = false];
703
704        // Whether to create the mobile bookmarks folder if it's not
705        // already created.  Set to true by all modern clients.
706        optional bool create_mobile_bookmarks_folder = 1000
```

```
707           [default = false, deprecated = true];

708

709      // This value is an updated version of the GetUpdatesCallerInfo's
710      // GetUpdatesSource.  It describes the reason for the GetUpdate request.
711      // Introduced in M29.
712      optional SyncEnums.GetUpdatesOrigin get_updates_origin = 9;

713

714      // Whether this GU also serves as a retry GU. Any GU that happens after
715      // retry timer timeout is a retry GU effectively.
716      optional bool is_retry = 10 [default = false];

717

718      // Set of optional per-client datatype contexts.
719      repeated DataTypeContext client_contexts = 11;

720

721      reserved 4;
722      reserved "requested_types";
723    }

724

725    // Message from a client asking the server to clear its data.
726    message ClearServerDataMessage {
727      // No arguments needed as the store birthday and user identifier are part of
728      // an enclosing message.
729    }

730

731    // Response to a ClearServerData request.
732    message ClearServerDataResponse {
733      // No result fields necessary. Success/failure is indicated in
734      // ClientToServerResponse.
735    }

736

737    // The client must preserve, store, and resend the chip bag with
738    // every request.  The server depends on the chip bag in order
739    // to precisely choreograph a client-server state machines.
740    //
741    // Because the client stores and sends this data on every request,
742    // the contents of the chip bag should be kept relatively small.
743    //
744    // If the server does not return a chip bag, the client must assume
745    // that there has been no change to the chip bag.  The client must
746    // resend the bag of chips it had prior on the next request.
747    //
748    // The client must make the chip bag durable if and only if it
```

```
749    // processes the response from the server.
750    message ChipBag {
751      // Server chips are deliberately oqaque, allowing the server
752      // to encapsulate its state machine logic.
753      optional bytes server_chips = 1;
754    }
755
756    // Information about the syncer's state.
757    message ClientStatus {
758      // Flag to indicate if the client has detected hierarchy conflcits.  The flag
759      // is left unset if update application has not been attempted yet.
760      //
761      // The server should attempt to resolve any hierarchy conflicts when this flag
762      // is set.  The client may not assume that any particular action will be
763      // taken.  There is no guarantee the problem will be addressed in a reasonable
764      // amount of time.
765      optional bool hierarchy_conflict_detected = 1;
766
767      // Whether the client has full sync (or, sync the feature) enabled or not.
768      optional bool is_sync_feature_enabled = 2;
769    }
770
771    // A single datatype's sync context. Allows the datatype to pass along
772    // datatype specific information with its own server backend.
773    message DataTypeContext {
774      // The type this context is associated with.
775      optional int32 data_type_id = 1;
776      // The context for the datatype.
777      optional bytes context = 2;
778      // The version of the context.
779      optional int64 version = 3;
780    }
781
782    message ClientToServerMessage {
783      // |share| field is only used on the server for logging and can sometimes
784      // contain empty string. It is still useful for logging username when it can't
785      // be derived from access token in case of auth error.
786      required string share = 1;
787
788      optional int32 protocol_version = 2 [default = 90];
789      enum Contents {
790        COMMIT = 1;
```

```
791        GET_UPDATES = 2;
792        DEPRECATED_3 = 3;
793        DEPRECATED_4 = 4;
794        CLEAR_SERVER_DATA = 5;
795      }
796
797      // Each ClientToServerMessage contains one request defined by the
798      // message_contents. Each type has a corresponding message field that will be
799      // present iff the message is of that type. E.g. a commit message will have a
800      // message_contents of COMMIT and its commit field will be present.
801      required Contents message_contents = 3;
802      optional CommitMessage commit = 4;
803      optional GetUpdatesMessage get_updates = 5;
804      reserved 6;
805      reserved "authenticate";
806
807      reserved 9;
808
809      optional string store_birthday = 7;  // Opaque store ID; if it changes, duck!
810      // The client sets this if it detects a sync issue. The server will tell it
811      // if it should perform a refresh.
812      optional bool sync_problem_detected = 8 [default = false];
813
814      // Client side state information for debugging purpose.
815      // This is only sent on the first getupdates of every sync cycle,
816      // as an optimization to save bandwidth.
817      optional DebugInfo debug_info = 10;
818
819      // Per-client state for use by the server. Sent with every message sent to the
820      // server.
821      optional ChipBag bag_of_chips = 11;
822
823      // Google API key.
824      optional string api_key = 12;
825
826      // Client's self-reported state.
827      // The client should set this on every message sent to the server, though its
828      // member fields may often be unset.
829      optional ClientStatus client_status = 13;
830
831      // The ID that our invalidation client used to identify itself to the server.
832      // Sending the ID here allows the server to not send notifications of our own
```

