# EXHIBIT 18
# Redacted Version of Document Sought to be Sealed

*** CONFIDENTIAL ATTORNEYS' EYES ONLY ***

```
1              IN THE UNITED STATES DISTRICT COURT
2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                       SAN JOSE DIVISION
4
5
     PATRICK CALHOUN, et al.,      )
6    on behalf of themselves and   )
     all others similarly          )
7    situated,                     )
                                   )
8           Plaintiffs,            )
                                   )
9       vs.                        ) Case No.
                                   ) 5:20-cv-5146-LHK-SVK
10   GOOGLE LLC,                   )
                                   )
11          Defendants.            )
                                   )
12
13
14
15
16        *** CONFIDENTIAL ATTORNEYS' EYES ONLY ***
17
18
19              REMOTE VIDEO DEPOSITION OF
20                      TIM SCHUMANN
21
22
23
     DATE TAKEN:  Thursday, January 13, 2022
24   REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
     JOB NO. 5031153
25   PAGES:  1 - 344
```

Page 1

**Page 2**

```
 1       IN THE UNITED STATES DISTRICT COURT
 2     FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3              SAN JOSE DIVISION
 4
 5
    PATRICK CALHOUN, et al.,     )
 6  on behalf of themselves and  )
    all others similarly         )
 7  situated,                    )
                                 )
 8       Plaintiffs,             )
                                 )
 9    vs.                        ) Case No.
                                 ) 5:20-cv-5146-LHK-SVK
10  GOOGLE LLC,                  )
                                 )
11       Defendants.             )
                                 )
12
13
14
15
16     *** CONFIDENTIAL ATTORNEYS' EYES ONLY ***
17
18
19
20     Remote Video Deposition of TIM SCHUMANN,
21  taken remotely via Zoom Conference Video, commencing
22  at 11:07 a.m., CET, Thursday, January 13, 2022,
23  before Renee Harris, CSR No. 14168, Registered
24  Professional Reporter.
25
```

**Page 3**

```
 1   APPEARANCES OF COUNSEL:
 2   For PLAINTIFFS:
 3     SIMMONS HANLY CONROY
 4        BY: JASON "JAY" BARNES, ESQ.
 5        112 Madison Avenue, Seventh Floor
 6        New York, New York 10016
 7        (618) 693-3104
 8        jaybarnes@simmonsfirm.com
 9        - and -
10    DICELLO LEVITT & GUTZLER
11        BY: SHARON CRUZ, ESQ.
12        444 Madison Avenue, Fourth Floor
13        New York, New York 10022
14        (312) 535-9984
15        scruz@dicellolevitt.com
16        - and -
17    BLEICHMAR FONTI & AULD LLP
18        BY: LESLEY WEAVER, ESQ.
19        555 12th Street, Suite 1600
20        Oakland, California 94607
21        (415) 445-4003
22        lweaver@bfalaw.com
23        - and -
24
25
```

**Page 4**

```
 1  APPEARANCES OF COUNSEL: (CONTINUED)
 2  For DEFENDANT:
 3    QUINN EMANUEL URQUHART & SULLIVAN LLP
 4       BY: JOSEF ANSORGE, ESQ.
 5       51 Madison Avenue, 22nd Floor
 6       New York, New York 10010
 7       (212) 849-7000
 8       josefansorge@quinnemanuel.com
 9       -and-
10    QUINN EMANUEL URQUHART & SULLIVAN (Schweiz)
11       GmbH
12       BY:  REMO DECURTINS, ASSOC.
13       Dufourstrasse 29
14       8008 Zürich
15       Switzerland
16       (+41) 44 253 8014
17       remodecurtins@quinnemanuel.swiss
18       -and-
19    BÄR & KARRER
20       BY:  MARTINA ATHANAS, ASSOC.
21       Brandschenkestrasse 90
22       CH-8002 Zurich
23       Switzerland
24       (+41) 58 261 50 00
25       Martina.Athanas@BaerKarrer.ch
```

**Page 5**

```
 1   APPEARANCES: (CONTINUED)
 2
 3   ALSO PRESENT:
 4       Heidi Stuart, Videographer
 5       Urlich Malsch, Interpreter
 6       Sven Graefe, Interpreter
 7       Ralf Ulrich
```

```
                    INDEX
EXAMINATION BY:                              PAGE
MR. BARNES                                   16


                   EXHIBITS
EXHIBIT NO.         DESCRIPTION              PAGE
Exhibit 1  - LinkedIn profile, Tim Schumann    18
Exhibit 2  - Exhibit B - Plaintiffs' Fourth Request  44
             for Production of Documents

Exhibit 3  - Request for Admission No. 14      55

Exhibit 4  - Bates GOOG-CALH-00129119-9120     71
             E-mail, 4/27/2020
Exhibit 5  - Bates GOOG-CALH-00651647          71
             MetaData

Exhibit 5  - Bates GOOG-CALH-00651647 (Excel)  71

Exhibit 6  - Bates GOOG-CALH-00651647          72
             [REDACTED] Entry – Row 12
Exhibit 7  - Bates GOOG-CALH-00028183-187     103
             Logo sync with metadata

Exhibit 8  - Bates GOOG-CABR-04742957-958     132
             E-mail, 5/14/2021
Exhibit 9  - Bates GOOG-CABR-04866841         138
             E-mail, 1/7/2020

Exhibit 10 - Bates GOOG-CABR-03839059--61     141
             E-mail, 3/16/2020
                                            Page 6
```

```
                   EXHIBITS (continued)
EXHIBIT NO         DESCRIPTION              PAGE
Exhibit 11 - Bates GOOG-CABR-03744846-4867    146
             Design Document - [REDACTED]

Exhibit 12 - Bates GOOG-CALH-00050256-260     150
             E-mail, 3/6/2020
Exhibit 13 - Bates GOOG-CALH-00050264-2678    156
             E-mail, 3/6/2020

Exhibit 14 - Exhibit A - Plaintiffs' Fourth Request  175
             for Production of Documents
Exhibit 15 - Bates  GOOG-CALH-00552367-368    206
             E-mail, 1/31/2020

Exhibit 16 - Request for Admission No  18     213

Exhibit 17 - Bates GOOG-CABR-05469056-096     225
             Chrome Browser Network Traffic Annotations
Exhibit 18 - Screenshot (David Monsees)       231
Exhibit 19 - Bates  GOOG-CALH-00081141-148    248
             Anchor: Data Pipeline

Exhibit 20 - Request for Admission No  37     258

Exhibit 21 - Bates GOOG-CALH-00085975-983     262
             BankServ document
Exhibit 22 - Logs 1 - Data Sources with sync State  273
             Signals - 2021-11-18 Calhoun Omnibus Sheet

Exhibit 23 - Logs 2-3 - Chrome History Raw + WAA Raw  275
             2021-12-21 Calhoun
Exhibit 24 - Bates GOOG-CALH-00651647         281
             [REDACTED] Entry – Row 3

Exhibit 25 - Bates GOOG-CALH-00171709-711     283
             E-mail, 11/4/2019
Exhibit 26 - Bates GOOG-CALH-00137820-833     286
             E-mail, 7/10/20
                                            Page 7
```

```
                   EXHIBITS (continued)
EXHIBIT NO.         DESCRIPTION              PAGE
Exhibit 27 - Bates GOOG-CABR-04865362-363     300
             E-mail, 1/18/2018

Exhibit 28 - Bates GOOG-CALH-00454555-556     305
             E-mail, 8/20/2018
Exhibit 29 - Chromium bug report              311
Exhibit 30 - Bates GOOG-CALH-00119712         312
             Bates 8/9/2018

31 - [REDACTED]                               313
     2021-11-18 Calhoun Omnibus Sheet

Exhibit 32 - [REDACTED]                       319

Exhibit 33 - [REDACTED]                       322


Exhibit 34 - [REDACTED]                       325
             2021-11-18 Calhoun Omnibus Sheet
Exhibit 35 - Bates GOOG-CALH-00027477         332
             [REDACTED]
                                            Page 8
```

```
  1    THE VIDEOGRAPHER:  Good morning, we are   11:07:00
  2  going on the record at 11:07 a.m. on         11:07:06
  3  January 13, 2022.                            11:07:09
  4    Please note that the microphones are      11:07:11
  5  sensitive and may pick up whispering, private 11:07:13
  6  conversations and cellular interference.     11:07:17
  7    Please turn off all cell phones or place  11:07:21
  8  them away from the microphones as they can   11:07:24
  9  interfere with the deposition audio.         11:07:25
 10    Audio and video recording will continue   11:07:29
 11  to take place unless all parties agree to go 11:07:31
 12  off the record.                              11:07:34
 13    This is Media Unit 1 of the video         11:07:36
 14  recorded deposition of Tim Schumann taken by 11:07:39
 15  counsel for Plaintiff in the matter of       11:07:45
 16  Patrick Calhoun, et al. vs. Google, LLC,     11:07:46
 17  filed in the United States for the Northern  11:07:51
 18  District of California, San Jose Division.   11:08:01
 19  Case number is 5:20-cv-5146-LHK-SVK.         11:08:19
 20    This deposition is being conducted using  11:08:20
 21  Veritext remote technology and all witnesses 11:08:24
 22  are attending remotely.  The witness is      11:08:26
 23  located in Zurich, Switzerland.              11:08:29
 24    My name is Heidi Stuart from the firm     11:08:31
 25  Veritext Legal Solutions and I'm the         11:08:31
                                            Page 9
```

