# EXHIBIT 19
## Redacted Version of Document Sought to be Sealed

| | |
|---|---|
| **From:** | Josef Ansorge <josefansorge@quinnemanuel.com> |
| **Sent:** | Thursday, August 26, 2021 1:44 PM |
| **To:** | 'David Straite'; Viola Trebicka; Jomaire Crawford; Teuta Fani |
| **Cc:** | QE Calhoun; lweaver; Jay Barnes; 'Adam Prom'; Angelica Ornelas; An Truong; Eric Johnson; 'Amy Keller' |
| **Subject:** | RE: Calhoun v. Google |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**EXTERNAL:** Think before you click!

David, Lesley, Jay,

Thank you for the productive meet and confer one hour ago. I am pleased to report that Google is prepared to add the following text (in red) to its preservation proposal.



Google reserves the right to make further changes to this proposal.

I can also confirm that the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ We believe that including this information in the preservation proposal should obviate Plaintiffs' request for the categorical preservation of all of the sync traffic logs for US-based users, but please let us know if Plaintiffs disagree. Since Plaintiffs requested Google add this information, and Google has now added this information, we believe it would be appropriate for Plaintiffs to also include "information showing user had sync enabled" as part of their preservation proposal.

As we touched on briefly during the meet and confer, Google is open to negotiating stipulations in addition to its preservation proposal. To make progress on this front, it would be very helpful if Plaintiffs would identify the parameters and key components of the stipulation(s) they are seeking.

Please let us know if you would like to discuss any of these issues further before we circulate drafts of our sections in 6 hours.

Best,

Joey

**Josef Ansorge**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-8267 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
josefansorge@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Josef Ansorge
**Sent:** Wednesday, August 25, 2021 5:48 PM
**To:** 'David Straite' <dstraite@dicellolevitt.com>; Viola Trebicka <violatrebicka@quinnemanuel.com>; Jomaire Crawford <jomairecrawford@quinnemanuel.com>; Teuta Fani <teutafani@quinnemanuel.com>
**Cc:** QE Calhoun <qecalhoun@quinnemanuel.com>; Lesley Weaver <lweaver@bfalaw.com>; Jay Barnes <jaybarnes@simmonsfirm.com>; Adam Prom <aprom@dicellolevitt.com>; Angelica Ornelas <aornelas@bfalaw.com>; An Truong <atruong@simmonsfirm.com>; Eric Johnson <ejohnson@simmonsfirm.com>; Amy Keller <akeller@dicellolevitt.com>
**Subject:** RE: Calhoun v. Google

David,

Thank you for your email. Pursuant to the Court's August 17, 2021 Order, Dkt. 276, Google proposes the following log preservation protocol.

- 

Google reserves the right to make further changes to this proposal. Will Plaintiffs provide a similar description of the proposal they intend to include in the Friday submission?

In response to the other points you raise in your email:
- We will circulate a Zoom invite for 9 AM Pacific tomorrow.
- Please let us know if Plaintiffs agree to the following exchange schedule:
    - August 26, 5 PM Pacific mutual exchange of 2 pages consisting of preservation proposal.
    - August 27, 9 AM Pacific mutual exchange of .5 pages addressing the other party's preservation proposal (if necessary).

- o August 27, noon Pacific Google files joint letter.
- We disagree with your characterization that Google is proposing "to keep Mr. Brush in the dark." Google is prepared to participate in a joint update on the biscotti preservation issue. However, Google does not consent to Plaintiffs unilaterally submitting unsolicited argument and briefing to Special Master Brush. If you intend to submit something to Special Master Brush unilaterally, please provide it to us in advance so we may review and ascertain whether we object or not.

Best,

**Josef Ansorge**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-8267 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
josefansorge@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** David Straite [mailto:dstraite@dicellolevitt.com]
**Sent:** Wednesday, August 25, 2021 4:15 PM
**To:** Josef Ansorge <josefansorge@quinnemanuel.com>; Viola Trebicka <violatrebicka@quinnemanuel.com>; Jomaire Crawford <jomairecrawford@quinnemanuel.com>; Teuta Fani <teutafani@quinnemanuel.com>
**Cc:** QE Calhoun <qecalhoun@quinnemanuel.com>; Lesley Weaver <lweaver@bfalaw.com>; Jay Barnes <jaybarnes@simmonsfirm.com>; Adam Prom <aprom@dicellolevitt.com>; Angelica Ornelas <aornelas@bfalaw.com>; An Truong <atruong@simmonsfirm.com>; Eric Johnson <ejohnson@simmonsfirm.com>; Amy Keller <akeller@dicellolevitt.com>
**Subject:** RE: Calhoun v. Google

[EXTERNAL EMAIL from dstraite@dicellolevitt.com]

Joey,

Plaintiffs respond to your email as follows:

1. **Friday Joint Submission**:
   a. Plaintiffs have made three alternative proposals to get us to agreement on a preservation plan: preservation of a limited subset of fields in relevant logs; sampling; and preservation at the front end. We explored all three concepts at the Aug. 4 deposition, but given that the witness was unprepared, all three proposals require Google to provide additional basic information, as outlined on our August 18 meet-and-confer and repeated in our August 19 letter. We cannot refine our proposals further unless and until Google provides the missing information.
   b. Plaintiffs are available tomorrow morning at 9am PT as you propose. I'm happy to circulate a Zoom link, or you can, just let us know your preference.
   c. Your proposed schedule to exchange sections is fine, except we will need to move tomorrow night's exchange back if we don't get Google's proposal by COB today, and also we need to move the Friday exchange up to 9am Pacific in order to meet the 12noon Pacific filing deadline. Thank you for offering to handle the filing (which will certainly be under seal) but we have a team on standby as well. Just let us know if we can assist or take over the filing.

