# EXHIBIT 22
# Redacted Version of Document Sought to be Sealed

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4
 5   PATRICK CALHOUN, ELAINE CRESPO, )
     HADIYAH JACKSON and CLAUDIA     )
 6   KINDLER, on behalf of all       )
     others similarly situated,      )
 7                                   )
              Plaintiffs,            )
 8                                   )
              vs.                    ) Case No.
 9                                   ) 5:20-cv-5146-LHK
     GOOGLE LLC,                     )
10                                   )
              Defendant.             )
11   _____)
12
13
14
15       VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED
16              DEPOSITION OF DAVID MONSEES
17
18               Friday, April 9, 2021
19      Testifying from San Francisco, California
20
21
22
23   Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 4530995
```

Page 1

```
 1        UNITED STATES DISTRICT COURT
 2       NORTHERN DISTRICT OF CALIFORNIA
 3            SAN JOSE DIVISION
 4
 5  PATRICK CALHOUN, ELAINE CRESPO, )
    HADIYAH JACKSON and CLAUDIA     )
 6  KINDLER, on behalf of all       )
    others similarly situated,      )
 7                                  )
         Plaintiffs,                )
 8                                  )
         vs.                        ) Case No.
 9                                  ) 5:20-cv-5146-LHK
    GOOGLE LLC,                     )
10                                  )
         Defendant.                 )
11  _____)
12
13
14
15     Virtual videoconference video-recorded
16     deposition of DAVID MONSEES, taken on
17     behalf of the Plaintiffs, testifying from
18     San Francisco, California, on Friday,
19     April 9, 2021, before Hanna Kim, CLR, CSR
20     No. 13083.
21
22
23
24
25
                                          Page 2
```

```
 1   REMOTE VIDEOCONFERENCE APPEARANCES OF COUNSEL:
 2
 3  For Plaintiffs:
 4      BLEICHMAR FONTI & AULD LLP
 5      BY: LESLEY WEAVER, ESQ
 6      BY: ANGELICA M ORNELAS, ESQ
 7      555 12th Street, Suite 1600
 8      Oakland, California 994607
 9      415 445 4003
10      lweaver@bfalaw com
11      aornelas@bfalaw com
12      -and-
13      KAPLAN FOX & KILSHEIMER LLP
14      BY: DAVID A STRAITE, ESQ
15      850 Third Avenue
16      New York, New York 10022
17      212 687 1980
18      dstraite@kaplanfox coma
19
20
21
22
23
24
25
                                          Page 3
```

```
 1   REMOTE VIDEOCONFERENCE APPEARANCES (CONTINUED)
 2
 3  For Plaintiffs:
 4      SIMMONS HANLY CONROY LLC
 5      BY: JASON "JAY" BARNES, ESQ
 6      BY: AN TRUONG, ESQ
 7      112 Madison Avenue, 7th Floor
 8      New York, New York 10016
 9      212 784 6400
10      jaybarnes@simmonsfirm com
11      atruong@simmonsfirm com
12
13  For Defendant Google LLC:
14      QUINN EMANUEL URQUHART & SULLIVAN
15      BY: ANDREW H SCHAPIRO, ESQ
16      191 N Wacker Drive, Suite 2700
17      Chicago, Illinois 60606
18      312 705 7400
19      andrewschapiro@quinnemanuel com
20      -and-
21      BY: JOSEF ANSORGE, PH D
22      1300 I Street NW, Suite 900
23      Washington, D C  20005
24      202 538 8000
25      josefansorge@quinnemanuel com
                                          Page 4
```

```
 1   REMOTE VIDEOCONFERENCE APPEARANCES (CONTINUED)
 2
 3  Also Present:
 4      JOHN JANHUNEN, ESQ , Google LLC
 5      RON LAZO, Videographer
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                          Page 5
```

2 (Pages 2 - 5)

### Page 6

```
 1            INDEX OF EXAMINATION
 2
 3  WITNESS: DAVID MONSEES
 4  EXAMINATION                                    PAGE
 5       BY MS. WEAVER:                              11
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

