# EXHIBIT 23

## Redacted Version of Document Filed Under Seal

**BLEICHMAR FONTI & AULD LLP**
555 12th STREET, SUITE 1600
OAKLAND, CA 94607

**DiCELLO LEVITT GUTZLER LLC**
ONE GRAND CENTRAL PLACE
60 EAST 42nd STREET, SUITE 2400
NEW YORK, NY 10165

**SIMMONS HANLY CONROY LLC**
112 MADISON AVENUE, 7TH FL.
NEW YORK, NY 10016

June 4, 2021

**VIA ELECTRONIC MAIL**
Viola Trebicka, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
violatrebicka@quinnemanuel.com

Re:   *Calhoun v. Google LLC*, No. 5:20-cv-05146-LHK-SVK (N.D. Cal.)
      June 11, 2021 30(b)(6) Deposition

THIS LETTER MAY CONTAIN DISCOVERY MATERIAL DESIGNATED
"CONFIDENTIAL" OR "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" BY
GOOGLE LLC PURSUANT TO COURT ORDER

Dear Counsel:

In advance of next week's deposition of Google LLC pursuant to Fed. R. C. P. 30(b)(6), Plaintiffs write to address several issues.

*First*, as directed by the Hon. Susan van Keulen at this week's discovery hearing, below is a list of hyperlinks selected by Plaintiffs for production by 12pm Pacific on Mon., June 7, 2021:

| | **HYPERLINKS REQUESTED FOR EXPIDITED PRODUCTION** |
|---|---|
| | **27147-48: "Device/App/Browser F-print and Immutable Ids Policy"** |
| 1. | Data Categorization Guidelines – footer |
| 2. | Data Subcategories – footer |
| 3. | Privacy Glossary! – footer |
| 4. | The Many IDs of Android |
| | **27149-51: "User Data Access Policy"** |
| 5. | Data Classification Guidelines |
| | **27152-53: "Scrubbing Policies for Log Data"** |
| 6. | hashing is not sufficient for anonymization |
| 7. | Obfuscating pseudonym fields |
| 8. | [redacted] |
| | **27154-61: "User Data Retention and Deletion Guidelines"** |
| 9. | FAQ sheet |
| | **27278-85: "Ads Logs Types"** |
| 10. | Dremel cookbook |
| | **27330-35: "[redacted] Config"** |

Viola Trebicka, Esq.  
June 4, 2021  
Page 2

**SIMMONS HANLY CONROY**  
**DiCELLO LEVITT GUTZLER LLC**  
**BLEICHMAR FONTI & AULD LLP**

| # | Item |
|---|---|
| 11. | MapReduce library |
| | **27407-08: "[REDACTED] How to"** |
| 12. | [REDACTED] |
| | **27409-10: "My Activity"** |
| 13. | Dashboard Service |
| 14. | Backend Data Fetch |
| 15. | Other Google Activity |
| | **27411-12: "Personal Logs"** |
| 16. | [REDACTED] |
| | **27416-18: "Reading Data"** |
| 17. | [REDACTED] |
| | **27422-29: "Best Practices for Analyzing Logs Data"** |
| 18. | [REDACTED] |
| 19. | use a FieldExtractor to extract a field's data |
| 20. | [REDACTED] |
| | **27439-44: "Storage Stats"** |
| 21. | Query Cookbook |
| 22. | **27445-46: "Analyze Logs"** |
| 23. | "Core Data" (at header of 27455) |
| 24. | Logs Basics |
| 25. | Create Logs |
| 26. | Write Data to Logs |
| | **27536-40: "Chrome Logs – Policy"** |
| 27. | processed history logs |
| 28. | Chrome History logs |
| 29. | proto code |
| 30. | [REDACTED] |
| 31. | [REDACTED] |
| 32. | The document to which the link to "Web Identity" directs Googlers and all sub- or child-documents to the Web Identity document |
| | **27541-42: "Chrome Logs – Chrome Sync Data Access"** |
| 33. | [REDACTED] |
| | **27543: "Chrome Logs – Overview"** |
| 34. | Chrome Privacy |
| 35. | Signin |
| 36. | Web Identity |
| 37. | [REDACTED] |
| | **27720-52: "Flexible Sampling API"** |
| 38. | [REDACTED] |
| | **27768-71: "Logs Privacy"** |

Viola Trebicka, Esq.　　　　　　　　　　　　　　　　SIMMONS HANLY CONROY
June 4, 2021　　　　　　　　　　　　　　　　　　　　DICELLO LEVITT GUTZLER LLC
Page 3　　　　　　　　　　　　　　　　　　　　　　　BLEICHMAR FONTI & AULD LLP

| 39. | Developer Guide |
|-----|-----------------|
| 40. | ███████████████ |
| 41. | TTL Users Guide |
| | **27783-85: "Reading Data"** |
| 42. | ███████████████ |

  If the requested documents are duplicative of each other or duplicative of documents already produced (or just internal "jump cites") we reserve the right to request additional documents prior to the deposition to reach the 40 hyperlinks allowed by the Court. For example, in putting this list together we believe that hyperlinks (1) and (5) are likely the same, as are (32) and (36).[1] We will supplement this list with additional documents if any of the other links are also duplicative, and we appreciate your assistance in that effort.

  *Second*, in further preparation for the deposition, we request information regarding relevant identifiers used at Google. Rather than waste time at the deposition asking Google's representative to describe the function of each one, Plaintiffs believe it would be more efficient to confer in advance.

  A list of ██ identifiers appears in GOOG-CALH-0002774-781 as "███████" fields in raw logs. We understand there are other fields as well:.



---

[1] If (1) and (5) are not duplicative, we only request (5). If (32) and (36) are not duplicative, we only request (32).

Viola Trebicka, Esq.                                         SIMMONS HANLY CONROY
June 4, 2021                                                 DiCELLO LEVITT GUTZLER LLC
Page 4                                                       BLEICHMAR FONTI & AULD LLP



29. All other fields contained in unfiltered or raw ▮▮▮▮ Field Annotations.

Please let us know your availability to discuss, or alternatively let us know if there are existing documents that could provide descriptions of each of these identifiers. If Google is unwilling to do so, Plaintiffs take the position that the deponent should be able to explain the function of each of these ▮ identifiers, including the "what, where, when, and how" such identifiers are collected from class members' browsers and stored and used by Google.

***Third***, in conferring with your colleagues today, we learned that Google is already prepping its corporate representative for the deposition. Please identify this representative so that we may also adequately prepare.

Thank you for your timely attention to this matter.

Sincerely,

*Jay Barnes*

Jay Barnes

cc (via email):

Google Counsel
stephenbroome@quinnemanuel.com
andrewschapiro@quinnemanuel.com
jomairecrawford@quinnemanuel.com
thaothai@quinnemanuel.com
jonathantse@quinnemanuel.com
josefansorge@quinnemanuel.com
qecalhoun@quinnemanuel.com

Plaintiffs' Counsel
David Straite, dstraite@dicellolevitt.com
Lesley Weaver, lweaver@bfalaw.com
Amy E. Keller, akeller@dicellolevitt.com
Angelica Ornelas, aornelas@bfalaw.com
An Truong, atruong@simmonsfirm.com
Adam Prom, aprom@dicellolevitt.com