# EXHIBIT 26
## Redacted Version of Document Sought to be Sealed

| | |
|---|---|
| **From:** | Timothy Schmidt <timothy.schmidt@accelconsulting.llc> |
| **Sent:** | Wednesday, January 5, 2022 4:38 PM |
| **To:** | Tracy Gao; Josef Ansorge |
| **Cc:** | Jay Barnes; Douglas Brush; Lesley Weaver; David Straite; Amy Keller; Adam Prom; Angelica Ornelas; An Truong; Eric Johnson; Sharon Cruz; QE Calhoun |
| **Subject:** | Re: Plaintiffs Request for Zwieback ▓▓▓ and Zwieback ▓ Fields and Schema |
| **Attachments:** | 2021.01.05 - Calhoun Plaintiff Letter to Brush re Zwieback Data Sources.pdf |

**EXTERNAL:** Think before you click!

Ms. Gao, Mr. Ansorge, et al.,

Pursuant to Section 4, Number 4 of Exhibit 1 of Magistrate Judge van Keulen's November 12, 2021, order Special Master Brush is ordering that the Zwieback ▓▓▓ and Zwieback ▓ data sources are to be added to the potentially relevant set of data sources for the Calhoun matter.

As such, Plaintiffs have requested Google provide certain information about those data sources as outlined in the attached letter of January 4, 2022. The information you provide should include all field names, field descriptions for all field names, and schemas for the data sources.

Please provide the requested information within three business days (i.e., by close of business EST January 10, 2022).

Thank you,
Tim Schmidt

*Timothy Schmidt*
Consultant
**M** 202.577.5302
**E** timothy.schmidt@accelconsulting.llc

**Accel Consulting LLC**
BOULDER, CO 80301

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to other contractual or confidentiality protec ions. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this message in error, please notify the sender by reply email and delete this message.

> **From:** Jay Barnes <jaybarnes@simmonsfirm.com>
> **Date:** Wednesday, January 5, 2022 at 12:52 AM
> **To:** Douglas Brush <douglas.brush@accelconsulting.llc>, Timothy Schmidt <timothy.schmidt@accelconsulting.llc>, Lesley Weaver <lweaver@bfalaw.com>, David Straite <dstraite@dicellolevitt.com>, Amy Keller <akeller@dicellolevitt.com>, Adam Prom <aprom@dicellolevitt.com>, Angelica Ornelas <aornelas@bfalaw.com>, An Truong <atruong@simmonsfirm.com>, Eric Johnson <ejohnson@simmonsfirm.com>, Sharon Cruz <scruz@dicellolevitt.com>
> **Subject:** Plaintiffs Request for Zwieback ▓▓▓ and Zwieback ▓ Fields and Schema
>
> Special Master Brush and Mr. Schmidt:

Thank you for the call today. As discussed, please find attached correspondence containing a written request for Google to produce fields and schema information for Zwieback ▮ and Zwieback ▮ Per your request, we have also uploaded relevant documents to Box.com for your review.

Sincerely,
Jay Barnes



Jay Barnes
One Court Street, Alton, IL 62002
Ph: 618.259.2222
jaybarnes@simmonsfirm.com

This e-mail and any files transmitted with it are privileged and confidential, and they are intended solely for the use of the intended recipient(s). If you are not an intended recipient, you should notify the sender immediately, delete this e-mail and any files transmitted with it from your system, and destroy or return all copies.