# EXHIBIT 27

## Redacted Version of Document Sought to be Sealed

| | |
|---|---|
| **From:** | Douglas Brush <douglas.brush@accelconsulting.llc> |
| **Sent:** | Sunday, February 27, 2022 12:28 PM |
| **To:** | Josef Ansorge; Andrew Schapiro; David Straite; Lesley Weaver; Jay Barnes |
| **Cc:** | QE Calhoun; Angelica Ornelas; An Truong; Sharon Cruz; Timothy Schmidt |
| **Subject:** | Calhoun v. Google - Zwieback ▮▮▮, GAIA ▮▮▮, and DBL ▮▮▮ - Special Master |
| | |
| **Importance:** | High |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**EXTERNAL:** Think before you click!

Mr. Ansorge, et al,

I met at length with Magistrate Judge van Keulen this afternoon, and we are in lockstep on how parties will conduct searches as we close out discovery.

Regarding Zwieback ▮▮▮, GAIA ▮▮▮, and DBL ▮▮▮, you must perform searches of these data sources in their entirety **without regard to product or service** or any other subdivision of these data sources.

Complete searches using the keywords, search terms, and other criteria provided initially to you by Plaintiffs in previous searches.

We will address these searches with the joint expert meetings.

Best,

Doug

_____

**Douglas Brush**
President
**M** 917.470.9140
**E** douglas.brush@accelconsulting.llc

**Accel Consulting LLC**
BOULDER, CO 80301

This message is intended only for the designated recipient(s). It may contain confiden ial or proprietary information and may be subject to other contractual or confidentiality protec ions. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this message in error, please notify the sender by reply email and delete this message.