# EXHIBIT 28
# Redacted Version of Document Sought to be Sealed

CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN JOSE DIVISION
                           ---o0o---
 4    PATRICK CALHOUN, et al.,        )
 5    on behalf of themselves and     )
 6    all others similarly            )
 7    situated,                       )
 8            Plaintiffs,             )
 9    vs.                             ) Case No.
10    GOOGLE LLC,                     ) 5:20-cv-5146-LHK-SVK
11            Defendant.              )
      _____ )
12                         CONFIDENTIAL
13                           ---o0o---
14                 Videotaped Zoom Deposition of
15                            VIC LIU
16                  Wednesday, March 30, 2022
17                           ---o0o---
18
19
20    Reported by:
21    Katy E. Schmidt
22    RPR, RMR, CRR, CSR 13096
23    Veritext Job No.: 5158044
24
25    PAGES 1 - 243
```

Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2     FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3            SAN JOSE DIVISION
                 ---o0o---
 4  PATRICK CALHOUN, et al.,    )
 5  on behalf of themselves and )
 6  all others similarly        )
 7  situated,                   )
 8         Plaintiffs,          )
 9  vs.                         ) Case No.
10  GOOGLE LLC,                 ) 5:20-cv-5146-LHK-SVK
11         Defendant.           )
    _____)
12
13       BE IT REMEMBERED that, pursuant to Notice, and
14  on Wednesday, the 30th day of March, 2022, commencing at
15  the hour of 9:04 a.m., thereof, in San Jose, California,
16  before me, KATY E. SCHMIDT, a Certified Shorthand
17  Reporter in and for the County of Yolo, State of
18  California, there virtually personally appeared
19
20            VIC LIU
21  called as a witness herein, who, being by me first duly
22  sworn, was thereupon examined and interrogated as
23  hereinafter set forth.
24
25
                                                  Page 2
```

```
 1          INDEX OF EXAMINATION
 2              ---o0o---
 3                              Page
 4  Examination by Mr. Barnes     08
 5  Examination by Mr. Watkins   232
 6              ---o0o---
 7
 8     QUESTIONS INSTRUCTED NOT TO ANSWER
 9
10      Page     Line
11
12        (NOTHING OFFERED.)
13
14              ---o0o---
15
...
25
                                                  Page 4
```

```
 1  APPEARANCES:
 2  For The Plaintiffs:
 3         (Appeared via Zoom)
 4     DICELLO LEVITT GUTZLER
 5     BY: DAVID A. STRAITE, Esq.
       BY: ADAM PROM, Esq.
 6     One Grand Central Place
       60 East 42nd Street, Suite 2400
 7     New York, New York 10165
       646.933.1000
 8     dstraite@dicellolevitt.com
 9
       SIMMONS HANLY CONROY
10     BY: JASON "JAY" BARNES, Esq.
       BY: ERIC JOHNSON, Esq.
11     One Court Street
       Alton, Illinois 62002
12     618.693.3104
       jaybarnes@simmonsfirm.com
13
14  For The Defendants:
           (Appeared via Zoom)
15     QUINN EMANUEL URQUHART & SULLIVAN LLP
16     BY: BRETT WATKINS, Esq.
       BY: TEUTA FANI, Esq.
17     711 Louisiana Street, Suite 500
18     Pennzoil Place
19     Houston, Texas 77002
       713.221.7030
20     brettwatkins@quinnemanuel.com
21
22  Also present:
23     Cassia Leet, Videographer
24     Mark Mao, Esq., Brown Plaintiffs
25     Matthew Gubiotti, In-house counsel
                                                  Page 3
```

```
 1          INDEX OF EXHIBITS
 2                              Page
 3  Exhibit 1    Email                        58
 4  Exhibit 2    Email                        61
 5  Exhibit 3    Document The Science of     104
 6               RLSA
 7  Exhibit 4    First Amended Class         ***
 8               Action Complaint
 9  Exhibit 5    Document O&O Ads 1P 3PCD    134
10               Plan
11  Exhibit 6    Google 3PCD A1AR            141
12  Exhibit 7    Google Preserve 1P          178
13               Audiences on Search & YT
14               After Chrome Deprecates
15               3P Cookies
16  Exhibit 8    Document Remarketing        195
17               User List Event      v3
18  Exhibit 9    Document Launch doc:        218
19               Increase RLSA user lists
20                   fetch limit 800
                 to 1600
21  Exhibit 10   Document User Data Envelope 225
22               Definition &
23               Measurement
24  Exhibit 11   Email                       228
25  Exhibit 12   Email                       229
                                                  Page 5
```

