# EXHIBIT 29
# Redacted Version of Document Sought to be Sealed

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN JOSE DIVISION
 4                           ---oOo---
 5    PATRICK CALHOUN, et al.,      )
      on behalf of themselves and   )
 6    all others similarly          )
      situated,                     )
 7                                  )
                 Plaintiffs,        )Case No.
 8                                  )5:20-cv-5146-LHK-SVK
      vs.                           )
 9                                  )
      GOOGLE LLC,                   )
10                                  )
                 Defendant.         )
11    _____)
      CHASOM BROWN, et al.,         )
12    on behalf of themselves and   )
      all others similarly          )
13    situated,                     )
                                    )
14               Plaintiffs,        )Case No.
                                    )5:20-cv-03664-LHK
15    vs.                           )
                                    )
16    GOOGLE LLC,                   )
                                    )
17               Defendant.         )
      _____)
18                           ---oOo---
                   Videotaped Zoom Deposition of
19                    HUEI-HUNG (CHRIS) LIAO
20             CONFIDENTIAL, ATTORNEYS' EYES ONLY
21                 Thursday, December 2, 2021
22                           ---oOo---
23    Job No.: 4893183
24    Katy E. Schmidt
      RPR, RMR, CRR, CSR 13096
25    Pages 1 - 218
```

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2       FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3              SAN JOSE DIVISION
 4                 ---o0o---
 5  PATRICK CALHOUN, et al ,    )
    on behalf of themselves and )
 6  all others similarly        )
    situated,                   )
 7                              )
        Plaintiffs,     )Case No
 8                      )5:20-cv-5146-LHK-SVK
    vs                  )
 9                      )
    GOOGLE LLC,         )
10                      )
        Defendant       )
11  _____)
    CHASOM BROWN, et al , )
12  on behalf of themselves and )
    all others similarly       )
13  situated,                  )
                               )
14      Plaintiffs,    )Case No
                       )5:20-cv-03664-LHK
15  vs                 )
                       )
16  GOOGLE LLC,        )
                       )
17      Defendant      )
    _____)
18
        BE IT REMEMBERED that, pursuant to Notice, and
19  on Thursday, the 2nd day of December, 2021, commencing
    at the hour of 8:33 a m , thereof, in Sunnyvale,
20  California, before me, KATY E  SCHMIDT, a Certified
    Shorthand Reporter in and for the County of Yolo, State
21  of California, there virtually personally appeared
22         HUEI-HUNG (CHRIS) LIAO
23  called as a witness herein, who, being by me first duly
    sworn, was thereupon examined and interrogated as
24  hereinafter set forth
25
                                                    Page 2
```

```
 1  APPEARANCES:
 2  For The Plaintiffs:
 3       (Appeared via Zoom)
 4  BLEICHMAR FONTI & AULD LLP
    BY: LESLEY WEAVER, Esq
 5  555 12th Street, Suite 1600
    Oakland, California 994607
 6  415 445 4003
    lweaver@bfalaw com
 7
         (Appeared via Zoom)
 8
    SIMMONS HANLY CONROY
 9  BY: JASON "JAY" BARNES, Esq
    BY: AN TRUONG, Esq
10  One Court Street
    Alton, Illinois 62002
11  618 693 3104
    jaybarnes@simmonsfirm com
12
         (Appeared via Zoom)
13
    BOIES SCHILLER FLEXNER LLP
14  BY: MARK MAO, Esq
    BY: BEKO RICHARDSON, Esq
15  BY: ERIKA NYBORG-BURCH, Esq
    44 Montgomery Street, 41st Floor
16  San Francisco, California 94104
    415 293 6800
17  mmao@bsfllp com
18  For The Defendants:
19       (Appeared via Zoom)
20  Quinn Emanuel Urquhart & Sullivan LLP
    BY: JOSEF ANSORGE, Esq
21  BY: TRACY GAO, Esq
    51 Madison Avenue, 22nd Floor
22  New York, New York 10010
    212 849 7000
23  josefansorge@quinnemanuel com
24  ///
25  ///
                                                    Page 3
```

```
 1  APPEARANCES CONTINUED:
 2  Also present:
 3       David West, Videographer
 4       Lillian Dye, Consultant
 5       Zubair Shafiq, Expert
 6       Ryan McGee, In-house counsel
 7       Toni Baker, In-house counsel
 8
                 ---o0o---
 9
10
...
25
                                                    Page 4
```

```
 1          INDEX OF EXAMINATION
 2              ---o0o---
 3                              Page
 4  Examination by Mr. Barnes    10
 5              ---o0o---
 6
 7      QUESTIONS INSTRUCTED NOT TO ANSWER
 8
 9       Page    Line
10
11       (NOTHING OFFERED.)
12              ---o0o---
...
25
                                                    Page 5
```

