# EXHIBIT 30
## Redacted Version of Document Sought to be Sealed

| | |
|---|---|
| **From:** | Timothy Schmidt <timothy.schmidt@accelconsulting.llc> |
| **Sent:** | Tuesday, May 17, 2022 11:57 AM |
| **To:** | David Straite; Douglas Brush |
| **Cc:** | Lesley Weaver; Jay Barnes; Sharon Cruz; Adam Prom; Corban Rhodes; Eric Johnson; Angelica Ornelas; An Truong; QE Calhoun |
| **Subject:** | Re: Calhoun v. Google |

**EXTERNAL:** Think before you click!

Parties,

Special Master Brush and I have consolidated the information provided recently by the Calhoun Party into a list of items tagged to each of the A and B attachments received in the source email of this thread.

Special Master Brush has considered each specific request and he orders the following where productions have not yet been provided to Plaintiffs as spelled out below:

Exhibit A Requests for Searches

▪ ▇▇▇▇▇ – Plaintiffs request followed by Google response, **then Special Master decision**
  1. ▇▇▇▇▇▇▇ – Search for:
     a. Plaintiff and Dr. Shafiq test accounts – Google agrees – **Special Master Accepts that this process will be carried out by Google without delay and produce publisher Confidential publisher notification data no later than seven calendar days following the production of non-publisher confidential data.**
     b. Production gaps identified by Plaintiffs – Google does not comment – **Special Master orders Google to provide an explanation for production gaps identified by Plaintiffs to be provided no later than COB, May 23, 2022.**
  2. ▇▇▇▇▇▇▇▇▇▇ – Search for:
     a. Plaintiff and Dr. Shafiq test accounts – Google agrees – **Special Master Accepts that this process will be carried out by Google without delay and produce publisher Confidential publisher notification data no later than seven calendar days following the production of non-publisher confidential data.**
     b. Production gaps identified by Plaintiffs – Google does not comment – **Special Master orders Google to provide an explanation for production gaps identified by Plaintiffs to be provided no later than COB, May 23, 2022.**
  2. ▇▇▇▇▇▇▇▇▇▇ – Search for:
     a. Dr. Shafiq test accounts – Google agrees – **Special Master Accepts that this process will be carried out by Google without delay and produce publisher Confidential publisher notification data no later than seven calendar days following the production of non-publisher confidential data.**
     b. Production gaps identified by Plaintiffs – Google does not comment – **Special Master orders Google to provide an explanation for production gaps identified by Plaintiffs to be provided no later than COB, May 23, 2022.**
  2. ▇▇▇▇▇▇▇▇▇▇ – Search for:
     a. Dr. Shafiq test accounts – Google agrees – **Special Master Accepts that this process will be carried out by Google without delay and produce publisher Confidential publisher notification data no later than seven calendar days following the production of non-publisher confidential data.**
     b. Production gaps identified by Plaintiffs – Google does not comment – **Special Master orders Google to provide an explanation for production gaps identified by Plaintiffs to be provided no later than COB, May 23, 2022.**

2. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ – Search for:
    a. Dr. Shafiq test accounts – Google agrees – **Special Master Accepts that this process will be carried out by Google without delay and produce publisher Confidential publisher notification data no later than seven calendar days following the production of non-publisher confidential data.**
    b. Production gaps identified by Plaintiffs – Google does not comment – **Special Master orders Google to provide an explanation for production gaps identified by Plaintiffs to be provided no later than COB, May 23, 2022.**
2. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ – Search for:
    a. Dr. Shafiq test accounts – Google agrees – **Special Master Accepts that this process will be carried out by Google without delay and produce publisher Confidential publisher notification data no later than seven calendar days following the production of non-publisher confidential data.**
    b. Production gaps identified by Plaintiffs – Google does not comment – **Special Master orders Google to provide an explanation for production gaps identified by Plaintiffs to be provided no later than COB, May 23, 2022.**
2. ▓▓▓▓▓▓▓ – Search for:
    a. Dr. Shafiq test accounts – Google agrees – **Special Master Accepts that this process will be carried out by Google without delay and produce publisher Confidential publisher notification data no later than seven calendar days following the production of non-publisher confidential data.**
    b. Production gaps identified by Plaintiffs – Google does not comment – **Special Master orders Google to provide an explanation for production gaps identified by Plaintiffs to be provided no later than COB, May 23, 2022.**
2. ▓▓▓ – Search for:
    a. Dr. Shafiq test accounts – Google agrees – **Special Master Accepts that this process will be carried out by Google without delay and produce publisher Confidential publisher notification data no later than seven calendar days following the production of non-publisher confidential data.**
    b. Production gaps identified by Plaintiffs – Google does not comment – **Special Master orders Google to provide an explanation for production gaps identified by Plaintiffs to be provided no later than COB, May 23, 2022.**

