<s>

**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**DiCELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
Fax: (646) 494-9648
dstraite@dicellolevitt.com
crhodes@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
aprom@dicellolevitt.com
scruz@dicellolevitt.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CLARIFY THE COURT'S MODIFIED PRESERVATION PLAN DATED JULY 15, 2022 (DKT. NO. 766) REGARDING DEFINITION OF ▬ FIELDS**<br><br>Civil L.R. 7-11<br><br>Referral:   Hon. Susan van Keulen, USMJ |

</s>

## I. INTRODUCTION

The definition of what counts as an ███████████ signal or field is critical to the implementation of the Court's Modified Preservation Plan (the "Preservation Plan," Sealed Dkt. No. 766). First, by July 30, 2022,[1] Google must ████████████████████████████. Preservation Plan at 7. Second, Google must ██████████████████████████████████████████████████████████████████████████████████████████ *Id.* at Ex. B.

Unfortunately, the parties are at impasse regarding whether a █████████████████████ ███████████████████. The Court appears to have adopted Google's representation during the June 30, 2022 hearing that █████████████████████████████████████████ and excluded them. Preservation Plan at 7. But the day following the hearing, Google reversed course and ██████████████████████████████████████████████████████████████████████████████ – period, full stop. *See* Google Opposition dated July 1, 2022 to Motion for Sanctions ("Sanctions Opp," Dkt. No. 670), at 2. This is consistent with Google's representation to ████████ ███████████████████████████████████████████████████████████████████████████████████ ███████████████████████████. There are no exceptions, and thus any signal that ████ ████████████████████████████████.

Plaintiffs therefore respectfully request that the Preservation Plan include ███████ ██████████████████████████████████ While it is true that someone █████████████ █████████████████, Google now admits that █████████████████████████████████████. The Preservation Plan should be clarified to conform to Google's admissions.

## II. ████████████████████████████████████████████████████████

On July 1, 2022, Google admitted in its Sanctions Opp that ███████████████████ ████████. Specially, Google admitted, "██████████████████████████████████████████ ███████████████████████████████████" Sanctions Opp at 2. Furthermore, non-Google Account Holders "████████████████████" and hence, █████████████████, "█████████████ ███████████████████████" *Id.* More recently, on Saturday, July 30, 2022, ██████████

---

[1] As Plaintiffs informed the court on August 1, 2022 (Dkt. No. 804 at 4), Google has failed to comply with the July 30, 2022 deadline.

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████" ***Thus, if a Chrome user*** ████████████████████. There are no exceptions.

### III. WHY THIS MATTERS

The Court has already ordered Google to ███████████████████████████████████████████████████████████████, in addition to "sync signals." But there are several other '██████' signals not mentioned by name, and if the Preservation Order is not clarified, ███████████████████████. Worse, with respect to Google's duty to disclose ████████, Google is interpreting this obligation to █████████████████████████████████████.

Based on Google's disclosures to date, including most importantly the production of Plaintiff data ████████ Plaintiffs also believe that, *at the very least*, the following signals are ████████████████████████. If the Court does not order that they be preserved (and their related fields disclosed), Google will refuse. Plaintiffs identify the priority fields in **bold**:



1 | In addition, Google ▮▮▮▮▮▮▮▮▮▮
2 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. These include:
4 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
5 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
6 | ▮▮▮▮▮▮▮▮▮▮
7 | Google's ▮▮▮▮▮▮▮▮▮ has not permitted Plaintiffs sufficient time to review for
8 | purposes of this motion – further illustrating the need to categorically revise the Preservation Plan
9 | to include ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

## IV. REQUEST FOR RELIEF

Plaintiffs respectfully request that the Court revise the Preservation Plan to define ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and to order any other relief the Court deems just and appropriate in the circumstances.

[SIGNATURES ON FOLLOWING PAGE]

Respectfully Submitted this 3d Day of August, 2022.

**BLEICHMAR FONTI & AULD LLP**

By:  */s/ Lesley E. Weaver*
Lesley E. Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com aornelas@bfalaw.com
jsamra@bfalaw.com

**SIMMONS HANLY CONROY LLC**

By:  */s/ Jay Barnes*
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com

**DICELLO LEVITT GUTZLER LLC**

By:  */s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
One Grand Central Place
60 E. 42nd St., Suite 2400
New York, NY 10165 Telephone: Tel.:
Tel.: (646) 933-1000
Fax: (646) 494-9648
dstraite@dicellolevitt.com
crhodes@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
aprom@dicellolevitt.com
scruz@dicellolevitt.com

*Counsel for Plaintiffs*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, David Straite, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3d Day of August, 2022, at Orlando, Florida.

*/s/ David Straite*
David Straite

- i -   Case No. 4:20-cv-05146-YGR-SVK

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2022, I caused to be electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Sharon Cruz*
Sharon Cruz