1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN PLAINTIFF' ADMINISTRATION MOTION TO CLARIFY PRESERVATION PLAN** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Motion to Seal Plaintiffs' Response to Google's Administrative Motion for Relief (Dkt. 787). Having considered the supporting declaration of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following materials remain filed under seal:

|   | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| 1 | Plaintiffs' Administrative Motion to Clarify the Court's Modified Preservation Plan | Pg. 1 Ln 21<br>Pg. 2 Ln 2, 4-9, 11, 13-19, 21-26<br>Pg. 3 Ln 1-5, 7-12, 14-15, 17-27<br>Pg. 4 Ln 1-7, 9, 11-12 | Defendant to provide evidence, per Local Rule 79-5(f) |
| 2 | Proposed Order | Pg. 1 Ln 22-28 | Defendant to provide evidence, per Local Rule 79-5(f) |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Susan van Keulen
UNITED STATES MAGISTRATE JUDGE