1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

8
9

10  PATRICK CALHOUN, et al., *on behalf of themselves and all others similarly situated,*

11  Plaintiffs,

12  v.

13  GOOGLE LLC,

14  Defendant.

15

Case No. 4:20-cv-05146-YGR-SVK

**[PROPOSED] ORDER CLARIFYING THE COURT'S MODIFIED PRESERVATION PLAN DATED JULY 15, 2022 [DKT. 766]**

16  Having considered Plaintiffs' Administrative Motion dated August 3, 2022 to Clarify
17  the Court's Modified Preservation Plan (Dkt. No. 766), the Court hereby Clarifies that the term
18  "express sync-state signal" and "sync state" as used in the Modified Preservation Plan includes any
19
20  signals showing that a Chrome user is not signed into a Google Account, including but not limited
21  to the following:

22  ███████████████
23  ███████████████
24  ███████
25
26  ████████████████████
27  ██████████████████
28  ████████████

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOT. FOR CLARIFICATION                          1                    CASE NO. 4:20-cv-5146-YGR

This list is not intended to be exhaustive.  Any provision of the Preservation Plan in conflict with today's order is hereby superseded.  Google shall proceed with preservation accordingly. Plaintiffs' Administrative Motion is GRANTED.

**IT IS SO ORDERED.**

DATED: _____

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE