**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**DEFENDANT GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKTS. 776-2, 776-4, 776-12, 777, 777-1, AND 777-9)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

1  Defendant Google LLC ("Google") submits this Motion to Remove Incorrectly Filed
2  Documents to remove from the dockets the following documents ("Plaintiffs' Filings"):

- Plaintiffs' Reply in Further Support of Motion for an Order of Sanctions for Google's Discovery Misconduct (Dkts. 776-2 and 777);
- Joint Rebuttal Declaration of Jason "Jay" Barnes, Lesley Weaver, and David Straite in Further Support of Plaintiffs' Motion for Discovery Misconduct (Dkts. 776-4 and 777-1) ("Joint Rebuttal Declaration"); and
- Exhibit 20 to the Joint Rebuttal Declaration (Dkts. 776-12 and 777-9).

After the Plaintiffs' filing of the docket entries listed above, Google discovered that certain confidential information was inadvertently unredacted. The information sought to be redacted contains highly sensitive, confidential, and proprietary business information that could affect Google's competitive standing and may expose Google to increased security risks, including cybersecurity threats, if publicly disclosed. Google has filed corrected, redacted versions of Plaintiffs' Filings. *See* Dkts. 808-2, 808-3, 808-7. Accordingly, Google respectfully requests that Docket Nos. 776-2, 776-4, 776-12, 777, 777-1, and 777-9 be permanently deleted from the docket.

DATED: August 8, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000

| | |
|---|---|
| 1 | Facsimile: (650) 801-5100 |
| 2 | |
| | Stephen A. Broome (CA Bar No. 314605) |
| 3 | stephenbroome@quinnemanuel.com |
| | Viola Trebicka (CA Bar No. 269526) |
| 4 | violatrebicka@quinnemanuel.com |
| | Crystal Nix-Hines (Bar No. 326971) |
| 5 | crystalnixhines@quinnemanuel.com |
| | Alyssa G. Olson (CA Bar No. 305705) |
| 6 | alyolson@quinnemanuel.com |
| 7 | 865 S. Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017 |
| 8 | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| 9 | |
| | Jomaire Crawford (admitted pro hac vice) |
| 10 | jomairecrawford@quinnemanuel.com |
| 11 | 51 Madison Avenue, 22nd Floor |
| | New York, NY 10010 |
| 12 | Telephone: (212) 849-7000 |
| | Facsimile: (212) 849-7100 |
| 13 | |
| | Josef Ansorge (admitted pro hac vice) |
| 14 | josefansorge@quinnemanuel.com |
| | Xi ("Tracy") Gao (CA Bar No. 326266) |
| 15 | tracygao@quinnemanuel.com |
| 16 | Carl Spilly (admitted *pro hac vice)* |
| | carlspilly@quinnemanuel.com |
| 17 | 1300 I Street NW, Suite 900 |
| | Washington D.C., 20005 |
| 18 | Telephone: (202) 538-8000 |
| | Facsimile: (202) 538-8100 |
| 19 | |
| 20 | Jonathan Tse (CA Bar No. 305468) |
| | jonathantse@quinnemanuel.com |
| 21 | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 |
| 22 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| 23 | |
| 24 | *Attorneys for Defendant Google LLC* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |