1
2
3
4
5
6
7
8
9
10

11 UNITED STATES DISTRICT COURT

12 NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

13

14 PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,   Case No. 4:20-cv-5146-YGR-SVK

15   **[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKTS. 776-2, 776-4, 776-12, 777, 777-1, AND 777-9)**

16   Plaintiffs,

17   v.

18 GOOGLE LLC,   Referral: Hon. Susan van Keulen, USMJ

19   Defendant.

20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Motion to Remove Incorrectly Filed Documents (Dkts. 776-2, 776-4, 776-12, 777, 777-1, and 777-9) ("Motion"). Having considered the Motion and supporting papers, the Court hereby **GRANTS** the Motion.

**SO ORDERED.**

DATED: _____

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge