UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKTS. 776-2, 776-4, 776-12, 777, 777-1, AND 777-9)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

# [PROPOSED] ORDER

Before the Court is Defendant Google LLC's Motion to Remove Incorrectly Filed Documents (Dkts. 776-2, 776-4, 776-12, 777, 777-1, and 777-9) ("Motion"). Having considered the Motion and supporting papers, the Court hereby **GRANTS** the Motion.

**SO ORDERED.**

DATED: August 8, 2022

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge