**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com


**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**DICELLO LEVITT GUTZLER LLC**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

Amy Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (31) 214-7900
akeller@dicellolevitt.com
aprom@dicellolevitt.com
scruz@dicellolevitt.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>**CIVIL L.R. 7-11 and 79-5(f)**<br><br>Referral: Hon. Susan van Keulen, USMJ<br><br>No Hearing Date Set Pursuant to L.R. 7-11(c) |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order entered in this matter, Dkt. No. 61, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed, to the extent such material is quoted, summarized, or otherwise reflected in the documents (or portions thereof) indicated below:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| 1 | Joint Submission re: Dispute Regarding June 30, 2022 Clawback Pursuant to Rule 502(d) Stipulation | Pg 2, Ln 2-5, 7-17, 21-22, 23-24, n.1<br>Pg 3, Ln 4-9, 23-25, 25-26 | Defendant to provide evidence, per Local Rule 79-5(f) |

Paragraph 12.4 of the Stipulated Protective Order prohibits a party from filing materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in the public record. Portions of the documents listed above quote, summarize, or otherwise reflect information that Defendant Google LLC has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only." Pursuant to Civil Local Rules 79-5(c)(1) and (f)(3), Defendant, as the Designating Party, bears the responsibility to establish that all of the designated material is sealable.

Dated: August 8, 2022                                     Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**                            **DiCELLO LEVITT GUTZLER LLC**

By:   */s/ Lesley E. Weaver*                              By:   */s/ David Straite*
Lesley Weaver (Cal. Bar No. 191305)                       David A. Straite (admitted *pro hac vice*)
Angelica M. Ornelas (Cal. Bar No. 285929)                 One Grand Central Place
Joshua D. Samra (Cal. Bar No. 313050)                     60 East 42nd Street, Suite 2400
555 12th Street, Suite 1600                               New York, NY 10165
Oakland, CA 94607                                         Tel.: (646) 933-1000
Tel.: (415) 445-4003                                      dstraite@dicellolevitt.com
Fax: (415) 445-4020
lweaver@bfalaw.com                                        Amy E. Keller (admitted *pro hac vice*)
aornelas@bfalaw.com                                       Adam Prom (admitted *pro hac vice*)

| | |
|---|---|
| 1 | jsamra@bfalaw.com |
| 2 | **SIMMONS HANLY CONROY LLC** |
| 3 | By:   /s/ Jay Barnes |
|   | Jason 'Jay' Barnes (admitted *pro hac vice*) |
| 4 | An Truong (admitted *pro hac vice*) |
|   | Eric Johnson (admitted *pro hac vice*) |
| 5 | 112 Madison Avenue, 7th Floor |
|   | New York, NY 10016 |
| 6 | Tel.: (212) 784-6400 |
|   | Fax: (212) 213-5949 |
| 7 | jaybarnes@simmonsfirm.com |
|   | atruong@simmonsfirm.com |
| 8 | ejohnson@simmonsfirm.com |

Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
aprom@dicellolevitt.com
scruz@dicellolevitt.com

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Sharon Cruz, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 8, 2022                    /s/ *Sharon Cruz*
                                          Sharon Cruz

ATTESTATION                                                CASE NO. 4:20-CV-05146-YGR-SVK

**CERTIFICATE OF SERVICE**

I, Sharon D. Cruz, hereby certify that on August 1, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filings to be delivered to counsel for Defendant Google LLC via electronic mail.

Dated:  August 8, 2022                              /s/ *Sharon D. Cruz*
                                                    Sharon D. Cruz