|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN PARTIES' JOINT SUBMISSION RE: JUNE 30, 2022 CLAWBACK DISPUTE** |

# [PROPOSED] ORDER

Before the Court is the Parties' Joint Submission regarding the June 30, 2022 Clawback Dispute. Having considered the supporting declarations of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following materials remain filed under seal:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| 1 | Joint Submission re: Dispute Regarding June 30, 2022 Clawback Pursuant to Rule 502(d) Stipulation | Pg 2, Ln 2-5, 7-17, 21-22, 23-24, n.1<br>Pg 3, Ln 4-9, 23-25, 25-26 | Defendant to provide evidence, per Local Rule 79-5(f) |

**IT IS SO ORDERED.**

Dated: _____   _____
Hon. Susan van Keulen
UNITED STATES MAGISTRATE JUDGE