**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER CLARIFYING THE COURT'S MODIFIED PRESERVATION PLAN DATED JULY 15, 2022 [DKT. 766]**<br><br>**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

Having considered Plaintiffs' Administrative Motion dated August 3, 2022 to Clarify the Court's Modified Preservation Plan (Dkt. No. 766), the Court hereby Clarifies that the term "express sync-state signal" and "sync state" as used in the Modified Preservation Plan includes any signals showing that a Chrome user is not signed into a Google Account, including but not limited to the following:

[REDACTED]

This list is not intended to be exhaustive. Any provision of the Preservation Plan in conflict with today's order is hereby superseded. Google shall proceed with preservation accordingly. Plaintiffs' Administrative Motion is GRANTED.

**IT IS SO ORDERED.**

DATED: _____

                                        HON. SUSAN VAN KEULEN
                                        UNITED STATES MAGISTRATE JUDGE