**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

**DiCELLO LEVITT GUTZLER**
David A. Straite (admitted *pro hac vice*)
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, <br>     Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br>     Defendant. | Case No. 4:20-cv-5146-YGR-SVK <br><br> **STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF AUGUST 4, 2022 HEARING TRANSCRIPT** |

1  WHEREAS, on August 1, 2022, the Court set an August 4, 2022 sealed hearing related to
2  the anticipated logistics for the upcoming Sanctions hearing on August 11, 2022 (Dkt. 802);
3  WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings]
4  cannot be generated without an order from the assigned judge"[1];
5  WHEREAS, the parties agree that the transcript, which contains material designated by
6  Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," may be released to
7  counsel of record in this matter, who are authorized to view this material under the First Modified
8  Stipulated Protective Order Governing Exchange of Confidential Discovery Material as Modified
9  by the Court (Dkt. 61);
10 NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the
11 Court's approval, that the complete transcript of the August 4, 2022 hearing may be released to
12 counsel of record in this matter.

---

[1] https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

DATED: August 11, 2022

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: /s/ Lesley Weaver | By: /s/ Andrew H. Schapiro |
| Lesley Weaver (Cal. Bar No. 191305) | Andrew H. Schapiro (admitted *pro hac vice*) |
| Angelica M. Ornelas (Cal. Bar No. 285929) | andrewschapiro@quinnemanuel.com |
| Joshua D. Samra (Cal. Bar No. 313050) | 191 N. Wacker Drive, Suite 2700 |
| 555 12th Street, Suite 1600 | Chicago, IL 60606 |
| Oakland, CA 94607 | Telephone: (312) 705-7400 |
| Tel.: (415) 445-4003 | Facsimile: (312) 705-7401 |
| Fax: (415) 445-4020 | |
| lweaver@bfalaw.com | Stephen A. Broome (CA Bar No. 314605) |
| aornelas@bfalaw.com | sb@quinnemanuel.com |
| jsamra@bfalaw.com | Viola Trebicka (CA Bar No. 269526) |
| | violatrebicka@quinnemanuel.com |
| **DiCELLO LEVITT GUTZLER** | 865 S. Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017 |
| By: /s/ David A. Straite | Telephone: (213) 443-3000 |
| David A. Straite (admitted *pro hac vice*) | Facsimile: (213) 443-3100 |
| One Grand Central Place | |
| 60 East 42nd Street, Suite 2400 | Jomaire Crawford (admitted pro hac vice) |
| New York, New York 10165 | jomairecrawford@quinnemanuel.com |
| Tel.: (646) 933-1000 | 51 Madison Avenue, 22nd Floor |
| dstraite@dicellolevitt.com | New York, NY 10010 |
| | Telephone: (212) 849-7000 |
| Amy E. Keller (admitted *pro hac vice*) | Facsimile: (212) 849-7100 |
| Adam Prom (admitted *pro hac vice*) | |
| Sharon Cruz (admitted *pro hac vice*) | Josef Ansorge (admitted *pro hac vice*) |
| Ten North Dearborn Street, 6th Fl. | josefansorge@quinnemanuel.com |
| Chicago, Illinois 60602 | Carly Spilly (admitted *pro hac vice*) |
| Tel.: (312) 214-7900 | carlspilly@quinnemanuel.com |
| akeller@dicellolevitt.com | 1300 I Street NW, Suite 900 |
| aprom@dicellolevitt.com | Washington D.C., 20005 |
| scruz@dicellolevitt.com | Telephone: (202) 538-8000 |
| | Facsimile: (202) 538-8100 |
| **SIMMONS HANLY CONROY LLC** | |
| | Jonathan Tse (CA Bar No. 305468) |
| By: /s/ Jason 'Jay' Barnes | jonathantse@quinnemanuel.com |
| Jason 'Jay' Barnes (admitted *pro hac vice*) | 50 California Street, 22nd Floor |
| An Truong (admitted *pro hac vice*) | San Francisco, CA 94111 |
| Eric Johnson (admitted *pro hac vice*) | Telephone: (415) 875-6600 |
| 112 Madison Avenue, 7th Floor | Facsimile: (415) 875-6700 |
| New York, NY 10016 | |
| Tel.: (212) 784-6400 | *Attorneys for Defendant Google LLC* |
| Fax: (212) 213-5949 | |
| jaybarnes@simmonsfirm.com | |
| atruong@simmonsfirm.com | |
| ejohnson@simmonsfirm.com | |

*Counsel for Plaintiffs*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Date: ___August 12___, 2022

                                                         */s/ Susan van Keulen*

4                                              Hon. Susan van Keulen
                                            United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

／s/ *Lesley E. Weaver*
Lesley E. Weaver