| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (Cal. Bar No. 191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401 |
| **DICELLO LEVITT GUTZLER**<br>David A. Straite (admitted *pro hac vice*)<br>One Grand Central Place<br>60 East 42nd Street, Suite 2400<br>New York, New York 10165<br>Tel.: (646) 933-1000<br>dstraite@dicellolevitt.com | Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100 |
| Amy E. Keller (admitted *pro hac vice*)<br>Adam Prom (admitted *pro hac vice*)<br>Sharon Cruz (admitted *pro hac vice*)<br>Ten North Dearborn Street, 6th Fl.<br>Chicago, Illinois 60602<br>Tel.: (312) 214-7900<br>akeller@dicellolevitt.com | *Counsel for Defendant; additional counsel listed in signature blocks below* |
| **SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Eric Johnson (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>jaybarnes@simmonsfirm.com | |

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br>    Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING RELEASE OF AUGUST 11, 2022 HEARING TRANSCRIPT** |

1     WHEREAS, on August 10, 2022, the Court ordered the August 11, 2022 Hearing on Plaintiffs' Motion for an Order of Sanctions for Google's Discovery Misconduct be sealed (Dkt. 826);

4     WHEREAS, the Court's website states that "[a] transcript [for under-seal proceedings] cannot be generated without an order from the assigned judge";[1]

6     WHEREAS, the Parties agree that the transcript, which contains material designated by Google as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," may be released to counsel of record in this matter, who are authorized to view this material under the First Modified Stipulated Protective Order Governing Exchange of Confidential Discovery Material as Modified by the Court (Dkt. 61);

11     NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that the complete transcript of the August 11, 2022 Hearing may be released to counsel of record in this matter.

---

[1] https://www.cand.uscourts.gov/about/clerks-office/transcripts-court-reporters/

| | |
|---|---|
| DATED: August 12, 2022 | |
| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By:   */s/ Lesley Weaver* | By:  */s/ Andrew H. Schapiro* |
| Lesley Weaver (Cal. Bar No. 191305) | Andrew H. Schapiro (admitted pro hac vice) |
| Angelica M. Ornelas (Cal. Bar No. 285929) | andrewschapiro@quinnemanuel.com |
| Joshua D. Samra (Cal. Bar No. 313050) | 191 N. Wacker Drive, Suite 2700 |
| 555 12th Street, Suite 1600 | Chicago, IL 60606 |
| Oakland, CA 94607 | Telephone: (312) 705-7400 |
| Tel.: (415) 445-4003 | Facsimile: (312) 705-7401 |
| Fax: (415) 445-4020 | |
| lweaver@bfalaw.com | Stephen A. Broome (CA Bar No. 314605) |
| aornelas@bfalaw.com | sb@quinnemanuel.com |
| jsamra@bfalaw.com | Viola Trebicka (CA Bar No. 269526) |
| | violatrebicka@quinnemanuel.com |
| **DICELLO LEVITT GUTZLER** | 865 S. Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017 |
| By:   */s/ David A. Straite* | Telephone: (213) 443-3000 |
| David A. Straite (admitted *pro hac vice*) | Facsimile: (213) 443-3100 |
| One Grand Central Place | |
| 60 East 42nd Street, Suite 2400 | Jomaire Crawford (admitted pro hac vice) |
| New York, New York 10165 | jomairecrawford@quinnemanuel.com |
| Tel.: (646) 933-1000 | 51 Madison Avenue, 22nd Floor |
| dstraite@dicellolevitt.com | New York, NY 10010 |
| | Telephone: (212) 849-7000 |
| Amy E. Keller (admitted *pro hac vice*) | Facsimile: (212) 849-7100 |
| Adam Prom (admitted *pro hac vice*) | |
| Sharon Cruz (admitted *pro hac vice*) | Josef Ansorge (admitted pro hac vice) |
| Ten North Dearborn Street, 6th Fl. | josefansorge@quinnemanuel.com |
| Chicago, Illinois 60602 | Carly Spilly (admitted pro hac vice) |
| Tel.: (312) 214-7900 | carlspilly@quinnemanuel.com |
| akeller@dicellolevitt.com | 1300 I Street NW, Suite 900 |
| aprom@dicellolevitt.com | Washington D.C., 20005 |
| scruz@dicellolevitt.com | Telephone: (202) 538-8000 |
| | Facsimile: (202) 538-8100 |
| **SIMMONS HANLY CONROY LLC** | |
| | Jonathan Tse (CA Bar No. 305468) |
| By:   */s/ Jason 'Jay' Barnes* | jonathantse@quinnemanuel.com |
| Jason 'Jay' Barnes (admitted *pro hac vice*) | 50 California Street, 22nd Floor |
| An Truong (admitted *pro hac vice*) | San Francisco, CA 94111 |
| Eric Johnson (admitted *pro hac vice*) | Telephone: (415) 875-6600 |
| 112 Madison Avenue, 7th Floor | Facsimile: (415) 875-6700 |
| New York, NY 10016 | |
| Tel.: (212) 784-6400 | *Attorneys for Defendant Google LLC* |
| Fax: (212) 213-5949 | |
| jaybarnes@simmonsfirm.com | |
| atruong@simmonsfirm.com | |
| ejohnson@simmonsfirm.com | |
| | |
| *Counsel for Plaintiffs* | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2022

_____
Hon. Susan van Keulen
United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Lesley E. Weaver*
Lesley E. Weaver