1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2  Diane M. Doolittle (CA Bar No. 142046)
   dianedoolittle@quinnemanuel.com
3  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065
4  Telephone: (650) 801-5000
5  Facsimile: (650) 801-5100

6  Stephen A. Broome (CA Bar No. 314605)
   stephenbroome@quinnemanuel.com
7  Viola Trebicka (CA Bar No. 269526)
   violatrebicka@quinnemanuel.com
8  865 S. Figueroa Street, 10th Floor
9  Los Angeles, CA 90017
   Telephone: (213) 443-3000
10 Facsimile: (213) 443-3100

11 Jomaire Crawford (admitted *pro hac vice*)
   jomairecrawford@quinnemanuel.com
12 51 Madison Avenue, 22nd Floor
13 New York, NY 10010
   Telephone: (212) 849-7000
14 Facsimile: (212) 849-7100

   Andrew H. Schapiro (admitted *pro hac vice*)
   andrewschapiro@quinnemanuel.com
   191 N. Wacker Drive, Suite 2700
   Chicago, IL 60606
   Telephone: (312) 705-7400
   Facsimile: (312) 705-7401

   Josef Ansorge (admitted *pro hac vice*)
   josefansorge@quinnemanuel.com
   1300 I Street NW, Suite 900
   Washington D.C., 20005
   Telephone: (202) 538-8000
   Facsimile: (202) 538-8100

   Jonathan Tse (CA Bar No. 305468)
   jonathantse@quinnemanuel.com
   50 California Street, 22nd Floor
   San Francisco, CA 94111
   Telephone: (415) 875-6600
   Facsimile: (415) 875-6700

15 *Counsel for Defendant Google LLC*

16                    **UNITED STATES DISTRICT COURT**
17           **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**
18

19  PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,

    Plaintiffs,

    v.

    GOOGLE LLC,

    Defendant.

Case No. 4:20-cv-5146-YGR-SVK

**DECLARATION OF JONATHAN TSE IN SUPPORT OF JOINT SUBMISSION RE: SEALING PORTIONS OF AUG. 5, 2022 ORDER ON (1) GOOGLE'S MOTION FOR EXTENSION/CLARIFICATION OF PRESERVATION PLAN AND (2) CALHOUN PLAINTIFFS' MOTION FOR CLARIFICATION OF PRESERVATION PLAN (DKT. 815)**

Referral: Hon. Susan van Keulen, USMJ

I, Jonathan Tse, declare as follows:

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 79-5, I submit this declaration in support of the Joint Submission Re: Sealing Portions of August 5, 2022 Order regarding sealing Google's Administrative Motion for Extension and Clarification of the Preservation Plan and Calhoun Plaintiffs' Administrative Motion for Clarification of the Preservation Plan (Dkt. 815) ("Order"). In making this request, Google has carefully considered the relevant legal standard and policy considerations outlined in Civil Local Rule 79-5. Google makes this request with the good faith belief that certain information sought to be sealed consists of Google's confidential information and that public disclosure could cause competitive harm.

3. Google respectfully requests that the Court seal the redacted portion identified in the Order.

4. The information requested to be sealed contains non-public, sensitive confidential business information related to Google's internal technological systems that could affect Google's competitive standing and may expose Google to increased security risks if publicly disclosed, including internal data security measures, various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.

5. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3.

6. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their identifier system designs and practices relating to competing products. It may also place Google at an increased risk of cyber security

1  threats, as third parties may seek to use the information to compromise Google's data sources,
2  including data logs, internal data structures and internal identifier systems.
3      7.   On August 15, 2022, the parties conferred on the proposed redactions to the Order.
4  Plaintiffs take no position on sealing the proposed redactions.
5      I declare under penalty of perjury of the laws of the United States that the foregoing is true
6  and correct. Executed in San Francisco, California on August 15, 2022.

8  DATED:   August 15, 2022            QUINN EMANUEL URQUHART &
9                                      SULLIVAN, LLP

                                       By  */s/ Jonathan Tse*
10                                         Jonathan Tse

11                                         *Attorney for Defendant*