1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

12

Case No. 4:20-cv-5146-YGR-SVK

13

PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,

14

Plaintiffs,

15

v.

16

GOOGLE LLC,

17

Defendant.

18

**[PROPOSED] ORDER GRANTING JOINT SUBMISSION IN RESPONSE TO SEALING PORTIONS OF AUG. 5, 2022 ORDER ON (1) GOOGLE'S MOTION FOR EXTENSION/CLARIFICATION OF PRESERVATION PLAN AND (2) CALHOUN PLAINTIFFS' MOTION FOR CLARIFICATION OF PRESERVATION PLAN (DKT. 815)**

Referral: Hon. Susan van Keulen

19

20

21

22

23

24

25

26

27

28

1    **[PROPOSED] ORDER**

2        Before the Court is the Parties' Joint Submission Re: Sealing Portions of the August 5, 2022

3    Order regarding sealing Google's Administrative Motion for Extension and Clarification of the

4    Preservation Plan and Calhoun Plaintiffs' Administrative Motion for Clarification of the

5    Preservation Plan (Dkt. 815) ("Joint Submission").   Having considered the Joint Submission,

6    supporting declarations, and pleadings on file, and good cause having been found, the Court

7    **ORDERS** as follows:

8

| Document or Portion of Document Sought to be Sealed | Court's Ruling on Motions to Seal | Basis for Sealing Portion of Document |
|---|---|---|
| Order on (1) Google's Administrative Motions for Extension / Clarification of Preservation Plan Orders; and (2) *Calhoun* Plaintiffs' Administrative Motion for Clarification of Preservation Plan Order | GRANTED as to redacted portions at:<br><br>Pages 4:5, 4:8-9, 5:3, 5:15, 6:3-5, 6:11, 6:13, 6:17, 7:3, 7:5-6, 7:11, 8:5, 8:7, 9:2, 9:14, 10:1-4, 10:12-14, 11:1-3, 11:16-17, 12:1-2, 12:6-7, 12:20, 12:23-24, 13:8, 13:11-12, 13:14-15 | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

1

2          **IT IS SO ORDERED**.

3

4      DATED:  _____      _____
                                              THE HONORABLE SUSAN VAN KEULEN
5                                             United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28