| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>Beko Reblitz-Richardson (CA Bar No. 238027)<br>brichardson@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Tel: (415) 293 6858<br>Fax: (415) 999 9695 | **QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401 |
| **SUSMAN GODFREY L.L.P.**<br>William Christopher Carmody (pro hac vice)<br>bcarmody@susmangodfrey.com<br>Shawn J. Rabin (pro hac vice)<br>srabin@susmangodfrey.com<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330 | Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100 |
| **MORGAN & MORGAN**<br>John A. Yanchunis (pro hac vice)<br>jyanchunis@forthepeople.com<br>Ryan J. McGee (pro hac vice)<br>rmcgee@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505 | Diane M. Doolittle (CA Bar No. 142046)<br>dianedoolittle@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| *Counsel for Plaintiffs; additional counsel<br>listed in signature blocks below* | *Counsel for Defendant; additional counsel<br>listed in signature blocks below* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CHASOM BROWN, MONIQUE TRUJILLO, WILLIAM BYATT, JEREMY DAVIS, and CHRISTOPHER CASTILLO, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT DECLARATIONS IN SUPPORT OF PLAINTIFFS' AUGUST 19 AND 23, 2022 ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER PORTIONS OF PLAINTIFFS' FILINGS SHOULD BE SEALED (DKTS. 698, 699, 702, 704)**<br><br>The Honorable Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 6-2 and 7-12, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on August 19, 2022, Plaintiffs filed their Administrative Motions to Consider Whether Portions of Plaintiffs' Responses to Google's Motions to Exclude Opinions of Plaintiffs' Experts Michael J. Lasinski and Bruce Schneier Should Be Sealed ("August 19 Motions to Seal") (Dkts. 698, 699);

WHEREAS, on August 19, 2022, Google received unredacted copies of Plaintiffs' Motions to Seal and exhibits cited in Dkts. 700 and 701;

WHEREAS, pursuant to Civil Local Rule 79-5(e), the deadline for Google, as the Designating Party to portions of Plaintiffs' August 19 Motions to Seal, to establish that such designated material is sealable is Friday, August 26, 2022;

WHEREAS, Google has requested, and Plaintiffs do not oppose, an extension of time of 14 days to Friday, September 9, 2022 will provide Google with sufficient time to submit its declaration in support of its designated materials in the filings (Dkts. 700, 701);

WHEREAS, on August 23, 2022, Plaintiffs filed their Administrative Motions to Consider Whether Portions of Plaintiffs' Motion to Exclude Portions of the Rebuttal Expert Report of Konstantinos Psounis, and Plaintiff's Motion to Strike Non-Retained Expert Declarations for Whom Google Provided No Expert Report, Should Be Sealed ("August 23 Motions to Seal") (Dkts. 702, 704);

WHEREAS, on August 23, 2022, Google received unredacted copies of Plaintiffs' August 23 Motions to Seal and exhibits cited in Dkts. 703 and 705;

WHEREAS, pursuant to Civil Local Rule 79-5(e), the deadline for Google, as the Designating Party to portions of August 23 Plaintiffs' Motions to Seal, to establish that such designated material is sealable is Tuesday, August 30, 2022;

WHEREAS, Google has requested, and Plaintiffs do not oppose, an extension of time of 14 days to Tuesday, September 13, 2022 will provide Google with sufficient time to submit its declaration in support of its designated materials in the filings (Dkts. 703, 705);

1   NOW THEREFORE, the Parties stipulate to extend the deadline by which Google shall
2   submit a Declaration in support of Plaintiffs' August 19 Motions to Seal (Dkts. 698, 699) to Friday,
3   September 9, 2022, and the deadline by which Google shall submit a Declaration in Support of
4   Plaintiffs' August 23 Motions to Seal (Dkts. 702, 704) to Tuesday, September 13, 2022.

