# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

## CIVIL MINUTES

**Date:** August 26, 2022  **Time:** 8:30 – 10:17  **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 20-cv-05146-YGR  **Case Name:** Calhoun et al. v. Google LLC

**Attorneys for Plaintiff:** Jay Barnes, Lesley Weaver, Adam Prom, Corban Rhodes, Angelica Ornelas, An Truong, Jennifer Paulson, Durian Vera
**Attorneys for Defendant:** Andrew Schapiro, Viola Trebicka, Stephen Broome, Aly Olson, Joseph Margolies
**Attorney for Plaintiff in 20-cv-3664 Brown et all v. Google, LLC:** Mark C. Mao

**Deputy Clerk:** Aris Garcia              **Reported by:** Pamela Hebel

## PROCEEDINGS

[340] MOTION to Certify Class/[395]MOTION for Summary Judgment ON GOOGLES FIRST AFFIRMATIVE DEFENSE OF CONSENT – HELD and Submitted.

The Court Ordered parties not to reveal any underseal items during the hearing.

Parties shall meet and confer in 20-cv-3664 Brown et all v. Google, LLC regarding a day to set hearing on all pending motions.

**Order to be prepared by:**
( )   Plaintiff         ( )   Defendant         (x)   Court