# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO FILE SUPPLEMENTAL BRIEFING ON ISSUE OF REMEDIES** |

Having considered Plaintiffs' August 30, 2022 Motion to File Supplemental Briefing, the Court hereby **GRANTS** the motion rules as follows:  No later than 5:00pm PT on Friday, September 2, 2022, or 5:00pm PT on the first business day following the date of this order (if later), the parties shall file separate supplemental briefs, not to exceed ten (10) double-spaced pages each, addressing whether and to what extent restitution and/or disgorgement of unjust enrichment are available remedies for any claim in Plaintiffs' complaint, excluding those claims that the Court has already dismissed.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE