| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Susan van Keulen, USMJ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

**[PROPOSED] ORDER**

Before the Court is Google LLC's Administrative Motion Re: Sealing Portions of the August 4, 2022 Hearing Transcript ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document | Text To Be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| August 4, 2022 Hearing Transcript | GRANTED as to the portions at:<br><br>Pages 6:16, 13:24, 16:1, 16:24, 17:4, 18:2-5, 18:25, 19:3-4, 22:2, 22:10-11, 24:7, 26:4, 26:24-25, 28:24-25, 29:1, 29:10-11, 29:15, 29:18, 29:25, 30:1, 30:7, 30:12, 30:21, 34:11-12, 34:18, 35:16, 35:19, 37:2-3, 37:10, 38:7, 38:12-13, 39:13, 39:17, 39:20, 39:24, 40:3-4, 40:20, 40:23, 41:1, 41:11, 41:14, 41:18-19, 42:1, 42:6-7, 42:9, 42:17, 43:3, 43:11, 43:15, 43:18, 43:21, 43:23-25, 44:5-6, 44:8-9, 44:18, 44:25, 45:5, 45:17-20, 45:22, 45:25, 46:2, 46:18, 47:1, 47:11, 47:15, 48:9, 48:20-21, 51:2, 53:15, 54:5, 54:8-9, 57:11, 62:19, 63:6, 63:9, 64:7-8, 64:23-24, 65:14-15, 66:8-9, 66:19, 67:7, 67:18, 67:21, 67:25, 68:5, 68:14, 71:14, 73:6, 74:6, 74:18, 75:4-7, 75:13, 75:15, 76:13-14, 76:25, 77:10-11, 77:14, | The information requested to be sealed contains Google's highly confidential and proprietary information regarding highly sensitive features of Google's internal systems and operations, including details related to Google's internal projects, internal databases, data signals, and logs, and their proprietary functionalities, data size, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its important services, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

| | |
|---|---|
| 77:18, 77:22-23, 77:25, 78:3-5, 78:7, 78:10, 78:12, 78:17,, 78:21-22, 78:25, 79:1, 79:3, 79:6, 79:8, 79:10, 79:13, 79:16, 80:12, 81:7, 81:19, 81:25, 82:1, 82:3, 82:10, 82:13-14, 83:1, 84:22, 84:24, 85:6-7, 85:11, 85:12-13, 86:1, 86:2, 86:5, 86:18, 87:13-14, 87:23-24, 88:9, 88:19, 89:6, 89:17, 89:20, 89:23, 91:4, 91:8, 91:23, 92:20, 92:25, 93:3, 93:13, 94:4, 94:7-9, 94:10, 94:13-14, 94:19, 94:24, 97:14, 97:20-21, 97:25, 98:2, 98:9, 98:19-20, 99:1, 99:7, 99:9, 99:12, 99:14, 99:20, 100:2, 100:4, 100:10, 101:21, 103:24, 105:11 | |

**SO ORDERED**.

DATED:_____

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE