UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 20-cv-05146-YGR   (SVK)<br><br>**REDACTION ORDER**<br><br>Re: Dkt. No. 862 |

The Court's September 8, 2022 Order on Plaintiffs' Motion for Sanctions for Discovery Misconduct (Dkt. 862) has been provisionally filed seal. The Parties are ordered to meet and confer and submit joint proposed redactions to the Order, an administrative motion for leave to file under seal, and a proposed order by **September 19, 2022**. If no proposed redactions are received by 11:59 p.m. on September 19, 2022, the Court will unseal the Order in its entirety.

**SO ORDERED.**

Dated: September 8, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge