| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** <br> Lesley Weaver (Cal. Bar No. 191305) <br> Angelica M. Ornelas (Cal. Bar No. 285929) <br> Joshua D. Samra (Cal. Bar No. 313050) <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> *lweaver@bfalaw.com* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> Andrew H. Schapiro (admitted *pro hac vice*) <br> *andrewschapiro@quinnemanuel.com* <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Tel: (312) 705-7400 <br> Fax: (312) 705-7401 |
| **DiCELLO LEVITT LLC** <br> David A. Straite (admitted *pro hac vice*) <br> 60 East 42nd Street, Suite 2400 <br> New York, New York 10165 <br> Tel.: (646) 933-1000 <br> *dstraite@dicellolevitt.com* <br><br> Amy E. Keller (admitted *pro hac vice*) <br> Adam Prom (admitted *pro hac vice*) <br> Ten North Dearborn Street, 6th Fl. <br> Chicago, Illinois 60602 <br> Tel.: (312) 214-7900 <br> *akeller@dicellolevitt.com* | Stephen A. Broome (CA Bar No. 314605) <br> *stephenbroome@quinnemanuel.com* <br> Viola Trebicka (CA Bar No. 269526) <br> *violatrebicka@quinnemanuel.com* <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> Tel: (213) 443-3000 <br> Fax: (213) 443-3100 |
| **SIMMONS HANLY CONROY LLC** <br> Jason 'Jay' Barnes (admitted *pro hac vice*) <br> An Truong (admitted *pro hac vice*) <br> 112 Madison Avenue, 7th Floor <br> New York, NY 10016 <br> Tel.: (212) 784-6400 <br> Fax: (212) 213-5949 <br> *jaybarnes@simmonsfirm.com* <br><br> *Counsel for Plaintiffs* | Jomaire Crawford (admitted *pro hac vice*) <br> *jomairecrawford@quinnemanuel.com* <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone: (212) 849-7000 <br> Facsimile: (212) 849-7100 <br><br> *Counsel for Defendant; additional counsel listed in signature blocks below* |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:20-cv-5146-YGR-SVK <br><br> **JOINT STATEMENT PURSUANT TO COURT ORDER RE EVIDENTIARY HEARING (DKT. NO. 858)** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

Plaintiffs and Defendant Google LLC (together, the "Parties"), by and through undersigned counsel, respectfully submit this Joint Statement in response to the Court's September 1, 2022 "Order re Evidentiary Hearing," Dkt. No. 858.

## I. Witnesses

    A. Google intends to call the following witnesses[1]:

        1. <u>Google employees and former employees</u>: Greg Fair, Dr. Adriana Porter-Felt, Dr. Glenn Berntson, and Steve Ganem.

        2. <u>Experts</u>: Dr. Georgios Zervas

    B. Plaintiffs intend to call the following witnesses:

        1. <u>Google employees and former employees</u>: Greg Fair, Sam Heft-Luthy, AbdelKarim Mardini, Jochen Eisenger, Michael Kleber, Sabine Borsay.[2] Plaintiffs also expect to call one Google records custodian.[3]

        2. <u>Experts</u>: Dr. Zubair Shafiq, Richard Smith, Dr. Joseph Turow, Dr. Yiling Chen (Google's expert), and Dr. Georgios Zervas (Google's expert).

        3. <u>Plaintiffs</u>: Dr. Corinice Wilson and Dr. Claudia Kindler

## II. Conflicts During the Week of October 24, 2022

Two of the three lead attorneys for Plaintiffs (David Straite and Jay Barnes) are scheduled to appear before the Hon. Edward J. Davila in San Jose on Thursday, October 27, 2022, for a hearing on the motion for final settlement approval in *In re: Facebook Internet Tracking Litig.*, 5:12-MD-2314. In addition, several expert witnesses have conflicts on the other days that week. The parties continue to confer in good faith to try to remove one or more expert conflicts, and we jointly request permission to update the Court next week on progress.

---

[1] Google reserves the right to call additional or rebuttal witnesses once the scope of Plaintiffs' witness testimony (if permitted by the Court) is revealed.

[2] Plaintiffs identify Google employees Sam Heft-Luthy, AbdelKarim Mardini, Jochen Eisenger, Michael Kleber, and Sabine Borsay only in the event that prior deposition testimony may only be admitted through live testimony. The parties continue to meet and confer regarding the nature of any deposition designations and the appropriateness of their use at the hearing.

[3] The parties continue to meet and confer regarding admissibility of documents produced by Google in discovery and whether there will ultimately be a need for a records custodian at the hearing.

