<div style="margin-left:2em">

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

</div>

| | |
|---|---|
| **PATRICK CALHOUN, ET AL.** <br> Plaintiffs, <br> v. <br> **GOOGLE, LLC**, <br> Defendant. | CASE NO. 20-cv-5146-YGR <br><br> **ORDER RE PENDING ADMINISTRATIVE MOTIONS AND STIPULATIONS** <br><br> Re: Dkt. Nos. 358, 433, 440, and 450 |

Pending before the Court are the following motions and/or stipulations: (1) Google's Administrative Motion to File Under Seal Supporting Declaration to Google LLC's Opposition to Plaintiffs' Motion to Shorten Time for Briefing (Dkt. No. 433); (2) Joint Stipulation to Extend Time to Respond to Google's Administrative Motion to Seal (Dkt. No. 440); (3) Plaintiffs' Administrative Motion to File Under Seal Plaintiffs' Motion for Relief from Case Management Schedule (Dkt. No. 450); and (4) Google's Motion to Remove Incorrectly Filed Documents (Dkt. No. 358).

Having found that Judge Koh previously denied plaintiffs' motion to shorten time for briefing and motion for relief from case management schedule as moot, *see* docket. Nos. 446 and 464, the Court hereby **GRANTS** the related administrative motions to seal at Dkt. Nos. 433 and 450.

The Court **GRANTS** the parties' stipulation at Docket No. 440, *nunc pro tunc*, to extend plaintiff's time to respond to Google's administrative motion to seal.

The Court **DENIES** Google's Motion to Remove Incorrectly Filed Documents at Docket Numbers 339-17, 339-19, 340-18, 340-19, and 340-21. The documents are sealed and cannot be accessed by the public. Thus, no further relief is necessary.

This Order terminates Docket Numbers 358, 433, 440, and 450.

**IT IS SO ORDERED.**

Dated: September 15, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**