**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

**DiCELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
60 East 42nd Street, Suite 2400
New York, New York 10165
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Counsel for Defendant; additional counsel listed in signature blocks below*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**JOINT STATUS REPORT PURSUANT TO ORDER RE EVIDENTIARY HEARING (DKT. NO. 865)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Plaintiffs and Defendant Google LLC (together, the "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in response to the September 13, 2022 "Clerk's Notice Setting Compliance Deadline," instructing the Parties to "file an updated status report with the parties and witnesses availability for an evidentiary hearing during the week of October 31, 2022," Dkt. No. 865.

## I.   Availability During the Week of October 31, 2022

The Parties have met and conferred and regrettably there are no dates during the week of October 31, 2022 on which the Parties' respective counsel and witnesses all are available. Plaintiffs and their witnesses are available only Friday, November 4, and Google and its U.S.-based witnesses[1] are available only on Wednesday, November 2.

In the event the Court is able to conduct the hearing in either the prior or the subsequent weeks, the Parties have determined that they and their witnesses are available on October 24, 2022 and November 14, 2022.

## II.   Logistics: Request for Status Conference

The Parties agree that there are several issues relating to the evidentiary hearing on which it would be helpful to have the Court's guidance, including, but not limited to, the Court's intended hearing format and structure (*e.g.*, hearing length, number of witnesses, topics of testimony, time for opening/closings) and procedures for admitting evidence.  The Parties believe that clarity on these and several other issues in advance would aid the Parties' preparation and ability to streamline their presentations at the hearing.

The Parties respectfully request a status conference the week of September 19, 2022 or as soon thereafter as is convenient for the Court to resolve these issues.  The Parties are prepared to provide the Court with a joint statement detailing their respective positions in advance of the status conference if desired.

---

[1] Of the Google employees and former employees on Plaintiffs' witness list, three are based in Europe (AbdelKarim Mardini, Jochen Eisenger, and Sabine Borsay).

Dated: September 15, 2022

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: /s/ Lesley Weaver<br>Lesley Weaver (Cal. Bar No. 191305)<br>Angelica M. Ornelas (Cal. Bar No. 285929)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>aornelas@bfalaw.com<br>jsamra@bfalaw.com | By: /s/ Stephen A. Broome<br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>Crystal Nix-Hines (CA Bar No. 326971)<br>crystalnixhines@quinnemanuel.com<br>Alyssa G. Olson (CA Bar No. 305705)<br>alyolson@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100 |
| **DiCELLO LEVITT LLC**<br><br>By: /s/ David A. Straite<br>David A. Straite (admitted *pro hac vice*)<br>Corban Rhodes (admitted *pro hac vice*)<br>One Grand Central Place<br>60 East 42nd Street, Suite 2400<br>New York, New York 10165<br>Tel.: (646) 933-1000<br>dstraite@dicellolevitt.com<br>crhodes@dicellolevitt.com<br><br>Amy E. Keller (admitted *pro hac vice*)<br>Adam Prom (admitted *pro hac vice*)<br>Sharon Cruz (admitted *pro hac vice*)<br>  Ten North Dearborn St., Sixth Floor<br>  Chicago, IL 60602<br>  Tel.: (312) 214-7900<br>  akeller@dicellolevitt.com<br>  aprom@dicellolevitt.com | Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>Teuta Fani (admitted *pro hac vice*)<br>teutafani@quinnemanuel.com<br>Joseph H. Margolies (admitted *pro hac vice*)<br>josephmargolies@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Jomaire Crawford (admitted *pro hac vice*)<br>jomairecrawford@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100 |
| **SIMMONS HANLY CONROY LLC**<br><br>By: /s/ Jason 'Jay' Barnes<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Eric Johnson (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>jaybarnes@simmonsfirm.com<br>atruong@simmonsfirm.com<br>ejohnson@simmonsfirm.com | Josef Ansorge (admitted *pro hac vice*)<br>josefansorge@quinnemanuel.com<br>Xi ("Tracy") Gao (CA Bar No. 326266)<br>tracygao@quinnemanuel.com<br>Carl Spilly (admitted *pro hac vice*)<br>carlspilly@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Washington D.C., 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100 |

|   |   |
|---|---|
|   | Diane M. Doolittle (CA Bar No. 142046)  <br>*dianedoolittle@quinnemanuel.com*  <br>Sara Jenkins (CA Bar No. 230097)  <br>*sarajenkins@quinnemanuel.com*  <br>555 Twin Dolphin Drive, 5th Floor  <br>Redwood Shores, CA 94065  <br>Telephone: (650) 801-5000  <br>Facsimile: (650) 801-5100  <br><br>Jonathan Tse (CA Bar No. 305468)  <br>*jonathantse@quinnemanuel.com*  <br>50 California Street, 22nd Floor  <br>San Francisco, CA 94111  <br>Tel: (415) 875-6600  <br>Fax: (415) 875-6700 |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

-3-

Case No. 4:20-cv-5146-YGR-SVK
JOINT STATUS REPORT PURSUANT TO
DKT. NO. 865

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Alyssa G. Olson, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of September, 2022, at Culver City, California

*/s/ Alyssa G. Olson*
Alyssa G. Olson