**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted pro hac vice)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted pro hac vice)
teutafani@quinnemanuel.com
Joseph Margolies (admitted pro hac vice)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted pro hac vice)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted pro hac vice)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted pro hac vice)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 5:20-cv-05146-LHK-SVK <br><br> **DECLARATION OF CARL SPILLY IN SUPPORT OF THE JOINT SUBMISSION REGARDING PLAINTIFFS' MOTION FOR SANCTIONS FOR DISCOVERY MISCONDUCT, PURSUANT TO DKT. 863.** |

I, Carl Spilly, declare as follows:

1. I am a member of the bar of the State of Maryland and Washington, DC, and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rule 79-5, I submit this declaration in support of the parties' Joint Submission in Response to Dkt. 863 re: Sealing Portions of the September 8, 2022 Order on Plaintiffs' Motion for Sanctions for Discovery Misconduct ("Order"). In making this request, Google has carefully considered the relevant legal standard and policy considerations outlined in Civil Local Rule 79-5. Google makes this request with the good faith belief that the information sought to be sealed consists of Google's confidential information and that public disclosure could cause competitive harm.

3. Google respectfully requests that the Court seal the redacted portions of the September 8, 2022 Order.

4. The information requested to be sealed contains non-public, sensitive confidential business information related to Google's internal technological systems that could affect Google's competitive standing and may expose Google to increased security risks if publicly disclosed, including internal identifiers, projects, and data structures, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors.

5. Such confidential information reveals Google's internal systems and operations and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 81 at 2.

6. Public disclosure of such confidential information could affect Google's competitive standing as competitors may alter their system designs and practices relating to competing products, time strategic litigation, or otherwise unfairly compete with Google.

7. On September 19, 2022, the parties conferred on the proposed redactions to the Order. Plaintiffs do not oppose the proposed redactions, except for with respect to (1) Google's sealing of the internal project name at pages 12:21, 12:27-28, 13:2 and Appendix A pages i:16, 2:24,

1  31:1, 31:19, 31:22, 32:12, 32:15-18, 32:20, 32:23, 32:25, 32:27, 33:3-4, 33:8, 33:11, 33:14, 33:24,
2  33:27, 34:5-8, 34:11-14, 34:17-21, 35:8, 38:9, 38:15, 38:19-20, 38:24-25, 38:28, 39:4, 39:7, 39:13,
3  30:24, 39:26-28, 40:4, 40:8, 43:4, 45:5, 45:28, 46:5-8, 46:18, 46:24, 47:2, 47:7, 47:9, 47:11, 49:14
4  and (2) Google's sealing of the number of documents identified in Appendix A, at pages 32:23,
5  33:11, 33:27, and also the number of people interviewed, at page 39:10.  Furthermore, Plaintiffs'
6  proposed an additional redaction at page 20:20, which Google does not oppose.

   8.    For the reasons discussed in the Joint Submission, Google respectfully requests that the Court order the identified portions of the Order to be sealed.

   I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Washington, DC on September 19, 2022.

DATED:    September 19, 2022          QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                      By   /s/ Carl Spilly
                                           Carl Spilly

                                      *Attorney for Defendant*