1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

PATRICK CALHOUN, *et al*., on behalf of
themselves and all others similarly situated,

      Plaintiffs,

      v.

GOOGLE LLC,

      Defendant.

Case No. 4:20-cv-5146-YGR-SVK

**[GOOGLE'S PROPOSED] ORDER
GRANTING ADMINISTRATIVE
MOTION TO FILE UNDER SEAL**

Referral: Hon. Susan van Keulen, USMJ

**[PROPOSED] ORDER**

Before the Court is the Joint Submission regarding sealing portions of The Court's September 8, 2022 Order on Plaintiffs' Motions for Sanctions for Discovery Misconduct (Dkt. 862).

Having considered the Joint Submission, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document | Text to be Sealed | Basis for Sealing Portion of document |
|---|---|---|
| September 8, 2002 Order on Plaintiffs' Motion for Sanctions for Discovery Misconduct | GRANTED as to the portions at:<br><br>Pages 3:16, 3:18, 3:22, 4:20, 5:12-13, 5:20-23, 6:3, 9:12, 11:10, 12:21, 12:27-28, 13:2,<br><br>Appendix A<br><br>Pages: i:16, 2:24, 3:22, 3:26, 3:28, 5:2, 5:9-11, 5:14, 5:16-26, 6:1-4, 7:7, 7:12-14, 8:4, 8:6, 8:9, 8:11, 9:16, 9:18-19, 12:6, 12:10, 12:12-13, 12:17, 12:19, 12:21, 12:23, 13:4-5, 13:18-19, 13:24, 14:6-8, 14:20, 14:22, 15:2, 15:4, 15:13, 16:8, 16:12-18, 16:20-23, 16:25, 16:27, 17:1, 17:8, 20:20, 21:27, 22:1, 25:10, 26:20, 26:22, 26:26, 26:28, 27:2, 29:13, 31:1, 31:19, 31:22, 32:12, 32:15-18, 32:20, 32:23, 32:25, 32:27, 33:3-4, 33:8, 33:11, 33:14, 33:24, 33:27, 34:5-8, 34:11-14, 34:17-21, 35:8, 38:9, 38:15, 38:19-20, 38:24-25, 38:28, 39:4, 39:7, 39:10, 39:13, 39:24, 39:26-28, 40:4, 40:8, 43:4, 45:5, 45:28, 46:5-8, 46:18, 46:24, 47:2, 47:7, 47:9, 47:11, 49:14 | The information requested to be sealed contains non-public, sensitive confidential business information related to Google's internal technological systems that could affect Google's competitive standing and may expose Google to increased security risks if publicly disclosed, including various types of Google's internal projects, data signals, and logs, and their proprietary functionalities, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential information reveals Google's internal systems and operations and falls within the protected scope of the Protective Order entered in this action. See Dkt. 81 at 2. Public disclosure of such confidential information could affect Google's competitive standing as competitors may alter their system designs and practices relating to competing products, time strategic litigation, or otherwise unfairly compete with Google.<br><br>With respect to the Named Plaintiff web browsing information revealed on page 20 of Exhibit A, the Court seals that material for the same reasons articulated in its order of August 4, 2020, Dkt. No. 21. |

**SO ORDERED.**

1   DATED: _____    _____
                                      THE HONORABLE SUSAN VAN KEULEN
2                                     United States Magistrate Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28