# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** September 20, 2022　　**Time:** 10:00 a.m. – 10:49 a.m.　　**Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 20-cv-05146-YGR　　**Case Name:** Calhoun v. Google LLC

**Attorneys for Plaintiffs:** Jay Barnes, Lesley Weaver, David Straite, An Truong
**Attorneys for Defendant:** Andrew Schapiro, Viola Trebicka, Aly Olson, Stephen Broome.

**Deputy Clerk:** Aris Garcia　　**Reported by:** Pamela Hebel

## PROCEEDINGS

Status Conference - HELD via Zoom held.

Evidentiary Hearing set for 10/24/2022 at 8:30 a.m.

European based witnesses allowed to testify via Zoom.

Exhibit lists exchanged and outline of witness testimony and opinions by 10/5/2022.

Supplementals and response re outline of witness testimony and opinions due by 10/12/2022.

Hard copies in binders no bigger than 3 inches delivered to the Court by 10/19/2022.

Parties shall submit a proposed Order re: evidentiary hearing due by 9/21/2022.

**Order to be prepared by:**
( )　　Plaintiff　　　　( )　　Defendant　　　　( )　　Court