UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>[PROPOSED] ORDER GRANTING MOTION TO SEAL<br>Re: Dkt. 851<br>Judge: Hon. Susan van Keulen, USMJ |

# [PROPOSED] ORDER

Before the Court is Google LLC's Administrative Motion to Seal portions of Google LLC's Notice Regarding the August 4 Hearing and Steps Taken to Ensure Compliance with the Preservation Orders ("Notice"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document | Text To Be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Google LLC's Notice Regarding the August 4 Hearing and Steps Taken to Ensure Compliance with the Preservation Orders | GRANTED as to the portions at:<br><br>Pages 2:4, 2:7, 2:9-10, 2:21-24, 2:26-27, 3:1, 3:3, 3:9, 3:13, 3:16, 3:23-26, 3:28 | The information requested to be sealed contains Google's ~~highly~~ confidential and proprietary information regarding ~~highly~~ sensitive features of Google's internal systems and operations, including various types of Google's internal logs, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its ~~important~~ services~~, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3~~. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Declaration of Glenn Berntson Regarding Google Data Sources Discussed at August 4, 2022 Hearing | GRANTED as to the portions at:<br><br>Pages 1:26-27, 2:3, 2:5-6, 2:8-9, 2:11, 2:14-18, 2:20, 2:22-27, 3:4-18, 3:21-23, 3:26, 4:4-8 | The information requested to be sealed contains Google's ~~highly~~ confidential and proprietary information regarding ~~highly~~ sensitive features of Google's internal systems and operations, including various types of Google's internal logs, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and |

| | | proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its ~~important~~ services~~, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3~~. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

**SO ORDERED**.

DATED: September 30, 2022

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE