# EXHIBIT D

| Beg Bates of Document | Comment Number | Comment Author |
|---|---|---|
| GOOG-CABR-04965382 | 1 | Verna Friesen |
| GOOG-CABR-04965382 | 2 | Igor Foox |
| GOOG-CABR-04965382 | 3 | Emil Ochotta |
| GOOG-CABR-04965382 | 4 | Matthew Young-Lai |
| GOOG-CABR-04965382 | 5 | Igor Foox |
| GOOG-CABR-04965382 | 6 | Emil Ochotta |
| GOOG-CABR-04965382 | 7 | George Levitte |
| GOOG-CABR-04965382 | 8 | Igor Foox |
| GOOG-CABR-04965382 | 9 | Matthew Young-Lai |
| GOOG-CABR-04965382 | 10 | Igor Foox |
| GOOG-CABR-04965382 | 11 | Emil Ochotta |
| GOOG-CABR-04965382 | 12 | Igor Foox |
| GOOG-CABR-04965382 | 13 | Matthew Young-Lai |
| GOOG-CABR-04965382 | 14 | Igor Foox |
| GOOG-CABR-04965382 | 15 | Matthew Young-Lai |
| GOOG-CABR-04965382 | 16 | Gang Wang |
| GOOG-CABR-04965382 | 17 | Gang Wang |
| GOOG-CABR-04965382 | 18 | Gang Wang |
| GOOG-CABR-04965382 | 19 | George Levitte |
| GOOG-CABR-04965382 | 20 | Gang Wang |
| GOOG-CABR-04965382 | 21 | Igor Foox |
| GOOG-CABR-04965382 | 22 | Gang Wang |
| GOOG-CABR-04965382 | 23 | Emil Ochotta |
| GOOG-CABR-04965382 | 24 | Sunni Yuen |
| GOOG-CABR-04965382 | 25 | Igor Foox |
| GOOG-CABR-04965382 | 26 | Gang Wang |
| GOOG-CABR-04965382 | 27 | Igor Foox |
| GOOG-CABR-04965382 | 28 | Matthew Young-Lai |
| GOOG-CABR-04965382 | 29 | Igor Foox |
| GOOG-CABR-04965382 | 30 | Sunni Yuen |
| GOOG-CABR-04965382 | 31 | George Levitte |
| GOOG-CABR-04965382 | 32 | Roy Bryant |
| GOOG-CABR-04965382 | 33 | Igor Foox |
| GOOG-CABR-04965382 | 34 | Roy Bryant |
| GOOG-CABR-04965382 | 35 | Igor Foox |
| GOOG-CABR-04965382 | 36 | Igor Foox |
| GOOG-CABR-04965382 | 37 | Sunni Yuen |
| GOOG-CABR-04965382 | 38 | Igor Foox |
| GOOG-CABR-04965382 | 39 | Emil Ochotta |
| GOOG-CABR-04965382 | 40 | Roy Bryant |
| GOOG-CABR-04965382 | 41 | Emil Ochotta |
| GOOG-CABR-04965382 | 42 | Roy Bryant |
| GOOG-CABR-04965382 | 43 | Emil Ochotta |
| GOOG-CABR-04965382 | 44 | Emil Ochotta |
| GOOG-CABR-04965382 | 45 | Emil Ochotta |
| GOOG-CABR-04965382 | 46 | Igor Foox |
| GOOG-CABR-04965382 | 47 | George Levitte |

| | | |
|---|---|---|
| GOOG-CABR-04965382 | 48 | Igor Foox |
| GOOG-CABR-04965382 | 49 | Emil Ochotta |
| GOOG-CABR-04965382 | 50 | Igor Foox |
| GOOG-CABR-04965382 | 51 | Alexandra Goultiaeva |
| GOOG-CABR-04965382 | 52 | Alexandra Goultiaeva |
| GOOG-CABR-04965382 | 53 | Gang Wang |
| GOOG-CABR-04965382 | 54 | Igor Foox |
| GOOG-CABR-04965382 | 55 | Matthew Young-Lai |
| GOOG-CABR-04965382 | 56 | Igor Foox |
| GOOG-CABR-04965382 | 57 | Matthew Young-Lai |
| GOOG-CABR-04965382 | 58 | Igor Foox |
| GOOG-CABR-04965382 | 59 | Matthew Young-Lai |
| GOOG-CABR-04965382 | 60 | Igor Foox |
| GOOG-CABR-04965382 | 61 | Roy Bryant |
| GOOG-CABR-04965382 | 62 | George Levitte |
| GOOG-CABR-04965382 | 63 | Sunni Yuen |
| GOOG-CABR-04965382 | 64 | Gang Wang |
| GOOG-CABR-04965382 | 65 | Igor Foox |
| GOOG-CABR-04965382 | 66 | Sunni Yuen |
| GOOG-CABR-04965382 | 67 | Igor Foox |
| GOOG-CABR-04965382 | 68 | Emil Ochotta |
| GOOG-CABR-04965382 | 69 | Igor Foox |
| GOOG-CABR-04965382 | 70 | Sunni Yuen |
| GOOG-CABR-04965382 | 71 | Igor Foox |
| GOOG-CABR-04965382 | 72 | Sunni Yuen |
| GOOG-CABR-04965382 | 73 | Igor Foox |
| GOOG-CABR-04965382 | 74 | Emil Ochotta |
| GOOG-CABR-04965382 | 75 | Gang Wang |
| GOOG-CABR-04965382 | 76 | Sunni Yuen |
| GOOG-CABR-04965382 | 77 | Igor Foox |
| GOOG-CABR-04965382 | 78 | Sunni Yuen |
| GOOG-CABR-04965382 | 79 | Igor Foox |
| GOOG-CABR-04965382 | 80 | Sunni Yuen |
| GOOG-CABR-04965382 | 81 | Igor Foox |
| GOOG-CABR-04965382 | 82 | Gang Wang |
| GOOG-CABR-04965382 | 83 | Igor Foox |
| GOOG-CABR-04965382 | 84 | Emil Ochotta |
| GOOG-CABR-04965382 | 85 | Igor Foox |