UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No.  20-cv-05146-YGR   (SVK)<br><br>**REDACTION ORDER** |

The Court's ORDER ON JOINT DISCOVERY SUBMISSION RE CLAWBACK DISPUTE (Dkt. 889) has been provisionally filed seal. The Parties are ordered to meet and confer and submit joint proposed redactions to the Order, an administrative motion for leave to file under seal, and a proposed order by **October 21, 2022**. If no proposed redactions are received by 11:59 p.m. on October 21, 2022, the Court will unseal the Order in its entirety.

**SO ORDERED.**

Dated: October 12, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge