# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** October 24, 2022  **Time:** 8:36 – 10:33; 10:46-12:44; 1:30 -3:21; 3:30 – 4:26; 4:30 - 4:46  **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 20-cv-05146-YGR  **Case Name:** Calhoun, et al. v. Google LLC

**Attorneys for Plaintiffs:** Jay Barnes, Lesley Weaver, David Straite, An Truong, Sharon Cruz, Angela Ornelas, Jenny Paulson
**Attorneys for Defendant:** Andrew Schapiro, Viola Trebicka, Aly Olson, Stephen Broome, Dr. Josef T. Ansorge, Jomaire Crawford, Joseph Margolies

**Deputy Clerk:** Aris Garcia  **Reported by:** Raynee Mercado

## PROCEEDINGS

Evidentiary Hearing - HELD

See attached.

The Court Orders that the Parties can Order the Sealed Portions of the transcript.

Parties shall meet and confer and submit an edited version of Plaintiffs' exhibit C-4.

**Order to be prepared by:**
( )   Plaintiff              ( )   Defendant              (x)   Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-05146-YGR
Case Name: Calhoun, et al. v. Google LLC

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Yvonne Gonzalez Rogers | Jay Barnes, Lesley Weaver, David Straite, An Truong, Sharon Cruz, Angela Ornelas, Jenny Paulson | Andrew Schapiro, Viola Trebicka, Aly Olson, Stephen Broome, Dr. Josef T. Ansorge, Jomaire Crawford, Joseph Margolies |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 10/24/2022 | Raynee Mercado | Aris Garcia |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:36 a.m. | | | Case is Called | |
| | | 8:38 a.m. | | | Discussion with Counsel held | |
| | | 8:44 a.m. | | | Defense Counsel Opening Statement | |
| | | 8:50 a.m. | | | Plaintiffs' Counsel Opening Statement | |
| | | 9:01 a.m. | | | Defense Counsel Calls witness Dr. Georgios Zervas for Direct Examination | |
| | | 9:08 a.m. | | | Plaintiffs' Counsel Voir Dire of witness Dr. Zervas | |
| | | 9:12 a.m. | | | Dr. Zervas provides tutorial for the Court | |
| | | 9:30 a.m. | | | Defense Counsel direct examination of witness Dr. Zervas | |
| | | 10:09 a.m. | | | The Court calls Dr. Zubair Shafiq for questioning | |
| | | 10:18 a.m. | | | Plaintiffs' counsel cross-examination of Dr. Zervas | |
| B-41 | | 10:20 a.m. | X | X | Buyside 2020 Operational Plan – June 24, 2019 ***UNDER SEAL*** | P |
| B-153 | | 10:31 a.m. | X | X | Firefox Initial Settings Screen | P |
| | | 10:33 a.m. | | | Recess | |
| | | 10:46 a.m. | | | Plaintiffs' Counsel resumes cross-examination of Dr. Zervas | |
| C-4 | | 10:47 a.m. | X | x | Prof. Zubair Shafiq, with Exhibit 1 – Report, and Errata (Supplemental) ***UNDER SEAL*** | P |
| B-62 | | 10:48 a.m. | X | X | Securing Doubleclick.net – October 22, 2019 | p |
| B-154 | | 11:05 a.m. | X | X | uBlock Origin | P |
| B-155 | | 11:05 a.m. | X | X | Plaintiffs' supplemental demonstratives | P |
| | | 11:33 a.m. | | | Defense Counsel re-direct of witness Dr. Zervas | |
| | | 11:36 a.m. | | | Witness Dr. Zervas is excused | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 11:36 a.m. | | | Defense Counsel calls Dr. Glenn Berntson for direct examination | |
| | | 11:55 a.m. | | | Plaintiffs' Counsel cross-examination of witness Dr. Bernston | |
| B-54 | | 11:58 a.m. | X | X | "Offline Measurement in an Evolving Media Landscape" – July 18, 2019 (at -158–60) | P |
| | | 12:01 p.m. | | | Defense Counsel calls witness Steve Ganem for direct examination | |
| | | 12:12 p.m. | | | Plaintiffs' Counsel cross-examination of witness Ganem | |
| | | 12:19 p.m. | | | Defense Counsel re-direct of witness Ganem | |
| | | 12:19 p.m. | | | Witness Ganem is excused. | |
| | | 12:20 p.m. | | | Defense Counsel calls witness Dr. Adriana Porter Felt for direct examination | |
| | | 12:44 p.m. | | | Recess | |
| | | 1:30 p.m. | | | Plaintiffs' Counsel cross-examination of witness Felt | |
| | | 1:36 p.m. | | | Witness Felt is excused | |
| | | 1:37 p.m. | | | Defense Counsel calls witness Greg Fair for direct examination | |
| | | 1:43 p.m. | | | Plaintiffs' Counsel cross-examination of witness Fair | |
| A-2 | | 1:52 p.m. | X | x | Michael Kleber, Google 30(b)(6) – Excerpts from Deposition Transcript | |
| | | 2:03 p.m. | | | Defense Counsel re-direct of witness Fair | |
| | | 2:04 p.m. | | | Witness Fair is excused | |
| | | 2:04 p.m. | | | Defense Counsel calls Michael Kleber for direct examination | |
| | | 2:25 p.m. | | | Plaintiffs' Counsel cross-examination of witness Kleber | |
| B-17 | | 2:41 p.m. | X | | "Project Dossier" – July 31, 2014 | |
| | | 2:42 p.m. | | | Defense Counsel re-direct of witness Kleber | |
| | | 2:47 p.m. | | | Plaintiffs' Counsel re-cross examination of witness Kleber | |
| | | 2:49 p.m. | | | Witness Kleber is excused | |
| | | 2:50 p.m. | | | Plaintiffs' Counsel calls witness Richard Smith for direct examination | |
| B-149 | | 2:51 p.m. | X | X | Declaration of Richard Smith in support of Plaintiffs' Motion for Class Certification, Dkt. 339-10 | P |
| | | 2:58 p.m. | | | Witness Smith admitted as an expert witness | |
| | | 3:11 p.m. | | | Defense Counsel cross-examination of witness Smith | |
| | | 3:20 p.m. | | | Witness Smith is excused | |
| | | 3:21 p.m. | | | Recess | |
| | | 3:30 p.m. | | | Courtroom is sealed | |
| | | 3:30 p.m. | | | Plaintiffs' Counsel calls witness Dr. Zubair Shafiq | |

|  |  |  |  |  | |
|---|---|---|---|---|---|
|  |  |  |  | for direct examination |  |
|  |  | 3:59 p.m. |  | Discussion with counsel. Witness Bernston is excused. |  |
|  |  | 4:00 p.m. |  | Plaintiffs' Counsel resumes direct examination of witness Dr. Shafiq |  |
|  |  | 4:10 p.m. |  | Defense Counsel cross-examination of witness Dr. Shafiq |  |
|  |  | 4:25 p.m. |  | Plaintiffs' Counsel re-direct examination of witness Dr. Shafiq |  |
|  |  | 4:26 p.m. |  | Witness Dr. Shafiq is excused |  |
|  |  | 4:26 p.m. |  | Recess |  |
|  |  | 4:30 p.m. |  | Defense Counsel closing statement |  |
|  |  | 4:38 p.m. |  | Plaintiffs' Counsel closing statement |  |
|  |  | 4:46 p.m. |  | Court is in recess. Matter taken under submission |  |