# DECLARATION OF PATRICK QUAID ISO GOOGLE LLC'S MOTION FOR RELIEF RE PRESERVATION

# Redacted Version of Document Sought to be Sealed

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 4:20-cv-05146-YGR-SVK |

**DECLARATION OF PATRICK QUAID**

1. I am a Senior Software Engineer employed by Google LLC. I have been employed at Google as an engineer since September 2012. I have been the Technical Lead for ▮ since 2014. In my capacity as Technical Lead, I am ultimately responsible for the design, performance and reliability of ▮. As part of my duties, I am personally aware of how ▮ stores and organizes the data, and the tools available to search and filter the data. I also have access to metrics related to ▮, including statistics related to the volume and size of the data stored. I make this declaration based on personal knowledge and information provided to me by Google colleagues, and if called to testify, I could and would competently testify to such facts.

2. I understand the Court issued preservation orders in the above-captioned case requiring that Google preserve data in the GAIA ▮ and ZWBK ▮ keyspaces. I understand the Court has ordered a daily "sample" preservation of data for 10,000 U.S-based users in GAIA ▮ and ZWBK ▮, a "full ongoing preservation" of specific fields where they appear in ▮ GAIA ▮ columns and ▮ ZWBK ▮ columns, and a one-time snapshot of ZWBK ▮. I understand the deadline for implementing the sampling and field-based preservation pipelines has been extended by the Court to October 28, 2022.

3. ▮ is a large scale key-value database that serves all of Google and stores an enormous amount of data. GAIA ▮ and ZWBK ▮ are a collection of key-value pairs that

-1-                                    Case No. 4:20-cv-05146-YGR-SVK
                                       QUAID DECLARATION

1 are stored as individual records in columns (also called "datatypes"). Each column functions as an
2 independent data source with its own distinct engineering team and data storage protocols. Certain
3 columns are empty and do not store any data; a number of columns only store Google employees'
4 test data. Dozens of different Google teams store data within the ▮ GAIA ▮ columns and ▮
5 ZWBK ▮ columns. Those individual teams manage and control each column's corresponding
6 proto, data retention period, and field naming convention.

7     4. I, along with three other engineers, have overseen a team of six engineers (20% of
8 the entire ▮ team) to design and implement the pipelines required to implement these
9 preservations for the past 12 weeks. The preservation tasks, especially the column-of-interest
10 preservation tasks, have significantly disrupted my and the other ▮ engineers' regular job
11 duties, which are essential to Google's ability to maintain existing systems and develop new
12 business critical products in a timely manner. To date, we have spent more than ▮ hours
13 discussing, designing, scoping, configuring, implementing, testing, optimizing, debugging, and
14 verifying the column-of-interest preservation pipelines, and are still working diligently on
15 optimizing the pipelines.

16     5. The work required to implement the Court's preservation orders requires not only
17 general knowledge of the GAIA ▮ and ZWBK ▮ keyspaces, but also specialized
18 knowledge of tools to access the data at issue in these cases. It would take at least a month to train
19 another experienced Google data engineer, and at least six months to train a new Google engineer,
20 to the point where they are capable of assisting in developing and implementing the Court-ordered
21 preservation pipelines in GAIA ▮ and ZWBK ▮.

22     6. We have successfully designed the aforementioned sampling pipelines in GAIA
23 ▮ and ZWBK ▮, and we expect to complete implementation by the October 28 deadline.
24 Based on test runs that we have completed to date of the sampling pipelines, they will require
25 approximately ▮ of storage per day.

26     7. We are also nearing completion of design and implementation of the preservation of
27 the columns in GAIA ▮ and ZWBK ▮ that contain the fields of interest, but we are
28 encountering significant difficulties due to the raw size of the data. For example, the GAIA

-2-  Case No. 4:20-cv-05146-YGR-SVK
QUAID DECLARATION

1  pipelines, which will have to run every day to capture short-lived data in certain columns, initially
2  took longer than ▇ hours to complete. This would not have been sustainable long-term. Through
3  extensive engineering effort, our team was able to reduce the run time for the daily job below ▇
4  hours for the first time last week.

5       8.      To my knowledge, Google had never attempted this type of preservation. To meet
6  the Court's requirement, we have been working to design and build entirely new pipelines to: (i)
7  extract data from every column that potentially contains one or more of the fields-of-interest; (ii)
8  filter the data to the required fields and by geography (to limit to U.S. users); and (iii) write the
9  filtered data to new storage location for preservation. To date, we have accomplished steps (i) and
10 (iii), but despite engaging in best effort optimizing the pipelines, we have not been able to
11 successfully limit the data capture to only U.S. users or the specific fields of interest identified by
12 the Court.

13      9.      Based on test runs that we have completed to date of the column-of-interest
14 preservation pipelines in GAIA ▇▇▇ and ZWBK ▇▇▇, they will require approximately ▇
15 ▇▇▇ to store existing data and ▇▇▇▇ to store new data written daily into the pipelines.
16 If we can successfully optimize the pipelines to target preservation to just the requested fields and
17 U.S. users, I expect the amount of data to be preserved daily will be less, but still on the order of
18 ▇▇▇▇▇▇ per day.

19      10.     The one-time full snapshot of ZWBK ▇▇▇ has been preserved, and the
20 compressed size is approximately ▇▇▇▇.

21      11.     The ▇▇▇ team is also preserving certain mapping/linking tables. Storing one
22 snapshot of the tables will take approximately ▇▇▇▇, and will grow at the rate of
23 approximately ▇▇▇▇ of storage per day.

24      I declare under penalty of perjury that the foregoing is true and correct.

25      Executed on the 19th day of October 2022 at New York, New York.

26                                                    By:  *Patrick Quaid*
27                                                        Patrick Quaid

28