# DECLARATION OF JOSHUA HALSTEAD ISO GOOGLE LLC'S MOTION FOR RELIEF RE PRESERVATION

# Redacted Version of Document Sought to be Sealed

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:20-cv-03664-YGR-SVK |
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:20-cv-05146-YGR-SVK |

## DECLARATION OF JOSHUA HALSTEAD

1. I am a Software Engineer employed by Google LLC. I have been employed at Google since 2015, and I joined the ■ team at the beginning of this year. Recently, I became the lead of the ■ team. In my capacity as Lead of the ■ team, I am responsible for supporting requests for data from ■. As part of my duties, I am familiar with the tools available at Google to access, search, and store data in ■. I make this declaration based on personal knowledge and information provided to me by Google colleagues, and if called to testify, I could and would competently testify to such facts.

2. I understand the Court issued preservation orders in the above-captioned cases requiring that Google preserve data in GAIA ■, DBL ■, and ZWBK ■, among other data sources. I understand the Court has ordered a daily "sample" preservation of data for 10,000 U.S.-based users in GAIA ■, DBL ■, and ZWBK ■ for the *Calhoun* case, and in GAIA ■ and DBL ■ for the *Brown* case.

1       3.     To comply with the preservation orders, I, along with three other engineers, have spent at least ▇ hours designing, scoping, configuring, implementing, testing, optimizing, debugging, and verifying the data preservation pipelines for GAIA ▇ and DBL ▇. Once fully implemented, those pipelines will require monitoring, maintenance, and debugging, which I estimate will take at least ▇ hours per week.

      4.     As of October 13, 2022, Google is storing approximately ▇ of data in the form of backups of GAIA ▇ and DBL ▇ in order to meet the Court's requirement to store data back to July 30, 2022. Based on our work on the preservation pipelines so far, I anticipate that the pipelines will store approximately ▇ per day, on average.

      5.     We did not implement an ongoing daily sampling pipeline for ZWBK ▇ because it is no longer collecting data. There was no data in ZWBK ▇ as of July 30, 2022.

      6.     We are also preserving four mapping tables that reside in ▇. Storing one snapshot of the tables will take approximately ▇, and will grow at the rate of approximately ▇ /day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 19th day of October 2022 at Mountain View, California.

By: *Joshua Halstead* (DocuSigned by: 6C22618C54504D5)
Joshua Halstead