# DECLARATION OF DANNY TALAVERA ISO GOOGLE LLC'S MOTION FOR RELIEF RE PRESERVATION

# Redacted Version of Document Sought to be Sealed

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK |

**DECLARATION OF DANNY TALAVERA**

1. I am a Software Engineer employed by Google LLC. I have been employed at Google since 2008, and I lead the ▇▇▇▇ Team. In my capacity as lead of the ▇▇▇▇ Team, I am responsible for supporting requests for data from ▇▇▇▇. As part of my duties, I am familiar with the tools available at Google to access, search, and store data in ▇▇▇▇. I make this declaration based on personal knowledge and information provided to me by Google colleagues, and if called to testify, I could and would competently testify to such facts.

2. As of the date of this declaration, the ▇▇▇▇ team has taken two quarterly snapshots of ▇▇▇▇ tables for litigation preservation: ▇▇▇▇ and ▇▇▇▇, which are stored with daily granularity. The first snapshot contains approximately ▇▇▇▇ of data. The second snapshot contains approximately ▇▇▇▇ of data.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 18th day of October 2022 at San Francisco, California.

By: *Danny Talavera*
CAD5A9270015491...
Danny Talavera

-1-

Case No. 4:20-cv-05146-YGR-SVK
TALAVERA DECLARATION