# EXHIBIT 4

# Redacted Version of Document Sought to be Sealed

```
                                        Pages 1 - 201

           UNITED STATES DISTRICT COURT

        NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Susan van Keulen, Magistrate Judge
```

PATRICK CALHOUN, ELAINE CRESPO,   )
CLAUDIA KINDLER, DR. CORINICE     )
WILSON, DR. RODNEY JOHNSON,       )
MICHAEL HENRY, ZACHARY GREEN,     )
and JASON STONE, on behalf of     )
themselves and all others         )
similarly situated,               )
                                  )
                Plaintiffs,       )
                                  )
   VS.                            )   NO. C 20-05146 YGR (SVK)
                                  )
GOOGLE LLC,                       )   **SEALED BY ORDER OF THE COURT**
                                  )
                Defendant.        )
_____)

**TRANSCRIPT SEALED BY ORDER OF THE COURT**

**CERTIFIED COPY**

San Jose, California
Thursday, August 11, 2022

TRANSCRIPT OF SEALED PROCEEDINGS

**APPEARANCES:**

For Plaintiffs:
                    BLEICHMAR, FONTI & AULD LLP
                    555 - 12th Street, Suite 1600
                    Oakland, California 94607
              BY:   **LESLEY E. WEAVER, ATTORNEY AT LAW**
                    **ANGELICA M. ORNELAS, ATTORNEY AT LAW**


           (APPEARANCES CONTINUED ON FOLLOWING PAGE)


REPORTED BY:   Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
               CSR No. 7445, Official U.S. Reporter

```
 1   APPEARANCES:   (CONTINUED)

 2   For Plaintiffs:
                         DiCELLO LEVITT GUTZLER LLC
 3                       One Grand Central Place
                         60 East 42nd Street, Suite 2400
 4                       New York, New York 10165
                     BY: DAVID A. STRAITE, ATTORNEY AT LAW
 5                       CORBAN S. RHODES, ATTORNEY AT LAW

 6                       DiCELLO LEVITT GUTZLER LLC
                         10 North Dearborn Street, Sixth Floor
 7                       Chicago, Illinois 60601
                     BY: SHARON D. CRUZ, ATTORNEY AT LAW
 8

 9                       SIMMONS HANLY CONROY LLC
                         112 Madison Avenue, Seventh Floor
10                       New York, New York 10016
                     BY: JASON "JAY" BARNES, ATTORNEY AT LAW
11                       AN TRUONG, ATTORNEY AT LAW

12                       SIMMONS HANLY CONROY LLC
                         One Court Street
13                       Alton, Illinois 62002
                     BY: JENNIFER M. PAULSON, ATTORNEY AT LAW
14

15   For the Brown Plaintiffs:
                         BOIES SCHILLER FLEXNER LLP
16                       44 Montgomery Street, 41st Floor
                         San Francisco, California 94104
17                   BY: MARK C. MAO, ATTORNEY AT LAW

18   For Defendant:
                         QUINN, EMANUEL, URQUHART & SULLIVAN LLP
19                       191 North Wacker Drive, Suite 2700
                         Chicago, Illinois 60606
20                   BY: ANDREW H. SCHAPIRO, ATTORNEY AT LAW
                         JOSEPH H. MARGOLIES, ATTORNEY AT LAW
21
                         QUINN, EMANUEL, URQUHART & SULLIVAN LLP
22                       51 Madison Avenue, 22nd Floor
                         New York, New York 10010
23                   BY: JOSEF TEBOHO ANSORGE, ATTORNEY AT LAW

24            (APPEARANCES CONTINUED ON FOLLOWING PAGE)

25
```

```
 1   APPEARANCES:   (CONTINUED)

 2   For Defendant:
                             QUINN, EMANUEL, URQUHART & SULLIVAN LLP
 3                           865 South Figueroa Street, Tenth Floor
                             Los Angeles, California 90017
 4                    BY:    STEPHEN A. BROOME, ATTORNEY AT LAW
                             VIOLA TREBICKA, ATTORNEY AT LAW
 5                           ALYSSA "ALY" G. OLSON, ATTORNEY AT LAW

 6

 7   Also Present:           Antoinette "Toni" E. Baker
                             Matt Boles
 8                           Zubair Shafiq, Ph.D.

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**UNDER SEAL BY ORDER OF THE COURT**

1   MR. BARNES: Well, we don't have historical information at
2   issue in the complaint, and we have -- what we do have is not
3   the type of information -- it's not the full search of
4   information. It's not the type of information --
5   THE COURT: I thought you were making a distinction, that
6   three, you had something and three, you had --
7   MR. BARNES: Three, we have something, because I don't
8   want to make a misrepresentation to the Court.
9   THE COURT: I understand.
10  MR. BARNES: We don't have gigabytes. We have less than
11  gigabytes for those three. But I don't want Your Honor to -- I
12  don't want to make a misrepresentation to the Court. Right?
13  We do have some for three. We can talk about what we have.
14  THE COURT: And for the other three?
15  MR. BARNES: For the other three, we have -- we believe we
16  have five pages --
17  THE COURT: Okay.
18  MR. BARNES: -- of PDF.
19  So the second question you asked is: At what juncture
20  should they have been disclosed or produced?
21  So we think the preservation date attached the day Google
22  was served with the complaint. We included -- our case is a
23  little bit differently situated. We included Google account
24  information in our complaint that Google used to preserve basic
25  Google account information.

1   Our complaint also included Biscotti cookie IDs, and it
2   also included Zwieback cookie IDs. In fact, it included more
3   Zwieback-related transmissions than any other type of
4   transmission in the complaint. And we alleged unauthorized
5   transmissions from Chrome to Google.com on non-Google websites
6   than all other unauthorized transmissions combined. That's the
7   Zwieback data for which we have nothing.
8       Now, what Google may come up here and tell you is: Well,
9   we did some Zwieback productions late.
10      Here's what we have. We have some Shafiq data that is
11  encoded. They only did a search for, as best we can tell,
12  ▇▇▇▇ of Zwieback ▇▇▇. We asked for them to be decoded
13  so that they would be understandable to human beings. We had a
14  funny colloquy at a recent conference with Your Honor.
15      And what they did to decode it was they only produced
16  approximately ▇▇▇▇ of the data that was decoded, and we
17  have no idea what happened to the other -- what's the other
18  ▇▇▇ of Zwieback ▇▇▇.
19      You asked -- so, sorry. I'm jumping around. You asked:
20  At what juncture should they have been disclosed or produced?
21      So the first thing is, the preservation obligation
22  attached the moment Google was served with the complaint.
23      When should they have been produced? We --
24      **THE COURT:** Let me just -- as far as attaching at the time
25  of service of the complaint, you made the point that the

