UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br>Re: Dkt. 887<br><br>Referral:  Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Administrative Motion to Seal Joint Submission re Dispute Regarding Clawback Pursuant to Rule 502(d) Stipulation ("Motion"). Having considered the Motion and supporting declaration and papers, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to Be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Joint Submission re Dispute Regarding Clawback Pursuant to Rule 502(d) Stipulation | GRANTED as to redacted portions at:<br><br>2:6-7, 2:11-13, 2:17-18, 3:24-25 | The information requested to be sealed contains descriptions of privileged communications and information protected by the attorney-client privilege and work product doctrines. |
| Exhibit A – GOOG-CABR-04965382 | GRANTED as to redacted portions at:<br><br>Sealed in its Entirety | The information requested to be sealed contains descriptions of privileged communications and information protected by the attorney-client privilege and work product doctrines.<br><br>The information requested to be sealed also contains Google's ~~highly~~ confidential and proprietary information regarding ~~highly~~ sensitive features of Google's internal systems and operations, including various types of Google's internal projects, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its ~~important~~ services~~, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3.~~ Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Exhibit B – GOOG-CABR- | GRANTED as to redacted portions at: | The information requested to be sealed contains Google's ~~highly~~ confidential and proprietary |

| | | | |
|---|---|---|---|
| 1 2 3 4 5 6 7 8 9 10 11 12 13 | 00086795 | Sealed in its Entirety | information regarding ~~highly~~ sensitive features of Google's internal systems and operations, including various types of Google's internal projects and project names, and their proprietary functionalities, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its ~~important~~ services~~, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3.~~ Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 | Exhibit C – GOOG-CALH-00637117 | GRANTED as to redacted portions at: Sealed in its Entirety | The information requested to be sealed contains descriptions of privileged communications and information protected by the attorney-client privilege and work product doctrines.<br><br>The information requested to be sealed also contains Google's ~~highly~~ confidential and proprietary information regarding ~~highly~~ sensitive features of Google's internal systems and operations, including various types of Google's internal projects and project names, and their proprietary functionalities, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its ~~important~~ services~~, and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3.~~ Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors |

|  |  | may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
|--|--|--|

**SO ORDERED.**

DATED: October 28, 2022

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge