1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Diane M. Doolittle (CA Bar No. 142046)        Andrew H. Schapiro (admitted *pro hac vice*)
2  dianedoolittle@quinnemanuel.com               andrewschapiro@quinnemanuel.com
   Sara Jenkins (CA Bar No. 230097)              Teuta Fani (admitted *pro hac vice*)
3  sarajenkins@quinnemanuel.com                  teutafani@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor             191 N. Wacker Drive, Suite 2700
4  Redwood Shores, CA 94065                      Chicago, IL 60606
   Telephone: (650) 801-5000                     Telephone: (312) 705-7400
5  Facsimile: (650) 801-5100                     Facsimile: (312) 705-7401

6  Stephen A. Broome (CA Bar No. 314605)         Josef Ansorge (admitted *pro hac vice*)
   stephenbroome@quinnemanuel.com                josefansorge@quinnemanuel.com
7  Viola Trebicka (CA Bar No. 269526)            Xi ("Tracy") Gao (CA Bar No. 326266)
   violatrebicka@quinnemanuel.com                tracygao@quinnemanuel.com
8  Crystal Nix-Hines (CA Bar No. 326971)         Carl Spilly (admitted *pro hac vice*)
   crystalnixhines@quinnemanuel.com              carlspilly@quinnemanuel.com
9  Alyssa G. Olson (CA Bar No. 305705)           1300 I Street NW, Suite 900
   alyolson@quinnemanuel.com                     Washington D.C., 20005
10 865 S. Figueroa Street, 10th Floor            Telephone: (202) 538-8000
   Los Angeles, CA 90017                         Facsimile: (202) 538-8100
11
   Jomaire Crawford (admitted *pro hac vice*)    Jonathan Tse (CA Bar No. 305468)
12 jomairecrawford@quinnemanuel.com              jonathantse@quinnemanuel.com
   51 Madison Avenue, 22nd Floor                 50 California Street, 22nd Floor
13 New York, NY 10010                            San Francisco, CA 94111
   Telephone: (212) 849-7000                     Telephone: (415) 875-6600
14 Facsimile: (212) 849-7100                     Facsimile: (415) 875-6700

15 *Attorneys for Defendants Google LLC*

16                UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

18

19 PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,

Case No. 4:20-cv-05146-YGR-SVK

20                Plaintiff,

**GOOGLE LLC'S RE-NOTICE OF MOTION FOR RELIEF REGARDING PRESERVATION**

21         vs.

22 GOOGLE LLC,

Referral:      Hon. Susan van Keulen, USMJ
Hearing Date:  December 13, 2022
Time:          10:00 a.m.
Crtrm.:        6 – 4th Floor

23                Defendant.

**RE-NOTICE OF MOTION FOR RELIEF REGARDING PRESERVATION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Google LLC ("Google") hereby re-notices its October 27, 2022 Motion for Relief Regarding Preservation (Dkt. 898), previously noticed for 10:00 am on November 22, 2022, to 10:00 am on December 13, 2022, before the Honorable Susan Van Keulen of the United States District Court, Northern District of California at Courtroom 6 – 4th Floor, 280 South 1st Street, San Jose, California.

DATED:  November 1, 2022            QUINN EMANUEL URQUHART & SULLIVAN, LLP


By:      */s/ Andrew H. Schapiro*
    Andrew H. Schapiro (admitted *pro hac vice*)
    andrewschapiro@quinnemanuel.com
    Teuta Fani (admitted *pro hac vice*)
    teutafani@quinnemanuel.com
    191 N. Wacker Drive, Suite 2700
    Chicago, IL 60606
    Telephone: (312) 705-7400
    Facsimile: (312) 705-7401

    Stephen A. Broome (CA Bar No. 314605)
    stephenbroome@quinnemanuel.com
    Viola Trebicka (CA Bar No. 269526)
    violatrebicka@quinnemanuel.com
    Crystal Nix-Hines (Bar No. 326971)
    crystalnixhines@quinnemanuel.com
    Alyssa G. Olson (CA Bar No. 305705)
    alyolson@quinnemanuel.com
    865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

    Diane M. Doolittle (CA Bar No. 142046)
    dianedoolittle@quinnemanuel.com
    Sara Jenkins (CA Bar No. 230097)
    sarajenkins@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, CA 94065
    Telephone: (650) 801-5000

Facsimile: (650) 801-5100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I. Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant, GOOGLE LLC*