**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO CLARIFY RE: GOOGLE'S MOTION FOR RELIEF (DKT. No. 898)**<br><br>Judge: Hon. Susan van Keulen |

On October 27, 2022, Google filed a "Motion for Relief" from this Court's prior data log preservation orders (the "Motion," Dkt. No. 898). On November 3, 2022, Plaintiffs filed an Administrative Motion seeking to clarify whether Google's Motion is a "motion for reconsideration" governed by Civil L.R. 7-9, including Civil L.R. 7-9(d)'s provision related to the timing of any response. In the alternative, Plaintiffs request a modification to the briefing schedule, which Plaintiffs represent is unopposed by Google.

The Court has reviewed Google's Motion and Plaintiffs' Administrative Motion and hereby **ORDERS AS FOLLOWS**:

1. Google's "Motion for Relief" is properly a motion for reconsideration and governed by Civil Local Rule 7-9, and required leave of Court prior to filing.

2. Plaintiffs need not respond to the Motion unless and until instructed to do so by the Court. The November 10, 2022 response date and November 17, 2022 reply date are hereby VACATED.

3. The noticed hearing date on the Motion (November 22, 2022) and the re-noticed date (December 13, 2022) are hereby VACATED.

[alternative proposed language]:   [The Court has reviewed Google's Motion and Plaintiffs' Administrative Motion and hereby **ORDERS AS FOLLOWS**:]

1. [The briefing schedule on the Motion is hereby changed as follows:]

| Event | Current Due Date | Revised Due Date |
|---|---|---|
| Plaintiffs' Opposition Brief | November 10, 2022 | **November 29, 2022** |
| Google's Reply Brief | November 17, 2022 | **December 13, 2022** |

2. [The Court will hear arguments on the Motion on [   date   ] at [   time   ].]

**IT IS SO ORDERED.**

DATED: _____

HON. SUSAN VAN KEULEN
United States Magistrate Judge