UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 20-cv-05146-YGR   (SVK)<br><br>**ORDER ADOPTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 905 |

The Court is in receipt of Plaintiffs' Administrative Motion at Dkt. 905. The Court declines to rule on whether Google's motion at Dkt. 898 is a motion for reconsideration under Civ. L.R. 7-9. Plaintiffs may assert their arguments on this issue in their opposition to Dkt. 898. Plaintiffs propose a revised briefing schedule regarding Dkt. 898 and represent that it was agreed to by the parties. Dkt. 905-1. Accordingly, the Court adopts the following schedule, as modified: the briefing schedule:

| **Filing/Event** | **Current Deadline/Date** | **Proposed Date** |
|---|---|---|
| Plaintiffs' Opposition | November 10, 2022 | Tuesday, November 29, 2022 |
| Google's Reply | November 17, 2022 | Tuesday, December 13, 2022 |
| Hearing, if necessary | December 13, 2022 | January 10, 2023 |

**SO ORDERED.**

Dated: November 3, 2022

SUSAN VAN KEULEN
United States Magistrate Judge