# EXHIBIT 76

Document Filed Under Seal