# EXHIBIT 77

Document Filed Under Seal