# EXHIBIT 78

Document Filed Under Seal