# EXHIBIT 79

Document Filed Under Seal