**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 994607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
Jenny Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*
*jpaulson@simmonsfirm.com*

**DICELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
485 Lexington Ave., Tenth Floor
New York, NY 10017
Tel.: (646) 933-1000
Fax: (646) 494-9648
*dstraite@dicellolevitt.com*
*crhodes@discellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**DECLARATION OF DAVID STRAITE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO SUPPLEMENT THE RECORD AND FILE A SUR-REPLY**<br><br>Judge:   Hon. Yvonne Gonzalez Rogers |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I, David A. Straite, hereby declare as follows:

1. I am a partner with DiCello Levitt LLC and am admitted *pro hac vice* before this Court. Along with Co-Counsel at Bleichmar Fonti & Auld LLP and Simmons Hanly Conroy LLC, I represent Plaintiffs in the above-captioned lawsuit.

2. I have personal knowledge of the matters stated herein, and they are true and correct to the best of my knowledge.

3. I submit this Declaration in support of Plaintiffs' Administrative Motion for Leave to Supplement the Record and File a Sur-Reply.

4. On November 20, 2022, Google filed its motion for summary judgment. Dkt. 395.

5. On January 10, 2022, Plaintiffs filed their opposition. Dkt. 462.

6. On January 28, 2022, Google filed its reply in support of its motion. Dkt. 475.

7. On March 4, 2022, fact discovery closed in this matter. Dkt. 464.

8. Google continued to produce evidence relevant to its motion for summary judgment.

9. Google continued to produce Named Plaintiff Data, including productions in June 2022 and continuing through October 28, 2022.

10. Google also continued to produced documents related to its ▮▮▮▮▮▮" project, including a production on April 6, 2022.

11. The Parties also, at Google's request and with Court permission, deferred the deposition of the Chrome Product Manager, Sabine Borsay, to June 29 and June 30, 2022, in Zurich Switzerland.

12. On May 24, 2022, Plaintiffs filed a Motion for Sanctions for Google's Discovery Misconduct, including the delay in production of Named Plaintiff Data and ▮▮▮▮ Documents discussed above. Dkt. 670 (the "Sanctions Motion"). The Sanctions Motion did not relate to the delayed deposition of Ms. Borsay because that was deferred with Court permission.

13. Following briefing and a full hearing on the Sanctions Motion, on September 8, 2022, Magistrate Judge Susan van Keulen issued rulings with respect to the Named Plaintiff Data and the ▮▮▮▮ Documents. Dkt. 862 (the "Sanctions Order").

14. Concurrent with Plaintiffs' Motion for Sanctions, the Parties were also negotiating a preservation plan. On July 5, 2022, Magistrate Judge van Keulen issued a Preservation Plan Order (Dkt. 766-1), which was subsequently modified on August 5, 2022 (Dkt. 815) (together, the "Preservation Plan"). The Preservation Plan provided for ongoing production, including a production of Named Plaintiff Data on October 28, 2022.

15. In the accompanying Motion for Leave, Plaintiffs move supplement the record on Google's motion for summary judgment with the following evidence attached to the accompanying Supplemental Declaration of Jason "Jay" Barnes (exhibit numbering is sequential to the original exhibit numbers in the summary judgment briefing to avoid confusion):

   a. Attached as <u>Exhibit 76</u> to the Suppl. Barnes Declaration is an expert report of Prof. Zubair Shafiq, which contains Prof. Shafiq's analysis of Named Plaintiff Data that was produced after the completion of briefing on Google's motion for summary judgment and after the close of fact discovery. Specifically, Prof. Shafiq provides analysis of Named Plaintiff Data that was produced in June 2022 and October 2022.

   b. Attached as <u>Exhibit 77</u> to the Suppl. Barnes Declaration is GOOG-CABR-05885987, a final, internal Google paper regarding ███████, which contains commentary regarding Google's views on consumer consent. On September 8, 2022, Judge van Keulen ruled this document admissible for all purposes in this case. Sanctions Order at 12-13, ¶ 2a.

   c. Attached as <u>Exhibit 78</u> to the Suppl. Barnes Declaration is GOOG-CABR-05885871, a document containing a summary of interview notes taken from key executives regarding their views on consumer consent, as a part of the ███████ project. On September 8, 2022, Judge van Keulen ruled this document admissible for all purposes in this case. Sanctions Order at 12-13, ¶2a.

   d. Attached as <u>Exhibit 79</u> to the Suppl. Barnes Declaration is a copy of excerpts from the June 29, 2022 deposition transcript of Sabine Borsay.

1    16.    In the accompanying Motion for Leave, Plaintiffs also seek leave to file a sur-reply in further opposition to Google's Motion to address 1) the newly produced Named Plaintiff Data, 2) the two ▮▮▮▮▮ documents, and 3) the deposition testimony of Sabine Borsay.

17.    Attached as <u>Exhibit A</u> to this Declaration is Plaintiffs' proposed sur-reply in further support of their opposition to Google's Motion for Summary Judgment.

18.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of November, 2022, in New York, NY.

/s/ *David A. Straite*
David A. Straite