# EXHIBIT A

2022 WL 16909174
Only the Westlaw citation is currently available.
Supreme Court of the United States.

STARKIST CO., et al.

v.

OLEAN WHOLESALE GROCERY, et al.

No. 22-131
|
November 14, 2022

Case below, 31 F.4th 651.

**Opinion**

***1** The petition for writ of certiorari is denied.

**All Citations**

--- S.Ct. ----, 2022 WL 16909174 (Mem)

---

**End of Document**  © 2022 Thomson Reuters. No claim to original U.S. Government Works.