**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PATRICK CALHOUN, ET AL.**<br><br>            Plaintiffs,<br><br>     v.<br><br>**GOOGLE, LLC**,<br><br>            Defendant. | CASE NO. 20-cv-5146-YGR<br><br>**ORDER RE DISPUTE REGARDING SUBMISSION OF EDITED VERSION OF DR. SHAFIQ'S REPORT**<br><br>Re: Dkt. No. 904 |

The Court is in receipt of plaintiffs' Notice of Compliance with Order in Docket Number 894. (Dkt. No. 904.) Now that the transcript from the evidentiary hearing has been delivered, the parties shall meet and confer regarding the submission of an edited version of the Shafiq Rebuttal Report that is limited to those portions addressed at the hearing. Plaintiffs shall cite to the specific portions of the hearing transcript that covers Dr. Shafiq's testimony in his report. The edited version of the Shafiq Rebuttal Report shall be filed no later than Monday, November 21, 2022.

**IT IS SO ORDERED.**

Dated: November 16, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**