|   |   |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

# [PROPOSED] ORDER

Before the Court is Google LLC's ("Google") Administrative Motion To Seal Portions of Google's Response to Plaintiffs' Administrative Motion for Leave to Supplement the Record as to Google's Motion for Summary Judgment Record and Leave to File A Sur-Reply ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document | Portions to be Filed Under Seal | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|
| Google's Response to Plaintiffs' Administrative Motion for Leave to Supplement the Record as to Google's Motion for Summary Judgment Record and Leave to File A Sur-Reply | Pages 2:2, 2:5, 2:13-16, 2:23, 2:25, 3:5-11, 3:14, 3:26-28, 4:1, 4:3, 4:11, 4:13, 4:24, 5:9 | Spilly Declaration ¶¶3-5 | |
| Exhibit A to the Broome Declaration | Seal Entirely | Spilly Declaration ¶¶3-5 | |
| Exhibit B to the Broome Declaration | Seal Entirely | Spilly Declaration ¶¶3-5 | |

**SO ORDERED**.

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge