1
2
3
4
5
6
7
8
9
10

11 **IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
12 OAKLAND DIVISION**

13

14 PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-05146-YGR-SVK

15 Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

16 v.

17 GOOGLE LLC,

18 Defendant.

19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. Having considered the supporting declaration of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following materials remain filed under seal:

| | Document Sought to be Sealed | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Court's Ruling on Motion to Seal |
|---|---|---|---|---|
| 1 | Plaintiffs' Submission Re: Dkts. 894 & 915 | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Exhibit A to Plaintiffs' Submission | Entire Document | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Dated: _____

                                              Hon. Yvonne Gonzalez Rogers
                                              UNITED STATES DISTRICT JUDGE