# EXHIBIT 76

# Redacted Version of Document Sought to be Sealed

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., *on behalf of themselves and all others similarly situated*,<br><br>                 Plaintiffs,<br>   v.<br><br>GOOGLE LLC,<br><br>                 Defendant. | Case No. 4:20-cv-05146-YGR-SVK |

**REPORT OF ZUBAIR SHAFIQ IN SUPPORT OF PLAINTIFFS' SUR-REPLY IN FURTHER OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT**

**THIS REPORT REFERENCES MATERIALS DESIGANTED CONFIDENTIAL AND HIGHLY CONFIDENTIAL**

I.  **MY QUALIFICATIONS**

1. I am an Associate Professor of Computer Science at the University of California, Davis. My lab's research and education efforts broadly focus on online security and privacy.

2. I have been retained by counsel for Plaintiffs as an expert in this matter and have submitted a number of reports and declarations in this matter.

3. My curriculum vitae, which includes a complete list of the cases in which I testified as an expert witness at trial or by deposition, together with a list of my research publications, conference papers, patents, and grant support, was previously submitted to the Court on October 14, 2021.[1]

4. I submit this Report in support of Plaintiffs' Sur-Reply in Opposition to Google's Motion for Summary Judgment. Specifically:

   a. I provide analysis and explanation of Google's recent production of ▬ "proto" files.

   b. I provide analysis and explanation of recently produced Named Plaintiff Data[2] from ▬ logs.

5. I reserve the right to supplement and amend this Report based on additional materials made available to me.

II. **MY CONCLUSIONS**

6. My analysis of Google's production of ▬ proto files, produced on October 28, 2022, shows that Google comingles signed-in and signed-out information in various ▬ columns. Notably, there are ▬ "trifecta" proto files, i.e. files that simultaneously store GAIA, Biscotti, and Zwieback IDs and associated information (e.g., age, ethnicity, race, precise coordinates, credit card data, and other identifiers such as device ID). Moreover, there are ▬ of proto files that simultaneously contain two identifiers, one identifier with another device identifier, one identifier with phone number of address information, or one identifier with sufficiently high entropy fields that exceed the identifiability threshold.

7. My analysis of Google's production of Named Plaintiff Data from ▬ logs, produced in June 2022, shows that Google stores signed-in and signed-out information together in the same log. Notably, each log entry in the ▬ log contains ▬

---

[1] *See* Dkt. 340-19.

[2] Named Plaintiff Data refers to information that Google has about each Named Plaintiff in this action.

███████████████████████████

### III. BACKGROUND

#### A. GAIA, BISCOTTI, AND ZWIEBACK IDENTIFIFER SPACES

8.  Google's data transmission is anchored on three major identifier (ID) spaces. These are GAIA (GOOG-CALH-00374390), Biscotti (GOOG-CALH-00374386), and Zwieback (GOOG-CALH-00374408). GAIA ID is used to identify signed-in Google Accountholders. Biscotti ID and Zwieback ID are used to identify signed-out users.

9.  Google stores these IDs in various cookies and other URL query parameters. Notably:

    a.  GAIA ID is stored in cookies set on google.com (e.g., SID, HSID, SSID, OSID) and doubleclick.net (DSID).

    b.  Biscotti ID is stored in a cookie on doubleclick.net (IDE).

    c.  Zwieback ID is stored in a cookie on google.com (NID).

10. It is noteworthy that Chrome sends Biscotti and Zwieback cookies to Google regardless of whether a user is signed-in to a Google Account. Therefore, transmissions from Chrome to Google typically contain both GAIA and Biscotti or GAIA and Zwieback for signed-in users.

#### B. ████████ DATABASE

11. ████████████████████████████████████████████████████████████ (GOOG-CABR-05741806). Google uses GAIA, Biscotti, and Zwieback IDs as the three "keys" for ████. In other words, there is a GAIA ████ Biscotti ████ (a.k.a. DBL ████) and Zwieback ████ (a.k.a. ZWBK ████). 

12. ████ contains ID-keyed data that is structured in well-defined tables and columns. Each column in a table may further contain one or more fields as described in a data structure called protocol buffer (or "proto" for short).

