# EXHIBIT 77

Sealed Entirely