# EXHIBIT 78

Sealed Entirely