# EXHIBIT 79

# Redacted Version of Document Sought to be Sealed

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1           IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4
 5
     PATRICK CALHOUN, et al.,       )
 6   CHASOM BROWN, et al., on       )
     behalf of themselves and       )
 7   all others similarly           )
     situated,                      )
 8                                  )
             Plaintiffs,            )
 9                                  )
        vs.                         ) Case Nos.
10                                  ) 4:20-cv-5146- and
     GOOGLE LLC,                    ) 5:20-cv-05146-
11                                  ) YGR-SVK
             Defendants.            )
12                                  )
13
14
15
16        *** CONFIDENTIAL ATTORNEYS' EYES ONLY ***
17
18
19            REMOTE VIDEO DEPOSITION OF
20               SABINE BORSAY - VOLUME I
21
22
23
     DATE TAKEN:  JUNE 29, 2022
24   REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
     JOB NO. 5268901
25   PAGES:  1 - 172
```

Page 1

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1              THE WITNESS:  What's the beginning of the
 2         question again, whether I --
 3    BY MS. WEAVER:
 4       Q.  Do you understand that the part of the
 5    claim in this litigation is that after users turn      04:44:07
 6    off Sync, Chrome continues to send browsing
 7    history and other personal information to Google?
 8              MS. CRAWFORD:  Same objections.
 9              You can answer.  It does not.  It's a
10         very easy answer to be honest.                    04:44:21
11    BY MS. WEAVER:
12       Q.  I'm asking you the question:  If you
13    understand that that is at the heart of this
14    litigation.  That is the claim; right?
15       A.  Since you're telling me, I guess so.            04:44:28
16       Q.  Did you know before you came in here
17    today that that was the claim?
18              MS. CRAWFORD:  Objection.  In so far as
19         you're calling her to reveal privileged
20         conversations with counsel.                       04:44:39
21              But you can answer.
22              THE WITNESS:  What?
23              MS. CRAWFORD:  You can answer without
24         disclosing any conversations, specific
25         conversations with counsel.                       04:44:49
```

Page 133

```
 1            THE WITNESS:  And the question was
 2       whether I knew that this was the claim?
 3    BY MS. WEAVER:
 4       Q.   Yes.
 5       A.   I had some idea of the claim.                04:44:57
 6       Q.   What was your idea?
 7       A.   Actually now I'm starting to get confused
 8    because you talked so much about the claim now.
 9       Q.   What's your understanding of what this
10    case is about?                                       04:45:21
11            MS. CRAWFORD:  Also, just going to make
12       sure without revealing the substance of
13       privileged communications, you can answer the
14       question insofar as you can do so.
15            THE WITNESS:  Since I don't know anything    04:45:34
16       about the claim except for from counsel, I
17       wouldn't know what to respond without
18       revealing confidential information here.
19    BY MS. WEAVER:
20       Q.   Have you taken any steps to confirm by       04:45:43
21    talking to somebody who actually ran tests that
22    Chrome does not send browsing history and other
23    personal information to Google after Sync is
24    turned off?
25       A.   It does not.  It never did.  So there is    04:46:00
```

Page 134

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    no reason for me to ask and confirm.
 2         Q.  What is the basis for your statement that
 3    it does not and never did?  And there is evidence
 4    of that in this case.
 5            MS. CRAWFORD:  Objection.  Assumes facts.      04:46:14
 6         Lack of foundation.
 7            You can answer.
 8            THE WITNESS:  There cannot be evidence of
 9         that because it does not, and I am the
10         product manager for Chrome Sync, and know how    04:46:23
11         my product works.
12     BY MS. WEAVER:
13         Q.  So is there anybody more senior than you
14    who should know how the product works?
15            MS. CRAWFORD:  Objection.  Argumentative.     04:46:31
16            THE WITNESS:  I wouldn't know what other
17         people know.
18     BY MS. WEAVER:
19         Q.  When you say, "I am the product manager
20    for Chrome Sync," what did you mean?                  04:46:40
21         A.  What I said.  I'm the product manager for
22    Chrome Sync.
23         Q.  And because of that, you should be
24    knowledgeable of how it operates; correct?
25            MS. CRAWFORD:  Argumentative.                 04:46:50
```

Veritext Legal Solutions
866 299-5127

