**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) | Andrew H. Schapiro (admitted *pro hac vice*) |
| dianedoolittle@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| Sara Jenkins (CA Bar No. 230097) | Teuta Fani (admitted *pro hac vice*) |
| sarajenkins@quinnemanuel.com | teutafani@quinnemanuel.com |
| 555 Twin Dolphin Drive, 5th Floor | 191 N. Wacker Drive, Suite 2700 |
| Redwood Shores, CA 94065 | Chicago, IL 60606 |
| Telephone: (650) 801-5000 | Telephone: (312) 705-7400 |
| Facsimile: (650) 801-5100 | Facsimile: (312) 705-7401 |
| | |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Xi ("Tracy") Gao (CA Bar No. 326266) |
| violatrebicka@quinnemanuel.com | tracygao@quinnemanuel.com |
| Crystal Nix-Hines (Bar No. 326971) | Carl Spilly (admitted *pro hac vice*) |
| crystalnixhines@quinnemanuel.com | carlspilly@quinnemanuel.com |
| Alyssa G. Olson (CA Bar No. 305705) | 1300 I Street NW, Suite 900 |
| alyolson@quinnemanuel.com | Washington D.C., 20005 |
| 865 S. Figueroa Street, 10th Floor | Telephone: (202) 538-8000 |
| Los Angeles, CA 90017 | Facsimile: (202) 538-8100 |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |
| | |
| Jomaire Crawford (admitted *pro hac vice*) | Jonathan Tse (CA Bar No. 305468) |
| jomairecrawford@quinnemanuel.com | jonathantse@quinnemanuel.com |
| 51 Madison Avenue, 22nd Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | San Francisco, CA 94111 |
| Telephone: (212) 849-7000 | Telephone: (415) 875-6600 |
| Facsimile: (212) 849-7100 | Facsimile: (415) 875-6700 |

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**DEFENDANT GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKT 910-2)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

1  Defendant Google LLC ("Google") submits this Motion to Remove Incorrectly Filed
2  Documents to remove Plaintiffs' [Proposed] Sur-Reply In Support of Their Opposition to Google's
3  Motion for Summary Judgment (Dkt. 910-2) from the docket.
4  After the Plaintiffs' filing of the document referenced above, Google discovered that certain
5  confidential information was inadvertently unredacted. The information sought to be redacted
6  contains highly sensitive, confidential, and proprietary business information that could affect
7  Google's competitive standing and may expose Google to increased security risks, including
8  cybersecurity threats, if publicly disclosed. Google has filed a corrected, redacted version of
9  Plaintiffs' Filing. *See* Dkt. 920-3. Accordingly, Google respectfully requests that Docket No. 910-2
10 be permanently deleted from the docket.

DATED: November 21, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Andrew H. Schapiro*
    Andrew H. Schapiro (admitted *pro hac vice*)
    andrewschapiro@quinnemanuel.com
    Teuta Fani (admitted *pro hac vice*)
    teutafani@quinnemanuel.com
    191 N. Wacker Drive, Suite 2700
    Chicago, IL 60606
    Telephone: (312) 705-7400
    Facsimile: (312) 705-7401

    Diane M. Doolittle (CA Bar No. 142046)
    dianedoolittle@quinnemanuel.com
    Sara Jenkins (CA Bar No. 230097)
    sarajenkins@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, CA 94065
    Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

    Stephen A. Broome (CA Bar No. 314605)
    stephenbroome@quinnemanuel.com
    Viola Trebicka (CA Bar No. 269526)
    violatrebicka@quinnemanuel.com
    Crystal Nix-Hines (Bar No. 326971)
    crystalnixhines@quinnemanuel.com
    Alyssa G. Olson (CA Bar No. 305705)

|   |   |
|---|---|
| 1 | alyolson@quinnemanuel.com |
| 2 | 865 S. Figueroa Street, 10th Floor |
|   | Los Angeles, CA 90017 |
| 3 | Telephone: (213) 443-3000 |
|   | Facsimile: (213) 443-3100 |
| 4 | |
| 5 | Jomaire Crawford (admitted pro hac vice) |
|   | jomairecrawford@quinnemanuel.com |
| 6 | 51 Madison Avenue, 22nd Floor |
|   | New York, NY 10010 |
| 7 | Telephone: (212) 849-7000 |
|   | Facsimile: (212) 849-7100 |
| 8 | |
| 9 | Josef Ansorge (admitted pro hac vice) |
|   | josefansorge@quinnemanuel.com |
| 10 | Xi ("Tracy") Gao (CA Bar No. 326266) |
|   | tracygao@quinnemanuel.com |
| 11 | Carl Spilly (admitted *pro hac vice*) |
|   | carlspilly@quinnemanuel.com |
| 12 | 1300 I Street NW, Suite 900 |
|   | Washington D.C., 20005 |
| 13 | Telephone: (202) 538-8000 |
|   | Facsimile: (202) 538-8100 |
| 14 | |
| 15 | Jonathan Tse (CA Bar No. 305468) |
|   | jonathantse@quinnemanuel.com |
| 16 | 50 California Street, 22nd Floor |
|   | San Francisco, CA 94111 |
| 17 | Telephone: (415) 875-6600 |
|   | Facsimile: (415) 875-6700 |
| 18 | |
| 19 | *Attorneys for Defendant Google LLC* |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |