1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,

     Plaintiffs,

     v.

GOOGLE LLC,

     Defendant.

Case No. 4:20-cv-5146-YGR-SVK

**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKT. 910-2)**

Referral: Hon. Susan van Keulen, USMJ

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Motion to Remove Incorrectly Filed Documents (Dkt. 910-2) ("Motion").  Having considered the Motion and supporting papers, the Court hereby **GRANTS** the Motion.


**SO ORDERED.**

DATED: _____    _____

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge