UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Calhoun, et al.,

Plaintiff(s),

v.

Google LLC,

Defendant(s).

Case No. 4:20-cv-05146-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER (CIVIL LOCAL RULE 11-3)

I, Michelle Locascio, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Lesley Weaver, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 191305.

10 N. Dearborn St., 6th Floor, Chicago, IL 60602
MY ADDRESS OF RECORD

(312) 214-7900
MY TELEPHONE # OF RECORD

mlocascio@dicellolevitt.com
MY EMAIL ADDRESS OF RECORD

555 12 St., Suite 1600, Oakland, CA 94607
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 445-4003
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

lweaver@bfalaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6339302.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 11/16/2022                    Michelle Locascio
                                          APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michelle Locascio is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 22, 2022

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE