**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
Jenny Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*
*jpaulson@simmonsfirm.com*

**DICELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
485 Lexington Ave., Tenth Floor
New York, NY 10017
Tel.: (646) 933-1000
Fax: (646) 494-9648
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND BRIEFING SCHEDULE RE: GOOGLE'S MOTION FOR RELIEF (DKT. NO. 898) FROM THE COURT'S MODIFIED PRESERVATION PLAN DATED JULY 15, 2022 (DKT. NO. 766)**<br><br>Civil L.R. 6-1(b); 6-3<br><br>Referral:   Hon. Susan van Keulen, USMJ |

Case No. 4:20-cv-05146-YGR-SVK
Motion to Extend Time

1

Plaintiffs respectfully move for an order extending the briefing schedule related to Google's October 26, 2022 "Motion for Relief" from this Court's prior data log preservation orders (the "Motion," public redacted version at Dkt. No. 898; sealed version at Dkt. No. 879-3).

Google's Motion was supported by several declarations and new alleged facts to support the requested relief. But this past Friday, November 25, 2022, Google emailed Plaintiffs with the following announcement:

> "Google intends to file an administrative motion to supplement its Motion for Relief Regarding Preservation filed on October 27, 2022 (Dkt. 879-3). Specifically, Google would like to inform the Court that since the filing of the original motion, for a subset of the columns that contain one or more of the specified fields, Google engineers managed to filter the data to the required fields, ***which reduced the estimated daily average of new data written to the preservation pipelines*** [by 75%]."[1]

*See* accompanying Declaration of David Straite dated November 28, 2022 at ¶ 4 (emphasis added).

Plaintiffs have no further information about which of Google's many supporting declarations will be withdrawn or modified; nor precisely which "subset" is subject to Google's revised estimate; nor why this correction is being made; nor how the expected Supplemental Motion will impact Google's arguments in the original Motion. Plaintiffs therefore believe it essential that the briefing schedule be paused until Google files the Supplemental Motion and corrects the record.

On Saturday, November 26, 2022, Plaintiffs responded to Google's email from the previous day, asking:

> "other than the information above, what else are you proposing to include in your supplement? Also, Plaintiffs will need one full week after the filing of the supplement to digest and file our response to the original motion for relief as modified by the supplement. Please advise whether Google would consent."

Straite Decl. ¶ 5. It is now Monday, November 28, 2022, but Google has not responded to Plaintiffs' request, and Plaintiffs do not know Google's position per Civil L.R. 6-3(a)(2). Straite Decl. ¶ 6.

Plaintiffs' response to the original Motion is due tomorrow, Tuesday, November 29, 2022, which is no longer possible in light of Google's admission that key facts asserted in the original Motion were not accurate. Plaintiffs therefore respectfully propose the following schedule:

---

[1] The corrected data volume reported in Google's email was not designated "confidential" but Plaintiffs believe the lack of designation might have been an oversight. As a courtesy, and to avoid unnecessary sealing motion burdens, Plaintiffs do not reveal the precise data here.

| Event | Current Due Date | Proposed Due Date |
|---|---|---|
| Plaintiffs' Opposition Brief | November 29, 2022 | **7 days after Google files and serves the Supplemental Motion** |
| Google's Reply Brief | December 13, 2022 | **14 days after Plaintiffs file and serve their Opposition Brief** |

If granted, the modification above would not impact the January 10, 2023 hearing date, assuming Google's supplemental Motion is filed in the next week or so. It would be the second modification to the briefing schedule for this Motion; the first modification setting the current due dates above was set by the Court on November 3, 2022 (Dkt. No. 906).

Respectfully Submitted this 28th Day of November, 2022.

**BLEICHMAR FONTI & AULD LLP**

By:   */s/ Lesley E. Weaver*
Lesley E. Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**

By:   */s/ Jay Barnes*
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
Jenny Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*
*jpaulson@simmonsfirm.com*

*Counsel for Plaintiffs*

**DiCELLO LEVITT LLC**

By:   */s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
485 Lexington Ave., Tenth Floor
New York, NY 10017
Tel.: (646) 933-1000
Fax: (646) 494-9648
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, David Straite, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th Day of November, 2022, at New York, New York.

*/s/ David Straite*
David Straite

Case No. 4:20-cv-05146-YGR-SVK
Motion to Extend Time

4

# CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2022, I caused to be electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ David Straite*
David Straite