# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND BRIEFING SCHEDULE RELATED TO GOOGLE'S MOTION FOR RELIEF (DKT. No. 898)**<br><br>Judge: Hon. Susan van Keulen |

On October 27, 2022, Google filed a "Motion for Relief" from this Court's prior data log preservation orders (the "Motion," public redacted version at Dkt. No. 898; sealed version at 897-3). On November 3, 2022, the Court set a briefing schedule, and set a hearing (if needed) for January 10, 2023. Dkt. No. 906.

On November 28, 2022, Plaintiffs filed a motion for extension of the briefing schedule, representing that Google had sent an email announcing an intention to file a Supplemental Motion to "inform the Court that since the filing of the original motion, for a subset of the columns that contain one or more of the specified fields, Google engineers managed to filter the data to the required fields, which reduced the estimated daily average of new data written to the preservation pipelines." Plaintiffs also represent that they asked Google for consent to the modified dates but did not hear back.

In light of Plaintiffs' motion for extension, and the representations therein, the Court hereby VACATES the prior briefing schedule set in Dkt. No. 906, and replaces it with the following:

| Event | Current Due Date | Proposed Due Date |
|---|---|---|
| Plaintiffs' Opposition Brief | November 29, 2022 | **7 days after Google files and serves the Supplemental Motion** |
| Google's Reply Brief | December 13, 2022 | **14 days after Plaintiffs file and serve their Opposition Brief** |

A hearing on Google's Motion remains set for January 10, 2023, if needed.

**IT IS SO ORDERED.**

DATED: _____

HON. SUSAN VAN KEULEN
United States Magistrate Judge