UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed regarding Plaintiffs' Submission re: Dkts. 894 & 915 and Exhibit A to the submission ("Motion"). Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Document | Portions to be Filed Under Seal | Evidence Offered in Support of Sealing | Ruling |
| --- | --- | --- | --- |
| Plaintiffs' Supplemental Outline of Testimony and Opinions for Prof. Zubair Shafiq (Exhibit A to Plaintiffs' Submission) | Seal Entirely | Fani Declaration ¶¶3-5 | |

**SO ORDERED**.

DATED: _____

HON. YVONNE GONZALEZ ROGERS
United States District Judge