UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 20-cv-05146-YGR (SVK)<br><br>**ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 923 |

Having considered Plaintiffs' administrative motion to extend the briefing schedule on Google's motion for relief from the Court's preservation plan order and Google's response to the administrative motion (Dkt. 923, 927), the Court **ORDERS** as follows:

1. The briefing schedule will run from the filing of Google's forthcoming supplement to its motion for relief from preservation order.
2. Plaintiffs' response to Google's motion for relief from preservation order is due **10 days** after the filing of Google's supplement.
3. Google's reply is due **no later than December 23, 2022.**
4. The Court may adjust the hearing date on Google's motion for relief from preservation order once it has reviewed the briefs.

**SO ORDERED.**

Dated: November 29, 2022

SUSAN VAN KEULEN
United States Magistrate Judge