# GOOGLE LLC'S ADMINISTRATIVE MOTION TO SUPPLEMENT MOTION FOR RELIEF REGARDING PRESERVATION

# Redacted Version of Document Sought to be Sealed

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) | Andrew H. Schapiro (admitted *pro hac vice*) |
| dianedoolittle@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| Sara Jenkins (CA Bar No. 230097) | Teuta Fani (admitted *pro hac vice*) |
| sarajenkins@quinnemanuel.com | teutafani@quinnemanuel.com |
| 555 Twin Dolphin Drive, 5th Floor | 191 N. Wacker Drive, Suite 2700 |
| Redwood Shores, CA 94065 | Chicago, IL 60606 |
| Telephone: (650) 801-5000 | Telephone: (312) 705-7400 |
| Facsimile: (650) 801-5100 | Facsimile: (312) 705-7401 |
| | |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Xi ("Tracy") Gao (CA Bar No. 326266) |
| violatrebicka@quinnemanuel.com | tracygao@quinnemanuel.com |
| Crystal Nix-Hines (CA Bar No. 326971) | Carl Spilly (admitted *pro hac vice*) |
| crystalnixhines@quinnemanuel.com | carlspilly@quinnemanuel.com |
| Alyssa G. Olson (CA Bar No. 305705) | 1300 I Street NW, Suite 900 |
| alyolson@quinnemanuel.com | Washington D.C., 20005 |
| 865 S. Figueroa Street, 10th Floor | Telephone: (202) 538-8000 |
| Los Angeles, CA 90017 | Facsimile: (202) 538-8100 |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |
| | |
| Jomaire Crawford (admitted *pro hac vice*) | Jonathan Tse (CA Bar No. 305468) |
| jomairecrawford@quinnemanuel.com | jonathantse@quinnemanuel.com |
| 51 Madison Avenue, 22nd Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | San Francisco, CA 94111 |
| Telephone: (212) 849-7000 | Telephone: (415) 875-6600 |
| Facsimile: (212) 849-7100 | Facsimile: (415) 875-6700 |

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**GOOGLE LLC'S ADMINISTRATIVE MOTION TO SUPPLEMENT MOTION FOR RELIEF REGARDING PRESERVATION**<br><br>Referral: Hon. Susan van Keulen, USMJ<br>Hearing Date: January 10, 2023<br>Time: 10:00 a.m.<br>Crtrm.: 6 – 4th Floor |

1    Pursuant to Civil Local Rule 7-11, Google LLC ("Google") files this administrative motion
2 to supplement its Motion for Relief Regarding Preservation filed on October 27, 2022 ("Motion")
3 (Dkt. 879-3), which seeks relief from (i) ongoing implementation of field-based GAIA ▮ and
4 ZWBK ▮ preservation, and (ii) preservation of ▮ linking tables and ▮
5 Analytics mapping tables.

6    In the original Motion, Google explained that to implement the field-based ▮
7 preservation, Google engineers had been working to design and build entirely new pipelines to (1)
8 extract data from every column that potentially contains one or more of the specified fields, (2) filter
9 the data to the required fields and by geography, and (3) write the filtered data to a new storage
10 location for preservation; and that as of the date of the motion, Google engineers had accomplished
11 (1) and (3) above but had not been able to filter by field or geography. Dkt. 897-3 at 7.

12    Since the filing of the original Motion, Google engineers have managed to: (1) filter the data
13 to the required fields for a subset of the ▮ columns that contain one or more of the specified
14 fields for field-based preservation, and (2) filtered the data to only U.S. users, which has reduced
15 the estimated daily average of new data written to the preservation pipelines from ▮ to
16 approximately ▮.[1] However, as explained in the original Motion, *see id.* at 8, even with
17 the data filtered by field and geography, the burdens of the field-based ▮ preservation continue
18 to be immense. For a single day of preservation, it amounts to the equivalent of ▮
19 ▮
20 ▮.[2] As the tables below demonstrate, the field-based preservation
21 would still require enormous amounts of data storage at a staggering cost, which is in addition to
22 the other preservation costs Google is already incurring:

23 **Table 1**

---

[1] At the Court's request, Google is prepared to submit a supplemental factual declaration.
[2] ▮

| Preservation task | Estimated data after one year (█) | Estimated data after two years (█) | Estimated data after three years (█) |
|---|---|---|---|
| ███████████ | █ | █ | █ |
| All Other Preservation Tasks (excluding relief sought) | █ | █ | █ |

**Table 2**

| Preservation task | Approximate total cost after one year | Approximate total cost after two years | Approximate total cost after three years |
|---|---|---|---|
| ██████ Field-Based Preservation | █████ | █████ | █████ |
| All Other Preservation Tasks (excluding relief sought) | █████ | █████ | █████ |

For the reasons stated here and in the original Motion, Google respectfully requests that the Court grant Google's Motion for Relief re: Preservation.

DATED: November 29, 2022                QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                        By    /s/ Andrew H. Schapiro

---

[3] ███████████████████████ *See* Dkt. 897-8 (Quaid Decl.) ¶ 9 ("Based on test runs that we have completed to date of the column-of-interest preservation pipelines in GAIA █████ and ZWBK █████ they will require approximately █████████ to store existing data and █████████ to store new data written daily into the pipelines.").

███████████████████████

[6] *See* Dkt. 897-3 at 6.
[7] *Id.*
[8] *Id.*
[9] *See* Dkt. 897-4 (Greenfield Decl.) at 12, 15 (describing calculations used to generate cost estimates for field-based ██████ preservation). At the Court's request, Google is prepared to submit a supplemental factual declaration.
[10] *Id.*
[11] *Id.*
[12] *See* Dkt. 897-3 at 7.
[13] *Id.*
[14] *Id.*

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
Maria Hayrapetian (CA Bar No. 315797)
mariehayrapetian@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire A. Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

1 | Facsimile: (212) 849-7100

2 | Jonathan Tse (CA Bar No. 305468)
3 | jonathantse@quinnemanuel.com
  | 50 California Street, 22nd Floor
4 | San Francisco, CA 94111
  | Telephone: (415) 875-6600
5 | Facsimile: (415) 875-6700

6 | *Attorneys for Defendant Google LLC*