|  |  |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SUPPLEMENT MOTION FOR RELIEF REGARDING PRESERVATION**<br><br>Judge: Hon. Susan van Keulen |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

**[PROPOSED] ORDER**

Before the Court is Google LLC's Motion to Supplement Motion for Relief Regarding Preservation ("Motion for Supplement"). Having considered the parties' papers filed relating to this Motion for Supplement and Google's Motion for Relief, and other papers and evidence on file, and good cause having been shown, the Court **ORDERS** as follows:

Google's Motion to Supplement is **GRANTED**.

**SO ORDERED**.

DATED: _____

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE