1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10  PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,

    Case No. 4:20-cv-5146-YGR-SVK

11      Plaintiffs,

    [PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO SUPPLEMENT MOTION FOR RELIEF REGARDING PRESERVATION

12  v.

13  GOOGLE LLC,

    Judge: Hon. Susan van Keulen

14      Defendant.

**[PROPOSED] ORDER**

Before the Court is Google LLC's Motion to Supplement Motion for Relief Regarding Preservation ("Motion for Supplement"). Having considered the parties' papers filed relating to this Motion for Supplement and Google's Motion for Relief, and other papers and evidence on file, and good cause having been shown, the Court **ORDERS** as follows:

Google's Motion to Supplement is **GRANTED**.

**SO ORDERED**.

DATED: November 30, 2022

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE