UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-05146-YGR (SVK)<br><br>**ORDER TO PROVIDE CHAMBERS COPIES OF DECLARATIONS AND EXHIBITS ON GOOGLE'S MOTION FOR RELIEF FROM PRESERVATION ORDER** |

By **December 9, 2022**, the Court requests that Google submit two sets of chambers copies of the sealed declarations and exhibits (not briefs) filed in connection with Google's motion for relief from preservation order (Dkt. 898). The chambers copies should be organized in binders of 3 inches or less with labeled tabs and may be delivered to the San Jose Clerk's Office by 1:00 p.m. or placed in the drop box at the San Jose Courthouse by 5:00 p.m. Future declarations and exhibits filed in connection with this motion are to be submitted by the filing party in the same manner by noon on the day following filing.

**SO ORDERED.**

Dated: December 6, 2022

                                                                                                  _____
                                                                                                  SUSAN VAN KEULEN
                                                                                                  United States Magistrate Judge