**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*


**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

*Counsel for Plaintiffs*

**DICELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
485 Lexington Avenue, 10th Floor
New York, NY 10017
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

Amy Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Floor
Chicago, IL 60602
Tel.: (31) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>**CIVIL L.R. 7-11 and 79-5(f)**<br><br>Referral: Hon. Susan van Keulen, USMJ<br><br>No Hearing Date Set Pursuant to L.R. 7-11(c) |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order entered in this matter, Dkt. No. 61, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed, to the extent that such material is quoted, summarized, or otherwise reflected in the documents (or portions thereof) indicated below:

| | **Document** | **Text Sought to be Sealed** | **Evidence Offered in Support of Sealing** |
|---|---|---|---|
| 1 | Plaintiffs' Opposition to Google's Motion for Relief (Dkt. No. 898) From the Court's Modified Preservation Plan dated July 15, 2022 (Dkt. No. 766) as Modified Again on August 5, 2022 (Dkt. No. 815) | Page 2 lines 5-6, 9<br>Page 4 line 22<br>Page 7 line 17<br>Page 9 lines 5-7, 12, 23-28<br>Page 10 lines 4-6, 8-9, 13-15, 18-20, 24-28<br>Page 11 lines 2-3, 10, 13-14, 23, 28<br>Page 12 line 4, 12, 26-27<br>Page 13 line 4<br>Page 14 lines 25-26<br>Page 15 lines 15-20<br>Page 16 lines 19-20, 25-28<br>Page 17 lines 2, 5-6, 9, 11-18, 20<br>Page 18 line 26<br>Page 19 lines 14-17, 27-28 | Defendant to provide evidence, per Local Rule 79-5(f) |
| 2 | Joint Declaration of Jason "Jay" Barnes, Lesley Weaver, and David A. Straite in Support of Plaintiffs' Opposition to Google's Motion for Relief (Dkt. No. 898) | Page 3 lines 2-10 | Defendant to provide evidence, per Local Rule 79-5(f) |
| 3 | Exhibit A: GOOG-CALH-00024734 | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 4 | Exhibit B: Google's transmittal letter accompanying Exhibit A | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |

Paragraph 12.4 of the Stipulated Protective Order prohibits a party from filing materials designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in the public record. Portions of the documents list above quote, summarize, or otherwise reflect information that Defendant Google LLC has designated "Confidential" or "Highly Confidential – Attorneys' Eyes

1 | Only." Pursuant to Local Civil Rules 79-5(c)(1) and (f)(3), Defendant, as the Designating Party,

2 | bears the responsibility to establish that all of the designated material is sealable.

Dated: December 9, 2022                                      Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**                              **DiCELLO LEVITT LLC**

By:   */s/ Lesley E. Weaver*                                By:   */s/ David Straite*
Lesley Weaver (Cal. Bar No. 191305)                         David A. Straite (admitted *pro hac vice*)
Angelica M. Ornelas (Cal. Bar No. 285929)                   Corban Rhodes (admitted *pro hac vice*)
Joshua D. Samra (Cal. Bar No. 313050)                       485 Lexington Avenue, 10th Floor
555 12th Street, Suite 1600                                 New York, NY 10017
Oakland, CA 94607                                           Tel.: (646) 933-1000
Tel.: (415) 445-4003                                        *dstraite@dicellolevitt.com*
Fax: (415) 445-4020                                         *crhodes@dicellolevitt.com*
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*                                       Amy E. Keller (admitted *pro hac vice*)
*jsamra@bfalaw.com*                                         Adam Prom (admitted *pro hac vice*)
                                                            Sharon Cruz (admitted *pro hac vice*)
**SIMMONS HANLY CONROY LLC**                                Ten North Dearborn Street, 6th Floor
                                                            Chicago, Illinois 60602
By:   */s/ Jay Barnes*                                      Tel.: (312) 214-7900
Jason 'Jay' Barnes (admitted *pro hac vice*)                *akeller@dicellolevitt.com*
An Truong (admitted *pro hac vice*)                         *aprom@dicellolevitt.com*
Eric Johnson (admitted *pro hac vice*)                      *scruz@dicellolevitt.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Michelle I. Locascio, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 9, 2022  /s/ *Michelle I. Locascio*
Michelle I. Locascio

ATTESTATION  CASE NO. 4:20-CV-05146-YGR-SVK

**CERTIFICATE OF SERVICE**

I, Michelle I. Locascio, hereby certify that on December 9, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filings to be delivered to counsel for Defendant Google LLC via electronic mail.

Dated: December 9, 2022                    /s/ *Michelle I. Locascio*
                                           Michelle I. Locascio