**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

*Counsel for Plaintiffs*

**DICELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
485 Lexington Avenue, 10th Floor
New York, NY 10017
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

Amy Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Floor
Chicago, IL 60602
Tel.: (31) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**DECLARATION OF MICHELLE I. LOCASCIO IN SUPPORT OF PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

## DECLARATION OF MICHELLE I. LOCASCIO

I, Michelle I. Locascio, declare and state as follows:

1. I am an attorney admitted to practice before this Court *pro hac vice*.

2. I am an associate with the law firm DiCello Levitt LLC, who, along with the law firms Bleichmar Fonti & Auld LLP and Simmons Hanly Conroy, LLC, represent Plaintiffs in the above-captioned matter.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

4. I submit this declaration in support of Plaintiffs' Motion to Seal.

5. Attached as **Exhibit 1** is a true and correct copy of the SEALED and UNREDACTED version of Plaintiffs' Opposition to Google's Motion for Relief (Dkt. No. 898) from the Court's Modified Preservation Plan Dated July 15, 2022 (Dkt. No. 766) as Modified Again on August 5, 2022 (Dkt. No. 815).

6. Attached as **Exhibit 2** is a true and correct copy of the public and redacted version of Plaintiffs' Opposition to Google's Motion for Relief (Dkt. No. 898) from the Court's Modified Preservation Plan Dated July 15, 2022 (Dkt. No. 766) as Modified Again on August 5, 2022 (Dkt. No. 815).

7. Attached as **Exhibit 3** is a true and correct copy of the SEALED and UNREDACTED version of the Joint Declaration of Jason "Jay" Barnes, Lesley Weaver, and David A. Straite in Support of Plaintiffs' Opposition to Google's Motion for Relief (Dkt. No. 898).

8. Attached as **Exhibit 4** is a true and correct copy of the public and redacted version of the Joint Declaration of Jason "Jay" Barnes, Lesley Weaver, and David A. Straite in Support of Plaintiffs' Opposition to Google's Motion for Relief (Dkt. No. 898).

9. Attached as **Exhibit 5** is a true and correct copy of the SEALED and UNREDACTED version of Exhibit A to the Joint Declaration of Jason "Jay" Barnes, Lesley Weaver, and David A. Straite in Support of Plaintiffs' Opposition to Google's Motion for Relief (Dkt. No. 898).

10. Attached as **Exhibit 6** is a true and correct copy of the SEALED and UNREDACTED version of Exhibit B to the Joint Declaration of Jason "Jay" Barnes, Lesley Weaver, and David A. Straite in Support of Plaintiffs' Opposition to Google's Motion for Relief (Dkt. No. 898).

***

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of December, 2022, at Chicago, Illinois.

/s/ *Michelle I. Locascio*
Michelle I. Locascio

**CERTIFICATE OF SERVICE**

I, Michelle I. Locascio, hereby certify that on December 9, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filings to be delivered to counsel for Defendant Google LLC via electronic mail.

Dated: December 9, 2022            /s/ *Michelle I. Locascio*
                                   Michelle I. Locascio