|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-05146-YGR-SVK |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. |  |
| GOOGLE LLC, |  |
| Defendant. |  |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed. Having considered the supporting declaration of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following materials remain filed under seal:

| | Document | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| 1 | Plaintiffs' Opposition to Google's Motion for Relief (Dkt. No. 898) From the Court's Modified Preservation Plan dated July 15, 2022 (Dkt. No. 766) as Modified Again on August 5, 2022 (Dkt. No. 815) | Page 2 lines 5-6, 9<br>Page 4 line 22<br>Page 7 line 17<br>Page 9 lines 5-7, 12, 23-28<br>Page 10 lines 4-6, 8-9, 13-15, 18-20, 24-28<br>Page 11 lines 2-3, 10, 13-14, 23, 28<br>Page 12 line 4, 12, 26-27<br>Page 13 line 4<br>Page 14 lines 25-26<br>Page 15 lines 15-20<br>Page 16 lines 19-20, 25-28<br>Page 17 lines 2, 5-6, 9, 11-18, 20<br>Page 18 line 26<br>Page 19 lines 14-17, 27-28 | Defendant to provide evidence, per Local Rule 79-5(f) |
| 2 | Joint Declaration of Jason "Jay" Barnes, Lesley Weaver, and David A. Straite in Support of Plaintiffs' Opposition to Google's Motion for Relief (Dkt. No. 898) | Page 3 lines 2-10 | Defendant to provide evidence, per Local Rule 79-5(f) |
| 3 | Exhibit A: GOOG-CALH-00024734 | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 4 | Exhibit B: Google's transmittal letter accompanying Exhibit A | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |

[PROPOSED] ORDER RE
PLS. ADMIN. MOT. TO SEAL         1         CASE NO. 4:20-CV-05146-YGR-SVK

1 **IT IS SO ORDERED.**

Dated: _____

Hon. Susan van Keulen
UNITED STATES MAGISTRATE JUDGE