**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 994607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
Jenny Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*
*jpaulson@simmonsfirm.com*

**DiCELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
485 Lexington Avenue, 10th Floor
New York, NY 10017
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

Amy Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., 6th Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**JOINT DECLARATION OF JASON "JAY" BARNES, LESLEY WEAVER, AND DAVID STRAITE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION FOR RELIEF (DKT. No. 898)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

We, Jay Barnes, Lesley E. Weaver, and David A. Straite, hereby declare under penalty of perjury:

1. We are co-lead counsel of record for Plaintiffs in this matter and submit this Joint Declaration in Support of Plaintiffs' Opposition to Google's Motion for Relief (Dkt. No. 898) from the Court's prior data log preservation orders.

2. We submit this declaration based on personal knowledge, and if called as witnesses, could testify competently to the facts set forth herein.

3. Attached as **Exhibit A** is a true and correct copy of a document produced by Google on January 20, 2021 in this litigation and bearing bates number GOOG-CALH-00024734 which contains ▮▮▮▮▮▮▮▮▮▮

4. Attached as **Exhibit B** is a true and correct copy of Google's transmittal letter accompanying and describing the document described in paragraph 3 above.

5. In support of Google's Motion for Relief (Dkt. No. 898), we understand that Google submitted declarations from nine Google employees. None of these nine employees were on the final list of agreed or Court-ordered ESI Custodians, none were deposed in this litigation, and seven of the nine were never identified in the document described in paragraph 3 above.

6. At our direction, document analysis related to Google's document production were pulled for the declarants described in paragraph 5 above, including a count of how many documents in the production were associated with each declarant; roles and titles of each (if known); and whether they are a custodian. The document analysis also show whether any emails were authored by any of these declarants. Below is a chart of the data reported to us:

| Declarant | Previously Identified as a Relevant Employee? | ESI custodian? | Emails in Production Authored by Declarant |
|---|---|---|---|
| Lawrence Greenfield | | ▮ | ▮ |
| Joshua Halstead | | | |
| Jifei Gao | | | |
| Benjamin Kornacki | | | |
| Julian Kranz | | | |
| Srilakshmi Pothana | | | |
| Patrick Quaid | | | |
| Daryl Seah | | | |
| Danny Talavera | | | |

7. The document analysis also revealed the following illustrative data:

   a. Declarant Daryl Seah ~~[redacted]~~ as shown in the chart above. The data metrics reveal that ~~[redacted]~~

   b. Data metrics also reveal ~~[redacted]~~

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of December 2022, at Jefferson City, Missouri.

**SIMMONS HANLY CONROY LLC**

*/s/ Jay Barnes*
Jason "Jay" Barnes

Executed this 9th day of December 2022, at Oakland, California

**BLEICHMAR FONTI & AULD LLP**

*/s/ Lesley Weaver*
Lesley Weaver

Executed this 9th day of December 2022, at San Francisco, California.

**DiCELLO LEVITT LLC**

*/s/ David A. Straite*
David Straite

**<u>ATTESTATION</u>**

I, David A. Straite, am the ECF User whose identification and password are being used to file this document pursuant to Civil L.R. 5-1(h)(3). I attest under penalty of perjury that the signatories above have concurred in the filing of this document.

         */s/ David A. Straite*