# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK CALHOUN, ET AL.** <br> Plaintiffs, <br> v. <br> **GOOGLE, LLC**, <br> Defendant. | CASE NO. 20-cv-5146-YGR <br><br> **JUDGMENT** |

In accordance with the Court's opinion, judgment is entered. The Clerk of Court shall enter judgment and close the matter.

**IT IS SO ORDERED.**

Dated: December 12, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**