# EXHIBIT B

# Redacted Version of Document Sought to be Sealed

quinn emanuel trial lawyers | san francisco

50 California St., 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 | FAX (415) 875-6700

WRITER'S DIRECT DIAL NO.
**(415) 875-6426**

WRITER'S INTERNET ADDRESS
**jonathantse@quinnemanuel.com**

January 20, 2021

**VIA E-MAIL AND FTP**

David A. Straite
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, NY  10022
(212) 687-1980
dstraite@kaplanfox.com

Re:   *Calhoun, et al. v. Google LLC* – U.S. District Court, Northern District of California, San Jose Division: Case No. 5:20-cv-5146-LHK-SVK

Dear Counsel,

Please find below an FTP link containing Google's production in response to Plaintiffs' RFP 6 and RFP 7, which we trust will aid the parties in negotiating a set of ESI custodians.  We will send the password in a separate email.

With respect to RFP 6, the document produced includes the names of Google personnel with current responsibilities relating to issues relevant to the allegations in the Complaint within Chrome Sync, Chrome Metrics, Google Analytics, Google Ad Manager, the Privacy & Data Protection Office, and ███████, and those individuals' respective teams.  For that reason, not all individuals listed here will have relevant and/or non-duplicative documents, but we have included team members in the interest of providing a broad overview.

Sincerely,

/s/ *Jonathan Tse*
Jonathan Tse

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS