**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**DEFENDANT GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKTS. 933-3, 934)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

Defendant Google LLC ("Google") submits this Motion to Remove Incorrectly Filed Documents to remove from the dockets the following documents ("Plaintiffs' Filings"):

- Plaintiffs' Opposition to Google's Motion For Relief (Dkt. No. 898) from the Court's Modified Preservation Plan Dated July 15, 2022 (Dkt No. 766) as Modified Again on August 5, 2022 (Dkt No. 815) (Redacted), filed as Dkt. No. 933-3;

- Plaintiffs' Opposition to Google's Motion For Relief (Dkt. No. 898) from the Court's Modified Preservation Plan Dated July 15, 2022 (Dkt No. 766) as Modified Again on August 5, 2022 (Dkt No. 815) (Redacted), filed as Dkt. No. 934.

After the Plaintiffs' filing of the docket entries listed above, Google discovered that certain confidential information was inadvertently unredacted. The information sought to be redacted contains highly sensitive, confidential, and proprietary business information that could affect Google's competitive standing and may expose Google to increased security risks, including cybersecurity threats, if publicly disclosed. Google has filed a corrected, redacted version of Plaintiffs' Filings *See Dkt.938-2*. Accordingly, Google respectfully requests that Docket Nos. 933-3 and 934 be permanently deleted from the docket.

DATED: December 13, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000

|   |   |
|---|---|
| 1 | Facsimile: (650) 801-5100 |
| 2 | Stephen A. Broome (CA Bar No. 314605) |
| 3 | stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526) |
| 4 | violatrebicka@quinnemanuel.com<br>Crystal Nix-Hines (Bar No. 326971) |
| 5 | crystalnixhines@quinnemanuel.com<br>Alyssa G. Olson (CA Bar No. 305705) |
| 6 | alyolson@quinnemanuel.com |
| 7 | 865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 |
| 8 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 9 | |
| 10 | Jomaire Crawford (admitted pro hac vice)<br>jomairecrawford@quinnemanuel.com |
| 11 | 51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| 12 | Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |
| 13 | |
| 14 | Josef Ansorge (admitted pro hac vice)<br>josefansorge@quinnemanuel.com |
| 15 | Xi ("Tracy") Gao (CA Bar No. 326266)<br>tracygao@quinnemanuel.com |
| 16 | Carl Spilly (admitted *pro hac vice)*<br>carlspilly@quinnemanuel.com |
| 17 | 1300 I Street NW, Suite 900 |
| 18 | Washington D.C., 20005<br>Telephone: (202) 538-8000 |
| 19 | Facsimile: (202) 538-8100 |
| 20 | Jonathan Tse (CA Bar No. 305468) |
| 21 | jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 22 | San Francisco, CA 94111<br>Telephone: (415) 875-6600 |
| 23 | Facsimile: (415) 875-6700 |
| 24 | *Attorneys for Defendant Google LLC* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |