1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

13

14

PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,

15

Plaintiffs,

16

17

v.

18

GOOGLE LLC,

19

Defendant.

Case No. 4:20-cv-5146-YGR-SVK

**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKTS. 933-3 AND 934)**

Referral: Hon. Susan van Keulen, USMJ

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2       Before the Court is Defendant Google LLC's Motion to Remove Incorrectly Filed Documents

3  (Dkts. 933-3 and 934) ("Motion").  Having considered the Motion and supporting papers, the Court

4  hereby **GRANTS** the Motion.

5

6       **SO ORDERED.**

7  DATED: _____  _____

8                                          THE HONORABLE SUSAN VAN KEULEN

9                                          United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 4:20-cv-05146-YGR-SVK
[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS