|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-5146-YGR-SVK |
|---|---|
| Plaintiffs, | ~~[PROPOSED]~~ **ORDER GRANTING GOOGLE LLC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKTS. 933-3 AND 934)** |
| v. |  |
| GOOGLE LLC, | Referral: Hon. Susan van Keulen, USMJ |
| Defendant. |  |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Motion to Remove Incorrectly Filed Documents (Dkts. 933-3 and 934) ("Motion"). Having considered the Motion and supporting papers, the Court hereby **GRANTS** the Motion.

**SO ORDERED.**

DATED: December 14, 2022

*Susan van Keulen* (signature)
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge