**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
555 12th Street, Suite 1600
Oakland, CA 994607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
Jenny Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*
*jpaulson@simmonsfirm.com*

**DICELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
485 Lexington Ave., Tenth Floor
New York, NY 10017
Tel.: (646) 933-1000
Fax: (646) 494-9648
*dstraite@dicellolevitt.com*
*crhodes@discellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*scruz@dicellolevitt.com*

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 4:20-cv-05146-YGR-SVK <br><br> **PLAINTIFFS' NOTICE OF APPEAL** <br><br> Judge:   Hon. Yvonne Gonzalez Rogers |

NOTICE IS HEREBY GIVEN that Plaintiffs Patrick Calhoun, Elaine Crespo, Michael Henry, Cornice Wilson, Rodney Johnson, and Claudia Kindler appeal to the United States Court of Appeals for the 9th Circuit from the Order Granting Google's Motion for Summary Judgment; Denying Plaintiffs' Motion for Class Certification as Moot; and Order Re Pending Administrative Motions (Doc. 935) and final judgment (Doc. 937) entered on December 12, 2022. The case was first filed in U.S. District Court for the Northern District of California on July 27, 2020.

In compliance with Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b) of the Rules of the United States Court of Appeals for the Ninth Circuit, a "Representation Statement" identifying all parties to this action in the District Court, along with the names, addresses, and telephone numbers of their respective counsel, accompanies this notice.

Dated: December 20, 2022              Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**        **DICELLO LEVITT LLC**

By: */s/ Lesley Weaver*               By: */s/ David A. Straite*
Lesley Weaver (Cal. Bar No.191305)    David A. Straite (admitted *pro hac vice*)
Angelica M. Ornelas (Cal. Bar No. 285929)   Corban Rhodes (admitted *pro hac vice*)
555 12th Street, Suite 1600           485 Lexington Avenue, 10th Floor
Oakland, CA 994607                    New York, NY 10017
Tel.: (415) 445-4003                  Tel.: (646) 993-1000
Fax: (415) 445-4020                   Fax: (646) 494-9648
*lweaver@bfalaw.com*                  *dstraite@dicellolevitt.com*
*aornelas@bfalaw.com*                 *crhodes@dicellolevitt.com*

                                      Amy E. Keller (admitted *pro hac vice*)
                                      Adam Prom (admitted *pro hac vice*)
**SIMMONS HANLY CONROY LLC**          Sharon Cruz (admitted *pro hac vice*)
                                      Ten North Dearborn Street, 6th Floor
By: */s/ Jason 'Jay' Barnes*          Tel.: (312) 214-7900
Jason 'Jay' Barnes (admitted *pro hac vice*)   *akeller@dicellolevitt.com*
An Truong (admitted *pro hac vice*)   *aprom@dicellolevitt.com*
Eric Johnson (admitted *pro hac vice*)   *scruz@dicellolevitt.com*
Jenny Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*
*jpaulson@simmonsfirm.com*

*Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, David A. Straite, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 20, 2022

*/s/ David A. Straite*
David A. Straite

## **CERTIFICATE OF SERVICE**

I, David A. Striate, hereby certify that on December 20, 2022, I caused to be electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.

Dated: December 20, 2022                              */s/ David A. Straite*
                                                                              David A. Straite