# GOOGLE LLC'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO FILE JOINT LETTER BRIEF REGARDING PRESERVATION

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Josef Ansorge (admitted *pro hac vice*)
josefansorge@quinnemanuel.com
Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Jomaire Crawford (admitted *pro hac vice*)
jomairecrawford@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Jonathan Tse (CA Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**GOOGLE LLC'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO FILE JOINT LETTER BRIEF REGARDING PRESERVATION**<br><br>Judge: Hon. Susan van Keulen<br><br>Trial Date:     None Set |

1     Google respectfully seeks the Court's permission to submit a five-page joint letter brief
2 regarding the impact of the entry of judgment against Plaintiffs on Google's preservation
3 obligations. Dkt. 935 ("Summary Judgment Order"). Google has asked Plaintiffs to either (i)
4 stipulate to a proposed modification of the Court's preservation orders in light of the Certification
5 Order; or (ii) consent to file a joint letter brief allowing the parties to submit their positions on the
6 extent to which Google's obligations should continue, but Plaintiffs declined. 12/23/2022
7 Declaration of Viola Trebicka ("Trebicka Decl.") ¶ 2-5.

8     On July 15 and August 5, 2022, this Court issued orders directing Google to preserve
9 certain data related to Plaintiffs' proposed class. Dkt. Nos. 766, 815. On December 12, 2022,
10 Judge Gonzalez Rogers (i) granted Google's Motion for Summary Judgment, Dkt. 935; and (ii)
11 entered judgment for Google and closed the case file, Dkt. 937. On December 16, 2022, Google
12 asked Plaintiffs in writing to stipulate that (i) Google would be released from ongoing preservation
13 obligations (*i.e.*, the obligation to preserve new data that has not yet been created); and (ii) to the
14 extent Plaintiffs request that Google continue preserving data already preserved under the
15 preservation Orders, Plaintiffs would reimburse Google for the cost of this preservation. Google
16 also explained that it would continue to preserve data associated with the named Plaintiffs until the
17 resolution of all appeals. Google also asked Plaintiffs to meet and confer and explained that, in
18 light of the ongoing and mounting costs associated with complying with the Court's preservation
19 orders, Google would seek relief from this Court the week of December 19 if Plaintiffs would not
20 agree to either of Google's proposals. Plaintiffs rejected Google's request during conferral on
21 December 23.

22     Because Plaintiffs refused to agree to submit a joint letter brief, Google has no choice but
23 to file this motion. Good cause exists for Google's request for leave to file a joint letter brief
24 because (i) the Court's preservation orders impose a significant burden on Google; (ii) in light of
25 the Court's rejection of Plaintiffs' claims and termination of this case, the data subject to the
26 preservation order will become relevant only if the Ninth Circuit reinstates Plaintiffs' claims; and
27 (iii) Plaintiffs have declined Google's offer to resolve these issues without the Court's
28 intervention.

1      Google has prepared a two and a half page section of its joint letter brief and submitted it
2  as Exhibit A to this motion. Trebicka Decl. Ex. A. In light of the holidays, Google has stipulated
3  that Plaintiffs' deadline to respond to this administrative motion is extended to December 30,
4  2022. Trebicka Decl. ¶ 5. Google respectfully requests that the Court require Plaintiffs to file a
5  two and a half page letter brief responding to Google's Exhibit A by January 4, 2023, and hear the
6  dispute at the previously scheduled January 10, 2023 hearing on preservation.

DATED: December 23, 2022     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By     */s/ Andrew H. Schapiro*
     Andrew H. Schapiro