# DECLARATION OF VIOLA TREBICKA ISO GOOGLE LLC'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO FILE JOINT LETTER BRIEF REGARDING PRESERVATION

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) | Andrew H. Schapiro (admitted *pro hac vice*) |
| dianedoolittle@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| Sara Jenkins (CA Bar No. 230097) | Teuta Fani (admitted *pro hac vice*) |
| sarajenkins@quinnemanuel.com | teutafani@quinnemanuel.com |
| 555 Twin Dolphin Drive, 5th Floor | 191 N. Wacker Drive, Suite 2700 |
| Redwood Shores, CA 94065 | Chicago, IL 60606 |
| Telephone: (650) 801-5000 | Telephone: (312) 705-7400 |
| Facsimile: (650) 801-5100 | Facsimile: (312) 705-7401 |
| | |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Xi ("Tracy") Gao (CA Bar No. 326266) |
| violatrebicka@quinnemanuel.com | tracygao@quinnemanuel.com |
| Crystal Nix-Hines (CA Bar No. 326971) | Carl Spilly (admitted *pro hac vice*) |
| crystalnixhines@quinnemanuel.com | carlspilly@quinnemanuel.com |
| Alyssa G. Olson (CA Bar No. 305705) | 1300 I Street NW, Suite 900 |
| alyolson@quinnemanuel.com | Washington D.C., 20005 |
| 865 S. Figueroa Street, 10th Floor | Telephone: (202) 538-8000 |
| Los Angeles, CA 90017 | Facsimile: (202) 538-8100 |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |
| | |
| Jomaire Crawford (admitted *pro hac vice*) | Jonathan Tse (CA Bar No. 305468) |
| jomairecrawford@quinnemanuel.com | jonathantse@quinnemanuel.com |
| 51 Madison Avenue, 22nd Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | San Francisco, CA 94111 |
| Telephone: (212) 849-7000 | Telephone: (415) 875-6600 |
| Facsimile: (212) 849-7100 | Facsimile: (415) 875-6700 |

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**DECLARATION OF VIOLA TREBICKA IN SUPPORT OF GOOGLE LLC'S ADMINISTRATIVE MOTION REQUESTING LEAVE TO FILE JOINT LETTER BRIEF REGARDING PRESERVATION**<br><br>Referral: Hon. Susan van Keulen, USMJ |

I, Viola Trebicka, declare as follows:

I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I submit this declaration in support of Google LLC's Administrative Motion Requesting Leave to File Joint Letter Brief Regarding Preservation. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

On December 16, 2022, counsel for Google sent Plaintiffs a correspondence requesting that, in light of the Court's December 12, 2022 Order granting Google's Motion for Summary Judgment, Plaintiffs stipulate that (1) Google is relieved from the obligations to preserve any data it is currently preserving pursuant to the Court's Preservation Order on a going forward basis (that is, no accretion of new data); and (2) if Plaintiffs wish for Google to retain data currently accrued pursuant to the Court's Preservation Order, Plaintiffs will reimburse Google for storage costs incurred after December 12, 2022 (the date of the Court's summary judgment order) according to published rates for Google Cloud storage. The correspondence explained that Google would continue to hold the Named Plaintiffs' preserved data until any appeal is concluded.

The December 16, 2022 correspondence also explained that, if Plaintiffs were not willing to so stipulate, the parties should brief the effect of the Court's summary judgment order on preservation issues ahead of the previously-scheduled January 10, 2023 hearing on preservation. Google proposed a letter briefing schedule that would conclude with filing on December 23, 2022.

Plaintiffs responded on December 21, 2022, stating they did not believe that any changes to Google's preservation obligations were appropriate while an appeal was ongoing, and the Court was aware of the appeal and could request further briefing on the effect of the Court's summary judgment ruling on Google's preservation obligations.

The parties further conferred on December 23, 2022. During the conferral, Plaintiffs did not agree to submit a joint letter brief on this issue. Google explained it would file an administrative motion with the Court requesting permission to file a joint letter brief. In light of the holidays, Google agreed to extend Plaintiffs' opposition to the administrative motion to December 30, 2022.

Attached hereto as **Exhibit A** is Google's portion of the proposed joint letter brief.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on December 23, 2022.

By  */s/ Viola Trebicka*
Viola Trebicka