UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 20-cv-05146-YGR   (SVK)<br><br>**ORDER FOR FURTHER BRIEFING ON GOOGLE'S REQUEST FOR ADMINISTRATIVE RELIEF**<br><br>Re: Dkt. No. 945 |

The Parties are hereby **ORDERED** to brief whether, in light of Plaintiffs' appeal, the Court has jurisdiction to address Google's preservation obligations and if so, how those obligations should be modified, if at all. Each side must file a brief in pleading format not to exceed 7 pages. Google's brief is due on **January 3, 2023 at noon.** Plaintiffs' brief is due on **January 6, 2023 at noon.** The Court will address the issue at the January 10, 2023 hearing as appropriate

**SO ORDERED.**

Dated: December 27, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge