**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) | Andrew H. Schapiro (admitted *pro hac vice*) |
| dianedoolittle@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| Sara Jenkins (CA Bar No. 230097) | Teuta Fani (admitted *pro hac vice*) |
| sarajenkins@quinnemanuel.com | teutafani@quinnemanuel.com |
| 555 Twin Dolphin Drive, 5th Floor | 191 N. Wacker Drive, Suite 2700 |
| Redwood Shores, CA 94065 | Chicago, IL 60606 |
| Telephone: (650) 801-5000 | Telephone: (312) 705-7400 |
| Facsimile: (650) 801-5100 | Facsimile: (312) 705-7401 |
| | |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Xi ("Tracy") Gao (CA Bar No. 326266) |
| violatrebicka@quinnemanuel.com | tracygao@quinnemanuel.com |
| Crystal Nix-Hines (CA Bar No. 326971) | Carl Spilly (admitted *pro hac vice*) |
| crystalnixhines@quinnemanuel.com | carlspilly@quinnemanuel.com |
| Alyssa G. Olson (CA Bar No. 305705) | 1300 I Street NW, Suite 900 |
| alyolson@quinnemanuel.com | Washington D.C., 20005 |
| 865 S. Figueroa Street, 10th Floor | Telephone: (202) 538-8000 |
| Los Angeles, CA 90017 | Facsimile: (202) 538-8100 |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |
| | |
| Jomaire Crawford (admitted *pro hac vice*) | Jonathan Tse (CA Bar No. 305468) |
| jomairecrawford@quinnemanuel.com | jonathantse@quinnemanuel.com |
| 51 Madison Avenue, 22nd Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | San Francisco, CA 94111 |
| Telephone: (212) 849-7000 | Telephone: (415) 875-6600 |
| Facsimile: (212) 849-7100 | Facsimile: (415) 875-6700 |

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br>   Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br>   Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**DECLARATION OF DONALD SETH FORTENBERY IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM FOR JANUARY 10. 2023 HEARING**<br><br>Referral:  Hon. Susan van Keulen, USMJ<br>Hearing Date:  January 10, 2023<br>Hearing Time:  10:00 A.M. |

1

Case No. 4:20-cv-05146-YGR-SVK
FORTENBERY DECLARATION ISO GOOGLE'S MOTION TO SEAL COURTROOM

I, Donald Seth Fortenbery, declare as follows:

1.   I am a member of the bar of the State of Kentucky and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, which serves as Google's outside counsel in this litigation. I have bee admitted pro hac vice in this matter. Dkt. 624. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.   I submit this declaration in support of Google's Administrative Motion to Seal the Courtroom for January 10, 2023 Hearing.

3.   On January 5, 2023, counsel for Google requested Plaintiffs identify whether they intended to discuss at the January 10, 2023 hearing information or material that Google has designated as Confidential or Highly Confidential-Attorneys' Eyes Only, and whether Plaintiffs opposed or did not take a position on Google's request to seal the courtroom for the January 10, 2023 hearing. Plaintiffs responded on January 6, 2023 that they saw no need for sealing the hearing and, if reference to sealed material was needed, the parties could use code words or reference Docket, page and line numbers.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Hoboken, New Jersey on January 6, 2023.

DATED:    January 6, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Donald Seth Fortenbery*
     Donald Seth Fortenbery

*Attorney for Defendant*