# TRANSCRIPT ORDER
*Please use one form per court reporter.*
*CJA counsel please use Form CJA24*
*Please read instructions on next page.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 08/2018)

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Simone Valvik |
| 2a. CONTACT PHONE NUMBER | (415) 875-6600 |
| 3. CONTACT EMAIL ADDRESS | simonevalvik@quinnemanuel.com |
| 1b. ATTORNEY NAME (if different) | Jonathan Tse |
| 2b. ATTORNEY PHONE NUMBER | (415) 875-6426 |
| 3. ATTORNEY EMAIL ADDRESS | jonathantse@quinnemanuel.com |
| 4. MAILING ADDRESS | Quinn Emanuel Urquhart and Sullivan, LLP, 50 California St, 22nd Floor, San Francisco, CA 94111 |
| 5. CASE NAME | Calhoun et al v. Google LLC |
| 6. CASE NUMBER | 4:20-cv-05146 |
| 7. COURT REPORTER NAME | Irene Rodriguez |

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL    ☐ CRIMINAL    ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL    ☑ CIVIL    CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/10/2023 | SVK | Motion | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**
Magistrate Judge Susan van Keulen

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Jonathan Tse

12. DATE: 01/10/2023

Clear Form    Save as new PDF