UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-05146-YGR (SVK)<br><br>**REDACTION ORDER**<br><br>Re Dkt. No. 960 |

The Court's January 17, 2023 Order on (1) Google's Motion for Relief Regarding Preservation, (2) Google's Administrative Motion Requesting Leave to File Joint Letter Brief Regarding Preservation; and (3) Parties' Supplemental Submissions (Dkt. 960) has been provisionally filed under seal. The Parties are ordered to meet and confer and submit joint proposed redactions to the Order, an administrative motion for leave to file under seal, and a proposed order by **January 24, 2023**. If no proposed redactions are received by 11:59 p.m. on January 24, 2023, the Court will unseal the Order in its entirety.

**SO ORDERED.**

Dated: January 17, 2023

                                                            SUSAN VAN KEULEN
                                                            United States Magistrate Judge