**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) | Andrew H. Schapiro (admitted *pro hac vice*) |
| dianedoolittle@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| Sara Jenkins (CA Bar No. 230097) | Teuta Fani (admitted *pro hac vice*) |
| sarajenkins@quinnemanuel.com | teutafani@quinnemanuel.com |
| 555 Twin Dolphin Drive, 5th Floor | 191 N. Wacker Drive, Suite 2700 |
| Redwood Shores, CA 94065 | Chicago, IL 60606 |
| Telephone: (650) 801-5000 | Telephone: (312) 705-7400 |
| Facsimile: (650) 801-5100 | Facsimile: (312) 705-7401 |
| | |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Xi ("Tracy") Gao (CA Bar No. 326266) |
| violatrebicka@quinnemanuel.com | tracygao@quinnemanuel.com |
| Crystal Nix-Hines (CA Bar No. 326971) | Carl Spilly (admitted *pro hac vice)* |
| crystalnixhines@quinnemanuel.com | carlspilly@quinnemanuel.com |
| Alyssa G. Olson (CA Bar No. 305705) | 1300 I Street NW, Suite 900 |
| alyolson@quinnemanuel.com | Washington D.C., 20005 |
| 865 S. Figueroa Street, 10th Floor | Telephone: (202) 538-8000 |
| Los Angeles, CA 90017 | Facsimile: (202) 538-8100 |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |
| | |
| Jomaire Crawford (admitted *pro hac vice*) | Jonathan Tse (CA Bar No. 305468) |
| jomairecrawford@quinnemanuel.com | jonathantse@quinnemanuel.com |
| 51 Madison Avenue, 22nd Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | San Francisco, CA 94111 |
| Telephone: (212) 849-7000 | Telephone: (415) 875-6600 |
| Facsimile: (212) 849-7100 | Facsimile: (415) 875-6700 |

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., | Case No. 4:20-cv-05146-YGR-SVK |
| Plaintiffs, | **DECLARATION OF VIOLA TREBICKA IN SUPPORT OF GOOGLE LLC'S MOTION FOR INDICATIVE RULING REGARDING SCOPE OF SUMMARY JUDGMENT ORDER PURSUANT TO RULES 60(A) AND 62.1** |
| vs. | |
| GOOGLE LLC, | |
| Defendant. | Judge: Hon. Yvonne Gonzalez Rogers |
| | Hearing:  February 21, 2023, 2:00 pm  Courtroom 1, 4th Floor |

I, Viola Trebicka, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Google LLC ("Google") in this action. I submit this declaration in support of Google LLC's Motion for an Indicative Ruling Regarding the Scope of the Court's Summary Judgment Order. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On January 18, 2023, I emailed counsel for Plaintiffs in this action to obtain Plaintiffs' position on whether the Court's Summary Judgment Order fully resolves Plaintiffs' six dormant claims. On January 19, 2023, Plaintiffs' counsel sent me an email stating "[t]he Court entered final judgment and closed the case more than 30 days ago, and the case is now with the Ninth Circuit."

3. On January 19, 2023, Quinn Emanuel attorneys Stephen Broome, Carl Spilly, and I met and conferred with Plaintiffs' counsel to obtain their position on the same issue. Plaintiffs' counsel informed us that their position is that the Court does not have jurisdiction to hear this dispute in light of their pending appeal. Plaintiffs' counsel declined to provide Plaintiffs' position on whether the Court's Summary Judgment order, and the reasoning therein, resolves the dormant claims.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my recollection. Executed in Los Angeles, California on January 23, 2023.

By    */s/ Viola Trebicka*
      Viola Trebicka