1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

13

14    PATRICK CALHOUN, *et al*., on behalf of
themselves and all others similarly situated,

15

Plaintiffs,

16

17    v.

18    GOOGLE LLC,

Defendant.

19

Case No. 4:20-cv-5146-YGR-SVK

**[PLAINTIFFS' PROPOSED] ORDER DENYING GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE COURT'S JANUARY 17, 2023 ORDER (DKT NO. 960)**

Referral: Hon. Susan van Keulen, USMJ

20

21

22

23

24

25

26

27

28

1

**[PLAINTIFFS' PROPOSED] ORDER**

2   Before the Court is the Parties' January 24, 2023 Joint Submission pursuant to the Court's

3 January 17, 2023 Redaction Order (Dkt No. 961). In the Joint Submission, Google moves to seal

4 portions of the Court's January 17, 2023 Order on (1) Google's Motion for Relief Regarding

5 Preservation, (2) Google's Administrative Motion Requesting Leave to File Joint Letter Brief

6 Regarding Preservation; and (3) Parties' Supplemental Submission (Sealed Dkt. No. 960). Plaintiffs

7 oppose. Google has also filed a motion to seal in the Ninth Circuit Court of Appeals related to the

8 identical portions of Dkt. No. 960 that Google seeks to seal here.

9   Having considered the Motion and other papers on file, and good cause having been found, the

10 Court **DENIES** Google's administrative motion to seal. Google shall file a full unredacted copy of

11 Dkt. No. 960 on the District Court docket and also promptly provide a copy of this Order to the Ninth

12 Circuit Court of Appeals.

13   **SO ORDERED.**

14 DATED: _____        _____

15                                THE HONORABLE SUSAN VAN KEULEN
                                 United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28