# EXHIBIT 1

# Redacted Version of Document Sought to be Sealed

1              UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

   CHASOM BROWN, WILLIAM BYATT,
5  JEREMY DAVIS, CHRISTOPHER          CASE CV-20-03664 YGR (SVK)
   CASTILLO, AND MONIQUE TRUJILLO,
6  INDIVIDUALLY AND ON BEHALF OF      SAN JOSE, CALIFORNIA
   THEMSELVES AND ALL OTHERS
7  SIMILARLY SITUATED,                JANUARY 10, 2023

8          PLAINTIFF,               **SEALED PAGES 1 - 36**

9      VS.

   GOOGLE LLC,                        COPY

10
           DEFENDANT.

11

12          TRANSCRIPT OF SEALED ZOOM PROCEEDINGS
            BEFORE THE HONORABLE SUSAN VAN KEULEN
13             UNITED STATES MAGISTRATE JUDGE

14  A-P-P-E-A-R-A-N-C-E-S

15  FOR THE PLAINTIFF:     MORGAN AND MORGAN COMPLEX LITIGATION
                           GROUP
16                         BY:  RYAN MCGEE
                           201 N. FRANKLIN STREET, 7TH FLOOR
17                         TAMPA, FLORIDA 33602

18                         SUSMAN GODFREY L.L.P.
                           BY:  AMANDA K. BONN
19                         1900 AVENUE OF THE STARS, SUITE 1400
                           LOS ANGELES, CALIFORNIA 90067

20                         BOIES SCHILLER FLEXNER LLP
                           BY:  MARK C. MAO
21                         44 MONTGOMERY STREET, 41ST FLOOR
                           SAN FRANCISCO, CALIFORNIA 94104

22

23          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

24  OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                CERTIFICATE NUMBER 8074

25      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
    TRANSCRIPT PRODUCED WITH COMPUTER.

```
 1          A P P E A R A N C E S:  (CONT'D)

 2       FOR THE DEFENDANT:          QUINN EMANUEL URQUHART AND
                                     SULLIVAN, LLP
 3                                   BY:  ANDREW H. SCHAPIRO
                                     191 N. UPPER WACKER DRIVE
 4                                   SUITE 2700
                                     CHICAGO, ILLINOIS 60606
 5
                                     BY:  DONALD SETH FORTENBERY
 6                                        JOSEF T. ANSORGE
                                     51 MADISON AVENUE, 22ND FLOOR
 7                                   NEW YORK, NEW YORK 10010

 8                                   BY:  STEPHEN ANDREW BROOME
                                          VIOLA TREBICKA
 9                                   865 S. FIGUEROA STREET
                                     10TH FLOOR
10                                   LOS ANGELES, CALIFORNIA 90017

11                                   BY:  XI (TRACY) GAO
                                     1300 I STREET NW, SUITE 900
12                                   WASHINGTON, DC 20005

13       ALSO PRESENT:               GOOGLE LLC
                                     BY:  MATTHEW GUBIOTTI
14                                        TONI BAKER

15

16

17

18

19

20

21

22

23

24

25
```

|   |   |
|---|---|
| 1 | SAN JOSE, CALIFORNIA                    JANUARY 10, 2023 |
| 2 | P R O C E E D I N G S |
| 3 | (COURT CONVENED AT 10:07 A.M.) |
| 4 | THE COURT:  GOOD MORNING EVERYONE.  GOOD MORNING. |
| 5 | WELCOME BACK.  WE'RE GOING TO CALL THESE MATTERS |
| 6 | SEPARATELY.  I DO APPRECIATE EVERYONE ACCOMMODATING THE CHANGE |
| 7 | TO A VIDEO HEARING. |
| 8 | MY INTENTION WAS THAT THAT WOULD MAKE LIFE EASIER FOR THE |
| 9 | PARTIES, AND I UNDERSTAND SOME PEOPLE WERE ALREADY TRAVELLING. |
| 10 | I APOLOGIZE.  WE'RE TRACKING THE WEATHER AS BEST WE CAN AND |
| 11 | TRYING TO ACCOMMODATE. |
| 12 | POWER AT THE COURTHOUSE HAS BEEN PERHAPS NOT AS RELIABLE |
| 13 | AS ONE WOULD LIKE OR ONE WOULD HOPE, SO I ACTUALLY THINK THAT |
| 14 | AT THE END OF THE DAY THIS IS THE BEST SETUP FOR US AT THIS |
| 15 | TIME. |
| 16 | AGAIN, I DO APOLOGIZE TO THE EXTENT THE COURT'S NOTICE WAS |
| 17 | NOT SUFFICIENTLY EARLY, BUT WE HAD LIVE HEARINGS ON FRIDAY, AND |
| 18 | WE KNEW THERE WOULD BE ANOTHER BIG STORM TODAY, SO HERE WE ARE. |
| 19 | ALL RIGHT.  MS. FANTHROPE, IF YOU WILL CALL THE BROWN |
| 20 | MATTER.  I KNOW THERE ARE SOME OVERLAPPING ISSUES.  THERE ARE |
| 21 | DISTINCT ISSUES.  SO WE WILL TAKE THIS ONE AT A TIME. |
| 22 | SO IF THE CALHOUN PLAINTIFFS WILL TURN OFF YOUR VIDEO, AND |
| 23 | FOR THOSE WHO ARE NOT SPEAKING, IF YOU CAN ALSO TURN OFF YOUR |
| 24 | VIDEO TO THE EXTENT THAT WORKS ON YOUR SIDE, THAT WOULD BE |
| 25 | HELPFUL SO WE HAVE AS FEW FACE SCREENS AS POSSIBLE SO WE CAN |

10:09AM 1    FOLLOW EVERYONE.

10:09AM 2        ALL RIGHT.  MS. FANTHROPE, IF YOU'LL CALL THE FIRST

10:09AM 3    MATTER, PLEASE.

10:09AM 4            THE CLERK:  YES.  THIS IS A SEALED HEARING IN CASE

10:09AM 5    20-CV-3664, BROWN, ET AL., VERSUS GOOG LLC ET AL.

10:09AM 6        COUNSEL, PLEASE IDENTIFY YOURSELVES FOR THE RECORD

10:09AM 7    BEGINNING WITH THE PLAINTIFF.

10:10AM 8            MR. MCGEE:  APOLOGIES, YOUR HONOR.  I WAS WAITING ON

10:10AM 9    MY COLLEAGUE, MR. MAO.

10:10AM 10       THIS IS RYAN MCGEE OF THE LAW FIRM OF MORGAN & MORGAN FOR

10:10AM 11   THE PLAINTIFFS.

10:10AM 12       I'M JOINED BY MARK MAO OF BOIES SCHILLER FLEXNER, AND ALSO

10:10AM 13   MS. AMANDA BONN OF SUSMAN GODFREY.

10:10AM 14           THE COURT:  THANK YOU, MR. MCGEE, MR. MAO, MS. BONN,

10:10AM 15   WELCOME.

10:10AM 16       AND FOR GOOGLE TODAY, MR. SCHAPIRO?

10:10AM 17           MR. SCHAPIRO:  YES.  ANDREW SCHAPIRO FOR GOOGLE.

10:10AM 18   I'M JOINED BY VIOLA TREBICKA AND TRACY GAO, WHO I THINK WILL BE

10:10AM 19   HANDLING MOST OF THE DISCUSSIONS RELATING TO BROWN TODAY WITH

10:10AM 20   JOSEF ANSORGE AND STEPHEN BROOME WHO ARE ALSO HERE ALSO FROM

10:10AM 21   OUR FIRM REPRESENTING GOOGLE, QUINN EMANUEL.

10:10AM 22       AND MATTHEW GUBIOTTI AND TONI BAKER, IN-HOUSE COUNSEL FROM

10:10AM 23   GOOGLE, ARE ALSO WITH US.

10:10AM 24           THE COURT:  ALL RIGHT.  THANK YOU.  WELCOME.

10:11AM 25       AS MS. FANTHROPE INDICATED, THIS PROCEEDING IS UNDER SEAL,

| | | |
|---|---|---|
| 10:11AM | 1 | AND I WILL -- I DO ORDER THAT THE TRANSCRIPTS MAY BE RELEASED |
| 10:11AM | 2 | TO THE PARTIES FOLLOWING THE HEARING AS SOON AS THEY ARE |
| 10:11AM | 3 | AVAILABLE.  THAT WILL SAVE US ISSUING AN ORDER LATER FOR |
| 10:11AM | 4 | RELEASE. |
| 10:11AM | 5 | ALL RIGHT.  IN BROWN WE ARE HERE TODAY TO ADDRESS GOOGLE'S |
| 10:11AM | 6 | MOTION FOR RELIEF FROM THE PRESERVATION ORDER, AND THAT MOTION |
| 10:11AM | 7 | WAS IN BRIEFING, IF NOT COMPLETED, WHEN JUDGE GONZALEZ ROGERS |
| 10:11AM | 8 | ISSUED HER ORDER ON CLASS CERTIFICATION ISSUING -- EXCUSE ME, |
| 10:11AM | 9 | CERTIFYING THE CLASS FOR INJUNCTIVE RELIEF BUT NOT CERTIFYING |
| 10:11AM | 10 | THE CLASS FOR DAMAGES. |
| 10:12AM | 11 | AND I UNDERSTAND THAT BROWN HAS PETITIONED THE |
| 10:12AM | 12 | NINTH CIRCUIT FOR PERMISSION TO APPEAL THE CLASS CERTIFICATION |
| 10:12AM | 13 | RULING.  I THINK THAT WAS JUST FILED NEAR THE END OF THE YEAR. |
| 10:12AM | 14 | AND SO I DID ASK THE PARTIES, FOLLOWING |
| 10:12AM | 15 | JUDGE GONZALEZ ROGERS' ORDER, FOR FURTHER BRIEFING AS TO THE |
| 10:12AM | 16 | IMPACT OF THE ORDER ON THE PRESERVATION PLAN, AND I RECEIVED |
| 10:12AM | 17 | THOSE, AND I HAVE REVIEWED ALL OF THE PAPERS AND THE EXTENSIVE |
| 10:12AM | 18 | PAPER AND BRIEFING FROM THE PARTIES ON THESE ISSUES. |
| 10:12AM | 19 | WHAT I RECEIVED FROM GOOGLE WAS FOLLOWING THE -- OR |
| 10:12AM | 20 | ADDRESSING THE IMPACT OF JUDGE GONZALEZ'S ORDER WAS AN UPDATED |
| 10:12AM | 21 | REQUEST.  THE INITIAL REQUEST WITH REGARDS TO RELIEF FROM THE |
| 10:12AM | 22 | PRESERVATION PLAN ADDRESSED THE TABLES, THE LINKING AND A SET |
| 10:13AM | 23 | OF LINKING AND MAPPING TABLES AND WHETHER THOSE IN FACT NEEDED |
| 10:13AM | 24 | TO BE PRESERVED. |
| 10:13AM | 25 | THE UPDATED REQUEST IS MUCH BROADER, WHICH IS TO STOP |

10:13AM   1    PRESERVING THE DOCUMENTS GOING FORWARD AND TO DELETE WHAT HAS

10:13AM   2    BEEN PRESERVED THUS FAR UNDER THE PLAN OR AT LEAST TO MOVE TO A

10:13AM   3    COST SHARING MODEL.  AND I LOOKED AT THOSE ARGUMENTS.  I SEE

10:13AM   4    OBVIOUSLY PLAINTIFFS' ARGUMENTS IN REPLY.

10:13AM   5        AND IT IS NOT MY -- WELL, MY TENTATIVE RULING, I DO NOT

10:13AM   6    INTEND TO CHANGE THE SCOPE OF THE ORDER, THAT IS, TO STOP

10:13AM   7    PRESERVING OR TO DELETE WHAT HAS ALREADY BEEN PRESERVED.

