| | |
|---|---|
| Diane M. Doolittle (CA Bar No. 142046) | Andrew H. Schapiro (admitted pro hac vice) |
| dianedoolittle@quinnemanuel.com | andrewschapiro@quinnemanuel.com |
| Sara Jenkins (CA Bar No. 230097) | Teuta Fani (admitted pro hac vice) |
| sarajenkins@quinnemanuel.com | teutafani@quinnemanuel.com |
| 555 Twin Dolphin Drive, 5th Floor | Joseph Margolies (admitted pro hac vice) |
| Redwood Shores, CA 94065 | josephmargolies@quinnemanuel.com |
| Telephone: (650) 801-5000 | 191 N. Wacker Drive, Suite 2700 |
| Facsimile: (650) 801-5100 | Chicago, IL 60606 |
| | Telephone: (312) 705-7400 |
| | Facsimile: (312) 705-7401 |
| Stephen A. Broome (CA Bar No. 314605) | Josef Ansorge (admitted pro hac vice) |
| stephenbroome@quinnemanuel.com | josefansorge@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | Xi ("Tracy") Gao (CA Bar No. 326266) |
| violatrebicka@quinnemanuel.com | tracygao@quinnemanuel.com |
| Crystal Nix-Hines (CA Bar No. 326971) | Carl Spilly (admitted pro hac vice) |
| crystalnixhines@quinnemanuel.com | carlspilly@quinnemanuel.com |
| Alyssa G. Olson (CA Bar No. 305705) | 1300 I Street NW, Suite 900 |
| alyolson@quinnemanuel.com | Washington D.C., 20005 |
| 865 S. Figueroa Street, 10th Floor | Telephone: (202) 538-8000 |
| Los Angeles, CA 90017 | Facsimile: (202) 538-8100 |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |
| Jomaire Crawford (admitted pro hac vice) | Jonathan Tse (CA Bar No. 305468) |
| jomairecrawford@quinnemanuel.com | jonathantse@quinnemanuel.com |
| 51 Madison Avenue, 22nd Floor | 50 California Street, 22nd Floor |
| New York, NY 10010 | San Francisco, CA 94111 |
| Telephone: (212) 849-7000 | Telephone: (415) 875-6600 |
| Facsimile: (212) 849-7100 | Facsimile: (415) 875-6700 |

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, | Case No. 4:20-cv-05146-YGR-SVK |
| Plaintiffs, | **DECLARATION OF TRACY GAO IN SUPPORT OF DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM FOR FEBRUARY 14, 2023 HEARING** |
| v. | |
| GOOGLE LLC, | Referral: Hon. Susan van Keulen, USMJ |
| Defendant. | Hearing Date: February 14, 2023 |
| | Hearing Time: 2:00 P.M. |

I, Tracy Gao, declare as follows:

1. I am a member of the bar of the State of California and an attorney for Quinn Emanuel Urquhart & Sullivan, LLP, which serves as Google's outside counsel in this litigation. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Google's Administrative Motion to Seal the Courtroom for February 14, 2023 Hearing.

3. On February 9, 2023, counsel for Google requested Plaintiffs identify whether they intended to discuss at the February 14, 2023 hearing information or material that Google has designated as Confidential or Highly Confidential-Attorneys' Eyes Only, and whether Plaintiffs opposed or did not take a position on Google's request to seal the courtroom for the February 14, 2023 hearing. Plaintiffs responded on February 9, 2023 that they opposed the request and noted that if the parties were to determine that a portion of the discussion is appropriate for sealing, they could request sealing the courtroom at that point.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Washington, D.C. on February 10, 2023.

DATED: February 10, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Tracy Gao*
Xi "Tracy" Gao

*Attorney for Defendant*