UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br>　　　　Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL THE COURTROOM FOR FEBRUARY 14, 2023 HEARING**<br><br>Referral: Hon. Susan van Keulen, USMJ<br>Hearing Date: February 14, 2023<br>Hearing Time: 2:00 P.M. |

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Administrative Motion to Seal the Courtroom for February 14, 2023 Hearing (the "Motion"). Having considered Google's Motion, argument by counsel, and all other matters properly considered by this Court, the Court finds there is good cause to **GRANT** the Motion.

**THEREFORE, IT IS ORDERED** that, for the reasons stated in the Motion, the Motion is **GRANTED** and the Courtroom will be sealed for the February 14, 2023 hearing.

**IT IS SO ORDERED**.

DATED: _____

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge