| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>Mark C. Mao (CA Bar No. 236165)<br>mmao@bsfllp.com<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6858<br>Facsimile: (415) 999 9695<br><br>*Attorneys for Brown Plaintiffs; additional counsel listed in signature blocks below*<br><br>**DiCELLO LEVITT LLC**<br>David A. Straite (admitted *pro hac vice*)<br>485 Lexington Ave., Tenth Floor<br>New York, NY 10017<br>Tel.: (646) 933-1000<br>Fax: (646) 494-9648<br>dstraite@dicellolevitt.com<br><br>*Attorneys for Calhoun Plaintiffs; additional counsel listed in signature blocks below* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (*pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Attorneys for Defendant; additional counsel listed in signature blocks below* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASOM BROWN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-03664-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: SUBMISSION PURSUANT TO DKT. 861**<br><br>Referral: Hon. Susan van Keulen, USMJ |
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: SUBMISSION PURSUANT TO DKT. 983**<br><br>Referral: Hon. Susan van Keulen, USMJ |

1  The *Brown* Plaintiffs, *Calhoun* Plaintiffs, and Defendant Google LLC (together, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

2  WHEREAS, on February 14, 2022, the Court ordered the Parties to submit, by February 24, 2023, their respective positions on any unresolved issues raised in Google's February 17 response to the *Calhoun* Plaintiffs' letter referenced in the hearing of February 14, with the possibility of a modest extension to the briefing schedule if necessary. *Brown* Dkt. 861; *Calhoun* Dkt. 983;

3  WHEREAS, the *Brown* Plaintiffs and *Calhoun* Plaintiffs are working on identifying issues they consider unresolved in the *Calhoun* Plaintiffs' February 6 letter.

4  NOW THEREFORE, the Parties jointly stipulate to extend the deadline for submitting the parties' positions to the Court, according to and pursuant to the February 14, 2023 Order, to March 3, 2023.

DATED: February 24, 2023

Respectfully submitted,

By: */s/ Mark Mao*
Mark C. Mao (CA Bar No. 236165)
mmao@bsfllp.com
Beko Reblitz-Richardson (CA Bar No. 238027)
brichardson@bsfllp.com
Erika Nyborg-Burch
enyborg-burch@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293 6858
Fax: (415) 999 9695

James W. Lee (*pro hac vice*)
jlee@bsfllp.com
Rossana Baeza (*pro hac vice*)
rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33130
Tel: (305) 539-8400
Fax: (305) 539-1304

William Christopher Carmody (*pro hac vice*)
bcarmody@susmangodfrey.com

**BLEICHMAR FONTI & AULD LLP**

By:      */s/ Lesley Weaver*
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**DiCELLO LEVITT LLC**

By:      */s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
485 Lexington Ave., Tenth Floor
New York, NY 10017 Tel.: (646) 933-1000

