| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 31 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

PATRICK CALHOUN; et al.,

          Plaintiffs-Appellants,

v.

GOOGLE LLC,

          Defendant-Appellee.

No. 22-16993

D.C. No. 4:20-cv-05146-YGR
Northern District of California,
Oakland

ORDER

Before: TASHIMA and S.R. THOMAS, Circuit Judges.

Appellee's opposed motions for limited remand (Docket Entry Nos. 8 and 24) are granted. This case is remanded to the district court for the limited purposes of ruling on: (1) the remaining requests in the motion for relief regarding preservation and (2) the scope of the summary judgment order. Within 14 days after the district court's rulings, appellee shall file a status report and/or motion for appropriate relief.

Appellee's opposed motion to file the unredacted motion for limited remand under seal (Docket Entry No. 7) is granted. The Clerk will file publicly the motion to seal and supporting declaration (Docket Entry Nos. 7-1, 7-2). The Clerk will file under seal the unredacted motion (Docket Entry No. 7-3). The redacted motion has been filed at Docket Entry No. 8.

Briefing is stayed.

MKS/MOATT