UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 20-cv-05146-YGR   (SVK)<br><br>**ORDER ON LIMITED REMAND OF PRESERVATION ISSUE**<br><br>Re: Dkt. No. 1005 |

The Court is in receipt of the Ninth Circuit's order for limited remand directed, in part, to pending issues regarding Google's preservation obligations. Dkt. 1005. The Parties are not to submit additional briefing on the preservation issue unless directed to do so by the undersigned.

**SO ORDERED.**

Dated: April 3, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge