UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>[PROPOSED] ORDER GRANTING GOOGLE'S MOTION RE SEALING PORTIONS OF MAR. 20, 2023 ORDER ON PRESERVATION OF CERTAIN MAPPING AND LINKING TABLES (DKT. 997)<br><br>Referral: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is the Joint Submission regarding sealing portions of the Court's March 20, 2023 Order on the Preservation of Certain Mapping and Linking Tables (Dkt. 997).

Having considered the Joint Submission, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to Be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| March 20, 2023 Order on: Preservation of Certain Mapping and Linking Tables (Dkt. 997) | GRANTED as to the portions at:<br><br>Pages 1:6, 2:1-4, 2:6, 3:8, 3:10, 3:16, 3:18, 3:20-21, 3:25, 4:3, 4:8, 4:12, 4:17, 4:19-20, 4:24-25, 5:1, 5:3, 5:14-16, 5:19, 5:21, 5:28, 6:3-6, 6:11-13, 6:15-16, 6:18-19, 6:21, 6:23-25, 6:27, 7:2, 7:4, 7:16, 7:19, 7:21, 7:24-25, 7:27-28, 8:1, 8:4-5, 8:8, 8:11-12, 8:14-16, 8:18, 8:23, 8:26, 9:1, 9:6, 9:25, 10:5-7, 10:17-19, 10:23-24, 13: 11, 13:13, 14:8, 14:11, 14:15 | The information requested to be sealed contains non-public, sensitive confidential business information related to Google's internal technological systems that could affect Google's competitive standing and may expose Google to increased security risks if publicly disclosed, including various types of Google's internal projects and project code names, data sources, as well as internal metrics, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential information reveals Google's internal systems and operations ~~and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2~~. Public disclosure of such confidential information could affect Google's competitive standing as competitors may alter their system designs and practices relating to competing products, time strategic litigation, or otherwise unfairly compete with Google. |

**SO ORDERED.**

DATED:  April 4, 2023

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge