UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 20-cv-05146-YGR   (SVK)<br><br>**ORDER ON LIMITED REMAND OF ISSUE RE SCOPE OF SUMMARY JUDGMENT ORDER**<br><br>Re: Dkt. No. 1005 |

The Parties are directed to meet and confer on a briefing schedule for the remanded issue regarding the scope of the summary judgment order. *See* Dkt. 1005. The Parties shall submit a joint proposed briefing schedule to the District Judge no later than April 12, 2023.

**SO ORDERED.**

Dated: April 4, 2023

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge