UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 20-cv-05146-YGR   (SVK)<br><br>**ORDER TO PROVIDE CHAMBERS COPIES** |

In connection with the remanded preservation issue, by **April 7, 2023**, the Parties are to submit <u>one set</u> of chambers copies of the <u>unredacted (sealed) versions</u> of the documents listed below. If the unredacted documents do not reflect an ECF number, they should be labeled with the ECF number on the tab or first page. The chambers copies should be organized in binders of 3 inches or less with labeled tabs. Each side is to submit only its own briefs and supporting materials. The chambers copies may be delivered to the San Jose Clerk's Office by 4:00 p.m. or placed in the drop box at the San Jose Courthouse by 5:00 p.m.

**Google:**

  Dkt. 898 (Google's motion)

  Dkt. 930 (Google's administrative motion to supplement)

  Dkt. 943 (Google's reply)

  Dkt. 950  (Google's response re impact of appeal)

**Plaintiffs:**

  Dkt. 934 (Plaintiffs' opposition)

  Dkt. 952 (Plaintiffs' response re impact of appeal)

  **SO ORDERED.**

Dated: April 4, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge