UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>[PROPOSED] **ORDER GRANTING JOINT SUBMISSION RE SEALING PORTIONS OF THE APRIL 12, 2023 ORDER RE GOOGLE'S MOTION FOR RELIEF FROM PRESERVATION ORDERS (DKT. 1011)**<br><br>Referral: Hon. Susan van Keulen, USMJ |

# [PROPOSED] ORDER

Before the Court is the Joint Submission regarding sealing portions of the Court's April 12, 2023 Order re Google's Motion for Relief from Preservation Orders (Dkt. 1011).

Having considered the Joint Submission, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to Be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| April 12, 2023 Order re Google's Motion for Relief from Preservation Orders (Dkt. 1011) | GRANTED as to the portions at:<br><br>Pages 2:20, 2:26-27, 3:1, 3:13, 3:15, 4:17 | The information requested to be sealed contains Google's ~~highly~~ confidential and proprietary information regarding ~~highly~~ sensitive features of Google's internal systems and operations, including various types of Google's internal projects and project code names, data sources, as well as internal metrics, that Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential and proprietary information reveals Google's internal strategies, system designs, and business practices for operating and maintaining many of its ~~important~~ services, ~~and falls within the protected scope of the Protective Order entered in this action. See Dkt. 61 at 2–3.~~ Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cybersecurity threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

**SO ORDERED.**

DATED: April 20, 2023

_Susan van Keulen_
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge