1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**DiCELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
    485 Lexington Ave., 10ᵗʰ Floor
New York, New York 10017
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Ten North Dearborn Street, 6th Fl.
Chicago, Illinois 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
*jomairecrawford@quinnemanuel.com*
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Counsel for Defendant; additional counsel
listed in signature blocks below*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,, <br><br>     Plaintiffs, <br><br>     v. <br><br> GOOGLE LLC, <br><br>     Defendant. | Case No. 4:20-cv-5146-YGR-SVK <br><br><br> **STIPULATION AND [~~PROPOSED~~] ORDER RE LIMITED REMAND** |

1    Plaintiffs and Defendant Google LLC (together, the "Parties"), by and through undersigned

2 counsel, respectfully submit this Stipulation and Proposed Order Regarding Scope of Order of

3 Summary Judgment.

4    WHEREAS, on December 12, 2022, the District Court granted Google's Motion for

5 Summary Judgment based on the Court's finding that Plaintiffs consented to the conduct at issue

6 (the "Order," District Dkt. No. 935);

7    WHEREAS, on December 12, 2022, the Court entered Judgment dismissing the case

8 (District Dkt. No. 937);

9    WHEREAS, on December 20, 2022, Plaintiffs filed a Notice of Appeal;

10    WHEREAS, Google sought limited remand from the Ninth Circuit to clarify the scope of

11 the Order, specifically, whether Court's determination that Plaintiffs' claims are barred by their

12 consent to the conduct at issue also applies to Counts 1, 6, 10, 12, 15 and 16 (the "Dormant Claims");

13    WHEREAS, on March 31, 2023, the Ninth Circuit granted Google's motion for limited

14 remand with respect to the scope of the Order;

15    WHEREAS, via email on April 4, 10, 11 and 12, the Parties met and conferred and reached

16 certain agreements intended to promote efficiency and conserve judicial resources;

17    NOW, THEREFORE, the Parties stipulate as follows:

18    1.  Consent is either a required element of or a defense to Counts 1, 6, 10, and 12.

19        Accordingly, these claims are dismissed as a result of the Court's finding that Plaintiffs

20        consented to the conduct on which the claims are based.

21    2.  Plaintiffs do not dispute that Counts 15 (punitive damages) and 16 (declaratory

22        judgment) require a surviving cause of action, and, therefore, are dismissed as well.

23    3.  Accordingly, the Court's Order applies to and dismisses all claims, including the

24        Dormant Claims.

25 / / /

26 / / /

27 / / /

28 / / /

4.  If the Court deems it necessary, the Parties agree to append the following language to line 11 of page 27 of the Order:

"Following limited remand from the Ninth Circuit, the Court clarifies that this Order applies to all claims asserted in Plaintiffs' First Amended Complaint, including the six "Dormant Claims." Counts 1 (the federal Wiretap Act), 2 (Invasion of Privacy), 10 (Unjust Enrichment), and 12 (the California Computer Data Access and Fraud Act) are dismissed, following Plaintiffs' stipulation. Counts 15 (punitive damages) and 16 (declaratory judgment) are terminated because Plaintiffs may not recover punitive damages or obtain injunctive relief in the absence of any other live cause of action."

Plaintiffs reserve all rights to appeal the Court's ruling.

DATED:  April 12, 2023

**BLEICHMAR FONTI & AULD LLP**

By:    /s/ Lesley Weaver
Lesley Weaver (Cal. Bar No. 191305)
Angelica M. Ornelas (Cal. Bar No. 285929)
Joshua D. Samra (Cal. Bar No. 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*aornelas@bfalaw.com*
*jsamra@bfalaw.com*

**DiCELLO LEVITT LLC**

By:    /s/ David A. Straite
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
    485 Lexington Ave., 10th Floor
New York, New York 10017
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Sharon Cruz (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:    /s/ Andrew H. Schapiro
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
Teuta Fani (admitted *pro hac vice*)
*teutafani@quinnemanuel.com*
Joseph H. Margolies (admitted *pro hac vice*)
*josephmargolies@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
Crystal Nix-Hines (CA Bar No. 326971)
*crystalnixhines@quinnemanuel.com*
Alyssa G. Olson (CA Bar No. 305705)
*alyolson@quinnemanuel.com*
865 S. Figueroa Stree, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Jomaire Crawford (admitted *pro hac vice*)
*jomairecrawford@quinnemanuel.com*
D. Seth Fortenbery (admitted *pro hac vice*)
*sethfortenbery@quinnemanuel.com*
51 Madison Avenue, 22nd Floor

1  Tel.: (312) 214-7900
   *akeller@dicellolevitt.com*
2  *aprom@dicellolevitt.com*

3

4  **SIMMONS HANLY CONROY LLC**

5  By:      */s/ Jason Barnes*
   Jason 'Jay' Barnes (admitted *pro hac vice*)
6  An Truong (admitted *pro hac vice*)
   Eric Johnson (admitted *pro hac vice*)
7  112 Madison Avenue, 7th Floor
   New York, NY 10016
8  Tel.: (212) 784-6400
   Fax: (212) 213-5949
9  *jaybarnes@simmonsfirm.com*
   *atruong@simmonsfirm.com*
10 *ejohnson@simmonsfirm.com*

11

12

13

14

15

16

17

18     *Counsel for Plaintiffs*

19

20

21

22

23

24

25

26

27

28

New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100


Diane M. Doolittle (CA Bar No. 142046)
dianedoolittle@quinnemanuel.com
Sara Jenkins (CA Bar No. 230097)
sarajenkins@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Josef Ansorge (admitted *pro hac vice*)
*josefansorge@quinnemanuel.com*
Xi ("Tracy") Gao (CA Bar No. 326266)
*tracygao@quinnemanuel.com*
Carl Spilly (admitted *pro hac vice*)
*carlspilly@quinnemanuel.com*
1300 I Street NW, Suite 900
Washington D.C., 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Jonathan Tse (CA Bar No. 305468)
*jonathantse@quinnemanuel.com*
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700


*Counsel for Defendant*

1

2

3
## [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4

5
Date: _____5/1/2023_____   _____

HON. YVONNE GONZALEZ ROGERS

6
United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28