UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 7 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PATRICK CALHOUN; et al., | No.    22-16993 |
| Plaintiffs-Appellants, | D.C. No. 4:20-cv-05146-YGR |
| v. | Northern District of California, Oakland |
| GOOGLE, LLC, | ORDER |
| Defendant-Appellee. | |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

Appellants filed a notice of intent to file publicly the opening brief and

Volumes 4 through 8 of the excerpts of record (Docket Entry No. 41).  *See* 9th Cir.

R. 27-13(f).  Appellants also filed a motion (Docket Entry No. 43) to file under

seal select portions of Volumes 4 through 8 of the excerpts of record. The

unopposed motion is granted.

Appellee's opposed motion (Docket Entry No. 46) to file under seal the

opening brief and portions of the Index Volume and Volumes 4 through 8 of the

excerpts of record is granted, subject to reconsideration by the merits panel.

Appellants' unopposed motion (Docket Entry No. 47) to file under seal the

response to appellee's motion to seal is granted.

The Clerk will unseal the notice (Docket Entry No. 41-1) and file publicly

the motions to seal and the Schapiro Declaration (Docket Entry Nos. 43-1, 46-1,

46-2, 47-1).  The Clerk will also file publicly Volumes 1 through 3 of the excerpts of record (Docket Entry Nos. 42-2 through 42-4).

The Clerk will file under seal the opening brief (Docket Entry No. 41-2), the Index Volume (Docket Entry No. 42-1), and Volumes 4 through 8 of the excerpts of record (Docket Entry Nos. 41-3 through 41-5, 43-2, 43-3).  The Clerk will also file under seal the response to appellee's motion to seal (Docket Entry No. 47-2). The Clerk will maintain under seal Docket Entry Nos. 46-5 through 46-18.

Within 21 days of this order, appellants must submit for public filing redacted versions of the opening brief and Index Volume that track the proposed redactions set forth in Docket Entry Nos. 46-3 and 46-4.  The page numbering and citations in the public versions must remain the same as in the sealed versions.

Appellee's motion (Docket Entry No. 49) for an extension of time to file the answering brief is granted.  The answering brief is due December 26, 2023.  The optional reply brief is due within 21 days after service of the answering brief.