UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 20-cv-05146-YGR  (SVK)<br><br>**ORDER TO MEET AND CONFER RE SPECIAL MASTER'S DATA RETENTION** |

It has come to the Court's attention that an issue has risen as to the need for and cost of the Special Master's retention of voluminous working files and party-affiliated data associated with this case. The Parties are ordered to promptly meet and confer, and by **May 14, 2024,** the Parties must submit to the Court either (1) a stipulation that the Special Master no longer has any obligation to maintain any files or data concerning this case; or (2) a joint statement, not to exceed five pages, setting forth the Parties' respective positions on this issue.

**SO ORDERED.**

Dated: May 7, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge