IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br>      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>[PROPOSED] ORDER RE SPECIAL MASTER AND DATA PRESERVATION<br><br>Judge: Hon. Susan van Keulen |

Pursuant to the parties' stipulation at Dkt. 1026 (the "Stipulation"), as modified by the parties pursuant to this Court's Order for Modifications (Dkt. 1027), IT IS HEREBY ORDERED AS FOLLOWS:

1. The Special Master's role in this matter is concluded and the roles described in the Order appointing Special Master (Dkt. No. 246) and subsequent orders referring discovery disputes are satisfied. Pursuant to Federal Rule of Civil Procedure 53, the Special Master is released, with gratitude from the Court and the parties.

2. The Court and the parties, in light of Google's representations and agreements in the Stipulation regarding preservation of the Data and correspondence, release the Special Master of any obligations to preserve any copies of the Data and correspondence.

3. If the United States Court of Appeals for the Ninth Circuit reverses the dismissal of this

case (in whole or in part), and if any party upon remand believes that re-appointment of a Special Master would be appropriate, that party must move pursuant to Rule 53 in the ordinary course.

4. The parties shall make final payment of $3,125.00 to the Special Master by June 5, 2024, for the disposal of preserved data, to be shared equally by the parties.

Date: May 30, 2024

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge