UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 11 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PATRICK CALHOUN; et al.,

                Plaintiffs - Appellants,

  v.

GOOGLE, LLC,

                Defendant - Appellee.

No. 22-16993

D.C. No. 4:20-cv-05146-YGR
U.S. District Court for Northern
California, Oakland

**MANDATE**

The judgment of this Court, entered August 20, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT