| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley E. Weaver (SBN 191305)<br>Anne K. Davis (SBN 267909)<br>Joshua D. Samra (SBN 313050)<br>1330 Broadway, Suite 630<br>Oakland, CA 94612<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br><br>**DiCELLO LEVITT LLP**<br>David A. Straite (admitted *pro hac vice*)<br>485 Lexington Avenue, Suite 1001<br>New York, NY 10017<br>Tel.: (646) 933-1000<br>dstraite@dicellolevitt.com<br><br>**SIMMONS HANLY CONROY LLP**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>jaybarnes@simmonsfirm.com<br><br>*Counsel for Plaintiffs; additional counsel listed in signature blocks below* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Fax: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>*Counsel for Defendant; additional counsel listed in signature blocks below* |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO SUBMIT RESPONSE TO GOOGLE'S MOTION FOR CLARIFICATION [DKT. 1039]**<br><br>Referral: Hon. Susan van Keulen, USMJ |

1  Pursuant to Civil Local Rule 6-2, this joint stipulation is entered into between Plaintiffs and Google LLC ("Google"), collectively referred to as the "Parties."

WHEREAS, on September 27, 2024, Google filed its Administrative Motion for Clarification of the April 12, 2023 Order re Google's Motion for Relief from Preservation Orders and supporting papers (Dkt. 1039);

WHEREAS, the Parties met and conferred on Tuesday, October 1, 2024 and discussed Plaintiffs' proposed resolution of Google's Motion for Clarification, and, additional time is needed for Plaintiffs to review and draft their response to Dkt. 1039;

WHEREAS, pursuant to Civil Local Rule 7-11, the current deadline for Plaintiffs to file their response to Dkt. 1039 is October 1, 2024;

WHEREAS, the Parties agree that an extension of time of two (2) days to allow Plaintiffs sufficient time to prepare their response is warranted.

NOW THEREFORE, the Parties stipulate to extend the deadline by which Plaintiffs shall submit a Response to Google's Motion for Clarification (Dkt. 1039) to October 3, 2024.

Dated: October 1, 2024

| **BLEICHMAR FONTI & AULD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| By:  /s/ Lesley E. Weaver<br>Lesley E. Weaver (SBN 191305)<br>Anne K. Davis (SBN 267909)<br>Joshua D. Samra (SBN 313050)<br>1330 Broadway, Suite 630<br>Oakland, CA 94612<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>*lweaver@bfalaw.com*<br>*adavis@bfalaw.com*<br>*jsamra@bfalaw.com*<br><br>Gregory S. Mullens (*pro hac vice* forthcoming)<br>75 Virginia Road, 2nd Floor<br>White Plains, New York 10603<br>Tel.: (415) 445-4006<br>*gmullens@bfalaw.com* | By:  /s/ Stephen A. Broome<br>Stephen A. Broome (CA Bar No. 314605)<br>*stephenbroome@quinnemanuel.com*<br>Viola Trebicka (CA Bar No. 269526)<br>*violatrebicka@quinnemanuel.com*<br>Crystal Nix-Hines (CA Bar No. 326971)<br>*crystalnixhines@quinnemanuel.com*<br>Alyssa G. Olson (CA Bar No. 305705)<br>*alyolson@quinnemanuel.com*<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br><br>Andrew H. Schapiro (admitted *pro hac vice*)<br>*andrewschapiro@quinnemanuel.com*<br>Teuta Fani (admitted *pro hac vice*)<br>*teutafani@quinnemanuel.com* |

| | |
|---|---|
| **DiCELLO LEVITT LLP** | Joseph H. Margolies (admitted *pro hac vice*) |
| | *josephmargolies@quinnemanuel.com* |
| By: <u>  */s/ David A. Straite*  </u> | 191 N. Wacker Drive, Suite 2700 |
| David A. Straite (admitted *pro hac vice*) | Chicago, IL 60606 |
| Corban Rhodes (admitted *pro hac vice*) | Tel: (312) 705-7400 |
| 485 Lexington Avenue, Suite 1001 | Fax: (312) 705-7401 |
| New York, NY 10017 | |
| Tel.: (646) 933-1000 | Xi ("Tracy") Gao (CA Bar No. 326266) |
| *dstraite@dicellolevitt.com* | *tracygao@quinnemanuel.com* |
| *crhodes@dicellolevitt.com* | Carl Spilly (admitted *pro hac vice*) |
| | *carlspilly@quinnemanuel.com* |
| Amy E. Keller (admitted *pro hac vice*) | 1300 I Street NW, Suite 900 |
| Adam Prom (admitted *pro hac vice*) | Washington D.C., 20005 |
| Julia Veeser (*pro hac vice* forthcoming) | Telephone: (202) 538-8000 |
| Ten North Dearborn St., Sixth Floor | Facsimile: (202) 538-8100 |
| Chicago, IL 60602 | |
| Tel.: (312) 214-7900 | *Counsel for Defendant* |
| *akeller@dicellolevitt.com* | |
| *aprom@dicellolevitt.com* | |
| *jveeser@dicellolevitt.com* | |

**SIMMONS HANLY CONROY LLP**

By: <u>  */s/ Jay Barnes*  </u>
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*

Eric Johnson (admitted *pro hac vice*)
Jennifer 'Jenny' Paulson (admitted *pro hac vice*)
One Court Street
Alton, IL 62002
Tel.: 618-693-3104
*ejohnson@simmonsfirm.com*
*jpaulson@simmonsfirm.com*

*Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of October, 2024, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

# [PROPOSED] ORDER

Pursuant to stipulation of the Parties, the Court hereby extends the deadline by which Plaintiffs shall submit a Response to Google's Motion for Clarification (Dkt. 1039) to October 3, 2024.

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Susan van Keulen, USMJ