**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*
*adavis@bfalaw.com*

**DICELLO LEVITT LLC**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

**SIMMONS HANLY CONROY LLP**
Jason 'Jay' Barnes (admitted *pro hac vice*)
Jayne Conroy (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*jconroy@ simmonsfirm.com*
*atruong@simmonsfirm.com*

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>**CIVIL L.R. 7-11 and 79-5(f)**<br><br>Referral: Hon. Susan van Keulen, USMJ<br><br>No Hearing Date Set Pursuant to L.R. 7-11(c) |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order entered in this matter, Dkt. 61, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed, to the extent that such material is quoted, summarized, or otherwise reflected in the documents (or portions thereof) indicated below:

| | Document | Text to be Sealed | Basis for Sealing |
|---|---|---|---|
| 1 | Plaintiffs' Opposition to Google's Motion for Reconsideration of Dkt. 1011 | 3:8, 3:9, 3:10, 3:11, 3:16, 3:19, 3:21, 3:22, 3:27 | Defendant to provide evidence, per Local Rule 79-5(f) |

Paragraph 12.4 of the Stipulated Protective Order prohibits a party from filing materials designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" in the public record. Portions of the documents list above quote, summarize, or otherwise reflect information that Defendant Google LLC has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only." Pursuant to Local Civil Rules 79-5(c)(1) and (f)(3), Defendant, as the Designating Party, bears the responsibility to establish that all of the designated material is sealable.

Dated: October 3, 2024                                    Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**                          **SIMMONS HANLY CONROY LLP**

By:   /s/ Lesley E. Weaver                              By:   /s/ Jay Barnes
Lesley E. Weaver (SBN 191305)                           Jason 'Jay' Barnes (admitted *pro hac vice*)
Anne K. Davis (SBN 267909)                              Jayne Conroy (admitted *pro hac vice*)
Joshua D. Samra (SBN 313050)                            An Truong (admitted *pro hac vice*)
1330 Broadway, Suite 630                                112 Madison Avenue, 7th Floor
Oakland, CA 94612                                       New York, NY 10016
Tel.: (415) 445-4003                                    Tel.: (212) 784-6400
Fax: (415) 445-4020                                     Fax: (212) 213-5949
*lweaver@bfalaw.com*                                    *jaybarnes@simmonsfirm.com*
*adavis@bfalaw.com*                                     *jconroy@ simmonsfirm.com*
*jsamra@bfalaw.com*                                     *atruong@simmonsfirm.com*

Gregory S. Mullens (*pro hac vice* forthcoming)         Eric Johnson (admitted *pro hac vice*)
75 Virginia Road, 2nd Floor                             Jennifer 'Jenny' Paulson (admitted *pro hac vice*)
White Plains, New York 10603                            One Court Street
Tel.: (415) 445-4006                                    Alton, IL 62002
*gmullens@bfalaw.com*                                   Tel.: 618-693-3104

| | |
|---|---|
| **DiCELLO LEVITT LLP** | *ejohnson@simmonsfirm.com* |
| | *jpaulson@simmonsfirm.com* |

By:   */s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Julia Veeser (*pro hac vice* forthcoming)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*jveeser@dicellolevitt.com*

*Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of October, 2024, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

**CERTIFICATE OF SERVICE**

I, Lesley E. Weaver, hereby certify that on October 3, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filings to be delivered to counsel for Defendant Google LLC via electronic mail.

Dated:  October 3, 2024                              /s/ *Lesley E. Weaver*
                                                     Lesley E. Weaver