1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Referral: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed re: Plaintiffs' Opposition to Google's Motion for Reconsideration of Dkt. 1011 (the "Opposition").

Having considered the supporting declaration of the designating party, Google LLC, and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and **ORDERS** that the following materials remain filed under seal:

| Document | Text to be Sealed | Basis for Sealing | Court's Ruling on Motion to Seal |
|---|---|---|---|
| Plaintiffs' Opposition to Google's Motion for Reconsideration of Dkt. 1011 | 3:8, 3:9, 3:10, 3:11, 3:16, 3:19, 3:21, 3:22, 3:27 | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED**.

DATED: _____

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge