**DiCELLO LEVITT LLP**
Julia Veeser (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*jveeser@dicellolevitt.com*

*Counsel for Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 4:20-cv-05146-YGR-SVK

**DECLARATION OF JULIA VEESER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS**

Judge: Hon. Yvonne Gonzalez Rogers
Date: February 4, 2025
Time: 2:00 pm
Courtroom: 1, 4th Floor

I, Julia Veeser, hereby declare under penalty of perjury:

1. I am an associate attorney in the Chicago office of DiCello Levitt LLP, and co-counsel of record for Plaintiffs in this matter.

2. I submit this Declaration in Support of Plaintiffs' Administrative Motion for Leave to file a request for judicial notice of certain documents taken from Google's public website; updated declarations of the named plaintiffs; and updated Firm resumes.

3. I submit this Declaration based on personal knowledge, and if called as a witness, could testify competently to the facts set forth herein.

4. Attached to this declaration as **Exhibit 1** is a proposed Request for Judicial Notice (the "Proposed RJN") of 24 documents, all taken from Google's public website, which Plaintiffs seek leave to file in support of their renewed motion for class certification. For consistency, the 24 documents that are the subject of the Proposed RJN retain the same exhibit numbers used in the Joint Declaration of Lesley Weaver, David Straite and Jay Barnes, dated October 30, 2024, which is submitted in support of Plaintiffs' renewed motion for class certification (the "Joint Declaration"). As set forth below, true and accurate copies of the documents for which Plaintiffs seek judicial notice are as follows:

a. **A34**: Google Privacy Policy, effective February 10, 2022 – October 3, 2022

b. **A35**: Google Privacy Policy, effective October 4, 2022 – December 14, 2022

c. **A36**: Google Privacy Policy, effective December 15, 2022 – June 30, 2023

d. **A37**: Google Privacy Policy, effective July 1, 2023 – October 3, 2023

e. **A38**: Google Privacy Policy, effective October 4, 2023 – November 14, 2023

f. **A39**: Google Privacy Policy – Comparison of October 4, 2023 to prior version (i.e., comparing A37 to A38). As noted below, Google does not oppose Plaintiffs' motion for leave to file this exhibit.

g. **A40**: Service-Specific Additional Terms – PDF taken October 26, 2022

h. **A41**: Service-Specific Additional Terms – October 2, 2023. As noted below, Google does not oppose Plaintiffs' motion for leave to file this exhibit.

i. **A42**: Service-Specific Additional Terms – October 16, 2023. As noted below, Google does not oppose Plaintiffs' motion for leave to file this exhibit.

j. **A43**: Service-Specific Additional Terms – Present

k. **D6**: Chrome Browser Privacy Policy – Google Chrome ("The Chrome Privacy Notice is no longer available"). As noted below, Google does not oppose Plaintiffs' motion for leave to file this exhibit.

l. **D7**: Google Chrome Help Center (Chrome) Main Page

m. **D8**: Google Chrome Help Center – Understand Privacy in Chrome

n. **D9**: Google Chrome Help Center – How Chrome Protects Your Passwords

o. **D10**: Google Chrome Help Center – How Chrome Incognito Keeps Your Browsing Private

p. **D11**: Google Chrome Help Center – How Chrome Keeps Your URL & Search Data Private

q. **D12**: Google Chrome Help Center – Sign in and Sync in Chrome

r. **D13**: Google Chrome Help Center – How Chrome Safe Browsing Keeps Your Browsing Data Private

s. **D14**: Google Chrome Help Center – How Sign-in with your Google Account Works in Chrome

t. **D15**: Google Chrome Help Center – How Ad Privacy Works in Chrome

u. **D16**: Google Chrome Help Center – Manage Your Ad Privacy in Chrome

v. **D17**: Google Chrome Help Center – How Chrome Protects Your Autofill and Password Data

w. **D18**: Google Chrome Help Center – How your data stays safe when you install and update Chrome

x. **D19**: Google Chrome Help Center – How Chrome Keeps your usage statistics and crash reports private

5. Attached to this declaration as **Exhibit G1** is the Declaration of Named Plaintiff Patrick Calhoun in support of Plaintiffs' Renewed Motion for Class Certification. As noted below, Google does not oppose Plaintiffs' motion for leave to file this exhibit. The accuracy of this document is attested to in the Joint Declaration, and for consistency, the exhibit number is the same used therein.

