# EXHIBIT C42

## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Filed Partially Under Seal]

## GOOG-CABR-05269357

NARRATIVE:
Thanks for having us here today, Sundar. Good to see everyone.

[Intros]

Chrome and Ads have been working together for the past several months to chart a path forward for the Web that addresses some of the changes we've been seeing externally, particularly in the areas of user trust and Privacy.

Other notes:
In this presentation, we'll provide context explaining this approach, discuss our roadmap for 2019 and beyond, and share some of the key decisions that are still in front of us.
We believe it's important to evolve the ecosystem to a better place, and we have a plan to shepherd the industry forward that we'll walk you through.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Executive summary

**Overall context**
- There is user value to the ads model that underpins the free and open web. We have been focused on delivering user protections, but we need to do more given the rapid changes in the environment. However, the future of a free and open web that works for everyone will fail without user trust.

**A close collaborative effort between Chrome and Ads**
- Creation of a joint North Star vision to deliver industry-leading user privacy protections that are simple for users to understand that preserves user access to content with choice and transparency
- Plan to introduce a new "standard" for ads transparency, and launch new browser features that give users new controls over ads, as well as longer-term research into new privacy preserving APIs that enable personalized ads in a privacy-safe way,

**ASK**
- Align on key decisions.
- Approval for high level alignment for potential Google I/O announcement.
- 

NARRATIVE:
Backing up a step - as we're all aware, the majority of the free and open web is supported by ads.

Over the years, we have been focused on delivering privacy tools for users, but we need to do more given the rapid changes in the environment around us.

Just to be clear - we believe the future of a free and open web that works for everyone will fail without user trust
And we take our role both in the web and the ads ecosystem seriously to ensure we can continue to support free access to content in a privacy-first way for users
We have had a very collaborative effort across Chrome and Ads. Have discussed and debated several key directions and underlying principles.
Together we have created a long term vision that we call our "North Star" that we'll walk you through in further detail - but the gist is that we can preserve user access to content, while maintaining user trust in an even stronger and more sustainable way.
Our big question is how do we keep the web ecosystem healthy (as per our company OKRs) and I think we've come up with a strong plan that takes us in that direction.

To fulfill that vision
we have created a staged rollout plan that starts by establishing a new standard for ads transparency as well as launching new browser features that we will walk you through in more detail
We're also making longer-term investments to enhance this even further in the future - doing research into a privacy preserving API - which a promising solution, but is still very early in its development cycle

Our objective for today is twofold:

# Redacted - Privilege

And second, want to ensure we're all aligned on our messaging in the I/O timeframe which should be a subset of any broader Google-wide Privacy messaging that you want to land.

[Next slide]

Other notes:
ere is user value to the economic model that underpins the free and open web. U- ser access to a free content continues to be dependent on and enabled by online advertising. s, that include regulations, industry changes we're seeing as well as the current public narrative.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269359

## Agenda

- Context
- Vision / North Star
- Our Plan
- Detailed Plan
  - PR Narrative
  - Ask
  - Timeline
- Appendix

NARRATIVE:
This is our agenda for today. I am going to kick us off, walking through some of the contextual pieces in a bit more detail after which Ben will talk through our joint vision and North Star, before Chetna walks through our Plan in more detail.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269360

## Context

NARRATIVE:
Diving right in...

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



NARRATIVE

As mentioned, the vast majority of content that is freely available on the Web is due to advertising.

Here are a few examples of Display Ads on the New York Times in a desktop and mobile setting.

Just want to call out, (esp as we're at the anniversary of the Google News Initiative!) :

Ads are especially important for the monetization of some key sectors such as journalism, and especially news sites; [not sure if you're aware but] in general third-party advertising represents about ▮% of publisher's revenues; but this reliance is concentrated in news outlets and other online publishers where the rate is over ▮▮▮▮▮

[w/o on personalization ] Their economics can't be solved through just contextual advertising - this is especially problematic in news where the context could be something like a plane crash or something so you're not going to have a travel advertiser want to run an ad there. As a result they rely heavily on personalization.

As a matter of fact, personalization is able to deliver ▮% higher revenues for publishers on average over what solely contextual ads can deliver.


Moreover, if you take a step back -- the free and open, ad supported web is existential to search as there needs to be content to search - as an example if publishers can't monetize this way we expect smaller publishers will struggle to continue to operate, and potentially we'll see much more content go behind paywalls overall.


[Next slide]

In addition Ads are very important for the long tail of content creators who can't support their own sales efforts

Additional Notes:

Best way to understand display advertising is in the context of news. It's widely known newspapers never made money from news. Their primary source of revenue was ads in non-news sections: food, travel, sports, cars, real estate, and so on.

In the same way genre TV was invented to target ads to people based on their interests, so was the newspaper bundle.

When the web came along, a huge number of websites sprung up that had to do with food, travel, entertainment, and so on. The newspapers now had to compete with these specialized sites for ad revenue. Because of this increase in supply of content competing directly with newspapers, ad prices fell significantly.

Newspapers used to make a lot of money from classified ads (Craigslist, EBay, Gumtree, etc).

Newspapers used to make a lot of money from car ads (Autotrader, Carsdirect, etc.)

Newspapers used to make a lot of money from real estate ads, too (Zillow, Redfin, Rightmove, Zoopla, etc).

The unique content provided by newspapers was news, but it is almost impossible to contextually target news. What do you show next to a news story about an earthquake somewhere? An ad for travel to that place? Probably not.

The solution was to show ads based on the user's history. Which types of web pages they often visit, which ads they click on, and so on.

Targeting based on user history is very important to generic news sites. According to research from a couple of years ago:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

"Third-party capable advertising is shown by ■% of content providers, accounting for ■% of their page views; this reliance is concentrated in online publishing (e.g., news outlets) where the rate is ■%."
This rate is especially concentrated among local and independent publishers who would not survive in a world of only subscription services.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269363



NARRATIVE
All along,
we have always taken our commitment to users very seriously. We have been on a long-term journey to provide tools and protections for users over the years - this hasn't been a reactive move that we've recently made due to external pressures. Our privacy-first mindset has helped us become one of the most trusted providers in the industry — and remains our prescription for the future.

We believe it is important that we offer users transparency and control over their ads experiences -as we've delivered over the past decade - just as quick reminders:

For example, with Ads:
We introduced one of the industry's first Ads Settings tools in 2009
In 2011 we rolled out Why This Ad which helped users learn why they are seeing a certain ad - this is now available on 100% of the ads we serve on our Network.
And in 2012 we introduced Mute this ad:  Users can block ads they don't want to see;

And in Chrome, we introduced things such as:
Protecting users from unwanted software
So users that find that Chrome is starting to act strange or slowly can perform a cleanup action
Safe Browsing starting in 2005:
Safe Browsing helps protect users by showing warnings when they attempt to navigate to dangerous sites or download dangerous files

Other notes:

A nt ads

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269364



NARRATIVE
However, even with that as backdrop, its clear we've in the middle on an environmental shift.

