# EXHIBIT D1
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Public]

## Expert Report of Prof. Joseph Turow, dated Oct. 14, 2021

1

2

3

4

5

6

7

8

9

10

11 **IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12 **SAN JOSE DIVISION**

13

PATRICK CALHOUN, et al., on behalf of
14 themselves and all others similarly situated,

Plaintiffs,
15

16 v.

17 GOOGLE LLC,

18 Defendant.

19

20

Case No. 5:20-cv-05146-LHK-SVK

**EXPERT REPORT OF PROFESSOR**
**JOSEPH TUROW**

21

22

23

24

25

26

27

28

I, Joseph Turow, hereby declare under penalty of perjury:

## A.     MY BACKGROUND

1.     I am the Robert Lewis Shayon Professor of Communication at the Annenberg School for Communication at the University of Pennsylvania. My research focuses on digital cultural industries, especially at the intersection of the internet, marketing, and society, as well as studies on database marketing, media and privacy, digital out-of-home media, the process of innovation in the mass media, and the relationship between media and the medical system.

2.     I am an elected Fellow of the International Communication Association and was presented with a Distinguished Scholar Award by the National Communication Association. A 2005 New York Times Magazine article referred to me as "probably the reigning academic expert on media fragmentation." In 2010, the New York Times called me "the ranking wise man on some thorny new-media and marketing topics." In 2012, the TRUSTe internet privacy-management organization designated me a "privacy pioneer" for my research and writing on marketing and digital-privacy.

3.     I have authored eleven books, edited five, and written more than 160 articles on mass media industries. My most recent books are *The Voice Catchers: How Marketers Listen In To Exploit Your Feelings, Your Privacy, and Your Wallet* (Yale University Press, 2021)*, The Aisles Have Eyes: How Retailers Track Your Shopping, Strip Your Privacy, and Define Your Power* (Yale, 2017) and *Media Today: Mass Communication in a Converging World* (Routledge, Fall 2016; Serbian edition in two volumes, 2015). Yale University Press has licensed *The Voice Catchers* for translation into Spanish, Chinese, and Korean. In 2011 Yale University Press published my book *The Daily You: How the New Advertising Industry is Defining Your Identity and Your World* (Yale, 2011; Turkish edition, 2015). In 2010 the University of Michigan Press published *Playing Doctor: Television, Storytelling, and Medical Power*, a history of prime time TV and the sociopolitics of medicine, and in 2013 it won the McGovern Health Communication Award from the University Of Texas College of Communication. Other books reflecting current interests are *Niche Envy: Marketing Discrimination in the Digital Age* (MIT Press, 2006), *Breaking Up America: Advertisers*

*and the New Media World* (University of Chicago Press, 1997; paperback, 1999; Chinese edition 2004); and *The Hyperlinked Society: Questioning Connections in the Digital Age* (edited with Lokman Tsui, University of Michigan Press, 2008).

4.      I teach graduate and undergraduate courses on data collection, privacy policies, media industries and society, and advertising and society.

5.      Since 1999 I have conducted national surveys of the American public on issues relating to marketing, new media, and society, which have received a great deal of attention in the *The New York Times* and other popular press outlets, as well as in the research community. I have been interviewed widely about my research, including by NPR's Fresh Air with Terry Gross, the *Atlantic*, the BBC, CBS News, and elsewhere. I have also written about media and advertising for the popular press, including *The New York Times*, *The Atlantic*, *The Washington Post*, *The Boston Globe*, and *The Los Angeles Times*. My op-ed essay about Americans' misunderstanding of privacy policies and its implications for social policy appeared in an August 20, 2018 *New York Times* issue of the print paper and online. My research has received financial support from the Digital Trust Foundation, the John D. and Catherine T. MacArthur Foundation, the Kaiser Family Foundation, the Robert Wood Johnson Foundation, the Federal Communications Commission, and the National Endowment for the Humanities, among others.

6.      I was awarded a Lady Astor Lectureship by Oxford University. I have received several conference paper and book awards and I have lectured widely nationally and internationally. I was invited to give the McGovern Lecture at the University of Texas College of Communication, the Pockrass Distinguished Lecture at Penn State University, the Chancellor's Distinguished Lecture at Louisiana State University, and the Melvin De Fleur Lecture at Boston University. I currently serve on the editorial boards of the Journal of Broadcasting and Electronic Media, the International Journal of Communication, and Media Industries. I have also served as the elected chair of the Mass Communication Division of the International Communication Association.

7.      My hourly rate is $708.  My fee is neither contingent on the outcome of the case nor on the content of my opinion.

8.      Attached as **Exhibit A** is a copy of my current curriculum vitae, which sets forth:

a.      Additional education experience and qualifications, including a list of all publications I authored in the previous 47 years; and

b.      A list of all other cases in which I testified as an expert witness at trial or by deposition in the last four years.

9.      In preparation for my work in this matter, I have considered and relied on the materials identified in **Exhibit B.**

10.     I reserve the right to amend my declaration upon receipt of any additional information that is made available to me.

11.     My research lies at the intersection of marketing, digital media, and society.  I study the digital marketing system, how it works, and its implications for media and the larger society.  I also conduct representative national surveys to learn what Americans know and understand about the changing marketing world and what they think about issues related to marketing surveillance and privacy.  The eight surveys I have conducted since 1999 were carried out by well-known survey companies using state of the art sampling methods and contacting people by wireline and cellular phone.  I have analyzed my findings with the help of professional statisticians, and articles based on my surveys work have been accepted by peer-reviewed journals. The *New York Times* has vetted and covered all but one of my surveys with individual articles about them.  (The Associated Press got an "exclusive" to write about the one we didn't submit to the Times.)  I have also presented my perspectives about the policy implications of my research to Congressional Committees, marketing-industry groups, and through essays in the popular media, including three op-ed articles in *The New York Times*.

12.     Although my surveys indicate that different percentages of American society hold different levels of knowledge and different opinions, my industry research together with my survey research suggest that there are key "through lines" about "reasonable people" when it comes to the relationship between Americans and the digital-media-and-marketing system. We live in an era where reasonable people know little, and are confused, about the data-extraction regimes that

surround them, at least partly because the companies they deal with go out of their way to make it difficult to understand their data-extraction activities so that people won't be concerned. The elements of this case provide a good example of this obfuscation.

**B.     Assignment:**

I understand that the Plaintiffs allege that Chrome sends personal information to Google when users have not enabled Sync, or who have disabled it.  I accept this as true.

I have been asked, based on my experience, what would a reasonable person understand Chrome's disclosures and terms of service to convey to a person signing up for Chrome with regard to the Sync function?

**C.     MY OPINIONS**

~~A "reasonable person" would interpret Google's disclosures to mean that Chrome does not take personal information unless the user elects to "sync" the browser with a Google Account.~~

> ~~1.   A reasonable person reading the Chrome Sync Setup Windows would understand that Google will only personalize its services if sync is enabled.~~

13.     Going to Chrome's page called "syncSetup" (chrome://settings/syncSetup), there is a clear indication that keeping sync off means not sharing data.  The subject heading on the page says "sync and personalize Chrome across your devices."  The word "personalize" is a clear signal that Google will be using the individual's data if the person syncs.  Moreover, the first action below that subject heading is titled "allow Chrome sign-in."  The action description notes that "by turning this off, you can sign into Google sites like Gmail without signing in to Chrome." The clear meaning here is that signing into Chrome gives Google data that not signing in would not yield to Google. No distinction is made here between syncing and signing into Chrome.



14. Upon download of Chrome and upon subsequently syncing, Google uses words that clearly create the impression that it will use people's data for personalization *only* when they sync with Chrome. Before August 2021 its notification upon download and syncing was "Google may use your browsing history to personalize Search, ads, and other Google services." (See below.)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16    15.    After August 2021, the company removed "ads" from that line, thus: "Google may

17  use your browsing history to personalize Search and other Google services."  It's not clear whether

18  this language change means that they have stopped using browsing history obtained as part of sync

19  to personalize ads or that they have stopped explicitly disclosing ad personalization and consider

20  ads as part of "other Google services."  Either way, Google is stating that when a person "turns on

21  sync" in Chrome, Google will use Chrome data to personalize Google's own services. The clear

22  corollary as understood by a reasonable person is that if the person does not elect to use the sync

23  feature, Google will not use the person's Chrome data to personalize.   Nothing in Google's

24  messaging states otherwise.

25    ~~2.   A reasonable person who read the Chrome Privacy Notice would understand that~~

26    ~~Chrome does not send personal information to Google unless a person enables~~

27    ~~Sync.~~

28

16.    ~~If an individual goes to the Chrome privacy notice, that individual would come away convinced that only syncing Chrome would lead Google to get the individual's personal information from the Chrome browser. The Chrome privacy notice dated September 23, 2021, for example, contains statements that would lead a reasonable person to believe that not turning on sync would mean not having Chrome share information with other Google entities.~~

17.    The Chrome privacy notice begins with two sentences that together state that it is possible to regulate Chrome's collection of data by Google. The starting sentence exhorts the reader to "learn how to control the information that is collected, stored, and shared when you use the Google Chrome browser on your computer or mobile device, Chrome OS, and when you enable Safe Browsing in Chrome." This is followed by the statement that "although this policy describes features that are specific to Chrome, any personal information that is provided to Google or stored in your Google account will be used and protected in accordance with the Google privacy policy, as changed from time to time." The clear meaning ~~a reasonable person would derive from the juxtaposition~~ of these two statements is that if Chrome provides a way not to send information to Google, that information will be protected according to both Chrome's privacy notice and Google's privacy policy.

18.    The Chrome Privacy Notice then says that "[y]ou don't need to provide any personal information to use Chrome[.]" This phrasing gives users the clear impression that there is a way to use Chrome without giving up personal information. According to Google's English Dictionary, the word "provide" means "make available for use; supply."[1] Stating "you don't need to provide any personal information" provides two levels of assurance: (1) that a person does not have to actively offer the information to Google to use Chrome, and (2) that there are circumstances where Google will not take the personal information Google sees is available about that person by virtue of the person's using Chrome. Put differently, you aren't automatically opted in. Despite this assurance, Google does take and use the personal information even if a person doesn't sync with Chrome.

---

[1] Google's Dictionary, "provide," https://www.google.com/search?client=firefox-b-1-d&q=provide+means

19.     Not turning on Chrome sync as the way to stop personal information from being collected is signaled a few paragraphs later around the heading "How Chrome Handles Your Information." (https://www.google.com/chrome/privacy/)   The privacy notice states that "the personal information that Chrome stores won't be sent to Google unless you choose to store that data in your Google account by turning on sync…"   This assurance is reinforced in the following paragraph with the statement that "in general, the fact that you use Chrome to access Google services, such as Gmail, does not cause Google to receive any additional identifying information about you."   The clear meaning here is that Google's ownership of Chrome will not cause Google to learn personal information about an individual that Google didn't already learn from its own services, such as Gmail.   Taken together, the two statements promise that when a person chooses not to sync on Chrome, it means that Google will not receive information from Chrome about that person.

The personal information that Chrome stores won't be sent to Google unless you choose to store that data in your Google Account by turning on sync, or, in the case of passwords, payment cards, and billing information, choosing specific credentials or payment card and billing information to store in your Google Account. Learn More.

How Chrome handles your information

**Information for website operators.** Sites that you visit using Chrome will automatically receive standard log information, including your system's IP address and data from cookies. In general, the fact that you use Chrome to access Google services, such as Gmail, does not cause Google to receive any additional personally identifying information about you. On Google websites and other websites that you opt in, if Chrome detects signs that you are being actively attacked by someone on the network (a "man in the middle attack"), Chrome may send information about that connection to Google or the website you visited to help determine the extent of the attack and how the attack functions. Google provides participating website owners with reports about attacks occurring on their sites.

20.     Later statements about Sync provide further support to expectations that syncing is how users would consent to Chrome sending information to Google. In the Sync section, the Chrome Privacy Notice states:  "When you sign in to the Chrome browser or a Chromebook and enable sync with your Google Account, your personal information is saved in your Google Account on Google's servers so you may access it when you sign in and sync to Chrome on other computers and devices."   The privacy notice later points out that "Sync is only enabled if you choose," a statement that seems to offer choice about data transfer.

21.     Finally, in the Chrome Privacy Notice section "How Chrome handles your Synced information," the assurance about not enabling sync is made explicit: "If you don't use your Chrome data to personalize your experience outside of Chrome, Google will only use your Chrome data after it's anonymized and aggregated with data from other users."

22.     Even the order in which statements are made in Chrome's Privacy Notice seem designed to deceive. The Notice puts the promises that (1) "you don't need to provide any personal information to use Chrome;" (2) "the personal information that Chrome stores won't be sent to Google unless you choose to store that data in your Google Account by turning on sync"; and (3) "In general, the fact that you use Chrome to access Google services, such as Gmail, does not cause Google to receive any additional personally identifying information about you" early in the Notice. After that, the user is put through four pages of dense, incomprehensible statements about technology that would have much less salience for reasonable consumers. When the Notice eventually gets to disclosures about "Sign-in and Sync Chrome modes," it does not do anything to dislodge the promises above but instead provides further support for them, including the statement that, unless a Chrome user has synced and allowed their Chrome history to be included in their Google Web & App Activity, "Google will only use your Chrome data after it's anonymized and aggregated with data from other users.

