# EXHIBIT D6

## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Public]

**Chrome Browser Privacy Policy – Google Chrome ("The Chrome Privacy Notice is no longer available")**

**Downloaded Oct 28, 2024**

# The Chrome Privacy Notice is no longer available.

Your personal information will continue to be used and protected in accordance with the Google Privacy Policy.

The Chrome Help Center now has a "Privacy in Chrome" section with articles organized by topic. These articles provide details on how to manage information collected, stored, and shared when using Chrome.

To provide feedback, follow these instructions.

# EXHIBIT D7
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Public]

## Google Chrome Help Center (Chrome) Main Page Downloaded Oct 28, 2024

## Browse help topics

### Get started with Chrome    ⌃

Download & install Google Chrome

Create or manage your Google Account in Chrome

Sign in and sync in Chrome

Make Chrome your default browser

Use Chrome at home

Sign out of Chrome

Check location info & directions in Chrome

Use Chrome Actions to learn more about locations

About search engine choice screens in Chrome

Set up Chrome for iPhone or iPad

### Create & personalize a profile    ⌃

Import Chrome bookmarks & settings

Open Chrome quickly on your phone or tablet

Use Chrome with multiple profiles

Tips & tricks for Chrome

Set your homepage and startup page

Create, find and edit bookmarks in Chrome

Get your bookmarks, passwords and more on all your devices

Use passwords across your devices

Browse Chrome as a guest

Change the address bar's position

Google Chrome Help

Learn about third-party sign-in

## Browse the web ⌃

Manage tabs in Chrome

Search the web in Chrome

Set default search engine and site search shortcuts

Download a file

Read pages later & offline

Visit a site by turning off Chrome's ad blocker

Print from Chrome

Browse in Dark mode or Dark theme

Share pages in Chrome

Share or link to quotes & text in Chrome

Use web apps

Control your music, videos, and more

Test experimental features in Chrome

Manage Chrome side panel

Customize your New Tab page in Chrome

Browse in Incognito mode

Use the Gemini web app to get answers in Chrome

Create shortcuts for websites in Chrome

Search with Google Lens in Chrome

Adjust microphone volume

## Let Chrome do tasks for you ⌃

Fill out forms automatically in Chrome

Use passwords across your devices

Manage passwords

Generate a password

Manage your location settings in Chrome

Use saved passwords in other iPhone & iPad apps

Use virtual card numbers to pay online or in apps

Shopping insights & price tracking in Chrome

Import passwords with Chrome

Manage passkeys in Chrome

Add event functionality in Chrome for iPhone & iPad

Customize the Chrome toolbar on Android

Package Tracking in Chrome

**Privacy in Chrome**                                                    ⌃

Understand privacy in Chrome

How Chrome Incognito keeps your browsing private

How Chrome protects your passwords

How Chrome keeps your URL & search data private

How Chrome Safe Browsing keeps your browsing data private

How sign-in with your Google Account works in Chrome

How ad privacy works in Chrome

How Chrome protects your autofill and password data

How your data stays safe when you install and update Chrome

How Chrome keeps your usage statistics and crash reports private

## Delete your history & activity    ︿

Delete browsing data in Chrome

Export your data from Chrome

Check or delete your Chrome browsing history

Delete, allow and manage cookies in Chrome

Manage passwords

Lock or erase your lost phone or computer

Reset Chrome settings to default

Learn about on-device site data in Chrome

## Control your safety    ︿

Manage Chrome safety and security

Check if a site's connection is secure

Manage warnings about unsafe sites

Lock or erase your lost phone or computer

Remove unwanted software & ads

Manage your location settings in Chrome

Start or stop automatically reporting errors & crashes

Check if your Chrome browser is managed

Make your account more secure

About DMA & your linked services

Manage your linked Google services

## Use Chrome with another device    ︿

Cast from Chrome to your TV

Add Chrome to your iPhone's dock

Edit Chrome controls on Mac Touch Bar

Connect a website to a Bluetooth device

Access another computer with Chrome Remote Desktop

Connect a website to a USB, Serial, or HID device

Use Chrome in your car with Google Built-in

## Change Chrome settings                                                          ∧

Change text, image & video sizes (zoom)

Use notifications to get alerts

Translate pages and change Chrome languages

Use your camera and microphone in Chrome

Change site settings permissions

Reset Chrome settings to default

Accessibility on Chrome

Turn Chrome spell check on and off

Personalize Chrome performance

Manage desktop mode settings

Use Reading mode in the Side panel

Manage your ad privacy in Chrome

Use Listen to this page mode in Chrome

Give sites permission to MIDI devices in Chrome

## Use AI features in Chrome                                                        ∧

Customize Chrome themes with AI

Get started with Tab organizer in Chrome

Get started with Help me write in Chrome

Search your browsing history in Chrome with AI

## Fix problems ⌃

Make Chrome run better

Fix problems with web content

Fix connection errors

Fix problems installing

Fix issues with saved payment info & passwords

Start or stop automatically reporting errors & crashes

Report an issue or send feedback on Chrome

Fix issues with sync in Chrome

Tips to complete account recovery steps

Secure a hacked or compromised Google Account

How to recover your Google Account or Gmail

## Need more help?
Try these next steps:

 **Post to the help community**
Get answers from community members

# EXHIBIT D8
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Public]

## Google Chrome Help Center – Understand Privacy in Chrome
## Downloaded Oct 28, 2024

# Understand privacy in Chrome

Chrome is developed with the goal of keeping your data safe by default. You can choose when and how your data is used in Chrome to personalize your browsing experience.

## Learn about privacy

Chrome strives to set safe defaults so you can safely browse the internet using Chrome without being a privacy or security expert. Chrome helps you understand personalization features, how to enable them, and their impact when enabled.

However, privacy is a personal choice and not one size fits all. That's why this article offers an overview of the most common privacy related user journeys and the options available to you.

