1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| 14 PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-5146-YGR-SVK |
| 16       Plaintiffs, | ~~[PROPOSED]~~ **ORDER GRANTING GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE LLC'S MOTION FOR CLARIFICATION OF APRIL 12, 2023 ORDER RE GOOGLE'S MOTION FOR RELIEF FROM PRESERVATION ORDERS (DKT. 1011)** |
| 17       v. | |
| 18 GOOGLE LLC, | |
| 19       Defendant. | |
| 20 | Referral: Hon. Susan van Keulen, USMJ |

**[PROPOSED] ORDER**

Before the Court is Google LLC's Administrative Motion to Seal Portions of Google's Administrative Motion for Clarification of the April 12, 2023 Order re Google's Motion for Relief from Preservation Orders (Dkt. 1011).

Having considered the Motion, supporting declaration, and other papers on file, and good cause having been found, the Court **ORDERS** as follows:

| Documents Sought to Be Sealed | Court's Ruling on Motion to Seal | Reason(s) for Court's Ruling |
|---|---|---|
| Google LLC's Administrative Motion for Clarification of April 12, 2023 Order re Google's Motion for Relief from Preservation Orders (Dkt. 1011) | GRANTED as to the portions at:<br><br>Pages 1:28, 2:1-2, 4:27, 5:1 | The information requested to be sealed contains non-public, sensitive confidential business information related to Google's internal technological systems that could affect Google's competitive standing and may expose Google to increased security risks if publicly disclosed, including various types of Google's internal projects and project code names, data sources, as well as internal metrics, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential information reveals Google's internal systems and operations ~~and falls within the protected scope of the Protective Order entered in this action. *See*~~ Dkt. 61 at 2-3. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cyber security threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |
| Declaration of Benjamin Kornacki ISO Google LLC's Administrative Motion for Clarification of April 12, 2023 Order re Google's Motion for Relief from Preservation Orders | GRANTED as to the portions at:<br><br>Page 1:6, 1:11-12, 1:14, 1:17, 1:20, 1:27 | The information requested to be sealed contains non-public, sensitive confidential business information related to Google's internal technological systems that could affect Google's competitive standing and may expose Google to increased security risks if publicly disclosed, including various types of Google's internal projects and project code names, data sources, as well as internal metrics, which Google maintains as confidential in the ordinary course of its business and is not generally known to the public or Google's competitors. Such confidential information reveals |

| | | |
|---|---|---|
| | | Google's internal systems and operations ~~and falls within the protected scope of the Protective Order entered in this action. *See* Dkt. 61 at 2-3~~. Public disclosure of such confidential and proprietary information could affect Google's competitive standing as competitors may alter their systems and practices relating to competing products. It may also place Google at an increased risk of cyber security threats, as third parties may seek to use the information to compromise Google's internal practices relating to competing products. |

**SO ORDERED.**

DATED: November 1, 2024

*/s/ Susan van Keulen*
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge