UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PATRICK CALHOUN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No.20-cv-05146-YGR<br><br>**CLERK'S NOTICE**<br>Re: Dkt. Nos. 1060, 1077, 1081 |

You are hereby notified that hearing on Motion to Certify Class (Renewed) (Dkt. No. 1060); Motion to Strike (Dkt. No. 1077); and Motion to Strike (Dkt. No. 1081), are reset to March 28, 2025, at 9:00 a.m. in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers.

Dated: January 29, 2025

Mark B. Busby
Clerk, United States District Court

By: _____
Edwin Angelo A. Cuenco, Deputy Clerk to the
Honorable YVONNE GONZALEZ ROGERS
5106373540