1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

2  Stephen A. Broome (CA Bar No. 314605)  Andrew H. Schapiro (admitted *pro hac vice*)
   stephenbroome@quinnemanuel.com         andrewschapiro@quinnemanuel.com
3  Viola Trebicka (CA Bar No. 269526)     Teuta Fani (admitted *pro hac vice*)
   violatrebicka@quinnemanuel.com         teutafani@quinnemanuel.com
4  Crystal Nix-Hines (CA Bar No. 326971)  Joseph H. Margolies (admitted *pro hac vice*)
5  crystalnixhines@quinnemanuel.com       josephmargolies@quinnemanuel.com
   Alyssa G. Olson (CA Bar No. 305705)    191 N. Wacker Drive, Suite 2700
6  alyolson@quinnemanuel.com              Chicago, IL 60606
   865 S. Figueroa Street, 10th Floor     Telephone: (312) 705-7400
7  Los Angeles, CA 90017                  Facsimile: (312) 705-7401
   Telephone: (213) 443-3000
8  Facsimile: (213) 443-3100

9
   Xi ("Tracy") Gao (CA Bar No. 326266)
10 tracygao@quinnemanuel.com
   Carl Spilly (admitted *pro hac vice*)
11 carlspilly@quinnemanuel.com
   1300 I Street NW, Suite 900
12 Washington D.C., 20005
   Telephone: (202) 538-8000
13 Facsimile: (202) 538-8100

14

15 *Counsel for Defendant Google LLC*

16                     **UNITED STATES DISTRICT COURT**
                        **NORTHERN DISTRICT OF CALIFORNIA**
17                                **OAKLAND DIVISION**

18

| | |
|---|---|
| 19  PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-5146-YGR-SVK |
| 20  Plaintiffs, | **DEFENDANT GOOGLE LLC'S REPLACEMENT EXHIBITS 22 AND 23 TO OMNIBUS SEALING STIPULATION REGARDING PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION AND MOTIONS TO STRIKE EXPERT REPORTS OF SCHWARTZ AND ERDEM (DOCKET NOS. 1094-25, 1094-26)** |
| 21  v. | |
| 22  GOOGLE LLC, | |
| 23  Defendant. | |
| 24 | |
| 25 | ***Filed concurrently with Google LLC's Motion to Remove Incorrectly Filed Documents*** |

26

27

28

1    Defendant Google LLC ("Google") submits replacements to Exhibits 22 (Dkt. 1094-25) and
2 23 (Dkt. 1094-26) to the parties' Omnibus Sealing Stipulation Regarding Plaintiffs' Renewed
3 Motion for Class Certification and Motions to Strike Expert Reports of Schwartz And Erdem.
4    After Google's filing of the documents referenced above, Google discovered that certain
5 confidential information in the exhibits was inadvertently unredacted. Google will file a Motion to
6 Remove Incorrectly Filed Documents to request that Dkts. 1094-245 and 1094-26 be permanently
7 removed from the public docket.

9  DATED:  February 10, 2025           QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

                                       By   /s/ Andrew H. Schapiro
                                           Andrew H. Schapiro (admitted *pro hac vice*)
                                           andrewschapiro@quinnemanuel.com
                                           Teuta Fani (admitted *pro hac vice*)
                                           teutafani@quinnemanuel.com
                                           Joseph H. Margolies (admitted *pro hac vice*)
                                           josephmargolies@quinnemanuel.com
                                           191 N. Wacker Drive, Suite 2700
                                           Chicago, IL 60606
                                           Telephone: (312) 705-7400
                                           Facsimile: (312) 705-7401

                                           Stephen A. Broome (CA Bar No. 314605)
                                           stephenbroome@quinnemanuel.com
                                           Viola Trebicka (CA Bar No. 269526)
                                           violatrebicka@quinnemanuel.com
                                           Crystal Nix-Hines (CA Bar No. 326971)
                                           crystalnixhines@quinnemanuel.com
                                           Alyssa G. Olson (CA Bar No. 305705)
                                           alyolson@quinnemanuel.com
                                           865 S. Figueroa Street, 10th Floor
                                           Los Angeles, CA 90017
                                           Telephone: (213) 443-3000
                                           Facsimile: (213) 443-3100

                                           Xi ("Tracy") Gao (CA Bar No. 326266)
                                           tracygao@quinnemanuel.com
                                           Carl Spilly (admitted *pro hac vice*)
                                           carlspilly@quinnemanuel.com
                                           1300 I Street NW, Suite 900
                                           Washington D.C., 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendant Google LLC*