
**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

**SIMMONS HANLY CONROY LLP**
Jason 'Jay' Barnes (admitted *pro hac vice*)
Jayne Conroy (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

**DiCELLO LEVITT LLP**
David A. Straite (admitted *pro hac vice*)
Julia Veeser (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

*Counsel for Plaintiffs*
*[Additional counsel on signature page]*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, et al., *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION IN SUPPORT OF RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 7-3(d)(2), the *Calhoun* Plaintiffs submit this Statement of Recent Decision in connection with their renewed motion for class certification (ECF No. 1060).

Attached as Exhibit A is a copy of Judge Donato's decision yesterday in *Frasco v. Flo Health, Inc.*, No. 21-cv-00757-JD (N.D. Cal. May 19, 2025) (Slip. Op.), certifying a Rule 23(b)(3) damages class of app users whose personal data was transmitted to Google and other third parties, with respect to contract, privacy tort and CIPA claims, among others. Judge Donato cited *Calhoun v. Google*, 113 F.4th 1141 (9th Cir. 2024), on pages 11, 12, 13, 14 and 25 of the Slip Op., and held that implied consent involves a "reasonable person" inquiry and common proof. *Frasco,* at 13.

Dated: May 20, 2025                                             Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**                                  **SIMMONS HANLY CONROY LLP**

By:   */s/ Lesley E. Weaver*                                    By:   */s/ An Truong*
Lesley E. Weaver (SBN 191305)                                   Jason 'Jay' Barnes (admitted *pro hac vice*)
Anne K. Davis (SBN 267909)                                      Jayne Conroy (admitted *pro hac vice*)
Joshua D. Samra (SBN 313050)                                    An Truong (admitted *pro hac vice*)
1330 Broadway, Suite 630                                        112 Madison Avenue, 7th Floor
Oakland, CA 94612                                               New York, NY 10016
Tel.: (415) 445-4003                                            Tel.: (212) 784-6400
Fax: (415) 445-4020                                             Fax: (212) 213-5949
*lweaver@bfalaw.com*                                            *jaybarnes@simmonsfirm.com*
*adavis@bfalaw.com*                                             *jconroy@simmonsfirm.com*
*jsamra@bfalaw.com*                                             *atruong@simmonsfirm.com*

Gregory S. Mullens (admitted *pro hac vice*)                    Eric Johnson (admitted *pro hac vice*)
75 Virginia Road, 2nd Floor                                     Jennifer 'Jenny' Paulson (admitted *pro hac vice*)
White Plains, NY 10603                                          One Court Street
Tel.: (415) 445-4006                                            Alton, IL 62002
*gmullens@bfalaw.com*                                           Tel.: 618-693-3104
                                                                *ejohnson@simmonsfirm.com*
**DiCELLO LEVITT LLP**                                          *jpaulson@simmonsfirm.com*

By:   */s/ David A. Straite*
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)

Adam Prom (admitted *pro hac vice*)
Julia Veeser (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*jveeser@dicellolevitt.com*

*Counsel for Plaintiffs and the Proposed Class*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, David A. Straite, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of May, 2025, at New York, New York.

*/s/ David A. Straite*
David A. Straite