# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** July 14, 2025 | **Time:** 12 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-5146-YGR | **Case Name:** Calhoun et al v. Google LLC | |

**Attorney for Plaintiff:** Jay Barnes, Lesley Weaver, and David Straite; via Zoom
**Attorney for Defendant:** Andrew Schapiro, Stephen Broome, and Viola Trebicka; via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco     **Court Reporter:** Stephen Franklin; via Zoom

## PROCEEDINGS

Further Case Management Conference – held via Zoom webinar.

The Court heard discussion on jurisdiction, current claims (general damages, statutory damages, and unjust enrichment), and the six dormant claims.

Parties are ordered to meet and confer and file a proposed schedule by July 25, 2025.