**BLEICHMAR FONTI & AULD LLP**
Lesley Weaver (Cal. Bar No.191305)
Anne K. Davis (Cal. Bar No. 267909)
Joshua D. Samra (Cal. Bar No. 313050)
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

**DiCELLO LEVITT LLP**
David A. Straite (admitted *pro hac vice*)
485 Lexington Ave., Suite 1001
New York, New York 10017
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

**SIMMONS HANLY CONROY LLP**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
*jaybarnes@simmonsfirm.com*

*Counsel for Plaintiffs; additional counsel listed in signature blocks below*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
Teuta Fani (admitted *pro hac vice*)
*teutafani@quinnemanuel.com*
Joseph H. Margolies (admitted *pro hac vice*)
*josephmargolies@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
Crystal Nix-Hines (CA Bar No. 326971)
*crystalnixhines@quinnemanuel.com*
Alyssa G. Olson (CA Bar No. 305705)
*alyolson@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel for Google; additional counsel listed in signature blocks below*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rules 6-1 and 7-12; Plaintiffs and Defendant Google LLC "(Google"), collectively referred to as the "Parties," enter into this stipulation to set a briefing schedule for Google's forthcoming Motion to Dismiss the six dormant claims (the "Motion").

WHEREAS, on July 14, 2025, the Court held a case management conference and discussed, among other things, the filing of a motion to dismiss the six dormant claims;

WHEREAS, the Court has ordered the parties to submit a joint proposed schedule for such motion by July 25, 2025;

WHEREAS, Google has informed Plaintiffs of its intention to file the Motion pursuant to F.R.C.P. 12(b)(6), reserving the right to move pursuant to any other appropriate ground;

WHEREAS, the Parties have met and conferred regarding a mutually acceptable schedule for briefing of the Motion;

NOW THEREFORE, the Parties hereby stipulate that:

1. The deadline for Google to file the Motion shall be August 28, 2025;
2. The deadline for Plaintiffs to file their opposition shall be October 9, 2025;
3. The deadline for Google file its reply shall be October 30, 2025;
4. Plaintiffs reserve the right to seek an extension of the briefing schedule if the Motion is brought on any ground other than Fed. R. Civ. P. 12(b)(6).

**IT IS SO STIPULATED AND AGREED.**

DATED: July 25, 2025

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | BLEICHMAR FONTI & AULD LLP |
|---|---|
| */s/ Andrew H. Schapiro* | */s/ Lesley E. Weaver* |
| Andrew H. Schapiro (admitted *pro hac vice*) | Lesley E. Weaver (Cal. Bar No. 191305) |
| andrewschapiro@quinnemanuel.com | Anne K. Davis (Cal. Bar No. 267909) |
| Teuta Fani (admitted *pro hac vice*) | Joshua D. Samra (Cal. Bar No. 313050) |
| teutafani@quinnemanuel.com | 1330 Broadway, Suite 630 |
| Joseph H. Margolies (admitted *pro hac vice*) | Oakland, CA 94612 |
| josephmargolies@quinnemanuel.com | Tel.: (415) 445-4003 |
| | Fax: (415) 445-4020 |

| | | |
|---|---|---|
| 1 | 191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606 | *lweaver@bfalaw.com*<br>*adavis@bfalaw.com* |
| 2 | Telephone: (312) 705-7400 | *jsamra@bfalaw.com* |
| 3 | Facsimile: (312) 705-7401 | Gregory S. Mullens (*pro hac vice* |
| 4 | Stephen A. Broome (CA Bar No. 314605)<br>*stephenbroome@quinnemanuel.com* | forthcoming)<br>75 Virginia Road, 2nd Floor |
| 5 | Viola Trebicka (CA Bar No. 269526)<br>*violatrebicka@quinnemanuel.com* | White Plains, New York 10603<br>Tel.: (415) 445-4006 |
| 6 | Crystal Nix-Hines (Bar No. 326971)<br>*crystalnixhines@quinnemanuel.com* | *gmullens@bfalaw.com* |
| 7 | Alyssa G. Olson (CA Bar No. 305705)<br>*alyolson@quinnemanuel.com* | **DiCELLO LEVITT LLP** |
| 8 | 865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 | */s/ David A. Straite*<br>David A. Straite (admitted *pro hac vice*) |
| 9 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 | Corban Rhodes (admitted *pro hac vice*)<br>485 Lexington Avenue, Suite 1001 |
| 10 | Xi ("Tracy") Gao (CA Bar No. 326266) | New York, NY 10017<br>New York, New York 10017 |
| 11 | *tracygao@quinnemanuel.com*<br>Carl Spilly (admitted *pro hac vice*) | Tel.: (646) 933-1000<br>*dstraite@dicellolevitt.com* |
| 12 | *carlspilly@quinnemanuel.com*<br>1300 I Street NW, Suite 900 | *chrodes@dicellolevitt.com* |
| 13 | Washington D.C., 20005<br>Telephone: (202) 538-8000 | Amy E. Keller (admitted *pro hac vice*)<br>Adam Prom (admitted *pro hac vice*) |
| 14 | Facsimile: (202) 538-8100 | Julia Veeser (admitted *pro hac vice*)<br>Ten North Dearborn Street |
| 15 | *Attorneys for Defendant Google LLC* | Sixth Floor<br>Chicago, IL 60602 |
| 16 | | Tel.: (312) 214-7900<br>*akeller@dicellolevitt.com* |
| 17 | | *aprom@dicellolevitt.com*<br>*jveeser@dicellolevitt.com* |
| 18 | | |
| 19 | | **SIMMONS HANLY CONROY LLP** |
| 20 | | */s/ Jay Barnes* |
| 21 | | Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*) |
| 22 | | 112 Madison Avenue, 7th Floor<br>New York, NY 10016 |
| 23 | | Tel.: (212) 784-6400<br>Fax: (212) 213-5949 |
| 24 | | *jaybarnes@simmonsfirm.com*<br>*atruong@simmonsfirm.com* |
| 25 | | |
| 26 | | Eric Johnson (admitted *pro hac vice*) |
| 27 | | Jennifer Paulson (admitted *pro hac vice*) |
| 28 | | |

| | |
|---|---|
| 1 | One Court Street |
| 2 | Alton, IL 62002 |
|   | Tel.: 618-693-3104 |
| 3 | *ejohnson@simmonsfirm.com* |
|   | *jpaulson@simmonsfirm.com* |
| 4 | |
| 5 | *Attorneys for Plaintiffs* |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## ATTESTATION OF CONCURRENCE

I, Andrew Schapiro, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 25, 2025

By: /s/ Andrew H. Schapiro
Andrew H. Schapiro

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby sets the following deadlines:

- The deadline for Google to file its Motion to Dismiss the Dormant Claims is August 28, 2025;
- The deadline for Plaintiffs to file their opposition is October 9, 2025;
- The deadline for Google file its reply is October 30, 2025;
- The hearing on the Motion will be held on _____, 20_ at ___.

**SO ORDERED.**

DATED: _____     _____
HON. YVONNE GONZALEZ ROGERS
United States District Judge