| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP**<br>Lesley Weaver (Cal. Bar No.191305)<br>Anne K. Davis (Cal. Bar No. 267909)<br>Joshua D. Samra (Cal. Bar No. 313050)<br>1330 Broadway, Suite 630<br>Oakland, CA 94612<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>*lweaver@bfalaw.com* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Andrew H. Schapiro (admitted *pro hac vice*)<br>*andrewschapiro@quinnemanuel.com*<br>Teuta Fani (admitted *pro hac vice*)<br>*teutafani@quinnemanuel.com*<br>Joseph H. Margolies (admitted *pro hac vice*)<br>*josephmargolies@quinnemanuel.com*<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401 |
| **DiCELLO LEVITT LLP**<br>David A. Straite (admitted *pro hac vice*)<br>485 Lexington Ave., Suite 1001<br>New York, New York 10017<br>Tel.: (646) 933-1000<br>*dstraite@dicellolevitt.com* | Stephen A. Broome (CA Bar No. 314605)<br>*stephenbroome@quinnemanuel.com*<br>Viola Trebicka (CA Bar No. 269526)<br>*violatrebicka@quinnemanuel.com*<br>Crystal Nix-Hines (CA Bar No. 326971)<br>*crystalnixhines@quinnemanuel.com*<br>Alyssa G. Olson (CA Bar No. 305705)<br>*alyolson@quinnemanuel.com*<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| **SIMMONS HANLY CONROY LLP**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>*jaybarnes@simmonsfirm.com* | |
| *Counsel for Plaintiffs; additional counsel listed in signature blocks below* | *Counsel for Google; additional counsel listed in signature blocks below* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-5146-YGR-SVK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rules 6-1 and 7-12; Plaintiffs and Defendant Google LLC "(Google"), collectively referred to as the "Parties," enter into this stipulation to set a briefing schedule for Google's forthcoming Motion to Dismiss the six dormant claims (the "Motion").

WHEREAS, on July 14, 2025, the Court held a case management conference and discussed, among other things, the filing of a motion to dismiss the six dormant claims;

WHEREAS, the Court has ordered the parties to submit a joint proposed schedule for such motion by July 25, 2025;

WHEREAS, Google has informed Plaintiffs of its intention to file the Motion pursuant to F.R.C.P. 12(b)(6), reserving the right to move pursuant to any other appropriate ground;

WHEREAS, the Parties have met and conferred regarding a mutually acceptable schedule for briefing of the Motion;

NOW THEREFORE, the Parties hereby stipulate that:

1. The deadline for Google to file the Motion shall be August 28, 2025;
2. The deadline for Plaintiffs to file their opposition shall be October 9, 2025;
3. The deadline for Google file its reply shall be October 30, 2025;
4. Plaintiffs reserve the right to seek an extension of the briefing schedule if the Motion is brought on any ground other than Fed. R. Civ. P. 12(b)(6).

**IT IS SO STIPULATED AND AGREED.**

DATED: July 25, 2025

| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **BLEICHMAR FONTI & AULD LLP** |
|---|---|
| */s/ Andrew H. Schapiro* | */s/ Lesley E. Weaver* |
| Andrew H. Schapiro (admitted *pro hac vice*) | Lesley E. Weaver (Cal. Bar No. 191305) |
| andrewschapiro@quinnemanuel.com | Anne K. Davis (Cal. Bar No. 267909) |
| Teuta Fani (admitted *pro hac vice*) | Joshua D. Samra (Cal. Bar No. 313050) |
| teutafani@quinnemanuel.com | 1330 Broadway, Suite 630 |
| Joseph H. Margolies (admitted *pro hac vice*) | Oakland, CA 94612 |
| josephmargolies@quinnemanuel.com | Tel.: (415) 445-4003 |
| | Fax: (415) 445-4020 |

| | |
|---|---|
| 191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Stephen A. Broome (CA Bar No. 314605)<br>*stephenbroome@quinnemanuel.com*<br>Viola Trebicka (CA Bar No. 269526)<br>*violatrebicka@quinnemanuel.com*<br>Crystal Nix-Hines (Bar No. 326971)<br>*crystalnixhines@quinnemanuel.com*<br>Alyssa G. Olson (CA Bar No. 305705)<br>*alyolson@quinnemanuel.com*<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Xi ("Tracy") Gao (CA Bar No. 326266)<br>*tracygao@quinnemanuel.com*<br>Carl Spilly (admitted *pro hac vice*)<br>*carlspilly@quinnemanuel.com*<br>1300 I Street NW, Suite 900<br>Washington D.C., 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br><br>*Attorneys for Defendant Google LLC* | *lweaver@bfalaw.com*<br>*adavis@bfalaw.com*<br>*jsamra@bfalaw.com*<br><br>Gregory S. Mullens (*pro hac vice* forthcoming)<br>75 Virginia Road, 2nd Floor<br>White Plains, New York 10603<br>Tel.: (415) 445-4006<br>*gmullens@bfalaw.com*<br><br>**DiCELLO LEVITT LLP**<br><br>　　*/s/ David A. Straite*<br>David A. Straite (admitted *pro hac vice*)<br>Corban Rhodes (admitted *pro hac vice*)<br>485 Lexington Avenue, Suite 1001<br>New York, NY 10017<br>New York, New York 10017<br>Tel.: (646) 933-1000<br>*dstraite@dicellolevitt.com*<br>*chrodes@dicellolevitt.com*<br><br>Amy E. Keller (admitted *pro hac vice*)<br>Adam Prom (admitted *pro hac vice*)<br>Julia Veeser (admitted *pro hac vice*)<br>Ten North Dearborn Street<br>Sixth Floor<br>Chicago, IL 60602<br>Tel.: (312) 214-7900<br>*akeller@dicellolevitt.com*<br>*aprom@dicellolevitt.com*<br>*jveeser@dicellolevitt.com*<br><br>**SIMMONS HANLY CONROY LLP**<br><br>　　*/s/ Jay Barnes*<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: (212) 784-6400<br>Fax: (212) 213-5949<br>*jaybarnes@simmonsfirm.com*<br>*atruong@simmonsfirm.com*<br><br>Eric Johnson (admitted *pro hac vice*)<br>Jennifer Paulson (admitted *pro hac vice*) |

One Court Street
Alton, IL 62002
Tel.: 618-693-3104
*ejohnson@simmonsfirm.com*
*jpaulson@simmonsfirm.com*

*Attorneys for Plaintiffs*

**ATTESTATION OF CONCURRENCE**

I, Andrew Schapiro, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 25, 2025

By: /s/ Andrew H. Schapiro
Andrew H. Schapiro

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation of the Parties, the Court hereby sets the following deadlines:

- The deadline for Google to file its Motion to Dismiss the Dormant Claims is August 28, 2025;
- The deadline for Plaintiffs to file their opposition is October 9, 2025;
- The deadline for Google file its reply is October 30, 2025.

**SO ORDERED.**

DATED: July 28, 2025

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge