UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK CALHOUN, ET AL.,** | Case No.: 4:20-CV-05146-YGR |
| **Plaintiffs,** | ORDER RE: OMNIBUS SEALING STIPULATION |
| v. | Re: Dkt. Nos. 1094, 1096. |
| **GOOGLE LLC,** | |
| **Defendant.** | |

The Court is in receipt of the parties' omnibus sealing stipulation with regard to *Daubert* motions and plaintiffs' motion for class certification. The sealing requests generally fall into three categories:

- Confidential names of internal Google projects
- Personal information of putative class members (e.g., addresses, emails, search history, and IP address history)
- Google internal company documents containing business proprietary information (e.g., PowerPoints, employee comments, tables).

With regard to documents in the first two categories, the sealing requests are **GRANTED**. With regard to the final category, the Court needs further information in order to evaluate the requests. Parties are reminded that absent good cause and more specificity, the Court will not seal information more than three years old as it is not readily apparent that it has any competitive information. Within ten (10) days of the date of this order, parties shall file a table providing the Court the name and docket citations of all documents falling into this third category, the original

date of the material therein, and the updated reasons for sealing if the information is more than three years old.[1]

**IT IS SO ORDERED**.

Date: July 31, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] At Dkt. No. 1096, Google moves to remove two incorrectly filed documents filed in connection with the parties' omnibus sealing stipulation. The request is **GRANTED.**

2