QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**GOOGLE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE SEALING TABLE IN COMPLIANCE WITH DKT. 1118**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Courtroom: 1 – 4th Floor<br><br>Trial Date: None Set |

**UNOPPOSED MOTION TO EXTEND TIME**

On August 1, 2025, the Court issued an order granting the parties' omnibus sealing stipulation insofar as they agreed to seal the confidential names of internal Google projects and personal information of putative class members. Dkt. 1118 ("Order") at 1.[1] The Order separately directed the parties to file a table ("Sealing Table") within ten days providing the name and docket citations of all "Google internal company documents containing business proprietary information" that Google seeks to seal, along with "the original date of the material therein, and the updated reasons for sealing if the information is more than three years old." *Id.* at 1–2.

Pursuant to Civil Local Rule 6-3(a), Google respectfully requests that the Court extend the parties' time to file the Sealing Table by 10 days (*i.e.*, from August 11, 2025 to August 21, 2025). The requested extension would not affect any other deadlines in the case, and Plaintiffs do not oppose the requested relief. Google moves on the following grounds:

*First*, the Sealing Table will require substantial time to compile. The original sealing stipulation is 81 pages long and concerns over 200 documents, approximately 125 of which the parties expect to address in the Sealing Table. The requested extension will facilitate Google's setting out the "further information" on each document the Court has requested "in order to evaluate the requests." Order 1.

*Second*, several of the key Google personnel with whom Google's counsel consults on sealing issues are traveling or otherwise unavailable during the period leading up to the current deadline.

*Third*, the parties would benefit from additional time to confer. Plaintiffs have advised Google that they are likely to contest some of Google's requests to maintain under seal documents more than three years old, which will require the parties to exchange multiple drafts of the Sealing Table and respond to each other's positions on over 100 sealing requests. The requested extension will either facilitate compromise and agreement (as the parties were able to reach in the initial

---

[1] The order is dated and file-stamped July 31, 2025, but was not distributed to the parties via ECF until August 1, 2025.

sealing stipulation) or, at the very least, allow them to more clearly set out any remaining disputes for the Court. Absent the requested relief, the parties are unlikely to have sufficient time to adequately review and respond to each other's positions before filing.

*Finally*, Google is mindful of the Court's recent order in *In re Google RTB Consumer Privacy Litigation*, No. 4:21-cv-02155 (N.D. Cal.) ("*Google RTB*"), denying the parties' July 31 request to stay the August 1 deadline to file an omnibus sealing stipulation until 21 days after the completion of briefing on any motion for settlement approval and attorneys' fees—*i.e.*, an extension of well over eight weeks. The Court there admonished that "[l]ast-minute requests for extensions are disfavored" and "resolving [sealing] issues now will streamline the process later." *Google RTB* Dkt. 775. Accordingly, Google here requests only a modest extension of 10 days (during which there are no intervening deadlines), and does so within three business days of receiving the Order.

DATED: August 6, 2025                 Respectfully Submitted

                                       QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Andrew H. Schapiro*
     Andrew H. Schapiro (admitted *pro hac vice*)
     andrewschapiro@quinnemanuel.com
     Teuta Fani (admitted *pro hac vice*)
     teutafani@quinnemanuel.com
     Joseph H. Margolies (admitted *pro hac vice*)
     josephmargolies@quinnemanuel.com
     191 N. Wacker Drive, Suite 2700
     Chicago, IL 60606
     Telephone: (312) 705-7400
     Facsimile: (312) 705-7401

     Stephen A. Broome (CA Bar No. 314605)
     stephenbroome@quinnemanuel.com
     Viola Trebicka (CA Bar No. 269526)
     violatrebicka@quinnemanuel.com
     Crystal Nix-Hines (Bar No. 326971)
     crystalnixhines@quinnemanuel.com
     Alyssa G. Olson (CA Bar No. 305705)

alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendant Google LLC*