QUINN EMANUEL URQUHART & SULLIVAN, LLP
Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Crystal Nix-Hines (CA Bar No. 326971)
crystalnixhines@quinnemanuel.com
Alyssa G. Olson (CA Bar No. 305705)
alyolson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice*)
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**GOOGLE'S UNOPPOSED SECOND MOTION TO EXTEND TIME TO FILE SEALING TABLE IN COMPLIANCE WITH DKT. 1118**<br><br>The Honorable Yvonne Gonzalez Rogers<br>Courtroom: 1 – 4th Floor<br><br>Trial Date: None Set |

**UNOPPOSED MOTION TO EXTEND TIME**

On August 1, 2025, the Court issued an order granting the parties' omnibus sealing stipulation insofar as they agreed to seal the confidential names of internal Google projects and personal information of putative class members. Dkt. 1118 ("Order") at 1. The Order separately directed the parties to file a table ("Sealing Table") within ten days providing the name and docket citations of all "Google internal company documents containing business proprietary information" that Google seeks to seal, along with "the original date of the material therein, and the updated reasons for sealing if the information is more than three years old." *Id.* at 1–2. Pursuant to a motion from Google, the Court subsequently extended the parties' deadline to submit the Sealing Table until August 21. Dkt. 1121.

Google has made diligent efforts and significant progress in advancing the review necessary to complete the Sealing Table, but has been unable to complete its review to date. Pursuant to Civil Local Rule 6-3(a), Google respectfully requests that the Court further extend the parties' time to file the Sealing Table by 10 business days (*i.e.*, to September 5, 2025). The requested extension accounts for the intervening Labor Day holiday and would not affect any other deadlines in the case. Plaintiffs do not oppose the requested relief.

Google moves on the following grounds:

*First*, Google has made substantial progress in a good-faith effort to meet the Court's deadline. Attorneys have reviewed the over 200 documents at issue in the original 81-page sealing table, and Google employees with knowledge of their subject matter are in the process of re-evaluating them in light of the Order to provide the "further information" requested by the Court. That process has taken longer than anticipated due to the number of documents involved and the logistical effort to coordinate the various Google stakeholders who need to assess them and approve changes to Google's sealing positions. Google requests this extension out of necessity, not a lack of diligence.

*Second*, certain Google personnel with whom Google's counsel consults on sealing issues have been unexpectedly subject to professional obligations beyond the ordinary press of business, and others have substantial responsibilities due to the ongoing trial in *Rodriguez, et al. v. Google*

*LLC, et al.*, No. 2020-cv-04688 (N.D. Cal.). Google requests this extension to ensure it can provide complete and accurate information to Plaintiffs and the Court notwithstanding these obligations.

*Third*, the proposed extension would facilitate a more robust conference between the parties. In response to Plaintiffs' representation that they intend to contest some of Google's requests to maintain under seal documents more than three years old, Google is diligently seeking to reach compromise with Plaintiffs by further reducing its sealing requests. Moreover, based on their separate reviews of the documents at issue, the parties anticipate they will need approximately five business days for (i) Plaintiffs to assess Google's revised sealing positions, (ii) Plaintiffs to respond to those positions, (iii) the parties to attempt further compromise on any disagreements, and (iv) the parties to set forth any remaining disputes for the Court. The requested extension builds in time for that process, factoring in the intervening federal holiday.

*Fourth*, the requested extension will serve judicial efficiency. Google anticipates that the re-review and conference procedure described above will result in a material number of documents' being de-designated in whole or part, making more documents available for public review and decreasing the review burden on the Court.

DATED: August 18, 2025                Respectfully Submitted

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By      */s/ Andrew H. Schapiro*
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Teuta Fani (admitted *pro hac vice*)
teutafani@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice*)
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

| | |
|---|---|
| 1 | Stephen A. Broome (CA Bar No. 314605) |
| 2 | stephenbroome@quinnemanuel.com |
|   | Viola Trebicka (CA Bar No. 269526) |
| 3 | violatrebicka@quinnemanuel.com |
| 4 | Crystal Nix-Hines (Bar No. 326971) |
|   | crystalnixhines@quinnemanuel.com |
| 5 | Alyssa G. Olson (CA Bar No. 305705) |
| 6 | alyolson@quinnemanuel.com |
|   | 865 S. Figueroa Street, 10th Floor |
| 7 | Los Angeles, CA 90017 |
|   | Telephone: (213) 443-3000 |
| 8 | Facsimile: (213) 443-3100 |
| 9 | Xi ("Tracy") Gao (CA Bar No. 326266) |
| 10 | tracygao@quinnemanuel.com |
|   | Carl Spilly (admitted *pro hac vice*) |
| 11 | carlspilly@quinnemanuel.com |
| 12 | 1300 I Street NW, Suite 900 |
|   | Washington D.C., 20005 |
| 13 | Telephone: (202) 538-8000 |
|   | Facsimile: (202) 538-8100 |
| 14 | |
|   | *Attorneys for Defendant Google LLC* |

(Line numbers 15–28 blank)