**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME TO FILE SEALING TABLE IN COMPLIANCE WITH DKT. 1118<br><br>The Honorable Yvonne Gonzalez Rogers<br>Courtroom: 1 – 4th Floor<br>Hearing Date: None Set (Dkt. 1115)<br>Amended Complaint Filed: April 16, 2021<br><br>Trial Date: None Set |

**[PROPOSED] ORDER**

Before the Court is Google's Unopposed Second Motion To Extend Time To File Sealing Table In Compliance With Dkt. 1118 (the "Motion"). The Court previously ordered the parties to file a table providing the name and docket citations of all Google internal company documents containing business proprietary information along with the original date of the material therein and the updated reasons for sealing if the information is more than three years old ("Sealing Table"). Having considered the Motion, the Court hereby **GRANTS** the Motion and extends the deadline for the parties to file the Sealing Table from August 21, 2025 until September 5, 2025.

IT IS SO ORDERED.

DATED:  August 19, 2025

HON. YVONNE GONZALEZ ROGERS
United States District Judge