**quinn emanuel** trial lawyers | chicago

191 N. Wacker Drive, Suite 2700, Chicago, Illinois 60606-1881 | TEL (312) 705-7400 FAX (312) 705-7401

WRITER'S DIRECT DIAL NO.
**(312) 705-7403**

WRITER'S EMAIL ADDRESS
**andrewschapiro@quinnemanuel.com**

October 3, 2025

<u>VIA CM/ECF</u>

Hon. Yvonne Gonzalez Rogers
Oakland Courthouse, Courtroom 1 – 4th Floor
1301 Clay Street
Oakland, CA 94612

**Re: *Calhoun, et al. v. Google*, LLC, No. 4:20-cv-05146 (N.D. Cal.)**
**Unredacted Copies of Sealed Filings**

Dear Judge Gonzalez Rogers:

On September 5, 2025, Google and Plaintiffs jointly filed a table ("Sealing Table") setting forth their respective positions on various documents filed in connection with Plaintiffs' motion for class certification and related motions. *See* Dkt. 1128. Along with the table, Google filed a number of exhibits it had previously filed under seal with reduced redactions.

On September 11, 2025, the Court granted in large part Google's motion to maintain its documents under seal to the extent requested in the Sealing Table. *See* Dkt. 1129. The Court ordered that two documents (the "Partially Granted Documents") may remain under seal generally, but must be unsealed to the extent their text was made public in a published order issued by Judge van Keulen. *See id.* at 3.

Attached to this letter are (i) redacted copies of the Partially Granted Documents that no longer seal portions included in Judge van Keulen's September 8, 2022 decision, and (ii) additional documents Google agreed to file with reduced redactions or no redactions, as reflected in the Sealing Table.

Respectfully submitted,

/s/ Andrew H. Schapiro
Andrew H. Schapiro
*Counsel for Google, LLC*