# EXHIBIT B2
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Filed Under Seal]

## Expert Rebuttal Report of Richard M. Smith, dated Feb. 16, 2022

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

Case No. 4:20-cv-05146-YGR-SVK

PATRICK CALHOUN, et al., *on behalf of themselves and all others similarly situated*,

                    Plaintiffs,

        v.

GOOGLE LLC,

                    Defendant.

# EXPERT REBUTTAL REPORT OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

## February 15, 2022

## <u>TABLE OF CONTENTS</u>

I.    EXECUTIVE SUMMARY OF OPINIONS PROFFERED ................................................2

II.   QUALIFICATIONS AND BACKGROUND ....................................................................4

III.  BLOCKING METHODS PROPOSED IN THE ZERVAS REPORT WILL NOT
      STOP ALL DATA TRANSMISSIONS TO GOOGLE AND WILL CAUSED WEB
      SITES TO FAIL..............................................................................................................5

      A.    Cookie Blocking ................................................................................................6

      B.    Disabling JavaScript ........................................................................................12

      C.    The Google Analytics Opt-out..........................................................................16

      D.    The AdBlock Add-on Extension.......................................................................22

      E.    The Use of a VPN Does Not Prevent Data Transmissions to Google ..................29

IV.   THE CHEN REPORT'S CONCLUSIONS ABOUT TRANSMISSIONS FROM
      CHROME TO GOOGLE, AS COMPARED TO OTHER BROWSERS, IS
      INCORRECT AND BASED ON A FLAWED METHODOLOGY................................31

V.    CHROME DEVELOPMENT TOOLS ARE NOT A RELIABLE METHOD OF
      CAPTURING NETWORK TRAFFIC FROM THE CHROME BROWSER..................36

VI.   BLOCKING METHODS PROPOSED IN THE BERSTON DECLARATION WILL
      NOT STOP ALL DATA TRANSMISSIONS TO GOOGLE AND WILL CAUSE WEB
      SITES TO FAIL............................................................................................................41

      A.    The "Clear Cookies and Site Data" Option Does Not Stop Transmissions..........42

      B.    "Opting Out of Personalized Ads" Relies on Cookies and Does Not Stop All
            Transmissions ..................................................................................................43

      C.    The NAI Opt-Out Relies on Cookies and Does Not Stop All Transmissions .......50

      D.    The IBA Opt-out Relies on Cookies and Does Not Block All Transmissions ......52

      E.    Firewalls...........................................................................................................55

      F.    Standalone ad block programs ..........................................................................55

VII.  GOOGLE TRACKS BLOCKING METHODS ..............................................................55

VIII. GOOGLE ENGAGES IN COOKIE-SYNCING WHICH CIRCUMVENTS
      BLOCKING METHODS...............................................................................................60

## EXPERT REBUTTAL REPORT OF RICHARD M. SMITH

**I.    EXECUTIVE SUMMARY OF OPINIONS PROFFERED**

1.    As I will explain in the remainder of this report, I believe the Zervas Report, the Chen Report, and the Bernston Declaration all provide incorrect and misleading information about: the operation of the Chrome browser and its transmission of personal information to Google servers; methods which claim to block the transmission of personal information to Google servers; the mapping of data between Google servers; and, the operation of the Chrome browser compared to other browsers such as Firefox and Edge.

2.    As used in this report, "personal information" includes IP addresses, User-Agent information, browsing history information, the Chrome X-client data header, cookie identifiers, device identifiers, and the content of communications the users exchange on non-Google websites. I also understand Google uses the personal information that Chrome sends to it for purposes of creating consumer profiles, that is sometimes referred to as derived data. Neither my initial nor this rebuttal report covers derived data or its use.

3.    <u>Rebuttal Opinion No. 1</u>: Based on my experience in the field, it is my opinion that both the Zervas and Chen Report used flawed methods to test transmissions that Chrome sends from user's computing devices to Google's servers. Because of these flaws, neither Report reaches an accurate conclusion regarding the transmission of flowing at start up from Chrome to Google. My report identifies multiple additional transmissions that the Zervas and Chen Reports omit.

   a.    Both reports used the Chrome Developer tools (created by Google) rather than Fiddler. Unlike Fiddler, the Chrome Developer tools do not capture all data transmissions that are sent to Google.

   b.    Both reports do not turn the Chrome Developer tools recording systems on until after the Chrome browser had been opened and communications had started. This excludes certain transmissions that Chrome sends to Google immediately upon start-up.

    c.   The Zervas Report criticizes the fact that I only tested six websites. However, Dr. Zervas ignores that he himself has had a peer-reviewed paper published that extrapolates the results of testing a single website to a broader industry. More importantly, the reason the transmissions occur is the combination of how the Chrome browser is designed and how Google's source code operates. The tests I performed is less about specific websites than it is about the operation of Google's source code relating to the various properties to which it causes Chrome to send transmissions. The results for Google Analytics, Google Ads (google.com), Google DoubleClick, and Google APIs source code would be the same across millions of different websites. I chose six as exemplars rather than burden the Court with a report that ran thousands of pages long to report the same things over and over again.

    d.   The Zervas Report also criticizes that I did not test prior versions of the Chrome browser. Although prior versions are available for his own testing, Dr. Zervas did not perform any such tests. The reason is that the Chrome browser has not substantially changed in the functions I described in my opening report. Regardless of the version of Chrome, it was designed to follow the instructions of Google source code that command the Chrome browser to transmit the data at issue from the user's personal computing devices to Google's servers even when they were not present at a Google website.

    e.   Finally, the Chen Report tested Chrome in its default settings but manually changed the settings in the other browsers tested to make them less privacy protective and hence, more like Chrome. Based on my experience, this is not a valid way to test comparative products because the Chen Report changed features of the other browsers.

    4.   <u>Rebuttal Opinion No. 2</u>: The Zervas Report claims that "Chrome does not function the same way for all users" and lists a series of alleged steps a user could take to stop Chrome from

sending their personal information to Google. However, my testing shows that none of the purported blocking methods offered in the Zervas report stop all data transmissions of personal information from a user's Chrome browser to Google servers. Most of the blocking solutions offered negatively impact the operation of the Chrome browser and some cause many Web sites to fail and are expressly "not recommended" by Google (such as blocking JavaScript or all cookies).

5.      <u>Rebuttal Opinion No. 3</u>: The Zervas Report incorrectly claims that mappings of data received from Chrome browsers is expressly prohibited by Google's internal policies. However, the underlying data associated with the Zervas Report (called HAR files) show that the Chrome browser sent information to Google servers which is mapped by cookie values. Further, an internal Google Analytics presentation describes the mapping as involving the mapping of such information that I described in my opening report and which was confirmed in the Zervas HAR files. Moreover, Google's public Web sites describe the integration of Google offerings such as Google Analytics.

6.      <u>Rebuttal Opinion No. 4</u>: The Chen Report claims that Chrome sends no more personal information to Google's servers than any other web browser. This is not true. My testing and Google documents show that the X-Client-Data header is unique to Chrome and Chrome transmits more third-party cookies to Google in its default settings than Firefox, Edge, and Safari.

## II.      QUALIFICATIONS AND BACKGROUND

7.      I am the owner of Boston Software Forensics LLC of Boston, Massachusetts. For approximately the last 15 years, I have been providing consulting services to the legal industry, primarily involving the analysis of software systems to understand how they operate.

8.      I have been retained by counsel for Plaintiffs as an expert in this matter. I previously submitted a report in support of Plaintiffs' Motion for Class Certification, dated October 14, 2021, which sets my expert qualifications.[1]

---

[1] *Calhoun, et al. v. Google, LLC*, Smith Report, dated October 14, 2021. at ¶¶ 1-2, Exs. A and B.

9.      On December 22, 2021, Google submitted a response to Plaintiffs' Motion for Class Certification, which included declarations and documents which addressed issues raised in my report.

10.      I submit this rebuttal report to address issues raised in Google's response; the reports of Prof. Georgios Zervas ("Zervas Report") and Prof. Yiling Chen ("Chen Report"); and the declaration of the Google employee Glenn Bernston ("Bernston Declaration").

11.      I reserve the right to supplement and amend this rebuttal report based on additional materials and information made available to me.

12.      In addition to the items identified in Exhibit C of my October 14, 2021 report, a list of materials received, reviewed and relied upon for this rebuttal report is set forth in attached **Exhibit A.[2]**

## III.   BLOCKING METHODS PROPOSED IN THE ZERVAS REPORT WILL NOT STOP ALL DATA TRANSMISSIONS TO GOOGLE AND WILL CAUSED WEB SITES TO FAIL

13.      The Zervas Report claims there are a variety of methods which purport to block data transmissions from the Chrome browser to Google servers. These "solutions" are:

    a.   Cookie blocking

    b.   Disabling JavaScript

    c.   The Google Analytics Chrome opt-out extension

    d.   The AdBlock Chrome extension

    e.   Guest and Incognito modes

    f.   Use of a Virtual Private Network or "VPN."

14.      As described below, none of these offered-up blocking methods work completely to block all data transmissions of personal information from the Chrome browser (located on user's devices) to Google servers.

---

[2] It is my understanding that counsel for Google has been provided access to all my underlying testing and reliance documents. To the extent the Court seeks review of any cited documents or testing in this report, I will coordinate with counsel to ensure that they are produced.

15.    As described below, most of the blocking methods can cause Web sites to fail or block access.

16.    In many cases, Web sites do not tell a user the source of the failure caused by a blocking method and how to correct a problem.

17.    As described below, Google recommends users to not turn off JavaScript or block all cookies because Web sites will become unusable.

A.    **Cookie Blocking**

18.    Paragraphs 31-34 of the Zervas Report describe cookie settings of the Chrome browser and some limited testing that was done with these settings.

19.    Paragraph 32 of the Zervas Report states that the following Cookie settings were tested:

    a.   Allow all cookies

    b.   Block third-party cookies

    c.   Block all cookies

20.    The Chrome browser also has a 4th setting "Block third-party cookies in Incognito" which in my testing allows all cookies when not in Incognito or Guest mode.  This option appears now to be the default cookie option in Chrome.

21.    The Chrome browser presents these 4 cookies options as following in Settings:



Source: Chrome browser settings

22.     The Zervas Report offers no opinion on how many users change the default cookie setting in Chrome to another setting. However, Google's own analysis concluded that only 2-3% of users block third party cookies. GOOG-CABR-04263403.

23. Paragraph 32 of the Zervas Report, states that the "IDE cookie was not sent to domains associated with Google" when third-party cookies were being blocked in Chrome because IDE is a third-party cookie.

24. However, paragraph 32 is both incorrect and misleading about Chrome's ability to block *all* third-party cookies.

25. As I stated in my original report, Google Analytics cookies such as the _ga and _gid cookies can be created and stored by JavaScript as first-party cookie and then sent to third-party servers as URL parameters.

26. Both the Chen and Zervas Reports define these JavaScript cookies created by third-party JavaScript code as third-party cookies, stating "third-party cookies are created by entities other than the website is visiting".

27. Indeed, the underlying data for the Zervas Report shows the _ga and _gid cookie values being sent as URL parameters to Google servers *when Chrome has been configured to block third-party cookies*:

---

Request #135

POST
https://a869.mercurynews.com/DG/DEFAULT/rest/rpc/651?referer=https%3A%2F%2Fwww.mercurynews.com%2F2020%2F05%2F24%2Fqa-mental-health-tips-for-handling-the-pandemic%2F&bcsessionid=&bctempid=&overruleReferrer=&time=2021-12-14T15%3A28%3A14-05%3A00&ts=1639513694975 http/2.0
content-length: 112
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="96", "Google Chrome";v="96"
sec-ch-ua-mobile: ?0
user-agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.93 Safari/537.36
sec-ch-ua-platform: "Windows"
content-type: text/plain
accept: */*
origin: https://www.mercurynews.com
sec-fetch-site: same-site
sec-fetch-mode: cors
sec-fetch-dest: empty
referer: https://www.mercurynews.com/
accept-encoding: gzip, deflate, br

---

accept-language: en-US,en;q=0.9
cookie: BCSessionID=4fff4624-e5f1-4180-843c-ffacf4cd01fa; bc_tstgrp=10;
_pnvl=false; pushly.user_puuid=U4UEosv6QJAcG8F9xxQotXcXuvWstbPH;
_pndnt=; _pnss=none;
_parsely_session={%22sid%22:1%2C%22surl%22:%22https://www.mercurynews.co
m/2020/05/24/qa-mental-health-tips-for-handling-the-
pandemic/%22%2C%22sref%22:%22%22%2C%22sts%22:1639513692574%2C%22s
lts%22:0};
_parsely_visitor={%22id%22:%22pid=b23d76467464bf11fe976f3ec8aad1f3%22%2C
%22session_count%22:1%2C%22last_session_ts%22:1639513692574};
_li_dcdm_c=.mercurynews.com; _lc2_fpi=f107d3ac6b63--
01fpxa36t1vj444namv5hntkx0; RT="z=1&dm=mercurynews.com&si=31feaed6-ff3c-
4de4-b90a-
f8d0bf962a9e&ss=kx6k4as3&sl=0&tt=0&bcn=%2F%2F17de4c0f.akstat.io%2F";
AWSALB=YFV51xaETmhDKPb7BwT+Nj3qItV33asKlXjb13gKvwJ6mR8pzp+gWG
Tjk/3kHz8tcZ5AUwBAYu1VE0kH1wYqSD72+NUmjbRoSrKYhbIo7ygEHyBR5s6J
TmD4R+kV;
AWSALBCORS=YFV51xaETmhDKPb7BwT+Nj3qItV33asKlXjb13gKvwJ6mR8pzp
+gWGTjk/3kHz8tcZ5AUwBAYu1VE0kH1wYqSD72+NUmjbRoSrKYhbIo7ygEHyB
R5s6JTmD4R+kV; <mark>_ga=GA1.2.1549923150.1639513695</mark>;
<mark>_gid=GA1.2.536743444.1639513695</mark>

Request #214

POST https://www.google-
analytics.com/j/collect?v=1&_v=j96&a=1638395647&t=pageview&_s=1&dl=https%3
A%2F%2Fwww.mercurynews.com%2F2020%2F05%2F24%2Fqa-mental-health-tips-
for-handling-the-pandemic%2F&dr=&dp=%2F2020%2F05%2F24%2Fqa-mental-
health-tips-for-handling-the-pandemic%2F&ul=en-us&de=UTF-
8&dt=Mental%20health%20tips%20for%20handling%20the%20pandemic&sd=24-
bit&sr=1536x864&vp=887x754&je=0&_u=aChACEAjBAAAAC~&jid=2143195337
&gjid=4052239959&<mark>cid=1549923150.1639513695</mark>&tid=UA-61435456-
5&<mark>_gid=536743444.1639513695</mark>&_r=1&gtm=2wgc10TLFP4R&cd2=mercurynews.co
m&cd3=mercurynews.com&cd4=&cd5=2020-05-24T07%3A00%3A20-
07%3A00&cd6=2020-05-24T07%3A00%3A20-07%3A00&cd7=2020-05-
27T04%3A27%3A51-
07%3A00&cd8=unknown&cd9=no&cd10=Business&cd11=5.8.2&cd12=&cd13=WP
&cd14=Business&cd15=Business&cd16=&cd17=&cd18=&cd19=&cd20=&cd21=http
s%3A%2F%2Fwww.mercurynews.com%2F2020%2F05%2F24%2Fqa-mental-health-
tips-for-handling-the-pandemic&cd22=qa-mental-health-tips-for-handling-the-
pandemic&cd23=7158259&cd24=article&cd25=BANG&cd26=Louis%20Hansen&cd
27=Q%26amp%3BA%3A%20Mental%20health%20tips%20for%20handling%20the%
20pandemic&cd28=https%3A%2F%2Fwww.mercurynews.com%2F2020%2F05%2F2
4%2Fqa-mental-health-tips-for-handling-the-
pandemic%2F&cd29=Q%26amp%3BA%3A%20Mental%20health%20tips%20for%2
0handling%20the%20pandemic&cd30=&cd32=p-

