# EXHIBIT C30
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Filed Entirely Under Seal]

## GOOG-CABR-04840802



# Aligning the Ecosystem: Background & Strategic Analysis

A companion doc to <u>Aligning the Ecosystem</u>

The ecosystem and its actors

Diagnosis
    The arms race in the ecosystem
    Advertisers and user privacy lose in the arms race
    A lack of trust between browsers and the ad tech industry drives the arms race
    Google's levers of influence

Guiding policies
    Focus on the user and all else will follow
    Privacy realism, not fundamentalism
    Humility, openness, a willingness to listen and advocate for others' ideas

Coherent actions to implement the strategy
    The ad tech industry and browsers need to come together
        Objection: Why would browsers do this? Why wouldn't browsers block all cross-site tracking?
        Objection: Why would the ad tech industry do this? Can't they win the arms race?
        Objection: What about bad ad tech companies? Won't they win business from ROI-focused advertisers by offering superior targeting at the cost of privacy?
        Objection: Why do users want to allow any of this?
    Google should champion a constructive ad tech industry forum
    The ad tech industry needs to define a standard for a privacy-safe online advertising ecosystem
    To be successful, the standard must prevent a full-on arms race from starting
        Objection: The ad tech industry is never going to give up fingerprinting
    The standard must be acceptable to browsers
    Cooperate with privacy regulators to spur the ad tech industry to action
    Ensure this is actually an industry process, not something browsers or Google impose on the ad tech industry
    Google as a  linchpin to bring together the ad tech industry and browsers

Appendix: Additional Background on the Ecosystem
    Users
    Ad Tech Companies
        Device Fingerprinting
        Email as a Universal ID
        Link Decoration

GOOG-CABR-04840802



APaS 2021 Planning
Author: drabiej@ | **Legally privileged & confidential** | **Aligning the Ecosystem**

    Server-side Integrations
Publishers
Advertisers & Agencies

## The ecosystem and its actors



By **ecosystem**, we mean the the broader web ad tech ecosystem, including:

- **Users**
- **Browsers**, including Apple Safari, Google Chrome, Mozilla Firefox, and Microsoft Edge
- **Advertisers** & **Agencies**, including large advertisers such as P&G, AT&T, Comcast, Amazon, GM, as well as smaller advertisers who use self-service platforms such as Google Ads, as well as agencies such as WPP, Omnicom, Publicis, and IPG which support the largest advertisers
- **Publishers**, including large publishers such as BBC, the Guardian, Telegraph, Axel Springer, the New York Times, the Washington Post, as well as smaller publishers who comprise the long tail
- **Ad tech companies** such as Criteo, The Trade Desk, and LiveRamp
- **Industry trade groups** such as the Interactive Advertising Bureau (IAB), Digital Advertising Alliance (DAA), and the Network Advertising Initiative (NAI)
- **Industry privacy initiatives and forums** such as the Transparency & Consent Framework (TCF), ReArc, and the Partnership for Responsible Addressable Media (PRAM)
- **Privacy regulators**, including European Data Protection Authorities (DPAs) such as Ireland's Data Protection Commission (DPC), the UK's Information Commissioner's Office (ICO), and France's Commission nationale de l'informatique et des libertés (CNIL), as well as the US Federal Trade Commission and the California Attorney General (enforcing entity for CCPA)
- **Competition regulators**, including the US Department of Justice, the UK Competition and Markets Authority, and the EU Commission for Competition.

GOOG-CABR-04840803



APaS 2021 Planning
Author: drabiej@ | **Legally privileged & confidential | Aligning the Ecosystem**

- **Press & Privacy Advocates**, including journalists and key privacy advocacy groups such as the Electronic Frontier Foundation (EFF), the Center for Democracy and Technology (CDT), the Electronic Privacy Information Center (EPIC), the Future of Privacy Forum (FPF), and ProPublica.
- **Google**, which contains a browser (Chrome) and an ad tech company, as well as, in a sense, an agency for millions of individual advertisers who use Google Ads

## Diagnosis

In January of 2020, Chrome announced it would deprecate 3P cookies by 2022. Safari and Firefox, the other leading browsers had already taken steps against 3P cookies. But because Chrome possesses the largest market share, the other browsers' actions had limited impact on the ecosystem. Chrome's announcement has set off a cascading set of events within the ecosystem, disrupting the status quo.

