# EXHIBIT C47
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Filed Entirely Under Seal]

### Chrome Trust & Safety
### April 2020, All Hands
### GOOG-CALH-00081943

**Excerpts re: "Link Decoration" and "Privacy Budget"**

Originally filed on January 10, 2022 at Dkt. 462-28



GOOG-CALH-00081943

# The Web is Tracking You!
## (using link decoration)

CONFIDENTIAL

# Tracking through link decoration

What is link decoration?



- Add query parameter or anchor tag

  page**?trk=ID&other_track=ID2**

  page**#tracking_parameter=ID**

- How do they track?
  - Store IDs in 1st party cookies
  - Redirect navigation through tracking page (ID in the URL)
  - Request 3rd party resources with ID in the URL (tracking pixels)

## Analysis - How common is this tracking?

Chrome History Sync data set (significantly anonymized)

- Collected by Chrome for users with Sync enabled
- Contains all navigations

Two levels of tracking

- "Identifiable"
    - Decorated value only used by 1-2 clients
- "Tracking"
    - Decorated value only used by 1-2 clients
    - Clients see few values
    - Client's most common value appears frequently

"Identifiable"
90% of the time the value of a parameter maps to only 1-2 clients
"Tracking"
90% of the time the value of a parameter maps to only 1-2 clients
90% of the time a client has fewer than 10 unique values
The most common value for a client appears more than 5 times for at least 30% of clients

CONFIDENTIAL

GOOG-CALH-00082002

# Analysis - How common is this tracking?



## Most Common Destination Domains

| All Navigations | Identifiable Navigations | Tracking Navigations |
|---|---|---|
| googleadservices.com | googleadservices.com | nbryb.com |
| facebook.com | facebook.com | relocatedrock.info |
| youtube.com | doubleclick.net | android-security.info |
| doubleclick.net | google.com | vk.com |
| dartsearch.net | youtube.com | postlnk.com |

## Most Common Referring Domains

| All Navigations | Identifiable Navigations | Tracking Navigations |
|---|---|---|
| google.com | google.com | google.com |
| youtube.com | youtube.com | ellcurvth.com |
| facebook.com | facebook.com | bludwan.com |
| doubleclick.net | doubleclick.net | savefrom.net |
| yahoo.com | exosrv.com | y2mate.com |

GOOG-CALH-00082003

# Privacy Budget

asanka

GOOG-CALH-00082049



Image credit Martin Handford, Where's Wally?

GOOG-CALH-00082050



Image credit to Martin Handford and Clay Bennett, Where's Wally?: The Coronavirus Edition.



Image credit to Martin Handford and Clay Bennett, Where's Wally?: The Coronavirus Edition.



GOOG-CALH-00082053



GOOG-CALH-00082054



GOOG-CALH-00082055



CONFIDENTIAL

GOOG-CALH-00082056

# Hypothesis:
## {Most} legitimate uses are non-identifying

With some exceptions, we expect most legitimate websites to be able to operate without exceeding the "identifiability threshold."



CONFIDENTIAL



CONFIDENTIAL

GOOG-CALH-00082058

# And that's the Privacy Budget

CONFIDENTIAL

GOOG-CALH-00082059