# EXHIBIT D3

## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Filed Under Seal]

## GOOG-CABR-05885871

## Unredacted Version of Document Sought to be Sealed

 Google   Privacy & Data Protection Office

# PrivacyNative
# Conversations

CONFIDENTIAL, REFLECTS ADVICE OF COUNSEL - NEED-TO-KNOW - DO NOT FORWARD

## About this document

notes from conversations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



our ads system as design doesn't really give the user choice.





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Won't it creep people out to know how much we are paying attention?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



- Signup flows are not a good moment to explain or present these kinds of things to users.

GOOG-CABR-05885875



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-CABR-05885876



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



- PDPO is someone you want to hide things from because if they know they will make things worse.

GOOG-CABR-05885878



privacy at google?

• There is no coherent strategy



CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-CABR-05885881



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-CABR-05885882



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-CABR-05885884



- Sundar proudly likes 2 AC settings, users don't.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Do you think it is possible for users to reckon with and make a choice about data collection for the aggregate?

- No, because we don't frame consent that way





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-CABR-05885888



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-CABR-05885890



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-CABR-05885892



- ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I see a lot of evidence of us doing what larry and sergey wanted us to do which is pushing the boundaries and then dealing with the consequence. I don't know if you can change the company fundamental because this is the dynamic

- ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- We need to get to a degree of simplicity and honest with the public and our users

- It is sad that PDPO is seen as an impediment rather than a warmly embraced partner to Google's ethos. If we don't do this and get it right, then we are we are going to be run over. People are doing short term thinking and not long term fixes.



GOOG-CABR-05885893



GOOG-CABR-05885894



When I look at UDC, what is sWAA vs WAA vs YT? They don't make sense because of the naming and there are hidden functions that people don't know. Like Chrome sync and others that I don't even understand and can't describe.



CONFIDENTIAL - ATTORNEYS' EYES ONLY



Consent is no longer consent if you think of ads as a product

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





- Everyone is concerned about their data being collected. They don't know about it and they don't know how to control it. Big companies are collecting all these things, I don't know about it, I can't do anything about it. They are either doing it for their own benefit or it is a concern because it could be leaked and I can't control it. The challenge we face is

GOOG-CABR-05885900

how do we exist in this world where everyone is concerned and get to the point where we can function well without irreputable harm to our brand and the company.





- I don't like the idea of google having data about users that they can't say no to.



GOOG-CABR-05885902



- Complexity of the technology ███████████████████████████ is beyond the grasp of nearly everyone
- ████████████████████████████████████████████
- ██████████████████
- We are transferring the onus of all of that complexity from companies to users. We are asking users to navigate it
- We have ideas how we can make UI and interfaces better
- This makes things less transparent and is in conflict of our business model, our ads model and our economic motive are unclear
- There is no clear solution to this

# Redacted - Privilege

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Redacted - Privilege

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Redacted - Privilege



GOOG-CABR-05885906



- Users have a right to know
- 
- The reasons we provide are so high level and abstract that they don't make sense to people
- 

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-CABR-05885908



- We should find ways to do measurement in a way that we don't need consent
- I don't think people will consent to measurement because they feel that they are giving something up without anything in return
- The value they are getting is so intellectually distant that it is really hard for them to understand
- A lot of the value is for the advertiser not for the user



- Privacy is not the priority for most people in ads

GOOG-CABR-05885909



Most of the systems we built up in an assumption that people don't want to tell us things



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-CABR-05885911



- Our data infrastructure is not designed for privacy
- There are core stakeholders at the company who think that it is impossible, or too hard to do and therefore not worth it
-
- 2. We don't understand our users
- Everytime we run these studies we learn that users don't get us and we don't know what to do
-
- 3. We don't know how to measure success for privacy
- privacy needs massive investment
- It requires to reengineer of complete products for the sake of privacy not anything else

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY







HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-CABR-05885914



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-CABR-05885915





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-CABR-05885917



- At Google we still seem to believe in that fantasy that users agreed to this.
- One example are all the controls we have that have horrible names and don't mean anything to anyone, not even within the company

GOOG-CABR-05885918

- ████████████████████
- ▐████████████████
- There are a few presidents at Google, which is a sign that we want people to be autonomous
- But in privacy it is kind of hard to let people do what they want to do
- The harm is that people think they can do whatever they want, but this doesn't work well for a regulated problem, it works well for product development
- We are pretty grumpy about it and in denial about it (regulation)
- If you want to work in a bank you have to get a license to work in a bank, and if you screw up you lose your license
- But we really resist the idea that anyone can tell us what to do







- We know privacy is a core user need

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



- Users don't know what is happening under the hood

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-CABR-05885922



- They (users) don't understand what is going on, and nobody is talking to them about it. They are being talked at. How do you trust someone who talks at you but don't show you what is in their heart? They need to be equal stakeholders. They don't understand what is going on ▮



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY







HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-CABR-05885927



the fact that we can't explain what we have on you to users is probably our biggest challenge

I don't have the faintest idea of what Google has on me

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



GOOG-CABR-05885929



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-CABR-05885930



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



If people were the deciders, they wouldn't take the deal, but they are not the deciders

We have gaps in how our system works and what we promise to people
We are not taking our responsibility as a steward of user data seriously

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-CABR-05885932



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-CABR-05885933



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-CABR-05885934



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Redacted - Privilege

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



No coherent and simple access to privacy controls across all apps, in chrome and Android.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-CABR-05885942