# EXHIBIT D4
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Filed Under Seal]

## GOOG-CABR-05885987

**Unredacted Version of Document Sought to be Sealed**

Privileged and Confidential | Reflects advice of Counsel

Privileged and Confidential | Reflects advice of Counsel

Google  Privacy & Data Protection Office

# PrivacyNative Perspective

# Toward a privacy-native Google experience

CONFIDENTIAL, REFLECTS ADVICE OF COUNSEL - NEED-TO-KNOW - DO NOT FORWARD

▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ requires an approach that makes **respecting user privacy the default** — or native — state of our relationship with our users.

In this new privacy-native approach, **Google will ask for personal data only for specific, limited purposes that provide clear benefits to users.** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1

Privileged and Confidential   Reflects advice of Counsel

[redacted]

At Google, we believe privacy is a universal right, [redacted]

[redacted]

Our research analysis and stakeholder interviews have shown that Google's **consent approach**, enabling the broad collection and use of personal data, is a root cause for our systemic privacy challenges. [redacted]. Our approach has become out-of-step with user expectations and regulation. It makes it difficult for people to understand how we use their data in all circumstances, to make the right choices for them[2], and for us to take clear positions and distinguish ourselves among competitors.[3]

[redacted]



2

Privileged and Confidential | Reflects advice of Counsel

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ People often face significantly complex consents when they are creating a Google Account[6], or trying to accomplish a particular task,[7] and don't have the time or capacity to absorb all the details, let alone understand the precise impact their choices might have on the particular services they use[8]. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3

Privileged and Confidential  Reflects advice of Counsel



4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Privileged and Confidential   Reflects advice of Counsel



5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-CABR-05885991