# EXHIBIT D24
# to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Filed Under Seal]

GOOG-CABR-05325406

# Consent Next Gen - Sprint Brief
March 15 & 16
go/consent-next-gen-sprint-brief

**\*\* Update:** You can find the results of the sprint here: go/cngReadout

## SPRINT CHALLENGE

==Across the web, the typical consent interface of today (and sadly of twenty years ago) is a wall of legal text in a tiny font, followed by a button at the bottom to "accept". We have seen so many of these, and learned to scroll past them so quickly, that we're practically blind to them.==

**What is the cost?**
Well, ==we know from research on Narnia Consent Bump that users generally have no idea what they're agreeing to because of this automatic scroll-n-click behavior. Users also feel resigned to practices they don't understand and a growing lack of trust.==

**So, what is the next generation interface for gathering consent?** What assumptions and constraints can we throw away? How can we refocus the consent experience on benefiting the user? And, what about mobile?!

## PROBLEM STATEMENT

When we have something to ask from a user, what is the conversation we have with them? What are we presenting into their world to have that conversation?

## BENEFITS

- Improved comprehension of what the consent is asking for.
- Improved sentiment toward the brand.
- Greater transparency and control.
- Improved sense of trust.

- Fewer interruptions.
- Better overall product experience.

## IDEAL OUTCOMES

Ideally the project team will each come away from this sprint with:
- A shared understanding of the problem space.
- A broad set of explorations in the form sketches.
- A set of high-fidelity mocks illustrating a few directions or concepts.
- Next steps.

## Agenda

Sprint schedule

## SPRINT TEAM

| Name | Role |
| --- | --- |
| Tania Lissitskaia | PM (CSP) |
| Kansinee Adsanatham | UXD (Unicorn) |
| David Warren | UXW (CSP) |
| Ayan Daniels | UXD (Android) |
| Anna Turner | UXR (Security & Privacy) |
| Erik Ninomiya | UXW (Security & Privacy) |
| Jacob Chalkley | UXD (Security & Privacy) |
| Fiona Simeons | UXD (CSP) |
| Puja Verma | UXD (CSP) |
| Umanka Karkada | UXD (CSP) |
| Catherine Nguyen | UXD (CSP) |

## READOUT AUDIENCE

| Name | Role |
|---|---|
| Micah Laaker | UX Manager Identity |
| Olga Khroustaleva | UX Manager User Trust & Control |
| Eric Miraglia | PM Narnia 1.0 & 2.0 |
| Jonathan McPhie | PM Narnia 2.0 Consent |
| Vani Henderson | UXR Manager Identity |
| Arne de Booij | UXR |
| Adam Wos | TL Narnia 1.0 & 2.0 |
| Tejinder Judge | UXR (Unicorn) |
| Greg Fair | PM User Data Controls |
| Lauren Bugeja | UXD Ads |

## THE PLAN

March 15 & 16
10am - 4pm daily
Location: MTV-45-1-Atlantis (14) GVC

## IMPORTANT LINKS

- Sprint schedule
- Sprint Facilitation Deck
- Drive folder with all sprint assets and deliverables
- Competitive Analysis

CONFIDENTIAL

GOOG-CABR-05325409