# EXHIBIT E5
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Filed Under Seal]

## GOOG-CABR-00112576

| Options \ Stakeholders | Approach recommendation | Typical end-users | KoFs & power users | Regulators | Publishers | Other browsers | Google Inc |
|---|---|---|---|---|---|---|---|
| **Inform server** | | | | | | | |
| Inform everyone on close | Possible | Good | Good | Good | Mixed story | Good | Mixed story |
| Inform everyone on open | Eliminate (PR) | Mixed story | Mixed story | Good | Good | Bad | Bad |
| Tell only Google | Recommended way forward | | Bad | | | | |
| Let user decide per site | Eliminate (UX) | Bad | | | | | |
| **Split into two distinct features** | | | | | | | |
| Different entry points – PRD | Possible | | | | | | |
| **Maintain status quo** | | | | | | | |
| Do nothing, change promise | Possible | Mixed story | Mixed story | Mixed story | Mixed story | Good | Mixed story |
| **Data minimisation** | | | | | | | |
| Minimise retention of data generally | Recommended way forward | Good | Good | Good | Mixed story | Mixed story | Good |
| **Change business model** | | | | | | | |
| Stop logging data for non-signed-in users | Eliminate | Good | Good | Good | Bad | Good | Mixed story |

HIGHLY CONFIDENTIAL - AEO

GOOG-CABR-00112576