# EXHIBIT E19
## to Joint Attorney Declaration ISO Plaintiffs' Renewed Motion for Class Certification [Filed Under Seal]

## GOOG-CABR-X-00000972, Exhibit 4 to the 30(b)(6) deposition of Troy Walker, conducted on March 24, 2022

DocID :                    GOOG-CABR-X-00000972

BegDoc :                   GOOG-CABR-X-00000972

EndDoc :                   GOOG-CABR-X-00000992

DocID_BEGATT :

DocID_ENDATT :

Parent_Attachment :

Folder Name :              GOOG-CABR-X-VOL003

All Custodians :

Custodian :                Google

CONFIDENTIALITY :

OWNER :

Author :

From :

Recipients :

CC :

BCC :

Title :

MasterDate :

Sent Date :

Creation Date :

Date Created :

Last Modified Date :

Application Name :

Page Count :

Location :

File Name :

**Exhibit
0004**
Walker

2019-12-18.[Partnerships-B
usinessDevelopment]Analyti
cs_MeasurementInfrastructu
re--NA.IpsosPublicAffairsL
LC_641675_CustomerSigned_L

**AMENDED AND RESTATED PANEL STATEMENT OF WORK NO.** 383563

Panel Title: US Development Panel

**NO SERVICES MAY BE PERFORMED UNTIL GOOGLE AND Ipsos SIGN THIS STATEMENT OF WORK AND GOOGLE ISSUES A VALID PURCHASE ORDER**

This Amended and Restated Statement of Work (this "**A&R SOW**," together with all attachments hereto, this "SOW") is between:

(1) Google LLC (f/k/a Google Inc.), for itself and its affiliates, located at 1600 Amphitheatre Parkway, Mountain View, CA 94043 (together, "**Google**"), and

(2) Ipsos Public Affairs, LLC, 360 Park Avenue South, Floor 17, New York, NY 10010 ("**Ipsos**"),

and is effective as of January 1, 2020 ("**A&R SOW Effective Date**"), and amends and restates that certain Panel Statement of Work No. 383563 between Google and Ipsos (as amended, the "**Original SOW**"), effective as of November 28, 2016 (the "**SOW Effective Date**").

Google project manager: Lauren Burley
Email: laurenburley@google.com

Ipsos project manager:  Jim Bernier
Telephone: +1 (917) 446-3164
Email: jim.bernier@ipsos.com

This SOW is governed by, incorporated into, and made part of the Google Panel Services Agreement, executed between the parties and effective as of July 1, 2019 (as amended, the "**PSA**").  The terms of this SOW are limited to the scope of this SOW and will not be applicable to any other Statements of Work. This SOW and the PSA represent the entire agreement and understanding between the parties relating to the subject matter hereof and supersede all prior and contemporaneous representations, discussions, negotiations and agreements, whether written or oral.

1. **Definitions**.

    1.1. "**Browser Meter**" means Google-provided browser extensions, the installation of which is required on Panelist Compatible Browsers for purposes of Computer Metering.  Browser Meters are considered Google Meters. A Browser Meter is deemed a Computer Meter.

    1.2. **"Codes of Standard and Ethics"** means all applicable guidelines and code of conduct of the market research industry including, but not limited to, the 'Insights Association', or Code of Standards and Ethics for Survey Research.

    1.3. **"Compatible Browsers"** generally means at least the last three released versions of Google Chrome, Mozilla Firefox, Safari and Microsoft Internet Explorer/Microsoft Edge. The Browser Meters are not designed to be compatible with or deployed on smartphone or tablet devices.

1



1.4. "**cTV Meter**" means a tablet device, the use of which is required in connection with a Panelist TV for purposes of TV Metering (e.g., to indicate which Panelist in a Panelist household is watching TV). cTV Meters are considered Google Meters. Upon mutual agreement (email sufficient) the definition of cTV Meter may change. A cTV Meter is deemed a TV Meter.

1.5. "**Enumeration/Recruitment Survey**" or "**ERS**" is an Ipsos-designed survey, subject to Google's approval, provided by Ipsos to Eligible Panelists, which captures personal information or data about such Eligible Panelist, including but not limited to Eligible Panelists' gender and age.
"**Smart Home Metering**" means Metering via a Router Meter, whereby such Router Meter is permitted to collect data from "Smart Home" devices (e.g., Smart Speakers).

1.6. "**Smartphone**" means a mobile device that has a screen size that is smaller than 7 inches diagonally. Upon mutual agreement (email sufficient), the definition of Smartphone may change.

1.7. "**Smartphone Meter**" means a Google-provided application, the installation of which is required on Panelist Smartphones for purposes of Mobile Metering. A Smartphone Meter is deemed a Mobile Meter.

1.8. "**Stage**" means a stage of the Transition Plan as set out in Schedule C.

1.9. "**Tablet**" means a mobile device that is not a Smartphone. Upon mutual agreement (email sufficient), the definition of Tablet may change.

1.10. "**Tablet Meter**" means a Google-provided applicable, the installation of which is required on Panelist Tablets for purposes of Mobile Metering. Tablet Meters are deemed Google Meters. A Tablet Meter is deemed a Mobile Meter.

1.11. Intentionally Omitted.

1.12. "**US Calibration Panel**" means that Tier 1 Panel managed by Ipsos under SOW No. US1 between the parties.

1.13. The "**US Development Panel**" or the "**Panel**" is a Google-owned consumer research panel composed of United States-based Panelists, used by Google for the purpose of testing and evaluating metering hardware and software. Ipsos has provided Services for the Panel under SOW No. 11.

1.14. "**Wi-Fi Access Point Devices**" or "**Router Meters**" are Google-provided Wi-Fi routers. Router Meters are considered Google Meters and deemed Meters.

1.15. Intentionally Omitted.

2. **Term.** Unless terminated earlier in accordance with the termination provisions set forth in the PSA, this SOW will be effective from the SOW Effective Date and will continue until the 5th anniversary of the A&R SOW Effective Date, subject to the performance of any Exit Services (the "**SOW Term**"). For clarity, "Year 1" refers to the first year of the SOW Term commencing on the A&R Effective Date, "Year 2" refers to the second year of the SOW Term commencing on the first anniversary of the A&R Effective Date, and so forth.

