# GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

# Fair Decl. Ex. 19
# GOOG-CABR-05385582



CONFIDENTIAL
GOOG-CABR-05385582