# GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

# Fair Decl. Ex. 20
# GOOG-CABR-05325218





CONFIDENTIAL

GOOG-CABR-05325219







Account creation (embedded set-up) on mobile (Android L+)
GLIF UI flows



CONFIDENTIAL

# Add account (embedded sign-in) on mobile (Android L+)
## GLIF UI flows



GOOG-CABR-05325224

| Id | Date | Text |
|----|------|------|
| 1 | 03/24/2017 01:39:45 | +mormil@google.com +yunqing@google.com This is the treatment for Narnia 2.0 on embedded sign-in. +dinalamdany@google.com for FYI |



GOOG-CABR-05325226



CONFIDENTIAL



Image credit: mahalia@
Data credit: https://dasnav.corp.google.com/dnsr6ln7/#label_id=l7qv9&view=default

GOOG-CABR-05325228



Image credit: mahalia@
Data credit: hollingsworth@
https://docs.google.com/spreadsheets/d/1gNvJ1kcA9va4d-
CJlk9347pAjAtmYcaRto8_EWodl_o/edit#gid=292613992



GOOG-CABR-05325230



**Pushdown promo on desktop web**

Deprecated due to negative user feedback (concerns it was hijacking, etc.) as well as press. User engagement on the promo was tiny at best.

GOOG-CABR-05325231

Back-up arsenal / future explorations

CONFIDENTIAL

GOOG-CABR-05325232



CONFIDENTIAL

GOOG-CABR-05325233





CONFIDENTIAL

GOOG-CABR-05325235

## Mobile web promo/push-up



GOOG-CABR-05325236

## Not renewing tokens or force reauth or other re-direct to CB



CONFIDENTIAL

**Email from Google**



GOOG-CABR-05325238



GOOG-CABR-05325239



Image credit: mahalia@
Data credit: https://dasnav.corp.google.com/dnsr6ln7/#label_id=l7qv9&view=default



CONFIDENTIAL



Image credit: mahalia@
Data credit: https://dasnav.corp.google.com/dnsr6ln7/#label_id=l7qv9&view=default

CONFIDENTIAL



CONFIDENTIAL

GOOG-CABR-05325243



Image credit: mahalia@
Data credit: https://dasnav.corp.google.com/dnsr6ln7/#label_id=l7qv9&view=default

GOOG-CABR-05325244



GOOG-CABR-05325245



Image credit: mahalia@
Data credit: https://dasnav.corp.google.com/dnsr6ln7/#label_id=l7qv9&view=default

CONFIDENTIAL



Image credit: mahalia@
Data credit: hollingsworth@
https://docs.google.com/spreadsheets/d/1gNvJ1kcA9va4d-
CJlk9347pAjAtmYcaRto8_EWodl_o/edit#gid=292613992

GOOG-CABR-05325247



Reasons for ineligibility:
https://docs.google.com/document/d/1A4N0NpPYYGG14jAhQD1awf-7A172Wq-nhTAzKhx42r4/edit#heading=h.b0upeetdm6di