# GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

# Fair Decl. Ex. 85
# GOOG-CABR-05424610



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-CABR-05424610