# GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

# Fair Decl. Ex. 86
# GOOG-CABR-05424608

Analytics — Policies Site

Pages

ALL > PAGE: /privacy

All Users: 48.70% Pageviews
+ Add Segment

Date range: Mar 23, 2018 - Jul 27, 2020

Explorer | Navigation Summary

Pageviews vs. Select a metric

Pageviews

Primary Dimension: Page    Other

Secondary dimension: Country    Sort Type: Default

Advanced Filter ON

| | Page | Country | Pageviews | Unique Pageviews | Avg. Time on Page | Entrances | Bounce Rate | % Exit | Page Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | 225,054,511 | 195,128,132 | 00:02:25 | 186,720,878 | 79.33% | 76.04% | $0.00 |
| | 1. /privacy | United States | 225,054,511 (100.00%) | 195,128,132 (100.00%) | 00:02:25 | 186,720,878 (100.00%) | 79.33% | 76.04% | $0.00 (0.00%) |

Show rows: 10   Go to: 1   1 - 1 of 1

This report was generated on 9/29/21 at 6:17:00 PM - Refresh Report

© 2021 Google | Analytics Home | Terms of Service | Privacy Policy | Send Feedback