# GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

# Fair Decl. Ex. 107
# GOOG-CABR-05435661



CONFIDENTIAL  GOOG-CABR-05435661