# GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

# Fair Decl. Ex. 112
# GOOG-CABR-04762386

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | **Privacy & Security - Current Email Marketing Campaigns - Overview** | | | | | | |
| 3 | | | | | | | | |
| 4 | Priority | Campaign | Audience Reach | Sent Countries | Description | Email Ownership | Complexity | Main Goals |
| 5 | | New Account Welcome Email | | | This email, sent upon account creation, walks users through a few recommended actions for getting plugged into the Google ecosystem, including the user's Account Settings [contains google account module and get started copy (aligned w/ updated ALP copy) Explore different options: NBU? EU? | GaNT team | Low | Branding |
| 6 | | Google Tips and Updates Series | | | Sent to users who have subscribed to receive personalized tips, news and recommendations from Google. It includes a module for completing the Privacy Checkup. | GaNT team | Low | Branding & Traffic |
| 7 | | New Device Notification Email | | | Deployed whenever users log into their Google account on a new device, welcomes users to the Google ecosystem on their device. EU & CA: email has 2 modules (PCU & SCU) - great conversion rates US & ROW: google guide module and confirming experiment for google account module | GaNT team | Low | Branding & Traffic |
| 8 | | Google Guide Email (replacing NDN in US / ROW (not EU & CA) | | | Deployed whenever users log into their Google account on a new device, welcomes users to the Google ecosystem on their device. | GaNT team | Low | Branding & Traffic |
| 9 | | Privacy Checkup Lapsed User Email | | | Sent to users who are not opted into regular reminders for Privacy Checkup, and have not visited Privacy Checkup within a year | Marketing | Medium | Traffic |
| 10 | | New User Privacy Checkup Email | | | **or users who have** created an account but haven't completed the Privacy Checkup; intended to be sent the day after getting Google Account welcome emailF | | Medium | Traffic |
| 11 | | PPR | | | product-led email every 6 months - only people who opt-in | Product | Medium | Traffic |
| 12 | | N3 Privacy email | | | EU only Express flows and then sending follow up email for consent | Product | Medium | Traffic |
| 13 | | Autodelete WAA Scaled Email | | | **[Not yet launched]** Campaign aimed at driving awareness of auto-delete controls to showcase commitment to provide users with more choice and control over their data. | Marketing | Medium | Traffic |

GOOG-CABR-04762386

| | I | J | K | L |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | **Opportunity** | **Screenshot (if available)** | **Screenshot 2 (if available)** | **Additional Context Docs (if available)** |
| 5 | Subtle branding for safer w/ [ don't need user to take actions]<br>Activity controls education?? (where does this fit?)<br>expolore options by market<br>potential opp: specific landing page for new users<br>**add safer w/ branding** | Link | Link | Link |
| 6 | potential ALP module always on; challenge - overlaying targeting sets<br>**rethink about footer [branding + action beyond security ]**<br>- jigyasu to explore technical possibilities<br>- potential dynamic module or generic module<br>- potential language/geo issues | Link | N/A | N/A |
| 7 | - landing page WIP<br>- GA module<br>- **add safer w/ branding** | Link | N/A | Link |
| 8 | - add safer w/ branding | Link | N/A | Link |
| 9 | hoping to do this as an automatic email<br>potential to merge w/ GA<br>status: launch MVP ASAP<br>Branding needs to be updated - Safer w/ | Link | Spanish<br>French<br>Russian<br>Arabic<br>Vietnamese | Link |
| 10 | potentially do this as automatic?  or combine w/ tips? | Link | N/A | Link |
| 11 | | | | |
| 12 | could we expand to global?<br>potential to add my activity education | | | Link |
| 13 | | Link | N/A | Link |

GOOG-CABR-04762387

| | M |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | **TIMINGS** |
| 5 | Launched - Q2'19On Account creation |
| 6 | Launched |
| 7 | On new device Sign In |
| 8 | Launched |
| 9 | Launched - Q2 2020<br>WIP: to be automatic (6 months lapsed user) |
| 10 | Launch - Q3 2020 |
| 11 | |
| 12 | |
| 13 | |

