# GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

# Mardini Decl. Ex. 1
# GOOG-CABR-05435662

| Channel | | == | | Stable | |
|---|---|---|---|---|---|
| Platform | | split by | | Chrome OS, Linux, Mac OS X, Windows | |
| Top Country | | == | | US - United States (1B entries) | AND |

Data from multiple platforms are aggregated, which may give misleading results due to different sampling factors. See go/uma-downsampling. The platforms in the set {Windows} on Stable have lower sampling rates than the other compared platforms. Thus, the selected platforms are not directly comparable.

Metric/Formula

CLEAR ALL

Navigation.MainFrameProfileType2

How to find existing metrics.

## Navigation.MainFrameProfileType2

Continue in Colab

The browser profile type for each main-frame navigation, recorded after navigation completion, including NTP.
Owner(s): rhalavati@chromium.org, chrome-privacy-core@google.com

**CHART** | Usage (slow) | Guest (OTR) (102M entries) | ☑ Zero-based ☐ Log Scale ☐ Percent Change from Initial Value

Legend: Chrome OS — Linux — Mac OS X — Windows

[Line chart showing Usage (slow) percentages from Sep 13, 2021 to Dec 1, 2021. Chrome OS line hovers around 3%, with a spike to ~3.8% near end of November. Windows, Mac OS X, and Linux lines all hover below 1%, with Linux dipping to ~0.3% near Dec 1, 2021. Labeled points C0-C9 on Chrome OS line, W0-W7 on Windows, L1-L7 on Linux, M1-M8 on Mac OS X.]

View Navigation.MainFrameProfileType2 Dremel query

View Total Client Count Dremel query

CONFIDENTIAL                                                                                        GOOG-CABR-05435662