# GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

## Declaration of AbdelKarim Mardini ISO Google's Opposition to Plaintiffs' Renewed Motion for Class Certification

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, *et al*., on behalf of themselves and all others similarly situated,<br>        Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br>        Defendant. | Case No. 5:20-cv-5146-LHK-SVK<br><br>**DECLARATION OF ABDELKARIM MARDINI IN SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Lucy H. Koh<br>Courtroom 8 – 4th Floor<br>Date: February 17, 2022<br>Time: 1:30 p.m.<br>Amended Complaint Filed: April 16, 2021 |

## DECLARATION OF ABDELKARIM MARDINI

I, AbdelKarim Mardini, declare as follows:

1.      I am a Group Product Manager for the Chrome browser at Google. I have been a Google employee since December 2009 and have been on the Chrome team since April 2014.  I lead a team of product managers working on the Google Chrome browser in the area of Trust and Safety. In the regular course of my duties, I review and approve changes to Chrome features, including user experiences and user interactions with the Chrome browser.  Except where otherwise stated below, I make this declaration based on my own personal knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      I am informed that Plaintiffs seek to certify a class consisting of: "All Google Chrome users in the United States who did not enable 'Sync' while browsing the web using Chrome ('Not Synced Chrome Users') or who disabled 'Sync' while browsing using Chrome ('UnSynced Users'), at any time between July 27, 2016 to the present (the "Class Period').  Browsing using the Chrome browser in Incognito mode is excluded from the Class." Dkt. No. 339-4, at 1.

3.      I am further informed that Plaintiffs allege Google improperly collected the following categories of information during the alleged Class Period when Chrome users visited third-party websites that use certain Google web-services (the "Services"), regardless of whether the users enabled Chrome's Sync feature:  (1) "[t]he user's unique, persistent cookie identifiers"; (2) "[t]he user's browsing history in the form of the users' GET requests and information relating to the substance, purport, or meaning of the website's portion of the communication with the user"; (3) "[i]n many cases, the contents of the users' POST communications"; (4) "[t]he user's IP address and User-Agent information about their device"; and (5) "[t]he user's x-client-data identifier."  First Amended Complaint ("FAC") ¶ 141.

4.      Below I explain why the disputed data collection has nothing to do with Chrome's Sync feature, and provide additional information regarding the Chrome browser, Chrome's Sync feature, and Google's relevant disclosures.

## A.    Google's Chrome Browser Performs Basic Functions Common To All Browsers

5.      As explained further below, Chrome offers five "modes" that users can choose to enable. Regardless of which mode the user enables, Chrome provides basic features and performs basic functions common to all browsers. For example, Chrome contains an address bar at the top of the browser window.  When the user inputs the Uniform Resource Locator ("URL") of the website she wishes to visit in the address bar, the browser makes a resource request—typically a GET or POST request—to a remote server hosting the website.  The browser communicates with the website's remote server and retrieves the HTML-encoded files.  The browser then interprets the HTML files and converts the contents into a decoded page that is visible to the user.

6.      If the website features content or services provided by third-parties—as many popular websites do—those features or services are typically hosted on the third parties' servers.   Third-party web services typically are accessed by the website's developer embedding code onto the host website.  That embedded code can then submit requests to the third-party services' application programming interfaces ("API"). These APIs work through code referenced from within the host website. The browser retrieves the embedded code and executes it as part of rendering the website. When executed, this code instructs the user's browser to request content directly from the third-party servers. In making these requests, a copy of the GET request along with certain basic information necessary to provide the service (*e.g.*, IP address, user-agent field, referral URL, applicable cookies, and other information) may be included to facilitate processing the request and providing the requested content.   When received, the browser incorporates the requested content into place as necessary to present a seamless webpage.

7.    Thus, when a user (in Chrome or another browser) visits a website that uses Google web-services—*e.g.*, Google advertising services, or Google Fonts—the Google scripts that the website installed will cause the user's browser to send certain data to Google servers hosting the requested service so that Google can provide the requested service—*e.g.*, ads the website has requested be displayed, or the website's fonts.

