FILED

OCT 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PATRICK CALHOUN; et al., <br><br> Plaintiffs - Petitioners, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant - Respondent. | No. 25-3916 <br><br> D.C. No. <br> 4:20-cv-05146 <br> Northern District of California, <br> Oakland <br><br> ORDER |

Before: BERZON and RAWLINSON, Circuit Judges.

The panel that decided appeal No. 22-16993 has declined to accept this petition as a comeback case. The motion (Docket Entry No. 4) to assign this petition to the prior panel is denied.

The unopposed motion (Docket Entry No. 5) to file under seal portions of the petition for permission to appeal is granted. The clerk will file publicly the motion to seal (Docket Entry No. 5). The clerk will maintain under seal the unredacted petition at Docket Entry No. 1.

The motion (Docket Entry No. 12) to file a reply in support of the petition is granted.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).