**quinn emanuel** trial lawyers | chicago

191 N. Wacker Drive, Suite 2700, Chicago, Illinois 60606-1881 | TEL (312) 705-7400 FAX (312) 705-7401

WRITER'S DIRECT DIAL NO.
(312) 705-7403

WRITER'S EMAIL ADDRESS
andrewschapiro@quinnemanuel.com

November 4, 2025

VIA CM/ECF

Hon. Yvonne Gonzalez Rogers
Oakland Courthouse, Courtroom 1 – 4th Floor
1301 Clay Street
Oakland, CA 94612

Re: *Calhoun, et al. v. Google*, LLC, No. 4:20-cv-05146 (N.D. Cal.)
    Google's Reply In Support of Motion To Dismiss Dormant Claims

Dear Judge Gonzalez Rogers:

Plaintiffs have informed Google that they believe certain statements in Google's Reply In Support of Motion To Dismiss Dormant Claims (Dkt. 1136, the "Reply") are factually inaccurate. To avoid burdening the Court with additional motion practice, Google hereby withdraws the following portions of the Reply:

- The phrase "terms no one used until Plaintiffs made them up" on page 3.

- Lines 3:24–4:2.

Respectfully submitted,

/s/ *Andrew H. Schapiro*
Andrew H. Schapiro
*Counsel for Google, LLC*