Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (313050)
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 300
Oakland, CA 94607
Tel. (341) 217-0550
lweaver@stranchlaw.com
adavis@stranchlaw.com
jsamra@stranchlaw.com

Gregory S. Mullens (admitted *pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel. (615) 254-8801
gmullens@stranchlaw.com

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**NOTICE OF CHANGE OF LAW FIRM AFFILIATION** |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lesley E. Weaver, Anne K. Davis, Gregory S. Mullens, and Joshua D. Samra, counsel for Plaintiffs in the above-captioned matter, are no longer affiliated with Bleichmar Fonti & Auld LLP. Ms. Weaver, Ms. Davis, Mr. Mullens, and Mr. Samra are now affiliated with the law firm of Stranch, Jennings & Garvey, PLLC. They will continue to represent Plaintiffs in the same roles, and with the same diligence and commitment of resources as they have to date. Their new contact information is as follows:

Lesley E. Weaver, Esq.
Anne K. Davis, Esq.
Joshua D. Samra, Esq.
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 300
Oakland, CA 94607
Tel. (341) 217-0550
lweaver@stranchlaw.com
adavis@stranchlaw.com
jsamra@stranchlaw.com

Gregory S. Mullens, Esq.
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel. (615) 254-8801
gmullens@stranchlaw.com

Dated: February 3, 2026　　　　　　　　　　　**STRANCH, JENNINGS & GARVEY, PLLC**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Lesley E. Weaver*
　　　　　　　　　　　　　　　　　　　　　　Lesley E. Weaver (SBN 191305)
　　　　　　　　　　　　　　　　　　　　　　Anne K. Davis (SBN 267909)
　　　　　　　　　　　　　　　　　　　　　　Gregory S. Mullens (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Joshua D. Samra (313050)

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*