**DiCELLO LEVITT LLP**
David A. Straite (admitted *pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

**STRANCH, JENNINGS & GARVEY, PLLC**
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
1111 Broadway, Suite 300
Oakland, CA 94607
Tel.: (615) 254-8801
*lweaver@stranchlaw.com*
*adavis@stranchlaw.com*
*jsamra@stranchlaw.com*

**BARNES LAW, LLC**
Jason "Jay" Barnes (admitted *pro hac vice*)
231 Madison Street
Jefferson City, MO 65101
Tel: (573) 307-7658
*jaybarnes@barnes.law*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Andrew H. Schapiro (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
Joseph H. Margolies (admitted *pro hac vice)*
*josephmargolies@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Crystal Nix-Hines (CA Bar No. 326971)
*crystalnixhines@quinnemanuel.com*
Alyssa G. Olson (CA Bar No. 305705)
*alyolson@quinnemanuel.com*
Teuta Fani (CA Bar No. 360443)
*teutafani@quinnemanuel.com*
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

*Lead Counsel for Plaintiffs; additional counsel listed in signature blocks below*

*Counsel for Defendant; additional counsel listed in signature blocks below*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| PATRICK CALHOUN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:20-cv-05146-YGR-SVK<br><br>**JOINT STATEMENT REGARDING NEXT STEPS**<br><br>Hon. Yvonne Gonzalez Rogers |

On June 2, 2026, the Court granted in part and denied in part Google' Motion to Dismiss the Six Dormant Claims, denying the motion as to four claims ((1) Wiretap Act (interception); (2) Invasion of Privacy; (3) CDAFA; and (4) Declaratory Relief) and granting the motion as to two claims ((5) Punitive Damages and (6) Quasi-Contract). Dkt. No. 1140. Pursuant to that order, *id.* at 13, the Parties held a video meet-and-confer on June 8, 2026 and June 10, 2026, and now jointly submit this statement regarding next steps.

## 1. Motion for Class Certification

Plaintiffs intend to move for class certification with respect to one or more of the surviving Dormant Claims. Plaintiffs were not permitted to include any Dormant Claims in the original motion (Dkt. Nos. 340 and 1060) and believe that at least two of the claims (CDAFA and Declaratory Relief) present different issues and defenses that materially bear on the question of predominance in ways not litigated in the previous motion for class certification nor addressed in this Court's order denying class certification. Google disagrees and believes that the Court's reasoning in denying Plaintiffs' prior motion for class certification (Dkt. No. 1105) would apply equally to the four surviving Dormant Claims. Google does not believe additional class certification briefing—and the attendant delay and expense—is warranted. In the event Plaintiffs file a new class certification motion, the parties jointly propose the following briefing schedule:

| EVENT | PROPOSED DEADLINE |
|---|---|
| Motion for Class Certification of Dormant Claims | August 13, 2026 |
| Google's Opposition to Motion for Class Certification of Dormant Claims | October 22, 2026 |
| Plaintiffs' Reply | November 12, 2026 |

## 2. Summary Judgment and Expert Discovery

The Parties agree that expert discovery and any motions for summary judgment should await the resolution of any additional class certification motion so that summary judgment can properly address all certified claims (if any) or individual claims (if no claims are certified). The Parties are mindful of the Court's pre-filing procedures in Section 9 of the Court's Standing Order

in Civil Cases dated November 13, 2025, and would proceed through that process before filing any motion for summary judgment. The Parties propose that a schedule for expert discovery, motions for summary judgment, and *Daubert* motions be set at or after the pre-filing conference.

**3.    Trial**

Finally, the Parties propose that a pretrial schedule be set after any motions for summary judgment are decided.

Dated: June 12, 2026

| | |
|---|---|
| **DiCELLO LEVITT LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |

By: ___ */s/   David A. Straite* ___
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*
*crhodes@dicellolevitt.com*

Amy E. Keller (admitted *pro hac vice*)
Adam Prom (admitted *pro hac vice*)
Julia Veeser (admitted *pro hac vice*)
Ten North Dearborn St., Sixth Floor
Chicago, IL 60602
Tel.: (312) 214-7900
*akeller@dicellolevitt.com*
*aprom@dicellolevitt.com*
*jveeser@dicellolevitt.com*

Kathleen A. Herkenhoff (SBN 168562)
4747 Executive Drive, Suite 240
San Diego, CA 92121
Tel.: (619) 923-3939
*kherkenhoff@dicellolevitt.com*

**STRANCH, JENNINGS & GARVEY, PLLC**

By: ___ */s/ Lesley E. Weaver* ___
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
Gregory S. Mullens (admitted *pro hac vice*)

By: ___ */s/ Andrew H. Schapiro* ___
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
Joseph H. Margolies (admitted *pro hac vice)*
josephmargolies@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Stephen A. Broome (CA Bar No. 314605)
*stephenbroome@quinnemanuel.com*
Viola Trebicka (CA Bar No. 269526)
*violatrebicka@quinnemanuel.com*
Crystal Nix-Hines (CA Bar No. 326971)
*crystalnixhines@quinnemanuel.com*
Alyssa G. Olson (CA Bar No. 305705)
*alyolson@quinnemanuel.com*
Teuta Fani (CA Bar No. 360443)
*teutafani@quinnemanuel.com*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Xi ("Tracy") Gao (CA Bar No. 326266)
tracygao@quinnemanuel.com
Carl Spilly (admitted *pro hac vice)*
carlspilly@quinnemanuel.com
1300 I Street NW, Suite 900
Washington D.C., 20005

1111 Broadway, Suite 300
Oakland, CA 94607
Tel.: (615) 254-8801
*lweaver@stranchlaw.com*
*adavis@stranchlaw.com*
*jsamra@stranchlaw.com*
*gmullens@stranchlaw.com*

**BARNES LAW, LLC**

By: */s/ Jason 'Jay' Barnes*
Jason 'Jay' Barnes (admitted *pro hac vice*)
231 Madison Street
Jefferson City, MO 65101
Tel: (573) 307-7658
*jaybarnes@barnes.law*

*Counsel for Plaintiffs and the Putative Class*

Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Brett Watkins (admitted *pro hac vice)*
brettwatkins@quinnemanuel.com
700 Louisiana St., Suite 3900
Houston, TX 77002
Telephone: (713) 221-7000
Facsimile: (713) 221-7100

*Counsel for Defendant Google LLC*

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Andrew H. Schapiro, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of June, 2026, at Chicago, Illinois.

*/s/ Andrew H. Schapiro*

Andrew H. Schapiro