United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PATRICK CALHOUN ET AL.,**<br>Plaintiffs,<br>**vs.**<br>**GOOGLE LLC,**<br>Defendant. | CASE NO. 4:20-cv-05146-YGR<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE PENDING APPEAL**<br>Re: Dkt. No. 1148 |

The parties have requested to stay this case in its entirety pending resolution of the appeal in *Williams v. Capital One Financial Corporation*, No. 26-5547 (9th Cir.) (the "*Williams* Appeal"). (Dkt. No. 1148.) The parties' stipulation, attached hereto as Attachment A, is hereby **GRANTED** and the instant case is **ADMINISTRATIVELY CLOSED** pending resolution of the appeal.

Nothing contained in this order shall be construed as a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this Order had not been entered. Within 30 (thirty) days of the resolution of the *Williams* appeal, the parties shall contact this Court and advise whether the case should be terminated and/or other actions which should be taken.

**IT IS SO ORDERED.**

This Order terminates Dkt. No. 1148.

Dated: September 22, 2026

**YVONNE GONZALEZ ROGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**