```
833       // changes to our invalidator.
834       optional string invalidator_client_id = 14;
835
836       // Identifies this ClientToServerMessage as a clear server data request. This
837       // field is present when message_contents is CLEAR_SERVER_DATA.
838       optional ClearServerDataMessage clear_server_data = 15;
839   }
840
841   // This request allows the client to convert a specific crash identifier
842   // into more general information (e.g. hash of the crashing call stack)
843   // suitable for upload in an (authenticated) DebugInfo event.
844   message GetCrashInfoRequest {
845       // Id of the uploaded crash.
846       optional string crash_id = 1;
847
848       // Time that the crash occurred.
849       optional int64 crash_time_millis = 2;
850   }
851
852   // Proto to be written in its entirety to the debug info log.
853   message GetCrashInfoResponse {
854       // Hash of the crashing call stack.
855       optional string stack_id = 1;
856
857       // Time of the crash, potentially rounded to remove
858       // significant bits.
859       optional int64 crash_time_millis = 2;
860   }
861
862   message CommitResponse {
863       enum ResponseType {
864           SUCCESS = 1;
865           CONFLICT = 2;  // You're out of date; update and check your data
866           // TODO(ncarter): What's the difference between RETRY and TRANSIENT_ERROR?
867           RETRY = 3;              // Someone has a conflicting, non-expired session open
868           INVALID_MESSAGE = 4;  // What the client sent was invalid, and trying again
869                                  // won't help.
870           OVER_QUOTA = 5;  // This operation would put you, or you are, over quota
871           TRANSIENT_ERROR = 6;  // Something went wrong; try again in a bit
872       }
873       repeated group EntryResponse = 1 {
874           required ResponseType response_type = 2;
```

```
875
876        // Sync servers may also return a new ID for an existing item, indicating
877        // a new entry's been created to hold the data the client's sending up.
878        optional string id_string = 3;
879
880      reserved 4;
881      reserved "parent_id_string";
882
883      reserved 5;
884      reserved "position_in_parent";
885
886        // The item's current version.
887        optional int64 version = 6;
888
889      reserved 7;
890      reserved "name";
891
892      reserved 8;
893      reserved "non_unique_name";
894
895        optional string error_message = 9;
896
897        // Last modification time (in java time milliseconds).  Allows the server
898        // to override the client-supplied mtime during a commit operation.
899        // TODO(crbug.com/1182252): Delete this field too.
900        optional int64 mtime = 10 [deprecated = true];
901
902        message DatatypeSpecificError {
903          oneof datatype_error {
904            SharingMessageCommitError sharing_message_error = 1;
905          }
906        }
907        // Datatype specific error (if any).
908        optional DatatypeSpecificError datatype_specific_error = 11;
909      }
910    }
911
912  message GetUpdatesResponse {
913      // New sync entries that the client should apply.
914      repeated SyncEntity entries = 1;
915
916      reserved 2;
```