## Page 38

1 point in time where one of the connections 11:51:43
2 being made, and that would include whether or 11:51:49
3 not Chrome Sync is enabled. This is like a 11:51:51
4 bit in the protocol that we include in part 11:51:54
5 of the traffic. 11:51:56
6 BY MR. BARNES: 11:51:58
7 Q. Okay. Do you keep track  does Google 11:51:59
8 keep track of users who are in the 11:52:13
9 signed in but not consented for sync state? 11:52:21
10    MR. ANSORGE: Objection. Form. Vague. 11:52:25
11    THE WITNESS: Yeah, I think it depends 11:52:28
12 what you mean, "keep track." I can 11:52:30
13 because, yeah, there's a lot of room for 11:52:34
14 interpretation. 11:52:39
15    What I can tell you that happens to that 11:52:40
16 specific bit is that it may be stored server 11:52:42
17 side for a limited period of time. 11:52:45
18 BY MR. BARNES: 11:52:48
19 Q. Okay. And by that bit, you mean the bit 11:52:48
20 that indicates this user is 11:52:52
21 signed in but not consented for sync? 11:52:55
22 A. Correct. This is  and let me make sure 11:52:58
23 that we have the context right here. Again, it's 11:53:02
24 why  maybe we should also explain why we have 11:53:06
25 this bit in the protocol. 11:53:08

## Page 39

1    When we made that change, as we said, 11:53:09
2 let's offer this other mode that you don't have to 11:53:14
3 be consented to the server, that the user doesn't 11:53:17
4 have to have opted into the Sync, I like this 11:53:20
5 phrasing better. Then we make big infrastructure 11:53:24
6 changes, like traffic patterns will change, all 11:53:29
7 these kind of things, and in order that we can 11:53:33
8 provide a good user experience as a reliable 11:53:34
9 service, we want to understand what's happening 11:53:38
10 here. 11:53:39
11    So we introduced that bit that we could 11:53:39
12 primarily identify. If there's some traffic 11:53:44
13 causing problems, is that the new kind of traffic 11:53:46
14 or is it the old one? 11:53:49
15    So we included that bit and we also have 11:53:50
16 it in  yeah, primarily to understand the traffic 11:53:53
17 that comes in but not to track users as you put it 11:53:56
18 in the first place. It's not about individuals. 11:54:01
19 Q. Okay. You testified  I'm sorry, thank 11:54:03
20 you for that explanation, that's actually very 11:54:13
21 helpful. I was going down one line of questions, 11:54:15
22 and you  I'm trying to  part of this is a 11:54:18
23 conversation for you to teach me because I'm 11:54:20
24 trying to understand things, and it's helpful. 11:54:24
25 That's  that's helpful. 11:54:27

## Page 40

1 When was that infrastructure change made? 11:54:28
2    MR. ANSORGE: Objection. Vague. 11:54:33
3    THE WITNESS: As I mentioned before, 11:54:35
4 ███████ was conceived, I believe it 11:54:37
5 was in '18 and, you know, the changes then 11:54:40
6 being in the process for  for at least a 11:54:48
7 year, and the question is like, what do 11:54:50
8 you  do you think, like, when did we launch 11:54:52
9 it, when did we start implementation of that 11:54:53
10 feature? 11:54:58
11 BY MR. BARNES: 11:54:59
12 Q. Correct. 11:54:59
13 A. Which one of the three? 11:54:59
14 Q. When did you launch it? 11:55:00
15 A. If I recall it correctly, the first 11:55:02
16 launch was in  I think it was in May 2019, but 11:55:07
17 it was in the fall of 2019 for Desktop platforms, 11:55:11
18 meaning Windows primarily or macOS. 11:55:18
19 Q. Is it  has it been launched for mobile? 11:55:22
20 A. Yes, I have to be careful. To be 11:55:31
21 specific, we have similar product changes on other 11:55:33
22 platforms and on mobile, we now have a similar 11:55:36
23 functionality. And I believe we recently launched 11:55:40
24 that. 11:55:44
25 Q. And was this change on Desktop, was the 11:55:45

## Page 41

1 ███████ project, also called 11:55:52
2 ███, was that a necessary ground laying before 11:55:56
3 you could implement these infrastructure changes 11:56:02
4 for ███? 11:56:05
5    MR. ANSORGE: Objection. Form. 11:56:06
6 Compound. 11:56:07
7    THE WITNESS: Yeah, to give you some 11:56:08
8 background, me and my team, we took over 11:56:10
9 Chrome Sync, I think at the end of 2017, and 11:56:15
10 by that time, ███████ was already being 11:56:19
11 planned and implemented and on its way. I 11:56:23
12 believe their main motivation was ███ 11:56:28
13 ███████████████████ 11:56:31
14 ███████████████████ 11:56:35
15 ███████████████████ 11:56:37
16 ███████████████████ 11:56:39
17 ███████████████████ 11:56:43
18 ███████████████████ 11:56:46
19 ███████████████████ 11:56:49
20    And there was  and anything else about 11:56:51
21 ███ to me would be speculation 11:56:53
22 because I was not involved in all those 11:56:55
23 conversations. It was before my time in the 11:56:58
24 project. 11:56:59
25 ///

## Page 58

```
 1        THE WITNESS: I believe how we put it is,    12:17:05
 2    we call this bit that the Sync feature is not   12:17:06
 3    enabled, but yes, it is the situation that      12:17:10
 4    a bit of the connection between the Chrome      12:17:14
 5    browser and the Chrome Sync server for an       12:17:15
 6    account that's being signed in, and the         12:17:17
 7    Chrome client believes that the Sync feature    12:17:19
 8    is not enabled.                                 12:17:22
 9   BY MR. BARNES:                                   12:17:23
10    Q. Okay. When is that bit sent from Chrome      12:17:23
11   to Google?                                       12:17:30
12        MR. ANSORGE: Objection. Vague.              12:17:31
13        THE WITNESS: I assumed you   you're         12:17:32
14   curious about where and when the flows, I        12:17:38
15   would say this is part of the standard Chrome    12:17:40
16   Sync protocol. There are some requests where     12:17:42
17   that precise state   that precise state is       12:17:46
18   not known to the client yet because              12:17:50
19   information hasn't been loaded yet because       12:17:53
20   but in the   in the regular traffic, you         12:17:55
21   would see that bit.                              12:17:58
22   BY MR. BARNES:                                   12:17:59
23    Q. Okay. And is   I want to list the            12:17:59
24   circumstances in which it is sent.               12:18:02
25        Is it   is the bit sent when a user         12:18:09
```