3

2. **Tim Schumann Deposition**: we look forward to getting the drafts and thanks again for taking the lead on this project, we appreciate it.
3. **Special Master Brush Update**: we agree that supplemental briefing was not requested, and Plaintiffs are not proposing it. We are, however, proposing a <u>complete</u> update, not a <u>partial</u> update. Mr. Brush did not request a partial update, and we believe the parties should identify any and all relevant updates, not just b-logs. We don't think it's a good idea to keep Mr. Brush in the dark as you propose. Plaintiffs will therefore file our own update.

Best,



David A. Straite, CIPP/US

**DICELLO LEVITT GUTZLER**

646.933.1000 ext 505

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** David Straite
**Sent:** Wednesday, August 25, 2021 2:36 PM
**To:** Josef Ansorge <josefansorge@quinnemanuel.com>; Viola Trebicka <violatrebicka@quinnemanuel.com>; Jomaire Crawford <jomairecrawford@quinnemanuel.com>; Teuta Fani <teutafani@quinnemanuel.com>
**Cc:** QE Calhoun <qecalhoun@quinnemanuel.com>; Lesley Weaver <lweaver@bfalaw.com>; Jay Barnes <jaybarnes@simmonsfirm.com>; Adam Prom <aprom@dicellolevitt.com>; Angelica Ornelas <aornelas@bfalaw.com>; An Truong <atruong@simmonsfirm.com>; Eric Johnson <ejohnson@simmonsfirm.com>; Amy Keller <akeller@dicellolevitt.com>
**Subject:** RE: Calhoun v. Google

Joey,

We are in receipt of your email below. We are discussing internally, but just one point of clarification: the Court ordered the joint submission to be filed by 12noon Pacific on Friday, not 5pm. *See* Dkt. No. 276, para. 1. Thus your proposed schedule for exchange of sections will need to be adjusted.

Best,



David A. Straite, CIPP/US

**DICELLO LEVITT GUTZLER**

646.933.1000 ext 505

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

**From:** Josef Ansorge <josefansorge@quinnemanuel.com>
**Sent:** Wednesday, August 25, 2021 2:22 PM
**To:** David Straite <dstraite@dicellolevitt.com>; Viola Trebicka <violatrebicka@quinnemanuel.com>; Jomaire Crawford <jomairecrawford@quinnemanuel.com>; Teuta Fani <teutafani@quinnemanuel.com>
**Cc:** QE Calhoun <qecalhoun@quinnemanuel.com>; Lesley Weaver <lweaver@bfalaw.com>; Jay Barnes <jaybarnes@simmonsfirm.com>; Adam Prom <aprom@dicellolevitt.com>; Angelica Ornelas <aornelas@bfalaw.com>; An Truong <atruong@simmonsfirm.com>; Eric Johnson <ejohnson@simmonsfirm.com>; Amy Keller <akeller@dicellolevitt.com>
**Subject:** RE: Calhoun v. Google

David,

Thank you for your letter. We are working on a more detailed response, but wanted to address the following time-sensitive issues.

1. **Preservation Proposal.** We are aiming to provide you with Google's preservation proposal before the close of business today. Please let us know if:
   - Plaintiffs will also be providing a proposal, separate from your August 19 letter.
   - Plaintiffs are available to meet and confer regarding Google's proposal at 9 AM Pacific on August 26.
   - Plaintiffs agree to the following exchange schedule for the August 27 submission:
     - August 26, 5 PM Pacific mutual exchange of 2 pages consisting of preservation proposal.
     - August 27, noon Pacific mutual exchange of .5 pages addressing the other party's preservation proposal (if necessary).
     - August 27, 5 PM Pacific Google files joint letter.

2. **Tim Schumann deposition.** We will provide you with drafts of the requisite documents later today. You will note that those drafts state that there is to be no impediment to questions that would be proper in a deposition in the United States. Please let us know if that does not address your concerns. Note that some of these letters will need to be translated into German to submit them to the relevant Canton in Switzerland. We can arrange for the translation once Plaintiffs sign off on the English text.

3. **Special Master Brush Update.** Google does not object to the parties providing a joint update to Special Master Brush to explain that Google is in the process of collecting b-log data. However, Google does not agree to the other updates Plaintiffs are proposing. Special Master Brush has consistently explained that he will request additional briefing if and when that is necessary.

Best,

Joey

**Josef Ansorge**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-8267 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
josefansorge@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** David Straite [mailto:dstraite@dicellolevitt.com]
**Sent:** Tuesday, August 24, 2021 6:30 PM
**To:** Viola Trebicka <violatrebicka@quinnemanuel.com>; Jomaire Crawford <jomairecrawford@quinnemanuel.com>; Teuta Fani <teutafani@quinnemanuel.com>; Josef Ansorge <josefansorge@quinnemanuel.com>
**Cc:** QE Calhoun <qecalhoun@quinnemanuel.com>; Lesley Weaver <lweaver@bfalaw.com>; Jay Barnes <jaybarnes@simmonsfirm.com>; Adam Prom <aprom@dicellolevitt.com>; Angelica Ornelas <aornelas@bfalaw.com>; An Truong <atruong@simmonsfirm.com>; Eric Johnson <ejohnson@simmonsfirm.com>; Amy Keller <akeller@dicellolevitt.com>
**Subject:** Calhoun v. Google

**[EXTERNAL EMAIL from dstraite@dicellolevitt.com]**

Dear counsel,

Please see attached letter following our meet-and-confer video conferences this past Friday, Monday, and earlier today.

Regards,



David A. Straite, CIPP/US

**DICELLO LEVITT GUTZLER**

646.933.1000 ext 505


This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.