### Page 7

```
 1            INDEX OF EXHIBITS
 2
 3  MONSEES DEPOSITION EXHIBITS                    PAGE
 4  Exhibit 1    Plaintiffs' Notice Deposition of    17
 5               Defendant Google LLC Pursuant
 6               FRCP 30(b)(6); 5 pages
 7  Exhibit 2    Complaint, executed date of         31
 8               July 27, 2020; 93 pages
 9  Exhibit 3    Google internal service document;   41
10               Bates nos. GOOG-CALH_00027787
11               through '91
12  Exhibit 4    "Logs Sources and Access Types";    85
13               Bates nos. GOOG-CALH-00027774
14               through '782
15  Exhibit 5    "Defendant's Responses and         122
16               Objections to Plaintiffs' First
17               Set of Interrogatories (Nos.
18               1-7)"; 26 pages
19  Exhibit 6    "Syncable service API"; 4 pages    139
20  Exhibit 7    "Developers Chrome.Storage-Chrome  139
21               Developers"; 13 pages
22  Exhibit 8    "Chrome data in your account"; 1   178
23               page
24  Exhibit 9    "Ads logs types"; Bates nos.       182
25               GOOG-CALH-00027278 through '285
```

### Page 8

```
 1       INDEX OF EXHIBITS (CONTINUED)
 2
 3  MONSEES DEPOSITION EXHIBITS                    PAGE
 4  Exhibit 10   "Sample from sync logs"; Bates     190
 5               nos. GOOG-CALH-00027477 through
 6               '485
 7  Exhibit 11   "Fact Sheet for Monsees"; 2 pages  208
 8  Exhibit 12   "Personalization Data Sources      262
 9               Policy"; Bates nos.
10               GOOG-CALH-00027413 through '414
11  Exhibit 13   "User Data Retention and Deletion  268
12               Guidelines"; Bates nos.
13               GOOG-CALH-00027154 through '161
14  Exhibit 14   "User Data Retention and Deletion  270
15               Policy"; Bates nos. Bates nos.
16               GOOG-CALH-00027162 through '165
17  Exhibit 15   "Scrubbing Policies for Log        289
18               Data"; Bates nos.
19               GOOG-CALH-00027152 through '153
20  Exhibit 16   "Log Data Usage Rules"; Bates      308
21               nos. GOOG-CALH-00027762 through
22               '767
23  Exhibit 17   "Chrome Logs"; Bates nos.          316
24               GOOG-CALH-00027536 through '540
25
```

### Page 9

```
 1       INDEX OF EXHIBITS (CONTINUED)
 2
 3  MONSEES DEPOSITION EXHIBITS                    PAGE
 4  Exhibit 18   "█████████"; Bates nos.            324
 5               GOOG-CALH-00027297 through '326
 6  Exhibit 19   Google internal site printout, to  325
 7               frequently asked questions for
 8               the █████████ platform; Bates
 9               nos. GOOG-CALH-00027290 through
10               '293
11  Exhibit 20   "█████ Logs"; Bates nos.           334
12               GOOG-CALH-00027451 through '453
13  Exhibit 21   "My Activity"; Bates nos.          337
14               GOOG-CALH-00027409 through '410
15  Exhibit 22   Printout of LinkedIn profile of    345
16               David Monsees; 16 pages
17                     --o0o--
```

**Page 242**

```
 1    A.  If -- if data was stored, it would be
 2  stored somewhere on Google's storage system that a
 3  Google server wrote to.
 4    Q.  Right.
 5        Which storage systems and which logs?    02:29:55
 6    A.  I -- I think as -- as previously stated,
 7  we would need to decide which log types to go look
 8  for this request, and then we could --
 9    Q.  So what kind of log types do you think you
10  would go look in?                              02:30:16
11    A.  I -- I don't know.  I actually am not
12  aware of anyone who has ever requested to find
13  something from a request, not a response.  It
14  seems a wide net.
15    Q.  Would you look in ads logs?              02:30:31
16    A.  Ads logs could definitely be an -- an
17  option.
18    Q.  Would you look in analytics logs?
19    A.  Sure.  Yes.
20    Q.  What other kinds of logs would you look  02:30:43
21  in?
22    A.  I would likely look in search logs, maps
23  logs, play logs, news logs, blog search logs,
24  blotter logs, video search logs, shopping logs,
25  Google travel logs, trip logs.                 02:31:04
```