2 (Pages 2 - 5)



```
                                                     Page 18
 1  onto their website, certain of Ms. Kindler's data from    09:34
 2  her browser would be sent to Google.                       09:34
 3          So that's one   I think that's one example.       09:34
 4  We can get into the specifics of those examples, but I'm  09:34
 5  saying   I'm asking if you can identify sources from      09:34
 6  which Google builds profiles based on advertiser data     09:34
 7  broadly? And then we can narrow in on the different       09:35
 8  types of sources.                                          09:35
 9     A.  Okay. So just to quickly clarify, in that          09:35
10  example you just gave, what would you call the source in  09:35
11  that example?                                              09:35
12     Q.  The source in that example would be the           09:35
13  Google Ads source code that caused the transmission from 09:35
14  the hospital's website to Google.                          09:35
15          MR. WATKINS: Objection   objection. Vague.        09:35
16          THE WITNESS: Okay. So I think I understand        09:35
17  your original question.                                    09:35
18          The sources in our terminology is   broadly       09:35
19  speaking is either the user browser, which in a similar  09:35
20  or almost identical scenario to that example you          09:36
21  described, the browser will be supplying data into       09:36
22  Google while the user is browsing the advertiser         09:36
23  website.                                                   09:36
24          Another source can be mobile apps owned by the  09:36
25  advertiser.                                                09:36
```

```
                                                     Page 19
 1          And the last source can be the advertiser       09:36
 2  themselves using different channels to share the user's 09:36
 3  information directly with Google.                          09:36
 4  BY MR. BARNES:                                             09:36
 5     Q.  Okay. And now I would like to narrow in on       09:36
 6  when the user's browser supplies the data to Google.    09:36
 7          What are the different programs through which  09:36
 8  a user's browser will supply data to build these        09:36
 9  profiles?                                                  09:37
10          MR. WATKINS: Objection. Vague.                   09:37
11          THE WITNESS: So to answer that question I      09:37
12  would need a clarification of what you mean by program. 09:37
13  BY MR. BARNES:                                             09:37
14     Q.  You know what, Mr. Liu, I thought you were       09:37
15  going to ask that clarification.                           09:37
16          So one example I think would be remarketing    09:37
17  lists for Search Ads.                                      09:37
18          Another example may be a Double Click dot net  09:37
19  Display Ads source code.                                   09:37
20          So those are two examples. And I   again,      09:37
21  I'm trying to start broad and then we can narrow in.   09:37
22          What are the examples of which you are aware  09:37
23  through which a user's browser supplies data to Google  09:37
24  when a user is on a non Google website?                   09:37
25     A.  So broadly speaking, the advertiser   the       09:38
```

```
                                                     Page 20
 1  ways they can do that is to either integrate with the   09:38
 2  Google Ads remarketing JavaScript, or they can do it   09:38
 3  through   by becoming a Google Analytics customer.     09:38
 4     Q.  And by Google   can you describe what you       09:38
 5  mean by Google Ads?                                       09:38
 6     A.  What it means is the advertiser, by having a    09:38
 7  Google Ads account, they will be downloading a          09:38
 8  JavaScript   a piece of JavaScript code snippet from   09:38
 9  their Google Ads account and embed that snippet into  09:38
10  their website.                                             09:38
11     Q.  And, I'm sorry, what do you mean by a            09:38
12  Google Ads account?                                       09:39
13     A.  A Google Ads account is just an account of an  09:39
14  advertiser who are or plan to spend advertising dollars 09:39
15  with Google.                                               09:39
16     Q.  Spend advertising dollars with Google where?  09:39
17          MR. WATKINS: Objection. Vague.                   09:39
18          THE WITNESS: So a Google Ads account allows   09:39
19  them to potentially advertise a range of services.       09:39
20  BY MR. BARNES:                                             09:39
21     Q.  Okay. The Google Ads account, where does it    09:39
22  allow them to advertise?                                   09:39
23     A.  I can give a quick list of examples. It may    09:39
24  not be comprehensive.                                      09:40
25          For example, the Google Ads account allows the 09:40
```

```
                                                     Page 21
 1  advertiser to set up ads campaigns to be shown on      09:40
 2  Google Search or YouTube or gmail or across the Google 09:40
 3  display network.                                           09:40
 4     Q.  And when you say Google display network, is    09:40
 5  that separate from Double Click Display Ads or is that 09:40
 6  the same thing as Double Click Display Ads?             09:40
 7     A.  So in terms of that, I would need a             09:40
 8  clarification what you mean by Double Click Display Ads, 09:40
 9  that whole phrase together.                                09:40
10     Q.  Okay. So sometimes when you   you're aware     09:40
11  of when   can you explain what a network transmission 09:40
12  is, Mr. Liu?                                              09:40
13          MR. WATKINS: Objection. Vague. Calls for       09:41
14  speculation.                                               09:41
15          THE WITNESS: So your question is the network  09:41
16  transmission meaning   again, I'm asking to clarify   09:41
17  that question.                                             09:41
18          Are we referring to network the computer      09:41
19  concept or are you referring to network more as a      09:41
20  business term?                                             09:41
21  BY MR. BARNES:                                             09:41
22     Q.  That's a fair question.                          09:41
23          I'm speaking to the types of data flows that  09:41
24  you can see from   for example, the Chrome browser to 09:41
25  Google would be a network transmission.                   09:41
```