2 (Pages 2 - 5)

## Page 6

INDEX OF EXHIBITS
---o0o---

|   |   | Page |
|---|---|---|
| Exhibit 1 | Huei-Hung (Chris) Liao - Senior Staff Software Engineer - Google _ LinkedIn | 11 |
| Exhibit 2 | ▇▇▇▇▇ Design Doc - DavidMonseesVol2_30 | 14 |
| Exhibit 3 | Clear version of GOOG-CALH-00030031 Mental map illustration | 17 |
| Exhibit 4 | Ads Identity and Infrastructure - Q4 2020 - GOOG-CALH-00374314 | 22 |
| Exhibit 5 | RTB Privacy DRX Review - GOOG-CABR-00892126 | 41 |
| Exhibit 6 | Chrome Transmissions to Google - DavidMonseesVol2_40 | 46 |
| Exhibit 7 | GOOG-CALH-00054260 - Data Parameters | 66 |
| Exhibit 8 | ▇▇ to ▇▇ and Back - Mental Model | 86 |
| Exhibit 9 | Email - Estimated Revenue Impact if ZWBK ▇▇▇▇ Mitigations Dont Land - GOOG-CABR-05292934 | 147 |
| Exhibit 10 | Ads Impact from ▇▇▇▇▇ - Dec 18 2019 - GOOG-CALH-00160127 | 159 |
| Exhibit 11 | Chris Working Slides - GOOG-CABR-05279094 (with metadata) | 163 |

///

## Page 7

| Exhibit 12 | Cafe Tab - 2021-11-18 Calhoun Omnibus Sheet | 177 |
| Exhibit 13 | AEO 2021-09-17 Calhoun v. Google -Google Submission | 184 |
| Exhibit 14 | Instantiate PrivacyInfo from Log - GOOG-CABR-00892310 | 192 |
| Exhibit 15 | ▇▇▇▇ Request Processing Flow - GOOG-CABR-03666182 | 193 |
| Exhibit 16 | Life of a GPT Ad Request - GOOG-CABR-00059481 | 199 |
| Exhibit 17 | The ZWBK Carveout - GOOG-CABR-05295318 | 204 |
| Exhibit 18 | Building Toward Complex Yet Resilient Identity - GOOG-CABR-04696440 | 205 |

---o0o---

## Page 8

```
            SUNNYVALE, CALIFORNIA
       THURSDAY, DECEMBER 2, 2021; 8:33 A.M.
                  ---o0o---
```

THE VIDEOGRAPHER: Good morning. We are on the record. The time is 8:33 a.m. The date today is December 2nd, 2021.

Please note the microphones are sensitive and may pick up whispering and private conversations.

Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the video-recorded deposition of Chris Liao, taken by counsel for plaintiff in the matter of -- matters of Patrick Calhoun, et al. versus Google, LLC, filed in the United States District Court for the Northern District of California, San Jose division, Case No. 5 colon 20-CV-05146-LHK (SVK), and Jason Brown, et al. versus Google, LLC, filed in the United States District Court for the Northern District of California, San Jose division, Case No. 5 colon 20-CV-03664-LHK.

The deposition is being conducted using Remote Counsel technology and all participants are attending remotely.

My name is David West. I am the videographer.

## Page 9

The court reporter is Kathryn Schmidt. We represent Veritext Legal Solutions.

I'm not related to any party in this action, nor am I financially interested in the outcome.

Counsel will now state their appearances and affiliations for the record. If there are any objections to proceeding, please state them at the time of your appearance, beginning with the noticing attorney.

MR. BARNES: Thank you, Mr. West. Jay Barnes from Simmons Hanly Conroy, on behalf of the Calhoun plaintiffs.

Also here today with me is An Truong from Simmons Hanly Conroy, and Lesley Weaver from BFA on behalf of the Calhoun plaintiffs.