▓▓▓▓ – Plaintiffs request followed by Google response, **then Special Master decision**

1. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ – Search for: Zwieback, Biscotti, and IP+user agent for length of retention – Google agrees to GAIA Ids, Zwieback and Biscotti and from Dec. 1, 2021, to present – **Special Master accepts GAIA Ids, Zwieback and Biscotti for length of retention or beginning of class as noted in the First Amended Complaint whichever is more recent.  IP address + User Agent is to be brought before the Magistrate Judge**
2. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ – Search for: Zwieback, Biscotti, and IP+user agent for length of retention – Google agrees to GAIA Ids, Zwieback and Biscotti and from Dec. 1, 2021, to present – **Special Master accepts GAIA IDs, Zwieback and Biscotti for length of retention or beginning of class as noted in the First Amended Complaint whichever is more recent.  IP address + User Agent is to be brought before the Magistrate Judge**
3. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ – Search for: Zwieback, Biscotti, and IP+user agent for length of retention – Google agrees to GAIA Ids, Zwieback and Biscotti and from Dec. 1, 2021, to present – **Special Master accepts GAIA Ids, Zwieback and Biscotti for length of retention or beginning of class as noted in the First Amended Complaint whichever is more recent.  IP address + User Agent is to be brought before the Magistrate Judge**
4. ▓▓▓▓▓▓▓▓▓ – Search for: Zwieback, Biscotti, and IP+user agent for length of retention – Google agrees to, Zwieback and Biscotti and from Dec. 1, 2021, to present – **Special Master accepts Zwieback and Biscotti for length of retention or beginning of class as noted in the First Amended Complaint whichever is more recent.  IP address + User Agent is to be brought before the Magistrate Judge**
5. ▓▓▓▓▓▓▓▓▓▓▓▓ – Search for: Zwieback, Biscotti, and IP+user agent for length of retention – Google agrees to, Zwieback and Biscotti and from Dec. 1, 2021, to present – **Special Master accepts Zwieback and Biscotti for length of retention or beginning of class as noted in the First Amended Complaint whichever is more recent.  IP address + User Agent is to be brought before the Magistrate Judge**