DATED: August 25, 2022

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BOIES SCHILLER FLEXNER LLP |
|---|---|
| */s/ Andrew H. Schapiro* | */s/ Mark Mao* |
| Andrew H. Schapiro (admitted *pro hac vice*) andrewschapiro@quinnemanuel.com Teuta Fani (admitted *pro hac vice*) teutafani@quinnemanuel.com 191 N. Wacker Drive, Suite 2700 Chicago, IL 60606 Tel: (312) 705-7400 Fax: (312) 705-7401 | Mark C. Mao (CA Bar No. 236165) mmao@bsfllp.com Beko Reblitz-Richardson (CA Bar No. 238027) brichardson@bsfllp.com 44 Montgomery Street, 41st Floor San Francisco, CA 94104 Tel: (415) 293 6858 Fax: (415) 999 9695 |
| Stephen A. Broome (CA Bar No. 314605) sb@quinnemanuel.com Viola Trebicka (CA Bar No. 269526) violatrebicka@quinnemanuel.com Crystal Nix-Hines (CA Bar No. 326971) crystalnixhines@quinnemanuel.com Alyssa G. Olson (CA Bar No. 305705) alyolson@quinnemanuel.com 865 S. Figueroa Street, 10th Floor Los Angeles, CA 90017 Tel: (213) 443-3000 Fax: (213) 443-3100 | James W. Lee (*pro hac vice*) jlee@bsfllp.com Rossana Baeza (*pro hac vice*) rbaeza@bsfllp.com 100 SE 2nd Street, Suite 2800 Miami, FL 33130 Tel: (305) 539-8400 Fax: (305) 539-1304 |
| Diane M. Doolittle (CA Bar No. 142046) dianedoolittle@quinnemanuel.com Sara Jenkins (CA Bar No. 230097) sarajenkins@quinnemanuel.com 555 Twin Dolphin Drive, 5th Floor Redwood Shores, CA 94065 Telephone: (650) 801-5000 Facsimile: (650) 801-5100 | William Christopher Carmody (*pro hac vice*) bcarmody@susmangodfrey.com Shawn J. Rabin (*pro hac vice*) srabin@susmangodfrey.com Steven Shepard (*pro hac vice*) sshepard@susmangodfrey.com Alexander P. Frawley (*pro hac vice*) afrawley@susmangodfrey.com SUSMAN GODFREY L.L.P. 1301 Avenue of the Americas, 32nd Floor New York, NY 10019 Tel: (212) 336-8330 |
| Jomaire A. Crawford (admitted *pro hac vice*) jomairecrawford@quinnemanuel.com 51 Madison Avenue, 22nd Floor New York, NY 10010 Telephone: (212) 849-7000 Facsimile: (212) 849-7100 | Amanda Bonn (CA Bar No. 270891) abonn@susmangodfrey.com SUSMAN GODFREY L.L.P. 1900 Avenue of the Stars, Suite 1400 Los Angeles, CA 90067 Tel: (310) 789-3100 |
| Josef Ansorge (admitted *pro hac vice*) | |

| | | |
|---|---|---|
| 1 | josefansorge@quinnemanuel.com<br>1300 I Street NW, Suite 900 | John A. Yanchunis (*pro hac vice*)<br>jyanchunis@forthepeople.com |
| 2 | Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com | Ryan J. McGee (*pro hac vice*)<br>rmcgee@forthepeople.com |
| 3 | Xi ("Tracy") Gao (CA Bar No. 326266)<br>tracygao@quinnemanuel.com | MORGAN & MORGAN, P.A.<br>201 N Franklin Street, 7th Floor |
| 4 | Washington D.C., 20005<br>Tel: (202) 538-8000 | Tampa, FL 33602<br>Tel: (813) 223-5505 |
| 5 | Fax: (202) 538-8100 | Fax: (813) 222-4736 |
| 6 | Jonathan Tse (CA Bar No. 305468) | Michael F. Ram (CA Bar No. 104805)<br>mram@forthepeople.com |
| 7 | jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor | MORGAN & MORGAN, P.A.<br>711 Van Ness Avenue, Suite 500 |
| 8 | San Francisco, CA 94111<br>Tel: (415) 875-6600 | San Francisco, CA 94102<br>Tel: (415) 358-6913 |
| 9 | Fax: (415) 875-6700 | |
| 10 | *Attorneys for Defendant Google LLC* | *Attorneys for Plaintiffs* |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOOGLE TO SUBMIT DECLARATIONS IN SUPPORT OF PLAINTIFFS' AUGUST 19 AND 23, 2022 ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER PORTIONS OF PLAINTIFFS' FILINGS SHOULD BE SEALED (DKTS. 698, 699, 702, 704). Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document

Dated: August 25, 2022        By        */s/ Andrew H. Schapiro*
                                        Andrew H. Schapiro
                                        *Counsel on behalf of Google*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The deadline for Google to submit a Declaration in support of Plaintiffs' Administrative Motions to Consider Whether Portions of Plaintiffs' August 19, 2022 Filings Should Be Sealed (Dkts. 698, 699), shall be extended to September 9, 2022.

The deadline for Google to submit a Declaration in support of Plaintiffs' Administrative Motions to Consider Whether Portions of Plaintiffs' August 23, 2022 Filings Should Be Sealed (Dkts. 702, 704), shall be extended to September 13, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____          _____
                                        HON. YVONNE GONZALEZ ROGERS
                                        United States District Judge