1  Dated: September 8, 2022

| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| By:  /s/ Lesley Weaver  <br>Lesley Weaver (Cal. Bar No. 191305)  <br>Angelica M. Ornelas (Cal. Bar No. 285929)  <br>Joshua D. Samra (Cal. Bar No. 313050)  <br>555 12th Street, Suite 1600  <br>Oakland, CA 94607  <br>Tel.: (415) 445-4003  <br>Fax: (415) 445-4020  <br>*lweaver@bfalaw.com*  <br>*aornelas@bfalaw.com*  <br>*jsamra@bfalaw.com* | By:  /s/ Andrew H. Schapiro  <br>Stephen A. Broome (CA Bar No. 314605)  <br>*stephenbroome@quinnemanuel.com*  <br>Viola Trebicka (CA Bar No. 269526)  <br>*violatrebicka@quinnemanuel.com*  <br>Crystal Nix-Hines (CA Bar No. 326971)  <br>*crystalnixhines@quinnemanuel.com*  <br>Alyssa G. Olson (CA Bar No. 305705)  <br>*alyolson@quinnemanuel.com*  <br>865 S. Figueroa Street, 10th Floor  <br>Los Angeles, CA 90017  <br>Tel: (213) 443-3000  <br>Fax: (213) 443-3100 |
| **DiCELLO LEVITT LLC**  <br>By:  /s/  David A. Straite  <br>David A. Straite (admitted *pro hac vice*)  <br>Corban Rhodes (admitted *pro hac vice*)  <br>One Grand Central Place  <br>60 East 42nd Street, Suite 2400  <br>New York, New York 10165  <br>Tel.: (646) 933-1000  <br>*dstraite@dicellolevitt.com*  <br>*crhodes@dicellolevitt.com*  <br><br>Amy E. Keller (admitted *pro hac vice*)  <br>Adam Prom (admitted *pro hac vice*)  <br>Sharon Cruz (admitted *pro hac vice*)  <br>  Ten North Dearborn St., Sixth Floor  <br>  Chicago, IL 60602  <br>  Tel.: (312) 214-7900  <br>  *akeller@dicellolevitt.com*  <br>  *aprom@dicellolevitt.com* | Andrew H. Schapiro (admitted *pro hac vice*)  <br>*andrewschapiro@quinnemanuel.com*  <br>Teuta Fani (admitted *pro hac vice*)  <br>*teutafani@quinnemanuel.com*  <br>Joseph H. Margolies (admitted *pro hac vice*)  <br>*josephmargolies@quinnemanuel.com*  <br>191 N. Wacker Drive, Suite 2700  <br>Chicago, IL 60606  <br>Tel: (312) 705-7400  <br>Fax: (312) 705-7401  <br><br>Jomaire Crawford (admitted *pro hac vice*)  <br>*jomairecrawford@quinnemanuel.com*  <br>51 Madison Avenue, 22nd Floor  <br>New York, NY 10010  <br>Tel: (212) 849-7000  <br>Fax: (212) 849-7100 |
| **SIMMONS HANLY CONROY LLC**  <br>By:  /s/ Jason 'Jay' Barnes  <br>Jason 'Jay' Barnes (admitted *pro hac vice*)  <br>An Truong (admitted *pro hac vice*)  <br>Eric Johnson (admitted *pro hac vice*)  <br>112 Madison Avenue, 7th Floor  <br>New York, NY 10016  <br>Tel.: (212) 784-6400  <br>Fax: (212) 213-5949  <br>*jaybarnes@simmonsfirm.com*  <br>*atruong@simmonsfirm.com*  <br>*ejohnson@simmonsfirm.com* | Josef Ansorge (admitted *pro hac vice*)  <br>*josefansorge@quinnemanuel.com*  <br>Xi ("Tracy") Gao (CA Bar No. 326266)  <br>*tracygao@quinnemanuel.com*  <br>Carl Spilly (admitted *pro hac vice*)  <br>*carlspilly@quinnemanuel.com*  <br>1300 I Street NW, Suite 900  <br>Washington D.C., 20005  <br>Tel: (202) 538-8000  <br>Fax: (202) 538-8100 |

| | |
|---|---|
| | Diane M. Doolittle (CA Bar No. 142046) |
| | *dianedoolittle@quinnemanuel.com* |
| | Sara Jenkins (CA Bar No. 230097) |
| | *sarajenkins@quinnemanuel.com* |
| | 555 Twin Dolphin Drive, 5th Floor |
| | Redwood Shores, CA 94065 |
| | Telephone: (650) 801-5000 |
| | Facsimile: (650) 801-5100 |
| | |
| | Jonathan Tse (CA Bar No. 305468) |
| | *jonathantse@quinnemanuel.com* |
| | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 |
| | Tel: (415) 875-6600 |
| | Fax: (415) 875-6700 |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Alyssa G. Olson, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of September, 2022, at Culver City, California.

*/s/ Alyssa G. Olson*
Alyssa G. Olson