```
 1  complaint has a lot of references to Zwieback data.  Okay?
 2  What about the other two?
 3       MR. BARNES:  It also has Biscotti identifiers and,
 4  I believe -- I was less focused on this Your Honor.  I believe
 5  it also has our plaintiffs' Google account, their e-mail
 6  addresses, from which Google can get their -- the number string
 7  that is attached which is called the GAIA ID, that is attached
 8  to their e-mail account.
 9       THE COURT:  Okay.
10       MR. BARNES:  So then the question is:  When should it have
11  been produced?
12       Well, we served RFP 5 on August 30th, 2021.  And the
13  Special Master process demonstrated that it is easy for Google
14  to search and produce data from the data source known as
15  ▓▓▓.  And we think that a full search of ▓▓▓, which was
16  eventually ordered but I don't think really carried out at any
17  point in time, should have been done and that data produced on
18  September 30, 2021.  That's GAIA ▓▓▓, DBL ▓▓▓, and
19  Zwieback ▓▓▓.
20       In addition to that, there are back-end ▓▓▓ logs that,
21  as Your Honor knows, they're GAIA keyed.  And primarily, the
22  logs that they have disclosed are ▓▓▓ logs.  And I'll
23  talk about why that's not sufficient in a moment.  Those are
24  Biscotti keyed.
25       Google created some pipelines in February.
```

```
 1     And we are adjourned.  Thank you.
 2              (Proceedings adjourned at 3:02 p.m.)
 3                          ---oOo---
 4
 5                    CERTIFICATE OF REPORTER
 6        I certify that the foregoing is a correct transcript
 7   from the record of proceedings in the above-entitled matter.
 8
 9   DATE:  Tuesday, August 16, 2022
10
11
12   _____
13        Ana Dub, CSR No. 7445, RDR, RMR, CRR, CCRR, CRG, CCG
                    Official United States Reporter
```