#### C. ████████ LOGS

13. ████ is a data repository that stores event records of various Google products and services for mainly offline processing (GOOG-CALH-00027451). ████ logs include the word "personal" in the name if it is GAIA-keyed, *i.e.*, the main identifier in the log is the user's GAIA ID. Further, there are Biscotti-keyed and Zwieback-keyed equivalents to each "personal" log, where the main identifier is Biscotti ID and Zwieback ID respectively.

14. ████ logs contain ID-keyed data in the standard JSON-like flat file format.

## IV. ANALYSIS OF GOOGLE'S OCTOBER 28, 2022 PRODUCTION OF ███ PROTO FILES

15. On October 28, 2022, Google for the first time produced the protos for ███ out of ███ GAIA ███ and ZWBK ███ columns [GOOG-CALH-01203398]. Google was unable to locate protos of ███ GAIA ███ and ZWBK ███ columns. This resulted in ███ proto files [GOOG-CALH-01202558 -- GOOG-CALH-01203395], out of which ███ were empty and ███ were non-empty. Overall, this production³ contained a total of ███ files of size ███.

16. I was asked by the Counsel for Plaintiffs to investigate the newly produced ███ proto files. Given the limitations of past discovery into ███ this new production of protos allows novel insight into the nature and volume of data stored in ███.

17. Most notably, I found that there are ███ "trifecta" ███ protos. Google simultaneously stores GAIA, Biscotti, and Zwieback keyed information in these protos. These include:



For the sake of brevity, I discuss just one of these ███ "trifecta" protos, i.e., simultaneously containing all three GAIA, Biscotti, and Zwieback IDs, below.

---

³ PROD097

18. Google disclosed the proto file containing the list of fields stored in GAIA ▇ column ▇▇▇▇▇▇▇▇▇▇▇▇▇" [GOOG-CALH-01202823]. This proto file contained more than ▇▇▇ fields (▇▇▇ fields to be precise). Below are some notable examples.

    a. <u>Main Identifiers</u>: These fields include those that contain:

        i. GAIA ID ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

        ii. Biscotti ID ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

        iii. Zwieback ID ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

    b. <u>Demographic Information</u>: These fields include demographic information such as:

        i. age ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

        ii. gender ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

        iii. race ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

        iv. ethnicity ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

        v. income ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

        vi. children ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

        vii. education ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

    c. <u>Location Information</u>: These fields include location information such as:

        i. precise geo coordinate ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇)

        ii. areas of interest ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

        iii. shipping address ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

    d.    <u>Financial Information</u>: These fields include financial information such as:

        i.    credit card information ▮

        ii.    household income ▮

    e.    <u>Other identifiers</u>: These fields include other identifiers such as:

        i.    PPID ▮
        ii.    Device ID ▮
        iii.    ▮
        iv.    First Party User Id ▮
        v.    Buy side publisher ID ▮
        vi.    Publisher User ID ▮
        vii.    DUSI ▮ and
        viii.    YouTube Visitor ID ▮

19.    There are numerous proto files that contain GAIA ID along with Biscotti ID or Zwieback ID. Specifically, ▮ proto files (e.g., ▮) contain GAIA ID and Biscotti ID and ▮ proto files (e.g., ▮) contain GAIA ID and Zwieback ID.

20.    There are ▮ proto files (e.g., ▮) that contain Biscotti ID and Zwieback ID.

21.    There are ▮ proto files that contain GAIA, Biscotti, or Zwieback as well as other identifier that can be used to bridge GAIA, Biscotti, an Zwieback ID spaces. These other identifiers include device IDs such as Android ID (ADID) and iOS IDFA, DUSI, etc.