```
 1              You can answer.
 2              THE WITNESS:  Yes, and I am.
 3     BY MS. WEAVER:
 4         Q.   That's what you meant; right?
 5              MS. CRAWFORD:  Objection to the form of       04:46:57
 6         the question.
 7              THE WITNESS:  Can you just ask the
 8         question again?  When you asked now, that's
 9         what you meant, what did I mean in your eyes?
10     BY MS. WEAVER:                                         04:47:08
11         Q.   When you said -- you said, "There cannot
12     be evidence of that because it does not, and I am
13     the product manager for Chrome Sync, and know how
14     my product works."
15              What you meant is that because you were       04:47:29
16     the manager, you would know and you should know;
17     right?
18              MS. CRAWFORD:  Objection insofar as
19         you're misquoting the witness's testimony.
20         You can answer.  It's also extremely              04:47:39
21         argumentative.
22              THE WITNESS:  I'm getting confused by
23         your question, sorry.
24     BY MS. WEAVER:
25         Q.   I'll read it.                                04:48:04
```

Page 136

**Deposition Errata**
Case: *Calhoun, et al. v. Google LLC*
Deponent: Sabine Borsay
Date of Deposition: June 29, 2022
Volume I

I, Sabine Borsay, hereby certify that I have read the transcript of my testimony taken under oath in my deposition on the 29th day of June, 2022; that the transcript is a true, complete record of my testimony and that the answers on the record as given by me are true and correct, with the following exceptions:

| Pg. and Ln. | Now reads | Should read | Reason |
|---|---|---|---|
| Pg: 16 Ln: 3 | five | twelve | Transcription Error |
| Pg: 16 Ln: 12 | They | There | Transcription Error |
| Pg: 17 Ln: 22 | Sorry, just said '15 -- | Sorry, you just said '15 -- | Transcription Error |
| Pg: 46 Ln: 23 | provided by me. | provided to me. | Misspoke |
| Pg: 50 Ln: 13 | Correct | Correct, Chrome browsing history | Misspoke |
| Pg: 66 Ln: 22-24 | which sharing other people's projects | when sharing other people's projects | Transcription Error |
| Pg: 67 Ln: 1 | -- I'm familiar | -- is familiar | Transcription Error |
| Pg: 71 Ln: 20 | Spring | Sprint | Transcription Error |
| Pg: 74 Ln: 20 | IU | UI | Transcription Error |
| Pg: 79 Ln: 21 | I did -- | I didn't -- | Transcription Error |
| Pg: 82 Ln: 1 | Call | Core | Transcription Error |
| Pg: 85 Ln: 7 | will be an | will be | Transcription Error |
| Pg: 85 Ln: 10 | the | a | Transcription Error |
| Pg: 87 Ln: 11 | additions editions | additions | Transcription Error |
| Pg: 88 Ln: 17 | without | about | Transcription Error |
| Pg: 89 Ln: 17 | April 2620, 16 | April 26, 2016 | Transcription Error |
| Pg: 91 Ln: 18 | Chrome ▮ team. | Core ▮ team. | Transcription Error |
| Pg: 91 Ln: 22 | information on the ▮ | information from the ▮ team. | Transcription Error |
| Pg: 95 Ln: 12-13 | where a user can give signed permissions to give notifications. | where a user can give a site permissions to send notifications. | Transcription Error |
| Pg: 95: Ln: 17 | to sign on one device | to a site on one device | Transcription Error |

| | | | |
|---|---|---|---|
| Pg: 95 Ln: 18 | simple permission | same permission | Transcription Error |
| Pg: 98 Ln: 24 | Sync opt-in function, | Sync opt-in option, | Transcription Error |
| Pg: 109 Ln: 13 | that Uunk person sent this to me. | that a human person sent this to me. | Transcription Error |
| Pg: 109 Ln: 17-18 | the system going the Docs, I guess, based on some common threads in some document. | the system Google Docs, I guess, based on some comment threads in some document | Transcription Error |
| Pg: 112 Ln: 2 | besides | on sites | Transcription Error |
| Pg: 118 Ln: 7 | input and everyone. | input everyone. | Transcription Error |
| Pg: 118 Ln: 14-15 | "other forms in browsing history" that is stored in a Google Account | "other forms of browsing history" that is stored in the Google Account | Transcription Error |
| Pg: 118 Ln: 19 | same | sync | Transcription Error |
| Page: 118 Ln: 19-21 | so it should refer to the browsing history, history that is synced to Google cloud by Chrome." | so it should refer to the browsing history (history that is synced to Google cloud by Chrome). | Transcription Error |
| Pg: 119 Ln: 7 | good | Google | Transcription Error |
| Pg: 119 Ln: 8 | what's | that's | Transcription Error |
| Pg: 121 Ln: 5 | At the top | That at the top | Transcription Error |
| Pg: 123 Ln: 22+23 | independent of the Chrome Sync, which they are not synced. | independent of the Chrome Sync feature, they are not synced. | Transcription Error |
| Pg: 128 Ln: 22 | anywhere | anymore | Transcription Error |
| Pg: 129 Ln: 7 | stay | say | Transcription Error |
| Pg: 129 Ln: 9-10 | There is no reason for me -- this is -- an engineer. | There is no reason for me -- this is -- interchangeable. | Transcription Error |
| Pg: 131 Ln: 12 | And whenever there is any background, | And whenever there is any bug around, | Transcription Error |
| Pg: 131 Ln: 17 | background system | bug in the system | Transcription Error |
| Pg: 133 Ln: 9-10 | You can answer. It does not. It's a very easy answer to be honest. | You can answer. A. It's a very easy answer to be honest. | Transcription Error |