10:13AM   8        I THINK THAT THOSE ISSUES -- OBVIOUSLY THE ISSUE ON CLASS

10:14AM   9    CERTIFICATION IS UP ON APPEAL, AND ACTUALLY I DO HAVE A

10:14AM  10    LOGISTICAL QUESTION WITH REGARDS TO THAT, WHICH IS FOR THE

10:14AM  11    BROWN PLAINTIFFS, WHICH IS WHEN DO YOU ANTICIPATE OR DO YOU,

10:14AM  12    WHEN, IF YOU'RE ABLE, DO YOU ANTICIPATE HEARING FROM THE

10:14AM  13    NINTH CIRCUIT WITH REGARDS TO YOUR PETITION?

10:14AM  14        MR. MCGEE?

10:14AM  15            MR. MCGEE:  YOUR HONOR, I DO WISH I HAD THAT CRYSTAL

10:14AM  16    BALL.  I HAVE PARTICIPATED IN A FEW 23(F)'S OVER THE YEARS.  I

10:14AM  17    HAVE NEVER SEEN ANY OF THEM COME TO FRUITION FOR ONE REASON OR

10:14AM  18    ANOTHER.

10:14AM  19        I WOULD INVITE MR. MAO OR MS. BONN IF THEY HAVE ANY MORE

10:14AM  20    INSIGHT, SINCE THEY DO PRACTICE A LITTLE BIT MORE IN THE

10:14AM  21    NINTH CIRCUIT THAN I DO.

10:14AM  22            MR. MAO:  YOUR HONOR --

10:14AM  23            THE COURT:  EDUCATED GUESS, MR. MAO?

10:14AM  24            MR. MAO:  YES.  SOMEWHERE BETWEEN FOUR TO SIX

10:15AM  25    MONTHS, YOUR HONOR.

| | | |
|---|---|---|
| ̂ ̂:15AM | 1 | THE COURT:  ALL RIGHT.  MS. BONN, DID YOU HAVE |
| ⸱⸱⸱:15AM | 2 | ANYTHING TO ADD TO THAT? |
| 10:15AM | 3 | MS. BONN:  I THINK THAT SOUNDS RIGHT.  I THINK IT'S |
| 10:15AM | 4 | POSSIBLE WE CAN HEAR ONE WAY OR ANOTHER WHETHER THEY'RE GOING |
| 10:15AM | 5 | TO TAKE UP THE 23(F) PETITION MORE QUICKLY, BUT I DON'T THINK |
| 10:15AM | 6 | FOUR TO SIX MONTHS SOUNDS OUT OF THE ORDINARY. |
| 10:15AM | 7 | THE COURT:  ALL RIGHT.  SO, AGAIN, IN LIGHT OF THOSE |
| 10:15AM | 8 | ISSUES, OBVIOUSLY THE CLASS CERTIFICATION ISSUE, THE CASE HERE |
| 10:15AM | 9 | IN THE NORTHERN DISTRICT IS GOING FORWARD.  IT IS NOT STAYED. |
| 10:15AM | 10 | I APPRECIATE THEIR ARGUMENTS AS TO, WELL, WHAT IS NEEDED OR NOT |
| 10:15AM | 11 | NEEDED WITH THE CLASS AS IS, BUT THE CLASS CERT QUESTION IS |
| 10:15AM | 12 | BEFORE THE NINTH CIRCUIT, SO I AM NOT INCLINED TO MAKE THOSE |
| 10:15AM | 13 | CHANGES REQUESTED BY GOOGLE IN ITS UPDATED REQUEST. |
| 5AM | 14 | BUT THAT THEN BRINGS US BACK TO THE ORIGINAL MOTION FOR |
| 10:15AM | 15 | RELIEF, WHICH ADDRESSES ▬ TABLES, ▬▬▬▬▬ TABLES |
| 10:16AM | 16 | AND ▬ ANALYTICAL TABLES. |
| 10:16AM | 17 | AND LOOKING AT THAT, I SEE THAT REQUEST AS -- FOLLOWS FROM |
| 10:16AM | 18 | MY ORDER.  PERHAPS IT'S A REQUEST FOR CLARIFICATION OR FOR |
| 10:16AM | 19 | WHETHER OR NOT A DETERMINATION WHETHER OR NOT THESE TABLES FIT |
| 10:16AM | 20 | THE ORDER, AND WE'LL WORK THROUGH THAT HERE IN JUST A MOMENT. |
| 10:16AM | 21 | BUT IT APPEARS TO ME THAT THEY DO, THAT IS, THESE TABLES FALL |
| 10:16AM | 22 | UNDER MY ORDER, BUT MAYBE NOT ENTIRELY. |
| 10:16AM | 23 | AND WHAT DO WE DO ABOUT THAT?  CAN THE PARTIES WORK OUT |
| 10:16AM | 24 | WHICH PORTIONS NEED TO BE SAVED AND WHAT ARE THE IMPLICATIONS |
| 10:16AM | 25 | WITH REGARDS TO COST SHIFTING?  SO THAT'S VERY GENERALLY WHERE |

SEALED PROCEEDINGS                                                          8

10:17AM  1      I AM.

10:17AM  2           SO LET ME START HERE, WHICH IS OF COURSE I WENT BACK TO

10:17AM  3      THE TRANSCRIPT WHERE WE WERE ADDRESSING PRESERVATION OF THE

10:17AM  4      TABLES, AND I THINK I WAS CLEAR ON THE RECORD THAT IF THE TABLE

10:17AM  5      IS NEEDED TO WORK WITH ANY OF THE DATA AT ISSUE, IT HAS TO BE

10:17AM  6      PRESERVED.  IF THE TABLE IS COMPLETELY UNRELATED TO ANY OF THE

10:17AM  7      DATA IDENTIFICATION WERE PRODUCED IN THIS CASE, IDENTIFIED OR

10:17AM  8      PRODUCED, THEN IT DOES NOT NEED TO BE PRESERVED.

10:17AM  9           NOW, GOOGLE HAS IDENTIFIED ▮ TABLES OR HAS SAID IT IS

10:17AM  10     PRESERVING ▮ TABLES THAT CONTAIN MAPPING OR LINKING

10:17AM  11     IDENTIFIERS THAT ARE SUBJECT TO PRESERVATION IN ONE OF THE

10:17AM  12     SOURCES IDENTIFIED IN THE PRESERVATION ORDERS, AND I APPRECIATE

10:17AM  13     THAT.

10:17AM  14          GOOGLE ALSO THEN GOES ON TO SAY THAT HAVING REVIEWED THE

10:18AM  15     EVIDENTIARY RECORD, IT'S PRESERVING TABLES ADDRESSED IN

10:18AM  16     DEPOSITIONS OR DOCUMENTS.

10:18AM  17          SO MY FIRST QUESTION, MS. TREBICKA, FOR GOOGLE IS SO IS

10:18AM  18     THAT IN ADDITION TO THE ▮ TABLES?

10:18AM  19          ARE THERE ADDITIONAL TABLES ARISING FROM THE EVIDENTIARY

10:18AM  20     RECORD OR ARE THOSE -- IS THAT JUST A FURTHER DESCRIPTION OF

10:18AM  21     THE ▮?  IT WASN'T CLEAR TO ME FROM THE PAPER.

10:18AM  22          MS. TREBICKA:  RIGHT.  THE ▮ TABLES IS THE SUM

10:18AM  23     TOTAL OF THE TABLES THAT WE HAVE IDENTIFIED THAT FIT THE

10:18AM  24     DESCRIPTION WHETHER -- FROM ALL SOURCES PURSUANT TO OUR

10:18AM  25     INVESTIGATION.

```
10:18AM    1           THE COURT:  OKAY.  THEN AS I UNDERSTAND GOOGLE'S

  .18AM    2    POSITION, IT IS THAT THE ████████████ TABLES CONTAIN LINKS

10:18AM    3    THAT ARE DERIVED FROM THE █ TABLES THAT ARE BEING PRESERVED;

10:18AM    4    IS THAT CORRECT?

10:18AM    5           MS. TREBICKA:  CORRECT, FROM A SUBSET OF THOSE █

10:19AM    6    TABLES IS.

10:19AM    7           THE COURT:  OKAY.  ALL RIGHT.

10:19AM    8      AND THAT THE ANALYTICS TABLE RELATE TO THE GOOGLE

10:19AM    9    ANALYTICS PRODUCTS, AND THERE'S AN EXPLANATION ABOUT THE

10:19AM   10    MAPPING THAT IS PROVIDED ALREADY WITH REGARDS TO THE ANALYTICS

10:19AM   11    LOGS IS SUFFICIENT AND THAT THIS IS JUST ADDITIONAL

10:19AM   12    INFORMATION.

10:19AM   13      IS THAT -- I'M MOSTLY SIMPLIFYING FROM THE BRIEFS.

  9AM     14           MS. TREBICKA:  YES, YOUR HONOR.  SORRY, YOUR HONOR.

10:19AM   15      ESSENTIALLY THE MAPPING WITHIN THESE ANALYTICS TABLES IS

10:19AM   16    ALREADY CONTAINED WITHIN THE ANALYTICS DATA THAT WE ARE

10:19AM   17    PRESERVING IN BROWN BECAUSE THE MAPPING ITSELF IS PART OF THE

10:19AM   18    SAMPLE THAT IS BEING PRESERVED.

10:19AM   19           THE COURT:  OKAY.  ALL RIGHT.

10:19AM   20           MS. TREBICKA:  I GUESS IS HOW WE WOULD PUT IT.

10:19AM   21           THE COURT:  ALL RIGHT.  AND THEN I DID LOOK AT THE

10:20AM   22    STATISTICAL, THE NUMBERS THAT WERE PROVIDED AND THE SUPPORTING

10:20AM   23    DECLARATIONS AROUND THEM, AND I WILL SAY THAT I AM SURPRISED AT

10:20AM   24    THE DISPROPORTIONALITY BETWEEN WHAT IS BEING PRESERVED IN THESE

10:20AM   25    TABLES, THESE █ TABLES AT ISSUE IN GOOGLE'S MOTIONS AND ALL
```

10:20AM   1    OTHER PRESERVED DATA THAT FALL UNDER THE PRESERVATION ORDER IN

10:20AM   2    THIS CASE WHICH I TAKE THAT AS THIS IS NEW INFORMATION.  I

10:20AM   3    THINK IT'S REASONABLE THAT IT'S COME TO LIGHT AS SLEEVES GET

10:20AM   4    ROLLED UP AND THE PRESERVATION PLAN IS BEING PUT INTO PLACE OR

10:20AM   5    IS BEING EXECUTED.  OBVIOUSLY THE PLAN IS IN PLACE.

10:20AM   6        AND IT'S SUBSTANTIAL.  EVEN IF WE DON'T LOOK AT THE COST

10:20AM   7    NUMBERS, AND I KNOW THERE'S SOME DEBATE ABOUT WHAT IS REFLECTED

10:21AM   8    THERE, BUT JUST LOOKING AT THE AMOUNT OF DATA PRESERVED IN

10:21AM   9    EACH, THESE TABLES ARE SIGNIFICANTLY, MANY TIMES OVER ALL OF

10:21AM  10    THE OTHER PRESERVATION, THE AMOUNT OF DATA TO BE PRESERVED

10:21AM  11    UNDER ALL OTHER ASPECTS OF THE ORDER.

10:21AM  12        AND THAT IN MY MIND CALLS INTO QUESTION THE

10:21AM  13    PROPORTIONALITY AND AS WELL AS, FRANKLY, THE NEED FOR FULL

10:21AM  14    PRESERVATION OF ALL OF THESE TABLES.

10:21AM  15        I ALSO APPRECIATE THAT THERE'S NOT A LOT OF EVIDENCE.  I

10:21AM  16    MEAN, THERE'S A -- THERE ARE SEVERAL DECLARATIONS FROM GOOGLE

10:21AM  17    ON THESE POINTS BUT PLAINTIFFS HAVEN'T HAD AN OPPORTUNITY TO

10:21AM  18    EXPLORE THAT.