Case No. 4:20-cv-03664-YGR-SVK
Case No. 4:20-cv-05146-YGR-SVK

-1-

JOINT STIPULATION

| | | |
|---|---|---|
| 1 | Shawn J. Rabin (*pro hac vice*)<br>srabin@susmangodfrey.com | Fax: (646) 494-9648<br>dstraite@dicellolevitt.com |
| 2 | Steven Shepard (*pro hac vice*)<br>sshepard@susmangodfrey.com | crhodes@dicellolevitt.com |
| 3 | Alexander P. Frawley (*pro hac vice*)<br>afrawley@susmangodfrey.com | Amy E. Keller (admitted *pro hac vice*)<br>Adam Prom (admitted *pro hac vice*) |
| 4 | SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor | Sharon Cruz (admitted *pro hac vice*)<br>Ten North Dearborn Street, 6th Fl. |
| 5 | New York, NY 10019<br>Tel: (212) 336-8330 | Chicago, Illinois 60602<br>Tel.: (312) 214-7900 |
| 6 | | akeller@dicellolevitt.com |
| 7 | Amanda Bonn (CA Bar No. 270891)<br>abonn@susmangodfrey.com | aprom@dicellolevitt.com<br>scruz@dicellolevitt.com |
| 8 | SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400 | **SIMMONS HANLY CONROY LLC** |
| 9 | Los Angeles, CA 90067<br>Tel: (310) 789-3100 | |
| 10 | John A. Yanchunis (*pro hac vice*) | By:     /s/ Jason 'Jay' Barnes<br>Jason 'Jay' Barnes (admitted *pro hac vice*) |
| 11 | jyanchunis@forthepeople.com<br>Ryan J. McGee (*pro hac vice*) | Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*) |
| 12 | rmcgee@forthepeople.com<br>MORGAN & MORGAN, P.A. | Eric Johnson (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor |
| 13 | 201 N Franklin Street, 7th Floor<br>Tampa, FL 33602 | New York, NY 10016<br>Tel.: (212) 784-6400 |
| 14 | Tel: (813) 223-5505<br>Fax: (813) 222-4736 | Fax: (212) 213-5949<br>jaybarnes@simmonsfirm.com |
| 15 | Michael F. Ram (CA Bar No. 104805) | atruong@simmonsfirm.com<br>ejohnson@simmonsfirm.com |
| 16 | mram@forthepeople.com<br>MORGAN & MORGAN, P.A. | |
| 17 | 711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102 | *Counsel for Calhoun Plaintiffs* |
| 18 | Tel: (415) 358-6913 | |
| 19 | *Attorneys for Brown Plaintiffs* | |
| 20 | | |
| 21 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | |
| 22 | By:  /s/ Andrew H. Schapiro | |
| 23 | | |

-2-

| | |
|---|---|
| 1 | Andrew H. Schapiro (admitted pro hac vice) |
| | andrewschapiro@quinnemanuel.com |
| 2 | 191 N. Wacker Drive, Suite 2700 |
| | Chicago, IL 60606 |
| 3 | Tel: (312) 705-7400 |
| 4 | Fax: (312) 705-7401 |
| 5 | Stephen A. Broome (CA Bar No. 314605) |
| | stephenbroome@quinnemanuel.com |
| 6 | Viola Trebicka (CA Bar No. 269526) |
| 7 | violatrebicka@quinnemanuel.com |
| | 865 S. Figueroa Street, 10th Floor |
| 8 | Los Angeles, CA 90017 |
| | Tel: (213) 443-3000 |
| 9 | Fax: (213) 443-3100 |
| 10 | |
| | Jomaire Crawford (admitted pro hac vice) |
| 11 | jomairecrawford@quinnemanuel.com |
| | 51 Madison Avenue, 22nd Floor |
| 12 | New York, NY 10010 |
| | Tel: (212) 849-7000 |
| 13 | Fax: (212) 849-7100 |
| 14 | |
| | Josef Ansorge (admitted pro hac vice) |
| 15 | josefansorge@quinnemanuel.com |
| | 1300 I Street NW, Suite 900 |
| 16 | Washington D.C., 20005 |
| | Tel: (202) 538-8000 |
| 17 | Fax: (202) 538-8100 |
| 18 | |
| | Jonathan Tse (CA Bar No. 305468) |
| 19 | jonathantse@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 20 | San Francisco, CA 94111 |
| | Tel: (415) 875-6600 |
| 21 | Fax: (415) 875-6700 |
| 22 | *Attorneys for Defendant Google LLC* |

-3-

Case No. 4:20-cv-03664-YGR-SVK
Case No. 4:20-cv-05146-YGR-SVK
JOINT STIPULATION

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Stipulation. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: February 24, 2023
By   */s/ Andrew H. Schapiro*
Andrew H. Schapiro
*Counsel on behalf of Google LLC*

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ORDERS:**

The deadline for the Parties to submit their position statements referenced in *Brown* Dkt. No. 861 and *Calhoun* Dkt. No. 983 is hereby extended to March 3, 2023.

**IT IS SO ORDERED.**

DATED: _____, 2023      _____

Hon. Susan van Keulen
United States District Magistrate Judge