6. Attached to this declaration as **Exhibit G2** is the Declaration of Named Plaintiff Elaine Crespo in support of Plaintiffs' Renewed Motion for Class Certification. As noted below, Google does not oppose Plaintiffs' motion for leave to file this exhibit. The accuracy of this document is attested to in the Joint Declaration, and for consistency, the exhibit number is the same used therein.

7. Attached to this declaration as **Exhibit G3** is the Declaration of Named Plaintiff Michael Henry in support of Plaintiffs' Renewed Motion for Class Certification. As noted below, Google does not oppose Plaintiffs' motion for leave to file this exhibit. The accuracy of this document is attested to in the Joint Declaration, and for consistency, the exhibit number is the same

used therein.

8. Attached to this declaration as **Exhibit G4** is the Declaration of Named Plaintiff Rodney Johnson in support of Plaintiffs' Renewed Motion for Class Certification. As noted below, Google does not oppose Plaintiffs' motion for leave to file this exhibit. The accuracy of this document is attested to in the Joint Declaration, and for consistency, the exhibit number is the same used therein.

9. Attached to this declaration as **Exhibit G5** is the Declaration of Named Plaintiff Dr. Claudia Kindler in support of Plaintiffs' Renewed Motion for Class Certification. As noted below, Google does not oppose Plaintiffs' motion for leave to file this exhibit. The accuracy of this document is attested to in the Joint Declaration, and for consistency, the exhibit number is the same used therein.

10. Attached to this declaration as **Exhibit G6** is the Declaration of Named Plaintiff Dr. Corinice Wilson in support of Plaintiffs' Renewed Motion for Class Certification. As noted below, Google does not oppose Plaintiffs' motion for leave to file this exhibit. The accuracy of this document is attested to in the Joint Declaration, and for consistency, the exhibit number is the same used therein.

11. Attached to this declaration as **Exhibit H1** is the updated Firm Resume of Simmons Hanly Conroy LLP. As noted below, Google does not a oppose Plaintiffs' motion for leave to file this exhibit. The accuracy of this document is attested to in the Joint Declaration, and for consistency, the exhibit number is the same used therein.

12. Attached to this declaration as **Exhibit H2** is the updated Firm Resume of Bleichmar Fonti & Auld LLP. As noted below, Google does not a oppose Plaintiffs' motion for leave to file this exhibit. The accuracy of this document is attested to in the Joint Declaration, and for consistency, the exhibit number is the same used therein.

13. Attached to this declaration as **Exhibit H3** is the updated Firm Resume of DiCello Levitt LLP. As noted below, Google does not a oppose Plaintiffs' motion for leave to file this exhibit. The accuracy of this document is attested to in the Joint Declaration, and for consistency, the exhibit number is the same used therein.

14. On October 28, 2024, pursuant to Civil Local Rule 7-11(a), Plaintiffs notified Google that they anticipated filing an administrative motion for leave, including documents downloaded from Google's public website, the updated plaintiff declarations, and the firm resumes.

15. On October 29, 2024, at Google's request, the parties met and conferred via video conference to discuss Plaintiffs' request. Present were Aly Olson and Joseph Margolies for Google, and Jay Banes, David Straite and me for Plaintiffs.

16. On October 30, 2024, Ms. Olson emailed with confirmation that Google does not oppose the motion for leave to file updated signature pages for Named Plaintiff declarations (G1 through G6) nor the updated firm resumes (H1 to H3). With respect to the documents taken from Google's public website, Plaintiffs understand that Google opposes the motion for leave to file A40, A43, and D7 through D19, but does not oppose leave to file A34 to A39, A41-A42, and D6.

* * *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th Day of October, 2024, at Chicago, IL.

**DiCELLO LEVITT LLP**

*/s/ Julia Veeser*
Julia Veeser