First - users certainly value the internet for being open and free, BUT they are rightly asking questions about how their data is being used. Users are not clear about how the Ad ecosystem works and have lost some trust based on things like Cambridge Analytica. Moreover, the press are not well educated about ads or data - there is an active public narrative in the press, focused on increased privacy and tracking concerns.
Next, regulators and lawmakers are driving more restrictive legislation, such as GDPR, and that's expanding by geographically, we've seen the California privacy law and other pending legislation at the state level, as well other potential legislation such as national regulation here in the US and ePrivacy in Europe.

Last, certain tech companies are hardening their strategies :
Apple has decided that its core competitive strategy is focused on leading with messaging on privacy, and taken the stance that all tracking is bad on behalf of all users.
This particular privacy stance also has the potential to have negative consequences, at scale, for users because (as mentioned) much of online content that is currently funded by Ads could go behind paywalls, leading to a bifurcated experience of the Web for users based on their ability to pay.

Given these shifts, our teams have come together to discuss what the right user-privacy first course of action should be for Google to continue to lead the way here.
And with that, I will hand it to Ben to talk to our joint Vision for how to move forward from here.

Other notes:
It's also important to note that often we get lumped in together with Facebook given we both have ads businesses - but in reality treat this area very differently across our two companies (and users perceive that).

   GOOG-CABR-05269365



As Brad mentioned, Chrome and Ads have worked together to define our north star vision...

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269366



What is the right user privacy-first course of action for Google to continue to lead in the Web ecosystem and the Ads industry in this rapidly evolving landscape?

NARRATIVE

Given the shifting privacy landscape, our role both in the web and the ads ecosystem, and our desire to ensure that we are building trust with users—what do we do?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269367



...for the Web in this space:
It consists of three components:
First, we believe that the web platform should lead the industry on user privacy protections—and that we can evolve it to do
Second, while easier, low-friction web payments are very important, ads play a critical role in funding free content on the web and that ecosystem needs to persist
and third, personalized advertising is critical—not just because it provides greater benefit for publishers, but because it is a better user experience, and leads to a more diverse and dynamic ecosystem
These principles underlie the plans we're sharing with you today

OLD NARRATIVE

NARRATIVE

We have an opportunity here -  an opportunity to continue to lead. Google has always had a different vision for the future of the internet. A vision of a free and open internet. We believe users care about access, as well as transparency, and want choices. We believe that to thrive over the long-term, the Web needs to offer a strong value proposition to developers, which means it must offer competitive monetization.

At the same time, we believe that Web must offer competitive privacy characteristics as the foundation of a good user experience, and that it must do so in a simple, easy-to-understand way for users.

The result of this will mean continued investment from developers, free ad-subsidized content for users, and a great user experience.

To reinforce that last point, while we are pursuing efforts across Google to increase direct user payments to developers, the focus of our joint Ads + Chrome collaboration is preserving free high-quality content on the Web.

We believe we can paint a vision where the user has the choice of accessing free content, with a transparent and easy-to-understand user journey and be able to control the entities that access their data, or alternatively make other trade-offs

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269368



Other browsers don't share all of these principles, and from our perspective are only focused solving part of the problem Specifically, they're seeking to preserve user privacy by blocking user tracking in the browser—without providing alternatives for ad personalization

This is potentially harmful to the health of the web, but the effectiveness of these moves are limited, because tracking can and does persist despite these measures

The illustration on the right is meant to emphasize this point—that even on iOS, tracking can easily occur

Apple is engaging in an arms race against some of the workarounds, but we don't think the web is setup for them to ultimately succeed here

OLD NARRATIVE


ITP2.0 - blocked 3P cookies
Billboard - tim cooke - ITP

One on the right side -
Companies can also circumvent the 3P cookie block via:
Fingerprinting or server-to-server or in-app browser


and if NYT has linked its ID space with FB (via a user clicking on a decorated link to a NYT article via FB).

Impossible to block "third-party tracking" by technical means.
URLs can contain arbitrary data
Websites can share user data directly "server-to-server"
Browsers can be uniquely identified with high precision based on a combination of IP address, HTTP headers, JavaScript APIs, etc.
Browsers that claim to block tracking (e.g., Safari, Firefox, Brave) are either ignored (too little market share to matter) or subverted (e.g., using one of the above mechanisms)
A Chrome "tracking blocker" feature would be easily subverted
Websites / ad tech companies who voluntarily complied with the intent of tracking blocker would be materially disadvantaged

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



So as we've considered our options, we don't see following Apple's moves as being a good path. We have it summarized as "Option 1" on this slide. (Read through pros / cons.)
On that last point, an option 2 could be considered, where we wait for regulators, or perhaps an industry collaboration, to emerge that could change the dynamics here, but we think that puts us and the web in a very risky position.
So that's led us to Option 3, which we call a sustainable path, because it solves for our north star vision...
...preserving personalized advertising and giving users transparency and control over it, and gives us a path to constrain the actual tracking that occurs with a potential enforcement mechanism
Chetna is going to walk us through the plan, and explain these points in more detail


OLD NARRATIVE

NARRATIVE
So looking at these two options in detail
Plan 1 is focused on what Apple has done - attempt to block 3P tracking entirely
Plan 2 is focused on the usage of the data - the path here would be to block ads with bad data practices
Lastly, a last option is for us to do nothing. We could wait until regulators establish a common framework, and then abide and enforce that framework

Diving deeper into Plan 1
While a pro is certainly that it aligns with the apple narrative, and follows the publicly intuitive path, there are several cons that are important to evaluate - the web is not fundamentally set up for privacy objectives - a lot of workarounds are possible, and are ongoing currently with Apple's implementation of ITP2.0 where they have blocked 3P cookies. Furthermore the ability to provide alternate monetization is critical, so the ad industry doesn't go underground and use alternate monetization techniques such as S2S/unconsented PII joins, etc. that actually reduce the ability for users to have both transparency and control.. In such a scenario, we end up creating solutions that do not visibly and actually improve user experience, and instead put us a on a path of making drastic changes that "check a box", but actually worsen / don't change the real privacy and transparency to users. It also puts us on a path to fight Apple's battle on their own turf and terms, and it is not clear where they are heading.

Looking at Plan 2

Option 3: Pros/Cons per Anurag:
as a "pro", I would call out that its a policy-based mechanism which is more robust/flexible and can be more specific as well (not cause as much collateral damage). On the "cons" side, its costlier for us to police.