**3.  A reasonable person who read Google's General Privacy Policy would understand that Google receives personal information from Chrome only if sync is enabled.**

23.     In defending itself in this case, I understand that Google may argue that the Google Privacy Policy discloses vague but broad data collection, and therefore Chrome users would have to know that data are shared, even without choosing to sync.  Google may also say people should have read the Privacy Policy and so know the data transfer would happen, irrespective of the Chrome Privacy Notice and therefore irrespective if they chose to sync with Chrome.  The company may also add that a reasonable person would have assumed Chrome always uses their data because

1    they know other sites do.

2         24.    Research does not back up this argument. Surveys I have conducted find that people

3    suspect they are being tracked by marketers but they don't quite understand how marketers track

4    their behavior, especially when it comes to complex data mining.[2]

5         25.    In fact, ███████████████████████████████████████████████

6    ████████████████████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████████████████████

9    ████████████████████████████████████████████████████████████████████

10   ████████████████████████████████████████████████████████████████████

11   ████████████████████████████████████████████████████████████████████

12   ██████████████████████"[3]

13        26.    ████████████████████████████████████████████████████████

14   ████████████████████████████████████████████████████████████ those

15   users still would not see a contradiction between that statement and the assurance that if they don't

16   sync their Chrome data will not be sent to Google.  It may well be, for example, that a person who

17   sees "contextual advertising" will not understand that the process involves Chrome sending the

18   person's behavioral data to Google.  In contextual advertising, Google serves an ad to a person

19   based on the content of the website that person is visiting. For example, if a person is reading an

20   article about telephoto lenses, an ad for a telephoto lens or for a camera may show up next to the

21   article.  The person may notice the relationship between the ad and the website, assume they are

22   related, but not expect that Google will be taking that data for use in later personalized advertising.

23   However, Google does not even make such a disclosure but does the opposite – putting the

24

25   [2] See, for example, Joseph Turow, "Americans and Online Privacy: The System is Broken," Annenberg Public Policy
26   Center, University of Pennsylvania, 2003, p.3; Joseph Turow, Lauren  Feldman, and Kimberly Meltzer, "Open to
     Exploitation: American Shoppers Online and Offline," Annenberg Public Policy Center, University of Pennsylvania,
27   June 2005; Joseph Turow, Michael Hennessy, and Nora Draper, "The Tradeoff Fallacy," Annenberg School for
     Communication, University of Pennsylvania, June 2015, p.16.

28   [3] ████████████████████████████████████████████████████████████████
     ██

statement that it will "use your history to personalize Search, ads, and other Google services" on the Sync consent screen – in the process telling users that enabling Sync is what would permit Google to personalize.

27. Regardless of Google's argument, it is my opinion that if a Chrome user were to read the general Google Privacy Policy, he or she would get the same understanding as from reading the Chrome Privacy Notice or the Sync Setup screens. The Privacy Policy discloses that "activity information" Google collects "may include: Chrome browsing history you've synced with your Google Account." ~~A reasonable person would understand this line to be consistent with the Sync screens and Chrome Privacy Notice discussed above, i.e., that Chrome shares browsing history with Google only if the user syncs the browser with a Google Account.~~ The Privacy Policy also includes a hyperlink on the phrase "synced with your Google Account." When a user clicks this link, it takes the user to another page where Google represents, "Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account." This disclosure further gives the impression that Chrome does not share browsing history with Google unless the user chooses to sync.

### 4. Reasonable consumers wrongly believe that the label "privacy policy" means their privacy is protected and are unable to comprehend the legalese in privacy policies

28. In addition to people's not understanding details about data and controls, the chances that people take the time to try to carefully assimilate privacy policies are low. Privacy policies are legal documents, complex and typically long. The classic study to point out how unrealistic it is to believe people read privacy policies with care is from Aleecia McDonald and Lori Faith Cranor of Carnegie Mellon University. Through systematic work, they estimated that "reading privacy policies carries costs in time of approximately 201 hours a year, worth about $3,534 annually per American Internet user. Nationally, if Americans were to read online privacy policies word-for-word, we estimate the value of time lost as about $781 billion annually."[4]

29. Apart from the unlikelihood that people would carefully understand the privacy

---

[4] Aleecia M. McDonald and Lorrie Faith Cranor, "The Cost of Reading Privacy Policies," I/S *Journal of Law & Policy for the Information Society*, 4:3 (2008): 40-57.

policies, five national surveys I have conducted as well as a Pew national survey consistently show that clear majorities of Americans misunderstand the very label "privacy policy." They mistakenly believe that the mere existence of a "privacy policy" means a website will not collect or share data about them without their permission.[5] This research further supports my conclusion that ~~a reasonable user encountering the sync screens above, or the Chrome "Privacy Notice" or the Google general Privacy Policy would conclude that~~ Chrome does not share browsing history with Google unless the user chooses to sync.

30.     ~~As noted above, the cascade of privacy assurances from Google must inevitably lead a reasonable person to believe that syncing Chrome will stop Google from collecting a person's data from Chrome for its use.~~  My conclusion is further supported by a recent article about Google FLOC by Bennett Cypher, staff technologist for the Electronic Frontier Foundation. Writing about Google's tryout of the new advertising-segmentation experiment, Cyphers states that "During the trial [that is, Google's experiment], any user who has turned on "Chrome Sync" (letting Google collect their browsing history), and who has not disabled any of several default sharing settings, will now share their cohort ID attached to their browsing history with Google."[6] Cyphers understands (incorrectly) that not turning on Chrome Sync will not let Google collect people's browsing.  In view of the lack of understanding of "data and controls" that Google's own research has found regarding its users, it is clear that the "mistake" that Bennet Cyphers, an expert, made, is not really a mistake.  It is the reasonable response based on the presentation about Chrome that Google makes available to its users.

31.     I understand that discovery is still ongoing.  I reserve the right to modify my opinion if more materials are made available to me, as well as to submit additional opinions in this matter if I am given different assignments.

I declare under penalty of perjury under the laws of the United States that the foregoing is

---

[5] Joseph Turow, Michael Hennessy, and Nora Draper, "Persistent Misperceptions: Americans' Misplaced Confidence in Privacy Policies, 2003-2015," *Journal Of Broadcasting And Electronic Media* 62 (2018) 461-478.
[6] Bennett Cyphers, "Targeting Tech in Millions of Browsers.  Here's What We Know." Electronic Frontier Foundation, March 30, 2021, https://www.eff.org/deeplinks/2021/03/google-testing-its-controversial-new-ad-targeting-tech-millions-browsers-heres , accessed October 10, 2021.

true and correct. Executed this 13th day of October, 2021, at █████████, Bala Cynwyd, Pennsylvania 19004.

/s/
Joseph Turow

EXHIBIT A

October 2021

# JOSEPH TUROW

Annenberg School For Communication
University of Pennsylvania
Philadelphia, PA  19104
(215) 898 5842
Jturow@asc.upenn.edu

&c General Information

Academic Record

Ph.D.  University of Pennsylvania (in Communications)
M.A.   The Annenberg School of Communications
              University of Pennsylvania
B.A.   The University of Pennsylvania (in English)

Professional Experience

1998-present  Robert Lewis Shayon Chair Professor
2011-2018  Associate Dean for Graduate Studies
2003-2009  Associate Dean for Graduate Studies
2002-2007  Director, Information and Society division, Annenberg Public Policy Center
1990-present  Professor, University of Pennsylvania
1986-1990     Associate Professor, University of Pennsylvania
1981-1986     Associate Professor, Purdue University
1985          Visiting Associate Professor (Summer) UCLA
1976-1981     Assistant Professor, Purdue University
1980          Visiting Assistant Professor (Summer) UCLA
1974 & 1975   Summer Lecturer, Drexel University
1972-1974     Graduate Teaching and Research Assistantships

Awards and Honors

- Major grant from the Digital Trust Foundation to study a national survey of the privacy
behaviors and needs of people with low economic status, August, 2015.
- Presented with the John P. McGovern Health Communication Award from the University of
Texas School of Communication, for the book *Playing Doctor*, April 2013.
-Presented with the Distinguished Scholar Award by the National Communication Association,
November 2010.
- Elected a Fellow of the International Communication Association, June 2010
-Astor Visiting Lectureship, Oxford University, for January 2009.
-Pockrass Memorial Lecturer, Penn State University, April 16, 2007.
-Grant from the John D. and Catherine T. MacArthur Foundation in support of The
Hyperlinked Society conference of June 2006.
-Grants from the Robert Wood Johnson Foundation to create multi-media essay on CD-ROM
aimed at educating medical students about how prime time television's images of health care
might influence their patients, September 2005-July 2006 and July 2003-March 2004; distributed
in Summers 2003, 2004, and 2005; 2nd edition created and distributed to first year medical
students throughout the US in Summer 2006, Summer 2007, and Summer 2008.

- Best faculty paper award (with coauthor Rivka Ribak), International Communication Division, Association for Education in Journalism and Mass Communication, presented at August 2002 conference.
- Major grant from Kaiser Family Foundation to study health policy issues on TV hospital programs, 2002.
- Chancellor's Distinguished Lecturer, Louisiana State University, April 2000.
- Commendation from the Provost's office for being named as the teacher of the "best doctoral course at Penn" by at least one of Penn's Ph.D. graduates of 1999.
 - Awarded major grants from the Annenberg Public Policy Center for a multi-faceted study of the family and the Internet, 1998-2000.
- With Professors Kathleen Hall Jamieson and Joseph Cappella, awarded a major grant from the Ford foundation for research on the content, consequences and print-media coverage of political talk radio, 1996.
- Appointed to the National Endowment for Children's Educational Television of the US Department of Commerce, 1995-1997.
-Awarded a National Endowment for the Humanities Summer Stipend, Senior Division, 1994.
-Elected to chair the Mass Communication Division of the International Communication Association, 1993-1997
-Invited to teach a "master's session" at the 1991 annual International Communication Association Conference
-Appointed as a Commonwealth Speaker for 1991 by the Pennsylvania Humanities Council
-Awarded competitively selected research grant from the University of Pennsylvania Research Foundation, 1988-1989
-Appointed as a Commonwealth Speaker for 1989 by the Pennsylvania Humanities Council
-Appointed to the National Endowment for the Humanities Summer Stipend Advisory Committee, 1987
-Awarded a National Endowment for the Humanities Summer Stipend, Senior Division, 1986
-Top Three Mass Communication Division Paper, Mass Communication, 1977 and 1984 Speech Communication Association Conferences
-Top Ten Mass Communication Division Paper, 1981, 1983, and 1984 International Communication Association Conferences
-Authored a book designated "Book of the Month" by COMMUNICATION BOOKNOTES (May 1984)
-Recipient of the Russel Nye Award of the Popular Culture Association for the best article in the JOURNAL OF POPULAR CULTURE, 1982-83.
-Departmental Best Teaching Award, 1981 and 1983

-Dissertation Research Scholarship, 1975-1976
-University (work-free) fellowship, 1974-1975
-Full tuition scholarship, throughout graduate career
-Research and Teaching Assistantships, 1972-1974
-Dean's List With Distinction
-Phi Beta Kappa, 1971

Membership in Scholarly Societies

International Communication Association, 1973 -
Speech Communication Association, 1976 –
Association for Internet Researchers, 2012-

☙ Testimony by Deposition or Testimony in the Past 4 years

"Declaration of Joseph Turow in Support of Plaintiff's Motion of Class Action Settlement, Re: Vizio, Inc., Consumer Privacy Litigation," United States District Court for the Central District of California, Santa Anna Division, expert report for Girard Gibbs LLP and Cotchett, Pitre & McCarthy LLP, Case No. 8:16-ml-02693-JLS (KESx) (2018)

☙ Research and Scholarship

<u>Authored Books</u>

Joseph Turow, THE **VOICE CATCHERS: HOW MARKETERS LISTEN IN TO EXPLOIT YOUR FEELINGS, YOUR PRIVACY, AND YOUR WALLET,** Yale University Press. 2021; Published in print, digital, and audio formats. One of Business Insider's "21 books on Big Tech to watch out for in 2021." Licensed by Yale U Press to be translated into Spanish, Chinese, and Korean.

Joseph Turow, MEDIA TODAY: AN INTRODUCTION TO A CONVERGING WORLD. New York: Routledge, revised 7th edition 2019.  The 4th edition was **translated into Serbian** in two volumes, published in 2012 and 2013, respectively.

Joseph Turow, THE AISLES HAVE EYES: HOW RETAILERS TRACK YOUR SHOPPING, STRIP YOUR PRIVACY, AND DEFINE YOUR POWER.  New Haven and London: Yale University Press, 2017. Published in print, digital, and audio formats.

Joseph Turow, THE DAILY YOU: HOW THE NEW ADVERTISING INDUSTRY IS SHAPING YOUR IDENTITY AND YOUR WORLD. New Haven: Yale University Press, 2011.  **Translated into Turkish** and published in 2015.