- To unlock more personalization in Chrome, you can sign-in with your Google Account in Chrome. Learn how sign-in with your Google Account works.
- To receive alerts about malware, risky extensions, phishing, or potentially unsafe sites on Google's list, you can use Safe Browsing in Chrome. Learn how Safe Browsing keeps your data private.
- When you browse the internet through Chrome, you interact with websites that process data. Learn how ad privacy works in Chrome.
- To help keep your browsing private from others who use your device, you can use Chrome Incognito. Learn how Incognito keeps your browsing private.

Additionally, learn how Chrome:

- Keeps your URL and search data private
- Protects your autofill data
- Protects your passwords
- Keeps your data safe when you install and update
- Keeps your usage statistics and crash reports private

## Related resources

- Download & install Google Chrome
- Sign in & sync in Chrome
- Choose your Safe Browsing protection level in Chrome
- Check & delete your Chrome browsing history
- Manage passwords

---

Need more help?

Try these next steps:



**Post to the help community**
Get answers from community members

# EXHIBIT D9
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Public]

## Google Chrome Help Center – How Chrome Protects Your Passwords
## Downloaded Oct 28, 2024

Case 4:20-cv-05146-YGR    Document 1064-5    Filed 10/31/24    Page 13 of 49

# How Chrome protects your passwords

Chrome can help you identify and change passwords that were compromised by data breaches so that your credentials remain secure. Your credentials include your usernames and passwords for sites or apps that you sign in to.

How password protection works                                                                          ∧

Chrome can warn you if the username and password you use to sign in to a website were involved in a data breach. This setting is turned on by default.

You can also use Chrome to check all of your saved credentials at the same time. Chrome checks your saved passwords and then lets you know if any of them were exposed in a data breach.

To check your credentials, Chrome first encrypts your username and password. Then it sends the encrypted credentials to Google for comparison against an encrypted list of known breached data. If Chrome detects a match between the encrypted sets of data, it displays a warning that prompts you to change your password. Google never learns your usernames or passwords during this process.

How we protect your data                                                                               ∧

When you use Chrome to sign in to a website, Chrome encrypts your username and password with a secret key known only to your device. Then it sends an obscured copy of your data to Google. Because the encryption happens before Google's servers get the information, nobody, including Google, learns your username or password.

You're in control                                                                                      ∧

You can check if a data breach exposed any of your saved usernames or passwords. You can also choose to get automatic warnings about credentials when you sign in to a site where a data breach was detected.

On your computer, to check your saved passwords:

1. Open Chrome.
2. Select More ⋮ ❯ **Passwords and autofill** ❯ **Google Password Manager**.
3. On the left, select **Checkup**.

On your computer, to get automatic warnings when there's a data breach:

1. Open Chrome.
2. Select More ⋮ ❯ **Settings** ❯ **Privacy and security**.
3. Under "Privacy and security," select **Security**.
4. Turn on **Warn you if passwords are exposed in a data breach**.
   - You can find this option under "Standard protection."
   - If you opt in to Enhanced protection, this option is on by default.

If you're on a mobile device, learn more about how to check saved passwords and get automatic warnings.

# Related resources

- Manage passwords
- Generate passwords

Case 4:20-cv-05146-YGR   Document 1064-5   Filed 10/31/24   Page 14 of 49

• Use passwords across your devices

• Get started with on-device encryption for passwords

---

Need more help?
Try these next steps:

 **Post to the help community**
Get answers from community members

# EXHIBIT D10
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Public]

## Google Chrome Help Center – How Chrome Incognito Keeps Your Browsing Private Downloaded Oct 28, 2024

# How Chrome Incognito keeps your browsing private

Incognito mode can help keep your browsing private from other people who use your device.

---

How Incognito mode works       ∧

When you first open a new Incognito window, you're creating a new Incognito browsing session. Any Incognito windows you open after that are part of the same session. You can end that Incognito session by closing all open Incognito windows.

In Incognito, none of your browsing history, cookies and site data, or information entered in forms are saved on your device. This means your activity doesn't show up in your Chrome browser history, so people who also use your device won't find your activity. Websites see you as a new user and won't know who you are, as long as you don't sign in.

If you're browsing in Chrome Incognito mode, you are, by default, not signed into any accounts or sites.

Your school, Internet Service Provider, or any parental tracking software may be able to find your activity. You can check if your Chrome browser is managed.

You can choose to block third-party cookies when you open a new Incognito window. Learn more about cookies.

---

How Incognito mode protects your privacy       ∧

## What Incognito mode does

- Browsing in Incognito mode means your activity data isn't saved on your device, or to a Google Account you're not signed into.
  - For example, you may use Incognito mode to shop online for a birthday gift for a family member who shares your device. If you don't sign in to your Google Account, your shopping activity will not appear in your Chrome browsing activity and won't be saved to your Google Account.
- Each time you close all Incognito windows, Chrome discards any site data and cookies associated with that browsing session.
- Chrome doesn't tell websites, including Google, when you're browsing privately in Incognito mode.

## What Incognito mode doesn't do

- Prevent you from telling a website who you are. If you sign in to any website in Incognito mode, that site will know that you're the one browsing and can keep track of your activities from that moment on.
- Prevent your activity or location from being visible to websites you visit and the services they use, your school, employer, or your Internet Service Provider.
- Prevent the websites you visit from serving ads based on your activity during an Incognito session. After you close all Incognito windows, websites won't be able to serve ads to you based on your signed-out activity during that closed session.

While Incognito mode provides local privacy on your device, it does not affect how Google collects data when you use other products and services, as described in the Privacy Policy ↗ .

---

You're in control       ∧

10/28/24, 5:34 PM
Case 4:20-cv-05146-YGR   Document 1064-5   Filed 10/31/24   Page 17 of 49
How Chrome Incognito keeps your browsing private - Google Chrome Help

- Close all Incognito windows and tabs when you're done browsing. You end a session when you close all Incognito windows, so closing a single tab won't discard your data. If you find a number next to the Incognito icon on your desktop or at the bottom of your browser on a mobile device, you have more than one Incognito window or tab open.

- You can choose to sign in to any account when in Incognito mode. If you sign into a Google service, like Gmail, or a site, that site may remember your activity.