4ctCQwtnNBNs2&cd33=BayAreaNewsGroup&cd34=true&cd35=coronavirus%2C%2
0mental%20health%2C%20tips%2C%20surviving%2C%20exercise%2C%20Santa%2
0Clara%20University%2C%20psychology%2C%20health%2C%20COVID-
19%2C%20Silicon%20Valley%2C%20stress%2C&cd36=5242&cd37=840&cd38=Lo
uis%20Hansen&cd49=true&cd50=Mozilla%2F5.0%20(Windows%20NT%2010.0%3
B%20Win64%3B%20x64)%20AppleWebKit%2F537.36%20(KHTML%2C%20like%
20Gecko)%20Chrome%2F96.0.4664.93%20Safari%2F537.36&cd51=&cd54=lhansen
%40bayareanewsgroup.com&cd55=Bay%20Area%20News%20Group&cd62=metered
&cd53=1549923150.1639513695&z=416929332

Request #220

POST
https://stats.g.doubleclick.net/j/collect?t=dc&aip=1&_r=3&v=1&_v=j96&tid=UA-
61435456-
5&cid=1549923150.1639513695&jid=2143195337&gjid=405223959&_gid=5367434
44.1639513695&_u=aChACEAiBAAAAC~&z=1153635142 http/2.0
content-length: 0
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="96", "Google Chrome";v="96"
sec-ch-ua-mobile: ?0
user-agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/96.0.4664.93 Safari/537.36
sec-ch-ua-platform: "Windows"
content-type: text/plain
accept: */*
origin: https://www.mercurynews.com
x-client-data:
CIS2yQEIpbbJAQjEtskBCKmdygEI3tHKAQie+csBCOeEzAEItYXMAQjLicwBCN
KPzAEI1pLMARiOnssB
sec-fetch-site: cross-site
sec-fetch-mode: cors
sec-fetch-dest: empty
referer: https://www.mercurynews.com/
accept-encoding: gzip, deflate, br
accept-language: en-US,en;q=0.9

Source: GOOG_ZERVAS_00000042.har (mercury_TPcookies.har)

28.    I discuss data transmissions involving _ga, _gid cookies and the cid and _gid URL parameters in further detail below.

29.    Paragraph 31 of the Zervas Report also offers up the option of blocking all cookies to prevent transmissions to Google but concedes that cookie blocking "may interfere with the functionality of certain website features".

30.    The Zervas Report offers no explanation of what this "interference" includes or the types of website features that might not function.

31.    The Zervas Report also fails to provide any statistics on how common these failures would be and whether a user is notified of the problem.

32.    Blocking all cookies is not a realistic option because it will interfere with most Web site login functionality—even on Google owned and operated web properties.

33.    The following screen shot shows Google's Gmail service failing when a user attempts to log into Gmail with all cookies blocked:



Source: https://accounts.google.com

34.    Google informs a user they must turn on cookies to use the Gmail service.

35.    Likewise, Wells Fargo's Website requires users to enable cookies in order to log into their online bank account:



Source: https://connect.secure.wellafargo.com

36.    I do not have any internal documents or knowledge of how many users block all cookies. However, because blocking all cookies harms the functionality of the browser and is expressly "not recommended" by Google in Chrome settings, the percentage of users who do so is likely very small.

### B.    Disabling JavaScript

37.    Paragraphs 35-40 of the Zervas Report offers up disabling JavaScript in the Chrome browser as another method to prevent data transmissions from the Chrome browser to the Google servers.

38.    Google's own analysis indicates that, as of 2018, only 0.1% of users were disabling JavaScript. Zervas Ex. 5 at 2 ("Chances are, JavaScript is already enabled in your browser; it helps power lots of the websites people use every day. But, because it may save bandwidth or help pages load more quickly, a tiny minority of our users (0.1%) choose to keep it off.")

39.    While paragraph 38 of the Zervas Reports admits that "many web pages do use certain JavaScript-dependent features," it offers no evidence regarding how common it is for Web pages to require JavaScript to be enabled in Chrome in order to function properly.

40.     Nor does the Zervas Reports offer any opinion about how users would be informed that JavaScript must be enabled in order to use a Web site.

41.     Dr. Zervas admitted during his deposition that he did not test the usability of Gmail with JavaScript disabled, Zervas Tr. at 139:19-25. However, Google's own Gmail service is one such Web site which requires JavaScript to be enabled in Chrome.

42.     If a user attempts to login into Gmail with JavaScript disabled, Google displays the following error message recommending the user "signing in on a browser that has JavaScript turned on":



Source: https://accounts.google.com

43.     Google Maps also provides an error message informing a Chrome user that they must turn on JavaScript in order to use the Web site:



Source: https://google.com/maps

44.      However, not all Web sites explicitly inform users the page failed because JavaScript is disabled. The Wells Fargo online banking login simply shows a blank page without informing a user that they must turn on JavaScript:



Source: https://connect.secure.wellsfargo.com

45.     In addition, the underlying data for the Zervas Report shows that not all data transmissions from the Chrome browser to Google servers are stopped by disabling JavaScript. For example, the following HTTP GET requests from the Zervas data shows such transmission still occur:

---

Request #8
GET https://www.googletagmanager.com/ns.html?id=GTM-TLFP4R http/2.0
upgrade-insecure-requests: 1
user-agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36
accept:
text/html,application/xhtml+xml,application/xml;q=0.9,image/avif,image/webp,image/
apng,*/*;q=0.8,application/signed-exchange;v=b3;q=0.9
sec-fetch-site: cross-site
sec-fetch-mode: navigate
sec-fetch-dest: iframe
referer: https://www.mercurynews.com/
accept-encoding: gzip, deflate, br
accept-language: en-US,en;q=0.9


Request #13

GET https://fonts.googleapis.com/css?family=Open+Sans:400,600,700&display=swap
http/2.0
user-agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36
accept: text/css,*/*;q=0.1
x-client-data:
CIS2yQEIpbbJAQjEtskBCKmdygEI3tHKAQie+csBCOeEzAEItYXMAQjLicwBCN
KPzAEI1pLMARiOnssB
sec-fetch-site: cross-site
sec-fetch-mode: no-cors
sec-fetch-dest: style
referer: https://www.mercurynews.com/
accept-encoding: gzip, deflate, br
accept-language: en-US,en;q=0.9

Source: GOOG_ZERVAS_00000041.har (mercury_JS.har)

---

46.     In     fact,     Request     #8     from     above     is     only     transmitted     to     the www.googletagmanager.com server when scripting has been *disabled* as the following HTML code from the Mercury News home page shows:

```
<!-- Google Tag Manager (noscript) -->
<noscript><iframe src='https://www.googletagmanager.com/ns.html?id=GTM-
TLFP4R' height='0' width='0'
style='display:none;visibility:hidden'></iframe></noscript>
<!-- End Google Tag Manager (noscript) -->

Source: GOOG_ZERVAS_00000041.har (mercury_JS.har)
```

47.    Request #13 above also shows that turning off JavaScript does not block the transmission of the User-Agent or the X-Client-data header to the Google server fonts.googleapis.com. In addition to these, the user's IP address would be sent from Chrome to Google.

48.     In addition, Dr. Zervas admitted that blocking JavaScript would not prevent transmissions to Google, agreeing that, "regardless of whether the JavaScript blocker is enabled or JavaScript is disabled, there are [still] cookie transmissions sent to Google.com[,]" and explaining (1) "the purpose of blocking JavaScript is to block JavaScript, not to block cookies" or "transmissions to Google." Zervas Tr. at 126:14-21; 128:2-3; *see also Id.* at 136:10-12 ("My answer would have to be that, no, disabling JavaScript will not prevent HTTP requests that are not triggered by JavaScript.")

### C.    The Google Analytics Opt-out

49.    Paragraphs 41-44 of the Zervas Report offer up another blocking method, the Google Analytics Opt-out Add-on extension, to stop transmissions between the Chrome browser and Google servers.

50.     According to the description of the Google Analytics Opt-Out extension in the Chrome Web Store, enabling the add-on affects Google Analytics-related data transmissions:



Source: https://chrome.google.com/webstore/detail/google-analytics-opt-out/fllaojicojecljbmefodhfapmkghcbnh.

51.     However, based on my review of the GOOG_ZERVAS_00000039.har data file, I found that Google Analytics Opt-out Add-on does not stop all data transmissions related to Google Analytics from being made by the Chrome browser.

52.     Even with this Google Analytics Opt-out Add-on installed, a Chrome browser will still contact a Google server to fetch a Google Analytics JavaScript file as shown in the following HTTP GET request from the GOOG_ZERVAS_00000039.har file:

<div style="border:1px solid black; padding:8px;">

Request #129

GET https://www.google-analytics.com/analytics.js h3
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="96", "Google Chrome";v="96"
sec-ch-ua-mobile: ?0
user-agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36

</div>

```
sec-ch-ua-platform: "Windows"
accept: */*
sec-fetch-site: cross-site
sec-fetch-mode: no-cors
sec-fetch-dest: script
referer: https://www.mercurynews.com/
accept-encoding: gzip, deflate, br
accept-language: en-US,en;q=0.9


Source: GOOG_ZERVAS_00000039.har (mercury_analytics.har)
```

53.    The Google Analytics JavaScript file still executes in the Chrome browser with the Google Analytics Opt-out add-on installed.

54.    The Google Analytics JavaScript file also continues to create the `_ga` and `_gid` cookie values with the add-on installed as shown in the following HTTP GET request from the same GOOG_ZERVAS_00000039.har file:

```
Request #459

GET https://www.mercurynews.com/wp-content/uploads/2021/07/SJM-L-DTSJ-x-
12.jpg?w=1024&h=732 http/2.0
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="96", "Google Chrome";v="96"
sec-ch-ua-mobile: ?0
user-agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36
sec-ch-ua-platform: "Windows"
accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8
sec-fetch-site: same-origin
sec-fetch-mode: no-cors
sec-fetch-dest: image
referer: https://www.mercurynews.com/2020/05/24/qa-mental-health-tips-for-
handling-the-pandemic/
accept-encoding: gzip, deflate, br
accept-language: en-US,en;q=0.9
cookie: bc_tstgrp=5; _pnvl=false;
pushly.user_puuid=td5n0fG9eVfRcwkjf1LqQeAxKy07wRvq; _pndnt=; _pnss=none;
ai_user=1g9x3|2021-12-16T20:07:13.123Z;
_parsely_session={%22sid%22:1%2C%22surl%22:%22https://www.mercurynews.co
m/2020/05/24/qa-mental-health-tips-for-handling-the-
pandemic/%22%2C%22sref%22:%22%22%2C%22sts%22:1639685234190%2C%22s
lts%22:0};
_parsely_visitor={%22id%22:%22pid=771ae75da6c85428248e9122cf43d954%22%2
```

C%22session_count%22:1%2C%22last_session_ts%22:1639685234190};
_li_dcdm_c=.mercurynews.com; _lc2_fpi=f107d3ac6b63--
01fq2dp7yp557eycwnxgh2zkyj; RT="z=1&dm=mercurynews.com&si=79a04ca2-
328c-4ce9-bf54-
5c7df3d56b30&ss=kx9e91an&sl=0&tt=0&bcn=%2F%2F68794907.akstat.io%2F";
_lr_geo_location=US; __qca=P0-1037288684-1639685236540; _pnlspid=10402;
anonDeviceId=1adbcdc629755962b25b94a3c4c38168;
_vfz=www%2Emercurynews%2Ecom.00000000-0000-4000-8000-
c86bf0725f23.1639685240.1.medium=direct|source=|sharer_uuid=|terms=;
_vfa=www%2Emercurynews%2Ecom.00000000-0000-4000-8000-
c86bf0725f23.7ebdba1f-e07d-4088-9441-
a2b75c820588.1639685240.1639685240.1639685240.1;
osano_consentmanager_uuid=84dec289-c823-40d5-8b27-1c3d2da92dcb;
osano_consentmanager=hz-
cYsCKKENBUKREbUcq6vPe3wGy5xdRFy9J2XWXTdeywKbvkCyIc7Tf9uZuyH50
ECRvA7PNbOWv0VIquDhAjPm0JKpRWu7YKoBB2NNoyeXLLrcaRztHEJfZU9kB
MWsm8H5Dz8AZM7GO2HeYPnEdJNh40ucchPMupdaCIT399_weXgRB6aCtKhJF
Mw2s0bAK4FRl2YCNlT7G9scMQo8XJ1WEucETb2smdhjbnjNwtG4ibpsTiCdjjD1k
NlKfqjvDGaNWUMr8FnQ_IpJs9x2w3nNlze7g7ewG2xJf3qKn70QRpT_RWamNFaN
RKs4uWoAAUjKaOa38rNbpbY6CYLKer69VCapE5krOQRQvN4C4YKh7GpYxFhE
T-
aqGXlWt6RZnYmNsFjTAwaX8UpSqEsc6BxQtLV6vNfuzKbWw9osAk8jqtb_SWAn
u1gS2t_gdRCITPtC3DihFMoypHdpiiKFp1W-
l81G59qDzL9usyxT_7fI7yw3D50JL3hzK5x2BoeHSnhqIsK8-
ZP5vzwypWgI3tn7MzlBbOvwjuRT6DlVElScDV9s7Ru1HO5a_fFvEuSJDaKQSlFako
rq4SFapJ-SF-
n3mEBhZfrEXVtEwdHIklGwJRWr0PuOywvhK0DjjGXD9p28VKlf_iqoOJybunPcM
MyYOuoq--_x9OU2VhwpYSdW3v35qKrP7q1j_6StugPBv-
2qZICNsaKuOzARC9Q5P4MX8Fw9aa_VlzR9hd4QkDngNu83JcqlAuQpBxnTU-
JchL_iHb5yA_0M=; BCTempID=e5dce137-5828-4f12-ae51-e8634347214f;
BCSessionID=e5dce137-5828-4f12-ae51-e8634347214f;
_vfb=www%2Emercurynews%2Ecom.00000000-0000-4000-8000-
c86bf0725f23.1.10.1639685240....; ABTestCookie=A;
ai_session=PRpci|1639685240689.7|1639685240689.7; ntv_as_us_privacy=1YNY;
_ga=GA1.2.1094589372.1639685242; _gid=GA1.2.1561224651.1639685242;
_fbp=fb.1.1639685242192.566748168; _ntv_uid=86d8338a-5cdb-406b-8cf6-
2d54a526770a; OB-USER-TOKEN=ed60826f-4abd-45d0-8fb0-8b6c48e1b74c;
sub_nxt_upd_ac_DFM_BANGWPPRODWAB_PROD=1;
__idcontext=eyJjb29raWVJRCI6Ilo3R0FPS1FQSUdCRkE0RTNaM05ORFgyTFRKR
klFVUlLNlQ1SVE3U1o2QVFBPT09PSIsImRldmljZUlEIjoiWjdHQU9LUVBJQ0xS
V1NORTNMRk1MNlJWN0UzS0E0QUU3SE0yVzdETVpJV1E9PT09IiwiaXYiOiJB
WENKNFIyV0U1UVBUQZZHSjY1WlhUUQ1lRUT09PT09PSIsInYiOjF9;
sub_nxt_DFM_BANGWPPRODWAB_PROD={%222%22:{%22104000%22:{%22ac
%22:1%2C%22ac_d%22:1%2C%22s%22:%222021-12-
16T20:07:24.130Z%22}%2C%22_ac_d%22:1%2C%22_ac%22:1%2C%22_acnv%22:
104000}};

bounceClientVisit3993v=N4IgNgDiBcIBYBcEQM4FIDMBBNAmAYnvgO6kB0Atg
KYBOAxgK40CeAdlcSmXQPYVG4ADEKKCArAIAsRAI4BDALTVWCOWAVwq
ahHAUIAlqgUAzHjQ1zWAEzD7WAcz2aFES1aoV9dIiAA0IGhgQPxAUKnsYAG0
AXQBfIA

Source: GOOG_ZERVAS_00000039.har (mercury_analytics.har)

55.    The _ga cookie value also continues to be sent from the Chrome browser on the
user's device to a Google DoubleClick ad server as a ga_cid URL parameter with the Google
Analytics Opt-out add-on installed and enabled.