For more detail about each of these actors, please see Appendix: Background on Ecosystem.

Each actor's motivation in this ecosystem:
- **Users** seek to access content for free but many are concerned about their privacy and feel unsafe with regard to the broader online advertising ecosystem
- **Browsers** seek to establish themselves as user agents that defend users' privacy; see no reason to trust Ad Tech Companies and accordingly seek to minimize any information that could be exploitable by them
- **Publishers** seek to preserve and grow revenue and build relationships with Users
- **Advertisers** & **Agencies** seek to maximize their ROI on each ad dollar spent
- **Ad Tech Companies** seek to minimize impact from Browser changes and preserve revenue
- **Industry Trade Groups** organize into **Industry Privacy forums** to influence Browsers into not harming key business models
- **Privacy Regulators** seek to protect user privacy and demonstrate their effectiveness at doing so
- **Competition Regulators** seek to ensure a fair and competitive marketplace
- **Press & Privacy Advocates** seek to ensure users' privacy is protected and that bad actors are brought to light
- **Google** seeks to improve privacy for users while supporting and preserving the digital advertising ecosystem

## The arms race in the ecosystem

An arms race in the ecosystem will take place between **Ad Tech Companies** (and **Publishers** who may be their proxy/allies in this fight), who want to preserve existing business models and blunt the impact of browser changes, and **Browsers**, who want to compete on user privacy perception and, seeing no reason to trust ad tech, move to protect users from potential privacy violations. Ad tech companies will seek to circumvent browser's protections, who in turn will seek to block ad tech's circumventions, which in turn

GOOG-CABR-04840804



**APaS 2021 Planning**
Author: drabiej@ | **Legally privileged & confidential | Aligning the Ecosystem**

will cause ad tech to seek to circumvent the circumvention blockers, and so on. So long as ad tech sees itself as in an existential battle for its survival, it will continually escalate as long as it can.

**Users**, in the meanwhile, will experience increased privacy violations. **Publishers** will see revenue plummet as frustrated **Advertisers**, unable to reach their audiences on publishers' sites, increasingly take their spend to walled gardens or mega-publishers that don't run afoul of browsers' protections against cross-site tracking thanks to their ability to do everything as a first-party. **Publishers** will also push back against Browsers, particularly against Chrome, as they will perceive these privacy changes to be a tactical play by Google against publishers.

**Privacy regulators** focus on scoring victories enforcing existing laws against companies in the public eye  and largely ignore the ad tech arms race because its inherent complexity lends it inscrutability and the relative anonymity of most ad tech companies shrouds them in obscurity.

As the arms race escalates, the other browsers, Safari, Firefox, and Edge, will challenge Chrome's market share by distinguishing themselves through the privacy protecting features.

Chrome will find itself awkwardly caught in the middle. Because Chrome is part of Google, it has to bear in mind competition concerns that could accrue were it to take actions that end up favoring Google's own ads business, even if those actions are not intended to do so.

Google owns and operates Search and YouTube ("O&O"). Google does not need cross-site tracking to effectively monetize its O&O properties. Its first-party data is enough. Those O&O properties, in turn, still provide the majority of Google's revenue.

Thus, as the arms race continues to escalate, Chrome will find itself inevitably falling behind the other browsers, both because it may not want to hurt Google's own cross-site ad tech products as well as because it will incredibly be unable to bear the competition risk of hurting competitors' cross-site ad tech products while it knows that doing so will continue to further advantage its O&O properties. The browsers, largely or entirely unencumbered by the parent companies' advertising business, will have no such qualms.

As the other browsers will continue to provide more privacy-safety features than Chrome can, users will eventually begin to stop using Chrome in favor of those other, more privacy-safe browsers.

This in turn will begin to create an existential risk for Google. As fewer and fewer users use Chrome, Google's relationship with its users will become more and more mediated by other browsers. Those browsers, in turn, will be able to leverage access to being the default search engine, similar to how Apple has done with Safari. Chrome's market share erosion thus poses a risk to Google. What happens if, in a



APaS 2021 Planning
Author: drabiej@ | **Legally privileged & confidential** | **Aligning the Ecosystem**

fit of pique, or a corporate acquisition of a competitor, a large browser chooses to make a different search engine the default for hundreds of millions of users?

Chrome is vitally important to Google, but if the arms race between the ad tech industry and the browsers escalates, Chrome will find itself falling inevitably behind.