3. **Services**. Ipsos will perform the Services for Google described in the PSA and this SOW, including this Section 3.
   3.1. **Panel Type:** Tier 1

2



GOOG-CABR-X-00000973

3.2.    **Minimum Panel Requirements:** The Minimum Panel Requirements for the Panel are described in Schedule A attached and incorporated to this SOW (the "**Panel Requirements Schedule**").

3.3.    **Recruitment Methodology and Ramp Period**

    3.3.1.    **Ramp Period; Transition Plan**: The Ramp Period for the SOW will begin on the A&R SOW Effective Date and expire on June 30, 2020. The parties will complete the Transition Plan as set forth in Schedule C.

    3.3.2    **General Recruiting Process:** Ipsos will perform the following recruitment services, as required to satisfy the panel requirements described in Schedule A of this SOW:

- Develop and maintain recruitment materials in English, designed by Ipsos, approved by Google, and consistent with the Google's Privacy Policy, Codes of Standard and Ethics, and all applicable law (all approvals by Google will be completed within five (5) business days).
- Develop, manage and administer the ERS
- Identify and recruit Panelists satisfying the criteria defined by this SOW
- Convert recruited Panelists into Active Panelists.
- Develop a process whereby Ipsos tracks (including through website trackers), consistent with Google's Privacy Policy, Codes of Standard and Ethics, and all applicable laws, the point at which (including in connection with the UI Flow) recruited Panelists decline to become Active Panelists. Subject to the terms of the Agreement, Ipsos will report these metrics to Google, and Ipsos will subsequently implement recommendations by Google to increase the number of recruited Panelists that become Active Panelists.

    3.3.3.    **Sample Sources:** The parties agree that the Panel will be comprised of Panelists that may be drawn from the following three sources:

- All Active Panelists as of the SOW Effective Date
- Active Panelists from the US Calibration Panel
- Individuals from additional recruitment sources approved in advance by Google. For clarity, address-based sampling is not required for this Panel.

    3.3.4.    **Recruiting Source Restrictions**:

- If Ipsos uses incentivized traffic sources for recruitment, they should be submitted to Google prior to recruitment for approval at the source level. Approval will not be unreasonably withheld. A description of the source and how the Panelist would be incentivized to join must be included.
- Google reserves the right to disallow any traffic sources, for incentivized or non-incentivized traffic, that do not meet Google's brand safety criteria have privacy implications for Google, or negatively impact other qualities of the panel. Ipsos acknowledges that Google has provided a list of marketing exclusions for Ipsos' reference (the "**Google Marketing Exclusions**").
- Sample sources must comply with the Google Marketing Exclusions, and no sample sources should be used that fall into any of the following categories:
  - Crime, police, and emergency
  - Death and tragedy
  - Military and international conflict
  - Juvenile, gross & bizarre content
  - Profanity and rough language
  - Sexually suggestive content
  - Forums

3



3.3.5.   **Other Ipsos Panels**
- Unless recruited randomly by ABS mail recruitment, Active Panelists may not be directly recruited by Ipsos to be panelists on another Ipsos panel or study.
- Ipsos to notify Google in writing (email sufficient), when an Active Panelist under this SOW who was recruited from an ABS-recruited probabilistic panel that Ipsos owns, or to which Ipsos has access (an "**Alternate ABS-Recruited Probabilistic Panel**"), is recruited into another Alternate ABS-Recruited Probabilistic Panel.

**3.4.   Changes to Panel Size**

**3.4.1.   Panel Size Increases:** Google will have the option of increasing the Panel size, in increments of 50-100 Panelists, or 10-25 households, up to a maximum of 300 Active Panelists in total. If Google chooses to increase the US Development Panel size, it must provide Ipsos with at least thirty (30) days' notice for each such panel size increase, which will occur no more than one (1) time per month.

**3.4.2.   Panel Size Reductions:** Google will have the option of decreasing the US Development Panel, in increments of 50-100 Panelists. If Google wishes to reduce the Panel size, it must provide Ipsos with thirty (30) days' notice for each such panel size decrease, which will occur no more than one (1) time per month.

3.5.   **Panelist Surveying:** In addition to the surveying described above and in the PSA, Google will have the option to sample and survey Panelists up to 10 times per year, as facilitated by Ipsos (e.g., Ipsos to directly send Panelists Google content (with no follow-ups), or require Ipsos to redirect Panelists to a Google-hosted site with Google questions and a Google-hosted data collection tool) or via Google-provided hardware or meters. There will be no additional fees chargeable to Google for such surveys.

3.6.   **Panelist Re-Consenting:** Ipsos will not annually re-submit Consent Questionnaires to Panelists, but instead will implement a re-consenting process to complement Google's self-administered re-consenting process, subject to Google review and approval. Once a re-consent has begun, to remain Active, Panelists must respond to the re-consent and any updated Consent Questionnaire, Panel Privacy Policies and any applicable panel-related terms and conditions within sixty (60) days of deployment of the Consent Questionnaire to Panelists.

3.6.1.   Ipsos will assist with Panelist re-consenting utilizing Base communication options from Schedule D, as deemed necessary by Google.

3.6.2.   Google will be responsible for the cost of replacement recruitment directly caused by the re-consenting process (in accordance with the fees set forth in the Pricing Schedule).

3.6.3.   For purposes of clarification, Google may, at its sole discretion, decide to update any of the Google Privacy Policy, the Consent Questionnaire, or any other applicable panel-related terms and conditions without notifying Panelists and/or without requiring a re-consenting process.

3.7.   **Intentionally Omitted.**

3.8.   **Google Panel Management API** Ipsos will continue to maintain the necessary technology in order to integrate with the Google Panel Management API ("API") used during Panelist onboarding, in accordance with specifications provided by Google. At a minimum, the specification includes API calls that support insertion of new households and Panelists, along with querying for panel information needed for operational support.