GOOG-CABR-04762388

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 14 |  | Privacy Checkup Confirmation Email |  |  | **[Not yet launched]** When a user turns off or on a privacy control (Activity Controls, Ads Personalization, Google Photos settings) from Privacy Checkup, send an email confirming the change and what will happen as a result of the change | Marketing | Medium | Traffic |
| 15 |  | Security Checkup Yellow Status |  |  | Sent to users who are in yellow state in Security Checkup. It will alert users what the recommendation is and direct them to SCU. Sent out on an individual calendar basis to yellow state users every 3 months. part of account noifications | Product | High | Branding |
| 16 |  | Security Alerts Email / Account Notifications |  |  | Part of the product team account notifications (164 total - 104 are not critical) | Product | High | Branding |
| 17 |  | Maps Timeline |  |  | This email goes out to users who have Location History turned on. (potentially all users - double check) Run by Geo team | Product |  |  |
| 18 |  | My Activity Confirmation Receipts |  |  | Email confirmation receipt for WAA | Product |  |  |
| 19 |  | Passwords |  |  | critical alerts / compromised passwords emails (fall under account notifications) | Product |  | Branding |
| 20 |  | PA related |  |  |  |  |  |  |
| 21 |  |  |  |  |  |  |  |  |
| 22 |  |  |  |  |  |  |  |  |
| 23 |  | Assistant? |  |  |  |  |  |  |
| 24 |  |  |  |  |  |  |  |  |
| 25 |  |  |  |  |  |  |  |  |
| 26 |  |  |  |  |  |  |  |  |
| 27 |  | **OPPORTUNITIES OVERALL** |  |  |  |  |  |  |
| 28 |  | - how does content flow from email to landing page to products (what's the user journey?) |  |  |  |  |  |  |
| 29 |  | - are emails consistent across products? (opportunity for safer) |  |  |  |  |  |  |
| 30 |  | - how do we use targeting sets / automation and dynamic emails? |  |  |  |  |  |  |
| 31 |  | - could we add a module about another product leading to another product? |  |  |  |  |  |  |
| 32 |  | - could we potentially do another email for users who click on email |  |  |  |  |  |  |
| 33 |  | - potential to use same set up in email to influence google guide onboarding flow - add checkups |  |  |  |  |  |  |
| 34 |  | - hello monday agency can take on ALP for user journey - how the brand can play w/ ALP |  |  |  |  |  |  |

GOOG-CABR-04762389

| | I | J | K | L |
|---|---|---|---|---|
| 14 | | Link | N/A | Link |
| 15 | | Link | | |
| 16 | challenge: product team very protective<br>potential experiments? Omar is the owner<br>how can we reshape vs. rethink totally<br>LT pushing for this | | | |
| 17 | | | | |
| 18 | | | | Link |
| 19 | new emails - potential to influence | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | Redacted - Privilege | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |
| 31 | | | | |
| 32 | | | | |
| 33 | | | | |
| 34 | | | | |

GOOG-CABR-04762390

| | M |
|---|---|
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | Testing March/April |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |

GOOG-CABR-04762391

| | A | B | C |
|---|---|---|---|
| 1 | campaign_id | campaign_name | gamma_product_name |
| 2 | 20139638 | MSA IOP | Mandatory Service Announcements |
| 3 | 10044049 | [Evergreen] Google Play Receipts | Google Play CRM |
| 4 | 20140242 | [Privacy Checkup] Personalized Privacy Checkup Announcement - Q4 2020 | Google Privacy |
| 5 | 20138649 | Consumer MSA | Mandatory Service Announcements |
| 6 | 20114504 | [Privacy Checkup] New/Lapsed User Email - Q1 2020 | Google Privacy |
| 7 | 20079005 | [Google Growth] NDN - Android | Growth |
| 8 | 20112875 | Google Play CRM Loyalty Enrollment invite to new Play users [HK, TW] | Google Play CRM |
| 9 | 20112788 | [Google Growth] Welcome Email - Android | Growth |
| 10 | 20100509 | [AdSense] |Product Commercialisation| Hattrick M2 GA comms - Q3 2019 | Adsense |
| 11 | 20136976 | [Confidential] November 18 2020 Terms of Service Update | YouTube |
| 12 | 20072041 | [Evergreen] New User Onboarding - Transactional Welcome | Google Play CRM |
| 13 | 20141350 | Consumer MSA Reminder Email | Mandatory Service Announcements |
| 14 | 20125572 | VAA V2 MSA 2020 - OPA Version | Google Assistant Users |
| 15 | 20118262 | Storage - Out of Storage | Google One |
| 16 | 10026733 | SMBRP Adwords Filtering Canary for GreenTea | Adwords |
| 17 | 10035039 | Newsstand Daily Digest | Google News Users |
| 18 | 20113407 | [Google Growth] Welcome Email - Catch All | Growth |
| 19 | 20121089 | [Evergreen] Google Play CRM Play Points - US Welcome/onboarding series [Use] - Q4 2019 | Google Play CRM |
| 20 | 20137210 | Photos HQPC MSA | Google Photos |
| 21 | 20064882 | APAC Master Campaign - HK, ID, MY, PH, SG, PK, LK - Nurturing | Customer Acquisition Platform |
| 22 | 20133989 | b/153365983 - [Consumer] [G Suite] MSA: [IMPORTANT] Google Drive trash will be automatically purged after 30 days | Google Apps |
| 23 | 20073756 | [Google Growth] NDN - iOS | Growth |
| 24 | 20138009 | Stadia | Retention | YTP Hardware Code Distribution (General Audiences) | Stadia |
| 25 | 20107365 | Play Points - Enrollment invite in Newbie series (US) | Google Play CRM |
| 26 | 639101 | [Evergreen] New User Onboarding - Welcome | Google Play CRM |
| 27 | 10023998 | PhotosDigestEmail | Google Photos |
| 28 | 20050477 | [Evergreen] Book Nevers Drip Program - PromoJet | Google Play CRM |
| 29 | 20049774 | [Evergreen] Play Nevers Drip Program - PromoJet | Google Play CRM |
| 30 | 20100509 | [AdSense] |Product Commercialisation| Hattrick M2 GA comms - Q3 2019 | Adsense |
| 31 | 864000 | Impact Emails Campaign (Production) | Local Actions |
| 32 | 10006927 | Classroom Guardian Digest Email | Classroom |
| 33 | 20074488 | Storage - Almost Out of Storage | Google One |
| 34 | 20100509 | [AdSense] |Product Commercialisation| Hattrick M2 GA comms - Q3 2019 | Adsense |
| 35 | 20123603 | [YTMP] Email: [MSA2] Urge phase / deprecations ‚Äì Q3 2020 | YouTube Viewers |
| 36 | 20137752 | Google Play CRM Q4 E OD Product Find my device [US, GB, JP, DE, IN, BR, AU, CA] - Q4 2020 | Google Play CRM |
| 37 | 20100509 | [AdSense] |Product Commercialisation| Hattrick M2 GA comms - Q3 2019 | Adsense |
| 38 | 20109582 | [YTM] GPM Sunset ‚Äì Success Email | YouTube Viewers |
| 39 | 20068176 | FM Lena Users Kill Campaign | Adwords |
| 40 | 20116594 | [Digital Workshop] Onboarding Messages - Email 1.3 | Miyagi |
| 41 | 20115755 | [Digital Workshop] Onboarding Messages - Email 1.5 | Miyagi |
| 42 | 20115761 | [Digital Workshop] Onboarding Messages - Email 2.3 | Miyagi |
| 43 | 20092866 | [Digital Workshop] Onboarding Messages - Email 1.2 | Miyagi |
| 44 | 20116636 | [Digital Workshop] Onboarding Messages - Email 1.4 | Miyagi |
| 45 | 20116600 | [Digital Workshop] Onboarding Messages - Email 2.4 | Miyagi |
| 46 | 20116597 | [Digital Workshop] Onboarding Messages - Email 2.2 | Miyagi |
| 47 | 20115758 | [Digital Workshop] Onboarding Messages - Email 2.1 | Miyagi |
| 48 | 20107788 | Google Play CRM Play Points - How to use points - [JP] DROP | Google Play CRM |
| 49 | 20068176 | FM Lena Users Kill Campaign | Adwords |
| 50 | 20105796 | [YTP] Welcome & Onboarding - Email - US - Part 2/6 | YouTube Viewers |
| 51 | 20079894 | [Google Growth] NDN - Windows | Growth |
| 52 | 20108707 | News | Welcome Email (English) [6 UI] | Google News Users |
| 53 | 20100509 | [AdSense] |Product Commercialisation| Hattrick M2 GA comms - Q3 2019 | Adsense |
| 54 | 20069107 | Data Studio Scheduled Report Delivery | Data Studio |
| 55 | 10044049 | [Evergreen] Google Play Receipts | Google Play CRM - 5-Year Retention |
| 56 | 20105835 | [YTP] Welcome & Onboarding - Email - US - Part 3/6 | YouTube Viewers |
| 57 | 20068176 | FM Lena Users Kill Campaign | Adwords |
| 58 | 20144400 | [GAIA] KR PI Usage Notice - Q4 2020 | Google Accounts |