8.    This process is not unique to Chrome.  In executing third-party scripts embedded in websites and sending GET or POST requests to third-party servers hosting third-party content or services (including Google services), Chrome behaves like all browsers do.

**B.    Chrome Would Not Function Properly If It Were Designed To Block All Transmissions of Data To Google**

9.    I am informed that Plaintiffs allege they believed using Chrome in its default state (without Chrome's Sync feature enabled) would block all transmissions of data to Google. While Google provides many tools and settings that allow users to control the data Google collects, Chrome does not block all data transmissions to Google by default. Indeed, if that were the case, Chrome would not function properly and Chrome users' browsing experience would be severely inhibited.

10.    For example, if Chrome automatically blocked all transmissions to any Google domain, Chrome users would not be able to connect to Google-owned properties like Google.com, Gmail.com, or YouTube.com.  Chrome users also would not be able to utilize the numerous web-services Google provides to millions of websites around the world. Chrome users would not be able to access Google Fonts and thus the fonts used by millions of websites would not render.  Chrome users would not be able to connect to Google's Embedded Maps and the map features used on millions of websites would not display. Chrome users also would not be able to access many other services featured on millions of popular websites, such as Google Translate, embedded YouTube videos, and embedded Search boxes.

11.     In addition, if Chrome were to block all transmissions of data to Google by default, Google's analytics and advertising services would not function when Chrome users visited those sites.  Countless web developers depend on those services for web analytics that they use to improve their sites, and to generate advertising revenue that pays for their content.

**C.     Chrome's Five Modes—Basic, Sign-In, Guest, Incognito, and Sync**

12.     Google's Chrome Privacy Notice identifies five modes in which Chrome may be used—Basic, Sign-In, Guest, Incognito, and Sync.  True and correct copies of the current and archived versions of the Chrome Privacy Notice are publicly available at: https://www.google.com/chrome/privacy/.

13.     ***Basic Mode.***  In Basic mode, Chrome acts like most other browsers do and performs the functions described above in paragraphs 5-8.  Chrome's Basic mode also stores certain information locally on the user's system for the user's convenience, including browsing history information (*e.g.*, the URLs of the pages visited in the last 90 days); personal information and passwords to help the user automatically fill out forms or to sign into websites (*e.g.*, name, address, email address, phone number, login and password information).

14.     ***Sign-in Mode.***  Chrome's Sign-in mode provides the same features as Basic mode, but offers Google Account holders the option to sign into the Chrome browser with their Google Accounts. Doing so allows Chrome to automatically log users into other Google products and services without reentering the user's credentials (e.g. after logging into Gmail.com a user browsing to YouTube.com would already be logged in, assuming she does not log out of Gmail before she leaves the site).

15.     ***Guest and Incognito Modes.*** Chrome's Guest mode and Incognito mode allow users to limit the information Chrome stores on their systems.  For example, in these modes, basic browsing history information like URLs, cached page text, or IP addresses of pages linked from the websites users visit are not saved on the user's browser. Additionally, Chrome will not share existing cookies with sites users visit in Incognito or Guest mode.

And although sites may deposit new cookies on the users' systems while they browse in Incognito or Guest modes, those cookies will only be stored and transmitted until the last Incognito or Guest window is closed, at which point the cookies are deleted from the browser. Therefore, any data Google receives while users are in Incognito or Guest mode (so long as they do not sign in to their Google Account while browsing in those modes) is associated only with a temporary cookie that is automatically deleted from the browser immediately when the user closes that session. The difference between Incognito mode and Guest mode is that, in Incognito mode, users continue to have access to information from their existing profile, such as suggestions based on browsing history and saved passwords, but in Guest mode, the user begins the session with a new profile. Both Guest mode and Incognito mode are examples of Chrome modes in which Chrome's Sync feature cannot be enabled.