```
917        reserved "new_timestamp";
918
919      reserved 3;
920      reserved "newest_timestamp";
921
922      // Approximate count of changes remaining - use this for UI feedback.
923      // If present and zero, this estimate is firm: the server has no changes
924      // after the current batch.
925      optional int64 changes_remaining = 4;
926
927      // Opaque, per-datatype timestamp-like tokens.  Clients should retain and
928      // persist the values returned in this field, and present them back to the
929      // server to indicate the starting point for future update requests.
930      //
931      // This will be sent only if the client provided |from_progress_marker|
932      // in the update request.
933      //
934      // The server may provide a new progress marker even if this is the end of
935      // the batch, or if there were no new updates on the server; and the client
936      // must save these.  If the server does not provide a |new_progress_marker|
937      // value for a particular datatype, when the request provided a
938      // |from_progress_marker| value for that datatype, the client should
939      // interpret this to mean "no change from the previous state" and retain its
940      // previous progress-marker value for that datatype.
941      //
942      // Progress markers in the context of a response will never have the
943      // |timestamp_token_for_migration| field set.
944      repeated DataTypeProgressMarker new_progress_marker = 5;
945
946      // The current encryption keys associated with this account. Will be set if
947      // the GetUpdatesMessage in the request had need_encryption_key == true or
948      // the server has updated the set of encryption keys (e.g. due to a key
949      // rotation).
950      repeated bytes encryption_keys = 6;
951
952      // Set of optional datatype contexts server mutations.
953      repeated DataTypeContext context_mutations = 7;
954    }
955
956    message ClientToServerResponse {
957      optional CommitResponse commit = 1;
958      optional GetUpdatesResponse get_updates = 2;
```

```
959      reserved 3;
960      reserved "authenticate";
961
962      // Up until protocol_version 24, the default was SUCCESS which made it
963      // impossible to add new enum values since older clients would parse any
964      // out-of-range value as SUCCESS. Starting with 25, unless explicitly set,
965      // the error_code will be UNKNOWN so that clients know when they're
966      // out-of-date. Note also that when using protocol_version < 25,
967      // TRANSIENT_ERROR is not supported. Instead, the server sends back a HTTP
968      // 400 error code. This is deprecated now.
969      optional SyncEnums.ErrorType error_code = 4 [default = UNKNOWN];
970      optional string error_message = 5;
971
972      // Opaque store ID; if it changes, the contents of the client's cache
973      // is meaningless to this server.  This happens most typically when
974      // you switch from one storage backend instance (say, a test instance)
975      // to another (say, the official instance).
976      optional string store_birthday = 6;
977
978      optional ClientCommand client_command = 7;
979      optional ProfilingData profiling_data = 8;
980      reserved 9;
981      reserved 10;
982      reserved "stream_metadata";
983      reserved 11;
984      reserved "stream_data";
985
986      // The data types whose storage has been migrated.  Present when the value of
987      // error_code is MIGRATION_DONE.
988      repeated int32 migrated_data_type_id = 12;
989
990      message Error {
991        optional SyncEnums.ErrorType error_type = 1 [default = UNKNOWN];
992        optional string error_description = 2;
993        reserved 3;
994        reserved "url";
995        optional SyncEnums.Action action = 4 [default = UNKNOWN_ACTION];
996
997        // Currently meaningful if |error_type| is throttled or partial_failure.
998        // In the throttled case, if this field is absent then the whole client
999        // (all datatypes) is throttled.
1000       // In the partial_failure case, this field denotes partial failures. The
```

```
1001        // client should retry those datatypes with exponential backoff.
1002        repeated int32 error_data_type_ids = 5;
1003      }
1004      optional Error error = 13;
1005
1006      // The new per-client state for this client. If set, should be persisted and
1007      // sent with any subsequent ClientToServerMessages.
1008      optional ChipBag new_bag_of_chips = 14;
1009
```

Powered by [Gitiles](#) | [Privacy](#)                                                  [txt](#)   [json](#)

```
1013    }
1014
1015    // A message to notify the server of certain sync events. Idempotent. Send these
1016    // to the /event endpoint.
1017    message EventRequest {
1018      optional SyncDisabledEvent sync_disabled = 1;
1019    }
1020
1021    message EventResponse {}
1022
1023    // A message indicating that the sync engine has been disabled on a client.
1024    message SyncDisabledEvent {
1025      // The GUID that identifies the sync client.
1026      optional string cache_guid = 1;
1027
1028      // The store birthday that the client was using before disabling sync.
1029      optional string store_birthday = 2;
1030    }
```