## Page 59

```
 1   initially does the sign in?                      12:18:11
 2        MR. ANSORGE: Objection. Vague. Form.        12:18:19
 3        THE WITNESS: Let me   let me specify        12:18:21
 4   this, I would say not necessarily. The           12:18:23
 5   problem I'm having is, what is the moment        12:18:26
 6   when the user is doing the sign in?              12:18:28
 7   BY MR. BARNES:                                   12:18:31
 8    Q. Is it   right. I understand that.            12:18:31
 9        Is it sent around the time when a user      12:18:35
10   has signed in?                                   12:18:39
11        MR. ANSORGE: Objection. Vague.              12:18:43
12        THE WITNESS: I think probably. So if        12:18:45
13   because you have to think about how   what's     12:18:48
14   happening on the Chrome client, is when the      12:18:50
15   Chrome Sync machinery or Chrome sign in sees     12:18:55
16   that the user got signed in and we have valid    12:18:58
17   credentials and the Chrome browser is aware      12:19:03
18   of the identity, and there might be cases        12:19:07
19   that the users opt out of that feature, and      12:19:08
20   then they cannot have this, right, so this       12:19:08
21   why I think it's important to   to               12:19:12
22   distinguish those.                               12:19:13
23        In those situations, when we start off      12:19:13
24   the Sync mechanism, and we   then we would       12:19:17
25   include that bit, if we already know whether     12:19:21
```

## Page 60

```
 1   or not the Sync feature is enabled. There        12:19:23
 2   are some situations where we would establish     12:19:26
 3   the channel and don't even know if   if the      12:19:30
 4   Sync feature is enabled or not but we have       12:19:33
 5   that   there are technical features in           12:19:36
 6   there, put it this way.                          12:19:40
 7   BY MR. BARNES:                                   12:19:41
 8    Q. Okay. So I want to   I want to talk          12:19:42
 9   about the browser is in its default state.       12:19:43
10    A. Mm hmm.                                      12:19:45
11    Q. The user has clicked to sign in. There's     12:19:46
12   the communications or the authorization   auth   12:19:52
13   tokens we just talked about with the previous    12:19:58
14   exhibit; correct?                                12:20:00
15    A. Correct.                                     12:20:01
16    Q. At that point in time, does the Chrome       12:20:02
17   browser send the bit to the Sync server indicating  12:20:04
18   that the user is                                 12:20:10
19   signed in but not consented for sync?            12:20:13
20    A. The scenario you explained is a situation    12:20:14
21   where the Chrome machinery might be able to      12:20:18
22   like the Chrome Sync machinery might be able to  12:20:22
23   start up, and as part of that startup, if that   12:20:24
24   really happens, look at all the settings, if that 12:20:28
25   happens, then you would include that bit in the  12:20:32
```

## Page 61

```
 1   communication with the Chrome Sync server.       12:20:34
 2    Q. Okay. So that's one scenario in which        12:20:37
 3   the bit is sent from the Chrome browser to the   12:20:39
 4   Sync server indicating the user is               12:20:45
 5   signed in but not consented for sync; is that    12:20:48
 6   correct?                                         12:20:50
 7    A. That is correct.                             12:20:50
 8    Q. Okay. I want to describe a second            12:20:50
 9   circumstance, and tell me if I'm right, wrong, or 12:20:52
10   explain where I'm wrong.                         12:20:55
11        If the user closes the browser without      12:20:57
12   having signed out, and then they restart the     12:21:01
13   browser, does the browser, upon restarting, send 12:21:05
14   the bit to the Sync server indicating that this  12:21:11
15   user is in this                                  12:21:15
16   signed out but not consented for Sync state?     12:21:19
17        MR. ANSORGE: Objection. Vague.              12:21:21
18   Incomplete hypothetical.                         12:21:23
19        THE WITNESS: This is very complex. I        12:21:27
20   would like to   as I mentioned before, there     12:21:32
21   are situations where the Chrome machinery        12:21:35
22   will start up because it can, and in those       12:21:37
23   situations, if sync traffic is initiated,        12:21:40
24   then we would include that bit.                  12:21:43
25        Now, what happens on startup   many         12:21:44
```

### Page 78

```
 1  me what event_semantics means?                 12:40:30
 2      A.  Honestly, I can speculate here. It     12:40:35
 3  appears to me like _____ specific data. I     12:40:37
 4  can -- I can -- I can speculate if you want me to. 12:40:45
 5      Q.  Based on your knowledge of your time at 12:40:47
 6  Google and the data in this row X, which would be 12:40:51
 7  column X in Exhibit 5, what is this indicating? 12:40:56
 8          MR. ANSORGE:  Objection.  Vague and    12:41:02
 9  foundation.                                    12:41:03
10          THE WITNESS:  Let me just take a minute 12:41:04
11  and look at this very closely.                 12:41:06
12  BY MR. BARNES:                                 12:41:08
13      Q.  Okay.                                  12:41:09
14      A.  Like I said, this is nothing standard. 12:41:27
15  I -- I know that my team is producing data for 12:41:29
16  like we are integrating with _____. I don't   12:41:32
17  I am not aware of the precise semantics.  But my 12:41:35
18  interpretation of this is that this was a record 12:41:38
19  created when some data, like the -- the Chrome 12:41:42
20  traffic indicated a download of some data.  And 12:41:48
21  the active says -- interactivity level says "not 12:41:55
22  interactive."                                  12:42:00
23          So I would assume it was some sort of  12:42:01
24  background fetch of data through the Chrome Sync 12:42:04
25  transport?                                     12:42:08
```

### Page 79

```
 1      Q.  Okay.  And then can you explain row Y? 12:42:09
 2      A.  Right.                                 12:42:16
 3      Q.  Which would be -- it's row Y in        12:42:16
 4  Exhibit 6.  It would be column Y in Exhibit 5  12:42:19
 5  and --                                         12:42:22
 6      A.  Mm hmm.                                12:42:22
 7      Q.  Go ahead, can you explain              12:42:23
 8          MR. ANSORGE:  Objection.               12:42:25
 9  BY MR. BARNES:                                 12:42:25
10      Q.  Can you explain product_specific in row Y 12:42:26
11  of Exhibit 6?                                  12:42:29
12          MR. ANSORGE:  Objection.  Form and     12:42:30
13  foundation.                                    12:42:31
14          THE WITNESS:  Again, speculating because 12:42:34
15  I have not worked on _____ I believe          12:42:37
16  this field includes product specific metadata  12:42:40
17  or information.  And the one that -- that's    12:42:43
18  sticking out for me is apparently that -- the  12:42:47
19  feature state has been -- like this was        12:42:50
20  traffic.  This that was in _____              12:42:54
21  BY MR. BARNES:                                 12:42:56
22      Q.  Okay.  And _____                      12:42:57
23  _____                                          12:43:00
24      A.  _____                                 12:43:03
25  _____                                          12:43:06
```

### Page 80

```
 1      Q.  Okay.  How far back is _____ data     12:43:10
 2  available in _____                            12:43:13
 3          MR. ANSORGE:  Objection.  Vague.       12:43:16
 4  Foundation.                                    12:43:17
 5          THE WITNESS:  I -- I can't tell you    12:43:20
 6  precisely.  I know that this has been pretty   12:43:21
 7  recent changes.  And I think the effort was    12:43:25
 8  around 2020 that we started to improve the     12:43:33
 9  integration of _____.                         12:43:36
10  BY MR. BARNES:                                 12:43:39
11      Q.  Would --                               12:43:40
12      A.  So it's been -- it's been recently on  12:43:40
13  that scale.                                    12:43:42
14      Q.  Well, two years.  I mean, it depends on 12:43:42
15  your definition of -- of "recent."             12:43:45
16      A.  I -- I'm not -- I'm not entirely sure  12:43:48
17  when we launched it, but like in -- especially in 12:43:50
18  the -- the scope of the Chrome Sync product,   12:43:52
19  right.                                         12:43:54
20      Q.  Okay.  So is _____ data               12:43:55
21  available -- would -- scratch that.            12:43:59
22          Would _____ data be available in      12:44:02
23  _____, say, from 12 months ago?               12:44:04
24          MR. ANSORGE:  Objection.  Vague.       12:44:08
25  Foundation.                                    12:44:09
```