**Page 243**

```
 1        There's a few other highly traffic
 2  vertical products that are off of the Google
 3  domain, which would, per the transport host, what
 4  this request could be hitting.
 5        I'm trying to think of any other really   02:31:20
 6  obvious ones.  Those -- those would be, I think,
 7  a -- a set of -- of logs to -- to look at.
 8        Anything -- any service that could run off
 9  of the Google.com domain I think you would have to
10  look into to be complete.                        02:31:36
11    Q.  So Google is sending this single request
12  to that many logs is your testimony?
13    A.  Oh, no.  To clarify, that's not what I
14  said.  My testimony is that I do not know for this
15  request what service it's hitting.               02:31:48
16        So if we wanted to be accurate, we would
17  need to search logs or other storage for all
18  services that may serve off of the Google.com
19  domain.
20    Q.  Okay.  Do you --                           02:31:59
21    MR. SCHAPIRO:  All right.  Let's -- hold
22  on.  Hold on.  Let -- let's take a break.  We've
23  been going an hour and quarter, so why don't we
24  break.
25        Would ten minutes okay?                    02:32:08
```

**Page 244**

```
 1    MS. WEAVER:  I don't want to be
 2  interrupted in the middle of a question.  And, no,
 3  that's not fine.  I'll continue this line of
 4  questioning until I'm done, Andy.
 5    MR. SCHAPIRO:  No, no, no.  I'm -- I'm      02:32:21
 6  asking for a break.  There is no question --
 7    MS. WEAVER:  I am in the middle of a
 8  question, and I will finish the question.
 9    MR. SCHAPIRO:  You weren't in the
10  middle --
11    MS. WEAVER:  We -- Mr. --
12    MR. SCHAPIRO:  You weren't in the middle
13  of a question.
14    MS. WEAVER:  It is not civil --
15    MR. SCHAPIRO:  You weren't in the
16  middle of a question.
17    MS. WEAVER:  Mr. Ambassador, it is not
18  civil to introduce -- interrupt a questioning
19  attorney in the middle of the question and ask for
20  a time-out.                                     02:32:32
21    MR. SCHAPIRO:  We weren't --
22    MS. WEAVER:  You will wait until I am
23  done.
24    MR. SCHAPIRO:  And then we'll take a
25  break.                                          02:32:40
```

**Page 245**

```
 1  BY MS. WEAVER:
 2    Q.  Mr. Monsees, I want to    let me go back
 3  and see what the previous
 4    MS. WEAVER:  Could you read back, please,
 5  when I was interrupted.                          02:32:45
 6        (Record read back by the reporter.)
 7    MR. SCHAPIRO:  "And I."  So you were in
 8  the middle of "And I."  I was trying to get in when
 9  there was no question pending and
10    MS. WEAVER:  Okay.  Just control yourself.   02:33:11
11    THE COURT REPORTER:  I'm sorry.  Wait,
12  wait, wait.
13    MS. WEAVER:  Control yourself, please.
14    MR. SCHAPIRO:  All right.  We're   we're
15  going to
16  BY MS. WEAVER:
17    Q.  Okay.  So
18    MR. SCHAPIRO:    take a break.  We're
19  going to take a break.
20  BY MS. WEAVER:
21    Q.    going back to paragraph
22    THE COURT REPORTER:  I'm sorry.  One
23  one    excuse me.  Wait.
24    MR. SCHAPIRO:  Off the record, please.
25  BY MS. WEAVER:
```

## Page 354

1  A. Oh, I -- I am -- I am not sure what a -- a
2  per e-mail cost is. I believe it's quite low to
3  send a -- an individual e-mail.
4  Q. Okay. Thank you.
5      MS. WEAVER: No further questions --    05:19:48
6  questions for this witness at this time. This
7  deposition will remain open.
8      MR. SCHAPIRO: So we of course don't agree
9  to holding it open, but we want to -- we'll take a
10 few minutes and -- and come back and do some    05:20:04
11 redirect if -- if we think we want to do that. So
12 why don't we come back in five minutes.
13     MS. WEAVER: Sounds good.
14     MR. SCHAPIRO: 25 past.
15     THE VIDEOGRAPHER: We're now going off the   05:20:20
16 record. The time is 5:20 p.m., Pacific Daylight
17 Time.
18     (Short recess taken.)
19     THE VIDEOGRAPHER: We are now back on the
20 record. The time is 5:33 p.m., Pacific Daylight    05:33:20
21 Time.
22     MR. SCHAPIRO: So we have no questions for
23 the witness.
24     Mr. Monsees, thank you very much for your
25 time.    05:33:31