## Page 46

```
 1  properties on Google's own website or in Google's own        10:40
 2  apps.                                                        10:41
 3          But that's a clarification I would ask you to        10:41
 4  further make.                                                10:41
 5      Q.  That's a fair clarification for you to ask.          10:41
 6          In this context I mean Google Ads, the program       10:41
 7  available to advertisers, not a specific advertisement       10:41
 8  for shoes or whatever it may be.                             10:41
 9      A.  Okay.  Then can you repeat this question             10:41
10  again?                                                       10:41
11      Q.  Sure.                                                10:41
12          Does Display Ads use profile information?            10:41
13          MR. WATKINS:  Objection.  Vague.  And I              10:41
14  think    objection.  Vague.                                  10:41
15          THE WITNESS:  Right.  I felt that for that           10:41
16  question I was asking for a further clarification, what      10:41
17  you mean by profile in order to answer that, does            10:41
18  Display Ads use profile?                                     10:41
19  BY MR. BARNES:                                               10:41
20      Q.  Right.                                               10:41
21          And I guess my clarifying question to you was:       10:41
22  Does    do Display Ads have a    back out.                   10:42
23          Does Display Ads, the product Google makes           10:42
24  available to advertisers, have a separate profile system     10:42
25  than Google Ads, meaning Google Ads, the product made        10:42
```

## Page 47

```
 1  available to advertisers?                                    10:42
 2      A.  So generally speaking, Display Ads that    the       10:42
 3  system that's serving Display Ads, they have a system,       10:42
 4  broadly speaking, which is creating and maintaining a        10:42
 5  broad set of these profiles.                                 10:42
 6          And to answer the second part of your                10:43
 7  question, Google Ads being interpreted as the                10:43
 8  advertiser facing product, directly facing advertisers,      10:43
 9  for that directly advertiser facing products, we do not      10:43
10  build any end user profile at all.                           10:43
11          And therefore the answer to your original            10:43
12  question, there is really no direct comparison.              10:43
13          But one is something that exists.  One is            10:43
14  something that doesn't exist.                                10:43
15      Q.  Okay.  Profiles, is it your testimony that           10:43
16  profiles only exist for Display Ads?                         10:43
17      A.  What do you mean by only exist?  When you say        10:43
18  something only exist, it means    it kind of implies         10:43
19  it's being absent in somewhere else.                         10:43
20          So can you clarify what do you imply by              10:43
21  what absence are you implying?                               10:43
22      Q.  Is profile data used to inform Search Ads            10:43
23  shown to a person?                                           10:44
24      A.  Broad speaking, yes.  There are a number of          10:44
25  different profiles being used in serving Search Ads.         10:44
```