MR. MAO: This is Mark Mao of Boies Schiller Flexner, appearing for the Brown versus Google clients.

Also with me of Boies Schiller Flexner I see is Beko Richardson and Erika Nyborg-Burch of my firm.

And we also have Lilian Dye, who is one of our consultants.

MR. ANSORGE: Josef Ansorge, Quinn Emanuel, for Google.

And I'm joined today by Tracy Gao, also

```
 1  what's the total estimated pre COVID loss or loss of    12:45
 2  third party cookies in incognito mode alone?            12:45
 3       MR. ANSORGE: Objection. Vague.                     12:45
 4       THE WITNESS: Can you clarify if you want me        12:45
 5  to speak to the pre COVID prorated or annualized number? 12:45
 6  BY MR. BARNES:                                          12:45
 7    Q. The annualized number, if you could.               12:45
 8    A. The document says here ▇▇▇ dollars                 12:45
 9  was the approximate number.                             12:45
10    Q. Why is it that search ads constitute more than     12:45
11  what ▇▇▇ of the estimated revenue loss from             12:45
12  losing third   losing cookies in third party context?   12:45
13       MR. ANSORGE: Objection. Vague.                     12:46
14       THE WITNESS: I'm not sure what you mean by         12:46
15  the question.                                           12:46
16  BY MR. BARNES:
17    Q. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                  12:46
18  because of the loss of cookies in third party context;  12:46
19  correct?                                                12:46
20    A. Yes.                                               12:46
21    Q. Okay. And YouTube ads would also lose money        12:46
22  from the loss of cookies in third party context;        12:46
23  correct?                                                12:46
24    A. Yes.                                               12:46
25    Q. So that means  I want to make sure I               12:46
                                                       Page 162
```

```
 1  understand this right; that Google search will lose     12:46
 2  money if the Chrome browser stops sending Zwieback      12:46
 3  cookies to Google dot com when a user is not on         12:46
 4  Google dot com; correct?                                12:46
 5    A. I think we  based on the estimate, there was      12:46
 6  revenue impact to search when we don't have access to   12:47
 7  third party cookies inside incognito, and that includes 12:47
 8  Zwieback cookie.                                        12:47
 9    Q. Okay. And that would be for activity not           12:47
10  directly on Google dot com but on other web pages. The  12:47
11  example you gave earlier was website A; correct?        12:47
12    A. In the third party context is where the impact    12:47
13  would be realized, correct.                             12:47
14       MR. BARNES: Ms. Truong, can you publish            12:47
15  Exhibit C 14, please?                                   12:47
16       MS. TRUONG: Yes. That should be up now as          12:47
17  Exhibit 11.                                             12:47
18            (Plaintiffs' Exhibit 11 was                   12:47
19            marked for identification.).                  12:47
20  BY MR. BARNES:                                          12:47
21    Q. Now, Mr. Liao, this is a very long series of       12:47
22  slides on a number of different topics.                 12:47
23    I am only going to ask you questions about one       12:48
24  slide and one topic.                                    12:48
25    You let me know when you see it and                  12:48
                                                       Page 163
```

```
 1  obviously I want to give you time to look at that slide, 12:48
 2  but there  you know, this is a huge file with a bunch   12:48
 3  of slides that have no relevance to what I'm about to   12:48
 4  ask you.                                                12:48
 5       Do you recognize this document titled              12:48
 6  "Chris Working Slides"?                                 12:48
 7    A. Yes.                                               12:48
 8    Q. Okay. What is this?                                12:48
 9    A. Are you referring to the slides or a               12:48
10  particular                                              12:48
11    Q. Just the document in general.                      12:48
12    A. I believe this is a  this is an assortment        12:48
13  of different slide decks at various points just stored  12:48
14  together for easy reference.                            12:48
15    Q. So this is the equivalent  I have this all        12:48
16  the time. I hide them for depositions. I will have a    12:49
17  notepad next to me that I will keep notes on that I just 12:49
18  have there that I can go back and return to.            12:49
19       Is this just like a series of slides that you      12:49
20  make readily available to yourself to reference?        12:49
21    A. I would think of this as just an archive of        12:49
22  slides that I may have come across in the past and find 12:49
23  potentially useful to keep around.                      12:49
24    Q. Okay. If you could turn to the 10th page of        12:49
25  the .pdf which is CABR 05279103.                        12:49
                                                       Page 164
```

```
 1    A. 103. Yes.                                          12:49
 2    Q. Okay. Does this slide refresh your                 12:50
 3  recollection about how you estimated loss of third party 12:50
 4  cookies relating to ▇▇▇ ?                               12:50
 5    A. Can I read the notes at the bottom first?          12:50
 6    Q. Absolutely.                                        12:50
 7    A. Yes.                                               12:50
 8    Q. And did you calculate it by applying a             12:50
 9  formula?                                                12:50
10    A. I believe I calculated these numbers using the    12:50
11  formula in the previous exhibit.                        12:50
12    Q. Okay. And does this refresh your recollection      12:51
13  about how you would have calculated the ▇▇▇             12:51
14  dollar and ▇▇▇ dollar estimate as it relates            12:51
15  to loss of third party cookies in all context, not just 12:51
16  incognito?                                              12:51
17    A. I do not recall the specific assumptions that     12:51
18  went into the calculations at this moment. Just         12:51
19  throughout the process, many numbers and different      12:51
20  assumptions were used. And so many different numbers    12:51
21  or estimates were produced at different phases of the   12:51
22  process. I'm not certain                                12:51
23       THE COURT REPORTER: I'm sorry. I'm having          12:51
24  trouble hearing you. I hear a major echo.               12:51
25       (Court Reporter reads back.)                       12:51
                                                       Page 165
```