6. ██████████ – Search for: Zwieback, Biscotti, and IP+user agent for length of retention – Google agrees to, Zwieback and Biscotti and from Dec. 1, 2021, to present – **Special Master accepts Zwieback and Biscotti for length of retention or beginning of class as noted in the First Amended Complaint whichever is more recent. IP address + User Agent is to be brought before the Magistrate Judge**
7. ██████████████████ – Search for: Zwieback, Biscotti, and IP+user agent for length of retention – Google states that this information has been provided where associated with GAIA IDs provided by Plaintiffs; Google agrees to search for GAIA IDs associated with Dr. Shafiq's test accounts from Dec. 1, 2021, to present. – **Special Master accepts GAIA IDs, Zwieback and Biscotti for length of retention or beginning of class as noted in the First Amended Complaint whichever is more recent for Plaintiffs where not yet provided and for Dr. Shafiq's test accounts. IP address + User Agent is to be brought before the Magistrate Judge**
8. ██████████████████ – Search for: Zwieback, Biscotti, and IP+user agent for length of retention – Google states that this information has been provided where associated with GAIA IDs provided by Plaintiffs; Google agrees to search for GAIA IDs associated with Dr. Shafiq's test accounts from Dec. 1, 2021, to present. – **Special Master accepts GAIA IDs, Zwieback and Biscotti for length of retention or beginning of class as noted in the First Amended Complaint whichever is more recent for Plaintiffs where not yet provided and for Dr. Shafiq's test accounts. IP address + User Agent is to be brought before the Magistrate Judge**
9. ██████████████████████ – Search for: Zwieback, Biscotti, and IP+user agent for length of retention – Google states that this information has been provided where associated with GAIA IDs provided by Plaintiffs; Google agrees to search for GAIA IDs associated with Dr. Shafiq's test accounts from Dec. 1, 2021, to present. – **Special Master accepts GAIA IDs, Zwieback and Biscotti for length of retention or beginning of class as noted in the First Amended Complaint whichever is more recent for Plaintiffs where not yet provided and for Dr. Shafiq's test accounts. IP address + User Agent is to be brought before the Magistrate Judge**
10. ██████████████ – Search for: Zwieback, Biscotti, and IP+user agent – Google agrees to Zwieback and Biscotti – **Special Master accepts Zwieback and Biscotti for length of retention or beginning of class as noted in the First Amended Complaint whichever is more recent. IP address + User Agent is to be brought before the Magistrate Judge. Special Master Accepts that this process will be carried out by Google without delay and produce publisher Confidential publisher notification data no later than seven calendar days following the production of non-publisher confidential data.**
11. ██████████████████ – Search for: Zwieback, Biscotti, and IP+user agent – Google agrees to Zwieback and Biscotti – **Special Master accepts Zwieback and Biscotti for length of retention or beginning of class as noted in the First Amended Complaint whichever is more recent. IP address + User Agent is to be brought before the Magistrate Judge. Special Master Accepts that this process will be carried out by Google without delay and produce publisher Confidential publisher notification data no later than seven calendar days following the production of non-publisher confidential data.**
12. ██████████ – Search for: Zwieback, Biscotti, and IP+user agent – Google agrees to Zwieback and Biscotti – **Special Master accepts Zwieback and Biscotti for length of retention or beginning of class as noted in the First Amended Complaint whichever is more recent. IP address + User Agent is to be brought before the Magistrate Judge. Special Master Accepts that this process will be carried out by Google without delay and produce publisher Confidential publisher notification data no later than seven calendar days following the production of non-publisher confidential data.**
13. ██████████████ – Search for: Zwieback, Biscotti, and IP+user agent – Google agrees to Zwieback and Biscotti – **Special Master accepts Zwieback and Biscotti for length of retention or beginning of class as noted in the First Amended Complaint whichever is more recent. IP address + User Agent is to be brought before the Magistrate Judge. Special Master Accepts that this process will be carried out by Google without delay and produce publisher Confidential publisher notification data no later than seven calendar days following the production of non-publisher confidential data.**
14. ██████████████ – Search for: Zwieback, Biscotti, and IP+user agent – Google agrees to Zwieback and Biscotti – **Special Master accepts Zwieback and Biscotti for length of retention or beginning of class as noted in the First Amended Complaint whichever is more recent. IP address + User Agent is to be brought before the Magistrate Judge. Special Master Accepts that this process will be carried out by Google without delay and produce publisher Confidential publisher notification data no later than seven calendar days following the production of non-publisher confidential data.**

15. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ – Search for: Zwieback, Biscotti, and IP+user agent – Google agrees to Zwieback and Biscotti – **Special Master accepts Zwieback and Biscotti for length of retention or beginning of class as noted in the First Amended Complaint whichever is more recent. IP address + User Agent is to be brought before the Magistrate Judge. Special Master Accepts that this process will be carried out by Google without delay and produce publisher Confidential publisher notification data no later than seven calendar days following the production of non-publisher confidential data.**

▉▉▉ – Plaintiffs request followed by Google response, **then Special Master decision**