22.    There are ▮ proto files that contain ▮ alongside GAIA, Biscotti, or Zwieback.

23. There are ▉ proto files that contain ▉ alongside GAIA, Biscotti, or Zwieback.

24. There are ▉ proto files that contain ▉ alongside GAIA, Biscotti, or Zwieback.

25. There are ▉ proto files that contain high entropy[4] fields ▉ which when combined together could be sufficient to uniquely identify users, alongside GAIA, Biscotti, or Zwieback. In particular, ▉ proto [GOOG-CALH-01202878] contains ▉ fields representing various types of fingerprints to uniquely identify users. I discuss three notable examples below.

   a. ▉: Browser fingerprinting is a well-known tracking technique that uses device configuration information exposed by the browser (e.g., User-Agent). Browser fingerprinting is widely recognized by browser vendors and standards bodies as an abusive practice. Browser fingerprinting is more intrusive than cookie-based tracking for two reasons: (1) while cookies are observable in the browser, browser fingerprints are opaque to users; (2) while users can control cookies (e.g., disable third-party cookies or delete cookies altogether), they have no such control over browser fingerprinting. A browser fingerprint has sufficiently high entropy that its hash can be used to uniquely identify a user/device.

   b. ▉: Picasso (a.k.a. canvas fingerprinting) is well-known browser fingerprinting technique published by Google[5] that can uniquely identify each browser with 100% reliability. Notably, Google employees stated in the paper that "Picasso can distinguish 52 million Android, iOS, Windows, and OSX clients running a diversity of browsers with 100% accuracy."

   c. ▉ Font fingerprinting is a well-known browser fingerprinting technique.[6] The list of fonts is distinctive (i.e., high entropy) and can be abused to build a browser fingerprint.

26. There are ▉ proto files (e.g., ▉) that contain ZWBK ID alongside ▉

---

[4] When data scientists speak about whether information is personally identifiable, they use the term "entropy" to refer to the amount of information in any data transmission, which is a way to disguise the ability to identify a particular person through his data. Entropy is measured in terms of the number of bits. The more that entropy bits are revealed, the easier it is to pair it with other identifiable information and uniquely identify a person associated with the data. See "A Large-scale Empirical Analysis of Browser Fingerprints Properties for Web Authentication" ACM Transactions on the Web, 2021 for the entropy analysis of various fields/attributes for browser fingerprinting.

[5] "Picasso: Lightweight Device Class Fingerprinting for Web Clients", SPSM '16- Proceedings of the 6th Workshop on Security and Privacy in Smartphones and Mobile Devices.

*Calhoun v. Google*
Report of Prof. Zubair Shafiq ISO Pls' Sur-Reply on Google's Mot. for Summary Judgment
Page 7 of 10

## V. ANALYSIS OF GOOGLE'S PRODUCTION OF NAMED PLAINTIFF DATA

27. On June 30, 2022, Google produced all Named Plaintiff data from various ▮ logs that was preserved under a litigation hold in this case through June 13, 2022 [GOOG-CALH-01198738 -- GOOG-CALH-01202552]. Overall, this production[7] contained a total of ▮ files of size ▮.

28. This included production from the ▮ log. The below chart sets out a few notable types of information that are present in every ▮ log entry. The right column of the chart provides one example log entry values from this production [GOOG-CALH-01202258].

29. ▮



---

[6] "Online Tracking: A 1-million-site Measurement and Analysis", 23rd ACM Conference on Computer and Communications Security, 2016.

[7] PROD090 and PROD091: See Google's "2022-06-30 Calhoun Production 090-091" letter

[8] See https://developers.google.com/adwords/api/docs/appendix/verticals for a complete mapping of verticals



30.  Note that just this one example log entry is ▮▮▮ lines spanning ▮ pages. See the attached Exhibit A, an excerpt [Excerpt-of ▮▮▮▮▮▮▮▮▮-from-GOOG-CALH-01202258]. Overall, each log entry contains the following types of information:



31. Based on Google's internal and public documents describing the RTB system and this record, after Chrome sent the Gaia ID, UID, and content URL to Google, Google then re-directed the "content URL" ▮▮▮ to RTB bidders through the RTB auction, alongside of a Biscotti ID that was matched to RTB bidder cookies and for which the winning advertiser paid ▮▮▮ per one thousand views in "USD micros," which equates to ▮▮▮ for the information relating to this specific advertisement.

32. This example content URL was immediately preceded by another URL ▮▮▮ in GOOG-CALH-01202258. This shows that the Plaintiff was reading about ▮▮▮

***

Dated: November 14, 2022

/s/ *Zubair*
Zubair Shafiq, Ph.D

# EXHIBIT A

Redacted Entirely