10:21AM  19        WE'RE NOT GOING TO REOPEN DISCOVERY, BUT I WONDER IF THERE

10:22AM  20    ISN'T A MECHANISM WHERE THE PARTIES CAN MEET AND CONFER, GET

10:22AM  21    EXPERT INPUT FROM THE GOOGLE ENGINEERS, HAVE -- PLAINTIFFS CAN

10:22AM  22    HAVE THEIR OWN EXPERTS LOOK AT THAT, IF THE PARTIES CAN WORK

10:22AM  23    THROUGH THIS, IF THIS IS AN EXERCISE THAT BOTH SIDES BELIEVE

10:22AM  24    NEED SPECIAL MASTER GUIDANCE, OR WHAT.

10:22AM  25        SO IT'S SORT OF WHAT IS THE PATH FORWARD?  BUT THAT'S

| | | |
|---|---|---|
| 22AM | 1 | GENERALLY WHAT I'M LOOKING AT IN TERMS OF HOW TO ADDRESS THE |
| 10:22AM | 2 | TABLES ISSUE. |
| 10:22AM | 3 | SO, MS. TREBICKA, IT'S GOOGLE'S MOTION, SO I'M GOING TO |
| 10:22AM | 4 | LET YOU GO FIRST.  I WANTED TO BE SURE THAT YOU UNDERSTOOD SORT |
| 10:22AM | 5 | OF WHAT I'M LOOKING AT AND THINKING BECAUSE THERE'S A LOT OF |
| 10:22AM | 6 | OTHER MATERIAL HERE THAT WE WON'T UNPACK HERE TODAY. |
| 10:22AM | 7 | SO LET ME START WITH GOOGLE, AND THEN I'D LIKE TO HEAR |
| 10:23AM | 8 | FROM BROWN. |
| 10:23AM | 9 | MS. TREBICKA:  YES, YOUR HONOR.  SO WITH RESPECT TO |
| 10:23AM | 10 | THE TABLES, I'D LIKE TO SET IT IN PERSPECTIVE WITH RESPECT |
| 10:23AM | 11 | TO WHETHER -- MEANING WHERE IT FITS IN THE PRESERVATION PLAN. |
| 10:23AM | 12 | WE HAVE 11 MONTHS OF SPECIAL MASTER DISCOVERY CLASSES, |
| 10:23AM | 13 | COUNTLESS DOCUMENTS PRODUCED, DISCOVERY RESPONSES PRODUCED, |
| .3AM | 14 | ET CETERA, FROM WHICH WE IDENTIFIED THE SOURCES THAT FROM WHERE |
| 10:23AM | 15 | DATA WOULD BE PRESERVED. |
| 10:23AM | 16 | ONCE WE IDENTIFIED THOSE SOURCES, AND THAT WAS DONE, |
| 10:23AM | 17 | AGAIN, WITH INPUT FROM EXPERTS AND SPECIAL MASTER AND |
| 10:23AM | 18 | YOUR HONOR, THEN PLAINTIFFS HAVE THIS REQUEST OF GOOGLE |
| 10:23AM | 19 | PRESERVING MAPPING OR LINKING TABLES FOR THE PURPOSE OF BEING |
| 10:23AM | 20 | ABLE TO READ THE DATA THAT WOULD BE PRESERVED.  SO THAT WAS THE |
| 10:23AM | 21 | PURPOSE OF THE MAPPING AND LINKING TABLES. |
| 10:23AM | 22 | INITIALLY WE IDENTIFIED THE PP ID TO BISCOTTI TABLE. |
| 10:23AM | 23 | YOUR HONOR SAID THAT WAS NOT ENOUGH.  WE WENT BACK TO SQUARE |
| 10:24AM | 24 | ONE.  WE STARTED AN INVESTIGATIVE PROCESS WHEREBY WE IDENTIFIED |
| 10:24AM | 25 | THESE ADDITIONAL TABLES, BUT OUR UNDERSTANDING, AND I THINK, |

SEALED PROCEEDINGS                                              12

```
:24AM    1   AGAIN, WITH THIS PERSPECTIVE IN MIND, IS THAT THE PURPOSE THAT
10:24AM  2   THESE MAPPING OR LINKING TABLES NEED TO FULFILL IS THIS
10:24AM  3   IDENTIFIER MAPPING THAT THE COURT FOUND WAS JUSTIFIED.
10:24AM  4       SO WITH THAT PERSPECTIVE IN MIND, THE MAPPING TABLE -- THE
10:24AM  5   ██ MAPPING TABLES THAT WE HAVE IDENTIFIED, ALL OF THE MAPPING
10:24AM  6   OR LINKING THAT IS RELEVANT PER YOUR HONOR'S ORDER IS ALREADY
10:24AM  7   DUPLICATED ELSEWHERE IN THE DATA.  THAT IS WHY WE THINK THAT
10:24AM  8   IT'S NOT EVEN A DISCUSSION THAT NEEDS TO HAPPEN, AN EXPERT
10:24AM  9   DISCUSSION THAT NEEDS TO HAPPEN, WELL, WHAT ELSE IS IN THE
10:24AM  10  DATA -- WHAT ELSE IS IN THESE MAPPING TABLES?  HOW CAN WE
10:24AM  11  COMPROMISE, ET CETERA?
10:24AM  12      EVERYTHING THAT YOUR HONOR HELD IS RELEVANT AS FAR AS THE
10:24AM  13  MAPPING OR LINKING IS ALREADY BEING PRESERVED.  THERE IS JUST
:25AM    14  ABSOLUTELY NO REASON TO GO REOPEN DISCOVERY AND EXPEND EXTRA
10:25AM  15  COSTS, MORE ENGINEERING TIME, MORE BURDEN ON GOOGLE TO RE-DO
10:25AM  16  SOMETHING THAT HAS ALREADY BEEN DONE IN THIS CASE.
10:25AM  17      SO TO ANSWER YOUR HONOR'S QUESTION, WE THINK THAT THESE
10:25AM  18  MAPPING AND LINKING TABLES, JUST THESE ██ MAPPING OR LINKING
10:25AM  19  TABLES, AS YOUR HONOR NOTED, THE COST OF PRESERVING THEM IS
10:25AM  20  EXORBITANT.  IT'S MANY, MANY FOLDS, THE COST OF PRESERVING THE
10:25AM  21  DATA ON THE BASIS OF THE PRESERVATION PLAN, AND THERE'S JUST
10:25AM  22  SIMPLY NO PURPOSE THAT IS SERVED BY PRESERVING THEM.
10:25AM  23          THE COURT:  ALL RIGHT.  I THOUGHT THAT -- I MEAN,
10:25AM  24  GOOGLE DOESN'T SAY IN THE PAPERS THAT THE DATA BETWEEN THESE
10:25AM  25  ██ TABLES AND -- WELL, THE RELEVANT DATA, AND I APPRECIATE
```

| | | |
|---|---|---|
| :26AM | 1 | THESE TABLES HAVE A LOT OF OTHER INFORMATION, I TAKE THAT. |
| ₁₀:26AM | 2 | BUT THAT THE -- GOOGLE DID NOT SAY THAT THE RELEVANT DATA |
| 10:26AM | 3 | IS DUPLICATED IN THE TABLES.  IT USES THE WORD "DERIVED" |
| 10:26AM | 4 | CERTAINLY AS TO THE ███████████ TABLES. |
| 10:26AM | 5 | AND I APPRECIATE THE EXPLANATION IN THE DECLARATIONS BUT, |
| 10:26AM | 6 | YOU KNOW, I THINK THAT THAT'S A QUESTION AS TO WHAT IS THAT AND |
| 10:26AM | 7 | HOW DOES THAT WORK? |
| 10:26AM | 8 | AND THEN TODAY I HEARD, I HEARD YOU REFER WITH REGARDS TO |
| 10:26AM | 9 | THE ANALYTICS TABLES THAT THE INFORMATION IS DUPLICATED IN THE |
| 10:26AM | 10 | EXISTING TABLES. |
| 10:26AM | 11 | SO -- |
| 10:26AM | 12 | MS. TREBICKA:  MAY I EXPLAIN? |
| 10:26AM | 13 | THE COURT:  YES, PLEASE. |
| 26AM | 14 | MS. TREBICKA:  THANK YOU, YOUR HONOR.  YES. |
| 10:26AM | 15 | I'LL TAKE ANALYTICS FIRST. |
| 10:26AM | 16 | THE COURT:  UH-HUH. |
| 10:26AM | 17 | MS. TREBICKA:  THE ANALYTICS MAPPING TABLES WERE |
| 10:26AM | 18 | IDENTIFIED BECAUSE THEY CONTAIN A MAPPING BETWEEN UID OR CID TO |
| 10:27AM | 19 | A BISCOTTI.  THAT MAPPING OR LINKING FROM A UID OR CID TO A |
| 10:27AM | 20 | BISCOTTI IS ALREADY CONTAINED IN THE ANALYTICS DATA, IN THE |
| 10:27AM | 21 | SAMPLED ANALYTICS DATA THAT IS BEING PRESERVED PURSUANT TO THE |
| 10:27AM | 22 | PRESERVATION PLAN, THAT EXACT LINK, MAPPING OR LINKING. |
| 10:27AM | 23 | AND MY UNDERSTANDING IS THAT THE ANALYTICS TABLE DERIVE |
| 10:27AM | 24 | THAT LINK FROM THE PRESERVED DATA, WHAT I'M CALLING THE |
| 10:27AM | 25 | PRESERVED DATA, IN OTHER WORDS, FROM THE TABLES FROM WHERE THE |

| | | |
|---|---|---|
| :27AM | 1 | PRESERVED DATA -- NOT THE TABLES, FROM THE DATA SOURCES WHERE |
| 10:27AM | 2 | THE PRESERVED DATA ARE SAMPLING FROM. |
| 10:27AM | 3 | SO I'M USING THE WORD "DUPLICATE" NOW FOR PURPOSES OF |
| 10:27AM | 4 | EXPLAINING IT IN A MORE SIMPLE AND UNDERSTANDABLE WAY, BUT IT |
| 10:28AM | 5 | IS THE EXACT SAME INFORMATION AS FAR AS THE MAPPING OR LINKING |
| 10:28AM | 6 | FROM UID OR CID TO BISCOTTI IN THE MAPPING TABLE AS WELL AS |
| 10:28AM | 7 | THIS LINK OF UID OR CID TO BISCOTTI IN THE PRESERVED SAMPLED |
| 10:28AM | 8 | DATA FOR THE ANALYTICS TABLE. |
| 10:28AM | 9 | DOES THAT ANSWER YOUR HONOR'S QUESTION? |
| 10:28AM | 10 | THE COURT:  WELL, OKAY.  SO WALK ME THROUGH.  IT'S |
| 10:28AM | 11 | BEEN A LITTLE WHILE.  WALK ME BACK THROUGH WHAT IS UID TO CID? |
| 10:28AM | 12 | TELL ME WHAT YOU'RE REFERRING TO. |
| 10:28AM | 13 | MS. TREBICKA:  IT'S UID OR CID TO BISCOTTI. |
| 28AM | 14 | THE COURT:  OKAY. |
| 10:28AM | 15 | MS. TREBICKA:  SO UID IS AN IDENTIFIER. |
| 10:28AM | 16 | THE COURT:  USER. |
| 10:28AM | 17 | MS. TREBICKA:  I BELIEVE -- AND MS. GAO, I'M SURE, |
| 10:28AM | 18 | WILL JUMP UP IF I MESS THIS UP, BUT I BELIEVE IT'S AN |
| 10:28AM | 19 | IDENTIFIER, AND CID IS ANOTHER IDENTIFIER. |
| 10:28AM | 20 | THE COURT:  RIGHT. |
| 10:28AM | 21 | MS. TREBICKA:  AND WHAT WOULD EXIST IN THESE MAPPING |
| 10:28AM | 22 | OR LINKING TABLES IN THE ANALYTICS MAPPING OR LINKING TABLES IS |
| 10:28AM | 23 | A LINK ESSENTIALLY, AGAIN, TO SIMPLIFY FOR PURPOSES OF |
| 10:29AM | 24 | PICTURING IT, A ROW THAT HAS A UID OR CID, AND THEN THE NEXT |
| 10:29AM | 25 | CELL HAS A BISCOTTI, AND THAT'S HOW THOSE TWO ARE LINKED OR |