GOOG-CABR-05269370

NOTES
the idea that it is strategically advantageous for us to walk away from cookies altogether as it's a pure position that will also advantage us are both assertions that are probably not correct.

Additional links:
go/mutsu-gleads has the link to the Leads deck on ITP 1.0

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



NARRATIVE:
Hi! Next, I am going to describe our proposed plan

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GOOG-CABR-05269372



NARRATIVE

In order to formulate our plan going forward, we have anchored our approach on key commitments we think are really important to make to users.

We want to ensure that they can access the free and open web, and their online browsing experience is reasonable when viewed through the lens of an informed user - fundamentally we believe they need to know what to expect, they think it is reasonable, and they get what they expect

The first of these pillars is is to ensure that users have the appropriate level of choice, transparency and control in an easy to understand manner. From a user POV, this includes for example, that
users have the right to know who has access to their data, for how long, and how is it being used.
users should be easily able to control and restrict access to their data if they want to from third parties;
if desired, users can gain full transparency on why they are seeing an ad, who paid for it and can close or block it if they don't want to see the ad
users should have the ability to opt out of personalized experiences and data sharing, and can do so without any difficulty
if desired, users should be able to easily gain a broad understanding of the way free online access to content works, and interpret it correctly, without information overload.

The second extremely critical pillar is around data governance and enforcement. In order to ensure that users' default experiences are reasonable from a privacy standpoint, and to ensure that they can be universally implemented, we need to make sure that there are policies/standards in place that can be enforced against.
As you heard Ben say, the challenge of today's experience for the user is fundamentally rooted in being unable to technically detect all the workarounds that take place today for 3P tracking and ultimately compromise the true privacy - it is simply too hard to do - companies are sharing data through server to server connections, they are using personal data in ways that users would find unacceptable, FB for e.g. is working around what Apple has put in place - and that is why Apple's ITP has not had the desired influence on users. It simply can't the way it has been architected.
Despite Apple's meme of 'tracking prevention", rampant 3P tracking still takes place, and furthermore Apple has actually made it worse - it is now less transparent to the user. The core of our proposed path forward - goes further than Apple - and this is rooted in the data governance and enforcement concept here.
We need to find a robust/flexible manner in order to do this effectively across the ecosystem to really ensure a pro-user landscape.

# Redacted - Privilege

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

OLD MATERIAL

A key point, before we get into solution space, is a high level principle. We just talked about a vision that has both industry leading privacy protections for uses, and has an appropriate level of transparency. Important to note, that being able to offer transparency to users, on their data, on personalization practices, while technically challenging, is fairly straightforward from a principle perspective. However, for us to ensure that we are delivering on the first part of the vision, of offering leading privacy protections for users by default, we have to lean in, and take a stance - we have to take a strong stance from a policy and principle perspective, which enables us to enforce against bad practices and bad actors. We will talk about this in more detail, but this is a core key objective to align on - that we, as google will take a strong stance and enforce against bad practices that we believe are not pro-user and not privacy-first.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



[Chetna] Before we get into the details of the near term proposed plan, Ben is going to mention a moonshot initiative that we are pursuing in parallel, in response to some of the challenges we face.

[Privacy-preserving API narrative]

Our first attempt at solving for option 3 was a bold exploration at shifting personalization to the browser with new APIs

These APIs would remove the need to do 3P user tracking to create personalized ads, building on established techniques like differential privacy, but it turns out to be a hard problem

Chrome, Ads, and RMI are collaborating on the research necessary to make this happen, but success and an eventual time-table are still unclear, so we've shifted our primary focus to identifying more practical solutions.

So think of this as our potential moonshot showing a healthy disregard for the impossible, and we'll come back to you if we're able to formulate a workable plan out of this.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269375

Detailed Plan

NARRATIVE:
Thank you Ben. So, now coming back to greater details on our proposed plan. I will share some user journeys that we think would illustrate the concepts better first.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269376



NARRATIVE

So starting with the user journey - we have been focused on ensuring that we deliver an experience to users that upholds the commitments we just laid out - all around the key objective of building trust with users. This would be our proposed new user experience - stepping through this from left to right

A mobile web user would see an ad on their phone

They would click on a much-improved, more visible icon / UI that Chrome could standardize across all ads,

Next, inspired by our political ads transparency efforts,  the user would see a label pop up, almost like a 'nutritional label" that gives them the information that might be most relevant - we would do user research to ensure this was comprehensible and of interest to an informed user – as of now, our current thought is, it would show the advertiser, the reason that the ad was personalized to that user, for e.g. the location they were in, their interest in travel or fashion or sports, and it would show who has access to this data and how it was collected (e.g. a site they browsed)..

If an informed user were even more interested, they could go further into an Ads Privacy center, that would be easily accessible at a browser level - to show them a lot more information - what other interests providers might think they have, categories of ads that are being shown to them

And ultimately, on the last screen, they can drill down and control their ad experience across the entire browser at an unprecedented level - they can mute particular ads, or entire categories of ads, they can opt-out of certain interests, they can even opt-in to certain kinds of interest.

Ultimately, an important north star would be utilizing user research to identify what data practices do not feel acceptable or intuitive to users - for e.g. if someone is selling user lists, or utilizing data that has been collected in nefarious ways, or non-transparent ways. This would be the path to eventually ferret out the kind of nefarious 3P tracking that compromises the privacy of and transparency to users (for example S2S data transfers or joins across companies on personal data), and allows this proposal to go a lot further than Apple and fundamentally change the default privacy state of users.



[Chetna] In addition to this user experience for how users experience ads, our overall proposal consists of additional concepts for opt-in controls within Chrome, which Ben is going to talk about

We're excited about moving ads controls to the browser, where they can be effective across ad networks.

There are two more early stage Chrome concepts in this workstream.

Chrome Guard puts a site's tracking health front-and-center, potentially assigning some kind of score that provides an incentive for a site to improve...

...and gives the user easy opt-in controls to reset or turn off tracking entirely, because it would be coupled to a web platform change that separates first-party cookies from third-party cookies and other forms of tracking storage

and because it's opt-in, it is more likely to be effective for those users that seek it out

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Chrome's had Incognito for some time, as you know, but it's designed for local privacy, and doesn't have strong anti-tracking controls

With the "Enhanced Incognito" initiative, we're adding privacy into scope...

...and because Incognito is a limited-use, opt-in mode, we have a freer hand to do more disruptive things to blocking tracking attempts that would be much harder to apply to all sites, all the time

If we get it right, this mode would provide users with the best anti-tracking privacy state available for the web

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Redacted - Privilege

# Redacted - Privilege

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269380

# Redacted - Privilege

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## PR Narrative: Blog Post Outline

**INTRODUCTION:** Google is committed to user trust and the open web. Google believes users should enjoy access to free content without compromising their privacy or data autonomy. The web ecosystem consists of many players -- publishers, developers, users, advertisers -- that operate on this premise.