Joseph Turow, PLAYING DOCTOR:  TELEVISION, STORYTELLING, AND MEDICAL POWER.  Originally New York:  Oxford University Press, 1989; Updated and expanded edition University of Michigan Press, 2010.

Joseph Turow, NICHE ENVY: MARKETING DISCRIMINATION IN THE DIGITAL AGE.  Cambridge, MA: MIT Press, 2006.

Joseph Turow, BREAKING UP AMERICA: ADVERTISING AND THE NEW MEDIA WORLD. University of Chicago Press, 1997; paperback edition, 1998. **Mainland Chinese translation** Trans. by Bin Hong.  Beijing: Huaxia Press, 2003.. Chapter 1 **reprinted** in the college composition anthology, *The Contemporary Reader*, Seventh Edition, edited by Gary Goshgarian (Addison Wesley Longman, 2001).

Joseph Turow, MEDIA TODAY: AN INTRODUCTION TO MASS COMMUNICATION 2nd edition.  Boston: Houghton Mifflin, 2003; 1st edition, 1999.

Joseph Turow, MEDIA SYSTEMS IN SOCIETY: UNDERSTANDING INDUSTRIES, STRATEGIES, AND POWER.  New York: Longman, 1992; second edition 1997.

Joseph Turow, MEDIA INDUSTRIES:  THE PRODUCTION OF NEWS AND ENTERTAINMENT.  New York:  Longman, 1984.

Joseph Turow, ENTERTAINMENT, EDUCATION, AND THE HARD SELL:  THREE DECADES OF NETWORK CHILDREN'S TELEVISION.  New York:  Praeger, 1981.

Joseph Turow, GETTING BOOKS TO CHILDREN:  AN EXPLORATION OF PUBLISHER-MARKET RELATIONS.  Chicago:  American Library Association, 1979.


Edited Books

Matt McAllister and Joseph Turow (editors), THINKING CRITICALLY ABOUT ADVERTISING AND CONSUMER CULTURE, New York and London: Routledge, 2009.

Joseph Turow and Lokman Tsui (editors), THE HYPERLINKED SOCIETY: QUESTIONING CONNECTIONS IN THE DIGITAL AGE. Ann Arbor, Michigan: University of Michigan Press, 2008.

Brooke Duffy and Joseph Turow (editors), KEY READINGS IN MEDIA TODAY. New York and London: Routledge:  2008.

Joseph Turow and Andrea Kavanaugh (editors), THE WIRED HOMESTEAD: AN MIT PRESS SOURCEBOOK ON THE INTERNET AND THE FAMILY.  Cambridge, MA: MIT Press, 2003.

Joseph Turow (Ed.), CAREERS IN MASS MEDIA.  Chicago:  Science Research Associates, 1984.


Monographs and Reports

Joseph Turow, Michael Hennessy, and Nora Draper, "Divided We Feel: Partisan Politics Drives Americans' Emotions Toward Surveillance of Low-Income Americans," April 2018. https://www.asc.upenn.edu/sites/default/files/documents/Turow-Divided-Final.pdf

Joseph Turow, Michael Hennessy, and Nora Draper, The Tradeoff Fallacy, Annenberg School for Communication, July 2015. https://www.asc.upenn.edu/sites/default/files/TradeoffFallacy_1.pdf

Joseph Turow, Americans, Marketers, and the Internet: 1999-2012.  Annenberg School for Communication, April 2014.  http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2423753

Joseph Turow, Michael Delli Carpini, Nora Draper, and Rowan Howard-Williams, "Americans Roundly Reject Tailored Political Advertising—At a Time When Political Campaigns are Embracing It," Annenberg School for Communication, U of Pennsylvania, July 2012.

Joseph Turow, "Buying Digital Advertising:  A Brief Overview."  This is a companion to a report on "Digital Advertising and News" *by* Katerina Eva Matsa, Kenny Olmstead, Amy

Mitchell and Tom Rosenstiel of the Pew Project for Excellence in Journalism, February 13, 2012.  http://www.journalism.org/analysis_report/buying_digital_advertising_brief_overview

Chris Jay Hoofnagle, Jennifer King, Su Li, and Joseph Turow (listed in alphabetical order), "How Different are Young Adults from Older Adults When It Comes to Information Privacy Attitudes and Policies?"  Annenberg School for Communication (U of Pennsylvania) and Berkeley School of Law (U California, Berkeley), April 16, 2010.

Joseph Turow, Jennifer King, Chris Jay Hoofnagle, Amy Bleakley, and Michael Hennessy, "Americans Reject Tailored Advertising and Three Activities That Enable It," Annenberg School for Communication (U of Pennsylvania) and Berkeley School of Law (U California, Berkeley), November 2009.

Joseph Turow (University of Pennsylvania), Christopher Hoofnagle, Deirdre Mulligan, Nathaniel Good, and Jens Grossklags (U.C. Berkeley Boalt Hall School of Law), "The FTC and Consumer Privacy in the Coming Decade," Presented at the Federal Trade Commission meeting, "Protecting Consumers in the Next Tech-ade," November 8, 2006.

Joseph Turow, "Open to Exploitation: American Shoppers Online and Offline," Report of the Annenberg Public Policy Center, June 2005.

"Prime Time Doctors: Why Should You Care?" a Multi-media essay on DVD, distributed to approximately 20,000 first-year US medical students by the Robert Wood Johnson Foundation each summer of 2003, 2004, 2005, 2006, 2007 and 2008.

Joseph Turow, Kara Coluccio, Alyssa Hersh, Lee Humphries, Lela Jacobsohn, and Nadia Sawicki, "Discussions of Health Websites in Medical and Popular Media."  A Report from Consumer WebWatch, a project of Consumers Union, August 2003.

"Americans and Online Privacy: The System is Broken." Report of the Annenberg Public Policy Center, June 2003.

Matthew McAllister and Joseph Turow (editors), "Commercialism and the New Media," special issue of Journal of Broadcasting and Electronic Media 46:4 (December, 2002).

Joseph Turow and Rachel Gans, "As Seen on TV: Health Policy Issues on TV's Medical Dramas."  A Report from the Kaiser Family Foundation, July 2002.

"Web Sites and the 2000 Election."  Coordinated and edited three reports to the Pew Charitable Trusts, July 2002.

Joseph Turow, "Public Policies on Children's Websites: Do They Play By the Rules?"  Report No. 38 of the Annenberg Public Policy Center, March 2001, 22 pages.

Joseph Turow and Lilach Nir, "The Internet and the Family 2000: The View From Parents, the View from Kids." A Report from the Annenberg Public Policy Center of the University of Pennsylvania, 35 pp.

"The Internet and the Family: The View from Parents, the View from the Press." A Report from the Annenberg Public Policy Center of the University of Pennsylvania under the direction of Joseph Turow, May 1999, 42 pp. **Reprinted** in Spanish by Professor Carole Cummings for a Web site on Youth and Internet established at Diego Portales University in Santiago, Chile.

"Call-In Political Talk Radio: Background, Content, Audiences, Portrayal in Mainstream Media," A Report from the Annenberg Public Policy Center of the University of Pennsylvania under the direction of Joseph Cappella, Joseph Turow and Kathleen Jamieson, and funded by the Ford Foundation and the Carnegie Foundation of New York, August, 1996, 72 pp.

"Program Trends in Network Children's Television,  1948-1978."  Washington, DC:  Federal Communications Commission, 1979, 74.

Articles in Refereed Scholarly Journals

Joseph Turow, "Prescience and Integrity in *The Panoptic Sort*," *International Journal of Communication*, forthcoming.

Joseph Turow, "Journalism and the Voice Intelligence Industry," DIGITAL JOURNALISM, November 2020 online with print forthcoming.
https://doi.org/10.1080/21670811.2020.1829979

Nora Draper and Joseph Turow, "The Corporate Cultivation of Digital Resignation," NEW MEDIA AND SOCIETY, March 2019.

Joseph Turow and Nick Couldry, "Media *as* Data Extraction: Towards A New Map Of a Transformed Communications Field," JOURNAL OF COMMUNICATION, Ferment in the Field special issue. 68(2018) 415-423.

Joseph Turow, Michael Hennessy, and Nora Draper, "Persistent Misperceptions:Americans' Misplaced Confidence in Privacy Policies, 2003-2015," JOURNAL OF BROADCASTING AND ELECTRONIC MEDIA 62 (2018) 461-478.

Joseph Turow, Lee McGuigan, and Elena Rosa Maris, "Making Data Mining a Natural Part of Life,"  EUROPEAN JOURNAL OF CULTURAL STUDIES," 8 (4) August-October, 2015, pp. 464-478.

Joseph Turow and Nora Draper, "Industry Conceptions of Audience in the Digital Space," CULTURAL STUDIES 28:4 (2014), pp. 643-656.

Nick Couldry and Joseph Turow, "Advertising, Big Data, and the Clearance of the Public Realm: Marketers' New Approaches to the Content Subsidy," INTERNATIONAL JOURNAL OF COMMUNICATION.  8 (2014) [Authors are listed in alphabetical order.]

"The Case for Studying In-Store Media," MEDIA INDUSTRIES JOURNAL 1:1 (2014)
http://www.mediaindustriesjournal.org/index.php/mij

"Nurses and Doctors in Prime Time Series: The Dynamics of Depicting
Professional Power Nursing Outlook," NURSING OUTLOOK 60:5 (2012), pp. S4-S11.

Joseph Turow, Michael Hennessy, and Amy Bleakley, "Consumers' Understanding of Privacy Rules in the Marketplace: Findings from a National Survey," JOURNAL OF CONSUMER AFFAIRS, 2008.

Joseph Turow, Deirdre Mulligan, and Christopher Hoofnagle, "The Federal Trade Commission and Consumer Privacy in the Coming Decade," I/S: A JOURNAL OF LAW AND POLICY FOR THE INFORMATION SOCIETY 3:3 (Winter 2007-08): 723-750.

Joseph Turow and Michael Hennessy, "Internet Privacy and Institutional Trust: Insights From a National Survey," NEW MEDIA AND SOCIETY 9:2 (April, 2007) pp. 300-318.

Laura Grindstaff and Joseph Turow, "Television Sociology," ANNUAL REVIEW OF SOCIOLOGY 32 (2006) pp. 103-125.

 "Audience Construction and Culture Production: Marketing Surveillance in the Digital Age," ANNALS OF THE AMERICAN ACADEMY OF POLITICAL AND SOCIAL SCIENCE, vol. 597, January 2005, pp. 103-121.  Reprinted in Michael Hinner, editor, FREIBERGER BEITRAGE ZUR INTERKULTURELLEN UND WIRTSCHAFTSKOMMUNIKATION, Vm 3 (Munich, Germany: Peter Lang, 2007).

"'The Answers Are Always In The Body': Forensic Pathology In Us Crime Programmes," THE LANCET 364 (December, 2004), pp. 54-55.

"Internet Power and Internet Power and Social Context: A Globalization Approach to Web Privacy Concerns, JOURNAL OF BROADCASTING AND ELECTRONIC MEDIA, Fall 2003.  (Co-author with Rivka Ribak)

Matthew P. McAllister and Joseph Turow, "Commercialism in the New Media World," JOURNAL OF BROADCASTING AND ELECTRONIC MEDIA, 46:4 (December 2002), pp. 505-514.

"Family Boundaries, Commercialism and the Internet," JOURNAL OF APPLIED DEVELOPMENTAL PSYCHOLOGY, 22, (2001)  73-86.

"Domestic Zealotry and the Press: The Case of Kevorkian's Euthanasia Incident," JOURNALISM 1:2 (August, 2000), pp. 197-216. (First author, with Arthur Caplan and John Bracken.)

"Television Entertainment and the US Health Care Debate," THE LANCET 347: 9010 (May 4, 1996), pp. 1240-44.  **Reprinted** (in Spanish) as "Las series televisas y el debate sobre la sanidad norteamericana," in *Medicina y denos de comunicacion* (Barcelona, Spain: Fundacion Dr. Antonio Esteve, 1997), pp. 37-43.

"Hidden Conflicts and Journalistic Norms: The Case of Self-Coverage," JOURNAL OF COMMUNICATION 44:2 (Spring, 1994) 29-46.  Reprinted in The International Library of Politics and Comparative Government (Aldershot, England: Ashgate Publishing Ltd; forthcoming).

"The Organizational Underpinnings of Contemporary Media Conglomerates," COMMUNICATION RESEARCH 19:6, December 1992.  Reprinted in Peter Golding and

Graham Murdock, (Eds.), THE POLITICAL ECONOMY OF MEDIA (Cheltenham, England: Edward Elgar, 1997).

"On Reconceptualizing 'Mass Communication,'" JOURNAL OF BROADCASTING & ELECTRONIC MEDIA, Spring 1992, pp. 105-109.

"The Challenge of Inference in Interinstitutional Research on Mass Communication," COMMUNICATION RESEARCH, 18:2 (April 1991) 222-239.

"Public Relations and Newswork: A Neglected Relationship," AMERICAN BEHAVIORAL SCIENTIST 33:3 (November/December 1989) 206-212.