- Delete any downloads and bookmarks you don't want your device to remember. Files you download and bookmarks you create are saved in any mode.

## Related resources

- Browse in Incognito mode
- Browse Chrome as a guest
- Check or delete your Chrome browsing history

---

Need more help?

Try these next steps:

 **Post to the help community**
Get answers from community members

# EXHIBIT D11
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Public]

## Google Chrome Help Center – How Chrome Keeps Your URL & Search Data Private
## Downloaded Oct 28, 2024

# How Chrome keeps your URL & search data private

At the top of your Google Chrome browser window, there's a combined web address and search bar. When you focus or type in the address bar, it shows suggestions for web addresses and search queries based on your device's browsing history and data from your default search engine. You can manage default search engine-provided suggestions in Chrome's Search engine settings.

## How the address bar works   ⌃

To provide suggestions and search results more quickly, Chrome may preconnect to your default search engine in the background.

If the "Autocomplete searches and URLs" setting is enabled, when you focus or type in the address bar, Chrome sends data to your default search engine. As you type, the text is sent to provide suggestions to autocomplete your search queries. In addition, your IP address, search information stored on your computer as "cookies," and the current URL, if Google is your default search engine and you sync your history to your Google Account, are all sent to find the most relevant suggestions.

If the "Help improve Chrome's features and performance" setting is enabled, Chrome also sends data back to Google to improve the suggestion feature. When you select a suggestion, Chrome sends information about the selected suggestion such as whether it was a search or a URL, how many characters you typed before you selected it and its position in the list of results. The data sent doesn't include exactly what you type or the URL you select.

If your default search engine isn't Google, your requests for suggestions and search queries are logged under that search engine's privacy policy.

## How we protect your data   ⌃

If you enter certain types of sensitive information in the address bar like passwords, local filenames, or HTTPS URLs with paths, Chrome detects it. If Chrome determines that what you entered may contain sensitive information, it doesn't send the entered text for autocomplete suggestions.

If you sync your browsing history to your Google Account, Google uses your browsing history to provide relevant search suggestions to Chrome. If you delete a URL from your browsing history, it doesn't influence your personalized suggestions anymore. If you don't delete items in your browsing history, they're stored in your Google Account for up to one year based on your Google account settings.

In Incognito mode, Chrome doesn't send any information to your search engine until you select a suggestion.

## You're in control   ⌃

**Change suggested web address & search settings**

To control whether what you type is sent to your default search engine:

**Computer**

1. On your computer, open Chrome.
2. At the top right, select More ⋮ › **Settings** › **You and Google**.
3. Select **Sync and Google services**.
4. Turn on or off **Improve search suggestions**.

**Android**

1. On your Android device, open Chrome 🌐.
2. Tap More ⋮ ＞ Settings ⚙️ ＞ **Google services**.
3. Turn on or off **Improve search suggestions**.

**iOS**

1. On your iPhone or iPad, open Chrome 🌐.
2. At the bottom right, tap More ⋮ ＞ Settings ⚙️ ＞ **Google Services**.
3. Turn on or off **Improve search suggestions**.

**Tip:** Even when this setting is disabled, Chrome may still offer suggestions based on your local search and browsing history. You can manage your search history in your search engine's settings. Learn how to manage your Chrome browsing history settings.

**Manage Google Drive search suggestion settings**

If you sync your history to your Google Account, you may get suggestions from your Google Drive files.

**Computer**

1. On your computer, open Chrome.
2. Select More ⋮ ＞ **Settings** ＞ **You and Google**.
3. Select **Sync and Google services**.
4. Turn on or off **Show Google Drive suggestions**.

## Related resources

- Set your default search engine
- Sign in & sync in Chrome
- How Chrome Incognito keeps your browsing private
- View and delete your Chrome browsing history
- Manage Chrome safety and security
- Choose your privacy settings

---

### Need more help?
Try these next steps:

 **Post to the help community**
Get answers from community members

# EXHIBIT D12
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Public]

## Google Chrome Help Center – Sign in and Sync in Chrome Downloaded Oct 28, 2024

# Sign in and sync in Chrome

When you sign in to Chrome with your Google Account, you can get your info on all your devices and use additional Chrome features.

## When you sign in

- You can get your bookmarks, passwords, and more on all your devices.
- If you change devices, like if you lose your phone or get a new laptop, you can get your saved info back.
- You can sign in automatically to Gmail, YouTube, Search, and other Google services.
- If you turn on Web & App Activity and sync your Chrome history, you can get a better, personalized experience in other Google products.

In some countries, you may need to manage your linked Google services to use Chrome history for personalization and other services.

Learn more about how Chrome treats data saved in your Google Account.

**Computer**    Android    iPhone & iPad

### Sign in & turn on sync    ^

To sign in to Chrome and turn on sync, you must have a Google Account.

**Important:** Only turn on Chrome sync with devices that you own. If you use a public computer, use guest mode instead.

1. On your computer, open Chrome.
2. At the top right, select Profile 👤.
3. Select **Turn on sync…**.
   - If you're not signed into your Google Account, you'll be prompted to sign in.
4. Select **Yes, I'm in**.

**Tip:** If you want to sync more than one account or share your computer with others, learn how to add a profile in Chrome.

### Sign out of Chrome    ^

If you turn off sync, you can still find your bookmarks, history, passwords, and other settings on your computer. If you make any changes, they aren't saved to your Google Account and synced to your other devices.

When you turn off sync, you're also signed out of other Google services, like Gmail.

1. On your computer, open Chrome.
2. At the top right, select Profile 👤 › **Sync is on**.
3. Select **Turn off**.

To delete synced info from your Google Account:

1. On your computer, open Chrome.
2. Go to chrome.google.com/sync ↗ .
3. Select **Delete data**.

To sign out and turn off your Chromebook, [learn how to sign out and turn it off](#).

When you sign in to your Google Account through a Google service, like Gmail, you're automatically signed in to Chrome. If you don't want to sign in to Chrome, you can [turn off Chrome sign-in](#).