Request #1114

GET
https://securepubads.g.doubleclick.net/gampad/ads?gdfp_req=1&pvsid=338687732813
4305&correlator=1641590950113027&output=ldjh&impl=fifs&eid=31060978%2C31
061029%2C21067496%2C31062930&vrg=2021120601&ptt=17&gdpr_consent=CPR
VB3FPRVB3FEXABAENBgCwAP_AAH_AACiQGggBIAJEQABAIAAEAIAEAA
AAQBgAAEAgAAAAAAAAAAABAgAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAACAAAAAAAAAAAAEAAAA
AAAAAAAAgAAAAIAAAAAgXmAAAAkQAAEAAAAAAAQAAABAEA
AAAAAAAAAAAAAAAAECAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAACAA.YAAAAAAAAAAA&gdpr=0&us_privacy=1YNY&sc=1&sfv=1-0-
38&ecs=20211216&iu_parts=8013%2Cmercurynews.com%2Cbusiness%2CSponsors
hip_1&enc_prev_ius=%2F0%2F1%2F2%2F3&prev_iu_szs=300x50&ris=31&rcs=1&
prev_scp=POS%3DSponsorship_1%26zeus_rendercount%3D2%26zeus_slot%3Dzeus
_Sponsorship_1.ref.dsk%26amznbid%3D2%26amznp%3D2&eri=1&cust_params=zeu
s%3Dapplied%26zeus_8013%3Dwww.mercurynews.com%26kv%3Dbusiness%252Cc
oronavirus%252Ccoronavirus-tips%252Cpm-report%252Cqa%252Clouis-
hansen%26page%3Darticle%26content%3D%26RPN%3D258499450601%26rurl%3D
%26articleid%3D7158259%26zeus_insights%3Dcmg%252Cios%252Cihp%252Cdpr
%252Cq8t%252Cwug%252C3bu%252Ckh5%252Cec4%252Cphj%252Caw9%252Ct
bj%252Cki0%252Cv3s%252Cuib%252Cpgg%252Cbs0&bc=31&abxe=1&lmt=16396
85267&dt=1639685267797&dlt=1639685230866&idt=3208&frm=20&biw=1271&bi
h=952&oid=2&adxs=1111&adys=17&adks=3262223218&ucis=1&ifi=5&u_his=6&u
_h=1080&u_w=1920&u_ah=1040&u_aw=1920&u_cd=24&u_sd=1&u_tz=-
300&flash=0&url=https%3A%2F%2Fwww.mercurynews.com%2F2020%2F05%2F24
%2Fqa-mental-health-tips-for-handling-the-
pandemic%2F&vis=1&dmc=8&scr_x=0&scr_y=0&psz=300x50&msz=1x0&psts=AG
kb-H8pgFk5N6XOcVypXLZo5AXp5hLk5Cs3i_RQ0Ri8-
RUUuUCieJtzkHXheeUFEYZz4e7uGuIlDRKyPcMh_JnQcWjEcA%2CAGkb-
H8uQqLLMXEQ95L0Jta8V3gA7SnTTqtFLvqV4cgwtQrEUXuGsORQxRWdEVu_v2
mfWMvweB8jXox10zc%2CAGkb-H_XqMQMCpYHJkh7skJuXlimd-

DkT69bhfqe6k80h25sXTg-o67AFTVJAsjKiJUjcv8-
iLW8JPaIoXUdC3qJNg&ga_vid=549979856.1639685236&ga_sid=1639685236&ga_
hid=2056970610&ga_fc=true&ga_cid=1094589372.1639685242&fws=128&ohw=0&
btvi=0&uach=WyJXaW5kb3dzIiwiMTAuMC4wIiwieDg2IiwiIiwiOTYuMC40NjY0L
jExMCIsW10sbnVsbCxudWxsLCI2NCJd&nvt=1 h3
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="96", "Google Chrome";v="96"
sec-ch-ua-mobile: ?0
user-agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36
sec-ch-ua-platform: "Windows"
accept: */*
origin: https://www.mercurynews.com
x-client-data:
CIS2yQEIpbbJAQjEtskBCKmdygEI3tHKAQie+csBCOeEzAEItYXMAQjLicwBCN
KPzAEI1pLMARiOnssB
sec-fetch-site: cross-site
sec-fetch-mode: cors
sec-fetch-dest: empty
referer: https://www.mercurynews.com/
accept-encoding: gzip, deflate, br
accept-language: en-US,en;q=0.9
cookie:
IDE=AHWqTUnMV1rZtJqLDZsx6queuHD6WU7OKh2F3AiFx1J5y6GgyQQynZjNy
yEgDVlVDJE

Source: GOOG_ZERVAS_00000039.har (mercury_analytics.har)

56.     Dr. Zervas confirmed my finding in his deposition. Zervas Tr. at ("**Q. Do you understand -- can you explain why that still happens, even though the Google Analytics Opt-out extension is turned on? A.** It was not part of my assignment to examine the internals of the Google Analytics Opt-out, and it was not important for my conclusions. But I can tell you that the g -- the underscore ga cookie here is being sent to Mercury News. It would be what we call a first-party cookie. So this is a transmission of the cookie from the Chrome browser to the party that sent it, which is Mercury News in this case. This is what's happening."); *see also Id.* at 168:17-169:1 ("Can you explain to me why when you have the Google Analytics Opt-out extension enabled on the Chrome browser, that the value of the underscore ga cookie is transmitted from Chrome to DoubleClick dot net? A. This is not something I specifically looked at.  But what I know is that requests can be made to Google for non-analytics purposes. So I'm going to speculate that this

request that you're highlighting to DoubleClick does not pertain to analytics. That would be my guess.")

57.    Both the Zervas Report and the description of the Google Analytics Opt-out add-on extension are silent about the continued use of Google Analytics JavaScript code and cookies when the Google Analytics Opt-out add-on extension is installed and enabled in Chrome.

### D.    The AdBlock Add-on Extension

58.    Paragraphs 45-48 of the Zervas Report offer up another blocking method, the AdBlock Add-on extension, to stop transmissions from the Chrome browser on user's computing devices to Google servers.

59.    Without explaining for what purpose, the Zervas Report states that he tested the AdBlock Add-on extension using a *manual configuration* rather than the default configuration. *See also* Zervas Tr. at 185:23-25.

60.    The Zervas Report did not provide any testing results from running the AdBlock Add-on extension in its default configuration. In his deposition, Dr. Zervas explained that "the point of that specific test is that there exists an extension that can be configured appropriately to change how certain communications to Google happen or do not happen." Zervas Tr. 186:-7. He then explained that "At some point over the past two years, … AdBlock decided to offer the opportunity to certain publishers to be … excluded by default from this list. And you would have to take affirmative action to enable blocking of those publishers, who I believe have some relationship with AdBlock, but I wouldn't know exactly. Choosing those settings that I chose, my understanding is that those publishers – sorry – those advertisers were also blocked." Zervas Tr. 187:17-188:3. Zervas testified that he did not know if Google as one of those

61.    The Zervas Report also does not provide any statistics about the usage of the AdBlock Add-on extension among users in various configurations, including those used in the report. Zervas Tr. at 186:18-21.

62.    It is not intuitive to users how to change the settings of the AdBlock Add-on extension. For example, there is no easy button to click in order to access the settings and the

settings are not shown during the initial setup process. In addition, in the process of installing the

AdBlock browser extension, Chrome tells users that "It can: Read and change all your data on all

websites." Zervas Ex. 10:



Source: Zervas Ex. 10

63.     Regardless, the underlying Zervas testing data shows that not all data transmissions

from the Chrome browser to Google servers are blocked by the AdBlock Add-on extension – even

with the changed configurations that Zervas made to the extension:

> Request #4
>
> GET
> https://fonts.googleapis.com/css?family=Droid+Sans%3A400%2C700%7CDroid+Seri
> f%3A400%2C400i%2C700%2C700i%7CArvo%3A400%2C400i%2C700%2C700i&v
> er=5.8.2 http/2.0
> sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="96", "Google Chrome";v="96"
> origin: https://www.mercurynews.com
> sec-ch-ua-mobile: ?0
> user-agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
> (KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36
> sec-ch-ua-platform: "Windows"
> accept: text/css,*/*;q=0.1

x-client-data:
CIS2yQEIpbbJAQjEtskBCKmdygEI3tHKAQie+csBCOeEzAEItYXMAQjLicwBCN
KPzAEI1pLMARiOnssB
sec-fetch-site: cross-site
sec-fetch-mode: cors
sec-fetch-dest: style
referer: https://www.mercurynews.com/
accept-encoding: gzip, deflate, br
accept-language: en-US,en;q=0.9

Source: GOOG_ZERVAS_00000037.har (mercury_adblock.har)

---

Request #13

GET
https://maps.googleapis.com/maps/api/js?key=AIzaSyB0TOv46pgshuLhvImI1q7cJnS
bYu3yHNU&ver=5.8.2 http/2.0
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="96", "Google Chrome";v="96"
sec-ch-ua-mobile: ?0
user-agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36
sec-ch-ua-platform: "Windows"
accept: */*
x-client-data:
CIS2yQEIpbbJAQjEtskBCKmdygEI3tHKAQie+csBCOeEzAEItYXMAQjLicwBCN
KPzAEI1pLMARiOnssB
sec-fetch-site: cross-site
sec-fetch-mode: no-cors
sec-fetch-dest: script
referer: https://www.mercurynews.com/
accept-encoding: gzip, deflate, br
accept-language: en-US,en;q=0.9

Source: GOOG_ZERVAS_00000037.har (mercury_adblock.har)

---

Request #13

GET https://www.google.com/coop/cse/brand?form=cse-search-box&lang=en h3
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="96", "Google Chrome";v="96"
sec-ch-ua-mobile: ?0
user-agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36

```
sec-ch-ua-platform: "Windows"
accept: */*
x-client-data:
CIS2yQEIpbbJAQjEtskBCKmdygEI3tHKAQie+csBCOeEzAEItYXMAQjLicwBCN
KPzAEI1pLMARiOnssB
sec-fetch-site: cross-site
sec-fetch-mode: no-cors
sec-fetch-dest: script
referer: https://www.myflorida.com/
accept-encoding: gzip, deflate, br
accept-language: en-US,en;q=0.9
cookie: __Secure-3PSID=FAhnaS5iwTHPfE_ojpiJ4K-Y-
tOaGoo89ZmrnzXgN0pUfHdyG5rpmVYpi-eGeR2lgk7MnQ.; __Secure-
3PAPISID=EMqnQ2B5TlqT3SeG/A3N2yldnUMrp3_28Z;
NID=511=HbqdAunsnk2FToR1EPfeCyc1sq-KO861SVNOaS7cLtkCbmb-
ZGV8znEGrG-iXszj3VsdGMzpNfDyJ0-
JCFGpexJyJIMX9ytXgOi5OmN7kUPQ9V1o3ZN1XU3fJOAcdNYqKj11StvBlW3RL
-qHUkRqHQ_Joi49Y9xZc5hvzclquIIO3bjfe1mmxbpiBd8; __Secure-
3PSIDCC=AJi4QfH4AHhBHe0EUWPhvr62l99w6KR9FW9BEi_cJ8XiHIVvdw5IPpb
luoQ4QrhdapxnUFSh


Source: GOOG_ZERVAS_00000043.har (myfl_adblock.har)
```

64.     In these HTTP requests, Google Cookies are marked in blue and X-Client-Data headers are marked in green.

65.     When the default configuration of the AdBlock Add-on extension is used, additional data transmissions are made from the Chrome browser to Google servers as shown in the following HTTP requests:

```
Request #233

GET https://www.google-analytics.com/analytics.js HTTP/1.1
Host: www.google-analytics.com
Connection: keep-alive
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="98", "Google Chrome";v="98"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/98.0.4758.82 Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: */*
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: no-cors
```

Sec-Fetch-Dest: script
Referer: https://www.mercurynews.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9

Source: AdBlock.saz

---

Request #255

POST https://www.google-
analytics.com/j/collect?v=1&_v=j96&a=1665037967&t=pageview&_s=1&dl=https%3
A%2F%2Fwww.mercurynews.com%2F&dr=&dp=%2F&ul=en-us&de=UTF-
8&dt=The%20Mercury%20News%20-
%20Bay%20Area%20news%2C%20sports%2C%20business%2C%20entertainment%
2C%20lifestyle%20and%20commentary&sd=24-
bit&sr=2560x1440&vp=1075x479&je=0&_u=aGBACEAjBAAAAC~&jid=12363489
08&gjid=2078037628&cid=2019070894.1644240378&tid=UA-61435456-
5&_gid=1554273546.1644240378&_r=1&gtm=2wg220TLFP4R&cd2=mercurynews.c
om&cd3=mercurynews.com&cd8=unknown&cd9=no&cd10=home&cd11=5.9&cd12=
&cd13=WP&cd14=Home&cd15=&cd16=&cd17=&cd18=&cd19=&cd21=https%3A
%2F%2Fwww.mercurynews.com%2F&cd24=home&cd25=BANG&cd27=Home&cd2
8=https%3A%2F%2Fwww.mercurynews.com%2F&cd29=Home&cd30=&cd32=p-
4ctCQwtnNBNs2&cd33=BayAreaNewsGroup&cd34=true&cd35=&cd50=Mozilla%2
F5.0%20(Windows%20NT%2010.0%3B%20Win64%3B%20x64)%20AppleWebKit%
2F537.36%20(KHTML%2C%20like%20Gecko)%20Chrome%2F98.0.4758.82%20Saf
ari%2F537.36&cd51=&cd61=Not%20Set&cd53=2019070894.1644240378&z=26301
0949 HTTP/1.1
Host: www.google-analytics.com
Connection: keep-alive
Content-Length: 0
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="98", "Google Chrome";v="98"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/98.0.4758.82 Safari/537.36
sec-ch-ua-platform: "Windows"
Content-Type: text/plain
Accept: */*
Origin: https://www.mercurynews.com
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: cors
Sec-Fetch-Dest: empty
Referer: https://www.mercurynews.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9