## Advertisers and user privacy lose in the arms race

Browsers place restrictions and ban all ad tech companies from certain cross-site activities, without providing alternatives (putting aside the Privacy Sandbox's privacy-preserving APIs for now). Some ad tech companies see these blockers as an existential threat and will seek to circumvent the ban. Those ad tech companies that successfully circumvent the browser's protection continue to be able to meet their advertisers' required ROI. Those that do not attempt to circumvent will not be able to compete.

From an advertiser's perspective, why should they pay the same amount of money for worse ROI? One ad tech company is privacy-safe? That is not a compelling reason for most advertisers; users have no idea who any of these ad tech companies are or who works with them, and advertisers bear effectively no brand risk for working with bad ad tech companies. Instead, advertisers are rewarded for prioritizing ROI above all else.

In effect, user privacy loss is a negative externality of the existing ad tech ecosystem. And, in the arms race, the ad tech industry will increasingly resemble a market for lemons, because of the information asymmetry between the "sellers" of ads (advertisers) and the "buyers" (users). Users don't know whether an ad is privacy-safe or not, whereas advertisers know but don't care, because they maximize their ROI the more the ad is able to reach its intended audience, which is easier done with less privacy-safe ads.

## A lack of trust between browsers and the ad tech industry drives the arms race

What lies at the heart of the arms race? A lack of trust.

Browsers cannot distinguish between good ad tech companies and bad ad tech companies.

For example, Safari's Intelligent Tracking Prevention attempts to derive trustworthiness through an on-device machine-learning classification of tracking domains based on, roughly, how many domains a given tracking domain appears on. Firefox's Enhanced Tracking Protection, in contrast, simply resorts to using a blocklist of known trackers provided by Disconnect.

GOOG-CABR-04840806



APaS 2021 Planning
Author: drabiej@ | **Legally privileged & confidential** | **Aligning the Ecosystem**

Both these solutions do not evaluate the actual privacy practices of ad tech companies and default to blocking all companies. In contrast, Microsoft Edge's tracking prevention maintains its own blocklists (Trust Protection Lists) which attempt to distinguish between malicious and innocuous tracking. Edge defaults to a balanced experience that allows whatever Microsoft categorizes as innocuous trackers but not anything Microsoft categorizes as malicious.

Notably, no browsers ask the ad tech companies themselves to get involved.

## Google's levers of influence

Google has varying degrees of influence on the actors in the ecosystem:

- **Users** can be informed and educated via information within Google products and marketing campaigns
- **Browsers** can either be directly changed, e.g. Chrome, or attempted to be influenced via a **browser coalition**
- **Publishers** can be influenced by making their choices about privacy more visible to users and customers
- **Advertisers** & **Agencies** can be influenced by making their choices about privacy more visible to users and customers
- **Ad Tech Companies** can be influenced via **Industry Trade Groups** and **Industry Privacy forums** through **establishment of commonly agreed upon industry standards**
- **Press and Privacy Advocates** can be influenced by clear and consistent messaging about the importance of privacy, paired with decisions that show that Google prioritizes privacy over short-term business interests
- **Privacy Regulators** can be influenced through establishing **Code of Conduct**-like formalization of the output of **Industry Privacy forums**
- **Competition Regulators** can be influenced by working through existing industry trade structures and ensuring a broad swathe of the industry participates and contributions to the process

For this paper, we'll focus on how to influence **Ad Tech Companies**, **Publishers**, **Advertisers**, and **Agencies** using **Industry Trade Groups** and **Industry Privacy forums**, as the central tension in the ecosystem is between those actors and browsers.

## Guiding policies

## Focus on the user and all else will follow

Google has a strong commitment to users. Focus on the user and all else will follow. We also have a browser (Chrome) and a healthy ads business. That makes us uniquely placed to help bring together ad tech and browsers and urge them to work together and align for users.

GOOG-CABR-04840807



APaS 2021 Planning
Author: drabiej@ | **Legally privileged & confidential | Aligning the Ecosystem**

This is not a telling either the ad tech industry or browsers *what to do*. Google doesn't get to decide. Instead, Google works to bring the two sides together, to facilitate discussion, to mediate between them, and to ultimately focus on the users that are the heart of everything we do.