3.8.1.   Additional API Development - Ipsos acknowledges that on a quarterly basis, small updates and new features may be rolled out to the API, which may require minor integration updates by Ipsos in order to continue to leverage the benefits of the API. These integration efforts by Ipsos to stay up-to-date with the Google Panel Management API will be done at no additional charge to Google, provided such efforts do not require more than 60 hours of additional work on a quarterly

4



> basis. Ipsos acknowledges that it is maintaining necessary technology to integrate with the API as part of the US Calibration Panel, and will not duplicate efforts under this SOW, and that this Panel will benefit from any technology updates made under the US Calibration Panel.

3.9.  **Subcontractors:** In accordance with Section 17.b of the PSA, pre-approved subcontractors will include the following (for the avoidance of doubt, Google may rescind approval of any subcontractor should it become evident to Google that the subcontractor in question has not taken reasonable and appropriate steps to protect the security, privacy, and confidentiality of Personal Data, or is otherwise not in compliance with the terms of the PSA or this SOW):

| Subcontractor | Tasks Performed |
| --- | --- |
| **All Digital Rewards** | Incentive provider that collects Panelist information for purposes of delivering Incentives. |
| **Barton & Cooney** | Mail/Print house for Recruitment materials |
| **CMS Research** | IVR Provider |
| **Cybage** | Supports CRM used for Panel operational workflow and member portals. |
| **Dimensions** | Data collection platform |
| **FedEx** | Delivers WiFi Access Point Devices to recruited Panelists |
| **Intelice** | Manage cloud infrastructure |
| **Ironwood Insights Group, LLC** | Incoming phone vendor used during recruitment |
| **Installs, Inc.** | Assists households in installing Google Meters, either over the phone or in person |
| **UPS (Backup vendor to FedEx)** | Delivers WiFi Access Point Devices to recruited Panelists |
| **Marketing Systems Group** | Supplier of Address Based Sample for Panel recruitment |
| **Microsoft Azure Gov Cloud** | Server infrastructure |
| **Twilio** | SMS messaging provider |
| **Ugam** | Managed services provider |
| **United States Postal Service** | Delivers recruitment packets |

Notwithstanding Sec. (2)(D)(2)(i) of the PSA, the parties agree that subcontractors approved by Google may access Panelist Data as needed (including from outside the U.S.) for the purposes of performing the tasks in accordance with this SOW, provided that all such subcontractors (i) complete a Google vendor security audit assessment (e.g., partner questionnaire and penetration test) within a 90-day time period after Google approves such subcontractor, and (ii) resolve any issues identified in connection with such assessment within 120 days following completion of such assessment, unless, in the case of either (i) or (ii), otherwise agreed by the parties in writing (email sufficient). As of the A&R SOW Effective Date, the parties agree that the subcontractors which are so approved are Ugam, All Digital Rewards, Installs, Inc., CMS Research, Twilio and Cybage, provided that such subcontractors must complete the requirements set forth in (i) and (ii) above.

5



Google may require Ipsos to rescind any such access if any subcontractor is not in compliance with the terms of the PSA or this SOW. For the avoidance of doubt, Panelist Data will remain within the U.S. (or in an Ipsos-owned central data hub (including Ipsos' call center outside the U.S.), if permitted by applicable law), until transmitted to Google in accordance with this Agreement.

**3.10.    Low Quality Panelists**

3.10.1.    Notwithstanding Sec. (2)(C)(8) of the PSA, on a monthly basis, Google may provide Ipsos with a list of "Low Quality Households", defined as Households where Google has determined, in its sole discretion, that Panelists are not sufficiently Metering their activities or are otherwise not in Compliance. Google will not identify more than 5 Low Quality Households per month, and will not identify more than 25 Low Quality Households per year.

3.10.2.    Ipsos will remove the Low Quality Households within 30 days of notice from Google of such Low Quality Household list. For the avoidance of doubt, Google also reserves the right to contact Panelists directly, including through in-meter communications to attempt to increase the percentage of meterable activity. Google shall coordinate with Ipsos as to content and timing of the communication plan.

3.10.3.    Google will only be responsible for the cost of replacement recruitment of Low Quality Households that Google requests to be removed from the Panel if such Households would have otherwise been deemed Compliant on one or more Meters. Such cost will be determined by the fees set forth in the Pricing Schedule, provided that Ipsos will use commercially reasonable efforts to perform such replacement recruitment using participants in and Alternate ABS-Recruited Probabilistic Panel, provided further, that such participants are below the Minimum Panelist Thresholds and Data Quality Thresholds maximum thresholds and there are no feasibility or methodological limitations at the time of such replacement recruitment from and Alternate ABS-Recruited Probabilistic Panel (as agreed by the parties).

3.10.4.    To the extent the removal of Low Quality Households where such Households would have otherwise been deemed Compliant on one or more Meters results in Ipsos falling below the Minimum Panel Requirements, (i) Ipsos will not be charged Service Level credits for up to 60 days following such removal, and (ii) Ipsos will still be eligible for monthly Incentive Payments for up to 30 days from such removal.

3.11.    **Meter Technology:** The Panels will utilize the following (each, a "Meter" for purposes of the PSA):

3.11.1.    *TV Metering:* Google-supplied cTV Meter

3.11.2.    *Computer Metering:* Google-supplied Browser Meters

3.11.3.    *Mobile Metering:* Google-supplied Smartphone Meters and Tablet Meters

3.11.4.    *Other Metering:* Google-supplied Router Meters, including for Smart Home Metering

3.11.5.    Other Meters and Related Terms: Ipsos is responsible for deploying, installing and supporting all software and hardware. Google may develop Computer Meters which work with additional browsers (e.g., Opera) (collectively, "Additional Browsers"). When Google provides Additional Browser Meters to Ipsos, Ipsos will have 5 working days after new Panelist instruction materials are provided to

6



Ipsos to include the Additional Browser Meters in any future recruitment efforts, and the Additional Browsers will be deemed Compatible Browsers.