CONFIDENTIAL

| | D | E | F | G | H | I |
|---|---|---|---|---|---|---|
| 1 | notification_category | country_code | Last Sent | Volume since 1/1/2020 | Cadence(Frequency) | Markets Deployed |
| 2 | MANDATORY | | 2/7/21 | 19,230,660,034 | | |
| 3 | MANDATORY | | 2/7/21 | 5,143,074,747 | | |
| 4 | NON_CRITICAL_UPDATES | | 1/12/21 | 3,467,682,760 | One time send | Global |
| 5 | MANDATORY | | 3/23/21 | 2,615,249,437 | | |
| 6 | NON_CRITICAL_UPDATES | | 7/11/20 | 2,111,448,139 | One time send | Global |
| 7 | NEW_DEVICE_RECOMMENDATION | | 3/29/21 | 1,912,154,165 | | |
| 8 | GOOGLE_PLAY_PROMOTION | | 3/9/21 | 1,748,041,451 | Daily | APAC |
| 9 | MANDATORY | | 3/29/21 | 1,713,160,712 | | |
| 10 | MANDATORY | US | 10/7/20 | 1,529,996,784 | One time send | Global |
| 11 | MANDATORY | | 11/19/20 | 1,109,463,585 | | |
| 12 | MANDATORY | | 12/31/20 | 964,209,357 | Daily | Global |
| 13 | MANDATORY | | 1/26/21 | 928,126,315 | | |
| 14 | MANDATORY | | 8/10/20 | 846,171,806 | | |
| 15 | MANDATORY | ZZ | 3/29/21 | 769,471,850 | | |
| 16 | MANDATORY | US | 3/29/21 | 768,427,092 | | |
| 17 | GOOGLE_PLAY_NEWSSTAND_USERS_DAILY_DIGEST | | 3/29/21 | 749,881,092 | | |
| 18 | MANDATORY | | 3/29/21 | 725,235,326 | | |
| 19 | GOOGLE_PLAY_PROMOTION | | 3/29/21 | 674,176,247 | Daily | Global |
| 20 | MANDATORY | | 3/29/21 | 674,144,523 | | |
| 21 | CAP_FBX_AW_MARKETING_PROMOTION | | 3/29/21 | 623,560,221 | | |
| 22 | MANDATORY | | 9/26/20 | 585,468,379 | | |
| 23 | NEW_DEVICE_RECOMMENDATION | | 3/29/21 | 554,579,099 | | |
| 24 | MANDATORY | | 11/30/20 | 541,207,662 | | |
| 25 | GOOGLE_PLAY_PROMOTION | | 3/10/21 | 489,507,978 | Daily | US |
| 26 | GOOGLE_PLAY_PROMOTION | | 3/29/21 | 472,940,312 | Daily | Global |
| 27 | GOOGLE_PHOTO_DIGEST_EMAIL | | 5/15/20 | 462,459,848 | | |
| 28 | GOOGLE_PLAY_PROMOTION | | 3/29/21 | 456,827,640 | Daily | Global |
| 29 | GOOGLE_PLAY_PROMOTION | | 3/29/21 | 446,526,600 | Daily | Global |
| 30 | MANDATORY | BR | 10/7/20 | 430,005,259 | One time send | Global |
| 31 | LOCAL_ACTIONS_REVIEWS_UPDATES | | 3/22/21 | 425,058,166 | Weekly | Global |
| 32 | MANDATORY | | 3/29/21 | 402,936,311 | | |
| 33 | MANDATORY | ZZ | 3/29/21 | 389,169,041 | | |
| 34 | MANDATORY | JP | 10/7/20 | 368,112,565 | One time send | Global |
| 35 | MANDATORY | | 8/21/20 | 362,239,639 | One time send | Global |
| 36 | GOOGLE_PLAY_PROMOTION | | 10/27/20 | 351,526,137 | Once | Global |
| 37 | MANDATORY | GB | 10/7/20 | 342,112,364 | One time send | Global |
| 38 | MANDATORY | | 1/6/21 | 336,783,125 | One time send | Global |
| 39 | MANDATORY | IN | 6/26/20 | 330,410,334 | | |
| 40 | MIYAGI_PERFORMANCE | | 3/29/21 | 315,210,727 | Daily (CSV Fetch) | Global |
| 41 | MIYAGI_PERFORMANCE | | 3/29/21 | 315,197,444 | Daily (CSV Fetch) | Global |
| 42 | MIYAGI_PERFORMANCE | | 3/29/21 | 314,906,019 | Daily (CSV Fetch) | Global |
| 43 | MIYAGI_PERFORMANCE | | 3/29/21 | 314,899,446 | Daily (CSV Fetch) | Global |
| 44 | MIYAGI_PERFORMANCE | | 3/29/21 | 314,606,835 | Daily (CSV Fetch) | Global |
| 45 | MIYAGI_PERFORMANCE | | 3/29/21 | 314,083,307 | Daily (CSV Fetch) | Global |
| 46 | MIYAGI_PERFORMANCE | | 3/29/21 | 313,916,293 | Daily (CSV Fetch) | Global |
| 47 | MIYAGI_PERFORMANCE | | 3/29/21 | 313,905,262 | Daily (CSV Fetch) | Global |
| 48 | GOOGLE_PLAY_PROMOTION | | 3/29/21 | 279,720,175 | Once | JP |
| 49 | MANDATORY | US | 6/26/20 | 270,053,569 | | |
| 50 | YOUTUBE_VIEWERS_RED | | 3/29/21 | 267,998,520 | Daily | US |
| 51 | NEW_DEVICE_RECOMMENDATION | | 3/29/21 | 252,138,784 | | |
| 52 | MANDATORY | | 3/29/21 | 248,869,658 | | |
| 53 | MANDATORY | IN | 10/7/20 | 248,749,749 | One time send | Global |
| 54 | UNCLASSIFIED | | 3/29/21 | 241,339,259 | | |
| 55 | MANDATORY | US | 3/29/21 | 235,158,796 | | |
| 56 | YOUTUBE_VIEWERS_RED | | 3/29/21 | 235,150,395 | Daily | US |
| 57 | MANDATORY | BR | 6/26/20 | 226,798,484 | | |
| 58 | MANDATORY | | 1/15/21 | 225,922,000 | Once | KO |