16.    Google maintains records of the number of page loads in any given Chrome mode. Google can estimate the number of 7-day active[1] U.S. Chrome clients who loaded a page in Guest mode, such as by clicking on a link to a web page or using the omnibox to get to a web page. For the time period September 7, 2021 to December 6, 2021, 3.0% of 7-day active Chrome clients on ChromeOS loaded a page in Guest mode, 0.9% of 7-day active Chrome clients on Windows loaded a page in Guest mode, and 0.9% of 7-day active Chrome clients on Mac loaded a page in Guest mode. Attached hereto as **Exhibit 1** is a true and correct copy of a screenshot of the Google system that measures these statistics that Google produced as GOOG-CABR-05435662.

17.    ***Sync Mode.*** Chrome's Sync mode is a browser personalization feature that allows the user to save and backup certain settings and information—*e.g.*, Chrome browsing history, bookmarks, tabs, passwords and autofill information (*e.g.*, name, phone number, address, email address), and other browser settings—that are stored locally in their Chrome browser on one device (*e.g.* a laptop) in her Google Account so that she can access the same

---

[1] 7 day-active Chrome clients are Chrome instances that were active at least once in the 7 prior days.

settings and information when she signs in and enables Sync in her Chrome browser on an existing or new device (*e.g.*, a mobile device).  The purpose of Sync is to allow a user to have the same personalized browsing experience, and access to the same settings and information, across all of her Synced devices.

18.     As demonstrated in the screenshots below, users can choose to Sync some, all, or none of the following categories of data:

**Chrome Version M56 (released in January 2017): Advanced Sync Settings Page**



Attached hereto as **Exhibit 2** is a true and correct copy of a screenshot of the Advanced sync settings page for Chrome Version M56, which was released in January 2017, that Google produced as GOOG-CABR-04664011.

1

**Chrome Version M64 (released in January 2018): Advanced Sync Settings Page**



26  Attached hereto as **Exhibit 3** is a true and correct copy of a screenshot of the Advanced

27  sync settings page for Chrome Version M64, which was released in January 2018, that

28  Google produced as GOOG-CABR-04664019.

**Chrome Version M72 (released in January 2019): Advanced Sync Settings Page**



Attached hereto as **Exhibit 4** is a true and correct copy of a screenshot of the Advanced sync settings page for Chrome Version M72, which was released in January 2019, that Google produced as GOOG-CABR-04664031.

**Chrome Version M80 (released in February 2020): Manage Sync Page**



Attached hereto as **Exhibit 5** is a true and correct copy of a screenshot of the Manage sync page for Chrome Version M80, which was released in February 2020, that Google produced as GOOG-CABR-04664039.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**Chrome Version M89 (released in March 2021): Manage What You Sync Page**

2

3



4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   Attached hereto as **Exhibit 6** is a true and correct copy of a screenshot of the Manage what

27   you sync page for Chrome Version M89, which was released in March 2021, that Google

28   produced as GOOG-CABR-04664052.

19.     The publicly available Help Center article titled "Choose which Google features you use in Chrome," explains how to navigate to this screen. A true and correct copy of this article is publicly available at https://support.google.com/chrome/answer/9116376.

20.     Prior to January 29, 2019, the Chrome Privacy Notice addressed Sign-in and Sync mode as a single mode. Between September 24, 2018 and January 29, 2019, the Chrome Privacy Notice referred to this mode as "Signed-in, Synced Chrome" and prior to September 24, 2018, the Chrome Privacy Notice referred to this mode as "Signed-In Chrome." In this mode, signing into Chrome enabled Chrome's Sync feature automatically.

**D.     Google's Receipt Of The Data At Issue Is Unrelated To Chrome's Sync Feature**

21.     I am informed that Plaintiffs claim Google improperly collected the disputed data—*i.e.*, IP addresses, cookies, and information contained in GET and POST requests—when Chrome users visited third-party websites that use Google Services, regardless of whether the users enabled Chrome's Sync feature.  Plaintiffs refer to themselves and class members as "Not Synced Chrome Users" (defined as Chrome users "who did not enable 'Sync' while browsing the web using Chrome") and "Unsynced Users" (defined as Chrome users "who disabled 'Sync' while browsing using Chrome).[2]  Neither "Not Synced" nor "Unsynced" is a mode described in the Chrome Privacy Notice or any of Google's other disclosures. A Chrome user who is "Not Synced" or "Unsynced" is merely using Chrome in one of the four modes that do not enable Chrome's Sync feature—*i.e.*, Basic, Sign-In, Guest or Incognito.  Although Google and Chrome offer many privacy features and tools, using Chrome without Sync enabled is not among them.