### Page 81

```
 1          THE WITNESS:  I honestly do not know.  12:44:10
 2  I -- I do know the signals we are providing;   12:44:13
 3  however, _____ is also aggregating and        12:44:16
 4  anonymize -- anonymizing things, and I don't   12:44:21
 5  know the retention periods and the schedules   12:44:22
 6  in there.  I cannot tell you.                  12:44:25
 7  BY MR. BARNES:                                 12:44:26
 8      Q.  Okay.  What is -- do you see row Z,    12:44:26
 9  _____?                                         12:44:33
10      A.  Mm hmm.                                12:44:34
11      Q.  What is _____?                        12:44:34
12      A.  _____, I -- I'm not an expert on this 12:44:36
13  topic.  Do you want me to speculate or tell you my 12:44:40
14  personal understanding of this?                12:44:43
15      Q.  I want you -- yeah, your personal      12:44:44
16  understanding of what dusi is.                 12:44:47
17      A.  Right.  My understanding is that there's 12:44:48
18  a _____                                       12:44:50
19  _____                                          12:44:56
20  _____                                          12:45:04
21  _____                                          12:45:06
22  _____                                          12:45:10
23  _____                                          12:45:13
24  _____                                          12:45:15
25  _____                                          12:45:18
```

```
 1     A. That's correct.                    12:58:33
 2     Q. Do they go by a name other than GWS logs?  12:58:34
 3        MR. ANSORGE: Objection. Vague. Form.  12:58:42
 4     Foundation.                             12:58:44
 5        THE WITNESS: So we have them within  12:58:46
 6     GWS logs, there's a log source called   12:58:48
 7     ▓▓▓▓▓▓▓▓. I believe we produced this    12:58:53
 8     at some point with those names, but yeah.  12:58:56
 9        But, in general, we call them Chrome  12:58:57
10     Sync. Those logs are Chrome Sync traffic  12:59:02
11     logs.                                   12:59:03
12     BY MR. BARNES:                          12:59:03
13     Q. And those -- what's the retention period  12:59:03
14     on those logs?                          12:59:05
15     A. It's up to ▓▓▓. You can -- you can   12:59:06
16     easily access them for ▓▓, and then there's a  12:59:11
17     period where they have been revoked and deleted.  12:59:14
18     Q. Okay. Now, Heintz says -- well, on April  12:59:20
19     27th, this is on the first page of the document.  12:59:36
20     A. Mm hmm.                              12:59:38
21     Q. He says that -- "Are you looking at ▓▓▓  12:59:38
22     actives? Or ▓▓ actives?"                12:59:40
23        Do you see that line?                12:59:43
24     A. Correct.                             12:59:45
25     Q. Okay. And then he says, "Given that I  12:59:46
                                               Page 94
```

```
 1     logs should be quick."                  01:00:57
 2        Did I read that correctly?           01:00:59
 3     A. Yes.                                 01:01:00
 4     Q. And then down below, he says, "Maybe a  01:01:01
 5     day or two of work."                    01:01:04
 6        Did I read that correctly?           01:01:06
 7     A. Yeah, mm hmm.                        01:01:13
 8     Q. Can you explain what would go into   01:01:15
 9     detecting the the ▓▓▓▓▓▓ users          01:01:20
10     that Mr. Heintz is describing here?     01:01:23
11        MR. ANSORGE: Objection. Vague.       01:01:26
12     Foundation. Form.                       01:01:27
13        THE WITNESS: What he means           01:01:28
14     specifically -- I -- obviously, I didn't read  01:01:30
15     the whole response of Marc yet -- of Markus  01:01:33
16     yet, I don't know if there's anything   01:01:36
17     specific you want to                    01:01:39
18     BY MR. BARNES:                          01:01:41
19     Q. Well, he says, "Maybe a day or two of  01:01:41
20     work."                                  01:01:41
21     A. Mm hmm.                              01:01:41
22     Q. And the question is so what work,    01:01:46
23     Mr. Schumann, goes into detecting ▓▓▓▓  01:01:47
24     ▓▓▓ users from the Chrome Sync -- from the  01:01:49
25     Chrome Server logs?                     01:01:51
                                               Page 96
```

```
 1     need to use the server logs to identify ▓▓  12:59:47
 2     users, ▓▓▓ actives is the limit."       12:59:49
 3        Did I read that correctly?           12:59:53
 4     A. That's correct.                      12:59:53
 5     Q. And can you explain why, "▓▓ actives  12:59:54
 6     is the limit"?                          12:59:59
 7     A. Mm hmm.                              01:00:00
 8        The reason for this is that -- so we  01:00:06
 9     have ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ w▓▓▓▓             01:00:08
10     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                   01:00:10
11     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                 01:00:13
12     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓              01:00:16
13     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                 01:00:19
14     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓           01:00:23
15     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                 01:00:26
16     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                  01:00:30
17     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                   01:00:32
18     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                 01:00:36
19     ▓▓▓ted by the a▓▓▓▓▓▓▓▓                 01:00:39
20     Q. Okay. Thank you for that. I couldn't  01:00:41
21     quite understand why the -- he was saying ▓▓  01:00:42
22     when the retention period was a little bit longer.  01:00:46
23     That -- that's helpful.                 01:00:49
24        You see down below, he says, "Detecting  01:00:51
25     ▓▓▓▓▓▓ users from the Chrome Server     01:00:54
                                               Page 95
```

```
 1     A. Right. And a couple of things. For   01:01:53
 2     for -- for that, of course somebody has to do the  01:01:55
 3     engineering work to -- when you specify the  01:01:59
 4     precise requirements, what we need in there, then  01:02:04
 5     we need to write a script to put that information.  01:02:04
 6        But typically what takes most in the  01:02:07
 7     source of what Markus is referring in the line  01:02:09
 8     below, is that we have to follow through the  01:02:12
 9     chrome sync data access request and that's like a  01:02:13
10     formalized request where we need to go through and  01:02:16
11     say, okay, can -- do we need to check just with  01:02:19
12     with -- with legal what we are doing, do we need a  01:02:24
13     privacy review for that? So there's a certain  01:02:27
14     process that we need and that he's pointing out.  01:02:30
15     Q. Corporate bureaucracy -- company      01:02:32
16     bureaucracy is the -- it sounds -- well, let me  01:02:36
17     not use it in a pejorative sense. I don't want to  01:02:37
18     make you say -- but it's because you've got to  01:02:40
19     jump through certain hoops at Google in order to  01:02:42
20     pull this data; correct?                 01:02:44
21     A. I would not call it like this.        01:02:45
22        MR. ANSORGE: Objection                01:02:47
23        THE WITNESS: I think -- just to keep in  01:02:48
24     mind that this is sensitive user information  01:02:51
25     that we only store and we have to treat it  01:02:54
                                               Page 97
```

25 (Pages 94 - 97)

**Page 98**

```
 1   like sensitive data because those details,      01:02:56
 2   you know, traffic, and   and it has lots of     01:03:01
 3   information that we also only want to keep      01:03:02
 4   for a very short moment of time.                01:03:03
 5       So, of course, any access to that data      01:03:05
 6   needs to be  make sure that it's well           01:03:07
 7   aligned with our policies and that, yeah, we    01:03:11
 8   don't  we don't do things  that people          01:03:15
 9   cannot do things they  we shouldn't do          01:03:17
10   BY MR. BARNES:                                  01:03:17
11   Q. What is sens                                 01:03:19
12   A. that point.                                  01:03:19
13   Q. What is sensitive in the data that we are    01:03:20
14   talking about here?                             01:03:22
15       MR. ANSORGE: Objection. Vague.              01:03:24
16       THE WITNESS: I mean, there's many           01:03:30
17   definitions of sensitive. Personally,           01:03:31
18   it's  it's just very detailed information       01:03:32
19   that we are having.                             01:03:34
20   BY MR. BARNES:                                  01:03:35
21   Q. For example                                  01:03:36
22   A. So, for example, we talked before about      01:03:36
23   the Chrome Sync protocol, right, where, you know, 01:03:38
24   depending on what data, like interactions users 01:03:40
25   having with  with a Chrome browser, parts of    01:03:44
```

**Page 99**

```
 1   those logs can  I mean, for one thing, they     01:03:50
 2   they include their  their Gaia identity. They   01:03:53
 3   also have  can be tied to a specific device.    01:03:56
 4   And, you know, this is information that's just  01:04:01
 5   more information than you would typically need. 01:04:03
 6       We have it in there for specific            01:04:05
 7   debugging reasons and so you can imagine if you 01:04:07
 8   run a server like that, sometimes you need to   01:04:10
 9   understand what happened, but you have to be very 01:04:12
10   careful with this  with information because it's 01:04:15
11   so detailed.                                    01:04:18
12   Q. Okay. And it's the Gaia ID and the           01:04:18
13   specific device and the times of  of            01:04:22
14   signed in but not consented for sync status in the 01:04:24
15   context of [redacted] users; correct?           01:04:26
16       MR. ANSORGE: Objection. Compound.           01:04:30
17   Form.                                           01:04:33
18       THE WITNESS: I  I think most of             01:04:33
19   like, depending on how you want to define       01:04:34
20   "sensitive," many things can be defined as      01:04:35
21   can be treated as sensitive, yes. It's          01:04:37
22   yeah.                                           01:04:44
23   BY MR. BARNES:                                  01:04:44
24   Q. Okay. So let me make sure, it  so I'm        01:04:45
25   going to ask you a question about a statement.  01:04:48
```