## Page 355

1  Lesley, et al., wonderful to see you as
2  always.
3      MS. WEAVER: Yeah, and I want to thank the
4  witness very much. I know this isn't fun and
5  especially not alone in your room. Thank you.    05:33:43
6      And thanks very much to all of you
7  supporting the deposition, Ms. -- Ms. Kim and our
8  videographer.
9      MR. SCHAPIRO: I second that.
10     MS. WEAVER: Okay. And --    05:33:54
11     THE VIDEOGRAPHER: This -- this concludes
12 today's testimony given by David Monsees, 30(b)(6)
13 witness, Google LLC.
14     The number of media units used was one and
15 will be retained by Veritext. The time is    05:34:06
16 5:34 p.m., Pacific Daylight Time. We are now off
17 the record.
18     (Proceedings concluded, 5:34 p.m.)

## Page 356

JURAT

I, DAVID MONSEES, do hereby certify under penalty of perjury that I have read the foregoing transcript of my deposition taken on the 9th day of April, 2021; that I have made such corrections as appear noted herein in ink, initialed by me; that my testimony as contained herein, as corrected, is true and correct.

Dated this 19th day of May, 2021, at Dallas County, State of Texas.

DAVID MONSEES

GEORGE W POLETES
Notary Public
STATE OF TEXAS
Notary I.D. 13174447-9
My Comm. Exp. Oct. 2, 2022

This notarial act was an online notarization.

## Page 357

CERTIFICATE OF REPORTER

I, Hanna Kim, a Certified Shorthand Reporter, do hereby certify:

That prior to being examined, the witness in the foregoing proceedings was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth;

That said proceedings were taken before me at the time and place therein set forth and were taken down by me in shorthand and thereafter transcribed into typewriting under my direction and supervision;

I further certify that I am neither counsel for, nor related to, any party to said proceedings, not in anywise interested in the outcome thereof.

Further, that if the foregoing pertains to the original t                    n a
federal case,                             proceedings,
review of the                                  s not
requested.
In witn                                        nto
subscribed n
Dated: April

Hanna Kim, CLR, CSR No. 13083

```
 1      ERRATA SHEET FOR THE TRANSCRIPT OF:
 2  Case Name: CALHOUN, ET AL. vs. GOOGLE LLC
 3  Dep. Date: 04/09/2021
 4  Deponent: DAVID MONSEES
 5           CORRECTIONS:
 6  Pg.  Ln.   Now Reads    Should Read    Reason
 7   22   23   Harding      Harting        Incorrect spelling
 8   25    7   Schumman     Schuman        Incorrect spelling
 9   26   18   Bob Kee      Bob Cui        Incorrect spelling
10   54   16   zwbk         Zwieback       Full word used
11   89   10   sends to     since to       Words used
12   94    2   pseudonymous for cookie ID   pseudonymous cookie ID   Clarity
13  117   24   know if their users   know if they're users   Incorrect spelling
14  191    1   Schulman     Schuman        Incorrect spelling
15  192    6   Schulman     Schuman        Incorrect spelling
16  307    1   Gilke        Golueke        Incorrect spelling
17  327   11   actually have the product   actually as the product   Words used
18  353   14   for now error on   for now err on   Words used
19          _____
20          Signature of Deponent
21  SUBSCRIBED AND SWORN BEFORE ME
22  THIS 19th DAY OF May , 2021.
23  _____
24  (Notary Public) MY COMMISSION EXPIRES
25          October 2, 2022
    This notarial act was an online notarization.    Page 358
```



GEORGE W POLETES
Notary Public
STATE OF TEXAS
Notary I.D. 13174447-9
My Comm. Exp. Oct. 2, 2022