## Page 48

```
 1      Yes.                                                     10:44
 2      Q.  And what are those profiles being used to            10:44
 3  serve Search Ads?                                            10:44
 4      A.  So there are profiles we build from                  10:44
 5  advertiser provided data, and there are profiles being       10:44
 6  built from Google observed data.                             10:44
 7      Q.  Okay.  So for profiles that you build from           10:44
 8  advertiser data, what does that include?                     10:44
 9      A.  I believe this is the equivalent to an earlier       10:44
10  question you asked earlier, but I can repeat the same        10:44
11  answer.                                                      10:44
12          I remember you    you were asking me what            10:44
13  sources does advertiser supplied profile come from?  So      10:44
14  I can                                                        10:45
15      Q.  Okay.                                                10:45
16      A.  So your later question, one way I can answer         10:45
17  is to repeat that same answer to you.  I thought that        10:45
18  was...                                                       10:45
19      Q.  Okay.  Well, that's fair.                            10:45
20          And one of those is browser    information           10:45
21  sent from a browser to Google?                               10:45
22      A.  Mm hm.                                               10:45
23      Q.  Was that a yes?  Sorry.                              10:45
24      A.  Yes.  It's one of the sources in building this       10:45
25  advertiser data profile.                                     10:45
```

## Page 49

```
 1      Q.  Okay.  And then you also mentioned                   10:45
 2  Google observed data.                                        10:45
 3          What do you mean by "Google observed data"?          10:45
 4      A.  I mean Google    the user activities that            10:45
 5  happens on Google's owned and operated properties, which     10:45
 6  Google is able to observe.  Also subject to many             10:45
 7  user facing control, including all these controls we         10:45
 8  have extensively gone over previously, specifically the      10:46
 9  four controls we just talked about; WAA, SWA, and ads        10:46
10  personalization.  And there's a sub control we didn't go     10:46
11  into detail.                                                 10:46
12      Q.  Does                                                 10:46
13      A.  I mean, there's a subset                             10:46
14          THE COURT REPORTER:  Sorry.  There's a little        10:46
15  bit of overlap and the audio is not super clear.             10:46
16          MR. BARNES:  I'm sorry.  That was    that was        10:46
17  my fault.                                                    10:46
18  BY MR. BARNES:                                               10:46
19      Q.  Sorry, Mr. Liu.                                      10:46
20          Does the WAA setting impact what data is sent        10:46
21  from a Chrome browser to Google?                             10:46
22          MR. WATKINS:  Objection.  Vague.                     10:46
23          THE WITNESS:  The answer is no.                      10:47
24  BY MR. BARNES:                                               10:47
25      Q.  Does the SWA setting impact what data is sent        10:47
```

13 (Pages 46 - 49)

### Page 66

```
 1  from non Google on    from Chrome on non Google websites  11:20
 2  to Google versus data that's transmitted to Display Ads?    11:20
 3         MR. WATKINS: Objection. Vague.              11:20
 4         THE WITNESS: Under some special conditions   11:21
 5  there can be overlap in the actual data being       11:21
 6  transmitted.                                        11:21
 7  BY MR. BARNES:                                      11:21
 8     Q.  What are those                              11:21
 9     A.  Under a special set of conditions.          11:21
10     Q.  Does it make more sense to be efficient for 11:21
11  you to describe the differences first or to describe the  11:21
12  similarities first?                                 11:21
13         Let's go with the differences first, unless  11:21
14  you want to    unless you think the similarities first  11:21
15  is more efficient?                                  11:21
16     A.  It probably will take the same length, so I  11:21
17  can go                                              11:21
```