### Page 214

```
1   to be here to answer questions tomorrow. The whole       02:45
2   point of the joint depositions over two days is to       02:45
3   minimize the burden. If we end up having him have to     02:45
4   come back for something, I think that's direct           02:45
5   contradiction to Magistrate Judge van Keulen's           02:45
6   instructions on how this process should go forward. But  02:45
7   we don't have to belabor Mr. Liao's time further on this 02:45
8   so...                                                    02:45
9        MR. BARNES: It is so documented.                    02:45
10       MR. ANSORGE: Off the record.                        02:45
11       Hop off the record. Are we good with that?          02:45
12       MR. BARNES: Yeah. I think we can hop off the        02:45
13  record now.                                              02:45
14       MR. ANSORGE: And then tomorrow -- our               02:45
15  expectation is we are going to start with Brown tomorrow 02:45
16  9:00 a.m. Pacific; right?                                02:45
17       MR. MAO: I can start at 8:00, if that makes         02:45
18  it easier for Mr. Liao.                                  02:45
19       MR. BARNES: Let's go off the record, guys.          02:46
20       MR. ANSORGE: Yeah. I'm fine with that.              02:46
21  Let's go off the record.                                 02:46
22       THE VIDEOGRAPHER: Okay. This will conclude          02:46
23  today's deposition of Chris Liao. The total number of    02:46
24  media units used in the deposition was eight and will be 02:46
25  retained by Veritext Legal Solutions.                    02:46
```

### Page 215

```
1        We're off the record. The time is 2:46 p.m.   02:46
2        Thank you.                                    02:46
3             (Pause in proceedings.)                  02:46
4        THE COURT REPORTER: I guess I'll just say for 02:47
5   the Simmons firm, a rough draft has been ordered in the 02:47
6   past and then standard delivery on final?          02:47
7        MS. TRUONG: I'm not quite sure. I think       02:47
8   Aileen should have our standing orders on that, though. 02:47
9        THE COURT REPORTER: Okay. For all of it or    02:48
10  just for the final?                                02:48
11       MS. TRUONG: For everything.                   02:48
12  But let me follow up with everyone else on the     02:48
13  team, and I will confirm with Aileen directly before the 02:48
14  day is out.                                        02:48
15       THE COURT REPORTER: Okay.                     02:48
16       MR. ANSORGE: You have our orders as well?     02:48
17       THE COURT REPORTER: I believe, yes. For the   02:48
18  Quinn folks it's been a rough draft and a three-day 02:48
19  expedite.                                          02:48
20       MR. ANSORGE: Yep, that sounds right to me.    02:48
21       THE COURT REPORTER: Mr. Mao, do you need      02:49
22  anything?                                          02:49
23       MR. MAO: No. Thank you.                       02:49
24       (Whereupon, the deposition adjourned at 2:49 p.m.)
25            ---oOo---
```