1. ▉▉▉▉▉▉▉▉▉▉ – Search for IDs associated with Dr. Shafiq test accounts – Google agrees to search for decrypted IDs associated with Dr. Shafiq's test accounts across this column in GAIA ▉▉▉ and Zwieback ▉▉▉ – **Special Master accepts that searches for IDs associated with Dr. Shafiq's test accounts will be searched across this column within GAIA ▉▉▉ and Zwieback ▉▉▉ for the time period beginning when Dr. Shafiq first set up test accounts until now.**
2. ▉▉▉▉▉▉▉▉▉▉ – entries identical to item ▉▉▉ 1 above.
3. ▉▉▉▉▉▉▉▉▉▉ – entries identical to item ▉▉▉ 1 above.
4. ▉▉▉▉▉▉ – entries identical to item ▉▉▉ 1 above.
5. ▉▉▉▉▉▉ – entries identical to item ▉▉▉ 1 above.
6. ▉▉▉▉▉▉▉▉▉▉ – entries identical to item ▉▉▉ 1 above.
7. ▉▉▉▉▉▉ – entries identical to item ▉▉▉ 1 above.
8. ▉▉▉▉▉▉ – entries identical to item ▉▉▉ 1 above.
9. ▉▉▉▉▉▉▉▉▉▉ – entries identical to item ▉▉▉ 1 above.
10. ▉▉▉▉▉▉▉▉ – entries identical to item ▉▉▉ 1 above.
11. ▉▉▉▉▉▉ – entries identical to item ▉▉▉ 1 above.
12. ▉▉▉▉▉▉▉▉ – entries identical to item ▉▉▉ 1 above.
13. ▉▉▉▉▉▉ – entries identical to item ▉▉▉ 1 above.
14. ▉▉▉▉▉▉ – entries identical to item ▉▉▉ 1 above.
15. ▉▉▉▉▉▉ – entries identical to item ▉▉▉ 1 above.
16. ▉▉▉▉▉▉▉▉ – entries identical to item ▉▉▉ 1 above.
17. ▉▉▉▉▉▉▉▉▉▉ – entries identical to item ▉▉▉ 1 above.
18. ▉▉▉▉▉▉▉▉▉▉ – entries identical to item ▉▉▉ 1 above.
19. ▉▉▉▉▉▉ – entries identical to item ▉▉▉ 1 above.

Exhibit B Requests for Searches - Plaintiffs request followed by Google response, **then Special Master decision**

1. Final round of searches: ▉▉▉▉▉▉ corpora
    a. Plaintiffs seek confirmation as to whether Google will produce information that exists in certain "production gaps" identified in Plaintiffs' March 30, 2022, Data Gap Chart. If not, Plaintiffs' request the basis for Google's refusal and a formal ruling from the Special Master on this request – Google has not specifically addressed this request – **Special Master orders Google to provide the requested explanation.**
    b. Plaintiffs request clarification as to which corpora Google is omitting from its searches/productions of ▉▉▉▉ data – Google has not specifically addressed this request – **Special Master orders Google to provide the requested explanation.**
2. Final round of searches: ▉▉▉▉▉ log sources – Plaintiffs' requests are all addressed within the contents of the Exhibit A Requests for Searches above.
3. Final round of searches: ▉▉▉▉▉▉▉▉ and ▉▉▉▉ columns identified in Exhibit A Requests for Searches above – Plaintiffs ask that Google reproduce the March 10, 2022, production in "decoded" form – Google has not specifically addressed this request – **Special Master denies this request.**

Thank you,
Tim Schmidt

*Timothy Schmidt*
Consultant
M 202.577.5302
E timothy.schmidt@accelconsulting.llc

**Accel Consulting LLC**
BOULDER, CO 80301

This message is intended only for the designated recipient(s). It may contain confiden ial or proprietary information and may be subject to other contractual or confidentiality protec ions. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this message in error, please notify the sender by reply email and delete this message.

---

**From:** David Straite <dstraite@dicellolevitt.com>
**Date:** Friday, May 13, 2022 at 9:44 PM
**To:** Timothy Schmidt <timothy.schmidt@accelconsulting.llc>, Douglas Brush <douglas.brush@accelconsulting.llc>
**Cc:** Lesley Weaver <lweaver@bfalaw.com>, Jay Barnes <jaybarnes@simmonsfirm.com>, Sharon Cruz <Scruz@dicellolevitt.com>, Adam Prom <aprom@dicellolevitt.com>, Corban Rhodes <crhodes@dicellolevitt.com>, 'ejohnson@simmonsfirm.com' <ejohnson@simmonsfirm.com>, Angelica Ornelas <aornelas@bfalaw.com>, An Truong atruong@simmonsfirm.com <atruong@simmonsfirm.com>, QE Calhoun <qecalhoun@quinnemanuel.com>
**Subject:** Calhoun v. Google

Dear Special Master Brush, Mr. Schmidt and Google counsel,

Please see attached letter and Exhibits A, B and C thereto as separate PDFs, which we offer as an agenda for today's call.

Respectfully,

David



David A. Straite, CIPP/US
**DICELLO LEVITT GUTZLER**
646.933.1000 ext 505