| | | |
|---|---|---|
| 10:29AM | 1 | MAPPED. |
| 10:29AM | 2 | THE COURT: OKAY. |
| 10:29AM | 3 | AND THEN WHAT IS IN THE ANALYTICS LOGS THAT ARE ALREADY |
| 10:29AM | 4 | SUBJECT TO PRESERVATION? |
| 10:29AM | 5 | MS. TREBICKA: AS FAR AS THIS PIECE OF DATA THAT |
| 10:29AM | 6 | WE'RE TALKING ABOUT, IT IS THAT SAME LINK, THE UID OR CID TO A |
| 10:29AM | 7 | BISCOTTI. |
| 10:29AM | 8 | THE COURT: OKAY. AND THE PLAINTIFFS MAKE THE |
| 10:29AM | 9 | ARGUMENT THAT THE FIELDS IN THE DATA SOURCES THAT ARE ALREADY |
| 10:29AM | 10 | BEING PRESERVED DON'T HAVE ANY OBVIOUS UID OR CID OR BISCOTTI |
| 10:29AM | 11 | VALUES. |
| 10:29AM | 12 | SO IS THIS AN INTERPRETATION ISSUE? AGAIN, I'M LOOKING |
| 10:30AM | 13 | FOR A WAY TO PROVIDE ADDITIONAL INFORMATION. |
| 10:30AM | 14 | MS. TREBICKA: YES, YOUR HONOR. PERHAPS IT NEEDS |
| 10:30AM | 15 | CLARIFICATION. |
| 10:30AM | 16 | ███████████████████████████████████████ |
| 10:30AM | 17 | ███████████████████████████████████████ |
| 10:30AM | 18 | ███████████████████. AND THIS IS READILY APPARENT FROM |
| 10:30AM | 19 | CERTAIN DATA THAT WE HAVE PRODUCED IN THIS ACTION, AND I HAVE |
| 10:30AM | 20 | ATTACHED TO MY DECLARATION EXHIBIT 4 TO MY DECLARATION, AND |
| 10:30AM | 21 | I'LL JUST CONFIRM THE DOCKET NUMBERS FOR THAT, |
| 10:30AM | 22 | BUT I BELIEVE IT IS DOCKET 799-3, 799-4. |
| 10:30AM | 23 | THE COURT: ALL RIGHT. SO THAT'S THE ANALYTICS |
| 10:30AM | 24 | TABLES. |
| 10:30AM | 25 | WHAT ABOUT THE ████████ TABLES AND THE DERIVING DATA |

| | | |
|---|---|---|
| 31AM | 1 | OR THE LINKING/MAPPING INFORMATION CAN BE DERIVED FROM THE |
| 10:31AM | 2 | INFORMATION ALREADY PROVIDED? |
| 10:31AM | 3 | MS. TREBICKA:  YES.  YES, YOUR HONOR.  I WILL |
| 10:31AM | 4 | EXPLAIN THAT, AND I WILL JUST ASK MS. GAO TO CONFIRM FOR ME THE |
| 10:31AM | 5 | DOCKET NUMBER BECAUSE I BELIEVE I MAY HAVE MISSTATED THE DOCKET |
| 10:31AM | 6 | NUMBER, THE DOCKET NUMBER OF THE EXHIBITS THAT HAVE THE DATA, |
| 10:31AM | 7 | THE PRODUCED DATA.  SO SHE CAN DO THAT WHILE I EXPLAIN THE |
| 10:31AM | 8 | ███████████ ISSUE. |
| 10:31AM | 9 | THE COURT:  SURE. |
| 10:31AM | 10 | MS. TREBICKA:  SO, YOUR HONOR, YOU'RE RIGHT, THE |
| 10:31AM | 11 | ███████████ ISSUE IS SLIGHTLY DIFFERENT IN THAT IF WE HAVE -- |
| 10:31AM | 12 | THE DATA IN ███████████ IS DERIVED FROM OTHER TABLES.  AND |
| 10:31AM | 13 | WITH YOUR HONOR'S PERMISSION, I WOULD LIKE TO -- JUST ONE |
| 1AM | 14 | SECOND, YOUR HONOR -- POINT YOU TO A DOCUMENT THAT WE HAVE |
| 10:31AM | 15 | ATTACHED HERE. |
| 10:32AM | 16 | BUT IT IS DERIVED FROM TABLES THAT WE ARE PRESERVING, |
| 10:32AM | 17 | MAPPING TABLES THAT WE ARE PRESERVING. |
| 10:32AM | 18 | ALL RIGHT.  THE WAY IT WORKS, YOUR HONOR, IS THAT IT IS |
| 10:32AM | 19 | DERIVED FROM CERTAIN TABLES THAT JUST TO KIND OF PLACE IT IN |
| 10:32AM | 20 | A -- TO DRAW -- TO PAINT A PICTURE FOR YOUR HONOR.  IT IS DRAWN |
| 10:32AM | 21 | FROM TABLES THAT CONTAIN THE A TO C IDENTIFIER AND THEN ALSO |
| 10:32AM | 22 | CONTAIN A -- OR MAPPING, ALSO CONTAIN A B TO C MAPPING.  AND |
| 10:32AM | 23 | THEN WHAT -- |
| 10:32AM | 24 | THE COURT:  YES.  I SAW THAT EXAMPLE IN THE |
| 10:32AM | 25 | DECLARATION OF -- I CAN'T REMEMBER IF IT WAS MR. SEAH OR |

| | | |
|---|---|---|
| 10:33AM | 1 | MR. POTHANA. |
| 10:33AM | 2 | MS. TREBICKA:  POTHANA.  I BELIEVE IT WAS MR. SEAH. |
| 10:33AM | 3 | THE COURT:  UH-HUH. |
| 10:33AM | 4 | MS. TREBICKA:  SO, YES, YOUR HONOR, IT'S DERIVED |
| 10:33AM | 5 | FROM.  IT'S NOT EXACTLY DUPLICATED, THE EXACT DATA IN |
| 10:33AM | 6 | ▮▮▮▮▮▮ IS NOT DUPLICATED IN ANOTHER TABLE, BUT IT IS |
| 10:33AM | 7 | POSSIBLE TO DERIVE THAT SAME LINK THAT IS AVAILABLE IN |
| 10:33AM | 8 | ▮▮▮▮▮▮ BY LOOKING AT THESE TABLES THAT ARE BEING |
| 10:33AM | 9 | PRESERVED. |
| 10:33AM | 10 | THE COURT:  UH-HUH. |
| 10:33AM | 11 | MS. TREBICKA:  WHAT I WOULD LIKE TO POINT YOUR HONOR |
| 10:33AM | 12 | TO IS A DOCUMENT THAT WE HAVE PRODUCED IN THIS ACTION AND I |
| 10:33AM | 13 | HAVE ATTACHED TO MY DECLARATION, AND I KNOW THE CALHOUN DOCKET |
| 10:33AM | 14 | NUMBER, AND I DON'T HAVE THE BROWN DOCKET NUMBER AVAILABLE |
| 10:33AM | 15 | RIGHT NOW.  SO IF I MAY? |
| 10:33AM | 16 | THE COURT:  I HAVE IT ALL HERE. |
| 10:33AM | 17 | MS. TREBICKA:  OKAY.  I FIGURED YOU DO, YOUR HONOR. |
| 10:33AM | 18 | THIS IS MY DECLARATION, SEALED DOCKET NUMBER 942-5, PUBLIC |
| 10:34AM | 19 | 943-2.  AND IT IS A DOCUMENT PRODUCED UNDER GOOG-CALH-00374314 |
| 10:34AM | 20 | AND AT BATES LABEL ENDING IN 354 THIS DOCUMENT EXPLAINS -- AND |
| 10:34AM | 21 | RELATED PAGES.  THIS DOCUMENT -- |
| 10:34AM | 22 | THE COURT:  I'M SORRY.  WHAT IS THE EXHIBIT NUMBER |
| 10:34AM | 23 | OF THE ATTACHMENT TO YOUR DECLARATION? |
| 10:34AM | 24 | MS. TREBICKA:  EXHIBIT NUMBER 1. |
| 10:34AM | 25 | THE COURT:  THIS IS ATTACHMENT NUMBER 1 TO YOUR |

```
10:34AM   1    DECK?

10:34AM   2              MS. TREBICKA:  RIGHT.  I BELIEVE IT'S EXHIBIT

10:34AM   3    NUMBER 1 TO MY DECLARATION.

10:34AM   4              THE COURT:  OKAY.  AND BATES ENDING 354.  OKAY.

10:35AM   5              MS. TREBICKA:  354 IS THE PIN CITE FOR THE DOCUMENT.

10:35AM   6    ████████████████████████████████████████████████████

10:35AM   7    ████████████████████████████████████

10:35AM   8         ██████████████████████████████████████████

10:35AM   9    ███████████████████████████████████████████████████

10:35AM  10    ███████████████████████████████████████████

10:35AM  11         AND WHAT WE HAVE CONFIRMED IS THAT EACH ONE OF THESE LINKS

10:35AM  12    OR MAPPINGS ARE IN THE TABLES THAT WE HAVE IDENTIFIED FOR

10:35AM  13    PRESERVATION IN THOSE ██ TABLES THAT WE HAVE IDENTIFIED FOR

35AM     14    PRESERVATION, ███████████████████████████████████████████

10:36AM  15    ██████████████████████████████  ████████████████████████

10:36AM  16    ████████████████████

10:36AM  17              THE COURT:  OKAY.  BUT THE TABLES THAT ARE BEING

10:36AM  18    PRESERVED, THE ██ AND THESE █, NONE OF THAT HAS BEEN PRODUCED

10:36AM  19    TO PLAINTIFFS; IS THAT RIGHT?  IT'S JUST BEING RETAINED BY

10:36AM  20    GOOGLE?

10:36AM  21              MS. TREBICKA:  CORRECT, YOUR HONOR.

10:36AM  22              THE COURT:  OKAY.

10:36AM  23              MS. TREBICKA:  THIS IS PRESERVED DATA, NOT DATA THAT

10:36AM  24    HAS BEEN PRODUCED.

10:36AM  25         I WOULD LIKE TO POINT OUT, YOUR HONOR, THAT FROM THE
```

SEALED PROCEEDINGS                                              19

| | | |
|---|---|---|
| 10:36AM | 1 | PRESERVED DATA SOURCES, PLAINTIFFS HAVE HAD THE ABILITY TO |
| 10:36AM | 2 | REVIEW SAMPLES FROM THE VAST MAJORITY OF THEM BECAUSE WE HAVE |
| 10:37AM | 3 | PRODUCED NAMED PLAINTIFF'S DATA. |
| 10:37AM | 4 | THE COURT:  OKAY.  WHAT DOES THAT HAVE TO DO WITH |
| 10:37AM | 5 | THE TABLES?  I'M NOT -- |
| 10:37AM | 6 | MS. TREBICKA:  NO, THE TABLES PLAINTIFFS HAVE NOT |
| 10:37AM | 7 | SEEN. |
| 10:37AM | 8 | BUT AS FAR AS THE PRESERVED DATA SOURCES, YOUR HONOR, YES, |
| 10:37AM | 9 | IT'S NOT RELATED TO TABLES IN THE SENSE THAT THEY HAVE NOT SEEN |
| 10:37AM | 10 | THE TABLES.  HOWEVER, THEY HAVE A SENSE FOR THE DATA THAT IS |
| 10:37AM | 11 | BEING PRESERVED PURSUANT TO THIS PRESERVATION PLAN AND THE |
| 10:37AM | 12 | TYPES OF INFORMATION THAT YOU NEED TO BE ABLE TO READ OR DECODE |
| 10:37AM | 13 | THE DATA IS THE POINT. |
| 10:37AM | 14 | THE COURT:  OKAY.  ALL RIGHT. |
| 10:37AM | 15 | MS. TREBICKA:  ALSO, YOUR HONOR, I WOULD LIKE TO |
| 10:37AM | 16 | CLARIFY TWO THINGS. |
| 10:37AM | 17 | FIRST UP, THE ■ TABLES IS THE SUM TOTAL.  SO I DID NOT |
| 10:37AM | 18 | MEAN TO SUGGEST IT WAS THE ■ PLUS THE ■ THAT WE'RE SEEKING |
| 10:37AM | 19 | RELIEF FROM. |
| 10:37AM | 20 | THE COURT:  I UNDERSTAND. |
| 10:37AM | 21 | MS. TREBICKA:  OKAY.  AND I WOULD ALSO LIKE TO POINT |
| 10:37AM | 22 | OUT THAT THE TWO, THE DOCKET NUMBERS OF THOSE TWO PRODUCED |
| 10:38AM | 23 | DOCUMENTS THAT SHOW THAT PLAINTIFFS HAVE THE UID OR CID TO |
| 10:38AM | 24 | BISCOTTI LINKS OR MAP, MAPPINGS.  THOSE ARE DOCUMENT NUMBER |
| 10:38AM | 25 | 805-8 AND DOCKET NUMBER 805-9. |