**HISTORY:** Google has a long history of protecting its users. Google is transparent about how data is used and provides tools that enable users to control their advertising and web experiences. We know users value these tools, because >20 million people visit them each month.

**NEXT EVOLUTION:** As internet technology evolves, so does our platform. That is why we are announcing the evolution of transparency and control for the web.
  - Transparency: Campaign metadata disclosures, tools that allow users to understand the provenance of the ads they encounter on the web
  - Control: Enhanced incognito mode, ability to partition 1P and 3P cookies

There is no a one-size-fits-all answer. Users should be empowered to control their own experience on the open web.

**CONCLUSION:** We understand the impact our decisions can have on the web ecosystem. We take our responsibility seriously and are taking the time to develop a thoughtful approach that preserves a vibrant web ecosystem while placing users firmly in the driver's seat.

NARRATIVE

*The overarching framework for our announcement is our commitment to ensure that users enjoy access to the open web without sacrificing their security and privacy. Our approach is implicitly unique in that our company has a core commitment to maintaining an open and vibrant internet.

* We will emphasize continuity. We have a longstanding commitment to transparency and control — a track record of making it easy for users to enjoy visibility into their advertising experience and to set individual limits around it.

* We'll position this set of announcements as the next leg on that journey, consistent with our longstanding efforts to empower users.

* This won't win us a knockout punch on privacy. We will still face sharp criticism and unfavorable comparisons to Apple/ITP. But it is a defensible narrative that we can land on its own merits.

*Caveat: the question of enforcement may change the tone and tenor of coverage. If we compel 3P compliance with meta data reporting, the competition angle may overshadow the positive news about transparency and control; we will also very likely face pushback from publishers. Merits aside, any announcement that includes that level of enforcement will be controversial.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269382

## PR: Expected Criticisms

1. None of this hurts Google and some of it may ultimately benefit Google.

1. Two years since Apple's ITP announcement, and in the wake of Mozilla's own announcement, Google is doing the bare minimum.

1. The default experience does not change or improve for users.

1. Google is using its market share to force a new standard on the industry.

NARRATIVE
Critics will vocally claim that we are not moving the bar on privacy. We should expect that narrative thread, even as we work aggressively to burn the message of transparency and control--and the preservation of the open web--into public consciousness.

Again, if we layer in enforcement, we should expect critics to over-indeed on points 1 and 4.

As long as there is an appetite for criticism, we think our fundamental story is a strong one that we can tell.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269383

# Asks

### Approval on this direction
Agreement on the recommended path focusing on user transparency/control, data governance and enforcement.
**Next steps** - refine product plan and finalize potential launch timing

### Approval on integrating announcement with broader Google messaging
Plan to integrate into other privacy related announcements at Google I/O and GML based on product readiness
- Anchor on commitment to users
- Enhanced Chrome controls
- Data disclosures on Ads - Google leading with Ads Privacy Center

**Next steps** - work these pieces into the broader privacy narrative at I/O

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-CABR-05269385



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Appendix

- FAQ
- Definitions
- Context of options
- User Experiences
- Brand Trust in Tech
- Detailed Plan
- Evaluation criteria
- Consistent in-ads notice
- Blocking ads - user experience
- ITP 1.0, 2.0 Primer
- How Display Ads work (Value of Display)
- Ads approach to privacy
- Privacy preserving APIs
- Chrome Controls

# Frequently Asked Questions

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269388

## FAQ

1. **Apple made a big change to privacy, Google's announcement indicates they still believe in tracking!**
Google is focused on ensuring that the **underlying privacy on the web and apps** is significantly improved. This is a tough problem, and we are focused on working with the coalition to create principles for data collection and use on the internet, and **most importantly want to ensure that companies are not going to circumvent these principles (e.g. continue to do targeting with link decoration with ITP2.0, do fingerprinting, etc.), so there really is improvement to user privacy, at scale.**

1. **Why not stop doing remarketing entirely?**
**The central issue is that if Google stopped doing remarketing entirely, it wouldn't change end user experience** (e.g. a user would still find if they search on something on Google, go to an advertiser's site, and then go to a Social Feed, that they would see a remarketing ad in that Feed coming from that advertiser and ascribe it to Google). Even removing 3p cookies would not solve for this as advertisers could upload lists based on things like email address, other PII, or use other techniques such as fingerprinting to have the same effect.

1. **Google - tracking has not reduced!**
Google believes this is a long road to truly improve privacy and transparency at scale. **The focus of this first launch is to ensure that the ecosystem moves to more transparency and control for users, and does not drive the ecosystem to circumvent** (as they have done with ITP), or move to alternatives like fingerprinting.

1. **Google says there are taking a first step - what else is coming?**
Additionally, we also want to ensure that users see a difference in all the ads they encounter, through things like frequency capping, no sensitive targeting, minimal date retention, reasonable personalization, easy and comprehensible transparency are upheld - a large-scale user study to really understand what is needed to move the needle

Older copy on remarketing:
Based on extensive user research, remarketing, in principle, is not considered terrible across the majority of users. There are some who don't like it, but there are some think it is incredible useful. The nuanced research shows, that what is more important, is doing things like implementing frequency caps, how soon after user intent is captured, do they see a rmkt ad (sentiment: internet watching too closely) or for how long after (sentiment: internet stores my data forever), or allow users to discover more items in the same category versus showing the same item over and over again.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GOOG-CABR-05269389

Definitions

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Definitions

- **Tracking**: third-parties following a user's browsing behavior
  - Excludes first-party search or browsing history and related first-party personalization
- **Personalization**: The user experience of seeing ads chosen for them
  - As opposed to chosen for the site they are visiting (contextualization)

Google

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269391

# Context of Options

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269392

## Context of today's ecosystem

Users are not clear about how the Ad ecosystem works

2. Users, regulators and the press are not well educated about data

3. The press and popular opinion has created a meme that lumps Google and Facebook together

4. Apple has used this developing meme to position itself for privacy

5. Regulators have seized on this narrative to propose and enact regulations

Users are not clear about how the Ad ecosystem works
Users, regulators and the press are not well educated about data
The press and popular opinion has created a meme that lumps Google and Facebook together
Apple has used this developing meme to position itself for privacy
Regulators have seized on this narrative to propose and enact regulations

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269393

## What we don't want

a. To fight Apple's battle on their own turf and terms
b. Make drastic changes or create alternative monetization solutions that are difficult to adopt/ineffective, **which** result in a backlash and  accelerate the advertising ecosystem to workarounds or a different technology (e.g. fingerprinting, S2S), that actually **worsen** the real privacy and transparency to users

c. Create solutions that do not visibly improve user experience
d. Create solutions that only the very technical can understand. That will not improve user trust

To fight Apple's battle on their own turf and terms
Make drastic changes or create alternative monetization solutions that are difficult to adopt/ineffective, which result in a backlash and  accelerate the advertising ecosystem to workarounds or a different technology (e.g. fingerprinting, S2S), that actually worsen the real privacy and transparency to users
Create solutions that do not visibly improve user experience
Create solutions that only the very technical can understand. That will not improve user trust

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# What we do want

1. Change actual underlying privacy on the web in the long term
   Need enforceable, level playing field

2. Sustain the free and open web
   In a privacy safe manner, and ensure users have the desired choice and transparency they desire.