"Cultural Argumentation and the Mass Media:  A Perspective For Research," COMMUNICATION, 8:2 (Autumn 1985) 139-164.

"Hospitals and Hospital Administrators on Television," HOSPITALS AND HEALTH SERVICES ADMINISTRATION, Journal of the American College of Hospital Administrators 30:6 (November/December, 1985) 96-106.

"Television, the Treatment of Illness, and the Portrayal of Institutional Change," JOURNAL OF COMMUNICATION 35:4 (Autumn, 1985), 36-52 (first author with Lisa Coe).  Reprinted in G. Kreps and B. Thornton (eds.), *Health Communication: Theory & Practice* 2nd Edition (Waveland Press, 1992).

"TV's Effects on Children:  What the Experts Believe," COMMUNICATION RESEARCH REPORTS 2:1 (December 1985 149-155 (alphabetically ordered authorship with Carl Bybee and Danny Robinson).

"A Mass Communication Perspective on Publishing," JOURNAL OF POPULAR CULTURE (Spring 1984) 100-109.

"Local TV: Producing Soft News,"  JOURNAL OF COMMUNICATION (Spring, 1983) 111-123.

"Producing TV's News:  How Important is Community?"  JOURNAL OF COMMUNICATION (Spring 1982) 186-193.

"Determinants of Parental Guidance of Children's TV Viewing for a Special Subgroup:  Mass Media Scholars,"  JOURNAL OF BROADCASTING 26:3  (Fall, 1982) 697-711 (alphabetically ordered authorship with Carl Bybee and D. Robinson).

"The Role of 'The Audience' in Publishing Children's Books"  JOURNAL OF POPULAR CULTURE 16:2 (Fall, 1982) 90-100.  Winner of the Russell B. Nye Award

"Broadcast Television's Publicity Outlets:  An Initial Investigation,"  PUBLIC RELATIONS REVIEW  7:3 (Fall, 1981) 111-123 (first author with Ceritta Park).

"Non-fiction on Commercial Children's Television:  Trends and Policy Implication," JOURNAL OF BROADCASTING 24:4  (Fall, 1980)  437-448.

"Television Sponsorship Forms and Program Subject Matter," JOURNAL OF BROADCASTING  24:3 (Summer, 1980) 381-399.

"Occupation and Personality on Television Dramas:  An Industry View,"  COMMUNICATION RESEARCH 7:3 (July 1980) 295-318.

"Casting For Television:  The Anatomy of Social Typing," JOURNAL OF COMMUNICATION 28:4 (Autumn, 1978) 18-24.

"The Impact of Differing Orientations of Librarians on the Process of Book Selection:  A Case Study of Library Tensions."  THE LIBRARY QUARTERLY (The University of Chicago Press) 48:3 (July, 1978) 278-292.

"Another View of Citizen Feedback to the Mass Media," PUBLIC OPINION QUARTERLY 41:4 (Winter, 1977-78) 534-543.

"Advising and Ordering:  Daytime, Prime Time,"  JOURNAL OF COMMUNICATION 24:2 (Spring, 1974) 138-140.

"Talk Show Radio As Interpersonal Communication," JOURNAL OF BROADCASTING 18:2 (Spring, 1974) 171-191.

"Dickens and Fire Imagery," REVUES DES LENGUES VIVANTES 40:4 (Winter, 1974)  359-370 (second author with Benjamin Fisher).


Book Chapters

"The Past, Present, and  Future of Internet Personalization." In Emily West and Matthew McAllister (Eds.), THE ROUTLEDGE COMPANION TO ADVERTISING AND PROMOTIONAL CULTURE, 2nd edition, forthcoming.

"Digital Advertising." In Gregory A. Bourchard (Ed.), ENCYCLOPEDIA OF JOURNALISM (Thousand Oaks, CA: Sage Publications, forthcoming 2022).

"The Development of the Modern Advertising Industry."  Opening chapter in Jonathan Hardy (Ed.) THE ADVERTISING HANDBOOK (Routledge, 2018)

"Americans and Marketplace Privacy: Seven Annenberg National Surveys in Perspective."  In Evan Selinger, Jules Polonetsky, and Omer Tene (Eds.), CAMBRIDGE HANDBOOK OF CONSUMER PRIVACY (Cambridge University Press, 2018).

Nora Draper and Joseph Turow, "Audience Constructions, Reputations, and Emerging Media Technologies: New Issues of Legal and Social Policies." In Roger Brownsword, Eloise Scotford, and Karen Yeung (Eds.) THE OXFORD HANDBOOK OF THE LAW AND REGULATION OF TECHNOLOGY (Oxford UK: Oxford University Press), online publication date: December 2016.

"Personalization."  In Laurie Ouellett and Jonathan Gray (Eds.), KEYWORDS IN MEDIA STUDIES (New York: NYU Press, 2017).

 "The Digital Transformation of Physical Retailing." In A. Bechmann and S. Lomborg (Editors), THE UBIQUITOUS INTERNET (New York and London: Routledge, 2015).

"Self-Regulation and the Construction of Media Harms: Notes On the Battle Over Digital Privacy."  In Monroe Price and Stefaan Vurhurst (Eds.), HANDOOK OF MEDIA LAW AND POLICY (New York and London: Routledge, 2013).

"Media Buying: The New Power of Advertising." In Matt McAllister and Emily West (Editors), ROUTLEDGE COMPANION TO ADVERTISING AND PROMOTIONAL CULTURE (New York: Routledge, 2012).

"The Industrial Construction of Audiences in Mass Media Industries."  In Charles Salmon (Editor), COMMUNICATION YEARBOOK *36* (Taylor & Francis).

"Media Buying: The New Power of Advertising." In Matt McAllister and Emily West (Eds.), ROUTLEDGE COMPANION TO ADVERTISING AND PROMOTIONAL CULTURE (New York: Routledg, in press).

"How Should We Think About Audience Power in the Digital Age?" In Vicki Mayer (Ed.) RESEARCH IN MEDIA INDUSTRIES. London and New York: Blackwell, 2012.

J Turow and Nora Draper, "Advertising's New Surveillance Ecosystem." In Kirstie Ball , David Lyon, and Kevin Haggerty (Eds.) ROUTLEDGE INTERNATIONAL HANDBOOK OF SURVEILLANCE STUDIES. London and New York: Routledge , 2012.

 "Doctor Kildare's Strange Case," In Henri G. Holt (Ed.), THE PICTURE OF HEALTH: MEDICAL ETHICS AND THE MOVIES. New York and London: Oxford University Press, 2011.

"Rethinking Television in the Digital Age."  In Lilie Chouliaraki and Mette Morsing (Eds.) MEDIA, ORGANISATION, AND IDENTITY.  London: Palgrave Macmillan, in press for 2010.

 "A World of Blurred Media Boundaries."  In B. Yiqun and H. Ming, POWER WITHOUT BOUNDARIES: DIALOGUE WITH SUMNER REDSTONE, Nanfang, China: Nanfang Daily Press, 2010.  In Chinese and English.

"Segment-Making and Society-Making Media: What is a Good Balance?"  In Academic Committee of Beijing Forum, SELECTED PAPERS FROM THE BEIJING FORUM (Beijing, China, 2009)

 "George Gerbner."  In Wolfgang Donsbach, editor, INTERNATIONAL ENCYCLOPEDIA OF  COMMUNICATION. London: Blackwell Publishing, 2008.

J Turow and R Gans-Boriskin, "From Expert in Action to Existential Angst: A Half Century of Television Doctors."  In  L Reagan and P Treichler (Eds.) MEDICINE'S MOVING PICTURES. State University Press of New York, 2007.

Jessica Taylor-Piotrowski and Joseph Turow, "Children and the Internet." In Jeffrey Jensen Arnett, Ed., ENCYCLOPEDIA OF CHILDREN, ADOLESCENTS, AND THE MEDIA. Newbury Park, CA: Sage, 2007.

 "Cracking the Consumer Code: Advertising, Anxiety and Surveillance in the Digital Age."  In Kevin Hagerty and Richard Ericson, Eds., THE NEW POLITICS OF SURVEILLANCE AND VISIBILITY.  Toronto: University of Toronto Press, 2006.

"Taken to Extremes: Newspapers and Kevorkian's Televised Ethanasia Incident."  In Lester Friedman, Eds., CULTURAL SUTURES: MEDICINE AND MEDIA. Durham, NC: Duke University Press, 2004.

"Introduction to the Wired Homestead," in Joseph Turow and Andrea Kavanaugh (editors), THE WIRED HOMESTEAD: AN MIT PRESS SOURCEBOOK ON THE INTERNET AND THE FAMILY.  Cambridge, MA: MIT Press, 2003.

Joseph Turow and Rivka Ribak, "Toward a World System Perspective on Cross-National Web Research" in Robin Mansell, Rohan Samarajiva, and Amy Mahan, NETWORKING KNOWLEDGE FOR INFORMATION SOCIETIES: INSTITUTIONS & INTERVENTION (Delft, the Netherlands: University of Delft Press, 2002).

"U.S. Television Broadcasting," ENCYCLOPEDIA OF COMMUNICATION AND INFORMATION. (New York: Macmillan, in press).

With Lilach Nir, "The Internet and the Family: The View From Parents," in Cecilia von Feilitzen  amd Ulla Carlsson (ed.s), Children in the New Media Landscape.  (Goteborg, Sweden: UNESCO International Clearinghouse on Children and Violence on the Screen, 2000), pp. 331-348.

"Segmenting, Signaling and Tailoring: Probing the Dark Sides of Target Marketing," in Robin Andersen and Lance Strate (editors), CRITICAL STUDIES IN MEDIA COMMERCIALISM (New York: Oxford University Press, 2000).

"Marcus Welby, M.D." and "Medic" essays in Horace Newcomb, THE ENCYCLOPEDIA OF TELEVISION (Chicago: Fitzroy Dearborn, 1997).

"James Dean in a Surgical Gown," in Lynn Spigel and Michael Curtin (eds.), THE REVOLUTION WASN'T TELEVISED (New York and London: Routledge, 1996).

"Geschichtenerzalen im Zeitalter der Medien-Synergie" ("Storytelling and Media Synergy"), in B. Franzmann, et. al. (eds.), AUF DEN SHULTEN VON GUTENBERG (ON GUTENBERG'S SHOULDERS (Mainz, Germany: Stiftung Lesen, 1994), pp. 240-245.

"A Mass Communication Perspective on Entertainment Industries," in J. Curran and M. Gurevitch (eds.), CULTURE, SOCIETY, AND THE MEDIA 2nd Edition.  London: Edward Arnold, 1992; New York, Routledge, 1992.

"Power Roles and News Organizations," in C. Stratos (ed.), THE WORLD OF NEWS.  Athens, Greece: Gnosis Publishing Company, 1991.  Translated into Greek.

"Media Industries, Media Consequences: Rethinking Mass Communication," in J. Anderson (ed.), COMMUNICATION YEARBOOK.  Newberry Park, CA.: Sage Publications, 1990.

"The Critical Importance of Mass Communication As a Concept," in B. Ruben and L. Lievrow (eds.),  INFORMATION AND BEHAVIOR.  New Brunswick, NJ: Transaction Books, 1990, pp. 9-20.

"Television and Institutional Power:  The Case of Medicine," in B. Dervin, L. Grossberg, and E. Wartella, RETHINKING COMMUNICATION: PARADIGM EXEMPLARS.  Newberry Park, CA.: Sage Publications, 1989, pp. 454-473.

"Publishing Industry," in Erik Barnouw (ed.), THE INTERNATIONAL ENCYCLOPEDIA OF COMMUNICATION.  New York: Oxford University Press, 1989, Volume 3, pp. 402-406.

"Learning to Portray Institutional Power:  The Socialization of Creators in Mass Media Organizations," in Phillip Tompkins and Robert McPhee (eds.), ORGANIZATIONAL COMMUNICATION:  TRADITIONAL THEMES AND NEW DIRECTIONS.  Beverly Hills:  Sage Productions, 1985, pp. 211-234.

"The Influence of Pressure Groups on Television Entertainment:  A Framework for Analysis," in W. Rowland and B. Watkins, INTERPRETING TELEVISION.  Beverly Hills:  Sage Publications, 1985, pp. 142-164.

"Corporate Planning and Media Culture," in Robert Bostrom (ed.),  COMMUNICATION YEARBOOK 7.  Beverly Hills:  Sage Publications, 1983, pp. 412-442.

"Unconventional Programs on Commercial Television:  An Organizational Perspective," in C. Whitney and J. Ettema (eds.), INDIVIDUALS IN MASS MEDIA ORGANIZATIONS. Beverly Hills:  Sage Publications, 1981, pp. 107-130.  Reprinted in D. Thomas, STUDIES IN MASS COMMUNICATION. Norwood, New Jersey: Ablex, 1984, pp. 77-95.

"Client Relationship and Children's Book Publishing," in Paul Hirsch, Peter Miller, and F. Gerald Kline (eds) STRATEGIES FOR COMMUNICATION RESEARCH.  Beverly Hills: Sage Publications, 1978, pp. 79-92.