## Related resources

- [Sign out of Chrome](#)
- [Get your bookmarks, passwords and more on all your devices](#)
- [Use Chrome with multiple profiles](#)
- [Browse Chrome as a guest](#)

---

Need more help?

Try these next steps:

 **Post to the help community**
Get answers from community members

# EXHIBIT D13
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Public]

**Google Chrome Help Center – How Chrome Safe Browsing Keeps Your Browsing Data Private Downloaded Oct 28, 2024**

# How Chrome Safe Browsing keeps your browsing data private

To keep your data private, Google Chrome uses Safe Browsing to protect you against:

- Abusive websites and extensions
- Malicious and intrusive ads
- Malware
- Phishing
- Social engineering

How Safe Browsing works ∧

**Standard protection**

With standard protection, Chrome checks the sites that you go to, the extensions you have installed, and the files you attempt to download against Google's list of unsafe sites and downloads. Sites and downloads on this list are associated with abusive websites and extensions, malicious and intrusive ads, malware, phishing, and social engineering. Chrome periodically downloads and stores the most recent copy of this list on your device. It also stores a list of sites known to be safe.

Each time you visit a website or attempt a download, Chrome first checks if the URL is on the list of safe sites stored on your device. If it's not, Chrome sends an obfuscated portion of the URL to Google through a privacy server that hides your IP address. If Google confirms that the website or download is malicious, Chrome warns you that it may be dangerous. If you have an abusive or malicious extension installed, Chrome disables it. In some cases, if the request to the privacy server fails or you're browsing in Incognito mode, the site gets checked against the list of unsafe sites stored on your device instead of the list stored with Google. In these cases, if there's evidence of suspicious behavior, Chrome sends an obfuscated portion of the URL to Google.

In addition to the protections described above, Chrome will send a report to Google if it finds suspicious page behavior or suspicious actions that you may have been tricked into performing. For example, when you enter a previously-saved password on a new site, Chrome checks with Google to determine whether the page might be phishing, a type of social engineering attack used to steal your data. If it's determined that the site is phishing, Chrome asks you to check or change your password.

Sites are checked for phishing and social engineering terms. Chrome sends a small set of visual features to Google and compares the site to a list of dangerous sites to determine whether it's malicious. Some security features are disabled in Incognito to prevent revealing additional data to Google.

You can opt-in to extra features that share more of your data with Google to help improve security for you and for all Chrome users.

- **Help improve security on the web for everyone:** When "Help improve security on the web for everyone" is turned on, Chrome reports headers and snippets of content from the page to help improve Safe Browsing and security on the internet. If you select Enhanced protection, this setting is automatically on and can't be turned off.
- **Warn you if passwords are exposed in a data breach:** When "Warn you if passwords are exposed in a data breach" is turned on, Chrome sends a hashed copy of your username and password to Google. This information is encrypted with a secret key known only to Chrome to check if your passwords were compromised in a password breach. If you select Enhanced protection, this setting is automatically on and can't be turned off.

### Enhanced protection

Enhanced protection sends more information about your activity to Google in real time to offer stronger, more customized protection. This information includes the URLs you visit and a small sample of page content, downloads, extension activity, and system information.

Enhanced protection includes the default and optional features included in standard protection. Enhanced protection uses the extra information to warn you about:

- **Risky sites:** Chrome analyzes data from sites that you visit to detect and warn you about potentially risky sites and iframes, even if Google didn't know about them before.
- **Dangerous downloads:** You can choose to send suspicious files to Google for additional scans to detect malware. These scans help find new malware or dangerous files hosted on a new site.
- **Untrusted extensions:** Chrome warns you when an extension you want to install isn't trusted by the Chrome Web Store.

If you're signed in, Enhanced protection does even more. It protects you across other Google apps where you're signed in by linking data across your Google Account. For example, if we find phishing attempts in your Gmail, we increase your protection as you open sites and downloads in Chrome. Enhanced protection will not slow down your browsing experience.

### How we protect your data                                              ⌃

With standard and enhanced levels of protection, Safe Browsing data is only used to protect and improve security for you and other web users.

With standard protection:

- Chrome hides your IP address by sending an obfuscated portion of the URLs you visit through a third-party privacy server before forwarding it to Google. This way, Google and the third-party that operates the privacy server can't associate a real URL with your IP address.
- Chrome only sends additional data when there is evidence of security incident.
  - If suspicious behavior is detected, Chrome sends obfuscated or full URLs and bits of page content directly to Google Safe Browsing. For example, if you reuse a previously saved password on an uncommon site or a site doesn't pass a phishing-detection check, a full URL may be sent with the report.

With enhanced protection:

- Chrome sends additional data when it doesn't have information about the site you're about to visit.
  - Chrome sends URLs and bits of page content to Google Safe Browsing.
  - You get the highest safety available in Chrome to protect you from things like malicious actors, malware, and phishing attacks.

### You're in control                                                      ⌃

You can choose your level of Safe Browsing and how much of your data is sent to Google to improve security for you and other web users. You can always choose to visit an unsafe site or download a dangerous file after you get a warning from Chrome.

### Change your Safe Browsing settings

**Important:** If you turn off Safe Browsing, Chrome can't protect you from websites that try to steal your information or install harmful software. We recommend some level of protection.

### Computer

1. On your computer, open Chrome.

10/28/24, 5:42 PM
Case 4:20-cv-05146-YGR  Document 1064-5  Filed 10/31/24  Page 27 of 49
Browse Chrome safely and keep your browsing data private - Google Chrome Help

2. At the top right, select More ⋮ › **Settings** › **Privacy and security** › **Security**.
3. Select the level of protection that you want to use.

**Android**

1. On your Android device, open Chrome 🌈.
2. At the top right, tap More ⋮ › Settings ⚙ › **Privacy and security** › **Safe Browsing**.
3. Select the level of protection that you want to use.

### iOS

1. On your iPhone or iPad, open Chrome 🌈.
2. At the bottom right, tap More ••• › Settings ⚙ › **Privacy and Security** › **Safe Browsing**.
3. Select the level of protection that you want to use.