Source: AdBlock.saz

Request #281

POST
https://stats.g.doubleclick.net/j/collect?t=dc&aip=1&_r=3&v=1&_v=j96&tid=UA-61435456-5&cid=2019070894.1644240378&jid=1236348908&gjid=2078037628&_gid=1554273546.1644240378&_u=aGBACEAiBAAAAC~&z=752759869 HTTP/1.1
Host: stats.g.doubleclick.net
Connection: keep-alive
Content-Length: 0
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="98", "Google Chrome";v="98"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.82 Safari/537.36
sec-ch-ua-platform: "Windows"
Content-Type: text/plain
Accept: */*
Origin: https://www.mercurynews.com
X-Client-Data: CKy1yQEIkbbJAQimtskBCMS2yQEIqZ3KAQie+csBCOeEzAEIwpfMAQ==
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: cors
Sec-Fetch-Dest: empty
Referer: https://www.mercurynews.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9

Source: AdBlock.saz

Request #283

GET https://www.google.com/ads/ga-audiences?t=sr&aip=1&_r=4&slf_rd=1&v=1&_v=j96&tid=UA-61435456-5&cid=2019070894.1644240378&jid=1236348908&_u=aGBACEAiBAAAAC~&z=1229534268 HTTP/1.1
Host: www.google.com
Connection: keep-alive
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="98", "Google Chrome";v="98"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.82 Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8

```
X-Client-Data:
CKy1yQEIkbbJAQimtskBCMS2yQEIqZ3KAQie+csBCOeEzAEIwpfMAQ==
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: image
Referer: https://www.mercurynews.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9

Source: AdBlock.saz
```

66.     In these HTTP requests, Google Analytics cookie values sent as URL parameters are marked in blue and X-Client-Data headers are marked in green.

67.     The Zervas Report is also silent on the fact that users are prohibited from accessing certain Web sites if they are using an ad blocker such as AdBlock.

68.     In such cases, a Web site may require a user to turn off an ad blocker, provide an exception for the Web site to the ad blocker, or pay a subscription fee in order to access the Web site.

69.     One such Web site is the Mercury News Web site as shown in the following screen shot:



Source: https://mercurynews.com

70.    The AdBlock Web site provides instructions on how to temporarily or permanently disable AdBlock on specific Web sites:

> # How to disable AdBlock on specific sites
>
> **AdBlock Support**
> Modified on: Sat, Jul 24, 2021 at 3:47 PM
>
> Are you trying to watch a video or read an article on a site that doesn't allow ad blockers? Do you want to support a site you love by allowing it to show you ads? Use the steps below to pause AdBlock temporarily or add a site to your allowlist to see ads every time you visit.
>
> **Note:** The methods described below work in desktop browsers on Chrome, Firefox and Edge. There are similar steps for the Mac app. You can also pause AdBlock on your mobile device or add websites to your allowlist on your iPhone or iPad.
>
> ^   **Allow Ads On a Domain (Website)**
>
> To allow ads to show on the site you're currently visiting, click the AdBlock toolbar icon to open the AdBlock menu. Under **Pause on this site**, select **Once** to temporarily pause AdBlock on that site or **Always** to add the site to your allowlist.
>
> When paused once, AdBlock will automatically start blocking ads again when you leave the site. If paused always, the site will be added to your allowlist ensuring that ads will continue to show every time you visit the site.
>
> To start blocking ads on a site again, click the AdBlock toolbar icon and select **Unpause AdBlock**. You can also manually remove the site from your allowlist:
>
> 1. Click the AdBlock toolbar icon and select the **gear symbol**.
> 2. On the Customize tab next to "Manually edit your filters," click **Edit**.
> 3. Delete any line containing the name of the website.
> 4. Click **Save**.
> 5. Go back to the page you were viewing and reload it.
>
> Source:    https://help.getadblock.com/support/solutions/articles/6000055743-how-to-disable-adblock-on-specific-sites

## E.    The Use of a VPN Does Not Prevent Data Transmissions to Google

71.    Paragraphs 52-54 of the Zervas Report offer the use of a VPN as a method of masking an IP address used by the Chrome browser when communicating with a Google server.

72. The Zervas Report provides no statistics on how common the use of VPNs is among Chrome users.

73. Even when a user is using a VPN, the Chrome browser will send User-Agent headers, cookie values, URL parameters, X-Client-Data headers, browsing history information, and the content of user communications on non-Google websites to Google. However, the Zervas Report is silent on this.

74. The Zervas Report is also silent on the fact that some Web sites, for security reasons, block access if they determine a user is using a VPN.

75. One such Web site is Hulu which rejects login attempts from a Chrome browser using a VPN as shown in the following screen shot:



Source: https://hulu.com/welcome

76. Other Web sites, such as Disney Plus, silently fail when the Chrome browser is used with a VPN as the following screen shot shows with a blank login page at Disney Plus:



Source: https://disneyplus.com/en-gb/login

## IV.    THE CHEN REPORT'S CONCLUSIONS ABOUT TRANSMISSIONS FROM CHROME TO GOOGLE, AS COMPARED TO OTHER BROWSERS, IS INCORRECT AND BASED ON A FLAWED METHODOLOGY

77.    The Chen Report states the following opinion in Paragraph 10a:

"The way that Chrome operates is typical of other browsers with respect to the issues relevant to this case. Chrome responds to third-party scripts in the same way that other popular browsers do. Thus, there is nothing unique about how Google designed Chrome that affects the data collection and processes at issue here."

78.    This conclusion is misleading and incorrect.

79.    According to Paragraph 63 of the Chen Report, browser settings were "adjusted" to "allow all cookies" before testing was done with the Firefox and Edge browsers.

80.    These "adjustments" made for purposes of the Chen Report are what caused the Firefox and Edge browsers to send third-party cookies in a manner similar to Chrome. *See e.g.* Chen Tr. at 147:9-13 (**Q.** Okay. And why did you turn enhanced tracking protection on Firefox

off? **A.** Because I want my experiments to compare what data was transmitted when nothing was blocked, all third-party cookies can possibly be passed."); *Id.* at 147:22-25 (regarding Edge).

81.     Had the Chen Report not made "adjustments" to the Firefox and Edge browser settings, the Firefox and Edge browsers would not have responded to the Google-supplied scripts in the same manner as the Chrome browser.

82.     Therefore, the Chrome browser, in it is default configuration, makes transmissions to Google servers that would not occur with Firefox and Edge in their respective default configurations.

83.     Unlike the Chrome browser, the Firefox and Edge browsers also do not send the X-Client-Data header in HTTP requests to specific Google servers.

84.     The Firefox browser offers a feature called Enhanced Tracking Protection which "blocks many of these trackers" as shown in the following screen shot from Firefox settings:



Source: Firefox browser settings

85.    In the latest version of Firefox, "Standard" blocking is **turned on by default** with Enhanced Tracking Protection.

86.     However, Exhibit 1 to the Chen Report makes clear that the "adjustments" to Firefox go beyond just turning on all cookies, but also ***turning off all tracking protections*** including making sure "enhanced tracking protection" is turned "'Off' for each website".

87.     The Chen Report also ignores that the Chrome browser does not have an equivalent feature to Firefox's enhanced tracking protection.

88.     It is my opinion that the "adjustments" to the Firefox browser settings makes the Chen Firefox tests flawed and any conclusions or opinions drawn from them are equally flawed and unreliable.

89.     The Edge browser also contains a Tracking prevention feature which is described in Edge settings as follows:



Source: Edge browser settings

90.     As shown above, "Balanced" is the default setting.

91.     The Chen Report does not state whether she "adjusted" the Edge Tracking prevention settings for the Edge tests but Exhibit 1 indicates she "Toggle[d] "Block third-party cookies" off".

92.    The Chen Report did not test Apple's Safari browser, but it also has a tracking protection feature called "Intelligent Tracking Prevention" (ITP).

93.    The Safari ITP feature is described in a Nov. 2019 Apple White Paper as follows:

---

## Protection from cross-site tracking

In the years since the web was created, technology has been developed to track user behavior across websites for advertising purposes. Users experience this tracking in action when they look at a product online and then ads for that product seem to follow them around the web. Tracking is pervasive; some websites include 100 or more trackers from different companies on a single page.

Because tracking uses web technology that also provides features required for the proper operation of websites, simply blocking all of the functionality used for tracking can cause issues, including not being able to save sign-in information or remember items in a shopping cart.

In iOS 11 and macOS High Sierra, Safari added a feature called Intelligent Tracking Prevention to address this problem. The goal of ITP is to limit tracking while still enabling websites to function normally. ITP works by learning which domains are used to track a user and then immediately isolating and purging the tracking data that they attempt to store on the user's device. The process of learning about domains uses machine learning and happens on device, so it doesn't share the user's browsing history information with Apple. This on-device approach applies the same high standard to every website that is visited. And because ITP is turned on by default, there is no need to change anything in Settings or Safari preferences to receive tracking protection.

Source: https://www.apple.com/safari/docs/Safari_White_Paper_Nov_2019.pdf

---

94.    The browser comparison methodology used for the Chen Report is also fundamentally flawed for three additional reasons.

    a.    The Chen Report used the Chrome Developer tools (created by Google) for her report rather than Fiddler. Unlike Fiddler, the Chrome Developer tools do not capture all data transmissions that are sent to Google.

    b.    The Chen Report did not gather data until well after the Chrome browser had been opened and communications had started.

c.  The Chen Report cleared all data from the browser before each test, rendering the process not a valid test of real-world conditions, which both Dr. Chen and Dr. Zervas acknowledged based on the fact that neither of them typically clear their information before using a browser.

## V.  CHROME DEVELOPMENT TOOLS ARE NOT A RELIABLE METHOD OF CAPTURING NETWORK TRAFFIC FROM THE CHROME BROWSER

95.    Both the Zervas Report and Chen Report state that the Chrome Developer Tools were used to capture network traffic to and from the Chrome Browser and Web servers including Google servers.  See paragraph 29 of the Zervas Report and paragraph 65 of the Chen Report.  This is an issue because both reports reflect many fewer transmissions to Google sites.

My analysis has revealed that the Chrome Developer Tools do not capture all transmissions.  Thus the conclusions of both reports on this point are incorrect.

96.    In my testing of the Chrome Developer Tools, I found that Chrome Developer Tools do not include all HTTP requests and responses made by the Chrome browser.

97.    In particular, the Chrome Browser does not put the following kinds of HTTP requests and responses in a HAR file:

a.  HTTP requests and responses related to Chrome Sync

b.  HTTP requests and responses for the Chrome Omnibox

c.  A percentage of HTTP requests and responses for unknown reasons

98.    In addition, I found no method of using the Chrome Developer Tools to record the start-up process of the Chrome browser which makes HTTP requests to Google servers.

99.    In addition, I found that the HAR files include entries for cached files which do not result in actual network requests.

100.    The Fiddler debugging tool has none of these same limitations as the Chrome Developer Tools.  The Fiddler tool begins recording transmissions immediately upon start up.

101.    To illustrate the limitations of the Chrome Developer Tools, I recorded a Chrome session with both the Chrome Developer Tools (in Chrome-Sync-On-and-Off.har) and Fiddler (in Chrome-Sync-On-and-Off.saz) at the same time.

102.    The following are examples of HTTP requests from the Chrome browser to Google servers which Fiddler was able to capture, but the Chrome Developer Tools were not:

Request #1720

GET
https://ade.googlesyndication.com/ddm/activity/dc_oe=ChMI6MGlhNv69QIV
UKafCh0Slgm_EAAYACCllLNKQhMI3Oiog9v69QIVDwpoCB2nhQER;met
=1;&timestamp=1644687712058;eid1=2;ecn1=0;etm1=13; HTTP/1.1
Host: ade.googlesyndication.com
Connection: keep-alive
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="98", "Google
Chrome";v="98"
Cache-Control: max-age=0
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.82
Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: */*
X-Client-Data:
CKy1yQEIkbbJAQimtskBCMS2yQEIqZ3KAQie+csBCOeEzAEI04/MAQjCl8
wB
Sec-Fetch-Site: same-site
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: empty
Referer:
https://74ea71965d02ba4f930f5dcccff2f917.safeframe.googlesyndication.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9

Request #158

POST https://clients4.google.com/chrome-
sync/command/?client=Google+Chrome&client_id=p9zUlOK5fvuwDZEIHFn
5dA%3D%3D HTTP/1.1
Host: clients4.google.com
Connection: keep-alive
Content-Length: 742
Pragma: no-cache
Cache-Control: no-cache

Authorization: Bearer
ya29.A0ARrdaM_3IusLSHv1pRgEPYhu4ZCGDdjhb82EpkMDK3YyvNCDn4
nnXuwHPPruIMDaQhhYIAssl7lk3OzrlHQYM5gwXgjhGgiJFQyvuDjjmV1Cs
f_UsxcMSFf3OcX1fWJrBPOYYOeFqVu_5o6fpgJnj-CMuQZapTzbGPs-
KTjTlMLqezA5Dex_Pq0sKfqmpqafsjr57LQ1Kx7pkq-
m0jDwQ7jQgUygodmpvU1ahjaDAYL3JxSp7mIEluGR0mvExTg3F8m5jiw
User-Agent: Chrome WIN 98.0.4758.82
(7f0488e8ba0d8e019187c6325a16c29d9b7f4989-refs/branch-
heads/4758@{#972}) channel(stable)
Content-Type: application/octet-stream
X-Client-Data:
CKy1yQEIkbbJAQimtskBCMS2yQEIqZ3KAQi0gcsBCOryywEInvnLAQjnh
MwBCNOPzAEImpHMAQjCl8wBCOKXzAEI5pfMAQ==
Sec-Fetch-Site: none
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: empty
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9


Request #4272


GET https://accounts.google.com/Logout HTTP/1.1
Host: accounts.google.com
Connection: keep-alive
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="98", "Google
Chrome";v="98"
sec-ch-ua-mobile: ?0
sec-ch-ua-platform: "Windows"
Upgrade-Insecure-Requests: 1
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.82
Safari/537.36
Accept:
text/html,application/xhtml+xml,application/xml;q=0.9,image/avif,image/webp
,image/apng,*/*;q=0.8,application/signed-exchange;v=b3;q=0.9
X-Chrome-ID-Consistency-Request:
version=1,client_id=77185425430.apps.googleusercontent.com,device_id=b0e
8eb3a-3302-4885-a048-
44a10add4811,sync_account_id=106136058950774396990,signin_mode=all_a
ccounts,signout_mode=show_confirmation
X-Client-Data:
CKy1yQEIkbbJAQimtskBCMS2yQEIqZ3KAQi0gcsBCOryywEInvnLAQjnh
MwBCNOPzAEImpHMAQjCl8wBCOKXzAEI5pfMAQ==
Sec-Fetch-Site: none
Sec-Fetch-Mode: navigate
Sec-Fetch-User: ?1