Once the two sides are brought together, we can leverage publicly-visible, replicable user research, developed in collaboration with both sides, to help drive alignment on key desired outcomes.

## Privacy realism, not fundamentalism

Privacy realism, in contrast to privacy fundamentalism, means being realistic that the free and open web is largely supported by ads and that unless privacy-safe alternatives can be built and used, advertisers, publishers, underpinned by the ad tech industry, will trade-off user privacy in favor of revenue. Viable solutions need to be created for privacy safety to improve.

For viable solutions to actually be created, there needs to be an open discussion about advertiser and publisher needs. Ad tech and browsers need to work together to meet those needs in a privacy-safe manner and then create incentives to ensure the privacy-safe approach is actually practiced.

## Humility, openness, a willingness to listen and advocate for others' ideas

Google should cultivate a spirit of mutually shared inquiry, of "how might we," of exploration without knowing the answers in advance. It should be open to constructive criticism, feedback, and changing its views through reasoned discussion. It should embrace a spirit of humility and listen to the experience and perspective of others. This humility needs to come across in all of Google's interactions; fundamentally, it must come across as a willingness to listen to and even champion the ideas of others, not exclusively Google's own. As much as possible, this openness should extend to freely sharing results from its testing, research, and other insights with the industry and browsers.

## Coherent actions to implement the strategy

### The ecosystem and browsers need to come together

Both the ecosystem (the ad tech industry, publishers, advertisers, and agencies) and browsers will need to enter into dialogue so as to understand each other and build the privacy-safe, free, and open web together.

The ecosystem, particularly the ad tech industry, needs to acknowledge that ad tech is not "anything that's not illegal" and instead agree to cease their privacy-unsafe practices that might not be counter to any jurisdiction but which erode user trust.

Browsers in turn need to acknowledge that the ad tech industry helps sustain the free and open web, and that, so long as it operates in a privacy-safe manner, there is a role to play for the ad tech industry in the privacy-safe, free, and open web.



**APaS 2021 Planning**
Author: drabiej@ | **Legally privileged & confidential | Aligning the Ecosystem**

Google is well placed to help bring the ad tech industry and browsers together. As of today, the **PRAM** looks like a promising forum, if the browsers prove willing to engage in its Advisory Group to work together to establish which practices are acceptable and which are not. If not, then shuttle diplomacy by Google between the PRAM and **a browser coalition** (which agrees on which practices they will allow and disallow) may chart a path forward to getting the two sides to negotiate with each other.

Objection: Why would browsers do this? Why wouldn't browsers block all cross-site tracking?

As Apple has amply demonstrated with Intelligent Tracking Prevention in Safari, the browsers can do whatever they want. They don't need the ad tech industry. Apple in particular has a unique strategic position in that the free and open web is a partial competitor to monetization via App Store, but other browsers such as Firefox also have independence.

The benefit for the browsers of engaging with the ad tech industry is that, if they successfully do so, they can **prevent the arms race** and bring the ad tech industry on their side, having the good ad tech companies enforcing against the bad ad tech companies through industry standards. In this manner, the ad tech industry would work side-by-side with browsers to help bring about the privacy-safe, free, and open web.

Objection: Why would the ad tech industry do this? Can't they win the arms race?

Apple's actions with Intelligent Tracking Prevention are illustrative here. When ITP was first released, many in the ad tech industry developed workarounds to continuing operating as they had before ITP. Apple detected these workarounds and, for many of them, found ways to stop them from working. Some workarounds to ITP still exist (mostly notably fingerprinting) but Apple has closed all the easily available and reliably deterministic workarounds, leaving the ad tech industry with unreliable probabilistic workarounds.

In sum, browsers, especially if they act in concert via a coalition, can exert significant pressure on the ad tech industry. Escalating an arms race with browsers who are determined to work together would likely be very challenging for the ad tech industry.

Objection: What about bad ad tech companies? Won't they win business from ROI-focused advertisers by offering superior targeting at the cost of privacy?

Even if the bad ad tech companies successfully maintain a lead in the arms race with browsers and avoid being outright blocked, they might not be able to win business. If the ad tech industry's standard

GOOG-CABR-04840809



achieves wide adoption, it will be in the interest of the good ad tech companies to incentivize advertisers to work with them instead of with the bad ad tech companies. By making privacy-safety a brand issue, the ad tech industry can dissuade advertisers from working with privacy-unsafe ad tech companies,

Objection: Why do users want to allow any of this?