3.11.6. *Meters cap:* In connection with Meter requirements under this SOW, the parties agree as follows: Google will provide 60 routers and 40 cTV meters to Ipsos per Year to support panelist churn. If Ipsos requires additional hardware, it can be purchased from Google at $135 per router and $315 per cTV unit. Google can adjust these amounts as needed via email.

3.12. **Panel Location**: All Panelists will reside within the United States of America.

3.13. **Panel Incentives**: In accordance with the PSA, Ipsos will design and implement a program for Panelist incentives. The program will be shared with Google in advance of implementation for Google's review and feedback.

3.14. **Panel Support:**

3.14.1. **Panelist Support:** Ipsos will provide customer support for all Panelists as outlined in Sections 2.D and 2.E (1) of the PSA including telephone support, and email-based technical support with a 24-hour (i.e. 1 business day) initial response time.

3.14.2. **[Intentionally Omitted.]**

3.14.3. **Help Center documentation:** The parties shall collectively develop help center documentation (including technical how-to, troubleshooting, support documents related to meters and panel participation, and other topics selected by Google) which will be subject to Google's final approval (and Google will use reasonable efforts to provide approvals within 3 business days). Google may develop additional help center documentation, at Google's cost, which Ipsos will add to the existing Panel help center member portal upon request.

3.14.3. **Google Support:** Ipsos will respond to issues and/or requests from Google as follows: 3 hours during business days for P0 issues (P0 issues will receive a minimum of 2 email updates per business day describing the status of the issue and steps being taken to remedy the issue), and 1 business day for all other issues/requests.  Off-hours issues will be routed as follows:

**Off-Hours Escalation Path:**

For off-hours P0 issues, an email with a description of the issue that needs attention as well as a call to the Primary and Secondary Contact should be sent to:

| Contact | Email | Phone |
|---|---|---|
| Group E-mail | CENA-Screenwise-GoogleProjectTeam@Ipsos.com | N/A |
| Ramesh Kanakasabapathy (primary) | Ramesh.Kanakasabapathy@ipsos.com | +1 (650) 284-9744 |
| Jeff Shand-Lubbers (secondary) | Jeffrey.Shand-Lubbers@ipsos.com | 646.525.8534 |

For all off-hours issues that require further escalation or if no response is received from the above within 8 hours, the following should be contacted:

7

GOOG-CABR-X-00000978

| Contact | Email | Phone |
|---------|-------|-------|
| Jim Bernier | jim.bernier@ipsos.com | 917.446.3164 |
| Annie Weber | annie.weber@Ipsos.com | 609.933.2156 |

Ipsos shall be allowed to revise and/or update the above escalation path and primary / secondary contacts as needed upon notification to Google.

3.15.    **Intentionally Omitted.**

3.16.    **Service Levels; Incentive Payments**

3.16.1. For purposes of this SOW, Section 5(A)(1)(a) will be replaced with the following:

(a) Credit. If Ipsos fails to maintain the Minimum Panelist Threshold for such Panel, Ipsos will pay or credit to Google the applicable Service Level credit amount for such month, as follows:

  (i)    If, with respect to any Minimum Panelist Threshold (as set forth in Schedule A), Ipsos falls more than 15% below such threshold for 30 or more consecutive days, Google will receive a credit of 10% of the annual Fixed Operating Fee (as set forth in Schedule B) attributable to the period during which Ipsos experienced such failure.

  (ii)   For clarity, if Ipsos fails to meet multiple Minimum Panelist Thresholds in a given period, Google will be entitled to the credits set forth in subsection (i) with respect to each such failure.

  (iii)  For example, if the annual Fixed Operating Fee for a given year is $120 for the Panel, and Ipsos fails to meet one Minimum Panelist Threshold for 45 consecutive days, Google will receive a credit equal to 10% of portion of the Fixed Operating Fee attributable to such 45-day period, which would be equal to $1.48. Reflected as a formula:

$$((45/365) \times \$120) \times .10) = \$1.48$$

3.16.2 Incentive Payments. The following is an "**Incentive Payment**" for purposes of this SOW: If Ipsos meets all Minimum Panelist Thresholds (as set out in Schedule A) for all days in a calendar month, Google will provide an incentive payment to Ipsos of $1,000 for such month. For clarity, Incentive Payments in a given calendar year will not exceed $12,000.

3.17.    **Intentionally Omitted.**

3.18.    **Fraudulent Panel Households**.

3.18.1.  As needed, Google may provide Ipsos with a list of "Fraudulent Panelists" or "Fraudulent Households" (as defined below). Google will not identify more than 30 Fraudulent Panelists or Fraudulent Panelist Households per year. Ipsos will remove such Fraudulent Panelists or Fraudulent Households within 5 days of receipt from Google of such list. Google will not be responsible for the replacement costs, including replacement recruitment costs, of such panelists or households.

8



3.18.2. For purposes of this Section 3.18, "Fraudulent Panelists" and "Fraudulent Households" are defined to mean, Panelists or Households engaging in fraudulent activity relating to the Panel, including:
- Panelist(s) creating false Panelist account(s) for individual(s) in the household who:
  - o Live in the household, but have not personally consented/opted-in as required under the Agreement,
  - o Do not live in the applicable household, or
  - o Do not exist (i.e., are not living persons).
- Panelist(s) repeatedly, and intentionally, engaging in internet activity under an account that does not belong to such Panelist(s).

3.19.    **Updates.**

3.19.1. Subject to Sections 3.19.2-3.19.4 below, the Fixed Operating Fees under this SOW are inclusive of reasonable updates to the Panel as may be required by Google from time-to-time, including (a) upgrading hardware (e.g., router replacement program), (b) testing or adding new metering technologies (e.g., new metering), (c) testing or adding new experiences or use cases on existing Meters (e.g., checking-in on mobile cTV meter) and (d) adjusting recruitment materials, flow or user experience (collectively, "**Updates**").