GOOG-CABR-04762393

| | A | B | C |
|---|---|---|---|
| 59 | 20121319 | Google Play CRM Product Expand Android Love Accessibility - Q3 2020 | Google Play CRM |
| 60 | 20141350 | Consumer MSA Reminder Email | Mandatory Service Announcements |
| 61 | 20106775 | GMB: Monthly: Performance Report: Basic AWX(Programmatic) | Google My Business |
| 62 | 20141350 | Consumer MSA Reminder Email | Mandatory Service Announcements |
| 63 | 10026733 | SMBRP Adwords Filtering Canary for GreenTea | Adwords |
| 64 | 20100509 | [AdSense] |Product Commercialisation| Hattrick M2 GA comms - Q3 2019 | Adsense |
| 65 | 20105838 | [YTP] Welcome & Onboarding - Email - US - Part 4/6 | YouTube Viewers |
| 66 | 20105841 | [YTP] Welcome & Onboarding - Email - US - Part 6/6 | YouTube Viewers |
| 67 | 20123077 | [YTM] Welcome & Onboarding - Email - RoW - Part 1/6 | YouTube Viewers |
| 68 | 20100509 | [AdSense] |Product Commercialisation| Hattrick M2 GA comms - Q3 2019 | Adsense |
| 69 | 20105799 | [YTP] Welcome & Onboarding - Email - US - Part 5/6 | YouTube Viewers |
| 70 | 20138649 | Consumer MSA | Mandatory Service Announcements |
| 71 | 20141350 | Consumer MSA Reminder Email | Mandatory Service Announcements |
| 72 | 20121262 | Google Play CRM Product Expand Android Love Photos - Q3 2020 | Google Play CRM |
| 73 | 20141350 | Consumer MSA Reminder Email | Mandatory Service Announcements |
| 74 | 20141350 | Consumer MSA Reminder Email | Mandatory Service Announcements |
| 75 | 20112875 | Google Play CRM Loyalty Enrollment invite to new Play users [HK, TW] | Google Play CRM |
| 76 | 20141317 | [Music & Premium] Email: GPM data deletion MSA ‚Äì QNaN - Q4 2020 | YouTube Viewers |
| 77 | 20120676 | [YTC] Email: World Password Day ‚Äì Q2 2020 | YouTube Creator |
| 78 | 20100509 | [AdSense] |Product Commercialisation| Hattrick M2 GA comms - Q3 2019 | Adsense |
| 79 | 20150608 | [Google Pay] GP2 P2P Deprecation + Pemmett Migration Notice - Q4 2020 | Payments |
| 80 | 10033590 | [PROD] Academy - course reminder | Analytics Academy |
| 81 | 20066096 | FM Polaris | Adwords |
| 82 | 20126225 | b/160154864 -Google+ Class Action Settlement | Google Apps |
| 83 | 20100509 | [AdSense] |Product Commercialisation| Hattrick M2 GA comms - Q3 2019 | Adsense |
| 84 | 20118262 | Storage - Out of Storage | Google One |
| 85 | 20047551 | 2018 - YouTube New Order - impacted subscriber pre-announcement MSA (Fan MSA 1) | YouTube |