22.     As I explain above, and as Google explains in the Chrome Privacy Notice, Sync is a browser personalization feature that allows a Google Account holder to save her Chrome settings and certain categories of information in her Google Account so that "so

---

[2] I presume "Not Synced Chrome Users" is intended to cover users who have never used Sync mode and "Unsynced Users" is intended to cover users who sometimes use Sync mode.

1   [she] may access it when [she] sign[s] in and sync[s] to Chrome on other computers and

2   devices." *See* https://www.google.com/chrome/privacy. The purpose of Sync is to allow the

3   user to have the same browsing experience, and access to the same settings and information,

4   across all her Synced devices.  Enabling or disabling Sync does not affect whether Google

5   receives the data at issue.  For example, enabling Sync does not cause Google to receive

6   GET or POST requests when a user visits a website that uses Google Services.  Conversely,

7   not enabling Sync does not prevent Google from receiving GET or POST requests when a

8   user visits a website that uses Google Services.  If that were the case, Chrome would not

9   function properly, as I explain above.

10          23.     Chrome browsing history is one of the categories of data that a Chrome user

11   can choose to sync with her Google Account. But Chrome browsing history, and the data

12   that Google receives through the Services (*i.e.*, the data at issue here) are different.  Chrome

13   browsing history does not include the categories of data at issue, such as GET or POST

14   requests, IP addresses, user-agent information, cookies, or X-Client-Data Headers.  Rather,

15   Chrome browsing history consists of a complete list of websites (aside from Chrome pages

16   like chrome://settings, pages the user has deleted, or pages visited in Incognito mode) that

17   the user visited on Chrome in the previous 90 days, or since she last deleted her history,

18   whichever is more recent. This includes visits to websites that do not use Google Services.

19   A true and correct copy of the Help Center article titled "Delete your Chrome browsing

20   history," that explains Chrome browsing history is publicly available at

21   https://support.google.com/chrome/answer/95589.

22          24.     Google does not receive Chrome browsing history from Chrome users who

23   have not enabled Sync.

24   **E.      Chrome First Run Experience**

25          25.     When a user downloads the Chrome browser, she is presented with a

26   checkbox that says "Help make Google Chrome better by automatically sending usage

27   statistics and crash reports to Google. Learn more."  If the user keeps this box checked,

28   anonymous usage and statistical data will be sent to Google.  For example, Google will

1  receive data showing how many Chrome clients experienced crashes over the last seven days

2  on the Windows platform.

3          26.    The download screen also states that "[b]y downloading Chrome, you agree

4  to the Google Terms of Service and Chrome and Chrome OS Additional Terms of Service."

5          27.    After the Chrome browser is installed, the first user to open the Chrome

6  browser is presented with Chrome's First Run Experience ("FRE").[3] The user is given the

7  option to sign in to Chrome with her Google Account (if she has one) or to continue browsing

8  without signing in.  The FRE is shown only to the first person to open the Chrome browser

9  on a given device.  In other words, a subsequent user on a shared device would not go through

10 the FRE.

11         28.    If the user chooses not to sign-in, she is taken to the Chrome "New Tab" page

12 and will be able to start browsing immediately.  There is no need to create a Google Account

13 to use Chrome. Nor is there a need to provide information such as name, email address, or

14 any other contact information, to use Chrome.

15         29.    On the other hand, if the user has a Google Account and chooses to sign-in

16 to her Google Account, she will be asked if she wants to "Turn on Sync?"  The user can

17 agree ("Yes, I'm in"), disagree ("Cancel"), or go to "Settings" and choose which information

18 (if any) to Sync.  *See supra* ¶ 18.

19         30.    This flow has changed since July 2016.  Specifically, prior to June-August

20 2018, signing into Chrome automatically turned on Sync, so there was one fewer step to

21 enable Sync.  However, each version explained that with Sync enabled, "Your bookmarks,

22 history, passwords, and other settings will be synced to your Google Account so you can use

23 them on all your devices."