**Page 100**

```
 1   You tell me whether it  I think it's            01:04:48
 2   A. Mm hmm.                                      01:04:48
 3   Q. if a user has not enabled sync, sync         01:04:50
 4   traffic log  I guess, let me rephrase.          01:04:53
 5       If a user has not enabled sync but has      01:04:56
 6   signed into the Chrome browser, then the sync   01:04:59
 7   traffic logs will show data for that user       01:05:02
 8   indicating that they have                       01:05:07
 9   signed in but not consented for sync through this 01:05:09
10   [redacted] ; correct?                           01:05:11
11       MR. ANSORGE: Objection. Form. Vague.        01:05:13
12       THE WITNESS: I mean, we discussed about     01:05:17
13   this before. I would not say "will,"            01:05:19
14   because, again, there can be Edge cases, but    01:05:21
15   there may be included and slightly for that     01:05:24
16   bit, like for  as I said before, for the        01:05:27
17   traffic, to have that                           01:05:31
18   signed in not syncing bit set, which is also    01:05:35
19   reflected in those logs. So yes, there is a     01:05:38
20   good likelihood that this is in there.          01:05:41
21   BY MR. BARNES:                                  01:05:43
22   Q. So sync traffic log contained [redacted] of  01:05:43
23   entries every day for users who are not  who    01:05:46
24   have not enabled sync; correct?                 01:05:50
25       MR. ANSORGE: Objection. Form.               01:05:53
```

**Page 101**

```
 1       THE WITNESS: Just --sync traffic log,       01:05:57
 2   right, is  is also including traffic            01:05:58
 3   records from  from those times, yes.            01:06:02
 4       MR. BARNES: Okay. Let's take a break.       01:06:07
 5   How long?                                       01:06:10
 6       THE VIDEOGRAPHER: This marks the end of     01:06:12
 7   Media Unit 1. The time is 1:06 p.m. We are      01:06:15
 8   off the record.                                 01:06:20
 9       (Short break taken.)                        01:17:52
10       THE VIDEOGRAPHER: This marks the            01:17:56
11   beginning of Media Unit 3. The time is 1:18     01:18:04
12   p.m. We are on the record.                      01:18:08
13       MR. BARNES: Thank you.                      01:18:10
14   BY MR. BARNES:                                  01:18:10
15   Q. Welcome back, Mr. Schumann.                  01:18:11
16       MR. BARNES: Ms. Cruz, can you publish       01:18:14
17   what we have marked as Exhibit s3.              01:18:17
18   BY MR. BARNES:                                  01:18:17
19   Q. And while that is being pulled up,           01:18:20
20   Mr. Schumann, tell me if this statement is true or 01:18:21
21   false:                                          01:18:21
22       If a user has not enabled sync, then the    01:18:21
23   sync traffic logs will not show data for that user 01:18:21
24   who has not enabled                             01:18:31
25       (Reporter clarifying.)                      01:18:31
```

```
1   BY MR. BARNES:                          01:18:33
2       Q. If a user has not enabled sync, then the   01:18:34
3   sync traffic logs will not show data for that user   01:18:37
4   who has not enabled sync.                01:18:41
5       Is that true in all circumstances?   01:18:43
6           MR. ANSORGE: Objection. Vague.   01:18:46
7           THE WITNESS: There was a little bit of   01:18:48
8   echo here   let me rephrase.            01:18:51
9       So if a user did not enable sync, you are   01:18:52
10  saying that the question   can you just  01:18:55
11  repeat the question? Sorry.             01:18:58
12  BY MR. BARNES:                          01:19:01
13      Q. Is it true that if a user has not enabled   01:19:01
14  sync, the sync traffic logs will not show data for   01:19:03
15  that user?                              01:19:07
16      A. As we established before, base traffic of   01:19:07
17  users that did not enable sync in a specific   01:19:11
18  Chrome instance and for those users, we can also   01:19:14
19  have records in the traffic logs.        01:19:16
20          MR. BARNES: Okay. Let me   let me   01:19:22
21  when you pull up exhibit   it should be  01:19:22
22  Exhibit 7.                              01:19:24
23          MS. CRUZ: 7.                     01:19:26
24          (Exhibit 7 was received and marked   01:19:38
25  for identification on this date and is   01:19:38
                                            Page 102
```

```
1   attached hereto.)                       01:19:38
2           THE WITNESS: Okay.               01:19:38
3   BY MR. BARNES:                          01:19:38
4       Q. Okay. What is the ▌              01:19:39
5   ▌?                                      01:19:41
6       A. ▌                                01:19:42
7   ▌                                       01:19:49
8       Q. Would you like to take a moment to   01:19:55
9   familiarize yourself with the document?   01:19:57
10      A. Yes.                              01:19:58
11      Okay. I seem to recall. It's a long   01:20:08
12  document so I think I have the context. Maybe you   01:20:10
13  can ask me a specific question.         01:20:12
14      Q. Sure. Do you recognize the document?   01:20:13
15      A. I do recognize the document.      01:20:14
16      Q. And what is the document?        01:20:15
17      A. It's about a   looks like I was a bit   01:20:24
18  too fast. Let me restate the problem here.   01:20:26
19      Correct. So we have an existing   at   01:20:34
20  this point we had an existing pipeline that would   01:20:38
21  ▌                                       01:20:41
22  ▌                                       01:20:47
23      We, of course, have   want to understand   01:20:52
24  how many users, how many sync users do we see on   01:20:53
25  which platforms and if you are seeing healthy   01:20:57
                                            Page 103
```

```
1   trends in there.                        01:21:02
2       That specific document was about    01:21:03
3   extending that pipeline so that we could also have   01:21:04
4   breakdowns for ▌ users, like users that are   01:21:09
5   sync   that are signed in but have sync not   01:21:15
6   enabled, and also have a breakdown by country.   01:21:18
7       Q. Okay. And you were the author of this   01:21:22
8   document?                               01:21:25
9       A. It appears so. I think so, yes.   01:21:26
10      Q. And is this indeed the document   a   01:21:28
11  document that you authored?             01:21:30
12      A. From   from what I'm seeing here, yes, I   01:21:31
13  have no reason to believe otherwise, yes.   01:21:35
14      Q. Okay. If we go to page 2, which is   01:21:37
15  marked as   it's Bates No.   there's some guy   01:21:40
16  named Bates whose   from a long time ago, he gets   01:21:46
17  the numbers. The numbers are named after him.   01:21:48
18  GOOG CALHOUN 00028184.                  01:21:56
19      A. Okay.                            01:21:59
20      Q. Can you explain, again, what   the   01:21:59
21  problem you were trying solve here?     01:22:01
22      A. Yeah, the problem is we wanted to   01:22:03
23  introduce additional breakdowns, and try help make   01:22:05
24  you understand this, as I mentioned before, those   01:22:10
25  traffic logs are very detailed and we only retain   01:22:13
                                            Page 104
```

```
1   them for a very short period of time.   01:22:15
2       So when we extract data from those, you   01:22:17
3   want to make sure they are aggregated as much as   01:22:19
4   possible; that you cannot identify users within   01:22:22
5   them. And this is why we just aggregate them   01:22:24
6   according to specific dimensions, and that   01:22:28
7   document is about introducing a new dimension.   01:22:34
8       Q. Is it about introducing two new   01:22:36
9   dimensions, ▌ and country?              01:22:39
10      A. Correct, this is what I'm using here,   01:22:40
11  yeah.                                    01:22:43
12      Q. Okay. And then ▌, again, is the   01:22:43
13  signed out but not consented to sync state;   01:22:45
14  correct?                                01:22:49
15      A. It's a traffic for                01:22:49
16          MR. ANSORGE: Objection. Vague.   01:22:50
17  Misstates prior testimony.              01:22:52
18          THE WITNESS: Right. As I mentioned   01:22:52
19  before, it's   it's a traffic from clients   01:22:54
20  that had signed in users that had not had the   01:22:58
21  same sync feature enabled.              01:23:01
22  BY MR. BARNES:                          01:23:04
23      Q. Okay. And you break it down per country.   01:23:05
24  How do you break it down per country?   01:23:06
25      A. Right. So this   this also was    01:23:08
                                            Page 105
```