### Page 67

[redacted]

### Page 68

```
 5     Q.  Okay. Beyond the identifier, is the data    11:24
 6  transmitted   how is the data transmitted the same or  11:24
 7  different when a user is on a non Google website with  11:24
 8  Google source code that causes data to be transmitted  11:24
 9  from the Chrome browser to Google?                  11:24
10         MR. WATKINS: Objection. Vague.              11:24
11         THE WITNESS: Other than the identifiers, the  11:25
12  rest of the information, again, under all the right  11:25
13  necessary conditions, including the settings of   in  11:25
14  that Zwieback ID or the settings in the Biscotti ID,  11:25
15  when all the necessary conditions are met and Google is  11:25
16  allowed to be retaining this piece of information  11:25
17  representing user visiting some non Google website, that  11:25
18  piece of information, they, in most of the cases, should  11:25
19  appear identical.                                   11:25
20  BY MR. BARNES:                                      11:25
21     Q.  Okay. Now, that was the signed out example.  11:25
22         Can we talk about the signed in example? And  11:25
23  first let's establish a record.                    11:25
24         What do you mean by signed in?             11:25
25     A.  What I mean by signed in, usually in the    11:26
```

### Page 69

```
 1  context of Google's business always means signing into  11:26
 2  Google.                                             11:26
 3     Q.  And is   we're in the context of a Chrome  11:26
 4  browser. We can agree on that in this series of    11:26
 5  questions; correct?                                 11:26
 6     A.  Not necessarily because if you are          11:26
 7  specifically talking about Chrome, there is    to the  11:26
 8  best of my knowledge of the Chrome product itself,  11:26
 9  there's still a distinction between using Chrome to  11:26
10  sign in to a Google server side product             11:26
11     Q.  Well, let me back up.                       11:26
12     A.      signing into Chrome as a client program.  11:26
13     Q.  Let me back up and lay the groundwork for the  11:26
14  questions here. Because we were just talking about  11:26
15  signed out and now we're talking about signed in. And  11:26
16  so when I'm asking these questions about signed in, I  11:27
17  mean that a person is on the Chrome browser.       11:27
18         So these questions all assume that a person is  11:27
19  on the Chrome browser.                             11:27
20     A.  Mm hm.                                      11:27
21     Q.  What do you mean by signed in and what   in  11:27
22  that context?                                       11:27
23     A.  So in the typical working scenario, from my  11:27
24  standpoint as a member of A1 team, we only focus on that  11:27
25  Chrome browser or the user using that Chrome browser to  11:27
```

### Page 238

```
 1       MR. WATKINS: We are.                        07:01
 2       MR. BARNES: Okay.                           07:01
 3   BY MR. WATKINS:                                 07:01
 4       Q. I believe, Mr. Liu, that you testified that  07:01
 5   the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                                                     07:01
 6   ▮▮▮▮▮▮▮▮                                        07:01
 7   Is that right?                                   07:01
 8       A. Yes. That's right.                       07:01
 9       Q. Do you have readily available data that would  07:01
10   show you the incremental revenue of remarketing to  07:01
11   Search Ads that would be prior to those ▮▮▮, or  07:02
12   prior to the period starting ▮▮▮ ago?            07:02
13       A. No, I don't. Because this experiment    07:02
14   dashboard tool is the only tool I'm aware of which can  07:02
15   give me readily available data that can directly answer  07:02
16   this incremental revenue difference, which as I  07:02
17   explained earlier, is really aiming at measuring the  07:02
18   extremely short-term revenue effect of losing other  07:02
19   marketing data.                                  07:02
20       MR. WATKINS: Thank you, Mr. Liu. I have no  07:02
21   further questions.                              07:02
22       MR. BARNES: Let's take a two-minute break, if  07:02
23   we could, Mr. Watkins?                          07:02
24       MR. WATKINS: Sure. I think -- if it's just  07:02
25   two minutes, we can wait on the Zoom for you to be ready  07:02
```