### Page 216

```
1                REPORTER'S CERTIFICATE
2                    ---oOo---
3   STATE OF CALIFORNIA  )
                         ) ss.
4   COUNTY OF YOLO       )
5        I, KATY E. SCHMIDT, a Certified Shorthand
6   Reporter in and for the State of California, duly
7   commissioned and a disinterested person, certify:
8        That the foregoing deposition was taken before me
9   at the time and place herein set forth;
10       That HUEI-HUNG (CHRIS) LIAO, the deponent herein,
11  was put on oath by me;
12       That the testimony of the witness and all
13  objections made at the time of the examination were
14  recorded stenographically by me to the best of my
15  ability and thereafter transcribed into typewriting;
16       That the foregoing deposition is a record of the
17  testimony of the examination.
18       IN WITNESS WHEREOF, I subscribe my name on this
19  7th day of December, 2021.
20
21       _____
         Katy E. Schmidt, RPR, RMR, CRR, CSR 13096
22       Certified Shorthand Reporter
         in and for the
23       County of Sacramento,
         State of California
24
25  Ref. No. 4893183 KES
```

### Page 217

```
1   LESLEY WEAVER, Esq.
2   lweaver@bfalaw.com
3                     December 7, 2021
4   RE: PATRICK CALHOUN vs. GOOGLE LLC
5   12/2/2021, HUEI-HUNG (CHRIS) LIAO, JOB NO. 4957895
6   The above-referenced transcript has been
7   completed by Veritext Legal Solutions and
8   review of the transcript is being handled as follows:
9   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext
10     to schedule a time to review the original transcript at
11     a Veritext office.
12  __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF
13     Transcript - The witness should review the transcript and
14     make any necessary corrections on the errata pages included
15     below, notating the page and line number of the corrections.
16     The witness should then sign and date the errata and penalty
17     of perjury pages and return the completed pages to all
18     appearing counsel within the period of time determined at
19     the deposition or provided by the Code of Civil Procedure.
20  __ Waiving the CA Code of Civil Procedure per Stipulation of
21     Counsel - Original transcript to be released for signature
22     as determined at the deposition.
23  __ Signature Waived - Reading & Signature was waived at the
24     time of the deposition.
25
```

```
 1  __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF
 2     Transcript - The witness should review the transcript and
 3     make any necessary corrections on the errata pages included
 4     below, notating the page and line number of the corrections.
 5     The witness should then sign and date the errata and penalty
 6     of perjury pages and return the completed pages to all
 7     appearing counsel within the period of time determined at
 8     the deposition or provided by the Federal Rules.
 9  _x_ Federal R&S Not Requested - Reading & Signature was not
10     requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                         Page 218
```

## Deposition Errata
### Case: *Calhoun, et al. v. Google LLC.; Brown, et al. v. Google LLC*
### Deponent: Chris Liao
### Date of Deposition: December 2, 2021

| Pg. and Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|
| 49:14 | Google dot com | Google.com | Transcription Error |
| 49:21 | DoubleClick dot net | doubleclick.net | Transcription Error |
| 49:22 | Google dot com | Google.com | Transcription Error |
| 49:23-24 | Google dot com | Google.com | Transcription Error |
| 50:3 | Google dot com | Google.com | Transcription Error |
| 50:15 | Google dot com | Google.com | Transcription Error |
| 50:24 | Google dot com | Google.com | Transcription Error |
| 51:2 | Google dot com | Google.com | Transcription Error |
| 51:4 | Google dot com | Google.com | Transcription Error |
| 51:6 | Google dot com | Google.com | Transcription Error |
| 51:8 | Google dot com | Google.com | Transcription Error |
| 51:12 | Google dot com | Google.com | Transcription Error |
| 51:13 | Google dot com | Google.com | Transcription Error |
| 51:14-15 | Google dot com | Google.com | Transcription Error |
| 51:21 | Google dot com | Google.com | Transcription Error |
| 52:1 | Google dot com | Google.com | Transcription Error |
| 52:5 | Google dot com | Google.com | Transcription Error |
| 52:6 | Google dot com | Google.com | Transcription Error |
| 52:14-15 | Google dot com | Google.com | Transcription Error |
| 55:3 | Maps dot Google APIs dot com | maps.googleapis.com | Transcription Error |
| 55:5-6 | maps dot Google APIs dot com | maps.googlespis.com | Transcription Error |
| 55:23 | Google Analytics dot com | google-analytics.com | Transcription Error |
| 57:22 | Google dot com | Google.com | Transcription Error |
| 57:25 | Google dot com | Google.com | Transcription Error |
| 59:22 | DoubleClick dot net | Doubleclick.net | Transcription Error |
| 60:1 | DoubleClick dot net | Doubleclick.net | Transcription Error |
| 60:5 | stats dot G dot DoubleClick dot net | stats.g.doubleclick.net | Transcription Error |
| 63:21 | Google dot com | Google.com | Transcription Error |
| 64:1 | Google dot com | Google.com | Transcription Error |
| 64:4 | Google dot com | Google.com | Transcription Error |
| 64:12 | DoubleClick dot net | Doubleclick.net | Transcription Error |
| 65:5 | Google dot com | Google.com | Transcription Error |
| 65:18 | Google dot com | Google.com | Transcription Error |
| 70:9 | DoubleClick dot net | Doubleclick.net | Transcription Error |
| 73:10 | Google dot com | Google.com | Transcription Error |
| 73:14 | Google dot com | Google.com | Transcription Error |
| 73:18-19 | Google dot com | Google.com | Transcription Error |
| 73:23 | Google dot com | Google.com | Transcription Error |
| 76:12-13 | Go Health UC dot com | gohealthuc.com | Transcription Error |
| 76:14-15 | Go Health UC dot com | gohealthuc.com | Transcription Error |