SEALED PROCEEDINGS                                                  20

```
10:38AM   1              THE COURT:  OKAY.  GOT IT.

10:38AM   2              MR. MCGEE:  YOUR HONOR, IF I MAY, JUST ONE POINT

10:38AM   3    OF -- JUST A CLARIFYING QUESTION TO MS. TREBICKA.

10:38AM   4              THE COURT:  JUST HANG ON TO THAT, MR. MCGEE.

10:38AM   5              MR. MCGEE:  OKAY.

10:38AM   6              THE COURT:  JUST HANG ON.

10:38AM   7          OKAY.  ALL RIGHT.  SO WE HAVE THE PRESERVATION ORDER IN

10:38AM   8    PLACE.  I INCLUDED IN THAT THE TABLES AS I DESCRIBED THAT WERE

10:39AM   9    NEEDED TO WORK WITH THE DATA, NOT ALL MAPPING AND LINKING

10:39AM  10    TABLES, BUT THOSE WITH DATA RELATED TO, AND OBVIOUSLY GOOGLE

10:39AM  11    HAS IDENTIFIED THESE ▮ AND MAKES THE ARGUMENT THAT THIS DATA

10:39AM  12    IS AVAILABLE IN OTHER TABLES, AND WE HAVE THIS TREMENDOUS

10:39AM  13    DISPROPORTIONALITY BETWEEN STORAGE AND THESE TABLES, THAT IS,

10:39AM  14    INFORMATION FROM THESE TABLES AND THE REST OF THE PRESERVATION

10:39AM  15    OBLIGATIONS.

10:39AM  16          BUT THIS IS ALL THE -- THE PLAINTIFFS DON'T HAVE ANY

10:39AM  17    INSIGHT INTO THE TABLES OTHER THAN WHAT GOOGLE HAS SHARED HERE

10:39AM  18    THROUGH THIS PROCESS AND THE MOTION.

10:39AM  19          AM I UNDERSTANDING THAT CORRECTLY, MS. TREBICKA?

10:39AM  20              MS. TREBICKA:  OTHER THAN THE INFORMATION THAT

10:39AM  21    GOOGLE HAS SHARED SO FAR, YOU'RE CORRECT.

10:39AM  22              THE COURT:  OKAY.  ALL RIGHT.  THAT'S HELPFUL.

10:40AM  23          THANK YOU.

10:40AM  24          OKAY.  LET ME HEAR FROM THE BROWN SIDE.

10:40AM  25          MR. MCGEE, I HAVE BEEN THROUGH THE PAPERS.  I THINK I
```

1    UNDERSTAND THE ISSUES OR THE CONCERNS, BUT TELL ME IF THERE IS

2    SOMETHING ADDITIONAL EITHER ARISING OUT OF WHAT YOU HAVE HEARD

3    TODAY OR BASED ON MY OPENING REMARKS.

4          MR. MCGEE:  SURE, YOUR HONOR.

5      I THINK THAT REALLY AT THE HEART OF THIS IS THAT AS YOU DO

6    POINT OUT, GOOGLE DOES REPRESENT THAT THERE IS A MAGNITUDE OF

7    DATA THAT IS STORED IN THESE MAPPING AND LINKING TABLES THAT IS

8    NOT BEING PRESERVED ELSEWHERE.

9      AND AGAIN, WITH THE PAPERS, IT'S VERY OBVIOUS, AND YOU'VE

10   POINTED IT OUT IN THE HEARING HERE TODAY, WE DON'T KNOW WHAT

11   THAT IS.  SO WITHOUT HAVING ANY INSIGHT INTO THAT, IT JUST

12   BECOMES DIFFICULT, IF NOT IMPOSSIBLE, FOR US TO ASSESS OR

13   QUANTIFY WHAT PREJUDICE WOULD RESULT FROM GOOGLE'S DELETION OF

14   THESE MAPPING AND LINKING TABLES AND KNOW THAT IN THE PAPERS WE

15   ASKED WHETHER IT WAS EVEN BEING PRESERVED AT THIS POINT BECAUSE

16   THE DECLARATIONS ARE MORE PHRASED IN THE HYPOTHETICAL THAN IT

17   HAS TAKEN US, IT WILL CONTINUE TO TAKE US, OR ANYTHING LIKE

18   THAT.

19     SO, YOUR HONOR, AGAIN, I THINK THE DISCUSSION WITH

20   MS. TREBICKA WAS HELPFUL TODAY BECAUSE IT DOESN'T SEEM LIKE

21   THESE ARE DUPLICATIVE.  IT JUST SEEMS LIKE THEY DRAW FROM THESE

22   OTHER SOURCES THAT ARE BEING PRESERVED.

23     AGAIN, WE DON'T KNOW WHAT ELSE IS IN THESE ███ SOURCES,

24   THESE ███ DATA SOURCES, THE MAPPING AND LINKING TABLES, THAT

25   GOOGLE WOULD PROPOSE TO DELETE AND NO LONGER BE SUBJECT TO THE

10:41AM  1    COURT'S PRESERVATION ORDER.  I THINK THAT'S REALLY THE TAKEAWAY

10:42AM  2    FROM THE DISCUSSION TODAY BEYOND WHAT WAS DISCUSSED IN THE

10:42AM  3    PAPERS.

10:42AM  4         MR. MAO MAY HAVE SOMETHING TO ADD ON THE TECHNICAL SIDE.

10:42AM  5             THE COURT:  AND WHAT WAS YOUR CLARIFYING QUESTION,

10:42AM  6    MR. MCGEE?

10:42AM  7             MR. MCGEE:  OH, IT WAS SIMPLY TECHNICAL.  SHE

10:42AM  8    MENTIONED THE DOCKET NUMBERS FROM THE SEALING MOTION, AND I WAS

10:42AM  9    JUST GOING TO ASK WHAT EXHIBITS THEY WERE.  I THINK THEY WERE

10:42AM 10    EXHIBITS 4 AND 5 TO HER DECLARATION, BUT I JUST WANTED TO

10:42AM 11    CLARIFY THAT BECAUSE THE SEALING DOCKET NUMBERS ARE DIFFERENT

10:42AM 12    FROM THE ACTUAL DOCKET NUMBERS THAT I HAVE FOR THE MOTION

10:42AM 13    ITSELF, AS OPPOSED TO THE ADMINISTRATIVE MOTION.

42AM 14         THAT WAS ALL, JUDGE.

10:42AM 15             THE COURT:  ALL RIGHT.

10:42AM 16         MS. TREBICKA, ARE THOSE EXHIBITS 4 AND 5?  DOES IT

10:42AM 17    TRANSLATE THAT WAY, IF YOU KNOW?

10:42AM 18             MS. TREBICKA:  YES, YOUR HONOR, IT DOES.

10:42AM 19         WOULD YOU LIKE ME TO RESPOND?

10:42AM 20             THE COURT:  WELL, IN A MOMENT.  I APPRECIATE THE

10:43AM 21    ISSUE THIS PRESENTS.  THE PLAINTIFFS DON'T HAVE INSIGHT AS TO,

10:43AM 22    WELL, IS GOOGLE'S POSITION, THAT IS, IF IT DOESN'T PRESERVE

10:43AM 23    THIS INFORMATION, WE ALREADY HAVE IT, AND IT SEEMS LIKE THEY

10:43AM 24    OUGHT TO BE ABLE TO TEST THAT IN SOME WAY OR AT LEAST HAVE A

10:43AM 25    CLEAR AND DETAILED EXPLANATION OF WHAT DATA IN THE ███ TABLES

| | | |
|---|---|---|
| 10:43AM | 1 | IS DUPLICATIVE OR CAN BE DERIVED FROM THE OTHER TABLES. |
| 10:43AM | 2 | GOOGLE IS MAKING THE CALL THAT THERE'S A SUBSET OF |
| 10:43AM | 3 | RELEVANT DATA IN THESE TABLES OR RELATED DATA THAT RELATES TO |
| 10:43AM | 4 | PRESERVATION, BUT YOU CAN GET IT OVER HERE AT THESE TABLES. |
| 10:44AM | 5 | BUT IT'S SOME SUBSET.  IT'S NOT ALL OF THE DATA IN THESE |
| 10:44AM | 6 | TABLES, AND THAT'S THE WAY THAT THE PRESERVATION ORDER IS SET |
| 10:44AM | 7 | UP.  THAT'S THE WAY THAT THE ORDER WITH REGARD TO THE MAPPING |
| 10:44AM | 8 | AND LINKING TABLES WAS SET UP. |
| 10:44AM | 9 | I'M NOT GOING TO, AGAIN, REORDER OR REOPEN DISCOVERY AND |
| 10:44AM | 10 | HAVE A FULL REVIEW OF EVERYTHING IN THESE TABLES.  I DON'T |
| 10:44AM | 11 | THINK THAT'S CALLED FOR. |
| 10:44AM | 12 | BUT IT DOES SEEM THAT TO THE EXTENT THAT THE ARGUMENT BY |
| 10:44AM | 13 | GOOGLE IS THAT WE SHOULDN'T HAVE TO PRESERVE THESE BECAUSE THIS |
| 44AM | 14 | DATA IS AVAILABLE FROM THESE OTHER SOURCES THAT ARE BEING |
| 10:44AM | 15 | PRESERVED, THAT IT MAY BE THAT THAT NEEDS TO BE MORE THOROUGHLY |
| 10:44AM | 16 | DEMONSTRATED TO THE PLAINTIFFS. |
| 10:44AM | 17 | MS. TREBICKA:  YOUR HONOR, WE HAVE IDENTIFIED WHERE |
| 10:44AM | 18 | THE DATA IS AND THE DATA SOURCES THAT ARE BEING PRESERVED WITH |
| 10:45AM | 19 | THESE EXHIBITS 4 AND 5 THAT PLAINTIFFS APPARENTLY DID NOT HAVE, |
| 10:45AM | 20 | THE EXHIBITS TO MY DECLARATION.  SO THAT IDENTIFIES THE LINK. |
| 10:45AM | 21 | THE COURT:  WHY DID YOU THINK THAT THE PLAINTIFFS |
| 10:45AM | 22 | DIDN'T HAVE THOSE? |
| 10:45AM | 23 | MS. TREBICKA:  OR DIDN'T HAVE THEM AT THEIR |
| 10:45AM | 24 | FINGERTIPS OR DIDN'T KNOW.  I'M NOT SURE.  FOR SOME REASON -- |
| 10:45AM | 25 | MAYBE THEY HAD IT.  I DON'T KNOW.  BECAUSE MR. MCGEE ASKED FOR |

10:45AM  1    THE NUMBERS AGAIN.  I WAS JUST ASSUMING MAYBE THEY WEREN'T

10:45AM  2    AWARE THAT IT WAS IN THE DATA, SO NOW THAT EXPLANATION IS OUT

10:45AM  3    THERE.

10:45AM  4          AND IF PLAINTIFFS WERE, THEN THAT'S FINE.

10:45AM  5          MR. MCGEE:  NO.  IT WAS JUST FOR THE PURPOSES OF THE

10:45AM  6    RECORD THAT YOU WERE MAKING REPRESENTATIONS THAT INFORMATION

10:45AM  7    WAS SHARED.  BUT, YOUR HONOR --

10:45AM  8          THE COURT:  LET ME FINISH HEARING FROM MS. TREBICKA.