3. Change the PR and political narrative
   a. Don't position Google as a sole beneficiary
   b. Acknowledge this is a longer (2+ year) journey
   c. Help influence national privacy regulation

4. Understand and change the perception of users
   Use large-scale user study to really understand what is needed to move the needle.

Change actual underlying privacy on the web in the long term
Need enforceable, level playing field

Sustain the free and open web
In a privacy safe manner, and ensure users have the desired choice and transparency they desire.

Change the PR and political narrative
Don't position Google as a sole beneficiary
Acknowledge this is a longer (2+ year) journey
Help influence national privacy regulation

Understand and change the perception of users
Use large-scale user study to really understand what is needed to move the needle.

## User Experiences

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269396



ITP2.0 - blocked 3P cookies
Billboard - tim cooke - ITP

One on the right side -
Companies can also circumvent the 3P cookie block via:
Fingerprinting or server-to-server or in-app browser


and if NYT has linked its ID space with FB (via a user clicking on a decorated link to a NYT article via FB).

Impossible to block "third-party tracking" by technical means.
URLs can contain arbitrary data
Websites can share user data directly "server-to-server"
Browsers can be uniquely identified with high precision based on a combination of IP address, HTTP headers, JavaScript APIs, etc.
Browsers that claim to block tracking (e.g., Safari, Firefox, Brave) are either ignored (too little market share to matter) or subverted (e.g., using one of the above mechanisms)
A Chrome "tracking blocker" feature would be easily subverted
Websites / ad tech companies who voluntarily complied with the intent of tracking blocker would be materially disadvantaged

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269397

# Brand Trust in Tech

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269398



Data from Josh Burris, Insights Manager, Brand and Consumer Insights, Brand Studio

Additional information:
Results are from our Annual Consumer Brandgeist Study ██████████████

This FAQ doc provides a lot more on the study, approach, etc.
And, this deck includes a bit more on some of themes / context around trust declines we've observed
Need to focus on being responsible and helpful

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Detailed Plan

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269400



NARRATIVE

These are rooted in user expectations and motivated by a POV that if an informed user were to find out what was happening, they would think it is reasonable, and not be unhappy about it. It is also motivated by what "user story" is Google really willing to stand behind, where much of this is grounded in user research.

Default: Users' default experience should be satisfying / reasonable for the typical, informed user, and better than today

Access: Users should have the choice on how they want to access content, and can do so without sacrificing autonomy of their personal data.

Reasonable Personalization - for example, we do not sell personal information to anyone. We do not engage in device fingerprinting for ads personalization or measurement. This is against our principles because people can't delete or reset these identifiers – critical options for user control. This is a key area we just talked about, that we can go further in, and help reset the industry for users.

Data Security: Users do not expect their data to be shared or sold without their consent

Sensitivity: Users do not expect sensitive data to be used - while this varies somewhat by user, users largely don't expect that to be used to personalize their experience. We do not personalize ads or collect data for people under 13. We do not allow ads targeting based on sensitive information like personal health conditions, sexual orientation, race or ethnicity.

Retention: Users do not expect data to be stored forever. This is an area we will not discuss today, but are looking at, to ensure the data is stored for specific use cases - potentially targeting 13 months.

Full visibility and control over "data footprint": If desired, users should have the right to know who has access to their data, for how long, and how is it being used. Users can easily control and restrict access to their data if they want to from third parties.

Ad Transparency & control If desired, users can gain full transparency on why they are seeing an ad, who paid for it and can close or block it if they don't want to see the ad then or in the future

Transparency: We know users want to see and control their data, which is why we make it simple and easy for them to do it.

Incognito: Users should have the ability to opt out of personalized experiences and data sharing, and can do so without any difficulty (that is much more effective than today)

Broad understanding: If desired, users should be able to easily gain a broad understanding of the advertising industry and interpret it correctly, without information overload. Who are these companies? How reputable are they? How many people complain about them?

Ad Experience and feedback: Users can easily provide feedback on ads and can understand the benefits of doing so. This should eventually benefit the entire ecosystem

GOOG-CABR-05269401

## Summary of Recommendations

Series of investments of user-focused, privacy-safe enhancements for an ad supported ecosystem, starting with user transparency and control, and building up to data governance and enforcement

**NEAR-TERM INVESTMENTS**

**Anchor on key commitments to users** : User transparency and control, data governance, and enforcement

**Next-generation data governance** Expect all ads to have accurate data disclosures, and give users rich insights and controls of the browser-wide use of data for ads personalization (in phases)

**Enhanced Chrome user tracking controls:** Incognito, controls to opt-out of all or specific 3P identifiers

**Large scale user study:** Understand reasonable user expectations

**LONGER TERM**

**Privacy preserving monetization tools :** Research disruptive new "privacy preserving APIs" that enable personalized ads in a privacy-safe manner

**Ads data minimization** Minimizes retention of ads data

**New Chrome user ads controls** Browser wide controls on ads preferences, including mutes, frequency caps

NARRATIVE
Expect all ads to have data disclosure, and create new tools that organize and reveal the source and use of data for ads personalization, with a north star of blocking ads that do not have data disclosures,use data practices that would not be considered reasonable by informed users

The root cause of the context is an erosion of user trust.
Building trust takes time, so we need to create a framework where we can have a steady drum beat of privacy friendly things we do - where we listen, respond, educate and act.
We should set the stage for the larger commitment from Google on privacy, and use the moment at May I/O to announce improvements that are specific to Chrome, but fit within a larger picture aimed to reverse the meme.