Commentaries and Book Reviews

"Hear That? It's Your Voice Being Taken for Profit," Guest Essay, New York Times, September 12, 2021.

Richard John and Joseph Turow, "Cutting Back the U.S. Postal Service Would Hurt the Lifeblood of Democracy," Washington Post "Made by History" section, August 18, 2020.

"AI Marketing as a Trojan Horse," for a New America publishing project about issues surrounding artifician intelligence, November 29, 2018, https://www.newamerica.org/public-interest-technology/blog/ai-marketing-trojan-horse/

Essay "Mark Zuckerberg's Delusion of Consumer Consent," appeared in the "Opinion" (Op-Ed) Section of the *New York Times*, January 29, 2019, https://www.nytimes.com/2019/01/29/opinion/zuckerberg-facebook-ads.html

"Let's Retire the Phrase 'Privacy Policy,'" *New York Times* Opinion (Op-Ed) Section, August 20, 2018, p. A23, https://www.nytimes.com/2018/08/20/opinion/20Turow.html

Audio discussion of *The Aisles Have Eyes*, with Professors Inger Stole (U of Illinois) and Matt McAllister (Penn State U) recorded by invitation for the website of the journal ADVERTISING & SOCIETY QUARTERLY 18:1 (2017), "https://www.google.com/search?source=hp&ei=wbzXWoiJHeayggeP56fYDA&q=Fortune+"joseph+turow"+google&oq=Fortune+"joseph+turow"+google&gs_l=psy-ab.3..33i160k1l2.1664.11510.0.11848.31.31.0.0.0.0.106.2506.30j1.31.0....0...1c.1.64.psy-ab..0.30.2412...0j0i131k1j0i22i30k1j0i22i10i30k1j33i21k1.0.s70AKQ1dCRE"

"Google Still Doesn't Care About Your Privacy," Fortune.com, June 28, 2017, https://www.google.com/search?source=hp&ei=wbzXWoiJHeayggeP56fYDA&q=Fortune+"joseph+turow"+google&oq=Fortune+"joseph+turow"+google&gs_l=psy-ab.3..33i160k1l2.1664.11510.0.11848.31.31.0.0.0.0.106.2506.30j1.31.0....0...1c.1.64.psy-ab..0.30.2412...0j0i131k1j0i22i30k1j0i22i10i30k1j33i21k1.0.s70AKQ1dCRE

THE ATLANTIC interview (conducted and edited by Kaveh Waddel) about The Aisles Have Eyes: "Incessant Consumer Surveillance is Leaking Into Stores," *The Atlantic*, October 20, 2016. https://www.theatlantic.com/technology/archive/2016/10/incessant-consumer-surveillance-is-leaking-into-physical-stores/504821/

"The Future of Shopping is More Discrimination," *The Atlantic*, February 27, 2017. https://www.theatlantic.com/business/archive/2017/02/turow-aisles-future-of-shopping/517413/

"Behavior Aside, Consumers Do Want Control of Their Privacy," *Advertising Age*, January 29, 20013, p.  See also http://adage.com/article/guest-columnists/behavior-consumers-control-privacy/239376/

Invited blogger for ConcurringOpinions.Org, a popular blog site for law professors and policymakers.  Wrote three short opinion entries: "The Hidden Dynamics of the Media System," "The Disconnect Between What People Say and Do About Privacy," and "The Valentine's Day Gift That Keeps On Giving."

"The Importance of Distribution."  Written response to invited panel discussion on Media Industries at CarseyWolf Center at the University of California, Santa Barbara.http://www.carseywolf.ucsb.edu/files/Turow_NetWorth.pdf , 2010.

"Don't Give Google Double the Power," SAN FRANCISCO CHRONICLE, October 3, 2007, B-9.

"Wir Erleben Die Geburtsstunde Giner Kultur Der Verdächtigungen,"  GDI IMPULSE (Zurich, Switzerland), Fall 2007, pp. 64-69

Joseph Turow, Robert Gellman and Judith Turow, "Why Marketers Want Inside Your Medicine Cabinet," SAN FRANCISCO CHRONICLE, March 5, 2007, p. D-9.

Joseph Turow, Robert Gellman and Judith Turow, "Personalized Marketing of Health Products the 21st Century Way," VIRTUAL MENTOR: AMERICAN MEDICAL ASSOCIATION JOURNAL OF ETHICS, March 2007 (9:3), pp. 206-209.

"Hidden Messages: Is New Technology Empowering Consumers – Or Marketers," BOSTON GLOBE, August 27, 2006, p. D6.

"Industrial Folklore: George Gerbner's (Tele)Vision,"  THE AMERICAN INTEREST  1:4 (Summer, 2006), pp. 101-106.

"Have They Got a Deal For You; It's Suspiciously Cozy in the Cybermarket," THE WASHINGTON POST, June 19, 2005  An invited essay for the Sunday edition; republished in *Newsday*, the *Pittsburgh Post-Gazette*, and other newspapers.

"The Challenges Facing Advertising," a Daily Brief commissioned by the Oxford Analytica consulting firm, week of January 19, 2004.

Book review of Commercial Culture: The Media System and the Public Interest by Leo Bogart in PUBLIC OPINION QUARTERLY (in press).

Joseph Turow, John Bracken, and Lilach Nir, "Special Report--The Internet and the Family: The View from the Press," ON THE INTERNET: AN INTERNATIONAL PUBLICATION OF THE INTERNET SOCIETY, July/August, 1999, pp. 26-41.

Joseph Turow and Arthur Caplan, "Media dropped the ball on Kevorkian broadcast," DETROIT FREE PRESS, Sunday, February 28, 1999, page 3J

"Workplace Bathroom as Think Tank," LOS ANGLES TIMES, March 2, 1998, pp. F8-F9.

"Breaking Up America: The Dark Side of Target Marketing," AMERICAN DEMOGRAPHICS, in November, 1997.

"Image Tribes," PENNSYLVANIA GAZETTE, May 1997.

"Interview with Larry King" In Larry King, FUTURE TALK (New York: Harper Collins, 1997).

"Print Media Coverage of Political Talk Radio," Annenberg School For Communication, August, 1996.

"Television's Doctor Shows," ENCYCLOPEDIA BRITANICA 1996 MEDICAL ANNUAL (Chicago: Encyclopedia Britannica, 1995), pp. 104-117.

"Doc Shows Give Wrong Health-Care Diagnosis," LOS ANGELES TIMES, October 31, 1994, p. F3.

"Book Review" of SOCIETY'S IMPACT ON TELEVISION, by Gary Selnow and Richard Gilbert, JOURNAL OF BROADCASTING AND ELECTRONIC MEDIA, Summer, 1994, pp. 367-369.

"Book Review" of PUBLIC RELATIONS ANNUAL by Larissa Grunig and James Grunig, JOURNAL OF COMMUNICATON.

"Commentary: Now's the Right Time for Dr. Kildare and Ben Casey," LOS ANGELES TIMES, December 18, 1993, p. F17, F22.

"Commentary: Just Boys or Civilization Destroyers?  Say what you will about the moronic duo [Beavis and Butt-head], they've helped to cement MTV's identity with viewers and advertisers," LOS ANGELES TIMES, September 12, 1993, Sunday Calendar Section, p4 and 73.

"Commentary: Can a Meanie Make It in Sitcomland?" LOS ANGELES TIMES, December 29, 1992, p. F3 and F5.

"Book Review" of ORGANIZATIONAL LIFE ON TELEVISION by Leah Vande Berg and Nick Trujillo in JOURNALISM QUARTERLY.

Book Review" of AN EMPIRE OF THEIR OWN by Neal Gabler in JOURNAL OF COMMUNICATION, Autumn 1989.
"Book Review" of THE HOLLYWOOD TELEVISION PRODUCER by Muriel Cantor in JOURNAL OF BROADCASTING AND ELECTRONIC MEDIA 32:4 (Fall,.1988), 495-97.

"Television Doctors and the Real World," RESIDENT & STAFF PHYSICIAN, July 1986, 74-79.

"Book Review" of TELEVISION IN THE PUBLIC INTEREST by Michael Botein and David Rice in CONTEMPORARY SOCIOLOGY.

"Book Review" of POSITIVE IMAGES:  BREAKING STEREOTYPES WITH CHILDREN'S TELEVISION by Jerome Johnstone and James Ettema in AMERICAN JOURNAL OF SOCIOLOGY.

"Children's Television" entry (on program THE SMALL FRY CLUB) in Clifford Johnson, THE BOOK OF DAYS.  Ann Arbor, Michigan:  Pierian Press, 1987 (with Wendy Hajjar).

"A View of Broadcast Museums," VARIETY (April 9, 1986) 96, 111.

"Book Review" of CREATING MEDIA CULTURE by Robert Snow
in JOURNAL OF COMMUNICATION 34:3 (Summer, 1984) 193-196.

"Book Review" of BOOKS: THE CULTURE AND COMMERCE OF PUBLISHING BY L. Coser, C. Kadushin, and W. Powell, in LIBRARY QUARTERLY  53:2 (Spring, 1983, 191-192.

Book Review of OBJECTIVITY AND THE NEWS by Dan Schiller, in LIBRARY QUARTERLY 52:1 (January, 1982) 70-71.

"Book Review" of TELEVISION TODAY in LIBRARY QUARTERLY 51:4  (October, 1981) 454-456.

"Book Review" of PROGRESS IN THE COMMUNICATION SCIENCES edited by Melvin Voigt and Gehardt Hanneman, in Library Quarterly 51:1 (October, 1981) 126-127.

"Expanding the Spectrum of Choice in the Mass Market," SIGNAL (the official newsletter of the International Reading Association's Special Interest Group on Adolescent Literature) 3:6 (February, 1978) 1-3.

"Book Review" of TUBE OF PLENTY:  THE EVOLUTION OF AMERICAN BROADCASTING by Eric Barnouw, in JOURNAL OF BROADCASTING 21:1 (Winter, 1977).

"Book Review" of POWER TO PERSUADE: MASS MEDIA AND THE NEWS by Robert Cirino, in JOURNAL OF BROADCASTING 19:3 (Summer, 1975) 378-379.

❧ Editorial and Academic Consulting Activities

-Founding Advisory Board, Northeast Regional Privacy Scholars Conference, 2017-
-Editorial Board Member, JOURNAL OF BROADCASTING & ELECTRONIC MEDIA, 2012- , and JOURNAL OF MEDIA INDUSTRIES, 2014-
-Advisory Board Member, MEDIA AND COMMUNICATION journal of the Union of Local Public Broadcasters of Montenegro, Europe.
- Series Editor, "New Media World," University of Michigan Press, 2008-
- Editorial Board Member, INTERNATIONAL JOURNAL OF COMMUNICATIOLN, 2018- continuing.
- Editorial Board Member, POETICS, 2002- 2018.
- Editorial Board Member, JOURNAL OF BROADCASTING & ELECTRONIC MEDIA, 1985-1994; 1997 -continuing.
- Editorial Board Member, JOURNALISM, 2001- 2006.
- Editorial Board member, CRITICAL STUDIES IN MEDIA COMMUNICATION, 1984- 1989 (founding editorial board) and 1998-2003.
- Advising and Contributing Editor, JOURNAL OF COMMUNICATION, 1981-1991; 1996 - 2000.
- Editorial Board Member, Sage Annual Reviews of Communication Research, 1986-continuing
- Founding International Advisory Board, NEW MEDIA AND SOCIETY, 1998 - continuing.
- Editorial Board Member, ENCYCLOPEDIA OF ADVERTISING.
- Awarded a major grant from the Kaiser Family Foundation for study study of health care policies on TV hospital series.
- Awarded a major grant from the Annenberg Public Policy Center for a multi-faceted study of the family and the Internet, 1998-99.
- Co-Principal Investigator on grant from the Ford Foundation to study the process and effects political talk radio, 1996. Other Principal Coinvestigators: Professors Kathleen Jamieson and Joseph Capella.
- Program review consultant, Rutger's University Department of Communication, March 1992.
- Communication Advisory Panel, Please Touch Children's Museum (Philadelphia), 1992-1993.
- Advisory Board Member, WPBT-TV, Miami, National Programming Division, for a new series aimed at "reluctant readers," 1991-
- Advising Editor, Ablex Communication Book Series, 1988-1991.
- Advisory Board Member, Telecourse Project on Mass Communication, WGBH-TV Boston, 1989-1991.
- Appointed to the National Endowment for the Humanities Summer Stipend Advisory Committee, 1987
- Assistant Editor, CENTRAL STATES SPEECH COMMUNICATION JOURNAL, 1983- 1985
- Editorial Board Member, COMMUNICATION EDUCATION, 1978-1982.
- Occasional referee for manuscripts submitted to COMMUNICATION MONOGRAPHS, HUMAN COMMUNICATION RESEARCH, THE WESTERN SPEECH COMMUNICATION JOURNAL, POLITICAL COMMUNICATION, and THE LANCET.
- Reviewer of book manuscripts for HarperCollins, Holt, Rhinehart, & Winston, Allyn and Bacon, Bobbs-Merrill, Scott-Foresman, Sage Publications, Oxford University Press, and other publishers.