### Change your Help improve security settings

If you select standard protection, you can choose whether "Help improve security on the web for everyone" is turned on or off. With enhanced protection, this feature is on by default and can't be turned off.

**Computer**

1. On your computer, open Chrome.
2. At the top right, select More ⋮ › **Settings** › **Privacy and security** › **Security**.
3. Under "Standard protection," turn **Help improve security on the web for everyone** on or off.

**Android**

1. On your Android device, open Chrome 🌈.
2. At the top right, tap More ⋮ › Settings ⚙ › **Privacy and security** › **Safe Browsing**.
3. Under "Standard protection," turn **Help improve security on the web for everyone** on or off.

### iOS

1. On your iPhone or iPad, open Chrome 🌈.
2. At the top right, tap More ••• › Settings ⚙ › **Privacy and Security** › **Safe Browsing**.
3. Tap Standard Protection ⓘ.
4. Turn **Help Improve Security on the Web for Everyone** on or off.

### Change your Make searches & browsing better settings

When "Make searches and browsing better" is turned on, Chrome sends URLs of the pages you visit to improve your browsing experience and security. Learn more about URLs from private browsing activity and incognito mode.

**Computer**

1. On your computer, open Chrome.
2. At the top right, select More ⋮ › **Settings** › **You and Google** › **Sync and Google Services**.
3. Turn **Make searches and browsing better** on or off.

**Android**

1. On your Android device, open Chrome 🌈.
2. At the top right, tap More ⋮ › Settings ⚙ › **Google services**.
3. Turn **Make searches and browsing better** on or off.

**iOS**

1. On your iPhone or iPad, open Chrome .
2. At the bottom right, tap More ••• ⟩ Settings ⚙ ⟩ **Google Services**.
3. Turn **Make searches and browsing better** on or off.

## Related resources

- Google Chrome blocks some downloads
- Manage Chrome safety and security
- Manage warnings about unsafe sites
- Choose your Safe Browsing protection level in Chrome

Need more help?

Try these next steps:

**Post to the help community**
Get answers from community members

# EXHIBIT D14
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Public]

## Google Chrome Help Center – How Sign-in with your Google Account Works in Chrome
## Downloaded Oct 28, 2024

# How sign-in with your Google Account works in Chrome

How sign in with your Google Account works                                      ⌃

You can sign into Chrome with your Google Account in different ways, like when you use Chrome for the first time or anytime later through Chrome settings. On your computer, you can also sign in to Chrome through a Google web service like Gmail. On your computer, Android and iOS device, once you sign in to Chrome, you are signed in to other Google web services too.

If you choose to sign in to Chrome, you can save and use bookmarks, passwords and other Chrome data in your Google Account. This allows you to use your Chrome data on all your devices where you sign in. If you don't sign in, you can still save your bookmarks, passwords and more, but they are saved only to your device.

If you are signed in to Chrome and want to sync your tabs and Chrome history, you can turn this on in Chrome settings.

When "Web & App Activity" is enabled for your account, which includes the subsetting for Chrome, Chrome history saved to your Google Account may be used to help personalize your experience across Google products and services. This includes faster searches and helpful content recommendations. You can manage your activity in My Google Activity ⧉ .

When you browse in Chrome Incognito mode, you can't sign in to Chrome. You can still sign in to Google web services.

How we protect your data                                                        ⌃

You can choose to encrypt certain data with your own passphrase, so Google cannot read this data. Information sent to Google is encrypted in transit. It's used and protected in accordance with the Google Privacy Policy ⧉ .

You're in control                                                               ⌃

You can manage your data from Chrome and control how it is used anytime.

• Learn how to sign out of Chrome.
• To change which Chrome data can be saved in your Google Account, learn how to customize what you save.
• To manage or delete Chrome data already saved in your Google Account, go to chrome.google.com/sync ⧉ .

## Related resources

• Sign in to Chrome
• Get your bookmarks, passwords & more on all your devices
• Sign out of Chrome

### Need more help?

Try these next steps:



**Post to the help community**
Get answers from community members

# EXHIBIT D15
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Public]

## Google Chrome Help Center – How Ad Privacy Works in Chrome
## Downloaded Oct 28, 2024

# How ad privacy works in Chrome

Chrome's ad privacy features improve your privacy online. At the same time, they support ads and the no charge content and services that ads make possible.

---

How Chrome's ad privacy works                                                            ⌃

Sites you visit can embed content from other sites to enrich their content, like images, ads, and text. This embedded content can use third-party cookies to track you as you browse the web. You can choose to block third-party cookies, however, this may cause some website functionality to break. For example, embedded content like videos, social media feeds, and ads, might not display correctly. The ad privacy features in Chrome can deliver the same browsing experience without the tracking.

---

How Chrome helps protect your privacy                                                    ⌃

When used for advertising, Ad Privacy APIs protect your identity and minimize the amount of data sites can use to learn about you. Here's how:

- **Protect your identity**: The Ad Privacy APIs limit a site's ability to track your activity as you browse. The APIs also protect you against re-identification. For example, based on your activity and other information that a tracker already has, like your identity on a website, a tracker could guess who you are.
  - **The Topics API** provides sites with a high-level sense of your interests based on your recent browsing history. Instead of essentially unlimited information, the new API only allows sites to receive up to three interests, such as "Sports." It also occasionally returns a random interest. We call this "adding noise" and we do it to protect your identity. All of this means that the Topics API makes it much harder for a tracker to gather enough information to identify you. Learn more about the Topics API ↗ .
  - **The Protected Audience API** allows sites to store only limited browsing history on your device. Ad tech companies can only process your cross-site data on your device. This makes it much harder to identify you and to gather information about you. Learn more about the Protected Audience API ↗ .
  - **The Attribution Reporting API** helps advertisers measure the effectiveness of their online ads without needing to track your activity across sites and apps. Like Topics, this API also adds noise to obscure unique characteristics that could be used to identify you. And it adds time delays to reports, which also makes it much harder to connect your activity across sets of data. These safeguards prevent many re-identification attacks that are possible today with user identifiers, even if those identifiers are obscured and encrypted. Learn more about the Attribution Reporting API ↗ .
- **Minimize data collection**: Today, ad tech companies can collect large amounts of your data as you browse the web because of technologies like third-party cookies. The Ad Privacy APIs limit the amount of data that can be learned about you at any given time, particularly as you browse from one site to another, significantly improving your privacy when third-party cookies are blocked. The APIs make it much harder for an ad company to identify you, which means that it's harder to build and associate a profile with you. The APIs also establish other data limitations, such as:
  - **The Topics API** limits advertisers to collecting just a small number of topics per week based on your recent browsing history. Today, third-party cookies and other identifiers allow ad tech companies to collect highly detailed information about you based on nearly all of your browsing history over time.
  - **The Protected Audience API** restricts who receives data, and what data they receive, when you see a personalized ad. With this API, only companies actually involved in showing an ad