Sec-Fetch-Dest: document
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie:
ACCOUNT_CHOOSER=AFx_qI6J2fb6jS2i_EjwzVt0wCPQ0ZE81AV2rVuT
2BjSj9xIKuB0Ec0TKgTVN-
HqesT570l4RqciAHrQRJU6_P7WD8O1jcEJKhAbv7iCNVIJdZkhySxunQbpfi
BjC64MGgnfW-NT4LzQGFlHxUeA7pG3UVeomNIrtw;
SEARCH_SAMESITE=CgQI2JQB; SID=HAiwiKOOOZO2j6qy-P4-
2KfYGpZvuRdM_ZNnBVp3R5Rm_tabsQd6c-jHiI7ctYF5gWizmA.;
__Secure-1PSID=HAiwiKOOOZO2j6qy-P4-
2KfYGpZvuRdM_ZNnBVp3R5Rm_tabUUThzmTaGy8zr_wqez-JiQ.;
__Secure-3PSID=HAiwiKOOOZO2j6qy-P4-
2KfYGpZvuRdM_ZNnBVp3R5Rm_tabdICuGnVw2MzvRqZGU6hznQ.;
HSID=ABPDcJt-op2e4FiA8; SSID=AAisyX-XogFJIS3hj;
APISID=KBYyyBq9cy0ruVwQ/A-4m4vj3lWaUhpPce;
SAPISID=fWpqo4BI_taqDUB4/A9hRVD5f3dw3i-c24; __Secure-
1PAPISID=fWpqo4BI_taqDUB4/A9hRVD5f3dw3i-c24; __Secure-
3PAPISID=fWpqo4BI_taqDUB4/A9hRVD5f3dw3i-c24;
NID=511=t4uL_6csGN9lRnucckHNQupPTik_uXqGt_tkikVX1xhtIk1CShNsG
wZqfSD4m6FhoFhYYIfFbNDowLIDcLpyVhTJpW9gk-
_XyRcNAuGHidUcFR9hSQK9GNK2r7VxZJoswtl7CYr7Aji_VXocN_zvjIogJ
rwsEckq7xsWtnFqwS0lRQSyjW5vo4XFbNM0Gn0v615ff1OhhZHmq6ke29C
wU5yPchCo2-YlJvtLmIxSr0kkrs55uao; 1P_JAR=2022-02-12-17;
LSID=o.chat.google.com|o.mail.google.com|s.youtube:HAiwiHIRXxOqTlDHs
E_y_rnh1Bu1RVMPhNnzNUT1Y5cHaSiO003n__TxzSkMDh7uaw90Bw.;
__Host-
1PLSID=o.chat.google.com|o.mail.google.com|s.youtube:HAiwiHIRXxOqTlD
HsE_y_rnh1Bu1RVMPhNnzNUT1Y5cHaSiOhByro7_MZRlupnVlwr7bCw.;
__Host-
3PLSID=o.chat.google.com|o.mail.google.com|s.youtube:HAiwiHIRXxOqTlD
HsE_y_rnh1Bu1RVMPhNnzNUT1Y5cHaSiOVOUUDfu80hpEwWzet8L2vQ.;
__Host-GAPS=1:T37I49ZdKm-M-
A3AcutGdGPVfuyCGakt4wQ_TSp2AvQDiMYyQsQ2r5870LZH3V83k_OIC
S6XUiTIoFnSDjLNg42Zd7O3qQ:HxoJSGxAlZFnuFu-;
SIDCC=AJi4QfFGHO2Z3Me4jqJbuW_hXV71rR00rSpJOjeM76naM8zo7iDx
9wtiD03Fx85gJzgCVGSJ; __Secure-3PSIDCC=AJi4QfG-
zw79gT7ZnNaYZuSjyYrVYt8jdmiw-
J_T3dWAJTD0vRE4kJf28q0ggMa2gwnXpUs2LQ

Request #4303

GET
https://googleads.g.doubleclick.net/pagead/drt/so?r=4353139998551929972
HTTP/1.1
Host: googleads.g.doubleclick.net

Connection: keep-alive
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="98", "Google
Chrome";v="98"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.82
Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8
X-Client-Data:
CKy1yQEIkbbJAQimtskBCMS2yQEIqZ3KAQi0gcsBCOryywEInvnLAQjnh
MwBCNOPzAEImpHMAQjCl8wBCOKXzAEI5pfMAQ==
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: image
Referer: https://accounts.google.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: IDE=AHWqTUnT2-
sOK5C6nz7QgrUWT4Iq1vsdTBM4j4PiKp9j7fEzSMUu-b3un5reuVfpqqo


Request #22

POST
https://update.googleapis.com/service/update2/json?cup2key=11:Dajro3s7Q2aP
jg9FSef_q30jmczpFda-
rXmqC4Atxeg&cup2hreq=9705ae1d1d391e4d90ea1f32dc8560a1d90f58c021ff
cb208443e69000765a98 HTTP/1.1
Host: update.googleapis.com
Connection: keep-alive
Content-Length: 2768
X-Goog-Update-AppId:
aapocclcgogkmnckokdopfmhonfmgoek,aohghmighlieiainnegkcijnfilokake,apdf
llckaahabafndbhieahigkjlhalf,blpcfgokakmgnkcojhhkbfbldkacnbeo,felcaaldnbd
nccllmgdcncolpebgiejap,ghbmnnjooekpmoecnnnilnnbdlolhkhi,nmmhkkegccagd
ldgiimedpiccmgmieda,pjkljhegncpnkpknbcohdijeoejaedia
X-Goog-Update-Interactivity: bg
X-Goog-Update-Updater: chromecrx-98.0.4758.82
Content-Type: application/json
Sec-Fetch-Site: none
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: empty
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.82
Safari/537.36
Accept-Encoding: gzip, deflate, br

Accept-Language: en-US,en;q=0.9

Request #78

GET https://www.google.com/complete/search?client=chrome-omni&gs_ri=chrome-ext-ansg&xssi=t&q=dev+tools&oit=4&cp=9&pgcl=7&gs_rn=42&psi=1LDQzL6ab3abVVSB&sugkey=AIzaSyBOti4mM-6x9WDnZIjIeyEU21OpBXqWBgw HTTP/1.1
Host: www.google.com
Connection: keep-alive
X-Client-Data:
CKy1yQEIkbbJAQimtskBCMS2yQEIqZ3KAQi0gcsBCOryywEInvnLAQjnh
MwBCNOPzAEImpHMAQjCl8wBCOKXzAEI5pfMAQ==
Sec-Fetch-Site: none
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: empty
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.82
Safari/537.36
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: __Secure-3PSID=HAiwiKOOOZO2j6qy-P4-
2KfYGpZvuRdM_ZNnBVp3R5Rm_tabdICuGnVw2MzvRqZGU6hznQ.;
__Secure-3PAPISID=fWpqo4BI_taqDUB4/A9hRVD5f3dw3i-c24;
NID=511=t4uL_6csGN9lRnucckHNQupPTik_uXqGt_tkikVX1xhtIk1CShNsG
wZqfSD4m6FhoFhYYIfFbNDowLIDcLpyVhTJpW9gk-
_XyRcNAuGHidUcFR9hSQK9GNK2r7VxZJoswtl7CYr7Aji_VXocN_zvjIogJ
rwsEckq7xsWtnFqwS0lRQSyjW5vo4XFbNM0Gn0v615ff1OhhZHmq6ke29C
wU5yPchCo2-YlJvtLmIxSr0kkrs55uao; 1P_JAR=2022-02-12-17; __Secure-
3PSIDCC=AJi4QfGwdgz_AsABIHyjl2Wqach8105XtG4IiwbFl_JZr2fKuB05
mOIU5O5RabxSetzi_Uw2Fw

Source: Chrome-Sync-On-and-Off.saz

103.    It is not possible to say after the fact with any certainty what all of the HTTP requests were not recorded in the Zervas and Chen HAR files by the Chrome Developer Tools.

## VI.    BLOCKING METHODS PROPOSED IN THE BERSTON DECLARATION WILL NOT STOP ALL DATA TRANSMISSIONS TO GOOGLE AND WILL CAUSE WEB SITES TO FAIL

104.    Glenn Berntson, the Engineering Director and a Lead of the Google Ad Manager team at Google, provided a declaration in this case which I was asked to review.

105.    The Berntson Declaration offers up many of the same blocking methods as the Zervas Report which he claims will block data transmissions from the Chrome browser to Google servers.

106.    These same claimed blocking methods are:

    a.    Cookie blocking

    b.    Disabling JavaScript

    c.    Google Analytics Chrome opt-out extension

    d.    AdBlock Chrome extension

    e.    Guest and Incognito modes

    f.    VPN

107.    I have covered these claimed blocking methods above in my analysis of the Zervas Report and that analysis applies also to the Bernston Declaration.  That is, the Berntson Declaration is in error to the extent it makes these assertions.

108.    The Bernston Declaration also offers the following additional blocking methods:

    a.    Enabling "clear cookies and site data when you close all windows" in Chrome settings

    b.    Opting Out of Personalized Ads (for users not signed into a Google Account)

    c.    Interest-Based Ads (IBA) Opt-out Add-on

    d.    The Network Advertising Initiative's ("NAI's") Opt-Out page

    e.    Turning off Ad Personalization

    f.    Using a firewall

    g.    Using a standalone ad blocker program

**A.    The "Clear Cookies and Site Data" Option Does Not Stop Transmissions**

109.    Paragraph 19(c) of the Bernston Declaration suggests that, if a user enables the "clear cookies and site data when you close all windows" option of the Chrome browser, then enabled "Google Ad Manager will not receive any cookies set in a prior session".

110.    This description of the "clear cookies and site data when you close all windows" option is incomplete and misleading.

111.    The option does not affect the transmission of a new cookie values, IP address, and X-Client-Data headers in a new Chrome session.

112.    The Bernston Declaration is also silent about what happens with the restoration and/or correlation of Google cookies when a user logs into their Google account in both a prior session and a new session in the Chrome browser

**B.    "Opting Out of Personalized Ads" Relies on Cookies and Does Not Stop All Transmissions**

113.    Paragraph 19(f) of the Bernston Declaration offers up the option of Opting out of Personalized Ads in the Chrome browser.  A user does this opting-out on the Web page at the URL https://adssettings.google.com/whythisad as shown in paragraph 19(f).

114.    The Web page allows users to opt out both of Google search ads and Web ads by selecting the appropriate tab.

115.    The Web page also has a tab for YouTube, but the tab has no opt-out option.

116.    The following screen shots show the three tabs in their default state:





Source: https://adssettings.google.com/anonymous?hl=en

117.    The following screen shot shows ad personalization being turned off:



Source: https://adssettings.google.com/anonymous?hl=en&tb=web

118.    However, with ad personalization turned off, data transmissions with unique cookie values continue to be sent from the Chrome browser to Google servers.

119.    For example, with ad personalization turned off, the value of the Google Analytic _ga cookie is sent to a doubeclick.net server as the URL parameter ga_vid is shown below in the following HTTP GET request:

Request #3891

GET
https://securepubads.g.doubleclick.net/gampad/ads?gdfp_req=1&pvsid=409995
3460911827&correlator=3262105034908821&output=ldjh&impl=fifs&adsid=
ChAIgMaIkAYQnZOH2K2Vx4NfEhoAlsWo0250-
IIabSVjtw4cSraVsaT4PH7RNQ&jar=2022-02-08-
16&eid=31064681&vrg=2022020301&ptt=17&gdpr_consent=CPZqbKwPZqb
KwEXABAENBgCwAP_AAH_AACiQGggBIAJEQABAIAAEAIAEAAAAQ
BgAAEAgAAAAAAAAAAABAgAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAACAAAAAAAAAAAA
EAAAAAAAAAAAAgAAAAIAAAAAgXmAAAAkQAAEAAAAAAA
AQAAABAEAAAAAAAAAAAAAAAAAAECAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAACAA.YAAAAAAAAAAA&gdpr=0&us_
privacy=1YNY&sc=1&sfv=1-0-

38&ecs=20220527&iu_parts=8013%2Cmercurynews.com%2Cbusiness%2CO utstream_Video&enc_prev_ius=%2F0%2F1%2F2%2F3&prev_iu_szs=480x36 0&prev_scp=POS%3DOutstream_Video%26zeus_rendercount%3D1%26zeus_ slot%3Dzeus_Outstream_Video.init.dsk&eri=1&cust_params=zeus%3Dapplie d%26zeus_8013%3Dwww.mercurynews.com%26kv%3Dbusiness%252Ccoron avirus%252Ccoronavirus-tips%252Cpm-report%252Cqa%252Clouis- hansen%26page%3Darticle%26content%3D%26RPN%3D333703734067%26r url%3D%26articleid%3D7158259%26blueconic%3Dnon- subscribers%26zeus_insights%3Dcmg%252Cios%252Cihp%252Cdpr%252Cq 8t%252Cwug%252C3bu%252Ckh5%252Cec4%252Cphj%252Caw9%252Ctbj %252Cki0%252Cv3s%252Cuib%252Cpgg%252Cbs0%26title%3DMental- health-tips-for-handlin%26full_title%3DMental-health-tips-for-handling-the- pandemic&cookie_enabled=1&bc=31&abxe=1&dt=1653667908843&lmt=165 3667908&dlt=1653667853786&idt=3695&frm=20&biw=1075&bih=495&oid =2&adxs=371&adys=1732&adks=1286466235&ucis=4&ifi=5&u_his=7&u_h =1440&u_w=2560&u_ah=1400&u_aw=2560&u_cd=24&u_sd=1.5&u_tz=- 240&flash=0&dmc=8&url=https%3A%2F%2Fwww.mercurynews.com%2F20 20%2F05%2F24%2Fqa-mental-health-tips-for-handling-the- pandemic%2F&vis=1&scr_x=0&scr_y=1061&psz=609x0&msz=1x0&psts=A Gkb- H814S525aAu3potkuMCyb8sYizBsMsBz5lCNKNNBeNZwuU0pgRwrODoX BNLvYatYUmjuvX1btcs8PY0pEcYCZIemw%2CAGkb- H9Vcdgbs4cJUR_V0wNoMVBpxKrMgBOsEa7X7yQErIM- 3VjEhK7YqIlog5aviSKPjnvjFXoRiWrXtZd78Vvu39eXGw%2CAGkb-H- MUIiGw6N6Ayd2Pt1hNalxQLe440j9YLW76izy6isCQodVZz7zMsUxRfzZvZ InjJtNfdy6I9vPlZhVP2fLNMNQIg&ga_vid=504353525.1653667771&ga_sid= 1653667861&ga_hid=214099166&ga_fc=true&fws=0&ohw=0&btvi=1&uach =WyJXaW5kb3dzIiwiMTAuMC4wIiwieD86"iwiIiwiOTguMC40NzU4LjgyIix bXSxudWxsLG51bGwsIjY0IixbWyIgTm90IEE7QnJhbmQiLCI5OS4wLjAuM CJdLFsiQ2hyb21pdW0iLCI5OC4wLjQ3NTguODIiXSxbIkdvb2dsZSBDaHJv bWUiLCI5OC4wLjQ3NTguODIiXV1d&a3p=Eh4KDmVzcC5jml0ZW8uY2 9tEgAY0KCkspAwRQAAAAA%3D&nvt=3 HTTP/1.1
Host: securepubads.g.doubleclick.net
Connection: keep-alive
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="98", "Google Chrome";v="98"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.82 Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: */*
Origin: https://www.mercurynews.com
X-Client-Data: CKy1yQEIkbbJAQimtskBCMS2yQEIqZ3KAQie+csBCOeEzAEIwpfMAQ==
Sec-Fetch-Site: cross-site