The standard should ensure that user privacy-safety is met. But privacy-safety does not mean that users must subscribe to a publisher in order to access content, or that contextual ads are the only monetization publishers can use. The standard needs to articulate the dimensions of what is allowable under which circumstances and which activities are not allowable. Some activities may only be allowable if users opt-in.

For example, a publisher could configure their website to ask a user to provide their email address so as to see personalized ads or pay a small fee. Publishers reserve their prerogative to be able to monetize their properties and are under no obligation to offer their content for free.

## Google should champion a constructive ad tech industry forum

While following its guiding policies, Google should identify and champion a constructive ad tech industry forum where it can work to align the ad tech industry on the key Ads Privacy Norms.

At the moment, the most promising ad tech industry forum appears to be ReArc or its possible parent the PRAM.

This forum should articulate the standards and audit/compliance process to ensure that good  ad companies can be recognized as such and that bad ad tech companies can be prevented from compromising user privacy.

## The ad tech industry needs to define a standard for a privacy-safe online advertising ecosystem

The ad tech industry needs to:

- Define **a set of standards** that constitute a privacy-safe online advertising ecosystem
  - These standards must be acceptable to
    - Browsers
    - Users
    - Publishers
    - Advertisers & Agencies
- Design a **technical protocol** for transmitting user data in adherence with these standards
- Establish a way to ensure that ad tech companies adhere to these standards through some sort of **compliance process** or **audit mechanism**



## To be successful, the standard must prevent a full-on arms race from starting

The industry standard must ensure the good ad tech companies lay aside the option to start the arms race. This means that there must be a clear ban on any techniques for identifying users that do so without users' permission. Most notably this includes device fingerprinting and use of IP for targeting.

The industry standard must articulate under which conditions individual targeting is permissible; e.g. how must a user be informed, give permission, or be able to withdraw permission.

Drawing from the Ads Privacy Norms, this is the critical set of norms to incorporate in the standard:

> Data used to identify users must be either: controllable and resettable (if automatically provided by a browser or device), or directly provided by users for that purpose. Certain data should never be used to identify users for targeting.
> > (**No probabilistic keys**) A user's key must be deterministic. No probabilistic keys, or combinations of probabilistic data, are permitted.
> > (**No non-resettable keys**) A user's key must be resettable, if automatically provided by a browser or a device. No non-resettable keys are permitted.
> > > This means certain data may never be used for a key: IP address or device fingerprinting based on non-resettable device/browser characteristics.

This set of norms are not incorporated into the standard, the ad tech industry will not be prevented from being able to start the arms race with browsers.

Additional norms, such as those around use of sensitive data or norms around user experience, are also worthy of inclusion in the standard but are less strategically necessary. They do have value, however, in showing that the ad tech industry seeks to improve users' experience and as evidence of good faith when engaging with browsers.  For more details, please see Appendix: Background on Norms.

## Objection: The ad tech industry is never going to give up fingerprinting

Certain ad tech companies will indeed never stop fingerprinting, particularly those whose entire business is built around fingerprinting. By ensuring that browsers are part of the conversation about fingerprinting, however, and can make clear their perspective on fingerprinting, it may be possible to sway the ad tech industry's chosen forum.

That said, fingerprinting will likely prove to be the most significant challenge for the ad tech industry's chosen forum. It may be necessary to consider compromise solutions, such as allowing fingerprinting



when users choose to allow it, though it remains to be seen whether this will be borne out as a reasonable proposition in user research studies, given that users do not generally understand fingerprinting at all.

## The standard must be acceptable to browsers

The ad tech industry's chosen forum cannot produce a standard that is unacceptable to browsers. For example, a non-goal is the standard asking that browsers create a universal advertising ID to serve as a drop-in replacement for the 3P cookie.

By ensuring that browsers can participate in the industry's chosen forum (e.g. as via the Advisory Group in the PRAM), the industry trade group can ensure that the standard it produces is acceptable to browsers.

## Cooperate with privacy regulators to spur the ad tech industry to action

Because of its size and global reach, Google is uniquely positioned to engage with regulators. Though this prominence also draws regulatory scrutiny, when compared to the ad tech industry, Google's privacy practices are often significantly more privacy-safe (e.g. fingerprinting).