3.19.2. Google and Ipsos will mutually agree on an appropriate project plan and timing with respect to Updates.

3.19.3. Google will not request more than 5 Updates per year.

3.19.4. To the extent, (i) Google requests more than 5 Updates in a given year, (ii) a given Update requires incremental work from Ipsos of 120 documented hours or more, which such hours are solely attributable to the Update or (iii) a given Update requires Ipsos to incur separate and material costs solely attributable to the Update, then, Google and Ipsos will agree to appropriate timing and separate fees in the scope of an amendment to the Agreement, provided that such fees will (x) be based on the Pricing Schedule to the extent possible, and (y) in no event be higher than the fees Ipsos charges to third parties generally for similarly scoped services.

## 4.    **Data and other Deliverables.**

**4.1.**    **Data:** Ipsos will provide Panel data as outlined in Section 4.2.2 below on a daily basis ("Panel Data").

**4.2.**    **Deliverables:** In addition to the Deliverables provided pursuant to the PSA, Ipsos will also provide the following Deliverables and Documentation to Google:

**4.2.1.**    **Reporting: N/A**

**4.2.2.**    **Panel Data:** Ipsos will provide Panel Data to Google on a daily basis, according to the format and technical specifications provided in Schedule E of this SOW. Any changes proposed by Ipsos to data pipeline or data file technical requirements are subject to Google's written approval.

For purposes of clarification, data from Google meters will be delivered directly from Active Panelists to Google, and is not considered data provided by Ipsos for purposes of this Section 4. Where third-party data is incorporated into the Deliverables, Ipsos will not be responsible for the accuracy of such third-party data.

4.3.3.    **Technical Requirements:** Any changes proposed by Ipsos to data pipeline or data file technical requirements will be submitted to Google in writing for Google's

9



written approval before implementation. The data pipeline and data file technical requirements are subject to change as new Software Meters and Hardware Meters are implemented. Ipsos will add the data from those meters to the relevant reports, in accordance with an updated file specification provided by Google.

5.    **Payment.**

5.1.    Payment Details. Fees for the Services are set forth in the Pricing Schedule attached as Schedule B and incorporated in this SOW (the "**Pricing Schedule**"). All annual costs will be pro-rated on a monthly basis if any element of the agreed Panel design is not implemented from the beginning of the SOW Effective Date. All monthly costs, including post-termination fees, will be pro-rated on a daily basis if any element of the Services or Deliverables is not implemented for the entire month in question.

5.2.    Expenses. All expenses are included in the costs listed in Schedule B and Google will not reimburse Ipsos for any additional expenses.

5.3.    Invoices. Ipsos will submit its invoices to Google's online portal at https://gist-uploadmyinvoice.appspot.com/. Hard copies of invoices do not need to be mailed to Google once submitted to the online portal. Ipsos will ensure that each invoice submitted through the online portal contains an applicable Google-issued PO number. If a PO number is not available for any of Ipsos' invoices, then Ipsos will email such invoices to p2phelp@google.com. Ipsos will concurrently email a copy of the invoice to the Google Project Manager listed above.

Invoices are considered received by Google on the date of submission to the online portal only if Ipsos receives confirmation of receipt within 24 hours of the submission. Ipsos must re-submit the invoice if it does not receive confirmation of receipt within 24 hours of its submission. If a paper copy must be sent, Ipsos will include the Google PO number on its invoices and sent them to: Accounts Payable, Google Inc., PO Box 2050, Mountain View, CA 94042, USA.

Invoices will be based on the Ipsos provided data and or reports as approved by Google, that identify the number of minimum compliant panelists and the status of data quality thresholds.

6.    **Additional Terms & Conditions**

6.1.    The following provisions of the PSA do not apply to Services provided under this SOW:

6.1.1.    Language in Section 2(C)(2)(a) requiring Ipsos to use probability-based sampling in its recruitment methodology.

6.2.    Ipsos shall not be subject to the penalties of Section 5(A) of the PSA or Section 3.16 of this SOW, to the extent that Ipsos' failure to meet the Minimum Panelist Thresholds is the result of issues caused by, (i) Google-provided meters and/or technology services, inasmuch as such information is made fully available to Ipsos, (ii) any new law, rule or regulation that directly imposes a substantial burden on Ipsos' ability to meet the Minimum Panelist Thresholds or (iii) the exclusions provided in Section 5(A)(4) of the PSA, Ipsos must provide a reasonable analysis to satisfy Google, in its reasonable discretion, that the relevant Minimum Panel Thresholds are not being met as a result of

10



the issues identified in (i) (ii) and/or (iii), and that Ipsos would have otherwise met the Minimum Panelist Thresholds were it not for those issues.  In the event the parties do not agree with the reasonable analysis provided by Ipsos, such parties shall meet in good faith to discuss any disputed details of the analysis within 30 days of delivery of the analysis to Google, which discussion will include relevant leadership from each party, as needed.

6.3.    **Exit Services:** Upon termination or expiration of this SOW, if Google elects to takeover the Panel, or transfer, but not sell, the Panel to a third party, Ipsos will provide the following Exit Services at Google's request:

6.3.1.    Communicate the nature of upcoming changes to Panelists, at appropriate times, during the Exit Services period. Google will review and approve such communication prior to it being sent.

6.3.2.    Provision of rewards database (history of rewards and redemptions) to Google.

6.3.3.    Provision of current and past 6 months of support cases to Google

6.3.4.    Provision of all Panelist Data to Google.

6.3.5.    Continuing maintenance of the Panelist portal on screenwisepanel.com, and assistance with transitioning Panelists to a new portal, on a new domain, if necessary.

6.3.6.    Return all Google requested unused Router Meters and/or TV Meters to Google.

6.3.7.    Participate in calls with Google to assist with the Panel migration, as required.

6.3.8.    Coordinate with any subcontractors as necessary in furtherance with the foregoing.

6.3.9.    Deletion of all Google Confidential Information, Google Data, Google Property and Google-Owned Deliverables, provided that Ipsos may retain copies of such materials, which shall remain subject to the confidentiality obligations set forth in PSA, solely for the following purposes: (i) such information is maintained automatically in technology system backup/archival media and is not readily available to users, provided that such information is overwritten in the ordinary-course reuse of such technology system backup/archival media; (ii) such information regarding Ipsos' operations to comply with Ipsos' internal legal compliance regarding document retention; and (iii) such information as required to be maintained by Ipsos to comply with its obligations under the PSA, including audit obligations. In the event of a conflict between this Section 6.3.9 and the provisions of the PSA (including Exhibit I) the provisions of the PSA will control.