| 86 | 20068176 | FM Lena Users Kill Campaign | Adwords |
| 87 | 20100509 | [AdSense] |Product Commercialisation| Hattrick M2 GA comms - Q3 2019 | Adsense |
| 88 | 20134923 | Local Guides - MSA - Q4 2020 | Local Guides |
| 89 | 20058712 | Fare Alert | Travel Reengagement |
| 90 | 20142971 | Google Play Q4 E Manual OD Seasonal 2020 YED Email [US, BR, GB, JP] | Google Play CRM |
| 91 | 20139671 | Google Play CRM E Manual OD Seasonal 2020 Cyber Week Email [US, BR, GB] - Q4 2020 | Google Play CRM |
| 92 | 10026733 | SMBRP Adwords Filtering Canary for GreenTea | Adwords |
| 93 | 20105796 | [YTP] Welcome & Onboarding - Email - US - Part 2/6 | YouTube Viewers |
| 94 | 20069859 | FM Gemini | Adwords |
| 95 | 20086288 | [YTM] Personalized Engagement Emails - API | YouTube Viewers |
| 96 | 20105835 | [YTP] Welcome & Onboarding - Email - US - Part 3/6 | YouTube Viewers |
| 97 | 20122830 | [YTP] Welcome & Onboarding - Email - RoW - Part 1/6 | YouTube Viewers |
| 98 | 20089453 | Monthly SAN summary email | Webmaster Tools |
| 99 | 20048387 | 2018 - YouTube New Order - impacted subscriber launch MSA (Fan MSA 2) | YouTube |
| 100 | 20130348 | FM Pioneer Northbird | Adwords |
| 101 | 20100509 | [AdSense] |Product Commercialisation| Hattrick M2 GA comms - Q3 2019 | Adsense |
| 102 | 20105838 | [YTP] Welcome & Onboarding - Email - US - Part 4/6 | YouTube Viewers |
| 103 | 20079005 | [Google Growth] NDN - Android | Growth |
| 104 | 20112888 | Storage - 70-80 Almost Out of Storage | Google One |
| 105 | 20121202 | Google Play CRM Product Expand Android Love Security - Q3 2020 | Google Play CRM |
| 106 | 20105841 | [YTP] Welcome & Onboarding - Email - US - Part 6/6 | YouTube Viewers |
| 107 | 20119070 | [YTM] Welcome & Onboarding - Email - US - Part 2/6 | YouTube Viewers |
| 108 | 20141317 | [Music & Premium] Email: GPM data deletion MSA ‚Äì QNaN - Q4 2020 | YouTube Viewers |
| 109 | 20100509 | [AdSense] |Product Commercialisation| Hattrick M2 GA comms - Q3 2019 | Adsense |
| 110 | 20105799 | [YTP] Welcome & Onboarding - Email - US - Part 5/6 | YouTube Viewers |
| 111 | 20103588 | [Evergreen] Google Play CRM Play Points - US Welcome/onboarding series [Earn] - Q4 2019 | Google Play CRM |
| 112 | 20141350 | Consumer MSA Reminder Email | Mandatory Service Announcements |
| 113 | 20081693 | Taiwan GUI | Payments |
| 114 | 20052984 | [YTC] Month In Review | YouTube Creator |
| 115 | 247406 | (247406) Google Trends | Google Trends |