24 / / /

25 / / /

26 / / /

27

28 [3] Enterprise users who have accounts through their employment or other group may not see
   the FRE depending on the configuration of those accounts by the enterprise.

**Chrome Version M56 (released January 2017): Welcome Page & Post-Sign-in Consent[4]**





ABDELKARIM MARDINI DECLARATION ISO OPPOSITION TO MOTION FOR CLASS CERTIFICATION

1    Attached hereto as **Exhibits 7-8** are true and correct copies of the Chrome Welcome Page

2    (Exhibit 7) and Post-Sign-in Consent Page (Exhibit 8) for Chrome Version M56, which

3    was released in January 2017, that Google produced as GOOG-CABR-04664007

4    (Welcome Page) and GOOG-CABR-04664010 (Consent Page).

5    / / /

6    / / /

7    / / /

8    / / /

9    / / /

10    / / /

11    / / /

12    / / /

13    / / /

14    / / /

15    / / /

16    / / /

17    / / /

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27

28    [4] If the user clicks "SIGN IN" on the Welcome Page, they would be prompted to enter their
username and password prior to seeing the Post-Sign-in Consent Page.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Chrome Version M64 (released January 2018): Welcome Page & Post-Sign-in Consent**





ABDELKARIM MARDINI DECLARATION ISO OPPOSITION TO MOTION FOR CLASS CERTIFICATION

1   Attached hereto as **Exhibits 9-10** are true and correct copies of the Chrome Welcome Page

2   (Exhibit 9) and Post-Sign-in Consent Page (Exhibit 10) for Chrome Version M64, which

3   was released in January 2018, that Google produced as GOOG-CABR-04664015

4   (Welcome Page) and GOOG-CABR-04664018 (Consent Page).

5   / / /

6   / / /

7   / / /

8   / / /

9   / / /

10  / / /

11  / / /

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**Chrome Version M72 (released January 2019): Welcome Page & Post-Sign-in Sync Consent**



1  Attached hereto as **Exhibit 11-12** are true and correct copies of the Chrome Welcome Page

2  (Exhibit 11) and Post-Sign-in Sync Consent Page (Exhibit 12) for Chrome Version M72,

3  which was released in January 2019, that Google produced as GOOG-CABR-04664026

4  (Welcome Page) and GOOG-CABR-04664030 (Consent Page).

5  / / /

6  / / /

7  / / /

8  / / /

9  / / /

10  / / /

11  / / /

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**Chrome Version M80 (released February 2020): Welcome Page & Post-Sign-in Sync Consent**



Attached hereto as **Exhibits 13-14** are true and correct copies of the Chrome Welcome Page (Exhibit 13) and Post-Sign-in Sync Consent Page (Exhibit 14) for Chrome Version M80, which was released in February 2020, that Google produced as GOOG-CABR-04664038 (Welcome Page) and GOOG-CABR-04664043 (Consent Page).

1

**Chrome Version M89 (released March 2021): Welcome Page & Post-Sign-in Sync Consent**



Attached hereto as **Exhibits 15-16** are true and correct copies of the Chrome Welcome Page (Exhibit 15) and Post-Sign-in Sync Consent Page (Exhibit 16) for Chrome Version M89, which was released in March 2021, that Google produced as GOOG-CABR-04664051 (Welcome Page) and GOOG-CABR-04664056 (Consent Page).

31.    In August 2021, Google updated its policy for accessing Chrome Sync data such that "Google advertising products and teams may not access user data from synced Chrome history, including aggregated or anonymized data, unless the data is accessed for the sole purpose of anti-abuse and fraud detection.  Because of this change, Google removed "ads" from the "Turn on Sync?" consent screen. Attached as **Exhibit 17** is a true and correct copy of the current Chrome Logs Policy that Google produced as GOOG-CABR-05424612.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct.

3        Executed on this 16 day of December 2021, at _Paris, France_

4

5                                            _AbdelKarim Mardini_

6                                            AbdelKarim Mardini

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28