27 (Pages 102 - 105)

```
 1       aggregates in    for dimensions that we are     01:42:19
 2       interested in from a product perspective.       01:42:22
 3   BY MR. BARNES:                                      01:42:24
 4       Q. Okay. Mr. Schumann, this is just a basic     01:42:24
 5   programming question.                               01:42:27
 6           If you have a spreadsheet that has three    01:42:31
 7   columns: One is an account identifier; the second   01:42:33
 8   is a device identifier; and third is the sync       01:42:39
 9   feature state, okay, and you have the spreadsheet   01:42:47
10   that has lots of entries in    in there, and there  01:42:49
11   is full sync enabled and there is        .          01:42:53
12           It is possible to write a script to         01:42:59
13   identify all of the account numbers associated      01:43:02
14   with the     entries in that spreadsheet;           01:43:06
15   correct?                                            01:43:09
16           MR. ANSORGE: Objection. Form and            01:43:10
17   incomplete hypothetical.                            01:43:12
18           THE WITNESS: So I understand that we are    01:43:15
19   talking in a hypothetical spreadsheet and I         01:43:19
20   believe that in a hypothetical spreadsheet,         01:43:21
21   you could of course do that computation.            01:43:23
22   BY MR. BARNES:                                      01:43:29
23       Q. Okay. And you could do that with logs as     01:43:30
24   well    putting to the side policy and legal        01:43:31
25   reasons, you could do that with a log, as well;     01:43:35
                                                        Page 122

 1   correct?                                            01:43:37
 2           MR. ANSORGE: Objection. Form.               01:43:39
 3           THE WITNESS: Even    even looking at        01:43:41
 4   technical aspects, that really depends on a         01:43:44
 5   lot of details. Like, what time frame are we        01:43:47
 6   looking about, what    what granularity is          01:43:49
 7   that?                                               01:43:53
 8   BY MR. BARNES:                                      01:43:53
 9       Q. We're    well, in this example, we have a   01:43:53
10   spreadsheet that has three variables: The sync     01:43:55
11   feature state, the Google account and the device   01:44:00
12   identifier.                                        01:44:03
13           You could    one could write a script to   01:44:06
14   say, identify every Google account identifier and  01:44:08
15   every device identifier associated with a         01:44:13
16   state; correct?                                   01:44:16
17           MR. ANSORGE: Objection to form and        01:44:18
18   incomplete hypothetical.                          01:44:20
19           THE WITNESS: What I wanted to clarify     01:44:21
20   is, like how many rows does the thing have?       01:44:24
21   Is it ten, hundreds, thousands, million,          01:44:26
22   billions? This brings a different                 01:44:30
23   technical questions in here.                      01:44:34
24   BY MR. BARNES:                                    01:44:35
25       Q. Okay. Lots of rows, let's say ten rows.    01:44:35
                                                        Page 123

 1       You could do it    could you do it for ten rows?   01:44:41
 2       A. I'm pretty sure we can do this for ten          01:44:42
 3   rows.                                                  01:44:45
 4       Q. Okay. Could you do it for a hundred             01:44:45
 5   rows?                                                  01:44:47
 6       A. I would think so, yeah.                         01:44:47
 7       Q. You could do it for a thousand rows;            01:44:49
 8   correct?                                               01:44:51
 9       A. Probably, but, you know, depending on the       01:44:51
10   spreadsheet implementation.                            01:44:54
11       Q. It    the more rows, the more time it           01:44:56
12   might take; correct?                                   01:44:57
13       A. It takes more time to compute; it takes         01:44:59
14   more space to output. Like, staying in your            01:45:07
15   spreadsheet analogy, do you want to write this in      01:45:10
16   a single cell, how large would the thing be?           01:45:12
17           And like, my point is, if you want to go       01:45:14
18   back to    to synced traffic logs, like what time      01:45:15
19   range are you looking at?                              01:45:23
20           We had to do quite some tweaking from a        01:45:24
21   technical perspective to make that pipeline run        01:45:26
22   for the    for the period of time they are looking    01:45:29
23   at. So it's    it's not like, okay, it's a             01:45:32
24   spreadsheet.                                           01:45:34
25       Q. And you would agree right now, the              01:45:34
                                                        Page 124

 1   pipeline to identify      users, runs   I said      01:45:38
 2   "the pipeline." A pipeline to identify              01:45:43
 3   users runs to        ; correct?                     01:45:46
 4           MR. ANSORGE: Objection. Vague.              01:45:57
 5           THE WITNESS: I would not agree to that.     01:46:00
 6         is a    is a different    we do feed         01:46:02
 7         into         . The purpose is not to         01:46:03
 8   track       users.                                 01:46:06
 9   BY MR. BARNES:                                     01:46:07
10       Q. Okay. But in       users, there is a       01:46:07
11   field that identifies whether a user was in        01:46:14
12        ; correct?                                    01:46:17
13       A. When we produce those records for           01:46:17
14         , as you saw in the exhibit before, there   01:46:19
15   is a field where we introduce that, where we have  01:46:22
16   that, that's correct.                              01:46:25
17       Q. Okay. What is    down below, it says,       01:46:27
18   "The devices per user metric is a good candidate   01:46:54
19   to understand the underlying concept. We are       01:46:56
20   essentially doing a mapreduce join."                01:46:58
21           What is a mapreduce join?                   01:47:00
22       A. A mapreduce join is a technique or a        01:47:03
23   pattern of writing map    multi stage map produced 01:47:07
24   jobs.                                               01:47:14
25       Q. Explain what a map produced job; please?    01:47:14
                                                        Page 125
```

### Page 126

```
 1      A.  Map produce is a framework that allows      01:47:17
 2   processing of    large scale processing of data.   01:47:23
 3      Q.  Can you explain further?                    01:47:27
 4      A.  But this is a very wide field.  Anything    01:47:34
 5   specific you would like me to go into?             01:47:40
 6      Q.  Well, in the context of the question you    01:47:41
 7   were asking, it depends on the size of the table,  01:47:42
 8   could map produced be used to make the   a script  01:47:45
 9   run over a large table more efficiently?           01:47:49
10      A.  It can, of course, be used.  In fact,       01:47:53
11   that   that pipeline was under the hood, like      01:48:02
12   some of the details for us using the map produced  01:48:07
13   framework, but it also reaches limits and I could  01:48:10
14   tell you the details here.                         01:48:13
15          What is essentially happening is that       01:48:15
16   you   that lingo pipeline is doing this smarter,   01:48:18
17   but you have   like the map produced framework     01:48:21
18   works as, you have table   like, you have a        01:48:25
19   mechanism where a code can emit data sets.  They   01:48:26
20   will emit them with key and value, so you can emit 01:48:30
21   them.                                              01:48:34
22          For example, the key could be similar to    01:48:35
23   the              .  It could be        , yes/no,   01:48:40
24   and the values could be, I don't know, device      01:48:44
25   identifiers, and then what the map produced        01:48:48
```

### Page 127

```
 1   framework does, is one code emits all those, then  01:48:50
 2   those records are being sorted, group identified   01:48:53
 3   by the same key, and then on that key, you can do  01:48:57
 4   the computation.                                   01:49:02
 5          So what that   if you take us back to       01:49:03
 6   your spreadsheet analogy, it's a way to take large 01:49:07
 7   datasets and then create something that looks like 01:49:11
 8   a spreadsheet but you still have to do the    the  01:49:13
 9   accumulation, the aggregation in there.  And you   01:49:15
10   could still hit limits at some point   some        01:49:19
11   point.                                             01:49:20
12      Q.  Okay.  Let me ask you about the second      01:49:21
13   bullet point here, it says,                        01:49:22
14   "                       "                          01:49:24
15          Do you see that?                            01:49:26
16      A.  Yes.                                        01:49:30
17      Q.  And let me read that: "                     01:49:30
18                                          "           01:49:33
19                                                      01:49:35
20                                                      01:49:39
21                                  "                   01:49:42
22          Did I read that correctly?                  01:49:43
23      A.  Yes.                                        01:49:45
24      Q.  So by the same per request dimensions, is   01:49:46
25   that referring to what is referenced above, the    01:49:50
```