### Page 239

```
 1   and just go off the record.                      07:02
 2       MR. BARNES: Well, let me ask this: Are you  07:02
 3   going to do some 30(b)(1) as well?               07:03
 4       MR. WATKINS: No, I'm not.                   07:03
 5       MR. BARNES: Okay. That's good. Let's give   07:03
 6   it five then. I'll be back at 9:08. And if I'm back  07:03
 7   sooner, I'm back sooner, but I'll try and make it as  07:03
 8   quick as possible.                              07:03
 9       Sorry. It's 9:08 my time. It's 7:08 --     07:03
10       MR. WATKINS: Let's go off the record.       07:03
11       THE VIDEOGRAPHER: Okay. Going off the      07:03
12   record. The time is 7:03 p.m.                   07:03
13       (Break taken in proceedings.)                07:07
14       THE VIDEOGRAPHER: Back on the record. The  07:08
15   time is 7:08 p.m.                                07:08
16       MR. BARNES: Mr. Liu, thank you for your     07:08
17   patience today and working through some technical  07:08
18   difficulties.                                    07:08
19       I have no further questions and so we're    07:08
20   finished.                                       07:08
21       MR. WATKINS: I think we are.               07:08
22       Thank you.                                   07:08
23       THE VIDEOGRAPHER: Okay. This concludes    07:08
24   today's deposition of Vic Liu. The number of media  07:08
25   used was five and will be retained by Veritext Legal  07:08
```

### Page 240

```
 1   Solutions. The time is 7:08 p.m. We're off the record.  07:08
 2       MR. BARNES: Here we are, this is the 20th  07:08
 3   deposition, or whatever it is. I don't know what our  07:08
 4   typical order is, but whatever our typical order is,  07:08
 5   let's do that.                                   07:09
 6       MR. STRAITE: Yeah, I'll do the typical order,  07:09
 7   Katy.                                            07:09
 8       And this -- obviously Mark Mao was here for  07:09
 9   most of this, but it's only captioned for Calhoun.  07:09
10       THE COURT REPORTER: Okay. I appreciate that.  07:10
11       Yeah. There's a note with a three-day       07:10
12   expedite, but I know in the past we've been doing  07:10
13   one-day on the last several, so up to you.      07:10
14       MR. STRAITE: Yeah. Three days is fine, but  07:10
15   we know sometimes it comes in early. Thank you.  07:10
16       THE COURT REPORTER: I'll send the rough when  07:10
17   we're done.                                      07:10
18       MR. STRAITE: Yes. Thanks.                   07:10
19       (Whereupon, the deposition adjourned at 7:10 p.m.)
20                        ---oOo---
```

### Page 241

```
                    REPORTER'S CERTIFICATE
                         ---oOo---
    STATE OF CALIFORNIA  )
                         ) ss.
    COUNTY OF YOLO       )

        I, KATY E. SCHMIDT, a Certified Shorthand
    Reporter in and for the State of California, duly
    commissioned and a disinterested person, certify:
        That the foregoing deposition was taken before me
    at the time and place herein set forth;
        That VIC LIU, the deponent herein, was put on
    oath by me;
        That the testimony of the witness and all
    objections made at the time of the examination were
    recorded stenographically by me to the best of my
    ability and thereafter transcribed into typewriting;
        That the foregoing deposition is a record of the
    testimony of the examination.
        IN WITNESS WHEREOF, I subscribe my name on this
    4th day of April, 2022.

                    [signature: Schmidt]
                    Katy E. Schmidt, RPR, RMR, CRR, CSR 13096
                    Certified Shorthand Reporter
                    in and for the County of Sacramento,
                    State of California

    Ref. No. 5158044 KES
```

**Deposition Errata Sheet**
**Case: *Calhoun, et al. v. Google LLC***
**Deponent: Vic Liu**
**Date of Deposition: March 30, 2022**