| 76:16 | Google dot com | Google.com | Transcription Error |
| 76:17 | Go Health UC dot com | gohealthuc.com | Transcription Error |
| 76:18 | Google dot com | Google.com | Transcription Error |
| 77:10 | Google dot com | Google.com | Transcription Error |
| 77:12-13 | Google dot com | Google.com | Transcription Error |
| 77:18 | Google dot com | Google.com | Transcription Error |
| 77:22 | Google dot com | Google.com | Transcription Error |
| 78:2 | Go Health UC dot com | gohealthuc.com | Transcription Error |
| 78:5 | Google dot com | Google.com | Transcription Error |
| 78:16 | Google dot com | Google.com | Transcription Error |
| 79:10 | Google dot com | Google.com | Transcription Error |
| 79:22 | Google dot com | Google.com | Transcription Error |
| 80:22 | Google dot com | Google.com | Transcription Error |
| 88:9 | Google dot com | Google.com | Transcription Error |
| 91:16 | Google dot com | Google.com | Transcription Error |
| 91:21 | Google dot com | Google.com | Transcription Error |
| 91:22 | Google dot com | Google.com | Transcription Error |
| 91:25 | Google dot com | Google.com | Transcription Error |
| 92:1 | Google dot com | Google.com | Transcription Error |
| 92:6 | Google dot com | Google.com | Transcription Error |
| 92:9 | Google dot com | Google.com | Transcription Error |
| 92:10 | Google dot com | Google.com | Transcription Error |
| 92:11-12 | Google dot com | Google.com | Transcription Error |
| 92:13 | Google dot com | Google.com | Transcription Error |
| 133:22 | YouTube dot com | youtube.com | Transcription Error |
| 133:24 | YouTube dot com | youtube.com | Transcription Error |
| 134:2-3 | Go Health UC dot com | gohealthuc.com | Transcription Error |
| 134:6 | YouTube dot com | youtube.com | Transcription Error |
| 134:17 | YouTube dot com | youtube.com | Transcription Error |
| 148:20 | A dot com | A.com | Transcription Error |
| 148:23 | A dot com | A.com | Transcription Error |
| 148:24 | A dot com | A.com | Transcription Error |
| 148:25 | B dot com | B.com | Transcription Error |
| 149:2 | B dot com | B.com | Transcription Error |
| 163:3 | Google dot com | Google.com | Transcription Error |
| 163:4 | Google dot com | Google.com | Transcription Error |
| 171:25 | ads | to Ads | Transcription Error |
| 172:1 | losses | loss of | Transcription Error |
| 172:1 | third-party | in 3P | Transcription Error |
| 182:1 | extensions dot privacy | extensions.privacy | Transcription Error |
| 208:1 | Google dot com | Google.com | Transcription Error |



DocuSigned by:

Chris Liao

4E758E6CA290443...

CHRIS LIAO

1/5/2022

DATE