10:45AM  9    GO AHEAD.

10:45AM 10          MS. TREBICKA:  THANK YOU.

10:45AM 11          SO -- BECAUSE THERE'S TWO PIECES TO CONFIRMING THAT THE

10:45AM 12    SAME DATA THAT IS FOUND IN THE TABLES THAT WE'RE SEEKING RELIEF

10:46AM 13    ON IS ALSO FOUND IN THE PRESERVED DATA.  YOU NEED TO LOOK AT

10:46AM 14    THESE TWO SOURCES.

10:46AM 15          MY POINT IS THAT PLAINTIFFS ALREADY HAVE THE ABILITY TO

10:46AM 16    LOOK AT ONE SOURCE FOR THE ANALYTICS TABLES, THE PRESERVED DATA

10:46AM 17    AS WE HAVE NOW POINTED OUT, AND WE HAVE DETAILED DECLARATIONS

10:46AM 18    STATING WHAT IS FOUND AS FAR AS THE MAPPING OR LINKING IN THESE

10:46AM 19    MAPPING OR LINKING TABLES THAT WE HAVE IDENTIFIED.

10:46AM 20          AND, YOUR HONOR, THIS IS PRESERVATION.  IT IS OUR BURDEN

10:46AM 21    TO IDENTIFY THEM, AND WE HAVE DONE THAT.  WE HAVE BEEN VERY

10:46AM 22    TRANSPARENT IN THE CLASSES THAT WE UNDERWENT TO DO THAT.  AND

10:46AM 23    IT IS LAID OUT IN THESE DECLARATIONS THAT WE TOOK A LOT OF TIME

10:46AM 24    TO PUT TOGETHER PRECISELY TO ANSWER YOUR HONOR'S QUESTION OF,

10:46AM 25    WELL, HOW CAN WE KNOW?

| | | |
|---|---|---|
| 10:46AM | 1 | SO WE THINK THAT WE HAVE FULFILLED THAT DEMONSTRATION THAT |
| 10:46AM | 2 | YOUR HONOR IS LOOKING FOR IN TERMS OF HOW TO BE SURE THAT THE |
| 10:46AM | 3 | DATA IS FOUND IN BOTH PLACES. |
| 10:47AM | 4 | THE COURT:  IT SEEMS TO ME THAT THE PLAINTIFFS |
| 10:47AM | 5 | SHOULD AT LEAST, AND I -- IT DOESN'T LOOK LIKE THERE WAS MEET |
| 10:47AM | 6 | AND CONFER AROUND THIS ISSUE IN ADVANCE OF THE MOTION AND |
| 10:47AM | 7 | IT'S -- YOU KNOW, QUERY WHETHER THAT'S REQUIRED. |
| 10:47AM | 8 | BUT THERE'S -- I SEE YOU, MR. MAO.  I'M COMING BACK TO |
| 10:47AM | 9 | YOUR SIDE. |
| 10:47AM | 10 | BUT IT SEEMS THAT THE EITHER -- WELL, THERE WOULD BE A |
| 10:47AM | 11 | BENEFIT AND PERHAPS A NEED FOR AN EXPLANATION OF THAT MATERIAL |
| 10:47AM | 12 | TO THE EXTENT THAT IT'S NOT READILY AVAILABLE WITH TECHNICAL |
| 10:48AM | 13 | PEOPLE ON BOTH SIDES SO THAT -- AND IT MAY WELL BE COUNSEL AND |
| 10:48AM | 14 | IT MAY BE AN EXPERT, BUT WHO CAN HEAR AND UNDERSTAND AND SORT |
| 10:48AM | 15 | OF VERIFY GOOGLE'S PROFFER AS TO, LOOK, HERE'S HOW -- THE A TO |
| 10:48AM | 16 | C TO B, I APPRECIATE THAT, BUT THAT'S, THAT'S, YOU KNOW, IN |
| 10:48AM | 17 | SIMPLIFIED, A MORE SIMPLIFIED ILLUSTRATION.  BUT THEN, IN FACT, |
| 10:48AM | 18 | THIS DATA CAN BE, CAN BE DERIVED, IS IN THE TABLES THAT ARE |
| 10:48AM | 19 | BEING PRESERVED AND CAN BE FOUND ESSENTIALLY, YOU KNOW, |
| 10:48AM | 20 | INSTRUCTIONS ON HERE IS HOW.  TO ENSURE THAT THERE'S NOT |
| 10:48AM | 21 | SOME -- THAT THEY'RE NOT CREATING A SITUATION WHERE DATA IS |
| 10:49AM | 22 | BEING PRESERVED BUT ULTIMATELY CAN'T BE READ BECAUSE THESE |
| 10:49AM | 23 | TABLES WERE NOT PRESERVED. |
| 10:49AM | 24 | I THINK IT'S A WORTHWHILE INQUIRY, BUT IT WILL ALSO BE |
| 10:49AM | 25 | FAIRLY SIMPLIFIED AND DIRECT INQUIRY OR DEMONSTRATION.  AGAIN, |

| | | |
|---|---|---|
| 10:49AM | 1 | WE ARE VERY FOCUSSED ON THIS VERY NARROW SLICE OF THE |
| 10:49AM | 2 | PRESERVATION OBLIGATION. |
| 10:49AM | 3 | NOW, IN TERMS OF IT'S JUST ONE PIECE OF THE WHOLE AND YET |
| 10:49AM | 4 | THIS ONE PIECE HAS, AGAIN, THIS DISPROPORTIONATE IMPACT ON THE |
| 10:49AM | 5 | AMOUNT OF DATA TO BE PRESERVED. |
| 10:49AM | 6 | SO IT'S A NONSTARTER TO SAY THAT WE NEED TO KNOW WHAT ALL |
| 10:49AM | 7 | OF THAT DATA IS. WE'LL START WITH WHAT IS RELATED TO WHAT IS |
| 10:50AM | 8 | ALREADY BEING PRESERVED AND HOW IS THAT -- YOU KNOW, HOW DOES |
| 10:50AM | 9 | THAT TRANSLATE, IF YOU WILL? HOW DO YOU GET FROM WHAT IS IN |
| 10:50AM | 10 | THE ANALYTICS AND ████████████ TABLES TO WHAT IS IN THE LOGS |
| 10:50AM | 11 | THAT ARE ALREADY BEING PRESERVED? |
| 10:50AM | 12 | SO LET ME HEAR -- MR. MAO, YOU'VE BEEN WAITING PATIENTLY. |
| 10:50AM | 13 | MR. MAO: NO WORRIES, YOUR HONOR. REAL QUICK. |
| 10:50AM | 14 | THREE QUICK POINTS, JUST TECHNICAL DETAILS I JUST WANT TO |
| 10:50AM | 15 | CLARIFY REALLY QUICKLY. |
| 10:50AM | 16 | SO, FIRST OF ALL, THE TABLES THEMSELVES HAVE NEVER BEEN |
| 10:50AM | 17 | PRODUCED OR ALLOWED TO BE EXAMINED BY THE PLAINTIFFS. AND WHAT |
| 10:50AM | 18 | MS. TREBICKA IS REFERRING TO IN TERMS OF HOW WE, QUOTE-UNQUOTE, |
| 10:50AM | 19 | "INDIRECTLY WERE PUT ON NOTICE OF IT," IS THAT THE TABLES HELP |
| 10:50AM | 20 | INFORM SOMEBODY TRYING TO PULL DATA FROM THE LOGS WHICH ROWS OF |
| 10:50AM | 21 | DATA TO PULL FROM. OKAY? |
| 10:50AM | 22 | SO WHEN SHE'S SAYING THAT WE'RE INDIRECTLY ON NOTICE OF |
| 10:50AM | 23 | IT, WHAT SHE IS REFERRING TO IS, IS THAT WE'VE INDIRECTLY |
| 10:51AM | 24 | REACTED WITH THE TABLES BECAUSE WE'VE ASKED CERTAIN OF OUR |
| 10:51AM | 25 | PLAINTIFF ID'S TO BE PULLED. THEY HAD TO LOOK AT THE TABLE |

51AM   1    WITHOUT LETTING US LOOKING AT THE TABLE, AND THEN THEY GAVE US

10:51AM   2    BACK THE RESULTS.

10:51AM   3        SO WE ACTUALLY DO NOT KNOW WHAT IS IN THE TABLE OTHER THAN

10:51AM   4    WHAT WAS RETURNED TO US, AND THERE MAY BE OTHER COLUMNS AND

10:51AM   5    OTHER INFORMATION, AND THAT MAY BE RELEVANT, BUT THAT'S

10:51AM   6    SOMETHING THAT I NEED TO POINT OUT REALLY QUICKLY.

10:51AM   7        SECOND OF ALL, IN TERMS OF THERE BEING REDUNDANCIES WHERE

10:51AM   8    THE TABLE WAS DUPLICATED, THAT SUGGESTS THE TABLE WAS USED FOR

10:51AM   9    MULTIPLE DIFFERENT SERVICES AND NOT ONLY WERE WE NEVER PROVIDED

10:51AM   10   THE TABLES, WE WERE NEVER TOLD WHAT DIFFERENT SERVICES FALL

10:51AM   11   WITH THESE TABLES.

10:51AM   12        THE COURT:  THAT WAS NEVER WITHIN THE SCOPE OF THE

10:51AM   13   ORDER, MR. MAO?  PRODUCTION OF THE TABLES, PRODUCTION AND

51AM   14      EXPLANATION OF EVERYTHING THAT IS, YOU KNOW, YOU CAN MAP FROM

10:51AM   15   THESE TABLES WAS NEVER CONTEMPLATED BY THE PRESERVATION ORDER.

10:51AM   16        MR. MAO:  RIGHT.  ALL I'M SIMPLY CLARIFYING IS THAT

10:51AM   17   WHAT WE ARE BEING -- SORRY, WHAT WE ARE ALLEGEDLY HAVING BEEN

10:52AM   18   GIVEN, WHICH, IN FACT, WE DID NOT, RIGHT?  IT'S JUST WE WERE

10:52AM   19   NEVER GIVEN AN OPPORTUNITY ON THAT.

10:52AM   20        AND THOSE WERE REALLY MY MAIN POINTS.  I THINK THE LAST

10:52AM   21   POINT YOUR HONOR REALLY HIT ON WHICH IS THIS IS NOT THE SAME

10:52AM   22   SET OF DATA ACROSS DIFFERENT SET OF TABLES.

10:52AM   23        THAT'S IT, YOUR HONOR.

10:52AM   24        THE COURT:  OKAY.  ALL RIGHT.