Organize the world's advertising information and make it accessible and useful - use tech and innovation to enable new ways of controlling marketing data that have never existed before
"Ads.txt for users" - Reveal an ad's data provenance (source / XML wrapper / targeting criteria) within every ad, or in an online repository of every ad
Data 'hygiene' certifications for ads in Chrome / potential roadmap for enforcement
"Do not call for ads" - re-creating the "do not call" list for online ads and propagating the user's opt-out back to the original customer list
Enabling onramps for startups and new companies

The root cause of the context is an erosion of user trust.
Building trust takes time, so we need to create a framework where we can have a steady drum beat of privacy friendly things we do - where we listen, respond, educate and act. We potentially work with a coalition (that could include industry players, privacy advocates), that would focus on user privacy
A single big moment where we announce one large change in one of our systems like Chrome will not be sufficient.
We should set the stage for the larger commitment from Google on privacy, and use the moment at May I/O to announce improvements that are specific to Chrome, but fit within a larger picture aimed to reverse the meme.
(mission to ensure people can understand this - deal with the tradeoffs of too much transparency)
Does this imply being able to conceal what sites you are visiting from your ISP (e.g. via a VPN) or does it only imply hiding your identity from the site you are visiting?

Access?
Principles of national regulation - too
Access Users should have the choice to access the internet for free

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269402

Default experience: Users' default experience should be satisfying for an informed user and better than today.

Transparency: Users have the right to have full transparency on why they are seeing an ad, who paid for it

Broad understanding: Users should be able to gain a broader consumer understanding of the advertising industry. Who are these companies? Who do they work with? How reputable are they? How many people complain about them?

Visibility to data footprint: Users should have the right to ensure they have full visibility into their own "data footprint" (which company has access, for how long), and the control to change it.  Users should have control over whether advertiser data are shared with third parties (and who these third parties are sharing data with). They should have the ability to opt out of ad personalization and advertiser data sharing.

Incognito: Users should have the right to browse the internet in a well-controlled incognito mode, if they choose

User feedback: Users should be able to offer feedback on the worst ads. These should benefit not only the user but also the platform (all users). Users should have the right to ensure when they ask to block an ad or an advertiser or a category, they never see an ad from there

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



NARRATIVE

These are rooted in user expectations and motivated by a POV that if an informed user were to find out what was happening, they would think it is reasonable, and not be unhappy about it. It is also motivated by what "user story" is Google really willing to stand behind, where much of this is grounded in user research.

Default: Users' default experience should be satisfying / reasonable for the typical, informed user, and better than today

Access: Users should have the choice on how they want to access content, and can do so without sacrificing autonomy of their personal data.

Reasonable Personalization - for example, we do not sell personal information to anyone. We do not engage in device fingerprinting for ads personalization or measurement. This is against our principles because people can't delete or reset these identifiers – critical options for user control. This is a key area we just talked about, that we can go further in, and help reset the industry for users.

Data Security: Users do not expect their data to be shared or sold without their consent

Sensitivity: Users do not expect sensitive data to be used - while this varies somewhat by user, users largely don't expect that to be used to personalize their experience. We do not personalize ads or collect data for people under 13. We do not allow ads targeting based on sensitive information like personal health conditions, sexual orientation, race or ethnicity.

Retention: Users do not expect data to be stored forever. This is an area we will not discuss today, but are looking at, to ensure the data is stored for specific use cases - potentially targeting 13 months.

Full visibility and control over "data footprint": If desired, users should have the right to know who has access to their data, for how long, and how is it being used. Users can easily control and restrict access to their data if they want to from third parties.

Ad Transparency & control If desired, users can gain full transparency on why they are seeing an ad, who paid for it and can close or block it if they don't want to see the ad then or in the future

Transparency: We know users want to see and control their data, which is why we make it simple and easy for them to do it.

Incognito: Users should have the ability to opt out of personalized experiences and data sharing, and can do so without any difficulty (that is much more effective than today)

Broad understanding: If desired, users should be able to easily gain a broad understanding of the advertising industry and interpret it correctly, without information overload. Who are these companies? How reputable are they? How many people complain about them?

Ad Experience and feedback: Users can easily provide feedback on ads and can understand the benefits of doing so. This should eventually benefit the entire ecosystem

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269404



Key Principles
Sunlight is the best disinfectant
Model on: Chrome HTTPS Approach
Engage with: Press + KOF to drive adoption
Enlist: Industry Trade Group a la ads.txt (Plan B)
Avoid: Coalition Approach
Avoid: Mandatory Disclosure Initially

GOOG-CABR-05269405



GOOG-CABR-05269406



TODO: NARRATIVE here needs to be rewritten

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



TODO: NARRATIVE here needs to be rewritten

Created to inform end-state/defaults
Goal to identify user problems. Using transparency as an example, do users need to know who's serving the ad, or do they need to know when they're visiting X website and their data is being collected
We're starting this by capturing the moments that make people uncomfortable, and using these to identify the factors triggering these experiences.
While working toward building guidelines for our long-term default state, we can utilize phase 1 insights for our near-term transparency and protection strategy
Next steps: abstracting factors and quantifying large-scale impact of each

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Evaluation criteria

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269409



NARRATIVE

In order to formulate our plan going forward, we anchored our approach on key commitments we think are important to make to users.  We want to ensure that the online browsing experience works in a reasonable manner for informed users - that they know what to expect, they think it is reasonable, and they get what they expect

The first of these pillars is  user choice, transparency and control. This is to ensure that users have the appropriate level of choice, transparency and control in an easy to understand manner. This includes for example, that
users  have the right to know who has access to their data, for how long, and how is it being used.
users should be easily able to control and restrict access to their data if they want to from third parties;
if desired, users can gain full transparency on why they are seeing an ad, who paid for it and can close or block it if they don't want to see the ad then or in the future
users should have the ability to opt out of personalized experiences and data sharing, and can do so without any difficulty (that is much more effective than today) - a more effective incognito mode for e.g.
if desired, users should be able to easily gain a broad understanding of the advertising industry and interpret it correctly, without information overload. Who are these companies? How reputable are they? How many people complain about them?

The second of these pillars is around data governance. In order to ensure that users' default experience is satisfying and reasonable, we are focused on...
The third of these pillars is around enforcement. In order to ensure that these commitments to users can be universally implemented, we need to make sure that there are policies/standards in place that can be enforced against. As you heard Ben say, the challenge of technically detecting all workarounds that take place today for 3P tracking is extremely hard. We need to find a robust/flexible manner in order to do this effectively across the ecosystem.
--------------------------
OLD MATERIAL
A key point, before we get into solution space, is a high level principle. We just talked about a vision that has both industry leading privacy protections for uses, and has an appropriate level of transparency. Important to note, that being able to offer transparency to users, on their data, on personalization practices, while technically challenging, is fairly straightforward from a principle perspective. However, for us to ensure that we are delivering on the first part of the vision, of offering leading privacy protections for users by default, we have to lean in, and take a stance - we have to take a strong stance from a policy and principle perspective, which enables us to enforce against bad practices and bad actors. We will talk about this in more detail, but this is a core key objective to align on - that we, as google will take a strong stance and enforce against bad practices that we believe are not pro-user and not privacy-first.