ℌ Invited Presentations (examples)

- **Keynote address**, "Voice Biometrics and the Future of Advertising," planned for the annual meeting of Advertising & Society Quarterly, November 2021.
- Invited lecture, "Voice Biometrics, Marketing, and the Problem of Consent," for October 28, 2021.
- **Keynote discussant**, Toronto (Canada) Public Library system and McMaster University discussion series "Big Tech in Our Backyards," on May 14, 2021, via Zoom, focusing *The Voice Catchers* and *The Aisles Have Eyes*.
-Panel speaker, "Retailing and Discriminatory Digital Technologies," European University Institute conference on "Pricing Technologies and their Economic and Social Technologies," forthcoming on March 26, 2021.
- **Keynote Speaker**, "Seductive Surveillance and Consumer Technology: Ethical Challenges in Media Work," Lehigh University, October 20, 2020.
-"Seductive Surveillance and Social Change: The Rise of the Voice Intelligence Industry," Association of Internet Researchers annual conference, October 5, 2020.
-Panel speaker, "How Do We Move Beyond Consent Models in Privacy Legislation?" Public Knowledge webinar, August 21, 2020.
- "Seductive Surveillance and Social Change," Privacy Scholars Law Conference, June 4, 2020.
- **Keynote speaker**, "The Resignation Industry and the Future of Media," Infrastructures of Datafication conference, University of Copenhagen, September 12, 2019.
-"What Americans Don't Know About Marketing Research," invited talk to Facebook Corporation's Advertising Research group, July 31, 2019
--"The Resignation Industry and the Future of Media," Invited talk to Capitol Hill staffers arranged through the Wharton Policy Initiative, October 25, 2019
- Invite lecture, "The Rise of the Voice Intelligence Industry," University of Copenhagen, September 2019.
- Invited **Melvin DeFleur Memorial Lecture**, "The Resignation Industry and the Future of Media Studies," Boston University School of Communication, April 4, 2019.
-Invited lecture, "The Corporate Cultivation of Digital Resignation," CyLab Privacy and Security Institute, March 28, 2019.
-The Rise of the Resignation Industry," an invited lecture at Haifa University's Cyber Law Center, February 2019.
- Invited lecture, "Toward a Sociology of Resignation," Stanford University Department of Communication, October 1, 2018.
- Invited presentation at the "Technology and the Self" conference sponsored by the American American Academy of Sciences at Stanford University's Advanced Study in the Behavioral Sciences, September 29, 2018.
- Invited lecture, "The Resignation Industry and the Future of Media Studies," Cornell University Department of Communication, April 30, 2018.
**-Keynote speaker**, "The Data Explosion Online and Off: Pros and Cons," at a symposium in honor of Wayne State University's 150th anniversary, March 16, 2018.
-**Keynote speaker**, "Exploring Everyday Life to Understand Digital Democracy," at "Digital Democracy: Critical Perspectives in the Age of Big Data," Sodertorn University, Stockholm Sweden, November 11, 2017.
-**Keynote speaker**, "Branded Content and the New Advertising Landscape," Branded Content Research Network Conference, University of East London, November 7, 2017.
-Invited lecture, "The Hidden Life of Data in 21st Century Commerce," Invited talk jointly by the University of Amsterdam Schoool of Communication Research (ASCoR) and the University of Amsterdam Law School, Amsterdam The Netherlands, February 2017; also presented as an

invited lecture at Ryerson University's Privacy and Big Data Institute, Toronto Canada, February, 2017.

-Competitively selected speaker, first "Privacy Con" meeting, Federal Trade Commission, January 14, 2016.

-**Keynote panelist**, Data Power Conference 2015, University of Sheffield, June 22, 2015.

-Invited lecture, Temple University School of Communication, February 3, 2015.

-On stage "interview" of me about privacy and marketing conducted as a session at the "Mediapost RTB [real-time-bidding]"conference during Advertising Week in New York City, October 2014.

-Invited presentation, "Big Data, Marketing, and Discrimination," Federal Trade Commission meeting on "Big Data: A Tool for Inclusion or Exclusion," September 15, 2014.

-Presented annual Ethics and Media lecture, Loyola Marymount University, March 2014.

-Invited panelist, Alternative Scoring Products seminar, Federal Trade Commission, March 2013.

-Invite lecture, Goldsmith College, University of London, May 2013

-Presented invited written and oral testimony at the US Senate Committee on CSommerce, Science, and Transportation, December 2013.

-Invited lecture, University of Southern California Annenberg School, October 2013.

-Invited speaker, Culture Industries Workshop, Haifa University, October 2013.

-Invited lecture, Goldsmith College, University of London, May 2013.

-2013 John P. MCGovern Lecture in Health Communication, University of Texas at Austin, April, 2013.

-2013 *Choice Scholar* Lecturer for the Lambda Pi Eta Communication Honors Society at University of California, Santa Barbara, April 2013.

-Ford Foundation conference speaker on big-data and the media, October, 2012.

-**Keynote Speaker**, Cross-university journalism symposium in Helsinki, Finland, scheduled for May 10, 2012.

- **Keynote Speaker**, Ad-Tech conference in San Francisco, April 4, 2012.

- **Keynote Speaker**, Deutcher Medienkongress 2012, Frankfurt Germany 2012

- Faculty Seminar, Hebrew University's Department of Communication, December 27, 2011.

- Talk to the Federal Trade Commission Bureau of Consumer Protection, Washington, DC, October 4, 2011.

- Guest speaker, RIA Novosti press center (Moscow), as part of a series of seminars to commemorate RIA Novato's 70th anniversary.  September 8, 2011.  See http://en.rian.ru/agency_news/20110816/165826671.html

- Moscow State University School of Journalism, September 6, 2011.

- UCLA School of Nursing, **Keynote Speaker**, May 2011

- Haifa University, Israel, **Keynote Speaker** at the launch of a new information Studies Program, December 2010.

- New Media Days annual industry conference, Copenhagen, Denmark, **Keynote Speaker**, November 2010

- Invited testimony at a hearing titled "Consumer Online Privacy" convened by the U.S. Senate Committee on Commerce, Science, and Transportation, July 27, 2010.

- Robert Wood Johnson Foundation-sponsored conference on Digital Food-Marketing to Children, Washington, DC, April 2010

- Grand Rounds, Department of Neurosurgery, University of Pennsylvania School of Medicine, forthcoming May 2010

- Fordham University Law School, October 2009

- Columbia University School of Journalism, October 2009

- Louisiana State University, Department of Communication (two talks), November 2009

- National Communication Association preconference on new approaches to media industries, November 2009

- Advertising Research Foundation, November 2009
- Microsoft Corporation, December 2009.
- Columbia University School of Journalism, December 2009.
- Louisiana State University, November 2009.
- Fordham University Law School, November 2009.
- Yale Law School, March 2009
- Oxford Internet Institute, Oxford University, June 2009.
-Distinguished Lecture, BSF/DIMACS/DyDAn Workshop on Data Privacy, Rutgers University, February 2008.
-Invited speaker, Beijing Forum, Beijing China, November, 2007.
- Keynote speaker, International Workshop on Data Mining and Audience Intelligence for Advertising , August. 2007
- Microsoft Research, Redmond, Washington, lecture on "Niche Envy," February 2007
- National University of Singapore, lecture on "Media Storytelling, Marketing, and Soft Power," January 2006.
- Federal Trade Commission, October 2006.
- Stanhope Center (London) lecture on "Shopping in the Digital Age," July 2005.
- Ford Foundation meeting, panelist on academic concerns over copyright, January 2005.
- Invited keynote speaker, Haifa University, and invited lecturer, Ben Gurion University of the Negev, Israel, November 2004.
- Central European Budapest, October 2004, series of lectures.
- University of South Florida College of Medicine, March 2004, "Media's Image of Today's Physician: A Message to Future Doctors," Tampa, Florida.
-National Academy of Sciences, Board on Children, Youth and Families, January 2001
-Invited lecturer, Haifa University, Israel, November 2000
-Chancellor's Distinguished Lecturer, Louisiana State University, April 2000
-Invited lecturer, Hebrew University, Tel Aviv University, and Haifa University, Israel, February 2000
-Fordham University, April 1999
-Philadelphia Newspapers, Incorporated, January, 1998.
-Fleishman Hillard international retreat, November, 1997.
-Fleishman Hillard New York executive meeting, October, 1997.
-New York University, May, 1997
-Florida Bar Association, March 1977.
-Senior Fellows Program, University of Texas, September 1996.
-Center For Bioethnics, University of Pennsylvania, June 1996.
-Grand Rounds lecture, Department of Pediatrics, Thomas Jefferson University Hospital, June 1996.
-Sieganthaler Conference on the Press, Nashville, Tennessee, April 1996.
-Medical College of Pennsylvania (Grand Rounds Humanities Lecture), September, 1994.
-International Communication Association, Sidney Australia July 1994
-St. Andrews Episcopal Church, March 1994, Luncheon Series on Media and Social Values
-The College of Physicians of Philadelphia (Leslie Nicholas Lecture), October, 1993
-University of Delaware, Department of Communication, November 1992
-The Center for the Humanities, Wesleyan University, October 1992
-Conference on Social Theory, Policy, and the Arts, October 1992.
-Stiftung Lesen conference, Mainz (Germany), September, 1992
-Florida Atlantic University, February, 1992
-Twentieth Century Fund, October 1991
-Institute For Contemporary Art, Philadelphia, October 1991
-American Sociological Association, August 1991
-University of Pennsylvania Medical School entering class, January 1990
-University of Chicago Medical School, December 1989

&#8766;  Quotes and Appearances in Mass Media (examples)

-Interviewed regarding digital holiday shopping on Marketplace Tech, November 24, 2020,
- Interviewed by CNN.com about retailer-customer relations during the Covid pandemic, April 13, 2020.
-Quoted in "Welcome to the Promoconomy," by Jill Krasny, *New York Times* 20 August 2019.
-Quoted in "Timing Spurred Netflix Scene Cut," by Joe Flint, Wall Street Journal and Dow Jones Institutional News, July 18, 2019.
-Quoted in "Will Users Dump Google For an Offer of Privacy?" by Nathaniel Popper, The New York Times, 20 July 2019; also via New York Times Newsfeed and *International New York Times*.
-Essay "Mark Zuckerberg's Delusion of Consumer Consent," appeared in the "Opinion" (Op-Ed) Section of the *New York Times*, January 29, 2019,
https://www.nytimes.com/2019/01/29/opinion/zuckerberg-facebook-ads.html .
-Interviewed for an entire "Communicators" show in October 2018 on C-Span.  The interview is available online.  https://www.c-span.org/video/?452648-1/communicators-joseph-turow
-Essay "Let's Retire the Phrase 'Privacy Policy,'" appeared in the "Opinion" (Op-Ed) Section of the *New York Times*, August 20, 2018, p. A23,
https://www.nytimes.com/2018/08/20/opinion/20Turow.html
-*New York Times* article about the *Divided We Feel* report: Natasha Singer, "Creepy or Not?  Your Privacy Concerns Probably Reflect Your Politics," *New York Times*, April 30, 2018, pB4,
https://www.nytimes.com/2018/04/30/technology/privacy-concerns-politics.html
-Interviewed about *The Aisles Have Eyes* on NPR's "Fresh Air with Terry Gross," February 13, 2017.
-Interviews about *The Aisles Have Eyes* during Winter and Spring 2017 on public radio's Marketplace, CBS Morning News, the BBC Radio 4, public radio's Marketplace and in *Kiplinger's Personal Finance* magazine, among others.
-*The New York Times* devoted an article on the first page of the Business Section to the "Tradeoff Fallacy" report, June 4, 2015.  Among the more than 3000 articles discussing the report were those from The Washington Post, Techcrunch, Fortune, ClickZ, and Mediapost.
-Interview with Bloomberg TV on "The Tradeoff Fallacy," June 9, 2015.
-Quoted in The Business of Fashion (UK) on "Will Personalised Pricing Take E-Commerce Back to the Bazaar," March 20, 2015.
-Quoted in The Guardian (UK) on the rise of voiceprint ID Technology, October 14, 2014.
-Quoted in *The New York Times* and *Washington Post* regarding Facebook's decision to let users alter their ad profiles, June 13, 2014.
-Appeared in a Marketplace radio program report (on NPR)  on data brokers, May 28, 2014.
-Profiled and interviewed in Marketing News, the magazine of the American Marketing Association, March 2014.
-Quoted in *The New York Times*, *International Herald Tribune*, *Toronto Star*, and other news outlets about the implications of data broker Acxiom's activities, September and October, 2013.
- Entire *New York Times* article devoted to my lead-authored report on tailored political advertising, July 24, 2012.
-Interviewed by Terry Gross on NPR program "Fresh Air" February 22, 2012.
- Among other places, articles about my work appeared in The Philadelphia Inquirer (December 4, 2011), The Chronicle of Higher Education (January 29, 2012), The New York times (February

21, 2012),  Philadelphia Inquirer (March 11, 2012), Christian Science Monitor (March 14, 2012), and Times Higher Education Supplement (April 5, 2012)

-The Associated Press carried results of the report on young adults and privacy (April 15, 2010) and the article appeared in newspapers throughout the US and the world.  A story by Agence France Presse based on an interview with me gave the research further coverage in print and online.  Google News lists 346 links to the topic.