on a web page receive information about that ad impression. By contrast, today, when a personalized ad is placed on a page using third-party cookies, a wide range of companies can gather information, even if they didn't have anything to do with showing the ad.

- **The Attribution Reporting API** limits the amount of information that can be connected with you for any given ad shown. And for aggregate reports, pooling many user reports into a single report to protect your identity, the API effectively limits the types of information that can be measured and also caps the amount of conversion information recorded. Today, trackers can collect an unlimited amount of data, including detailed information about your activity.

- **Greater accountability from ad tech providers**: Keeping track of ad tech companies that use these APIs for ads provides new visibility and accountability. Chrome uses an "attestation" model, which requires ad tech companies to clearly and publicly commit to using the limited data they receive in a proper, privacy-preserving manner. Learn more about greater accountability from ad tech providers ⧉ .

- **More robust user controls**: Today, managing your ad privacy with third-party cookies requires effort. Either you can turn third-party cookies off completely, at the cost of losing non-ad-based uses of third-party cookies, like persistent sign-in services, or you can keep third-party cookies active and sort through hundreds of cookie domains and often unrecognizable ad tech providers. With the new APIs, it's much simpler to manage your online ad privacy. For example, when personalized ads are delivered via Protected Audience API, you can block topics and sites that you don't want used to show you personalized ads.

## You're in control ⌃

**Important:** Ads shown by websites are also subject to the site's policies.

As you browse, these settings allow you to influence the information sites use to show you personalized ads when those sites are using the Ad Privacy APIs. You can turn off these features in your Chrome settings at any time. You can also delete, allow and manage cookies in Chrome.

To change your Chrome ad privacy settings:

## Computer

1. On your computer, open Chrome.
2. At the top right, select More ⋮ ＞ **Settings.**
3. Select **Privacy and security** ＞ **Ad privacy**.
4. Select the ad feature you'd like to turn on or off.

## Android

1. On your Android device, open Chrome 🌈.
2. Tap More ⋮ ＞ **Settings**.
3. Tap **Privacy and security** ＞ **Ad privacy**.
4. Select the ad feature you'd like to turn on or off.

## iOS

Ad privacy settings aren't available for Chrome on iOS devices.

## Related resources

- Manage your ad privacy in Chrome
- Delete, allow and manage cookies in Chrome

## Need more help?
Try these next steps:

 **Post to the help community**
Get answers from community members

# EXHIBIT D16
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Public]

## Google Chrome Help Center – Manage Your Ad Privacy in Chrome
## Downloaded Oct 28, 2024

Case 4:20-cv-05146-YGR    Document 1064-5    Filed 10/31/24    Page 37 of 49

# Manage your ad privacy in Chrome

To keep you safe and protect your privacy while you browse, Chrome has ad privacy features that give you more control over how advertisers can personalize and choose which ads to show you.

Your topics of interest are noted by Chrome and are based on your recent browsing history. Sites can also store info with Chrome about your interests. As you keep browsing, Chrome may be asked to share stored info about ad topics or site-suggested ads to help give you a more personalized ad experience. To measure the performance of ads, limited types of data can be shared among sites and apps.

You can opt out of these features in your Chrome settings anytime. Whether an ad you see is personalized depends on these settings, your cookie settings, and if the site you view personalizes ads.

## Edit ad privacy settings

1. On your device, open Chrome.
2. At the top right, select More ⋮ ＞ **Settings**.
3. Select **Privacy and security** ＞ **Ad privacy**.
4. Select the ad feature you'd like to turn on or off.

---

**Manage ad topics**                                                    ⌃

To personalize your ad experience, Chrome notes your topics of interests based on the sites you browse, how frequently you visit them, and other considerations. Even without ad topics, sites can still show you ads but they may not interest you. Chrome can share up to 3 topics at a time with sites. You can block topics and categories of topics you don't want shared with sites. When you block a topic, Chrome won't share that topic again, but you may still get ads related to the topic. To further protect your privacy, Chrome automatically deletes your topics that are older than 4 weeks.

**To block a topic:**

1. On your device, open Chrome.
2. At the top right, select More ⋮ ＞ **Settings** ＞ **Privacy and security**.
3. Select **Ad privacy** ＞ **Ad topics**.
4. Under "Active topics," select topics to block.

**To block a category of topics:**

1. On your device, open Chrome.
2. At the top right, select More ⋮ ＞ **Settings** ＞ **Privacy and security**.
3. Select **Ad privacy** ＞ **Ad topics** ＞ **Manage topics**.
4. Turn off the categories you want to block.
   - Check the full list of topics ↗ .

**Tips:**

- Based on your recent browsing history, it may take a while for a list of topics to appear. You can block categories of topics at any time, even if a list of topics hasn't appeared. You may not get a list of topics if the sites you visit don't support this feature.
- When on a site, you can check if Chrome shared your topics of interest with the site. In the address bar, select View site information ⚏ ＞ **Ad privacy**.

---

## Manage site-suggested ads ⌃

To help deliver a personalized ad experience, sites can recommend and then store ad suggestions about things you may like. As you continue to browse, you may get ads based on suggestions from related sites. Chrome automatically deletes suggestions that are older than 30 days, but they may reappear if you revisit that site.