Sec-Fetch-Mode: cors
Sec-Fetch-Dest: empty
Referer: https://www.mercurynews.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: id=OPT_OUT


Source: google-ad-settings.saz

120.    This same _ga cookie value was previously sent to the same doubleclick.net server before opting-out of Google ad personalization as shown in the following HTTP GET request:

Request #379

GET
https://securepubads.g.doubleclick.net/gampad/ads?gdfp_req=1&pvsid=365900
5191221823&correlator=2749793251569343&output=ldjh&impl=fifs&vrg=20
22020301&ptt=17&gdpr_consent=CPZqa1lPZqa1lEXABAENBgCwAAFAA
H_AACiQGggBIAJEQABAIAAEAIAEAAAAQBAAAEAgAAAAAAAAAA
AABAgAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAACAAAAAAAAAAAAAAAAAAAAAAAAAAAgA
AAAIAAAAAgXmAAAAkQAAEAAAAAAAQAAABAEAAAAAAA
AAAAAAAAAAAECAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAACAA.YAAAAAAAAAAA&gdpr=0&us_privacy=1Y-
Y&npa=1&sc=1&sfv=1-0-
38&ecs=20220527&iu_parts=8013%2Cmercurynews.com%2Cbusiness%2CC
ube1_RRail_ATF&enc_prev_ius=%2F0%2F1%2F2%2F3&prev_iu_szs=300x2
50%7C300x600%7C300x1050%7C160x600&prev_scp=POS%3DCube1_RRai
l_ATF%26zeus_rendercount%3D1%26zeus_slot%3Dzeus_Cube1_RRail_ATF
.init.dsk%26amznbid%3Dxz9csg%26amznp%3D1oynv9c%26amzniid%3DIuE
Yw-hFZcy8Yfb4m2bEGxEAAAF-
2hVARQEAAA0_ARuPb80%26amznsz%3D300x250%26crt_pb%3D0.31%26
crt_bidid%3Dmnimkd%26zeus_appnexus%3D12%26zeus_auctionid_appnexus
%3D8275784190156156546&eri=1&cust_params=zeus%3Dapplied%26zeus_
8013%3Dwww.mercurynews.com%26kv%3Dbusiness%252Ccoronavirus%25
2Ccoronavirus-tips%252Cpm-report%252Cqa%252Clouis-
hansen%26page%3Darticle%26content%3D%26RPN%3D333703734067%26r
url%3D%26articleid%3D7158259%26zeus_insights%3Dcmg%252Cios%252C
ihp%252Cdpr%252Cq8t%252Cwug%252C3bu%252Ckh5%252Cec4%252Cph
j%252Caw9%252Ctbj%252Cki0%252Cv3s%252Cuib%252Cpgg%252Cbs0&
bc=31&abxe=1&dt=1653667773396&lmt=1653667773&dlt=1653667763916
&idt=4243&frm=20&biw=1075&bih=495&oid=2&adxs=909&adys=746&adk
s=3094759181&ucis=4&ifi=4&u_his=2&u_h=1440&u_w=2560&u_ah=1400

```
&u_aw=2560&u_cd=24&u_sd=1.5&u_tz=-
240&flash=0&dmc=8&url=https%3A%2F%2Fwww.mercurynews.com%2F20
20%2F05%2F24%2Fqa-mental-health-tips-for-handling-the-
pandemic%2F&vis=1&scr_x=0&scr_y=100&psz=310x600&msz=1x0&psts=A
Gkb-H9awlplzm3R5rYar7qljqzk%2CAGkb-H-
L8kvTgXxqjkPz1ppxHq3VQiEf08As6EuvB8ZhmZLLnOESIEVRoAkY5Et4U
R2CFV0f4z8vCvCebXsy6jn-0oJlUQ%2CAGkb-
H_nA29_9odEWIXLLupGl3OOKoxrMw6Nto7oQTKh5kQ88NRl1em-
6lf5Hb63YfSN9q30k31TxZr2CUCLCA&ga_vid=504353525.1653667771&ga
_sid=1653667771&ga_hid=279644202&ga_fc=true&fws=0&ohw=0&btvi=1&
uach=WyJXaW5kb3dzIiwiMTAuMC4wIiwieDg2IiwiIiwiOTguMC40NzU4Lj
gyIixbXSxudWxsLG51bGwsIjY0IixbWyJqTm90IEE7QnJhbmQiLCI5OS4wLj
AuMCJdLFsiQ2hyb21pdW0iLCI5OC4wLjQ3NTguODIiXSxbIkdvb2dsZSBD
aHJvbWUiLCI5OC4wLjQ3NTguODIiXV1d&nvt=1 HTTP/1.1
Host: securepubads.g.doubleclick.net
Connection: keep-alive
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="98", "Google
Chrome";v="98"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.82
Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: */*
Origin: https://www.mercurynews.com
X-Client-Data:
CKy1yQEIkbbJAQimtskBCMS2yQEIqZ3KAQie+csBCOeEzAEIwpfMAQ==
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: cors
Sec-Fetch-Dest: empty
Referer: https://www.mercurynews.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie:
IDE=AHWqTUnT3KnMsSyTpTsSuB8vmm1XUwwNud1XhhY41WzH_sT7T
WHaRUPt473y4_H4p44

Source: google-ad-settings.saz
```

121.   The opting-out process did delete the DoubleClick IDE cookie and replace it with

a "id=OPT_OUT" cookie, but the opting-out process had no effect on the _ga cookie value being

transmitted to Google's DoubleClick server.

122.     I also found that clearing cookies in the Chrome browser removed the search and Web ad personalization opt-outs as shown in the following screen shots:



Source: https://adssettings.google.com/anonymous?hl=en

123.     This problem with the Google ad personalization opt-outs being quietly cancelled when clearing cookies is due to a flawed implementation of the opt-outs relying on cookies.

### C.    The NAI Opt-Out Relies on Cookies and Does Not Stop All Transmissions

124.    Paragraph 22 of the Bernston Declaration offers up the Network Advertising Initiative's (NAI) Opt-Out as another option for opt-outing out of personalized advertising by Google.

125.    Paragraph 22 goes on to say that the NAI Opt-out page works in a similar manner to the Google's Ad personalization settings page.

126.    Indeed, the NAI Opt-out page suffers from the same problems as Google's Ad personalization settings page: it does not block _ga cookie values being sent to Google DoubleClick servers and an NAI opt-out is silently cancelled when cookies are cleared in the Chrome browser.

127.    The following HTTP Request from the Chrome browser shows the _ga cookie still being sent to a Google DoubleClick server as a ga_vid URL parameter after opting out at the NAI opt-out page:

<div style="border:1px solid black; padding:10px">

Request #2662

GET
https://securepubads.g.doubleclick.net/gampad/ads?gdfp_req=1&pvsid=1121654988385397&correlator=3092637335625663&output=ldjh&impl=fifs&eid=31064671%2C44742767%2C21065724%2C21067496&vrg=2022020301&ptt=17&gdpr_consent=CPUGaVgPUGaVgEXABAENBgCwAP_AAH_AACiQGggBIAJEQABAIAAEAIAEAAAAQBgAAEAgAAAAAAAAAAAAABAgAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAACAAAAAAAAAAAAAAEAAAAAAAAAAAAAgAAAAIAAAAAgXmAAAAkQAAEAAAAAAAAQAAABAEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAACAA.YAAAAAAAAAA&gdpr=0&us_privacy=1YNY&sc=1&sfv=1-0-38&ecs=20220208&iu_parts=8013%2Cmercurynews.com%2Cbusiness%2CSponsorship_1%2Cinterstitial%2Ctop_leaderboard&enc_prev_ius=%2F0%2F1%2F2%2F3%2C%2F0%2F1%2F2%2F4%2C%2F0%2F1%2F2%2F5&prev_iu_szs=300x50%2C1x1%2C728x90%7C970x90%7C970x250&prev_scp=POS%3DSponsorship_1%26zeus_rendercount%3D1%26zeus_slot%3Dzeus_Sponsorship_1.init.dsk%26amznbid%3D2%26amznp%3D2%7CPOS%3Dinterstitial%26zeus_rendercount%3D1%26zeus_slot%3Dzeus_interstitial.init.dsk%26amznbid%3D2%26amznp%3D2%7CPOS%3Dtop_leaderboard%26zeus_rendercount%3D1%26zeus_slot%3Dzeus_top_leaderboard.init.dsk%26amznbid%3D1ry1i4g%26amznp%3Dc4nbwg%26zeus_triplelift%3D17%26zeus_auctionid_triplel

</div>

```
ift%3Db42dc764-586c-467a-a381-
62708e1b5d8c%26zeus_ix%3D23%26zeus_auctionid_ix%3D6ffd6fc5-304c-
47e8-a860-
e246341c5c46%26zeus_appnexus%3D8%26zeus_auctionid_appnexus%3D255
1394848855483249%26amzniid%3DItB7XJm5iRELGQS_LxTag0QAAAF-
2gScqwEAAA0_AVlWbK4%26amznsz%3D970x250&eri=1&cust_params=ze
us%3Dapplied%26zeus_8013%3Dwww.mercurynews.com%26kv%3Dbusines
s%252Ccoronavirus%252Ccoronavirus-tips%252Cpm-
report%252Cqa%252Clouis-
hansen%26page%3Darticle%26content%3D%26RPN%3D134150076883%26r
url%3D%26articleid%3D7158259%26blueconic%3Dnon-
subscribers%26zeus_insights%3Dcmg%252Cios%252Cihp%252Cdpr%252Cq
8t%252Cwug%252C3bu%252Ckh5%252Cec4%252Cphj%252Caw9%252Ctbj
%252Cki0%252Cv3s%252Cuib%252Cpgg%252Cbs0&cookie=ID%3De6bf79
89231f98d6%3AT%3D1644334941%3AS%3DALNI_MZ38_wsblkBzyeqXfP
p54Zh8KqzSw&bc=31&abxe=1&dt=1644335241675&lmt=1644335241&dlt=
1644335239963&idt=1049&frm=20&biw=1075&bih=479&oid=2&adxs=915
%2C10%2C537&adys=17%2C177%2C303&adks=3262223218%2C28568375
14%2C1841053995&ucis=1%7C2%7C3&ifi=1&u_his=8&u_h=1440&u_w=2
560&u_ah=1400&u_aw=2560&u_cd=24&u_sd=1.5&u_tz=-
300&flash=0&dmc=8&url=https%3A%2F%2Fwww.mercurynews.com%2F20
20%2F05%2F24%2Fqa-mental-health-tips-for-handling-the-
pandemic%2F&vis=1&scr_x=0&scr_y=0&psz=300x50%7C1x1%7C1055x250
&msz=1x0%7C1x0%7C1x0&ga_vid=302806176.1644334646&ga_sid=16443
35242&ga_hid=1965517170&ga_fc=true&fws=0%2C0%2C0&ohw=0%2C0%
2C0&btvi=0%7C0%7C0&uach=WyJXaW5kb3dzIiwiMTAuMC4wIiwieDg2Ii
wiIiwiOTguMC40NzU4LjgyIixbXSxudWxsLG51bGwsIjY0IixbWyJgTm90IE
E7QnJhbmQiLCI5OS4wLjAuMCJdLFsiQ2hyb21pdW0iLCI5OC4wLjQ3NTg
uODIiXSxbIkdvb2dsZSBDaHJvbWUiLCI5OC4wLjQ3NTguODIiXV1d&a3p
=Eh4KDmVzcC5jcml0ZW8uY29tEgAY0P7_z-0vRQAAAAA%3D&nvt=1
HTTP/1.1
Host: securepubads.g.doubleclick.net
Connection: keep-alive
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="98", "Google
Chrome";v="98"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.82
Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: */*
Origin: https://www.mercurynews.com
X-Client-Data:
CKy1yQEIkbbJAQimtskBCMS2yQEIqZ3KAQie+csBCOeEzAEIwpfMAQ==
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: cors
```

```
Sec-Fetch-Dest: empty
Referer: https://www.mercurynews.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: DSID=NO_DATA; id=OPT_OUT

Source: nai-opt-out.saz
```

128.    Also, when I first arrived at the NAI Opt-out page, it incorrectly claimed that I had third-party cookies blocked as shown in the following screen shot:



Source: https://adssettings.google.com/anonymous?hl=en

129.    In order to proceed, I had to refresh the opt-out page and the third-party cookie check passed on the second try.

130.    I do not know why this third-party cookie check failed, but apparently it is a known problem given the "Try Again" link in the information block.

**D.    The IBA Opt-out Relies on Cookies and Does Not Block All Transmissions**

131.    Paragraph 21 of the Bernston Declaration offers up the IBA Opt-out add-on for Chrome which also claims to set an opt-out cookie for personalizing ads.

132. The description of this add-on in paragraph 21 includes the following acknowledgement that the cookie-based implementation of an opt-out is flawed: "Opt out remains in effect, even after you clear your browser's cookies."