Google should work with regulators to help spur the ad tech industry's chosen forum to better privacy decisions. Google can do this by continuing existing dialogues with regulators and ensuring regulators are informed as to the direction of negotiation in the chosen forum, so as to ensure they have the information they need to help spur the ad tech industry in the correct direction.

## Ensure this is actually an industry process, not something browsers or Google impose on the ad tech industry

It's important the entire process over the next several years be authentically an industry process, not something that browsers or Google imposes on the ad tech industry. Many ad tech companies will have their existing business models fundamentally challenged by the movement to a privacy-safe, free, and open web. Put directly, this is because their existing business models are heavily reliant on privacy-unsafe techniques. These companies will need to be on board with any changes that happen, lest, threatened with their existence as a going concern, they turn to competition regulators for salvation. It cannot be emphasized enough that ensuring that there is a constructive dialogue between the ad tech industry and browsers will be vital to the success of this effort.

GOOG-CABR-04840812



## Google as a  linchpin to bring together the ad tech industry and browsers

Working simultaneously with colleagues in Chrome who are working to align the browsers on key Ads Privacy Norms and to create cross-browser APIs and interfaces to better enable privacy, Google Ads and Chrome should work to bring the ad tech industry (as expressed in its forum) together and ensure that the free and open web can be both viable and privacy-safe.

GOOG-CABR-04840813



**APaS 2021 Planning**
Author: drabiej@ | **Legally privileged & confidential** | **Aligning the Ecosystem**

## Appendix: Additional Background on the Ecosystem

### Users

Users are worried and scared. The Cambridge Analytica saga made the public acutely aware of how advertisers and tech companies can compromise their privacy. Users worry that their phones are listening to them, that tens of companies are looking over their shoulder as they surf the internet. Users feel overwhelmed by how quickly tech is changing, they feel a lack of control over what their technology does, and that they're being taken advantage of or even manipulated by unconstrained tech companies [Privacy Spotlight: Brand Update | Consumer & KOF].

As for ads, users worry about giving away their data -- who are they giving it away to and what will they do with it? However, so long as the personalized ads users see are beneficial, respectful, and predictable, users feel more comfortable [Ads Privacy Trigger Moments Findings - March 2019].

### Ad Tech Companies

Many ad tech companies rely heavily on 3P cookies for a large part of their business. Chrome's announcement was accompanied by the Privacy Sandbox suite of exploratory, experimental APIs that attempt to fill the gap left by 3P cookies's deprecation, but the industry does not perceive these APIs as business-viable. They are as yet unproven and would require significant work by companies to adopt and adapt their business models to use them. Further, they would only work on Chrome, leaving companies without recourse on Safari or Firefox.

Some companies in the ad tech industry are setting themselves up in opposition to the browsers, which are seen as imposing business-unrealistic demands by fiat, without any input from the industry. In Google's case, Chrome's changes are viewed with additional suspicion because of the prominence and power of Google Ads. Browsers' attempt to arrogate the mantle of user protection is poorly perceived by the ad tech industry, which claims that either users don't care about their business models, or if they do care, then they knowingly agree to this as part of a bargain to access free content. In either case, this is between users and the ad tech industry, and browsers shouldn't interpose themselves.

Unhappy with the Privacy Sandbox, the ad tech industry is seeking a drop-in replacement for 3P cookies that would allow them to continue business as usual with a minimum of disruption to their business models. Their most promising alternatives include:

Device Fingerprinting

The ad tech industry could lean into increased use of fingerprinting to identify users when cookies are not available, which risks escalating into an arms race with browsers who will try to stop it.

GOOG-CABR-04840814



## Email as a Universal ID

They also look to rely on email and sign-in as a way to force users to divulge a cross-publisher trackable, monetizable identity to access free content. With email, the ad tech industry will have a shared identifier for amassing profiles. Browsers may push back against this as well, by warning users when they see emails being divulged or offering single-click one-time-use email redirection services that will let users provide an email to access content but not meaningfully divulge any identity. This situation might escalate as well, as ad tech companies might in turn block such email redirection services and force users to either give up their privacy, pay money (which, if payment is via a credit card, will also divulge their identity), or not access content.