6.3.10.    At the time of termination, Google will provide Ipsos with a commercially reasonable timeline for Exit Services, and Ipsos will submit a proposal to complete the Exit Services in the provided timeline. Ipsos will make best efforts to provide any additional Exit Services not currently included in the SOW, but required to migrate the Panel and Panel Services to Google, and will make commercially reasonable efforts to include those additional services in the proposal not to exceed a total fee of more than $50,000.

6.3.11.    Nothing in this Section 6.3 limits Google's right to request additional Exit Services in the event of a termination or expiration of this SOW, in accordance with the provisions of the PSA.

11



    GOOG-CABR-X-00000982

The parties execute this Statement of Work by persons duly authorized as of the A&R SOW Effective Date.

**Google LLC**

**Ipsos Public Affairs, LLC**

2019.12.20
10:29:14
-08'00'

Philipp Schindler
Authorized Signatory

By: Mark P. Campbell

Signature:

Title: _____

Title: Vice President & Treasurer

Date: _____

Date: December 18, 2019

Address:  1600 Amphitheatre Parkway
          Mountain View, CA 94043

Address:  360 Park Avenue South, Floor 17,
          New York, NY 10010

12

CONFIDENTIAL

**Schedule A**

**Panel Requirements Schedule**

The Minimum Panel Requirements for this SOW will be as set forth in this Schedule A.

Upon the A&R SOW Effective Date, Ipsos will have 90 days to satisfy the below minimum panelist requirements, data quality thresholds and compliance requirements (not including cTV). Email sufficient for extensions as needed.

Upon notification from Google that cTV measurement will be deployed, Ipsos will have 150 days to satisfy the below minimum cTV panelist requirements and compliance cTV requirements. Email sufficient for extensions as needed.

Google and Ipsos mutually agree that there are several unknowns related to cTV. Therefore, for a period of 150 days following the beginning of Stage 2 of the Transition Plan (as described in Schedule C), Ipsos and Google will monitor rates of cTV compliance, cTV monthly panelist attrition and other feedback obtained from the cTV panelists with no cTV penalties incurred. After this monitoring stage, both parties agree to revisit assumptions surrounding cTV and address any needed changes in Terms and / or fees in an Addendum. All penalties related to cTV shall be not apply until the end of such 150-day period (unless an extension is provided as described in this SOW, including by e-mail) or prior to the point that any such Addendum is executed, provided that such Addendum is executed within 90 days of the end of such 150-day period (subject to any such extensions).

**Minimum Panelist Thresholds**

| Device Type | Minimum Compliant Panelists |
|---|---|
| Smartphone Meter | 250 |
| Browser Meter | 200 |
| cTV Meter | 100 |
| Smart Home Metering via Router Meter | 150 |
| Tablet Meter | 25 |

Note that panelists can be compliant on multiple devices at the same time and count towards minimum compliant panelist counts in multiple categories.

**Device Type Compliance Requirements**
A panelist will be considered compliant on a device if none of the rules below are violated. If they are out of compliance, one or more of the codes will be specified to indicate why the panelist is out of compliance.

13



GOOG-CABR-X-00000984

| Phone Meter | |
|---|---|
| MOBILE_NO_ACTIVITY | No activity in the last 14 days |
| MOBILE_NO_COOKIE_COLLECTION_ACTIVITY | Browser cookie collection in the last 28 days |
| **Tablet Meter** | |
| MOBILE_NO_ACTIVITY | Activity in the last 28 days |
| MOBILE_NO_COOKIE_COLLECTION_ACTIVITY | Browser cookie collection in the last 28 days |
| **Browser Meter** | |
| BROWSER_NO_ACTIVITY | Activity in the last 28 days |
| **Router Meter (Household)** | |
| ROUTER_METER_OFF | Meter is off for more than 120 hours in the last 7 days |
| ROUTER_NO_CONNECTED_DEVICES | At least one device connected to the router in the last 14 days (excluding TV meter) |
| **cTV Meter (Household)** | |
| TV_UNCOVERED_VIEWING | < 40% of YouTube watch time while meter is not paused is attributed over the last 7 days if YT time > 1 hour |
| TV_METER_OFF | Meter off time > 48 hours of the last 7 days (cumulative across all meters) |
| All cTV Meters paired to a YTLR device at some point in the last 7 days | All cTV Meters (detected more than 28 days ago with usage in the last 14 days) are paired to a YTLR device or explicitly ignored at some point in the last 28 days |
| **Smart Home Metering via Router Meter (Household)** | |
| ROUTER_NOT_COMPLIANT | Router meter is not compliant |
| NOT_OPTED_IN | Not opted-in to smart home metering |

During the SOW Term, Google may request (email sufficient) adjustments to this Schedule A, including (1) minimum panelist thresholds, (2) data quality thresholds and/or (3) device type compliance requirements, which adjustments will be included in the pricing set forth in pricing schedule, provided that, to the extent that any such adjustments result in an increase in (1), (2) or (3), Google and Ipsos will execute an amendment to the SOW and work together in good faith to address any necessary changes to pricing, timing and/or ramp-up timelines in such amendment, any such amendment must be agreed to in writing by the parties before the commencement of any work related thereto.

14



GOOG-CABR-X-00000985

### Schedule B

### Payment Schedule

The fees under this SOW will be as set out in this Schedule B.

### Fixed Operating Fee

The annual operating fee under this SOW will be a fixed-fee of $175,000, billed on a monthly basis in accordance with the terms of the PSA and this SOW. For clarity, the Fixed Operating Fee includes all Services and Deliverables included in the PSA and/or this SOW.