| | D | E | F | G | H | I |
|---|---|---|---|---|---|---|
| 59 | GOOGLE_PLAY_PROMOTION | | 3/29/21 | 220,191,105 | Daily | Global |
| 60 | MANDATORY | GB | 1/26/21 | 214,982,002 | | |
| 61 | GOOGLE_MY_BUSINESS_INSIGHTS | | 3/9/21 | 214,215,202 | Monthly | Global |
| 62 | MANDATORY | FR | 1/26/21 | 213,314,214 | | |
| 63 | MANDATORY | JP | 3/29/21 | 205,895,054 | | |
| 64 | MANDATORY | DE | 10/7/20 | 199,771,884 | One time send | Global |
| 65 | YOUTUBE_VIEWERS_RED | | 3/29/21 | 198,209,373 | Daily | US |
| 66 | YOUTUBE_VIEWERS_RED | | 3/29/21 | 192,315,901 | Daily | US |
| 67 | MANDATORY | | 3/29/21 | 191,557,621 | Daily | US |
| 68 | MANDATORY | ES | 10/7/20 | 186,441,104 | One time send | Global |
| 69 | YOUTUBE_VIEWERS_RED | | 3/29/21 | 180,389,382 | Daily | US |
| 70 | MANDATORY | JP | 3/23/21 | 180,257,828 | | |
| 71 | MANDATORY | ES | 1/26/21 | 178,249,206 | | |
| 72 | GOOGLE_PLAY_PROMOTION | | 3/29/21 | 177,423,158 | Daily | Global |
| 73 | MANDATORY | DE | 1/26/21 | 177,062,346 | | |
| 74 | MANDATORY | IT | 1/26/21 | 171,799,366 | | |
| 75 | GOOGLE_PLAY_PROMOTION | TW | 3/9/21 | 171,770,818 | Once | Global |
| 76 | MANDATORY | IN | 2/18/21 | 170,738,156 | One time send | Global |
| 77 | YOUTUBE_CREATOR_MARKETING | | 5/19/20 | 168,526,365 | One time send | Global |
| 78 | MANDATORY | CA | 10/7/20 | 167,727,504 | One time send | Global |
| 79 | MANDATORY | US | 3/5/21 | 167,269,738 | One time send | Global |
| 80 | ANALYTICS_ACADEMY_UPDATES | | 3/25/21 | 166,169,337 | | |
| 81 | ADWORDS_PERFORMANCE_SUGGESTIONS | IN | 1/22/21 | 161,731,640 | | |
| 82 | MANDATORY | | 8/21/20 | 161,430,443 | | |
| 83 | MANDATORY | FR | 10/7/20 | 152,638,469 | One time send | Global |
| 84 | MANDATORY | US | 3/29/21 | 148,702,531 | | |
| 85 | MANDATORY | | 1/24/21 | 146,100,981 | | |
| 86 | MANDATORY | ID | 6/26/20 | 145,869,268 | | |
| 87 | MANDATORY | RU | 10/7/20 | 144,981,388 | One time send | Global |
| 88 | MANDATORY | | 1/15/21 | 143,845,060 | Once | Global |
| 89 | TRAVEL_REENGAGEMENT_FLIGHT_PRICE_ALERTS | | 3/29/21 | 141,308,064 | | |
| 90 | GOOGLE_PLAY_PROMOTION | | 12/23/20 | 138,857,933 | Once | Global |