### Page 128

```
 1                               ?                      01:49:54
 2      A.  This is my understanding                    01:49:59
 3      Q.  So it would also include the sync state;    01:49:59
 4   correct?                                           01:50:02
 5      A.  Now, I have to   yes.                       01:50:02
 6      Q.  Okay.  So let me start the paragraph, the   01:50:04
 7   sentence again.                                    01:50:08
 8   "                                                  01:50:08
 9                                                      01:50:11
10                                                      01:50:14
11            ."                                        01:50:19
12          What user ID?                               01:50:21
13      A.  In that case, I believe that would be       01:50:23
14   Gaia.                                              01:50:25
15      Q.  Where is the                       ?        01:50:26
16          MR. ANSORGE:  Objection.  Vague.            01:50:31
17          THE WITNESS:  Yeah, I don't think there's   01:50:32
18   a location you could point at.  It's part of       01:50:33
19   the pipeline.                                      01:50:36
20   BY MR. BARNES:                                     01:50:37
21      Q.  How can it be accessed?                     01:50:37
22          MR. ANSORGE:  Objection.  Vague.            01:50:39
23          THE WITNESS:  As I   as I mentioned         01:50:41
24   before, these are not tables in a classic          01:50:43
25   sense that you build them and then you can         01:50:46
```

### Page 129

```
 1   access them.  These are abstractions that we       01:50:48
 2   use to do aggregations, and they are being         01:50:51
 3   produced as part of that pipeline.                 01:50:53
 4          But when they are done, they are just       01:50:57
 5   being destructed.  These are more like             01:50:58
 6   abstract concepts.                                 01:51:03
 7   BY MR. BARNES:                                     01:51:04
 8      Q.  And was this carried out, this plan in      01:51:06
 9   in general?                                        01:51:09
10          MR. ANSORGE:  Objection.  Vague.            01:51:10
11          THE WITNESS:  Let me just reread.           01:51:12
12          Yes, I believe so.                          01:51:19
13   BY MR. BARNES:                                     01:51:20
14      Q.  And by   let me   it was vague.             01:51:20
15                                    was implemented;  01:51:23
16   correct?  That's the first bullet point?           01:51:28
17      A.  That's correct.                             01:51:29
18      Q.  And the                            was      01:51:29
19   implemented as well; correct?                      01:51:31
20      A.  The    the pipeline producing those         01:51:36
21   metrics is also maintaining that                   01:51:38
22                                  to compute the necessary 01:51:42
23   aggregations, yes.                                 01:51:45
24      Q.  The pipe    the pipeline uses this          01:51:46
25                        ?                             01:51:48
```

```
 1       A. Correct. Like, in the   the process of    01:51:51
 2  the pipeline, such a table is being populated, to  01:51:53
 3  produce the aggregated                            01:51:56
 4       Q. Where is that table stored?               01:52:02
 5          MR. ANSORGE: Objection. Vague.            01:52:04
 6          THE WITNESS: As I mentioned, this is      01:52:05
 7  let me think about, because this is like the      01:52:09
 8  multi step piece.                                 01:52:14
 9          Again, if you look from the pipeline      01:52:15
10  perspective, we do not persist the                01:52:17
11  intermediate able. In the end,                    01:52:23
12                                                    01:52:23
13                                                    01:52:25
14                                                    01:52:28
15                                                    01:52:31
16                                                    01:52:33
17                                                    01:52:36
18  BY MR. BARNES:                                    01:52:36
19       Q. Right.                                    01:52:37
20       A. That's the aggregation we store.          01:52:37
21       Q. It's that   is it in that   it's that    01:52:38
22  intermediate table that we talked about earlier;  01:52:40
23  right? This is   this is   an intermediate        01:52:44
24  table, how   how long is that table kept?         01:52:49
25          MR. ANSORGE: Objection.                   01:52:52
                                                      Page 130

 1  Mischaracterizes prior testimony.                 01:52:53
 2          THE WITNESS: Yes, with the   I have to    01:52:55
 3  look into the details. I   I'm not sure           01:52:59
 4  what the precise retention period is. I want      01:53:03
 5  to highlight two things in there.                 01:53:07
 6          As I mentioned before, if we have         01:53:09
 7  intermediate data that's not sufficiently         01:53:10
 8  aggregated, that would simply store within        01:53:13
 9  the logs cluster, like within the logs            01:53:16
10  storage system and then I would assume a          01:53:19
11  retention of a few days, that's usually what      01:53:25
12  pipelines are using.                              01:53:28
13          And then again, the thing that we take    01:53:29
14  out into something where we control the           01:53:30
15  retention, that would be the final                01:53:31
16  aggregation.                                      01:53:33
17  BY MR. BARNES:                                    01:53:34
18       Q. Okay. You say you can backfill the last   01:53:34
19                                                    01:53:51
20          Is that because data, the underlying      01:53:52
21  gwslog data has the        retention period and   01:53:56
22  you want to build in the cushion there that you   01:54:01
23  described earlier?                                01:54:03
24       A. This is correct. So I mean, I think       01:54:04
25  and I know where you were   like what you meant   01:54:07
                                                      Page 131

 1  although your question was a bit vague.           01:54:10
 2          If you go down where we talk about        01:54:12
 3  backfilling means, let's assume the pipeline does 01:54:13
 4  not manage to succeed in a day or there was some  01:54:18
 5  permission problem or something, that we couldn't 01:54:21
 6  process the logs for one day, then we have        01:54:23
 7  to fix that until we run it before the underlying 01:54:28
 8  data would run out of retention and would be      01:54:31
 9  destroyed.                                        01:54:34
10          MR. BARNES: Okay. Ms. Cruz, can you       01:54:37
11  publish s4, please? And it should pop up, I       01:54:38
12  think as Exhibit 8.                               01:54:54
13          (Exhibit 8 was received and marked        01:54:55
14          for identification on this date and is    01:54:55
15          attached hereto.)                         01:55:03
16  BY MR. BARNES:                                    01:55:03
17       Q. Let me know when you have it, please.     01:55:03
18       A. I don't see it yet. I see Exhibit 7.     01:55:04
19       Q. While it's working                        01:55:08
20       A. Here it's coming.                         01:55:09
21       Q. What   what is "      "?                  01:55:10
22       A. As far as I remember, this was a project  01:55:14
23  code name.                                        01:55:17
24       Q. And what was the   what was the project?  01:55:20
25       A. This was not a project related to my team 01:55:23
                                                      Page 132

 1  immediately. I believe   let me recall   this     01:55:27
 2  was a, this was                                   01:55:34
 3                        For the details, I would    01:55:42
 4  have to look in the specific ones.                01:55:46
 5       Q. Okay. Let me   do you have the            01:55:48
 6  document?                                         01:55:50
 7       A. I see the document now, yes.              01:55:50
 8       Q. Do you recognize this?                    01:55:52
 9       A. It's an e mail thread. That was the       01:55:53
10  person reaching out and I responded. So yeah, I   01:56:01
11  would need some time to untangle it but it looks  01:56:05
12  like an e mail thread from last year that I've    01:56:08
13  been involved with.                               01:56:11
14       Q. Okay. Do you see down at the bottom of    01:56:12
15  the first page, which is GOOG CABR 04742957       01:56:16
16       A. Mm hmm.                                   01:56:16
17       Q.   where you   you sent an e mail on May   01:56:24
18  12th, 2021                                        01:56:24
19       A. Mm hmm.                                   01:56:24
20       Q.   at 6:06 p.m.?                           01:56:29
21       A. Correct. Yeah.                            01:56:34
22       Q. All right. And you state, "We keep        01:56:34
23  server side traffic logs (gwslog) of the last "   01:56:35
24       A. Mm hmm.                                   01:56:35
25       Q. "       . We could relatively easy        01:56:38
                                                      Page 133
```

```
 1  right?                                    03:18:34
 2      A. Mm hmm.                            03:18:34
 3      Q. And after they sign in and get their   03:18:35
 4  credentials, their o auth credentials, the browser   03:18:37
 5  is going to send a transmission to the sync   03:18:42
 6  server; correct?                          03:18:46
 7      A. That's correct.                    03:18:46
 8      Q. Okay. And for this user, is it true or   03:18:47
 9  false that the browser will also often send a   03:18:49
10  GetUpdates request?                       03:18:52
11      A. That is true. In these situations, you   03:18:53
12  can expect the Chrome is inclined to send a   03:18:56
13  GetUpdates request.                       03:18:59
14      Q. Okay. Thank you. Can we go to page 859,   03:19:00
15  please.                                   03:19:08
16      A. Mm hmm.                            03:19:17
17      Q. Okay. I have questions I  this is one   03:19:18
18  thing I really wish we were in the same room. I   03:19:20
19  have questions about this diagram.        03:19:22
20      Where it says sync http server in the   03:19:24
21  diagram on page 859, does  is that the    03:19:28
22  ▇▇▇▇▇▇▇▇ domain?                          03:19:32
23      A. These are the servers behind that domain.   03:19:35
24  So if a client is contacting  contacting clients   03:19:38
25  for the Google account, then those servers would   03:19:43
                                              Page 186
```

```
 1  in the end fulfill those requests.        03:19:47
 2      Q. Okay. And then it says  and then from   03:19:49
 3  there, it points to http server logs.     03:19:52
 4      What are those http server logs?      03:19:55
 5      MR. ANSORGE: Objection. Form.         03:20:01
 6      THE WITNESS: From my understanding of   03:20:02
 7  this diagram and the context we have      03:20:03
 8  established, I would assume that these are   03:20:05
 9  the gwslogs, the GWS traffic logs.        03:20:07
10  BY MR. BARNES:                            03:20:07
11      Q. Okay. And then we've got a point to the   03:20:11
12  right, to the active user pipeline, which then   03:20:14
13  goes to reported user activities.         03:20:16
14      Do you see that?                      03:20:20
15      A. I do see that.                     03:20:20
16      Q. What is  where are the reported user   03:20:21
17  activities?                               03:20:24
18      MR. ANSORGE: Objection. Vague.        03:20:26
19      THE WITNESS: From my reading of that   03:20:31
20  pipeline, this is a repository within the   03:20:35
21  ▇▇▇▇▇▇▇ infrastructure. I would assume it's   03:20:40
22  a database but I can also see the document   03:20:44
23  has more contents.                        03:20:46
24  BY MR. BARNES:                            03:20:47
25      Q. Okay. Let's jump ahead to page 860.   03:20:47
                                              Page 187
```

```
 1  It's the very next page.                  03:20:50
 2      A. Okay.                              03:20:53
 3      Q. You see where it says "storage &   03:20:53
 4  location  " 'cause I  I'm not trying to make   03:20:55
 5  this a pop quiz. I'm really trying to figure this   03:20:57
 6  out.                                      03:20:59
 7      It says, "storage & location, log sink."   03:20:59
 8      Do you see that?                      03:21:04
 9      A. Yeah.                              03:21:04
10      Q. "The ingested data is stored in the   03:21:04
11  following log source:                     03:21:07
12  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇              03:21:11
13  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇              03:21:11
14  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇              03:21:26
15      Did I read that correctly?            03:21:27
16      A. That is correct actually.          03:21:27
17      Q. Okay. Is this log sync where the   03:21:32
18  reported user activities are  does it refer to   03:21:33
19  the reported  is there the connection between   03:21:36
20  the reported user activities in the flow diagram   03:21:39
21  on page 859 with the log sync described here?   03:21:43
22      MR. ANSORGE: Objection to form and    03:21:49
23  foundation.                               03:21:50
24      THE WITNESS: If my interpretation of log   03:21:52
25  sync is correct, because I don't find log   03:21:55
                                              Page 188
```

```
 1  sync mentioned in that diagram, it would be   03:21:58
 2  my understanding that this is the location   03:22:01
 3  within the ▇▇▇▇▇▇ infrastructure where it   03:22:05
 4  has been stored.                          03:22:08
 5  BY MR. BARNES:                            03:22:09
 6      Q. Okay. And the ▇▇▇d, what does that   03:22:09
 7  mean?                                     03:22:15
 8      A. That means that any data stored at that   03:22:15
 9  location is going to be auto deleted after ▇   03:22:17
10  ▇▇▇▇                                      03:22:22
11      Q. Okay. If we go back to 859, the    03:22:22
12  ingestion pipeline,                       03:22:26
13  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, is that         03:22:31
14  the gwslog you referred to earlier?       03:22:38
15      A. I'm sorry, I cannot completely follow   03:22:39
16  the  the proxy you are referring  are we in   03:22:42
17  the diagram?                              03:22:43
18      Q. It's at the  I'm sorry, I'm outside the   03:22:44
19  diagram. It's at the very bottom of the page.   03:22:46
20      A. Correct. These are  these are the   03:22:50
21  Chrome gwslogs, yes.                      03:22:52
22      Q. Okay. And then if we move on to 860, the   03:22:55
23  Chrome Sync HTTP server logs, the ▇▇▇▇▇▇▇   03:23:03
24  retention time of logs, what does that refer to?   03:23:04
25      A. As we discussed before, this is the   03:23:11
                                              Page 189
```