  I, Vic Liu, hereby certify that I have read the transcript of my testimony taken under oath in my deposition on the 30th day of March, 2022; that the transcript is a true, complete record of my testimony and that the answers on the record as given by me are true and correct, with the following exceptions:

| Pg. and Ln. | Now Reads | Should Read | Reason |
| --- | --- | --- | --- |
| Pg: 9 Ln:17 | answer | repeat | Misspoke |
| Pg: 12 Ln: 23 | interfacing | facing | Transcription Error |
| Pg: 13 Ln: 22 | sign | signed | Transcription Error |
| Pg: 13 Ln: 23 | sign | signed | Transcription Error |
| Pg: 14 Ln: 20 | sign | signed | Transcription Error |
| Pg: 14 Ln: 20 | sign | signed | Transcription Error |
| Pg: 14 Ln: 23 | supply | supplied | Transcription Error |
| Pg: 14 Ln: 24 | possess | possesses | Transcription Error |
| Pg: 27 Ln: 22 | Mr. (sic) | Ms. | Misspoke |
| Pg: 28 Ln: 5 | Mr. | Ms. | Misspoke |
| Pg: 28 Ln: 15 | Mr. | Ms. | Misspoke |
| Pg: 29 Ln: 1 | Mr. | Ms. | Misspoke |
| Pg: 29 Ln: 1 | turn | turned | Transcription Error |
| Pg: 29 Ln: 5 | Mr. | Ms. | Misspoke |
| Pg: 29 Ln: 8 | or web mobile | or mobile | Transcription Error |
| Pg: 37 Ln: 6 | responsible | responsible for a | Transcription Error |
| Pg: 38 Ln: 20 | sign | signed | Transcription Error |
| Pg: 42 Ln: 8 | 'cause | because | Transcription Error |

1

| Pg. and Ln. | Now Reads | Should Read | Reason |
| --- | --- | --- | --- |
| Pg: 42 Ln: 20 | track | tracking | Transcription Error |
| Pg: 52 Ln: 4 | service | surface | Transcription Error |
| Pg: 52 Ln: 21 | app, iOS | app on iOS | Transcription Error |
| Pg: 52 Ln: 24 | building | built-in | Transcription Error |
| Pg: 59 Ln: 20 | assist the | a sister | Transcription Error |
| Pg: 63 Ln: 7 | team | teams | Transcription Error |
| Pg: 63 Ln: 23 | as | ads on | Transcription Error |
| Pg: 64 Ln: 14 | want | went | Transcription Error |
| Pg: 66 Ln: 25 | have | has | Transcription Error |
| Pg: 67 Ln: 12 | disjoint | disjointed | Transcription Error |
| Pg: 67 Ln: 16 | disjoint | disjointed | Transcription Error |
| Pg: 71 Ln: 3 | sign | signed | Transcription Error |
| Pg: 71 Ln: 19 | sign-in | signed-in | Transcription Error |
| Pg: 79 Ln: 16 | Display Ads, Google Publisher | Display Ads to Google Publisher | Transcription Error |
| Pg: 86 Ln: 23 | ? | . | Transcription Error |
| Pg: 96 Ln: 6 | close | code | Transcription Error |
| Pg: 99 Ln: 3 | features, they | features – they | Transcription Error |
| Pg: 99 Ln: 4 | thing, this | thing – this | Transcription Error |
| Pg: 101 Ln: 1 | the | (delete) | Transcription Error |
| Pg: 109 Ln: 13 | sign-in | signed-in | Transcription Error |

| **Pg. and Ln.** | **Now Reads** | **Should Read** | **Reason** |
|---|---|---|---|
| Pg: 119 Ln: 18 | need | needs | Transcription Error |
| Pg: 123 Ln: 21 | Another | Under the | Transcription Error |
| Pg: 139 Ln: 3 | TRDR | TL;DR | Transcription Error |
| Pg: 163 Ln: 25 | lost | lose | Transcription Error |
| Pg: 227 Ln: 5 | have | had | Transcription Error |
| Pg: 227 Ln: 8 | that | (delete) | Transcription Error |

DocuSigned by:

*[signature]*
0217E9B4550B470...

VIC LIU

5/4/2022

DATE