10:52AM   25        AND, MR. MCGEE, DID YOU HAVE ANYTHING FURTHER?

| | | |
|---|---|---|
| 52AM | 1 | MR. MCGEE:  NO, YOUR HONOR.  I THINK HE'S SUMMARIZED |
| 10:52AM | 2 | IT, AND I THINK THAT WE'RE -- WE'LL REST ON WHAT IS IN THE |
| 10:52AM | 3 | PAPERS AND WHAT HAS BEEN DISCUSSED. |
| 10:52AM | 4 | THE COURT:  OKAY.  LIKE MANY ISSUES IN THIS CASE, IT |
| 10:52AM | 5 | IS COMPLEX, BUT NOT WITHOUT A PATH FORWARD, AND THE PARTIES |
| 10:52AM | 6 | NEED TO FIGURE OUT WHAT THAT IS, AND YOU NEED TO DO IT IN SHORT |
| 10:53AM | 7 | ORDER. |
| 10:53AM | 8 | MS. TREBICKA, I -- MY TAKEAWAY FROM THE -- FROM YOUR |
| 10:53AM | 9 | PAPERS WAS THAT THESE TABLES ARE NOT CURRENTLY BEING PRESERVED. |
| 10:53AM | 10 | YOUR CURRENT PRESERVATION IS OF THE ▮ TABLES, BUT YOU'VE |
| 10:53AM | 11 | RAISED THIS ISSUE BECAUSE YOU RECOGNIZE THAT THERE IS |
| 10:53AM | 12 | RELATED -- DATA THAT RELATES TO DATA THAT IS BEING PRESERVED, |
| 10:53AM | 13 | BUT IT IS GOOGLE'S POSITION THESE TABLES ARE NOT NEEDED FOR THE |
| 3AM | 14 | REASONS PROVIDED IN YOUR PAPERS. |
| 10:53AM | 15 | IS THAT CORRECT? |
| 10:53AM | 16 | MS. TREBICKA:  YES, YOUR HONOR, THAT'S CORRECT. |
| 10:53AM | 17 | THE COURT:  OKAY.  SO THAT NEEDS TO -- SO WE NEED TO |
| 10:53AM | 18 | MOVE ON THIS WITH SOME SPEED. |
| 10:53AM | 19 | MR. MCGEE, YOU HAD A QUESTION ON THAT LAST Q AND A? |
| 10:53AM | 20 | MR. MCGEE:  YES, YOUR HONOR, JUST THE NUMBERS HERE. |
| 10:53AM | 21 | I THOUGHT I UNDERSTOOD THAT IT WAS ▮ WERE IDENTIFIED. |
| 10:53AM | 22 | IT'S ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ THAT |
| 10:54AM | 23 | WERE AT ISSUE?  THAT'S JUST -- I THINK I'VE HEARD KIND OF |
| 10:54AM | 24 | DISCUSSION BOTH WAYS TODAY, AND I THINK IT WOULD JUST HELP TO |
| 10:54AM | 25 | CLARIFY THAT. |

| | | |
|---|---|---|
| 54AM | 1 | THE COURT:  MS. TREBICKA, I UNDERSTOOD IT'S █ |
| 10:54AM | 2 | TABLES ARE BEING PRESERVED PLUS THERE ARE THESE ██ THAT ARE AT |
| 10:54AM | 3 | ISSUE. |
| 10:54AM | 4 | MS. TREBICKA:  NO, YOUR HONOR.  IT'S ████████.  SO |
| 10:54AM | 5 | IT'S -- █ IS THE SUM TOTAL. |
| 10:54AM | 6 | THE COURT:  ████████? |
| 10:54AM | 7 | MS. TREBICKA:  ██████ IS THE SUM TOTAL.  I |
| 10:54AM | 8 | APOLOGIZE. |
| 10:54AM | 9 | THE COURT:  IT DOESN'T MATTER.  OKAY. |
| 10:54AM | 10 | BUT THESE ██ ARE NOT CURRENTLY BEING PRESERVED; CORRECT? |
| 10:54AM | 11 | MS. TREBICKA:  THESE ██ ARE NOT CURRENTLY BEING |
| 10:54AM | 12 | PRESERVED DUE TO THE CONCERNS AND JUSTIFICATIONS THAT |
| 10:54AM | 13 | YOUR HONOR NOTED. |
| 54AM | 14 | THE COURT:  OKAY.  ALL RIGHT. |
| 10:54AM | 15 | THANK YOU, MR. MCGEE. |
| 10:54AM | 16 | MY POINT IS WHAT TO DO WITH THESE ██ TABLES.  THE |
| 10:55AM | 17 | PRESERVATION BURDEN AS PRESENTED IN THE PAPERS BY GOOGLE DOES |
| 10:55AM | 18 | RAISE THE ISSUE, SATISFACTORILY TO THE COURT'S VIEW, RAISE THE |
| 10:55AM | 19 | ISSUE OF PROPORTIONALITY OF -- THE BALANCE OF PROPORTIONALITY |
| 10:55AM | 20 | IN THE NEED TO PRESERVE THESE. |
| 10:55AM | 21 | THE QUESTION WHETHER TECHNICALLY THEY FALL UNDER MY ORDER |
| 10:55AM | 22 | OR NOT, ARE THEY NEEDED IF THE DATA IS AVAILABLE SOMEPLACE |
| 10:55AM | 23 | ELSE, BUT IT'S THAT DATA AVAILABLE THAT IS STILL A QUESTION. |
| 10:55AM | 24 | BUT IT'S A QUESTION THAT REALLY THE -- I THINK THE PARTIES NEED |
| 10:55AM | 25 | TO MEET AND CONFER AND NEED A MORE CLEAR DEMONSTRATION OF. |

| | | |
|---|---|---|
| 55AM | 1 | AND I DON'T SEE HOW THAT HAPPENS WITHOUT GOOGLE SHOWING |
| 10:56AM | 2 | AND WORKING WITH THE PLAINTIFFS TO SHOW BOTH SIDES OF THE |
| 10:56AM | 3 | EQUATION, WHICH IS HERE'S THE DATA IN THE TABLES THAT WE DON'T |
| 10:56AM | 4 | THINK NEED TO BE PRESERVED FROM THE ▮ TABLES, BUT HERE'S HOW |
| 10:56AM | 5 | AND WHERE YOU FIND IT IN THE MATERIAL THAT IS BEING PRESERVED |
| 10:56AM | 6 | AND WALK THROUGH THAT AND DEMONSTRATE. |
| 10:56AM | 7 | NOW, I APPRECIATE PARTIES MAY OR MAY NOT APPRECIATE THE |
| 10:56AM | 8 | FACT THAT THAT CAN HAPPEN, BUT WE HAVE GOOGLE'S REPRESENTATION |
| 10:56AM | 9 | THAT THE DATA CAN EITHER BE DERIVED FROM OR IS DUPLICATED IN, |
| 10:56AM | 10 | AND I THINK THAT THAT NEEDS TO BE MORE CLEARLY DEMONSTRATED AND |
| 10:56AM | 11 | SOMETHING THAT I WOULD HOPE THE PARTIES CAN DO DIRECTLY, AGAIN, |
| 10:56AM | 12 | ON SHORT ORDER WITH THE UNDERSTANDING THAT THE PRESERVATION |
| 10:57AM | 13 | BURDEN FROM THESE TABLES IS SUCH THAT IF IT WERE TO BE THE |
| 57AM | 14 | PLAINTIFF'S POSITION THAT NO, YOU KNOW, THAT LINK, THAT |
| 10:57AM | 15 | DERIVATION IS NOT -- WE'RE NOT SATISFIED WITH THAT, THERE WILL |
| 10:57AM | 16 | BE COST SHARING IN THIS.  THERE WILL HAVE TO BE SOME |
| 10:57AM | 17 | SIGNIFICANT SHIFTING OF COSTS AS TO PRESERVING THE TABLES |
| 10:57AM | 18 | BECAUSE THIS IS -- IT'S SO MUCH MORE THAN EVEN THE BASIC |
| 10:57AM | 19 | PRESERVATION OBLIGATIONS UNDER THE PLAN OF WHICH WE ALL TOOK SO |
| 10:57AM | 20 | MUCH GREAT CARE AND EFFORT TO INSTILL. |
| 10:57AM | 21 | SO I THINK IT BEHOOVES BOTH SIDES TO FIGURE OUT A WAY TO |
| 10:57AM | 22 | SIT ACROSS THE TABLE WITH THE RIGHT PEOPLE AT THE TABLE AND |
| 10:57AM | 23 | ADDRESS THIS ISSUE PARTICULARLY. |
| 10:58AM | 24 | AGAIN, IF BOTH SIDES WERE TO AGREE THAT YOU NEEDED THE |
| 10:58AM | 25 | SPECIAL MASTER'S ASSISTANCE, THEN WE CAN TALK ABOUT REFERRING |

SEALED PROCEEDINGS                                                    31

| | | |
|---|---|---|
| 58AM | 1 | YOU BACK TO THAT. |
| 10:58AM | 2 | BUT IT SEEMS TO ME THAT GOOGLE'S PRESENTATION HERE IS |
| 10:58AM | 3 | THOROUGH AND IT'S DESIGNED IN A WAY TO WALK THROUGH AND ADDRESS |
| 10:58AM | 4 | THESE QUESTIONS.  BUT THE PLAINTIFFS DON'T HAVE, THEY DON'T |
| 10:58AM | 5 | HAVE ALL OF THE INFORMATION IN FRONT OF THEM TO VERIFY OR GET |
| 10:58AM | 6 | COMFORTABLE WITH THESE CONNECTIONS THAT GOOGLE IS TRYING TO -- |
| 10:58AM | 7 | IS ILLUSTRATING. |
| 10:58AM | 8 | SO REACTIONS TO THAT DIRECTION AND SUGGESTIONS ON TIMING |
| 10:58AM | 9 | AND NEXT STEPS? |
| 10:58AM | 10 | MS. TREBICKA. |
| 10:58AM | 11 | MS. TREBICKA:  YOUR HONOR, WE TAKE YOUR GUIDANCE. |
| 10:58AM | 12 | THANK YOU FOR THAT.  WE ARE AVAILABLE AND READY TO WORK WITH |
| 10:58AM | 13 | PLAINTIFFS TO PROVIDE THEM THE SATISFACTION THAT THE |
| 9AM | 14 | INFORMATION THAT WE SAY IS BEING PRESERVED AND IN THE OTHER |
| 10:59AM | 15 | PLACES IS INDEED BEING PRESERVED IN THE OTHER PLACES. |
| 10:59AM | 16 | THE COURT:  OKAY.  AND THAT REQUIRES SHOWING WHAT IS |
| 10:59AM | 17 | IN THESE TABLES.  IT REQUIRES BOTH SIDES.  SO THERE HAS TO BE |
| 10:59AM | 18 | SOME ADDITIONAL INFORMATION PROVIDED BY GOOGLE. |
| 10:59AM | 19 | MS. TREBICKA:  AS FAR AS THE MAPPING AND LINKING |
| 10:59AM | 20 | THAT IS IN THESE TABLES, CORRECT, IS OUR UNDERSTANDING AT |
| 10:59AM | 21 | LEAST. |
| 10:59AM | 22 | THE COURT:  RIGHT.  YOU'RE SAYING THAT THIS IS THE |
| 10:59AM | 23 | LINKING IN THE ███ TABLES AT ISSUE, AND HERE'S WHERE YOU FIND |
| 10:59AM | 24 | IT IN WHAT IS ALREADY BEING PRESERVED. |
| 10:59AM | 25 | MS. TREBICKA:  WE UNDERSTAND, YOUR HONOR. |

| | | |
|---|---|---|
| 10:59AM | 1 | THE COURT:  BUT PLAINTIFFS NEED TO SEE BOTH SIDES OF |
| 10:59AM | 2 | THAT. |
| 10:59AM | 3 | MR. MCGEE, PLAINTIFFS' PERSPECTIVE? |
| 10:59AM | 4 | MR. MCGEE:  YOUR HONOR, I THINK THAT WHAT YOU'VE |
| 10:59AM | 5 | PROPOSED IS KIND OF AT THE HEART OF WHAT WE PUT IN OUR |
| 10:59AM | 6 | OPPOSITION AS WE DID HAVE THESE QUESTIONS, AND WE WOULD LIKE TO |
| 10:59AM | 7 | MEET AND CONFER. |
| 10:59AM | 8 | SO WE'LL SPEAK WITH OUR CONSULTANTS AND OUR EXPERTS TO SEE |
| 11:00AM | 9 | WHAT THEIR AVAILABILITY IS, BUT WE WILL MOVE WITH THE ALACRITY |
| 11:00AM | 10 | THAT THE COURT IS PROPOSING HERE. |
| 11:00AM | 11 | THE COURT:  OKAY.  I WOULD LIKE TO GET A STATUS |
| 11:00AM | 12 | REPORT AS TO WHAT THE PLAN IS.  YOU TALK TO EACH SIDE AND SET |
| 11:00AM | 13 | SOMETHING UP.  GIVE ME A STATUS WITH A PROPOSED PATH FORWARD IN |
| 11:00AM | 14 | SEVEN DAYS?  IN A WEEK? |
| 11:00AM | 15 | MR. MCGEE? |
| 11:00AM | 16 | MR. MCGEE:  YOUR HONOR, MY GRIMACE IS THAT WE DO |
| 11:00AM | 17 | HAVE OUR OPPOSITION TO THE ORDER TO SHOW CAUSE THAT IS DUE |
| 11:00AM | 18 | JANUARY 20TH THAT OUR CONSULTANTS AND EXPERTS ARE WORKING WITH. |
| 11:00AM | 19 | THE COURT:  OKAY.  WELL, I WAS GOING TO GIVE YOU |
| 11:00AM | 20 | 21 DAYS, SO I THINK THAT THAT GETS US PAST THAT.  THANK YOU FOR |
| 11:00AM | 21 | REMINDING ME OF THAT.  I -- HOW COULD I FORGET.  MORE TO COME. |
| 11:00AM | 22 | MR. MCGEE:  THANK YOU. |
| 11:01AM | 23 | THE COURT:  LET'S DO THIS, 21 DAYS, BUT I WANT -- I |
| 11:01AM | 24 | MEAN, THAT'S NOT AN OKAY, NOW WE'RE JUST GOING TO GET STARTED. |
| 11:01AM | 25 | IF I AM GIVING YOU 21 DAYS, YOU NEED TO HAVE SPOKEN WITH YOUR |