NARRATIVE

Our goal is to implement against the set of commitments to users that I just laid out, which would target an end state of scoring high for users - on user choice, transparency and control, on a set of data governance principles, and on ensuring that the ecosystem does not work around pro-user steps that we are committed to taking

In contrast, current state today is woefully not as pro-user in reality, as the PR narrative appears
For example, as ben pointed out, that while Apple has implemented ITP2.0 and laid out a set of data governance principles, and blocked 3P cookies, 3P tracking is still continuing unrestrained by the larger players, whether ad tech, or large pubs and advertisers as Apple has not enforced against these workarounds. This gives users less transparency and control, as they have no insight as to what is happening under the hood, and have no control to turn it off.
Mozilla has started from a similar place as Apple, though there are some distint differences - (1) they are only blocking 3P cookies in an opt-in mode and (2) have taken  a larger step there to publish certain policies that they expect the industry to comply with, and are working with a 3P to publish violators of that policy
Our path towards the north star builds even further to ensure we truly address these three buckets

GOOG-CABR-05269411



We've teamed up with legal -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269412

Consistent
In-ads notice

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269413



# Current situation

Tap targets and symbols are different across products, with no consistency

**Display - AdChoices icon**
Interaction rate: [redacted]

**Search (Mobile) - info icon**
Interaction rate: [redacted]

**YouTube - info icon**
Interaction rate: [redacted]

See table of contents here to deep dive into current product UI's across all Google products where we show Ads.



# Current situation

Second level menus have varying levels of options and the scope of controls differ

Display | Search (Mobile) | YouTube





Attorney-Client Privileged, Confiden

# Future interactive ad badge: Aspirational, consistent design

Addition of a small affordance indicates interactivity, and unifies the tap target

Display | Search | YouTube

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



## Info icon

above or below freezing, the sofa-makers would be forced to move indoors, often making it necessary to remove the "spiles" and freshen the punch-holes before continuing.
Ads by Google
Sofas manufactured in those days was made from the wood of the black maple or silvered birch. These woods were plentiful in those times and the cabinet- or furniture-maker had only to travel a short distance to the most local sorts of markets to find a
About this ad
Paid for by Northern Vacation
Northern Vacation paid Google to show you
Why did I see this ad?
This ad is based on
Google's estimation of your interests
The website you're on
Manage ad settings



## "Thumbs up" tap [post-tap confirmation contents TBD]

GOOG-CABR-05269419



**"Thumbs down" tap [example text is from current Display MTA]**

GOOG-CABR-05269420





## "Thumbs down" menu confirmation 2

GOOG-CABR-05269422

## After any thumbs down confirmation, the ad collapses if possible, or else fades to:



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269423



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-CABR-05269425

# Blocking ads - user experience

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269426





Basically, users don't know how their data are being used but they're pretty uncomfortable with certain behaviors. Businesses are following them all over the web. Apple is talking a good game with billboards and such but users don't see any differences yet. GDPR in Europe is just annoying. Popups are ineffective and often break sites, especially on mobile devices.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



What do users really want and how can we give it to them? We can include the free and open web part of this as part of the user story because ultimately users want content for free and that's what drives all of this. I think we have a very solid user story here and the more we can simplify it, strengthen it, and show our story, the better off we'll be.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269429

# ITP 1.0, 2.0 Primer

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GOOG-CABR-05269430



NARRATIVE

Our goal is to implement against the set of commitments to users that I just laid out, which would target an end state of scoring high for users - on user choice, transparency and control, on a set of data governance principles, and on ensuring that the ecosystem does not work around pro-user steps that we are committed to taking

In constrast, current state today is woefully not as pro-user in reality, as the PR narrative appears
For example, as ben pointed out, that while Apple has implemented ITP2.0 and laid out a set of data governance principles, and blocked 3P cookies, 3P tracking is still continuing unrestrained by the larger players, whether ad tech, or large pubs and advertisers as Apple has not enforced against these workarounds. This gives users less transparency and control, as they have no insight as to what is happening under the hood, and have no control to turn it off.
Mozilla has started from a similar place as Apple, though there are some distint differences - (1) they are only blocking 3P cookies in an opt-in mode and (2) have taken  a larger step there to publish certain policies that they expect the industry to comply with, and are working with a 3P to publish violators of that policy
Our path towards the north star builds even further to ensure we truly address these three buckets

GOOG-CABR-05269431



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269432

## Embedded Content Support

**Example:**
- video from "video.example" embedded on "news.example"
- ITP pops dialog →
- Retrieves unpartitioned cookies from video.example

> Do you want to allow "video.example" to use cookies and website data while browsing "news.example"?
>
> This will allow "video.example" to track your activity.
>
> Don't Allow        Allow

- Appears directed at Facebook "like buttons" and YT Red
  - Facebook used as example in the keynote
- Requires user to interact with the embedded iframe
  - Requires embedded content to use new API to request cookies
  - Doesn't work for passive content like ads
- Consent is sticky for 30 days of inactivity, renews with activity
  - Interaction with embedded content counts as activity for the 3P

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# How Display Ads Work (Value of Display)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269434



## How Display Ads work

Display ads were an effort to offer a solution to a problem created by the Internet:

How to help publishers stay economically viable on the web?

Misconception: Google slurping up all the ad revenue that used to go to local publishers.

Best way to understand display advertising is in the context of news. It's widely known newspapers never made money from news. Their primary source of revenue was ads in non-news sections: food, travel, sports, cars, real estate, and so on.
In the same way genre TV was invented to target ads to people based on their interests, so was the newspaper bundle.
When the web came along, a huge number of websites sprung up that had to do with food, travel, entertainment, and so on. The newspapers now had to compete with these specialized sites for ad revenue. Because of this increase in supply of content competing directly with newspapers, ad prices fell significantly.
Newspapers used to make a lot of money from classified ads (Craigslist, EBay, Gumtree, etc).
Newspapers used to make a lot of money from car ads (Autotrader, Carsdirect, etc.)
Newspapers used to make a lot of money from real estate ads, too (Zillow, Redfin, Rightmove, Zoopla, etc).
The unique content provided by newspapers was news, but it is almost impossible to contextually target news. What do you show next to a news story about an earthquake somewhere? An ad for travel to that place? Probably not.
The solution was to show ads based on the user's history. Which types of web pages they often visit, which ads they click on, and so on.
Targeting based on user history is very important to generic news sites.  According to research from a couple of years ago: "Third-party capable advertising is shown by ██% of content providers, accounting for ██% of their page views; this reliance is concentrated in online publishing (e.g., news outlets) where the rate is ██%."
This rate is especially concentrated among local and independent publishers who would not survive in a world of only subscription services. (Especially true in Europe)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Ads Approach to Privacy

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269436



NARRATIVE
We have always taken our commitment to users very seriously
We have been on a long-term journey here to continue to provide tools and protections for users over the years - this hasn't been a reactive move that we've recently made due to external pressures

We believe it is important that users have transparency and control over their ads experiences - this is a subset of the improvements we have been steadily making to improve things for users over the last 10 years.