- The *New York Times* quoted me in three separate articles regarding media-and-marketing issues during the 2010-2011 academic year—on November 14, 2010, August 30, 2010, and August 8, 2010. The latter article, in the *New York Times Magazine*, called me "ranking wise man on some thorny new-media and marketing topics."

- *Marketplace*, a popular public-radio program, interviewed me four times during the 2010-2011 academic year for media-and-marketing stories—on March 17, 2011, December 20, 2010, October 27, 2010, October 14, 2010, and August 14, 2010.

- NPR's *Studio 360* built a story around my new Playing Doctor book, which it called Playing Doctor. The piece aired on December 10, 2010, as part of a *Studio 360* program on medicine in popular culture.

- The Associated Press carried results of the report on young adults and privacy (April 15, 2010) and the article appeared in newspapers throughout the US and the world.  A story by Agence France Presse based on an interview with me gave the research further coverage in print and online.

- *New York Times* article quoting my comments at Federal Trade Commission roundtable on privacy, December 7, 2009.

- Entire *New York Times* article with data chart and photo of me devoted to the report on tailored advertising, September 29, 2009

- Research described in Saul Hansell's *New York Times*  "Bits blog, March 19, 2009.

-  Quoted in *New York Times*, *Washington Post*, *USA Today*, public radio's *Marketplace*, and elsewhere regarding the FTC decisionmaking regarding Google's decision to buy DoubleClick, late 2007.

- Findings of the "Open for Exploitation" survey reported in an Associated Press national article, on CNN, MSNBC, Fox, the *New York Times*, *Washington Post*, and many other news outlets throughout the US and internationally.

- Quoted prominently in a New York Times Magazine article about the Nielsen ratings, April 10, 2005.  The article named "Joseph Turow . . . probably the reigning academic expert on media fragmentation…."

- Research highlighted in the Penn Arts & Sciences Magazine, Winter 2005.

- Interviewed in a story about cameras in the courtroom that appeared on CNN, July 2, 2004.

- Profiled (with photo) in *The New York Times* (June 14, 2004) about the Knowledge Held Hostage conference I implemented.

- Interviewed in a story on cellphone privacy that appeared on the CBS Evening News with Dan Rather and the CBS Morning News, December 2 and 3 2003.

- Front page article (with photo) in Philadelphia Business Journal (July 28, 2003) about the Robert Wood Johnson funded CD, *Prime Time Doctors: Why Should You Care?*

-"Americans and Online Privacy,: the APPC report released in June 2003, received coverage in the Wall Street Journal, New York Times, and Washington Post as well as nationally and internationally through Associated Press and Reuters articles.

-Article in The New York Times (12/29/02) about my attempt to de-capitalize the word internet.

-The Today Show (NBC) August 24, 2002, on ethical issues relating to pharmaceutical marketing
-The study for the Kaiser Family Foundation on health policy issues in TV's medical dramas was cited in several newspapers around the US.
-The 3rd Internet and the Family report, released at the end of March, 2001, received exclusive coverage in the New York Times and then appeared in many news sources across the country, including the Washington Post, Chicago Tribune, LA Times, Associated Press, and MSNBC. The study was received favorably by the Federal Trade Commission; it has been cited in at least one congressional hearing, and it continues to be cited in an ongoing debate about the Children's Online Privacy Protection Act.
-Over 100 television appearances, hundreds of newspaper quotes, Time magazine citation, and several radio interviews around release of "The Internet and the Family 2000," May 2000.
-Appearance on ABC Evening News spot about target marketing, March 2000.
-Various newspaper quotes (including *Newsday* regarding AOL's proposed purchase of Time Warner.)
-The Internet & Family study received enormous coverage in print, broadcast, and on the Internet during early May 1999. A (national) front page article in *The New York Times* was picked up around the nation. A long Associated Press piece was also circulated throughout the country, as were a *Newsday* article and Knight-Ridder wire article. CBS news commentator Charles Osgood read a poem about the study on the CBS Radio Network.
-National Public Radio, Talk of the Nation guest for entire hour on media and social segmentation, January 1999
-*Philadelphia Inquirer*, May 10, 1998, large article highlighting my research.
-*Toronto Globe and Mail*, August 9, 1997, entire article about *Breaking Up America*
-*Atlantic Monthly*, June 1997, entire article on *Breaking Up America*
-**Talk of the Nation**, May 6, 1997; the entire program focused on *Breaking Up America*
-**Christian Science Monitor**, October 3, 1996, on strategies behind television's fall shows
-**Houston Chronicle**, August 25, 1996, on political talk-radio report
-National AP wire, August, 1996, on the impact of media mergers on radio
-**Newsday**, August 4, 1996, on strategies behind the networks' "family" dramas
-**Today Show**, November 17, 1994, on the history of doctor images on television
-**Dateline NBC** , July 10, 1993, on product placement in television and theatrical film

EXHIBIT B

| | | |
|---|---|---|
| Exh B - Calhoun v. Google -- FAC 16 APR 2021-with TOC-UNREDACTED.pdf | | |
| Dkt 2 2020-07-27 Exs 1 to 33-Complaint.pdf | | |
| Dkt 57 Def Google's MTD Complaint.pdf | | |
| Dkt 57-1 Proposed Order Granting MTD.pdf | | |
| Dkt 57-2 Decl of Andrew H Shapiro iso MTD | | |
| Dkt 57-3 Exh A to Shapiro Decl iso MTD | | |
| Dkt 57-4 Exh B to Shapiro Decl iso MTD | | |
| Dkt 57-5 Exh C to Shapiro Decl iso MTD | | |
| Dkt 57-6 Exh D to Shapiro Decl iso MTD | | |
| Dkt 58 Def Google's Req for Judicial Notice iso MTD | | |
| Dkt 58-1 Proposed Order Granting Req for Judicial Notice iso MTD | | |
| Dkt 66 PL Req for JN iso MPA in Opposition to MTD | | |
| Dkt 67 PL MPA in Opposition to MTD | | |
| Dkt 67-1 Decl of Jay Barnes iso PL Opp to MTD | | |
| Dkt 67-2 Exh A to Decl of Jay Barnes iso PL Opp to MTD | | |
| Dkt 67-3 Exh B to Decl of Jay Barnes iso PL Opp to MTD | | |
| Dkt 67-4 Exh C to Decl of Jay Barnes iso PL Opp to MTD | | |
| Dkt 67-5 Exh D to Decl of Jay Barnes iso PL Opp to MTD | | |
| Dkt 67-6 Exh E to Decl of Jay Barnes iso PL Opp to MTD | | |
| Dkt 67-7 Exh F to Decl of Jay Barnes iso PL Opp to MTD | | |
| Dkt 81 Google's Reply iso MTD | | |
| Dkt 142 Order Granting in part Denying in part MTD | | |
| 2021-07-05 Calhoun v. Google - Pl Kindler Dep. Tr. w. Confidentiality Designations + Errata | | |
| Calhoun_PDFTran_Confidentiality & 502(d) Designations and Signed Errata_ | | |
| Crespo_PDFTran_Confidentiality Designations and Signed Errata_ | | |
| MichaelHenry_PDFTran_Confidentiality Designations and Signed Errata | | |
| 2021.10.11 - Calhoun v. Google - PL Henry Decl iso Class Cert - DocuSigned - Marked for Redaction | | |
| 2021.10.11 - Calhoun v. Google - PL Kindler Decl UNDER SEAL | | |
| 2021.10.12 - Calhoun v. Google - PL E. Crespo Declaration ISO  MCC - SIGNED | | |
| 2021.10.12 - Calhoun v. Google - PL Dr. R. Johnson Declaration - DocuSigned | | |
| 2021.10.12 - Calhoun v. Google - PL P. Calhoun Declaration - Signed - Marked for Redaction | | |
| 2021-04-09 | ████ | (signed) |
| 2021-04-09 | ████ | (errata) |
| 2021-04-09 | ████ | (Full) |
| 2021-04-09 | ████ | (Mini) |
| ████ | vol. 1, Ex001 | |
| ████ | vol. 1, Ex002 | |
| ████ | vol. 1, Ex003 | |
| ████ | vol. 1, Ex004 | |
| ████ | vol. 1, Ex005 | |
| ████ | vol. 1, Ex006 | |
| ████ | vol. 1, Ex007 | |
| ████ | vol. 1, Ex008 | |
| ████ | vol. 1, Ex009 | |
| ████ | vol. 1, Ex010 | |
| ████ | vol. 1, Ex011 | |
| ████ | vol. 1, Ex012 | |

| | | |
|---|---|---|
| ███ | vol. 1, Ex013 | |
| | vol. 1, Ex014 | |
| | vol. 1, Ex015 | |
| | vol. 1, Ex016 | |
| | vol. 1, Ex017 | |
| | vol. 1, Ex018 | |
| | vol. 1, Ex019 | |
| | vol. 1, Ex020 | |
| | vol. 1, Ex021 | |
| | vol. 1, Ex022 | |
| 2021-06-11 | ███ | (Full) |
| 2021-06-11 | ███ | (Mini) |
| 2021-06-11 | ███ | (signed) |
| ███ | vol. 2, Ex008 | |
| | vol. 2, Ex010 | |
| | vol. 2, Ex017 | |
| | vol. 2, Ex023 | |
| | vol. 2, Ex024 | |
| | vol. 2, Ex025 | |
| | vol. 2, Ex026 | |
| | vol. 2, Ex028 | |
| | vol. 2, Ex029 | |
| | vol. 2, Ex030 | |
| | vol. 2, Ex031 | |
| | vol. 2, Ex032 | |
| | vol. 2, Ex033 | |
| | vol. 2, Ex034 | |
| | vol. 2, Ex035 | |
| | vol. 2, Ex036 | |
| | vol. 2, Ex037 | |
| | vol. 2, Ex038 | |
| | vol. 2, Ex040 | |
| | vol. 2, Ex041 | |
| | vol. 2, Ex042 | |
| | vol. 2, Ex043 | |
| | vol. 2, Ex044 | |
| | vol. 2, Ex045 | |
| | vol. 2, Ex046 | |
| | vol. 2, Ex052 | |
| | vol. 2, Ex053 | |
| | vol. 2, Ex054 | |
| | vol. 2, Ex055 | |
| | vol. 2, Ex057 | |
| | vol. 2, Ex059 | |
| 2021-08-04 | ███ | (Mini)(Executed) |
| ███ | Ex001 | |
| | Ex002 | |

| | Ex003 |
|---|---|
| | Ex004 |
| | Ex005 |
| | Ex006 |
| | Ex007 |
| | Ex008 |
| | Ex009 |
| | Ex010 |
| | Ex011 |
| | Ex012 |
| | Ex013 |
| | Ex014 |
| | Ex015 |
| | Ex016 |
| | Ex017 |
| | Ex018 |
| | Ex019 |
| | Ex020 |
| | Ex021 |
| | Ex022 |
| | Ex023 |
| | Ex024 |
| | Ex025 |
| GOOG-CABR-00422093 | |
| GOOG-CABR-04664058 | |
| GOOG-CABR-04664059 | |
| GOOG-CABR-04664061 | |
| GOOG-CABR-04664064 | |
| GOOG-CABR-04664066 | |
| GOOG-CABR-04664096 | |
| GOOG-CABR-04664133 | |
| GOOG-CABR-04664152 | |
| GOOG-CABR-04664174 | |
| GOOG-CABR-04664190 | |
| GOOG-CABR-04664216 | |
| GOOG-CABR-04664249 | |
| GOOG-CABR-04664360 | |
| GOOG-CABR-04664410 | |
| GOOG-CABR-04664456 | |
| GOOG-CABR-04664702 | |
| GOOG-CABR-04664727 | |
| GOOG-CABR-04664869 | |
| GOOG-CABR-04664870 | |
| GOOG-CABR-04664906 | |
| GOOG-CABR-04664907 | |
| GOOG-CABR-04664912 | |
| GOOG-CABR-04664916 | |

| |
|---|
| GOOG-CABR-04664919 |
| GOOG-CABR-04664962 |
| GOOG-CABR-04664964 |
| GOOG-CABR-04664969 |
| GOOG-CABR-04664972 |
| GOOG-CABR-04664975 |
| GOOG-CABR-04664976 |
| GOOG-CABR-04664979 |
| GOOG-CABR-04664983 |
| GOOG-CABR-04664985 |
| GOOG-CABR-04664990 |
| GOOG-CABR-04665000 |
| GOOG-CABR-04665002 |
| GOOG-CABR-04665003 |
| GOOG-CABR-04665005 |
| GOOG-CABR-04665036 |
| GOOG-CABR-04665071 |
| GOOG-CABR-04665078 |
| GOOG-CABR-04665081 |
| GOOG-CABR-04665085 |
| GOOG-CABR-04665086 |
| GOOG-CABR-04665091 |
| GOOG-CABR-04665097 |
| GOOG-CABR-04665098 |
| GOOG-CABR-04665125 |
| GOOG-CABR-04665127 |
| GOOG-CABR-04663985 |
| GOOG-CABR-04663986 |
| GOOG-CABR-04663987 |
| GOOG-CABR-04663988 |
| GOOG-CABR-04663989 |
| GOOG-CABR-04663990 |
| GOOG-CABR-04663991 |
| GOOG-CABR-04663992 |
| GOOG-CABR-04663993 |
| GOOG-CABR-04663994 |
| GOOG-CABR-04663995 |
| GOOG-CABR-04663996 |
| GOOG-CABR-04663997 |
| GOOG-CABR-04663998 |
| GOOG-CABR-04663999 |
| GOOG-CABR-04664000 |
| GOOG-CABR-04664001 |
| GOOG-CABR-04664002 |
| GOOG-CABR-04664003 |
| GOOG-CABR-04664004 |
| GOOG-CABR-04664005 |

| |
|---|
| GOOG-CABR-04664006 |
| GOOG-CABR-04664007 |
| GOOG-CABR-04664008 |
| GOOG-CABR-04664009 |
| GOOG-CABR-04664010 |
| GOOG-CABR-04664011 |
| GOOG-CABR-04664012 |
| GOOG-CABR-04664013 |
| GOOG-CABR-04664014 |
| GOOG-CABR-04664015 |
| GOOG-CABR-04664016 |
| GOOG-CABR-04664017 |
| GOOG-CABR-04664018 |
| GOOG-CABR-04664019 |
| GOOG-CABR-04664020 |
| GOOG-CABR-04664021 |
| GOOG-CABR-04664022 |
| GOOG-CABR-04664023 |
| GOOG-CABR-04664024 |
| GOOG-CABR-04664025 |
| GOOG-CABR-04664026 |
| GOOG-CABR-04664027 |
| GOOG-CABR-04664028 |
| GOOG-CABR-04664029 |
| GOOG-CABR-04664030 |
| GOOG-CABR-04664031 |
| GOOG-CABR-04664032 |
| GOOG-CABR-04664033 |
| GOOG-CABR-04664034 |
| GOOG-CABR-04664035 |
| GOOG-CABR-04664036 |
| GOOG-CABR-04664037 |
| GOOG-CABR-04664038 |
| GOOG-CABR-04664039 |
| GOOG-CABR-04664040 |
| GOOG-CABR-04664041 |
| GOOG-CABR-04664042 |
| GOOG-CABR-04664043 |
| GOOG-CABR-04664044 |
| GOOG-CABR-04664045 |
| GOOG-CABR-04664046 |
| GOOG-CABR-04664047 |
| GOOG-CABR-04664048 |
| GOOG-CABR-04664049 |
| GOOG-CABR-04664050 |
| GOOG-CABR-04664051 |
| GOOG-CABR-04664052 |

| | | |
|---|---|---|
| GOOG-CABR-04664053 | | |
| GOOG-CABR-04664054 | | |
| GOOG-CABR-04664055 | | |
| GOOG-CABR-04664056 | | |
| GOOG-CABR-04664057 | | |
| GOOG-CABR-00112576 | | |
| GOOG-CALH-00061965 | | |
| 2021- 10-04 | ██████ | (Full) |
| 2021- 10-04 | ██████ | (Mini) |
| ██ | - Exhibit 0001 | |
| ██ | - Exhibit 0002 | |
| ██ | - Exhibit 0003 | |
| ██ | - Exhibit 0004 | |
| ██ | - Exhibit 0005 | |
| ██ | - Exhibit 0006 | |
| ██ | - Exhibit 0007 | |
| ██ | - Exhibit 0008 | |
| ██ | - Exhibit 0009 | |
| ██ | - Exhibit 0010 | |
| ██ | - Exhibit 0011 | |
| ██ | - Exhibit 0012 | |
| ██ | - Exhibit 0013 | |
| ██ | - Exhibit 0014 | |
| ██ | - Exhibit 0015 | |
| ██ | - Exhibit 0016 | |
| ██ | - Exhibit 0017 | |
| ██ | - Exhibit 0018 | |
| ██ | - Exhibit 0019 | |
| ██ | - Exhibit 0020 | |
| ██ | - Exhibit 0021 | |
| ██ | - Exhibit 0022 | |
| ██ | - Exhibit 0023 | |
| ██ | - Exhibit 0024 | |
| ██ | - Exhibit 0025 | |
| ██ | - Exhibit 0026 | |
| ██ | - Exhibit 0027 | |
| ██ | - Exhibit 0028 | |
| ██ | - Exhibit 0029 | |
| ██ | - Exhibit 0030 | |
| ██ | - Exhibit 0031 | |
| GOOG-CABR-00108711 | | |
| GOOG-CABR-00111383 | | |
| GOOG-CABR-00145297 | | |
| GOOG-CABR-00147799 | | |
| GOOG-CABR-00150420 | | |
| GOOG-CABR-00151258 | | |
| GOOG-CABR-00354205 | | |

| |
|---|
| GOOG-CABR-00355004 |
| GOOG-CABR-00355149 |
| GOOG-CABR-00362698 |
| GOOG-CABR-00364415 |
| GOOG-CABR-00366162 |
| GOOG-CABR-00367383 |
| GOOG-CABR-00372073 |
| GOOG-CABR-00374001 |
| GOOG-CABR-00402720 |
| GOOG-CABR-00402880 |
| GOOG-CABR-00422093 |
| GOOG-CABR-00547621 |
| GOOG-CABR-00550863 |
| GOOG-CABR-00553365 |
| GOOG-CABR-00553475 |
| GOOG-CABR-00703904 |
| GOOG-CABR-00704188 |
| GOOG-CABR-00704534 |
| GOOG-CABR-00710092 |
| GOOG-CABR-00710115 |
| GOOG-CABR-00710166 |
| GOOG-CABR-00710288 |
| GOOG-CABR-00710374 |
| GOOG-CABR-00795653 |
| GOOG-CABR-00903443 |
| GOOG-CABR-03610307 |
| GOOG-CALH-00032220 |
| GOOG-CALH-00043038 |
| GOOG-CALH-00044479 |
| GOOG-CALH-00044714 |
| GOOG-CALH-00053600 |
| GOOG-CALH-00059317 |
| GOOG-CALH-00059428 |
| GOOG-CALH-00068733 |
| GOOG-CALH-00075689 |
| GOOG-CALH-00075919 |
| GOOG-CALH-00084655 |
| GOOG-CALH-00157011 |
| GOOG-CALH-00330107 |
| GOOG-CALH-00330880 |
| GOOG-CALH-00334843 |
| GOOG-CALH-00361018 |
| GOOG-CALH-00370149 |
| GOOG-CALH-00451935 |
| GOOG-CALH-00468016 |
| GOOG-CALH-00478788 |
| Exhibit C to the Report of Prof. Zubair Shafiq |

| |
|---|
| GOOG-CALH-00047155 |
| GOOG-CALH-00292464 |
| GOOG-CALH-00425997 |
| GOOG-CALH-00292464 |
| GOOG-CALH-00425997 |
| GOOG-CALH-00161431 |
| GOOG-CALH-00160816 |
| GOOG-CALH-00167567 |
| GOOG-CALH-00160256 |
| GOOG-CALH-00167233 |
| GOOG-CALH-00167921 |
| GOOG-CALH-00161424 |
| GOOG-CALH-00160209 |
| GOOG-CALH-00166737 |
| GOOG-CALH-00164156 |
| GOOG-CALH-00165315 |
| GOOG-CALH-00168615 |
| GOOG-CALH-00160141 |
| GOOG-CALH-00492050 |
| GOOG-CALH-00164080 |
| GOOG-CALH-00157961 |
| GOOG-CALH-00490900 |
| GOOG-CALH-00490997 |
| GOOG-CALH-00164270 |
| GOOG-CALH-00492257 |
| GOOG-CALH-00490975 |
| GOOG-CALH-00164086 |
| GOOG-CALH-00491569 |
| GOOG-CALH-00492127 |
| GOOG-CALH-00165051 |
| GOOG-CALH-00162941 |
| GOOG-CALH-00160845 |
| GOOG-CALH-00165100 |
| GOOG-CALH-00086062 |
| GOOG-CALH-00134537 |
| GOOG-CALH-00491386 |
| GOOG-CALH-00090106 |
| GOOG-CALH-00123078 |
| GOOG-CALH-00123183 |
| GOOG-CALH-00105741 |
| GOOG-CALH-00124703 |
| GOOG-CALH-00091435 |
| GOOG-CALH-00136717 |
| GOOG-CALH-00029143 |
| GOOG-CALH-00127960 |
| GOOG-CALH-00113945 |
| GOOG-CALH-00042656 |

| |
|---|
| GOOG-CALH-00137755 |
| GOOG-CALH-00029353 |
| GOOG-CALH-00029450 |
| GOOG-CALH-00134687 |
| GOOG-CALH-00077780 |
| GOOG-CALH-00126158 |
| GOOG-CALH-00097414 |
| GOOG-CALH-00096082 |
| GOOG-CALH-00127517 |
| GOOG-CALH-00077055 |
| GOOG-CALH-00081943 |
| GOOG-CALH-00128981 |
| GOOG-CALH-00087326 |
| GOOG-CALH-00087334 |
| GOOG-CALH-00138372 |
| GOOG-CALH-00130466 |
| GOOG-CALH-00084873 |
| GOOG-CALH-00011022 |
| GOOG-CALH-00073079 |
| GOOG-CALH-00103835 |
| GOOG-CALH-00073318 |
| GOOG-CALH-00077489 |
| GOOG-CALH-00077081 |
| GOOG-CALH-00084078 |
| GOOG-CALH-00079113 |
| GOOG-CALH-00086021 |
| GOOG-CALH-00077529 |
| GOOG-CALH-00082378 |
| GOOG-CALH-00084071 |
| GOOG-CALH-00077340 |
| GOOG-CALH-00082443 |
| GOOG-CALH-00085425 |
| GOOG-CALH-00069048 |
| GOOG-CALH-00073039 |
| GOOG-CALH-00133258 |
| GOOG-CALH-00144090 |
| GOOG-CALH-00121865 |
| GOOG-CALH-00083597 |
| GOOG-CALH-00090197 |
| GOOG-CALH-00077520 |
| GOOG-CALH-00123780 |
| GOOG-CALH-00081809 |
| GOOG-CALH-00136259 |
| GOOG-CALH-00082375 |
| GOOG-CALH-00084876 |
| GOOG-CALH-00070750 |
| GOOG-CALH-00088503 |

| |
|---|
| GOOG-CALH-00070039 |
| GOOG-CALH-00070149 |
| GOOG-CALH-00106769 |
| GOOG-CALH-00099042 |
| GOOG-CALH-00133463 |
| GOOG-CALH-00129726 |
| GOOG-CALH-00138379 |
| GOOG-CALH-00087441 |
| GOOG-CALH-00130568 |
| GOOG-CALH-00115085 |
| GOOG-CALH-00115206 |
| GOOG-CALH-00131468 |
| GOOG-CALH-00070709 |
| GOOG-CALH-00069963 |
| GOOG-CALH-00069689 |
| GOOG-CALH-00068895 |
| GOOG-CALH-00069704 |
| GOOG-CALH-00068919 |
| GOOG-CALH-00100926 |
| GOOG-CALH-00101593 |
| GOOG-CALH-00114890 |
| GOOG-CALH-00073526 |
| GOOG-CALH-00068652 |
| GOOG-CALH-00068688 |
| GOOG-CALH-00068689 |
| GOOG-CALH-00068694 |
| GOOG-CALH-00068814 |
| GOOG-CALH-00061979 |
| GOOG-CALH-00046720 |
| GOOG-CALH-00064022 |
| GOOG-CALH-00046391 |
| GOOG-CALH-00034696 |
| GOOG-CALH-00035752 |
| GOOG-CALH-00045932 |
| GOOG-CALH-00045948 |
| GOOG-CALH-00046428 |
| GOOG-CALH-00046431 |
| GOOG-CALH-00036661 |
| GOOG-CALH-00034703 |
| GOOG-CALH-00045718 |
| GOOG-CALH-00046257 |
| GOOG-CALH-00046288 |
| GOOG-CALH-00046314 |
| GOOG-CALH-00034802 |
| GOOG-CALH-00062382 |
| GOOG-CALH-00062402 |
| GOOG-CALH-00035872 |

| |
|---|
| GOOG-CALH-00035898 |
| GOOG-CALH-00036041 |
| GOOG-CALH-00036053 |
| GOOG-CALH-00052958 |
| GOOG-CALH-00052965 |
| GOOG-CALH-00053090 |
| GOOG-CALH-00053097 |
| GOOG-CALH-00053196 |
| GOOG-CALH-00032023 |
| GOOG-CALH-00033864 |
| GOOG-CALH-00042685 |
| GOOG-CALH-00036166 |
| GOOG-CALH-00053976 |
| GOOG-CALH-00052909 |
| GOOG-CALH-00062039 |
| GOOG-CALH-00062046 |
| GOOG-CALH-00062063 |

GOOG-CABR-00422093

--FILED UNDER SEAL--