If you don't want a site to suggest ads for you, you can block the site. Once blocked, any associated ad suggestion data is deleted. Blocked sites will no longer store ad suggestions with Chrome, but you may still get ads related to those sites.

To block sites:

1. On your device, open Chrome.
2. At the top right, select More ⋮ › **Settings**.
3. Select **Privacy and security** › **Ad privacy** › **Site-suggested ads**.
4. Under "Sites," block a site from the list.

**Tips:**

• Based on your recent browsing history, it may take a while for a list of sites to appear. You also may not get a list of sites if this feature hasn't been adopted by the sites that you visit.
• When on a site, you can check if the site is suggesting ads for you. In the address bar, select View site information ⛉ › **Ad privacy**.

## Ad measurement ⌃

As you browse, sites share a limited amount of data to measure ad performance, such as whether you made a purchase after visiting a site.

# Related resources

• Change site settings permissions
• Understand privacy in Chrome
• Delete, allow and manage cookies in Chrome

Need more help?

Try these next steps:

 **Post to the help community**
Get answers from community members

# EXHIBIT D17
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Public]

## Google Chrome Help Center – How Chrome Protects Your Autofill and Password Data Downloaded Oct 28, 2024

# How Chrome protects your autofill and password data

You can use Chrome to save passwords, addresses, and payment information to help you fill out online forms automatically. If you're signed in to your devices, Chrome can also share your saved data across your devices.

How autofill and password management works    ^

**Autofill**

You can fill out forms on websites quicker with autofill. It's easier to checkout, add shipping details, and more. To do this, Chrome sends information about the form fields to Google in order to offer suggestions as you fill out a form. Google sends back predictions that allow Chrome to match your information to the form fields. The data collected and sent to Google includes the basic structure of the form, field names, and a hashed version of the site's domain.

When you submit a form, Chrome sends information to Google about the structure and attributes of the form and the types of data you submitted to help with future predictions. Google uses that information to improve the autofill and password manager features and provide the best matching data when you use autofill. In these situations, to keep your data safe, Chrome will:

- Send generic data like "first name" instead of the text "Jessica" or "username" instead of "jessy1980."
- Add random data to labels and attributes of the form sent to Google. We call this "adding noise" and it ensures that Google only checks labels and attributes that don't have private data.

If you use Google Pay, Chrome collects information about your computer and shares it with Google Pay to prevent fraudulent use of your payment card. Learn how Google Pay helps keep your data private.

**Password manager**

Chrome can help you sign in to sites with saved information from Google Password Manager. Passwords saved for a site may automatically fill when sign-in fields are available.

When you sign in to Chrome with your Google Account, you can:

- Use passwords stored in your account
- Create a strong password for new sites at sign-up
- Save new passwords to your account

How we protect your data    ^

Autofill and Google Password Manager rely in part on the field labels and names chosen by website developers. To prevent accidentally collecting personal data, only obfuscated versions of these are sent by Chrome.

Additional protections are given to specific types of data:

- **Passwords:**
  - When you sign in to a site, Chrome can check your password in a privacy-preserving way to know if it's been compromised. This depends on the browser mode and settings you have on. Learn more about password protections in Chrome.
  - To protect you against phishing attacks, password manager matches passwords with the websites they are meant for, and not sites that look similar.

- Scrambled strength statistics about your passwords are shared with Google. These allow Chrome to suggest strong passwords that meet the requirements of websites. This data is not tied to your account and is scrambled to prevent information disclosure that could make it easier to guess your password.

- To protect against unauthorized access to your passwords, when you try to use or manage saved passwords, Chrome may ask to confirm your identity with your Google Account username and password or facial or fingerprint recognition.

- To keep your saved passwords secure, Chrome uses methods like on-device encryption. These methods depend on your operating system. Details about specific platforms can be found in the Chrome Security FAQ ⧉ .

- **Payment information:** Chrome doesn't store full payment information without your permission. For example, if you don't choose to store a credit card, then Chrome will store the last 4 digits of your card so that it doesn't ask you about the same card again. When you scan your credit card with your phone camera, the information is only stored on your phone. You can also choose to add payment information to Google Pay.

---

### You're in control                                                                                      ⌃

By default, autofill and password manager are turned on. You can manage autofill and your saved data through your Chrome settings.

You can also delete data like passwords, address and payment information that you use in Chrome.

**Important:**

- When you delete your information from Chrome while signed in to your Google Account, it's deleted from your Google Account and all devices where you're signed in.

- When you delete payment information from Chrome, they aren't deleted from Google Pay. To delete payment information in Google Pay, visit Google Pay ⧉ .

**Tips:**

- You can add, change, or delete passwords saved in Chrome. Learn more about password management.

- You can delete addresses and payment information from Chrome, when you delete your "Autofill form data." Learn more about how to delete your browsing data.

- You can find, add, change, export or delete payment information saved in Google Pay.

  - Learn how to add a payment method in the Google Pay app.

  - Learn how to edit or remove a payment method.

  - Learn how to find, export, or delete Google Pay & Google Wallet info.

---

## Related resources

- Fill out forms automatically in Chrome
- Manage passwords
- Get your bookmarks, passwords and more on all your devices
- How Chrome protects your passwords
- How Chrome Safe Browsing keeps your browsing data private

---

## Need more help?
Try these next steps:

 **Post to the help community**
Get answers from community members

# EXHIBIT D18
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Public]

**Google Chrome Help Center – How your data stays safe when you install and update Chrome
Downloaded Oct 28, 2024**

# How your data stays safe when you install and update Chrome

Windows and macOS versions of Chrome and the Google Chrome Apps Launcher use GoogleUpdater to keep you up to date with the latest versions of software, including security patches. In order to provide greater transparency and to make the technology available to other applications, GoogleUpdater technology is open source ⧉.

## How Chrome installs and updates work ⌃

GoogleUpdater is a service that helps keep Chrome up to date. It regularly checks for new updates, and installs them when they're available.

When GoogleUpdater checks for updates, it sends Google information about your:

- Release channel
- Basic hardware information
- Current version of Chrome and the length of time it was installed
- Whether you recently used Chrome or the Chrome Apps Launcher

Chrome also sends a non-unique 4-letter tag to Google that contains information about how you obtained Chrome. This information helps Google understand how people install Chrome. It is used to ensure that you get the correct software updates.

On mobile versions of Chrome, updates are managed through the Google Play Store on Android or Apple App Store on iOS. However, Chrome still uses Google's servers to count active installations and to notify you when your version of Chrome is out of date.

Chrome extensions and applications are also kept up to date with a similar system to the one used to update Chrome. These update requests include similar information, such as the application ID, whether the application was recently used, and how long it has been installed. Google uses this information to understand the popularity and use of applications and extensions.

## How Chrome protects your privacy ⌃

Google uses aggregated data from GoogleUpdater to estimate the number of active Chrome installations and individual extensions. This is done in a way that preserves your privacy. It doesn't require the assignment of an identifier to each installation, and doesn't allow Google to match the updates of the same Chrome installation over time. Instead, each update request contains a date of the previous one to prevent an overcount. Learn more about user counting ⧉.

## You're in control ⌃

- Learn how to download and install Chrome.
- Learn how to Update Google Chrome.

## Related resources

- Download and install Google Chrome
- Update Google Chrome
- Reset Chrome settings to default
- Understand privacy in Chrome

## Need more help?
Try these next steps:

 **Post to the help community**
Get answers from community members

# EXHIBIT D19
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Public]

## Google Chrome Help Center – How Chrome Keeps your usage statistics and crash reports private Downloaded Oct 28, 2024

# How Chrome keeps your usage statistics and crash reports private

To improve features, services, and performance, Chrome has the option to collect and send Google usage statistics and crash reports ⧉ .

Some statistics from Chrome users can be found in the Chrome User Experience Report ⧉ .

## How usage statistics and crash reports work    ⌃

### Usage statistics

Usage statistics measure the effectiveness of browser features and performance. The data collected includes how you use your browser, your system information, your browser performance, settings, and preferences. If the setting "Help improve Chrome's features and performance" is enabled, Chrome will periodically send usage statistics to Google.

If the setting "Make searches and browsing better (Sends URLs of pages you visit to Google)" is enabled, Chrome additionally shares statistics with Google about sites you go to and how you use them. Chrome can share statistics about synced extensions that you install from the Chrome Web Store ⧉ .

### Crash reports

Crash reports contain system information from the time of the crash. These reports may include site URLs, your activity before the crash, and the contents of the memory at the time of the crash.

## How we protect your data    ⌃

Usage statistics aren't associated with your Google Account and don't include personally identifiable information. When usage statistics are turned on:

- Chrome generates a random unique identifier for reports sent from your device. This identifier helps us keep statistics organized without tying them to your personal information. Every time you disable or enable this feature, a new identifier will be generated.
- If you're signed in to Chrome and turn on sync, usage statistics may include information like the age and gender entered on your Google Account ⧉ . This information is used to help build better products for your demographics.

Optional settings like "Make searches and browsing better" or extension sync allow Chrome to collect URLs and extension information. A separate and random unique identifier generated by Chrome is used to send this data. This identifier is not related to or directly joined to the usage statistics identifier. Once the statistics are received on Google's servers, URLs known to Google are stored and unknown URLs are discarded.

Google uses aggregate data received from users to better understand Chrome's performance and to guide improvement priorities. Some of these aggregate statistics are available in the Chrome User Experience Report ⧉ .

## You're in control    ⌃

Chrome sends usage statistics and crash reports by default. You can turn this feature on or off in your settings.

### Change usage statistic and crash reports settings

This setting is enabled by default. You can turn it off when you install Chrome or later in your settings. When you turn off this feature, Chrome doesn't send usage statistics to Google.

### Computer

1. On your computer, open Chrome.
2. At the top right, select More ⋮ › **Settings** › **You and Google** › **Sync and Google services**.
3. Turn on or off **Help improve Chrome's features and performance**.
   a. **Tip:** If you use a ChromeOS device, this step will guide you to the ChromeOS Security and Privacy settings page instead. From there, select **Privacy controls** › turn on or off **Help improve ChromeOS features and performance**.

### Android

1. On your Android device, open the Chrome app 🌐.
2. At the top right, tap More ⋮ › Settings ⚙ › **Google Services**.
3. Turn on or off **Help improve Chrome's features and performance**.

### iOS

1. On your iPhone or iPad, open the Chrome app 🌐.
2. Tap More ••• › Settings ⚙ › **Google Services**.
3. Turn on or off **Help improve Chrome's features and performance**.

## Change "Make searches and browsing better" settings

Metrics about URLs are only sent to Google when you enable "Make searches and browsing better" and "Help improve Chrome's features and performance."

### Computer

1. On your computer, open Chrome.
2. At the top right, select More ⋮ › **Settings** › **You and Google** › **Sync and Google services**.
3. Turn on or off **Make searches and browsing better**.

### Android

1. On your Android device, open the Chrome app 🌐.
2. At the top right, tap More ⋮ › Settings ⚙ › **Google Services**.
3. Turn on or off **Make searches and browsing better**.

### iOS

1. On your iPhone or iPad, open the Chrome app 🌐.
2. Tap More ••• › Settings ⚙ › **Google Services**.
3. Turn on or off **Make searches and browsing better**.

**Tip:** If you turn off "Make searches and browsing better" or "Help improve Chrome's features and performance," the identifier sent to Google will be reset.

## Change extension sync settings

Metrics about extensions are only sent to Google when extension sync is enabled.

### Computer

1. On your computer, open Chrome.
2. At the top right, select More ⋮ › **Settings** › **You and Google** › **Sync and Google services**.

3. Select **Manage what you sync** ⟩ **Customize sync**.

4. Turn on or off **Extensions**.

## Related resources

- Start or stop automatically reporting errors and crashes
- Install and manage extensions
- Sign in and sync in Chrome

---

### Need more help?
Try these next steps:


**Post to the help community**
Get answers from community members