133. However, the IBA Opt-out add-on does not block the DoubleClick IDE cookie nor the ga_vid URL parameter as shown in the following HTTP request:

---

Request #482

GET
https://securepubads.g.doubleclick.net/gampad/ads?gdfp_req=1&pvsid=741215074502840&correlator=2327752398965364&output=ldjh&impl=fifs&eid=44752541%2C31060032%2C21067496&vrg=2022020301&ptt=17&gdpr_consent=CPUKSc9PUKSc9EXABBENBgCwAP_AAH_AACiQGggBIAJEQABAIAAEAIAEAAAAQBgAAEAgAAAAAAAAAAABAgAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAACAAAAAAAAAAAEAAAAAAAAAAAgAAAAIAAAAAgXmAAAAkQAAEAAAAAAAQAAABAEAAAAAAAAAAAAAAAAAAAAAECAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAACAA.YAAAAAAAAAA&gdpr=0&us_privacy=1YNY&npa=1&sc=1&sfv=1-0-38&ecs=20220209&iu_parts=8013%2Cmercurynews.com%2Cbusiness%2CSponsorship_1%2Cinterstitial%2Ctop_leaderboard&enc_prev_ius=%2F0%2F1%2F2%2F3%2C%2F0%2F1%2F2%2F4%2C%2F0%2F1%2F2%2F5&prev_iu_szs=300x50%2C1x1%2C728x90%7C970x90%7C970x250&prev_scp=POS%3DSponsorship_1%26zeus_rendercount%3D1%26zeus_slot%3Dzeus_Sponsorship_1.init.dsk%26amznbid%3D2%26amznp%3D2%7CPOS%3Dinterstitial%26zeus_rendercount%3D1%26zeus_slot%3Dzeus_interstitial.init.dsk%26amznbid%3D2%26amznp%3D2%7CPOS%3Dtop_leaderboard%26zeus_rendercount%3D1%26zeus_slot%3Dzeus_top_leaderboard.init.dsk%26amznbid%3Dtjfuo0%26amznp%3D1oynv9c%26amzniid%3DIp9Btsl42QUwD7FrHzfGW7IAAAF-4BNQVgEAAA0_AaS-Ynk%26amznsz%3D728x90%26zeus_ix%3D8%26zeus_auctionid_ix%3Da4c6b743-de05-426b-948f-62c726140444%26zeus_appnexus%3D10%26zeus_auctionid_appnexus%3D6484281640145076089&eri=1&cust_params=zeus%3Dapplied%26zeus_8013%3Dwww.mercurynews.com%26kv%3Dbusiness%252Ccoronavirus%252Ccoronavirus-tips%252Cpm-report%252Cqa%252Clouis-hansen%26page%3Darticle%3D%26RPN%3D308143982419%26rurl%3D%26articleid%3D7158259%26zeus_insights%3Dcmg%252Cios%252Cihp%252Cdpr%252Cq8t%252Cwug%252C3bu%252Ckh5%252Cec4%252Cphj%252Caw9%252Cbj%252Cki0%252Cv3s%252Cuib%252Cpgg%252Cbs0&cookie_enabled=1&bc=31&abxe=1&dt=1644436870167&lmt=1644436870&dlt

---

```
=1644436866606&idt=1966&frm=20&biw=1075&bih=479&oid=2&adxs=915
%2C10%2C537&adys=17%2C177%2C303&adks=3262223218%2C28568375
14%2C1841053995&ucis=1%7C2%7C3&ifi=1&u_his=5&u_h=1440&u_w=2
560&u_ah=1400&u_aw=2560&u_cd=24&u_sd=1.5&u_tz=-
300&flash=0&dmc=8&url=https%3A%2F%2Fwww.mercurynews.com%2F20
20%2F05%2F24%2Fqa-mental-health-tips-for-handling-the-
pandemic%2F&vis=1&scr_x=0&scr_y=0&psz=300x50%7C1x1%7C1055x250
&msz=1x0%7C1x0%7C1x0&ga_vid=1696932872.1644436869&ga_sid=1644
436870&ga_hid=709138822&ga_fc=true&fws=0%2C0%2C0&ohw=0%2C0%
2C0&btvi=0%7C0%7C0&uach=WyJXaW5kb3dzIiwiMTAuMC4wIiwieDg2Ii
wiIiwiOTguMC40NzU4LjgyIixbXSxudWxsLG51bGwsIjY0IixbWyIgTm90IE
E7QnJhbmQiLCI5OS4wLjAuMCJdLFsiQ2hyb21pdW0iLCI5OC4wLjQ3NTg
uODIiXSxbIkdvb2dsZSBDaHJvbWUiLCI5OC4wLjQ3NTguODIiXV1d&nvt=
1 HTTP/1.1
Host: securepubads.g.doubleclick.net
Connection: keep-alive
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="98", "Google
Chrome";v="98"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.82
Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: */*
Origin: https://www.mercurynews.com
X-Client-Data:
CKy1yQEIkbbJAQimtskBCMS2yQEIqZ3KAQie+csBCOeEzAEIwpfMAQ==
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: cors
Sec-Fetch-Dest: empty
Referer: https://www.mercurynews.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie:
IDE=AHWqTUlVYinaocDn6FH1ktDFIzpeUTDhjpkR5t1Wu0Di2Ro_-
tZe8tor9dAAZeCADBU

Source: IBA-Opt-Out.saz
```

134.    In addition, in my testing of the IBA Opt-out add-on with Chrome version
Chrome/98.0.4758.82, no "id=OPT_OUT" cookie was ever sent to Google servers.

135.    The lack of the "id=OPT_OUT" cookie with the IBA Opt-out add-on is different behavior from the NAI Opt-out and Google ad personalization page which both set a "id=OPT_OUT" cookie.

 **E.** **Firewalls**

136.    Paragraph 29(b) of the Bernston Declaration offers up a firewall to block traffic going to Google Ad Manager domains.

137.    The Bernston Declaration does not provide a list of these Google Ad Manager domains, so it is difficult to understand how practical such a suggestion is and if it would work in the real world.

138.    Paragraph 29(b) also goes on to make the claim that a firewall can be used to strip out X-Client-Data headers from outgoing HTTP request.

139.    However, the Bernston Declaration does not explain how this would be done in an encrypted HTTPS request which presumably a firewall would not be able to decrypt.

 **F.** **Standalone ad block programs**

140.    Paragraph 29(c) of the Bernston Declaration offers up the use of standalone ad blocker programs and gives as examples of AdGuard and AdLock.

141.    The Bernston Declaration provides no testing evidence that these ad blockers or any ad blockers are 100% effective for blocking all data transmissions from the Chrome browser to Google servers.

142.    The Bernston Declaration is also silent how users are supposed to deal with Web sites which block access when they detect the use of an ad blocker in the Chrome browser as described previously.

## VII. GOOGLE TRACKS BLOCKING METHODS

143.    The Zervas Report and Bernston Declaration are also silent on the fact that many of the blocking methods suggested in the report and the declaration are tracked by Google using a variety of methods.

144.    Footnote 20 of the Zervas Report lists the Chrome Store URL for the Google Analytics Opt-Out add-on as https://chrome.google.com/webstore/detail/google-analytics-optout/fllaojicojecljbmefodhfapmkghcbnh.

145.    The string "fllaojicojecljbmefodhfapmkghcbnh" is the app identifier for the Google Analytics Opt-Out add-on.

146.    While installing the Google Analytics Opt-Out add-on at the Chrome Store, I found extensive tracking of my activities was being done by Google Analytics.

147.    For example:

> Request #451
>
> GET https://ssl.google-analytics.com/__utm.gif?utmwv=5.7.2&utms=31&utmn=556628315&utmhn=chrome.google.com&utmt=event&utme=5(Model*notLoggedIn)&utmcs=UTF-8&utmsr=2560x1440&utmvp=1076x495&utmsc=24-bit&utmul=en-us&utmje=0&utmfl=-&utmdt=Google%20Analytics%20Opt-out%20Add-on%20(by%20Google)%20-%20Chrome%20Web%20Store&utmhid=2077599275&utmr=-&utmp=%2Fwebstore%2Fdetail%2Fgoogle-analytics-opt-out%2Ffllaojicojecljbmefodhfapmkghcbnh&utmht=1644238428296&utmac=UA-4436568-7&utmni=1&utmcc=__utma%3D73091649.1885378348.1644238297.1644238297.1644238297.1%3B%2B__utmz%3D73091649.1644238297.1.1.utmcsr%3Dgoogle%7Cutmccn%3D(organic)%7Cutmcmd%3Dorganic%7Cutmctr%3D(not%2520provided)%3B&utmjid=&utmu=4AAAAAAAAAAAAAAAgAAgAAE~ HTTP/1.1
> Host: ssl.google-analytics.com
> Connection: keep-alive
> sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="98", "Google Chrome";v="98"
> sec-ch-ua-mobile: ?0
> User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.82 Safari/537.36
> sec-ch-ua-platform: "Windows"
> Accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8
> Sec-Fetch-Site: cross-site
> Sec-Fetch-Mode: no-cors
> Sec-Fetch-Dest: image
> Referer: https://chrome.google.com/
> Accept-Encoding: gzip, deflate, br
> Accept-Language: en-US,en;q=0.9
>
> Source: GA-OPT-OUT-INSTALLED-AB-ENABLED.saz

148.     This request to Google Analytics also indicated that I was not logged in at the time of doing the installation.

149.     After installing the Google Analytics Opt-Out add-on in the Chrome browser, I found that this application identifier is sent to a Google server in an HTTP request as part of the Chrome start-up process:

Request #546

POST
https://update.googleapis.com/service/update2/json?cup2key=11:i_wQ3TlCToOKTwZ
aLdqZxBzSAuLhRqpw1scIaBA4glw&cup2hreq=40f4aed5f7beee3d0c975d53b944420
1d6da678141ba1dd3dd7c1b05c0194eb5 HTTP/1.1
Host: update.googleapis.com
Connection: keep-alive
Content-Length: 3283
X-Goog-Update-AppId:
aapocclcgogkmnckokdopfmhonfmgoek,aohghmighlieiainnegkcijnfilokake,apdfllckaah
abafndbhieahigkjlhalf,blpcfgokakmgnkcojhhkbfbldkacnbeo,felcaaldnbdncclmgdcncolp
ebgiejap,fllaojicojecljbmefodhfapmkghcbnh,ghbmnnjooekpmoecnnnilnnbdlolhkhi,gig
hmmpiobklfepjocnamgkkbiglidom,nmmhkkegccagdldgiimedpiccmgmieda,pjkljhegncp
nkpknbcohdijeoejaedia
X-Goog-Update-Interactivity: bg
X-Goog-Update-Updater: chromecrx-98.0.4758.82
Content-Type: application/json
Sec-Fetch-Site: none
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: empty
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/98.0.4758.82 Safari/537.36
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9

Source: GA-OPT-OUT-INSTALLED-AB-ENABLED.saz

150.    If JavaScript is turned off and an attempt is made to log into Gmail, a login URL contains a parameter named "nojavascript=1" which by its name, indicates that JavaScript has been disabled as shown in the following HTTP request:

---

Request #94

GET
https://accounts.google.com/ServiceLogin?continue=https%3A%2F%2Fmail.google.co
m%2Fmail%2F&rip=1&nojavascript=1&ifkv=AU9NCcwW1T6TmUVOqVanxswEO
8Lpes5QKKR3l0SgMhwnnYbPnDPYo5ookWVyyFt2zMW-
I9ZvgswvPQ&service=mail HTTP/1.1
Host: accounts.google.com
Connection: keep-alive
Upgrade-Insecure-Requests: 1
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/98.0.4758.82 Safari/537.36
Accept:
text/html,application/xhtml+xml,application/xml;q=0.9,image/avif,image/webp,image/
apng,*/*;q=0.8,application/signed-exchange;v=b3;q=0.9
X-Chrome-ID-Consistency-Request:
version=1,client_id=77185425430.apps.googleusercontent.com,device_id=f7897313-
f1a1-4021-b9f7-
eba59b699b34,signin_mode=all_accounts,signout_mode=show_confirmation
X-Client-Data:
CKy1yQEIkbbJAQimtskBCMS2yQEIqZ3KAQi0gcsBCOryywEInvnLAQjnhMwBCJ
qRzAEIgZXMAQiwlcwBCMKXzAEI4pfMAQjml8wB
Sec-Fetch-Site: same-origin
Sec-Fetch-Mode: navigate
Sec-Fetch-Dest: document
Referer:
https://accounts.google.com/ServiceLogin?continue=https%3A%2F%2Fmail.google.co
m%2Fmail%2F&service=mail&sacu=1&rip=1
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: 1P_JAR=2022-02-07-12;
NID=511=O87K1fSjht0mKwxmo8WkpzxriMGrpIlP7dnTSfshPfBbngCR0ENbxkH6o
nFzpBNdL2fXRrU8EE6z7YTyVylUsGpwDWUlrVijjQaNwqXPlNIN0Ihe1yHwG3Pw
1I_uabqHYLI58yirXhkhHGxtR04ryaciBP5H9wvFTcy6AlnxXBI; __Host-
GAPS=1:NCG94WAQMxvJ_rtals9N8bkYESL4:VTxZO9wYB71xacFj

Source: NoJS.saz

---

151.    Even with JavaScript being disabled, the above HTTP request includes Google cookies and X-Client-Data header.

152.    In a similar manner, cookies being disabled during a Gmail login attempt are also reported to a Google server:

```
Request #203

GET
https://accounts.google.com/_/common/diagnostics/?diagnostics=%5B%5B%5B%22g
aia_fe_minutemaid%3Ass%22%2Cnull%2Cnull%2Cnull%2C1644237704025%5D%2
C%5B%22gaia_fe_minutemaid%3AsignInAttempt%22%2Cnull%2Cnull%2Cnull%2C
1644237704025%5D%2C%5B%22gaia_fe_minutemaid%3AidentifierPage%22%2Cn
ull%2Cnull%2Cnull%2C1644237704362%2C7418%5D%5D%5D&rt=j HTTP/1.1
Host: accounts.google.com
Connection: keep-alive
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="98", "Google Chrome";v="98"
Cache-Control: max-age=0
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/98.0.4758.82 Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: */*
X-Chrome-ID-Consistency-Request:
version=1,client_id=77185425430.apps.googleusercontent.com,device_id=5ab92fc9-
3834-424f-823c-
d8d170e275ee,signin_mode=all_accounts,signout_mode=show_confirmation
X-Client-Data:
CKy1yQEIkbbJAQimtskBCMS2yQEIqZ3KAQi0gcsBCOryywEInvnLAQjnhMwBCJ
qRzAEIgZXMAQiwlcwBCMKXzAEYjp7LAQ==
Sec-Fetch-Site: same-origin
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: empty
Referer:
https://accounts.google.com/signin/v2/deniedsigninrejected?service=mail&passive=12
09600&osid=1&continue=https%3A%2F%2Fmail.google.com%2Fmail%2Fu%2F0%
2F&followup=https%3A%2F%2Fmail.google.com%2Fmail%2Fu%2F0%2F&emr=1&
flowName=GlifWebSignIn&flowEntry=ServiceLogin
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9

Source: Chrome-No-Cookies.saz
```

## VIII.  GOOGLE ENGAGES IN COOKIE-SYNCING WHICH CIRCUMVENTS BLOCKING METHODS

153.     Paragraph 39 of the Bernston Declaration states "Google does not perform any mapping of Google Analytics first-party cookie values to third-party cookies such as Biscotti".

154.     As I described in my opening report, a Google Analytics cookie value, which is stored as a first party cookie, is sent as an URL parameter in an HTTP request which also includes the value of the Biscotti cookie which is named "IDE".  That is, a third party coolie value is embedded in the HTTP request.

155.     This HTTP request was created by Google JavaScript code.

156.     This Google JavaScript code generates the HTTP request which provides the mapping of the Google Analytics cookie to the Biscotti cookie.

157.     The Zervas HAR files include similar examples of HTTP requests which map a Google Analytics cookie value to third-party IDE cookies.

158.     One such request can be found in the Zervas HAR file GOOG_ZERVAS_00000038.har with the cid URL parameter marked in blue and _gid URL parameter marked in green:

> Request #317
>
> POST
> https://stats.g.doubleclick.net/j/collect?t=dc&aip=1&_r=3&v=1&_v=j96&tid=UA-61435456-5&cid=1781616254.1639511975&jid=182563484&gjid=2008163062&_gid=1773996974.1639511977&_u=aChACEAiBAAAAC~&z=1463189588 http/2.0
> content-length: 0
> sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="96", "Google Chrome";v="96"
> sec-ch-ua-mobile: ?0
> user-agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.93 Safari/537.36
> sec-ch-ua-platform: "Windows"
> content-type: text/plain
> accept: */*
> origin: https://www.mercurynews.com

---

x-client-data:
CIS2yQEIpbbJAQjEtskBCKmdygEI3tHKAQie+csBCOeEzAEItYXMAQjLic
wBCNKPzAEI1pLMARiOnssB
sec-fetch-site: cross-site
sec-fetch-mode: cors
sec-fetch-dest: empty
referer: https://www.mercurynews.com/
accept-encoding: gzip, deflate, br
accept-language: en-US,en;q=0.9
cookie: IDE=AHWqTUkKbUoi2VyU8k-3G4warCqB1lQry78H-Tu_stiQF-
0HDa5BwrBkQfOPgjzKTjo

Source: GOOG_ZERVAS_00000038.har (mercury_all.har)

---

159.    The same Zervas HAR file shows that the cid URL parameter is stored as the _ga

Google Analytics cookie while the _gid URL parameter is stored as the _gid Google Analytics

cookie:

---

Request #177

POST
https://a869.mercurynews.com/DG/DEFAULT/rest/rpc/527?referer=https%3A
%2F%2Fwww.mercurynews.com%2F2020%2F05%2F24%2Fqa-mental-
health-tips-for-handling-the-
pandemic%2F&bcsessionid=&bctempid=&overruleReferrer=&time=2021-12-
14T14%3A59%3A36-05%3A00&ts=1639511976564 http/2.0
content-length: 789
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="96", "Google
Chrome";v="96"
sec-ch-ua-mobile: ?0
user-agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/96.0.4664.93 Safari/537.36
sec-ch-ua-platform: "Windows"
content-type: text/plain
accept: */*
origin: https://www.mercurynews.com
sec-fetch-site: same-site
sec-fetch-mode: cors
sec-fetch-dest: empty
referer: https://www.mercurynews.com/
accept-encoding: gzip, deflate, br
accept-language: en-US,en;q=0.9

---

cookie: BCSessionID=6ef2881b-073f-4bda-94d0-c4b07dfdb683; bc_tstgrp=10;
_pnvl=false;
pushly.user_puuid=yJ5mgCuP53WAhTzzb9NWBnEOCV9lRzTY; _pndnt=;
_pnss=none;
_parsely_session={%22sid%22:1%2C%22surl%22:%22https://www.mercuryn
ews.com/2020/05/24/qa-mental-health-tips-for-handling-the-
pandemic/%22%2C%22sref%22:%22%22%2C%22sts%22:1639511972756%2
C%22slts%22:0};
_parsely_visitor={%22id%22:%22pid=96ff1e1ab21b71f05bca66a190508e34%
22%2C%22session_count%22:1%2C%22last_session_ts%22:1639511972756}
; _li_dcdm_c=.mercurynews.com; _lc2_fpi=f107d3ac6b63--
01fpx8eqh9exas1f2p5e5sz5w9;
RT="z=1&dm=mercurynews.com&si=c28af11d-f7b6-4def-bd20-
3b17b8a04329&ss=kx6j3fow&sl=0&tt=0&bcn=%2F%2F684dd326.akstat.io%
2F";
AWSALB=UIsJn7dkO53TsgO7FS2aI7ySy1qNDFQ7ltwKQj1TT3fE5HarjgA3
73AMPHgizEKb0wTpKo9NRIeeru95X3ryXXPiuVevcAAaherpe+jVp074mBk
C3UDQrLG4M5jO;
AWSALBCORS=UIsJn7dkO53TsgO7FS2aI7ySy1qNDFQ7ltwKQj1TT3fE5H
arjgA373AMPHgizEKb0wTpKo9NRIeeru95X3ryXXPiuVevcAAaherpe+jVp0
74mBkC3UDQrLG4M5jO; _ga=GA1.2.1781616254.1639511975;
_gid=GA1.2.1773996974.1639511977

Source: GOOG_ZERVAS_00000038.har (mercury_all.har)

160.    As discussed in my opening report, the _ga and _gid are Google Analytics cookies
which are set by Google JavaScript code and stored as first-party cookies of the Web site using
Google Analytics.

161.    These same two Google Analytics cookie values are also sent as URL parameters
to a Google Analytics server as shown by the same Zervas HAR file:

Request #285

POST https://www.google-
analytics.com/j/collect?v=1&_v=j96&a=1773302523&t=pageview&_s=1&dl=
https%3A%2F%2Fwww.mercurynews.com%2F2020%2F05%2F24%2Fqa-
mental-health-tips-for-handling-the-
pandemic%2F&dr=&dp=%2F2020%2F05%2F24%2Fqa-mental-health-tips-
for-handling-the-pandemic%2F&ul=en-us&de=UTF-
8&dt=Mental%20health%20tips%20for%20handling%20the%20pandemic&sd
=24-

bit&sr=1536x864&vp=887x754&je=0&_u=aChACEAjBAAAAC~&jid=1825
63484&gjid=2008163062&cid=1781616254.1639511975&tid=UA-61435456-
5&_gid=1773996974.1639511977&_r=1&gtm=2wgc10TLFP4R&cd2=mercur
ynews.com&cd3=mercurynews.com&cd4=&cd5=2020-05-
24T07%3A00%3A20-07%3A00&cd6=2020-05-24T07%3A00%3A20-
07%3A00&cd7=2020-05-27T04%3A27%3A51-
07%3A00&cd8=unknown&cd9=no&cd10=Business&cd11=5.8.2&cd12=&cd1
3=WP&cd14=Business&cd15=Business&cd16=&cd17=&cd18=&cd19=&cd2
0=&cd21=https%3A%2F%2Fwww.mercurynews.com%2F2020%2F05%2F24
%2Fqa-mental-health-tips-for-handling-the-pandemic&cd22=qa-mental-health-
tips-for-handling-the-
pandemic&cd23=7158259&cd24=article&cd25=BANG&cd26=Louis%20Hans
en&cd27=Q%26amp%3BA%3A%20Mental%20health%20tips%20for%20han
dling%20the%20pandemic&cd28=https%3A%2F%2Fwww.mercurynews.com
%2F2020%2F05%2F24%2Fqa-mental-health-tips-for-handling-the-
pandemic%2F&cd29=Q%26amp%3BA%3A%20Mental%20health%20tips%2
0for%20handling%20the%20pandemic&cd30=&cd32=p-
4ctCQwtnNBNs2&cd33=BayAreaNewsGroup&cd34=true&cd35=coronavirus
%2C%20mental%20health%2C%20tips%2C%20surviving%2C%20exercise%
2C%20Santa%20Clara%20University%2C%20psychology%2C%20health%2C
%20COVID-
19%2C%20Silicon%20Valley%2C%20stress%2C&cd36=5242&cd37=840&cd
38=Louis%20Hansen&cd49=true&cd50=Mozilla%2F5.0%20(Windows%20N
T%2010.0%3B%20Win64%3B%20x64)%20AppleWebKit%2F537.36%20(K
HTML%2C%20like%20Gecko)%20Chrome%2F96.0.4664.93%20Safari%2F5
37.36&cd51=&cd54=lhansen%40bayareanewsgroup.com&cd55=Bay%20Area
%20News%20Group&cd62=metered&cd53=1781616254.1639511975&z=143
7690465 h3
content-length: 0
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="96", "Google
Chrome";v="96"
sec-ch-ua-mobile: ?0
user-agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/96.0.4664.93 Safari/537.36
sec-ch-ua-platform: "Windows"
content-type: text/plain
accept: */*
origin: https://www.mercurynews.com
sec-fetch-site: cross-site
sec-fetch-mode: cors
sec-fetch-dest: empty
referer: https://www.mercurynews.com/
accept-encoding: gzip, deflate, br
accept-language: en-US,en;q=0.9

Source: GOOG_ZERVAS_00000038.har (mercury_all.har)

162.    The Google Analytics _ga cookie value is also sent as the cid URL parameters to a www.google.com server along with a google.com cookie as shown in the same Zervas HAR file:

---

Request #338

GET https://www.google.com/ads/ga-audiences?t=sr&aip=1&_r=4&slf_rd=1&v=1&_v=j96&tid=UA-61435456-5&cid=1781616254.1639511975&jid=182563484&_u=aChACEAiBAAAAC~&z=666972174 h3
sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="96", "Google Chrome";v="96"
sec-ch-ua-mobile: ?0
user-agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.93 Safari/537.36
sec-ch-ua-platform: "Windows"
accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8
x-client-data: CIS2yQEIpbbJAQjEtskBCKmdygEI3tHKAQie+csBCOeEzAEItYXMAQjLicwBCNKPzAEI1pLMARiOnssB
sec-fetch-site: cross-site
sec-fetch-mode: no-cors
sec-fetch-dest: image
referer: https://www.mercurynews.com/
accept-encoding: gzip, deflate, br
accept-language: en-US,en;q=0.9
cookie: __Secure-3PSID=EwhnaQ--zxbpNKP10c9By0veBfhz0rhMnKTWHs_JZW3lViLw_cBnqZknNVFn9JkGutt_4g.; __Secure-3PAPISID=QrfbJNKyxVBDfABw/AjbwHagbvHbcYEmWp; NID=511=uZNOidO3IYn_v4TDcx5cuITU7EGHzqsXLzVemxezMPrknpaO9Vd1P3SAfzjFqfDPWsrEta-CKuqkzrogurPKkrDNcSz9SrLVPJpsaKL_YGcY8MdaAWDqpCsmT-LtPecom-eacj51asbet-GJqBY5iltvscKgDTVxjqNPNT0rVjsqsE8FO4Je3pxMceA; __Secure-3PSIDCC=AJi4QfGB9zsKVgDSr_B8oV5keVBWSyuw9VY0jUspnCoCdRXgo6oN_LBBq81C0kQ6Lo5yBslzvg

Source: GOOG_ZERVAS_00000038.har (mercury_all.har)

---

163.    The Google presentation entitled *Google Analytics – Data Collection Overview* by Avi Mehta (GOOG-CABR-05404845) describes how the Google Analytics cookie value is

"associated" with a Biscotti cookie and "join" the Google Analytics cookie value with Zwieback and GAIA cookies:



Source: GOOG-CABR-05404845, at -855.

164.    The HTTP requests described in paragraphs 78-82 of my opening report and from the Zervas Report above appear to be described in the slide from the Mehta presentation.

165.    The Mehta presentation goes on to say that one of the purposes of the data transmission to the Google stats.g.doubleclick.net server is for remarketing:

Source: GOOG-CABR-05404845, at -860.

166.    Other Google documents explain similar functions. A document titled "Collecting Zwieback in Gold Design Doc" explains that Google designed a system to "[c]ollect and persist the mapping from the Google Analytics (GA) cookie to the zwieback cookies" for the purpose of being "able to integrate GA data with other data sets at Google, *e.g.* YouTube and Ads Remarketing, that use zwieback as an internal identifier." GOOG-CABR-04678050.  As background, the Google document explains that GA uses a cookie "named _ga and passed to collection as cid, is mapped internally to a user_id, which is used internally by various components" and that "to integrate Google Analytics data set with other data sets at Google at the user level we need to be able to map GA's cid to whatever ID is used by that specific data set." GOOG-CABR-04678050.

167.    These internal Google documents explain what I described in my initial report.

<div align="center">***</div>

Executed this 15th day of February 2022 at Boston, Massachusetts.

By: _____

Richard M. Smith

# EXHIBIT A
## to the Expert Rebuttal Report of R. Smith

**Richard M. Smith**
**Rebuttal Report Feb. 15, 2021**
*Calhoun, et al. v. Google LLC*

In preparing my expert report, I reviewed and relied on the following materials:

The following expert reports and declarations:

- My expert report of October 14, 2021 including all materials I reviewed and relied on for the expert report.
- Declaration of Glenn Berntson Regarding Google Ad Manager In Opposition to Plaintiffs' Motion for Class Certification, December 21, 2021.
- Expert Report of Georgios Zervas, Ph.D., December 22, 2021 including all exhibits, appendices, and produced HAR and spreadsheet files (GOOG_ZERVAS_00000001 – GOOG_ZERVAS_00000103)
- Expert Report of Yiling Chen, Ph.D., December 22, 2021 including all exhibits, appendices, and produced HAR and spreadsheet files (GOOG_CHEN_00000001 - GOOG_CHEN_000000192)
- Errata Sheet for the Expert Report of Yiling Chen, Ph.D, dated Feb. 1, 2022

Deposition testimony taken in the matter of *Calhoun v Google, LLC*:

- Georgios Zervas on Jan. 26, 2022, including all exhibits
- Yiling Chen on Feb. 2, 2022, including all exhibits

Documents produced by Google (by starting Bates number):

- GOOG-CABR-04263403
- GOOG-CABR-05404845
- GOOG-CABR-04678050
- GOOG-CABR-04408167
- GOOG-CABR-05303296

The following Fiddler and Developer Tools capture files created in 2022:

- AdBlock.saz
- AdBlock-Config.saz
- AdBlock-install.saz
- AdBlock-Wells-Fargo-Login.saz
- Chrome-No-Cookies.saz
- Chrome-Sync-On-and-Off.saz
- Chrome-Sync-On-and-Off.har
- Clear-Cookies-on-Exit.saz
- Edge-With-Default-Settings.saz
- Firefox-With-Default-Settings.saz

- GA-OPT-OUT-INSTALLED-AB-ENABLED.saz
- google-ad-settings.saz
- HULU-DP-VPN.saz
- IBA-Opt-Out.saz
- IBA-Opt-Out-2.saz
- IBA-Opt-Out-Remove.saz
- IBA-Opt-Out-Remove-2.saz
- nai-opt-out.saz
- NoJS.saz

The following screen movie video files created in 2022:

- AdBlock.wmv
- AdBlock-Config.wmv
- AdBlock-Install.wmv
- adguard-adlock.wmv
- Chrome-No-Cookies.wmv
- Cookies-Back-On.wmv
- Chrome-Sync-On-and-Off.wmv
- Clear-Cookies-on-Exit.wmv
- Edge-With-Default-Settings.wmv
- Firefox-With-Default-Settings.wmv
- GA-OPT-OUT-INSTALLED-AB-ENABLED.wmv
- google-ad-settings.wmv
- HULU-DP-VPN.wmv
- IBA-Opt-Out.wmv
- IBA-Opt-Out-2.wmv
- IBA-opt-out-at-Chrome-Store.wmv
- IBA-Opt-Out-Remove.wmv
- IBA-Opt-Out-Remove-2.wmv
- nai-opt-out.wmv
- NoJS.wmv

Information available via the following Web pages:

- https://chrome.google.com/webstore/detail/google-analytics-opt-out/fllaojicojecljbmefodhfapmkghcbnh
- https://chrome.google.com/webstore/detail/iba-opt-out-by-google/gbiekjoijknlhijdjbaadobpkdhmoebb
- https://chrome.google.com/webstore/detail/adblock-%E2%80%94-best-ad-blocker/gighmmpiobklfepjocnamgkkbiglidom
- https://help.getadblock.com/support/solutions/articles/6000055743-how-to-disable-adblock-on-specific-sites
- https://www.apple.com/safari/docs/Safari_White_Paper_Nov_2019.pdf

- https://adssettings.google.com/anonymous?hl=en
- https://adguard.com/en/adguard-windows/overview.html
- https://adlock.com/adlock-for-windows
- https://adlock.com
- https://code.google.com/archive/p/google-opt-out-plugin/