## Link Decoration

Link decoration has also emerged as a means for the ad industry to pass user data between various entities. Link decoration can be challenging to enforce, as there are many legitimate reasons for passing parameters with a URL and it can be difficult to determine what a particular parameter is being used for. Nonetheless, link decoration by allowing an open channel of information between entities risks being used as a vector to compromise user privacy. Fortunately, the nature of link decoration means that it is completely transparent to browsers and thus can be, once standards are articulated, relatively easily enforced against.

## Server-side Integrations

Lastly, the ad tech industry is looking toward server-side integration with publishers, allowing them to tie-into and leverage first-party data by offering enhanced targeting power, and thus publisher revenue, in exchange for data (e.g. LiveRamp's IdentityLink to Trade Desk's Unified ID). Because these integrations would take place server-side, beyond the reach of the browser, they could be immune to browser-based enforcement.

All these options have privacy downsides.

# Publishers

Publishers, meanwhile, are worried about revenue. News publishers in particular are no fans of the ad tech industry's practices, with their editorial boards often publishing opinion pieces railing against privacy abuses, but at the same time, they are dependent on the ad tech industry for revenue. Those same opinion pieces often contain tens, if not hundreds, of trackers that plug into the ad tech industry's ecosystem and ensure that a given page view can be maximally monetized. This contradiction is not lost on publishers, but they see themselves as having no choice. (e.g. see How the Times Thinks About Privacy, which proudly touts NYT as only having 24 ad tech industry trackers and favorably compares it to its competitors who mostly use far more trackers).

GOOG-CABR-04840815



Publishers are also bitter at the large tech companies, in particular Google and Facebook, which they see as appropriating their revenue streams. Thirty years ago newspapers were the best way to reach local audiences. Today they've largely been disintermediated.

Publishers share the ad tech industry's skepticism toward the Privacy Sandbox and its privacy-safe APIs. From the publisher perspective, anything that makes it harder for them to garner revenue will advantage the large tech companies, primarily Google, Facebook, and Amazon, which can continue to offer highly targeted ads based on their wealth of 1P data. Publishers fear they won't be able to compete because they don't have the scale with their own 1P data and the result will be that advertisers will shift spend to the large tech companies.

The largest publishers, for example the NYTimes and WaPo, have looked to strengthen their 1P identity, largely by forcing users to create accounts and sign-in to access free content. WaPo has sought to create its own ad network and bring other publishers and advertisers onboard. Other publishers, for example in Germany, have realized that individually they are too small to see significant returns on 1P identity and instead have sought to band up by forming coalitions or consortia. The German netID foundation boasts the support of major German publishers and sales houses and seeks to offer users a shared login and privacy settings management across many different publishers while offering publishers better monetization through a shared data pool.

## Advertisers & Agencies

From the advertiser perspective, privacy is of course important, but the only reason they're running ads in the first place is because they're worth the return on investment. They get more out of ads than they pay in. Thus, in so much as privacy makes it harder to obtain the ROI they're seeking, they will move away from privacy-safe ROI-negative solutions and instead gravitate toward choices that offer them better ROI, so long as they feel they can do so without incurring negative brand risk. Thus far, the public narrative has not even considered the privacy implications of advertisers' actions, preferring instead of heap blame on the tech companies that build the tools that enable advertisers to precisely target. No editorial has put advertisers under scrutiny for the privacy-safety of their practices. It is unlikely any editorial will, since advertisers largely support the news media, which would mean the press would be, in some sense, be biting the hand that feeds it.

Because they are not experiencing public pressure or significant ROI impact (since they can shift spend freely), advertisers have not been significantly engaged in any of the industry privacy forums. For example, only agencies and no advertisers participated in IAB Europe's Transparency and Consent Framework (TCF) focused on GDPR compliance.

Agencies see privacy as yet another service they can offer to their clients: "we'll worry about privacy so you don't have to" and, given the lack of public scrutiny on advertiser or agency practices, can market

GOOG-CABR-04840816

Google

**APaS 2021 Planning**
Author: drabiej@ | **Legally privileged & confidential** | **Aligning the Ecosystem**

this to attract and retain clients without experiencing significant downside in satisfying their clients' objectives.

In the long run, the changing privacy landscape will impact advertisers and agencies and so they do have an interest to ensure that they are able to accomplish their goals. However, because of the fluidity and openness of the marketplace, it is possible advertisers and agencies will opt to choose partners who offer the lowest privacy bar so long as there are no negative public consequences for doing so and those partners also offer the highest ROI.

CONFIDENTIAL