### Variable Operating Fees and Services Rate Card

In addition to the Fixed Operating Fee, Google may incur additional Variable Operating Fees pursuant to the Services Rate Card below (unless otherwise agreed by the parties), solely in the event, (i) Google request's additional services in its sole discretion, which do not constitute or are not inherent or incidental to the Services and Deliverables under this SOW, and which will require Google's prior approval, ii) Google removes Low Quality Households in connection with Section 3.10.3, above, (iii) the Variable Operating Fees are related to services applicable to the Transition Plan described in Schedule C, provided that Ipsos may not charge Google for any Variable Operating Fees applicable to a Stage until the applicable triggering event has occurred (as described in Schedule C) and Google has provided its prior approval; in either case, Ipsos will not invoice Google for Variable Operating Fees exceeding $25,000 annually in Year 1, or $10,000 annually in Year 2 – Year 5 for the applicable services, without Google's prior approval. To the extent that Google requests a variable service that is not specified in the Services Rate Card, the parties will agree on an appropriate rate, provided that such rate will not be higher than the rates Ipsos generally charges to third parties for similar services.

All Variable Operating Fees, if any, will be billed on a monthly basis, with the exception of variable fee J which will be billed once at the beginning of Stage 3 (as defined in Schedule C), in accordance with the terms of the PSA and this SOW.

| Category | Timing / Instance / Stage (as defined in Schedule C) | Metric | Fee |
|---|---|---|---|
| A. Transition cost of Google panelist to Ipsos Development panel with proactive transition incentive (fulfilled by Ipsos) and successful router and / or TV meter(s) installation / activation on Ipsos panel. | 2019 - 2020 (Stages 1,2) | Per panelist, one-time | $25 |

15



| B. Transition cost of Google panelist to Ipsos Development panel with passive transition and successful router and / or cTV meter(s) installation / activation on Ipsos panel. | 2019 - 2020 (Stages 1, 2) | Per panelist, one-time | $15 |
|---|---|---|---|
| C. Recruitment of existing Ipsos household and successful self-install of cTV Meter(s) | 2020 (Stage 3) | Per household, one-time | $70 |
| D. Recruitment of existing Ipsos household and successful vendor-install of cTV Meter(s) | 2020 (Stage 3) | Per household, one-time | $245 |
| E. Alternate ABS-Recruited Probabilistic Panel recruitment of new household with successful self-install of Router and / or cTV Meter(s) | 2020 (Stage 3) Ongoing (for low quality panelists | Per household, one-time | $150 |
| F. Alternate ABS-Recruited Probabilistic Panel recruitment of new household with successful vendor-install of Router and / or cTV Meter(s) | 2020 (Stage 3) Ongoing (for low quality panelists) | Per household, one-time | $375 |
| G. ABS mail recruitment of new panelist household with successful self-install of Router and / or cTV Meter(s) | 2020 (Stage 3) Ongoing (for low quality panelists) | Per household, one-time | $600 |
| H. ABS mail recruitment of new panelist household with successful vendor-install of Router and / or cTV Meter(s) | 2020 (Stage 3) Ongoing (for low quality panelists) | Per household, one-time | $825 |
| I. Successful hardware return from household who (1) voluntarily exited the Google panel during stages 1-3, | 2020 (Stages 1 - 4) | Per household, one-time | $35 |

16



CONFIDENTIAL

| (2), does not successfully self-install or vendor-install cTV and /or Router Meter(s) in stages 2-3 and / or (3) was force churned from consolidated Google / Ipsos panel in stage 4 | | | |
|---|---|---|---|
| J. Flat, fixed fee to maintain incentive programs for both Google Development or Calibration panelists alongside Ipsos Development or Calibration panelists above Ipsos current threshold during panelist transition in Stage 1/2020. | 2019 – August 2020 (Stages 1,2,3,4) | Flat Fee, one-time, to be billed at the beginning of Stage 3 | $600,000 (in the aggregate across both Google Development and Calibration panels) Any duplicate incentives above the $600,000 will be the responsibility of Ipsos, provided that if Google is responsible for delays in transition from Stage 1 (Dec - Jan) to Stage 4 (Jun - Aug) that impose increased duplicate incentive fees on Ipsos, Google and Ipsos to agree to proportionate additional fees in a separate written addendum. |

**Maximum Payment Amount**.  Notwithstanding anything else in the PSA or this SOW to the contrary and unless otherwise agreed upon in writing between Google and Ipsos, Google's maximum liability for all Services and Deliverables under this SOW will not exceed the following for the applicable Year:

| | Fixed Operating Fee | Variable Operating Fees | Incentive Payments | Total |
|---|---|---|---|---|
| Development Panel | | | | |
| Year 1 | $175,000 | Up to $25,000 | Up to $12,000 | **$212,000** |
| Years 2 - 5 | $175,000 | Up to $10,000 | Up to $12,000 | **$197,000** |

17

GOOG-CABR-X-00000988

**Schedule C**

**Transition Plan**

Upon the A&R SOW Effective Date, the Transition Plan for purposes of this SOW will be as described in this Schedule C. Each stage will require advance approval from Google before they are initiated and/or billed by Ipsos in accordance with the Pricing Schedule. Ipsos will be required to complete the below Services once advised that Google may adjust all timelines with email notification. Google will confirm once a given stage has been completed (email sufficient). For clarity, the parties acknowledge that the Transition Plan described below may make reference to services to be performed by Ipsos for the US Calibration Panel, but only those Services described below applicable to this SOW will be relevant for purposes of this Schedule C.

<u>Transition Stages:</u>

**Stage One** (Estimated December - January 2020)
- Within 60 days of signing the agreement, Google and Ipsos to pilot transition of up to 500 Google Panel panelists to Ipsos Calibration Panel and up to 280 Google Development panelist to the Ipsos Development panel.

**Stage Two** (Estimated January - February 2020)
- 60 calendar days before initiating the transfer of cTV Google Panel panelists over to the Ipsos Calibration Panel, Google will provide Ipsos with notice of timing and size of transfer (i.e., number of panelists).
- Within 60 days of receiving notice from Google, Ipsos to:
  - Transition up to 9,400 Google Calibration Panel panelists and up to 280 Google Panel Development Panel panelists (if not already completed in stage 1) over to Ipsos Calibration or Development Panel. (Note: All panelists brought over to Ipsos will be considered recruited via ABS mail recruitment for purposes of overall Ipsos Calibration Panel composition). Google to send introduction packet to current panelists including link to sign-up for Ipsos panel.
    - <u>Proactive transition:</u> If a panelist completes the Ipsos panel sign-up process proactively before the Google defined deadline, Ipsos will provide the panelist with a one-time $20 bonus incentive. (This amount can be adjusted by Google by email if the number of panelists who transition over from Google panel is below expectations).
    - <u>Passive transition:</u> For panelists who have not completed the proactive transition, Google will manually set-up a tentative metering account (on Google side) for each panelist. If these panelists do not sign-up for Ipsos panel within 14 days, Google will deactivate these metering accounts. If the panelist completes the Ipsos panel sign-up process within 14 days, Ipsos will provide the panelist with a one-time $10 bonus incentive. (This amount can be adjusted by Google by email if the number of panelists who transition over from Google panel is below expectations
- No later than 3 months following the start of Stage 2, Ipsos will complete the Consenting Guardian and Consenting Minor Services described in Section 2(C)(3)(b) of the PSA.

**Stage Three** (Estimated March - May 2020)
- Google to provide Ipsos 30 business days' notice if additional recruitment is required. If so, Google to advise on number of panelists required and identify method for Ipsos recruitment (i.e.,

18



(1) recruit off existing Ipsos Screenwise panel, (2) execute new ABS mail recruitment or (3) recruit from an Alternate ABS-Recruited Probabilistic Panel.

- If Google provides notice for additional recruitment of existing panelists, Ipsos to recruit new cTV panelists from existing Ipsos Calibration Panel panelists, if not yet at minimum compliant panelist thresholds. This includes identifying panelists who qualify for cTV measurement and are interested in participating, shipping them cTV Meter(s), onboarding them as cTV panelists and ensuring the successful installation of the cTV Meter(s).
- If Google provides notice for additional recruitment, Google to select recruitment method (i.e., (1) ABS mail recruitment and / or (2) recruit from an Alternate ABS-Recruited Probabilistic Panel)
- Within 60 days of receiving notice from Google that additional recruitment is required via ABS mail in stage three, Ipsos to secure the required number of panelists with installed meter(s).
- Within 45 days of receiving notice from Google that additional recruitment is required via Alternate ABS-Recruited Probabilistic Panel in stage three, Ipsos to secure the required number of panelists with installed meter(s).

**Stage Four** (Estimated June - August 2020)

Ipsos can force churn any number of compliant and active panelists identified, as long as they remain above minimum compliant panelist thresholds. Ipsos to provide notice to Google in advance of any force churn efforts and secure Google approval. If Google determines they have an alternate use for panelists who would otherwise be force churned, Google to have option for Ipsos to redirect these panelists, excluding Alternate ABS-Recruited Probabilistic Panel households, to an alternative Google panel (operated by Google or by a 3P) instead of force churning them. In this instance, Ipsos would send an email to panelists who would be otherwise force churned inviting them to join an alternate Google panel via a Google provided link / invitation.

Responsibilities:

In connection with this Schedule C, and without limiting Ipsos' obligations under the Agreement, Ipsos agrees:

- a) Before initiating Google panelist transfer to Ipsos panel outlined in stage one above, Ipsos to build infrastructure to accept panelists in bulk and allow panelists to sign up via link that Google can provide to households. This infrastructure must be in place no later than 60 days from A&R Effective Date. Google can adjust timelines with email approval.
- b) During the transition described above, Ipsos to address questions about joining the applicable Panel.
- c) Ipsos to accept up to 3,000 new panelists from Google panel per week. This number can be adjusted with Google email approval.

In connection with the foregoing, Google will send out mailers and/or emails to Google panelists to explain the transition, along with an Ipsos-provided link and/or phone number.

19



GOOG-CABR-X-00000990

**Schedule D**

**Survey Communications Schedule**

Ipsos will go through the following steps to complement Google's self-administered in-meter re-consenting Process.

For the avoidance of doubt, **re-consent communication** (if required by Google) will only utilize the Base Option Types at no additional cost to Google. Google may opt to utilize the High Touch 1 Option Type for re-consent communications at a cost of $28.00 per compliant panelist. Google may opt to utilize the High Touch 2 Option Type for re-consent communications at a cost of $42.00 per compliant panelist.

| Proposed Re-Consent Communications | Option Type |
|---|---|
| Fielding of survey, or in the case of re-consent communications, a reminder to respond to in-meter prompt (send first email) | Base |
| Send second email reminder | Base |
| Send third e-mail reminder | Base |
| Send email to primary members who have already consented or responded in HHs with secondary members have not yet consented or responded | Base |
| Send fourth email reminder | Base |
| Send fifth email reminder | Base |
| IVR Calls to Households with at least one non-respondent | High Touch 1 |
| Text Message Reminder | High Touch 1 |
| Send sixth email reminder | High Touch 1 |
| Alert Postcard | High Touch 1 |
| Case Manager Calls (up to 10 attempts) | High Touch 2 |
| Refusal Conversion Letter | High Touch 2 |
| Send seventh email reminder | High Touch 2 |
| Send eighth email reminder | High Touch 2 |

The above communications plan may be altered at any time, subject to mutual approval by both Google and Ipsos (email sufficient)

20



GOOG-CABR-X-00000991

## Schedule E

### Panel Data File Specifications Schedule

- Preferred naming format: File names to follow the structure:
  - UsIpsosDevPanel_NewDemographics_<timestamp>.pgp
    - For example: UsIpsosDevPanel_NewDemographics_20160725T000000Z.pgp
- Preferred file security: Encrypted, using consistent password
- Preferred transfer format: SFTP, using key-based authentication
- Preferred file format: CSV
- Preferred field separator: ,
- Preferred row separator: \n (newline)
- Preferred quote character: "
- Preferred quotation style: strings only
- Preferred missing value cell state: Empty
- Preferred date format: YYYYMMDD
- Column headers to follow the codebook

21



CONFIDENTIAL

GOOG-CABR-X-00000992