| 91 | GOOGLE_PLAY_PROMOTION | | 11/26/20 | 137,870,364 | Once | Global |
| 92 | MANDATORY | GB | 3/29/21 | 137,614,575 | | |
| 93 | YOUTUBE_VIEWERS_RED | US | 3/29/21 | 129,311,091 | Daily | US |
| 94 | MANDATORY | IN | 1/18/21 | 128,896,295 | | |
| 95 | YOUTUBE_VIEWERS_MARKETING | | 3/29/21 | 128,751,621 | Daily(API triggered) | US |
| 96 | YOUTUBE_VIEWERS_RED | US | 3/29/21 | 122,749,803 | Daily | US |
| 97 | MANDATORY | | 3/29/21 | 119,931,481 | Daily | Global |
| 98 | MANDATORY | | 3/6/21 | 119,709,834 | | |
| 99 | MANDATORY | | 1/24/21 | 116,751,113 | | |
| 100 | MANDATORY | IN | 3/29/21 | 116,644,877 | | |
| 101 | MANDATORY | ID | 10/7/20 | 116,640,795 | One time send | Global |
| 102 | YOUTUBE_VIEWERS_RED | US | 3/29/21 | 113,075,606 | Daily | US |
| 103 | MANDATORY | | 4/14/20 | 112,972,613 | | |
| 104 | MANDATORY | US | 3/29/21 | 111,764,038 | | |
| 105 | GOOGLE_PLAY_PROMOTION | | 3/29/21 | 111,086,762 | Daily | Global |
| 106 | YOUTUBE_VIEWERS_RED | US | 3/29/21 | 110,556,698 | Daily | US |
| 107 | YOUTUBE_VIEWERS_RED | | 3/29/21 | 110,110,890 | Daily | US |
| 108 | MANDATORY | US | 2/18/21 | 109,757,695 | One time send | Global |
| 109 | MANDATORY | IT | 10/7/20 | 108,928,035 | One time send | Global |
| 110 | YOUTUBE_VIEWERS_RED | US | 3/29/21 | 108,595,605 | Daily | US |
| 111 | GOOGLE_PLAY_PROMOTION | | 6/10/20 | 104,865,630 | Once | Global |
| 112 | MANDATORY | PL | 1/26/21 | 103,921,894 | | |
| 113 | MANDATORY | TW | 3/29/21 | 103,873,792 | | |
| 114 | YOUTUBE_CREATOR_MARKETING | | 10/8/20 | 102,347,956 | Monthly(Each month we use new gamma campaign) | Global |
| 115 | GOOGLE_TRENDS_ALL | | 3/29/21 | 101,751,414 | | |

| | A | B | C |
|---|---|---|---|
| 116 | 20104912 | [YTC] Escape Hatch Removal [PRDT] Q4 2019 | YouTube Creator |
| 117 | 20100509 | [AdSense] |Product Commercialisation| Hattrick M2 GA comms - Q3 2019 | Adsense |

CONFIDENTIAL

GOOG-CABR-04762396

| | D | E | F | G | H | I |
|---|---|---|---|---|---|---|
| 116 | YOUTUBE_CREATOR_MARKETING | | 4/20/20 | 100,335,570 | One time send | Global |
| 117 | MANDATORY | AU | 10/7/20 | 100,233,521 | One time send | Global |

CONFIDENTIAL

GOOG-CABR-04762397