**Page 338**

1  MR. BARNES: Thank you for your time 07:36:50
2  today, Mr. Schumann. We are a little over 07:36:52
3  seven hours, seven hours and like 46 seconds 07:36:54
4  to be precise and we have a seven-hour time 07:36:59
5  limit on this. 07:37:02
6  I want to note for the record that 07:37:03
7  plaintiffs received a production of documents 07:37:04
8  yesterday evening for which Mr. Schumann was 07:37:08
9  the custodian and we are leaving this 07:37:12
10  deposition open for purposes of asking 07:37:16
11  Mr. Schumann questions about those late 07:37:19
12  produced documents. 07:37:22
13  Other than that we are finished with 07:37:24
14  questions regarding what has been produced 07:37:26
15  other than the very last-minute production 07:37:30
16  last night. 07:37:33
17  Mr. Ansorge? 07:37:34
18  MR. ANSORGE: Yes, Mr. Barnes, we object. 07:37:35
19  Mr. Schumann has come here and he's been 07:37:40
20  brought here at great expense and effort. 07:37:42
21  You had seven hours. He testified fulsomely 07:37:45
22  and I think we can take the dispute off and 07:37:49
23  give the witness his life back. 07:37:52
24  MR. BARNES: We'll have to agree to 07:37:57
25  disagree. 07:38:00

**Page 339**

1  MR. ANSORGE: About giving him his life 07:38:00
2  back? 07:38:03
3  MR. BARNES: Well, no, he can have his 07:38:03
4  life back. But we'll have to agree to 07:38:04
5  disagree about whether there's a dispute 07:38:06
6  about the late-produced documents or not. 07:38:09
7  MR. ANSORGE: With that, I'm happy to go 07:38:12
8  off the record. 07:38:13
9  MR. BARNES: Okay. 07:38:14
10  THE VIDEOGRAPHER: We are off the record 07:38:14
11  at 7:38 p.m. This concludes today's 07:38:17
12  testimony given by Tim Schumann. The total 07:38:20
13  number of media units used was eight and will 07:38:25
14  be retained by Veritext Legal Solutions. 07:38:29
15  (Time noted: 7:38 p.m.)

**Page 340**

1  DECLARATION UNDER PENALTY OF PERJURY
2
3  I, TIM SCHUMANN, do hereby certify under
4  penalty of perjury that I have read the
5  foregoing transcript of my deposition taken
6  on January 13, 2022; that I have made such
7  corrections as appear noted herein; that my
8  testimony as contained herein, as corrected,
9  is true and correct.
10
11  DATED this 23 day of February
12  2022, at Munich, Germany
13
14
15  _____
16  TIM SCHUMANN

**Page 341**

1  I, RENEE HARRIS, do hereby certify that I
2  am a licensed Certified Shorthand Reporter;
3  That prior to being examined, the witness named
4  in the foregoing deposition was by me duly sworn
5  to testify to tell the truth, the whole truth, and
6  nothing but the truth;
7  That the said deposition was by me recorded
8  stenographically;
9  And the foregoing pages constitute a full,
10  true, complete and correct record of the testimony
11  given by the said witness;
12  That I am a disinterested person, not
13  being in any way interested in the outcome of said
14  action, or connected with, nor related to any of
15  the parties in said action, or to their respective
16  counsel, in any manner whatsoever.
17
18  DATED: January 17, 2022
19
20
21
22
23
24  Renee Harris, CSR, CCR, RPR
    CA CSR No. 14168,
25  NJ CRR No. 30XI00241200; RPR