| | | |
|---|---|---|
| 01AM | 1 | EXPERTS, HAVE A PLAN ON HOW TO PROCEED, HAVE MET AND CONFERRED, |
| 11:01AM | 2 | AND HAVE AN AGREED PLAN AND TIMELINE. |
| 11:01AM | 3 | YOU KNOW, WE'RE GOING TO MEET OVER THE NEXT 30 DAYS OR THE |
| 11:01AM | 4 | NEXT 10 DAYS, OR WHATEVER IT IS.  AND I DO EXPECT BOTH SIDES TO |
| 11:01AM | 5 | BE RESPECTFUL OF THE DEADLINES AROUND THE ADDITIONAL BRIEFING |
| 11:01AM | 6 | THAT WE HAVE FOR OUR NEXT HEARING IN MARCH. |
| 11:01AM | 7 | MS. TREBICKA:  ALL RIGHT, YOUR HONOR, BECAUSE THEN |
| 11:01AM | 8 | OUR REPLY FALLS WITHIN THAT. |
| 11:01AM | 9 | THE COURT:  EXACTLY.  BUT I ALSO SEE A LOT OF |
| 11:01AM | 10 | GOOGLE'S WORK IS DONE, AND THE GOOGLE DECLARATIONS DON'T RELATE |
| 11:01AM | 11 | TO THOSE OTHER ISSUES, BUT I ALSO APPRECIATE THERE ARE ONLY SO |
| 11:01AM | 12 | MANY LAWYERS IN THE -- EVEN IN THIS CASE, THERE ARE ONLY SO |
| 11:02AM | 13 | MANY WHO CAN WORK THROUGH THIS. |
| 02AM | 14 | SO I LEAVE THAT TO THE PARTIES, AND YOU'LL REPORT BACK TO |
| 11:02AM | 15 | ME IN 21 DAYS IN A JOINT STATEMENT, AND I EXPECT THAT TO BE A |
| 11:02AM | 16 | REPORT AS TO HERE IS THE PLAN AND HERE IS WHERE WE ARE GOING. |
| 11:02AM | 17 | AND YOU CAN GET THIS TOGETHER AND WORK THROUGH WITHOUT MY |
| 11:02AM | 18 | MAKING YOU COME TO COURT AND WORK IN THE CONFERENCE ROOM DOWN |
| 11:02AM | 19 | THE HALL.  ALL RIGHT. |
| 11:02AM | 20 | MR. MCGEE:  YES. |
| 11:02AM | 21 | THE COURT:  ANYTHING ELSE ON THIS?  THIS IS GOOGLE'S |
| 11:02AM | 22 | MOTION, MS. TREBICKA. |
| 11:02AM | 23 | MS. TREBICKA:  YES, YOUR HONOR.  NOT ON THE NOTICED |
| 11:02AM | 24 | MOTION THAT WE WERE JUST DISCUSSING, BUT RATHER ON OUR MOTION |
| 11:02AM | 25 | FOR PRESERVATION RELIEF ON THE BASIS OF JUDGE GONZALEZ ROGERS' |

| | | |
|---|---|---|
| 02AM | 1 | DECEMBER 12TH ORDER. |
| 11:02AM | 2 | WE DID PUT A LOT OF EFFORT INTO THAT MOTION BECAUSE WE |
| 11:02AM | 3 | REALLY THOUGHT THAT GIVEN THE CIRCUMSTANCES, THAT JUST THE |
| 11:03AM | 4 | SHIFT IN THE EQUITIES HERE WITH THE RULE 23(B)(3) CLASS BEING |
| 11:03AM | 5 | DENIED, THE MASSIVE PRESERVATION COSTS THAT GOOGLE IS |
| 11:03AM | 6 | UNDERTAKING, THEY'RE NOT ONLY MONETARY, ENGINEERING COSTS, |
| 11:03AM | 7 | HUMAN COSTS, PRIVACY COSTS IN PRESERVING THIS DATA, THEY'RE SO |
| 11:03AM | 8 | MASSIVE AND NOW REALLY THE BASIS FOR THOSE PRESERVATION COSTS |
| 11:03AM | 9 | WE BELIEVE HAS ERODED.  SO I JUST WANTED TO MAKE THAT POINT IN |
| 11:03AM | 10 | FRONT OF YOUR HONOR.  I WOULD BE REMISS IF I DIDN'T DO THAT. |
| 11:03AM | 11 | AND ALSO ASK WHETHER I UNDERSTOOD YOUR HONOR TO BE TABLING |
| 11:03AM | 12 | THAT DISCUSSION OF THE TOTAL PRESERVATION RELIEF ON THE BASIS |
| 11:03AM | 13 | THAT THERE'S A RULE 23(F) APPEAL. |
| 3AM | 14 | WE WOULD LIKE TO RENEW OUR MOTION ONCE WE HAVE CLARITY ON |
| 11:03AM | 15 | THE RULE 23(F) APPEAL, AND I JUST WANT TO MAKE SURE THAT |
| 11:03AM | 16 | YOUR HONOR IS AWARE OF THAT. |
| 11:04AM | 17 | THE COURT:  I APPRECIATE THAT.  THE PRESERVATION |
| 11:04AM | 18 | ISSUE IS TIED IN PART OBVIOUSLY TO THE ISSUE ON APPEAL, BUT I |
| 11:04AM | 19 | WANTED CLARIFICATION BECAUSE I UNDERSTOOD FROM THE SUBMISSIONS |
| 11:04AM | 20 | THAT ALL OTHER PRESERVED DATA, TAKING OUT THE TABLES ISSUE, |
| 11:04AM | 21 | WHICH I'M CONFIDENT THAT THE PARTIES ARE GOING TO BE ABLE TO |
| 11:04AM | 22 | ADDRESS IN A CONSTRUCTIVE WAY, THAT THE DATA LOAD IN ▓▓▓ |
| 11:04AM | 23 | AFTER THREE YEARS IS ▓▓▓, AND THE COST NUMBER, TAKING |
| 11:04AM | 24 | GOOGLE'S COST ANALYSIS, IS ▓▓▓ OVER A THREE YEAR PERIOD. |
| 11:04AM | 25 | AM I UNDERSTANDING THAT CORRECTLY? |

SEALED PROCEEDINGS                                              35

```
04AM    1         MS. TREBICKA:  YES, YOUR HONOR.  THAT'S ACCORDING TO
11:05AM    2    OUR CALCULATIONS AT THIS POINT.
11:05AM    3         THE COURT:  I UNDERSTAND.  SO WHILE THAT IS NOT
11:05AM    4    INSIGNIFICANT, IT'S NOT AN OVERWHELMING BURDEN THAT IN MY VIEW
11:05AM    5    CHANGES THE PROPORTIONALITY ANALYSIS NOTWITHSTANDING THE SHIFT
11:05AM    6    IN CLASS STATUS, BUT ULTIMATELY THERE'S NOT YET ENOUGH
11:05AM    7    INFORMATION AS TO WHAT IS HAPPENING AND WHAT THE CLASS STATUS
11:05AM    8    IS.
11:05AM    9         SO I'M GOING TO DENY THE REQUEST, GOOGLE'S REQUEST IN ITS
11:05AM   10    BRIEF BEFORE THE COURT AS TO THE IMPACT OF
11:05AM   11    JUDGE GONZALEZ ROGERS' ORDER WHEREIN GOOGLE REQUESTED THAT IT
11:05AM   12    NOT HAVE TO PRESERVE ANYTHING GOING FORWARD AND THAT IT BE
11:05AM   13    PERMITTED TO DELETE DATA PRESERVED THUS FAR OR HAVE PLAINTIFF
 5AM     14    SHARE IN THE COST OF THE CONTINUED PRESERVATION, I'M GOING TO
11:06AM   15    DENY THAT WITHOUT PREJUDICE, AND IT CAN BE RENEWED IF THE
11:06AM   16    UNDERLYING FACTS AND CIRCUMSTANCES CHANGE.
11:06AM   17         MS. TREBICKA:  UNDERSTOOD, YOUR HONOR.
11:06AM   18         AND ALSO TO CLARIFY FOR THE RECORD A BASIS FOR THE BURDEN
11:06AM   19    IS NOT JUST THE MONETARY COST, ALTHOUGH ██████ IS NOTHING
11:06AM   20    TO --
11:06AM   21         THE COURT:  NO.  I UNDERSTAND.  THERE WAS AN
11:06AM   22    ARGUMENT MADE AND IT'S IN THE RECORD OF THE ███████████
11:06AM   23    ██████ THE ENGINEERING IMPACT, THE HUMAN COST, IF YOU WILL,
11:06AM   24    AND I APPRECIATE THAT.
11:06AM   25         I REFERRED TO THE ████████ IN THE DOLLARS BECAUSE THOSE
```

| | | |
|---|---|---|
| 06AM | 1 | ARE IN TABLES AND I CAN -- YOU KNOW, TO THE EXTENT THAT THEY'RE |
| 11:06AM | 2 | QUANTIFIED, THEY'RE THERE. |
| 11:06AM | 3 | OKAY.  SO THAT IS DENIED WITHOUT PREJUDICE. |
| 11:06AM | 4 | WITH REGARDS TO NOTICED MOTION FOR ADJUSTMENTS ON THE |
| 11:06AM | 5 | TABLES, THE PARTIES WILL NEED TO MEET AND CONFER IN ACCORDANCE |
| 11:06AM | 6 | WITH THE GUIDANCE OF THE COURT, AND I WILL GET A STATUS RECORD |
| 11:07AM | 7 | WITH A TIMELINE AS TO COMPLETION IN THE NEAR TERM, BUT I WILL |
| 11:07AM | 8 | GET THAT IN 21 DAYS.  AND I WILL ISSUE A SHORT ORDER |
| 11:07AM | 9 | SUMMARIZING OUR RULINGS HERE TODAY. |
| 11:07AM | 10 | MR. MCGEE:  THANK YOU, YOUR HONOR. |
| 11:07AM | 11 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 11:07AM | 12 | THAT CONCLUDES BROWN.  THANK YOU. |
| 11:07AM | 13 | MS. TREBICKA:  THANK YOU. |
| 7AM | 14 | THE COURT:  ALL RIGHT.  WE'RE GOING TO TAKE A FIVE |
| 11:07AM | 15 | MINUTE BREAK BEFORE STARTING THE CALHOUN HEARING SO I CAN, |
| 11:07AM | 16 | FRANKLY, SHIFT MY FILES AND BINDERS. |
| 11:07AM | 17 | FIVE MINUTES.  THANK YOU. |
| 11:07AM | 18 | (COURT CONCLUDED AT 11:07 A.M.) |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

1
2
3                              CERTIFICATE OF REPORTER
4
5
6
7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE
8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO
10    HEREBY CERTIFY:
11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13    ABOVE-ENTITLED MATTER.
14
15
16                    IRENE RODRIGUEZ, CSR, RMR, CRR
17                    CERTIFICATE NUMBER 8074
18
19                    DATED:  JANUARY 12, 2023
20
21
22
23
24
25