For example:
We introduced one of the industry's first Ads Settings tools in 2009 enabling users to have control over their ads experiences on both our O&O and publisher partners, and since GDPR overhauled the UX to make it even simpler to understand and navigate
Why This Ad: which we rolled out in 2011 - this feature has helped users learn why they are seeing a certain ad - this is available on 100% of the ads we serve on our Network.
And in 2012 we introduced Mute this ad:  Users can block ads they don't want to see; Feedback: 5 billion responses that say users mute non-relevant ads

In addition, in Chrome safe browsers

In nt ads

GOOG-CABR-05269437

**Our approach to giving users control over their privacy**

1. Choice

   Provide users with meaningful privacy choices throughout the lifespan of their Google account.

2. Transparency

   Help users make good privacy decisions by making it easy to see what data Google collects.

3. Control

   Provide powerful, meaningful privacy controls: help users use Google on their own terms.

4. Security

   Invest heavily in keeping users' data accessible to them and ONLY to them.

According to IAB, the digital advertising economy is more than 88B in the US last year (500 billion euros overall to Europe). Over 66% of digital advertising's contribution, and 90% of its growth, depends on the use of behavioural data.

Like much of the web, Google web services are predominantly funded by ads. Crucial insight: providing good privacy controls is not only good for users, it's good for business (it can actually improve the performance of advertising, according to HBR).

Our interests and our users' interests are aligned: we have a strong incentive to be clear about what we collect and how we use it to make our services—including ads—work better for our users.

We know that if we lose users' trust by doing the wrong thing or with sloppy products or by cutting corners, they can stop using Google products; they can stop allowing their browsers to accept third-party cookies; or they can install ad blocking extensions in Chrome or ad-blocking apps from the Play Store.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



We do not sell your personal information to advertisers or to anyone else.
We do provide advertising services through dashboards and user interfaces that enable advertisers to show ads to aggregated audiences with certain characteristics.
We keep your information secure and make it easy for you to see it and control it.

THE GDPR:
We've set up a whole site specifically for businesses: access tools and resources for compliance.
We're working to make sure we fulfill the obligations laid out in GDPR and following guidance from the European regulators.
Notably, the regulation applies to services that reach end users in the EEA, so that includes American companies.
The current system doesn't give citizens an understanding of the economic model of the internet. Created in a different era.
But there will be impact: People rely on the web for revenue. We will be moving away from this system to a new system.
Publishers will need to be transparent about data collected on their pages that's used for personalized advertising.
This is a marathon: This work will not end on May 25. The process will evolve even in Europe; it's going to take a while to see how things play out. Unless you want to pull the rug out from the news media.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



A big part of our compliance plan is the control we give users.

We developed My Account as a prominent, central place where our users can go to understand and manage their privacy and security settings. ███████████ unique users visited My Account last year.

We involved ███ people from over ████████ in qualitative research related to privacy & security to better understand users' concerns and needs.

There are ███ employees spending most or all of their time on privacy-related work, with ██ of those sitting in Munich, Germany, focused on user-facing privacy initiatives.

From My Account, you can:

Manage your privacy settings with Privacy Checkup.

Secure your account with the Security Checkup.

Decide what data is associated with your account with your Activity Controls.

See what data is in your account at My Activity.

And you can take your content anywhere with Download Your Data.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269440



Control ads based on your preferences with your Ads Settings.

If you turn off Ads Personalization while signed out, we will stop showing ads related to your interests on Google services. If you turn off Ads Personalization while signed in, we will stop showing you ads based on your interests across Google services as well as on websites and apps that partner with us—and we'll do so across devices.

New in 2018: The "reminder ads" control also enables you to turn off "ads that follow you around" by muting advertisers who are doing it. We hear lots of questions about how remarketing ads mean we're giving users' data to advertisers. This is all done on an automated basis without advertisers receiving any personal info about users. And we're giving users control.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



"Mute This Ad," which we launched in 2012 and is available across a larger number of our display ads, enables you to "X" out of an ad, as well as other ads that use the same web URL—either the website domain or specific pages—from being shown to you, and to indicate why you don't want to see it.

We ingest muting data into the ad auction as a signal to penalize ads that receive a significant number of mutes.

In 2017, we received more than ▇▇▇▇ pieces of feedback and incorporated that feedback by stopping individual ads from showing ▇▇▇▇ times based on this feedback.

"Why this Ad," which Google introduced in 2011, provides you with a drop-down notice explaining exactly what criteria the ad you're seeing is based on. (e.g. "This ad was based on your current search terms.")

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



NARRATIVE
*transparency, control etc.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269443

# Privacy-Preserving APIs

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GOOG-CABR-05269444



## Privacy-preserving APIs

Privacy-preserving APIs that address **ads use cases directly**, rather than indirectly via cookies.

On-device profiling, user lists and measurement keep ads relevant (and monetizable) **without tracking** users around the web.

On-device techniques like federated learning, secure aggregation & private information retrieval already in production in various Google products.

Final step is to **drop third-party state** (cookies & storage) from **page-loads**

## Privacy-Preserving APIs: More Detail

*Creating a world without 3P cookies that protects users and publisher revenue*

**API scope:**

- Private profiling (IBA) and user-list advertising
- Private measurement (conversions, experiments)
- Private anti-spam/anti-fraud
- *Final step:* Remove cookies, contain circumvention (active fingerprinting, link decoration)

**How we launch:** potassium.org-style open development and standardization effort, PD 2020?

**Who launches:** Web platform team (lead), Google Ads (contributor)

If cookies go away, due to competitive pressure, regulation, or by our own actions, then private methods for personalizing ads will be where the revenue uplift resides.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269446

Example
# Google Keyboard

GBoard generates word, query, app links, emoji
and GIF recommendations to speed task
completion on limited mobile interaction surface.

Recommendations are ranked entirely on-device
via **federated learning**.

**Keystrokes are not sent to a server**, only chosen
queries or app links generate calls to server



Federated Learning & On-Device Personalization Demo

Google

# Chrome Controls

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05269448

## Chrome Privacy Controls Summary



**What it is:** *User-activated privacy protections, including those with some breakage and/or cost ("Enhanced Incognito")*

- New user mode including some possible site breakage
- Other possible interventions: click-for-storage, auto-clear 3P storage, blocking, anti-fingerprinting
- *Future:* VPN / subscription

**How we launch:** Chrome announces new feature and UI in M8x

**Who launches:** Chrome privacy team (harnessing Chrome- and Google-specific smarts)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY